NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: **META MATERIALS, INC** | Case Number: **24-50792** |
|---|---|

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

STAN STANART
11811 BOURGEOIS FOREST DR
HOUSTON, TX 77066

Telephone Number: **832-928-4225**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVE**AM** AND FILED

DEC 16 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

Account or other number by which Interest holder identifies Debtor:
**XXX-XX2700, XXX-XX1539, XXX-XX7144**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
STAN STANART
PO BOX 770001, CINCINNATI, OH 45277-0003
Telephone Number: (800) 544-6666

**3.** Date Equity Interest was acquired:
BETWEEN 03-02-2021 - 01-26-2024
SEE ATTACHED DOCUMENTATION

**4.** Total amount of member interest: _86,701 shares for $74,713.90_

**5.** Certificate number(s): See attached documents

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: STAN STANART
Title:
Company: ___ Address and telephone number (if different from notice address above):

_(Signature)_   Dec 11, 2024 _(Date)_

Telephone number: 832-928-4225   email: stan@usapro.net

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

PROOF OF INTEREST SUPPLEMENTAL INFORMATION:
CASE: 24-50792, META MATERIALS, INC.
FOR: Stan Stanart

BROKER: **Fidelity**
ACCT #: XXX-XX2700

TRANSACTIONS [Pre-Reverse Split]:

| Date | Transaction | Price | Total |
|------|------|------|------|
| Jan-26-2024 | Purchased 31 shares | $0.055/share | [$1.70 total invested] |
| Apr-17-2023 | Purchased 20 shares | $0.220/share | [$4.40 total invested] |
| Apr-17-2023 | Purchased 4135 shares | $0.215/share | [$889.03 total invested] |
| Apr-17-2023 | Purchased 500 shares | $0.214/share | [$106.80 total invested] |
| Oct-18-2022 | Purchased 22 shares | $0.910/share | [$20.02 total invested] |
| Oct-11-2022 | Purchased 3270 shares | $0.790/share | [$2,581.99 total invested] |
| Aug-23-2022 | Purchased 935 shares | $0.800/share | [$748.00 total invested] |
| Jun-29-2022 | Purchased 8 shares | $1.045/share | [$8.36 total invested] |
| Jun-29-2022 | Purchased 780 shares | $1.045/share | [$814.71 total invested] |
| Jun-13-2022 | Purchased 500 shares | $1.360/share | [$680.00 total invested] |
| Mar-01-2021 | Purchased 150 shares | $4.561/share | [$684.16 total invested] |
| Mar-01-2021 | Purchased 350 shares | $4.558/share | [$1,595.15 total invested] |

TOTAL SHARES HELD PRE-REVERSE SPLIT: 10701 shares [108 SHARES POST REVERSE SPLIT]
TOTAL MONIES INVESTED PRE-REVERSE SPLIT: **$8,134.32**
TRANSACTIONS [Post-Reverse Split 1/100]: None

ACCT #: XXX-XX1539

TRANSACTIONS [Pre-Reverse Split]:

| Date | Transaction | Price | Total |
|------|------|------|------|
| Apr-26-2023 | Purchased 5000 shares | $0.195/share | [$975.01 total invested] |
| Oct-12-2022 | Purchased 2653 shares | $1.017/share | [$2,697.84 total invested] |
| Oct-12-2022 | Purchased 95 shares | $1.020/share | [$96.90 total invested] |
| Oct-12-2022 | Purchased 1800 shares | $1.025/share | [$1,845.18 total invested] |
| Oct-12-2022 | Purchased 200 shares | $1.025/share | [$205.00 total invested] |
| Oct-12-2022 | Purchased 400 shares | $1.015/share | [$406.00 total invested] |
| Oct-12-2022 | Purchased 2600 shares | $1.018/share | [$2,646.54 total invested] |
| Oct-12-2022 | Purchased 2000 shares | $1.035/share | [$2,070.00 total invested] |
| Oct-12-2022 | Purchased 2000 shares | $1.039/share | [$2,077.60 total invested] |
| Oct-12-2022 | Purchased 2000 shares | $1.075/share | [$2,150.00 total invested] |
| Oct-12-2022 | Purchased 2000 shares | $1.040/share | [$2,080.00 total invested] |
| Oct-12-2022 | Purchased 2000 shares | $1.027/share | [$2,053.40 total invested] |
| Oct-12-2022 | Purchased 2000 shares | $1.027/share | [$2,053.40 total invested] |
| Sep-12-2022 | Purchased 94 shares | $0.820/share | [$77.08 total invested] |
| Sep-12-2022 | Purchased 758 shares | $0.820/share | [$621.56 total invested] |
| Jun-21-2022 | Purchased 400 shares | $1.760/share | [$704.00 total invested] |

TOTAL SHARES HELD PRE-REVERSE SPLIT: 26000 shares [260 SHARES POST REVERSE SPLIT]
TOTAL MONIES INVESTED PRE-REVERSE SPLIT: **$22,759.51**
TRANSACTIONS [Post-Reverse Split 1/100]: None

ACCT #: XXXXX7144

TRANSACTIONS [Pre-Reverse Split]:

| Apr-17-2023 | Purchased 10357 shares | $0.222/share | [$2,299.25 total invested] |
| Nov-07-2022 | Purchased 10 shares | $1.425/share | [$14.25 total invested] |
| Nov-07-2022 | Purchased 2100 shares | $1.480/share | [$3,108.00 total invested] |
| Nov-07-2022 | Purchased 2000 shares | $1.480/share | [$2,960.00 total invested] |
| Oct-28-2022 | Purchased 2500 shares | $0.994/share | [$2,484.75 total invested] |
| Oct-28-2022 | Purchased 794 shares | $0.994/share | [$789.16 total invested] |
| Oct-28-2022 | Purchased 1706 shares | $0.994/share | [$1,695.76 total invested] |
| Oct-28-2022 | Purchased 20 shares | $0.997/share | [$19.94 total invested] |
| Oct-28-2022 | Purchased 3500 shares | $0.998/share | [$3,494.05 total invested] |
| Oct-28-2022 | Purchased 2500 shares | $0.989/share | [$2,473.50 total invested] |
| Oct-28-2022 | Purchased 2500 shares | $0.990/share | [$2,475.00 total invested] |
| Oct-28-2022 | Purchased 2500 shares | $0.990/share | [$2,475.00 total invested] |
| Oct-28-2022 | Purchased 100 shares | $1.000/share | [$100.00 total invested] |
| Oct-18-2022 | Purchased 1 shares | $0.910/share | [$0.91 total invested] |
| Oct-17-2022 | Purchased 5 shares | $0.950/share | [$4.75 total invested] |
| Oct-13-2022 | Purchased 410 shares | $0.986/share | [$404.26 total invested] |
| Oct-13-2022 | Purchased 2500 shares | $0.987/share | [$2,467.00 total invested] |
| Oct-13-2022 | Purchased 2500 shares | $0.990/share | [$2,475.00 total invested] |
| Oct-13-2022 | Purchased 2500 shares | $0.980/share | [$2,450.00 total invested] |
| Oct-13-2022 | Purchased 2500 shares | $0.979/share | [$2,448.25 total invested] |
| Oct-12-2022 | Purchased 1150 shares | $1.055/share | [$1,213.25 total invested] |
| Oct-12-2022 | Purchased 2000 shares | $1.024/share | [$2,048.60 total invested] |
| Oct-12-2022 | Purchased 2300 shares | $1.017/share | [$2,338.18 total invested] |
| Oct-12-2022 | Purchased 200 shares | $1.015/share | [$203.00 total invested] |
| Oct-12-2022 | Purchased 700 shares | $1.005/share | [$703.50 total invested] |
| Oct-12-2022 | Purchased 2300 shares | $1.010/share | [$2,321.85 total invested] |
| Oct-12-2022 | Purchased 347 shares | $1.017/share | [$352.86 total invested] |

TOTAL SHARES HELD PRE-REVERSE SPLIT: 50000 shares [500 SHARES POST REVERSE SPLIT]
TOTAL MONIES INVESTED PRE-REVERSE SPLIT: **$43,820.07**
TRANSACTIONS [Post-Reverse Split 1/100]: None

TOTAL MONIES INVESTED PRE-REVERSE SPLIT: **$74,713.90**
[$8,134.32 + $22,759.51 + $43,820.07 = $74,713.90]
**See Transaction documentation attached.

# Transaction Documentation

By default, the Broker, redacts all but the last 4 digits of the account number.



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: January 26, 2024

Page 1 of 1

Brokerage Account Number
*****2700 INDIVIDUAL - TOD

**STAN R STANART**

9900018310

STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

Online                                    Fidelity.com
FAST®-Automated Telephone   800-544-5555
Customer Service                 800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24026-0BRLDN | 1* | WO# | 01-26-24 | 01-30-24 | 59134N104 | 24025-JY2ZK | | |

```
You Bought        31      DESCRIPTION and DISCLOSURES
                          META MATERIALS INC COM          Principal Amount      1.70
                  .0548   ISIN #US59134N1046 SEDOL #BKSCVX7 Settlement Amount     1.70
        at                WE HAVE ACTED AS AGENT.
Symbol:
MMAT
```

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900018310

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****2700   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0X38582700   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: November 7, 2022

Page 1 of 2

Brokerage Account Number
*****1539 IRA - ROLLOVER

STAN R STANART

9900244913

FMT CO CUST IRA ROLLOVER
FBO STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

Online                                              Fidelity.com
FAST®-Automated Telephone             800-544-5555
Customer Service                              800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22311-0GVPBW | 1* | WO# | 11-07-22 | 11-09-22 | 59134N104 | 22311-HMQ07 | | |

You Bought    2,000
at            1.4800
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          2,960.00
Settlement Amount        2,960.00

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22311-0GWT3D | 1* | WO# | 11-07-22 | 11-09-22 | 59134N104 | 22311-HPCZ1 | | |

You Bought    2,100
at            1.4800
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          3,108.00
Settlement Amount        3,108.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900244913

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

If you are eligible to make a deposit, please use this form for investments in your brokerage account  *****1539  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0174131539    00    000

Transaction Confirmation                                    Page 2 of 2
Confirm Date: November 7, 2022

Brokerage Account Number
*****1539 IRA - ROLLOVER

STAN R STANART

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22311-0GXL0D | 1* | WO# | 11-07-22 | 11-09-22 | 59134N104 | 22311-HPWOL | | |

| | | | | | |
|---|---|---|---|---|---|
| You Bought | | | DESCRIPTION and DISCLOSURES | | |
| | 10 | | META MATERIALS INC COM | Principal Amount | 14.25 |
| at | 1.4250 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 14.25 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900244913

REMITTANCE COUPON



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: October 28, 2022

Page 1 of 4

Brokerage Account Number
*****1539 IRA - ROLLOVER

**STAN R STANART**

9900243800

FMT CO CUST IRA ROLLOVER
FBO STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

Online                                    Fidelity.com
FAST®-Automated Telephone                 800-544-5555
Customer Service                          800-544-6666



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900243800

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

If you are eligible to make a deposit, please use this form for investments in your brokerage account  *****1539   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0174131539    00    000

Transaction Confirmation                    Page 3 of 4
Confirm Date: October 28, 2022

Brokerage Account Number
*****1539 IRA - ROLLOVER

STAN R STANART

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22301-0DHBPN | 1* | W3# | 10-28-22 | 11-01-22 | 59134N104 | 22301-H58LC | | |

You Bought
   100
at 1.0000
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount  100.00
Settlement Amount  100.00

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22301-0DJQNG | 1* | W3# | 10-28-22 | 11-01-22 | 59134N104 | 22301-H7HHM | | |

You Bought
   2,500
at .9900
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount  2,475.00
Settlement Amount  2,475.00

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22301-0DKK7R | 1* | W3# | 10-28-22 | 11-01-22 | 59134N104 | 22301-H7PPZ | | |

You Bought
   2,500
at .9900
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount  2,475.00
Settlement Amount  2,475.00

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22301-0DM0KN | 1* | W3# | 10-28-22 | 11-01-22 | 59134N104 | 22301-H8A18 | | |

You Bought
   2,500
at .9894
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount  2,473.50
Settlement Amount  2,473.50

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22301-0FFFQH | 1* | WY# | 10-28-22 | 11-01-22 | 59134N104 | 22301-IAE2G | | |

You Bought
   3,500
at .9983
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount  3,494.05
Settlement Amount  3,494.05

Transaction Confirmation                    Page 4 of 4
Confirm Date: October 28, 2022

Brokerage Account Number
*****1539 IRA - ROLLOVER

STAN R STANART

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22301-0FFKTN | 1* | W3# | 10-28-22 | 11-01-22 | 59134N104 | 22301-IAKN7 | | |

You Bought
　　　　　　　　　20
　　　at
　　　.996799
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount　　　　19.94
Settlement Amount　　　19.94

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22301-0FG3FP | 1* | WY# | 10-28-22 | 11-01-22 | 59134N104 | 22301-ICH9M | | |

You Bought
　　　　　　　1,706
　　　at
　　　.9940
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount　　　1,695.76
Settlement Amount　　1,695.76

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22301-0FG3FQ | 1* | WY# | 10-28-22 | 11-01-22 | 59134N104 | 22301-ICH9M | | |

You Bought
　　　　　　　794
　　　at
　　　.9939
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount　　　789.16
Settlement Amount　　789.16

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22301-0FJGNK | 1* | WY# | 10-28-22 | 11-01-22 | 59134N104 | 22301-IC598 | | |

You Bought
　　　　　　2,500
　　　at
　　　.9939
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount　　　2,484.75
Settlement Amount　　2,484.75

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900243800



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: October 18, 2022

Page 1 of 1

Brokerage Account Number
*****2700 INDIVIDUAL - TOD

STAN R STANART

9900014052

STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

Online                                       Fidelity.com
FAST®-Automated Telephone   800-544-5555
Customer Service                        800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22291-0D73GD | 1* | WO# | 10-18-22 | 10-20-22 | 59134N104 | 22291-HNFGN | | |

```
You Bought            DESCRIPTION and DISCLOSURES              Principal Amount        20.02
                22    META MATERIALS INC COM                   Settlement Amount       20.02
      at     .9100    ISIN #US59134N1046 SEDOL #BKSCVX7
Symbol:               WE HAVE ACTED AS AGENT.
MMAT
```

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900014052

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

If you are eligible to make a deposit, please use this form for investments in your brokerage account  *****2700   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0X38582700   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: October 18, 2022

Page 1 of 1

Brokerage Account Number
*****1539 IRA - ROLLOVER

**STAN R STANART**

9900183425

FMT CO CUST IRA ROLLOVER
FBO STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

Online                                          Fidelity.com
FAST®-Automated Telephone        800-544-5555
Customer Service                         800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22291-0D718L | 1* | WO# | 10-18-22 | 10-20-22 | 59134N104 | 22291-HNEGI | | |

```
You Bought               DESCRIPTION and DISCLOSURES        Principal Amount        0.91
                1        META MATERIALS INC COM             Settlement Amount        0.91
                         ISIN #US59134N1046 SEDOL #BKSCVX7
        at      .9100    WE HAVE ACTED AS AGENT.
Symbol:
MMAT
```

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900183425

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****1539   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0174131539   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: October 17, 2022

Page 1 of 1

Brokerage Account Number
*****1539 IRA - ROLLOVER

STAN R STANART

9900219128

FMT CO CUST IRA ROLLOVER
FBO STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

Online                                          Fidelity.com
FAST®-Automated Telephone          800-544-5555
Customer Service                        800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22290-0F1VBH | 1* | WO# | 10-17-22 | 10-19-22 | 59134N104 | 22290-HJL4C | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 5 | META MATERIALS INC COM | Principal Amount | 4.75 |
| | | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 4.75 |
| at | .9500 | WE HAVE ACTED AS AGENT. | | |
| Symbol: | | | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900219128

FMT CO CUST IRA ROLLOVER
FBO STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****1539   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0174131539   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: October 13, 2022

Page 1 of 3

Brokerage Account Number
*****1539 IRA - ROLLOVER

STAN R STANART

9900211386

FMT CO CUST IRA ROLLOVER
FBO STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

Online                                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                      800-544-6666



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE        9900211386

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

If you are eligible to make a deposit, please use this form for investments in your brokerage account  *****1539   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0174131539    00    000

Transaction Confirmation                          Page 2 of 3
Confirm Date: October 13, 2022

Brokerage Account Number
*****1539 IRA - ROLLOVER

STAN R STANART

| REFERENCE NO. 22286-0GSLZD | TYPE 1* | REG.REP. WO# | TRADE DATE 10-13-22 | SETTLEMENT DATE 10-17-22 | CUSIP NO. 59134N104 | ORDER NO. 22286-HYRYO | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 2,500 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 2,450.00 |
| at | | .9800 | ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 2,450.00 |
| Symbol: MMAT | | | | | | | | |

| REFERENCE NO. 22286-0GSLZQ | TYPE 1* | REG.REP. WO# | TRADE DATE 10-13-22 | SETTLEMENT DATE 10-17-22 | CUSIP NO. 59134N104 | ORDER NO. 22286-HYV57 | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 2,500 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 2,448.25 |
| at | | .9793 | ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 2,448.25 |
| Symbol: MMAT | | | | | | | | |

| REFERENCE NO. 22286-0GT6DP | TYPE 1* | REG.REP. WO# | TRADE DATE 10-13-22 | SETTLEMENT DATE 10-17-22 | CUSIP NO. 59134N104 | ORDER NO. 22286-HY7ND | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 2,500 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 2,475.00 |
| at | | .9900 | ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 2,475.00 |
| Symbol: MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900211386

REMITTANCE COUPON

Transaction Confirmation
Confirm Date: October 13, 2022

Page 3 of 3

Brokerage Account Number
*****1539 IRA - ROLLOVER

STAN R STANART

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22286-0GVKHT | 1* | WO# | 10-13-22 | 10-17-22 | 59134N104 | 22286-HY9FJ | | |

You Bought

2,500
at
.9868

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount     2,467.00
Settlement Amount    2,467.00

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22286-0GVQLS | 1* | WO# | 10-13-22 | 10-17-22 | 59134N104 | 22286-HZB1K | | |

You Bought

410
at
.9860

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount      404.26
Settlement Amount     404.26

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900211386



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: October 12, 2022

Page 1 of 6

Brokerage Account Number
*****1539 IRA - ROLLOVER

**STAN R STANART**

9900166191

FMT CO CUST IRA ROLLOVER
FBO STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

Online                                       Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                     800-544-6666



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE            9900166191

FMT CO CUST IRA ROLLOVER
FBO STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

If you are eligible to make a deposit, please use this form for investments in your brokerage account  *****1539    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0174131539    00    000

Transaction Confirmation                    Page 2 of 6
Confirm Date: October 12, 2022

Brokerage Account Number
*****1539 IRA - ROLLOVER

STAN R STANART



| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22285-0F3R7L | 1* | WO# | 10-12-22 | 10-14-22 | 59134N104 | 22285-DQZOO | | |

You Bought                    DESCRIPTION and DISCLOSURES         Principal Amount         2,053.40
              2,000            META MATERIALS INC COM              Settlement Amount         2,053.40
         at   1.0267           ISIN #US59134N1046 SEDOL #BKSCVX7
Symbol:                        WE HAVE ACTED AS AGENT.
MMAT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22285-0F443Q | 1* | WO# | 10-12-22 | 10-14-22 | 59134N104 | 22285-DP17X | | |

You Bought                    DESCRIPTION and DISCLOSURES         Principal Amount         2,053.40
              2,000            META MATERIALS INC COM              Settlement Amount         2,053.40
         at   1.0267           ISIN #US59134N1046 SEDOL #BKSCVX7
Symbol:                        WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900166191

REMITTANCE COUPON

Transaction Confirmation                    Page 3 of 6
Confirm Date: October 12, 2022

Brokerage Account Number
*****1539 IRA - ROLLOVER

STAN R STANART

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22285-0F7JRL | 1* | WO# | 10-12-22 | 10-14-22 | 59134N104 | 22285-DQAHT | | |

You Bought 
    2,000
  at
    1.0400
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    2,080.00
Settlement Amount    2,080.00

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22285-0F74NP | 1* | WO# | 10-12-22 | 10-14-22 | 59134N104 | 22285-DQIP6 | | |

You Bought 
    2,000
  at
    1.0750
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    2,150.00
Settlement Amount    2,150.00

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22285-0GDVHR | 1* | WO# | 10-12-22 | 10-14-22 | 59134N104 | 22285-DO5NF | | |

You Bought 
    2,000
  at
    1.0388
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    2,077.60
Settlement Amount    2,077.60

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22285-0GFB9M | 1* | WO# | 10-12-22 | 10-14-22 | 59134N104 | 22285-DPDQ5 | | |

You Bought 
    2,000
  at
    1.0350
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    2,070.00
Settlement Amount    2,070.00

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22285-0GF33V | 1* | WO# | 10-12-22 | 10-14-22 | 59134N104 | 22285-DQRVR | | |

You Bought 
    400
  at
    1.0150
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount    406.00
Settlement Amount    406.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900166191

Transaction Confirmation
Confirm Date: October 12, 2022

Page 4 of 6

Brokerage Account Number
*****1539 IRA - ROLLOVER

STAN R STANART

| REFERENCE NO. 22285-0GF34G | TYPE 1* | REG.REP. WO# | TRADE DATE 10-12-22 | SETTLEMENT DATE 10-14-22 | CUSIP NO. 59134N104 | ORDER NO. 22285-DQRVR | | |
|---|---|---|---|---|---|---|---|---|

You Bought
   at
Symbol:
MMAT

2,600
1.0179

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount       2,646.54
Settlement Amount      2,646.54

| REFERENCE NO. 22285-0GF7WZ | TYPE 1* | REG.REP. WO# | TRADE DATE 10-12-22 | SETTLEMENT DATE 10-14-22 | CUSIP NO. 59134N104 | ORDER NO. 22285-DPT40 | | |
|---|---|---|---|---|---|---|---|---|

You Bought
   at
Symbol:
MMAT

1,800
1.0251

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount       1,845.18
Settlement Amount      1,845.18

| REFERENCE NO. 22285-0GF7XJ | TYPE 1* | REG.REP. WO# | TRADE DATE 10-12-22 | SETTLEMENT DATE 10-14-22 | CUSIP NO. 59134N104 | ORDER NO. 22285-DPT40 | | |
|---|---|---|---|---|---|---|---|---|

You Bought
   at
Symbol:
MMAT

200
1.0250

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount       205.00
Settlement Amount      205.00

| REFERENCE NO. 22285-0GGTNH | TYPE 1* | REG.REP. WO# | TRADE DATE 10-12-22 | SETTLEMENT DATE 10-14-22 | CUSIP NO. 59134N104 | ORDER NO. 22285-HM9SL | | |
|---|---|---|---|---|---|---|---|---|

You Bought
   at
Symbol:
MMAT

95
1.0200

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount       96.90
Settlement Amount      96.90

| REFERENCE NO. 22285-0GJ95D | TYPE 1* | REG.REP. WO# | TRADE DATE 10-12-22 | SETTLEMENT DATE 10-14-22 | CUSIP NO. 59134N104 | ORDER NO. 22285-DOXYS | | |
|---|---|---|---|---|---|---|---|---|

You Bought
   at
Symbol:
MMAT

3,000
1.0169

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount       3,050.70
Settlement Amount      3,050.70

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900166191

Transaction Confirmation    Page 5 of 6
Confirm Date: October 12, 2022

Brokerage Account Number
*****1539 IRA - ROLLOVER

STAN R STANART

| REFERENCE NO. 22285-0GKM5V | TYPE 1* | REG.REP. WO# | TRADE DATE 10-12-22 | SETTLEMENT DATE 10-14-22 | CUSIP NO. 59134N104 | ORDER NO. 22285-HNQQV | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 2,300 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 2,321.85 |
| at | | 1.0095 | ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 2,321.85 |
| Symbol: MMAT | | | PARTIAL EXECUTION | | | | | |

| REFERENCE NO. 22285-0GKM7S | TYPE 1* | REG.REP. WO# | TRADE DATE 10-12-22 | SETTLEMENT DATE 10-14-22 | CUSIP NO. 59134N104 | ORDER NO. 22285-HNQQV | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 700 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 703.50 |
| at | | 1.0050 | ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 703.50 |
| Symbol: MMAT | | | PARTIAL EXECUTION | | | | | |

| REFERENCE NO. 22285-0GKXHF | TYPE 1* | REG.REP. WO# | TRADE DATE 10-12-22 | SETTLEMENT DATE 10-14-22 | CUSIP NO. 59134N104 | ORDER NO. 22285-HNVAS | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 200 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 203.00 |
| at | | 1.0150 | ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 203.00 |
| Symbol: MMAT | | | PARTIAL EXECUTION | | | | | |

| REFERENCE NO. 22285-0GKXHW | TYPE 1* | REG.REP. WO# | TRADE DATE 10-12-22 | SETTLEMENT DATE 10-14-22 | CUSIP NO. 59134N104 | ORDER NO. 22285-HNVAS | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 2,300 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 2,338.18 |
| at | | 1.0166 | ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 2,338.18 |
| Symbol: MMAT | | | PARTIAL EXECUTION | | | | | |

| REFERENCE NO. 22285-0GK70M | TYPE 1* | REG.REP. WO# | TRADE DATE 10-12-22 | SETTLEMENT DATE 10-14-22 | CUSIP NO. 59134N104 | ORDER NO. 22285-HNZA1 | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 2,000 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 2,048.60 |
| at | | 1.0243 | ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 2,048.60 |
| Symbol: MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900166191

Transaction Confirmation
Confirm Date: October 12, 2022

Page 6 of 6

Brokerage Account Number
*****1539 IRA - ROLLOVER

STAN R STANART

| REFERENCE NO. 22285-0GLH7V | TYPE 1* | REG.REP. WO# | TRADE DATE 10-12-22 | SETTLEMENT DATE 10-14-22 | CUSIP NO. 59134N104 | ORDER NO. 22285-HN4GN | | |
|---|---|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| You Bought | | DESCRIPTION and DISCLOSURES | |
| | | META MATERIALS INC COM | |
| | 1,150 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Principal Amount      1,213.25 |
| at | 1.0550 | WE HAVE ACTED AS AGENT. | Settlement Amount    1,213.25 |
| Symbol: | | | |
| MMAT | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900166191



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: October 11, 2022                    Page 1 of 1

Brokerage Account Number
*****2700 INDIVIDUAL - TOD

STAN R STANART

9900014711

STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

Online                              Fidelity.com
FAST®-Automated Telephone           800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22284-0CKJHN | 1* | WY# | 10-11-22 | 10-13-22 | 59134N104 | 22284-HEZYM | | |

You Bought

|  |  | DESCRIPTION and DISCLOSURES | | | | |
|---|---|---|---|---|---|---|
|  | 3,270 | META MATERIALS INC COM | | Principal Amount | | 2,581.99 |
| at | .7896 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | 2,581.99 |
| Symbol: |  | WE HAVE ACTED AS AGENT. | | | | |
| MMAT |  |  | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900014711

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

If you are eligible to make a deposit, please use this form for
investments in your brokerage account  *****2700    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0X38582700   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: September 12, 2022

Page 1 of 1

Brokerage Account Number
*****1539 IRA - ROLLOVER

**STAN R STANART**

9900215925

FMT CO CUST IRA ROLLOVER
FBO STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

Online                                       Fidelity.com
FAST®-Automated Telephone        800-544-5555
Customer Service                       800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22255-0DQMFN | 1* | WO# | 09-12-22 | 09-14-22 | 59134N104 | 22255-HEYQG | | |

| | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|
| You Bought | META MATERIALS INC COM | Principal Amount | 621.56 |
| 758 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 621.56 |
| at .8200 | WE HAVE ACTED AS AGENT. | | |
| Symbol: MMAT | PARTIAL EXECUTION | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22255-0DRQLS | 1* | WO# | 09-12-22 | 09-14-22 | 59134N104 | 22255-HEYQG | | |

| | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|
| You Bought | META MATERIALS INC COM | Principal Amount | 77.08 |
| 94 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 77.08 |
| at .8200 | WE HAVE ACTED AS AGENT. | | |
| Symbol: MMAT | PARTIAL EXECUTION | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900215925

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****1539   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0174131539   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: August 23, 2022

Page 1 of 1

Brokerage Account Number
*****2700 INDIVIDUAL - TOD

STAN R STANART

9900013991

STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

Online                                         Fidelity.com
FAST®-Automated Telephone     800-544-5555
Customer Service                        800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22235-0FBQ4B | 1* | WO# | 08-23-22 | 08-25-22 | 59134N104 | 22235-HTD3F | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 748.00 |
| | 935 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 748.00 |
| at | .8000 | WE HAVE ACTED AS AGENT. | | |
| Symbol: | | | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900013991

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

If you are eligible to make a deposit, please use this form for investments in your brokerage account  *****2700    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0X38582700    00    000



**Fidelity**
INVESTMENTS®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: June 29, 2022

Page 1 of 1

Brokerage Account Number
*****2700 INDIVIDUAL - TOD

STAN R STANART

9900012700

STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

Online                              Fidelity.com
FAST®-Automated Telephone           800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22180-0C341H | 1* | WO# | 06-29-22 | 07-01-22 | 59134N104 | 22180-HIPDL | | |

You Bought        780
    at          1.0445
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          814.71
Settlement Amount         814.71

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22180-0C4C4M | 1* | WO# | 06-29-22 | 07-01-22 | 59134N104 | 22180-HIRPT | | |

You Bought          8
    at          1.0450
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount            8.36
Settlement Amount           8.36

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900012700

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****2700   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0X38582700    00    000



PO Box 28019
Albuquerque, NM 87125-8019

Transaction Confirmation                    Page 1 of 1
Confirm Date: June 21, 2022

Brokerage Account Number
*****1539 IRA - ROLLOVER

STAN R STANART

9900233380

FMT CO CUST IRA ROLLOVER
FBO STAN R STANART                Online                          Fidelity.com
11811 BOURGEOIS FOREST DR         FAST®-Automated Telephone       800-544-5555
HOUSTON TX 77066-3207             Customer Service                800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22172-0FCDGT | 1* | WO# | 06-21-22 | 06-23-22 | 59134N104 | 22172-HM7EJ | | |

DESCRIPTION and DISCLOSURES

You Bought                 META MATERIALS INC COM          Principal Amount           704.00
            400            ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount          704.00
    at      1.7600         WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900233380

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER          If you are eligible to make a deposit, please use this form for
FBO STAN R STANART                investments in your brokerage account  *****1539    only.
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
FIDELITY INVESTMENTS            additional money, use this deposit slip and make checks
PO BOX 770001                   payable to: NATIONAL FINANCIAL SERVICES LLC.
CINCINNATI OH  45277-0003       Deposits will be made to the account listed above.  Please
                                mail checks to the Fidelity address on this form. Refer to the
                                last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0174131539    00   000



**Fidelity**
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: June 13, 2022

Page 1 of 1

Brokerage Account Number
*****2700 INDIVIDUAL - TOD

9900024023

**STAN R STANART**

STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

Online                              Fidelity.com
FAST®-Automated Telephone           800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22164-0BZ4DJ | 1* | WO# | 06-13-22 | 06-15-22 | 59134N104 | 22159-GY1E3 | | |

You Bought

500

at
1.3600

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          680.00
Settlement Amount         680.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900024023

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****2700 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0X38582700   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: April 26, 2023

Page 1 of 1

Brokerage Account Number
*****1539 IRA - ROLLOVER

STAN R STANART

9900220697

FMT CO CUST IRA ROLLOVER
FBO STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

Online                                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                      800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23116-0BX48P | 1* | WO# | 04-26-23 | 04-28-23 | 59134N104 | 23116-GZDRW | | |

|  | DESCRIPTION and DISCLOSURES | |
|---|---|---|
| You Bought | META MATERIALS INC COM | Principal Amount    975.01 |
| 5,000 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount   975.01 |
| at   .1950 | WE HAVE ACTED AS AGENT. | |
| Symbol: | | |
| MMAT | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900220697

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

If you are eligible to make a deposit, please use this form for investments in your brokerage account  *****1539    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0174131539    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: April 26, 2023

Page 1 of 1

Brokerage Account Number
*****1539 IRA - ROLLOVER

STAN R STANART

9900220697

FMT CO CUST IRA ROLLOVER
FBO STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

Online                                 Fidelity.com
FAST®-Automated Telephone              800-544-5555
Customer Service                       800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23116-0BX48P | 1* | WO# | 04-26-23 | 04-28-23 | 59134N104 | 23116-GZDRW | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 975.01 |
| | 5,000 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 975.01 |
| at | .1950 | WE HAVE ACTED AS AGENT. | | |
| Symbol: | | | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900220697

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

If you are eligible to make a deposit, please use this form for
investments in your brokerage account  *****1539    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0174131539    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: April 17, 2023

Page 1 of 2

Brokerage Account Number
*****1539 IRA - ROLLOVER

**STAN R STANART**

9900255625

FMT CO CUST IRA ROLLOVER
FBO STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

Online                                        Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service                        800-544-6666



| | | | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900255625

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

If you are eligible to make a deposit, please use this form for investments in your brokerage account  *****1539   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0174131539    00    000

Transaction Confirmation
Confirm Date: April 17, 2023

Page 2 of 2

Brokerage Account Number
*****1539 IRA - ROLLOVER

STAN R STANART



| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23107-0GQ94S | 1* | WO# | 04-17-23 | 04-19-23 | 59134N104 | 23107-HSSHC | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 2,299.25 |
| | 10,357 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 2,299.25 |
| at | .2220 | WE HAVE ACTED AS AGENT. | | |
| Symbol: | | | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900255625

REMITTANCE COUPON



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: April 17, 2023

Page 1 of 2

Brokerage Account Number
*****2700 INDIVIDUAL - TOD

STAN R STANART

9900018026

STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

Online                                       Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                      800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23107-0DPSNJ | 1* | WY# | 04-17-23 | 04-19-23 | 59134N104 | 23107-HDALW | | |

You Bought

500

at .2136

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount          106.80
Settlement Amount       106.80

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23107-0D2KJH | 1* | WY# | 04-17-23 | 04-19-23 | 59134N104 | 23107-HFYFM | | |

You Bought

4,135

at .2150

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          889.03
Settlement Amount       889.03

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900018026

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

If you are eligible to make a deposit, please use this form for
investments in your brokerage account  *****2700   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0X38582700   00   000

Transaction Confirmation                          Page 2 of 2
Confirm Date: April 17, 2023

Brokerage Account Number
*****2700 INDIVIDUAL - TOD

STAN R STANART

| REFERENCE NO. 23107-0GSBDN | TYPE 1* | REG.REP. WO# | TRADE DATE 04-17-23 | SETTLEMENT DATE 04-19-23 | CUSIP NO. 59134N104 | ORDER NO. 23107-HTDJ3 | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 4.40 |
| | 20 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 4.40 |
| at | .2200 | | WE HAVE ACTED AS AGENT. | | | | | |
| Symbol: | | | | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE        9900018026

REMITTANCE COUPON



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: January 26, 2024

Page 1 of 1

Brokerage Account Number
*****2700 INDIVIDUAL - TOD

STAN R STANART

9900018310

STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

Online                              Fidelity.com
FAST®-Automated Telephone          800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24026-0BRLDN | 1* | WO# | 01-26-24 | 01-30-24 | 59134N104 | 24025-JY2ZK | | |

DESCRIPTION and DISCLOSURES

You Bought           31        META MATERIALS INC COM                Principal Amount         1.70
                               ISIN #US59134N1046 SEDOL #BKSCVX7      Settlement Amount        1.70
         at      .0548         WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                          9900018310

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STAN R STANART
11811 BOURGEOIS FOREST DR
HOUSTON TX 77066-3207

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****2700   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0X38582700   00   000



Transaction Confirmation                    Page 1 of 2
Confirm Date: March 1, 2021

Brokerage Account Number
*****2700 INDIVIDUAL - TOD

STAN R STANART

9900028086

STAN R STANART
11811 BOURGEOIS FOREST DR          Online                              Fidelity.com
HOUSTON TX 77066-3207              FAST(sm)-Automated Telephone          800-544-5555
                                   Customer Service                      800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21060-0G8X2Q | 1* | WK# | 03-01-21 | 03-03-21 | 89102U103 | 21060-J4C5S | | |

You Bought                  DESCRIPTION and DISCLOSURES                    Principal Amount          1,822.10
                700         TORCHLIGHT ENERGY RESOURCES INC               Settlement Amount         1,822.10
      at      2.6030        WE HAVE ACTED AS AGENT.
                            PARTIAL EXECUTION
Symbol:                     THIS NOTICE IS PROVIDED TO YOU, IN LIEU
TRCH                        OF THE FINAL PROSPECTUS, PURSUANT TO
                            SECURITIES ACT RULE 173. TO THE EXTENT
                            THE SALE WAS MADE PURSUANT TO A
                            REGISTRATION STATEMENT OR IN A
                            TRANSACTION IN WHICH A FINAL PROSPECTUS
                            WOULD HAVE BEEN REQUIRED TO HAVE BEEN
                            DELIVERED IN THE ABSENCE OF SECURITIES
                            ACT RULE 172. YOU CAN VIEW THE FINAL
                            PROSPECTUS AT WWW.SEC.GOV, OR YOU MAY
                            REQUEST A PAPER COPY BY CALLING
                            866-602-4402.

9900028086              ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STAN R STANART                         If you are eligible to make a deposit, please use this form for
11811 BOURGEOIS FOREST DR              investments in your brokerage account *****2700   only.
HOUSTON TX 77066-3207

                                       | AMOUNT OF INVESTMENT | $ |
                                       |---|---|

                                       If there are sufficient funds in your brokerage core account
                                       (or margin account), Fidelity will use those funds to cover
                                       the trade(s) on this confirm.  If you wish to deposit
                                       additional money, use this deposit slip and make checks
FIDELITY INVESTMENTS                   payable to: NATIONAL FINANCIAL SERVICES LLC.
PO BOX 770001                          Deposits will be made to the account listed above.  Please
CINCINNATI OH  45277-0003              mail checks to the Fidelity address on this form. Refer to the
                                       last page for instructions on depositing certificates.

Transaction Confirmation                    Page 2 of 2
Confirm Date: March 1, 2021

Brokerage Account Number
*****2700 INDIVIDUAL - TOD

STAN R STANART

| REFERENCE NO.<br>21060-0G8X3J | TYPE<br>1* | REG.REP.<br>WK# | TRADE DATE<br>03-01-21 | SETTLEMENT DATE<br>03-03-21 | CUSIP NO.<br>89102U103 | ORDER NO.<br>21060-J4C5S | | |
|---|---|---|---|---|---|---|---|---|
| You Bought<br><br>    at<br>Symbol:<br>TRCH | | 300<br>2.6050 | DESCRIPTION and DISCLOSURES<br>TORCHLIGHT ENERGY RESOURCES INC<br>WE HAVE ACTED AS AGENT.<br>PARTIAL EXECUTION<br>THIS NOTICE IS PROVIDED TO YOU, IN LIEU<br>OF THE FINAL PROSPECTUS, PURSUANT TO<br>SECURITIES ACT RULE 173. TO THE EXTENT<br>THE SALE WAS MADE PURSUANT TO A<br>REGISTRATION STATEMENT OR IN A<br>TRANSACTION IN WHICH A FINAL PROSPECTUS<br>WOULD HAVE BEEN REQUIRED TO HAVE BEEN<br>DELIVERED IN THE ABSENCE OF SECURITIES<br>ACT RULE 172. YOU CAN VIEW THE FINAL<br>PROSPECTUS AT WWW.SEC.GOV, OR YOU MAY<br>REQUEST A PAPER COPY BY CALLING<br>866-602-4402. | | Principal Amount<br>Settlement Amount | | | 781.50<br>781.50 |

9900028086                    ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

REMITTANCE COUPON

December 8, 2024

U.S. Bankruptcy Court
Foley Federal Building and U.S. Courthouse
Attn: Clerk of Court
300 Las Vegas Blvd. South
Las Vegas, Nevada 89101

RE: NOTICE OF REDACTION, Proof of Interest Form, Case No. 24-50792

To Clerk of the Court,

My name is Stan Stanart, and I hereby submit this NOTICE OF REDACTION for PROOF OF
INTEREST FORM in the matter of Meta Materials, Inc., case number 24-50792. Per instructions
by The Honorable Hillary L. Barnes, United States Bankruptcy Judge, and out of an abundance
of concern for the potential misuse of my personal information, I request all but the last four digits
of my account numbers be redacted from my Proof of Interest form.

Per instructions, I have included with this filing an unredacted version of the POI, a redacted
version of the POI, a detailed explanation of my $MMAT trading records and their
documentation, and a check for the $28 processing fee.

Thank you for your consideration in this matter.

Regards,

Stan Stanart
11811 Bourgeois Forest Dr
Houston, TX  77066