NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: META MATERIALS, INC.
Case Number: 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

KERRAN SETH
219-701 STERLING LYON PARKWAY
WINNIPEG, MANITOBA
R3P 2V1
CANADA

Telephone Number: 204-979-8059

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AM
AND FILED
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
ACCT # 572-73059 and ACCT # 572-70771

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
KERRAN SETH
SCOTIA iTRADE, PO BOX 4002 STATION A,
TORONTO, ONTARIO, M5W-0G4
Telephone Number: 1-416-214-6457 OR 1-888-872-3388

**3. Date Equity Interest was acquired:**
BETWEEN APRIL 1, 2021 TO JUNE 17, 2021
SEE ATTACHED DOCUMENTATION

**4. Total amount of member interest:** 53 FOR $65,661.65

**5. Certificate number(s):** SEE ATTACHED DOCUMENTATION

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7. Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy**: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: KERRAN SETH
Title: _____
Company: ___ Address and telephone number (if different from notice address above):
_____

(Signature) [signed]    (Date) DEC. 13, 2024

Telephone number: 204.979.8059    email: kerran@cellfixdoctors.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**
**CASE: 24-50792, META MATERIALS, INC.**
**FOR: KERRAN SETH (JOINT ACCOUNTS)**

**BROKER:** SCOTIA ITRADE
**ACCT: #572-73059 and #572-70771**

<u>**TRANSCATIONS FOR ACCT # 572-73059 (PRE-REVERSE SPLITS)**</u>

April 1, 2021 Purchased 3500 TRCH Share at $1.81/Share = $6,344.99 Total Investment

April 8, 2021 Sold 100 TRCH Share at $1.91/Share = $181 Total Recovered

April 14, 2021 Purchased 1400 TRCH Share at $1.70/Share = $2,389.99 Total Investment

June 21, 2021 Purchased 5200 TRCH Share at $5.40/Share = $28,146.70 Total Investment

**TOTAL SHARES HELD PRE-MERGER FOR TRCH TO MMAT: 10,000 SHARES**

**TOTAL MONIES INVESTED PRE-MERGER $36,700.68**

**June 29, 2021 MMAT DID A 2 FOR 1 REVERSE SPLIT WHERE 10,000 MMAT SHARES BECAME 5000 MMAT SHARES.**

**Jan 29, 2024 MMAT DID A 100 FOR 1 REVERSE SPLIT WHERE 5000 MMAT SHARES BECAME 50 MMAT SHARES.**

**TOTAL SHARES HELD POST TWO REVERSE SPLITS AS OUTLINED ABOVE ARE 50 SHARES IN THIS ACCOUNT.**

**TOTAL MONIES INVESTED PRE-REVERSE SPLIT AS OUTLINE ABOVE AND IN ATTACHED BROKER ACCOUNT TRANSACTIONS IS <u>$36,700.68</u> ($6,344.99 -$181 + $2,389.99 + $28,146.70)**

**See Transaction documentation from broker account attached.

# SCOTIA iTRADE

Account Number: **572-73059**
Statement for April 1 to 30, 2021

## Monthly Activity - continued

| Date | Type Activity | Description | Quantity | Price | Credit/Debit(-) |
|---|---|---|---|---|---|
| Apr. 08 | MRGN SELL | CALL SOS  04/16/21  6.50<br>SOS LIMITED ADS<br>CLOSING CONTRACT<br>STP PET | -27 | 0.7000 | 1,846.25 |
| Apr. 14 | MRGN BUY | TORCHLIGHT ENERGY RESOURCES INC<br>STP PET | 1,400 | 1.7000 | -2,389.99 |
| Apr. 20 | MRGN EXPIRED | CALL SOS  04/16/21  7.50<br>SOS LIMITED ADS | -10 | | |

**Closing Cash Balance** $92.03

## Summary

### Income Summary

|  | This Period | Year-to-Date |
|---|---|---|
| **Total Income** | **$0** | **$0** |



### Scotia eDocuments – Get Online!

As a Scotia iTRADE® customer, you can enrol to receive free, electronic access to your account statements, trade confirms, mutual fund prospectuses, and annual trading summary. Visit scotiaitrade.com to learn more and sign-up today.

## A Note From Scotia iTRADE

**Market Volatility**
These are unprecedented times. Scotia iTRADE® is committed to supporting you as you navigate them. You can find several updated self-help resources at scotiaitrade.com > About > How-to Resources and also some FAQs at scotiaitrade.com > About > FAQs where you'll find answers to the most common questions we've received.

**New - Display Subtotals by Asset Class**
Effective April 2021, your month end statements will include a new 'Subtotal' market value calculation for each asset class within the 'Details of Your Account Holdings' section. The value of the Subtotal will include the net market value of all positions at month end, excluding any accrued interest and/or pending dividends.

# SCOTIA iTRADE

Account Number: **572-73059**
Statement for April 1 to 30, 2021

## Details of Your Account Holdings

| Type | Security Description | Quantity | Average Cost | Adjusted Book Value | Market Price | Market Value |
|---|---|---|---|---|---|---|
| **Cash** | | | | | | |
| MRGN | | | | | | 92 |
| **Total Cash** | | | | | | **$92** |
| **Equity** | | | | | | |
| MRGN | ONCONOVA THERAPEUTICS INC COMMON STOCK | 3,000 | 1.203 | 3,609 | 0.719 | 2,157 |
| MRGN | ORAGENICS INC COMMON STOCK | 1,000 | 1.394 | 1,394 | 0.804 | 804 |
| MRGN | TORCHLIGHT ENERGY RESOURCES INC | 4,800 | 1.782 | 8,553 | 2.115 | 10,152 |
| **Total Equity** | | | | **$13,556** | | **$13,113** |
| **Total Account Holdings** | | | | **$13,648** | | **$13,205** |

The adjusted cost displayed on this statement incorporates the original cost of your investments as well as any reinvested dividends and/or mutual fund distributions. Please note that where you have purchased securities through a PAC plan the cost displayed does not necessarily reflect your original purchase price.

## Monthly Activity

| Date | Type | Activity | Description | Quantity | Price | Credit/Debit(-) |
|---|---|---|---|---|---|---|
| **Opening Cash Balance** | | | | | | **$6,799.76** |
| Apr. 01 | MRGN | BUY | TORCHLIGHT ENERGY RESOURCES INC<br>STP PET | 3,500 | 1.8100 | -6,344.99 |
| Apr. 01 | MRGN | SELL | PUT SPY 04/01/21 380<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>STP PET | -4 | 0.0300 | |
| Apr. 06 | MRGN | EXPIRED | PUT SPY 04/01/21 380<br>STANDARD & POORS DEPOSITORY | -96 | | |
| Apr. 08 | MRGN | SELL | TORCHLIGHT ENERGY RESOURCES INC<br>STP PET | -100 | 1.9100 | 181.00 |

# SCOTIA iTRADE®

Account Number: **572-73059**
Statement for April 1 to 30, 2021

## Monthly Activity - continued

| Date | Type Activity | Description | Quantity | Price | Credit/Debit(-) |
|---|---|---|---|---|---|
| Apr. 08 | MRGN SELL | CALL SOS 04/16/21 6.50<br>SOS LIMITED ADS<br>CLOSING CONTRACT<br>STP PET | -27 | 0.7000 | 1,846.25 |
| Apr. 14 | MRGN BUY | TORCHLIGHT ENERGY RESOURCES INC<br>STP PET | 1,400 | 1.7000 | -2,389.99 |
| Apr. 20 | MRGN EXPIRED | CALL SOS 04/16/21 7.50<br>SOS LIMITED ADS | -10 | | |

**Closing Cash Balance**  $92.03

## Summary

### Income Summary

|  | This Period | Year-to-Date |
|---|---|---|
| **Total Income** | $0 | $0 |



### Scotia eDocuments – Get Online!

As a Scotia iTRADE® customer, you can enrol to receive free, electronic access to your account statements, trade confirms, mutual fund prospectuses, and annual trading summary. Visit **scotiaitrade.com** to learn more and sign-up today.

## A Note From Scotia iTRADE

**Market Volatility**
These are unprecedented times. Scotia iTRADE® is committed to supporting you as you navigate them. You can find several updated self-help resources at **scotiaitrade.com** > About > How-to Resources and also some FAQs at **scotiaitrade.com** > About > FAQs where you'll find answers to the most common questions we've received.

**New - Display Subtotals by Asset Class**
Effective April 2021, your month end statements will include a new 'Subtotal' market value calculation for each asset class within the 'Details of Your Account Holdings' section. The value of the Subtotal will include the net market value of all positions at month end, excluding any accrued interest and/or pending dividends.

SCOTIA iTRADE

Account Number: **572-73059**
Statement for April 1 to 30, 2021

Accrued interest and pending dividends will continue to be displayed and included within the total market value of the asset class, aligning with the Asset Class Summary section of the month end statements.

# SCOTIA iTRADE

Account Number: **572-73059**
Statement for June 1 to 30, 2021

## Details of Your Account Holdings

| Type | Security Description | Quantity | Average Cost | Adjusted Book Value | Market Price | Market Value |
|---|---|---|---|---|---|---|
| **Cash** | | | | | | |
| MRGN | | | | | | 319 |
| **Total Cash** | | | | | | **$319** |
| **Equity** | | | | | | |
| MRGN | META MATLS INC COMMON STOCK | 5,000 | 7.340 | 36,700 | 7.490 | 37,450 |
| MRGN | ONCONOVA THERAPEUTICS INC COMMON STOCK | 200 | 18.049 | 3,609 | 6.930 | 1,386 |
| MRGN | ORAGENICS INC COMMON STOCK | 1,000 | 1.394 | 1,394 | 0.705 | 705 |
| **Total Equity** | | | | **$41,703** | | **$39,541** |
| **Total Account Holdings** | | | | **$42,022** | | **$39,860** |

The adjusted cost displayed on this statement incorporates the original cost of your investments as well as any reinvested dividends and/or mutual fund distributions. Please note that where you have purchased securities through a PAC plan the cost displayed does not necessarily reflect your original purchase price.

## Monthly Activity

| Date | Type | Activity | Description | Quantity | Price | Credit/Debit(-) |
|---|---|---|---|---|---|---|
| **Opening Cash Balance** | | | | | | **$92.03** |
| Jun. 21 | MRGN | BUY | TORCHLIGHT ENERGY RESOURCES INC<br>AVG PRICE SHOWN-DETAILS ON REQ<br>STP PET | 5,200 | 5.4089 | -28,146.70 |
| Jun. 22 | MRGN | TRANSFER | conf#34171530 Scotia Online<br>C$ - U$ @ 1.2510<br>714071246526 | | | 28,377.30 |
| Jun. 22 | MRGN | INTEREST | FROM 05/22 THRU 06/21 @ 4.700% | | | -3.61 |
| Jun. 29 | MRGN | REVERSE | META MATLS INC COMMON STOCK | 5,000 | | |

# SCOTIA iTRADE

Account Number: **572-73059**
Statement for June 1 to 30, 2021

## Monthly Activity - continued

| Date | Type Activity | Description | Quantity | Price | Credit/Debit(-) |
|---|---|---|---|---|---|
| | | RESULT OF REVERSE SPLIT | | | |
| Jun. 29 | MRGN REVERSE | TORCHLIGHT ENERGY RESOURCES INC REVERSE SPLIT | -10,000 | | |

**Closing Cash Balance** $319.02

## Summary

### Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| **Total Income** | **$0** | **$0** |



### Scotia eDocuments – Get Online!

As a Scotia iTRADE® customer, you can enrol to receive free, electronic access to your account statements, trade confirms, mutual fund prospectuses, and annual trading summary. Visit scotiaitrade.com to learn more and sign-up today.

## A Note From Scotia iTRADE

**Market Volatility**
These are unprecedented times. Scotia iTRADE® is committed to supporting you as you navigate them. You can find several updated self-help resources at scotiaitrade.com > About > How-to Resources and also some FAQs at scotiaitrade.com > About > FAQs where you'll find answers to the most common questions we've received.

**Updated Relationship Disclosure Document and Terms and Conditions (including Conflicts of Interest Disclosure)**
Further to our communication in your March quarterly statement regarding Conflicts of Interest Disclosure, updates have been made to the Scotia iTRADE Relationship Disclosure Document and Terms and Conditions. For clients that have selected paperless statements, the updated Conflicts of Interest Disclosure is listed in
Appendix "A" of the updated Relationship Disclosure Document and Terms and Conditions and can be found here: https://www.scotiaitrade.com/content/dam/itrade/documents/disclosures.pdf. Clients that have selected Paper statements will have the updated document included in their June statement package.

**SCOTIA iTRADE**

Account Number: **572-73059**
Statement for July 1 to 30, 2021

# Details of Your Account Holdings

| Type | Security Description | Quantity | Average Cost | Adjusted Book Value | Market Price | Market Value |
|---|---|---|---|---|---|---|
| **Cash** | | | | | | |
| MRGN | | | | | | 319 |
| **Total Cash** | | | | | | **$319** |
| **Preferreds** | | | | | | |
| MRGN | META MATLS INC<br>PFD SER A<br>See Endnote 3,6 | 10,000 | 0.000 | 0 | UNPRICED | UNPRICED |
| **Total Preferreds** | | | | **$0** | | **$0** |
| **Equity** | | | | | | |
| MRGN | META MATLS INC<br>COMMON STOCK | 5,000 | 7.340 | 36,700 | 3.500 | 17,500 |
| MRGN | ONCONOVA THERAPEUTICS INC<br>COMMON STOCK | 200 | 18.049 | 3,609 | 4.970 | 994 |
| MRGN | ORAGENICS INC<br>COMMON STOCK | 1,000 | 1.394 | 1,394 | 0.798 | 798 |
| **Total Equity** | | | | **$41,703** | | **$19,292** |
| **Total Account Holdings** | | | | **$42,022** | | **$19,611** |

The adjusted cost displayed on this statement incorporates the original cost of your investments as well as any reinvested dividends and/or mutual fund distributions. Please note that where you have purchased securities through a PAC plan the cost displayed does not necessarily reflect your original purchase price.

# Monthly Activity

| Date | Type | Activity | Description | Quantity | Price | Credit/Debit(-) |
|---|---|---|---|---|---|---|
| **Opening Cash Balance** | | | | | | **$319.02** |
| Jul. 09 | MRGN | EXCHANGE | META MATLS INC<br>PFD SER A<br>SPINOFF  ON  10000 SHS<br>FROM SEC# T014092<br>TORCHLIGHT ENERGY RESOURCES<br>REC 06/24/21 PAY 06/25/21 | 10,000 | | |

# Scotia iTRADE

Account Number: **572-73059**
Statement for January 1 to 31, 2024

## Details of Your Account Holdings - continued

| Type | Security Description | Quantity | Average Cost | Adjusted Book Value | Market Price | Market Value |
|---|---|---|---|---|---|---|
| | COMMON STOCK | | | | | |
| MRGN | ORAGENICS INC COMMON STOCK See Endnote 5 | 17 | 82.460 | 1,401 | 2.300 | 39 |
| **Total Equity** | | | | **$54,284** | | **$2,282** |
| **Other** | | | | | | |
| MRGN | NEXT BRIDGE HYDRO CARBON INC COM SHS See Endnote 3,6 | 10,000 | 0.000 | 0 | UNPRICED | UNPRICED |
| **Total Other** | | | | **$0** | | **$0** |
| **Total Account Holdings** | | | | **$54,828** | | **$2,826** |

The adjusted cost displayed on this statement incorporates the original cost of your investments as well as any reinvested dividends and/or mutual fund distributions. Please note that where you have purchased securities through a PAC plan the cost displayed does not necessarily reflect your original purchase price.

## Monthly Activity

| Date | Type | Activity | Description | Quantity | Price | Credit/Debit(-) |
|---|---|---|---|---|---|---|
| **Opening Cash Balance** | | | | | | **$544.01** |
| Jan. 29 | MRGN | REVERSE | META MATLS INC COMMON STOCK REVERSE STOCK SPLIT; 1:100 C. 59134N302 | -5,000 | | |
| Jan. 29 | MRGN | REVERSE | META MATERIALS INC COMMON STOCK RESULT OF REVERSE SPLIT | 50 | | |
| **Closing Cash Balance** | | | | | | **$544.01** |

# Scotiabank

Page created on Dec 13, 2024 - 2:16 p.m. ET

## Scotia iTRADE - 572-73059 Cash

**Market Value (CAD):** $8,960

(*) Unrealized - discrepancies may occur due to unrealized Market values

Book Value (CAD)
$99,183

Unrealized Loss* (CAD):
$90,224

## Summary Balance

|  | Trade Date Cash | Settlement Date Cash | Market Value | Net Value | Withdrawal Limit | Buying Power |
|---|---|---|---|---|---|---|
| CAD | 13.80 | 13.80 | N/A | 13.80 | 13.80 | 164.76 |
| USD | 313.20 | 707.19 | 6,302.87 | 6,616.07 | 115.91 | 115.91 |
| Consolidated Total (CAD) | 459.01 | 1,019.07 | 8,959.54 | 9,418.55 | | |

## U.S. Account Positions

| Description | Symbol | Quantity | Average Cost | Market Price | Book Value | Market Value | Change $ | Change % | Quick Menu |
|---|---|---|---|---|---|---|---|---|---|
| **Equity and Equity Equivalents** | | | | | | | | | |
| GLOBAL TECH INDUSTRIES GROUP INC COM [2] | GTII | 301,600 | 0.0855 | 0.015 | 26,032.53 | 4,524.00 | -21,508.53 | -82.62 | |
| META MATERIALS INC COMMON STOCK [2] | MMATQ | 50 | 734.0000 | 0.00 | 36,700.00 | 0.00 | -36,700.00 | -100.00 | |
| ORAGENICS INC COMMON STOCK | OGEN | 17 | 82.4600 | 0.3497 | 1,401.82 | 5.94 | -1,395.88 | -99.58 | |
| TRAWS PHARMA I CVR COMMON STOCK CONTRA CUSIP | T044611 | 200 | 0.0000 | N/A | 0.00 | N/A | N/A | N/A | |
| TRAWS PHARMA INC COMMON STOCK | TRAW | 8 | 451.0000 | 4.6201 | 3,608.00 | 36.96 | -3,571.04 | -98.98 | |
| TRUMP MEDIA & TECHNOLOGY GROUP CORP COMMON STOCK | DJT | 47 | 43.0000 | 36.9355 | 2,031.23 | 1,735.97 | -295.26 | -14.54 | |
| | | | | Subtotal (USD) | 69,773.58 | 6,302.87 | -63,470.71 | -90.97 | |
| | | | | Total (USD) | 69,773.58 | 6,302.87 | -63,470.71 | -90.97 | |

## Additional details you may need:

Mutual Funds, Fixed Income securities, International positions and some equity and option positions have a market price as of Dec 12, 2024

Canadian and U.S. equity positions are updated based on filled trades. Market price is delayed 15 minutes or more for the TSX, TSXV and Nasdaq exchanges and 20 minutes or more for the NYSE and AMEX exchanges. Trade Date cash amount does not include commission(s) paid and the overnight margin rate is used for intraday transactions. Today's cash transfers using Scotia OnLine and TeleScotia are included in the Trade Date and Settlement Date cash amounts; Cash transfers processed by an Investment Representative or received from another financial institution are not included. Average Cost and Book Value do not include corporate actions and commission(s) paid on Intraday activity

This information can be affected by delayed or erroneous postings and reports, by security reorganizations and restructurings, and by pending corrective entries. It is provided as a reference only. It must not be relied on in any manner or for any purpose whatsoever, including tax or performance measurement purposes. Refer to the full disclaimer for more information.

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**
**CASE: 24-50792, META MATERIALS, INC.**
**FOR: KERRAN SETH (JOINT ACCOUNTS)**

**BROKER:** SCOTIA ITRADE
**ACCT: #572-73059 and #572-70771**

**TRANSCATIONS FOR ACCT # 572-70771 (PRE-REVERSE SPLITS)**

Feb 24, 2021 Purchased 2000 TRCH Share at $3.45/Share = $6,909.99 Total Investment

June 17, 2021 Purchased 4000 TRCH Share at $5.46/Share = $21,869.98 Total Investment

June 24, 2021 Sold 325 TRCH Share at $5.10/Share = $1,582.92 Total Recovered

July 19, 2021 Sold 1218 MMAT Share at $3.54/Share = $4,303.04 Total Recovered

Jan 27, 2022 Sold 760 MMAT Share at $1.43/Share = $1,012.94 Total Recovered

April 18, 2022 Sold 627 MMAT Share at $1.43/Share = $822.61 Total Recovered

**TOTAL SHARES HELD PRE-MERGER FOR TRCH TO MMAT: 6,000 SHARES**

**TOTAL MONIES INVESTED PRE-MERGER $27,197.05**

**June 29, 2021 MMAT DID A 2 FOR 1 REVERSE SPLIT WHERE 6,000 MMAT SHARES BECAME 3000 MMAT SHARES.**

**Jan 29, 2024 MMAT DID A 100 FOR 1 REVERSE SPLIT WHERE REMAINING MMAT SHARES BECAME 3 MMAT SHARES.**

**TOTAL SHARES HELD POST TWO REVERSE SPLITS AS OUTLINED ABOVE ARE 3 SHARES IN THIS ACCOUNT.**

**TOTAL MONIES INVESTED PRE-REVERSE SPLIT AS OUTLINE ABOVE AND IN ATTACHED BROKER ACCOUNT TRANSACTIONS IS $27,197.05 AND TOTAL MONIES RECOVERED DUE TO FORCED SELLING IS $7,721.51 (Was forced to sell as MMAT stock prices kept going down and I was getting margin called followed by bankruptcy scares)**

**\*\*See Transaction documentation from broker account attached.**

# Scotiabank.

Page created on Dec 9, 2024 - 3:01 p.m. ET

**Kerran and Sharon - 572-70771 Margin**

**Filter By:** Transaction History | 45d | 3m | 1y | YTD | 2023

**Date Range:** From 02/01/2021 To 12/06/2024  **Symbol/Underlying:** trch

**Transaction Type:**
- ☑ All
- ☐ Cash Dividends
- ☐ Deposits/Withdrawals
- ☐ Other
- ☐ Buy
- ☐ Interest
- ☐ Fees
- ☐ Sell
- ☐ Corporate Actions
- ☐ Tax

**Security Type:**
- ☑ All
- ☐ Mutual Funds
- ☐ Equities
- ☐ Fixed Income
- ☐ Options

**Account Currency:**
- ☑ All
- ☐ Other
- ☐ CAD
- ☐ USD

## History

| Description | Symbol | Transaction Date | Settlement Date | Account Currency | Type | Quantity | Price | Settlement Amount | Quick Menu |
|---|---|---|---|---|---|---|---|---|---|
| TORCHLIGHT ENERGY RESOURCES INC | TRCH | Jun. 24, 2021 | Jun. 28, 2021 | USD | SELL | -325 | 5.101 | 1,582.92 | |
| TORCHLIGHT ENERGY RESOURCES INC | TRCH | Jun. 17, 2021 | Jun. 21, 2021 | USD | BUY | 4,000 | 5.462 | -21,869.98 | |
| TORCHLIGHT ENERGY RESOURCES INC | TRCH | Feb. 22, 2021 | Feb. 24, 2021 | USD | BUY | 2,000 | 3.450 | -6,909.99 | |

### Additional details you may need:

📄 Indicates a PDF trade confirmation or mutual fund prospectus. Click on an icon to view the document

\* Trade Confirmation and Mutual Fund Prospectus documents are available after January 24, 2009

This information can be affected by delayed or erroneous postings and by pending corrective entries. It is provided as a reference only and must not be relied on for any purpose, including tax performance measurement. Refer to the full disclaimer for more information.

Currency conversion done on this page uses indicative F/X rates that may not match the rates used for statement valuations or the final F/X rate applied to any transactions.

⁺Search for Options transactions is based on the underlying symbol entered in the "Symbol" field.

Account Details:Transaction History:Scotia iTRADE:G-P5537F903

# Scotiabank.

**Kerran and Sharon - 572-70771 Margin**

Filter By: Transaction History | 45d | 3m | 1y | YTD | 2023

Date Range:* From 02/01/2021 To 12/06/2024  Symbol/Underlying:+ mmat

Transaction Type:
- ☑ All
- ☐ Cash Dividends
- ☐ Deposits/Withdrawals
- ☐ Other
- ☐ Buy
- ☐ Interest
- ☐ Fees
- ☐ Sell
- ☐ Corporate Actions
- ☐ Tax

Security Type:
- ☑ All
- ☐ Mutual Funds
- ☐ Equities
- ☐ Fixed Income
- ☐ Options

Account Currency:
- ☑ All
- ☐ Other
- ☐ CAD
- ☐ USD

## History

| Description | Symbol | Transaction Date | Settlement Date | Account Currency | Type | Quantity | Price | Settlement Amount | Quick Menu |
|---|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC COMMON STOCK ROUND UP | MMAT | Feb. 9, 2024 | Feb. 9, 2024 | USD | REVERSE | 1 | 0.000 | 0.00 | |
| META MATERIALS INC COMMON STOCK RESULT OF REVERSE SPLIT | MMAT | Jan. 29, 2024 | Jan. 29, 2024 | USD | REVERSE | 2 | 0.000 | 0.00 | |
| META MATLS INC COMMON STOCK | MMAT | Apr. 18, 2022 | Apr. 20, 2022 | USD | SELL | -627 | 1.432 | 822.61 | |
| META MATLS INC COMMON STOCK | MMAT | Jan. 27, 2022 | Jan. 31, 2022 | USD | SELL | -760 | 1.432 | 1,012.94 | |
| META MATLS INC COMMON STOCK | MMAT | Jul. 19, 2021 | Jul. 21, 2021 | USD | SELL | -1,218 | 3.541 | 4,303.04 | |
| META MATLS INC COMMON STOCK RESULT OF REVERSE SPLIT | MMAT | Jun. 29, 2021 | Jun. 29, 2021 | USD | REVERSE | 2,837 | 0.000 | 0.00 | |

## Additional details you may need:

📄 Indicates a PDF trade confirmation or mutual fund prospectus. Click on an icon to view the document

* Trade Confirmation and Mutual Fund Prospectus documents are available after January 24, 2009

This information can be affected by delayed or erroneous postings and by pending corrective entries. It is provided as a reference only and must not be relied on for any purpose, including tax performance measurement. Refer to the full disclaimer for more information.

Currency conversion done on this page uses indicative F/X rates that may not match the rates used for statement valuations or the final F/X rate applied to any transactions.

+Search for Options transactions is based on the underlying symbol entered in the "Symbol" field.

Account Details:Transaction History:Scotia iTRADE:G-P5537F903

All time ⌄

### Balances

| Currency | Trade date cash | Settlement date cash | Book value | Market value | Total value | Unrealized gain/loss | Withdrawal limit | |
|---|---|---|---|---|---|---|---|---|
| CAD | -$140.24 | -$140.24 | $0.00 | $0.00 | -$140.24 | $0.00 | $0.00 | -$ |
| USD | $0.00 | $0.00 | $4,339.31 | $84.20 | $84.20 | -$4,255.11 | $0.00 | - |
| Combined (CAD) | -$140.24 | -$140.24 | $6,168.33 | $119.70 | -$20.54 | -$6,048.63 | - | |

These are the combined totals of the CAD and USD sides of your account. They're shown in Canadian dollars and use a USD to CAD exchange rate of 1.4215.

### U.S. ACCOUNT POSITIONS

☐ Show today's price change     Download CSV ⬇     Group by asset class  ✕

| Symbol ⇅ | Security ⇅ | Quantity ⇅ | Average cost ($) ⇅ | Book value ($) ⇅ | Market price ($) ⇅ | Market value ($) ⇅ | All time value change ($) ⇅ | All ch |
|---|---|---|---|---|---|---|---|---|
| 8177104 | NEXT BRIDGE HYDRO CARBON INC COM SHS | 6,000 | N/A | 0.00 | N/A | 0.00 | 0.00 | |
| GNS | GENIUS GROUP LIMITED ORDINARY SHARES | 120 | 17.5833 | 2,109.99 | 0.7017 | 84.20 | -2,025.79 ▽ | -9 |
| MMATQ | META MATERIALS INC COMMON STOCK | 3 | 743.1067 | 2,229.32 | N/A | 0.00 | -2,229.32 ▽ | -10 |
| | | | TOTAL (USD) | 4,339.31 | | 84.20 | -4,255.11 | -9 |

### ASSET MIX

Total market value ⓘ

