*REDACTED*

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** META MATERIALS, INC.    **Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

SHIRLEY CLAIRE FOENANDER
9, JALAN SETIAKASIH 9.
BUKIT BANDARARAYA,
KUALA LUMPUR, MALAYSIA

Telephone Number: +6010 7036038

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☑ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

AM

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.

COURT USE ONLY

**Account or other number by which Interest holder identifies Debtor:**
GGS- CIMB SECURITIES (SINGAPORE) PTE LTD ████ 4438

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
SHIRLEY CLAIRE FOENANDER
GGS-CIMB SECURITIES (SINGAPORE) PTE LTD
Telephone Number: 10 MARINA BOULEVARD
#09-01 MARINA BAY FINANCIAL
CENTRE TOWER 2, SINGAPORE 018982
1800 538 9889/2500 SHARES

**3. Date Equity Interest was acquired:**
BETWEEN 28 06 21,
15 07 21, 04 01 23
(OH 4) SEE ATTACHED
DOCUMENTS

**4. Total amount of member interest:**
1800 538 9889/2500 SHARES

**5. Certificate number(s):** SEE ATTACHED DOCUMENTS!

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent.
(See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor.
(See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _____
Title: _____
Company:___ Address and telephone number (if different from notice address above).
_____
_____
(Signature)                          (Date) 12 12 24
Telephone number +6010 7036038    shirley.foenander@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION**

**CASE : 24-50792, META MATERIALS, INC.**

**FOR : SHIRLEY CLAIRE FOENANDER**

BROKER : CGS-CIMB SECURITIES (SINGAPORE) PTE. LTD.

ACCT # : 0284438

TRANSACTIONS (PRE REVERSE SPLIT) :

| Date | Action | Price | Shares |
|------|--------|-------|--------|
| 21/06/2021 | BUY | USD9.18 | 2,500 shares |
| 22/06/2021 | SELL | USD9.18 | 2,500 shares |
| 22/06/2021 | BUY | USD9.2593 | 2,000 shares |
| 22/06/2021 | BUY | USD7.969 | 500 shares |

TOTAL SHARES HELD PRE REVERSE SPLIT : 2,500 shares

AFTER REVERSE STOCK SPLIT : 1,250 SHARES

SUBSEQUENT PURCHASES

| Date | Action | Price | Shares |
|------|--------|-------|--------|
| 01/07/2021 | BUY | USD7.5899 | 500 shares |
| 14/01/2022 | BUY | USD2.11 | 1,000 shares |
| 04/03/2022 | BUY | USD1.599 | 1,600 shares |
| 13/10/2022 | BUY | USD1.08 | 5,500 shares |
| 2/11/2022 | BUY | USD1.2793 | 4,500 shares |

TOTAL SHARES PRE REVERSE SPLIT : 14,350 shares

TRANSACTIONS (POST-REVERSE SPLIT 1/100)

TOTAL SHARES HELD POST REVERSE SPLIT : NONE

NEXTBRIDGE HYDROCARBONS, 16k@            2,500 shares

META MATERIALS ORD, MMATQ                     143 shares

TOTAL MONIES INVESTED PRE-REVERSE SPLIT :

**See transaction documentation attached



28 June 2021

SHIRLEY CLAIRE FOENANDER OR MIGUEL MORALES GERONA
NO 15 JALAN HANG KASTURI 1/7
EAST LEDANG
ISKANDAR PUTERI
Malaysia79250

Dear Sir/Madam

**TORCHLIGHT ENERGY INC, TRCH**
**REVERSE STOCK SPLIT  1 FOR 2**
**NAME CHANGED TO META MATERIALS INC**

We wish to inform you that with regard to the Reverse Stock Split, we had debited and credited your account with us with the following:

| Security Name | Quantity Debited | Quantity Credited |
|---|---|---|
| TORCHLIGHT ENERGY INC, TRCH | 2500 | |
| META MATERIALS INC | | 1250 |

We thank you and look forward to being of service to you.

If you have any queries, please feel free to contact us at 62108762 or 62108764.

Yours faithfully
For & on behalf of CGS-CIMB Securities (Singapore) Pte Ltd

(This is a computer-generated letter which no signature is required.)

C.C      SQ/284438

**CGS-CIMB Securities (Singapore) Pte. Ltd.**
(Company Number 199701621D) (Member of Singapore Exchange Securities Trading Limited)
50 Raffles Place, #01-01, Singapore Land Tower, Singapore 048623
Call Centre 1800 538 9889   Facsimile +65 6323 1176   Website www.cgs-cimb.com

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION**

**CASE : 24-50792, META MATERIALS, INC.**

**FOR : SHIRLEY CLAIRE FOENANDER**

BROKER : CGS-CIMB SECURITIES (SINGAPORE) PTE. LTD.

ACCT # : 0284438

TRANSACTIONS (PRE REVERSE SPLIT) :

| 21/06/2021 | BUY  | USD9.18   | 2,500 shares |
| 22/06/2021 | SELL | USD9.18   | 2,500 shares |
| 22/06/2021 | BUY  | USD9.2593 | 2,000 shares |
| 22/06/2021 | BUY  | USD7.969  | 500 shares   |

TOTAL SHARES HELD PRE REVERSE SPLIT : 2,500 shares

AFTER REVERSE STOCK SPLIT : 1,250 SHARES

SUBSEQUENT PURCHASES

| 01/07/2021 | BUY | USD7.5899 | 500 shares   |
| 14/01/2022 | BUY | USD2.11   | 1,000 shares |
| 04/03/2022 | BUY | USD1.599  | 1,600 shares |
| 13/10/2022 | BUY | USD1.08   | 5,500 shares |
| 2/11/2022  | BUY | USD1.2793 | 4,500 shares |

TOTAL SHARES PRE REVERSE SPLIT : 14,350 shares

TRANSACTIONS (POST-REVERSE SPLIT 1/100)

TOTAL SHARES HELD POST REVERSE SPLIT : NONE

NEXTBRIDGE HYDROCARBONS, 16k@    2,500 shares

META MATERIALS ORD, MMATQ        143 shares

TOTAL MONIES INVESTED PRE-REVERSE SPLIT :

**See transaction documentation attached



04 January 2023

SHIRLEY CLAIRE FOENANDER OR MIGUEL MORALES GERONA
NO 15 JALAN HANG KASTURI 1/7
EAST LEDANG
ISKANDAR PUTERI
Malaysia 79250

Dear Sir/Madam

**META MATLS PRF, MMTLP**
**MANDATORY MERGER OF ONE (1) NEXT BRIDGE HYDROCARBONS FOR EVERY META MATERIALS INC SERIES A PREFERRED SHARE HELD**

We wish to inform you that with regard to the Mandatory Merger, we had debited and credited your account with us with the following : -

| Security Name | Quantity Debited | Quantity Credited |
|---|---|---|
| META MATLS PRF, MMTLP | 2500 | |
| NEXT BRIDGE NYDROCARBONS | | 2,500 |

We thank you and look forward to being of service to you.

If you have any queries, please feel free to contact us at 1800 538 9889.

Yours faithfully
For & on behalf of CGS-CIMB Securities (Singapore) Pte Ltd

(This is a computer-generated letter which no signature is required.)

C.C    SQ/284438



28 June 2021

VINCENT LEE KIAN YEOW
385 TAMPINES ST 32
#04-57
Singapore520385

Dear Sir/Madam

**TORCHLIGHT ENERGY INC, TRCH**
**REVERSE STOCK SPLIT  1 FOR 2**
**NAME CHANGED TO META MATERIALS INC**

We wish to inform you that with regard to the Reverse Stock Split, we had debited and credited your
account with us with the following:

| Security Name | Quantity Debited | Quantity Credited |
|---|---|---|
| TORCHLIGHT ENERGY INC, TRCH | 1300 | |
| META MATERIALS INC | | 650 |

We thank you and look forward to being of service to you.

If you have any queries, please feel free to contact us at 62108762 or 62108764.

Yours faithfully
For & on behalf of CGS-CIMB Securities (Singapore) Pte Ltd

(This is a computer-generated letter which no signature is required.)

C.C    SQ/1186036

**CGS-CIMB Securities (Singapore) Pte. Ltd.**
(Company Number 198701621D) (Member of Singapore Exchange Securities Trading Limited)
50 Raffles Place, #01-01, Singapore Land Tower, Singapore 048623
Call Centre 1800 538 9889   Facsimile +65 6323 1176   Website www.cgs-cimb.com

**CGSCIMB**

15 July 2021

SHIRLEY CLAIRE FOENANDER OR MIGUEL MORALES GERONA
NO 15 JALAN HANG KASTURI 1/7
EAST LEDANG
ISKANDAR PUTERI
Malaysia 79250

Dear Sir/Madam

**META MATERIALS INC**
**SPINOFF OF ONE (1) META MATERIALS INC PREFERRED SERIES A FOR EVERY META MATERIALS ORD SHARE HELD**

We wish to inform you that with regard to the Spinoff, we had credited your account with us with the following:

| Security Name | Quantity Credited |
|---|---|
| META MATERIALS INC PREFERRED SERIES A | 2,500 |

We thank you and look forward to being of service to you.

If you have any queries, please feel free to contact us at 62108762 or 62108976.

Yours faithfully
For & on behalf of CGS-CIMB Securities (Singapore) Pte Ltd

(This is a computer-generated letter which no signature is required.)

C.C    SQ/284438

CGS-CIMB Securities (Singapore) Pte. Ltd.
(Company Number: 198701003V) Member of Singapore Exchange Securities Trading Limited
50 Raffles Place, #03-01, Singapore Land Tower, Singapore 048623
Call Centre 1800 538 9889 | Facsimile +65 6323 1176 | Website www.cgs-cimb.com

12th December, 2024

**U. S. Bankruptcy Court**

Foley Federal Building and

U.S. Courthouse

Attn : Clerk of Court

300 Las Vegas Blvd South

Las Vegas, Nevada 89101

## RE : NOTICE OF REDACTION. Proof of Interest Form. Case No. 24-50792

To Clerk of Court,

My name is SHIRLEY CLAIRE FOENANDER, and I hereby submit the NOTICE OF REDACTION for PROOF OF INTEREST FORM in the matter of Meta Materials, Inc. case number24-50792. Per instructions by The Honorable Hillary I. Barnes, United Sates Bankruptcy Judge, and out of an abundance of concern for the potential misuse of my personal information, I request all but the last four digits of my account numbers be redacted from my Proof of Interest Form.

Per instructions, I have included with this filing an unredacted version of the POI, a redacted version of the POI, a detailed explanation of my $MMAT trading records and their documentation, and a payment for $28 processing fees.

Thank you for your consideration in this matter.

**SHIRLEY CLAIRE FOENANDER**

93, Jalan Setiakasih 9,

Bukit Damansara,

Kuala Lumpur,

MALAYSIA