Michael R. Brunet, Esquire (8004)
COOPER LEVENSON, P.A.
3016 W. Charleston Blvd., Suite 195
Las Vegas, NV 89102
(702) 366-1125; Fax: (702) 366-1857
mbrunet@cooperlevenson.com
Attorneys for Interested Party, Georgios Palikaras

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | : |
| | : Case No.: 24-50792-hlb |
| | : |
| META MATERIALS, INC. | : Chapter 7 |
| | : |
| Debtor. | : |
| | : |
| | : |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that Michael R. Brunet of the law firm of COOPER LEVENSON, P.A. hereby enters his appearance as counsel for Interested Party, Georgios Palikaras and requests special notice of all hearings, actions, contested matters, and proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings. All notices and copies in response to the foregoing and all notices should be sent to the following address:

Michael R. Brunet, Esquire
COOPER LEVENSON, P.A.
3016 W. Charleston Blvd., Suite 195
Las Vegas, NV 89102
(702) 366-1125; Fax: (702) 366-1857
mbrunet@cooperlevenson.com

COOPER LEVENSON, P.A.

Dated:  December 17, 2024        By:    /s/ Michael R. Brunet
                                         Michael R. Brunet, Esq.

1

CERTIFICATE OF SERVICE

I hereby certify that I am an employee of COOPER LEVENSON, P.A. and that on the 17th day of December, 2024, I caused to be served a true and correct copy of NOTICE OF APPEARANCE AND REQUEST FOR NOTICES in the following manner:

XX    (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

/s/ Charity Wild
An employee of Cooper Levenson, P.A.