NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: <br> **META MATERIALS, INC** | Case Number: <br> **24-50792** | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Brian Thomas Troskey
   1924 Capital Drive SE
   Palm Bay, FL 32909

   Telephone Number: (321) 367-3401

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**

   **DEC 16 2024**

   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: <br> **652715470** | Check here if this claim: <br> ☐ replaces a previously filed Proof of Interest dated: _____ <br> ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   BRIAN THOMAS TROSKEY
   FIDELITY Investments PO Box 770001, Cincinnati OH 45277-0003
   Telephone Number: 800-343-3548

3. Date Equity Interest was acquired: 10/11/2022
   Between 10/11/2022 - 12/16/2022
   See Attached Documentation

4. Total amount of member interest: **40,093 SHARES FOR $51,936.04**

5. Certificate number(s): **SEE ATTACHED DOCUMENTATION**

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ■ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: **INVESTOR**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: **BRIAN THOMAS TROSKEY**
   Title:
   Company:___ Address and telephone number (if different from notice address above):

   (Signature)   12/9/2024 (Date)

   Telephone number: (321)367-3401   email: BRIANTROSKEY@GMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Run Date | Action | Symbol | Description | Type | Quantity | Price ($) | Commission ($) | Fees ($) | Accrued Interest ($) | Amount ($) | Cash Balance ($) | Settlement Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/27/2023 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | -10000 | 1 | | 0.23 | | 10013.77 | 28422.8 | 1/31/2023 |
| 12/16/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 10000 | 1.32 | | | | -13200 | 29822.24 | 12/20/2022 |
| 12/16/2022 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | -1400 | 1.41 | | 0.05 | | 1966.95 | 43022.24 | 12/20/2022 |
| 12/16/2022 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | -3600 | 1.4 | | 0.12 | | 5039.88 | 41055.29 | 12/20/2022 |
| 12/16/2022 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | -5000 | 1.39 | | 0.16 | | 6924.84 | 36015.41 | 12/20/2022 |
| 12/14/2022 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | -7690 | 1.34 | | 0.24 | | 10304.36 | 40243.51 | 12/16/2022 |
| 12/14/2022 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | -20000 | 1.34 | | 0.62 | | 26799.38 | 29939.15 | 12/16/2022 |
| 12/13/2022 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | -0.37 | 1.39 | | 0.01 | | 0.5 | 3139.77 | 12/15/2022 |
| 12/13/2022 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | -4 | 1.39 | | 0.01 | | 5.57 | 3139.27 | 12/15/2022 |
| 12/12/2022 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | -93 | 1.31 | | 0.01 | | 121.82 | 3133.7 | 12/14/2022 |
| 12/12/2022 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | -1008 | 1.36 | | 0.04 | | 1370.84 | 3011.88 | 12/14/2022 |
| 12/12/2022 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | -1198 | 1.36 | | 0.04 | | 1629.24 | 1641.04 | 12/14/2022 |
| 11/15/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 600 | 1.86 | | | | -1116 | 0.02 | 11/17/2022 |
| 11/15/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 93 | 1.81 | | | | -168.32 | 1116.02 | 11/17/2022 |
| 11/15/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 0.37 | 1.81 | | | | -0.67 | 1284.34 | 11/17/2022 |
| 11/07/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 700 | 1.55 | | | | -1081.5 | 297.32 | 11/9/2022 |
| 11/07/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 700 | 1.55 | | | | -1081.99 | 1378.82 | 11/9/2022 |
| 11/07/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 300 | 1.54 | | | | -462 | 2460.81 | 11/9/2022 |
| 11/07/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 300 | 1.55 | | | | -463.5 | 2922.81 | 11/9/2022 |
| 11/04/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 10000 | 1.53 | | | | -15300 | 3386.31 | 11/8/2022 |
| 11/04/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 4700 | 1.61 | | | | -7543.5 | 18686.31 | 11/8/2022 |
| 11/04/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 1000 | 1.6 | | | | -1597.4 | 26229.81 | 11/8/2022 |
| 11/04/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 300 | 1.61 | | | | -481.5 | 27827.21 | 11/8/2022 |
| 11/03/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 300 | 1.3 | | | | -390 | 28308.71 | 11/7/2022 |
| 11/02/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 1000 | 1.31 | | | | -1310 | 28698.71 | 11/4/2022 |
| 10/13/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 5000 | 0.98 | | | | -4887 | 21658.71 | 10/17/2022 |
| 10/13/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 2000 | 1.02 | | | | -2038.8 | 26545.77 | 10/17/2022 |
| 10/13/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 1000 | 1.02 | | | | -1019.9 | 28584.57 | 10/17/2022 |
| 10/13/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 1000 | 1.02 | | | | -1025 | 29604.47 | 10/17/2022 |
| 10/13/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 1000 | 1.04 | | | | -1036.4 | 30629.47 | 10/17/2022 |
| 10/13/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 1000 | 1.05 | | | | -1046.4 | 31665.87 | 10/17/2022 |
| 10/13/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 1000 | 1.05 | | | | -1049.9 | 32712.27 | 10/17/2022 |
| 10/13/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 1000 | 1.12 | | | | -1120 | 33762.17 | 10/17/2022 |
| 10/13/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 1000 | 1.12 | | | | -1120 | 34882.17 | 10/17/2022 |
| 10/13/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 1000 | 1.12 | | | | -1120 | 36002.17 | 10/17/2022 |
| 10/13/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 1000 | 1.12 | | | | -1120 | 37122.17 | 10/17/2022 |
| 10/13/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 1000 | 1.13 | | | | -1130 | 38242.17 | 10/17/2022 |
| 10/13/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 1000 | 1.18 | | | | -1175 | 39372.17 | 10/17/2022 |
| 10/13/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 900 | 0.99 | | | | -890.73 | 40547.17 | 10/17/2022 |
| 10/13/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 100 | 0.98 | | | | -97.85 | 41437.9 | 10/17/2022 |
| 10/13/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 100 | 0.98 | | | | -98.01 | 41535.75 | 10/17/2022 |
| 10/13/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 100 | 0.98 | | | | -98.03 | 41633.76 | 10/17/2022 |
| 10/13/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 100 | 0.98 | | | | -98.2 | 41731.79 | 10/17/2022 |
| 10/13/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 100 | 0.98 | | | | -98.22 | 41829.99 | 10/17/2022 |
| 10/13/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 100 | 0.98 | | | | -98.22 | 41928.21 | 10/17/2022 |
| 10/13/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 100 | 0.98 | | | | -98.27 | 42026.43 | 10/17/2022 |
| 10/13/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 100 | 0.98 | | | | -98.39 | 42124.7 | 10/17/2022 |
| 10/13/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 100 | 0.98 | | | | -98.4 | 42223.09 | 10/17/2022 |
| 10/13/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 100 | 0.98 | | | | -98.4 | 42321.49 | 10/17/2022 |
| 10/13/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 100 | 0.99 | | | | -98.54 | 42419.89 | 10/17/2022 |
| 10/11/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 100 | 0.8 | | | | -80 | 23659.97 | 10/13/2022 |
| 10/11/2022 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | -1400 | 0.77 | | 0.03 | | 1079.93 | 23739.97 | 10/13/2022 |
| 10/10/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 1300 | 0.74 | | | | -962 | 1564.37 | 10/12/2022 |

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 40093 | -51936.04 |  |
|  |  |  |  |  |  | -39993 | 54163.38 |  |

The data and information in this spreadsheet is provided to you solely for your use and is not for distribution. The spreadsheet is provided for informational purposes only, and is not intended to provide advice, nor should it be construed as an offer to sell, a solicitation of an offer to buy or a recommendation for any security or insurance product by Fidelity or any third party. Data and information shown is based on information known to Fidelity as of the date it was exported and is subject to change. It should not be used in place of your account statements or trade confirmations and is not intended for tax reporting purposes. For more information on the data included in this spreadsheet, including any limitations thereof, go to Fidelity.com.

Brokerage services are provided by Fidelity Brokerage Services LLC (FBS), 900 Salem Street, Smithfield, RI 02917. Custody and other services provided by National Financial Services LLC (NFS). Both are Fidelity Investment companies and members SIPC, NYSE. Insurance products at Fidelity are distributed by Fidelity Insurance Agency, Inc., and, for certain products, by Fidelity Brokerage Services, Member NYSE, SIPC.

Date downloaded 12/04/2024 11:10 pm

*[Handwritten note:]* I also currently own MMTLP at Equiniti. If needed please request. This is a summary of the MMAT shares that I purchased and sold due to the trading halt on MMTLP.



# Activity & Orders

# BrokerageLink

BrokerageLink: 652715470

🔍 59134N104   ❌          As of Dec-04-2024 11:06 PM ET ↻    🖨   ⬇

06/01/2022 - 03/01/2023     Orders    History    Transfers

⇌ More filters

⚠ Due to high traffic, in progress transfers and deposits may not be displayed. Check for transfers

∨ **June 1, 2022 - March 1, 2023**

| Date | Description | Amount | Cash Balance |
|---|---|---|---|
| › Jan-27-2023 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | +$10,013.77 | $28,422.80 |
| › Dec-16-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$13,200.00 | $29,822.24 |
| › Dec-16-2022 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | +$1,966.95 | $43,022.24 |
| › Dec-16-2022 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | +$5,039.88 | $41,055.29 |
| › Dec-16-2022 | YOU SOLD META MATERIALS INC COM ISIN US59134N... | +$6,924.84 | $36,015.41 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| | (59134N104) (Cash) | | |
| > Dec-14-2022 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | +$10,304.36 | $40,243.51 |
| > Dec-14-2022 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | +$26,799.38 | $29,939.15 |
| > Dec-13-2022 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | +$0.50 | $3,139.77 |
| > Dec-13-2022 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | +$5.57 | $3,139.27 |
| > Dec-12-2022 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | +$121.82 | $3,133.70 |
| > Dec-12-2022 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | +$1,370.84 | $3,011.88 |
| > Dec-12-2022 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | +$1,629.24 | $1,641.04 |
| > Nov-15-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$1,116.00 | $0.02 |
| > Nov-15-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$168.32 | $1,116.02 |
| > Nov-15-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... | -$0.67 | $1,284.34 |

| | | | | |
|---|---|---|---|---|
| > | | (59134N104) (Cash) | | |
| > | Nov-07-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$1,081.50 | $297.32 |
| > | Nov-07-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$1,081.99 | $1,378.82 |
| > | Nov-07-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$462.00 | $2,460.81 |
| > | Nov-07-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$463.50 | $2,922.81 |
| > | Nov-04-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$15,300.00 | $3,386.31 |
| > | Nov-04-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$7,543.50 | $18,686.31 |
| > | Nov-04-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$1,597.40 | $26,229.81 |
| > | Nov-04-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$481.50 | $27,827.21 |
| > | Nov-03-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$390.00 | $28,308.71 |
| > | Nov-02-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... | -$1,310.00 | $28,698.71 |

| | Date | Description | Amount | Balance |
|---|---|---|---|---|
| > | | (59134N104) (Cash) | | |
| > | Oct-13-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$4,887.00 | $21,658.77 |
| > | Oct-13-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$2,038.80 | $26,545.77 |
| > | Oct-13-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$1,019.90 | $28,584.57 |
| > | Oct-13-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$1,025.00 | $29,604.47 |
| > | Oct-13-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$1,036.40 | $30,629.47 |
| > | Oct-13-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$1,046.40 | $31,665.87 |
| > | Oct-13-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$1,049.90 | $32,712.27 |
| > | Oct-13-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$1,120.00 | $33,762.17 |
| > | Oct-13-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$1,120.00 | $34,882.17 |
| > | Oct-13-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... | -$1,120.00 | $36,002.17 |

| | | | | |
|---|---|---|---|---|
| | | (59134N104) (Cash) | | |
| > | Oct-13-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$1,120.00 | $37,122.17 |
| > | Oct-13-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$1,130.00 | $38,242.17 |
| > | Oct-13-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$1,175.00 | $39,372.17 |
| > | Oct-13-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$890.73 | $40,547.17 |
| > | Oct-13-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$97.85 | $41,437.90 |
| > | Oct-13-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$98.01 | $41,535.75 |
| > | Oct-13-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$98.03 | $41,633.76 |
| > | Oct-13-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$98.20 | $41,731.79 |
| > | Oct-13-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$98.22 | $41,829.99 |
| > | Oct-13-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... | -$98.22 | $41,928.21 |

| | Date | Description | Amount | Balance |
|---|---|---|---|---|
| > | | (59134N104) (Cash) | | |
| > | Oct-13-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$98.27 | $42,026.43 |
| > | Oct-13-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$98.39 | $42,124.70 |
| > | Oct-13-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$98.40 | $42,223.09 |
| > | Oct-13-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$98.40 | $42,321.49 |
| > | Oct-13-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$98.54 | $42,419.89 |
| > | Oct-11-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$80.00 | $23,659.97 |
| > | Oct-11-2022 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | +$1,079.93 | $23,739.97 |
| > | Oct-10-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$962.00 | $1,564.37 |

## Don't see the activity you're looking for?

| Track a rollover or transfer from another firm | > | View orders for new issue bonds | > |
|---|---|---|---|

| | |
|---|---|
| See activity from over 5 years ago in Documents › | Reassign the lots for an unsettled trade › |
| See cost basis information in Positions › | Status bid requests for bonds and CDs › |
| View Your Commissions & Price Improvement Summary › | |

All transaction detail provided reflects the local currency of the security, as identified by the currency abbreviation.

Content and data provided by various third parties and Fidelity. Terms of Use

Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted. Click on a security for most recent month-end performance.

Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services, LLC, which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897). Crypto is not insured by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation ("SIPC"). Brokerage services in support of securities trading are provided by Fidelity Brokerage Services LLC ("FBS"), and related custody services are provided by National Financial Services LLC ("NFS"), each a registered broker-dealer and member NYSE and SIPC. Neither FBS nor NFS offer crypto as a direct investment nor provide trading or custody services for such assets. Fidelity Crypto is a registered service mark of FMR LLC. Fidelity Crypto® risk disclosures | Fidelity Crypto® complaints & disclosures

939131.3.0

∨ **Additional important information**



Copyright 1998- 2024 FMR LLC. All rights reserved.

Terms of Use | Privacy | Security | Site Map | Accessibility | Contact Us | Share Your Screen

This is for persons in the U.S. only.