December 13, 2024

Clerk of the Court

United States Bankruptcy Court

District of Nevada

3000 Booth Street

Reno, NV 89509

**RECEIVED AND FILED**

**DEC 16 2024**

**U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

To whom it may concern.

Please add the attached Trade Confirmations to Document Number 167 for Case Number: 24-50792-hlb where I am the equity holder with respect to shares held at RBC Direct Investing, Account Number 57985021.

The name of the debtor is Meta Materials Inc.

If there are any questions, please advise.

I am enclosing a portage paid envelope in the event a confirmation can be mailed. If possible, can you e-mail trevor.black@sedgwick.com as there is a postal strike in Canada.

Thanks,

*[signature]*

Trevor Black

12 Cardigan Place

Stoney Creek, Ontario, Canada

L8E 6C3

Cell number: (905) 512-7606



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
**ORDER EXECUTION ONLY ACCOUNT**

DOCKET
167
CASE:
24-50792-hlb

ADPRB10720_1563963_003-E:22290-06290

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

**Confirmation Notice**

**DATE**
NOVEMBER 20, 2023

**ACCOUNT NO.**  **TYPE**
579-8502117    RRSP

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**  **NOVEMBER 22, 2023**
AS PRINCIPAL, WE CONVERTED AT    1.3925
**TRANSACTION TYPE**  **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 40,000 | META MATLS INC<br>COMMON STOCK<br>UNSOLICITED<br>AVG PRICE SHOWN-DETAILS ON REQ<br>DA<br>EXCHANGE RATE     1.39250000 | @ | .0928U$ |

| | |
|---|---|
| GROSS AMOUNT | 3,712.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 3,721.95 U$ |
| EXCHANGE | 1,460.87 |
| NET AMOUNT | 5,182.82 C$ |

**CLIENT NAME**    TREVOR BLACK
**ACCOUNT NO.**    579-8502117 - RRSP
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE W8263 / CUSIP US59134N1046 / SECURITY NO. M067927 / ORDER NO. 398263 / INTERNAL CODES UN 65 / 684 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720 1563963 003 - 00012679 - E:22290



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

ADPRB10720_1619342_003-E:20489-04489

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

## Confirmation Notice

**DATE**
NOVEMBER 22, 2023

**ACCOUNT NO.**  **TYPE**
579-8502117     RRSP

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - USA

**SETTLEMENT DATE**     **NOVEMBER 27, 2023**
AS PRINCIPAL, WE CONVERTED AT     1.3965
TRANSACTION TYPE     **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 30,000 | META MATLS INC | @ | .0807U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE  1.39650000 | | |

| | |
|---|---|
| GROSS AMOUNT | 2,421.13 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,431.08 U$ |
| EXCHANGE | 963.92 |
| NET AMOUNT | 3,395.00 C$ |

**CLIENT NAME**     TREVOR BLACK
**ACCOUNT NO.**     579-8502117 - RRSP
**INVESTMENT REPRESENTATIVE**     ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE M8539 / CUSIP US59134N1046 / SECURITY NO. M067927 / ORDER NO. 228539 / INTERNAL CODES UN 1D / 684 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720 1619342 003 - 00008977 - E:20489



Direct Investing
RBC

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1619342_003-E:20488-04488

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

## Confirmation Notice

**DATE**
NOVEMBER 22, 2023

**ACCOUNT NO.**    **TYPE**
579-8502117           RRSP

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**           **NOVEMBER 27, 2023**
AS PRINCIPAL, WE CONVERTED AT                    1.3903
**TRANSACTION TYPE**                         **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 13,600 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | .0761U$ |
| | EXCHANGE RATE    1.39030000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,034.96 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,044.91 U$ |
| EXCHANGE | 407.83 |
| NET AMOUNT | 1,452.74 C$ |

**CLIENT NAME**                    TREVOR BLACK
**ACCOUNT NO.**                    579-8502117 - RRSP
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE M8538  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 228538  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720 1619342 003 - 00006975 - E:20488



**Direct Investing**
RBC

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
**ORDER EXECUTION ONLY ACCOUNT**

ADPRB10720_1701823_003-E:21486-05486

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
NOVEMBER 27, 2023

**ACCOUNT NO.**   **TYPE**
579-8502117          RRSP

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**               **NOVEMBER 29, 2023**
AS PRINCIPAL, WE CONVERTED AT                    1.3825
TRANSACTION TYPE                                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 9,196 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | .0802U$ |
| | EXCHANGE RATE 1.38250000 | | |

| | |
|---|---|
| GROSS AMOUNT | 737.51 |
| COMMISSION | 9.95 |
| SUB TOTAL | 747.46 U$ |
| EXCHANGE | 285.90 |
| NET AMOUNT | 1,033.36 C$ |

**CLIENT NAME**                         TREVOR BLACK
**ACCOUNT NO.**                         579-8502117 - RRSP
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE R4851  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 274851  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720 1701823 003 - 00010971 - E:21486



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1819254_004-E:24504-00504

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
DECEMBER 1, 2023

**ACCOUNT NO.**  **TYPE**
579-8502117    RRSP

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**           **DECEMBER 5, 2023**
AS PRINCIPAL, WE CONVERTED AT            1.3703
**TRANSACTION TYPE**                     **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 20,600 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | .1047U$ |
|  | EXCHANGE RATE  1.37030000 | | |

| | |
|---|---|
| GROSS AMOUNT | 2,156.82 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,166.77 U$ |
| EXCHANGE | 802.35 |
| NET AMOUNT | 2,969.12 C$ |

**CLIENT NAME** TREVOR BLACK
**ACCOUNT NO.** 579-8502117 - RRSP
**INVESTMENT REPRESENTATIVE** ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE W7634  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 367634  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720 1819254 004 - 00001007 - E:24504

 Direct Investing

# RBC Direct Investing Inc.
**ORDER EXECUTION ONLY ACCOUNT**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

ADPRB10720_1819254_004-E:24502-00502

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
DECEMBER 1, 2023

**ACCOUNT NO.**   **TYPE**
579-8502117         RRSP

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**           **DECEMBER 5, 2023**
AS PRINCIPAL, WE CONVERTED AT                1.3714
TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 20,000 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | .0995U$ |
| | EXCHANGE RATE  1.37140000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,990.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,999.95 U$ |
| EXCHANGE | 742.78 |
| NET AMOUNT | 2,742.73 C$ |

**CLIENT NAME**                        TREVOR BLACK
**ACCOUNT NO.**                        579-8502117 - RRSP
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE W7632  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 367632  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720 1819254 004 - 00001003 - E:24502



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1819254_004-E:24503-00503

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

## Confirmation Notice

**DATE**
DECEMBER 1, 2023

**ACCOUNT NO.**   **TYPE**
579-8502117      RRSP

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – USA

**SETTLEMENT DATE**          **DECEMBER 5, 2023**
AS PRINCIPAL, WE CONVERTED AT            1.3706
**TRANSACTION TYPE**                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 25,000 | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA EXCHANGE RATE   1.37060000 | @ | .10467 U$ |

| | |
|---|---|
| GROSS AMOUNT | 2,616.77 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,626.72 U$ |
| EXCHANGE | 973.46 |
| NET AMOUNT | 3,600.18 C$ |

**CLIENT NAME**                  TREVOR BLACK
**ACCOUNT NO.**                  579-8502117 - RRSP
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE W7633  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 367633  /  INTERNAL CODES UN 1D  /  684 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720 1819254 004 - 00001005 - E:24503