NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** META MATERIALS, INC

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Ryan Fortier
41 Indian Ledge Drive
Springvale ME, 04083

**Telephone Number:** 207 608 0816

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 16 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:** 5NE22037

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Ryan Fortier
44 Wall Street 2nd Floor New York NY 10005
**Telephone Number:** 1-888 828 0618

**3. Date Equity Interest was acquired:**
2-11-2021 / 7-29-2024
SEE ATTACHED

**4. Total amount of member interest:** 46300 pre split / 682 post split

**5. Certificate number(s):** SEE ATTACHED

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Ryan Fortier
**Title:**
**Company:** Address and telephone number (if different from notice address above):

(Signature) /s/ Ryan Fortier   (Date) 12-5-2024

**Telephone number:** 207 608 0816   **email:** RyanF003@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**Statement Period:** 11/01/2024 - 11/30/2024
**Account Name:** RYAN P P FORTIER
**Account Number:** 5NE22037
**Account Type:** CASH
**Account Address:** 74 Arlington ave WESTBROOK,ME,04092

Welcome to your Webull Summary Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Please note that externally held assets are included on the statement solely as a courtesy; information (including valuation) for such externally held assets is derived from external sources for which the member is not responsible; and externally held assets may not be covered by SIPC. Funds deposited with Program Banks of Webull's Cash Management Program are insured, in aggregate, up to $250,000 per Program Bank, per depositor, for each account ownership category, by the FDIC. For joint accounts, FDIC coverage is available up to $500,000 per Program Bank.

Happy investing with Webull!

**OFFICE SERVING YOU**
Webull Financial LLC
Member FINRA (CRD: 289063), SIPC
44 Wall Street, 2nd Floor
New York, NY 10005
support@webull.us
1 (888) 828-0618

**WEBULL'S CLEARING BROKER**
Apex Clearing Corporation
Member FINRA (CRD: 13071), SIPC
350 N. St. Paul Suite 1300
Dallas, TX 75201
cs@apexclearing.com

## SUMMARY STATEMENT

This section provides a consolidated view of assets held in your brokerage account at Webull, including cash and securities, and assets related to the activity in your brokerage account, but held outside of Webull, including fully-paid securities lent to Apex through your participation in the Apex Clearing Fully-Paid Securities Lending Program, the collateral you held through the FPSL Program's Trustee, and cash you hold in Webull's FDIC-insured bank sweep program.

|  | Prior Month: Oct 31,2024 | Current Month: Nov 30,2024 | | | |
|---|---|---|---|---|---|
| Assets Held In Webull Account | Total | Long | Short | Total | Change |
| SIPC Cash Balance | 13.38 | - | - | 10.73 | -2.65 |
| Stock | 137.14 | 157.80 | 0.00 | 157.80 | +20.66 |
| Bonds | 0.00 | 0.00 | 0.00 | 0.00 | +0.00 |
| Options | 0.00 | 0.00 | 0.00 | 0.00 | +0.00 |
| Mutual Funds | 0.00 | 0.00 | 0.00 | 0.00 | +0.00 |
| Securities Lent | 0.00 | 0.00 | 0.00 | 0.00 | +0.00 |
| Assets Held Away From Webull Account | | | | | |
| FDIC Cash Balance | 0.00 | - | - | 0.00 | +0.00 |
| Collateral Value | 0.00 | 0.00 | 0.00 | 0.00 | +0.00 |
| Total(Combined Assets) | 150.52 | 157.80 | 0.00 | 168.53 | +18.01 |

## CASH BALANCE DETAIL

|  | SIPC Cash Balance | FDIC Cash Balance | Total |
|---|---|---|---|
| Opening | 13.38 | 0.00 | 13.38 |
| Closing | 10.73 | 0.00 | 10.73 |

Important Notice: Webull is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Funds deposited at Program Banks in the Webull Cash Management Program are insured, in aggregate, up to $250,000 per Program Bank, per depositor, for each account ownership category, by the FDIC.

## CASH REPORT SUMMARY

This section provides a summary of all cash deposits, withdrawals, and other movements within your Webull brokerage account during the statement period. Key definitions and terms can be found at the end of this document.

|  | USD |
|---|---|
| Opening Cash | 13.38 |
| Deposits | 0.00 |
| Withdrawals | 0.00 |
| Trades (Sold) | 7.87 |
| Trades (Bought) | -10.50 |
| Fee | -0.02 |
| Tax | 0.00 |
| Commission | 0.00 |
| Dividends | 0.00 |
| Interest | 0.00 |
| Others | 0.00 |
| Closing Cash | 10.73 |
| Closing Cash (Settled) | 10.73 |

## SECURITIES TRADING ACTIVITY

### Equities & Options

Currency: USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Commission | Fee/Tax | Net Amount | Overnight Trade | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GNS - Y3005A117 GENIUS GROUP LTD | 11/21/2024 | 11/22/2024 | B | 10.00 | 1.05 | -10.50 | 0.00 | 0.00 | -10.50 | N | |
| GNS - Y3005A117 GENIUS GROUP LTD | 11/27/2024 | 11/29/2024 | S | -10.00 | 0.7870 | 7.87 | 0.00 | -0.02 | 7.85 | N | |

## OPEN POSITIONS

### Equities & Options

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| GME | 36467W109 | 4 | 1 | 29.05 | 116.20 |
| MMATQ | 59134N302 | 682 | 1 | 0.0610 | 41.60 |
| MMTLPWB | US8AQ9903 | 100 | 1 | 0.0000 | 0.00 |

## NOTES

**KEY DEFINITIONS AND TERMS**

1. Accrued Dividends: The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future outside of the statement period.
2. Accrued Balance: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.
3. Trades (Sold): Cash from selling securities.
4. Trades (Bought): Cash spent on buying securities.
5. Multiplier(Mult): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.
6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.
7. The sum of Exchange-related fees, transaction-related fees, stamp duty, withholding tax, contract fees, commissions, or other fees or taxes.
8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.
9. All transactions are based on a First-in, First-out ("FIFO") method.
10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
11. Account Types: C = Cash, M = Margin, S = Short, X = RVP/DVP, and O = Other
12. FPSL: The Apex Clearing Corporation Fully-Paid Securities Lending Program.
13. Market Value of Securities Held Long includes the market value of securities held in non-short account types (i.e. Cash account, Margin account).
14. Market Value of Securities Held Short includes the market value of securities held in the short account type. Bona fide short positions will mark-to-market on a daily basis between the margin and short account types based on prevailing closing prices of the security which was shorted.
15. Market Value of Fully-Paid Securities Loaned. The market value of the fully-paid securities you have loaned through participating in the Apex Clearing Corporation Fully-Paid Securities Lending Program.
16. Collateral Value and Loan Value. Collateral Value and Loan Value are related to the fully-paid securities lent by you under the FPSL program. Collateral Value is the amount of collateral (e.g. cash) held on your behalf through the program's Trustee for your benefit at a bank. Loan Value is the market value of the fully-paid securities you have loaned, subject to rounding convention, through participating in the FPSL Program. See the Master Securities Lending Agreement for Apex Clearing Corporation Fully-Paid Securities Lending Program for complete program details.

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*December 1, 2023 - December 31, 2023*

PAGE 1 OF 10

ACCOUNT NUMBER    **5NE-22037-12  RR WEA**

**RYAN P P FORTIER**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

RYAN P P FORTIER
74 ARLINGTON AVE
WESTBROOK ME  04092-2604

INDIVIDUAL ACCOUNT

▶ ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Cash account | $5.84 | $72.73 |
| NET ACCOUNT BALANCE | 5.84 | 72.73 |
| Securities | 4,073.20 | 3,097.16 |
| TOTAL PRICED PORTFOLIO | 4,073.20 | 3,097.16 |
| **Total Equity Holdings** | **$4,079.04** | **$3,169.89** |

▶ PORTFOLIO EQUITY ALLOCATION



Cash
2.294%

Equities
97.706%

ACCOUNT CARRIED BY:
**APEX CLEARING CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number.  **This statement should be retained for income tax purposes.**

## IMPORTANT INFORMATION

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January; the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure with randomly selects form among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

**SIPC Protection.** As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

## NOTICE TO CUSTOMERS

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades

As required under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009

**ACCOUNT SUMMARY:**
Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.
**INCOME AND EXPENSE SUMMARY:**
Lists all income earned during the current statement period, as well as year to date. Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays and Margin Interest Expenses.
**PORTFOLIO EQUITY ALLOCATION:**
The Pie Chart is an estimate for illustrative purposes only.
**PORTFOLIO SUMMARY:**
Lists all securities held in your account.
**MARKET VALUE:**
This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities.
Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank.
Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

**ESTIMATED ANNUAL INCOME**
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.
**OPEN ORDERS:**
Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
**MONEY MARKET ACTIVITY:**
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.
**DEFINITION OF ACCOUNT TYPES**   C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

**REALIZED GAIN/LOSS DETAIL AND PORTFOLIO SUMMARY SECTIONS:**
Displays mutual funds by average cost and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) does not reflect wash sales and may not reflect all capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES, FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

**Order Routing:**
The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*December 1, 2023 - December 31, 2023*

PAGE 2 OF 10

ACCOUNT NUMBER  **5NE-22037-12  RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**RYAN P P FORTIER**

INDIVIDUAL ACCOUNT

### PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| DENISON MINES CORP | DNN | C | 13 | $1.77 | $23.01 | $18.30 | 26% | | .726% |
| META MATLS INC COMMON STOCK | MMAT | C | 46,300 | 0.066 | 3,055.80 | 4,054.90 | -25 | | 96.401 |
| U POWER LIMITED ORDINARY SHARES | UCAR | C | 100 | 0.184 | 18.35 | | N/A | | .579 |
| NEXT BRIDGE HYDROCARBONS INC - A PRIVATE COMPANY - | 8AQ9903 | C | 100 | Not Available | | | N/A | | N/A |
| **Total Equities** | | | | | **$3,097.16** | | | | **97.706%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$72.73** | | | | **2.294%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$3,169.89** | | | | |

### ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 12/05/23 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 200 | $0.1028 | $20.56 | |
| BOUGHT | 12/08/23 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1,000 | 0.0475 | 47.50 | |
| BOUGHT | 12/15/23 | C | DENISON MINES CORP CUSIP: 248356107 | 3 | 1.7897 | 5.37 | |

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: | Case Number: | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number:

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

Telephone Number:

3. Date Equity Interest was acquired:

4. Total amount of member interest:_____

5. Certificate number(s):_____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description:_____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☐ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _____
Title: _____
Company:___ Address and telephone number (if different from notice address above):

_____
_____

(Signature)     (Date)

Telephone number:     email:

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*