December 13, 2024

Clerk of the Court

United States Bankruptcy Court

District of Nevada

3000 Booth Street

Reno, NV 89509

**RECEIVED AND FILED**

DEC 16 2024

**U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

To whom it may concern.

Please add the attached Trade Confirmations to Document Number 170 for Case Number: 24-50792-hlb where I am the equity holder with respect to shares held at RBC Direct Investing, Account Number 66874571.

The name of the debtor is Meta Materials Inc.

If there are any questions, please advise.

I am enclosing a portage paid envelope in the event a confirmation can be mailed. If possible, can you e-mail trevor.black@sedgwick.com as there is a postal strike in Canada.

Thanks,

Trevor Black

12 Cardigan Place

Stoney Creek, Ontario, Canada

L8E 6C3

Cell number: (905) 512-7606



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

CASE:
24-50792-hlb

DOCKET 170

ADPRB10720_2961632_005-E:33984-01984

>TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
MARCH 1, 2023

**ACCOUNT NO.**  **TYPE**
668-7457116        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**            **MARCH 3, 2023**

| TRANSACTION TYPE | | **BOUGHT** |
|---|---|---|
| Quantity | Security Description | Unit Price |
| 1,000 | META MATLS INC<br>COMMON STOCK<br>UNSOLICITED<br>DA | @  .605U$ |

| | |
|---|---|
| GROSS AMOUNT | 605.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 614.95 U$ |
| NET AMOUNT | 614.95 U$ |

**CLIENT NAME**                       >TREVOR BLACK
**ACCOUNT NO.**                       668-7457116 - CSH
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE W8558  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 368558  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720 2961632 005-00003967-E:33984


Direct Investing

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

ADPRB10720_3106903_004-E:30683-06683
>TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MARCH 7, 2023

**ACCOUNT NO.**  **TYPE**
668-7457116    CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

## SETTLEMENT DATE    MARCH 9, 2023

**TRANSACTION TYPE**                                     **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | .578U$ |

| | |
|---|---|
| GROSS AMOUNT | 578.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 587.95 U$ |
| NET AMOUNT | 587.95 U$ |

**CLIENT NAME**                         >TREVOR BLACK
**ACCOUNT NO.**                         668-7457116 - CSH
**INVESTMENT REPRESENTATIVE**     ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE 78207  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 078207  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720 3106903 004 - 00013385 - E:30683

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

ADPRB10720_3158640_005-E:32345-00345

>TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

## Confirmation Notice

**DATE**
MARCH 9, 2023

**ACCOUNT NO.**   **TYPE**
668-7457116      CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**     **MARCH 13, 2023**

| TRANSACTION TYPE | | | BOUGHT |
|---|---|---|---|
| Quantity | Security Description | | Unit Price |
| 1,150 | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | .538U$ |

| GROSS AMOUNT | 618.70 |
|---|---|
| COMMISSION | 9.95 |
| SUB TOTAL | 628.65 U$ |
| NET AMOUNT | 628.65 U$ |

**CLIENT NAME**                  >TREVOR BLACK
**ACCOUNT NO.**                  668-7457116 - CSH
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE W6438  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 386438  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720 3158640 005 - 00000589 - E:32345