NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: METApartnership MATERIALS, INC | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   CHARLIE HOCK CHUAN GOH
   1550 W. HORIZON RIDGE PKWY
   SUITE R-851
   HENDERSON, NV 89012

   Telephone Number: 702-816-8572

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC 16
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
**3382-5483**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   CHARLES SCHWAB
   Telephone Number: 800-435-4000

3. Date Equity Interest was acquired:
   BETWEEN 11/20/2022 - 11/06/2023
   SEE ATTACHED DOCUMENTATION

4. Total amount of member interest: **320 SHARES FOR $528.80**

5. Certificate number(s): SEE ATTACHED DOCUMENTATION

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: **INVESTOR**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: CHARLIE GOH
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature) _(signed)_   (Date) 12/12/2024

Telephone number: 702-816-8572  Email: CHARLIEGOH9@GMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form    Save Form    Clear Form

# Transaction History

Updated: 08:04:58 PM ET, 12/08/2024       

**Rollover IRA** ...483

| Date range | From (mm/dd/yyyy) | To (mm/dd/yyyy) |
|---|---|---|
| Custom ⌄ | 12/08/2020 📅 | 12/08/2024 📅 |

Symbol (Optional)

🔍 MMAT ✖    ☑ Include Options    [ Search ]

≡ Filter by Transaction Types

## Transactions found from 12/08/2020 to 12/08/2024

Don't see it here? Go to Statements

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT<br>META MATLS INC | 4 | | | |
| 11/06/2023 | Journaled Shares | MMAT<br>TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -320 | | | |
| 11/06/2023 | Internal Transfer | MMAT<br>META MATLS INC | 320 | | | |
| 12/29/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought 70 (MMAT) @1.0900 | 70 | $1.09 | | -$76.30 |
| 11/30/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought 250 | 250 | $1.81 | | -$452.50 |



Trade Details    TDA TRAN - Bought ...250 (MMAT) @1.8100

Page Total: **-$528.80**

- Reverse Split 01/29/2024

  MMAT

  META MATLS INC

  4 quantity

- Journaled Shares 11/06/2023

  MMAT

  TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT)

  -320 quantity

- Internal Transfer 11/06/2023

  MMAT

  META MATLS INC

  320 quantity

- Buy 12/29/2022

  Trade Details

  MMAT

  TDA TRAN - Bought 70 (MMAT) @1.0900

  70 quantity

  $1.09 price

  -$76.30 amount

- Buy 11/30/2022

  Trade Details

  MMAT

  TDA TRAN - Bought ...250 (MMAT) @1.8100

  250 quantity

  $1.81 price

  -$452.50 amount

Page Total: -$528.80

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

Today's Date: 08:04 PM ET, 12/08/2024

*Own your tomorrow*

Check the background of Charles Schwab or one of its investment professionals on FINRA'S BrokerCheck.

Investment and Insurance Products Are: Not FDIC Insured • Not Insured by Any Federal Government Agency • Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or any of its Affiliates • Subject to Investment Risks, Including Possible Loss of Principal Amount Invested

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer



**Rollover IRA** of

CHARLIE HOCK CHUAN GOH
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

| Account Number | Statement Period |
|---|---|
| 3382-5483 | January 1-31, 2024 |

## Account Summary

| Ending Account Value as of 01/31 | Beginning Account Value as of 01/01 | Total Value Change ($) |
|---|---|---|
| $1,938.23 | $2,767.97 | ($829.74) |

|  | This Statement | Previous Statement | Change |
|---|---|---|---|
| Beginning Value | $2,767.97 | $1,901.63 | $866.34 |
| Deposits | 0.00 | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 | 0.00 |
| Dividends and Interest | 0.00 | 0.00 | 0.00 |
| Transfer of Securities | 0.00 | 0.00 | 0.00 |
| Market Value Change | (829.74) | 866.34 | (1,696.08) |
| Fees | 0.00 | 0.00 | 0.00 |
| Ending Value ᵂ | $1,938.23 | $2,767.97 | ($829.74) |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

## Retirement Details

| Contributions | 2023 | 2024 |
|---|---|---|
| Total YTD ($) | 0.00 | 0.00 |

### Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

### Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

### Online Assistance

Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.



### Time to go digital

Sign up for paperless at schwab.com/ez

01/31-83150-ID2042005-102037

CHARLIE HOCK CHUAN GOH
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
162 INVERARAY CT
HENDERSON NV 89074-0667

1 of 4



Rollover IRA of

CHARLIE HOCK CHUAN GOH
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

Statement Period
January 1-31, 2024

## Positions - Summary

| Beginning Value as of 01/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 01/31 |
|---|---|---|---|---|---|---|---|---|---|---|
| $2,767.97 | | $0.00 | | $0.00 | | $0.00 | | ($829.74) | | $1,938.23 |

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate |
|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | (10.55) | (10.55) | 0.00 | 0.00 | |
| **Total Cash and Cash Investments** | | | | | ($10.55) | ($10.55) | $0.00 | | |

## Positions

| Security Type | Symbol | Description | Quantity | Price($) | Market Value($) |
|---|---|---|---|---|---|
| Equities | AABB | ASIA BROADBAND INC | 2,000.0000 | 0.01575 | 31.50 |
| | HIVE | HIVE DIGITAL TECHNOLOG F | 600.0000 | 3.17000 | 1,902.00 |
| | MMAT | META MATLS INC | 4.0000 | 3.82000 | 15.28 |
| Unpriced Securities | | ASIA BROADBAND INC | 20.0000 | | |
| **Total Positions** | | | | | **$1,948.78** |

## Transactions - Summary

| Beginning Cash* as of 01/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Fees | = | Ending Cash* as of 01/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ($10.55) | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | ($10.55) |

Other Activity  $0.00     Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.



Rollover IRA of

CHARLIE HOCK CHUAN GOH
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

Statement Period
January 1-31, 2024

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) |
|---|---|---|---|---|---|---|---|---|---|
| 01/29 | Other Activity | Reverse Split | MMAT | META MATLS INC | | 4.0000 | | | |
| | Other Activity | Reverse Split | | META MATLS INC | XXX REVERSE SPLIT | (320.0000) | | | |
| **Total Transactions** | | | | | | | | | **$0.00** |

Date column represents the Settlement/Process date for each transaction.

## Bank Sweep Activity

| Date | Description | Amount | Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/01 | Beginning Balance X,Z | $0.00 | 01/31 | Ending Balance X,Z | $0.00 | 01/31 | Interest Rate *,Z | 0.45% |

* Your interest period was 12/16/23 - 01/15/24. Z

## Endnotes For Your Account

W   Excluding unpriced securities (see Investment Detail).

X   Bank Sweep deposits are held at FDIC-insured Program Banks, which are listed in the Cash Features Disclosure Statement.

Z   For the Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period.

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:** This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement. **Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your Account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account. **AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request. **Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest. **Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage Account(s). Deposit accounts held through these bank sweep features constitute direct obligations of one or more FDIC insured banks ("Program Banks") that are not obligations of Schwab.

Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage Account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your Account(s), please refer to the Cash Features Disclosure Statement available online or from a Schwab representative. **Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business. **Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request. **Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**