December 13, 2024

Clerk of the Court

United States Bankruptcy Court

District of Nevada

3000 Booth Street

Reno, NV  89509

**RECEIVED
AND FILED**

**DEC 1 6 2024**

**U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

To whom it may concern.

Please add the attached Trade Confirmations to Document Number 171 for Case Number: 24-50792-hlb where I am the equity holder with respect to shares held at RBC Direct Investing, Account Number 66861555.

The name of the debtor is Meta Materials Inc.

If there are any questions, please advise.

I am enclosing a portage paid envelope in the event a confirmation can be mailed.  If possible, can you e-mail trevor.black@sedgwick.com as there is a postal strike in Canada.

Thanks,

Trevor Black

12 Cardigan Place

Stoney Creek, Ontario, Canada

L8E 6C3

Cell number: (905) 512-7606



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*CASE: 24-50792-hlb*   *DOCKET 171*

ADPRB10720_4538812_005–E:40588–00588

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
MAY 10, 2022

**ACCOUNT NO.**      **TYPE**
668–6155513           CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

| SETTLEMENT DATE | MAY 12, 2022 |
|---|---|

| TRANSACTION TYPE | BOUGHT |
|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 200 | METAMATERIAL EXCHANGECO INC | @ | 1.26C$ |
| | COMMON | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 252.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 261.95 C$ |
| NET AMOUNT | 261.95 C$ |

| CLIENT NAME | TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 668–6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W5438  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 355438  /  INTERNAL CODES UN A1  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**
RBC®

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4563159_005-E:40439-00439
TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MAY 11, 2022

**ACCOUNT NO.**       **TYPE**
668-6155513           CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

| SETTLEMENT DATE | MAY 13, 2022 |
|---|---|

| TRANSACTION TYPE | BOUGHT |
|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,500 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | 1.30C$ |

| | |
|---|---|
| GROSS AMOUNT | 1,950.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,959.95 C$ |
| NET AMOUNT | 1,959.95 C$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668-6155513 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE B4378  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 114378  ./  INTERNAL CODES UN TL  /  684 A

Member-CanadianInvestor Protection Fund.®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4563159_005- 00000877 - E:40439



**Direct Investing**

RBC

*P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4563159_005-E:40442-00442

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
MAY 11, 2022

**ACCOUNT NO.**    **TYPE**
668-6155513    CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

## SETTLEMENT DATE    MAY 13, 2022

TRANSACTION TYPE    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 100 | METAMATERIAL EXCHANGECO INC<br>COMMON<br>UNSOLICITED<br>DA | @ | 1.19C$ |

| | |
|---|---|
| GROSS AMOUNT | 119.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 128.95 C$ |
| NET AMOUNT | 128.95 C$ |

**CLIENT NAME**    **TREVOR BLACK**
**ACCOUNT NO.**    **668-6155513 - CSH**
**INVESTMENT REPRESENTATIVE**    **ONLINE INVESTNG**
**I.R. NO. 4GA**

REFERENCE B4381  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 114381  /  INTERNAL CODES UN A1  /  684 A

Member-Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4563159_005−E:40442−00442

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MAY 11, 2022

**ACCOUNT NO.**      **TYPE**
668−6155513         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

**SETTLEMENT DATE**              **MAY 13, 2022**

TRANSACTION TYPE                 **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 100 | METAMATERIAL EXCHANGECO INC | @ | 1.19C$ |
| | COMMON | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 119.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 128.95 C$ |
| NET AMOUNT | 128.95 C$ |

**CLIENT NAME**                  **TREVOR BLACK**
**ACCOUNT NO.**                  **668−6155513 − CSH**
**INVESTMENT REPRESENTATIVE**    **ONLINE INVESTNG**
**I.R. NO. 4GA**

REFERENCE B4381  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 114381  /  INTERNAL CODES UN A1  /  684 A

Member−CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4563159_005–E:40441–00441

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MAY 11, 2022

**ACCOUNT NO.**   **TYPE**
668–6155513        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

## SETTLEMENT DATE                     MAY 13, 2022

TRANSACTION TYPE                       **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,200 | METAMATERIAL EXCHANGECO INC<br>COMMON<br>UNSOLICITED<br>AVG PRICE SHOWN–DETAILS ON REQ<br>DA | @ | 1.28C$ |

| | |
|---|---|
| GROSS AMOUNT | 1,536.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,545.95 C$ |
| NET AMOUNT | 1,545.95 C$ |

CLIENT NAME                            TREVOR BLACK
ACCOUNT NO.                            668–6155513 – CSH
INVESTMENT REPRESENTATIVE              ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE B4380  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 114380  /  INTERNAL CODES UN TL  /  684 A

---

Member–CanadianInvestor Protection Fund.®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4563159_005 – C000001 – E:40441



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4563159_005−E:40441−00441
TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MAY 11, 2022

**ACCOUNT NO.**　　**TYPE**
668−6155513　　CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**　　　　　　　**MAY 13, 2022**

**TRANSACTION TYPE**　　　　　　　**BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,200 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN−DETAILS ON REQ DA | @ | 1.28C$ |

| | |
|---|---|
| GROSS AMOUNT | 1,536.00 |
| COMMISSION | 9.95 |
| SUBTOTAL | 1,545.95 C$ |
| NET AMOUNT | 1,545.95 C$ |

**CLIENT NAME**　　　　　　　　　**TREVOR BLACK**
**ACCOUNT NO.**　　　　　　　　　**668−6155513 − CSH**
**INVESTMENT REPRESENTATIVE**　**ONLINE INVESTNG**
**I.R. NO. 4GA**

REFERENCE B4380  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 114380  /  INTERNAL CODES UN TL  /  684 A

Member−CanadianInvestor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.


**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_4563159_005-E:40440-00440
TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
MAY 11, 2022

**ACCOUNT NO.**     **TYPE**
668-6155513      CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**                    **MAY 13, 2022**

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | METAMATERIAL EXCHANGECO INC COMMON | @ | 1.31C$ |
|  | UNSOLICITED | | |
|  | AVG PRICE SHOWN-DETAILS ON REQ | | |
|  | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,620.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,629.95 C$ |
| NET AMOUNT | 2,629.95 C$ |

**CLIENT NAME**                          TREVOR BLACK
**ACCOUNT NO.**                          668-6155513 – CSH
**INVESTMENT REPRESENTATIVE**            ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE B4379  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 114379  /  INTERNAL CODES UN TL  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_4756861_004–E:34931–04931
TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
MAY 20, 2022

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 668–6155513 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**                                    **MAY 25, 2022**

| TRANSACTION TYPE | | **BOUGHT** |
|---|---|---|
| Quantity Security Description | | Unit Price |
| 600 METAMATERIAL EXCHANGECO INC | @ | 1.84C$ |
| COMMON | | |
| UNSOLICITED | | |
| AVG PRICE SHOWN–DETAILS ON REQ | | |
| DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,104.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,113.95 C$ |
| NET AMOUNT | 1,113.95 C$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668–6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W4746  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 384746  /  INTERNAL CODES UN TL  /  684 A

---

Member–CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_4756861_004–E:34930–04930

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MAY 20, 2022

**ACCOUNT NO.**       **TYPE**
668–6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

## SETTLEMENT DATE                 MAY 25, 2022

TRANSACTION TYPE                         **BOUGHT**

| | Quantity | Security Description | | Unit Price |
|---|---|---|---|---|
| | 2,000 | METAMATERIAL EXCHANGECO INC | @ | 1.85C$ |
| | | COMMON | | |
| | | UNSOLICITED | | |
| | | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 3,700.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 3,709.95 C$ |
| NET AMOUNT | 3,709.95 C$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668–6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W4745  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 384745  /  INTERNAL CODES UN TL  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_4756861_004~E:34929~04929
TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MAY 20, 2022

**ACCOUNT NO.**      **TYPE**
668~6155513           CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769~2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

| SETTLEMENT DATE | MAY 25, 2022 |
|---|---|

| TRANSACTION TYPE | | | BOUGHT |
|---|---|---|---|
| Quantity | Security Description | | Unit Price |
| 500 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED DA | @ | 1.94C$ |

| | |
|---|---|
| GROSS AMOUNT | 970.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 979.95 C$ |
| NET AMOUNT | 979.95 C$ |

**CLIENT NAME**                         TREVOR BLACK
**ACCOUNT NO.**                         668~6155513 ~ CSH
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W4744  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 384744  /  INTERNAL CODES UN A1  /  684 A

Member~CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4756861_004 ~ 00009957 ~ 9:34929


**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_5414715_003–E:29743–09743
TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

**Confirmation Notice**

**DATE**
JUNE 22, 2022

**ACCOUNT NO.**          **TYPE**
668–6155513               CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**          **JUNE 24, 2022**

TRANSACTION TYPE                                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN–DETAILS ON REQ DA | @ | 1.90C$ |

| | |
|---|---|
| GROSS AMOUNT | 3,800.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 3,809.95 C$ |
| NET AMOUNT | 3,809.95 C$ |

**CLIENT NAME**                        **TREVOR BLACK**
**ACCOUNT NO.**                        **668–6155513 – CSH**
**INVESTMENT REPRESENTATIVE**          **ONLINE INVESTNG**
**I.R. NO. 4GA**

REFERENCE W6872  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 396872  /  INTERNAL CODES UN TL  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5414715_003– 00018485 – E:29743



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_5436342_004~E:34460~04460

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
JUNE 23, 2022

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 668–6155513 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

## SETTLEMENT DATE          JUNE 27, 2022

TRANSACTION TYPE          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,800 | METAMATERIAL EXCHANGECO INC | @ | 1.83C$ |
| | COMMON | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 3,294.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 3,303.95 C$ |
| NET AMOUNT | 3,303.95 C$ |

| CLIENT NAME | TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 668–6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W3615  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 343615  /  INTERNAL CODES UN TL  /  684 A

---

Member-Canadian Investor Protection Fund.®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5436342_004~ 00008919 – E:34460



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5482788_004–E:30893–00893

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JUNE 24, 2022

**ACCOUNT NO.**      **TYPE**
668–6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**                              **JUNE 28, 2022**

**TRANSACTION TYPE**                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | METAMATERIAL EXCHANGECO INC | @ | 1.75C$ |
| | COMMON | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 3,500.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 3,509.95 C$ |
| NET AMOUNT | 3,509.95 C$ |

| | |
|---|---|
| **CLIENT NAME** | **TREVOR BLACK** |
| **ACCOUNT NO.** | **668–6155513 – CSH** |
| **INVESTMENT REPRESENTATIVE** | **ONLINE INVESTNG** |
| **I.R. NO. 4GC** | |

REFERENCE W0015  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 340015  /  INTERNAL CODES UN TL  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5482788_004 – 00001786 – E:30893


Direct
Investing

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_5462788_004-E:30894-00894
TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
JUNE 24, 2022

**ACCOUNT NO.**      **TYPE**
668-6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**             **JUNE 28, 2022**

TRANSACTION TYPE                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | 1.57C$ |

| | |
|---|---|
| GROSS AMOUNT | 3,140.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 3,149.95 C$ |
| NET AMOUNT | 3,149.95 C$ |

CLIENT NAME            TREVOR BLACK
ACCOUNT NO.            668-6155513 - CSH
INVESTMENT REPRESENTATIVE    ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W0016  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 340016  /  INTERNAL CODES UN TL  /  684 A

Member-CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5527928_004−E:30274−00274

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JUNE 28, 2022

**ACCOUNT NO.**      **TYPE**
668−6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

## SETTLEMENT DATE          JUNE 30, 2022

TRANSACTION TYPE                               **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 700 | METAMATERIAL EXCHANGECO INC | @ | 1.32C$ |
|  | COMMON | | |
|  | UNSOLICITED | | |
|  | AVG PRICE SHOWN−DETAILS ON REQ | | |
|  | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 924.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 933.95 C$ |
| NET AMOUNT | 933.95 C$ |

**CLIENT NAME**                      TREVOR BLACK
**ACCOUNT NO.**                      668−6155513 − CSH
**INVESTMENT REPRESENTATIVE**        ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W9792  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 399792  /  INTERNAL CODES UN A1  /  684 A

Member−CanadianInvestor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5548165_003–E:27267–07267

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

## Confirmation Notice

**DATE**
JUNE 29, 2022

**ACCOUNT NO.**    **TYPE**
668–6155513    CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

## SETTLEMENT DATE                 JULY 4, 2022

TRANSACTION TYPE                                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 900 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN–DETAILS ON REQ DA | @ | 1.23C$ |

| | |
|---|---|
| GROSS AMOUNT | 1,107.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,116.95 C$ |
| NET AMOUNT | 1,116.95 C$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668–6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W8533  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 348533  /  INTERNAL CODES UN A1  /  684 A

Member–CanadianInvestor Protection Fund.® / ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5548165_003 – 0001455 – E:27267



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_5548165_003–E:27268–07288

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

## Confirmation Notice

**DATE**
JUNE 29, 2022

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 668–6155513 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

| **SETTLEMENT DATE** | **JULY 4, 2022** |
|---|---|

| TRANSACTION TYPE | | **BOUGHT** |
|---|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN–DETAILS ON REQ DA | @ | 1.26C$ |

| GROSS AMOUNT | 1,260.00 |
|---|---|
| COMMISSION | 9.95 |
| SUB TOTAL | 1,269.95 C$ |
| NET AMOUNT | 1,269.95 C$ |

| CLIENT NAME | TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 668–6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W8534 / CUSIP CA59134L1085 / SECURITY NO. M067926 / ORDER NO. 348534 / INTERNAL CODES UN TL / 684 A

Member–CanadianInvestor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5548165_003 – 00014535 – E:27268

 **Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

ADPRB10720_5567232_003–E:28742–08742
TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
JUNE 30, 2022

**ACCOUNT NO.**    **TYPE**
668–6155513    CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON AEQUITAS

**SETTLEMENT DATE**    **JULY 5, 2022**

TRANSACTION TYPE    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED DA | @ | 1.16C$ |

| | |
|---|---|
| GROSS AMOUNT | 2,320.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,329.95 C$ |
| NET AMOUNT | 2,329.95 C$ |

**CLIENT NAME**    TREVOR BLACK
**ACCOUNT NO.**    668–6155513 – CSH
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W0276  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 390276  /  INTERNAL CODES UN O1  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.


**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_5763684_002−E:18066−09086
TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JULY 8, 2022

**ACCOUNT NO.**      **TYPE**
668−6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

## SETTLEMENT DATE                    JULY 12, 2022

TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 4,000 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN−DETAILS ON REQ DA | @ | 1.315C$ |

| | |
|---|---|
| GROSS AMOUNT | 5,260.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 5,269.95 C$ |
| NET AMOUNT | 5,269.95 C$ |

**CLIENT NAME**                  TREVOR BLACK
**ACCOUNT NO.**                  668−6155513 − CSH
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W3197  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 373197  /  INTERNAL CODES UN TL  /  684 A

Member−CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5763684_002 − 00016131 − E:18066



**Direct Investing**

**RBC**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5984430_003–E:29369–09369

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
JULY 19, 2022

**ACCOUNT NO.**     **TYPE**
668–6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**          **JULY 21, 2022**

**TRANSACTION TYPE**          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN–DETAILS ON REQ DA | @ | 1.13C$ |

| | |
|---|---|
| GROSS AMOUNT | 2,260.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,269.95 C$ |
| NET AMOUNT | 2,269.95 C$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668–6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE J6990  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 196990  /  INTERNAL CODES UN TL  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6408824_003~E:28506~08506

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

## Confirmation Notice

**DATE**
AUGUST 9, 2022

**ACCOUNT NO.**    **TYPE**
668~6155513    CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769~2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

| SETTLEMENT DATE | AUGUST 11, 2022 |
|---|---|

| TRANSACTION TYPE | BOUGHT |
|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED DA | @ | 1.05C$ |

| GROSS AMOUNT | 2,100.00 |
|---|---|
| COMMISSION | 9.95 |
| SUB TOTAL | 2,109.95 C$ |
| NET AMOUNT | 2,109.95 C$ |

**CLIENT NAME**     TREVOR BLACK
**ACCOUNT NO.**     668~6155513 ~ CSH
**INVESTMENT REPRESENTATIVE**     ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W6659 / CUSIP CA59134L1085 / SECURITY NO. M067926 / ORDER NO. 376659 / INTERNAL CODES UN A1 / 684 A

Member~Canadian Investor Protection Fund. ® / ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6408824_003–E:28507–08507

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
AUGUST 9, 2022

**ACCOUNT NO.**    **TYPE**
668–6155513      CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J 2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**      **AUGUST 11, 2022**

TRANSACTION TYPE             **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,500 | METAMATERIAL EXCHANGECO INC | @ | 1.05C$ |
| | COMMON | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,625.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,634.95 C$ |
| NET AMOUNT | 2,634.95 C$ |

| | |
|---|---|
| **CLIENT NAME** | **TREVOR BLACK** |
| **ACCOUNT NO.** | **668–6155513 – CSH** |
| **INVESTMENT REPRESENTATIVE** | **ONLINE INVESTNG** |
| **I.R. NO. 4GA** | |

REFERENCE W6660  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 376660  /  INTERNAL CODES UN TL  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_6408824_003 – 00017013 – E:28507



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7580110_003-E:28739-08739

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
OCTOBER 6, 2022

**ACCOUNT NO.**          **TYPE**
668-6155513              CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**          **OCTOBER 11, 2022**

TRANSACTION TYPE                                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,500 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | .78C$ |

| | |
|---|---|
| GROSS AMOUNT | 1,170.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,179.95 C$ |
| NET AMOUNT | 1,179.95 C$ |

**CLIENT NAME**                    TREVOR BLACK
**ACCOUNT NO.**                    668-6155513 - CSH
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE W8763  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 358763  /  INTERNAL CODES UN TL  /  684 A

Member-Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7580110_003-00:17477 - E:28739



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_2054165_005-E:36618-04618

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
DECEMBER 13, 2023

**ACCOUNT NO.**      **TYPE**
668-6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON AEQUITAS

**SETTLEMENT DATE**          **DECEMBER 15, 2023**

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 10,000 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED DA | @ | .06C$ |

| | |
|---|---|
| GROSS AMOUNT | 600.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 609.95 C$ |
| NET AMOUNT | 609.95 C$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668-6155513 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W0477  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 360477  /  INTERNAL CODES UN O1  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

## RBC Direct Investing Inc.
### ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_3614892_006–E:53673–03673

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
MARCH 29, 2022

**ACCOUNT NO.**    **TYPE**
668–6155513         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| SETTLEMENT DATE | | | MARCH 31, 2022 | |
|---|---|---|---|---|
| **TRANSACTION TYPE** | | | **BOUGHT** | |
| Quantity | Security Description | | | Unit Price |
| 3,000 | META MATLS INC COMMON STOCK UNSOLICITED DA | | @ | 1.8591U$ |

| | |
|---|---|
| GROSS AMOUNT | 5,577.30 |
| COMMISSION | 9.95 |
| SUB TOTAL | 5,587.25 U$ |
| NET AMOUNT | 5,587.25 U$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668–6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W2341  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 372341  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3614892_006 – 0007348 – E:53673



**Direct Investing**

RBC

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3614892_006–E:53674–03674

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MARCH 29, 2022

**ACCOUNT NO.**         **TYPE**
668–6155513              CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**                    **MARCH 31, 2022**

TRANSACTION TYPE                                     **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 3,000 | META MATLS INC | @ | 1.9289U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 5,786.70 |
| COMMISSION | 9.95 |
| SUB TOTAL | 5,796.65 U$ |
| NET AMOUNT | 5,796.65 U$ |

CLIENT NAME                    TREVOR BLACK
ACCOUNT NO.                    668–6155513 – CSH
INVESTMENT REPRESENTATIVE      ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W2342  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 372342  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.


**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3653624_004~E:38305~08305

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MARCH 31, 2022

**ACCOUNT NO.**   **TYPE**
668~6155513      CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769~2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER ~ U.S.A.

## SETTLEMENT DATE                 APRIL 4, 2022

TRANSACTION TYPE                   **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,500 | META MATLS INC | @ | 1.7483U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 4,370.75 |
| COMMISSION | 9.95 |
| SUB TOTAL | 4,380.70 US |
| NET AMOUNT | 4,380.70 US$ |

CLIENT NAME                TREVOR BLACK
ACCOUNT NO.                668~6155513 ~ CSH
INVESTMENT REPRESENTATIVE  ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W6533  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 386533  /  INTERNAL CODES UN 65  /  684 A

Member~CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3653624_004 ~ 00016609 ~ E:38305


**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_3653624_004-E:38306-08306
TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
MARCH 31, 2022

**ACCOUNT NO.**          **TYPE**
668-6155513              CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**                    **APRIL 4, 2022**

TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | 1.6684U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 3,336.80 |
| COMMISSION | 9.95 |
| SUB TOTAL | 3,346.75 U$ |
| NET AMOUNT | 3,346.75 U$ |

**CLIENT NAME**                        TREVOR BLACK
**ACCOUNT NO.**                        668-6155513 – CSH
**INVESTMENT REPRESENTATIVE**          ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W6534  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 386534  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3653624_004–E:38307–08307

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MARCH 31, 2022

**ACCOUNT NO.**         **TYPE**
668–6155513                CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**               **APRIL 4, 2022**

TRANSACTION TYPE                            **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | 1.6597U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 3,319.40 |
| COMMISSION | 9.95 |
| SUB TOTAL | 3,329.35 U$ |
| NET AMOUNT | 3,329.35 U$ |

CLIENT NAME                          TREVOR BLACK
ACCOUNT NO.                          668–6155513 – CSH
INVESTMENT REPRESENTATIVE   ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W6535  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 386535  /  INTERNAL CODES UN 65  /  684 A

---

Member–CanadianInvestor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3653624_004 – 0015513 – E:38307



**Direct Investing**

RBC

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3693485_004-E:38769-08769

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 1, 2022

**ACCOUNT NO.**     **TYPE**
668-6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – USA

## SETTLEMENT DATE               APRIL 5, 2022

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,500 | META MATLS INC | @ | 1.58864US |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,382.96 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,392.91 US$ |
| NET AMOUNT | 2,392.91 US$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668-6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W6360  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 356360  /  INTERNAL CODES UN 1D  /  684 A

---

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3787085_005-E:46477-06477

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 5, 2022

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 668-6155513 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**              **APRIL 7, 2022**

TRANSACTION TYPE                     **BOUGHT**

| Quantity | Security Description | Unit Price | | |
|---|---|---|---|---|
| 2,000 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 1.6584U$ | |

| | |
|---|---|
| GROSS AMOUNT | 3,316.80 |
| COMMISSION | 9.95 |
| SUB TOTAL | 3,326.75 U$ |
| NET AMOUNT | 3,326.75 U$ |

| **CLIENT NAME** | TREVOR BLACK |
|---|---|
| **ACCOUNT NO.** | 668-6155513 – CSH |
| **INVESTMENT REPRESENTATIVE** | ONLINE INVESTNG |
| **I.R. NO. 4GA** | |

REFERENCE W3187  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 353187  /  INTERNAL CODES UN 65  /  684 A

---

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3787085_005 – 00012963 – E:46477



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3787085_005~E:46478~08478

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 5, 2022

**ACCOUNT NO.**      **TYPE**
668~6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769~2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE          APRIL 7, 2022

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | 1.638U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 3,276.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 3,285.95 US$ |
| NET AMOUNT | 3,285.95 US$ |

**CLIENT NAME**                         TREVOR BLACK
**ACCOUNT NO.**                         668~6155513 – CSH
**INVESTMENT REPRESENTATIVE**           ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W3188  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 353188  /  INTERNAL CODES UN 65  /  684 A

---

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**

**ORDER EXECUTION ONLY ACCOUNT**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_3849047_005-E:44526-04526

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
APRIL 7, 2022

**ACCOUNT NO.**    **TYPE**
668-6155513         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**            **APRIL 11, 2022**

TRANSACTION TYPE                                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 1.5151U$ |

| | |
|---|---|
| GROSS AMOUNT | 1,515.10 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,525.05 US$ |
| NET AMOUNT | 1,525.05 US$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668-6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE 71272  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 071272  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_3870877_004–E:35668–05688

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
APRIL 8, 2022

**ACCOUNT NO.**      **TYPE**
668–6155513           CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**              **APRIL 12, 2022**

TRANSACTION TYPE                         **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC | @ | 1.4958U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,495.80 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,505.75 U$ |
| NET AMOUNT | 1,505.75 U$ |

**CLIENT NAME**                          **TREVOR BLACK**
**ACCOUNT NO.**                        **668–6155513 – CSH**
**INVESTMENT REPRESENTATIVE**   **ONLINE INVESTNG**
**I.R. NO. 4GA**

REFERENCE W9312  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 359312  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3907412_006–E:51540–01540

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 11, 2022

**ACCOUNT NO.**    **TYPE**
668–6155513       CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **APRIL 13, 2022**

TRANSACTION TYPE                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN–DETAILS ON REQ DA | @ | 1.46U$ |

| | |
|---|---|
| GROSS AMOUNT | 1,460.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,469.95 U$ |
| NET AMOUNT | 1,469.95 U$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668–6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W8289  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 398289  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_4024715_005–E:43981–03981
TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
APRIL 18, 2022

**ACCOUNT NO.**        **TYPE**
668–6155513        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**            **APRIL 20, 2022**

TRANSACTION TYPE                    **BOUGHT**

| | Quantity | Security Description | | Unit Price |
|---|---|---|---|---|
| | 2,000 | META MATLS INC | @ | 1.4252U$ |
| | | COMMON STOCK | | |
| | | UNSOLICITED | | |
| | | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,850.40 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,860.35 U$ |
| NET AMOUNT | 2,860.35 U$ |

CLIENT NAME                TREVOR BLACK
ACCOUNT NO.                668–6155513 – CSH
INVESTMENT REPRESENTATIVE  ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W1985  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 341985  /  INTERNAL CODES UN 65  /  684 A

---

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_4024715_005–E:43980–03980

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 18, 2022

**ACCOUNT NO.**     **TYPE**
668–6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **APRIL 20, 2022**

TRANSACTION TYPE                  **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC | @ | 1.4187U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,418.70 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,428.65 U$ |
| NET AMOUNT | 1,428.65 U$ |

**CLIENT NAME**                        TREVOR BLACK
**ACCOUNT NO.**                       668–6155513 – CSH
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W1984  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 341984  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4024715_005 – 0007993 – E:43980


**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4059320_006=E:56231=08231

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
APRIL 19, 2022

**ACCOUNT NO.**      **TYPE**
668–6155513        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – USA

## SETTLEMENT DATE          APRIL 21, 2022

TRANSACTION TYPE                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | 1.42274US |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,845.48 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,855.43 US |
| NET AMOUNT | 2,855.43 US |

**CLIENT NAME**                    TREVOR BLACK
**ACCOUNT NO.**                    668–6155513 – CSH
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W6209  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 396209  /  INTERNAL CODES UN 1D  /  684 A

Member–Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_4101362_005–E:41269–01269

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 20, 2022

**ACCOUNT NO.**   **TYPE**
668–6155513       CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE          APRIL 22, 2022

TRANSACTION TYPE                     **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC | @ | 1.3849U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,384.90 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,394.85 U$ |
| NET AMOUNT | 1,394.85 U$ |

| | |
|---|---|
| **CLIENT NAME** | TREVOR BLACK |
| **ACCOUNT NO.** | 668–6155513 – CSH |
| **INVESTMENT REPRESENTATIVE** | ONLINE INVESTNG |
| **I.R. NO. 4GA** | |

REFERENCE K6407  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 206407  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4101362_005– 00002537 – E:41269



**Direct Investing**

RBC

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4101362_005-E:41270-01270

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
APRIL 20, 2022

**ACCOUNT NO.**  **TYPE**
668-6155513      CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**             **APRIL 22, 2022**

TRANSACTION TYPE                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC | @ | 1.40U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,400.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,409.95 U$ |
| NET AMOUNT | 1,409.95 U$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668-6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE K6408  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 206408  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

ADPRB10720_4101362_005=E:41268-01268

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
APRIL 20, 2022

**ACCOUNT NO.**      **TYPE**
668−6155513         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER − U.S.A.

**SETTLEMENT DATE**                  **APRIL 22, 2022**

TRANSACTION TYPE                      **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,200 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 1.4086U$ |

| | |
|---|---|
| GROSS AMOUNT | 1,690.32 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,700.27 U$ |
| NET AMOUNT | 1,700.27 U$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668−6155513 − CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE K6406  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 206406  /  INTERNAL CODES UN 65  /  684 A

Member−CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4101362_005 = 00002535 − E:41268



**Direct
Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7*

ADPRB10720_4101362_005–E:41271–01271
TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 20, 2022

**ACCOUNT NO.**   **TYPE**
668–6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| SETTLEMENT DATE | | APRIL 22, 2022 | |
|---|---|---|---|
| TRANSACTION TYPE | | **BOUGHT** | |
| Quantity | Security Description | | Unit Price |
| 1,000 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 1.3687U$ |

| | |
|---|---|
| GROSS AMOUNT | 1,368.70 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,378.65 U$ |
| NET AMOUNT | 1,378.65 U$ |

CLIENT NAME                        TREVOR BLACK
ACCOUNT NO.                        668–6155513 – CSH
INVESTMENT REPRESENTATIVE   ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE K6409  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 206409  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

RBC Direct Investing Inc. and Royal Bank of Canada are separate corporate entities which are affiliated. RBC Direct Investing Inc. is a wholly owned subsidiary of Royal Bank of Canada and is a Member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund. Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc. RBC Direct Investing Inc. does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions. RBC Direct Investing is a business name used by RBC Direct Investing Inc.

The use of the term "We" in this confirmation refers to RBC Dominion Securities Inc.

If an order on this confirmation represents a stock exchange transaction, it is subject to the by-laws, rules and customs of that exchange. If not disclosed on this confirmation, the name of our representative will be provided upon request. The name of the other broker in this transaction is furnished upon written or verbal request.

All transactions are subject to the by-laws and regulations of the Investment Industry Regulatory Organization of Canada. If settlement or provision for settlement, of a transaction on this confirmation is not made by the settlement date shown hereon, or by the date to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed without notice to you by the sale or purchase of the related securities, whichever action is appropriate, and RBC Direct Investing Inc. will claim from you any balance owing to RBC Direct Investing Inc. from such action.

Customers accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of the coverage is available upon request.

Please review this confirmation carefully. Failure to object to incorrect or unauthorized trades within 5 days of receipt of this confirmation, constitutes ratification by you of those trades.

RBC Direct Investing Inc. or its affiliate act as principal on foreign currency conversions and fixed income transactions and apply discretionary currency conversion rates. The foreign currency conversion rate shown on the confirmation includes RBC Direct Investing Inc.'s or its affiliate's spread-based revenues for performing this function. Spread means the difference between the rate RBC Direct Investing Inc. or its affiliate obtain and the rate you receive.

If the description on this confirmation reads "YIELD/RENDEMENT", please consult with your investment services representative for further information regarding the yield calculation applied to your trade.

Please note the following security description abbreviations may appear on your Trade Confirmation: NON VTG for non-voting shares; RES VTG for restricted voting shares; SUB VTG for subordinate voting shares.

RBC Direct Investing Inc. may facilitate trades in securities of related issuers and connected issuers of the firm in your account. For a list of such related issuers and connected issuers, refer to the following website: www.rbc.com/issuers-disclosures or contact your investment services representative.

NOTE: INTEREST PAYABLE ON OVERDUE ACCOUNTS                    PLEASE RETAIN THIS CONFIRMATION FOR INCOME TAX PURPOSES.

 **Direct Investing**

RBC

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4101362_005−E:41271−01271

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 20, 2022

**ACCOUNT NO.**  **TYPE**
668−6155513    CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER − U.S.A.

## SETTLEMENT DATE                  APRIL 22, 2022

TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 1.3687U$ |

| | |
|---|---|
| GROSS AMOUNT | 1,368.70 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,378.65 US |
| NET AMOUNT | 1,378.65 US |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668−6155513 − CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE K6409  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 206409  /  INTERNAL CODES UN 65  /  684 A

---

Member−CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_4129739_008–E:72708–02708

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
APRIL 21, 2022

**ACCOUNT NO.**          **TYPE**
668–6155513               CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **APRIL 25, 2022**

TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 750 | META MATLS INC | @ | 1.34U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,005.00 |
| COMMISSION | 9.95 |
| SUB–TOTAL | 1,014.95 U$ |
| NET AMOUNT | 1,014.95 U$ |

| | |
|---|---|
| **CLIENT NAME** | **TREVOR BLACK** |
| **ACCOUNT NO.** | **668–6155513 – CSH** |
| **INVESTMENT REPRESENTATIVE** | **ONLINE INVESTNG** |
| **I.R. NO. 4GA** | |

REFERENCE W3073  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 343073  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund.®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4129739_008 – 00006416 – E:72708



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4129739_008−E:72709−02709

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 21, 2022

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 668−6155513 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER − U.S.A.

## SETTLEMENT DATE    APRIL 25, 2022

TRANSACTION TYPE    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 546 | META MATLS INC | @ | 1.28U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN−DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 698.88 |
| COMMISSION | 9.95 |
| SUB TOTAL | 708.83 U$ |
| NET AMOUNT | 708.83 U$ |

| CLIENT NAME | TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 668−6155513 − CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W3074  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 343074  /  INTERNAL CODES UN 65  /  684 A

---

Member−CanadianInvestor Protection Fund.®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4129739_008 − 00005417 − E:72709


**Direct
Investing**

*P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4154450_005-E:41278-01278

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 22, 2022

**ACCOUNT NO.**    **TYPE**
668-6155513    CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**                    **APRIL 26, 2022**

TRANSACTION TYPE                       **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,500 | META MATLS INC | @ | 1.26U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,890.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,899.95 U$ |
| NET AMOUNT | 1,899.95 U$ |

**CLIENT NAME**                    **TREVOR BLACK**
**ACCOUNT NO.**                    **668-6155513 – CSH**
**INVESTMENT REPRESENTATIVE**    **ONLINE INVESTNG**
**I.R. NO. 4GA**

REFERENCE W7971  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 347971  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4154450_005 – 00002566 – E.41278



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_4154450_005-E:41277-01277

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 22, 2022

**ACCOUNT NO.**   **TYPE**
668-6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE          APRIL 26, 2022

TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,750 | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN–DETAILS ON REQ DA | @ | 1.27U$ |

| | |
|---|---|
| GROSS AMOUNT | 2,222.50 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,232.45 U$ |
| NET AMOUNT | 2,232.45 U$ |

**CLIENT NAME**                          TREVOR BLACK
**ACCOUNT NO.**                          668-6155513 – CSH
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W7970  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 347970  /  INTERNAL CODES UN 65  /  684 A

---

Member–CanadianInvestor Protection Fund. ®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_4154450_005–E:41279–01279
TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 22, 2022

**ACCOUNT NO.**  **TYPE**
668–6155513  CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **APRIL 26, 2022**

TRANSACTION TYPE                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | 1.26U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,520.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 2,529.95 U$ |
| NET AMOUNT | 2,529.95 U$ |

**CLIENT NAME**              TREVOR BLACK
**ACCOUNT NO.**              668–6155513 – CSH
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W7972  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 347972  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4190569_011–E:105732–05732

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 25, 2022

**ACCOUNT NO.**    **TYPE**
668–6155513     CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE      **APRIL 27, 2022**

| TRANSACTION TYPE | | | **BOUGHT** |
|---|---|---|---|
| Quantity | Security Description | | Unit Price |
| 1,200 | META MATLS INC<br>COMMON STOCK<br>UNSOLICITED<br>DA | @ | 1.3482US$ |

| | |
|---|---|
| GROSS AMOUNT | 1,617.84 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,627.79 US |
| NET AMOUNT | 1,627.79 US |

**CLIENT NAME**     TREVOR BLACK
**ACCOUNT NO.**     668–6155513 – CSH
**INVESTMENT REPRESENTATIVE**     ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W7926  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 347926  /  INTERNAL CODES UN 65  /  684 A

---

Member~Canadian Investor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

## RBC Direct Investing Inc.
### ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

ADPRB10720_4190569_011–E:105733–05733
TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
APRIL 25, 2022

**ACCOUNT NO.**     **TYPE**
668–6155513         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – USA

**SETTLEMENT DATE**          **APRIL 27, 2022**

TRANSACTION TYPE                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,200 | META MATLS INC | @ | 1.30667US |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,568.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,577.95 US |
| NET AMOUNT | 1,577.95 US |

CLIENT NAME                          TREVOR BLACK
ACCOUNT NO.                          668–6155513 – CSH
INVESTMENT REPRESENTATIVE   ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W7927  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 347927  /  INTERNAL CODES UN 1D  /  684 A

---

Member–CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4190569_011−E:105733−05733

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 25, 2022

**ACCOUNT NO.**      **TYPE**
668−6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER − USA

**SETTLEMENT DATE**              **APRIL 27, 2022**

TRANSACTION TYPE                         **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,200 | META MATLS INC | @ | 1.30667US |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN−DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,568.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,577.95 US |
| NET AMOUNT | 1,577.95 US |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668−6155513 − CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W7927  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 347927  /  INTERNAL CODES UN 1D  /  684 A

Member−CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4190569_011-E:105734-05734

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 25, 2022

**ACCOUNT NO.**     **TYPE**
668-6155513         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| SETTLEMENT DATE | APRIL 27, 2022 |
|---|---|

| TRANSACTION TYPE | | BOUGHT |
|---|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,250 | META MATLS INC | @ | 1.3347U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| GROSS AMOUNT | 1,668.37 |
|---|---|
| COMMISSION | 9.95 |
| SUB TOTAL | 1,678.32 U$ |
| NET AMOUNT | 1,678.32 U$ |

**CLIENT NAME**                          TREVOR BLACK
**ACCOUNT NO.**                          668-6155513 – CSH
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W7928  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 347928  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_4216433_007-E:68434-08434

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
APRIL 26, 2022

**ACCOUNT NO.**    **TYPE**
668-6155513    CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE      APRIL 28, 2022

TRANSACTION TYPE      **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 725 | META MATLS INC | @ | 1.2584U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 912.34 |
| COMMISSION | 9.95 |
| SUBTOTAL | 922.29 U$ |
| NET AMOUNT | 922.29 U$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668-6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W2538  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 342538  /  INTERNAL CODES UN 65  /  684 A

---

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_4216433_007-E:68432-08432

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
APRIL 26, 2022

**ACCOUNT NO.**          **TYPE**
668-6155513                   CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**              **APRIL 28, 2022**

TRANSACTION TYPE                    **BOUGHT**

| Quantity | Security Description | | Unit Price | | GROSS AMOUNT | 1,268.60 |
|---|---|---|---|---|---|---|
| 1,000 | META MATLS INC | @ | 1.2686U\$ | | COMMISSION | 9.95 |
| | COMMON STOCK | | | | | |
| | UNSOLICITED | | | | SUB TOTAL | 1,278.55 US |
| | DA | | | | NET AMOUNT | 1,278.55 US |

CLIENT NAME                        TREVOR BLACK
ACCOUNT NO.                        668-6155513 – CSH
INVESTMENT REPRESENTATIVE          ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W2536  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 342536  /  INTERNAL CODES UN 65  /  684 A

---

Member–Canadian Investor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_4216433_007-E:68432-08432

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
APRIL 26, 2022

**ACCOUNT NO.**      **TYPE**
668-6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **APRIL 28, 2022**

TRANSACTION TYPE                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC | @ | 1.2686 U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,268.60 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,278.55 U$ |
| NET AMOUNT | 1,278.55 U$ |

CLIENT NAME                TREVOR BLACK
ACCOUNT NO.                668-6155513 – CSH
INVESTMENT REPRESENTATIVE  ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W2536  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 342536  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4216433_007–E:68433–08433

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 26, 2022

| ACCOUNT NO. | TYPE |
|---|---|
| 668–6155513 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| SETTLEMENT DATE | APRIL 28, 2022 |
|---|---|

| TRANSACTION TYPE | BOUGHT |
|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC | @ | 1.2488U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,248.80 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,258.75 U$ |
| NET AMOUNT | 1,258.75 U$ |

| CLIENT NAME | TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 668–6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W2537  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 342537  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_4216433_007–E:68431–08431

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 26, 2022

**ACCOUNT NO.**      **TYPE**
668–6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **APRIL 28, 2022**

TRANSACTION TYPE                         **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,200 | META MATLS INC | @ | 1.28U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,536.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,545.95 U$ |
| NET AMOUNT | 1,545.95 U$ |

**CLIENT NAME**                        TREVOR BLACK
**ACCOUNT NO.**                        668–6155513 – CSH
**INVESTMENT REPRESENTATIVE**          ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W2535  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 342535  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4247198_004-E:39497-09497

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

## Confirmation Notice

**DATE**
APRIL 27, 2022

**ACCOUNT NO.**   **TYPE**
668−6155513      CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER − U.S.A.

**SETTLEMENT DATE**           **APRIL 29, 2022**

TRANSACTION TYPE                       **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | 1.18U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN−DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,360.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,369.95 U$ |
| NET AMOUNT | 2,369.95 U$ |

CLIENT NAME                    TREVOR BLACK
ACCOUNT NO.                    668−6155513 − CSH
INVESTMENT REPRESENTATIVE      ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE R5550  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 275550  /  INTERNAL CODES UN 65  /  684 A

Member−CanadianInvestor Protection Fund.®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4247198_004–E:39499–09499

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 27, 2022

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 668–6155513 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| **SETTLEMENT DATE** | **APRIL 29, 2022** |
|---|---|

| TRANSACTION TYPE | **BOUGHT** |
|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,500 | META MATLS INC | @ | 1.16U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| GROSS AMOUNT | 1,740.00 |
|---|---|
| COMMISSION | 9.95 |
| SUB TOTAL | 1,749.95 U$ |
| NET AMOUNT | 1,749.95 U$ |

| CLIENT NAME | TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 668–6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE R5552  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 275552  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

RBC

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4247198_004–E:39498–09498

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
APRIL 27, 2022

**ACCOUNT NO.**     **TYPE**
668–6155513         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE                APRIL 29, 2022

TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 1.21U$ |

| | |
|---|---|
| GROSS AMOUNT | 2,420.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,429.95 U$ |
| NET AMOUNT | 2,429.95 U$ |

**CLIENT NAME**                     TREVOR BLACK
**ACCOUNT NO.**                     668–6155513 – CSH
**INVESTMENT REPRESENTATIVE**       ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE R5551  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 275551  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4247198_004 – 00013998 – E:39498



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4514619_005–E:47499–07499

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MAY 9, 2022

**ACCOUNT NO.**      **TYPE**
668–6155513              CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| SETTLEMENT DATE | MAY 11, 2022 |
|---|---|
| TRANSACTION TYPE | BOUGHT |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | 1.17U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,340.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,349.95 U$ |
| NET AMOUNT | 2,349.95 U$ |

**CLIENT NAME**                              TREVOR BLACK
**ACCOUNT NO.**                             668–6155513 – CSH
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W2206  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 382206  /  INTERNAL CODES UN 65  /  684 A

---

Member–CanadianInvestor Protection Fund.®/™   Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4514619_005 – 0001 4997 – E 47499



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4514619_005-E:47498-07498

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MAY 9, 2022

**ACCOUNT NO.**      **TYPE**
668-6155513        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**              **MAY 11, 2022**

TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | 1.15US |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,300.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,309.95 US |
| NET AMOUNT | 2,309.95 US |

**CLIENT NAME**                    TREVOR BLACK
**ACCOUNT NO.**                    668-6155513 – CSH
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W2205  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 382205  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4514619_005 – 00014996 – E:47498



**Direct Investing**

RBC

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4538812_005-E:40589-00589

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
MAY 10, 2022

**ACCOUNT NO.**      **TYPE**
668-6155513            CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**                    **MAY 12, 2022**

TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | 1.16U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,320.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,329.95 U$ |
| NET AMOUNT | 2,329.95 U$ |

CLIENT NAME                    TREVOR BLACK
ACCOUNT NO.                    668-6155513 – CSH
INVESTMENT REPRESENTATIVE      ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W5447  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 355447  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4538812_005–E:40592–00592

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
MAY 10, 2022

**ACCOUNT NO.**     **TYPE**
668–6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**                     **MAY 12, 2022**

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | 1.1477U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,295.40 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,305.35 U$ |
| NET AMOUNT | 2,305.35 U$ |

CLIENT NAME                          TREVOR BLACK
ACCOUNT NO.                          668–6155513 – CSH
INVESTMENT REPRESENTATIVE   ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W5450  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 355450  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4538812_005–E:40590–00590

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MAY 10, 2022

**ACCOUNT NO.**      **TYPE**
668–6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**                     **MAY 12, 2022**

TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | 1.19U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,380.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,389.95 U$ |
| NET AMOUNT | 2,389.95 U$ |

CLIENT NAME              TREVOR BLACK
ACCOUNT NO.              668–6155513 – CSH
INVESTMENT REPRESENTATIVE  ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W5448  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 355448  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4538812_005 – 00001179 – E:40590



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_4538812_005~E:40592~00592

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
MAY 10, 2022

**ACCOUNT NO.**   **TYPE**
668~6155513       CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769~2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER ~ U.S.A.

**SETTLEMENT DATE**          **MAY 12, 2022**

TRANSACTION TYPE             **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | 1.1477US |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,295.40 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,305.35 US |
| NET AMOUNT | 2,305.35 US |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668~6155513 ~ CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W5450  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 355450  /  INTERNAL CODES UN 65  /  684 A

Member~CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4538812_005 ~ 00001193 ~ E:40592



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_4538812_005-E:40590-00590

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
MAY 10, 2022

**ACCOUNT NO.**     **TYPE**
668-6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**            **MAY 12, 2022**

TRANSACTION TYPE                      **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | 1.19U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,380.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,389.95 U$ |
| NET AMOUNT | 2,389.95 U$ |

CLIENT NAME                    TREVOR BLACK
ACCOUNT NO.                    668-6155513 – CSH
INVESTMENT REPRESENTATIVE      ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W5448  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 355448  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4538812_005–E:40593–00593

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
MAY 10, 2022

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 668–6155513 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| **SETTLEMENT DATE** | **MAY 12, 2022** |
|---|---|

| TRANSACTION TYPE | | **BOUGHT** |
|---|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 1.1392U$ |

| GROSS AMOUNT | 2,278.40 |
|---|---|
| COMMISSION | 9.95 |
| SUB TOTAL | 2,288.35 U$ |
| NET AMOUNT | 2,288.35 U$ |

| CLIENT NAME | TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 668–6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W5451  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 355451  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_4538812_005–E:40591–00591

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
MAY 10, 2022

**ACCOUNT NO.**      **TYPE**
668–6155513       CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**                **MAY 12, 2022**

TRANSACTION TYPE                       **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | 1.1589US$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,317.80 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,327.75 US$ |
| NET AMOUNT | 2,327.75 US$ |

CLIENT NAME          TREVOR BLACK
ACCOUNT NO.          668–6155513 – CSH
INVESTMENT REPRESENTATIVE   ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W5449  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 355449  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4538812_005 – 00001191 – E:40591



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4538812_005-E:40589-00589

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MAY 10, 2022

**ACCOUNT NO.**        **TYPE**
668–6155513           CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE                    MAY 12, 2022

TRANSACTION TYPE                         **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | 1.16U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,320.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,329.95 U$ |
| NET AMOUNT | 2,329.95 U$ |

**CLIENT NAME**                  TREVOR BLACK
**ACCOUNT NO.**                  668–6155513 – CSH
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W5447  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 355447  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4563159_005−E:40443−00443
TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MAY 11, 2022

**ACCOUNT NO.**     **TYPE**
668−6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER − U.S.A.

**SETTLEMENT DATE**                    **MAY 13, 2022**

TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | 1.0484U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,096.80 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,106.75 U$ |
| NET AMOUNT | 2,106.75 U$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668−6155513 − CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE B4390  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 114390  /  INTERNAL CODES UN 65  /  684 A

Member−CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4563159_005--E:40444--00444

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MAY 11, 2022

**ACCOUNT NO.**      **TYPE**
668--6155513         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769--2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| SETTLEMENT DATE | MAY 13, 2022 |
|---|---|
| TRANSACTION TYPE | BOUGHT |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC | @ | 1.0374U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,037.40 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,047.35 U$ |
| NET AMOUNT | 1,047.35 U$ |

**CLIENT NAME**                        TREVOR BLACK
**ACCOUNT NO.**                        668--6155513 – CSH
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE B4391  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 114391  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund.®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5462788_004–E:30895–00895

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

## Confirmation Notice

**DATE**
JUNE 24, 2022

**ACCOUNT NO.**   **TYPE**
668–6155513    CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE      JUNE 28, 2022

TRANSACTION TYPE          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | 1.165U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,330.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,339.95 U$ |
| NET AMOUNT | 2,339.95 U$ |

**CLIENT NAME**      TREVOR BLACK
**ACCOUNT NO.**      668–6155513 – CSH
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W0080 / CUSIP US59134N1046 / SECURITY NO. M067927 / ORDER NO. 340080 / INTERNAL CODES UN 65 / 684 A

---

Member–CanadianInvestor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.


**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_5462788_004–E:30898–00898

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
JUNE 24, 2022

**ACCOUNT NO.**   **TYPE**
668–6155513        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| SETTLEMENT DATE | JUNE 28, 2022 |
|---|---|

| TRANSACTION TYPE | BOUGHT |
|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,500 | META MATLS INC | @ | 1.2088U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| GROSS AMOUNT | 3,022.00 |
|---|---|
| COMMISSION | 9.95 |
| SUB TOTAL | 3,031.95 U$ |
| NET AMOUNT | 3,031.95 U$ |

| CLIENT NAME | TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 668–6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W0081  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 340081  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5462788_004 – 00001731 – E:30898



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5501084_003−E:27331−07331

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JUNE 27, 2022

**ACCOUNT NO.**      **TYPE**
668−6155513         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER − U.S.A.

| SETTLEMENT DATE | JUNE 29, 2022 |
|---|---|
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | 1.1672U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,334.40 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,344.35 US |
| NET AMOUNT | 2,344.35 US |

**CLIENT NAME**                          TREVOR BLACK
**ACCOUNT NO.**                          668−6155513 − CSH
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W9512  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 399512  /  INTERNAL CODES UN 65  /  684 A

Member−CanadianInvestor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5501084_003–E:27332–07332

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JUNE 27, 2022

**ACCOUNT NO.**      **TYPE**
668–6155513           CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**              **JUNE 29, 2022**

TRANSACTION TYPE                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | 1.18U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,360.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,369.95 U$ |
| NET AMOUNT | 2,369.95 U$ |

**CLIENT NAME**                          TREVOR BLACK
**ACCOUNT NO.**                          668–6155513 – CSH
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W9513  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 399513  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5527928_004–E:30275–00275

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JUNE 28, 2022

**ACCOUNT NO.**       **TYPE**
668–6155513            CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE                    JUNE 30, 2022

TRANSACTION TYPE                                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC<br>COMMON STOCK<br>UNSOLICITED<br>AVG PRICE SHOWN–DETAILS ON REQ<br>DA | @ | 1.0692U$ |

| | |
|---|---|
| GROSS AMOUNT | 1,069.20 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,079.15 U$ |
| NET AMOUNT | 1,079.15 U$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668–6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W9804  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 399804  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5567232_003-E:28744-08744

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JUNE 30, 2022

**ACCOUNT NO.**      **TYPE**
668-6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **JULY 5, 2022**

TRANSACTION TYPE             **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | .9854U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,970.80 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,980.75 U$ |
| NET AMOUNT | 1,980.75 U$ |

CLIENT NAME                          TREVOR BLACK
ACCOUNT NO.                          668-6155513 – CSH
INVESTMENT REPRESENTATIVE            ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W0291  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 390291  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_5567232_003−E:28744−08744

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JUNE 30, 2022

**ACCOUNT NO.**    **TYPE**
668−6155513         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER − U.S.A.

**SETTLEMENT DATE**          **JULY 5, 2022**

TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | .9854U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,970.80 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,980.75 U$ |
| NET AMOUNT | 1,980.75 U$ |

| CLIENT NAME | TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 668−6155513 − CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W0291  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 390291  /  INTERNAL CODES UN 65  /  684 A

Member−Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5567232_003 − 00017497 − E:28744



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_5567232_003–E:28743–08743

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
JUNE 30, 2022

**ACCOUNT NO.**      **TYPE**
668–6155513           CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**              **JULY 5, 2022**

TRANSACTION TYPE                         **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | 1.01U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |



| | |
|---|---|
| GROSS AMOUNT | 2,020.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,029.95 U$ |
| NET AMOUNT | 2,029.95 U$ |

**CLIENT NAME**                              **TREVOR BLACK**
**ACCOUNT NO.**                             668–6155513 – CSH
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W0290  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 390290  /  INTERNAL CODES UN 65  /   684 A

Member–Canadian Investor Protection Fund.®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5567232_003 – 00017486 – E:28743


**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5818581_003-E:22216-02216

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
JULY 11, 2022

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 668–6155513 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE                    JULY 13, 2022

TRANSACTION TYPE                     **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,500 | META MATLS INC | @ | 1.U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,500.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,509.95 U$ |
| NET AMOUNT | 2,509.95 U$ |

| CLIENT NAME | TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 668–6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W2649  /  CUSIP US59134N1046  /  SECURITY NO. M057927  /  ORDER NO. 362649  /  INTERNAL CODES UN 65  /  684 A

---

Member–CanadianInvestor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5872880_003-E:26678-06678

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JULY 13, 2022

**ACCOUNT NO.**          **TYPE**
668-6155513              CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE              JULY 15, 2022

TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,500 | META MATLS INC | @ | .943U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,357.50 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,367.45 U$ |
| NET AMOUNT | 2,367.45 U$ |

**CLIENT NAME**                    **TREVOR BLACK**
**ACCOUNT NO.**                    668-6155513 – CSH
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE W3390  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 373390  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5893514_004–E:30188–00188

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
JULY 14, 2022

**ACCOUNT NO.**   **TYPE**
668–6155513         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

SETTLEMENT DATE                **JULY 18, 2022**

TRANSACTION TYPE                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | .91U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,820.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,829.95 U$ |
| NET AMOUNT | 1,829.95 U$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668–6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTING |
| I.R. NO. 4GC | |

REFERENCE W3000  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 353000  /  INTERNAL CODES UN 65  /  684 A

---

Member–Canadian Investor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5893514_004 – 00000376 – E.30188



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6057336_003–E:27011–07011

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
JULY 22, 2022

**ACCOUNT NO.**    **TYPE**
668–6155513        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE            **JULY 26, 2022**

TRANSACTION TYPE                  **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,300 | META MATLS INC | @ | .9253U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,128.19 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,138.14 U$ |
| NET AMOUNT | 2,138.14 U$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668–6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W2190  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 372190  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund.®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_6057336_003 – 00014021 – E:27011



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6143838_004–E:30244–00244

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JULY 27, 2022

| ACCOUNT NO. | TYPE |
|---|---|
| 668–6155513 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **JULY 29, 2022**

**TRANSACTION TYPE**          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | .897U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,794.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,803.95 U$ |
| NET AMOUNT | 1,803.95 U$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668–6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W9293  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 369293  /  INTERNAL CODES UN 65  /   684 A

---

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6167689_004–E:31106–01106

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
JULY 28, 2022

**ACCOUNT NO.**    **TYPE**
668–6155513      CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE          AUGUST 1, 2022

TRANSACTION TYPE                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | .881U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,762.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,771.95 U$ |
| NET AMOUNT | 1,771.95 U$ |

CLIENT NAME                TREVOR BLACK
ACCOUNT NO.                668–6155513 – CSH
INVESTMENT REPRESENTATIVE  ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE W8429  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 368429  /  INTERNAL CODES UN 65  /  684 A

---

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6592188_003–E:27661–07661

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
AUGUST 18, 2022

**ACCOUNT NO.**     **TYPE**
668–6155513        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE          AUGUST 22, 2022

TRANSACTION TYPE                                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | .875U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,750.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,759.95 U$ |
| NET AMOUNT | 1,759.95 U$ |

| | |
|---|---|
| **CLIENT NAME** | **TREVOR BLACK** |
| **ACCOUNT NO.** | **668–6155513 – CSH** |
| **INVESTMENT REPRESENTATIVE** | **ONLINE INVESTNG** |
| **I.R. NO. 4GC** | |

REFERENCE W5371  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 365371  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_6592188_003 – 0015321 – E:27661



**Direct Investing**

RBC®

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6617227_003–E:28404–08404

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
AUGUST 19, 2022

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 668–6155513 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – USA

| **SETTLEMENT DATE** | **AUGUST 23, 2022** |
|---|---|

| **TRANSACTION TYPE** | **BOUGHT** |
|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | .87962US |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| GROSS AMOUNT | 1,759.23 |
|---|---|
| COMMISSION | 9.95 |
| SUB TOTAL | 1,769.18 US |
| NET AMOUNT | 1,769.18 US |

| CLIENT NAME | TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 668–6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W5438  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 365438  /  INTERNAL CODES UN 1D  /  684 A

---

Member–CanadianInvestor Protection Fund.®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6617227_003-E:28405-08405

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
AUGUST 19, 2022

**ACCOUNT NO.**     **TYPE**
668-6155513     CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| SETTLEMENT DATE | AUGUST 23, 2022 |
|---|---|

| TRANSACTION TYPE | | BOUGHT |
|---|---|---|

| | Quantity | Security Description | | Unit Price |
|---|---|---|---|---|
| | 2,000 | META MATLS INC | @ | .865US$ |
| | | COMMON STOCK | | |
| | | UNSOLICITED | | |
| | | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | | DA | | |

| GROSS AMOUNT | 1,730.00 |
|---|---|
| COMMISSION | 9.95 |
| SUBTOTAL | 1,739.95 US$ |
| NET AMOUNT | 1,739.95 US$ |

| CLIENT NAME | TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 668-6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W5439  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 365439  /  INTERNAL CODES UN 65  /  684 A

Member-CanadianInvestor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.


**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6650703_003~E:29284~09284

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
AUGUST 22, 2022

**ACCOUNT NO.**        **TYPE**
668~6155513            CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769~2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER ~ U.S.A.

## SETTLEMENT DATE                 **AUGUST 24, 2022**

TRANSACTION TYPE                   **BOUGHT**

| Quantity | Security Description | Unit Price |
|---|---|---|
| 1,000 | META MATLS INC | @  .823U$ |
|  | COMMON STOCK |  |
|  | UNSOLICITED |  |
|  | DA |  |

| | |
|---|---|
| GROSS AMOUNT | 823.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 832.95 U$ |
| NET AMOUNT | 832.95 U$ |

| CLIENT NAME | TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 668~6155513 ~ CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W6906  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 376906  /  INTERNAL CODES UN 65  /  684 A

Member-CanadianInvestor Protection Fund.®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_6650703_003 ~ 00018547 ~ E:29284



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6675794_003-E:26851~08851

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
AUGUST 23, 2022

**ACCOUNT NO.**      **TYPE**
668~6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769~2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

### SETTLEMENT DATE            AUGUST 25, 2022

TRANSACTION TYPE                            **BOUGHT**



| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,500 | META MATLS INC | @ | .7801U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,170.15 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,180.10 U$ |
| NET AMOUNT | 1,180.10 U$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668~6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE N2127  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 232127  /  INTERNAL CODES UN 65  /  684 A

---

Member–CanadianInvestor Protection Fund.®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_6751852_004~E:30772~00772

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
AUGUST 26, 2022

**ACCOUNT NO.**     **TYPE**
668~6155513        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769~2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE                AUGUST 30, 2022

TRANSACTION TYPE                      **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC<br>COMMON STOCK<br>UNSOLICITED<br>DA | @ | .816U$ |

| | |
|---|---|
| GROSS AMOUNT | 1,632.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,641.95 U$ |
| NET AMOUNT | 1,641.95 U$ |

| | |
|---|---|
| **CLIENT NAME** | **TREVOR BLACK** |
| **ACCOUNT NO.** | **668~6155513 – CSH** |
| **INVESTMENT REPRESENTATIVE** | **ONLINE INVESTNG** |
| **I.R. NO. 4GC** | |

REFERENCE W9827  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 369827  /  INTERNAL CODES UN 65  /  684 A

---

Member~CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6783205_003–E:29142–09142

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
AUGUST 29, 2022

**ACCOUNT NO.**    **TYPE**
668–6155513         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **AUGUST 31, 2022**

TRANSACTION TYPE                      **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,500 | META MATLS INC | @ | .783US$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,174.50 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,184.45 US$ |
| NET AMOUNT | 1,184.45 US$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668–6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W8526  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 398526  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6802056_003-E:29378-09378

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
AUGUST 30, 2022

**ACCOUNT NO.**      **TYPE**
668-6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE        SEPTEMBER 1, 2022

TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,200 | META MATLS INC | @ | .7705US$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 924.60 |
| COMMISSION | 9.95 |
| SUBTOTAL | 934.55 US |
| NET AMOUNT | 934.55 US |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668-6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W1670  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 351670  /  INTERNAL CODES UN 65  /  684 A

---

Member–CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_6802056_003 – 00019756 – E:29378



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7274733_003–E:27488–07488

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

## Confirmation Notice

**DATE**
SEPTEMBER 22, 2022

**ACCOUNT NO.**     **TYPE**
668–6155513         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE          SEPTEMBER 26, 2022

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 369 | META MATLS INC | @ | .685U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |



| | |
|---|---|
| GROSS AMOUNT | 252.76 |
| COMMISSION | 9.95 |
| SUB TOTAL | 262.71 U$ |
| NET AMOUNT | 262.71 U$ |

**CLIENT NAME**            TREVOR BLACK
**ACCOUNT NO.**            668–6155513 – CSH
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE W8846  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 388846  /  INTERNAL CODES UN 65  /  684 A

---

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct
Investing**

*P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7296712_004-E:37641-07641

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
SEPTEMBER 23, 2022

**ACCOUNT NO.     TYPE**
668-6155513      CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE        SEPTEMBER 27, 2022

TRANSACTION TYPE        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | .6691U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,338.20 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,348.15 U$ |
| NET AMOUNT | 1,348.15 U$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668-6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE N3493   /   CUSIP US59134N1046   /   SECURITY NO. M067927   /   ORDER NO. 233493   /   INTERNAL CODES UN 65   /   684 A

---

Member–CanadianInvestor Protection Fund.®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7296712_004 – 00015291 – E:37641



**Direct Investing**

RBC

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7296712_004~E:37640~07640

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
SEPTEMBER 23, 2022

**ACCOUNT NO.**     **TYPE**
668–6155513         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE          SEPTEMBER 27, 2022

TRANSACTION TYPE                                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,500 | META MATLS INC | @ | .662U$ |
|  | COMMON STOCK | | |
|  | UNSOLICITED | | |
|  | AVG PRICE SHOWN–DETAILS ON REQ | | |
|  | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 993.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,002.95 U$ |
| NET AMOUNT | 1,002.95 U$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668–6155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE N3492  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 233492  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_7388610_003~E:28239~08239

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
SEPTEMBER 28, 2022

**ACCOUNT NO.**      **TYPE**
668−6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER − U.S.A.

## SETTLEMENT DATE            SEPTEMBER 30, 2022

TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,719 | META MATLS INC | @ | .71918US$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN−DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,236.27 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,246.22 US$ |
| NET AMOUNT | 1,246.22 US$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668−6155513 ~ CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE S0364  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 280364  /  INTERNAL CODES UN 65  /   684 A

Member−Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7606545_004–E:32117–02117

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
OCTOBER 7, 2022

**ACCOUNT NO.**     **TYPE**
668–8155513     CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| SETTLEMENT DATE | OCTOBER 12, 2022 |
|---|---|

| TRANSACTION TYPE | **BOUGHT** |
|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 612 | META MATLS INC | @ | .661U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 404.53 |
| COMMISSION | 9.95 |
| SUB TOTAL | 414.48 U$ |
| NET AMOUNT | 414.48 U$ |

| CLIENT NAME | TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 668–8155513 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W5562  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 375562  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7606545_004 – 00:004233 – E:32117



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5338933_004-E:25407-01407
TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
JUNE 26, 2023

| ACCOUNT NO. | TYPE |
|---|---|
| 668-6155513 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**                     **JUNE 28, 2023**
AS PRINCIPAL, WE CONVERTED AT                    1.3367
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 3,000 | META MATLS INC | @ | .1891U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE     1.33670000 | | |

| | |
|---|---|
| GROSS AMOUNT | 567.30 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 577.25 US |
| EXCHANGE | 194.36 |
| NET AMOUNT | 771.61 CS |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668-6155513 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W5184  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 375184  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5363300_004-E:27274-03274

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
JUNE 27, 2023

**ACCOUNT NO.**     **TYPE**
668-6155513         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**                 **JUNE 29, 2023**
AS PRINCIPAL, WE CONVERTED AT                    1.3384
TRANSACTION TYPE                      **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 4,000 | META MATLS INC | @ | .1768U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.33840000 | | |

| | |
|---|---|
| GROSS AMOUNT | 707.20 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 717.15 U$ |
| EXCHANGE | 242.68 |
| NET AMOUNT | 959.83 C$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668-6155513 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W0109  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 380109  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5363300_004 - 00000547 - E:27274



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_5904246_004-E:26517-02517

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
JULY 21, 2023

**ACCOUNT NO.**    **TYPE**
668-6155513        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**                    **JULY 25, 2023**
AS PRINCIPAL, WE CONVERTED AT                        1.3418
TRANSACTION TYPE                            **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 3,301 | META MATLS INC | @ | .2174U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE   1.34180000 | | |

| | |
|---|---|
| GROSS AMOUNT | 717.63 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 727.58 U$ |
| EXCHANGE | 248.69 |
| NET AMOUNT | 976.27 C$ |

**CLIENT NAME**                **TREVOR BLACK**
**ACCOUNT NO.**                668-6155513 - CSH
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE W4601  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 374601  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5904246_004 - 00005033 - E:26517

 **Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_7508564_004-E:26969-02969

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
OCTOBER 11, 2023

**ACCOUNT NO.**   **TYPE**
668-6155513      CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**       **OCTOBER 13, 2023**
AS PRINCIPAL, WE CONVERTED AT                 1.3829
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 5,000 | META MATLS INC | @ | .213U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE   1.38290000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,065.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,074.95 U$ |
| EXCHANGE | 411.60 |
| NET AMOUNT | 1,486.55 C$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668-6155513 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W4391  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 384391  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.


**Direct Investing**

**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_7541821_005-E:33988-01988
TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
OCTOBER 12, 2023

**ACCOUNT NO.**     **TYPE**
668-6155513        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**              **OCTOBER 16, 2023**
AS PRINCIPAL, WE CONVERTED AT                    1.3903
TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 5,000 | META MATLS INC | @ | .218U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE     1.39030000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,090.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,099.95 U$ |
| EXCHANGE | 429.31 |
| NET AMOUNT | 1,529.26 C$ |

CLIENT NAME                    TREVOR BLACK
ACCOUNT NO.                    668-6155513 - CSH
INVESTMENT REPRESENTATIVE      ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE W0786  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 360786  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**
RBC

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7566621_004-E:29563-05563

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
OCTOBER 13, 2023

**ACCOUNT NO.**     **TYPE**
668-6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| SETTLEMENT DATE | **OCTOBER 17, 2023** |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.3867 |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 5,000 | META MATLS INC | @ | .21398US |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE  1.38670000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,069.90 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,079.85 US |
| EXCHANGE | 417.58 |
| NET AMOUNT | 1,497.43 C$ |

| CLIENT NAME | TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 668-6155513 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W4238  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 354238  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7599981_004-E:26821-02821

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
OCTOBER 16, 2023

**ACCOUNT NO.**   **TYPE**
668-6155513      CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **OCTOBER 18, 2023**
AS PRINCIPAL, WE CONVERTED AT                    1.3828
TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 4,000 | META MATLS INC | @ | .22069US |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.38280000 | | |

| | |
|---|---|
| GROSS AMOUNT | 882.76 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 892.71 US |
| EXCHANGE | 341.73 |
| NET AMOUNT | 1,234.44 C$ |

**CLIENT NAME**                **TREVOR BLACK**
ACCOUNT NO.                    668-6155513 - CSH
INVESTMENT REPRESENTATIVE      ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE W2665  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 342665  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**

ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_7635849_004-E:25148-01148

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
OCTOBER 17, 2023

**ACCOUNT NO.**     **TYPE**
668-6155513            CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**           **OCTOBER 19, 2023**
AS PRINCIPAL, WE CONVERTED AT                    1.3857
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | .206US$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE     1.38570000 | | |

| | |
|---|---|
| GROSS AMOUNT | 412.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 421.95 US$ |
| EXCHANGE | 162.75 |
| NET AMOUNT | 584.70 C$ |

| CLIENT NAME | TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 668-6155513 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W0573  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 380573  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7635849_004 - 00002295 - E:25148



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7693164_004-E:26069-02069

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
OCTOBER 19, 2023

**ACCOUNT NO.**     **TYPE**
668-6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

## SETTLEMENT DATE          OCTOBER 23, 2023
AS PRINCIPAL, WE CONVERTED AT                         1.3926
TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,500 | META MATLS INC | @ | .1913U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE   1.39260000 | | |

| | |
|---|---|
| GROSS AMOUNT | 478.25 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 488.20 U$ |
| EXCHANGE | 191.67 |
| NET AMOUNT | 679.87 C$ |

| | |
|---|---|
| **CLIENT NAME** | TREVOR BLACK |
| **ACCOUNT NO.** | 668-6155513 - CSH |
| **INVESTMENT REPRESENTATIVE** | ONLINE INVESTNG |
| **I.R. NO. 4GC** | |

REFERENCE W3294  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 353294  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_7714903_004-E:28151-04151

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
OCTOBER 20, 2023

**ACCOUNT NO.**     **TYPE**
668-6155513         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**         **OCTOBER 24, 2023**
AS PRINCIPAL, WE CONVERTED AT                1.39
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | .1806U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE | 1.39000000 | |

| | |
|---|---|
| GROSS AMOUNT | 361.20 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 371.15 U$ |
| EXCHANGE | 144.75 |
| NET AMOUNT | 515.90 C$ |

**CLIENT NAME**                **TREVOR BLACK**
**ACCOUNT NO.**                668-6155513 - CSH
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE W1174  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 381174  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7714903_004-00000301-E:28151



**Direct Investing**

RBC.

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1011785_004-E:26755-02755

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
OCTOBER 23, 2023

**ACCOUNT NO.**   **TYPE**
668-6155513        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

## SETTLEMENT DATE          OCTOBER 25, 2023
AS PRINCIPAL, WE CONVERTED AT                    1.3925
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,500 | META MATLS INC | @ | .151U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE    1.39250000 | | |

| | |
|---|---|
| GROSS AMOUNT | 377.50 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 387.45 US |
| EXCHANGE | 152.07 |
| NET AMOUNT | 539.52 C$ |

| | |
|---|---|
| **CLIENT NAME** | TREVOR BLACK |
| **ACCOUNT NO.** | 668-6155513 - CSH |
| **INVESTMENT REPRESENTATIVE** | ONLINE INVESTNG |
| **I.R. NO. 4GC** | |

REFERENCE W1514  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 391514  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1011785_004 - 00005509 - E:26755

 **Direct Investing** RBC®

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1116961_004-E:29124-05124

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
OCTOBER 27, 2023

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 668-6155513 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| **SETTLEMENT DATE** | | **OCTOBER 31, 2023** |
|---|---|---|
| AS PRINCIPAL, WE CONVERTED AT | | 1.408 |
| TRANSACTION TYPE | | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 889 | META MATLS INC | @ | .1355US$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE      1.40800000 | | |

| | |
|---|---|
| GROSS AMOUNT | 120.45 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 130.40 US |
| EXCHANGE | 53.20 |
| NET AMOUNT | 183.60 CS |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668-6155513 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W8217  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 348217  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_1142119_004-E:26342-02342

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
OCTOBER 30, 2023

| ACCOUNT NO. | TYPE |
|---|---|
| 668-6155513 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**        **NOVEMBER 1, 2023**
AS PRINCIPAL, WE CONVERTED AT                    1.4042
TRANSACTION TYPE                            **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 5,200 | META MATLS INC | @ | .1301U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.40420000 | | |

| | |
|---|---|
| GROSS AMOUNT | 676.52 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 686.47 US |
| EXCHANGE | 277.47 |
| NET AMOUNT | 963.94 C$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668-6155513 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W6846  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 386846  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1142119_004 - 0000490I - E:26342

 **Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_1416007_004-E:27692-03692

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
NOVEMBER 10, 2023

**ACCOUNT NO.**      **TYPE**
668-6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **NOVEMBER 14, 2023**

TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 4,000 | META MATLS INC<br>COMMON STOCK<br>UNSOLICITED<br>DA | @ | .0915U$ |

| | |
|---|---|
| GROSS AMOUNT | 366.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 375.95 U$ |
| NET AMOUNT | 375.95 U$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668-6155513 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W7170  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 377170  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.


**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_1819254_004-E:31303-07303

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
DECEMBER 1, 2023

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 668-6155513 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| **SETTLEMENT DATE** | **DECEMBER 5, 2023** |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.3705 |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 10,000 | META MATLS INC | @ | .104U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE | 1.37050000 | |

| | |
|---|---|
| GROSS AMOUNT | 1,040.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,049.95 U$ |
| EXCHANGE | 389.01 |
| NET AMOUNT | 1,438.96 C$ |

| CLIENT NAME | TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 668-6155513 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W7636  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 367636  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1819254_004-00014608 - E:31303



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1869702_005-E:33988-01988

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
DECEMBER 4, 2023

**ACCOUNT NO.**      **TYPE**
668-6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **DECEMBER 6, 2023**
AS PRINCIPAL, WE CONVERTED AT                         1.3751
TRANSACTION TYPE                                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 15,000 | META MATLS INC | @ | .0705U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE     1.37510000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,057.50 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,067.45 U$ |
| EXCHANGE | 400.40 |
| NET AMOUNT | 1,467.85 C$ |

**CLIENT NAME**                          TREVOR BLACK
**ACCOUNT NO.**                          668-6155513 - CSH
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE W2961 / CUSIP US59134N1046 / SECURITY NO. M067927 / ORDER NO. 372961 / INTERNAL CODES UN 65 / 684 A

---

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1896589_005-E:32356-00356

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
DECEMBER 5, 2023

**ACCOUNT NO.**     **TYPE**
668-6155513         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - USA

**SETTLEMENT DATE**            **DECEMBER 7, 2023**
AS PRINCIPAL, WE CONVERTED AT                1.3796
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 20,000 | META MATLS INC | @ | .06915US |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE    1.37960000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,383.04 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,393.02 US |
| EXCHANGE | 528.79 |
| NET AMOUNT | 1,921.81 C$ |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668-6155513 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W2108  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 352108  /  INTERNAL CODES UN 1D  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1896589_005-E:32355-00355

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
DECEMBER 5, 2023

**ACCOUNT NO.**   **TYPE**
668-6155513       CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| SETTLEMENT DATE | DECEMBER 7, 2023 |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.3796 |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 20,000 | META MATLS INC | @ | .07U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE  1.37960000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,400.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,409.95 U$ |
| EXCHANGE | 535.22 |
| NET AMOUNT | 1,945.17 C$ |

| CLIENT NAME | TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 668-6155513 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W2107  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 352107  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1896589_005-E:32353-00353

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
DECEMBER 5, 2023

**ACCOUNT NO.**          **TYPE**
668-6155513              CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| SETTLEMENT DATE | DECEMBER 7, 2023 |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.3803 |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 20,000 | META MATLS INC | @ | .0675U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE   1.38030000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,350.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,359.95 U$ |
| EXCHANGE | 517.19 |
| NET AMOUNT | 1,877.14 C$ |

CLIENT NAME                      TREVOR BLACK
ACCOUNT NO.                      668-6155513 - CSH
INVESTMENT REPRESENTATIVE         ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE W2105  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 352105  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1896589_005 - 00000786 - E:32353



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1896589_005-E:32354-00354

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
DECEMBER 5, 2023

**ACCOUNT NO.**   **TYPE**
668-6155513       CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**       **DECEMBER 7, 2023**
AS PRINCIPAL, WE CONVERTED AT                    1.3799
TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 20,013 | META MATLS INC | @ | .0682U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.37990000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,364.88 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,374.83 U$ |
| EXCHANGE | 522.30 |
| NET AMOUNT | 1,897.13 C$ |

**CLIENT NAME**                    TREVOR BLACK
**ACCOUNT NO.**                   668-6155513 - CSH
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE W2106  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 352106  /  INTERNAL CODES UN 85  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**
RBC®

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1921970_004-E:31842-07842

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
DECEMBER 6, 2023

**ACCOUNT NO.**   **TYPE**
668-6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **DECEMBER 8, 2023**
AS PRINCIPAL, WE CONVERTED AT                    1.3792
TRANSACTION TYPE                               **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 10,013 | META MATLS INC | @ | .063U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE | 1.37920000 | |

| | |
|---|---|
| GROSS AMOUNT | 630.81 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 640.76 U$ |
| EXCHANGE | 242.98 |
| NET AMOUNT | 883.74 C$ |

**CLIENT NAME**                              TREVOR BLACK
**ACCOUNT NO.**                              668-6155513 - CSH
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE W5000  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 345000  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1921970_004-0001585 - E:31842

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

ADPRB10720_1966529_004-E:29647-05647

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
DECEMBER 8, 2023

**ACCOUNT NO.**     **TYPE**
668-6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - USA

**SETTLEMENT DATE**          **DECEMBER 12, 2023**
AS PRINCIPAL, WE CONVERTED AT                    1.3796
TRANSACTION TYPE                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 10,013 | META MATLS INC | @ | .06577US |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE     1.37960000 | | |

| | |
|---|---|
| GROSS AMOUNT | 658.54 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 668.49 US |
| EXCHANGE | 253.76 |
| NET AMOUNT | 922.25 CS |

| | |
|---|---|
| CLIENT NAME | TREVOR BLACK |
| ACCOUNT NO. | 668-6155513 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W7233  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 357233  /  INTERNAL CODES UN 1D  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1966529_004-0001129S - E:29647



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2000696_004-E:31653-07653

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
DECEMBER 11, 2023

**ACCOUNT NO.**       **TYPE**
668-6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**         **DECEMBER 13, 2023**
AS PRINCIPAL, WE CONVERTED AT                    1.3774
TRANSACTION TYPE                       **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 10,013 | META MATLS INC | @ | .0697U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE    1.37740000 | | |

| | |
|---|---|
| GROSS AMOUNT | 697.90 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 707.85 U$ |
| EXCHANGE | 267.14 |
| NET AMOUNT | 974.99 C$ |

CLIENT NAME                         TREVOR BLACK
ACCOUNT NO.                         668-6155513 - CSH
INVESTMENT REPRESENTATIVE           ONLINE INVESTING
I.R. NO. 4GC

REFERENCE W7439  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 377439  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2000696_004 - 00015305 - E:31653


**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2099689_005-E:32948-00948

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
DECEMBER 15, 2023

**ACCOUNT NO.**     **TYPE**
668-6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| SETTLEMENT DATE | DECEMBER 19, 2023 |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.3585 |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 10,013 | META MATLS INC | @ | .0739U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE    1.35850000 | | |

| | |
|---|---|
| GROSS AMOUNT | 739.96 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 749.91 US |
| EXCHANGE | 268.84 |
| NET AMOUNT | 1,018.75 C$ |

**CLIENT NAME**                  TREVOR BLACK
**ACCOUNT NO.**                  668-6155513 - CSH
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE W5997  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 345997  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.


**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2234506_005-E:32848-00848

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
DECEMBER 22, 2023

**ACCOUNT NO.**       **TYPE**
668-6155513           CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **DECEMBER 27, 2023**
AS PRINCIPAL, WE CONVERTED AT                    1.3476
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 20,013 | META MATLS INC | @ | .0661U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE      1.34760000 | | |

| GROSS AMOUNT | 1,322.85 |
|---|---|
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,332.80 U$ |
| EXCHANGE | 463.28 |
| NET AMOUNT | 1,796.08 CS |

CLIENT NAME                        TREVOR BLACK
ACCOUNT NO.                        668-6155513 - CSH
INVESTMENT REPRESENTATIVE          ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE W4693  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 374693  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_2466328_005-E:34757-02757

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JANUARY 4, 2024

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 668-6155513 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| **SETTLEMENT DATE** | **JANUARY 8, 2024** |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.3564 |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 13,333 | META MATLS INC | @ | .0669U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE    1.35640000 | | |

| | |
|---|---|
| GROSS AMOUNT | 891.97 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 901.92 U$ |
| EXCHANGE | 321.44 |
| NET AMOUNT | 1,223.36 C$ |

| **CLIENT NAME** | **TREVOR BLACK** |
|---|---|
| **ACCOUNT NO.** | **668-6155513 - CSH** |
| **INVESTMENT REPRESENTATIVE** | **ONLINE INVESTNG** |
| **I.R. NO. 4GC** | |

REFERENCE W5393  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 365393  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct
Investing**

**RBC Direct Investing Inc.**

ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7*

ADPRB10720_3049276_005-E:33912-01912

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
JANUARY 31, 2024

**ACCOUNT NO.**      **TYPE**
668-6155513          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**      **FEBRUARY 2, 2024**
AS PRINCIPAL, WE CONVERTED AT                1.3601
TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 113 | META MATERIALS INC | @ | 4.61U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE      1.36010000 | | |

| | |
|---|---|
| GROSS AMOUNT | 520.93 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 530.88 US$ |
| EXCHANGE | 191.17 |
| NET AMOUNT | 722.05 C$ |

**CLIENT NAME**                    **TREVOR BLACK**
**ACCOUNT NO.**                    **668-6155513 - CSH**
**INVESTMENT REPRESENTATIVE**      **ONLINE INVESTNG**
**I.R. NO. 4GC**

REFERENCE W1335  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 381335  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3049276_005 - 00003825 - E:33912



**Direct Investing**

RBC®

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3138773_005-E:36308-04308

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

## Confirmation Notice

**DATE**
FEBRUARY 2, 2024

**ACCOUNT NO.**     **TYPE**
668-6155513        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

## SETTLEMENT DATE          **FEBRUARY 6, 2024**
AS PRINCIPAL, WE CONVERTED AT                    1.3673
TRANSACTION TYPE                                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 250 | META MATERIALS INC | @ | 3.40U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE    1.36730000 | | |

| | |
|---|---|
| GROSS AMOUNT | 850.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 859.95 U$ |
| EXCHANGE | 315.86 |
| NET AMOUNT | 1,175.81 C$ |

**CLIENT NAME**              TREVOR BLACK
**ACCOUNT NO.**              668-6155513 - CSH
**INVESTMENT REPRESENTATIVE** ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE 25399 / CUSIP US59134N3026 / SECURITY NO. M076501 / ORDER NO. 025399 / INTERNAL CODES UN 65 / 684 A

---

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3138773_005 - 00000615 - E:36308



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3138773_005-E:36309-04309

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
FEBRUARY 2, 2024

**ACCOUNT NO.**      **TYPE**
668-6155513         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**                 **FEBRUARY 6, 2024**
AS PRINCIPAL, WE CONVERTED AT                    1.3666
TRANSACTION TYPE                             **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 150 | META MATERIALS INC | @ | 3.3999U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE      1.36660000 | | |

| | |
|---|---|
| GROSS AMOUNT | 509.98 |
| COMMISSION | 9.95 |
| SUB TOTAL | 519.93 U$ |
| EXCHANGE | 190.61 |
| NET AMOUNT | 710.54 C$ |

CLIENT NAME                    TREVOR BLACK
ACCOUNT NO.                    668-6155513 - CSH
INVESTMENT REPRESENTATIVE      ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE 25400  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 025400  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3286028_005-E:36316-04316

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
FEBRUARY 9, 2024

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 668-6155513 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| **SETTLEMENT DATE** | **FEBRUARY 13, 2024** |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.367 |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 113 | META MATERIALS INC | @ | 3.0405U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE   1.36700000 | | |

| | |
|---|---|
| GROSS AMOUNT | 343.57 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 353.52 U$ |
| EXCHANGE | 129.74 |
| NET AMOUNT | 483.26 C$ |

| **CLIENT NAME** | TREVOR BLACK |
|---|---|
| **ACCOUNT NO.** | 668-6155513 - CSH |
| **INVESTMENT REPRESENTATIVE** | ONLINE INVESTNG |
| **I.R. NO. 4GC** | |

REFERENCE W5128  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 375128  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3286028_005 - 000000H - E:36316