NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

Name of Debtor: **META MATERIALS, INC**

Case Number: **24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   **CHARLIE HOCK CHUAN GOH**
   **LILIANA COLOMBO-GOH**
   **1550 W. HORIZON RIDGE PKWY**
   **SUITE R-851**
   **HENDERSON, NV 89012**

   Telephone Number: **702-816-8572**

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 16 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: **6723-6904**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   **CHARLES SCHWAB**
   Telephone Number: **800-435-4000**

3. Date Equity Interest was acquired:
   **BETWEEN 12/5/2022 AND 7/13/2023**
   **SEE ATTACHED DOCUMENTATION**

4. Total amount of member interest: **12,000 SHARES FOR $8,342.45**

5. Certificate number(s): **SEE ATTACHED DOCUMENTATION**

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: **INVESTOR**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **CHARLIE GOH & LILIANA COLOMBO-GOH**
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature) *Liliana Colombo /pe*
(Date) **12/12/2024**

Telephone number: **702-816-8572**  email: **CHARLIEGOH9@GMAIL.COM**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form    Save Form    Clear Form



# Schwab One® Account of

CHARLIE HOCK CHUAN GOH &
LILIANA COLOMBO-GOH JT TEN

Account Number
6723-6904

Statement Period
January 1-31, 2024

## Account Summary

| Ending Account Value as of 01/31 | Beginning Account Value as of 01/01 | Total Value Change ($) |
|---|---|---|
| $3,427.70 | $5,125.39 | ($1,697.69) |



|  | This Statement | Previous Statement | Change |
|---|---|---|---|
| Beginning Value | $5,125.39 | $6,135.03 | ($1,009.64) |
| Deposits | 0.00 | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 | 0.00 |
| Dividends and Interest | 0.45 | 0.43 | 0.02 |
| Transfer of Securities | 0.00 | 0.00 | 0.00 |
| Market Value Change | (1,696.92) | (1,010.07) | (686.85) |
| Fees | (1.22) | 0.00 | (1.22) |
| **Ending Value** ʷ | **$3,427.70** | **$5,125.39** | **($1,697.69)** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

## Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

## Online Assistance

Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

CHARLIE HOCK CHUAN GOH &
LILIANA COLOMBO-GOH JT TEN
162 INVERARAY CT
HENDERSON NV 89074-0667



Schwab One® Account of

CHARLIE HOCK CHUAN GOH &
LILIANA COLOMBO-GOH JT TEN

Statement Period
January 1-31, 2024

## Asset Allocation



$3.42K

Investment Objective:
Growth

| | | This Period | Current Allocation |
|---|---|---:|---:|
| ■ | Equities | 3,680.35 | 99% |
| ■ | Options | 44.50 | 1% |
| | Net Loan Balance | (297.15) | |
| | **Total** | **$3,427.70** | **100%** |
| | Liabilities | (297.15) | |

Liabilities such as margin balances and short positions are included in the Total as well as the current allocation %. If the asset class is negative (more liabilities than assets) the current allocation % will not be displayed.

## Top Account Holdings This Period

| SYMBOL CUSIP | Description | Market Value | % of Accounts |
|---|---|---:|---:|
| GTII | GLOBAL TECH INDS GP | 1,340.00 | 36% |
| FNGR | FINGERMOTION INC | 1,185.00 | 32% |
| BB | BLACKBERRY LTD    F | 558.00 | 15% |
| MMAT | META MATLS INC | 458.40 | 12% |
| | GLOBAL TECH INDS GP | 107.20 | 3% |

## Gain or (Loss) Summary

| | Short-Term (ST) | | | Long-Term (LT) | | |
|---|---:|---:|---:|---:|---:|---:|
| | Gain | (Loss) | Net | Gain | (Loss) | Net |
| This Period | 0.00 | (952.00) | (952.00) | 0.00 | 0.00 | 0.00 |
| YTD | 0.00 | (952.00) | (952.00) | 0.00 | 0.00 | 0.00 |
| **Unrealized** | | | | | | ($23,482.30) i |

## Income Summary



| | This Period | | YTD | |
|---|---:|---:|---:|---:|
| Federal Tax Status | Tax-Exempt | Taxable | Tax-Exempt | Taxable |
| Bank Sweep Interest | 0.00 | 0.45 | 0.00 | 0.45 |
| **Total Income** | **$0.00** | **$0.45** | **$0.00** | **$0.45** |

## Margin Loan Information

| Opening Margin Loan Balance | Closing Margin Loan Balance | Funds Available to Withdraw * | Securities |
|---|---|---|---|
| $0.00 | ($297.15) | $0.00 | $0.00 |

| Margin Loan Rate as of 01/29 | Interest Paid on Margin Loan - This Period ** | Interest Paid on Margin Loan - YTD ** | |
|---|---|---|---|
| 13.57% | ($1.22) | ($1.22) | |

* Values include any cash plus the amount available using margin borrowing.
** Certain margin loan interest may be deductible; consult your tax advisor
For more information about the margin feature, please visit schwab.com/margin.



Schwab One® Account of

CHARLIE HOCK CHUAN GOH &
LILIANA COLOMBO-GOH JT TEN

Statement Period
January 1-31, 2024

## Gain or (Loss) Summary (continued)

|  | Short-Term (ST) |  |  | Long-Term (LT) |  |
|---|---|---|---|---|---|
| Gain | (Loss) | Net | Gain | (Loss) | Net |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Positions - Summary

| Beginning Value as of 01/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 01/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $5,125.39 | | $0.00 | | $0.00 | | ($0.77) | | ($1,696.92) | | $3,427.70 | $30,368.53 i | ($23,482.30) i |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK NA x,z | | | 1,173.62 | 0.00 | (1,173.62) | | 0.45% | |
| **Total Cash and Cash Investments** | | | | | **$1,173.62** | **$0.00** | **($1,173.62)** | | | |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| AABB | ASIA BROADBAND INC | 1,000.0000 | 0.01575 | 15.75 | 156.95 | (141.20) | N/A | 0.00 | <1% |
| BB | BLACKBERRY LTD  F (M) | 200.0000 | 2.79000 | 558.00 | 956.00 | (398.00) | N/A | 0.00 | 15% |
| CMFV | COMF5 INTERNTNL | 1,000.0000 | 0.00000 | 0.00 | 8,009.99 | (8,009.99) | N/A | 0.00 | |
| VOCLD | CREATD INC | 8.0000 | 2.00000 | 16.00 | 1,780.97 | (1,764.97) | N/A | 0.00 | <1% |
| FNGR | FINGERMOTION INC (M) | 500.0000 | 2.37000 | 1,185.00 | 1,470.00 | (285.00) | N/A | 0.00 | 32% |
| GTII | GLOBAL TECH INDS GP | 5,000.0000 | 0.26800 | 1,340.00 | 6,602.60 | (5,262.60) | N/A | 0.00 | 36% |



Schwab One® Account of

CHARLIE HOCK CHUAN GOH &
LILIANA COLOMBO-GOH JT TEN

Statement Period
January 1-31, 2024

## Positions - Equities (continued)

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| | GLOBAL TECH INDS GP | 400.0000 | 0.26800 | 107.20 | N/A ⁱ | N/A ⁱ | N/A | 0.00 | 3% |
| MMAT | META MATLS INC (M)  *10-1 SPLIT* | 120.0000 | 3.82000 | 458.40 | 7,640.45 | (7,182.05) | N/A | 0.00 | 12% |
| **Total Equities** | *PRE-SPLIT 12,000 SHARES* | | | **$3,680.35** | **$26,616.96** | **($23,043.81)** | | **$0.00** | **99%** |

## Positions - Options

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMAT1 01/17/20 25 0.50 C | CALL META MATLS INC $0.5 ADJ EXP 01/17/25 REPS 1 MMAT | 50.0000 | 0.00890 | 44.50 | 482.99 | (438.49) | | | 1% |
| **Total Options** | | | | **$44.50** | **$482.99** | **($438.49)** | | **$0.00** | **1%** |

Option Customers: Be aware of the following: 1) Commissions and other charges related to the execution of option transactions have been included in confirmations of such transactions previously furnished to you and will be made available promptly upon request 2) You should advise us promptly of any material changes in your investment objectives or financial situation 3) Exercise assignment notices for the option contracts are allocated among customer short positions pursuant to an automated procedure which randomly selects from among all customer short option positions those contracts which are subject to exercise, including positions established on the day of assignment 4) Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult your tax advisor or IRS publication 550, Investment Income and Expenses, for additional information on Options.

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | ASIA BROADBAND INC | 10.0000 | | | N/A ⁱ | N/A ⁱ | | |
| | NEXT BRIDGE HYDROCARBONS | 400.0000 | | | 3,268.58 | N/A | | |
| **Total Unpriced Securities** | | | | **$0.00** | **$3,268.58** | **$0.00** | | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EY and EAI will continue to display at a prior rate.



Schwab One® Account of

CHARLIE HOCK CHUAN GOH &
LILIANA COLOMBO-GOH JT TEN

Statement Period
January 1-31, 2024

## Transactions - Summary

| Beginning Cash* as of 01/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Fees | = | Ending Cash* as of 01/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,173.62 | | $0.00 | | $0.00 | | ($1,470.00) | | $0.00 | | $0.45 | | ($1.22) | | ($297.15) |

Other Activity $0.00    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 01/16 | Interest | Bank Interest X,Z | | BANK INT 121623-011524 | | | | 0.45 | |
| 01/19 | Purchase | | FNGR | FINGERMOTION INC | 500.0000 | 2.9400 | | (1,470.00) | |
| 01/22 | Other Activity | Expired Short | BB 01/19/2024 8.00 C | CALL BLACKBERRY LTD  $8 EXP 01/19/24 | (50.0000) | | | | |
| | Other Activity | Expired Short | MMAT 01/19/2024 0.50 C | CALL META MATLS INC  $0.5 EXP 01/19/24 | (47.0000) | | | | |
| 01/24 | Other Activity | Reverse Split | VOCLD | CREATD INC | 8.0000 | | | | |
| | Other Activity | Reverse Split | | CREATD INC       XXX REVERSE SPLIT | (4,000.0000) | | | | |
| 01/29 | Other Activity | Reverse Split | MMAT | META MATLS INC | 120.0000 | | | | |
| | Other Activity | Reverse Split | | META MATLS INC   XXX REVERSE SPLIT | (12,000.0000) | | | | |
| 01/30 | Fee | Margin Interest | | INTEREST 12/28THRU 01/29 | | | | (1.22) | |
| **Total Transactions** | | | | | | | | **($1,470.77)** | **$0.00** |

Date column represents the Settlement/Process date for each transaction.

# Transaction History

Updated: 08:04:58 PM ET, 12/08/2024

**Designated Bene Joint   ...904**

SnapTicket®

| Date range | From (mm/dd/yyyy) | To (mm/dd/yyyy) |
|---|---|---|
| Custom ⌄ | 12/08/2020 | 12/08/2024 |

Symbol (Optional)

🔍 MMAT ❌   ☑ Include Options   [ Search ]

≡ Filter by Transaction Types

## Transactions found from 12/08/2020 to 12/08/2024
Don't see it here? Go to Statements

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 03/13/2024 | Journal | MMAT<br>META MATLS INC | -120 | | | |
| 03/13/2024 | Journal | MMAT<br>META MATLS INC | 120 | | | |
| 01/29/2024 | Reverse Split | MMAT<br>META MATLS INC | 120 | | | |
| 01/22/2024 as of 01/19/2024 | Expired | MMAT 01/19/2024 0.50 C<br>CALL META MATLS INC $0.5 EXP 01/19/24 | -47 | | | |
| 11/06/2023 | Journaled Shares | MMAT<br>TDA TRAN -<br>TRANSFER OF | -12,000 | | | |

| | | | |
|---|---|---|---|
| | | TRANSFER OF SECURITY OR OPTION OUT (MMAT) | |
| 11/06/2023 | Journaled Shares | MMAT 01/19/2024 0.50 C<br>TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT Jan 19 2024 0.5 Call) | -47 |
| 11/06/2023 | Journaled Shares | MMAT 01/17/2025 0.50 C<br>TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT Jan 17 2025 0.5 Call) | -50 |
| 11/06/2023 | Internal Transfer | MMAT<br>META MATLS INC | 12,000 |
| 11/06/2023 | Internal Transfer | MMAT 01/17/2025 0.50 C<br>CALL META MATLS INC $0.5 EXP 01/17/25 | 50 |
| 11/06/2023 | Internal Transfer | MMAT 01/19/2024 0.50 C<br>CALL META MATLS INC $0.5 EXP 01/19/24 | 47 |

| Date | Action | Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 07/13/2023 | Buy to Open<br>Trade Details | MMAT 01/19/2024 0.50 C<br>TDA TRAN - Bought to Open 47 (MMAT Jan 19 2024 0.5 Call) @0.0400 | 47 | $0.04 | $31.01 | -$219.01 |
| 06/29/2023 | Buy to Open<br>Trade Details | MMAT 01/17/2025 0.50 C<br>TDA TRAN - Bought to Open 50 (MMAT Jan 17 2025 0.5 Call) @0.0900 | 50 | $0.09 | $32.99 | -$482.99 |
| 06/12/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought 2500 (MMAT) @0.2340 | 2,500 | $0.234 | | -$585.00 |
| 04/20/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought 2500 (MMAT) @0.1941 | 2,500 | $0.1941 | | -$485.25 |
| 04/14/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought 2000 (MMAT) @0.2201 | 2,000 | $0.2201 | | -$440.20 |
| 04/12/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought 1000 (MMAT) @0.4000 | 1,000 | $0.40 | | -$400.00 |
| 04/04/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought 1000 (MMAT) @0.4300 | 1,000 | $0.43 | | -$430.00 |

| 12/08/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought<br>1000 (MMAT) @1.8500 | 1,000 | $1.85 | -$1,850.00 |
|---|---|---|---|---|---|
| 12/06/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought<br>1000 (MMAT) @1.6900 | 1,000 | $1.69 | -$1,690.00 |
| 12/05/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought<br>1000 (MMAT) @1.7600 | 1,000 | $1.76 | -$1,760.00 |

Page Total: -$8,342.45

- Journal 03/13/2024

  MMAT

  META MATLS INC

  -120 quantity

- Journal 03/13/2024

  MMAT

  META MATLS INC

  120 quantity

- Reverse Split 01/29/2024

  MMAT

  META MATLS INC

  120 quantity