December 13, 2024

Clerk of the Court

United States Bankruptcy Court

District of Nevada

3000 Booth Street

Reno, NV 89509

**RECEIVED**
**AND FILED**

**DEC 16 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

To whom it may concern.

Please add the attached Trade Confirmations to Document Number 172 for Case Number: 24-50792-hlb where I am the equity holder with respect to shares held at RBC Direct Investing, Account Number 66806768.

The name of the debtor is Meta Materials Inc.

If there are any questions, please advise.

I am enclosing a portage paid envelope in the event a confirmation can be mailed. If possible, can you e-mail trevor.black@sedgwick.com as there is a postal strike in Canada.

Thanks,

*[signature]*

Trevor Black

12 Cardigan Place

Stoney Creek, Ontario, Canada

L8E 6C3

Cell number: (905) 512-7606



**Direct Investing**
RBC

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

CASE:
24-50792-hlb

DOCKET
172

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5569949_005-E:42215-02215

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JULY 20, 2021

**ACCOUNT NO.**    **TYPE**
668-0676811        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

### SETTLEMENT DATE            JULY 22, 2021

**TRANSACTION TYPE**                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 680 | META MATLS INC<br>COMMON STOCK<br>UNSOLICITED<br>AVG PRICE SHOWN–DETAILS ON REQ<br>DA | @ | 3.15U$ |

| | |
|---|---|
| GROSS AMOUNT | 2,142.00 |
| COMMISSION | 6.95 |
| SUB TOTAL | 2,148.95 U$ |
| NET AMOUNT | 2,148.95 U$ |

**CLIENT NAME**                **TREVOR BLACK**
**ACCOUNT NO.**                668-0676811 – CSH
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W0536  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 340536  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5569949_005 - 00004429 - E:42215