December 13, 2024

Clerk of the Court

United States Bankruptcy Court

District of Nevada

3000 Booth Street

Reno, NV 89509

**RECEIVED
AND FILED

DEC 16 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

To whom it may concern.

Please add the attached Trade Confirmations to Document Number 173 for Case Number: 24-50792-hlb where I am the equity holder with respect to shares held at RBC Direct Investing, Account Number 26846332.

The name of the debtor is Meta Materials Inc.

If there are any questions, please advise.

I am enclosing a portage paid envelope in the event a confirmation can be mailed. If possible, can you e-mail trevor.black@sedgwick.com as there is a postal strike in Canada.

Thanks,

Trevor Black

12 Cardigan Place

Stoney Creek, Ontario, Canada

L8E 6C3

Cell number: (905) 512-7606



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

CASE:
24-50792-hlb

DOCKET 173

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5122985_002-E:14596-04596

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JUNE 30, 2021

**ACCOUNT NO.**      **TYPE**
268-4633213         TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – USA

## SETTLEMENT DATE            JULY 2, 2021

| TRANSACTION TYPE | | BOUGHT |
|---|---|---|
| Quantity | Security Description | Unit Price |
| 2,400 | META MATLS INC<br>COMMON STOCK<br>UNSOLICITED<br>AVG PRICE SHOWN-DETAILS ON REQ<br>DA | @    7.74329U$ |

| | |
|---|---|
| GROSS AMOUNT | 18,583.90 |
| COMMISSION | 6.95 |
| SUBTOTAL | 18,590.85 U$ |
| NET AMOUNT | 18,590.85 U$ |

**CLIENT NAME**                **TREVOR BLACK**
**ACCOUNT NO.**                268-4633213 – TFSA
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
**I.R. NO. 3WA**

REFERENCE W0544  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 390544  /  INTERNAL CODES UN 1D  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5122985_002 – 00009191 – E:14596



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5122985_002-E:14596-04596
TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JUNE 30, 2021

**ACCOUNT NO.**   **TYPE**
268-4633213       TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – USA

**SETTLEMENT DATE**          **JULY 2, 2021**

**TRANSACTION TYPE**                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,400 | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | 7.74329US$ |

| | |
|---|---|
| GROSS AMOUNT | 18,583.90 |
| COMMISSION | 6.95 |
| SUB TOTAL | 18,590.85 US$ |
| NET AMOUNT | 18,590.85 US$ |

**CLIENT NAME**                  TREVOR BLACK
**ACCOUNT NO.**                  268-4633213 – TFSA
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
**I.R. NO. 3WA**

REFERENCE W0544  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 390544  /  INTERNAL CODES UN 1D  /  684 A

Member–CanadianInvestor Protection Fund.® / ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5122985_002 - 00003191 - E:14596

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

ADPRB10720_5302945_002-E:15791-05791

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JULY 7, 2021

**ACCOUNT NO.**    **TYPE**
268-4633213        TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**      **JULY 9, 2021**

**TRANSACTION TYPE**                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 76 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 6.8499 U$ |

| | |
|---|---|
| GROSS AMOUNT | 520.59 |
| COMMISSION | 6.95 |
| SUB TOTAL | 527.54 U$ |
| NET AMOUNT | 527.54 U$ |

**CLIENT NAME**                   TREVOR BLACK
**ACCOUNT NO.**                   268-4633213 - TFSA
**INVESTMENT REPRESENTATIVE**     ONLINE INVESTNG
**I.R. NO. 3WA**

REFERENCE W9850  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 379850  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.® / ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5302945_002 - 00011591 - E:15791

 Direct Investing

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

ADPRB10720_5626620_002-E:10414-00414

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JULY 22, 2021

**ACCOUNT NO.**    **TYPE**
268-4633213    TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

### SETTLEMENT DATE     JULY 26, 2021

**TRANSACTION TYPE**                         **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,500 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 3.4799U$ |

| | |
|---|---|
| GROSS AMOUNT | 5,219.85 |
| COMMISSION | 6.95 |
| SUB TOTAL | 5,226.80 U$ |
| NET AMOUNT | 5,226.80 U$ |

**CLIENT NAME**              TREVOR BLACK
**ACCOUNT NO.**              268-4633213 - TFSA
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 3WA**

REFERENCE W6463  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 366463  /  INTERNAL CODES UN 65  /  684 A

Member-CanadianInvestor Protection Fund.®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5626620_002 - 00000827 - E:10414



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5649986_002-E:12526-02526

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JULY 23, 2021

**ACCOUNT NO.**  **TYPE**
268-4633213    TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**           **JULY 27, 2021**

**TRANSACTION TYPE**                         **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 3.4347U$ |

| | |
|---|---|
| GROSS AMOUNT | 3,434.70 |
| COMMISSION | 6.95 |
| SUB TOTAL | 3,441.65 U$ |
| NET AMOUNT | 3,441.65 U$ |

**CLIENT NAME**              TREVOR BLACK
**ACCOUNT NO.**              268-4633213 – TFSA
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 3WA**

REFERENCE W8708  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 368708  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund.® / ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5649986_002 – 00005061 – E:12626



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5687089_002-E:13161-03161

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

## Confirmation Notice

**DATE**
JULY 26, 2021

**ACCOUNT NO.**  **TYPE**
268-4633213   TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**     **JULY 28, 2021**

| TRANSACTION TYPE | | BOUGHT |
|---|---|---|
| Quantity Security Description | | Unit Price |
| 1,000 META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 3.4559U$ |

| | |
|---|---|
| GROSS AMOUNT | 3,455.90 |
| COMMISSION | 6.95 |
| SUB TOTAL | 3,462.85 U$ |
| NET AMOUNT | 3,462.85 U$ |

**CLIENT NAME**              TREVOR BLACK
**ACCOUNT NO.**              268-4633213 - TFSA
**INVESTMENT REPRESENTATIVE** ONLINE INVESTNG
**I.R. NO. 3WA**

REFERENCE Q2632 / CUSIP US59134N1046 / SECURITY NO. M067927 / ORDER NO. 262632 / INTERNAL CODES UN 65 / 684 A

Member-CanadianInvestor Protection Fund.®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5687089_002 - 00006321 - E:13161



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5710941_002-E:12902-02902

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JULY 27, 2021

| ACCOUNT NO. | TYPE |
|---|---|
| 268-4633213 | TFSA |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**           **JULY 29, 2021**

**TRANSACTION TYPE**                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 500 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 3.33 U$ |

| GROSS AMOUNT | 1,665.00 |
|---|---|
| COMMISSION | 6.95 |
| SUB TOTAL | 1,671.95 U$ |
| NET AMOUNT | 1,671.95 U$ |

**CLIENT NAME** TREVOR BLACK
**ACCOUNT NO.** 268-4633213 - TFSA
**INVESTMENT REPRESENTATIVE** ONLINE INVESTNG
**I.R. NO. 3WA**

REFERENCE W7502  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 377502  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ® / ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5710941_002 - 00005803 - E:12902

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

ADPRB10720_5710941_002-E:12902-02902
TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

## Confirmation Notice

**DATE**
JULY 27, 2021

**ACCOUNT NO.**    **TYPE**
268-4633213        TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE            JULY 29, 2021

**TRANSACTION TYPE**                        **BOUGHT**

| Quantity | Security Description |     | Unit Price |
|----------|----------------------|-----|------------|
| 500      | META MATLS INC       |     |            |
|          | COMMON STOCK         | @   | 3.33U$     |
|          | UNSOLICITED          |     |            |
|          | DA                   |     |            |



GROSS AMOUNT          1,665.00
COMMISSION                6.95
SUB TOTAL             1,671.95 U$
NET AMOUNT            1,671.95 U$

**CLIENT NAME**                 TREVOR BLACK
**ACCOUNT NO.**                 268-4633213 – TFSA
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 3WA**

REFERENCE W7502 / CUSIP US59134N1046 / SECURITY NO. M067927 / ORDER NO. 377502 / INTERNAL CODES UN 65 / 684 A

---

Member–CanadianInvestor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5710941_002 – 00005803 – E:12902

 **Direct Investing**

# RBC Direct Investing Inc.
**ORDER EXECUTION ONLY ACCOUNT**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

ADPRB10720_5760949_002-E:12252-02252
TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

## Confirmation Notice

**DATE**
JULY 29, 2021

**ACCOUNT NO.**  **TYPE**
268-4633213  TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **AUGUST 2, 2021**

**TRANSACTION TYPE**                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 3.5399U$ |

| | |
|---|---|
| GROSS AMOUNT | 3,539.90 |
| COMMISSION | 6.95 |
| SUBTOTAL | 3,546.85 U$ |
| NET AMOUNT | 3,546.85 U$ |

**CLIENT NAME**           TREVOR BLACK
**ACCOUNT NO.**           268-4633213 – TFSA
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
**I.R. NO. 3WA**

REFERENCE W6000 / CUSIP US59134N1046 / SECURITY NO. M067927 / ORDER NO. 386000 / INTERNAL CODES UN 65 / 684 A

Member–CanadianInvestor Protection Fund. ® / ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5760949_002 – 00004603 – E:12252



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5778987_002-E:12053-02053

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

## Confirmation Notice

**DATE**
JULY 30, 2021

**ACCOUNT NO.**  **TYPE**
268-4633213     TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**         **AUGUST 3, 2021**

| TRANSACTION TYPE | | **BOUGHT** |
|---|---|---|
| Quantity  Security Description | | Unit Price |
| 925  META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 3.4667U$ |

| | |
|---|---|
| GROSS AMOUNT | 3,206.69 |
| COMMISSION | 6.95 |
| SUBTOTAL | 3,213.64 U$ |
| NET AMOUNT | 3,213.64 U$ |

**CLIENT NAME**              TREVOR BLACK
**ACCOUNT NO.**              268-4633213 – TFSA
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
**I.R. NO. 3WA**

REFERENCE W8350  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 378350  /  INTERNAL CODES UN 65  /  684 A

---

Member–CanadianInvestor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5778987_002 - 00004105 - E:12053



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6057717_002-E:12553-02553

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
AUGUST 12, 2021

**ACCOUNT NO.**  **TYPE**
268-4633213   TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

### SETTLEMENT DATE          AUGUST 16, 2021

**TRANSACTION TYPE**                               **BOUGHT**

| Quantity | Security Description |  | Unit Price |
|---|---|---|---|
| 1,101 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 3.45U$ |

GROSS AMOUNT ............ 3,798.45
COMMISSION .............. 6.95
SUB TOTAL ............... 3,805.40 U$
NET AMOUNT .............. 3,805.40 U$

**CLIENT NAME**                  TREVOR BLACK
**ACCOUNT NO.**                  268-4633213 – TFSA
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W5319  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 375319  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ® / ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_6057717_002 – 00006106 – E:12553



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6386648_002-E:13826-03826

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
AUGUST 30, 2021

**ACCOUNT NO.**   **TYPE**
268-4633213        TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**        **SEPTEMBER 1, 2021**

**TRANSACTION TYPE**                                  **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 517 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 5.385U$ |

| | |
|---|---|
| GROSS AMOUNT | 2,784.04 |
| COMMISSION | 6.95 |
| SUB TOTAL | 2,790.99 U$ |
| NET AMOUNT | 2,790.99 U$ |

**CLIENT NAME**                  TREVOR BLACK
**ACCOUNT NO.**                  268-4633213 – TFSA
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
**I.R. NO. 3WA**

REFERENCE W7820  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 367820  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_6386648_002 - 00007651 - E:13826

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

ADPRB10720_1767280_003-E:20078-00078
TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

## Confirmation Notice

**DATE**
JANUARY 5, 2022

**ACCOUNT NO.**   **TYPE**
268-4633213        TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**        **JANUARY 7, 2022**

**TRANSACTION TYPE**                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,690 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 2.739U$ |

GROSS AMOUNT       4,628.91
COMMISSION             6.95
SUB TOTAL          4,635.86 U$
NET AMOUNT         4,635.86 U$

**CLIENT NAME**                    TREVOR BLACK
**ACCOUNT NO.**                    268-4633213 – TFSA
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
**I.R. NO. 3WA**

REFERENCE 50749 / CUSIP US59134N1046 / SECURITY NO. M067927 / ORDER NO. 050749 / INTERNAL CODES UN 65 / 684 A

Member-CanadianInvestor Protection Fund.®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1767280_003 - 00000155 - E:20078

 Direct Investing

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

ADPRB10720_3889683_001-E:6905-06905
TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

## Confirmation Notice

**DATE**
APRIL 14, 2023

**ACCOUNT NO.**  **TYPE**
268-4633213     TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

## SETTLEMENT DATE        APRIL 18, 2023

| TRANSACTION TYPE | | BOUGHT |
|---|---|---|
| Quantity Security Description | | Unit Price |
| 3,387 META MATLS INC COMMON STOCK UNSOLICITED DA | @ | .2191U$ |

GROSS AMOUNT        742.09
COMMISSION            9.95
SUB-TOTAL          752.04 U$
NET AMOUNT         752.04 U$

**CLIENT NAME**                    TREVOR BLACK
**ACCOUNT NO.**                    268-4633213 - TFSA
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE E2727 / CUSIP US59134N1046 / SECURITY NO. M067927 / ORDER NO. 142727 / INTERNAL CODES UN 65 / 684 A

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3889683_001 - 00013809 - E:6905



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3889683_001-E:6904-06904

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

## Confirmation Notice

**DATE**
APRIL 14, 2023

**ACCOUNT NO.**     **TYPE**
268-4633213            TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**              **APRIL 18, 2023**

**TRANSACTION TYPE**                             **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 3,305 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | .224U$ |

GROSS AMOUNT          740.32
COMMISSION              9.95
SUB-TOTAL             750.27 U$
NET AMOUNT            750.27 U$

**CLIENT NAME**                    TREVOR BLACK
**ACCOUNT NO.**                    268-4633213 - TFSA
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE E2726 / CUSIP US59134N1046 / SECURITY NO. M067927 / ORDER NO. 142726 / INTERNAL CODES UN 65 / 684 A

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3889683_001 - 00013807 - E:6904



**Direct Investing**
RBC

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3889683_001-E:6906-06906

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
APRIL 14, 2023

**ACCOUNT NO.**    **TYPE**
268-4633213         TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**           **APRIL 18, 2023**

TRANSACTION TYPE                       **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 3,948 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | .2301U$ |

GROSS AMOUNT                908.43
COMMISSION                    9.95
SUB-TOTAL                 918.38 U$
NET AMOUNT                918.38 U$

**CLIENT NAME**                     TREVOR BLACK
**ACCOUNT NO.**                     268-4633213 - TFSA
**INVESTMENT REPRESENTATIVE**       ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE E2728  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 142728  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3889683_001 - 00013811 - E:6906



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4127825_001-E:6521-06521

TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 26, 2023

**ACCOUNT NO.**   **TYPE**
268-4633213         TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**        **APRIL 28, 2023**

**TRANSACTION TYPE**                     **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 3,425 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | .1909U$ |

| | |
|---|---|
| GROSS AMOUNT | 653.83 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 663.78 U$ |
| NET AMOUNT | 663.78 U$ |

**CLIENT NAME**            TREVOR BLACK
**ACCOUNT NO.**            268-4633213 - TFSA
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE W6850  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 396850  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4127825_001 - 00013041 - E:6521



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2466328_002-E:10061-02061
TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JANUARY 4, 2024

**ACCOUNT NO.**   **TYPE**
268-4633213      TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **JANUARY 8, 2024**
AS PRINCIPAL, WE CONVERTED AT           1.3566
TRANSACTION TYPE                       **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 23,333 | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA EXCHANGE RATE   1.35660000 | @ | .0669U$ |

GROSS AMOUNT          1,560.97
COMMISSION                9.95
SUB-TOTAL           1,570.92 U$
EXCHANGE              560.19
NET AMOUNT         2,131.11 C$

**CLIENT NAME**              TREVOR BLACK
**ACCOUNT NO.**              268-4633213 - TFSA
**INVESTMENT REPRESENTATIVE** ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE W5390  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 365390  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2466328_002 - 00004121 - E:10061