December 13, 2024


Clerk of the Court

United States Bankruptcy Court

District of Nevada

3000 Booth Street

Reno, NV 89509

**RECEIVED**
**AND FILED**

DEC 16 2024

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**


To whom it may concern.


Please add the attached Trade Confirmations to Document Number 174 for Case Number: 24-50792-hlb where I am the equity holder with respect to shares held at RBC Direct Investing, Account Number 66524638.


The name of the debtor is Meta Materials Inc.


If there are any questions, please advise.


I am enclosing a portage paid envelope in the event a confirmation can be mailed. If possible, can you e-mail trevor.black@sedgwick.com as there is a postal strike in Canada.


Thanks,

Trevor Black

12 Cardigan Place

Stoney Creek, Ontario, Canada

L8E 6C3

Cell number: (905) 512-7606



**Direct Investing**

Home    Monitor    Trade & Transfer    Research    Explore

Help

CASE: 24-50792-hlb
★ DOCKET
174

# Direct Investing Documents

ℹ **Your Direct Investing Documents**                                    Collapse

To begin searching for an electronic document, select an account and eDocument type. Document types set to "Paper" will not display in the eDocument Type dropdown. To display all of your document types in this dropdown, go to Manage Documents and click "All Electronic".

Manage document delivery preferences

Document Option FAQs

## What documents are you looking for?    ℹ

| Confirmations & regulatory documents                          ⌄ |
|---|

## Accounts

| 66524638 RBC Direct Investing                                 ⌄ |
|---|

## Date Range (up to 7 years)

**From**

| Dec 1, 2019                                                    📅 |
|---|

**To**

| Dec 12, 2024                                                   📅 |
|---|

Example: Sep 19, 2022

## Transaction type

◯  All

◯  Buy

◯  Sell

## Symbol (optional)

> TRCH

## Security Description (optional)

> Enter keywords

**Show Documents**

## Current view: 15 results for this search

### 66524638

June 25, 2021

- Buy
- TRCH

⤓ Confirmation Notice

### 66524638

June 25, 2021

- Buy
- TRCH

⤓ Confirmation Notice

### 66524638

April 16, 2021

- Buy
- TRCH

⤓ Confirmation Notice

---

**66524638**

April 16, 2021

- Buy
- TRCH

⤓ Confirmation Notice

---

**66524638**

April 12, 2021

- Buy
- TRCH

⤓ Confirmation Notice

---

**66524638**

March 23, 2021

- Buy
- TRCH

⤓ Confirmation Notice

---

**66524638**

March 23, 2021

- Buy
- TRCH

⤓ Confirmation Notice

---

Case 24-50792-hlb    Doc 797    Entered 12/17/24 11:45:13    Page 5 of 198

**66524638**

March 18, 2021

- Buy
- TRCH

↧ Confirmation Notice

---

**66524638**

March 16, 2021

- Buy
- TRCH

↧ Confirmation Notice

---

**66524638**

March 16, 2021

- Buy
- TRCH

↧ Confirmation Notice

---

**66524638**

March 12, 2021

- Buy
- TRCH

↧ Confirmation Notice

---

**66524638**

March 12, 2021

- Buy
- TRCH

↧ Confirmation Notice

---

**66524638**

March 11, 2021

- Buy
- TRCH

⬇ Confirmation Notice

---

### 66524638

Feb. 17, 2021

- Buy
- TRCH

⬇ Confirmation Notice

---

### 66524638

Feb. 17, 2021

- Buy
- TRCH

⬇ Confirmation Notice

---

Top of page

Contact Us

Royal Bank of Canada Website, © 1995 - 2024

Privacy          Legal          Disclaimers          Security          Accessibility

Advertising & Cookies



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2295807_009-E:88955-08955

>MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
FEBRUARY 17, 2021

**ACCOUNT NO.**    **TYPE**
665-2463818       CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE          FEBRUARY 19, 2021

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 700 | TORCHLIGHT ENERGY RESOURCES INC UNSOLICITED DA | @ | 3.6582U$ |

| | |
|---|---|
| GROSS AMOUNT | 2,560.74 |
| COMMISSION | 6.95 |
| SUB TOTAL | 2,567.69 U$ |
| NET AMOUNT | 2,567.69 U$ |

| | |
|---|---|
| CLIENT NAME | >MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WA | |

REFERENCE W6226  /  CUSIP US89102U1034  /  SECURITY NO. T014092  /  ORDER NO. 396226  /  INTERNAL CODES UN 65  /  684 A

---

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2295807_009 – 00017909 – E:88955



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2295807_009=E:88954-08954
>MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
FEBRUARY 17, 2021

**ACCOUNT NO.**      **TYPE**
665-2463818           CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**         **FEBRUARY 19, 2021**

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 500 | TORCHLIGHT ENERGY RESOURCES INC UNSOLICITED DA | @ | 4.039U$ |

| | |
|---|---|
| GROSS AMOUNT | 2,039.50 |
| COMMISSION | 6.95 |
| SUB-TOTAL | 2,026.45 U$ |
| NET AMOUNT | 2,026.45 U$ |

| | |
|---|---|
| CLIENT NAME | >MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WA | |

REFERENCE W6225  /  CUSIP US89102U1034  /  SECURITY NO. T014092  /  ORDER NO. 396225  /  INTERNAL CODES UN 65  /  684 A

---

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_2806685_007−E:65621−05621
>MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
MARCH 11, 2021

**ACCOUNT NO.**      **TYPE**
665−2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER − U.S.A.

## SETTLEMENT DATE                    MARCH 15, 2021

TRANSACTION TYPE                                                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | TORCHLIGHT ENERGY RESOURCES INC UNSOLICITED DA | @ | 2.3399U$ |

| | |
|---|---|
| GROSS AMOUNT | 2,339.90 |
| COMMISSION | 6.95 |
| SUB TOTAL | 2,346.85 U$ |
| NET AMOUNT | 2,346.85 U$ |

CLIENT NAME                            >MR TREVOR BLACK
ACCOUNT NO.                            665−2463818 − CSH
INVESTMENT REPRESENTATIVE   ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W0722  /  CUSIP US89102U1034  /  SECURITY NO. T014092  /  ORDER NO. 350722  /  INTERNAL CODES UN 65  /  684 A

Member−CanadianInvestor Protection Fund.®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_2832305_006-E:59206-09206
>MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MARCH 12, 2021

**ACCOUNT NO.**     **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

## SETTLEMENT DATE          MARCH 16, 2021

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 5,000 | TORCHLIGHT ENERGY RESOURCES INC | @ | 3.04U$ |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ DA | | |

| | |
|---|---|
| GROSS AMOUNT | 15,200.00 |
| COMMISSION | 6.95 |
| SUB TOTAL | 15,206.95 U$ |
| NET AMOUNT | 15,206.95 U$ |

CLIENT NAME                      >MR TREVOR BLACK
ACCOUNT NO.                      665-2463818 - CSH
INVESTMENT REPRESENTATIVE        ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W5774   /   CUSIP US89102U1034   /   SECURITY NO. T014092   /   ORDER NO. 365774   /   INTERNAL CODES UN 65   /   684 A

---

Member-CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2832305_006 - 00019411 - E:59206



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2832305_008~E:59205~09205

>MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MARCH 12, 2021

**ACCOUNT NO.**     **TYPE**
665~2463818         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769~2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER ~ U.S.A.

## SETTLEMENT DATE          MARCH 16, 2021

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 3,000 | TORCHLIGHT ENERGY RESOURCES INC UNSOLICITED DA | @ | 2.9487U$ |

| | |
|---|---|
| GROSS AMOUNT | 8,846.10 |
| COMMISSION | 6.95 |
| SUBTOTAL | 8,853.05 U$ |
| NET AMOUNT | 8,853.05 U$ |

CLIENT NAME                    >MR TREVOR BLACK
ACCOUNT NO.                    665~2463818 ~ CSH
INVESTMENT REPRESENTATIVE      ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W5773  /  CUSIP US89102U1034  /  SECURITY NO. T014092  /  ORDER NO. 365773  /  INTERNAL CODES UN 65  /  684 A

---

Member~CanadianInvestor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

RBC

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2898182_006-E:56117-06117
>MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MARCH 16, 2021

**ACCOUNT NO.**     **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE          MARCH 18, 2021

TRANSACTION TYPE                                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | TORCHLIGHT ENERGY RESOURCES INC UNSOLICITED DA | @ | 2.2999U$ |

| | |
|---|---|
| GROSS AMOUNT | 2,299.90 |
| COMMISSION | 6.95 |
| SUB-TOTAL | 2,306.85 U$ |
| NET AMOUNT | 2,306.85 U$ |

CLIENT NAME                              >MR TREVOR BLACK
ACCOUNT NO.                            665-2463818 – CSH
INVESTMENT REPRESENTATIVE    ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W5482  /  CUSIP US89102U1034  /  SECURITY NO. T014092  /  ORDER NO. 375482  /  INTERNAL CODES UN 65  /  684 A

---

Member-CanadianInvestor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2898182_006 – 00012233 – E:56117



**Direct Investing**

RBC.

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2898182_006-E:56116-06116
>MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MARCH 16, 2021

**ACCOUNT NO.**        **TYPE**
665-2463818            CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**                    **MARCH 18, 2021**

TRANSACTION TYPE                       **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,100 | TORCHLIGHT ENERGY RESOURCES INC UNSOLICITED DA | @ | 2.3699U$ |

| | |
|---|---|
| GROSS AMOUNT | 4,976.79 |
| COMMISSION | 6.95 |
| SUB TOTAL | 4,983.74 U$ |
| NET AMOUNT | 4,983.74 U$ |

CLIENT NAME                    >MR TREVOR BLACK
ACCOUNT NO.                    665-2463818 – CSH
INVESTMENT REPRESENTATIVE      ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W5481  /  CUSIP US89102U1034  /  SECURITY NO. T014092  /  ORDER NO. 375481  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_2948798_006−E:52385−02385
>MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MARCH 18, 2021

**ACCOUNT NO.**          **TYPE**
665−2463818                CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER − U.S.A.

**SETTLEMENT DATE**              **MARCH 22, 2021**
AS PRINCIPAL, WE CONVERTED AT                      1.2681
TRANSACTION TYPE                          **BOUGHT**

| | Quantity | Security Description | | Unit Price |
|---|---|---|---|---|
| | 400 | TORCHLIGHT ENERGY RESOURCES | @ | 2.1299U\$ |
| | | INC | | |
| | | UNSOLICITED | | |
| | | DA | | |
| | | EXCHANGE RATE     1.26810000 | | |

| | |
|---|---|
| GROSS AMOUNT | 851.96 |
| COMMISSION | 6.95 |
| SUB TOTAL | 858.91 U\$ |
| EXCHANGE | 230.27 |
| NET AMOUNT | 1,089.18 C\$ |

**CLIENT NAME**                          >MR TREVOR BLACK
**ACCOUNT NO.**                          665−2463818 − CSH
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
**I.R. NO. 3WA**

REFERENCE W9836  /  CUSIP US89102U1034  /  SECURITY NO. T014092  /  ORDER NO. 399836  /  INTERNAL CODES UN 65  /  684 A

Member−Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_3038272_005-E:48220-08220
>MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MARCH 23, 2021

**ACCOUNT NO.**          **TYPE**
665-2463818                CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| SETTLEMENT DATE | MARCH 25, 2021 |
|---|---|

| TRANSACTION TYPE | BOUGHT |
|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 230 | TORCHLIGHT ENERGY RESOURCES INC | @ | 2.1199US$ |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 487.57 |
| COMMISSION | 6.95 |
| SUB TOTAL | 494.52 US$ |
| NET AMOUNT | 494.52 US$ |

**CLIENT NAME**                          >MR TREVOR BLACK
**ACCOUNT NO.**                          665-2463818 – CSH
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 3WA**

REFERENCE W8925  /  CUSIP US89102U1034  /  SECURITY NO. T014092  /  ORDER NO. 378925  /  INTERNAL CODES UN 65  /   684 A

Member–CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct
Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7*

ADPRB10720_3038272_005-E:48219-08219

>MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MARCH 23, 2021

**ACCOUNT NO.**      **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**                     **MARCH 25, 2021**
AS PRINCIPAL, WE CONVERTED AT                      1.2723
TRANSACTION TYPE                           **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 373 | TORCHLIGHT ENERGY RESOURCES | @ | 2.1279U$ |
| | INC | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE        1.27230000 | | |

| | |
|---|---|
| GROSS AMOUNT | 793.70 |
| COMMISSION | 6.95 |
| SUB TOTAL | 800.65 US |
| EXCHANGE | 218.02 |
| NET AMOUNT | 1,018.67 C$ |

CLIENT NAME                 >MR TREVOR BLACK
ACCOUNT NO.                 665-2463818 – CSH
INVESTMENT REPRESENTATIVE   ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W8924  /  CUSIP US89102U1034  /  SECURITY NO. T014092  /  ORDER NO. 378924  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3477242_005~E:46602~08602

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 12, 2021

**ACCOUNT NO.**     **TYPE**
665~2463818     CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769~2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER ~ U.S.A.

## SETTLEMENT DATE          APRIL 14, 2021

TRANSACTION TYPE          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 500 | TORCHLIGHT ENERGY RESOURCES INC UNSOLICITED DA | @ | 1.6954U$ |

| | |
|---|---|
| GROSS AMOUNT | 847.70 |
| COMMISSION | 6.95 |
| SUB TOTAL | 854.65 U$ |
| NET AMOUNT | 854.65 U$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665~2463818 ~ CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WA | |

REFERENCE W2028   /  CUSIP US89102U1034   /   SECURITY NO. T014092   /   ORDER NO. 372028   /   INTERNAL CODES UN 65   /   684 A

Member~CanadianInvestor Protection Fund.®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_3589925_005–E:40782–00782
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 16, 2021

**ACCOUNT NO.**   **TYPE**
665–2463818       CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE            APRIL 20, 2021

TRANSACTION TYPE                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,893 | TORCHLIGHT ENERGY RESOURCES INC UNSOLICITED DA | @ | 1.3278U$ |

| | |
|---|---|
| GROSS AMOUNT | 2,513.52 |
| COMMISSION | 6.95 |
| SUBTOTAL | 2,520.47 U$ |
| NET AMOUNT | 2,520.47 U$ |

**CLIENT NAME**                 **MR TREVOR BLACK**
**ACCOUNT NO.**                 **665–2463818 – CSH**
**INVESTMENT REPRESENTATIVE**   **ONLINE INVESTNG**
**I.R. NO. 3WA**

REFERENCE W3850  /  CUSIP US89102U1034  /  SECURITY NO. T014092  /  ORDER NO. 353850  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_3589925_005–E:40781–00781
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
APRIL 16, 2021

**ACCOUNT NO.**      **TYPE**
665–2463818         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**                          **APRIL 20, 2021**
AS PRINCIPAL, WE CONVERTED AT                        1.2673
TRANSACTION TYPE                             **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,200 | TORCHLIGHT ENERGY RESOURCES INC | @ | 1.328U$ |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE | 1.26730000 | |

| | |
|---|---|
| GROSS AMOUNT | 1,593.60 |
| COMMISSION | 6.95 |
| SUB TOTAL | 1,600.55 U$ |
| EXCHANGE | 427.83 |
| NET AMOUNT | 2,028.38 C$ |

**CLIENT NAME**                **MR TREVOR BLACK**
**ACCOUNT NO.**                665–2463818 – CSH
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
**I.R. NO. 3WA**

REFERENCE W3849   /   CUSIP US89102U1034   /   SECURITY NO. T014092   /   ORDER NO. 353849   /   INTERNAL CODES UN 65   /   684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.


**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_5046081_004–E:32855–02855

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JUNE 25, 2021

**ACCOUNT NO.**    **TYPE**
665–2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE          JUNE 29, 2021

| TRANSACTION TYPE | | | **BOUGHT** |
|---|---|---|---|
| Quantity | Security Description | | Unit Price |
| 800 | TORCHLIGHT ENERGY RESOURCES @ INC UNSOLICITED AVG PRICE SHOWN–DETAILS ON REQ DA | | 4.895U$ |

| | |
|---|---|
| GROSS AMOUNT | 3,916.00 |
| COMMISSION | 6.95 |
| SUB TOTAL | 3,922.95 U$ |
| NET AMOUNT | 3,922.95 U$ |

**CLIENT NAME**                              MR TREVOR BLACK
**ACCOUNT NO.**                             665–2463818 – CSH
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W8736  /  CUSIP US89102U1034  /  SECURITY NO. T014092  /  ORDER NO. 398736  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5046081_004-E:32854-02854
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
JUNE 25, 2021

**ACCOUNT NO.**     **TYPE**
665-2463818         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE                    JUNE 29, 2021
AS PRINCIPAL, WE CONVERTED AT                    1.2463
TRANSACTION TYPE                             **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 833 | TORCHLIGHT ENERGY RESOURCES INC | @ | 4.8599U$ |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ DA | | |
| | EXCHANGE RATE    1.24630000 | | |

| | |
|---|---|
| GROSS AMOUNT | 4,048.29 |
| COMMISSION | 6.95 |
| SUB-TOTAL | 4,055.24 U$ |
| EXCHANGE | 998.81 |
| NET AMOUNT | 5,054.05 C$ |

**CLIENT NAME**              MR TREVOR BLACK
**ACCOUNT NO.**              665-2463818 – CSH
**INVESTMENT REPRESENTATIVE** ONLINE INVESTNG
**I.R. NO. 3WA**

REFERENCE W8735  /  CUSIP US89102U1034  /  SECURITY NO. T014092  /  ORDER NO. 398735  /  INTERNAL CODES UN 65  /  684 A

---

Member–CanadianInvestor Protection Fund.®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5046081_004-0006707 - E:32854

 **Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1380969_004−E:33265−03265
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
DECEMBER 15, 2021

**ACCOUNT NO.**       **TYPE**
665−2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

## SETTLEMENT DATE          DECEMBER 17, 2021

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 250 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN−DETAILS ON REQ DA | @ | 3.258C$ |

| | |
|---|---|
| GROSS AMOUNT | 814.50 |
| COMMISSION | 6.95 |
| SUB TOTAL | 821.45 C$ |
| NET AMOUNT | 821.45 C$ |

CLIENT NAME                          **MR TREVOR BLACK**
ACCOUNT NO.                          **665−2463818 − CSH**
INVESTMENT REPRESENTATIVE            **ONLINE INVESTNG**
I.R. NO. 3WA

REFERENCE W3069  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 343069  /  INTERNAL CODES UN TL  /  684 A

Member−CanadianInvestor Protection Fund. ® / ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1380969_004 − 00006629 − 8:33265

 **Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_1615631_005-E:43700-03700
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
DECEMBER 29, 2021

**ACCOUNT NO.**      **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

**SETTLEMENT DATE**          **DECEMBER 31, 2021**

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | METAMATERIAL EXCHANGECO INC | @ | 3.25C$ |
| | COMMON | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 6,500.00 |
| COMMISSION | 6.95 |
| SUB TOTAL | 6,506.95 C$ |
| NET AMOUNT | 6,506.95 C$ |

**CLIENT NAME**                          **MR TREVOR BLACK**
**ACCOUNT NO.**                          **665-2463818 – CSH**
**INVESTMENT REPRESENTATIVE**   **ONLINE INVESTNG**
**I.R. NO. 3WA**

REFERENCE W8456  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 388456  /  INTERNAL CODES UN A1  /  684 A

Member–CanadianInvestor Protection Fund.®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.


**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1856695_004–E:38470–08470
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
JANUARY 7, 2022

**ACCOUNT NO.**     **TYPE**
665–2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

| SETTLEMENT DATE | JANUARY 11, 2022 |
|---|---|

| TRANSACTION TYPE | BOUGHT |
|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 300 | METAMATERIAL EXCHANGECO INC | @ | 3.02C$ |
| | COMMON | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| GROSS AMOUNT | 906.00 |
|---|---|
| COMMISSION | 6.95 |
| SUB TOTAL | 912.95 C$ |
| NET AMOUNT | 912.95 C$ |

| CLIENT NAME | MR TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 665–2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WA | |

REFERENCE W5664  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 355664  /  INTERNAL CODES UN TL  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1856695_004 – 00016239 – E:38470

RBC Direct Investing Inc. and Royal Bank of Canada are separate corporate entities which are affiliated. RBC Direct Investing Inc. is a wholly owned subsidiary of Royal Bank of Canada and is a Member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund. Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc. RBC Direct Investing Inc. does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions. RBC Direct Investing is a business name used by RBC Direct Investing Inc.

The use of the term "We" in this confirmation refers to RBC Dominion Securities Inc.

If an order on this confirmation represents a stock exchange transaction, it is subject to the by–laws, rules and customs of that exchange. If not disclosed on this confirmation, the name of our representative will be provided upon request. The name of the other broker in this transaction is furnished upon written or verbal request.

All transactions are subject to the by–laws and regulations of the Investment Industry Regulatory Organization of Canada. If settlement or provision for settlement, of a transaction on this confirmation is not made by the settlement date shown hereon, or by the date to which accrued interest is calculated as shown hereon, whichever date is applicable, this transaction may be closed without notice to you by the sale or purchase of the related securities, whichever action is appropriate, and RBC Direct Investing Inc. will claim from you any balance owing to RBC Direct Investing Inc. from such action.

Customers accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of the coverage is available upon request.

Please review this confirmation carefully. Failure to object to incorrect or unauthorized trades within 5 days of receipt of this confirmation, constitutes ratification by you of those trades.

RBC Direct Investing Inc. or its affiliate act as principal on foreign currency conversions and fixed income transactions and apply discretionary currency conversion rates. The foreign currency conversion rate shown on the confirmation includes RBC Direct Investing Inc.'s or its affiliate's spread–based revenues for performing this function. Spread means the difference between the rate RBC Direct Investing Inc. or its affiliate obtain and the rate you receive.

If the description on this confirmation reads "YIELD/RENDEMENT", please consult with your investment services representative for further information regarding the yield calculation applied to your trade.

Please note the following security description abbreviations may appear on your Trade Confirmation: NON VTG for non–voting shares; RES VTG for restricted voting shares; SUB VTG for subordinate voting shares.

RBC Direct Investing Inc. may facilitate trades in securities of related issuers and connected issuers of the firm in your account. For a list of such related issuers and connected issuers, refer to the following website: www.rbc.com/issuers–disclosures or contact your investment services representative.

NOTE: INTEREST PAYABLE ON OVERDUE ACCOUNTS           PLEASE RETAIN THIS CONFIRMATION FOR INCOME TAX PURPOSES.



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_1930543_005-E:44873-04873
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

**Confirmation Notice**

**DATE**
JANUARY 11, 2022

**ACCOUNT NO.**   **TYPE**
665-2463818       CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**          **JANUARY 13, 2022**

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 200 | METAMATERIAL EXCHANGECO INC<br>COMMON<br>UNSOLICITED<br>AVG PRICE SHOWN-DETAILS ON REQ<br>DA | @ | 2.60C$ |

| | |
|---|---|
| GROSS AMOUNT | 520.00 |
| COMMISSION | 6.95 |
| SUBTOTAL | 526.95 C$ |
| NET AMOUNT | 526.95 C$ |

**CLIENT NAME**                    **MR TREVOR BLACK**
**ACCOUNT NO.**                    **665-2463818 - CSH**
**INVESTMENT REPRESENTATIVE**      **ONLINE INVESTNG**
**I.R. NO. 3WA**

REFERENCE W5156 / CUSIP CA59134L1085 / SECURITY NO. M067926 / ORDER NO. 365156 / INTERNAL CODES UN TL / 684 A

Member-CanadianInvestor Protection Fund. ® / ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

## RBC Direct Investing Inc.
### ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_2210016_007-E:64193-04193

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
JANUARY 24, 2022

**ACCOUNT NO.**   **TYPE**
665-2463818      CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

## SETTLEMENT DATE     JANUARY 26, 2022

TRANSACTION TYPE         **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 300 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED DA | @ | 1.76C$ |

| | |
|---|---|
| GROSS AMOUNT | 528.00 |
| COMMISSION | 6.95 |
| SUB TOTAL | 534.95 C$ |
| NET AMOUNT | 534.95 C$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WA | |

REFERENCE W7649  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 367649  /  INTERNAL CODES UN A1  /  684 A

---

Member-CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2301336_005-E:40466-00466
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JANUARY 27, 2022

**ACCOUNT NO.**    **TYPE**
665~2463818        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769~2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON AEQUITAS

**SETTLEMENT DATE**              **JANUARY 31, 2022**

TRANSACTION TYPE                      **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 500 | METAMATERIAL EXCHANGECO INC | @ | 1.90C$ |
| | COMMON | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 950.00 |
| COMMISSION | 6.95 |
| SUB TOTAL | 956.95 C$ |
| NET AMOUNT | 956.95 C$ |

CLIENT NAME                          **MR TREVOR BLACK**
ACCOUNT NO.                          **665~2463818 ~ CSH**
INVESTMENT REPRESENTATIVE            **ONLINE INVESTNG**
I.R. NO. 3WA

REFERENCE W3649  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 393649  /  INTERNAL CODES UN O1  /  684 A

---

Member~CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2987351_004–E:37098–07098
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
FEBRUARY 28, 2022

**ACCOUNT NO.**   **TYPE**
665–2463818       CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

## SETTLEMENT DATE          MARCH 2, 2022

TRANSACTION TYPE                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 500 | METAMATERIAL EXCHANGECO INC | @ | 2.246C$ |
| | COMMON | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 123.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,132.95 C$ |
| NET AMOUNT | 1,132.95 C$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665–2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W1350  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 361350  /  INTERNAL CODES UN TL  /  684 A

Member–CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**

**ORDER EXECUTION ONLY ACCOUNT**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_6408824_003–E:22098–02098
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
AUGUST 9, 2022

**ACCOUNT NO.**     **TYPE**
665–2463818         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**            **AUGUST 11, 2022**

TRANSACTION TYPE                 **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,700 | METAMATERIAL EXCHANGECO INC | @ | 1.05C$ |
| | COMMON | | |
| | UNSOLICITED | | |
| | WE ACTED AS PRINCIPAL | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,785.00 |
| COMMISSION | 9.95 |
| SUBTOTAL | 1,794.95 C$ |
| NET AMOUNT | 1,794.95 C$ |

**CLIENT NAME**                          MR TREVOR BLACK
**ACCOUNT NO.**                         665–2463818 – CSH
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W6658  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 376658  /  INTERNAL CODES UN TL  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_6408824_003 – 00004196 – E:22098



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3267196_004-E:31364-07364
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MARCH 15, 2023

**ACCOUNT NO.**     **TYPE**
665-2463818         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON NASDAQ CX.

| SETTLEMENT DATE | MARCH 17, 2023 |
| --- | --- |

| TRANSACTION TYPE | BOUGHT |
| --- | --- |

| Quantity | Security Description | | Unit Price |
| --- | --- | --- | --- |
| 500 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED DA | @ | .63C$ |

| | |
| --- | --- |
| GROSS AMOUNT | 315.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 324.95 C$ |
| NET AMOUNT | 324.95 C$ |

**CLIENT NAME**                        **MR TREVOR BLACK**
**ACCOUNT NO.**                        665-2463818 - CSH
**INVESTMENT REPRESENTATIVE**          ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE W0229  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 360229  /  INTERNAL CODES UN L1  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_6525265_003-E:20149-04149
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
AUGUST 22, 2023

**ACCOUNT NO.**      **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

**SETTLEMENT DATE**          **AUGUST 24, 2023**

TRANSACTION TYPE                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,500 | METAMATERIAL EXCHANGECO INC | @ | .255C$ |
| | COMMON | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 382.50 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 392.45 C$ |
| NET AMOUNT | 392.45 C$ |

CLIENT NAME                    MR TREVOR BLACK
ACCOUNT NO.                   665-2463818 - CSH
INVESTMENT REPRESENTATIVE    ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE W5964  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 385964  /  INTERNAL CODES UN A1  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.


**Direct Investing**

**RBC Direct Investing Inc.**

## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_6601019_003-E:19776-03776
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
AUGUST 25, 2023

**ACCOUNT NO.**      **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

| SETTLEMENT DATE | | AUGUST 29, 2023 | |
|---|---|---|---|

| TRANSACTION TYPE | | | | BOUGHT |
|---|---|---|---|---|

| | Quantity | Security Description | | Unit Price |
|---|---|---|---|---|
| | 500 | METAMATERIAL EXCHANGECO INC | @ | .255C$ |
| | | COMMON | | |
| | | UNSOLICITED | | |
| | | DA | | |

| GROSS AMOUNT | 127.50 |
|---|---|
| COMMISSION | 9.95 |
| SUB-TOTAL | 137.45 C$ |
| NET AMOUNT | 137.45 C$ |

CLIENT NAME                          MR TREVOR BLACK
ACCOUNT NO.                          665-2463818 - CSH
INVESTMENT REPRESENTATIVE   ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE W3361  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 383361  /  INTERNAL CODES UN A1  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_6601019_003 - 00007551 - E:19776



**Direct Investing**

RBC

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6634060_003-E:19534-03534
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
AUGUST 28, 2023

**ACCOUNT NO.**          **TYPE**
665-2463818                CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**                  **AUGUST 30, 2023**

TRANSACTION TYPE                          **BOUGHT**

| | Quantity | Security Description | | Unit Price |
|---|---|---|---|---|
| | 2,000 | METAMATERIAL EXCHANGECO INC | @ | .255C$ |
| | | COMMON | | |
| | | UNSOLICITED | | |
| | | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 510.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 519.95 C$ |
| NET AMOUNT | 519.95 C$ |

**CLIENT NAME**                              **MR TREVOR BLACK**
**ACCOUNT NO.**                              **665-2463818 - CSH**
**INVESTMENT REPRESENTATIVE**    **ONLINE INVESTNG**
**I.R. NO. 4GC**

REFERENCE W9085  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 379085  /  INTERNAL CODES UN TL  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_6634060_003 - 00007067 - E:19534



**Direct Investing**

RBC

**RBC Direct Investing Inc.**

**ORDER EXECUTION ONLY ACCOUNT**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_2054165_004-E:30978-06978

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
DECEMBER 13, 2023

**ACCOUNT NO.**      **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

## SETTLEMENT DATE          DECEMBER 15, 2023

| TRANSACTION TYPE | | | | **BOUGHT** |
|---|---|---|---|---|
| | Quantity | Security Description | | Unit Price |
| | 6,000 | METAMATERIAL EXCHANGECO INC | @ | .05C$ |
| | | COMMON | | |
| | | UNSOLICITED | | |
| | | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 300.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 309.95 C$ |
| NET AMOUNT | 309.95 C$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W0476  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 360476  /  INTERNAL CODES UN A1  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_4946683_004-E:28056-04056
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 29, 2024

**ACCOUNT NO.**          **TYPE**
665-2463818               CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

## SETTLEMENT DATE                    MAY 1, 2024

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 100 | METAMATERIAL EXCHANGECO INC COM NEW UNSOLICITED DA | @ | 3.08C$ |

| | |
|---|---|
| GROSS AMOUNT | 308.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 317.95 C$ |
| NET AMOUNT | 317.95 C$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3YA | |

REFERENCE W7750  /  CUSIP CA59134L2075  /  SECURITY NO. M076539  /  ORDER NO. 377750  /  INTERNAL CODES UN A1  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4946683_004 - 00000111 - E:28056



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_5474619_004-E:24365-00365
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MAY 24, 2024

**ACCOUNT NO.**      **TYPE**
665-2463818            CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

## SETTLEMENT DATE                    MAY 28, 2024

TRANSACTION TYPE                     **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 400 | METAMATERIAL EXCHANGECO INC | @ | 2.15C$ |
| | COM NEW | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |



| | |
|---|---|
| GROSS AMOUNT | 860.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 869.95 C$ |
| NET AMOUNT | 869.95 C$ |

| | |
|---|---|
| **CLIENT NAME** | **MR TREVOR BLACK** |
| **ACCOUNT NO.** | **665-2463818 - CSH** |
| **INVESTMENT REPRESENTATIVE** | **ONLINE INVESTNG** |
| **I.R. NO. 4GA** | |

REFERENCE W8769  /  CUSIP CA59134L2075  /  SECURITY NO. M076539  /  ORDER NO. 348769  /  INTERNAL CODES UN TL  /  684 A

---

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5513079_002-E:15656-07656
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MAY 27, 2024

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 665-2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

| **SETTLEMENT DATE** | **MAY 28, 2024** |
|---|---|

| TRANSACTION TYPE | **BOUGHT** |
|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 400 | METAMATERIAL EXCHANGECO INC | @ | 2.01C$ |
| | COM NEW | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 804.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 813.95 C$ |
| NET AMOUNT | 813.95 C$ |

| CLIENT NAME | MR TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W3824  /  CUSIP CA59134L2075  /  SECURITY NO. M076539  /  ORDER NO. 343824  /  INTERNAL CODES UN A1  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5513079_002 - 00015311 - E:15656

 **Direct Investing**

**RBC Direct Investing Inc.**

**ORDER EXECUTION ONLY ACCOUNT**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_5583074_004-E:27287-03287
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
MAY 30, 2024

**ACCOUNT NO.**     **TYPE**
665-2463818              CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**            **MAY 31, 2024**

TRANSACTION TYPE                 **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 205 | METAMATERIAL EXCHANGECO INC | @ | 3.60C$ |
| | COM NEW | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | WE ACTED AS PRINCIPAL | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 738.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 747.95 C$ |
| NET AMOUNT | 747.95 C$ |

CLIENT NAME                            **MR TREVOR BLACK**
ACCOUNT NO.                           **665-2463818 - CSH**
INVESTMENT REPRESENTATIVE   **ASHOK KAMMULA**
I.R. NO. 3HD

REFERENCE W0519  /  CUSIP CA59134L2075  /  SECURITY NO. M076539  /  ORDER NO. 360519  /  INTERNAL CODES DF TL  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**

**ORDER EXECUTION ONLY ACCOUNT**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

ADPRB10720_5605576_004-E:25615-01615
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
MAY 31, 2024

**ACCOUNT NO.**   **TYPE**
665-2463818       CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON MATCH NOW.

**SETTLEMENT DATE**                     **JUNE 3, 2024**

TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 200 | METAMATERIAL EXCHANGECO INC | @ | 4.49C$ |
| | COM NEW | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 898.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 907.95 C$ |
| NET AMOUNT | 907.95 C$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ASHOK KAMMULA |
| I.R. NO. 3HD | |

REFERENCE W8692  /  CUSIP CA59134L2075  /  SECURITY NO. M076539  /  ORDER NO. 388692  /  INTERNAL CODES UN K1  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5605576_004 - 00002228 - E:25615



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7263771_004-E:26972-02972

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
AUGUST 19, 2024

| ACCOUNT NO. | TYPE |
|---|---|
| 665-2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**              **AUGUST 20, 2024**

TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 200 | METAMATERIAL EXCHANGECO INC | @ | .25C$ |
| | COM NEW | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 50.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 59.95 C$ |
| NET AMOUNT | 59.95 C$ |

| CLIENT NAME | MR TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W9226  /  CUSIP CA59134L2075  /  SECURITY NO. M076539  /  ORDER NO. 349226  /  INTERNAL CODES UN TL  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7769383_004-E:39054-09054
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
NOVEMBER 3, 2021

**ACCOUNT NO.**    **TYPE**
665-2463818       CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**        **NOVEMBER 5, 2021**

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 735 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 4.8486U$ |

| | |
|---|---|
| GROSS AMOUNT | 3,563.72 |
| COMMISSION | 6.95 |
| SUB TOTAL | 3,570.67 U$ |
| NET AMOUNT | 3,570.67 U$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WA | |

REFERENCE 31184  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 031184  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct
Investing**

*P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7768383_004-E:39055-09055

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
NOVEMBER 3, 2021

**ACCOUNT NO.**       **TYPE**
665-2463818            CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**            **NOVEMBER 5, 2021**
AS PRINCIPAL, WE CONVERTED AT                    1.2581
TRANSACTION TYPE                         **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 795 | META MATLS INC | @ | 4.8682U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE | 1.25810000 | |

| | |
|---|---|
| GROSS AMOUNT | 3,870.21 |
| COMMISSION | 6.95 |
| SUB TOTAL | 3,877.16 U$ |
| EXCHANGE | 1,000.69 |
| NET AMOUNT | 4,877.85 C$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WA | |

REFERENCE 31185  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 031185  /  INTERNAL CODES UN 65  /  684 A

---

Member–CanadianInvestor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_7816030_005-E:44223-04223
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
NOVEMBER 5, 2021

**ACCOUNT NO.**      **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**           **NOVEMBER 9, 2021**
AS PRINCIPAL, WE CONVERTED AT                    1.263
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 500 | META MATLS INC | @ | 4.8299U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE | 1.26300000 | |

| | |
|---|---|
| GROSS AMOUNT | 2,414.95 |
| COMMISSION | 6.95 |
| SUB TOTAL | 2,421.90 US |
| EXCHANGE | 636.96 |
| NET AMOUNT | 3,058.86 C$ |

**CLIENT NAME**                         MR TREVOR BLACK
**ACCOUNT NO.**                         665-2463818 – CSH
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 3WA**

REFERENCE W3411  /  CUSIP US59134N1046  /  SECURITY NO. M087927  /  ORDER NO. 343411  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7816030_005 - 0008448 - E:44223



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7816030_005−E:44224−04224

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
NOVEMBER 5, 2021

**ACCOUNT NO.**      **TYPE**
665−2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER − U.S.A.

**SETTLEMENT DATE**              **NOVEMBER 9, 2021**

TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price | | | |
|---|---|---|---|---|---|---|
| 500 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 4.9084U$ | GROSS AMOUNT | | 2,454.20 |
| | | | | COMMISSION | | 6.95 |
| | | | | SUB TOTAL | | 2,461.15 U$ |
| | | | | NET AMOUNT | | 2,461.15 U$ |

CLIENT NAME                          MR TREVOR BLACK
ACCOUNT NO.                          665−2463818 − CSH
INVESTMENT REPRESENTATIVE            ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W3412  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 343412  /  INTERNAL CODES UN 65  /  684 A

---

Member−Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7816030_005 − 00000447 − E:44224



**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_7905555_005-E:45164-05164
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
NOVEMBER 10, 2021

**ACCOUNT NO.**       **TYPE**
665-2463818           CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| SETTLEMENT DATE | NOVEMBER 15, 2021 |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.2593 |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 750 | META MATLS INC | @ | 4.8885US |
|  | COMMON STOCK |  |  |
|  | UNSOLICITED |  |  |
|  | DA |  |  |
|  | EXCHANGE RATE  1.25930000 |  |  |

| GROSS AMOUNT | 3,666.37 |
|---|---|
| COMMISSION | 6.95 |
| SUB-TOTAL | 3,673.32 US |
| EXCHANGE | 952.49 |
| NET AMOUNT | 4,625.81 CS |

| CLIENT NAME | MR TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 665-2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WA | |

REFERENCE W9363  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 369363  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7905555_005 – 0001337 - E:45164



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7905555_005—E:45166—05166

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
NOVEMBER 10, 2021

**ACCOUNT NO.**      **TYPE**
665—2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769—2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**         **NOVEMBER 15, 2021**
AS PRINCIPAL, WE CONVERTED AT                    1.2654
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 500 | META MATLS INC | @ | 4.7287U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE | 1.26540000 | |

| | |
|---|---|
| GROSS AMOUNT | 2,364.35 |
| COMMISSION | 6.95 |
| SUB TOTAL | 2,371.30 U$ |
| EXCHANGE | 629.34 |
| NET AMOUNT | 3,000.64 C$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665—2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WA | |

REFERENCE W9365  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 369365  /  INTERNAL CODES UN 65  /  684 A

---

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7905555_005~E:45165~05165
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
NOVEMBER 10, 2021

**ACCOUNT NO.**    **TYPE**
665-2463818    CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**        **NOVEMBER 15, 2021**

TRANSACTION TYPE                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 500 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 4.7589U$ |

| | |
|---|---|
| GROSS AMOUNT | 2,379.45 |
| COMMISSION | 6.95 |
| SUB TOTAL | 2,386.40 U$ |
| NET AMOUNT | 2,386.40 U$ |

CLIENT NAME              MR TREVOR BLACK
ACCOUNT NO.              665-2463818 – CSH
INVESTMENT REPRESENTATIVE    ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W9364  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 369364  /  INTERNAL CODES UN 65  /   684 A

Member~CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7905555_005 ~ 00010323 ~ E:45165



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7924437_004-E:30818-00818
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
NOVEMBER 11, 2021

**ACCOUNT NO.**     **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**           **NOVEMBER 15, 2021**
AS PRINCIPAL, WE CONVERTED AT                    1.2753
TRANSACTION TYPE                            **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 200 | META MATLS INC | @ | 4.7179U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE   1.27530000 | | |

| | |
|---|---|
| GROSS AMOUNT | 943.58 |
| COMMISSION | 6.95 |
| SUB TOTAL | 950.53 U$ |
| EXCHANGE | 261.68 |
| NET AMOUNT | 1,212.21 C$ |

CLIENT NAME                         MR TREVOR BLACK
ACCOUNT NO.                         665-2463818 – CSH
INVESTMENT REPRESENTATIVE   ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W5219  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 375219  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7924437_004 – 00001635 – E:30818



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7973101_007-E:61314-01314
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
NOVEMBER 15, 2021

**ACCOUNT NO.**   **TYPE**
665-2463818       CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**        **NOVEMBER 17, 2021**
AS PRINCIPAL, WE CONVERTED AT            1.2684
TRANSACTION TYPE                         **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 300 | META MATLS INC | @ | 4.76U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.26840000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,428.00 |
| COMMISSION | 6.95 |
| SUB TOTAL | 1,434.95 U$ |
| EXCHANGE | 385.14 |
| NET AMOUNT | 1,820.09 C$ |

CLIENT NAME                         MR TREVOR BLACK
ACCOUNT NO.                         665-2463818 – CSH
INVESTMENT REPRESENTATIVE           ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W4878  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 374878  /  INTERNAL CODES UN 65  /  684 A

---

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_8000915_005-E:41020-01020

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
NOVEMBER 16, 2021

**ACCOUNT NO.**     **TYPE**
665-2463818         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **NOVEMBER 18, 2021**

TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 400 | META MATLS INC | @ | 4.405U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,762.00 |
| COMMISSION | 6.95 |
| SUB TOTAL | 1,768.95 U$ |
| NET AMOUNT | 1,768.95 U$ |

CLIENT NAME                        MR TREVOR BLACK
ACCOUNT NO.                        665-2463818 - CSH
INVESTMENT REPRESENTATIVE          ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W9490  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 389490  /  INTERNAL CODES UN 65  /  684 A

Member-CanadianInvestor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



Direct
Investing

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_8000915_005-E:41021-01021
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
NOVEMBER 16, 2021

**ACCOUNT NO.**    **TYPE**
665-2463818        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **NOVEMBER 18, 2021**

TRANSACTION TYPE                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 400 | META MATLS INC | @ | 4.3057U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,722.28 |
| COMMISSION | 6.95 |
| SUB TOTAL | 1,729.23 U$ |
| NET AMOUNT | 1,729.23 U$ |

CLIENT NAME                    MR TREVOR BLACK
ACCOUNT NO.                    665-2463818 – CSH
INVESTMENT REPRESENTATIVE      ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W9491  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 389491  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.


**Direct Investing**

**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_8000915_005–E:41019–01019
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
NOVEMBER 16, 2021

**ACCOUNT NO.**      **TYPE**
665–2463818           CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **NOVEMBER 18, 2021**
AS PRINCIPAL, WE CONVERTED AT                    1.2713
TRANSACTION TYPE                            **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 500 | META MATLS INC | @ | 4.40U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE | 1.27130000 | |

| | |
|---|---|
| GROSS AMOUNT | 2,200.00 |
| COMMISSION | 6.95 |
| SUB TOTAL | 2,206.95 U$ |
| EXCHANGE | 598.75 |
| NET AMOUNT | 2,805.70 C$ |

CLIENT NAME                              MR TREVOR BLACK
ACCOUNT NO.                             665–2463818 – CSH
INVESTMENT REPRESENTATIVE   ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W9489  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 389489  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_8000915_005 – 00002027 – E:41019



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_8052524_005−E:40762−00762
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
NOVEMBER 18, 2021

**ACCOUNT NO.**      **TYPE**
665−2463818         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER − U.S.A.

**SETTLEMENT DATE**            **NOVEMBER 22, 2021**
AS PRINCIPAL, WE CONVERTED AT              1.2798
TRANSACTION TYPE                         **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 501 | META MATLS INC | @ | 4.2476U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.27980000 | | |

| | |
|---|---|
| GROSS AMOUNT | 2,128.04 |
| COMMISSION | 6.95 |
| SUB TOTAL | 2,134.99 U$ |
| EXCHANGE | 597.37 |
| NET AMOUNT | 2,732.36 C$ |

CLIENT NAME              MR TREVOR BLACK
ACCOUNT NO.              665−2463818 − CSH
INVESTMENT REPRESENTATIVE   ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W8473  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 358473  /  INTERNAL CODES UN 65  /  684 A

Member−CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

RBC

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_8052524_005-E:40761-00761
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
NOVEMBER 18, 2021

**ACCOUNT NO.**      **TYPE**
665-2463818         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **NOVEMBER 22, 2021**

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 501 | META MATLS INC | @ | 4.2488U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,128.64 |
| COMMISSION | 6.95 |
| SUB TOTAL | 2,135.59 U$ |
| NET AMOUNT | 2,135.59 U$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WA | |

REFERENCE W8472  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 358472  /  INTERNAL CODES UN 65  /  684 A

Member-CanadianInvestor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_8052524_005 - 00001521 - E.40761



**Direct Investing**

**RBC**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_8113186_005−E:40648−00648
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
NOVEMBER 22, 2021

**ACCOUNT NO.**     **TYPE**
665−2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER − U.S.A.

**SETTLEMENT DATE**       **NOVEMBER 24, 2021**

TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 250 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 3.98U$ |

| | |
|---|---|
| GROSS AMOUNT | 995.00 |
| COMMISSION | 6.95 |
| SUB TOTAL | 1,001.95 U$ |
| NET AMOUNT | 1,001.95 U$ |

CLIENT NAME                         MR TREVOR BLACK
ACCOUNT NO.                         665−2463818 − CSH
INVESTMENT REPRESENTATIVE    ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W8739  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 348739  /  INTERNAL CODES UN 65  /  684 A

Member−CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_8113186_005 − 00021296 − E:40648



**Direct Investing**

RBC

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_9113186_005-E:40646-00646

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
NOVEMBER 22, 2021

**ACCOUNT NO.**        **TYPE**
665-2463818            CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **NOVEMBER 24, 2021**
AS PRINCIPAL, WE CONVERTED AT                    1.2848
TRANSACTION TYPE                                 **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 350 | META MATLS INC | @ | 4.02U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE   1.28480000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,407.00 |
| COMMISSION | 6.95 |
| SUB TOTAL | 1,413.95 U$ |
| EXCHANGE | 402.69 |
| NET AMOUNT | 1,816.64 C$ |

CLIENT NAME                    MR TREVOR BLACK
ACCOUNT NO.                    665-2463818 – CSH
INVESTMENT REPRESENTATIVE      ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W8737  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 348737  /  INTERNAL CODES UN 65  /  684 A

---

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_9113186_005 – 00001291 – E:40646

 **Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7*

ADPRB10720_8113186_005~E:40647~00647
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

**Confirmation Notice**

**DATE**
NOVEMBER 22, 2021

**ACCOUNT NO.**   **TYPE**
665-2463818        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**       **NOVEMBER 24, 2021**

TRANSACTION TYPE                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 300 | META MATLS INC | @ | 4.02U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,206.00 |
| COMMISSION | 6.95 |
| SUB-TOTAL | 1,212.95 US |
| NET AMOUNT | 1,212.95 US$ |

CLIENT NAME              MR TREVOR BLACK
ACCOUNT NO.              665-2463818 – CSH
INVESTMENT REPRESENTATIVE   ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W8738  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 348738  /  INTERNAL CODES UN 65  /  684 A

---

Member–Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_8113186_005 – 00001283 – E:40647



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

ADPRB10720_8113186_005-E:40649-00649
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
NOVEMBER 22, 2021

**ACCOUNT NO.**        **TYPE**
665-2463818            CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **NOVEMBER 24, 2021**
AS PRINCIPAL, WE CONVERTED AT                  1.2844
**TRANSACTION TYPE**             **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 250 | META MATLS INC | @ | 3.98U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE     1.28440000 | | |

| | |
|---|---|
| GROSS AMOUNT | 995.00 |
| COMMISSION | 6.95 |
| SUB TOTAL | 1,001.95 US$ |
| EXCHANGE | 284.95 |
| NET AMOUNT | 1,286.90 C$ |

**CLIENT NAME**                        **MR TREVOR BLACK**
**ACCOUNT NO.**                        665-2463818 - CSH
**INVESTMENT REPRESENTATIVE**          ONLINE INVESTNG
**I.R. NO. 3WA**

REFERENCE W8740  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 348740  /  INTERNAL CODES UN 65  /  684 A

Member~CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_8113186_005 - 00001297 - E:40649



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_8113186_005-E:40645-00645
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
NOVEMBER 22, 2021

**ACCOUNT NO.**          **TYPE**
665-2463818               CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **NOVEMBER 24, 2021**

TRANSACTION TYPE                              **BOUGHT**

| Quantity Security Description | Unit Price | |
|---|---|---|
| 300 META MATLS INC | @ | 4.0476U$ |
| COMMON STOCK | | |
| UNSOLICITED | | |
| DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,214.28 |
| COMMISSION | 6.95 |
| SUBTOTAL | 1,221.23 U$ |
| NET AMOUNT | 1,221.23 U$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WA | |

REFERENCE W8736  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 348736  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_8137942_004–E:36764–06764

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
NOVEMBER 23, 2021

**ACCOUNT NO.**    **TYPE**
665–2463818      CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**    **NOVEMBER 26, 2021**
AS PRINCIPAL, WE CONVERTED AT    1.2887
TRANSACTION TYPE    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 250 | META MATLS INC | @ | 3.7293U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE   1.28870000 | | |

| | |
|---|---|
| GROSS AMOUNT | 932.32 |
| COMMISSION | 6.95 |
| SUB TOTAL | 939.27 U$ |
| EXCHANGE | 271.17 |
| NET AMOUNT | 1,210.44 C$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665–2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WA | |

REFERENCE N1096  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 231096  /  INTERNAL CODES UN 65  /  684 A

---

Member–CanadianInvestor Protection Fund.®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_8137942_004 – 00013527 – E:36764



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1011356_005–E:40644–00644

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
NOVEMBER 29, 2021

**ACCOUNT NO.**  **TYPE**
665–2463818  CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**            **DECEMBER 1, 2021**
AS PRINCIPAL, WE CONVERTED AT                    1.2922
TRANSACTION TYPE                                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 300 | META MATLS INC | @ | 3.7939U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE   1.29220000 | | |

| | |
|---|---|
| GROSS AMOUNT | 138.17 |
| COMMISSION | 6.95 |
| SUB TOTAL | 1,145.12 U$ |
| EXCHANGE | 334.60 |
| NET AMOUNT | 1,479.72 C$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665–2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WA | |

REFERENCE W4773  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 394773  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1011356_005–E:40645–00845
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
NOVEMBER 29, 2021

**ACCOUNT NO.**    **TYPE**
665–2463818       CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**    **DECEMBER 1, 2021**
AS PRINCIPAL, WE CONVERTED AT               1.2918
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 251 | META MATLS INC | @ | 3.76U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE | 1.29180000 | |

| | |
|---|---|
| GROSS AMOUNT | 943.76 |
| COMMISSION | 6.95 |
| SUB TOTAL | 950.71 U$ |
| EXCHANGE | 277.42 |
| NET AMOUNT | 1,228.13 C$ |

CLIENT NAME                    MR TREVOR BLACK
ACCOUNT NO.                    665–2463818 – CSH
INVESTMENT REPRESENTATIVE      ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W4774  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 394774  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**
**RBC**

**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_1076713_005–E:42183–02183
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
DECEMBER 1, 2021

**ACCOUNT NO.**       **TYPE**
665–2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**             **DECEMBER 3, 2021**
AS PRINCIPAL, WE CONVERTED AT                1.2973
TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 200 | META MATLS INC | @ | 3.38U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE     1.29730000 | | |

GROSS AMOUNT ....... 676.00
COMMISSION ....... 6.95
SUB TOTAL ....... 682.95 U$
EXCHANGE ....... 203.04
NET AMOUNT ....... 885.99 C$

CLIENT NAME                    MR TREVOR BLACK
ACCOUNT NO.                    665–2463818 – CSH
INVESTMENT REPRESENTATIVE      ONLINE INVESTNG
I.R. NO. 3WC

REFERENCE W7135  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 347135  /  INTERNAL CODES UN 85  /  684 A

Member–CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1076713_005–E:42182–02182
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
DECEMBER 1, 2021

**ACCOUNT NO.**    **TYPE**
665–2463818         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| SETTLEMENT DATE | DECEMBER 3, 2021 |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.2988 |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 200 | META MATLS INC | @ | 3.3581U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE | 1.29880000 | |

| GROSS AMOUNT | 671.62 |
|---|---|
| COMMISSION | 6.95 |
| SUB TOTAL | 678.57 U$ |
| EXCHANGE | 202.76 |
| NET AMOUNT | 881.33 C$ |

CLIENT NAME                          MR TREVOR BLACK
ACCOUNT NO.                          665–2463818 – CSH
INVESTMENT REPRESENTATIVE   ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W7134  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 347134  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1076713_005 – 00004363 – E:42182



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_1112262_004–E:37515–07515

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
DECEMBER 2, 2021

**ACCOUNT NO.**   **TYPE**
665–2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **DECEMBER 6, 2021**
AS PRINCIPAL, WE CONVERTED AT                              1.2973
TRANSACTION TYPE                                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 250 | META MATLS INC | @ | 3.34U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.29730000 | | |

| | |
|---|---|
| GROSS AMOUNT | 835.00 |
| COMMISSION | 6.95 |
| SUB TOTAL | 841.95 U$ |
| EXCHANGE | 250.31 |
| NET AMOUNT | 1,092.26 C$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665–2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WC | |

REFERENCE W8018  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 388018  /  INTERNAL CODES UN 65  /  684 A

---

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_1187132_004-E:37201-07201

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
DECEMBER 6, 2021

**ACCOUNT NO.**      **TYPE**
665-2463818           CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**                    **DECEMBER 8, 2021**
AS PRINCIPAL, WE CONVERTED AT                                1.297
TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 500 | META MATLS INC | | 2.858U$ |
| | COMMON STOCK | @ | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE | 1.29700000 | |

| | |
|---|---|
| GROSS AMOUNT | 1,429.00 |
| COMMISSION | 6.95 |
| SUB TOTAL | 1,435.95 U$ |
| EXCHANGE | 426.48 |
| NET AMOUNT | 1,862.43 C$ |

CLIENT NAME                    MR TREVOR BLACK
ACCOUNT NO.                    665-2463818 – CSH
INVESTMENT REPRESENTATIVE      ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W6931  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 346931  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_1350633_004–E:32724–02724
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
DECEMBER 14, 2021

**ACCOUNT NO.**     **TYPE**
665–2463818           CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**       **DECEMBER 16, 2021**
AS PRINCIPAL, WE CONVERTED AT                    1.3013
TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 300 | META MATLS INC | @ | 2.9082U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE  1.30130000 | | |

| | |
|---|---|
| GROSS AMOUNT | 872.46 |
| COMMISSION | 6.95 |
| SUB TOTAL | 879.41 US$ |
| EXCHANGE | 264.97 |
| NET AMOUNT | 1144.38 C$ |

CLIENT NAME                          MR TREVOR BLACK
ACCOUNT NO.                          665–2463818 – CSH
INVESTMENT REPRESENTATIVE   ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W4255  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 354255  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1350633_004 – 00005447 – E:32724



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1430354_004–E:32488–02488
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
DECEMBER 17, 2021

**ACCOUNT NO.**     **TYPE**
665–2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE          **DECEMBER 21, 2021**

TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MTLS INC<br>COMMON STOCK<br>UNSOLICITED<br>DA | @ | 2.7647U$ |

| | |
|---|---|
| GROSS AMOUNT | 2,764.70 |
| COMMISSION | 6.95 |
| SUB TOTAL | 2,771.65 U$ |
| NET AMOUNT | 2,771.65 U$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665–2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WA | |

REFERENCE W4818  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 394818  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1430354_004 – 00004976 – E:32488



**Direct Investing**

RBC ®

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1430354_004–E:32488–02488
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
DECEMBER 17, 2021

**ACCOUNT NO.**     **TYPE**
665–2463818         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **DECEMBER 21, 2021**

TRANSACTION TYPE                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC | @ | 2.7647U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,764.70 |
| COMMISSION | 6.95 |
| SUB TOTAL | 2,771.65 U$ |
| NET AMOUNT | 2,771.65 U$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665–2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WA | |

REFERENCE W4818  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 394818  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1430354_004 – 00004976 – E:32488



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

ADPRB10720_1430354_004-E:32489-02489
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
DECEMBER 17, 2021

**ACCOUNT NO.**          **TYPE**
665-2463818                CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**              **DECEMBER 21, 2021**
AS PRINCIPAL, WE CONVERTED AT                      1.30
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 500 | META MATLS INC | @ | 2.7579U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE  1.30000000 | | |

GROSS AMOUNT                 1,378.95
COMMISSION                         6.95

SUB TOTAL                      1,385.90 US
EXCHANGE                          415.77
NET AMOUNT                    1,801.67 CS

CLIENT NAME                        MR TREVOR BLACK
ACCOUNT NO.                        665-2463818 - CSH
INVESTMENT REPRESENTATIVE          ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W4819  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 394819  /  INTERNAL CODES UN 65  /  684 A

Member~CanadianInvestor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1430354_004 - 00004877 - E:32489



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_1482504_004-E:32728-02728

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

**Confirmation Notice**

**DATE**
DECEMBER 20, 2021

**ACCOUNT NO.**    **TYPE**
665–2463818      CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**     **DECEMBER 22, 2021**
AS PRINCIPAL, WE CONVERTED AT         1.3112
TRANSACTION TYPE             **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC | @ | 2.68U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE   1.31120000 | | |

| | |
|---|---|
| GROSS AMOUNT | 2,680.00 |
| COMMISSION | 6.95 |
| SUB TOTAL | 2,686.95 U$ |
| EXCHANGE | 836.18 |
| NET AMOUNT | 3,523.13 C$ |

CLIENT NAME                **MR TREVOR BLACK**
ACCOUNT NO.              **665–2463818 – CSH**
INVESTMENT REPRESENTATIVE   **ONLINE INVESTNG**
I.R. NO. 3WC

REFERENCE W0625 / CUSIP US59134N1046 / SECURITY NO. M067927 / ORDER NO. 390625 / INTERNAL CODES UN 65 / 684 A

---

Member–Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

ADPRB10720_1482504_004–E:32729–02729

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
DECEMBER 20, 2021

**ACCOUNT NO.**   **TYPE**
665–2463818        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **DECEMBER 22, 2021**

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 600 | META MATLS INC | @ | 2.6782U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,606.92 |
| COMMISSION | 6.95 |
| SUB-TOTAL | 1,613.87 U$ |
| NET AMOUNT | 1,613.87 U$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665–2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WC | |

REFERENCE W0626  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 390626  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1615631_005–E:43702–03702

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
DECEMBER 29, 2021

**ACCOUNT NO.**     **TYPE**
665–2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **DECEMBER 30, 2021**
AS PRINCIPAL, WE CONVERTED AT                    1.2988
TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 500 | META MATLS INC | @ | 2.56U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE      1.29880000 | | |
| | AS OF 12/28/21 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,280.00 |
| COMMISSION | 6.95 |
| SUB TOTAL | 1,286.95 US |
| EXCHANGE | 384.54 |
| NET AMOUNT | 1,671.49 C$ |

CLIENT NAME               MR TREVOR BLACK
ACCOUNT NO.                665–2463818 – CSH
INVESTMENT REPRESENTATIVE  ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W8483  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 388483  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_1615631_005–E:43701–03701

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
DECEMBER 29, 2021

**ACCOUNT NO.**   **TYPE**
665–2463818        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**           **DECEMBER 30, 2021**
AS PRINCIPAL, WE CONVERTED AT                    1.2981
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC | @ | 2.5786U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.29810000 | | |
| | AS OF 12/28/21 | | |

| | |
|---|---|
| GROSS AMOUNT | 2,578.60 |
| COMMISSION | 6.95 |
| SUB-TOTAL | 2,585.55 U$ |
| EXCHANGE | 770.75 |
| NET AMOUNT | 3,356.30 C$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665–2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WA | |

REFERENCE W8482  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 388482  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1616631_005–0007401–E:43701



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_1615631_005-E:43703-03703

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

## Confirmation Notice

**DATE**
DECEMBER 29, 2021

**ACCOUNT NO.**    **TYPE**
665-2463818    CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**    **DECEMBER 30, 2021**
AS PRINCIPAL, WE CONVERTED AT    1.2994
TRANSACTION TYPE    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 500 | META MATLS INC | @ | 2.5285U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.29940000 | | |
| | AS OF 12/28/21 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,264.25 |
| COMMISSION | 6.95 |
| SUB TOTAL | 1,271.20 US |
| EXCHANGE | 380.60 |
| NET AMOUNT | 1,651.80 C$ |

CLIENT NAME    **MR TREVOR BLACK**
ACCOUNT NO.    **665-2463818 – CSH**
INVESTMENT REPRESENTATIVE    **ONLINE INVESTNG**
I.R. NO. 3WA

REFERENCE W8484 / CUSIP US59134N1046 / SECURITY NO. M067927 / ORDER NO. 388484 / INTERNAL CODES UN 65 / 684 A

---

Member-Canadian Investor Protection Fund.®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1767280_006–E:50262–00262
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
JANUARY 5, 2022

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 665–2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| SETTLEMENT DATE | **JANUARY 7, 2022** |
|---|---|

| TRANSACTION TYPE | **BOUGHT** |
|---|---|

| Quantity | Security Description | Unit Price |
|---|---|---|
| 500 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ 2.6293U$ |

| | |
|---|---|
| GROSS AMOUNT | 1,314.65 |
| COMMISSION | 6.95 |
| SUB TOTAL | 1,321.60 U$ |
| NET AMOUNT | 1,321.60 U$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665–2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WA | |

REFERENCE 50756  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 050756  /  INTERNAL CODES UN 65  /  684 A

---

Member–CanadianInvestor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct
Investing**

*P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7*

**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

ADPRB10720_1767280_006-E:50263-00263
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
JANUARY 5, 2022

**ACCOUNT NO.**      **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**        **JANUARY 7, 2022**

TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 500 | META MATLS INC | @ | 2.5685U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,284.25 |
| COMMISSION | 6.95 |
| SUB-TOTAL | 1,291.20 U$ |
| NET AMOUNT | 1,291.20 U$ |

CLIENT NAME                          MR TREVOR BLACK
ACCOUNT NO.                          665-2463818 – CSH
INVESTMENT REPRESENTATIVE            ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE 50757  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 050757  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_1904933_005−E:42683−02683
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
JANUARY 6, 2022

**ACCOUNT NO.**       **TYPE**
665−2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER − U.S.A.

**SETTLEMENT DATE**          **JANUARY 10, 2022**

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 350 | META MATLS INC | @ | 2.45U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 857.50 |
| COMMISSION | 6.95 |
| SUB TOTAL | 864.45 U$ |
| NET AMOUNT | 864.45 U$ |

CLIENT NAME                    **MR TREVOR BLACK**
ACCOUNT NO.                    **665−2463818 − CSH**
INVESTMENT REPRESENTATIVE      **ONLINE INVESTNG**
I.R. NO. 3WA

REFERENCE W9338  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 399338  /  INTERNAL CODES UN 65  /  684 A

Member−Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1904933_005 − 00005368 − E:42683

 **Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1856695_004–E:38471–08471

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
JANUARY 7, 2022

**ACCOUNT NO.**   **TYPE**
665–2463818       CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **JANUARY 11, 2022**

TRANSACTION TYPE          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 350 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 2.4382U$ |

| | |
|---|---|
| GROSS AMOUNT | 853.37 |
| COMMISSION | 6.95 |
| SUB TOTAL | 860.32 U$ |
| NET AMOUNT | 860.32 U$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665–2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WA | |

REFERENCE W5683  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 355683  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1856695_004 – 00016941 – E:38471



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_1995471_005–E:40055–00055
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JANUARY 13, 2022

**ACCOUNT NO.**     **TYPE**
665–2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE          JANUARY 18, 2022

TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 400 | META MATLS INC | @ | 2.20U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 880.00 |
| COMMISSION | 6.95 |
| SUB TOTAL | 886.95 U$ |
| NET AMOUNT | 886.95 U$ |

CLIENT NAME                              MR TREVOR BLACK
ACCOUNT NO.                            665–2463818 – CSH
INVESTMENT REPRESENTATIVE    ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W3528  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 353528  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1995471_005 – 00000109 – E 40055



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2144719_004–E:35485–05485

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
JANUARY 20, 2022

**ACCOUNT NO.**    **TYPE**
665–2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| SETTLEMENT DATE | JANUARY 24, 2022 |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.2652 |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 500 | META MATLS INC | @ | 1.9477U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE | 1.26520000 | |

| | |
|---|---|
| GROSS AMOUNT | 973.85 |
| COMMISSION | 6.95 |
| SUB TOTAL | 980.80 U$ |
| EXCHANGE | 260.11 |
| NET AMOUNT | 1,240.91 C$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665–2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WA | |

REFERENCE W1009  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 391009  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2144719_004 – 00010969 – E:35485



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_2173028_006–E:50623–00623
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JANUARY 21, 2022

**ACCOUNT NO.**   **TYPE**
665–2463818      CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **JANUARY 25, 2022**

TRANSACTION TYPE                         **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 150 | META MATLS INC | @ | 1.81U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 271.50 |
| COMMISSION | 6.95 |
| SUB TOTAL | 278.45 U$ |
| NET AMOUNT | 278.45 U$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665–2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WA | |

REFERENCE L1639  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 211639  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2173028_006–E:50624–00624

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JANUARY 21, 2022

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 665–2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| **SETTLEMENT DATE** | **JANUARY 25, 2022** |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.2743 |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 300 | META MATLS INC | @ | 1.738U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE   1.27430000 | | |

| GROSS AMOUNT | 521.40 |
|---|---|
| COMMISSION | 6.95 |
| SUB TOTAL | 528.35 U$ |
| EXCHANGE | 144.93 |
| NET AMOUNT | 673.28 C$ |

| CLIENT NAME | MR TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 665–2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WA | |

REFERENCE L1640  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 211640  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2173028_006 – 00001247 – E:50624



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_2210016_007~E:64194~04194

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
JANUARY 24, 2022

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 665-2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| **SETTLEMENT DATE** | **JANUARY 26, 2022** |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.2863 |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 250 | META MATLS INC | @ | 1.5562U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.28630000 | | |

| | |
|---|---|
| GROSS AMOUNT | 389.05 |
| COMMISSION | 6.95 |
| SUB-TOTAL | 396.00 U$ |
| EXCHANGE | 113.37 |
| NET AMOUNT | 509.37 C$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WA | |

REFERENCE W7686  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 367686  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2241041_004–E:39542–09542

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JANUARY 25, 2022

**ACCOUNT NO.**      **TYPE**
665–2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**         **JANUARY 27, 2022**
AS PRINCIPAL, WE CONVERTED AT                 1.2785
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price | |
|---|---|---|---|---|
| 350 | META MATLS INC | @ | 1.6627U$ | |
| | COMMON STOCK | | | |
| | UNSOLICITED | | | |
| | DA | | | |
| | EXCHANGE RATE | 1.27850000 | | |

| | |
|---|---|
| GROSS AMOUNT | 581.94 |
| COMMISSION | 6.95 |
| SUB TOTAL | 588.89 U$ |
| EXCHANGE | 164.01 |
| NET AMOUNT | 752.90 C$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665–2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WA | |

REFERENCE P5456  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 255456  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2301336_005–E:40467–00467
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
JANUARY 27, 2022

**ACCOUNT NO.**     **TYPE**
665–2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE          **JANUARY 31, 2022**

TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 400 | META MATLS INC | @ | 1.4679US$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 587.16 |
| COMMISSION | 6.95 |
| SUB TOTAL | 594.11 US$ |
| NET AMOUNT | 594.11 US$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665–2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WA | |

REFERENCE W3664  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 393664  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.


**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2767251_004–E:33110–03110

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
FEBRUARY 17, 2022

**ACCOUNT NO.**    **TYPE**
665–2463818        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **FEBRUARY 22, 2022**

TRANSACTION TYPE                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 350 | META MATLS INC | @ | 1.9174U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 671.09 |
| COMMISSION | 6.95 |
| SUB TOTAL | 678.04 U$ |
| NET AMOUNT | 678.04 U$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665–2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3WA | |

REFERENCE W0437  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 380437  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



## Direct Investing

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_2793215_004–E:31319–01319

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
FEBRUARY 18, 2022

**ACCOUNT NO.**          **TYPE**
665–2463818               CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **FEBRUARY 23, 2022**

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 400 | META MATLS INC | @ | 1.71U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 684.00 |
| COMMISSION | 6.95 |
| SUB TOTAL | 690.95 U$ |
| NET AMOUNT | 690.95 U$ |

CLIENT NAME                    MR TREVOR BLACK
ACCOUNT NO.                   665–2463818 – CSH
INVESTMENT REPRESENTATIVE     ONLINE INVESTNG
I.R. NO. 3WA

REFERENCE W1752  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 391752  /  INTERNAL CODES UN 65  /  684 A

---

Member–Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2793215_004 – 00023637 – E:31319



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_2871858_004–E:34302–04302
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
FEBRUARY 23, 2022

**ACCOUNT NO.**    **TYPE**
665–2463818        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE            FEBRUARY 25, 2022

TRANSACTION TYPE                                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 400 | META MATLS INC | @ | 1.62U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 648.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 657.95 U$ |
| NET AMOUNT | 657.95 U$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665–2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W8803  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 398803  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2871858_004~E:34303~04303

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
FEBRUARY 23, 2022

| ACCOUNT NO. | TYPE |
|---|---|
| 665-2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| SETTLEMENT DATE | FEBRUARY 25, 2022 |
|---|---|

| TRANSACTION TYPE | | **BOUGHT** |
|---|---|---|

| | Quantity | Security Description | | Unit Price |
|---|---|---|---|---|
| | 400 | META MATLS INC | @ | 1.5787U$ |
| | | COMMON STOCK | | |
| | | UNSOLICITED | | |
| | | DA | | |

| GROSS AMOUNT | 631.48 |
|---|---|
| COMMISSION | 9.95 |
| SUB-TOTAL | 641.43 U$ |
| NET AMOUNT | 641.43 U$ |

| CLIENT NAME | MR TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 665-2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W8804  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 398804  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_2900393_006-E:50463-00463
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
FEBRUARY 24, 2022

**ACCOUNT NO.**     **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**     **FEBRUARY 28, 2022**

TRANSACTION TYPE     **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 500 | META MATLS INC | @ | 1.47U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 735.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 744.95 US |
| NET AMOUNT | 744.95 US |

**CLIENT NAME**                          **MR TREVOR BLACK**
**ACCOUNT NO.**                          **665-2463818 – CSH**
**INVESTMENT REPRESENTATIVE**  **ONLINE INVESTNG**
**I.R. NO. 4GA**

REFERENCE O7662  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 247662  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.®/™ Trademark(s) of Royal Bank of Canada. Used under licence.© Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_3046413_004–E:35411–05411
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
MARCH 2, 2022

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 665–2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE          MARCH 4, 2022

TRANSACTION TYPE                 **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 250 | META MATLS INC<br>COMMON STOCK<br>UNSOLICITED<br>AVG PRICE SHOWN–DETAILS ON REQ<br>DA | @ | 1.79U$ |

| | |
|---|---|
| GROSS AMOUNT | 447.50 |
| COMMISSION | 9.95 |
| SUB TOTAL | 457.45 U$ |
| NET AMOUNT | 457.45 U$ |

| CLIENT NAME | MR TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 665–2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W2616  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 382616  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

RBC

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_3297534_004–E:36222–08222
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
MARCH 14, 2022

**ACCOUNT NO.**     **TYPE**
665–2463818           CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE                    MARCH 16, 2022

TRANSACTION TYPE                         **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 450 | META MATLS INC | @ | 1.5176U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 682.92 |
| COMMISSION | 9.95 |
| SUB TOTAL | 692.87 US |
| NET AMOUNT | 692.87 US |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665–2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W0705  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 350705  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence.© Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3297534_004-E:36223-08223
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MARCH 14, 2022

**ACCOUNT NO.**    **TYPE**
665−2463818    CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER − U.S.A.

**SETTLEMENT DATE**        **MARCH 16, 2022**

TRANSACTION TYPE        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 250 | META MATLS INC<br>COMMON STOCK<br>UNSOLICITED<br>AVG PRICE SHOWN−DETAILS ON REQ<br>DA | @ | 1.4086U$ |

| | |
|---|---|
| GROSS AMOUNT | 352.15 |
| COMMISSION | 9.95 |
| SUB TOTAL | 362.10 U$ |
| NET AMOUNT | 362.10 U$ |

CLIENT NAME                MR TREVOR BLACK
ACCOUNT NO.                665−2463818 − CSH
INVESTMENT REPRESENTATIVE  ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W0706   /   CUSIP US59134N1046   /   SECURITY NO. M067927   /   ORDER NO. 350706   /   INTERNAL CODES UN 65   /   684 A

Member−CanadianInvestor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4059320_005-E:48935-08935
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
APRIL 19, 2022

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 665-2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| **SETTLEMENT DATE** | **APRIL 21, 2022** |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.2784 |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,125 | META MATLS INC | @ | 1.4248U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE  1.27840000 | | |

| GROSS AMOUNT | 1,602.90 |
|---|---|
| COMMISSION | 9.95 |
| SUB TOTAL | 1,612.85 US |
| EXCHANGE | 449.02 |
| NET AMOUNT | 2,061.87 C$ |

| CLIENT NAME | MR TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 665-2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W6205  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 396205  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4101362_004–E:33024–03024

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 20, 2022

**ACCOUNT NO.**      **TYPE**
665–2463818              CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| SETTLEMENT DATE | APRIL 22, 2022 |
|---|---|

| TRANSACTION TYPE | BOUGHT |
|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC | @ | 1.375US$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,375.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,384.95 US$ |
| NET AMOUNT | 1,384.95 US$ |

| | |
|---|---|
| CLIENT NAME | **MR TREVOR BLACK** |
| ACCOUNT NO. | **665–2463818 – CSH** |
| INVESTMENT REPRESENTATIVE | **ONLINE INVESTNG** |
| I.R. NO. 4GA | |

REFERENCE K6404  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 206404  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_4247198_004–E:32542–02542
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 27, 2022

**ACCOUNT NO.**   **TYPE**
665–2463818       CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| SETTLEMENT DATE | **APRIL 29, 2022** |
|---|---|

| TRANSACTION TYPE | **BOUGHT** |
|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 4,000 | META MATLS INC | @ | 1.179US$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 4,716.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 4,725.95 US$ |
| NET AMOUNT | 4,725.95 US$ |

**CLIENT NAME**              MR TREVOR BLACK
**ACCOUNT NO.**              665–2463818 – CSH
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE R5545  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 275545  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund.®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4247198_004-E:32543-02543

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
APRIL 27, 2022

**ACCOUNT NO.**  **TYPE**
665-2463818     CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE                    APRIL 29, 2022

TRANSACTION TYPE                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | 1.19U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,380.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,389.95 U$ |
| NET AMOUNT | 2,389.95 U$ |

CLIENT NAME                  **MR TREVOR BLACK**
ACCOUNT NO.                  **665-2463818 – CSH**
INVESTMENT REPRESENTATIVE    **ONLINE INVESTNG**
I.R. NO. 4GA

REFERENCE R5546  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 275546  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_4427527_003–E:28027–08027
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
MAY 4, 2022

**ACCOUNT NO.**      **TYPE**
665–2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**                    **MAY 6, 2022**

TRANSACTION TYPE                       **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC | @ | 1.18U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,180.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,189.95 U$ |
| NET AMOUNT | 1,189.95 U$ |

CLIENT NAME                  MR TREVOR BLACK
ACCOUNT NO.                  665–2463818 – CSH
INVESTMENT REPRESENTATIVE    ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE 42240  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 042240  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

RBC

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4427527_003~E:28026~08026

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MAY 4, 2022

**ACCOUNT NO.**      **TYPE**
665–2463818         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER ~ U.S.A.

## SETTLEMENT DATE              MAY 6, 2022

TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC | @ | 1.19U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,190.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,199.95 U$ |
| NET AMOUNT | 1,199.95 U$ |

CLIENT NAME                          **MR TREVOR BLACK**
ACCOUNT NO.                          **665–2463818 – CSH**
INVESTMENT REPRESENTATIVE  **ONLINE INVESTNG**
I.R. NO. 4GA

REFERENCE 42239  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 042239  /  INTERNAL CODES UN 65  /  684 A

Member~CanadianInvestor Protection Fund.®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4476786_003-E:29413-09413

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
MAY 6, 2022

**ACCOUNT NO.**   **TYPE**
665-2463818         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **MAY 10, 2022**

TRANSACTION TYPE                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | 1.17U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,340.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,349.95 U$ |
| NET AMOUNT | 2,349.95 U$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE 63053  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 063053  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_4476786_003–E:29412–09412
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MAY 6, 2022

**ACCOUNT NO.**      **TYPE**
665–2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| | | |
|---|---|---|
| SETTLEMENT DATE | **MAY 10, 2022** | |
| TRANSACTION TYPE | **BOUGHT** | |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | 1.16U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,320.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,329.95 U$ |
| NET AMOUNT | 2,329.95 U$ |

**CLIENT NAME**                        MR TREVOR BLACK
**ACCOUNT NO.**                        665–2463818 – CSH
**INVESTMENT REPRESENTATIVE**          ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE 63052  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 063052  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund.®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4514619_004–E:37003–07003
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
MAY 9, 2022

**ACCOUNT NO.**     **TYPE**
665–2463818         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**                      **MAY 11, 2022**
AS PRINCIPAL, WE CONVERTED AT                  1.3107
TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,100 | META MATLS INC | @ | 1.16U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE  1.31070000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,276.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,285.95 US$ |
| EXCHANGE | 399.54 |
| NET AMOUNT | 1,685.49 C$ |

CLIENT NAME                    MR TREVOR BLACK
ACCOUNT NO.                    665–2463818 – CSH
INVESTMENT REPRESENTATIVE      ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W2201  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 382201  /  INTERNAL CODES UN 65  /  684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4514619_004-E:37002-07002
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
MAY 9, 2022

**ACCOUNT NO.**    **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**              **MAY 11, 2022**

TRANSACTION TYPE                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN–DETAILS ON REQ DA | @ | 1.155U$ |

| | |
|---|---|
| GROSS AMOUNT | 1,155.00 |
| COMMISSION | 9.95 |
| SUBTOTAL | 1,164.95 U$ |
| NET AMOUNT | 1,164.95 U$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W2200  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 382200  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4538812_004–E:32235–02235

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MAY 10, 2022

**ACCOUNT NO.**      **TYPE**
665–2463818           CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**                    **MAY 12, 2022**

TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | 1.13U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,260.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,269.95 US |
| NET AMOUNT | 2,269.95 US |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665–2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W5446  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 355446  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_4538812_004–E:32234–02234
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
MAY 10, 2022

**ACCOUNT NO.**          **TYPE**
665–2463818               CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**                    **MAY 12, 2022**

TRANSACTION TYPE                         **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 1.1479U$ |

| | |
|---|---|
| GROSS AMOUNT | 2,295.80 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,305.75 U$ |
| NET AMOUNT | 2,305.75 U$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665–2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W5445  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 355445  /  INTERNAL CODES UN 65  /  684 A

---

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4538812_004 – 00004487 – E:32234



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6057336_003~E:20502~00502
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JULY 22, 2022

**ACCOUNT NO.**    **TYPE**
665-2463818       CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**              **JULY 26, 2022**

TRANSACTION TYPE                     **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 3,000 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | .9156U$ |

| | |
|---|---|
| GROSS AMOUNT | 2,746.80 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,756.75 U$ |
| NET AMOUNT | 2,756.75 U$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W2189  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 372189  /  INTERNAL CODES UN 65  /  684 A

Member~CanadianInvestor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6143838_003–E:24212–04212

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
JULY 27, 2022

**ACCOUNT NO.**     **TYPE**
665–2463818     CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**       **JULY 29, 2022**

**TRANSACTION TYPE**        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,500 | META MATLS INC<br>COMMON STOCK<br>UNSOLICITED<br>DA | @ | .9096U$ |

| | |
|---|---|
| GROSS AMOUNT | 1,364.40 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,374.35 U$ |
| NET AMOUNT | 1,374.35 U$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665–2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W9292  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 369292  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6650703_003-E:22612-02612

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
AUGUST 22, 2022

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 665-2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE          AUGUST 24, 2022

TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,500 | META MATLS INC<br>COMMON STOCK<br>UNSOLICITED<br>DA | @ | .834U$ |

| | |
|---|---|
| GROSS AMOUNT | 1,251.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,260.95 U$ |
| NET AMOUNT | 1,260.95 U$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W6902  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 376902  /  INTERNAL CODES UN 65  /  684 A

---

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_6907618_002~E:18352~08352
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
SEPTEMBER 2, 2022

**ACCOUNT NO.**    **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**            **SEPTEMBER 7, 2022**

TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,275 | META MATLS INC | @ | .772U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 984.30 |
| COMMISSION | 9.95 |
| SUB TOTAL | 994.25 U$ |
| NET AMOUNT | 994.25 U$ |

CLIENT NAME                                MR TREVOR BLACK
ACCOUNT NO.                              665-2463818 – CSH
INVESTMENT REPRESENTATIVE    ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE W3349  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 363349  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

RBC

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

# .RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7114303_003–E:22697–02697
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
SEPTEMBER 14, 2022

**ACCOUNT NO.**  **TYPE**
665–2463818  CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE          SEPTEMBER 16, 2022

TRANSACTION TYPE                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC | @ | .781U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 781.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 790.95 U$ |
| NET AMOUNT | 790.95 U$ |

**CLIENT NAME**                **MR TREVOR BLACK**
**ACCOUNT NO.**                **665–2463818 – CSH**
**INVESTMENT REPRESENTATIVE**  **ONLINE INVESTNG**
**I.R. NO. 4GC**

REFERENCE W0001  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 380001  /  INTERNAL CODES UN 65  /  684 A

Member~Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_7165942_003-E:22816-02816
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
SEPTEMBER 16, 2022

**ACCOUNT NO.**      **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **SEPTEMBER 20, 2022**

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC | @ | .7815U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 781.50 |
| COMMISSION | 9.95 |
| SUB TOTAL | 791.45 U$ |
| NET AMOUNT | 791.45 U$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W1861  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 381861  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_7274733_003-E:21557-01557
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
SEPTEMBER 22, 2022

**ACCOUNT NO.**    **TYPE**
665-2463818       CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**         **SEPTEMBER 26, 2022**

TRANSACTION TYPE                           **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,200 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | .7516U$ |

| | |
|---|---|
| GROSS AMOUNT | 901.92 |
| COMMISSION | 9.95 |
| SUB TOTAL | 911.87 US |
| NET AMOUNT | 911.87 US |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W8842  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 388842  /  INTERNAL CODES UN 65  /  684 A

---

Member–Canadian Investor Protection Fund.®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_7274733_003–E:21559–01559
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
SEPTEMBER 22, 2022

**ACCOUNT NO.**    **TYPE**
665–2463818       CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**        **SEPTEMBER 26, 2022**

TRANSACTION TYPE                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 750 | META MATLS INC | @ | .713U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 534.75 |
| COMMISSION | 9.95 |
| SUB TOTAL | 544.70 US |
| NET AMOUNT | 544.70 US |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665–2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W8844  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 388844  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7274733_003 – 00003117 – E:21559



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7274733_003-E:21558-01558
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
SEPTEMBER 22, 2022

**ACCOUNT NO.**   **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER ~ U.S.A.

**SETTLEMENT DATE**          **SEPTEMBER 26, 2022**

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC | @ | .741U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 741.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 750.95 US |
| NET AMOUNT | 750.95 US |

**CLIENT NAME**                          **MR TREVOR BLACK**
**ACCOUNT NO.**                          **665-2463818 – CSH**
**INVESTMENT REPRESENTATIVE**   **ONLINE INVESTNG**
**I.R. NO. 4GC**

REFERENCE W8843  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 388843  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.


**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7409254_003-E:23357-03357
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
SEPTEMBER 29, 2022

**ACCOUNT NO.**    **TYPE**
665-2463818         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE          OCTOBER 3, 2022

TRANSACTION TYPE                                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,200 | META MATLS INC | @ | .663US |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 795.60 |
| COMMISSION | 9.95 |
| SUBTOTAL | 805.55 US |
| NET AMOUNT | 805.55 US |

CLIENT NAME                              **MR TREVOR BLACK**
ACCOUNT NO.                              **665-2463818 – CSH**
INVESTMENT REPRESENTATIVE    **ONLINE INVESTNG**
I.R. NO. 4GC

REFERENCE W7723  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 347723  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7409254_003 - 0006813 – E:23357



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7436536_002~E:13840~03840
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
SEPTEMBER 30, 2022

**ACCOUNT NO.**      **TYPE**
665-2463818        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**            **OCTOBER 4, 2022**

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,001 | META MATLS INC | @ | .6575U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | .658.15 |
| COMMISSION | 9.95 |
| SUB TOTAL | .668.10 U$ |
| NET AMOUNT | .668.10 U$ |

**CLIENT NAME**              **MR TREVOR BLACK**
**ACCOUNT NO.**              **665-2463818 ~ CSH**
**INVESTMENT REPRESENTATIVE**   **ONLINE INVESTNG**
**I.R. NO. 4GC**

REFERENCE W5371  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 365371  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7436536_002 ~ 00007879 ~ E:13840



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7736870_003–E:21865–01865
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
OCTOBER 14, 2022

**ACCOUNT NO.**　　**TYPE**
665–2463818　　　　CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**　　　　　**OCTOBER 18, 2022**

TRANSACTION TYPE　　　　　　　**BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 750 | META MATLS INC | @ | .921US$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 690.75 |
| COMMISSION | 9.95 |
| SUB TOTAL | 700.70 US |
| NET AMOUNT | 700.70 US |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665–2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W8486  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 388486  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7799171_003–E:21287–01287
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
OCTOBER 18, 2022

**ACCOUNT NO.**  **TYPE**
665–2463818     CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

## SETTLEMENT DATE          OCTOBER 20, 2022

TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 550 | META MATLS INC | @ | .895U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 492.25 |
| COMMISSION | 9.95 |
| SUB TOTAL | 502.20 U$ |
| NET AMOUNT | 502.20 U$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665–2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W0360  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 390360  /  INTERNAL CODES UN 65  /  684 A

---

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7826364_002–E:19522–09522

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
OCTOBER 19, 2022

**ACCOUNT NO.**     **TYPE**
665–2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**            **OCTOBER 21, 2022**

TRANSACTION TYPE                                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 600 | META MATLS INC | @ | .8542U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 512.52 |
| COMMISSION | 9.95 |
| SUB TOTAL | 522.47 U$ |
| NET AMOUNT | 522.47 U$ |

| | |
|---|---|
| **CLIENT NAME** | **MR TREVOR BLACK** |
| **ACCOUNT NO.** | **665–2463818 – CSH** |
| **INVESTMENT REPRESENTATIVE** | **ONLINE INVESTNG** |
| **I.R. NO. 4GC** | |

REFERENCE W2857  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 382857  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_8012398_004-E:28195-04195
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
OCTOBER 28, 2022

**ACCOUNT NO.**     **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| SETTLEMENT DATE | NOVEMBER 1, 2022 | |
|---|---|---|

| TRANSACTION TYPE | | **BOUGHT** |
|---|---|---|

| Quantity | Security Description | Unit Price |
|---|---|---|
| 1,500 | META MATLS INC COMMON STOCK UNSOLICITED DA | @  .99763US |

| | |
|---|---|
| GROSS AMOUNT | 1,496.44 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,506.39 US $ |
| NET AMOUNT | 1,506.39 US $ |

**CLIENT NAME**                          **MR TREVOR BLACK**
**ACCOUNT NO.**                          **665-2463818 - CSH**
**INVESTMENT REPRESENTATIVE**   **ONLINE INVESTNG**
**I.R. NO. 4GC**

REFERENCE W1461  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 351461  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_8012398_004 - 00005389 - E:29195



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_6216362_004-E:24088-00088
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
NOVEMBER 7, 2022

**ACCOUNT NO.**          **TYPE**
665-2463818              CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **NOVEMBER 9, 2022**

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC | @ | 1.4978US |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,497.80 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,507.75 US$ |
| NET AMOUNT | 1,507.75 US$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE 70595  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 070595  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ACPRB10720_6216362_004 - 00000175 - E.24088



**Direct Investing**

RBC

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_8360608_004-E:26450-02450

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
NOVEMBER 15, 2022

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 665-2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| **SETTLEMENT DATE** | **NOVEMBER 17, 2022** |
|---|---|

| TRANSACTION TYPE | | **BOUGHT** |
|---|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 500 | META MATLS INC | @ | 1.805U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| GROSS AMOUNT | 902.50 |
|---|---|
| COMMISSION | 9.95 |
| SUB-TOTAL | 912.45 U$ |
| NET AMOUNT | *912.45 U$* |

| **CLIENT NAME** | **MR TREVOR BLACK** |
|---|---|
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE F2038  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 152038  /  INTERNAL CODES UN 65  /   684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_1017482_003-E:23621-07621
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
NOVEMBER 28, 2022

**ACCOUNT NO.**     **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **NOVEMBER 30, 2022**
AS PRINCIPAL, WE CONVERTED AT                     1.3689
TRANSACTION TYPE                            **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 800 | META MATLS INC | @ | 1.7889U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE     1.36890000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,431.12 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,441.07 U$ |
| EXCHANGE | 531.61 |
| NET AMOUNT | 1,972.68 C$ |

CLIENT NAME                      MR TREVOR BLACK
ACCOUNT NO.                      665-2463818 - CSH
INVESTMENT REPRESENTATIVE        ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W1394  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 351394  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_3106903_004-E:25082-01082
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

**Confirmation Notice**

**DATE**
MARCH 7, 2023

**ACCOUNT NO.**     **TYPE**
665-2463818            CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **MARCH 9, 2023**

TRANSACTION TYPE                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC | @ | .573U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 573.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 582.95 U$ |
| NET AMOUNT | 582.95 U$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE 78202  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 078202  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3158640_004-E:26276-02276
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
MARCH 9, 2023

**ACCOUNT NO.**     **TYPE**
665-2463818              CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **MARCH 13, 2023**

TRANSACTION TYPE                                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC | @ | .538U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 538.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 547.95 US |
| NET AMOUNT | 547.95 US |

CLIENT NAME                              **MR TREVOR BLACK**
ACCOUNT NO.                            **665-2463818 - CSH**
INVESTMENT REPRESENTATIVE  **ONLINE INVESTNG**
I.R. NO. 4GC

REFERENCE W6434  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 386434  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3212987_005-E:33181-01181

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
MARCH 13, 2023

**ACCOUNT NO.**      **TYPE**
665-2463818           CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **MARCH 15, 2023**

TRANSACTION TYPE                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | .485U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 970.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 979.95 US$ |
| NET AMOUNT | 979.95 US$ |

**CLIENT NAME**                          **MR TREVOR BLACK**
**ACCOUNT NO.**                          665-2463818 - CSH
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE W6164  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 356164  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3212987_005 - 0000230I - E:33181



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3267196_004-E:31365-07365

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MARCH 15, 2023

**ACCOUNT NO.**     **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**              **MARCH 17, 2023**

TRANSACTION TYPE                            **BOUGHT**

| Quantity | Security Description | | Unit Price | |
|---|---|---|---|---|
| 2,000 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | .51935US$ | |

| | |
|---|---|
| GROSS AMOUNT | 1,038.70 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,048.65 US$ |
| NET AMOUNT | 1,048.65 US$ |

CLIENT NAME              MR TREVOR BLACK
ACCOUNT NO.              665-2463818 - CSH
INVESTMENT REPRESENTATIVE  ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE W0232  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 360232  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3267196_004-0001472B - E:31365



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3423918_003-E:23269-07269

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
MARCH 23, 2023

**ACCOUNT NO.**      **TYPE**
665-2463818            CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**              **MARCH 27, 2023**

TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,500 | META MATLS INC | @ | .4805U$ |
|  | COMMON STOCK | | |
|  | UNSOLICITED | | |
|  | AVG PRICE SHOWN-DETAILS ON REQ | | |
|  | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 720.75 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 730.70 US |
| NET AMOUNT | 730.70 US |

**CLIENT NAME**                          **MR TREVOR BLACK**
**ACCOUNT NO.**                          **665-2463818 - CSH**
**INVESTMENT REPRESENTATIVE**    **ONLINE INVESTNG**
**I.R. NO. 4GC**

REFERENCE W6518  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 396518  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3423918_003-E:23268-07268

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MARCH 23, 2023

**ACCOUNT NO.**      **TYPE**
665-2463818            CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**              **MARCH 27, 2023**

TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | .48651US |

| | |
|---|---|
| GROSS AMOUNT | 973.02 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 982.97 US$ |
| NET AMOUNT | 982.97 US$ |

CLIENT NAME                         MR TREVOR BLACK
ACCOUNT NO.                         665-2463818 - CSH
INVESTMENT REPRESENTATIVE           ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE W6517  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 396517  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_3449193_003-E:21818-05818

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
MARCH 24, 2023

**ACCOUNT NO.**    **TYPE**
665-2463818        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**                **MARCH 28, 2023**

TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,500 | META MATLS INC | @ | .4629US |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 694.35 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 704.30 U$ |
| NET AMOUNT | 704.30 U$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W3528  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 343528  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_3486382_003-E:21366-05366
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MARCH 27, 2023

**ACCOUNT NO.**       **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| SETTLEMENT DATE | MARCH 29, 2023 |
|---|---|

| TRANSACTION TYPE | | **BOUGHT** |
|---|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,500 | META MATLS INC | @ | .44728US |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 670.92 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 680.87 US |
| NET AMOUNT | 680.87 US |

**CLIENT NAME**                                    **MR TREVOR BLACK**
**ACCOUNT NO.**                                    **665-2463818 - CSH**
**INVESTMENT REPRESENTATIVE**      **ONLINE INVESTNG**
**I.R. NO. 4GC**

REFERENCE R7114  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 277114  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3486382_003 - 00010721 - E:21366



**Direct Investing**

**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_3512666_003-E:22086-06086
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
MARCH 28, 2023

**ACCOUNT NO.**  **TYPE**
665-2463818     CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **MARCH 30, 2023**

TRANSACTION TYPE                      **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,200 | META MATLS INC | @ | .4115US$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 493.80 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 503.75 US$ |
| NET AMOUNT | 503.75 US$ |

CLIENT NAME                **MR TREVOR BLACK**
ACCOUNT NO.                665-2463818 - CSH
INVESTMENT REPRESENTATIVE  ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE W7707  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 347707  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3512666_003 - 00012171 - E:22058



**Direct Investing**

RBC®

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3512666_003-E:22085-06085

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
MARCH 28, 2023

| ACCOUNT NO. | TYPE |
|---|---|
| 665-2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| SETTLEMENT DATE | MARCH 30, 2023 |
|---|---|

| TRANSACTION TYPE | | BOUGHT | |
|---|---|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,500 | META MATLS INC | @ | .42558US |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| GROSS AMOUNT | 638.37 |
|---|---|
| COMMISSION | 9.95 |
| SUB-TOTAL | 648.32 US |
| NET AMOUNT | 648.32 US |

| CLIENT NAME | MR TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W7706  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 347706  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3512666_003-08012169 - E:22085



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3626551_004-E:25100-01100
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 3, 2023

**ACCOUNT NO.**      **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| **SETTLEMENT DATE** | | **APRIL 5, 2023** | |
|---|---|---|---|
| TRANSACTION TYPE | | **BOUGHT** | |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,200 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | .5237US$ |

| | |
|---|---|
| GROSS AMOUNT | 628.44 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 638.39 US |
| NET AMOUNT | 638.39 US |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W2143  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 372143  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3700706_004-E:25616-01616
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 5, 2023

**ACCOUNT NO.**      **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**                 **APRIL 10, 2023**

TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC | @ | .403U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 403.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 412.95 US |
| NET AMOUNT | 412.95 US |

**CLIENT NAME**                    **MR TREVOR BLACK**
**ACCOUNT NO.**                    665-2463818 - CSH
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE W8256  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 398256  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3839717_004-E:29968-05968

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 12, 2023

**ACCOUNT NO.**   **TYPE**
665-2463818       CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **APRIL 14, 2023**

TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,100 | META MATLS INC | @ | .3804U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 418.44 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 428.39 U$ |
| NET AMOUNT | 428.39 U$ |

**CLIENT NAME**                 **MR TREVOR BLACK**
**ACCOUNT NO.**                 **665-2463818 - CSH**
**INVESTMENT REPRESENTATIVE**   **ONLINE INVESTNG**
**I.R. NO. 4GC**

REFERENCE W3409  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 343409  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_3889683_003-E:23592-07592
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
APRIL 14, 2023

**ACCOUNT NO.**      **TYPE**
665-2463818           CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| SETTLEMENT DATE | APRIL 18, 2023 |
|---|---|

| TRANSACTION TYPE | | | BOUGHT |
|---|---|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 5,000 | META MATLS INC | @ | .2299U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,149.50 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,159.45 US |
| NET AMOUNT | 1,159.45 US |

**CLIENT NAME**                        MR TREVOR BLACK
**ACCOUNT NO.**                        665-2463818 - CSH
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE E2746  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 142746  /  INTERNAL CODES UN 65 /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3889683_003 - 00016185 - E:23592

 **Direct Investing**

**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_3889683_003-E:23591-07591
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
APRIL 14, 2023

**ACCOUNT NO.**      **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**                          **APRIL 18, 2023**

TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 5,000 | META MATLS INC | @ | .22U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,100.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,109.95 U$ |
| NET AMOUNT | 1,109.95 U$ |

| | |
|---|---|
| **CLIENT NAME** | **MR TREVOR BLACK** |
| **ACCOUNT NO.** | **665-2463818 - CSH** |
| **INVESTMENT REPRESENTATIVE** | **ONLINE INVESTNG** |
| **I.R. NO. 4GC** | |

REFERENCE E2745  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 142745  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3889683_003 - 00015199 - E:23591



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3889683_003-E:23590-07590
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 14, 2023

**ACCOUNT NO.**     **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**            **APRIL 18, 2023**

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 5,000 | META MATLS INC | @ | .218U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,090.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,099.95 U$ |
| NET AMOUNT | 1,099.95 U$ |

CLIENT NAME                    **MR TREVOR BLACK**
ACCOUNT NO.                    **665-2463818 - CSH**
INVESTMENT REPRESENTATIVE      **ONLINE INVESTNG**
I.R. NO. 4GC

REFERENCE E2744  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 142744  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3889683_003-E:23593-07593

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 14, 2023

| ACCOUNT NO. | TYPE |
|---|---|
| 665-2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - USA

| SETTLEMENT DATE | APRIL 18, 2023 |
|---|---|

| TRANSACTION TYPE | | BOUGHT |
|---|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 5,000 | META MATLS INC | @ | .2339U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 1,169.48 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,179.43 U$ |
| NET AMOUNT | 1,179.43 U$ |

| CLIENT NAME | MR TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE E2747  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 142747  /  INTERNAL CODES UN 1D  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3889683_003 - 00015195 - E:23593



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3889683_003-E:23589-07589

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
APRIL 14, 2023

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 665-2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - USA

| **SETTLEMENT DATE** | **APRIL 18, 2023** |
|---|---|

| TRANSACTION TYPE | | **BOUGHT** |
|---|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 5,000 | META MATLS INC | @ | .22423US$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |

| GROSS AMOUNT | 1,121.13 |
|---|---|
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,131.08 U$ |
| NET AMOUNT | 1,131.08 U$ |

| CLIENT NAME | MR TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE E2743  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 142743  /  INTERNAL CODES UN 1D  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3889683_003 - 00015177 - E:23589



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4003661_003-E:21723-05723

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
APRIL 20, 2023

| ACCOUNT NO. | TYPE |
|---|---|
| 665-2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **APRIL 24, 2023**

TRANSACTION TYPE                         **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 5,001 | META MATLS INC | @ | .1911U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 955.69 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 965.64 U$ |
| NET AMOUNT | 965.64 U$ |

| CLIENT NAME | MR TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO: 4GC | |

REFERENCE W1662  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 371662  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_4030952_003-E:20304-04304
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 21, 2023

| ACCOUNT NO. | TYPE |
|---|---|
| 665-2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| SETTLEMENT DATE | APRIL 25, 2023 |
|---|---|

TRANSACTION TYPE **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 3,000 | META MATLS INC | @ | .2009U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 602.70 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 612.65 US |
| NET AMOUNT | 612.65 US |

| CLIENT NAME | MR TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W7553  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 387553  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4127825_004-E:26084-02084

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
APRIL 26, 2023

| ACCOUNT NO. | TYPE |
|---|---|
| 665-2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| SETTLEMENT DATE | APRIL 28, 2023 |
|---|---|

TRANSACTION TYPE                                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 4,000 | META MATLS INC | @ | .193U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 772.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 781.95 U$ |
| NET AMOUNT | 781.95 U$ |

| CLIENT NAME | MR TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W6851  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 396851  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_4127825_004-E:26085-02085
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
APRIL 26, 2023

**ACCOUNT NO.**      **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

## SETTLEMENT DATE            **APRIL 28, 2023**

TRANSACTION TYPE             **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 5,000 | META MATLS INC | @ | .1895US$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 947.50 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 957.45 US |
| NET AMOUNT | 957.45 US |

**CLIENT NAME**                           **MR TREVOR BLACK**
**ACCOUNT NO.**                           **665-2463818 - CSH**
**INVESTMENT REPRESENTATIVE**   **ONLINE INVESTNG**
**I.R. NO. 4GC**

REFERENCE W6852  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 396852  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4127825_004-00664168 - E:26085



**Direct Investing**

RBC®

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4457257_003-E:23209-07209

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MAY 11, 2023

**ACCOUNT NO.**  **TYPE**
665-2463818    CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| SETTLEMENT DATE | MAY 15, 2023 |
|---|---|

| TRANSACTION TYPE | | BOUGHT |
|---|---|---|

| Quantity | Security Description | Unit Price |
|---|---|---|
| 4,250 | META MATLS INC | @ | .212U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| GROSS AMOUNT | 901.00 |
|---|---|
| COMMISSION | 9.95 |
| SUB-TOTAL | 910.95 US |
| NET AMOUNT | 910.95 US |

CLIENT NAME          MR TREVOR BLACK
ACCOUNT NO.          665-2463818 - CSH
INVESTMENT REPRESENTATIVE   ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE W2896  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 362896  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4480308_003-E:21058-05058
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MAY 12, 2023

**ACCOUNT NO.**   **TYPE**
665-2463818     CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - USA

**SETTLEMENT DATE**             **MAY 16, 2023**
AS PRINCIPAL, WE CONVERTED AT              1.3768
TRANSACTION TYPE                         **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 5,001 | META MATLS INC | @ | .2007U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE      1.37680000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,003.68 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,013.63 US |
| EXCHANGE | 381.94 |
| NET AMOUNT | 1,395.57 C$ |

**CLIENT NAME**                         **MR TREVOR BLACK**
**ACCOUNT NO.**                         665-2463818 - CSH
**INVESTMENT REPRESENTATIVE**            ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE W0216  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 370216  /  INTERNAL CODES UN 1D  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4616384_003-E:19209-03209

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MAY 19, 2023

**ACCOUNT NO.**    **TYPE**
665-2463818        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| SETTLEMENT DATE | MAY 23, 2023 |
|---|---|

| TRANSACTION TYPE | BOUGHT |
|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 4,250 | META MATLS INC | @ | .239U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |

| GROSS AMOUNT | 1,015.75 |
|---|---|
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,025.70 U$ |
| NET AMOUNT | 1,025.70 U$ |

**CLIENT NAME**                       **MR TREVOR BLACK**
**ACCOUNT NO.**                       **665-2463818 - CSH**
**INVESTMENT REPRESENTATIVE**         **ONLINE INVESTNG**
**I.R. NO. 4GC**

REFERENCE W7772  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 377772  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4616384_003-E:19208-03208
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
MAY 19, 2023

**ACCOUNT NO.**      **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

## SETTLEMENT DATE                    MAY 23, 2023

TRANSACTION TYPE                      **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 4,000 | META MATLS INC | @ | .2376U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 950.40 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 960.35 U$ |
| NET AMOUNT | 960.35 U$ |

**CLIENT NAME**                      **MR TREVOR BLACK**
**ACCOUNT NO.**                      **665-2463818 - CSH**
**INVESTMENT REPRESENTATIVE**        **ONLINE INVESTNG**
**I.R. NO. 4GC**

REFERENCE W7771  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 377771  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_4808907_003-E:22752-06752
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MAY 31, 2023

**ACCOUNT NO.**      **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**                  **JUNE 2, 2023**

TRANSACTION TYPE                       **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,500 | META MATLS INC | @ | .2155U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 538.75 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 548.70 US |
| NET AMOUNT | 548.70 US |

**CLIENT NAME**                        **MR TREVOR BLACK**
**ACCOUNT NO.**                        665-2463818 - CSH
**INVESTMENT REPRESENTATIVE**          ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE W4578  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 394578  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.


**Direct
Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7*

ADPRB10720_4808907_003-E:22750-06750
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
MAY 31, 2023

**ACCOUNT NO.**       **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**              **JUNE 2, 2023**

TRANSACTION TYPE                     **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 3,500 | META MATLS INC | @ | .219US$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 766.50 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 776.45 US$ |
| NET AMOUNT | 776.45 US$ |

**CLIENT NAME**                        **MR TREVOR BLACK**
**ACCOUNT NO.**                        665-2463818 - CSH
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE W4576  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 394576  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4808907_003 - 00013490 - E:22750



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4808907_003-E:22751-06751

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
MAY 31, 2023

| ACCOUNT NO. | TYPE |
|---|---|
| 665-2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| SETTLEMENT DATE | JUNE 2, 2023 |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.3836 |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 10,000 | META MATLS INC | @ | .2301U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE  1.38360000 | | |

| | |
|---|---|
| GROSS AMOUNT | 2,301.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 2,310.95 U$ |
| EXCHANGE | 886.48 |
| NET AMOUNT | 3,197.43 C$ |

| CLIENT NAME | MR TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W4577  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 394577  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5280868_003-E:20651-04651
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JUNE 22, 2023

**ACCOUNT NO.**    **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**             **JUNE 26, 2023**
AS PRINCIPAL, WE CONVERTED AT              1.3364
TRANSACTION TYPE                      **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 4,000 | META MATLS INC | @ | .1944U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE    1.33640000 | | |

| | |
|---|---|
| GROSS AMOUNT | 777.60 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 787.55 US |
| EXCHANGE | 264.93 |
| NET AMOUNT | 1,052.48 CS |

CLIENT NAME              MR TREVOR BLACK
ACCOUNT NO.              665-2463818 - CSH
INVESTMENT REPRESENTATIVE  ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE W7671  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 387671  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5280868_003 - 00003501 - E:20651



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5394595_004-E:24539-00539
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JUNE 28, 2023

**ACCOUNT NO.**     **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| SETTLEMENT DATE | JUNE 30, 2023 |
|---|---|

| TRANSACTION TYPE | | | **BOUGHT** |
|---|---|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 4,000 | META MATLS INC | @ | .1938U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 775.20 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 785.15 US |
| NET AMOUNT | 785.15 US |

**CLIENT NAME**               MR TREVOR BLACK
**ACCOUNT NO.**               665-2463818 - CSH
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE W1092 / CUSIP US59134N1046 / SECURITY NO. M067927 / ORDER NO. 351092 / INTERNAL CODES UN 65 / 684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5411490_003-E:23795-07795
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JUNE 29, 2023

**ACCOUNT NO.**    **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**                **JULY 3, 2023**
AS PRINCIPAL, WE CONVERTED AT                1.3459
TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 5,000 | META MATLS INC | @ | .2093U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.34590000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,046.50 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,056.45 US |
| EXCHANGE | 365.43 |
| NET AMOUNT | 1,421.88 CS |

**CLIENT NAME**                **MR TREVOR BLACK**
**ACCOUNT NO.**                665-2463818 - CSH
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE W7887  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 387887  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5411490_003 - 0001558 - E:23795

 **Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_5763062_004-E:31824-07824

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
JULY 14, 2023

**ACCOUNT NO.**       **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**                    **JULY 18, 2023**
AS PRINCIPAL, WE CONVERTED AT                    1.3385
TRANSACTION TYPE                       **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 5,000 | META MATLS INC | @ | .1865U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE    1.33850000 | | |

| | |
|---|---|
| GROSS AMOUNT | 932.50 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 942.45 U$ |
| EXCHANGE | 319.02 |
| NET AMOUNT | 1,261.47 C$ |

**CLIENT NAME**                    **MR TREVOR BLACK**
**ACCOUNT NO.**                    665-2463818 - CSH
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE W9933  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 389933  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6073675_004-E:26703-02703
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JULY 31, 2023

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 665-2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - USA

| SETTLEMENT DATE | AUGUST 2, 2023 |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.3377 |
| TRANSACTION TYPE | BOUGHT |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,500 | META MATLS INC | @ | .25344US |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE    1.33770000 | | |

| | |
|---|---|
| GROSS AMOUNT | 633.60 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 643.55 US |
| EXCHANGE | 217.33 |
| NET AMOUNT | 860.88 C$ |

| CLIENT NAME | MR TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W8475  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 378475  /  INTERNAL CODES UN 1D  /  684 A

---

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.


**Direct Investing**

**RBC Direct Investing Inc.**
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_6278982_004-E:25462-01462
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
AUGUST 9, 2023

**ACCOUNT NO.**     **TYPE**
665-2463818         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **AUGUST 11, 2023**
AS PRINCIPAL, WE CONVERTED AT              1.3629
TRANSACTION TYPE                 **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,100 | META MATLS INC | @ | .248U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE    1.36290000 | | |

| | |
|---|---|
| GROSS AMOUNT | 272.80 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 282.75 US |
| EXCHANGE | 102.61 |
| NET AMOUNT | 385.36 C$ |

**CLIENT NAME**                 **MR TREVOR BLACK**
**ACCOUNT NO.**                 **665-2463818 - CSH**
**INVESTMENT REPRESENTATIVE**   **ONLINE INVESTNG**
**I.R. NO. 4GC**

REFERENCE W1008  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 341008  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6311758_003-E:23344-07344
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
AUGUST 10, 2023

**ACCOUNT NO.**     **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**            **AUGUST 14, 2023**
AS PRINCIPAL, WE CONVERTED AT                    1.3606
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | .22977US |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE | 1.36060000 | |

| | |
|---|---|
| GROSS AMOUNT | 459.54 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 469.49 US |
| EXCHANGE | 169.30 |
| NET AMOUNT | 638.79 CS |

| | |
|---|---|
| **CLIENT NAME** | **MR TREVOR BLACK** |
| **ACCOUNT NO.** | **665-2463818 - CSH** |
| **INVESTMENT REPRESENTATIVE** | **ONLINE INVESTNG** |
| **I.R. NO. 4GC** | |

REFERENCE W5841 / CUSIP US59134N1046 / SECURITY NO. M067927 / ORDER NO. 395841 / INTERNAL CODES UN 65 / 684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_6311758_003 - 00014687 - E:23344



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6878833_003-E:21914-05914
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
SEPTEMBER 8, 2023

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 665-2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **SEPTEMBER 12, 2023**
AS PRINCIPAL, WE CONVERTED AT                    1.3854
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 4,000 | META MATLS INC | @ | .211U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE    1.38540000 | | |

| | |
|---|---|
| GROSS AMOUNT | 844.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 853.95 U$ |
| EXCHANGE | 329.11 |
| NET AMOUNT | 1,183.06 C$ |

| **CLIENT NAME** | **MR TREVOR BLACK** |
|---|---|
| **ACCOUNT NO.** | **665-2463818 - CSH** |
| **INVESTMENT REPRESENTATIVE** | **ONLINE INVESTNG** |
| **I.R. NO. 4GC** | |

REFERENCE W7061  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 387061  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct
Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7*

ADPRB10720_6986272_004-E:24649-00649
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
SEPTEMBER 14, 2023

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 665-2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - USA

| **SETTLEMENT DATE** | **SEPTEMBER 18, 2023** |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.3727 |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,500 | META MATLS INC | @ | .22412US |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE    1.37270000 | | |

| GROSS AMOUNT | 560.30 |
|---|---|
| COMMISSION | 9.95 |
| SUB-TOTAL | 570.25 US |
| EXCHANGE | 212.53 |
| NET AMOUNT | 782.78 C$ |

| CLIENT NAME | MR TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W7743  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 387743  /  INTERNAL CODES UN 1D  /   684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_6986272_004-00001292 - E:24649



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7010862_004-E:26653-02653

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
SEPTEMBER 15, 2023

**ACCOUNT NO.**      **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - USA

| SETTLEMENT DATE | SEPTEMBER 19, 2023 |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.3736 |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | .21783US |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE    1.37360000 | | |

| | |
|---|---|
| GROSS AMOUNT | 435.66 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 445.61 US |
| EXCHANGE | 166.48 |
| NET AMOUNT | 612.09 C$ |

**CLIENT NAME**                          MR TREVOR BLACK
**ACCOUNT NO.**                          665-2463818 - CSH
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE W7951  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 367951  /  INTERNAL CODES UN 1D  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_7010862_004-E:26652-02652
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
SEPTEMBER 15, 2023

**ACCOUNT NO.**          **TYPE**
665-2463818                  CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **SEPTEMBER 19, 2023**
AS PRINCIPAL, WE CONVERTED AT                           1.3733
TRANSACTION TYPE                                  **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 3,002 | META MATLS INC | @ | .22079US |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE  1.37330000 | | |

| | |
|---|---|
| GROSS AMOUNT | 662.81 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 672.76 US$ |
| EXCHANGE | 251.14 |
| NET AMOUNT | 923.90 C$ |

CLIENT NAME                              **MR TREVOR BLACK**
ACCOUNT NO.                             **665-2463818 - CSH**
INVESTMENT REPRESENTATIVE     **ONLINE INVESTNG**
I.R. NO. 4GC

REFERENCE W7950  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 367950  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

ADPRB10720_7145434_003-E:19675-03675

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
SEPTEMBER 22, 2023

**ACCOUNT NO.**     **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| | | |
|---|---|---|
| **SETTLEMENT DATE** | **SEPTEMBER 26, 2023** | |
| AS PRINCIPAL, WE CONVERTED AT | | 1.3676 |
| TRANSACTION TYPE | **BOUGHT** | |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,750 | META MATLS INC | @ | .20349US |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE | 1.36760000 | |

| | |
|---|---|
| GROSS AMOUNT | 356.10 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 366.05 U$ |
| EXCHANGE | 134.56 |
| NET AMOUNT | 500.61 C$ |

**CLIENT NAME**                      MR TREVOR BLACK
**ACCOUNT NO.**                      665-2463818 - CSH
**INVESTMENT REPRESENTATIVE**        ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE W5864  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 345864  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7145434_003 - 00037349 - E:19675



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7209070_003-E:23053-07053

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
SEPTEMBER 26, 2023

**ACCOUNT NO.**  **TYPE**
665-2463818     CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| SETTLEMENT DATE | SEPTEMBER 28, 2023 |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.3722 |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | .2093U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE   1.37220000 | | |

| | |
|---|---|
| GROSS AMOUNT | 418.60 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 428.55 US$ |
| EXCHANGE | 159.51 |
| NET AMOUNT | 588.06 CS$ |

| | |
|---|---|
| **CLIENT NAME** | MR TREVOR BLACK |
| **ACCOUNT NO.** | 665-2463818 - CSH |
| **INVESTMENT REPRESENTATIVE** | ONLINE INVESTNG |
| **I.R. NO. 4GC** | |

REFERENCE W6557  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 356557  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**

**ORDER EXECUTION ONLY ACCOUNT**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_7257290_004-E:24388-00388

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
SEPTEMBER 28, 2023

| ACCOUNT NO. | TYPE |
|---|---|
| 665-2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**  **OCTOBER 2, 2023**
AS PRINCIPAL, WE CONVERTED AT          1.3715
TRANSACTION TYPE          **BOUGHT**

| Quantity | Security Description | Unit Price |
|---|---|---|
| 4,002 | META MATLS INC | @  .2065U$ |
| | COMMON STOCK | |
| | UNSOLICITED | |
| | AVG PRICE SHOWN-DETAILS ON REQ | |
| | DA | |
| | EXCHANGE RATE    1.37150000 | |

| | |
|---|---|
| GROSS AMOUNT | 826.41 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 836.36 US$ |
| EXCHANGE | 310.71 |
| NET AMOUNT | 1,147.07 CS$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W2851  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 392851  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7257290_004- 00003775 : E:24388


**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_7257290_004-E:24389-00389
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
SEPTEMBER 28, 2023

**ACCOUNT NO.**     **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**           **OCTOBER 2, 2023**
AS PRINCIPAL, WE CONVERTED AT                    1.3713
TRANSACTION TYPE                                   **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,500 | META MATLS INC | @ | .2005U$ |
|  | COMMON STOCK |  |  |
|  | UNSOLICITED |  |  |
|  | AVG PRICE SHOWN-DETAILS ON REQ |  |  |
|  | DA |  |  |
|  | EXCHANGE RATE     1.37130000 |  |  |

| | |
|---|---|
| GROSS AMOUNT | 501.25 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 511.20 US |
| EXCHANGE | 189.81 |
| NET AMOUNT | 701.01 C$ |

**CLIENT NAME**                        MR TREVOR BLACK
**ACCOUNT NO.**                       665-2463818 - CSH
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE W2852  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 392852  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_7275082_003-E:21591-05591
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
SEPTEMBER 29, 2023

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 665-2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **OCTOBER 3, 2023**
AS PRINCIPAL, WE CONVERTED AT                1.3794
TRANSACTION TYPE                           **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,500 | META MATLS INC | @ | .2129US$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE   1.37940000 | | |

| | |
|---|---|
| GROSS AMOUNT | 532.25 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 542.20 US$ |
| EXCHANGE | 205.71 |
| NET AMOUNT | 747.91 C$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W7275  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 397275  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.


**Direct Investing**

## RBC Direct Investing Inc.
### ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_7445642_004-E:25533-01533
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
OCTOBER 6, 2023

**ACCOUNT NO.**     **TYPE**
665-2463818         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| SETTLEMENT DATE | OCTOBER 11, 2023 |
|---|---|

| TRANSACTION TYPE | BOUGHT |
|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,502 | META MATLS INC | @ | .219U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 547.93 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 557.88 U$ |
| NET AMOUNT | 557.88 U$ |

| | |
|---|---|
| **CLIENT NAME** | **MR TREVOR BLACK** |
| **ACCOUNT NO.** | **665-2463818 - CSH** |
| **INVESTMENT REPRESENTATIVE** | **ONLINE INVESTNG** |
| **I.R. NO. 4GC** | |

REFERENCE W6015  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 376015  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7*

ADPRB10720_7484239_004-E:28205-04205

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
OCTOBER 10, 2023

**ACCOUNT NO.**    **TYPE**
665-2463818    CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**      **OCTOBER 11, 2023**
AS PRINCIPAL, WE CONVERTED AT     1.381
TRANSACTION TYPE      **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,200 | META MATLS INC | @ | .212U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE   1.38100000 | | |
| | AS OF 10/09/23 | | |

| | |
|---|---|
| GROSS AMOUNT | 466.40 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 476.35 U$ |
| EXCHANGE | 181.49 |
| NET AMOUNT | 657.84 C$ |

**CLIENT NAME**        **MR TREVOR BLACK**
**ACCOUNT NO.**        **665-2463818 - CSH**
**INVESTMENT REPRESENTATIVE**    **ONLINE INVESTNG**
**I.R. NO. 4GC**

REFERENCE A3203  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 103203  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7484239_004 - 00005409 - E:28205



**Direct Investing**

**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

ADPRB10720_1316570_003-E:23281-07281
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
NOVEMBER 6, 2023

**ACCOUNT NO.**    **TYPE**
665-2463818        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **NOVEMBER 8, 2023**
AS PRINCIPAL, WE CONVERTED AT                    1.3906
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 5,100 | META MATLS INC | @ | .10U$ |
|  | COMMON STOCK |  |  |
|  | UNSOLICITED |  |  |
|  | DA |  |  |
|  | EXCHANGE RATE    1.39060000 |  |  |

| | |
|---|---|
| GROSS AMOUNT | 510.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 519.95 U$ |
| EXCHANGE | 203.09 |
| NET AMOUNT | 723.04 C$ |

**CLIENT NAME**              **MR TREVOR BLACK**
**ACCOUNT NO.**              665-2463818 - CSH
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE 64101  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 064101  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1316570_003 - 00014581 - E:23281

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_1343048_003-E:22447-06447
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
NOVEMBER 7, 2023

**ACCOUNT NO.**   **TYPE**
665-2463818         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **NOVEMBER 9, 2023**
AS PRINCIPAL, WE CONVERTED AT                    1.3969
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 3,000 | META MATLS INC | @ | .11729US |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE   1.39690000 | | |

| | |
|---|---|
| GROSS AMOUNT | 351.87 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 361.82 US $ |
| EXCHANGE | 143.61 |
| NET AMOUNT | 505.43 C$ |

**CLIENT NAME**                         MR TREVOR BLACK
**ACCOUNT NO.**                         665-2463818 - CSH
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE 77725  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 077725  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1343048_003 - 00012885 - E:22447

 **Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1869702_004-E:28527-04527
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
DECEMBER 4, 2023

**ACCOUNT NO.**    **TYPE**
665-2463818      CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**              **DECEMBER 6, 2023**
AS PRINCIPAL, WE CONVERTED AT                1.3759
TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price | | | |
|---|---|---|---|---|---|---|
| | | | | GROSS AMOUNT | 725.00 | |
| 10,000 | META MATLS INC | @ | .0725U$ | COMMISSION | 9.95 | |
| | COMMON STOCK | | | | | |
| | UNSOLICITED | | | | | |
| | DA | | | | | |
| | EXCHANGE RATE   1.37590000 | | | SUB-TOTAL | 734.95 U$ | |
| | | | | EXCHANGE | 276.27 | |
| | | | | NET AMOUNT | 1011.22 C$ | |

CLIENT NAME                MR TREVOR BLACK
ACCOUNT NO.                665-2463818 - CSH
INVESTMENT REPRESENTATIVE  ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE W2957  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 372957  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_2765380_004-E:29186-05186
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

**Confirmation Notice**

**DATE**
JANUARY 17, 2024

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 665-2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| **SETTLEMENT DATE** | **JANUARY 19, 2024** |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.3723 |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 6,276 | META MATLS INC | @ | .076U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE   1.37230000 | | |

| | |
|---|---|
| GROSS AMOUNT | 476.97 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 486.92 U$ |
| EXCHANGE | 181.28 |
| NET AMOUNT | 668.20 C$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W4318  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 374318  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2667534_005-E:33553-01553
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JANUARY 12, 2024

**ACCOUNT NO.**      **TYPE**
665-2463818         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **JANUARY 17, 2024**
AS PRINCIPAL, WE CONVERTED AT                    1.3614
TRANSACTION TYPE                           **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 15,013 | META MATLS INC | @ | .0602U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE     1.36140000 | | |

| | |
|---|---|
| GROSS AMOUNT | 903.78 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 913.73 U$ |
| EXCHANGE | 330.22 |
| NET AMOUNT | 1,243.95 C$ |

**CLIENT NAME**                    **MR TREVOR BLACK**
**ACCOUNT NO.**                    665-2463818 - CSH
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE W7490  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 347490  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

RBC

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2667534_005-E:33554-01554
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JANUARY 12, 2024

**ACCOUNT NO.**        **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - USA

**SETTLEMENT DATE**          **JANUARY 17, 2024**
AS PRINCIPAL, WE CONVERTED AT                    1.3618
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 10,013 | META MATLS INC | @ | .06068US |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE    1.36180000 | | |

| | |
|---|---|
| GROSS AMOUNT | 607.56 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 617.51 U$ |
| EXCHANGE | 223.42 |
| NET AMOUNT | 840.93 C$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W7491  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 347491  /  INTERNAL CODES UN 1D  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2667534_005 - 00003107 - E:33554


**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_2918358_005-E:32208-00208
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JANUARY 24, 2024

**ACCOUNT NO.**    **TYPE**
665-2463818        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **JANUARY 26, 2024**
AS PRINCIPAL, WE CONVERTED AT                 1.3644
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 10,013 | META MATLS INC | @ | .06U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.36440000 | | |

| | |
|---|---|
| GROSS AMOUNT | 600.78 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 610.73 U$ |
| EXCHANGE | 222.55 |
| NET AMOUNT | 833.28 C$ |

**CLIENT NAME**              **MR TREVOR BLACK**
**ACCOUNT NO.**              665-2463818 - CSH
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE W1185  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 361185  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2821181_004-E:28042-04042
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
JANUARY 19, 2024

**ACCOUNT NO.**    **TYPE**
665-2463818        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - USA

**SETTLEMENT DATE**         **JANUARY 23, 2024**
AS PRINCIPAL, WE CONVERTED AT                    1.3691
TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 10,013 | META MATLS INC | @ | .0732U$ |
|  | COMMON STOCK | | |
|  | UNSOLICITED | | |
|  | AVG PRICE SHOWN-DETAILS ON REQ | | |
|  | DA | | |
|  | EXCHANGE RATE      1.36910000 | | |

| | |
|---|---|
| GROSS AMOUNT | 732.94 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 742.89 U$ |
| EXCHANGE | 274.20 |
| NET AMOUNT | 1,017.09 C$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W2037  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 352037  /  INTERNAL CODES UN 1D  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_2821181_004-E:28043-04043
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
JANUARY 19, 2024

**ACCOUNT NO.**     **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - USA

**SETTLEMENT DATE**          **JANUARY 23, 2024**
AS PRINCIPAL, WE CONVERTED AT                1.3684
TRANSACTION TYPE                          **BOUGHT**

| | Quantity | Security Description | | Unit Price |
|---|---|---|---|---|
| | 20,013 | META MATLS INC | @ | .07295US |
| | | COMMON STOCK | | |
| | | UNSOLICITED | | |
| | | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | | DA | | |
| | | EXCHANGE RATE    1.36840000 | | |

| GROSS AMOUNT | 1,459.95 |
|---|---|
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,469.80 U$ |
| EXCHANGE | 541.47 |
| NET AMOUNT | 2,011.27 C$ |

**CLIENT NAME**                              MR TREVOR BLACK
**ACCOUNT NO.**                              665-2463818 - CSH
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE W2038  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 352038  /  INTERNAL CODES UN 1D  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2821181_004 - 05056265 - E:28043

 **Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_1452916_005-E:32733-00733
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
NOVEMBER 14, 2023

**ACCOUNT NO.**        **TYPE**
665-2463818              CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING SALE FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**            **NOVEMBER 16, 2023**
AS PRINCIPAL, WE CONVERTED AT                    1.3529
TRANSACTION TYPE                                      **SOLD**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 159,691 | META MATLS INC | @ | .094U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | CA | | |
| | EXCHANGE RATE   1.35290000 | | |

| | |
|---|---|
| GROSS AMOUNT | 15,010.95 |
| COMMISSION | 9.95 |
| US TRAN FEE | .13 |
| FEE SUB-TOTAL | 10.08 |
| SUB-TOTAL | 15,000.87 U$ |
| EXCHANGE | 5,293.81 |
| NET AMOUNT | 20,294.68CR C$ |

CLIENT NAME                              MR TREVOR BLACK
ACCOUNT NO.                              665-2463818 - CSH
INVESTMENT REPRESENTATIVE      ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE E0402  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 140402  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1452916_005 - 00001445 - E:32733



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_2949538_004-E:31730-07730
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

**Confirmation Notice**

**DATE**
JANUARY 25, 2024

**ACCOUNT NO.**    **TYPE**
665-2463818    CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - USA

**SETTLEMENT DATE**    **JANUARY 29, 2024**
AS PRINCIPAL, WE CONVERTED AT    1.3691
TRANSACTION TYPE    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 10,013 | META MATLS INC | @ | .05206US |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE    1.36910000 | | |

| | |
|---|---|
| GROSS AMOUNT | 521.30 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 531.25 US |
| EXCHANGE | 196.08 |
| NET AMOUNT | 727.33 C$ |

**CLIENT NAME**    MR TREVOR BLACK
**ACCOUNT NO.**    665-2463818 - CSH
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE P2131 / CUSIP US59134N1046 / SECURITY NO. M067927 / ORDER NO. 252131 / INTERNAL CODES UN 1D / 684 A

---

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2949538_004-0001S459-E:31730



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2949538_004-E:31728-07728

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
JANUARY 25, 2024

**ACCOUNT NO.**   **TYPE**
665-2463818        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**              **JANUARY 29, 2024**
AS PRINCIPAL, WE CONVERTED AT                          1.371
TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 10,013 | META MATLS INC | @ | .0553U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE     1.37100000 | | |

| | |
|---|---|
| GROSS AMOUNT | 553.71 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 563.66 US |
| EXCHANGE | 209.12 |
| NET AMOUNT | 772.78 C$ |

**CLIENT NAME**                        **MR TREVOR BLACK**
**ACCOUNT NO.**                        665-2463818 - CSH
**INVESTMENT REPRESENTATIVE**   · ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE P2129  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 252129  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2949538_004 - 0001S455 - E:31728



**Direct Investing**

**RBC Direct Investing Inc.**

## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_2949538_004-E:31729-07729

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
JANUARY 25, 2024

**ACCOUNT NO.**    **TYPE**
665-2463818         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - USA

| SETTLEMENT DATE | JANUARY 29, 2024 |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.3691 |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 10,013 | META MATLS INC | @ | .0516U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE     1.36910000 | | |

| | |
|---|---|
| GROSS AMOUNT | 516.63 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 526.58 US |
| EXCHANGE | 194.36 |
| NET AMOUNT | 720.94 C$ |

**CLIENT NAME**                          **MR TREVOR BLACK**
**ACCOUNT NO.**                          **665-2463818 - CSH**
**INVESTMENT REPRESENTATIVE**   **ONLINE INVESTNG**
**I.R. NO. 4GC**

REFERENCE P2130  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 252130  /  INTERNAL CODES UN 1D  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_2978850_004-E:29504-05504
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
JANUARY 26, 2024

**ACCOUNT NO.**       **TYPE**
665-2463818           CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **JANUARY 30, 2024**
AS PRINCIPAL, WE CONVERTED AT                    1.3675
TRANSACTION TYPE                           **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 10,013 | META MATLS INC | @ | .0579U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | WITH DUE-BILL SPLIT | | |
| | DA | | |
| | EXCHANGE RATE    1.36750000 | | |

| | |
|---|---|
| GROSS AMOUNT | 579.75 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 589.70 US |
| EXCHANGE | 216.71 |
| NET AMOUNT | 806.41 C$ |

**CLIENT NAME**                          **MR TREVOR BLACK**
**ACCOUNT NO.**                          665-2463818 - CSH
**INVESTMENT REPRESENTATIVE**   **ONLINE INVESTNG**
**I.R. NO. 4GC**

REFERENCE W9508  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 389508  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2978850_004 - 00011007 - E:29504



**Direct Investing**

**RBC Direct Investing Inc.**

ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_3049276_004-E:28826-04826

MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
JANUARY 31, 2024

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 665-2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| **SETTLEMENT DATE** | **FEBRUARY 2, 2024** |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.3602 |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 113 | META MATERIALS INC | @ | 3.8784U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE  1.36020000 | | |

| | |
|---|---|
| GROSS AMOUNT | 438.25 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 448.20 U$ |
| EXCHANGE | 161.44 |
| NET AMOUNT | 609.64 C$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W1330  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 381330  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3049276_004-E:28827-04827
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JANUARY 31, 2024

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 665-2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| SETTLEMENT DATE | FEBRUARY 2, 2024 |
|---|---|

| TRANSACTION TYPE | | BOUGHT |
|---|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 321 | META MATERIALS INC | @ | 3.99U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| GROSS AMOUNT | 1,280.79 |
|---|---|
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,290.74 U$ |
| NET AMOUNT | 1,290.74 U$ |

| CLIENT NAME | MR TREVOR BLACK |
|---|---|
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W1331  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 381331  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3049276_004 - 00009003 - E:28827



**Direct Investing**

**RBC Direct Investing Inc.**

**ORDER EXECUTION ONLY ACCOUNT**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_3049276_004-E:28825-04825
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JANUARY 31, 2024

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 665-2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| **SETTLEMENT DATE** | **FEBRUARY 2, 2024** |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.3586 |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 101 | META MATERIALS INC | @ | 4.0527U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE  1.35860000 | | |

| | |
|---|---|
| GROSS AMOUNT | 409.32 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 419.27 U$ |
| EXCHANGE | 150.35 |
| NET AMOUNT | 569.62 C$ |

| **CLIENT NAME** | MR TREVOR BLACK |
|---|---|
| **ACCOUNT NO.** | 665-2463818 - CSH |
| **INVESTMENT REPRESENTATIVE** | ONLINE INVESTNG |
| **I.R. NO. 4GC** | |

REFERENCE W1329  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 381329  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3049276_004 - 0000#2 - E:25825



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_3100787_004-E:27386-03386
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON L8E 6C3

## Confirmation Notice

**DATE**
FEBRUARY 1, 2024

**ACCOUNT NO.**   **TYPE**
665-2463818       CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

| SETTLEMENT DATE | FEBRUARY 5, 2024 | |
|---|---|---|
| TRANSACTION TYPE | **BOUGHT** | |
| Quantity Security Description | | Unit Price |
| 113 META MATERIALS INC | @ | 3.5178U$ |
| COMMON STOCK | | |
| UNSOLICITED | | |
| DA | | |

| | |
|---|---|
| GROSS AMOUNT | 397.51 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 407.46 U$ |
| NET AMOUNT | 407.46 U$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE 18324  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 018324  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_3100787_004-E:27385-03385
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
FEBRUARY 1, 2024

**ACCOUNT NO.**     **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - USA

**SETTLEMENT DATE**              **FEBRUARY 5, 2024**

TRANSACTION TYPE                            **BOUGHT**

| Quantity | Security Description | | Unit Price | |
|---|---|---|---|---|
| 101 | META MATERIALS INC | @ | 3.5198US$ | |
| | COMMON STOCK | | | |
| | UNSOLICITED | | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | | |
| | DA | | | |

| | |
|---|---|
| GROSS AMOUNT | 355.50 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 365.45 U$ |
| NET AMOUNT | 365.45 U$ |

CLIENT NAME                              MR TREVOR BLACK
ACCOUNT NO.                              665-2463818 - CSH
INVESTMENT REPRESENTATIVE    ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE 18323  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 018323  /  INTERNAL CODES UN 1D  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3100787_004 - 00006789 - E:27385



**Direct Investing**
RBC

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3181202_004-E:31632-07632
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
FEBRUARY 5, 2024

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 665-2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

## SETTLEMENT DATE    FEBRUARY 7, 2024
AS PRINCIPAL, WE CONVERTED AT                1.3751
TRANSACTION TYPE                         **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 113 | META MATERIALS INC | @ | 3.0461U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE  1.37510000 | | |

| | |
|---|---|
| GROSS AMOUNT | 344.20 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 354.15 U$ |
| EXCHANGE | 132.84 |
| NET AMOUNT | 486.99 C$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W8329  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 398329  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3997283_004-E:30635-06635
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
MARCH 14, 2024

**ACCOUNT NO.**     **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **MARCH 18, 2024**

TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 450 | META MATERIALS INC | @ | 1.9388U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |



| GROSS AMOUNT | 872.46 |
|---|---|
| COMMISSION | 9.95 |
| SUB-TOTAL | 882.41 U$ |
| NET AMOUNT | 882.41 U$ |

CLIENT NAME                                **MR TREVOR BLACK**
ACCOUNT NO.                              **665-2463818 - CSH**
INVESTMENT REPRESENTATIVE      **ONLINE INVESTNG**
I.R. NO. 4GA

REFERENCE W5737  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 355737  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_5394659_005-E:33853-01853
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

**Confirmation Notice**

**DATE**
MAY 21, 2024

**ACCOUNT NO.**          **TYPE**
665-2463818                  CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**                          **MAY 23, 2024**

TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 750 | META MATERIALS INC | @ | 3.98U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |



| | |
|---|---|
| GROSS AMOUNT | 2,985.00 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 2,994.95 US |
| NET AMOUNT | 2,994.95 US |

**CLIENT NAME**                        **MR TREVOR BLACK**
ACCOUNT NO.                         665-2463818 - CSH
INVESTMENT REPRESENTATIVE     ONLINE INVESTNG
I.R. NO. 3YC

REFERENCE W2674  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 392674  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7094662_004-E:24194-00194
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
AUGUST 9, 2024

**ACCOUNT NO.**     **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **AUGUST 12, 2024**
AS PRINCIPAL, WE CONVERTED AT                    1.3932
TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 500 | META MATERIALS INC | @ | .9198U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE    1.39320000 | | |

| | |
|---|---|
| GROSS AMOUNT | 459.90 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 469.85 US$ |
| EXCHANGE | 184.75 |
| NET AMOUNT | 654.60 C$ |

**CLIENT NAME**              MR TREVOR BLACK
**ACCOUNT NO.**              665-2463818 - CSH
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE W3066  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 383066  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_6048361_004-E:28866-04866
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

### Confirmation Notice

**DATE**
JUNE 21, 2024

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 665-2463818 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**                    **JUNE 24, 2024**

TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 401 | META MATERIALS INC | @ | 2.89U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |



| | |
|---|---|
| GROSS AMOUNT | 1,158.89 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 1,168.84 U$ |
| NET AMOUNT | 1,168.84 U$ |

| | |
|---|---|
| CLIENT NAME | MR TREVOR BLACK |
| ACCOUNT NO. | 665-2463818 - CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GC | |

REFERENCE W2370  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 382370  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.


**Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_6048361_004-E:28867-04867
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
JUNE 21, 2024

**ACCOUNT NO.**     **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

## SETTLEMENT DATE                    JUNE 24, 2024

TRANSACTION TYPE                                      **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 700 | META MATERIALS INC<br>COMMON STOCK<br>UNSOLICITED<br>DA | @ | 2.9869U$ |

| | |
|---|---|
| GROSS AMOUNT | 2,090.83 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 2,100.78 US |
| NET AMOUNT | 2,100.78 US |

CLIENT NAME                      MR TREVOR BLACK
ACCOUNT NO.                      665-2463818 - CSH
INVESTMENT REPRESENTATIVE        ONLINE INVESTNG
I.R. NO. 4GC

REFERENCE W2371  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 382371  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_6048361_004 - 00009723 - E:28867

 **Direct Investing** RBC®

**RBC Direct Investing Inc.**
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_7094662_004-E:24194-00194
MR TREVOR BLACK
12 CARDIGAN PLACE
STONEY CREEK ON  L8E 6C3

## Confirmation Notice

**DATE**
AUGUST 9, 2024

**ACCOUNT NO.**       **TYPE**
665-2463818          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**           **AUGUST 12, 2024**
AS PRINCIPAL, WE CONVERTED AT          1.3932
TRANSACTION TYPE              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 500 | META MATERIALS INC | @ | .9198U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE    1.39320000 | | |

| | |
|---|---|
| GROSS AMOUNT | 459.90 |
| COMMISSION | 9.95 |
| SUB-TOTAL | 469.85 US |
| EXCHANGE | 184.75 |
| NET AMOUNT | 654.60 C$ |

**CLIENT NAME**                      **MR TREVOR BLACK**
**ACCOUNT NO.**                      665-2463818 - CSH
**INVESTMENT REPRESENTATIVE**        ONLINE INVESTNG
**I.R. NO. 4GC**

REFERENCE W3066  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 383066  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.