NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials Inc. | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Irving H. Mendoza
   230 Spruce Breeze, 78245
   San Antonio, Texas

   Telephone Number: (956) 445-6580

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you the Debtors.

**RECEIVED AND FILED**
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
6VY-28014-18 RR ☑ DWA

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   500 7th Avenue, New York, New York 10018
   Telephone Number: (800) 205-5164

3. Date Equity Interest was acquired: First Buy: July 9th, 2021
   Last Buy: Dec 4th, 2023

4. Total amount of member interest: 87.84744

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Irving H. Mendoza
Title: _____
Company:___ Address and telephone number (if different from notice address above):

(Signature) /s/ Irving Mendoza     (Date) 11-30-24

Telephone number: (956) 445-6580    email: IrvingMendoza93@gmail.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

| | | |
|---|---|---|
| February 2024 | Investment | July 2022 |
| Metamaterial Inc. | $100.00 | Metamaterial Inc. |
| Sale | Apr 17 8:25 AM | Investment |
| $0.44 | March 2023 | $100.00 |
| Feb 6 2:16 PM | Metamaterial Inc. | Jul 19 1:02 PM |
| December 2023 | Investment | June 2022 |
| Metamaterial Inc. | $100.00 | Metamaterial Inc. |
| Investment | Mar 27 10:16 AM | Investment |
| $100.00 | February 2023 | $50.00 |
| Dec 4 10:12 AM | Metamaterial Inc. | Jun 28 11:36 AM |
| November 2023 | Investment | Metamaterial Inc. |
| Metamaterial Inc. | $100.00 | Investment |
| Investment | Feb 21 10:53 AM | $200.00 |
| $100.00 | September 2022 | Jun 24 2:28 PM |
| Nov 22 1:07 PM | Metamaterial Inc. | Metamaterial Inc. |
| Metamaterial Inc. | Investment | Investment |
| Investment | $100.00 | $100.00 |
| $100.00 | Sep 27 1:51 PM | Jun 14 12:14 PM |
| Nov 1 12:32 PM | August 2022 | May 2022 |
| October 2023 | Metamaterial Inc. | Metamaterial Inc. |
| Metamaterial Inc. | Investment | Investment |
| Investment | $100.00 | $100.00 |
| $100.00 | Aug 23 12:10 PM | May 12 10:13 PM |
| Oct 24 9:32 AM | Metamaterial Inc. | Metamaterial Inc. |
| July 2023 | Investment | Investment |
| Metamaterial Inc. | $50.00 | $100.00 |
| Investment | Aug 7 5:06 PM | May 9 10:55 AM |
| $200.00 | Metamaterial Inc. | April 2022 |
| Jul 12 3:31 PM | Investment | Metamaterial Inc. |
| April 2023 | $250.00 | Investment |
| Metamaterial Inc. | Aug 4 5:25 AM | $100.00 |

Apr 21 2:19 PM

January 2022

Metamaterial Inc.

Investment

$200.00

Jan 7 11:52 AM

Metamaterial Inc.

Investment

$0.31

Jan 6 1:20 AM

Metamaterial Inc.

Investment

$123.00

Jan 4 9:53 AM

December 2021

Metamaterial Inc.

Investment

$176.69

Dec 29 1:30 PM

Metamaterial Inc.

Investment

$300.00

Dec 28 12:38 PM

Metamaterial Inc.

Investment

$200.00

Dec 27 8:36 AM

Metamaterial Inc.

Investment

$201.20

Dec 23 1:27 AM

August 2021

Metamaterial Inc.

Investment

$500.00

Aug 16 10:34 AM

Metamaterial Inc.

Investment

$400.00

Aug 12 1:01 PM

Metamaterial Inc.

Investment

$400.00

Aug 4 1:21 PM

July 2021

Metamaterial Inc.

Investment

$500.00

Jul 27 9:17 AM

Metamaterial Inc.

Investment

$500.00

Jul 21 4:46 AM

Metamaterial Inc.

Investment

$500.00

Jul 19 11:28 AM

Metamaterial Inc.

Investment

$500.00

Jul 12 11:33 AM

Metamaterial Inc.

Investment canceled

$500.00

Jul 12 11:32 AM

Metamaterial Inc.

Investment

$500.00

Jul 9 9:38 AM

---

Value

$5.27

(-99.93%)

-$7,061.59

Amount invested

$7,066.86

% of portfolio

0%

Average price

$80.44

Shares

87.84744