NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: Meta Materials Inc.

Case Number: 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Mark Raidt
16011 cloverton lane
Williamsport MD 21795

Telephone Number: 301 991 5579

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 16 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
Etrade 2nd Account number 775 200920

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Morgan Stanley Smith Barney LLC
PO Box 484   Jersey City, NJ 07303-0484

Telephone Number: 800-387-2331

**3. Date Equity Interest was acquired:**
12/09/22   12/12/22

**4. Total amount of member interest:** 91 shares

**5. Certificate number(s):** ?

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor shareholder   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Mark Raidt
Title: victim of a corrupt stock market that sells shares that do
Company: ___ Address and telephone number (if different from notice address above):

(Signature) *Mark Raidt*   (Date)

Telephone number: 301 991 5579   email: Mark@labersfurniture.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Open   Executed   Cancelled   Saved   Individual fills   Expired   Rejected   All   Bond quotes

Cloverton Investing Account -9919

| From date | To date | Symbols | Order number | Order type | Order status | Security type | Results per page | |
|---|---|---|---|---|---|---|---|---|
| event 07/2022 | event 04/2024 | mmat | | All | All | All | 20 | Apply filters |

Brokerage Update Disclosure info_outline

| | Date | Order | Type | Order type | Quantity | Symbol | Price type | Term | Price | Price executed | Status | Links |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| keyboard_arrow_right | 01/17/24 | 675 | Stock/ETF | Buy | 1,444 | MMAT | Limit | Day | 0.076 | 0.076 | Executed | Portfolios |
| keyboard_arrow_right | 11/09/23 | 640 | Stock/ETF | Buy | 2,923 | MMAT | Limit | Day | 0.1027 | 0.1027 | Executed | Portfolios |
| keyboard_arrow_right | 10/26/23 | 612 | Stock/ETF | Buy | 583 | MMAT | Limit | Day | 0.1375 | 0.1374† | Executed | Portfolios |
| keyboard_arrow_right | 10/26/23 | 610 | Stock/ETF | Buy | 555 | MMAT | Limit | Day | 0.1373 | 0.1373 | Executed | Portfolios |
| keyboard_arrow_right | 10/04/23 | 594 | Stock/ETF | Buy | 158 | MMAT | Limit | GT 60 | 0.23 | 0.229 | Executed | Portfolios |
| keyboard_arrow_right | 09/22/23 | 589 | Stock/ETF | Buy | 2,000 | MMAT | Limit | Day | 0.2032 | 0.2032 | Executed | Portfolios |
| keyboard_arrow_right | 05/17/23 | 550 | Stock/ETF | Buy | 713 | MMAT | Limit | Day | 0.224 | 0.2237† | Executed | Portfolios |
| keyboard_arrow_right | 05/08/23 | 542 | Stock/ETF | Buy | 3,974 | MMAT | Limit | Day | 0.2265 | 0.2265 | Executed | Portfolios |
| keyboard_arrow_right | 04/20/23 | 535 | Stock/ETF | Buy | 1,935 | MMAT | Limit | Day | 0.192 | 0.1919 | Executed | Portfolios |
| keyboard_arrow_right | 02/16/23 | 517 | Stock/ETF | Buy | 320 | MMAT | Limit | Day | 0.75 | 0.75† | Executed | Portfolios |
| keyboard_arrow_right | 02/10/23 | 514 | Stock/ETF | Buy | 370 | MMAT | Limit | Day | 0.825 | 0.8245 | Executed | Portfolios |
| keyboard_arrow_right | 02/10/23 | 510 | Stock/ETF | Buy | 590 | MMAT | Limit | Day | 0.847 | 0.8469 | Executed | Portfolios |
| keyboard_arrow_right | 12/09/22 | 496 | Stock/ETF | Buy | 4,313 | MMAT | Limit | Day | 1.36 | 1.36† | Executed | Portfolios |
| keyboard_arrow_right | 12/09/22 | 494 | Stock/ETF | Sell | 4,380 | MMAT | Limit | Day | 1.36 | 1.3702 | Executed | Gains/Losses |
| keyboard_arrow_right | 12/08/22 | 488 | Stock/ETF | Buy | 103 | MMAT | Limit | Day | 1.91 | 1.91† | Executed | Portfolios |

† = Share-weighted Average

**Please read all the important disclosures below.**

**Investing:**

Check the background of Morgan Stanley Smith Barney LLC on FINRA's BrokerCheck and see the Morgan Stanley Smith Barney LLC Relationship Summary.

**Investment Products   Not FDIC Insured   No Bank Guarantee   May Lose Value**

E*TRADE from Morgan Stanley

Accounts   Pay & Transfer   Trading   Markets & Ideas   Planning   What We Offer

keyboard_arrow_down   notifications Alerts   description Documents   person Profile   search Search

Complete View   Portfolios   Watch Lists   Orders   Balances   Transactions   Banking   Tax Center   Documents   Dividend Reinvestment   Open Account

Refresh December 04, 2024 7:41 AM ET    help Help

Open   Executed   Cancelled   Saved   Individual fills   Expired   Rejected   All   Bond quotes

Individual Brokerage -0920

| From date | To date | Symbols | Order number | Order type | Order status | Security type | Results per page | |
|---|---|---|---|---|---|---|---|---|
| 12/07/2022 | 12/04/2024 | mmat | | All | All | All | 20 | Apply filters |

Brokerage Update Disclosure info_outline

| | Date | Order | Type | Order type | Quantity | Symbol | Price type | Term | Price | Price executed | Status | Links |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| keyboard_arrow_right | 12/12/22 | 72 | Stock/ETF | Buy | 80 | MMAT | Limit | Day | 1.33 | 1.3201 | Executed | Portfolios |
| keyboard_arrow_right | 12/12/22 | 71 | Stock/ETF | Buy | 1,660 | MMAT | Limit | Day | 1.38 | 1.35 | Executed | Portfolios |
| keyboard_arrow_right | 12/09/22 | 66 | Stock/ETF | Buy | 7,352 | MMAT | Limit | Day | 1.36 | 1.36 | Executed | Portfolios |
| keyboard_arrow_right | 12/09/22 | 65 | Stock/ETF | Sell | 8,964 | MMAT | Limit | Day | 1.37 | 1.37† | Executed | Gains/Losses |

† = Share-weighted Average

Please read all the important disclosures below.

**Investing:**

Check the background of Morgan Stanley Smith Barney LLC on FINRA's BrokerCheck and see the Morgan Stanley Smith Barney LLC Relationship Summary.

Investment Products   Not FDIC Insured   No Bank Guarantee   May Lose Value

**Banking:**

Banking products and services are provided by Morgan Stanley Private Bank, National Association, Member FDIC.

Banking Products   FDIC Insured   Bank Guarantee

Equal Housing Lender

Affiliations:

Securities products and investment advisory services offered by Morgan Stanley Smith Barney LLC, Member SIPC and a Registered Investment Adviser. Commodity futures and options on futures products and services offered by E*TRADE Futures LLC, Member NFA. Stock plan administration solutions and services offered by E*TRADE Financial Corporate Services, Inc., and are a part of Morgan Stanley at Work. Banking products and services provided by Morgan Stanley Private Bank, National Association, Member FDIC. All entities are separate but affiliated subsidiaries of Morgan Stanley. E*TRADE from Morgan Stanley and Morgan Stanley at Work are registered trademarks of Morgan Stanley.

Your receipt and use of this service is subject to the terms and conditions in E*TRADE from Morgan Stanley's Market Data Agreement (MDA). Your receipt and use of options market data is subject to the terms of the OPRA Subscriber Agreement.

System response and account access may vary due to a variety of factors, including trading volumes, market conditions, system performances, an

Complete View  Portfolios  Watch Lists  Orders  Balances  Transactions  Banking  Tax Center  Documents ⌄  Dividend Reinvestment  Open Account

↻ Refresh December 04, 2024 9:53 AM ET  ⓘ Help

# Orders

Open | **Executed** | Cancelled | Saved | Individual fills | Expired | Rejected | All | Bond quotes

**Account**
Individual Brokerage -0920 ⌄

| From date | To date | Symbols | Order number | Order type | Order status | Security type | Results per page | |
|---|---|---|---|---|---|---|---|---|
| 📅 06/07/2022 | 📅 12/04/2024 | mmat | | All ⌄ | Executed ⌄ | All ⌄ | 20 ⌄ | Apply filters |

Brokerage Update Disclosure ⓘ

| | Date | Order | Type | Order type | Quantity | Symbol | Price type | Term | Price | Price executed | Status | Links |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| > | 12/12/22 | 72 | Stock/ETF | Buy | 80 | MMAT | Limit | Day | 1.33 | 1.3201 | Executed | Portfolios |
| > | 12/12/22 | 71 | Stock/ETF | Buy | 1,660 | MMAT | Limit | Day | 1.38 | 1.35 | Executed | Portfolios |
| ⌄ | 12/09/22 | 66 | Stock/ETF | Buy | 7,352 | MMAT | Limit | Day | 1.36 | 1.36 | Executed | Portfolios |

**Security**                                                                 **Details**

META MATERIALS INC COM (MMAT)

| Transaction Status | Order Description | Date & Time | Quantity | Price Executed | Commission/Fee |
|---|---|---|---|---|---|
| Order Placed | Buy 7,352 MMAT Limit Day | 12/09/22 03:05:30 PM EST | 7,352 | — | 0.00 |
| Executed | Buy 7,352 MMAT Limit Day | 12/09/22 03:12:50 PM EST | 7,352 | 1.36 | 0.00 |

| | Date | Order | Type | Order type | Quantity | Symbol | Price type | Term | Price | Price executed | Status | Links |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| > | 12/09/22 | 65 | Stock/ETF | Sell | 8,964 | MMAT | Limit | Day | 1.37 | 1.37† | Executed | Gains/Losses |

† = Share-weighted Average