NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor:<br>**Meta Materials** | Case Number:<br>**24-50792hlb** | |
|---|---|---|
| 1.  Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):<br><br>*Arthur Sonnenschein*<br>*828 W. Riverview Dr*<br>*Glendale, WI. 53209*<br><br>Telephone Number:<br>*(414) 332-1995* | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br><br>☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | **RECEIVED AND FILED**<br><br>DEC 16 2024<br><br>U.S. BANKRUPTCY COURT<br>MARY A. SCHOTT, CLERK |

NOTE: This form **SHOULD NOT** be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor:<br>**@ArthurS86986** | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2.  Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br><br>Telephone Number: | 3.  Date Equity Interest was acquired: |
|---|---|
| 4.  Total amount of member interest: _____ | 5.  Certificate number(s): _____ |

6.  Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7.  Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8.  Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Arthur Sonnenschein
Title:
Company: ___ Address and telephone number (if different from notice address above):
828 W. Riverview Dr.
Glendale, WI. 53209

*Arthur Sonnenschein*   12-9-24
(Signature)   (Date)

Telephone number: 414-332-1995   email: Army1975@Gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Our powerful, new trading platform is here—at no extra cost. **Try Robinhood Legend**



Rewards    Investing    Crypto    Spending    Retirement    Notifications    Account

# aterials

Today

3M    YTD    1Y    5Y    MAX

**Buy MMATQ    Sell MMATQ**

You can close out your position in this stock, but you cannot purchase additional shares.

$751.52 buying power available

Individual ⇕

+ Add to Lists

alue

$0.00 (0.00%)

Your average cost
## $481.11

Shares                                            15

1 of 4                                                      12/9/24 10:21 AM

-$7,215.21 (-99.98%)          Portfolio diversity                    0.02%

## ding

**Enroll in Stock Lending Program**

not taking advantage of an income opportunity. You could change that today.

**Filed for bankruptcy**

Inc. engages in the manufacture and development of functional materials. It also provides nano-optic chnology for anti-counterfeiting security features. **Show more**

| Employees | Headquarters | Founded |
|---|---|---|
| 103 | Dartmouth, Nova Scotia | 2007 |

## tics

| Price-Earnings ratio | Dividend yield | Average volume |
|---|---|---|
| — | — | 5.60K |

| Low today | Open price | Volume |
|---|---|---|
| — | — | 0.00 |

| 52 Week low | | |
|---|---|---|
| — | | |

ler Q&As

2021 Earnings Call
ns answered

>

**Reverse Split**

**1:100 Split**

| | **Date Received** | **Type** |
|---|---|---|
| MMAT) | Jan 29, 2024 | Reverse Split |
| | **Previous Shares** | **New Shares** |
| | 1,401.182268 | 14 |

s when a company divides its existing shares to either increase (forward split) or decrease (reverse split) the number of shares it
. As a result, the number of shares you own has changed, but the overall market value of your position remains the same. To learn
and other corporate actions, visit our **Help Center**

**so own**

ortfolios of people who own MMATQ. This list is generated using Robinhood data, and it's not a recommendation.

**Zomedica**                **Cenntro Inc.**              **AMC Entertainment**

$0.1273                     $1.22                         $4.66
+1.11%                      +0.78%                        -1.59%

Ive risks, including the loss of principal. Securities trading offered through Robinhood Financial LLC, Member SIPC and a registered
isclosure

d aren't suitable for all investors. To learn more about risks, read the **Options Disclosure Document.**

12/9/24  10:21 AM