NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor:<br>META MATERIAL INC. | Case Number:<br>24-50792-hlb | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   JAMES T. Padgett
   200 Pine Knoll Lane
   Edgefield SC 29824

   Telephone Number: 803-384-0124

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 16 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
ST 6263195

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   STEPHENS INC,
   111 CENTER ST, Little Rock, AR 72201
   Telephone Number: 866-651-3624

3. Date Equity Interest was acquired:
   08/31/2021

4. Total amount of member interest: 50

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: JAMES T. PADGETT
Title: _____
Company: _____ Address and telephone number (if different from notice address above):

(Signature) James T. Padgett     (Date) 12-9-24

Telephone number: 803-384-0124     email: JAMESTPADGETT@BELLSOUTH.NET

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

## Holdings for xxxxx3195

Showing Delayed Quotes† | As of 4:26 PM ET


Total
$3,160.39
$0.00 0.00%


Unclassified 100.00%
$3,160.39
$0.00 0.00%


U.S. Equity 0.00%
$0.00
$0.00

| Security ↑ | Market Value | Change($) | Price | Change($) | Change(%) | Gain/Loss($) | Gain/Loss(%) |
|---|---|---|---|---|---|---|---|
| > 629999590 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | -$57,900.00 | -100.00% |
| Next Bridge Hydrocarbons Inc Com | | | | | | | |
| ∨ MMATQ | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | -$26,585.00 | -100.00% |
| Meta Matls Inc Com New | | | | | | | |

| Gain / Loss > 1 Year | Gain / Loss < 1 Year | Price as of |
|---|---|---|
| -$26,585.00 | $0.00 | Dec 06, 2024 |

| Account | Asset Class | Cost Per Share |
|---|---|---|
| xxxxx3195 | U.S. Equity > Small Value | $531.70 |

| Covered / Uncovered | Accrued Interest | CUSIP |
|---|---|---|
| Noncovered | | 59134N302 |

| Account Type | Quantity | Market Value | Held In |
|---|---|---|---|
| Cash | 50.00 | $0.00 | USD |

If you receive dividends for MMATQ, they will be **Payout In Cash**

The default disposition method for this security is **First In First Out**

View Tax Lot Details →

| > TROB | $3,160.39 | $0.00 | $1.00 | $0.00 | 0.00% | | |
|---|---|---|---|---|---|---|---|
| Federated Hermes Treasury Obligations Fun... | | | | | | | |

**View Default Disposition Method**

Prices for Mutual Funds are not updated until after market close (typically around 7pm ET).

The Market Value Change is the difference between the most recent market value and the previous day market value. Market Value is the product of Quantity and Last Price. For Mutual Funds, the most recent Market Value Change is retained throughout the day until prices are updated in the evening, typically around 7pm ET. MV Change for Fixed Income holdings occurs only when there is an intraday purchase or sale.

Real-time or Delayed pricing of holdings is for domestic equities and options only. Pricing of other positions is as of the previous day's close, or the most recently available price. Positions are priced as of the last trade. The current bid or ask may be different from the price displayed.

The value of any non-dollar denominated holding used in calculating the balances fields is first converted in to a U.S. Dollar Equivalent (USDE) amount. The USDE amount is calculated by multiplying the previous day's closing price for the holding in its native currency by the previous day's closing spot (conversion) rate as determined by Pershing from sources it deems to be reliable. If the previous day's closing price is not available, then the most recent closing price available for the holding will be used.

Securities pricing may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Your printed confirmations and statements are the official records of your account.

## Tax Lot Details

### MMATQ  META MATLS INC COM NEW

Details ⌄

Tax Lots ⌃

| Opening Trade Date | Qty | Market Value | Total Cost | Unit Cost | Unrealized Gain/Loss |
|---|---|---|---|---|---|
| ⌄ 08/30/2021 | 50.... | $0.00 | 26,585.00 | 531.70 | -26,585.00  -100.00% |

| | | | | | |
|---|---|---|---|---|---|
| **Opening Transaction Type** | RSST | **Balance Type** | | | **Estimated Annual Income**[2] |
| **(Non)Covered** ⓘ | Noncovered | **Trade Date** | 08/30/2021 | | **Date of Death** |
| **Current Quantity** | 50.00 | **Settlement Date** | 01/29/2024 | | **Date of Gift** |
| **Original Quantity** | 50.00 | **Amortization Yield** | 0.00 | | **Wash Sale Disallowance** |
| **Original Principal** | 0.00 | **Adjusted Trade Date** | — | | **Amortization to Date** |
| **Original Total Cost** | 26,585.00 | **Term** | LONG | | |
| **Original Adjusted Cost** | 26,585.00 | **Long Term Date** | 08/31/2022 | | |
| **Pool Factor** | 1.00 | **Estimated Current Yield**[2] | 0.00 | | |

[1] Securities acquired before 2011 are generally not subject to the new cost basis reporting rules set forth in the Internal Revenue Code of 1986, as amended ('IRC') (incorporating amendments enacted by P.L.110343, the Emergency Economic Stabilization Act of 2008), and are therefore considered 'noncovered', under the new cost basis reporting rules. Securities which are 'covered' under the new cost basis reporting rules are defined as securities which have been acquired on or after their 'applicable date(s)' at which they are subject to the cost basis reporting rules. The adjusted basis will be reported to the IRS on form 1099B for the applicable tax year in which the security is disposed.

[2] The estimated annual income (EAI) and estimated current yield (ECY) figures are estimates and for informational purposes only. These figures are not considered to be a forecast or guarantee of future results. These figures are computed using information from providers believed to be reliable, however, no assurance can be made as to the accuracy. Since interest and dividend rates are subject to change at any time, and may be affected by current and future economic, political, and business conditions, they should not be relied on for making investment, trading, or tax decisions. These figures assume that the position quantities, interest and dividend rates, and prices remain constant. A capital gain or return of principal may be included in the figures for certain securities, thereby overstating them. Refer to www.pershing.com for specific details as to formulas used to calculate the figures.