NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: META MATERIAL INC. | Case Number: 24-50792-hlb | |

**RECEIVED AND FILED**
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

William Padgett
200 Pine Knoll Lane
Edgefield SC 29824

Telephone Number: 803-384-0195

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: Z23149648

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Fidelity Investments
245 Summer St, Boston, MA 02210
Telephone Number: 800-343-3548

3. Date Equity Interest was acquired: 07/15/2021

4. Total amount of member interest: 6

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: William Padgett
Title: _____
Company: ___ Address and telephone number (if different from notice address above):

(Signature) William Padgett    (Date) 12-9-24

Telephone number: 803-384-0195   email: willpadgett88@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

  



# Positions

< Accounts

# All accounts

Overview ⌄     As of Dec-09-2024 at 4:32 p.m. ET

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|---|---|---|---|---|---|---|---|---|
| **Individual** Z23149648 | | | | | | | | |
| MMATQ<br>META MATERIALS INC CO... | --<br>-$0.0001 | -$0.01<br>-99.01% | -$2,239.74<br>-100.00% | $0.00 | 0.00% | 6 | $2,239.74<br>$373.29 / Share | -- |

**META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98**

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Aug-09-2021 | Long | -$1,076.49 | -100% | $0.00 | 3 | $358.83 | $1,076.49 |
| Jul-20-2021 | Long | -$166.25 | -100% | $0.00 | 0.5 | $332.50 | $166.25 |
| Jul-15-2021 | Long | -$598.50 | -100% | $0.00 | 1.5 | $399.00 | $598.50 |
| Jul-15-2021 | Long | -$398.50 | -100% | $0.00 | 1 | $398.50 | $398.50 |

| Account Total | | -$0.01<br>0.00% | -$2,239.74<br>-100.00% | $0.00 | | | |

Securities Priced Today   $0.00
Securities Not Priced     - ↘
Today                     $0.01

Some securities, such as mutual funds, are not priced until after the market closes.

### Important Information

↘ Indicates that the security has not priced today. Some securities, such as mutual funds, are not priced until after the market closes.

🟢 Indicates an Earnings event exists within 5 calendar days. Earnings beat or miss is based on the actual earnings compared to the I/B/E/S consensus estimate.

🟢 Indicates a Dividend or Capital Gains Distribution exists.

↘ Indicates that the security has not priced today. Some securities, such as mutual funds, are not priced until after the market closes.

Content and data provided by various third parties and Fidelity. Terms of Use

Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted, and investors should visit the performance page for most recent month-end performance.

You could lose money by investing in a money market fund. Although the fund seeks to preserve the value of your investment at $1.00 per share, it cannot guarantee it will do so. An investment in the fund is not a bank account and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Fidelity Investments and its affiliates, the fund's sponsor, is not required to reimburse the fund for losses, and you should not expect that the sponsor will provide financial support to the fund at any time, including during periods of market stress.

Fidelity's government and U.S. Treasury money market funds will not impose a fee upon the sale of your shares.