| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials | Case Number: 24-50792hlb | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   ARTHUR SONNENSCHEIN
   828 W. RIVERVIEW DR.
   Glendale, WI-53209

   Telephone Number: (414) 332-1995

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC 16 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
94564397

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   Telephone Number:

3. Date Equity Interest was acquired:

4. Total amount of member interest: _____

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.　☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)　☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)　☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Arthur Sonnenschein
Title:
Company: Address and telephone number (if different from notice address above):
828 W. Riverview Dr.
Glendale, WI. 53209

(Signature)　12-9-24 (Date)
Telephone number: 414-332-1995　email: Army1975@Gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**Fidelity**

# Positions

< Accounts

# All accounts

Overview

As of Dec-03-2024 5:45 p.m. ET

| Symbol | Last Price | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | Current Value | % of Account | Quantity | Average Cost Basis | Cost Basis Total | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Individual   X94564397** | | | | | | | | | | | | |
| SPAXX — HELD IN MONEY MARKET | | | | | | | $33.53 | 4.54% | | | | |
| 422CNT022 — HEALTHY CHOICE CONT... | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 0.00% | 14 | -- | -- | -- |
| 78699D491 — NEXT BRIDGE HYDROC... | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 0.00% | 1,120 | $2.90 | $3,242.40 | -- |
| DPLS — DARKPULSE INC COM | $0.0009 | +$0.0001 | +$52.50 | +12.50% | -$8,308.00 | -94.62% | $472.50 | 64.00% | 525,000 | $0.02 | $8,780.50 | $0.00 — $0.01 |
| HCMC — HEALTHIER CHOICES M... | n/a | -$0.0001 | -$100.00 | -99.01% | -$75.39 | -98.70% | $1.00 | 0.14% | 1,000,000 | $0.00 | $76.39 | -- |
| HCWC — HEALTHY CHOICE WELL... | $1.46 | -$0.06 | -$0.24 | -3.95% | -$1,595.08 | -99.64% | $5.84 | 0.79% | 4 | $400.23 | $1,600.92 | $1.40 — $8.50 |
| MMATQ — META MATERIALS INC C... | $0.061 | $0.00 | $0.00 | 0.00% | -$2,644.46 | -99.99% | $0.36 | 0.05% | 6 | $440.80 | $2,644.82 | -- |

**META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98**

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Dec-21-2022 | Long | -$110.75 | -99.95% | $0.06 | 0.972 | $114.00 | $110.81 |
| Jun-21-2021 | Long | -$993.33 | -99.99% | $0.12 | 2.011 | $494.01 | $993.45 |
| Jun-21-2021 | Long | -$1,043.31 | -99.99% | $0.12 | 2.011 | $518.86 | $1,043.43 |
| Jun-21-2021 | Long | -$497.07 | -99.99% | $0.06 | 1.006 | $494.17 | $497.13 |

| Symbol | Last Price | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | Current Value | % of Account | Quantity | Average Cost Basis | Cost Basis Total | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PWDY — POWERDYNE INTL INC ... | $0.001 | -$0.0001 | -$22.50 | -9.10% | -$675.00 | -75.00% | $225.00 | 30.48% | 225,000 | $0.00 | $900.00 | $0.00 — $0.01 |
| SANP — SANTO MINING CORP | n/a | $0.00 | $0.00 | 0.00% | -$179.94 | -99.97% | $0.06 | 0.01% | 60,000 | $0.00 | $180.00 | -- |
| **Account Total** | | | -$70.24 | -8.69% | -$13,477.87 | -95.03% | $738.29 | | | | | |

Securities Priced Today   -$70.24
Securities Not Priced   $0.00
Today

Some securities, such as mutual funds, are not priced until after the market closes.

## Important Information

❋ Indicates that the security has not priced today. Some securities, such as mutual funds, are not priced until after the market closes.

🅴 Indicates an Earnings event exists within 5 calendar days. Earnings beat or miss is based on the actual earnings compared to the I/B/E/S consensus estimate.

🅳 Indicates a Dividend or Capital Gains Distribution exists.

❋ Indicates that the security has not priced today. Some securities, such as mutual funds, are not priced until after the market closes.

Content and data provided by various third parties and Fidelity. Terms of Use

Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted, and investors should visit the performance page for most recent month-end performance.

You could lose money by investing in a money market fund. Although the fund seeks to preserve the value of your investment at $1.00 per share, it cannot guarantee it will do so. An investment in the fund is not a bank account and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Fidelity Investments and its affiliates, the fund's sponsor, is not required to reimburse the fund for losses, and you should not expect that the sponsor will provide financial support to the fund at any time, including during periods of market stress.

Fidelity's government and U.S. Treasury money market funds will not impose a fee upon the sale of your shares.

Options trading entails significant risk and is not appropriate for all investors. Certain complex options strategies carry additional risk. Before trading options, please read Characteristics and Risks of Standardized Options. Supporting documentation for any claims, if applicable, will be furnished upon request.

Fidelity does not provide legal or tax advice. The information herein is general and educational in nature and should not be considered legal or tax advice. Tax laws and regulations are complex and subject to change, which can materially impact investment results. Fidelity cannot guarantee that the information herein is accurate, complete, or timely. Fidelity makes no warranties with regard to such information or results obtained by its use, and disclaims any liability arising out of your use of, or any tax position taken in reliance on, such information. Consult an attorney or tax professional regarding your specific situation.

Fidelity Stock Plan Services, LLC, provides recordkeeping and/or administrative services to your company's equity compensation plan, in addition to any services provided directly to the plan by your company or its service providers.

Investment advisory services are provided through Fidelity Personal and Workplace Advisors LLC (FPWA), a registered investment adviser, for a fee. Brokerage services are provided through Fidelity Brokerage Services LLC (FBS). Both are Fidelity Investments companies. Fidelity advisors are licensed representatives of FPWA and registered representatives of FBS. Whether a Fidelity advisor provides advisory or brokerage services to you will depend on the products and services you choose.

IMPORTANT: The projections or other information generated by the Planning & Guidance Center's Retirement Analysis regarding the likelihood of various investment outcomes are hypothetical in nature, do not reflect actual investment results, and are not guarantees of future results. Your results may vary with each use and over time.

Fidelity Crypto® is offered by Fidelity Digital Assets℠. Investing involves risk, including risk of total loss. Crypto as an asset class is highly volatile, can become illiquid at any time, and is for investors with a high risk tolerance. Crypto may also be more susceptible to market manipulation than securities. Crypto is not insured by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. Investors in crypto do not benefit from the same regulatory protections applicable to registered securities. Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services, LLC, which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897). Brokerage services in support of securities trading are provided by Fidelity Brokerage Services LLC ("FBS"), and related custody services are provided by National Financial Services LLC ("NFS"), each a registered broker-dealer and member NYSE and SIPC. Neither FBS nor NFS offer crypto as a direct investment nor provide trading or custody services for such assets. Fidelity Crypto and Fidelity Digital Assets are service marks of FMR LLC. Fidelity Crypto® risk disclosure | Fidelity Crypto® complaints & disclosures

Before investing in any mutual fund or exchange-traded fund, you should consider its investment objectives, risks, charges, and expenses. Contact Fidelity for a prospectus, an offering circular, or, if available, a summary prospectus containing this information. Read it carefully.

984557.14.0

> Additional important information

**Fidelity** INVESTMENTS

Copyright 1998- 2024 FMR LLC. All rights reserved.
Terms of Use | Privacy | Security | Site Map | Accessibility | Contact Us | Share Your Screen
This is for persons in the U.S. only.