NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

Name of Debtor: **META MATERIALS, INC**

Case Number: **24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

**Gregory J. Sisco**
**146 Piute Road**
**Shohola, PA 18458**

Telephone Number: **570-618-0559**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 16 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
**9062-8742**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
**Charles Schwab & Co, Inc (Gregory Sisco)**
**Omaha Operations Center**
**PO Box 2339, Omaha, NE 68103**
Telephone Number: **800-435-4000**

3. Date Equity Interest was acquired:
**06/01/2021 - 01/30/2024**

4. Total amount of member interest: **42,250 / 423.** **$51,327** **presplit/postsplit**

5. Certificate number(s): **See attached documents**

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: **INVESTOR**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent.   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   (See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Gregory J. Sisco**
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature): **Gregory J Sisco**
(Date): **12/**
Telephone number: **570-618-0559**   email: **bigobaddy@outlook.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

## Statement for Account # 427-160460
06/01/21 - 06/30/21

### Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | $ 3,400.00 | $ 3,400.00 |
| *Subtotal* | 3,400.00 | 3,400.00 |
| **DEBITS** | | |
| Electronic Transfer | $ (3,664.55) | $ (10,115.39) |
| *Subtotal* | (3,664.55) | (10,115.39) |
| **TOTAL** | (264.55) | (6,715.39) |

### Income Summary Detail

| Description | Current | Year to Date |
|---|---|---|
| IDA Interest | $ 0.00 | $ 0.03 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| META MATERIALS INC COM | MMAT | 1,533 | 7.49 | 11,482.17 | 06/11/20 | 7,709.46 | 5.03 | 3,772.71 | - | - |
| **Total Stocks** | | | | $11,584.34 | | $7,959.52 | | $3,624.82 | $0.00 | 0.0% |
| **Total Cash Account** | | | | $11,584.34 | | $7,959.52 | | $3,624.82 | $0.00 | 0.0% |



Schwab One® Account of

GREGORY J SISCO

Statement Period
December 1-31, 2023

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK USA NA x,z | | | 0.30 | 0.55 | 0.25 | | 0.45% | <1% |
| **Total Cash and Cash Investments** | | | | | **$0.30** | **$0.55** | **$0.25** | | | **<1%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMAT | META MATLS INC | 42,240.0000 | 0.06600 | 2,787.84 | 51,327.83 | (48,539.99) | N/A | 0.00 | 36% |
| **Total Equities** | | | | **$7,851.73** | **$60,828.92** | **($52,977.19)** | | **$0.00** | **100%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | | | | 3,115.50 | | | |
| | PACIFIC INTL RSTD | 3,200.0000 | | | 0.00 | | | |
| **Total Unpriced Securities** | | | | **$0.00** | **$3,115.50** | **$0.00** | | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.



**Schwab One® Account of**

GREGORY J SISCO

Statement Period
December 1-31, 2023

## Transactions - Summary

| Beginning Cash* as of 12/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Fees | = | Ending Cash* as of 12/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0.30 | | $300.00 | | $0.00 | | ($299.79) | | $0.00 | | $0.04 | | $0.00 | | $0.55 |

Other Activity  $0.00     Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| | Purchase | | MMAT | META MATLS INC | 215.0000 | 0.0705 | | (15.16) | |
| **Total Transactions** | | | | | | | | $0.25 | $0.00 |

Date column represents the Settlement/Process date for each transaction.

## Bank Sweep Activity

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12/01 | **Beginning Balance** x,z | $0.30 | 12/22 | BANK TRANSFER TO BROKERAGE | (299.79) |
| 12/04 | BANK CREDIT FROM BROKERAGE x | 300.00 | 12/31 | **Ending Balance** x,z | $0.55 |
| 12/15 | BANK INTEREST - TD BANK USA NA x,z | 0.04 | 12/29 | **Interest Rate** z | 0.45% |

* Your interest period was 11/16/23 - 12/15/23.



Schwab One® Account of

GREGORY J SISCO

Statement Period
January 1-31, 2024

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 4,360.0000 | | | 3,115.50 i | N/A i | | |
| | PANPACIFIC INTL RSTD | 3,200.0000 | | | 0.00 | N/A | | |
| **Total Unpriced Securities** | | | | $0.00 | $3,115.50 | $0.00 | | $0.00 |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EY and EAI will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 01/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Fees | = | Ending Cash* as of 01/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0.55 | | $0.00 | | $0.00 | | ($0.57) | | $0.00 | | $0.02 | | $0.00 | | $0.00 |

Other Activity  $0.00    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 01/29 | Other Activity | Reverse Split | MMAT | META MATLS INC | 423.0000 | | | | |
| | Other Activity | Reverse Split | | META MATLS INC    XXX REVERSE SPLIT | (42,250.0000) | | | | |
| 01/30 | Purchase | | MMAT | META MATLS INC REVERSE SPLIT | 10.0000 | 0.0570 | | (0.57) | |
| **Total Transactions** | | | | | | | | ($0.55) | $0.00 |

Date column represents the Settlement/Process date for each transaction.



Schwab One® Account of

GREGORY J SISCO

Statement Period
January 1-31, 2024

## Positions - Summary

| Beginning Value as of 01/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 01/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $7,852.28 | | $0.00 | | $0.00 | | $0.02 | | ($3,178.34) | | $4,673.96 | $63,944.99 i | ($56,155.53) i |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK USA NA x,z | | | 0.55 | 0.00 | (0.55) | | 0.45% | |
| **Total Cash and Cash Investments** | | | | | **$0.55** | **$0.00** | **($0.55)** | | | |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMAT | META MATLS INC | 423.0000 | 3.82000 | 1,615.86 | 51,328.40 | (49,712.54) | N/A | 0.00 | 35% |
| **Total Equities** | | | | **$4,673.96** | **$60,829.49** | **($56,155.53)** | | **$0.00** | **100%** |