NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** Meta Materials Inc

**Case Number:** 24-50792-hlb

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

James Hussaney
Apartment 67 Block 40
Hulme High Street
Manchester
M15 5JS    (England)

Telephone Number: 07921439409

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

DEC 16 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.

**Account or other number by which Interest holder identifies Debtor:** 3650031

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Interactive Investor 2nd Floor
One Embankment
Neville Street
Telephone Number: 03456076001 Leeds LS1 4DW

3. **Date Equity Interest was acquired:**
First Date bought 1st June 2021
Last Date bought 8th Aug 2023

4. **Total amount of member interest:** 17

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: James Hussaney
Title: Mr
Company:___ Address and telephone number (if different from notice address above):

_____
_____

(Signature) J. Hussaney    (Date) 4/12/2024

Telephone number: 07921439409    email: Jameshussaney 44@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**Interactive Investor**
2nd Floor
One Embankment
Neville Street
Leeds, LS1 4DW

Mr James Hussaney
Apartment 67
40 Hulme High Street
Manchester
Greater Manchester
M15 5JS

07 November 2024

Our Ref: 01539068

Dear Mr Hussaney,

Client Account: ****031

I am writing to confirm your holding in META MATERIALS INC COM USD0.001(POST REV SPLIT) on 06/11/24.

| EPIC | Security Long Description | Quantity | ISIN | Value in GBP |
|------|--------------------------|----------|------|--------------|
| MMATQ | META MATERIALS INC COM USD0.001(POST REV SPLIT) | 17.00000 | US59134N3026 | £0.80 |

**Get in touch:**

If you have any questions, the easiest way to contact us is by secure message. Log in to your account, click the person icon, and select 'secure messages'.

Alternatively, you can call us on **0345 607 6001.** Our lines are open from 7.45am until 5.30pm, Monday to Friday for customer service and UK trading, and until 9pm for international trading.

Thank you for being a valued ii customer.

Yours sincerely,

Karen Oosthuizen
Customer Service Executive
Interactive Investor

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: 201 Deansgate, Manchester, M3 3NW. Authorised and regulated by the Financial Conduct Authority, 12 Endeavour Square, London, E20 1JN, United Kingdom (Financial Services Register Firm Reference Number 141282).


**interactive investor**

MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| | |
|---|---|
| **ACCOUNT NUMBER** 3650031 | |
| **CONTRACT No.** SWX25K | |
| **DATE** 08/08/2023 | **TIME** 12:37 |
| **SETTLEMENT DATE** 10/08/2023 | |
| **STOCK CODE** BM8K210 | |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| META MATLS INC<br>COM USD0.001 | Type of trade Market<br>Venue ID XOFF |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 32 | 0.2649 | | 8.48 USD |
| Client Settlement Currency @ rate:1.25483<br>Commission<br>TRADING CREDIT | | | 6.76 GBP<br>5.99 GBP<br>5.99 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>0345 607 6001 | **TOTAL** | 6.76 GBP |
|---|---|---|

Notes: (1)  All transactions have been carried out subject to our Terms of Service
(2)  We have acted as agent unless indicated otherwise.
(3)  We may have dealt through an associated company or agent.
(4)  Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request.
(5)  Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX exchange are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6)  Please report any error or omissions promptly.
(7)  We may have aggregated your order with those of other customers in the same security. Confirmation available on request.
(8)  The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which Interactive Investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9)  Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom. Telephone 0345 607 6001. All dealing, administration and clearing is carried out by Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom.

---

**IMPORTANT SETTLEMENT INSTRUCTIONS**

| Account Number | Contract No | Settlement Date | Amount |
|---|---|---|---|
| 3650031 | BOUGHT SWX25K | 10/08/2023 | 6.76 GBP |

Purchases  **SETTLEMENT BY DEBIT CARD:** Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.
**SETTLEMENT BY CHEQUE:** Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.
If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.

Sales  **Sales involving a Share Certificate:** Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
**Nominee Sales:** If we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, Incorporated in England and Wales with company number 2101863. Registered office: 201 Deansgate, Manchester, M3 3NW. Authorised and regulated by the Financial Conduct Authority, (Financial Services Register Firm Reference Number 141282). Member of the London Stock Exchange and NEX Exchange.

032TDP0017                     032TD04_RUN11927_EMAIL/002376/002376/SG601/ff                     120GRA  001


**interactive investor**

MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| | |
|---|---|
| **ACCOUNT NUMBER** 3650031 | |
| **CONTRACT No.** SDTZJD | |
| **DATE** 22/02/2023 | **TIME** 13:09 |
| **SETTLEMENT DATE** 24/02/2023 | |
| **STOCK CODE** BM8K210 | |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| META MATLS INC<br>COM USD0.001 | Type of trade Market<br>Venue ID XOFF |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 59 | 0.6719 | | 39.64 USD |

| | |
|---|---|
| Client Settlement Currency @ rate:1.18973 | 33.32 GBP |
| Commission | 5.99 GBP |
| TRADING CREDIT | 5.99 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>0345 607 6001 | **TOTAL** | 33.32 GBP |
|---|---|---|

Notes: (1) All transactions have been carried out subject to our Terms of Service.
(2) We have acted as agent unless indicated otherwise.
(3) We may have dealt through an associated company or agent.
(4) Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request.
(5) Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX exchange are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6) Please report any error or omissions promptly.
(7) We may have aggregated your order with those of other customers in the same security. Confirmation available on request.
(8) The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which Interactive Investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9) Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom. Telephone 0345 607 6001. All dealing, administration and clearing is carried out by Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom.

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**IMPORTANT SETTLEMENT INSTRUCTIONS**

| Account Number | Contract No | Settlement Date | Amount |
|---|---|---|---|
| 3650031 | BOUGHT SDTZJD | 24/02/2023 | 33.32 GBP |

Purchases  **SETTLEMENT BY DEBIT CARD:** Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.
**SETTLEMENT BY CHEQUE:** Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.
**If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.**

Sales  **Sales involving a Share Certificate:** Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
**Nominee Sales:** If we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: 201 Deansgate, Manchester, M3 3NW. Authorised and regulated by the Financial Conduct Authority, (Financial Services Register Firm Reference Number 141282). Member of the London Stock Exchange and NEX Exchange.

032TDP0017                      032TD04_RUN11584_EMAIL002654/002654/SG601/8                      I2OCRA  D01


**interactive investor**

MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| ACCOUNT NUMBER | 3650031 | |
|---|---|---|
| CONTRACT No. | QNKBFK | |
| DATE 10/06/22 | | TIME 14:19 |
| SETTLEMENT DATE | 14/06/22 | |
| STOCK CODE | BM8K210 | |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| META MATLS INC<br>COM USD0.001 | Type of trade Market<br>Venue ID XOFF |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 50 | 1.51 | | 75.50 USD |

| | |
|---|---|
| Client Settlement Currency @ rate:1.21226 | 62.28 GBP |
| Commission | 7.99 GBP |
| TRADING CREDIT | 7.99 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>0345 607 6001 | TOTAL | 62.28 GBP |
|---|---|---|

Notes: (1) All transactions have been carried out subject to our Terms of Service.
(2) We have acted as agent unless indicated otherwise.
(3) We may have dealt through an associated company or agent.
(4) Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request
(5) Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX exchange are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6) Please report any error or omissions promptly.
(7) We may have aggregated your order with those of other customers in the same security.
(8) The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which interactive investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9) Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom. Telephone 0345 607 6001
All dealing, administration and clearing is carried out by Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### IMPORTANT SETTLEMENT INSTRUCTIONS

| ACCOUNT NUMBER | CONTRACT NO | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|
| 3650031 | BOUGHT QNKBFK | 14/06/22 | 62.28 GBP |

Purchases **SETTLEMENT BY DEBIT CARD:** Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.
**SETTLEMENT BY CHEQUE:** Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.
**If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.**

Sales **Sales Involving a Share Certificate:** Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
**Nominee Sales:** If we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: 201 Deansgate, Manchester, M3 3NW. Authorised and regulated by the Financial Conduct Authority, (Financial Services Register Firm Reference Number 141282). Member of the London Stock Exchange and NEX Exchange.

 **interactive investor**

MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| ACCOUNT NUMBER | 3650031 | |
|---|---|---|
| CONTRACT No. | QG6BDF | |
| DATE  11/02/22 | | TIME  11:37 |
| SETTLEMENT DATE  15/02/22 | | |
| STOCK CODE  BM8K210 | | |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| META MATLS INC<br>COM USD0.001 | Type of trade Limit<br>Venue ID EDGX |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 50 | 1.89 | | 94.50 USD |
| Client Settlement Currency @ rate:1.33918 | | | 70.57 GBP |
| Commission | | | 0.00 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>0345 607 6001 | TOTAL | 70.57 GBP |
|---|---|---|

Notes: (1)  All transactions have been carried out subject to our Terms of Service.
(2)  We have acted as agent unless indicated otherwise.
(3)  We may have dealt through an associated company or agent.
(4)  Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request
(5)  Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX exchange are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6)  Please report any error or omissions promptly.
(7)  We may have aggregated your order with those of other customers in the same security. Confirmation available on request.
(8)  The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which Interactive Investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9)  Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom. Telephone 0345 607 6001
All dealing, administration and clearing is carried out by Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom.

---

## IMPORTANT SETTLEMENT INSTRUCTIONS

| ACCOUNT NUMBER | CONTRACT NO | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|
| 3650031 | BOUGHT QG6BDF | 15/02/22 | 70.57 GBP |

Purchases  **SETTLEMENT BY DEBIT CARD:** Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.
**SETTLEMENT BY CHEQUE:** Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.
If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.

Sales  **Sales Involving a Share Certificate:** Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
**Nominee Sales:** If we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office. 201 Deansgate, Manchester, M3 3NW.
Authorised and regulated by the Financial Conduct Authority, (Financial Services Register Firm Reference Number 141282). Member of the London Stock Exchange and NEX Exchange.

032TDP0017                    AA_RUN10793_VP_TDW_en-GB/005025/005025                    032tdp0017                    1120DT 001



**interactive investor**

MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| | |
|---|---|
| **ACCOUNT NUMBER** | 3650031 |
| **CONTRACT No.** | QTTJ8N |
| **DATE** 12/10/22 | **TIME** 11:44 |
| **SETTLEMENT DATE** | 14/10/22 |
| **STOCK CODE** | BM8K210 |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| META MATLS INC<br>COM USD0.001 | Type of trade Market<br>Venue ID XOFF |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 70 | 0.8292 | | 58.04 USD |

| | |
|---|---|
| Client Settlement Currency @ rate:1.09278 | 53.11 GBP |
| Commission | 5.99 GBP |
| TRADING CREDIT | 5.99 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>0345 607 6001 | TOTAL | 53.11 GBP |
|---|---|---|

Notes: (1) All transactions have been carried out subject to our Terms of Service.
(2) We have acted as agent unless indicated otherwise.
(3) We may have dealt through an associated company or agent.
(4) Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request
(5) Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX exchange are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6) Please report any error or omissions promptly.
(7) We may have aggregated your order with those of other customers in the same security. Confirmation available on request.
(8) The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which Interactive Investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9) Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom. Telephone 0345 607 6001
All dealing, administration and clearing is carried out by Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom.

### IMPORTANT SETTLEMENT INSTRUCTIONS

| ACCOUNT NUMBER | CONTRACT NO | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|
| 3650031 | BOUGHT QTTJ8N | 14/10/22 | 53.11 GBP |

Purchases **SETTLEMENT BY DEBIT CARD:** Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.
**SETTLEMENT BY CHEQUE:** Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.
If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.
Sales **Sales Involving a Share Certificate:** Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
**Nominee Sales:** if we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: 201 Deansgate, Manchester, M3 3NW. Authorised and regulated by the Financial Conduct Authority, (Financial Services Register Firm Reference Number 141282). Member of the London Stock Exchange and NEX Exchange.


**interactive investor**

MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| | |
|---|---|
| **ACCOUNT NUMBER** | 3650031 |
| **CONTRACT No.** | QXKRCM |
| **DATE** 18/11/22 | **TIME** 10:46 |
| **SETTLEMENT DATE** | 22/11/22 |
| **STOCK CODE** | BM8K210 |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| META MATLS INC<br>COM USD0.001 | Type of trade Market<br>Venue ID XOFF |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 31 | 1.66 | | 51.46 USD |

| | |
|---|---|
| Client Settlement Currency @ rate:1.17414 | 43.83 GBP |
| Commission | 5.99 GBP |
| TRADING CREDIT | 5.99 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>0345 607 6001 | **TOTAL** | 43.83 GBP |
|---|---|---|

Notes: (1) All transactions have been carried out subject to our Terms of Service.
(2) We have acted as agent unless indicated otherwise.
(3) We may have dealt through an associated company or agent.
(4) Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request
(5) Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX exchange are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6) Please report any error or omissions promptly.
(7) We may have aggregated your order with those of other customers in the same security. Confirmation available on request.
(8) The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which Interactive Investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9) Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom. Telephone 0345 607 6001
All dealing, administration and clearing is carried out by Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom.

---

## IMPORTANT SETTLEMENT INSTRUCTIONS

| ACCOUNT NUMBER | CONTRACT NO | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|
| 3650031 | BOUGHT QXKRCM | 22/11/22 | 43.83 GBP |

Purchases **SETTLEMENT BY DEBIT CARD:** Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.
**SETTLEMENT BY CHEQUE:** Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.
**If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.**

Sales **Sales involving a Share Certificate:** Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
**Nominee Sales:** if we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: 201 Deansgate, Manchester, M3 3NW.
Authorised and regulated by the Financial Conduct Authority. (Financial Services Register Firm Reference Number 141282). Member of the London Stock Exchange and NEX Exchange.

032TDP0017                    AA_RUN11381_VP_TDW_en-GB/002949/002949                    032tdp0017



MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| ACCOUNT NUMBER | 3650031 | |
|---|---|---|
| CONTRACT No. | QLG9ZR | |
| DATE 20/04/22 | | TIME 10:27 |
| SETTLEMENT DATE | 22/04/22 | |
| STOCK CODE | BM8K210 | |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| META MATLS INC<br>COM USD0.001 | Type of trade Market<br>Venue ID XOFF |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 131 | 1.3899 | | 182.08 USD |

| | |
|---|---|
| Client Settlement Currency @ rate:1.28529 | 141.66 GBP |
| Commission | 7.99 GBP |
| TRADING CREDIT | 7.99 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>0345 607 6001 | TOTAL | 141.66 GBP |
|---|---|---|

Notes: (1) All transactions have been carried out subject to our Terms of Service. (6) Please report any error or omissions promptly.
(2) We have acted as agent unless indicated otherwise. (7) We may have aggregated your order with those of other customers in the same security.
(3) We may have dealt through an associated company or agent. Confirmation available on request.
(4) Where we have to use a broker in a non-UK market to arrange execution, part (8) The foreign exchange rate for all currency conversion is based on the bid/offer exchange
of the commission may be shared with this broker. Details available on request rate to which Interactive Investor apply a spread based on up to +/- 1.50%, applied at
(5) Execution on overseas markets will incur currency risk. UK shares classed as the time of execution.
AIM/NEX exchange are generally less liquid and not subject to the same degree (9) Foreign exchange transaction services are provided by Toronto Dominion Bank who will
of regulation as UK listed shares. receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom. Telephone 0345 607 6001
All dealing, administration and clearing is carried out by Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom.

---

## IMPORTANT SETTLEMENT INSTRUCTIONS

| ACCOUNT NUMBER | CONTRACT NO | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|
| 3650031 | BOUGHT QLG9ZR | 22/04/22 | 141.66 GBP |

Purchases  **SETTLEMENT BY DEBIT CARD:** Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.
**SETTLEMENT BY CHEQUE:** Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.
**If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.**

Sales  **Sales involving a Share Certificate:** Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
**Nominee Sales:** If we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: 201 Deansgate, Manchester, M3 3NW. Authorised and regulated by the Financial Conduct Authority, (Financial Services Register Firm Reference Number 141282). Member of the London Stock Exchange and NEX Exchange.



MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| ACCOUNT NUMBER | 3650031 | |
|---|---|---|
| CONTRACT No. | QRG8BP | |
| DATE 19/08/22 | | TIME 15:30 |
| SETTLEMENT DATE 23/08/22 | | |
| STOCK CODE BM8K210 | | |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| META MATLS INC<br>COM USD0.001 | Type of trade Market<br>Venue ID MEMX |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 40 | 0.8727 | | 34.91 USD |
| Client Settlement Currency @ rate:1.16403 | | | 29.99 GBP |
| Commission | | | 7.99 GBP |
| TRADING CREDIT | | | 7.99 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>0345 607 6001 | TOTAL | 29.99 GBP |
|---|---|---|

Notes: (1) All transactions have been carried out subject to our Terms of Service.
(2) We have acted as agent unless indicated otherwise.
(3) We may have dealt through an associated company or agent.
(4) Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request
(5) Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX exchange are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6) Please report any error or omissions promptly.
(7) We may have aggregated your order with those of other customers in the same security. Confirmation available on request.
(8) The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which Interactive Investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9) Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom. Telephone 0345 607 6001
All dealing, administration and clearing is carried out by Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom.

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### IMPORTANT SETTLEMENT INSTRUCTIONS

| ACCOUNT NUMBER | CONTRACT NO | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|
| 3650031 | BOUGHT QRG8BP | 23/08/22 | 29.99 GBP |

Purchases  SETTLEMENT BY DEBIT CARD: Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.
SETTLEMENT BY CHEQUE: Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.
If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.

Sales  Sales Involving a Share Certificate: Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
Nominee Sales: If we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: 201 Deansgate, Manchester, M3 3NW. Authorised and regulated by the Financial Conduct Authority, (Financial Services Register Firm Reference Number 141282). Member of the London Stock Exchange and NEX Exchange.


**interactive investor**

MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| **ACCOUNT NUMBER** | 3650031 | |
|---|---|---|
| **CONTRACT No.** | QSXTXT | |
| **DATE** 23/09/22 | | **TIME** 12:31 |
| **SETTLEMENT DATE** | 27/09/22 | |
| **STOCK CODE** | BM8K210 | |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| META MATLS INC<br>COM USD0.001 | Type of trade Market<br>Venue ID XOFF |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 7 | 0.6628 | | 4.64 USD |

| | |
|---|---|
| Client Settlement Currency @ rate:1.07315 | 4.32 GBP |
| Commission | 5.99 GBP |
| TRADING CREDIT | 5.99 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>**0345 607 6001** | **TOTAL** | 4.32 GBP |
|---|---|---|

Notes: (1) All transactions have been carried out subject to our Terms of Service.
(2) We have acted as agent unless indicated otherwise.
(3) We may have dealt through an associated company or agent.
(4) Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request
(5) Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX exchange are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6) Please report any error or omissions promptly.
(7) We may have aggregated your order with those of other customers in the same security. Confirmation available on request.
(8) The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which Interactive Investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9) Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom. Telephone 0345 607 6001
All dealing, administration and clearing is carried out by Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom.

## IMPORTANT SETTLEMENT INSTRUCTIONS

| ACCOUNT NUMBER | CONTRACT NO | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|
| 3650031 | BOUGHT QSXTXT | 27/09/22 | 4.32 GBP |

Purchases  **SETTLEMENT BY DEBIT CARD:** Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.
**SETTLEMENT BY CHEQUE:** Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.
If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.
Sales  **Sales involving a Share Certificate:** Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
**Nominee Sales:** If we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: 201 Deansgate, Manchester, M3 3NW. Authorised and regulated by the Financial Conduct Authority, (Financial Services Register Firm Reference Number 141282). Member of the London Stock Exchange and NEX Exchange.


**interactive investor**

MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| ACCOUNT NUMBER | 3650031 | |
|---|---|---|
| CONTRACT No. | QN4XV5 | |
| DATE  24/06/22 | | TIME  14:29 |
| SETTLEMENT DATE | 28/06/22 | |
| STOCK CODE | BM8K210 | |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| META MATLS INC<br>COM USD0.001 | Type of trade Market<br>Venue ID XOFF |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 6 | 1.31 | | 7.86 USD |

| | |
|---|---|
| Client Settlement Currency @ rate:1.20853 | 6.50 GBP |
| Commission | 7.99 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>0345 607 6001 | TOTAL | 14.49 GBP |
|---|---|---|

Notes: (1) All transactions have been carried out subject to our Terms of Service.
(2) We have acted as agent unless indicated otherwise.
(3) We may have dealt through an associated company or agent.
(4) Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request.
(5) Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX exchange are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6) Please report any error or omissions promptly.
(7) We may have aggregated your order with those of other customers in the same security.
(8) The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which Interactive Investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9) Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom. Telephone 0345 607 6001
All dealing, administration and clearing is carried out by Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom.

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## IMPORTANT SETTLEMENT INSTRUCTIONS

| ACCOUNT NUMBER | CONTRACT NO | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|
| 3650031 | BOUGHT QN4XV5 | 28/06/22 | 14.49 GBP |

Purchases **SETTLEMENT BY DEBIT CARD:** Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.
**SETTLEMENT BY CHEQUE:** Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.
If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.

Sales **Sales Involving a Share Certificate:** Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
**Nominee Sales:** If we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: 201 Deansgate, Manchester, M3 3NW. Authorised and regulated by the Financial Conduct Authority, (Financial Services Register Firm Reference Number 141282). Member of the London Stock Exchange and NEX Exchange.

032TDP0017                    AA_RUN11064_VP_TDW_en-GB/002693/002693              032tdp0017                    112007  001


**interactive investor**

MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| ACCOUNT NUMBER | 3650031 | |
| --- | --- | --- |
| CONTRACT No. | QN4XVK | |
| DATE  24/06/22 | | TIME  14:26 |
| SETTLEMENT DATE  28/06/22 | | |
| STOCK CODE  BM8K210 | | |

| We thank you for your instructions and have today | BOUGHT |
| --- | --- |
| META MATLS INC<br>COM USD0.001 | Type of trade Market<br>Venue ID XOFF |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
| --- | --- | --- | --- |
| 36 | 1.31 | | 47.16 USD |
| Client Settlement Currency @ rate:1.20827 | | | 39.03 GBP |
| Commission | | | 7.99 GBP |
| TRADING CREDIT | | | 7.99 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>**0345 607 6001** | TOTAL | 39.03 GBP |
| --- | --- | --- |

Notes: (1) All transactions have been carried out subject to our Terms of Service.
(2) We have acted as agent unless indicated otherwise.
(3) We may have dealt through an associated company or agent.
(4) Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request
(5) Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX exchange are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6) Please report any error or omissions promptly.
(7) We may have aggregated your order with those of other customers in the same security. Confirmation available on request.
(8) The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which Interactive Investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9) Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom. Telephone 0345 607 6001
All dealing, administration and clearing is carried out by Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom.

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### IMPORTANT SETTLEMENT INSTRUCTIONS

| ACCOUNT NUMBER | CONTRACT NO | SETTLEMENT DATE | AMOUNT |
| --- | --- | --- | --- |
| 3650031 | BOUGHT QN4XVK | 28/06/22 | 39.03 GBP |

Purchases  **SETTLEMENT BY DEBIT CARD:** Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log in and select 'add cash' from the 'cash & transfers' menu.
**SETTLEMENT BY CHEQUE:** Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.
If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.

Sales  **Sales involving a Share Certificate:** Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
**Nominee Sales:** If we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: 201 Deansgate, Manchester, M3 3NW. Authorised and regulated by the Financial Conduct Authority, (Financial Services Register Firm Reference No 141282). Member of the London Stock Exchange and NEX Exchange.



MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| | |
|---|---|
| **ACCOUNT NUMBER** 3650031 | |
| **CONTRACT No.** SSS69W | |
| **DATE** 27/06/2023 | **TIME** 09:37 |
| **SETTLEMENT DATE** 29/06/2023 | |
| **STOCK CODE** BM8K210 | |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| META MATLS INC<br>COM USD0.001 | Type of trade Limit<br>Venue ID XNAS |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 132 | 0.18 | | 23.76 USD |

| | |
|---|---|
| Client Settlement Currency @ rate:1.25532 | 18.93 GBP |
| Commission | 5.99 GBP |
| TRADING CREDIT | 5.99 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>0345 607 6001 | **TOTAL** | 18.93 GBP |
|---|---|---|

Notes:
(1) All transactions have been carried out subject to our Terms of Service.
(2) We have acted as agent unless indicated otherwise.
(3) We may have dealt through an associated company or agent.
(4) Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request.
(5) Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX exchange are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6) Please report any error or omissions promptly.
(7) We may have aggregated your order with those of other customers in the same security. Confirmation available on request.
(8) The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which interactive investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9) Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom. Telephone 0345 607 6001. All dealing, administration and clearing is carried out by Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom.

---

## IMPORTANT SETTLEMENT INSTRUCTIONS

| Account Number | Contract No | Settlement Date | Amount |
|---|---|---|---|
| 3650031 | BOUGHT SSS69W | 29/06/2023 | 18.93 GBP |

Purchases  **SETTLEMENT BY DEBIT CARD:** Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.
**SETTLEMENT BY CHEQUE:** Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.
If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.

Sales  **Sales involving a Share Certificate:** Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
**Nominee Sales:** If we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: 201 Deansgate, Manchester, M3 3NW. Authorised and regulated by the Financial Conduct Authority, (Financial Services Register Firm Reference Number 141282). Member of the London Stock Exchange and NEX Exchange.

032TDP00I7          032TD04_JSUN11838_EMAIL00224B002248/SG601iII          120CRA 001



**interactive investor**

MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| ACCOUNT NUMBER | 3650031 |
|---|---|
| CONTRACT No. | QLSQSX |
| DATE 29/04/22 | TIME 10:55 |
| SETTLEMENT DATE | 03/05/22 |
| STOCK CODE | BM8K210 |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| META MATLS INC<br>COM USD0.001 | Type of trade Market<br>Venue ID XOFF |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 60 | 1.26 | | 75.60 USD |

| | |
|---|---|
| Client Settlement Currency @ rate:1.23758 | 61.09 GBP |
| Commission | 0.00 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>**0345 607 6001** | TOTAL | 61.09 GBP |
|---|---|---|

Notes: (1) All transactions have been carried out subject to our Terms of Service.
(2) We have acted as agent unless indicated otherwise.
(3) We may have dealt through an associated company or agent.
(4) Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request.
(5) Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX shares are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6) Please report any error or omissions promptly.
(7) We may have aggregated your order with those of other customers in the same security. Confirmation available on request.
(8) The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which Interactive Investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9) Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom. Telephone 0345 607 6001
All dealing, administration and clearing is carried out by Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom.

## IMPORTANT SETTLEMENT INSTRUCTIONS

| ACCOUNT NUMBER | CONTRACT NO | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|
| 3650031 | BOUGHT QLSQSX | 03/05/22 | 61.09 GBP |

Purchases  **SETTLEMENT BY DEBIT CARD:** Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.
**SETTLEMENT BY CHEQUE:** Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.
**If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.**

Sales  **Sales Involving a Share Certificate:** Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
**Nominee Sales:** If we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: 201 Deansgate, Manchester, M3 3NW. Authorised and regulated by the Financial Conduct Authority, (Financial Services Register Firm Reference Number 141282). Member of the London Stock Exchange and NEX Exchange.


## interactive investor

MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| | |
|---|---|
| **ACCOUNT NUMBER** | 3650031 |
| **CONTRACT No.** | QQFXMN |
| **DATE** 29/07/22 | **TIME** 11:18 |
| **SETTLEMENT DATE** | 02/08/22 |
| **STOCK CODE** | BM8K210 |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| META MATLS INC<br>COM USD0.001 | Type of trade Market<br>Venue ID XOFF |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 30 | 0.901 | | 27.03 USD |

| | |
|---|---|
| Client Settlement Currency @ rate:1.19862 | 22.55 GBP |
| Commission | 0.00 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>0345 607 6001 | TOTAL | 22.55 GBP |
|---|---|---|

Notes: (1) All transactions have been carried out subject to our Terms of Service.
(2) We have acted as agent unless indicated otherwise.
(3) We may have dealt through an associated company or agent.
(4) Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request
(5) Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX exchange are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6) Please report any error or omissions promptly.
(7) We may have aggregated your order with those of other customers in the same security. Confirmation available on request.
(8) The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which Interactive Investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9) Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom. Telephone 0345 607 6001
All dealing, administration and clearing is carried out by Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom.

---

### IMPORTANT SETTLEMENT INSTRUCTIONS

| ACCOUNT NUMBER | CONTRACT NO | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|
| 3650031 | BOUGHT QQFXMN | 02/08/22 | 22.55 GBP |

Purchases **SETTLEMENT BY DEBIT CARD:** Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.
**SETTLEMENT BY CHEQUE:** Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.
If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.

Sales **Sales Involving a Share Certificate:** Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
**Nominee Sales:** If we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: 201 Deansgate, Manchester, M3 3NW. Authorised and regulated by the Financial Conduct Authority, (Financial Services Register Firm Reference Number 141282). Member of the London Stock Exchange and NEX Exchange.



MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| ACCOUNT NUMBER | 3650031 | |
|---|---|---|
| CONTRACT No. | QQFZM4 | |
| DATE   29/07/22 | | TIME   11:27 |
| SETTLEMENT DATE   02/08/22 | | |
| STOCK CODE   BM8K210 | | |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| META MATLS INC<br>COM USD0.001 | Type of trade Market<br>Venue ID XOFF |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 9 | 0.9004 | | 8.10 USD |
| Client Settlement Currency @ rate:1.19897 | | | 6.76 GBP |
| Commission | | | 0.00 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>0345 607 6001 | TOTAL | 6.76 GBP |
|---|---|---|

Notes: (1) All transactions have been carried out subject to our Terms of Service.
(2) We have acted as agent unless indicated otherwise.
(3) We may have dealt through an associated company or agent.
(4) Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request
(5) Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX exchange are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6) Please report any error or omissions promptly.
(7) We may have aggregated your order with those of other customers in the same security. Confirmation available on request.
(8) The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which Interactive Investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9) Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom. Telephone 0345 607 6001
All dealing, administration and clearing is carried out by Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom.

## IMPORTANT SETTLEMENT INSTRUCTIONS

| ACCOUNT NUMBER | CONTRACT NO | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|
| 3650031 | BOUGHT QQFZM4 | 02/08/22 | 6.76 GBP |

Purchases **SETTLEMENT BY DEBIT CARD:** Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.
**SETTLEMENT BY CHEQUE:** Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.
**If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.**

Sales **Sales involving a Share Certificate:** Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
**Nominee Sales:** If we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: 201 Deansgate, Manchester, M3 3NW.
Authorised and regulated by the Financial Conduct Authority, (Financial Services Register Firm Reference Number 141282). Member of the London Stock Exchange and NEX Exchange.

032TDP0017                    AA_RUN11138_VP_TDW_en-GB/004537/004537            032tdp0017                    112DDT_D01



**interactive investor**

MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| ACCOUNT NUMBER | 3650031 | |
|---|---|---|
| CONTRACT No. | OLQP8H | |
| DATE 01/06/21 | | TIME 11:44 |
| SETTLEMENT DATE | 03/06/21 | |
| STOCK CODE | B3FCBD1 | |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| TORCHLIGHT ENERGY RESOURCES INC<br>COM USD0.001 | Type of trade Market<br>Venue ID XOFF |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 50 | 2.56 | | 128.00 USD |
| Client Settlement Currency @ rate:1.39685 | | | 91.63 GBP |
| Commission | | | 7.99 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>0345 607 6001 | TOTAL | 99.62 GBP |
|---|---|---|

Notes: (1) All transactions have been carried out subject to our Terms of Service.
(2) We have acted as agent unless indicated otherwise.
(3) We may have dealt through an associated company or agent.
(4) Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request.
(5) Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX shares are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6) Please report any error or omissions promptly.
(7) We may have aggregated your order with those of other customers in the same security. Confirmation available on request.
(8) The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which Interactive Investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9) Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, Exchange Court, Duncombe Street, Leeds, LS1 4AX, United Kingdom. Telephone 0345 607 6001
All dealing, administration and clearing is carried out by Interactive Investor Services Limited, Exchange Court, Duncombe Street, Leeds, LS1 4AX, United Kingdom.

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## IMPORTANT SETTLEMENT INSTRUCTIONS

| ACCOUNT NUMBER | CONTRACT NO | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|
| 3650031 | BOUGHT OLQP8H | 03/06/21 | 99.62 GBP |

Purchases **SETTLEMENT BY DEBIT CARD:** Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.

**SETTLEMENT BY CHEQUE:** Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.

**If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.**

Sales **Sales Involving a Share Certificate:** Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.

**Nominee Sales:** If we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: Exchange Court, Duncombe Street, Leeds, LS1 4AX. Authorised and regulated by the Financial Conduct Authority, (Financial Services Register Firm Reference No 141282). Member of the London Stock Exchange and NEX Exchange.

032TDP0017                AA_RUN10257_VP_TDW_en-GB/005122/005122                032tdp0017                1120DS  001


**interactive investor**

MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| ACCOUNT NUMBER | 3650031 | |
|---|---|---|
| CONTRACT No. | OLT74H | |
| DATE 03/06/21 | | TIME 09:50 |
| SETTLEMENT DATE | 07/06/21 | |
| STOCK CODE | B3FCBD1 | |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| TORCHLIGHT ENERGY RESOURCES INC<br>COM USD0.001 | Type of trade Limit<br>Venue ID XOFF |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 90 | 2.65 | | 238.50 USD |
| Client Settlement Currency @ rate:1.38997<br>Commission | | | 171.59 GBP<br>7.99 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>0345 607 6001 | TOTAL | 179.58 GBP |
|---|---|---|

Notes: (1) All transactions have been carried out subject to our Terms of Service.
(2) We have acted as agent unless indicated otherwise.
(3) We may have dealt through an associated company or agent.
(4) Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request
(5) Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX exchange are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6) Please report any error or omissions promptly.
(7) We may have aggregated your order with those of other customers in the same security. Confirmation available on request.
(8) The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which Interactive Investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9) Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, Exchange Court, Duncombe Street, Leeds, LS1 4AX, United Kingdom. Telephone 0345 607 6001
All dealing, administration and clearing is carried out by Interactive Investor Services Limited, Exchange Court, Duncombe Street, Leeds, LS1 4AX, United Kingdom.

---

## IMPORTANT SETTLEMENT INSTRUCTIONS

| ACCOUNT NUMBER | CONTRACT NO | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|
| 3650031 | BOUGHT OLT74H | 07/06/21 | 179.58 GBP |

Purchases **SETTLEMENT BY DEBIT CARD:** Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.
**SETTLEMENT BY CHEQUE:** Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.
**If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.**

Sales **Sales Involving a Share Certificate:** Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
**Nominee Sales:** If we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: Exchange Court, Duncombe Street, Leeds, LS1 4AX. Authorised and regulated by the Financial Conduct Authority, (Financial Services Register Firm Reference Number 141282). Member of the London Stock Exchange and NEX Exchange.



MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| ACCOUNT NUMBER | 3650031 | |
|---|---|---|
| CONTRACT No. | OLXTN2 | |
| DATE 07/06/21 | | TIME 10:04 |
| SETTLEMENT DATE | 09/06/21 | |
| STOCK CODE | B3FCBD1 | |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| TORCHLIGHT ENERGY RESOURCES INC<br>COM USD0.001 | Type of trade Market<br>Venue ID XOFF |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 900 | 2.9499 | | 2,654.91 USD |
| Client Settlement Currency @ rate:1.39558 | | | 1,902.38 GBP |
| Commission | | | 7.99 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>0345 607 6001 | TOTAL | 1,910.37 GBP |
|---|---|---|

Notes: (1) All transactions have been carried out subject to our Terms of Service.
(2) We have acted as agent unless indicated otherwise.
(3) We may have dealt through an associated company or agent.
(4) Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request.
(5) Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX exchange are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6) Please report any error or omissions promptly.
(7) We may have aggregated your order with those of other customers in the same security. Confirmation available on request.
(8) The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which Interactive Investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9) Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, Exchange Court, Duncombe Street, Leeds, LS1 4AX, United Kingdom. Telephone 0345 607 6001
All dealing, administration and clearing is carried out by Interactive Investor Services Limited, Exchange Court, Duncombe Street, Leeds, LS1 4AX, United Kingdom.

---

## IMPORTANT SETTLEMENT INSTRUCTIONS

| ACCOUNT NUMBER | CONTRACT NO | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|
| 3650031 | BOUGHT OLXTN2 | 09/06/21 | 1,910.37 GBP |

Purchases **SETTLEMENT BY DEBIT CARD:** Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.
**SETTLEMENT BY CHEQUE:** Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.
If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.

Sales **Sales involving a Share Certificate:** Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
**Nominee Sales:** If we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: Exchange Court, Duncombe Street, Leeds, LS1 4AX. Authorised and regulated by the Financial Conduct Authority. (Financial Services Register Firm Reference Number 141282). Member of the London Stock Exchange and NEX Exchange.

032TDP0017                    AA_RUN10268_VP_TDW_en-GB/004793/004793          032tdp0017                    1120DS_001



MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| ACCOUNT NUMBER | 3650031 | |
|---|---|---|
| CONTRACT No. | OLZBXS | |
| DATE  07/06/21 | | TIME  15:58 |
| SETTLEMENT DATE  09/06/21 | | |
| STOCK CODE  B3FCBD1 | | |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| TORCHLIGHT ENERGY RESOURCES INC<br>COM USD0.001 | Type of trade Market<br>Venue ID XOFF |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 45 | 3.15 | | 141.75 USD |
| Client Settlement Currency @ rate:1.39707 | | | 101.46 GBP |
| Commission | | | 7.99 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>0345 607 6001 | TOTAL | 109.45 GBP |
|---|---|---|

Notes:  (1) All transactions have been carried out subject to our Terms of Service.
(2) We have acted as agent unless indicated otherwise.
(3) We may have dealt through an associated company or agent.
(4) Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request
(5) Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX exchange are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6) Please report any error or omissions promptly.
(7) We may have aggregated your order with those of other customers in the same security. Confirmation available on request.
(8) The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which Interactive Investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9) Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, Exchange Court, Duncombe Street, Leeds, LS1 4AX, United Kingdom. Telephone 0345 607 6001
All dealing, administration and clearing is carried out by Interactive Investor Services Limited, Exchange Court, Duncombe Street, Leeds, LS1 4AX, United Kingdom.

## IMPORTANT SETTLEMENT INSTRUCTIONS

| ACCOUNT NUMBER | CONTRACT NO | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|
| 3650031 | BOUGHT OLZBXS | 09/06/21 | 109.45 GBP |

Purchases   SETTLEMENT BY DEBIT CARD: Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.
SETTLEMENT BY CHEQUE: Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.
If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.

Sales   Sales involving a Share Certificate: Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
Nominee Sales: If we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: Exchange Court, Duncombe Street, Leeds, LS1 4AX. Authorised and regulated by the Financial Conduct Authority, (Financial Services Register Firm Reference Number 141282). Member of the London Stock Exchange and NEX Exchange.



MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| ACCOUNT NUMBER | 3650031 | |
|---|---|---|
| CONTRACT No. | ONDCVD | |
| DATE 07/07/21 | | TIME 13:01 |
| SETTLEMENT DATE 09/07/21 | | |
| STOCK CODE | BM8K210 | |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| META MATLS INC<br>COM USD0.001 | Type of trade Limit<br>Venue ID EDGX |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 20 | 6.20 | | 124.00 USD |
| Client Settlement Currency @ rate:1.35906<br>Commission | | | 91.24 GBP<br>7.99 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>0345 607 6001 | TOTAL | 99.23 GBP |
|---|---|---|

Notes: (1) All transactions have been carried out subject to our Terms of Service.
(2) We have acted as agent unless indicated otherwise.
(3) We may have dealt through an associated company or agent.
(4) Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request.
(5) Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX exchange are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6) Please report any error or omissions promptly.
(7) We may have aggregated your order with those of other customers in the same security. Confirmation available on request.
(8) The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which Interactive Investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9) Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, Exchange Court, Duncombe Street, Leeds, LS1 4AX, United Kingdom. Telephone 0345 607 6001
All dealing, administration and clearing is carried out by Interactive Investor Services Limited, Exchange Court, Duncombe Street, Leeds, LS1 4AX, United Kingdom.

---

## IMPORTANT SETTLEMENT INSTRUCTIONS

| ACCOUNT NUMBER | CONTRACT NO | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|
| 3650031 | BOUGHT ONDCVD | 09/07/21 | 99.23 GBP |

Purchases  SETTLEMENT BY DEBIT CARD: Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.
SETTLEMENT BY CHEQUE: Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.
If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.

Sales  Sales Involving a Share Certificate: Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
Nominee Sales: If we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: Exchange Court, Duncombe Street, Leeds, LS1 4AX. Authorised and regulated by the Financial Conduct Authority, (Financial Services Register Firm Reference Number 141282). Member of the London Stock Exchange and NEX Exchange.


**interactive investor**

MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| | |
|---|---|
| **ACCOUNT NUMBER** | 3650031 |
| **CONTRACT No.** | OL4Z8Q |
| **DATE** 09/06/21 | **TIME** 14:32 |
| **SETTLEMENT DATE** 11/06/21 | |
| **STOCK CODE** B3FCBD1 | |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| TORCHLIGHT ENERGY RESOURCES INC<br>COM USD0.001 | Type of trade Limit<br>Venue ID EDGX |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 40 | 3.15 | | 126.00 USD |
| Client Settlement Currency @ rate:1.39032 | | | 90.63 GBP |
| Commission | | | 7.99 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>0345 607 6001 | TOTAL | 98.62 GBP |
|---|---|---|

Notes: (1) All transactions have been carried out subject to our Terms of Service.
(2) We have acted as agent unless indicated otherwise.
(3) We may have dealt through an associated company or agent.
(4) Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request
(5) Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX exchange are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6) Please report any error or omissions promptly.
(7) We may have aggregated your order with those of other customers in the same security. Confirmation available on request.
(8) The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which Interactive Investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9) Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, Exchange Court, Duncombe Street, Leeds, LS1 4AX, United Kingdom. Telephone 0345 607 6001
All dealing, administration and clearing is carried out by Interactive Investor Services Limited, Exchange Court, Duncombe Street, Leeds, LS1 4AX, United Kingdom.

---

## IMPORTANT SETTLEMENT INSTRUCTIONS

| ACCOUNT NUMBER | CONTRACT NO | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|
| 3650031 | BOUGHT OL4Z8Q | 11/06/21 | 98.62 GBP |

Purchases **SETTLEMENT BY DEBIT CARD:** Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.
**SETTLEMENT BY CHEQUE:** Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.
If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.

Sales **Sales involving a Share Certificate:** Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
**Nominee Sales:** If we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: Exchange Court, Duncombe Street, Leeds, LS1 4AX. Authorised and regulated by the Financial Conduct Authority, (Financial Services Register Firm Reference No 141282). Member of the London Stock Exchange and NEX Exchange.



**interactive investor**

MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| ACCOUNT NUMBER | 3650031 | |
|---|---|---|
| CONTRACT No. | OL6BFB | |
| DATE | 10/06/21 | TIME | 15:57 |
| SETTLEMENT DATE | 14/06/21 | |
| STOCK CODE | B3FCBD1 | |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| TORCHLIGHT ENERGY RESOURCES INC<br>COM USD0.001 | Type of trade Market<br>Venue ID XOFF |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 300 | 3.0099 | | 902.97 USD |

| | |
|---|---|
| Client Settlement Currency @ rate:1.39566 | 646.98 GBP |
| Commission | 7.99 GBP |
| TRADING CREDIT | 7.99 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>**0345 607 6001** | TOTAL | 646.98 GBP |
|---|---|---|

Notes: (1) All transactions have been carried out subject to our Terms of Service.
(2) We have acted as agent unless indicated otherwise.
(3) We may have dealt through an associated company or agent.
(4) Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request
(5) Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX exchange are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6) Please report any error or omissions promptly.
(7) We may have aggregated your order with those of other customers in the same security. Confirmation available on request.
(8) The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which Interactive Investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9) Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, Exchange Court, Duncombe Street, Leeds, LS1 4AX, United Kingdom. Telephone 0345 607 6001
All dealing, administration and clearing is carried out by Interactive Investor Services Limited, Exchange Court, Duncombe Street, Leeds, LS1 4AX, United Kingdom.

---

### IMPORTANT SETTLEMENT INSTRUCTIONS

| ACCOUNT NUMBER | CONTRACT NO | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|
| 3650031 | BOUGHT OL6BFB | 14/06/21 | 646.98 GBP |

Purchases **SETTLEMENT BY DEBIT CARD:** Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.
**SETTLEMENT BY CHEQUE:** Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.
If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.

Sales **Sales Involving a Share Certificate:** Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
**Nominee Sales:** If we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: Exchange Court, Duncombe Street, Leeds, LS1 4AX. Authorised and regulated by the Financial Conduct Authority, (Financial Services Register Firm Reference Number 141282). Member of the London Stock Exchange and NEX Exchange.


**interactive investor**

MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| ACCOUNT NUMBER | 3650031 | |
|---|---|---|
| CONTRACT No. | OL8XWC | |
| DATE  14/06/21 | | TIME  13:47 |
| SETTLEMENT DATE | 16/06/21 | |
| STOCK CODE | B3FCBD1 | |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| TORCHLIGHT ENERGY RESOURCES INC<br>COM USD0.001 | Type of trade Market<br>Venue ID XOFF |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 75 | 3.58 | | 268.50 USD |
| Client Settlement Currency @ rate:1.39020<br>Commission | | | 193.14 GBP<br>7.99 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>0345 607 6001 | TOTAL | 201.13 GBP |
|---|---|---|

Notes: (1) All transactions have been carried out subject to our Terms of Service.
(2) We have acted as agent unless indicated otherwise.
(3) We may have dealt through an associated company or agent.
(4) Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request
(5) Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX exchange are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6) Please report any error or omissions promptly.
(7) We may have aggregated your order with those of other customers in the same security. Confirmation available on request.
(8) The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which Interactive Investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9) Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, Exchange Court, Duncombe Street, Leeds, LS1 4AX, United Kingdom. Telephone 0345 607 6001
All dealing, administration and clearing is carried out by Interactive Investor Services Limited, Exchange Court, Duncombe Street, Leeds, LS1 4AX, United Kingdom.

## IMPORTANT SETTLEMENT INSTRUCTIONS

| ACCOUNT NUMBER | CONTRACT NO | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|
| 3650031 | BOUGHT OL8XWC | 16/06/21 | 201.13 GBP |

Purchases  **SETTLEMENT BY DEBIT CARD:** Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.
**SETTLEMENT BY CHEQUE:** Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.
If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.

Sales  **Sales involving a Share Certificate:** Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
**Nominee Sales:** If we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: Exchange Court, Duncombe Street, Leeds, LS1 4AX. Authorised and regulated by the Financial Conduct Authority, (Financial Services Register Firm Reference Number 141282). Member of the London Stock Exchange and NEX Exchange.



interactive
investor

MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| ACCOUNT NUMBER | 3650031 | |
|---|---|---|
| CONTRACT No. | OL82QC | |
| DATE  14/06/21 | | TIME  15:46 |
| SETTLEMENT DATE | 16/06/21 | |
| STOCK CODE | B3FCBD1 | |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| TORCHLIGHT ENERGY RESOURCES INC<br>COM USD0.001 | Type of trade Market<br>Venue ID XOFF |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 30 | 3.54 | | 106.20 USD |
| Client Settlement Currency @ rate:1.38987 | | | 76.41 GBP |
| Commission | | | 7.99 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>0345 607 6001 | TOTAL | 84.40 GBP |
|---|---|---|

Notes: (1) All transactions have been carried out subject to our Terms of Service.
(2) We have acted as agent unless indicated otherwise.
(3) We may have dealt through an associated company or agent.
(4) Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request
(5) Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX exchange are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6) Please report any error or omissions promptly.
(7) We may have aggregated your order with those of other customers in the same security.
(8) The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which Interactive Investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9) Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, Exchange Court, Duncombe Street, Leeds, LS1 4AX, United Kingdom. Telephone 0345 607 6001
All dealing, administration and clearing is carried out by Interactive Investor Services Limited, Exchange Court, Duncombe Street, Leeds, LS1 4AX, United Kingdom.

## IMPORTANT SETTLEMENT INSTRUCTIONS

| ACCOUNT NUMBER | CONTRACT NO | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|
| 3650031 | BOUGHT OL82QC | 16/06/21 | 84.40 GBP |

Purchases  **SETTLEMENT BY DEBIT CARD:** Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.
**SETTLEMENT BY CHEQUE:** Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.
If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.
Sales  Sales Involving a Share Certificate: Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
**Nominee Sales:** If we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: Exchange Court, Duncombe Street, Leeds, LS1 4AX. Authorised and regulated by the Financial Conduct Authority, (Financial Services Register Firm Reference Number 141282). Member of the London Stock Exchange and NEX Exchange.


**interactive investor**

MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| ACCOUNT NUMBER | 3650031 | |
|---|---|---|
| CONTRACT No. | OMJKDC | |
| DATE 17/06/21 | | TIME 10:24 |
| SETTLEMENT DATE | 21/06/21 | |
| STOCK CODE | B3FCBD1 | |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| TORCHLIGHT ENERGY RESOURCES INC<br>COM USD0.001 | Type of trade Limit<br>Venue ID XOFF |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 25 | 5.00 | | 125.00 USD |
| Client Settlement Currency @ rate:1.37375 | | | 90.99 GBP |
| Commission | | | 7.99 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>**0345 607 6001** | TOTAL | 98.98 GBP |
|---|---|---|

Notes: (1) All transactions have been carried out subject to our Terms of Service.
(2) We have acted as agent unless indicated otherwise.
(3) We may have dealt through an associated company or agent.
(4) Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request
(5) Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX exchange are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6) Please report any error or omissions promptly.
(7) We may have aggregated your order with those of other customers in the same security. Confirmation available on request.
(8) The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which Interactive Investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9) Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, Exchange Court, Duncombe Street, Leeds, LS1 4AX, United Kingdom. Telephone 0345 607 6001
All dealing, administration and clearing is carried out by Interactive Investor Services Limited, Exchange Court, Duncombe Street, Leeds, LS1 4AX, United Kingdom.

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## IMPORTANT SETTLEMENT INSTRUCTIONS

| ACCOUNT NUMBER | CONTRACT NO | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|
| 3650031 | BOUGHT OMJKDC | 21/06/21 | 98.98 GBP |

Purchases  **SETTLEMENT BY DEBIT CARD:** Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.
**SETTLEMENT BY CHEQUE:** Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to industry standards.
If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.

Sales  **Sales Involving a Share Certificate:** Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
**Nominee Sales:** If we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: Exchange Court, Duncombe Street, Leeds, LS1 4AX. Authorised and regulated by the Financial Conduct Authority, (Financial Services Register Firm Reference No 141282). Member of the London Stock Exchange and NEX Exchange.

032TDP0017                    AA_RUN10292_VP_TDW_en-GB/004903/004903          032tdp0017                    t12005 001



**interactive investor**

MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| ACCOUNT NUMBER | 3650031 | |
|---|---|---|
| CONTRACT No. | OMHCJR | |
| DATE | 16/06/21 | TIME 10:30 |
| SETTLEMENT DATE | 18/06/21 | |
| STOCK CODE | B3FCBD1 | |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| TORCHLIGHT ENERGY RESOURCES INC<br>COM USD0.001 | Type of trade Market<br>Venue ID XOFF |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 230 | 6.3399 | | 1,458.18 USD |
| Client Settlement Currency @ rate:1.38990<br>Commission | | | 1,049.13 GBP<br>7.99 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>**0345 607 6001** | TOTAL | 1,057.12 GBP |
|---|---|---|

Notes: (1) All transactions have been carried out subject to our Terms of Service.
(2) We have acted as agent unless indicated otherwise.
(3) We may have dealt through an associated company or agent.
(4) Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request.
(5) Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX exchange are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6) Please report any error or omissions promptly.
(7) We may have aggregated your order with those of other customers in the same security. Confirmation available on request.
(8) The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which Interactive Investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9) Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, Exchange Court, Duncombe Street, Leeds, LS1 4AX, United Kingdom. Telephone 0345 607 6001
All dealing, administration and clearing is carried out by Interactive Investor Services Limited, Exchange Court, Duncombe Street, Leeds, LS1 4AX, United Kingdom.

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### IMPORTANT SETTLEMENT INSTRUCTIONS

| ACCOUNT NUMBER | CONTRACT NO | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|
| 3650031 | BOUGHT OMHCJR | 18/06/21 | 1,057.12 GBP |

Purchases    **SETTLEMENT BY DEBIT CARD:** Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.
**SETTLEMENT BY CHEQUE:** Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.
**If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.**

Sales    **Sales Involving a Share Certificate:** Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
**Nominee Sales:** If we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: Exchange Court, Duncombe Street, Leeds, LS1 4AX. Authorised and regulated by the Financial Conduct Authority, (Financial Services Register Firm Reference Number 141282). Member of the London Stock Exchange and NEX Exchange.



**interactive investor**

MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| ACCOUNT NUMBER | 3650031 | |
|---|---|---|
| CONTRACT No. | ONQB49 | |
| DATE | 16/07/21 | TIME  13:44 |
| SETTLEMENT DATE | 20/07/21 | |
| STOCK CODE | BM8K210 | |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| META MATLS INC<br>COM USD0.001 | Type of trade Limit<br>Venue ID XOFF |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 47 | 3.75 | | 176.25 USD |
| Client Settlement Currency @ rate:1.35760 | | | 129.83 GBP |
| Commission | | | 0.00 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>0345 607 6001 | TOTAL | 129.83 GBP |
|---|---|---|

Notes: (1) All transactions have been carried out subject to our Terms of Service.
(2) We have acted as agent unless indicated otherwise.
(3) We may have dealt through an associated company or agent.
(4) Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request
(5) Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX exchange are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6) Please report any error or omissions promptly.
(7) We may have aggregated your order with those of other customers in the same security. Confirmation available on request.
(8) The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which interactive investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9) Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, Exchange Court, Duncombe Street, Leeds, LS1 4AX, United Kingdom. Telephone 0345 607 6001
All dealing, administration and clearing is carried out by Interactive Investor Services Limited, Exchange Court, Duncombe Street, Leeds, LS1 4AX, United Kingdom.

✂

## IMPORTANT SETTLEMENT INSTRUCTIONS

| ACCOUNT NUMBER | CONTRACT NO | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|
| 3650031 | BOUGHT ONQB49 | 20/07/21 | 129.83 GBP |

Purchases  **SETTLEMENT BY DEBIT CARD:** Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.
**SETTLEMENT BY CHEQUE:** Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.
**If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.**
Sales  **Sales Involving a Share Certificate:** Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
**Nominee Sales:** If we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: Exchange Court, Duncombe Street, Leeds, LS1 4AX. Authorised and regulated by the Financial Conduct Authority, (Financial Services Register Firm Reference Number 141282). Member of the London Stock Exchange and NEX Exchange.



MR J HUSSANEY
APARTMENT 67
40 HULME HIGH STREET
MANCHESTER
GREATER MANCHESTER
M15 5JS

| ACCOUNT NUMBER | 3650031 | |
|---|---|---|
| CONTRACT No. | OVSVF7 | |
| DATE 23/11/21 | | TIME 12:53 |
| SETTLEMENT DATE | 26/11/21 | |
| STOCK CODE | BM8K210 | |

| We thank you for your instructions and have today | BOUGHT |
|---|---|
| META MATLS INC<br>COM USD0.001 | Type of trade Limit<br>Venue ID EDGX |

| QUANTITY | PRICE | BARGAIN CONDITIONS | AMOUNT |
|---|---|---|---|
| 50 | 3.72 | | 186.00 USD |

| | |
|---|---|
| Client Settlement Currency @ rate:1.31770 | 141.15 GBP |
| Commission | 7.99 GBP |
| TRADING CREDIT | 7.99 GBP |

International orders are executed on an overseas execution venue. These transactions will have been executed subject to the rules of that exchange. If the Venue ID on your contract note is Multiple, then this means your trade was executed on more than one venue to achieve best execution. Please contact us if you require further details in respect of your transaction/s, or you require an explanation of any abbreviations / standard codes used on this contract note.

| ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICES ON:<br>0345 607 6001 | TOTAL | 141.15 GBP |
|---|---|---|

Notes: (1) All transactions have been carried out subject to our Terms of Service.
(2) We have acted as agent unless indicated otherwise.
(3) We may have dealt through an associated company or agent.
(4) Where we have to use a broker in a non-UK market to arrange execution, part of the commission may be shared with this broker. Details available on request
(5) Execution on overseas markets will incur currency risk. UK shares classed as AIM/NEX exchange are generally less liquid and not subject to the same degree of regulation as UK listed shares.
(6) Please report any error or omissions promptly.
(7) We may have aggregated your order with those of other customers in the same security. Confirmation available on request.
(8) The foreign exchange rate for all currency conversion is based on the bid/offer exchange rate to which Interactive Investor apply a spread based on up to +/- 1.50%, applied at the time of execution.
(9) Foreign exchange transaction services are provided by Toronto Dominion Bank who will receive a share of the revenue from any Foreign Exchange charge.

Administration and dealing enquiries: Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom. Telephone 0345 607 6001
All dealing, administration and clearing is carried out by Interactive Investor Services Limited, 201 Deansgate, Manchester, M3 3NW, United Kingdom.

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## IMPORTANT SETTLEMENT INSTRUCTIONS

| ACCOUNT NUMBER | CONTRACT NO | SETTLEMENT DATE | AMOUNT |
|---|---|---|---|
| 3650031 | BOUGHT OVSVF7 | 26/11/21 | 141.15 GBP |

Purchases  **SETTLEMENT BY DEBIT CARD:** Please ensure you have enough cash in your account to cover the amount shown on the settlement date. You can settle your trade online. To make a debit card, log-in and select 'add cash' from the 'cash & transfers' menu.
**SETTLEMENT BY CHEQUE:** Please detach this slip and return it together with your cheque payable to INTERACTIVE INVESTOR by return of post. If you're topping up your account funds by cheque in order to settle a trade, please ensure the cheque has cleared before the settlement date. Cheques will be cleared and funds made available in your account in line with normal banking practice and to banking industry standards.
If any payment is not showing on your account and there are insufficient funds available on the settlement date, you will be charged a late payment fee and we'll continue to charge interest, debited in arrears on a monthly basis, until the balance is cleared. Please refer to our Terms of Service and Rates & Charges online for further details.
Sales  **Sales Involving a Share Certificate:** Please detach this slip and return it together with the signed and completed Transfer Form and relevant certificate(s) to be received by us no later than 4 days prior to the settlement date indicated above to ensure prompt settlement. Charges incurred by us as a result of the late settlement will be passed on to the customer.
**Nominee Sales:** If we hold your stock in our Nominee Company the delivery will be effected on your behalf and no action is required by you.

Brokerage Services provided by Interactive Investor Services Limited, incorporated in England and Wales with company number 2101863. Registered office: 201 Deansgate, Manchester, M3 3NW.
Authorised and regulated by the Financial Conduct Authority, (Financial Services Register Firm Reference Number 141282). Member of the London Stock Exchange and NEX Exchange.

032TDP0017                                         AA_RUN10629_VP_TDW_en-GB/003907/003907                  032tdp0017                            112007 D01