NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| **Name of Debtor:** Meta Materials Inc | **Case Number:** 24-50792-hlb | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Anna Kelly
   Apartment 67,
   40 Hulme High St
   Manchester
   M15 5JS (England)

   **Telephone Number:** 07912695105 (+44)

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC 16 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:** 9744866

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   Trading 212
   Alderman House
   10-15 Queen St, London
   EC4N 1TX
   **Telephone Number:** (+44) 020 3857 1320

3. **Date Equity Interest was acquired:**
   First Date bought 1st March 2022
   Last Date bought 13th Sept 2023

4. **Total amount of member interest:** 2.715292

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Anna Kelly
   Title: Miss
   Company: _____ Address and telephone number (if different from notice address above): _____

   (Signature) A. Kelly     (Date) 04/12/2024
   Telephone number: 07912695105
   email: annakelly87@hotmail.co.uk

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# TR^DING 212

| | ID/PASSPORT NO | CUSTOMER ID | CUSTOMER NAME |
|---|---|---|---|
| | JG374548A | 9744866 | Anna Elizabeth Kelly |

# Confirmation of holdings
## as of 03/12/2024

**Trading 212 Invest**
Holdings value: 141.95 GBP

| INSTRUMENT | ISIN | QUANTITY | PRICE |
|---|---|---|---|
| Technology Minerals PLC | GB00BP094P47 | 100 | GBX 0.1 |
| Beyond Meat Inc | US08862E1091 | 5.275856 | USD 4.85 |
| Meta Materials Inc | US59134N3026 | 2.715292 | USD 0.37 |
| Tilray Brands Inc | US88688T1007 | 2 | USD 1.29 |
| AMC Entertainment Holdings Inc | US00165C3025 | 3.18025 | USD 4.88 |
| DraftKings Inc | US26142V1052 | 2 | USD 44 |
| Starbucks Corp | US8552441094 | 0.46 | USD 101.52 |

This document is electronically generated and it doesn't require signing.
The information presented herein reflects the number and value of shares held by Trading 212 UK Ltd. on behalf of the client as of the closing times of the respective exchanges on the specified date. This includes the closing of the US after-hours session, which may extend into the following day.
Prices are relevant to the closing prices at the end of the trading session for the specified date.

When investing, your capital is at risk. Investments can rise and fall and you may get back less than you invested. Trading 212 is a trading name of Trading 212 UK Ltd., Trading 212 Markets Ltd., Trading 212 AU PTY LTD and Trading 212 Ltd. Trading 212 UK Ltd. is registered in England and Wales (Company number 08590005). Registered address: Aldermary House, 10-15 Queen Street, London, EC4N 1TX. Trading 212 UK Ltd. is authorised and regulated by the Financial Conduct Authority (Firm reference number 609146).

TR^DING 212

Case 24-50792-hlb    Doc 819    Entered 12/17/24 12:21:47    Page 3 of 9

CUSTOMER ID
9744866

CUSTOMER NAME
Anna Elizabeth Kelly

# Glossary

**Value**
The total value of the trade/position, where the quantity is multiplied by the price.

**Realised P/L**
The result from closed positions as of the end of the trading day.

**Unrealised P/L**
The change of your unrealised return from open positions from the previous day. The unrealised P/L from the previous day minus the unrealised P/L from the day before.

**Account value**
The sum of the open positions and cash in the account at the close of the trading day.

**Instrument currency**
The currency in which the instrument is denominated and traded.

**Order ID**
The identification number of the whole order. One order can have multiple fills.

**Fill ID**
The identification number of the specific fill of the order. One order can have multiple fills.

**Opening price**
The average price of the open prices for each fill for the position.

**Dividends (Equity)**
Refer to the portion of a company's earnings distributed to shareholders. The amount is usually distributed based on the number of shares each shareholder holds.

**FX Rate**
For the Day's executed trades, this is the exchange rate we used at the time of executing the trade (if applicable).
For the Open positions summary, this is the end-of-day Bloomberg rate and is used for guidance purposes only (if applicable).

**Expiration**
Shows when a pending order would expire.

**Transaction currency**
The currency in which the transaction is executed. This can be the primary currency of the account or the wallet currency in the cases of multi-currency accounts.

**WHT**
A tax deducted at source, especially one levied by some countries on interest or dividends paid to a person resident outside that country

**WHT Rate**
The percentage applied as a withholding tax.

**Session**
The session when the trade has been executed, allowing clients to differentiate between orders during main, extended (pre and after) market and overnight hours.

**Overnight interest**
An interest payment, which is either paid or received by the client for keeping open CFD positions overnight.

**Dividends (CFD)**
Dividends are adjusted to reflect corporate actions. Unlike traditional equity dividends, CFD dividends can be both positive and negative. A positive dividend adjustment occurs when you hold a long position, mirroring a traditional dividend payout. Conversely, a negative dividend adjustment occurs when you hold a short position, as you would be liable to pay the dividend amount instead of receiving it.

All transactions' execution times are in UTC.

Please note transactions executed on an exchange are settled with a delay of typically two days in line with the standard equity settlement cycle (trade date +2 days). This settlement period may be extended beyond this standard cycle due to operational factors in certain rare circumstances. As explained in Clause 7 of the Invest Terms and the CFD Terms. In the improbable event that a transaction fails to settle at all, then the transaction will be cancelled, meaning your account would be restored to the state it would have been in had the transaction not occurred. Your account activity statement, received at the time of a transaction, will state if the specific transaction was executed on an exchange.

Where a portfolio transfer was executed, the execution price for Transfer in would be the price at which an investment was bought, as provided by the client during the transfer. Its accuracy is the sole responsibility of the client. For Transfer out, the execution price would be the price at which the investment was bought.

The statement reflects pending orders at the time of statement generation. Any orders placed or cancelled after this time will not be reflected in the statement. We recommend you review your account activity regularly through our online platform to stay up-to-date on any changes to your pending orders.

Your money is held and protected under the FCA Client Money Rules (CASS 7) and your safe custody assets, including cash in QMMFs and collateral are held and protected under the FCA Safe Custody rules (CASS 6).

Please note that you are responsible for checking your statements and informing us of any discrepancies within 24 hours of receipt. After this period, all deals will be deemed confirmed by you. This message and all attachments have been sent in confidence to the addressee's attention only. If you have received it by mistake, please let us know by contacting us at info@trading212.com.

When investing, your capital is at risk. Investments can rise and fall and you may get back less than you invested. Trading 212 is a trading name of Trading 212 UK Ltd, Trading 212 Markets Ltd, Trading 212 AU PTY LTD and Trading 212 Ltd. Trading 212 UK Ltd. is registered in England and Wales (Company number 08590005). Registered address: Aldermary House, 10-15 Queen Street, London, EC4N 1TX. Trading 212 UK Ltd. is authorised and regulated by the Financial Conduct Authority (firm reference number 609146).

This statement is produced for information purposes only and does not represent investment advice, recommendation, or inducement to buy or sell financial instruments. The value of an investment in stocks and shares can fall as well as rise, so you may get back less than you invested. Past performance is no guarantee of future results.

Trading 212 acts as principal or agent on all trades and on an execution-only basis. Producing this statement is a regulatory requirement, and you cannot unsubscribe.

Case 24-50792-hlb    Doc 819    Entered 12/17/24 12:21:47    Page 4 of 9

TR^DING 212

CUSTOMER ID
9744866

CUSTOMER NAME
Anna Elizabeth Kelly

# Invest account – transactions and dividends

Note: All withdrawals (including via Trading 212 Card) involving a foreign exchange transaction include a 0.15% FX fee and are executed at the current interbank rate – Trading 212 does not apply a spread.

## Transactions

| TIME | TYPE | CURRENCY | AMOUNT | AMOUNT (GBP) |
|---|---|---|---|---|
| | | No data available | | |

## Dividends

| INSTRUMENT | ISIN | INSTRUMENT CURRENCY | ISSUING COUNTRY | ELIGIBLE HOLDINGS | PAY DATE | AMOUNT PER SHARE | TOTAL AMOUNT | WHT RATE | WHT | NET DIVIDEND | FX RATE | NET DIVIDEND (GBP) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | No data available | | | | | | | |

## Invest account – cash breakdown

Your cash balances may include settled and unsettled funds. Only settled cash can be held in QMMFs, so there will usually be a difference between your free cash and the amount held in QMMFs. Learn more about settled cash balances here.

### Total cash

| | VALUE | VALUE (GBP) |
|---|---|---|
| GBP cash | 11.25 | 11.25 |
| GBP settled cash | 11.25 | 11.25 |

### Settled cash in banks

| | VALUE |
|---|---|
| GBP cash | 2.35 |

### Settled cash in QMMFs

| FUND | ISIN | CURRENCY | QUANTITY | PRICE | VALUE |
|---|---|---|---|---|---|
| GOLDMAN LIQ RES GBP INST 630 | IE0006948016 | GBP | 3.71 | 1 | 3.71 |
| BLACKROCK AM IRELAND LTD (IE) BLACKROCK ICS STERLING LIQUIDITY CORE (GBP) INC | IE0004806687 | GBP | 5.19 | 1 | 5.19 |

## Invest account – open positions summary

### Pending orders

| INSTRUMENT | ISIN | INSTRUMENT CURRENCY | ORDER ID | TYPE | DIRECTION | EXPIRATION | QUANTITY | LIMIT PRICE | STOP PRICE | VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | No data available | | | | | | | |

### Open positions

| INSTRUMENT | ISIN | INSTRUMENT CURRENCY | QUANTITY | OPENING PRICE | PRICE | UNREALISED P/L | VALUE | FX RATE | UNREALISED P/L (GBP) | VALUE (GBP) |
|---|---|---|---|---|---|---|---|---|---|---|
| AMC | US00165C3025 | USD | 3.18025 | 0 | 4.88 | 15.52 | 15.5196 | 1.26749 | 12.24 | 12.24 |
| BYND | US08862E1091 | USD | 5.275856 | 17.5042685 | 4.87 | -68.68 | 25.6934 | 1.26749 | -54.87 | 20.27 |
| DKNG | US26142V1052 | USD | 2 | 43.91 | 43.94 | 0.06 | 87.88 | 1.26749 | -0.4 | 69.33 |
| MMATQ | US59134N3026 | USD | 2.715292 | 71.865992 | 0.37 | -194.11 | 1.0047 | 1.26749 | -153.47 | 0.79 |
| SBUX | US8552441094 | USD | 0.48 | 72.04347826 | 101.58 | 13.58 | 48.7176 | 1.26749 | 10.39 | 38.86 |
| TLRY | US88688T1007 | USD | 2 | 5.61 | 1.29 | -8.64 | 2.58 | 1.26749 | -6.47 | 2.04 |
| TM1 | GB00BP094P47 | GBX | 100 | 3.05 | 0.1 | -295 | 10 | 100 | -2.95 | 0.1 |

**TR^DING 212**

CUSTOMER ID
9744866

CUSTOMER NAME
Anna Elizabeth Kelly

## Invest account – day's executed trades

| EXECUTION TIME | INSTRUMENT | ISIN | INSTRUMENT CURRENCY | ORDER ID | FILL ID | DIRECTION | QUANTITY | EXECUTION PRICE | VALUE | ORDER TYPE | EXECUTION VENUE | SESSION | REALISED P/L | FX RATE | TRANSACTION CURRENCY | FX FEE | EXCHANGE & GOVT FEES | REALISED P/L | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

No data available

# Account activity statement

Generated by Trading 212 UK Ltd. on 3 December 2024 at 22:00 (UTC).

## Overview

**Trading 212 Invest**

| | |
|---|---|
| Deposits | £0.00 |
| Withdrawals | £0.00 |
| Realised P/L | £0.00 |
| Unrealised P/L | £-0.91 |
| Dividends | £0.00 |
| Interest on cash | £0.00 |
| Cashback | £0.00 |
| FX Fee | £0.00 |
| Government taxes and levies | £0.00 |
| **Account value** | **£152.88** |

| ion | Time | ISIN | Ticker | Name | No. of shares | Price / | Curren | Exchan | Currency | Tota | Curren | ID | Curre | Curren |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| rket buy | 01/03/2022 20:03 | US59134N3026 | MMATQ | Meta Materials | 30 | 2.08 | USD | 1.33191 | GBP | 46.92 | GBP | EOF1812377495 | 0.07 | GBP |
| rket buy | 01/03/2022 20:43 | US59134N3026 | MMATQ | Meta Materials | 2 | 2.07 | USD | 1.33118 | GBP | 3.11 | GBP | EOF1812380419 | | |
| rket buy | 02/03/2022 14:40 | US59134N3026 | MMATQ | Meta Materials | 6.6 | 1.9 | USD | 1.33404 | GBP | 9.41 | GBP | EOF1813371435 | 0.01 | GBP |
| rket buy | 04/04/2022 16:07 | US59134N3026 | MMATQ | Meta Materials | 2.5 | 1.75 | USD | 1.30988 | GBP | 3.35 | GBP | EOF1859486763 | 0.01 | GBP |
| rket buy | 11/04/2022 16:34 | US59134N3026 | MMATQ | Meta Materials | 8.6 | 1.46 | USD | 1.30248 | GBP | 9.65 | GBP | EOF1869136896 | 0.01 | GBP |
| rket buy | 13/05/2022 18:42 | US59134N3026 | MMATQ | Meta Materials | 21 | 1.35 | USD | 1.22303 | GBP | 23.21 | GBP | EOF1910757298 | 0.03 | GBP |
| rket buy | 06/09/2022 18:01 | US59134N3026 | MMATQ | Meta Materials | 1.9 | 0.78 | USD | 1.15089 | GBP | 1.29 | GBP | EOF2041982009 | | |
| rket buy | 07/10/2022 14:42 | US59134N3026 | MMATQ | Meta Materials | 10 | 0.65 | USD | 1.10954 | GBP | 5.88 | GBP | EOF2084203583 | 0.01 | GBP |
| rket buy | 07/10/2022 19:00 | US59134N3026 | MMATQ | Meta Materials | 7.4 | 0.66 | USD | 1.10682 | GBP | 4.44 | GBP | EOF2084224852 | 0.01 | GBP |
| rket buy | 03/11/2022 18:04 | US59134N3026 | MMATQ | Meta Materials | 5 | 1.35 | USD | 1.11754 | GBP | 6.05 | GBP | EOF2122742494 | 0.01 | GBP |
| rket buy | 23/03/2023 17:35 | US59134N3026 | MMATQ | Meta Materials | 40.022 | 0.48 | USD | 1.22975 | GBP | 15.7 | GBP | EOF2328429084 | 0.02 | GBP |
| rket buy | 23/03/2023 18:26 | US59134N3026 | MMATQ | Meta Materials | 7.4591 | 0.47 | USD | 1.22932 | GBP | 2.87 | GBP | EOF2328432177 | | |
| rket buy | 21/04/2023 17:40 | US59134N3026 | MMATQ | Meta Materials | 16.0427 | 0.2 | USD | 1.24269 | GBP | 2.6 | GBP | EOF2373252800 | | |
| rket buy | 08/05/2023 17:55 | US59134N3026 | MMATQ | Meta Materials | 56.3464 | 0.22 | USD | 1.26299 | GBP | 9.99 | GBP | EOF3014223427 | 0.01 | GBP |
| rket buy | 13/09/2023 18:52 | US59134N3026 | MMATQ | Meta Materials | 56.659 | 0.22 | USD | 1.24899 | GBP | 9.99 | GBP | EOF3286842398 | 0.01 | GBP |