NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor: Meta Materials, Inc. | Case Number: 24-50792 |
|---|---|

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

GREGORY PRINCE
12466 TROPIC DRIVE
JACKSONVILLE, FL 32225

Telephone Number: 904-710-5791

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

DEC 16 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: 455741638 | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Gregory Prince
TD Ameritrade, Inc., 200 S. 108th Avenue, Omaha, NE 68154

Telephone Number: 1-800-669-3900

**3. Date Equity Interest was acquired:**
VARIOUS (SEE ATTACHED)

**4. Total amount of member interest:** 150,000 Shares (All sold)

**5. Certificate number(s):** See Attached Documentation

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Gregory Prince
Title:
Company: Address and telephone number (if different from notice address above):

(Signature)          (Date) 12/10/24

Telephone number: 904-710-5791          email: GeePrince2020@Gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| TD Ameritrade Clearing, Inc. | | | | Account   455741638 |
|---|---|---|---|---|
| **Proceeds from Broker and Barter Exchange Transactions** | | | | |
| 2021    1099-B*   OMB No. 1545-0715 | | **(continued)** | | 02/17/2022 |

## SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*

Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

**1a- Description of property/CUSIP/Symbol**

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|

META MATERIALS INC COM / CUSIP: 59134N104 / Symbol: MMAT

| 1c- Date sold or disposed | Quantity | 1d- Proceeds | 1b- Date acquired | 1e- Cost or other basis | 1f | Gain or loss | Additional information |
|---|---|---|---|---|---|---|---|
| 07/09/21 | 0.250 | 1.33 | 04/16/21 | 0.68 | ... | 0.65 | Sale |
| 07/21/21 | 0.500 | 1.70 | 04/16/21 | 1.36 | ... | 0.34 | Sale |
| Security total: | | 3.03 | | 2.04 | ... | 0.99 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).

| TD Ameritrade Clearing, Inc. | | Account    455741638 |
|---|---|---|
| | **Proceeds from Broker and Barter Exchange Transactions** | |
| 2023    1099-B*   OMB No. 1545-0715 | | 01/18/2024 |

Sales transactions are grouped by their term (long, short or undetermined) and covered status (covered or noncovered). For tax lots whose term is undetermined, use your historical documents to establish the cost basis and date of purchase. Tax lots with an additional notation of "Ordinary" represent neither short- nor long-term capital transactions. You may wish to consult with your tax advisor, the IRS or your state tax authority regarding the proper treatment.

Closing of written options is presented in a distinct manner in accordance with IRS regulation. For these transactions the Cost or other basis (column 1e) is always presented as $0.00 and the Proceeds (column 1d) is the net of proceeds received when the option was written and the cost to close the position.

Several column headings describe two related items: a quantity and a qualifier. For example, proceeds and, if the sale is the result of an option exercise or assignment, whether the proceeds are gross or net (adjusted for any option premium). When these conditions exist, the qualifier is shown to the right of the amount.

Long positions are reported based on the trade date and short positions are reported based on the settlement date of the trade.

FATCA filing requirement [ ]

## SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

**1a- Description of property/CUSIP/Symbol**

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| ▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | ... | ▓▓ | ▓▓ |
| ▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | ... | ▓▓ | ▓▓ |
| ▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | ... | ▓▓ | ▓▓ |
| ▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | ... | ▓▓ | ▓▓ |
| ▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | ... | ▓▓ | ▓▓ |
| ▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | ... | ▓▓ | ▓▓ |
| **META MATERIALS INC COM / CUSIP: 59134N104 / Symbol: MMAT** | | | | | | | |
| 10/16/23 | 45,301.000 | 9,429.97 | Various | 51,549.45 | ... | -42,119.48 | Total of 6 transactions |
| 10/17/23 | 25,000.000 | 5,169.24 | Various | 5,916.40 | ... | -747.16 | Total of 2 transactions |
| 10/20/23 | 23,000.000 | 3,311.76 | Various | 5,167.39 | ... | -1,855.63 | Total of 6 transactions |
| | Security total: | 17,910.97 | | 62,633.24 | ... | -44,722.27 | |
| ▓▓ | ▓▓ | ▓▓ | ▓▓ | ▓▓ | ... | ▓▓ | ▓▓ |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).

| TD Ameritrade Clearing, Inc. | | Account  455741638 |
|---|---|---|
| | **Proceeds from Broker and Barter Exchange Transactions** | |
| 2023  1099-B*  OMB No. 1545-0715 | (continued) | 01/18/2024 |

## SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

**1a- Description of property/CUSIP/Symbol**

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ... ... | ███ | ███ |
| Totals : | | ███ | | ███ | ███ | ███ | |

## LONG TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part II with Box D checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

**1a- Description of property/CUSIP/Symbol**

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC COM / CUSIP: 59134N104 / Symbol: MMAT | | | | | | | |
| 10/16/23 | 6,837.000 | 1,393.77 | Various | 5,016.63 | ... | -3,622.86 | Total of 2 transactions |
| 10/16/23 | 47,862.000 | 10,048.79 | Various | 126,875.60 | 6,511.98 W | -110,314.83 | Sale |
| 10/20/23 | 2,000.000 | 288.09 | Various | 6,916.58 | ... | -6,628.49 | Total of 2 transactions |
| | Security total: | 11,730.65 | | 138,808.81 | 6,511.98 W | -120,566.18 | |
| Totals : | | 11,730.65 | | 138,808.81 | 6,511.98 W | -120,566.18 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).

December 10, 2024


U.S. Bankruptcy Court
District of Nevada
300 Booth Street
Reno, NV 89509


RE: Proof of Interest Form, Case No 24-50792

To Clerk of the Court

My name is Gregory M. Prince, and I herby submit this Proof of Interest Form in the matter of
Meta Materials, Inc., case number 24-50792.  Please note all 150,000 MMAT shares referenced
that were acquired on various dates commencing in 2021, have been sold in this referenced TD
Ameritrade account.

Thank You for your consideration in this matter.


Sincerely,

Gregory Prince