NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor:<br>Meta Materials, Inc. | Case Number:<br>24-50792 | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   GREGORY PRINCE
   12466 TROPIC DRIVE
   JACKSONVILLE, FL 32225

   Telephone Number: 904-710-5791

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC 16 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
**4XC35121**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   Gregory Prince
   SoFi Securities LLC, 234 1st Street, San Francisco, CA 94105
   Telephone Number: 1-855-525-7634

3. **Date Equity Interest was acquired:**
   VARIOUS (SEE ATTACHED)

4. Total amount of member interest: 14,133 Shares (All sold)

5. Certificate number(s): See Attached Documentation

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: INVESTOR

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Gregory Prince
Title: _____
Company: ___ Address and telephone number (if different from notice address above): _____

(Signature)   12/10/24 (Date)

Telephone number: 904-710-5791   email: GeePrince2020@Gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Apex Clearing

4XC35121

**Proceeds from Broker and Barter Exchange Transactions** 2023 Form 1099-B*
(continued)

2024-03-06    OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.
**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)
**Box 5:** Box Not Checked (Covered Security)    **Box 6:** Gross (unless indicated as Net in Additional Notes Column)    **Box 12:** Basis Reported to the IRS

1a - Description of property | CUSIP | Symbol

| 1c - Date Sold or Disposed | Quantity | 1d - Proceeds | 1b - Date Acquired | 1e - Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|

META MATLS INC COMMON STOCK | CUSIP: 59134N104 | Symbol: #M067927

| 1c - Date Sold or Disposed | Quantity | 1d - Proceeds | 1b - Date Acquired | 1e - Cost or Other Basis | 1f/1g | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| 2023-03-07 | 1125.0 | 641.86 | Various | 793.22 | 0.00 | -151.36 | |
| 2023-08-07 | 100.0 | 23.25 | Various | 21.65 | 0.00 | 1.60 | |
| 2023-10-26 | 260.0 | 46.90 | 2023-10-23 | 40.30 | 0.00 | 6.60 | |
| 2023-11-07 | 6900.0 | 764.54 | Various | 1,573.96 | 770.57 D | -38.85 | |
| 2023-11-10 | 2100.0 | 201.60 | Various | 460.58 | 0.00 | -258.98 | |
| 2023-12-11 | 648.0 | 45.36 | 2023-12-11 | 41.86 | 0.00 | 3.50 | |
| 2023-12-14 | 500.0 | 35.35 | 2023-12-11 | 32.30 | 0.00 | 3.05 | |
| 2023-12-15 | 2200.0 | 160.57 | 2023-12-11 | 142.12 | 0.00 | 18.45 | |
| 2023-12-18 | 300.0 | 21.21 | 2023-12-11 | 19.38 | 0.00 | 1.83 | |
| **Security Totals:** | | **1,940.64** | | **3,125.37** | | **-414.16** | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

December 10, 2024

U.S. Bankruptcy Court
District of Nevada
300 Booth Street
Reno, NV 89509

RE: Proof of Interest Form, Case No 24-50792

To Clerk of the Court

My name is Gregory M. Prince, and I herby submit this Proof of Interest Form in the matter of Meta Materials, Inc., case number 24-50792. Please note all 14,133 MMAT shares referenced that were acquired on various dates commencing in 2023, have been sold in this referenced SoFi Investments account.

Thank You for your consideration in this matter.

Sincerely,

Gregory Prince