NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: Meta Materials, Inc.
Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

David Leon Mull
817 S. 14th St.
Worland, Wyo 82401

Telephone Number: 405-815-7229

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

DEC 16 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
5NX09921

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Webull Financial, LLC
44 Wall St. Suite 501, New York City, NY 10005
Telephone Number: 917-725-2448

3. Date Equity Interest was acquired:
2-17-2021 - 7-28-2021 Trch 1251 shares
See attached Summary
7-28-2021 - 1-23-2024 MMAT 25,000 Shares

4. Total amount of member interest: 25,000 MMAT Shares, and 1251 MMTLP Shares

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: David Leon Mull
Title: _____
Company: ___ Address and telephone number (if different from notice address above): _____

(Signature) [signed]    (Date) 12-8-2024

Telephone number: 405-815-7229    email: nvous89@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

12/08/2024

## Summary:

1.) I, David Leon Mull, first invested in Torchlight Energy (TRCH) on 02/17/2021.

2.) I held 1251 TRCH shares until the time of merger with Meta Materials Inc. (MMAT) on 07/28/2021.

3.) At merger, my 1251 shares of TRCH were converted to 627 shares of MMAT. I was issued 1251 Preferred Series A Shares At this time.

4.) From 07/28/2021 to 01/23/2024 I acquired 25,000 shares of MMAT.

5.) On 01/23/2024, I sold my total position (25,000 shares) of MMAT before 100/1 reverse split for a substantial loss.

6.) After being robbed of 2 trading days of MMTLP, I still have 1251 shares of what is now Next Bridge Hydrocarbons (NBH), which at this moment has 0 value.

## CASH BALANCE DETAIL

|  | SIPC Cash Balance | FDIC Cash Balance | Total |
|---|---|---|---|
| Opening | 52.61 | 0.00 | 52.61 |
| Closing | 1,580.94 | 0.00 | 1,580.94 |

## CASH REPORT SUMMARY

This section provides a summary of all cash deposits, withdrawals, and other movements within your Webull brokerage account during the statement period. Key definitions and terms can be found at the end of this document.

|  | USD |
|---|---|
| Opening Cash | 52.61 |
| Deposits | 0.00 |
| Withdrawals | 0.00 |
| Trades (Sold) | 1,532.50 |
| Trades (Bought) | 0.00 |
| Fee | -4.17 |
| Tax | 0.00 |
| Dividends | 0.00 |
| Interest | 0.00 |
| Others | 0.00 |
| Closing Cash | 1,580.94 |
| Closing Cash (Settled) | 1,580.94 |

## SECURITIES TRADING ACTIVITY

Currency: USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| MMAT -59134N104 META MATERIALS INC | 01/23/2024 | 01/25/2024 | S | -25000.00 | 0.0613 | 1,532.50 | -4.17 | 1,528.33 | |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Pending Dividends: The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future outside of the statement period.
2. Accrued Interest: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.
3. Trades (Sold): Cash from selling securities.
4. Trades (Bought): Cash spent on buying securities.
5. Multiplier(Mult): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.
6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.
7. The sum of Exchange-related fees, transaction-related fees, stamp duty, withholding tax, contract fees, commissions, or other fees or taxes.
8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.

*July 1, 2021 - July 31, 2021*

PAGE 2 OF 8

ACCOUNT NUMBER   5NX-09921-14  RR WEA

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**DAVID LEON MULL**

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| ADT INC<br>COMMON STOCK | ADT | C | 2 | $10.49 | $20.98 | $21.58 | -3% | | .945% |
| META MATLS INC<br>COMMON STOCK | MMAT | C | 627 | 3.50 | 2,194.50 | 4,696.23 | -53 | | 98.882 |
| META MATLS INC<br>PFD SER A | 59134N203 | C | 1,251 | Not Available | | | N/A | | N/A |
| **Total Equities** | | | | | **$2,215.48** | | | | **99.827%** |
| Total Cash (Net Portfolio Balance) | | | | | $3.84 | | | | 0.173% |
| **TOTAL PRICED PORTFOLIO** | | | | | **$2,219.32** | | | | |

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 07/08/21 | C | META MATLS INC<br>PFD SER A<br>SPINOFF ON 1251 SHS<br>TORCHLIGHT ENERGY RESOURCES<br>REC 06/24/21 PAY 06/25/21<br>AS OF 07/07/21<br>CUSIP: 59134N203 | 1,251 | | | |

**Total Buy / Sell Transactions**

*June 1, 2021 - June 30, 2021*



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 2 OF 8

ACCOUNT NUMBER   5NX-09921-14 RR WEA

DAVID LEON MULL

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| ADT INC<br>COMMON STOCK | ADT | C | 2 | $10.79 | $21.58 | $20.68 | 4% | | .457% |
| META MATLS INC<br>COMMON STOCK | MMAT | C | 627 | 7.49 | 4,696.23 | | N/A | | 99.463 |
| **Total Equities** | | | | | **$4,717.81** | | | | **99.920%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$3.77** | | | | **0.080%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$4,721.58** | | | | |

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| SOLD | 06/10/21 | C | ZYNGA INC<br>CLASS A<br>CUSIP: 98986T108 | 2 | $10.3922 | | $20.76 |
| BOUGHT | 06/25/21 | C | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 3 | 5.9379 | 17.81 | |
| **Total Buy / Sell Transactions** | | | | | | **$17.81** | **$20.76** |

| Name | Symbol | Side | Status | Filled | Total Qty | Price | Avg Price | Time-in-For | Placed Tim | Filled Time |
|---|---|---|---|---|---|---|---|---|---|---|
| Kulr Techn | KULR | Sell | Cancelled | 0 | 4800 | @0.5935 | | GTC | | 04/30/2024 07:16:49 EDT |
| Kulr Techn | KULR | Buy | Filled | 300 | 300 | @0.4525 | 0.4525 | DAY | 04/29/202 | 04/29/2024 11:00:37 EDT |
| Kulr Techn | KULR | Buy | Cancelled | 0 | 300 | @0.4513 | | DAY | | 04/29/2024 10:58:06 EDT |
| Kulr Techn | KULR | Buy | Filled | 2500 | 2500 | @0.4561 | 0.4561 | DAY | 04/24/202 | 04/24/2024 09:58:03 EDT |
| Kulr Techn | KULR | Buy | Filled | 1000 | 1000 | @0.524 | 0.524 | DAY | 04/23/202 | 04/23/2024 17:49:58 EDT |
| Kulr Techn | KULR | Sell | Cancelled | 0 | 1000 | @0.569 | | DAY | | 04/23/2024 12:04:38 EDT |
| Kulr Techn | KULR | Buy | Filled | 1000 | 1000 | @0.5686 | 0.5686 | DAY | 04/23/202 | 04/23/2024 09:58:19 EDT |
| Kulr Techn | KULR | Buy | Cancelled | 0 | 1000 | @0.500 | | DAY | | 04/23/2024 09:48:27 EDT |
| Kulr Techn | KULR | Buy | Cancelled | 0 | 500 | @0.500 | | DAY | | 04/23/2024 09:46:22 EDT |
| Cyngn Inc | CYN | Sell | Filled | 5000 | 5000 | @0.2502 | 0.2502 | DAY | 04/23/202 | 04/23/2024 09:38:38 EDT |
| Cyngn Inc | CYN | Sell | Cancelled | 0 | 5000 | @0.250 | | DAY | | 04/23/2024 09:37:03 EDT |
| Cyngn Inc | CYN | Buy | Filled | 2250 | 2250 | @0.2201 | 0.2201 | DAY | 04/23/202 | 04/23/2024 09:07:28 EDT |
| Cyngn Inc | CYN | Buy | Filled | 250 | 250 | @0.2231 | 0.2231 | DAY | 04/23/202 | 04/23/2024 09:03:47 EDT |
| Cyngn Inc | CYN | Buy | Filled | 2500 | 2500 | @0.2399 | 0.2399 | DAY | 04/23/202 | 04/23/2024 08:52:58 EDT |
| Sintx Techr | SINT | Sell | Filled | 50000 | 50000 | @0.046 | 0.046 | DAY | 04/19/202 | 04/19/2024 12:38:38 EDT |
| Sintx Techr | SINT | Sell | Cancelled | 0 | 50000 | @0.050 | | GTC | | 04/18/2024 18:39:11 EDT |
| Sintx Techr | SINT | Buy | Filled | 20000 | 20000 | @0.037 | 0.037 | DAY | 04/18/202 | 04/18/2024 17:55:24 EDT |
| Sintx Techr | SINT | Buy | Cancelled | 0 | 20000 | @0.036 | | DAY | | 04/18/2024 16:45:02 EDT |
| Sintx Techr | SINT | Buy | Filled | 10000 | 10000 | @0.038 | 0.038 | DAY | 04/18/202 | 04/18/2024 16:21:19 EDT |
| Sintx Techr | SINT | Buy | Filled | 10000 | 10000 | @0.0421 | 0.0421 | DAY | 04/18/202 | 04/18/2024 14:54:51 EDT |
| Sintx Techr | SINT | Sell | Cancelled | 0 | 10000 | @0.055 | | DAY | | 04/18/2024 12:41:56 EDT |
| Sintx Techr | SINT | Sell | Cancelled | 0 | 10000 | @0.0518 | | DAY | | 04/18/2024 10:35:05 EDT |
| Sintx Techr | SINT | Buy | Filled | 10000 | 10000 | @0.055 | 0.055 | DAY | 04/18/202 | 04/18/2024 08:43:25 EDT |
| Sintx Techr | SINT | Buy | Cancelled | 0 | 10000 | @0.055 | | DAY | | 04/18/2024 08:36:05 EDT |
| Jaguar Hea | JAGX | Sell | Filled | 10000 | 10000 | @0.2102 | 0.2102 | GTC | 04/16/202 | 04/16/2024 10:03:48 EDT |
| Jaguar Hea | JAGX | Buy | Filled | 10000 | 10000 | @0.1583 | 0.1583 | DAY | 04/16/202 | 04/16/2024 09:19:58 EDT |
| Jaguar Hea | JAGX | Buy | Cancelled | 0 | 10000 | @0.145 | | DAY | | 04/16/2024 09:15:05 EDT |
| Jaguar Hea | JAGX | Buy | Cancelled | 0 | 10000 | @0.145 | | DAY | | 04/16/2024 09:11:44 EDT |
| Biolase Inc | BIOLQ | Sell | Filled | 385 | 385 | @0.195 | 0.195 | GTC | 03/27/202 | 03/27/2024 15:38:03 EDT |
| Biolase Inc | BIOLQ | Buy | Filled | 385 | 385 | @0.1575 | 0.1575 | DAY | 03/25/202 | 03/25/2024 09:53:17 EDT |
| Biolase Inc | BIOLQ | Sell | Filled | 8000 | 8000 | @0.190 | 0.19 | GTC | 03/25/202 | 03/27/2024 12:10:31 EDT |
| Biolase Inc | BIOLQ | Buy | Filled | 8000 | 8000 | @0.190 | 0.19 | DAY | 03/22/202 | 03/22/2024 13:21:14 EDT |
| Meta Mate | MMATQ | Sell | Filled | 25000 | 25000 | @0.0613 | 0.0613 | GTC | 01/23/202 | 01/23/2024 18:30:31 EST |

| Meta Mate MMATQ | Sell | Cancelled | 0 | 25000 @0.0611 | GTC | 01/23/2024 18:24:48 EST |

| Name | Symbol | Side | Status | Filled | Total Qty | Price | Avg Price | Time-in-For | Placed Tim Filled Time |
|---|---|---|---|---|---|---|---|---|---|
| Meta Mate | MMATQ | Buy | Filled | 5000 | 5000 | @0.0935 | 0.0935 | DAY | 11/10/202:11/10/2023 14:26:40 EST |
| Meta Mate | MMATQ | Buy | Filled | 3000 | 3000 | @0.2281 | 0.2281 | DAY | 10/03/202:10/03/2023 12:13:36 EDT |
| Meta Mate | MMATQ | Buy | Filled | 1000 | 1000 | @0.1965 | 0.1965 | DAY | 04/20/202:04/20/2023 10:10:33 EDT |
| Meta Mate | MMATQ | Buy | Filled | 1000 | 1000 | @0.205 | 0.205 | GTC | 04/19/202:04/19/2023 13:40:18 EDT |
| Meta Mate | MMATQ | Buy | Filled | 1000 | 1000 | @0.2087 | 0.2087 | DAY | 04/19/202:04/19/2023 10:26:13 EDT |
| Meta Mate | MMATQ | Buy | Filled | 2000 | 2000 | @0.2125 | 0.2125 | DAY | 04/14/202:04/14/2023 08:47:17 EDT |
| Meta Mate | MMATQ | Buy | Filled | 1000 | 1000 | @0.380 | 0.38 | GTC | 04/12/202:04/12/2023 17:06:50 EDT |
| Meta Mate | MMATQ | Buy | Cancelled | 0 | 1000 | @0.380 |  | DAY | 04/12/2023 14:35:52 EDT |
| Meta Mate | MMATQ | Buy | Filled | 1000 | 1000 | @0.4994 | 0.4994 | DAY | 04/03/202:04/03/2023 13:57:28 EDT |
| COMSover | COMS | Sell | Filled | 2207 | 2207 | @0.0624 | 0.0624 | DAY | 02/08/202:02/08/2023 14:17:09 EST |
| COMSover | COMS | Sell | Cancelled | 500 | 2707 | @0.0639 | 0.0639 | DAY | 02/08/202:02/08/2023 11:03:54 EST |
| Micromobi | MCOM | Sell | Filled | 1655 | 1655 | @0.2023 | 0.2023 | DAY | 02/08/202:02/08/2023 10:40:13 EST |
| Micromobi | MCOM | Sell | Cancelled | 0 | 1655 | @0.2293 |  | GTC | 01/27/2023 21:21:23 EST |
| COMSover | COMS | Buy | Filled | 2707 | 2707 | @0.0907 | 0.0907 | DAY | 01/27/202:01/27/2023 09:30:12 EST |
| Micromobi | MCOM | Buy | Filled | 155 | 155 | @0.295 | 0.295 | DAY | 01/26/202:01/26/2023 14:47:52 EST |
| Micromobi | MCOM | Buy | Filled | 500 | 500 | @0.2916 | 0.2916 | DAY | 01/25/202:01/25/2023 15:16:13 EST |
| Micromobi | MCOM | Buy | Filled | 155 | 155 | @0.3183 | 0.3183 | DAY | 01/25/202:01/25/2023 15:00:59 EST |
| Micromobi | MCOM | Buy | Filled | 180 | 180 | @0.3285 | 0.3285 | DAY | 01/25/202:01/25/2023 13:32:29 EST |
| Micromobi | MCOM | Buy | Filled | 290 | 290 | @0.3443 | 0.3443 | DAY | 01/25/202:01/25/2023 11:58:23 EST |
| Micromobi | MCOM | Sell | Cancelled | 0 | 375 | @0.550 |  | GTC | 01/24/2023 17:00:37 EST |
| Micromobi | MCOM | Buy | Filled | 375 | 375 | @0.400 | 0.4 | DAY | 01/24/202:01/24/2023 13:55:01 EST |
| Micromobi | MCOM | Buy | Cancelled | 0 | 375 | @0.400 |  | DAY | 01/24/2023 09:42:59 EST |
| Micromobi | MCOM | Sell | Filled | 333 | 333 | @0.4699 | 0.4699 | DAY | 01/23/202:01/23/2023 17:43:33 EST |
| Micromobi | MCOM | Buy | Filled | 333 | 333 | @0.300 | 0.3 | DAY | 01/23/202:01/23/2023 08:34:42 EST |

| Name | Symbol | Side | Status | Filled | Total Qty | Price | Avg Price | Time-in-For | Placed Tim | Filled Time |
|---|---|---|---|---|---|---|---|---|---|---|
| Meta Mate | MMATQ | Buy | Filled | 5000 | 5000 | @0.0935 | 0.0935 | DAY | 11/10/202: | 11/10/2023 14:26:40 EST |
| Meta Mate | MMATQ | Buy | Filled | 3000 | 3000 | @0.2281 | 0.2281 | DAY | 10/03/202: | 10/03/2023 12:13:36 EDT |
| Meta Mate | MMATQ | Buy | Filled | 1000 | 1000 | @0.1965 | 0.1965 | DAY | 04/20/202: | 04/20/2023 10:10:33 EDT |
| Meta Mate | MMATQ | Buy | Filled | 1000 | 1000 | @0.205 | 0.205 | GTC | 04/19/202: | 04/19/2023 13:40:18 EDT |
| Meta Mate | MMATQ | Buy | Filled | 1000 | 1000 | @0.2087 | 0.2087 | DAY | 04/19/202: | 04/19/2023 10:26:13 EDT |
| Meta Mate | MMATQ | Buy | Filled | 2000 | 2000 | @0.2125 | 0.2125 | DAY | 04/14/202: | 04/14/2023 08:47:17 EDT |
| Meta Mate | MMATQ | Buy | Filled | 1000 | 1000 | @0.380 | 0.38 | GTC | 04/12/202: | 04/12/2023 17:06:50 EDT |
| Meta Mate | MMATQ | Buy | Cancelled | 0 | 1000 | @0.380 | | DAY | 04/12/2023 14:35:52 EDT | |
| Meta Mate | MMATQ | Buy | Filled | 1000 | 1000 | @0.4994 | 0.4994 | DAY | 04/03/202: | 04/03/2023 13:57:28 EDT |
| COMSoveri | COMS | Sell | Filled | 2207 | 2207 | @0.0624 | 0.0624 | DAY | 02/08/202: | 02/08/2023 14:17:09 EST |
| COMSoveri | COMS | Sell | Cancelled | 500 | 2707 | @0.0639 | 0.0639 | DAY | 02/08/202: | 02/08/2023 11:03:54 EST |
| Micromobi | MCOM | Sell | Filled | 1655 | 1655 | @0.2023 | 0.2023 | DAY | 02/08/202: | 02/08/2023 10:40:13 EST |
| Micromobi | MCOM | Sell | Cancelled | 0 | 1655 | @0.2293 | | GTC | 01/27/2023 21:21:23 EST | |
| COMSoveri | COMS | Buy | Filled | 2707 | 2707 | @0.0907 | 0.0907 | DAY | 01/27/202: | 01/27/2023 09:30:12 EST |
| Micromobi | MCOM | Buy | Filled | 155 | 155 | @0.295 | 0.295 | DAY | 01/26/202: | 01/26/2023 14:47:52 EST |
| Micromobi | MCOM | Buy | Filled | 500 | 500 | @0.2916 | 0.2916 | DAY | 01/25/202: | 01/25/2023 15:16:13 EST |
| Micromobi | MCOM | Buy | Filled | 155 | 155 | @0.3183 | 0.3183 | DAY | 01/25/202: | 01/25/2023 15:00:59 EST |
| Micromobi | MCOM | Buy | Filled | 180 | 180 | @0.3285 | 0.3285 | DAY | 01/25/202: | 01/25/2023 13:32:29 EST |
| Micromobi | MCOM | Buy | Filled | 290 | 290 | @0.3443 | 0.3443 | DAY | 01/25/202: | 01/25/2023 11:58:23 EST |
| Micromobi | MCOM | Sell | Cancelled | 0 | 375 | @0.550 | | GTC | 01/24/2023 17:00:37 EST | |
| Micromobi | MCOM | Buy | Filled | 375 | 375 | @0.400 | 0.4 | DAY | 01/24/202: | 01/24/2023 13:55:01 EST |
| Micromobi | MCOM | Buy | Cancelled | 0 | 375 | @0.400 | | DAY | 01/24/2023 09:42:59 EST | |
| Micromobi | MCOM | Sell | Filled | 333 | 333 | @0.4699 | 0.4699 | DAY | 01/23/202: | 01/23/2023 17:43:33 EST |
| Micromobi | MCOM | Buy | Filled | 333 | 333 | @0.300 | 0.3 | DAY | 01/23/202: | 01/23/2023 08:34:42 EST |

| Name | Symbol | Side | Status | Filled | Total Qty | Price | Avg Price | Time-in-For | Placed Tim | Filled Time |
|---|---|---|---|---|---|---|---|---|---|---|
| Meta Matl | MMTLP | Sell | Cancelled | 0 | 1251 | @1000.00 | | DAY | | 12/12/2022 09:30:13 EST |
| Meta Matl | MMTLP | Sell | Cancelled | 0 | 1251 | @1000.00 | | DAY | | 12/09/2022 09:39:13 EST |
| Meta Mate | MMATQ | Buy | Filled | 80 | 80 | @1.15 | 1.15 | DAY | 10/13/202 | 10/13/2022 09:37:34 EDT |
| Meta Mate | MMATQ | Buy | Filled | 170 | 170 | @0.7899 | 0.7899 | DAY | 10/11/202 | 10/11/2022 09:44:05 EDT |
| Meta Mate | MMATQ | Buy | Filled | 250 | 250 | @0.7359 | 0.7359 | DAY | 10/10/202 | 10/10/2022 14:55:35 EDT |
| Meta Mate | MMATQ | Buy | Filled | 500 | 500 | @0.7371 | 0.7371 | DAY | 10/10/202 | 10/10/2022 14:53:21 EDT |
| Meta Mate | MMATQ | Buy | Filled | 978 | 978 | @0.7372 | 0.7372 | DAY | 10/10/202 | 10/10/2022 14:49:32 EDT |
| Meta Mate | MMATQ | Buy | Cancelled | 0 | 1500 | @0.705 | | DAY | | 10/10/2022 13:00:35 EDT |
| Meta Mate | MMATQ | Buy | Cancelled | 22 | 2000 | @0.6715 | 0.6715 | GTC | | 10/07/202 10/07/2022 16:51:10 EDT |
| Meta Mate | MMATQ | Buy | Cancelled | 0 | 2000 | @0.6715 | | DAY | | 10/07/2022 15:38:30 EDT |
| Meta Mate | MMATQ | Buy | Cancelled | 0 | 2000 | @0.6699 | | DAY | | 10/07/2022 15:32:10 EDT |
| Meta Mate | MMATQ | Buy | Filled | 250 | 250 | @0.6339 | 0.6339 | DAY | 10/03/202 | 10/03/2022 09:44:55 EDT |
| Meta Mate | MMATQ | Buy | Filled | 250 | 250 | @0.7186 | 0.7186 | DAY | 09/22/202 | 09/22/2022 11:57:21 EDT |
| Meta Mate | MMATQ | Buy | Filled | 300 | 300 | @0.8329 | 0.8329 | DAY | 09/12/202 | 09/12/2022 09:50:54 EDT |
| Meta Mate | MMATQ | Buy | Filled | 200 | 200 | @0.7999 | 0.7999 | DAY | 09/08/202 | 09/08/2022 12:34:25 EDT |
| Meta Mate | MMATQ | Buy | Filled | 200 | 200 | @0.8446 | 0.8446 | DAY | 08/22/202 | 08/22/2022 09:43:07 EDT |
| Meta Mate | MMATQ | Buy | Filled | 200 | 200 | @0.985 | 0.985 | DAY | 08/15/202 | 08/15/2022 09:58:01 EDT |
| Meta Mate | MMATQ | Buy | Cancelled | 0 | 200 | @0.960 | | DAY | | 08/15/2022 08:53:13 EDT |
| Meta Mate | MMATQ | Buy | Filled | 100 | 100 | @0.8864 | 0.8864 | DAY | 08/01/202 | 08/01/2022 09:38:35 EDT |
| Meta Mate | MMATQ | Buy | Filled | 300 | 300 | @0.900 | 0.9 | DAY | 07/28/202 | 07/28/2022 09:01:17 EDT |
| Meta Mate | MMATQ | Buy | Filled | 61 | 61 | @1.00 | 1 | GTC | 07/18/202 | 07/18/2022 09:34:44 EDT |
| Meta Mate | MMATQ | Buy | Filled | 139 | 139 | @0.965 | 0.965 | DAY | 07/12/202 | 07/12/2022 11:34:40 EDT |
| Meta Mate | MMATQ | Buy | Filled | 500 | 500 | @1.00 | 1 | DAY | 06/30/202 | 06/30/2022 10:08:00 EDT |
| Meta Mate | MMATQ | Buy | Filled | 500 | 500 | @1.17 | 1.17 | GTC | 06/24/202 | 06/24/2022 16:01:13 EDT |
| Meta Mate | MMATQ | Buy | Cancelled | 0 | 500 | @1.13 | | GTC | | 06/24/2022 15:56:02 EDT |
| Meta Mate | MMATQ | Buy | Filled | 500 | 500 | @1.30 | 1.3 | DAY | 06/24/202 | 06/24/2022 14:25:01 EDT |
| Meta Mate | MMATQ | Buy | Cancelled | 0 | 500 | @1.42 | | GTC | | 06/21/2022 08:55:25 EDT |
| Meta Mate | MMATQ | Buy | Cancelled | 0 | 400 | @1.42 | | GTC | | 06/17/2022 16:53:13 EDT |
| Meta Mate | MMATQ | Buy | Cancelled | 0 | 400 | @1.42 | | DAY | | 06/16/2022 13:59:37 EDT |
| Meta Mate | MMATQ | Buy | Filled | 300 | 300 | @1.47 | 1.47 | DAY | 06/16/202 | 06/16/2022 13:46:52 EDT |
| Meta Mate | MMATQ | Buy | Cancelled | 0 | 300 | @1.40 | | GTC | | 06/15/2022 20:18:17 EDT |
| Meta Mate | MMATQ | Buy | Cancelled | 0 | 300 | @1.47 | | DAY | | 06/15/2022 19:52:18 EDT |
| Meta Mate | MMATQ | Buy | Filled | 100 | 100 | @1.50 | 1.5 | GTC | 06/10/202 | 06/13/2022 04:02:45 EDT |

| Security | Side | Status | Filled | Quantity | Price | Time |
|---|---|---|---|---|---|---|
| Meta Mate MMATQ | Buy | Cancelled | 0 | 100 @1.50 | DAY | 06/10/2022 10:59:36 EDT |
| Amazon Co AMZN | Sell | Filled | 10 | 10 @113.00 | 113 DAY | 06/10/202:06/10/2022 09:40:45 EDT |
| Meta Mate MMATQ | Buy | Filled | 100 | 100 @1.74 | 1.74 DAY | 06/06/202:06/06/2022 10:16:29 EDT |
| Amazon Co AMZN | Buy | Filled | 10 | 10 @127.13 | 127.13 DAY | 06/06/202:06/06/2022 10:04:46 EDT |
| Amazon Co AMZN | Buy | Cancelled | 0 | 10 @126.81 | DAY | 06/06/2022 10:03:30 EDT |
| Meta Mate MMATQ | Buy | Cancelled | 0 | 100 @1.75 | DAY | 06/06/2022 09:57:49 EDT |
| Meta Mate MMATQ | Buy | Filled | 100 | 100 @1.77 | 1.77 DAY | 05/31/202:05/31/2022 09:52:43 EDT |
| Meta Mate MMATQ | Buy | Filled | 150 | 150 @1.68 | 1.68 DAY | 05/26/202:05/26/2022 09:01:01 EDT |
| Meta Mate MMATQ | Buy | Cancelled | 0 | 150 @1.69 | DAY | 05/26/2022 08:59:26 EDT |
| Meta Mate MMATQ | Buy | Filled | 250 | 250 @1.80 | 1.8 DAY | 05/24/202:05/24/2022 10:48:25 EDT |
| Meta Mate MMATQ | Buy | Filled | 1000 | 1000 @1.80 | 1.8 DAY | 05/23/202:05/23/2022 09:58:01 EDT |
| Meta Mate MMATQ | Buy | Cancelled | 0 | 1000 @1.80 | DAY | 05/23/2022 09:42:18 EDT |
| Meta Mate MMATQ | Buy | Cancelled | 0 | 2500 @1.00 | GTC | 05/11/2022 10:11:26 EDT |
| Meta Mate MMATQ | Buy | Filled | 67 | 67 @1.44 | 1.44 DAY | 03/14/202:03/14/2022 13:02:48 EDT |
| Meta Mate MMATQ | Buy | Filled | 67 | 67 @1.50 | 1.5 DAY | 03/14/202:03/14/2022 09:40:23 EDT |
| Meta Mate MMATQ | Buy | Filled | 62 | 62 @1.60 | 1.6 DAY | 03/11/202:03/11/2022 09:57:05 EST |
| Meta Mate MMATQ | Buy | Filled | 304 | 304 @1.65 | 1.65 DAY | 03/02/202:03/02/2022 13:35:26 EST |
| Meta Mate MMATQ | Buy | Filled | 307 | 307 @2.20 | 2.2 DAY | 03/01/202:03/01/2022 09:07:57 EST |
| Meta Mate MMATQ | Buy | Filled | 129 | 129 @1.94 | 1.94 DAY | 02/16/202:02/16/2022 10:04:00 EST |
| Meta Mate MMATQ | Buy | Filled | 14 | 14  1.89 | 1.89 DAY | 02/02/202:02/02/2022 09:34:33 EST |
| Meta Mate MMATQ | Buy | Filled | 50 | 50 @1.95 | 1.95 DAY | 02/02/202:02/02/2022 09:30:03 EST |
| Meta Mate MMATQ | Buy | Filled | 302 | 302 @2.15 | 2.15 GTC | 01/10/202:01/13/2022 15:11:17 EST |

| Name | Symbol | Side | Status | Filled | Total Qty | Price | Avg Price | Time-in-For | Placed Tim | Filled Time |
|---|---|---|---|---|---|---|---|---|---|---|
| Meta Mate | MMATQ | Buy | Filled | 1198 | 1198 | @2.80 | 2.8 | GTC | 12/14/202: | 12/15/2021 11:37:24 EST |
| Meta Mate | MMATQ | Buy | Cancelled | 0 | 1198 | @2.80 | | GTC | | 12/14/2021 09:13:39 EST |
| Meta Mate | MMATQ | Buy | Cancelled | 0 | 1118 | @3.00 | | DAY | | 12/09/2021 13:38:29 EST |
| Meta Mate | MMATQ | Buy | Cancelled | 0 | 1051 | @3.19 | | GTC | | 12/09/2021 09:55:59 EST |
| Meta Mate | MMATQ | Buy | Cancelled | 0 | 1118 | @3.00 | | GTC | | 12/08/2021 10:53:08 EST |
| Meta Mate | MMATQ | Buy | Cancelled | 0 | 1118 | @3.00 | | DAY | | 12/07/2021 10:32:30 EST |
| Meta Mate | MMATQ | Sell | Filled | 1037 | 1037 | @2.91 | 2.91 | DAY | 12/06/202: | 12/06/2021 04:12:34 EST |
| Meta Mate | MMATQ | Sell | Cancelled | 114 | 1151 | @2.93 | 2.93 | DAY | 12/06/202: | 12/06/2021 04:10:23 EST |
| Meta Mate | MMATQ | Sell | Cancelled | 0 | 1151 | @2.94 | | DAY | | 12/06/2021 04:07:43 EST |
| Meta Mate | MMATQ | Sell | Cancelled | 0 | 1151 | @3.00 | | DAY | | 12/06/2021 04:04:31 EST |
| Meta Mate | MMATQ | Sell | Cancelled | 0 | 1151 | @3.05 | | DAY | | 12/06/2021 04:02:59 EST |
| Meta Mate | MMATQ | Buy | Filled | 149 | 149 | @3.35 | 3.35 | DAY | 12/02/202: | 12/02/2021 14:02:28 EST |
| Meta Mate | MMATQ | Buy | Cancelled | 0 | 153 | @3.25 | | DAY | | 12/02/2021 11:47:12 EST |
| Meta Mate | MMATQ | Buy | Filled | 144 | 144 | @3.68 | 3.68 | DAY | 11/30/202: | 11/30/2021 09:49:16 EST |
| Phunware | IPHUN | Sell | Filled | 171 | 171 | @3.08 | 3.08 | DAY | 11/30/202: | 11/30/2021 09:48:00 EST |
| Meta Mate | MMATQ | Buy | Filled | 94 | 94 | @3.78 | 3.78 | DAY | 11/30/202: | 11/30/2021 08:30:48 EST |
| Meta Mate | MMATQ | Buy | Cancelled | 0 | 94 | @3.78 | | DAY | | 11/30/2021 08:29:50 EST |
| Shiba Inu | SHIBUSD | Sell | Filled | 7002727 | 7002727 | @0.00005( | 5.1E-05 | DAY | 11/30/202: | 11/30/2021 08:14:34 EST |
| Phunware | IPHUN | Buy | Filled | 61 | 61 | @4.18 | 4.18 | DAY | 11/08/202: | 11/08/2021 08:39:32 EST |
| Phunware | IPHUN | Buy | Cancelled | 0 | 61 | @4.18 | | DAY | | 11/08/2021 08:38:19 EST |
| Shiba Inu | SHIBUSD | Buy | Filled | 1002727 | 1002727 | @0.000054 | 5.46E-05 | DAY | 11/03/202: | 11/03/2021 18:43:23 EDT |
| Farmmi Inc | FAMI | Sell | Filled | 750 | 750 | @0.3421 | 0.3421 | DAY | 11/03/202: | 11/03/2021 18:01:19 EDT |
| Farmmi Inc | FAMI | Sell | Cancelled | 0 | 750 | @0.3438 | | DAY | | 11/03/2021 17:50:38 EDT |
| Farmmi Inc | FAMI | Sell | Cancelled | 0 | 750 | @0.344 | | DAY | | 11/03/2021 17:24:48 EDT |
| Farmmi Inc | FAMI | Sell | Cancelled | 0 | 750 | @0.390 | | GTC | | 11/03/2021 16:33:41 EDT |
| Phunware | IPHUN | Sell | Cancelled | 0 | 110 | @5.25 | | GTC | | 11/03/2021 08:37:33 EDT |
| Shiba Inu | SHIBUSD | Buy | Filled | 6000000 | 6000000 | 4.79E-05 | 4.79E-05 | IOC | 10/26/202: | 10/26/2021 20:22:21 EDT |
| Shiba Inu | SHIBUSD | Buy | Cancelled | 0 | 7166806 | @0.000047 | 0 | DAY | | 10/26/2021 20:10:37 EDT |
| Farmmi Inc | FAMI | Buy | Filled | 750 | 750 | @0.390 | 0.39 | DAY | 10/26/202: | 10/26/2021 19:54:00 EDT |
| Phunware | IPHUN | Buy | Cancelled | 0 | 100 | @4.00 | | GTC | | 10/26/2021 19:40:14 EDT |
| Phunware | IPHUN | Buy | Cancelled | 0 | 50 | @4.00 | | GTC | | 10/26/2021 18:48:22 EDT |
| Phunware | IPHUN | Buy | Filled | 40 | 40 | 4.6 | 4.6 | DAY | 10/26/202: | 10/26/2021 13:07:48 EDT |
| Phunware | IPHUN | Buy | Filled | 40 | 40 | 4.93 | 4.93 | DAY | 10/26/202: | 10/26/2021 10:25:59 EDT |

| Security | Symbol | Side | Status | Filled | Quantity | Price | Limit | TIF | Date |
|---|---|---|---|---|---|---|---|---|---|
| Phunware | PHUN | Buy | Filled | 30 | 30 | @6.56 | 6.56 | DAY | 10/26/202: 10/26/2021 08:14:35 EDT |
| Meta Mate | MMATQ | Buy | Cancelled | 0 | 346 | @3.50 | | GTC | 10/25/2021 09:50:14 EDT |
| Farmmi Inc | FAMI | Sell | Filled | 650 | 650 | 0.3206 | 0.3206 | DAY | 10/21/202: 10/21/2021 15:29:53 EDT |
| Farmmi Inc | FAMI | Buy | Filled | 650 | 650 | 0.3391 | 0.3391 | DAY | 10/21/202: 10/21/2021 09:56:33 EDT |
| Farmmi Inc | FAMI | Buy | Cancelled | 0 | 703 | @0.320 | | GTC | 10/19/2021 10:33:09 EDT |
| Camber En | CEIN | Sell | Filled | 147 | 147 | 1.49 | 1.49 | DAY | 10/13/202: 10/13/2021 10:06:55 EDT |
| Camber En | CEIN | Buy | Filled | 147 | 147 | 1.59 | 1.59 | DAY | 10/13/202: 10/13/2021 09:33:34 EDT |
| Shiba Inu | SHIBUSD | Sell | Filled | 4344842 | 4344842 | 2.58E-05 | 2.58E-05 | IOC | 10/08/202: 10/08/2021 09:35:10 EDT |
| Shiba Inu | SHIBUSD | Buy | Filled | 4344842 | 4344842 | 2.92E-05 | 2.92E-05 | IOC | 10/08/202: 10/08/2021 09:08:52 EDT |
| Shiba Inu | SHIBUSD | Sell | Filled | 9663302 | 9663302 | 2.61E-05 | 2.61E-05 | IOC | 10/07/202: 10/07/2021 12:58:18 EDT |
| Shiba Inu | SHIBUSD | Buy | Filled | 9663302 | 9663302 | @0.000033 | 3.35E-05 | DAY | 10/06/202: 10/06/2021 21:15:09 EDT |
| Shiba Inu | SHIBUSD | Buy | Cancelled | 0 | 9680778 | @0.000032 | 0 | DAY | 10/06/2021 21:13:39 EDT |
| Shiba Inu | SHIBUSD | Sell | Filled | 14597500 | 14597500 | 2.12E-05 | 2.12E-05 | IOC | 10/06/202: 10/06/2021 00:05:14 EDT |
| Shiba Inu | SHIBUSD | Buy | Filled | 14597500 | 14597500 | @0.000011 | 1.2E-05 | DAY | 10/04/202: 10/04/2021 15:17:58 EDT |
| ADT Inc | ADT | Sell | Filled | 2 | 2 | 8.05 | 8.05 | DAY | 10/01/202: 10/01/2021 13:11:09 EDT |
| Farmmi Inc | FAMI | Sell | Filled | 403 | 403 | @0.4343 | 0.4343 | DAY | 09/30/202: 09/30/2021 16:59:45 EDT |
| Farmmi Inc | FAMI | Sell | Cancelled | 0 | 201 | @0.500 | | DAY | 09/30/2021 13:35:02 EDT |
| Farmmi Inc | FAMI | Buy | Filled | 403 | 403 | @0.250 | 0.25 | DAY | 09/29/202: 09/29/2021 14:14:39 EDT |
| Meta Mate | MMATQ | Buy | Filled | 77 | 77 | @3.24 | 3.24 | DAY | 08/03/202: 08/03/2021 14:09:26 EDT |
| Meta Mate | MMATQ | Buy | Filled | 60 | 60 | @3.39 | 3.39 | DAY | 08/02/202: 08/02/2021 17:10:16 EDT |
| Meta Mate | MMATQ | Buy | Filled | 3 | 3 | 5.94 | 5.94 | DAY | 06/23/202: 06/23/2021 09:30:01 EDT |
| ADT Inc | ADT | Buy | Cancelled | 0 | 2 | @10.75 | | DAY | 06/18/2021 15:13:29 EDT |
| Meta Mate | MMATQ | Sell | Cancelled | 0 | 1251 | @10.00 | | GTC | 06/15/2021 23:35:59 EDT |
| Zynga | ZNGA | Sell | Filled | 2 | 2 | 10.39 | 10.39 | DAY | 06/08/202: 06/08/2021 12:44:19 EDT |
| Meta Mate | MMATQ | Buy | Filled | 143 | 143 | @1.75 | 1.75 | GTC | 05/12/202: 05/13/2021 13:47:36 EDT |
| Meta Mate | MMATQ | Buy | Cancelled | 0 | 135 | @1.85 | | DAY | 05/12/2021 14:31:17 EDT |
| Meta Mate | MMATQ | Buy | Filled | 160 | 160 | @1.57 | 1.57 | DAY | 04/15/202: 04/15/2021 11:08:04 EDT |
| Meta Mate | MMATQ | Buy | Cancelled | 0 | 160 | @1.57 | | DAY | 04/15/2021 10:55:22 EDT |
| Meta Mate | MMATQ | Buy | Cancelled | 0 | 168 | @1.50 | | DAY | 04/15/2021 10:36:21 EDT |
| Meta Mate | MMATQ | Buy | Filled | 157 | 157 | @1.58 | 1.58 | DAY | 04/15/202: 04/15/2021 10:34:51 EDT |
| Meta Mate | MMATQ | Buy | Cancelled | 0 | 316 | @1.58 | | DAY | 04/15/2021 10:32:28 EDT |
| Meta Mate | MMATQ | Buy | Filled | 400 | 400 | @1.75 | 1.75 | GTC | 04/11/202: 04/12/2021 09:58:21 EDT |
| Meta Mate | MMATQ | Buy | Cancelled | 0 | 400 | @1.75 | | GTC | 04/09/2021 20:14:32 EDT |
| Meta Mate | MMATQ | Buy | Cancelled | 0 | 400 | @1.75 | | DAY | 04/09/2021 09:17:41 EDT |

| Security | Side | Status | Filled | Quantity | Price | Type | Date/Time |
|---|---|---|---|---|---|---|---|
| Meta Mate MMATQ | Buy | Cancelled | 0 | 285 @1.75 | | DAY | 04/08/2021 06:44:07 EDT |
| Meta Mate MMATQ | Buy | Cancelled | 0 | 285 @1.75 | | DAY | 04/07/2021 06:06:05 EDT |
| Meta Mate MMATQ | Buy | Cancelled | 0 | 285 @1.75 | | DAY | 04/06/2021 09:54:12 EDT |
| Meta Mate MMATQ | Buy | Cancelled | 0 | 285 @1.70 | | DAY | 04/06/2021 07:08:42 EDT |
| Meta Mate MMATQ | Sell | Cancelled | 0 | 391 @2.53 | | DAY | 03/23/2021 07:33:16 EDT |
| Meta Mate MMATQ | Sell | Cancelled | 0 | 391 @2.53 | | DAY | 03/18/2021 16:19:40 EDT |
| Meta Mate MMATQ | Sell | Cancelled | 0 | 391 @2.53 | | DAY | 03/18/2021 12:23:35 EDT |
| Meta Mate MMATQ | Buy | Filled | 41 | 41 @2.49 | 2.49 | DAY | 03/16/202:03/16/2021 07:15:50 EDT |
| Permian Re PR | Sell | Filled | 16 | 16 @5.85 | 5.85 | DAY | 03/15/202:03/15/2021 18:40:37 EDT |
| Permian Re PR | Sell | Cancelled | 0 | 16 @5.86 | | DAY | 03/15/2021 18:35:06 EDT |
| Permian Re PR | Sell | Cancelled | 0 | 16 @5.87 | | DAY | 03/15/2021 18:26:10 EDT |
| Permian Re PR | Sell | Cancelled | 0 | 16 @5.87 | | DAY | 03/15/2021 18:22:20 EDT |
| Permian Re PR | Buy | Filled | 16 | 16 @5.85 | 5.85 | DAY | 03/15/202:03/15/2021 17:48:42 EDT |
| Cosciens Bi CSCI | Buy | Cancelled | 0 | 60 @1.50 | | DAY | 03/15/2021 14:38:56 EDT |
| Meta Mate MMATQ | Buy | Filled | 5 | 5   2.47 | 2.47 | DAY | 03/15/202:03/15/2021 10:10:00 EDT |
| Zynga ZNGA | Sell | Filled | 1 | 1   10.1 | 10.1 | DAY | 03/15/202:03/15/2021 10:08:52 EDT |
| Genworth I GNW | Sell | Filled | 1 | 1   3.52 | 3.52 | DAY | 03/15/202:03/15/2021 10:08:26 EDT |
| Zynga ZNGA | Sell | Cancelled | 0 | 1 @10.18 | | DAY | 03/12/2021 19:17:04 EST |
| Meta Mate MMATQ | Buy | Filled | 120 | 120 @2.18 | 2.18 | DAY | 03/04/202:03/04/2021 18:01:36 EST |
| Meta Mate MMATQ | Buy | Cancelled | 0 | 121 @2.17 | | DAY | 03/04/2021 18:00:42 EST |
| Meta Mate MMATQ | Buy | Filled | 225 | 225   2.71 | 2.71 | DAY | 03/03/202:03/03/2021 14:39:14 EST |
| Meta Mate MMATQ | Sell | Filled | 162 | 162 @2.58 | 2.58 | DAY | 03/02/202:03/02/2021 06:35:08 EST |
| Meta Mate MMATQ | Sell | Cancelled | 0 | 162 @3.60 | | DAY | 03/01/2021 05:25:22 EST |
| Meta Mate MMATQ | Buy | Cancelled | 0 | 97 @2.10 | | DAY | 02/26/2021 10:33:10 EST |
| Meta Mate MMATQ | Sell | Cancelled | 0 | 162 @4.50 | | DAY | 02/22/2021 18:08:19 EST |
| Meta Mate MMATQ | Sell | Cancelled | 0 | 162 @4.50 | | DAY | 02/22/2021 12:50:42 EST |
| Meta Mate MMATQ | Buy | Filled | 58 | 58   3.46 | 3.46 | DAY | 02/22/202:02/22/2021 09:33:03 EST |
| Meta Mate MMATQ | Buy | Filled | 59 | 59   3.37 | 3.37 | DAY | 02/19/202:02/19/2021 09:34:09 EST |
| Meta Mate MMATQ | Buy | Filled | 45 | 45 @3.90 | 3.9 | DAY | 02/17/202:02/17/2021 08:27:21 EST |
| Meta Mate MMATQ | Buy | Cancelled | 0 | 46 @3.89 | | DAY | 02/17/2021 08:23:13 EST |
| Castor Mar CTRM | Buy | Cancelled | 0 | 162 @1.10 | | DAY | 02/17/2021 08:12:00 EST |
| Castor Mar CTRM | Sell | Filled | 132 | 132 @1.35 | 1.35 | DAY | 02/16/202:02/16/2021 18:31:00 EST |
| Castor Mar CTRM | Buy | Filled | 69 | 69 @1.46 | 1.46 | DAY | 02/12/202:02/12/2021 17:50:15 EST |
| Castor Mar CTRM | Buy | Cancelled | 0 | 64 @1.45 | | DAY | 02/12/2021 17:47:48 EST |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Castor Mar CTRM | Buy | Cancelled | 0 | 71 @1.43 | | DAY | 02/12/2021 17:46:26 EST |
| Castor Mar CTRM | Buy | Filled | 63 | 63 | 1.56 | 1.56 DAY | 02/11/202:02/11/2021 10:23:38 EST |

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: <br> META MATERIALS INC. | Case Number: <br> 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number:

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

Telephone Number:

3. Date Equity Interest was acquired:

4. Total amount of member interest: _____

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☐ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _____
Title: _____
Company:___ Address and telephone number (if different from notice address above):

(Signature)    (Date)

Telephone number:    email:

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

