NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: **Meta Materials**

Case Number: **24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

    **Kirk A. Mears**
    **1508 Madison St.**
    **Guntersville, AL 35976**

    Telephone Number: **(334) 524-8600**

    ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

    ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

    ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

    **RECEIVED AND FILED**
    **DEC 16 2024**
    **U.S. BANKRUPTCY COURT**
    **MARY A. SCHOTT, CLERK**

    COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:

**Fidelity X93984699**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

    Telephone Number:

3. Date Equity Interest was acquired:

    **205,307 shares from 2022-2023, sold 2023**

4. Total amount of member interest: **1 share (post-split)**

5. Certificate number(s): _____

6. Type of Equity Interest:
    Please indicate the type of Equity Interest you hold:
    ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
    ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
    Description: **Investor**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
    DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
    Check the appropriate box.
    ☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
    (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
    (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Kirk A. Mears**
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) **[signed]**   (Date) **12/12/24**

Telephone number: **334-524-8600**   email: **mearska@auburn.edu**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Below is my transaction history, according to Fidelity's data. I've attached relevant data from '22-'23 1099. I have an open ticket to correct '23 1099 with Fidelity for a discrepancy on 12/12/22 for shares purchased.

Fidelity Q4 2022 MMAT transactions:

| Date | Shares Purchased | Price |
|---|---|---|
| 10/05/22 | +5159 | 0.68 |
| 10/07/22 | +9937 | 0.67 |
| 10/14/22 | +2128 | 0.94 |
| 10/25/22 | +3061 | 0.98 |
| 11/28/22 | +806 | 1.86 |
| TOTALS (10/05-11/28) | 21,091 | |

| Date | Shares SOLD | Price |
|---|---|---|
| 12/01/2022 | -43700 | 1.82 |
| 12/01/2022 | -16300 | 1.83 |
| 12/06/2022 | -20000 | 1.69 |
| 12/08/2022 | -14789 | 1.86 |
| 12/08/2022 | -3000 | 1.83 |
| TOTALS (12/01-12/08) | 97,789 shares SOLD | |

Transactions after historic U3 halt:

| Date | Shares SOLD | Price |
|---|---|---|
| 12/09/2022 | 91,432 | 1.55 |
| 12/09/2022 | 8568 | 1.56 |
| 12/12/2022 | 84129 | 1.50 |
| 12/12/2022 | 12165 | 1.51 |
| 12/12/2022 | 3706 | 1.50 |
| TOTALS (12/09-12/12) | 200,000 shares SOLD | |

10,99 Shares 1214

| Date | Shares BOUGHT | Price |
|---|---|---|
| 12/12/2022 | 5000 | 1.38 |
| 12/12/2022 | 16934 | 1.53 |
| 12/12/2022 | 79279 | 1.54 |
| 12/19/2022 | 9400 | 1.34 |
| // | 13972 | 1.35 |
| // | 76628 | 1.35 |
| 12/21/2022 | 4094 | 1.275 |
| TOTALS (12/12-12/21) | 205,307 shares BOUGHT | |

Fidelity Q1 2023 Transactions:

205,307 shares

| Date | Shares SOLD | Price |
|---|---|---|
| 2/03/2023 | -53428 | 1.00 |
| 02/03/2023 | -46572 | 1.08 |
| 02/03/2023 | -3800 | 1.00 |
| 02/03/2023 | -1500 | 1.03 |
|  | 105300 |  |

Fidelity Q2 2023 Transactions:

| Date | Shares BOUGHT |  |
|---|---|---|
| 04/06/2023 | 195 | 0.41 |
| // | 608 | 0.43 |
|  | 750 | 0.43 |
|  | 1100 | 0.43 |
|  | 2044 | 0.43 |
|  | 2200 | 0.43 |
|  | 18435 | 0.43 |
|  | 80863 | 0.43 |
| Total | 106,195 |  |

| Date | Shares SOLD |  |
|---|---|---|
| 04/11/2023 | 66203 | 0.41 |
| // | 36763 | 0.42 |
| // | 3034 | 0.42 |
| Total | 106,000 |  |

| Date | Shares BOUGHT | Price |
|---|---|---|
| 05/08/2023 | 311 | 0.22 |
| // | 1000 | 0.23 |
|  | 1400 | 0.23 |
|  | 2300 | 0.22 |
|  | 4100 | 0.22 |
|  | 4236 | 0.22 |
|  | 4600 | 0.23 |
|  | 6500 | 0.23 |
|  | 8530 | 0.23 |
|  | 8536 | 0.23 |
|  | 8950 | 0.23 |
|  | 10000 | 0.22 |
|  | 11530 | 0.23 |

|  | 12581 | 0.22 |
|---|---|---|
| *ll* | 13340 | 0.22 |
|  | 13550 | 0.22 |
|  | 31866 | 0.22 |
| TOTAL | 143,330 |  |

| Date | Shares SOLD | Price |
|---|---|---|
| 05/10/2023 | 51861 | 0.22 |
| *ll* | 24417 | 0.22 |
|  | 22270 | 0.22 |
|  | 14800 | 0.22 |
|  | 14568 | 0.22 |
|  | 13301 | 0.22 |
|  | 10504 | 0.22 |
|  | 795 | 0.22 |
|  | 701 | 0.22 |
|  | 450 | 0.22 |
|  | 400 | 0.22 |
|  | 200 | 0.22 |
|  | 200 | 0.22 |
|  | 101 | 0.22 |
| Total | 154,568 |  |

| Date | Shares BOUGHT | Price |
|---|---|---|
| 05/10/2023 | 100 | 0.22 |
|  | 550 | 0.22 |
|  | 10900 | 0.22 |
| 6/30/2023 | 43000 | 0.2154 |
|  | 54,550 |  |

Fidelity Q3 2023 Transactions:

| Date | Shares SOLD | Price |
|---|---|---|
| 08/07/2023 | 29016 | 0.24 |
| *ll* | 4900 | 0.24 |
|  | 4800 | 0.24 |
|  | 4100 | 0.24 |
|  | 400 | 0.24 |
|  | 200 | 0.24 |
|  | 100 | 0.24 |

| Total | 43,516 | |
|---|---|---|



# 2023 TAX REPORTING STATEMENT
KIRK MEARS

Account No. **X93-984699**  Customer Service: 800-544-6666
Recipient ID No. ***-**-5948  Payer's Fed ID Number: 04-3523567

## FORM 1099-B*  2023 Proceeds from Broker and Barter Exchange Transactions
Copy B for Recipient OMB No. 1545-0715

**Short-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box A checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a). (This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

| 1a Description of property, Stock or Other Symbol, CUSIP | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State 16 State Tax Withheld |
| GLOBAL TECH INDS GROUP INC COM, GTII, 37955R107 | | | | | | | | | | |
| Sale | 1,791.000 | 02/10/23 | 06/13/23 | 1,522.34 | 5,722.71 | | 4,200.37 | -4,200.37 | | |
| Sale | 225.000 | 02/10/23 | 06/13/23 | 191.25 | 726.75 | | 535.50 | -535.50 | | |
| Sale | 2,000.000 | 02/10/23 | 06/13/23 | 1,699.99 | 6,736.29 | | 5,036.30 | -5,036.30 | | |
| Sale | 40.000 | 02/10/23 | 06/13/23 | 34.00 | 135.15 | | 101.15 | -101.15 | | |
| Sale | 100.000 | 02/10/23 | 06/13/23 | 85.00 | 334.18 | | 249.18 | -249.18 | | |
| Sale | 1,650.000 | 02/10/23 | 06/13/23 | 1,402.49 | 5,503.43 | | 4,100.94 | -4,100.94 | | |
| Sale | 2,188.000 | 02/10/23 | 06/13/23 | 1,859.79 | 7,372.03 | | 5,512.24 | -5,512.24 | | |
| Sale | 2,821.000 | 02/10/23 | 06/13/23 | 2,397.83 | 9,439.97 | | 6,208.37 | -7,042.14 | | |
| Sale | 1,312.000 | 02/10/23 | 06/13/23 | 1,115.19 | 4,503.47 | | | -3,388.28 | | |
| Sale | 1,050.000 | 02/10/23 | 06/13/23 | 892.49 | 3,753.77 | | | -2,861.28 | | |
| Sale | 345.000 | 02/10/23 | 06/13/23 | 293.25 | 1,243.73 | | | -950.48 | | |
| Sale | 37.000 | 02/10/23 | 06/13/23 | 31.44 | 133.95 | | | -102.51 | | |
| Sale | 9,431.000 | 02/10/23 | 06/13/23 | 8,016.28 | 34,232.83 | | | -26,216.55 | | |
| Sale | 100.000 | 02/10/23 | 09/12/23 | 88.01 | 361.83 | | 273.82 | -273.82 | | |
| **Subtotals** | | | | 101,713.59 | 280,467.11 | | 122,658.52 | | | |
| MARITIME LAUNCH SERVICES INC SHS ISIN #C, MAXQF, 57033N100 | | | | | | | | | | |
| Sale | 84.000 | 11/18/22 | 03/08/23 | 10.35 | 7.90 | | | 2.45 | | |
| META MATERIALS INC COM ISIN #US59134N104, MMAT, 59134N104 | | | | | | | | | | |
| Sale | 805.901 | 12/08/22 | 02/03/23 | 826.03 | 1,288.34 | | | -462.31 | | |
| Sale | 694.099 | 12/12/22 | 02/03/23 | 711.43 | 1,089.77 | | | -378.34 | | |
| Sale | 520.304 | 12/12/22 | 02/03/23 | 520.29 | 816.90 | | | -296.61 | | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

01/15/2024 9001000000

Pages 5 of 12



# 2023 TAX REPORTING STATEMENT

KIRK MEARS

Account No.    X93-984699   Customer Service:    800-544-6666
Recipient ID No.   ***-**-5948   Payer's Fed ID Number:  04-3523567

## FORM 1099-B*    2023 Proceeds from Broker and Barter Exchange Transactions

Copy B for Recipient OMB No. 1545-0715

**Short-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box A checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

**1a** Description of property, Stock or Other Symbol, CUSIP

| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State 16 State Tax Withheld |
|---|---|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC COM ISIN #US59134N104, MMAT, 59134N104 | | | | | | | | | | |
| Sale | 52,907.696 | 12/19/22 | 02/03/23 | 52,906.48 | 73,722.77 | | | -20,816.29 | | |
| Sale | 23,720.304 | 12/19/22 | 02/03/23 | 23,956.96 | 32,923.56 | | | -8,966.60 | | |
| Sale | 3,113.403 | 12/19/22 | 02/03/23 | 3,144.47 | 4,199.98 | | | -1,055.51 | | |
| Sale | 2,580.597 | 12/19/22 | 02/03/23 | 2,606.34 | 3,584.57 | | | -978.23 | | |
| Sale | 2,900.099 | 12/19/22 | 02/03/23 | 2,929.03 | 4,115.20 | | | -1,186.17 | | |
| Sale | 13,972.000 | 12/19/22 | 02/03/23 | 14,111.40 | 18,852.42 | | | -4,741.02 | | |
| Sale | 0.117 | 12/21/22 | 02/03/23 | 0.12 | 0.15 | | | -0.03 | | |
| Sale | 285.480 | 12/21/22 | 02/03/23 | 288.32 | 363.99 | | | -75.67 | | |
| Sale | 3,800.000 | 12/21/22 | 02/03/23 | 3,818.91 | 4,845.00 | | | -1,026.09 | | |
| Sale | 8.520 | 12/21/22 | 04/11/23 | 3.58 | 10.86 | | 7.28 | -7.28 | | |
| Sale | 195.000 | 04/06/23 | 04/11/23 | 81.92 | 79.95 | | | 1.97 | | |
| Sale | 608.000 | 04/06/23 | 04/11/23 | 255.42 | 259.62 | | 4.20 | -4.20 | | |
| Sale | 750.000 | 04/06/23 | 04/11/23 | 315.07 | 320.55 | | 5.48 | -5.48 | | |
| Sale | 1,472.480 | 04/06/23 | 04/11/23 | 618.57 | 629.48 | | 10.91 | -10.91 | | |
| Sale | 15,596.000 | 04/06/23 | 04/11/23 | 6,550.26 | 6,667.29 | | 117.03 | -117.03 | | |
| Sale | 1,366.520 | 04/06/23 | 04/11/23 | 573.94 | 601.15 | | 27.21 | -27.21 | | |
| Sale | 571.520 | 04/06/23 | 04/11/23 | 240.04 | 244.61 | | 4.57 | -4.57 | | |
| Sale | 1,472.480 | 04/06/23 | 04/11/23 | 618.44 | 641.13 | | 22.69 | -22.69 | | |
| Sale | 1,100.000 | 04/06/23 | 04/11/23 | 462.00 | 471.24 | | 9.24 | -9.24 | | |
| Sale | 2,200.000 | 04/06/23 | 04/11/23 | 923.99 | 941.38 | | 17.39 | -17.39 | | |
| Sale | 14,456.480 | 04/06/23 | 04/11/23 | 6,071.66 | 6,194.60 | | 122.94 | -122.94 | | |
| Sale | 43,896.480 | 04/06/23 | 04/11/23 | 17,997.41 | 18,809.60 | | 812.19 | -812.19 | | |
| Sale | 22,306.520 | 04/06/23 | 04/11/23 | 9,145.60 | 9,756.49 | | 610.89 | -610.89 | | |

\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.



# 2023 TAX REPORTING STATEMENT
KIRK MEARS

Account No. X93-984699  Customer Service: 800-544-6666
Recipient ID No. ***-**-5948  Payer's Fed ID Number: 04-3523567

**FORM 1099-B***    2023 Proceeds from Broker and Barter Exchange Transactions    Copy B for Recipient OMB No. 1545-0715

**Short--term transactions for which basis is reported to the IRS** --report on Form 8949 with Box A checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

| 1a Description of property, Stock or Other Symbol, CUSIP | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld / 14 State / 16 State Tax Withheld |
| META MATERIALS INC COM ISIN #US59134N104, MMAT, 59134N104 | | | | | | | | | |
| Sale | 8.520 | 01/17/23 | 05/10/23 | 1.88 | 9.38 | | 7.50 | -7.50 | |
| Sale | 1.000 | 01/17/23 | 05/10/23 | 0.22 | 1.16 | | | -0.94 | |
| Sale | 191.480 | 04/06/23 | 05/10/23 | 42.25 | 82.08 | | 39.83 | -39.83 | |
| Sale | 12.040 | 04/06/23 | 05/10/23 | 2.66 | 5.16 | | 2.50 | -2.50 | |
| Sale | 200.000 | 04/06/23 | 05/10/23 | 44.12 | 92.11 | | 47.99 | -47.99 | |
| Sale | 12.040 | 04/06/23 | 05/10/23 | 2.65 | 5.20 | | 2.55 | -2.55 | |
| Sale | 200.000 | 04/06/23 | 05/10/23 | 44.10 | 92.83 | | 48.73 | -48.73 | |
| Sale | 212.040 | 04/06/23 | 05/10/23 | 46.61 | 99.10 | | 52.49 | -52.49 | |
| Sale | 212.040 | 04/06/23 | 05/10/23 | 46.38 | 100.52 | | 54.14 | -54.14 | |
| Sale | 212.040 | 04/06/23 | 05/10/23 | 46.20 | 102.15 | | 55.95 | -55.95 | |
| Sale | 212.040 | 04/06/23 | 05/10/23 | 46.20 | 104.00 | | 57.80 | -57.80 | |
| Sale | 212.040 | 04/06/23 | 05/10/23 | 46.46 | 105.70 | | 59.24 | -59.24 | |
| Sale | 203.106 | 04/06/23 | 05/10/23 | 44.70 | 102.90 | | 58.20 | -58.20 | |
| Sale | 8.934 | 04/06/23 | 05/10/23 | 1.97 | 4.27 | | 2.30 | -2.30 | |
| Sale | 100.000 | 04/06/23 | 05/10/23 | 21.79 | 53.59 | | | -31.80 | |
| Sale | 102.106 | 04/06/23 | 05/10/23 | 22.25 | 49.58 | | | -27.33 | |
| Sale | 8.934 | 04/06/23 | 05/10/23 | 1.95 | 4.33 | | | -2.38 | |
| Sale | 2,300.000 | 05/03/23 | 05/10/23 | 507.38 | 526.02 | | 18.64 | -18.64 | |
| Sale | 4,100.000 | 05/03/23 | 05/10/23 | 904.45 | 940.97 | | 36.52 | -36.52 | |
| Sale | 6,252.960 | 05/03/23 | 05/10/23 | 1,379.38 | 1,431.95 | | 52.57 | -52.57 | |
| Sale | 1,935.000 | 05/03/23 | 05/10/23 | 426.86 | 492.02 | | 65.16 | -65.16 | |
| Sale | 582.960 | 05/03/23 | 05/10/23 | 128.54 | 133.50 | | 4.96 | -4.96 | |
| Sale | 1,220.560 | 05/03/23 | 05/10/23 | 268.28 | 279.51 | | 11.23 | -11.23 | |



* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.



# 2023 TAX REPORTING STATEMENT
KIRK MEARS

Account No. **X93-984699**  Customer Service: 800-544-6666
Recipient ID No. ***-**-5948  Payer's Fed ID Number: 04-3523567

**FORM 1099-B***     **2023 Proceeds from Broker and Barter Exchange Transactions**     Copy B for Recipient OMB No. 1545-0715

**Short-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box A checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

| 1a Description of property, Stock or Other Symbol, CUSIP | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State 16 State Tax Withheld |
| META MATERIALS INC COM ISIN #US59134N104, MMAT, 59134N104 | | | | | | | | | | |
| Sale | 11,868.400 | 05/03/23 | 05/10/23 | 2,608.64 | 2,934.09 | | 325.45 | -325.45 | | |
| Sale | 187.960 | 05/03/23 | 05/10/23 | 41.13 | 46.33 | | 5.20 | -5.20 | | |
| Sale | 10,291.960 | 05/03/23 | 05/10/23 | 2,242.60 | 2,522.16 | | 279.56 | -279.56 | | |
| Sale | 9,517.680 | 05/03/23 | 05/10/23 | 2,073.88 | 2,274.75 | | 200.87 | -200.87 | | |
| Sale | 4,838.280 | 05/03/23 | 05/10/23 | 1,054.26 | 1,170.87 | | 116.61 | -116.61 | | |
| Sale | 488.960 | 05/03/23 | 05/10/23 | 107.12 | 118.33 | | 11.21 | -11.21 | | |
| Sale | 8,222.760 | 05/03/23 | 05/10/23 | 1,809.81 | 1,989.93 | | 180.12 | -180.12 | | |
| Sale | 13,340.000 | 05/03/23 | 05/10/23 | 2,936.11 | 3,233.64 | | 234.57 | -297.53 | | |
| Sale | 2,176.720 | 05/03/23 | 05/10/23 | 479.09 | 527.65 | | | -48.56 | | |
| Sale | 465.480 | 05/03/23 | 05/10/23 | 102.45 | 119.96 | | | -17.51 | | |
| Sale | 338.960 | 05/03/23 | 05/10/23 | 73.85 | 82.17 | | | -8.32 | | |
| Sale | 2,987.800 | 05/03/23 | 05/10/23 | 650.14 | 724.25 | | | -74.11 | | |
| Sale | 6,400.000 | 05/03/23 | 05/10/23 | 1,392.63 | 1,488.12 | | | -95.49 | | |
| Sale | 111.000 | 05/03/23 | 05/10/23 | 24.15 | 28.64 | | | -4.49 | | |
| Sale | 4,236.000 | 05/03/23 | 05/10/23 | 921.74 | 1,019.14 | | | -97.40 | | |
| Sale | 0.586 | 05/03/23 | 05/10/23 | 0.13 | 0.13 | | | 0.00 | | |
| Sale | 3,374.894 | 05/03/23 | 05/10/23 | 734.37 | 789.42 | | | -55.05 | | |
| Sale | 582.960 | 05/03/23 | 05/10/23 | 126.85 | 136.42 | | | -9.57 | | |
| Sale | 4,366.106 | 05/03/23 | 05/10/23 | 950.06 | 1,087.58 | | | -137.52 | | |
| Sale | 8,317.960 | 05/03/23 | 05/10/23 | 1,809.98 | 2,106.84 | | | -296.86 | | |
| Sale | 404.894 | 05/03/23 | 05/10/23 | 88.10 | 102.49 | | | -14.39 | | |
| Sale | 187.960 | 05/03/23 | 05/10/23 | 40.90 | 47.75 | | | -6.85 | | |
| Sale | 3,795.106 | 05/03/23 | 05/10/23 | 825.81 | 967.79 | | | -141.98 | | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.





# 2023 TAX REPORTING STATEMENT

KIRK MEARS

Account No. X93-984699  Customer Service: 800-544-6666
Recipient ID No. \*\*\*-\*\*-5948  Payer's Fed ID Number: 04-3523567

## FORM 1099-B — 2023 Proceeds from Broker and Barter Exchange Transactions

Copy B for Recipient OMB No. 1545-0715

**Short-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box A checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

| 1a Description of property, Stock or Other Symbol, CUSIP | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State 16 State Tax Withheld |
| META MATERIALS INC COM ISIN #US59134N104, MMAT, 59134N104 | | | | | | | | | | |
| Sale | 6,496.854 | 05/03/23 | 05/10/23 | 1,413.70 | 1,643.16 | | | -229.46 | | |
| Sale | 2,241.106 | 05/03/23 | 05/10/23 | 487.66 | 555.14 | | | -67.48 | | |
| Sale | 787.960 | 05/03/23 | 05/10/23 | 171.46 | 194.63 | | | -23.17 | | |
| Sale | 7,569.814 | 05/03/23 | 05/10/23 | 1,647.17 | 1,885.04 | | | -237.87 | | |
| Sale | 200.000 | 05/03/23 | 05/10/23 | 43.91 | 49.42 | | | -5.51 | | |
| Sale | 3,557.080 | 05/03/23 | 05/10/23 | 782.55 | 878.97 | | | -96.42 | | |
| Sale | 488.960 | 05/03/23 | 05/10/23 | 107.57 | 122.25 | | | -14.68 | | |
| Sale | 5,799.000 | 05/03/23 | 05/10/23 | 1,275.77 | 1,443.98 | | | -168.21 | | |
| Sale | 1,391.066 | 05/03/23 | 05/10/23 | 306.03 | 347.22 | | | -41.19 | | |
| Sale | 100.000 | 05/03/23 | 05/10/23 | 22.00 | 24.62 | | | -2.62 | | |
| Sale | 10,900.000 | 05/03/23 | 05/10/23 | 2,397.98 | 2,688.68 | | | -290.70 | | |
| Sale | 33.894 | 05/03/23 | 05/10/23 | 7.46 | 8.26 | | | -0.80 | | |
| Sale | 516.106 | 05/03/23 | 08/07/23 | 124.59 | 125.84 | | | -1.25 | | |
| Sale | 3,583.894 | 06/30/23 | 08/07/23 | 865.15 | 771.97 | | | 93.18 | | |
| Sale | 4,900.000 | 06/30/23 | 08/07/23 | 1,185.80 | 1,055.46 | | | 130.34 | | |
| Sale | 400.000 | 06/30/23 | 08/07/23 | 96.04 | 86.16 | | | 9.88 | | |
| Sale | 4,800.000 | 06/30/23 | 08/07/23 | 1,155.83 | 1,033.92 | | | 121.91 | | |
| Sale | 200.000 | 06/30/23 | 08/07/23 | 48.38 | 43.08 | | | 5.30 | | |
| Sale | 100.000 | 06/30/23 | 08/07/23 | 24.18 | 21.54 | | | 2.64 | | |
| Sale | 29,016.000 | 06/30/23 | 08/07/23 | 6,963.78 | 6,250.05 | | | 713.73 | | |
| **Subtotals** | | | | 193,975.77 | 238,996.47 | | 3,803.91 | | | |

\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.



# 2022 TAX REPORTING STATEMENT

KIRK MEARS

Account No.  X93-984699  Customer Service:  800-544-6666
Recipient ID No. ***-**-5948  Payer's Fed ID Number: 04-3523567

## FORM 1099-B* — 2022 Proceeds from Broker and Barter Exchange Transactions

Copy B for Recipient OMB No. 1545-0715

**Short-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box A checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

| 1a Description of property, Stock or Other Symbol, CUSIP | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State 16 State Tax Withheld |
| ACASTI PHARMA INC COM NPV CL A (P0ST REV, ACST, 00430K873 | | | | | | | | | | |
| Sale | 6,700.000 | 09/09/22 | 09/12/22 | 5,359.87 | 5,293.00 | | | 66.87 | | |
| MARITIME LAUNCH SERVICES INC SHS ISIN #C, MAXQF, 57033N100 | | | | | | | | | | |
| Sale | 1.000 | 11/18/22 | 12/06/22 | 0.13 | 0.09 | | | 0.04 | | |
| META MATERIALS INC COM ISIN #US59134N104, MMAT, 59134N104 | | | | | | | | | | |
| Sale | 10,000.000 | 09/02/22 | 12/01/22 | 18,299.58 | 7,800.00 | | | 10,499.58 | | |
| Sale | 100.000 | 09/02/22 | 12/01/22 | 183.00 | 77.77 | | | 105.23 | | |
| Sale | 6,200.000 | 09/02/22 | 12/01/22 | 11,345.73 | 4,829.79 | | | 6,515.94 | | |
| Sale | 13,700.000 | 09/02/22 | 12/01/22 | 24,933.42 | 10,672.30 | | | 14,261.12 | | |
| Sale | 30,000.000 | 09/07/22 | 12/01/22 | 54,598.75 | 23,700.00 | | | 30,898.75 | | |
| Sale | 20,000.000 | 09/07/22 | 12/06/22 | 33,799.22 | 15,800.00 | | | 17,999.22 | | |
| Sale | 3,000.000 | 09/07/22 | 12/08/22 | 5,474.87 | 2,370.00 | | | 3,104.87 | | |
| Sale | 14,789.000 | 09/07/22 | 12/08/22 | 27,506.91 | 11,683.31 | | | 15,823.60 | | |
| Sale | 52,211.000 | 09/07/22 | 12/09/22 | 80,925.17 | 41,246.69 | | | 39,678.48 | | |
| Sale | 6,800.000 | 09/16/22 | 12/09/22 | 10,539.76 | 5,304.00 | | | 5,235.76 | | |
| Sale | 1,900.000 | 09/21/22 | 12/09/22 | 2,944.93 | 1,510.50 | | | 1,434.43 | | |
| Sale | 18,000.000 | 09/30/22 | 12/09/22 | 27,899.35 | 11,970.03 | | | 15,929.32 | | |
| Sale | 5,159.000 | 10/05/22 | 12/09/22 | 7,996.26 | 3,523.60 | | | 4,472.66 | | |
| Sale | 400.000 | 10/07/22 | 12/09/22 | 619.99 | 267.12 | | | 352.87 | | |
| Sale | 6,962.000 | 10/07/22 | 12/09/22 | 10,790.89 | 4,652.70 | | | 6,138.19 | | |
| Sale | 2,505.000 | 10/07/22 | 12/09/22 | 3,895.18 | 1,674.09 | | | 2,221.09 | | |
| Sale | 0.114 | 10/07/22 | 12/09/22 | 0.18 | 0.08 | | | 0.10 | | |
| Sale | 9.000 | 10/07/22 | 12/09/22 | 13.99 | 6.01 | | | 7.98 | | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.



# 2022 TAX REPORTING STATEMENT
KIRK MEARS

Account No.   X93-984699   Customer Service:   800-544-6666
Recipient ID No. ***-**-5948   Payer's Fed ID Number: 04-3523567

**FORM 1099-B\***        **2022 Proceeds from Broker and Barter Exchange Transactions**        Copy B for Recipient OMB No. 1545-0715

**Short--term transactions for which basis is reported to the IRS** --report on Form 8949 with Box A checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

| 1a Description of property, Stock or Other Symbol, CUSIP | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State 16 State Tax Withheld |
| META MATERIALS INC COM ISIN #US59134N104, MMAT, 59134N104 | | | | | | | | | | |
| Sale | 0.099 | 10/07/22 | 12/09/22 | 0.15 | 0.07 | | | 0.08 | | |
| Sale | 59.000 | 10/07/22 | 12/09/22 | 91.74 | 38.93 | | | 52.81 | | |
| Sale | 2,127.000 | 10/14/22 | 12/09/22 | 3,307.41 | 1,999.38 | | | 1,308.03 | | |
| Sale | 0.662 | 10/14/22 | 12/09/22 | 1.03 | 0.62 | | | 0.41 | | |
| Sale | 0.224 | 10/25/22 | 12/09/22 | 0.35 | 0.22 | | | 0.13 | | |
| Sale | 3,061.000 | 10/25/22 | 12/09/22 | 4,759.74 | 2,999.78 | | | 1,759.96 | | |
| Sale | 770.000 | 11/28/22 | 12/09/22 | 1,197.32 | 1,432.20 | | 234.88 | -234.88 | | |
| Sale | 35.901 | 11/28/22 | 12/09/22 | 55.84 | 66.78 | | 10.94 | -10.94 | | |
| Sale | 0.099 | 11/28/22 | 12/12/22 | 0.15 | 0.21 | | 0.06 | -0.06 | | |
| Sale | 0.451 | 11/28/22 | 12/12/22 | 0.68 | 0.98 | | 0.30 | -0.30 | | |
| Sale | 805.351 | 12/01/22 | 12/12/22 | 1,212.03 | 1,356.47 | | 144.44 | -144.44 | | |
| Sale | 805.901 | 12/01/22 | 12/12/22 | 1,208.83 | 1,377.83 | | 169.00 | -169.00 | | |
| Sale | 4,194.649 | 12/12/22 | 12/12/22 | 6,312.81 | 5,785.68 | | | 527.13 | | |
| Sale | 7,164.450 | 12/12/22 | 12/12/22 | 10,782.25 | 10,961.61 | | 179.36 | -179.36 | | |
| Sale | 8,963.649 | 12/12/22 | 12/12/22 | 13,445.17 | 13,714.38 | | 269.21 | -269.21 | | |
| Sale | 0.853 | 12/12/22 | 12/12/22 | 1.28 | 1.33 | | 0.05 | -0.05 | | |
| Sale | 67,195.000 | 12/12/22 | 12/12/22 | 100,790.18 | 103,480.23 | | 2,690.05 | -2,690.05 | | |
| Sale | 7,163.597 | 12/12/22 | 12/12/22 | 10,745.15 | 11,211.28 | | 466.13 | -466.13 | | |
| Sale | 3,706.000 | 12/12/22 | 12/12/22 | 5,559.24 | 5,963.39 | | 404.15 | -404.15 | | |
| **Subtotals** | | | | **481,238.53** | **307,479.36** | | **4,568.57** | | | |
| PFD META MATLS CONTRA, 591994371 | | | | | | | | | | |
| Merger | 26,103.000 | 12/13/22 | 12/29/22 | 0.00 | 0.00 | | | 0.00 | | |

**\*** This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

