NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor: META MATERIAL.

Case Number: 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   OSIEL PEREZ
   5372 W 5TH LN
   Hialeah FL 33012

   Telephone Number: 786-290-7269

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC 16 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
851972785

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   ROBIN HOOD
   Telephone Number: 1-650-761-7789

3. **Date Equity Interest was acquired:**
   01-19-23 (1 share)    02-24-23 (1,000 share) 06-27-23 (36,400)
   01-19-23 (4,200 share) 03-09-23 (225 shares) 11-09-23 (58,500)
   02-10-23 (100 shares) 04-12-23 (4,275 shs) 11-22-23 50
   02-13-23 (600 shares) 04-13-23 (4,000 shares) 12-13-23 50
   02-15-23 (99 shares) 04-14-23 (21,100 shares) 01-23-24 (5,500)
   02-19-23 (500 shares) 04-26-23 (17,500 shares)
   TOTAL - 151,100

4. **Total amount of member interest:** 1,511 POST SPLIT
   151,100 BEFORE SPLIT

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest.
   Description: INVESTOR

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor,  ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.) or their authorized agent. (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: OSIEL PEREZ
Title: _____
Company: Address and telephone number (if different from notice address above): _____

(Signature)    12/10/2024 (Date)

Telephone number: 786-290-7269    email: OPii890@yahoo.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

# Meta Materials
## $0.00
-$0.10 (-100.00%) Today



2:46 PM

Advanced

1D  1W  1M  3M  YTD  1Y  5Y  MAX

**Buy MMATQ   Sell MMATQ**

You can close out your position in this stock, but you cannot purchase additional shares.

$329.29 buying power available ⓘ

Individual ⇅

✓ Add to Lists

| Your market value | | Your average cost | |
|---|---|---|---|
| **$0.00** | | **$18.32** | |
| Today's return | -$151.10 (-100.00%) | Shares | 1,511 |
| Total return | -$27,686.82 (-100.00%) | Portfolio diversity | 0.00% |

*Total lost*

## Margin requirements

| Buying power | Initial requirement ⓘ | Maintenance requirement ⓘ |
|---|---|---|
| $329.29 | 100% | 100% |

## Stock Lending

**Enroll in Stock Lending Program**

You're currently not taking advantage of an income opportunity. You could change that today.

## About  ⓘ Filed for bankruptcy

Meta Materials, Inc. engages in the manufacture and development of functional materials. It also provides nano-optic metamaterial technology for anti-counterfeiting security features. **Show more**

| CEO | Employees | Headquarters | Founded |
|---|---|---|---|
| Uzi Sasson, CPA | 103 | Dartmouth, Nova Scotia | 2007 |

## Key statistics

| Market cap | Price-Earnings ratio | Dividend yield | Average volume |
|---|---|---|---|
| 0.00 | — | — | 3.55K |
| **High today** | **Low today** | **Open price** | **Volume** |
| — | — | — | 466.00 |
| **52 Week high** | **52 Week low** | | |
| $4.78 | — | | |

## Shareholder Q&As

Powered by Say

**MAR 02**　Q4 & FY 2021 Earnings Call　　>
　　　　7 questions answered

## History

**Meta Materials Reverse Split**　　　　　　　　　　　　　　　　　　1:100 Split
Jan 29

## People also own

Based on the portfolios of people who own MMATQ. This list is generated using Robinhood data, and it's not a recommendation.

| SNDL | Zomedica | Cenntro Inc. | AMC Entertainment |
|---|---|---|---|
| $1.84 | $0.1258 | $1.17 | $4.37 |
| -1.27% | +1.04% | +1.74% | -1.80% |

All investments involve risks, including the loss of principal. Securities trading offered through Robinhood Financial LLC, Member SIPC and a registered broker-dealer. Full disclosure

Options are risky and aren't suitable for all investors. To learn more about risks, read the Options Disclosure Document.

Our powerful, new trading platform is here—at no extra cost. **Try Robinhood Legend**

| Search | Rewards | Investing | Crypto | Spending | Retirement | Notifications | Account |