NVB 3001 (Rev. 12/24)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

| Name of Debtor: | Case Number: |
|---|---|
| Meta Materials Inc. | 24-50792 |

**PROOF OF INTEREST**

RECEIVED AND FILED
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

RECEIVED AND FILED
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Yan Liu
   15810 El Dorado Oaks Dr.
   Houston, TX 77059

   Telephone Number: 832-212-5716

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtor in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only): 7500 and 6276 | Check here if this Proof of Interest:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Fidelity Investments Life Insurance
   Service Center, PO Box 770001
   Cincinnati, OH 45277-0050
   Telephone Number: 1-800-343-3548

3. Date Equity Interest was acquired:
   During 03/11/2022 - 10/26/2022

4. Total amount of member interest: __5__

5. Certificate number(s): _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the interest holder.
   ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
   ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Yan Liu
Title: Medical IT Specialist
Company: __Address above__ Address and telephone number (if different from notice address above):

(Signature) *Yan Liu*    (Date) 12/10/2024

Telephone number: 832-212-5716   email: qiangshen15810@gmail.com

***Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571***

## Yan Liu
## Fidelity Rollover IRA 217867500

| Rollover IRA 217867500 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MMATQ META MATERIALS INC COM NEW ISI... | | 3 | $0.00 | $0.00 | — | $0.00 | 0.00% | -$349.23 | -100.00% | 0.00% | $116.41 | $349.23 |

META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98   ×

Buy  Sell  Set Exit Plan

Purchase History    Research

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Oct-26-2022 | Long | -$2.07 | -100% | $0.00 | 0.029 | $71.38 | $2.07 |
| Mar-25-2022 | Long | -$198.49 | -100% | $0.00 | 1.589 | $124.92 | $198.49 |
| Mar-11-2022 | Long | -$148.67 | -100% | $0.00 | 1.382 | $107.58 | $148.67 |

## Yan Liu Fidelity
## Rollover IRA 241056276

| ROTH IRA 241056276 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Manage Dividends | | | | | | | | | | | | |
| Cash HELD IN MONEY MARKET | | | $0.90 | | | | | | | 0.05% | | |
| MMATQ META MATERIALS INC COM NEW ISI... | | 2 | $0.00 | $0.00 | — | $0.00 | 0.00% | -$344.00 | -100.00% | 0.00% | $172.00 | $344.00 |

META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98   ×

Buy  Sell  Set Exit Plan

Purchase History    Research

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Mar-16-2022 | Long | -$344.00 | -100% | $0.00 | 2 | $172.00 | $344.00 |