NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |

Name of Debtor: Meta Materials Inc.
Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Fredrick E Brackman
585 Rohm Dr.
Napoleon, Ohio 43545

Telephone Number: 1-419-906-5116

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: 652074413

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

Fidelity Investments
Telephone Number: (800) 343-3548

3. Date Equity Interest was acquired: Sept 13 2021 thru Apr 16-2024

4. Total amount of member interest: 2500

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Fredrick E Brackman
Title:
Company: ___ Address and telephone number (if different from notice address above): _____

(Signature) Frank E Brackman    (Date) 12-13-24

Telephone number: 419-906-5116   email: feb5150@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



# Positions

# BrokerageLink

BrokerageLink: 652074413

| Overview ∨ | | | | | | As of Dec-13-2024 2:14 p.m. ET | | |
|---|---|---|---|---|---|---|---|---|

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|---|---|---|---|---|---|---|---|---|
| **BrokerageLink** 652074413 | | | | | | | | |
| **FDRXX** HELD IN MONEY MAR… | | | | $258.73 | 1.49% | | | |
| 78699D491 NEXTBRIDGE HYDRO… | | | | | 0.00% | 2,548 | $7,376.46 $2.90 / Share | |
| **GME** GAMESTOP CORPOR… | $28.1867 -$0.5633 | -$338.34 -1.96% | +$4,023.15 +31.17% | $16,929.69 | 97.79% | 600.627 | $12,906.54 $21.49 / Share | $9.95 ♦ $64 |
| **GTII** GAB TECH INDS G… | $0.02 $0.00 | $0.00 0.00% | -$3,924.08 -96.93% | $124.50 | 0.72% | 6,225 | $4,048.58 $0.65 / Share | ♦ $0.00 $0 |
| **MMATQ** META MATERIALS INC… | — $0.00 | $0.00 0.00% | -$36,678.31 -100.00% | $0.02 | 0.00% | 2,500 | $36,678.33 $14.67 / Share | |

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Rar |
|---|---|---|---|---|---|---|---|---|

### META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Apr-16-2024 | Short | -$491.75 | -100% | $0.00 | 175 | $2.81 | $491.75 |
| Mar-18-2024 | Short | -$185.00 | -100% | $0.00 | 100 | $1.85 | $185.00 |
| Mar-18-2024 | Short | -$567.27 | -100% | $0.00 | 305 | $1.86 | $567.27 |
| Mar-08-2024 | Short | -$2.56 | -100% | $0.00 | 1 | $2.56 | $2.56 |
| Feb-22-2024 | Short | -$49.35 | -100% | $0.00 | 14 | $3.52 | $49.35 |
| Feb-22-2024 | Short | -$730.82 | -100% | $0.00 | 203 | $3.60 | $730.82 |
| Jan-18-2024 | Short | -$7.00 | -100% | $0.00 | 1.001 | $6.99 | $7.00 |
| Jan-18-2024 | Short | -$1.90 | -100% | $0.00 | 0.254 | $7.48 | $1.90 |
| Jan-17-2024 | Short | -$772.80 | -100% | $0.00 | 112.05 | $6.90 | $772.80 |
| Jan-05-2024 | Short | -$3.25 | -100% | $0.00 | 0.5 | $6.50 | $3.25 |
| Dec-29-2023 | Short | -$16.60 | -100% | $0.00 | 2.501 | $6.64 | $16.60 |
| Dec-29-2023 | Short | -$763.29 | -100% | $0.00 | 114.83 | $6.65 | $763.29 |
| Dec-08-2023 | Long | -$0.06 | -100% | $0.00 | 0.01 | $6.00 | $0.06 |
| Dec-05-2023 | Long | -$0.28 | -100% | $0.00 | 0.04 | $7.00 | $0.28 |
| Nov-24-2023 | Long | -$0.16 | -100% | $0.00 | 0.02 | $8.00 | $0.16 |
| Nov-16-2023 | Long | -$1.40 | -100% | $0.00 | 0.15 | $9.33 | $1.40 |
| Nov-16-2023 | Long | -$780.24 | -100% | $0.00 | 82.166 | $9.50 | $780.24 |
| Nov-03-2023 | Long | -$0.11 | -100% | $0.00 | 0.01 | $11.00 | $0.11 |
| Oct-19-2023 | Long | -$0.20 | -100% | $0.00 | 0.01 | $20.00 | $0.20 |
| Oct-17-2023 | Long | -$17.26 | -100% | $0.00 | 0.85 | $20.31 | $17.26 |
| Oct-17-2023 | Long | -$59.00 | -100% | $0.00 | 2.952 | $19.99 | $59.00 |
| Oct-17-2023 | Long | -$600.00 | -100% | $0.00 | 30.014 | $19.99 | $600.00 |
| Sep-22-2023 | Long | -$1.03 | -100% | $0.00 | 0.05 | $20.60 | $1.03 |
| Sep-18-2023 | Long | -$75.76 | -100% | $0.00 | 3.661 | $20.69 | $75.76 |
| Sep-14-2023 | Long | -$0.89 | -100% | $0.00 | 0.04 | $22.25 | $0.89 |
| Sep-13-2023 | Long | -$6.61 | -100% | $0.00 | 0.3 | $22.03 | $6.61 |
| Sep-08-2023 | Long | -$17.53 | -100% | $0.00 | 0.82 | $21.38 | $17.53 |
| Sep-06-2023 | Long | -$0.23 | -100% | $0.00 | 0.01 | $23.00 | $0.23 |
| Aug-17-2023 | Long | -$0.44 | -100% | $0.00 | 0.02 | $22.00 | $0.44 |
| Aug-16-2023 | Long | -$3.37 | -100% | $0.00 | 0.15 | $22.47 | $3.37 |
| Aug-16-2023 | Long | -$2.01 | -100% | $0.00 | 0.09 | $22.33 | $2.01 |
| Aug-16-2023 | Long | -$55.93 | -100% | $0.00 | 2.501 | $22.36 | $55.93 |
| Jul-21-2023 | Long | -$0.22 | -100% | $0.00 | 0.01 | $22.00 | $0.22 |

| Symbol | | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|
| | Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | | Quantity | Average Cost Basis | Cost Basis Total |
| | Jul-19-2023 | Long | -$7.88 | -100% | $0.00 | | 0.4 | $19.70 | $7.88 |
| | Jul-18-2023 | Long | -$80.88 | -100% | $0.00 | | 4.111 | $19.67 | $80.88 |
| | Jul-05-2023 | Long | -$0.20 | -100% | $0.00 | | 0.01 | $20.00 | $0.20 |
| | Jun-21-2023 | Long | -$0.61 | -100% | $0.00 | | 0.03 | $20.33 | $0.61 |
| | Jun-16-2023 | Long | -$6.80 | -100% | $0.00 | | 0.29 | $23.45 | $6.80 |
| | Jun-16-2023 | Long | -$35.18 | -100% | $0.00 | | 1.501 | $23.44 | $35.18 |
| | Jun-07-2023 | Long | -$0.26 | -100% | $0.00 | | 0.01 | $26.00 | $0.26 |
| | Jun-06-2023 | Long | -$1.20 | -100% | $0.00 | | 0.05 | $24.00 | $1.20 |
| | May-16-2023 | Long | -$2.45 | -100% | $0.00 | | 0.12 | $20.42 | $2.45 |
| | May-01-2023 | Long | -$0.57 | -100% | $0.00 | | 0.03 | $19.00 | $0.57 |
| | Apr-25-2023 | Long | -$0.98 | -100% | $0.00 | | 0.05 | $19.60 | $0.98 |
| | Apr-24-2023 | Long | -$61.92 | -100% | $0.00 | | 3.002 | $20.63 | $61.92 |
| | Apr-24-2023 | Long | -$20.63 | -100% | $0.00 | | 1.001 | $20.61 | $20.63 |
| | Apr-24-2023 | Long | -$2,399.79 | -100% | $0.00 | | 116.151 | $20.66 | $2,399.79 |
| | Apr-24-2023 | Long | -$1,210.61 | -100% | $0.00 | | 58.565 | $20.67 | $1,210.61 |
| | Apr-24-2023 | Long | -$41.30 | -100% | $0.00 | | 2.001 | $20.64 | $41.30 |
| | Apr-24-2023 | Long | -$22,218.55 | -100% | $0.00 | | 1,073.833 | $20.69 | $22,218.55 |
| | Apr-20-2023 | Long | -$0.95 | -100% | $0.00 | | 0.05 | $19.00 | $0.95 |
| | Apr-19-2023 | Long | -$5.25 | -100% | $0.00 | | 0.25 | $21.00 | $5.25 |
| | Apr-19-2023 | Long | -$10.43 | -100% | $0.00 | | 0.5 | $20.86 | $10.43 |
| | Apr-18-2023 | Long | -$765.01 | -100% | $0.00 | | 34.615 | $22.10 | $765.01 |
| | Apr-17-2023 | Long | -$1.08 | -100% | $0.00 | | 0.05 | $21.60 | $1.08 |
| | Apr-17-2023 | Long | -$6.47 | -100% | $0.00 | | 0.3 | $21.57 | $6.47 |
| | Apr-14-2023 | Long | -$0.44 | -100% | $0.00 | | 0.02 | $22.00 | $0.44 |
| | Mar-28-2023 | Long | -$1.31 | -100% | $0.00 | | 0.03 | $43.67 | $1.31 |
| | Mar-16-2023 | Long | -$693.86 | -100% | $0.00 | | 13.806 | $50.26 | $693.86 |
| | Feb-21-2023 | Long | -$13.40 | -100% | $0.00 | | 0.2 | $67.00 | $13.40 |
| | Feb-17-2023 | Long | -$31.60 | -100% | $0.00 | | 0.45 | $70.22 | $31.60 |
| | Feb-16-2023 | Long | -$750.00 | -100% | $0.00 | | 10.005 | $74.96 | $750.00 |
| | Jan-19-2023 | Long | -$53.27 | -100% | $0.00 | | 0.55 | $96.85 | $53.27 |
| | Jan-18-2023 | Long | -$422.60 | -100% | $0.00 | | 4.001 | $105.62 | $422.60 |
| | Dec-16-2022 | Long | -$53.24 | -100% | $0.00 | | 0.43 | $123.81 | $53.24 |
| | Dec-07-2022 | Long | -$4.33 | -100% | $0.00 | | 0.02 | $216.50 | $4.33 |
| | Nov-17-2022 | Long | -$8.51 | -100% | $0.00 | | 0.05 | $170.20 | $8.51 |
| | Nov-16-2022 | Long | -$35.48 | -100% | $0.00 | | 0.2 | $177.40 | $35.48 |

12/13/24, 2:16 PM          Case 24-50792-hlb    Doc 841    Entered 12/17/24 13:36:14    Page 5 of 6
                                                         Portfolio Positions

| Symbol | | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|
| Acquired | Term | | $ Total Gain/Loss | % Total Gain/Loss | Current Value | | Quantity | Average Cost Basis | Cost Basis Total |
| Oct-19-2022 | Long | | -$18.27 | -100% | $0.00 | | 0.21 | $87.00 | $18.27 |
| Sep-23-2022 | Long | | -$2.01 | -100% | $0.00 | | 0.03 | $67.00 | $2.01 |
| Sep-16-2022 | Long | | -$780.00 | -100% | $0.00 | | 10.005 | $77.96 | $780.00 |
| Aug-23-2022 | Long | | -$0.80 | -100% | $0.00 | | 0.01 | $80.00 | $0.80 |
| Aug-22-2022 | Long | | -$3.34 | -100% | $0.00 | | 0.04 | $83.50 | $3.34 |
| Aug-17-2022 | Long | | -$618.70 | -100% | $0.00 | | 6.863 | $90.15 | $618.70 |
| Jun-24-2022 | Long | | -$6.19 | -100% | $0.00 | | 0.05 | $123.80 | $6.19 |
| Jun-16-2022 | Long | | -$7.25 | -100% | $0.00 | | 0.05 | $145.00 | $7.25 |
| Mar-04-2022 | Long | | -$7.25 | -100% | $0.00 | | 0.05 | $145.00 | $7.25 |
| Mar-02-2022 | Long | | -$14.44 | -100% | $0.00 | | 0.08 | $180.50 | $14.44 |
| Feb-18-2022 | Long | | -$111.28 | -100% | $0.00 | | 0.64 | $173.88 | $111.28 |
| Feb-14-2022 | Long | | -$3.58 | -100% | $0.00 | | 0.02 | $179.00 | $3.58 |
| Feb-04-2022 | Long | | -$1.69 | -100% | $0.00 | | 0.01 | $169.00 | $1.69 |
| Feb-04-2022 | Long | | -$19.50 | -100% | $0.00 | | 0.12 | $162.50 | $19.50 |
| Jan-28-2022 | Long | | -$4.27 | -100% | $0.00 | | 0.03 | $142.33 | $4.27 |
| Dec-28-2021 | Long | | -$13.25 | -100% | $0.00 | | 0.05 | $265.00 | $13.25 |
| Dec-17-2021 | Long | | -$14.58 | -100% | $0.00 | | 0.05 | $291.60 | $14.58 |
| Dec-13-2021 | Long | | -$33.45 | -100% | $0.00 | | 0.1 | $334.50 | $33.45 |
| Dec-07-2021 | Long | | -$33.40 | -100% | $0.00 | | 0.1 | $334.00 | $33.40 |
| Dec-01-2021 | Long | | -$18.25 | -100% | $0.00 | | 0.05 | $365.00 | $18.25 |
| Nov-23-2021 | Long | | -$93.89 | -100% | $0.00 | | 0.25 | $375.56 | $93.89 |
| Nov-22-2021 | Long | | -$40.79 | -100% | $0.00 | | 0.1 | $407.90 | $40.79 |
| Nov-16-2021 | Long | | -$175.57 | -100% | $0.00 | | 0.4 | $438.93 | $175.57 |
| Oct-25-2021 | Long | | -$89.20 | -100% | $0.00 | | 0.2 | $446.00 | $89.20 |
| Oct-19-2021 | Long | | -$24.53 | -100% | $0.00 | | 0.05 | $490.60 | $24.53 |
| Oct-19-2021 | Long | | -$63.31 | -100% | $0.00 | | 0.13 | $487.00 | $63.31 |
| Oct-18-2021 | Long | | -$9.80 | -100% | $0.00 | | 0.02 | $490.00 | $9.80 |
| Oct-12-2021 | Long | | -$21.01 | -100% | $0.00 | | 0.04 | $525.25 | $21.01 |
| Oct-06-2021 | Long | | -$5.01 | -100% | $0.00 | | 0.01 | $501.00 | $5.01 |
| Oct-04-2021 | Long | | -$25.38 | -100% | $0.00 | | 0.05 | $507.60 | $25.38 |
| Oct-04-2021 | Long | | -$0.18 | -100% | $0.00 | | -- | -- | $0.18 |
| Oct-04-2021 | Long | | -$66.82 | -100% | $0.00 | | 0.13 | $514.00 | $66.82 |
| Oct-04-2021 | Long | | -$4.93 | -100% | $0.00 | | 0.01 | $493.00 | $4.93 |
| Sep-28-2021 | Long | | -$30.98 | -100% | $0.00 | | 0.05 | $619.60 | $30.98 |
| Sep-28-2021 | Long | | -$0.02 | -100% | $0.00 | | -- | -- | $0.02 |

| Symbol | | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Rar |
|---|---|---|---|---|---|---|---|---|---|
| | Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | | Quantity | Average Cost Basis | Cost Basis Total |
| | Sep-21-2021 | Long | -$4.90 | -100% | $0.00 | | 0.01 | $490.00 | $4.90 |
| | Sep-20-2021 | Long | -$24.93 | -100% | $0.00 | | 0.05 | $498.60 | $24.93 |
| | Sep-20-2021 | Long | -$113.85 | -100% | $0.00 | | 0.23 | $495.00 | $113.85 |
| | Sep-13-2021 | Long | -$10.37 | -100% | $0.00 | | 0.02 | $518.50 | $10.37 |

Show Less  < [1] >

| **Account Total** | -$338.34[I] -1.92% | -$36,579.24 -68.20% | $17,312.94 | | |
|---|---|---|---|---|---|

Securities Priced Today -$338.34
   Securities Not Priced    $0.00
      Today
Some securities, such as mutual funds, are not priced until after the market closes.

↘ Indicates that the security has not priced today. Some securities, such as mutual funds, are not priced until after the market closes.

Content and data provided by various third parties and Fidelity. Terms of Use

**Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted, and investors should visit the performance page for most recent month-end performance.**

**You could lose money by investing in a money market fund. Although the fund seeks to preserve the value of your investment at $1.00 per share, it cannot guarantee it will do so. An investment in the fund is not a bank account and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Fidelity Investments and its affiliates, the fund's sponsor, is not required to reimburse the fund for losses, and you should not expect that the sponsor will provide financial support to the fund at any time, including during periods of market stress.**

Fidelity's government and U.S. Treasury money market funds will not impose a fee upon the sale of your shares.

*Options trading entails significant risk and is not appropriate for all investors. Certain complex options strategies carry additional risk. Before trading options, please read Characteristics and Risks of Standardized Options. Supporting documentation for any claims, if applicable, will be furnished upon request.*