NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: Meta Materials Inc
Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Fredrick E Brackman
   585 Rohm Dr.
   Napoleon, Ohio 43545

   Telephone Number: 1-419-906-5116

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

DEC 16 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: Z07796163

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Fidelity Investments
   Telephone Number: (800) 343-3548

3. Date Equity Interest was acquired:
   Jun 6, 2022 thru Aug. 29-2024

4. Total amount of member interest: 150

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Fredrick E Brackman
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) Fred E Brackman  (Date) 12-13-24
Telephone number 419-906-5116  email: feb5150@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



# Positions

# Cash Management (Individual - TOD)

Cash Account: Z07796163 · Routing number (i)

Overview ⌄                                                           As of Dec-13-2024 2:24 p.m. ET

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|---|---|---|---|---|---|---|---|---|
| **Cash Management (Individual - TOD)** Z07796163 | | | | | | | | |
| **CORE** FDIC-INSURED DEPO… | | | | $58.44 | 29.33% | | | |
| **78699D491** NEXT BRIDGE HYDRO… | — — | — — | — — | — | 0.00% | 1,175 | $3,401.63 $2.90 / Share | — |
| **GME** ⓔ GAMESTOP CORPOR… | $28.1646 -$0.5854 | -$2.93 -2.04% | +$26.61 +23.30% | $140.82 | 70.67% | 5 | $114.21 $22.84 / Share | $9.95 ◆ $64.83 |
| **MMATQ** META MATERIALS INC… | — $0.00 | $0.00 0.00% | -$2,191.88 -100.00% | $0.00 | 0.00% | 150 | $2,191.88[t] $14.61 / Share | — |

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|---|---|---|---|---|---|---|---|---|

### META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Aug-29-2024 | Short | -$2.81 | -100% | $0.00 | 6 | $0.47 | $2.81 |
| May-16-2024 | Short | -$24.75 | -100% | $0.00 | 11 | $2.25 | $24.75 |
| Apr-12-2024 | Short | -$25.04 | -100% | $0.00 | 8 | $3.13 | $25.04 |
| Mar-14-2024 | Short | -$26.26 | -100% | $0.00 | 13 | $2.02 | $26.26 |
| Feb-13-2024 | Short | -$23.76 | -100% | $0.00 | 8 | $2.97 | $23.76 |
| Feb-06-2024 | Short | -$2.92 | -100% | $0.00 | 1 | $2.92 | $2.92 |
| Jan-26-2024 | Short | -$31.98 | -100% | $0.00 | 6.062 | $5.28 | $31.98 |
| Jan-26-2024 | Short | -$0.05 | -100% | $0.00 | 0.01 | $5.00 | $0.05 |
| Jan-23-2024 | Short | -$0.21 | -100% | $0.00 | 0.026 | $8.08 | $0.21 |
| Jan-12-2024 | Short | -$24.76 | -100% | $0.00 | 3.968 | $6.24 | $24.76 |
| Jan-09-2024 | Short | -$0.13 | -100% | $0.00 | 0.02 | $6.50 | $0.13 |
| Dec-12-2023 | Long | -$0.34 | -100% | $0.00 | 0.05 | $6.80 | $0.34 |
| Dec-12-2023 | Long | -$24.56 | -100% | $0.00 | 3.614 | $6.80 | $24.56 |
| Nov-24-2023 | Long | -$0.08 | -100% | $0.00 | 0.01 | $8.00 | $0.08 |
| Nov-14-2023 | Long | -$1.43 | -100% | $0.00 | 0.151 | $9.47 | $1.43 |
| Nov-14-2023 | Long | -$23.48 | -100% | $0.00 | 2.523 | $9.31 | $23.48 |
| Oct-19-2023 | Long | -$0.20 | -100% | $0.00 | 0.01 | $20.00 | $0.20 |
| Oct-12-2023 | Long | -$1.07 | -100% | $0.00 | 0.05 | $21.40 | $1.07 |
| Oct-12-2023 | Long | -$2.56 | -100% | $0.00 | 0.121 | $21.16 | $2.56 |
| Oct-12-2023 | Long | -$21.30 | -100% | $0.00 | 1.01 | $21.09 | $21.30 |
| Sep-12-2023 | Long | -$0.22 | -100% | $0.00 | 0.01 | $22.00 | $0.22 |
| Sep-12-2023 | Long | -$3.20 | -100% | $0.00 | 0.151 | $21.19 | $3.20 |
| Sep-12-2023 | Long | -$21.48 | -100% | $0.00 | 1.01 | $21.27 | $21.48 |
| Aug-17-2023 | Long | -$0.44 | -100% | $0.00 | 0.02 | $22.00 | $0.44 |
| Aug-14-2023 | Long | -$1.15 | -100% | $0.00 | 0.05 | $23.00 | $1.15 |
| Aug-14-2023 | Long | -$23.46 | -100% | $0.00 | 1.03 | $22.78 | $23.46 |
| Jul-13-2023 | Long | -$0.57 | -100% | $0.00 | 0.03 | $19.00 | $0.57 |
| Jul-12-2023 | Long | -$0.95 | -100% | $0.00 | 0.05 | $19.00 | $0.95 |
| Jul-12-2023 | Long | -$23.50 | -100% | $0.00 | 1.262 | $18.62 | $23.50 |
| Jun-22-2023 | Long | -$20.05 | -100% | $0.00 | 1.01 | $19.85 | $20.05 |
| Jun-16-2023 | Long | -$5.12 | -100% | $0.00 | 0.222 | $23.06 | $5.12 |
| Jun-06-2023 | Long | -$0.48 | -100% | $0.00 | 0.02 | $24.00 | $0.48 |

| Symbol | | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|
| | Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | | Quantity | Average Cost Basis | Cost Basis Total |
| | May-12-2023 | Long | -$4.10 | -100% | $0.00 | | 0.202 | $20.30 | $4.10 |
| | May-12-2023 | Long | -$20.30 | -100% | $0.00 | | 1.01 | $20.10 | $20.30 |
| | May-01-2023 | Long | -$0.19 | -100% | $0.00 | | 0.01 | $19.00 | $0.19 |
| | Apr-25-2023 | Long | -$0.98 | -100% | $0.00 | | 0.05 | $19.60 | $0.98 |
| | Apr-24-2023 | Long | -$5.11 | -100% | $0.00 | | 0.252 | $20.28 | $5.11 |
| | Apr-24-2023 | Long | -$20.41 | -100% | $0.00 | | 1.01 | $20.21 | $20.41 |
| | Apr-24-2023 | Long | -$1,444.85 | -100% | $0.00 | | 71.674 | $20.16 | $1,444.85 |
| | Apr-24-2023 | Long | -$5.08 | -100% | $0.00 | | 0.252 | $20.16 | $5.08 |
| | Apr-24-2023 | Long | -$65.02 | -100% | $0.00 | | 3.23 | $20.13 | $65.02 |
| | Apr-14-2023 | Long | -$1.10 | -100% | $0.00 | | 0.05 | $22.00 | $1.10 |
| | Apr-12-2023 | Long | -$2.02 | -100% | $0.00 | | 0.05 | $40.40 | $2.02 |
| | Apr-12-2023 | Long | -$21.75 | -100% | $0.00 | | 0.535 | $40.65 | $21.75 |
| | Mar-28-2023 | Long | -$0.87 | -100% | $0.00 | | 0.02 | $43.50 | $0.87 |
| | Mar-14-2023 | Long | -$7.96 | -100% | $0.00 | | 0.151 | $52.72 | $7.96 |
| | Mar-14-2023 | Long | -$16.16 | -100% | $0.00 | | 0.323 | $50.03 | $16.16 |
| | Feb-21-2023 | Long | -$2.00 | -100% | $0.00 | | 0.03 | $66.67 | $2.00 |
| | Feb-15-2023 | Long | -$7.40 | -100% | $0.00 | | 0.101 | $73.27 | $7.40 |
| | Feb-14-2023 | Long | -$3.77 | -100% | $0.00 | | 0.05 | $75.40 | $3.77 |
| | Feb-14-2023 | Long | -$18.75 | -100% | $0.00 | | 0.252 | $74.40 | $18.75 |
| | Jan-12-2023 | Long | -$5.18 | -100% | $0.00 | | 0.05 | $103.60 | $5.18 |
| | Dec-27-2022 | Long | -$2.97 | -100% | $0.00 | | 0.03 | $99.00 | $2.97 |
| | Dec-14-2022 | Long | -$2.71 | -100% | $0.00 | | 0.02 | $135.50 | $2.71 |
| | Jul-15-2022 | Long | -$9.09 | -100% | $0.00 | | 0.101 | $90.00 | $9.09 |
| | Mar-25-2022 | Long | -$19.00 | -100% | $0.00 | | 0.101 | $188.12 | $19.00 |
| | Mar-18-2022 | Long | -$18.80 | -100% | $0.00 | | 0.101 | $186.14 | $18.80 |
| | Mar-14-2022 | Long | -$15.20 | -100% | $0.00 | | 0.101 | $150.50 | $15.20 |
| | Mar-08-2022 | Long | -$8.03 | -100% | $0.00 | | 0.05 | $160.60 | $8.03 |
| | Mar-04-2022 | Long | -$15.50 | -100% | $0.00 | | 0.101 | $153.47 | $15.50 |
| | Mar-01-2022 | Long | -$4.10 | -100% | $0.00 | | 0.02 | $205.00 | $4.10 |
| | Feb-25-2022 | Long | -$14.40 | -100% | $0.00 | | 0.081 | $177.78 | $14.40 |
| | Feb-23-2022 | Long | -$4.86 | -100% | $0.00 | | 0.03 | $162.00 | $4.86 |
| | Feb-22-2022 | Long | -$3.32 | -100% | $0.00 | | 0.02 | $166.00 | $3.32 |
| | Feb-22-2022 | Long | -$16.90 | -100% | $0.00 | | 0.101 | $167.33 | $16.90 |

| Symbol | | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|
| | Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | | Quantity | Average Cost Basis | Cost Basis Total |
| | Feb-22-2022 | Long | -$23.94 | -100% | $0.00 | | 0.141 | $169.79 | $23.94 |
| | Feb-17-2022 | Long | -$9.00 | -100% | $0.00 | | 0.05 | $180.00 | $9.00 |
| | Feb-17-2022 | Long | -$1.86 | -100% | $0.00 | | 0.01 | $186.00 | $1.86 |
| | Jan-28-2022 | Long | -$4.23 | -100% | $0.00 | | 0.03 | $141.00 | $4.23 |
| | Jan-21-2022 | Long | -$3.70 | -100% | $0.00 | | 0.02 | $185.00 | $3.70 |
| | Jan-18-2022 | Long | -$10.90 | -100% | $0.00 | | 0.05 | $218.00 | $10.90 |
| | Jan-13-2022 | Long | -$2.14 | -100% | $0.00 | | 0.01 | $214.00 | $2.14 |
| | Jan-06-2022 | Long | -$9.92 | -100% | $0.00 | | 0.04 | $248.00 | $9.92 |

Show Less   ‹ [1] ›

**Account Total**    -$2.93   -$2,165.27   $199.26
                    -1.45%    -93.89%

Securities Priced Today    -$2.93
Securities Not Priced Today    $0.00

Some securities, such as mutual funds, are not priced until after the market closes.

## Important Information

t   Third party provided

**E**   Indicates an Earnings event exists within 5 calendar days. Earnings beat or miss is based on the actual earnings compared to the I/B/E/S consensus estimate.

**D**   Indicates a Dividend or Capital Gains Distribution exists.

⊻ Indicates that the security has not priced today. Some securities, such as mutual funds, are not priced until after the market closes.

Content and data provided by various third parties and Fidelity. Terms of Use

**Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted, and investors should visit the performance page for most recent month-end performance.**