NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor:
**META MATERIALS. INC**

Case Number:
**24 – 50792**

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

**KEN LOVELL**
**RATHMORE BALLYMAHON**
**CO-LONGFORD**
**REP- OF IRELAND N39 P3X6**

Telephone Number:
**+ 353  87 7431941**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 16 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
**DAVY STOCKBROKERS**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
**KEN LOVELL**
**DAVY HOUSE DAWSON ST DUBLIN 2**
Telephone Number: **REP OF IRELAND**
**+ 353  1  614  9900**

3. **Date Equity Interest was acquired:**
**BETWEEN 03/09/2021 – 30/11/2023**
**SEE ATTACHED DOCUMENTATION**

4. **Total amount of member interest:** **58,586 FOR $27,761.42**

5. **Certificate number(s):** **SEE ATTACHED DOCUMENTATION**

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: **INVESTOR**

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **KEN LOVELL**
Title: **MR.**
Company: ___ Address and telephone number (if different from notice address above):

(Signature) **Ken lovell**    (Date) **6/12/2024.**
Telephone number: **+ 353  87 7431941**    email: **KenLovell61@gmail.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:        Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 03/09/2021 | US59134N1046 XS 28/06/2021 | 0204162 | 98921L58761 | 08/09/2021 |

We are pleased to confirm that we have BOUGHT on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 15:34:00  +01 | 1843 | 5.5700  LIM | 10,265.51  USD |

This is an average price

| | | | |
|---|---|---|---|
| **TOTAL** | 1843 | | 8,700.09  EUR |

**CHARGES**
| | |
|---|---|
| Commission | 143.56  EUR |
| Custody charge (web) | 25.00  EUR |
| Overseas charges | 5.22  EUR |

FX Transaction Charge 60.91 EUR

E.&O.E.

**TOTAL**        8,873.87  EUR

Conversion Rate USD/EUR 1.179932
SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J&E Davy, trading as Davy, is regulated by the Central Bank of Ireland. Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext. Registered in Ireland No. 106680. VAT registration number 4800408E.

IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE

Trade Reference:           98921L58761

Client Account Number:     0204162

Payment Due:   *           8,873.87  EUR

* Please refer overleaf

**DAVY**

Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

*For orders, please contact:*
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

*For queries, please contact:*
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:        Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 29/11/2021 | US59134N1046 XS 28/06/2021 | 0204162 | 98921P14385 | 01/12/2021 |

We are pleased to confirm that we have BOUGHT on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 14:43:00 | 1085 | 3.9118433  LIM | 4,244.35 USD |

This is an average price

| | | |
|---|---|---|
| TOTAL | 1085 | 4,244.35 USD |

| CHARGES | |
|---|---|
| Commission | 21.22 USD |
| Custody charge (web) | 28.37 USD |
| Overseas charges | 2.55 USD |
| **TOTAL** | **4,296.49 USD** |

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J&E Davy, trading as Davy, is regulated by the Central Bank of Ireland. Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext. Registered in Ireland No. 106680. VAT registration number 4800408E.

IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE

Trade Reference:              98921P14385

Client Account Number:        0204162

Payment Due:  *            4,296.49 USD

* Please refer overleaf



Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:      Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 29/04/2022 | US59134N1046 XS 28/06/2021 | 0204162 | 98922S15963 | 03/05/2022 |

We are pleased to confirm that we have BOUGHT on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 18:49:00  +01 | 1234 | 1.2250  LIM | 1,511.65  USD |

This is an average price

| | | | |
|---|---|---|---|
| **TOTAL** | 1234 | | 1,511.65  USD |

| CHARGES | |
|---|---|
| Commission | 15.96 USD |
| Custody charge (web) | 26.62 USD |
| Overseas charges | 0.91 USD |
| **TOTAL** | 1,555.14  USD |

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106680. VAT registration number 4800408E.

IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE

Trade Reference:                98922S15963

Client Account Number:        0204162

Payment Due:  *                1,555.14  USD

* Please refer overleaf



Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:     Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 19/07/2022 | US59134N1046 XS 28/06/2021 | 0204162 | 98922T30143 | 21/07/2022 |

We are pleased to confirm that we have BOUGHT on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 18:59:00  +01 | 988 | 0.9578951  LIM | 946.40  USD |

This is an average price

| | | | |
|---|---|---|---|
| **TOTAL** | 988 | | 946.40  USD |

| CHARGES | |
|---|---|
| Commission | 15.45  USD |
| Custody charge (web) | 25.77  USD |
| Overseas charges | 0.57  USD |
| **TOTAL** | 988.19  USD |

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106680. VAT registration number 4800408E.

**IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE**

Trade Reference:          98922T30143

Client Account Number:      0204162

Payment Due:   *          988.19  USD

* Please refer overleaf

Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:     Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 11/08/2022 | US59134N1046 XS 28/06/2021 | 0204162 | 98922T57073 | 15/08/2022 |

We are pleased to confirm that we have BOUGHT on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 15:08:00  +01 | 1508 | 0.987432   LIM | 1,489.05  USD |

This is an average price

| | | | |
|---|---|---|---|
| **TOTAL** | 1508 | | 1,489.04  USD |

| **CHARGES** | |
|---|---|
| Commission | 15.64  USD |
| Custody charge (web) | 26.08  USD |
| Overseas charges | 0.90  USD |
| **TOTAL** | 1,531.66  USD |

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106680. VAT registration number 4800408E.

**IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE.**

Trade Reference:              98922T57073

Client Account Number:       0204162

Payment Due:   *              1,531.66  USD

* Please refer overleaf



Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:        Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 22/08/2022 | US59134N1046 XS 28/06/2021 | 0204162 | 98922T66077 | 24/08/2022 |

We are pleased to confirm that we have BOUGHT on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 18:44:00  +01 | 6662 | 0.8345712  LIM | 5,559.91  USD |

This is an average price

| | | | |
|---|---|---|---|
| **TOTAL** | 6662 | | 5,559.91  USD |

| CHARGES | |
|---|---|
| Commission | 27.81 USD |
| Custody charge (web) | 25.01 USD |
| Overseas charges | 3.34 USD |

|  | **TOTAL** | 5,616.07  USD |
|---|---|---|

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106680. VAT registration number 4800408E.

**IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE**

Trade Reference:                    98922T66077

Client Account Number:         0204162

Payment Due:   *                    5,616.07  USD

* Please refer overleaf



Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:        Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 24/08/2022 | US59134N1046 XS 28/06/2021 | 0204162 | 98922U04512 | 26/08/2022 |

We are pleased to confirm that we have BOUGHT on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 19:30:00  +01 | 3430 | 0.8759837  LIM | 3,004.62  USD |
| | | This is an average price | |

| | TOTAL | 3430 | | 3,004.63  USD |
|---|---|---|---|---|

| CHARGES | |
|---|---|
| Commission | 15.04  USD |
| Custody charge (web) | 25.08  USD |
| Overseas charges | 1.81  USD |

|  | TOTAL | 3,046.56  USD |
|---|---|---|

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106680. VAT registration number 4800408E.

**IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE**

Trade Reference:           98922U04512

Client Account Number:     0204162

Payment Due:   *           3,046.56  USD

* Please refer overleaf



Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9000
Email: csu@davy.ie

For the a/c of:      Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 26/09/2022 | US59134N1046 XS 28/06/2021 | 0204162 | 98922U26052 | 28/09/2022 |

We are pleased to confirm that we have BOUGHT on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 15:06:00  +01 | 2987 | 0.6741568  LIM | 2,013.71  USD |

This is an average price

| | TOTAL | 2987 | | 2,013.71  USD |
|---|---|---|---|---|

| CHARGES | |
|---|---|
| Commission | 14.60  USD |
| Custody charge (web) | 24.36  USD |
| Overseas charges | 1.21  USD |
| **TOTAL** | **2,053.88  USD** |

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106680. VAT registration number 4800408E.

**IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE**

Trade Reference:          98922U26052

Client Account Number:      0204162

Payment Due:  *          2,053.88  USD

\* Please refer overleaf

**DAVY**

Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:    Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 13/10/2022 | US59134N1046 XS 28/06/2021 | 0204162 | 98922U48077 | 17/10/2022 |

We are pleased to confirm that we have BOUGHT on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 14:35:00  +01 | 1662 | 1.1263899  LIM | 1,872.06 USD |

This is an average price

| | | | |
|---|---|---|---|
| **TOTAL** | 1662 | | 1,872.06 USD |

| CHARGES | |
|---|---|
| Commission | 14.59 USD |
| Custody charge (web) | 24.33 USD |
| Overseas charges | 1.13 USD |

| **TOTAL** | 1,912.11  USD |
|---|---|

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106680. VAT registration number 4800408E.

**IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE**

Trade Reference:          98922U48077

Client Account Number:          0204162

Payment Due:   *          1,912.11  USD

* Please refer overleaf



Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:        Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 07/11/2022 | US59134N1046 XS 28/06/2021 | 0204162 | 98922U72507 | 09/11/2022 |

We are pleased to confirm that we have BOUGHT on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 15:48:00 | 814 | 1.6250  LIM | 1,322.75  USD |

This is an average price

| | | | |
|---|---|---|---|
| **TOTAL** | 814 | | 1,322.75  USD |

| CHARGES | |
|---|---|
| Commission | 15.08  USD |
| Custody charge (web) | 25.15  USD |
| Overseas charges | 0.80  USD |
| **TOTAL** | 1,363.78  USD |

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106680. VAT registration number 4800408E.

IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE

Trade Reference:            98922U72507

Client Account Number:      0204162

Payment Due:   *            1,363.78  USD

* Please refer overleaf



Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:        Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 23/12/2022 | US59134N1046 XS 28/06/2021 | 0204162 | 98922V53246 | 28/12/2022 |

We are pleased to confirm that we have BOUGHT on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 14:41:00 | 12333 | 1.0899189  LIM | 13,441.97 USD |
| | | | |
| **TOTAL** | 12333 | | 13,441.97 USD |

| CHARGES | |
|---|---|
| Commission | 67.22 USD |
| Custody charge (web) | 26.78 USD |
| Overseas charges | 8.07 USD |
| **TOTAL** | 13,544.04 USD |

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext. Registered in Ireland No. 106680. VAT registration number 4800408E.

IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE

Trade Reference:              98922V53246

Client Account Number:       0204162

Payment Due:    *            13,544.04  USD

* Please refer overleaf

**DAVY**

Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:        Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 24/02/2023 | US59134N1046 XS 28/06/2021 | 0204162 | 98923A46875 | 28/02/2023 |

We are pleased to confirm that we have BOUGHT on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 17:03:00 | 3026 | 0.6390    LIM | 1,933.61  USD |

This is an average price

| | | | |
|---|---|---|---|
| **TOTAL** | 3026 | | 1,933.62  USD |

| CHARGES | |
|---|---|
| Commission | 15.92  USD |
| Custody charge (web) | 26.54  USD |
| Overseas charges | 1.17  USD |
| **TOTAL** | 1,977.25  USD |

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106680. VAT registration number 4800408E.

IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE

Trade Reference:             98923A46875

Client Account Number:        0204162

Payment Due:   *             1,977.25  USD

* Please refer overleaf



Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:      Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 09/03/2023 | US59134N1046 XS 28/06/2021 | 0204162 | 98923C11842 | 13/03/2023 |

We are pleased to confirm that we have BOUGHT on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 15:25:00 | 4011 | 0.5888573   LIM | 2,361.91  USD |

This is an average price

| | | | |
|---|---|---|---|
| **TOTAL** | 4011 | | 2,361.91  USD |

**CHARGES**

| | |
|---|---|
| Commission | 15.96 USD |
| Custody charge (web) | 26.62 USD |
| Overseas charges | 1.42 USD |

| | |
|---|---|
| **TOTAL** | 2,405.91  USD |

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106680. VAT registration number 4800408E.

IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE

Trade Reference:               98923C11842

Client Account Number:         0204162

Payment Due:    *              2,405.91  USD

* Please refer overleaf



Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:        Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 15/03/2023 | US59134N1046 XS 28/06/2021 | 0204162 | 98923C19614 | 17/03/2023 |

We are pleased to confirm that we have BOUGHT on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 18:52:00 | 5801 | 0.5170383   LIM | 2,999.34 USD |

This is an average price

| | TOTAL | 5801 | | 2,999.34 USD |
|---|---|---|---|---|

| **CHARGES** | |
|---|---|
| Commission | 15.97 USD |
| Custody charge (web) | 26.63 USD |
| Overseas charges | 1.80 USD |
| **TOTAL** | 3,043.74 USD |

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106680. VAT registration number 4800408E.

IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE

Trade Reference:        98923C19614

Client Account Number:        0204162

Payment Due:   *        3,043.74  USD

* Please refer overleaf



Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:        Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 04/04/2023 | US59134N1046 XS 28/06/2021 | 0204162 | 98923C37500 | 06/04/2023 |

We are pleased to confirm that we have BOUGHT on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 14:31:00  +01 | 3010 | 0.5245236   LIM | 1,578.82  USD |

This is an average price

| | | | |
|---|---|---|---|
| **TOTAL** | 3010 | | 1,578.82  USD |

| **CHARGES** | |
|---|---|
| Commission | 16.44  USD |
| Custody charge (web) | 27.42  USD |
| Overseas charges | 0.95  USD |
| **TOTAL** | 1,623.63  USD |

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106680. VAT registration number 4800408E.

IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE

Trade Reference:        98923C37500

Client Account Number:        0204162

Payment Due:   *        1,623.63 USD

* Please refer overleaf



Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:      Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 14/04/2023 | US59134N1046 XS 28/06/2021 | 0204162 | 98923C44792 | 18/04/2023 |

We are pleased to confirm that we have BOUGHT on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 18:19:00  +01 | 9883 | 0.2281866  LIM | 2,255.17 USD |

This is an average price

| | | | |
|---|---|---|---|
| **TOTAL** | 9883 | | 2,255.19 USD |

| CHARGES | |
|---|---|
| Commission | 16.57 USD |
| Custody charge (web) | 27.64 USD |
| Overseas charges | 1.36 USD |
| **TOTAL** | 2,300.76 USD |

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106680. VAT registration number 4800408E.

IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE

Trade Reference:            98923C44792

Client Account Number:      0204162

Payment Due:                2,300.76  USD

* Please refer overleaf



Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:    Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 18/04/2023 | US59134N1046 XS 28/06/2021 | 0204162 | 98923C46206 | 20/04/2023 |

We are pleased to confirm that we have BOUGHT on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 14:32:00  +01 | 4400 | 0.2255931  LIM | 992.61 USD |

This is an average price

| | | | |
|---|---|---|---|
| TOTAL | 4400 | | 992.61  USD |

| CHARGES | |
|---|---|
| Commission | 16.54 USD |
| Custody charge (web) | 27.58 USD |
| Overseas charges | 0.60 USD |

| TOTAL | 1,037.33  USD |
|---|---|

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106680. VAT registration number 4800408E.

IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE

Trade Reference:              98923C46206

Client Account Number:       0204162

Payment Due:   *             1,037.33  USD

* Please refer overleaf

**DAVY**

Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:        Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 19/04/2023 | US59134N1046 XS 28/06/2021 | 0204162 | 98923C47595 | 21/04/2023 |

We are pleased to confirm that we have BOUGHT on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | | CONSIDERATION | |
|---|---|---|---|---|---|
| 20:36:00  +01 | 100 | 0.2035 | LIM | 20.35 | USD |
| 20:36:00  +01 | 400 | 0.2045 | LIM | 81.80 | USD |
| 20:36:00  +01 | 100 | 0.2045 | LIM | 20.45 | USD |
| 20:36:00  +01 | 4928 | 0.2045 | LIM | 1,007.78 | USD |
| **TOTAL** | 5528 | | | 1,130.38 | USD |

| CHARGES | | |
|---|---|---|
| Commission | 16.53 | USD |
| Custody charge (web) | 27.57 | USD |
| Overseas charges | 0.68 | USD |
| **TOTAL** | 1,175.16 | USD |

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106680. VAT registration number 4800408E.

IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE

Trade Reference:              98923C47595

Client Account Number:       0204162

Payment Due:  *              1,175.16  USD

* Please refer overleaf



Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:     Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 21/08/2023 | US59134N1046 XS 28/06/2021 | 0204162 | 98923F24740 | 23/08/2023 |

We are pleased to confirm that we have BOUGHT on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 14:42:00  +01 | 12318 | 0.2236688   LIM | 2,755.15 USD |

This is an average price

| | | | |
|---|---|---|---|
| **TOTAL** | 12318 | | 2,755.15 USD |

| CHARGES | |
|---|---|
| Commission | 16.44 USD |
| Custody charge (web) | 27.42 USD |
| Overseas charges | 1.66 USD |

E.&O.E.

| | |
|---|---|
| **TOTAL** | 2,800.67 USD |

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106680. VAT registration number 4800408E.

IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE

Trade Reference:            98923F24740

Client Account Number:     0204162

Payment Due:   *            2,800.67  USD

* Please refer overleaf

**DAVY**

Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:       Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 30/11/2023 | US59134N1046 XS 28/06/2021 | 0204162 | 98923H52757 | 04/12/2023 |

We are pleased to confirm that we have BOUGHT on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 14:49:00 | 14148 | 0.1014588   LIM | 1,435.44  USD |

This is an average price

| | | |
|---|---|---|
| **TOTAL** | 14148 | 1,435.45  USD |

| CHARGES | |
|---|---|
| Commission | 16.48 USD |
| Custody charge (web) | 27.48 USD |
| Overseas charges | 0.87 USD |

| **TOTAL** | 1,480.28  USD |
|---|---|

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106680. VAT registration number 4800408E.

**IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE**

Trade Reference:          98923H52757

Client Account Number:      0204162

Payment Due:   *          1,480.28  USD

* Please refer overleaf

**DAVY**

Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:   Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 21/10/2021 | US59134N1046 XS 28/06/2021 | 0204162 | 98921M40073 | 25/10/2021 |

We are pleased to confirm that we have SOLD on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 19:46:00  +01 | 1514 | 4.7149538  LIM | 7,138.44 USD |

This is an average price

| | | | |
|---|---|---|---|
| **TOTAL** | 1514 | | 7,138.44 USD |

| CHARGES | |
|---|---|
| Commission | 35.70 USD |
| Custody charge (web) | 28.85 USD |
| Overseas charges | 4.29 USD |
| **TOTAL** | 7,069.60 USD |

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J&E Davy, trading as Davy, is regulated by the Central Bank of Ireland. Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext. Registered in Ireland No. 106680. VAT registration number 4800408E.

IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE

Trade Reference:          98921M40073

Client Account Number:    0204162

Payment Credited:   *      7,069.60  USD

* Please refer overleaf

**DAVY**

Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:     Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 21/11/2022 | US59134N1046 XS 28/06/2021 | 0204162 | 98922V04558 | 23/11/2022 |

We are pleased to confirm that we have SOLD on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 18:18:00 | 1521 | 2.1050  LIM | 3,201.71  USD |

This is an average price

| | | | |
|---|---|---|---|
| **TOTAL** | 1521 | | 3,201.71  USD |

| CHARGES | |
|---|---|
| Commission | 16.01  USD |
| Custody charge (web) | 25.40  USD |
| Overseas charges | 1.93  USD |
| **TOTAL** | 3,158.37  USD |

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106680. VAT registration number 4800408E.

IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE

Trade Reference:          98922V04558

Client Account Number:    0204162

Payment Credited:   *      3,158.37  USD

* Please refer overleaf



Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:    Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 07/12/2022 | US59134N1046 XS 28/06/2021 | 0204162 | 98922V22709 | 09/12/2022 |

We are pleased to confirm that we have SOLD on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 14:39:00 | 1045 | 2.1450  LIM | 2,241.53  USD |

This is an average price

| | | | |
|---|---|---|---|
| **TOTAL** | 1045 | | 2,241.53  USD |

| **CHARGES** | |
|---|---|
| Commission | 15.66  USD |
| Custody charge (web) | 26.12  USD |
| Overseas charges | 1.35  USD |
| **TOTAL** | **2,198.40  USD** |

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106680. VAT registration number 4800408E.

IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE

Trade Reference:                98922V22709

Client Account Number:          0204162

Payment Credited:    *          2,198.40  USD

* Please refer overleaf



Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:       Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 12/12/2022 | US59134N1046<br>XS 28/06/2021 | 0204162 | 98922V38442 | 14/12/2022 |

We are pleased to confirm that we have SOLD on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 14:33:00 | 7889 | 1.3802  LIM | 10,888.40  USD |
| | | | |
| **TOTAL** | **7889** | | **10,888.40  USD** |

| CHARGES | |
|---|---|
| Commission | 54.44  USD |
| Custody charge (web) | 26.19  USD |
| Overseas charges | 6.54  USD |
| **TOTAL** | **10,801.23  USD** |

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106680. VAT registration number 4800408E.

**IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE**

Trade Reference:              98922V38442

Client Account Number:        0204162

Payment Credited:   *          10,801.23  USD

* Please refer overleaf



Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:    Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 28/12/2022 | US59134N1046 XS 28/06/2021 | 0204162 | 98922V53515 | 30/12/2022 |

We are pleased to confirm that we have SOLD on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | | CONSIDERATION |
|---|---|---|---|---|
| 20:21:00 | 900 | 1.1350 | LIM | 1,021.50 USD |
| 20:21:00 | 400 | 1.1350 | LIM | 454.00 USD |
| 20:21:00 | 100 | 1.1350 | LIM | 113.50 USD |
| 20:21:00 | 3 | 1.1350 | LIM | 3.41 USD |
| **TOTAL** | 1403 | | | 1,592.41 USD |

| CHARGES | |
|---|---|
| Commission | 15.80 USD |
| Custody charge (web) | 26.36 USD |
| Overseas charges | 0.96 USD |
| **TOTAL** | 1,549.29 USD |

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106680. VAT registration number 4800408E.

**IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE**

Trade Reference:         98922V53515

Client Account Number:    0204162

Payment Credited:  *       1,549.29 USD

* Please refer overleaf



Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:      Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 13/02/2023 | US59134N1046 XS 28/06/2021 | 0204162 | 98923A38097 | 15/02/2023 |

We are pleased to confirm that we have SOLD on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 15:01:00 | 10807 | 0.7927   LIM | 8,566.71  USD |
| **TOTAL** | 10807 | | 8,566.71  USD |

| CHARGES | |
|---|---|
| Commission | 42.84 USD |
| Custody charge (web) | 26.71 USD |
| Overseas charges | 5.14 USD |
| **TOTAL** | 8,492.02  USD |

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106680. VAT registration number 4800408E.

IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE

Trade Reference:            98923A38097

Client Account Number:        0204162

Payment Credited:  *        8,492.02  USD

* Please refer overleaf



Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:    Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 06/06/2023 | US59134N1046 XS 28/06/2021 | 0204162 | 98923D29598 | 08/06/2023 |

We are pleased to confirm that we have SOLD on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 16:11:00  +01 | 3214 | 0.2260872  LIM | 726.64 USD |

This is an average price

| | | | |
|---|---|---|---|
| **TOTAL** | 3214 | | 726.64 USD |

| CHARGES | |
|---|---|
| Commission | 15.91 USD |
| Custody charge (web) | 26.54 USD |
| Overseas charges | 0.44 USD |
| **TOTAL** | 683.75 USD |

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106680. VAT registration number 4800408E.

IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE

Trade Reference:              98923D29598

Client Account Number:       0204162

Payment Credited:   *         683.75  USD

* Please refer overleaf



Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:      Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 08/06/2023 | US59134N1046 XS 28/06/2021 | 0204162 | 98923D33897 | 12/06/2023 |

We are pleased to confirm that we have SOLD on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | | CONSIDERATION | |
|---|---|---|---|---|---|
| 15:28:00  +01 | 100 | 0.2494 | LIM | 24.94 | USD |
| 15:28:00  +01 | 2269 | 0.2494 | LIM | 565.89 | USD |
| 15:28:00  +01 | 100 | 0.2494 | LIM | 24.94 | USD |
| **TOTAL** | 2469 | | | 615.77 | USD |

| CHARGES | | |
|---|---|---|
| Commission | 16.02 | USD |
| Custody charge (web) | 26.73 | USD |
| Overseas charges | 0.37 | USD |
| **TOTAL** | 572.65 | USD |

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106680. VAT registration number 4800408E.

IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE

Trade Reference:              98923D33897

Client Account Number:        0204162

Payment Credited:    *        572.65  USD

* Please refer overleaf



Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:     Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 20/07/2023 | US59134N1046 XS 28/06/2021 | 0204162 | 98923D66452 | 24/07/2023 |

We are pleased to confirm that we have SOLD on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 15:46:00  +01 | 100 | 0.2233  LIM | 22.33 USD |
| 15:46:00  +01 | 2779 | 0.2233  LIM | 620.55 USD |

|  | TOTAL | 2879 |  | 642.88 USD |
|---|---|---|---|---|

| CHARGES | |
|---|---|
| Commission | 16.60 USD |
| Custody charge (web) | 27.68 USD |
| Overseas charges | 0.39 USD |

|  | TOTAL | 598.21 USD |
|---|---|---|

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106880. VAT registration number 4800408E.

**IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE**

Trade Reference:          98923D66452

Client Account Number:      0204162

Payment Credited:    *        598.21  USD

* Please refer overleaf



Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:      Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 29/09/2023 | US59134N1046 XS 28/06/2021 | 0204162 | 98923F59805 | 03/10/2023 |

We are pleased to confirm that we have SOLD on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 14:54:00  +01 | 3118 | 0.2189483   LIM | 682.68 USD |

This is an average price

| | | | |
|---|---|---|---|
| **TOTAL** | 3118 | | 682.68 USD |

| **CHARGES** | |
|---|---|
| Commission | 15.76 USD |
| Custody charge (web) | 26.28 USD |
| Overseas charges | 0.41 USD |

| **TOTAL** | 640.23 USD |
|---|---|

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106680. VAT registration number 4800408E.

**IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE**

Trade Reference:           98923F59805

Client Account Number:    0204162

Payment Credited:   *        640.23  USD

* Please refer overleaf

**DAVY**

Mr Ken Lovell
Rathmore
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

*For orders, please contact:*
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

*For queries, please contact:*
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:       Mr Ken Lovell

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 03/10/2023 | US59134N1046 XS 28/06/2021 | 0204162 | 98923F62083 | 05/10/2023 |

We are pleased to confirm that we have SOLD on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 15:02:00  +01 | 2226 | 0.2403158   LIM | 534.94 USD |

This is an average price

| | | | |
|---|---|---|---|
| **TOTAL** | 2226 | | 534.94 USD |

| CHARGES | |
|---|---|
| Commission | 15.60 USD |
| Custody charge (web) | 26.02 USD |
| Overseas charges | 0.33 USD |
| **TOTAL** | 492.99 USD |

E.&O.E.

SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext.Registered in Ireland No. 106680. VAT registration number 4800408E.

IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE

Trade Reference:          98923F62083

Client Account Number:      0204162

Payment Credited:   *       492.99  USD

* Please refer overleaf.