NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor:<br><br>**Meta Materials Inc.** | Case Number:<br><br>**24-50792-hlb** | |
|---|---|---|
| 1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):<br><br>Karin Holdener<br>Huebwiesenstr. 51C<br>8954 Geroldswil<br>Switzerland<br><br>Telephone Number:<br><br>0041 44 748 15 24 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br><br>■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | **RECEIVED AND FILED**<br><br>DEC 16 2024<br><br>U.S. BANKRUPTCY COURT<br>MARY A. SCHOTT, CLERK |

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor:<br><br>Account-no: 934994 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|
| 2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**<br>PostFinance AG, Mingerstrasse 20, 3030 Bern - Switzerland<br><br>**Telephone Number:**      0041 848 800 000 | 3. **Date Equity Interest was acquired:**<br><br>07/08/2021 - 04/14/2023<br>see attached lot details |
| 4. **Total amount of member interest:** 10'000 shares pre reverse split | 5. **Certificate number(s):** _____ |

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent.
(See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor.
(See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:   Karin Holdener
Title:   Shareholder
Company: ___ Address and telephone number (if different from notice address above):

(Signature)                              (Date) 11/28/2024

Telephone number: 0041 44 748 15 24   email: ka_ho@gmx.ch

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Overview:

**Account   no:   934994  Postfinance**
**Karin Holdener**

| date | order # | transaction | symbol | company | ISIN | quantity | unit price | costs | net amount | currency |
|------|---------|-------------|--------|---------|------|----------|-----------|-------|-----------|----------|
| 30.01.2024 07:44 | 0 | Reverse Split | MMAT | META MATERIALS ORD | US59134N3026 | 100 | 0 | 0 | - | USD |
| 30.01.2024 07:44 | 0 | Reverse Split | MMAT | META MATERIALS ORD | US59134N1046 | -10000 | 0 | 0 | - | USD |
| 14.04.2023 15:35 | 134364836 | Buy | MMAT | META MATERIALS ORD | US59134N1046 | 5000 | 0.22 | 36.65 | -1137.65 | USD |
| 13.02.2023 19:33 | 128783393 | Buy | MMAT | META MATERIALS ORD | US59134N1046 | 2900 | 0.75 | 38.28 | -2227.49 | USD |
| 19.07.2022 17:39 | 112491142 | Buy | MMAT | META MATERIALS ORD | US59134N1046 | 1100 | 0.95 | 36.57 | -1080.25 | USD |
| 08.07.2021 15:31 | 88945378 | Buy | MMAT | META MATERIALS ORD | US59134N1046 | 1000 | 5.40 | 48.10 | -5448.10 | USD |

**Geroldswil, 11/28/2024**

**Shareholder:  Karin Holdener**

**TRANSAKTIONSBELEG**



Kunde:                                    934994 – TRADING

Frau Karin Holdener
Huebwiesenstrasse 51c
CH-8954 Geroldswil

Bern, 08.07.2021

| **Börsentransaktion: Kauf** | **Unsere Referenz: 236127781** |
|---|---|

Gemäss Ihrem Kaufauftrag vom 08.07.2021 haben wir folgende Transaktionen vorgenommen:

| Titel | | Ort der Ausführung |
|---|---|---|
| META MATERIALS ORD | ISIN: US59134N1046 | NASDAQ New York |

| Anzahl | Preis | Betrag |
|---|---|---|
| 1'000 | 5.4 USD | 5'400.00 |

| Total | | USD | 5'400.00 |
|---|---|---|---|
| Kommission | | USD | 40.00 |
| Abgabe (Eidg. Stempelsteuer) | | USD | 8.10 |
| **Zu Ihren Lasten** | | USD | **5'448.10** |

Betrag belastet auf Kontonummer **93499401**, Valutadatum 12.07.2021

Vielen Dank für Ihren Auftrag.

MwSt n° CHE-116.302.542

Der Ort der Ausführung wird nur als Anhaltspunkt angegeben. In einigen Fällen, die der Bank zum Zeitpunkt der Erstellung dieser Benachrichtigung nicht bekannt waren, konnte ein Vermittler (zum Beispiel ein Broker) als Gegenpartei für Ihre Order, zum gleichen Preis wie Sie ihn an der Börse erhalten hätten, auftreten. Bitte nehmen Sie Kontakt zu uns auf, falls Sie mehr Informationen zu diesem Thema benötigen.

Im Rahmen dieser Transaktion hat PostFinance als Kommissionär gehandelt.

Bitte prüfen Sie dieses Dokument und benachrichtigen Sie uns bei Unstimmigkeiten innert Monatsfrist.

PostFinance AG, Mingerstrasse 20, 3030 Bern
Kontaktcenter E-Trading: 0848 800 000 (Mo-Fr: 08.00-18.00 Uhr, ab Festnetz CHF 0.08/Min.)

Formular ohne Unterschrift

S.E. & O.

## TRANSAKTIONSBELEG



Kunde:                                         934994 - TRADING

Frau Karin Holdener
Huebwiesenstrasse 51c
CH-8954 Geroldswil

Bern, 19.07.2022

**Börsentransaktion: Kauf**                                            Unsere Referenz: **312256634**

Gemäss Ihrem Kaufauftrag vom 19.07.2022 haben wir folgende Transaktionen vorgenommen:

| Titel | | Ort der Ausführung |
|---|---|---|
| META MATERIALS ORD | ISIN: US59134N1046 | NASDAQ New York |

| Anzahl | Preis | Betrag |
|---|---|---|
| 1'100 | 0.9488 USD | 1'043.68 |

| | | | |
|---|---|---|---|
| **Total** | | USD | **1'043.68** |
| Kommission | | USD | 35.00 |
| Abgabe (Eidg. Stempelsteuer) | | USD | 1.57 |
| **Zu Ihren Lasten** | | USD | **1'080.25** |

Betrag belastet auf Kontonummer **93499401**, Valutadatum 21.07.2022

Vielen Dank für Ihren Auftrag.

Der Ort der Ausführung wird nur als Anhaltspunkt angegeben. In einigen Fällen, die der Bank zum Zeitpunkt der Erstellung dieser Benachrichtigung nicht bekannt waren, konnte ein Vermittler (zum Beispiel ein Broker) als Gegenpartei für Ihre Order, zum gleichen Preis wie Sie ihn an der Börse erhalten hätten, auftreten. Bitte nehmen Sie Kontakt zu uns auf, falls Sie mehr Informationen zu diesem Thema benötigen.

Im Rahmen dieser Transaktion hat PostFinance als Kommissionär gehandelt.

Bitte prüfen Sie dieses Dokument und benachrichtigen Sie uns bei Unstimmigkeiten innert Monatsfrist.

PostFinance AG, Mingerstrasse 20, 3030 Bern
Kontaktcenter E-Trading: 0848 800 000 (Mo-Fr: 08.00-18.00 Uhr, ab Festnetz CHF 0.08/Min.)

Formular ohne Unterschrift

S.E. & O.

MwSt.n° CHE-116.302.542

## TRANSAKTIONSBELEG



Kunde:                                934994 – TRADING

Frau Karin Holdener
Huebwiesenstrasse 51c
CH-8954 Geroldswil

Bern, 13.02.2023

**Börsentransaktion: Kauf**                                **Unsere Referenz: 366662857**

Gemäss Ihrem Kaufauftrag vom 13.02.2023 haben wir folgende Transaktionen vorgenommen:

| Titel | | Ort der Ausführung |
|---|---|---|
| META MATERIALS ORD | ISIN: US59134N1046 | NASDAQ New York |

| Anzahl | Preis | Betrag |
|---|---|---|
| 2'900 | 0.7549 USD | 2'189.21 |

| | | |
|---|---|---|
| **Total** | **USD** | **2'189.21** |
| Kommission | USD | 35.00 |
| Abgabe (Eidg. Stempelsteuer) | USD | 3.28 |
| **Zu Ihren Lasten** | **USD** | **2'227.49** |

Betrag belastet auf Kontonummer **93499401**, Valutadatum 15.02.2023

Vielen Dank für Ihren Auftrag.

Der Ort der Ausführung wird nur als Anhaltspunkt angegeben. In einigen Fällen, die der Bank zum Zeitpunkt der Erstellung dieser Benachrichtigung nicht bekannt waren, konnte ein Vermittler (zum Beispiel ein Broker) als Gegenpartei für Ihre Order, zum gleichen Preis wie Sie ihn an der Börse erhalten hätten, auftreten. Bitte nehmen Sie Kontakt zu uns auf, falls Sie mehr Informationen zu diesem Thema benötigen.

Im Rahmen dieser Transaktion hat PostFinance als Kommissionär gehandelt.

Bitte prüfen Sie dieses Dokument und benachrichtigen Sie uns bei Unstimmigkeiten innert Monatsfrist.

PostFinance AG, Mingerstrasse 20, 3030 Bern
Kontaktcenter E-Trading: 0848 800 000 (Mo-Fr: 08.00-18.00 Uhr, ab Festnetz CHF 0.08/Min.)

Formular ohne Unterschrift

S.E. & O.

MwSt.n° CHE-116.302.542

# TRANSAKTIONSBELEG



Kunde:                              934994 – TRADING

Frau Karin Holdener
Huebwiesenstrasse 51c
CH-8954 Geroldswil

Bern, 14.04.2023

| **Börsentransaktion: Kauf** | | **Unsere Referenz: 385808942** |
|---|---|---|

Gemäss Ihrem Kaufauftrag vom 14.04.2023 haben wir folgende Transaktionen vorgenommen:

| Titel | | Ort der Ausführung |
|---|---|---|
| META MATERIALS ORD | ISIN: US59134N1046 | NASDAQ New York |

| Anzahl | Preis | Betrag |
|---|---|---|
| 5'000 | 0.2202 USD | 1'101.00 |

| Total | USD | 1'101.00 |
|---|---|---|
| Kommission | USD | 35.00 |
| Abgabe (Eidg. Stempelsteuer) | USD | 1.65 |
| **Zu Ihren Lasten** | **USD** | **1'137.65** |

Betrag belastet auf Kontonummer **93499401**, Valutadatum 18.04.2023

Vielen Dank für Ihren Auftrag.

Der Ort der Ausführung wird nur als Anhaltspunkt angegeben. In einigen Fällen, die der Bank zum Zeitpunkt der Erstellung dieser Benachrichtigung nicht bekannt waren, konnte ein Vermittler (zum Beispiel ein Broker) als Gegenpartei für Ihre Order, zum gleichen Preis wie Sie ihn an der Börse erhalten hätten, auftreten. Bitte nehmen Sie Kontakt zu uns auf, falls Sie mehr Informationen zu diesem Thema benötigen.

Im Rahmen dieser Transaktion hat PostFinance als Kommissionär gehandelt.

Bitte prüfen Sie dieses Dokument und benachrichtigen Sie uns bei Unstimmigkeiten innert Monatsfrist.

PostFinance AG, Mingerstrasse 20, 3030 Bern
Kontaktcenter E-Trading: 0848 800 000 (Mo-Fr: 08.00-18.00 Uhr, ab Festnetz CHF 0.08/Min.)

Formular ohne Unterschrift

S.E. & O.

MwSt n° CHE-116.302.542

**TRANSAKTIONSBELEG**

Kunde: 934994 - TRADING



Frau Karin Holdener
Huebwiesenstrasse 51c
CH-8954 Geroldswil

Bern, 29.01.2024

| **Reverse Split** | Unsere Referenz: **504555267** |
|---|---|

Wir haben folgende Transaktion auf Ihrem Konto vorgenommen, Valutadatum 29.01.2024:

| Titel | | Ratio | |
|---|---|---|---|
| **Original** | | | **Original Anzahl** |
| META MATERIALS ORD | ISIN: US59134N1046<br>NKN:<br>Verwahrungsstelle: Swissquote Bank AG | | 10'000 |
| **Bewegung** | | **Ratio** | **Anzahl** |
| META MATERIALS ORD | ISIN: US59134N1046<br>NKN:<br>Verwahrungsstelle: Swissquote Bank AG | - | -10'000 |
| META MATERIALS ORD | ISIN: US59134N3026<br>NKN:<br>Verwahrungsstelle: Swissquote Bank AG | 100 : 1 | 100 |

MwSt.r° CHE-116.302.542

Bitte prüfen Sie dieses Dokument und benachrichtigen Sie uns bei Unstimmigkeiten innert Monatsfrist.

PostFinance AG, Mingerstrasse 20, 3030 Bern
Kontaktcenter E-Trading: 0848 800 000 (Mo-Fr: 08.00-18.00 Uhr, ab Festnetz CHF 0.08/Min.)
Formular ohne Unterschrift

S.E.&O.