NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor:

**Meta Materials Inc**

Case Number:

24 - 50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

*RAGHU BABU MANDAVA*
*294, MICHELLE CIR,*
*EDISON, NJ - 08820*

Telephone Number: *517-515 9947*

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED

DEC 16 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

Account or other number by which Interest holder identifies Debtor:

███████6877

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

FIDELITY INVESTMENTS

Telephone Number: (800)544-5555 & (800)544-6666

3. **Date Equity Interest was acquired:**

11/01/2021

4. **Total amount of member interest:** 856

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
■ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Raghu Babu Mandava
Title:
Company:___ Address and telephone number (if different from notice address above):
_____
_____

*M. Reghu Babu* (Signature)

*12/12/2024* (Date)

Telephone number: 5175159947  email: mandavaraghu@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Dec 11,2024

U.S. Bankruptcy Court
District of Nevada
Foley Federal Building and
U.S. Courthouse
Attn: Clerk of Court

300 Las Vegas Blvd South

Las Vegas, Neveda 89101


RE: NOTICE OF REDACTION, Proof of Interest from, Case No. 24-50792

To the Clerk of the Court


My name is Raghu Babu Mandava and I hereby submit this NOTICE OF REDACTION for
PROOF OF INTEREST FORM in the matter of Meta Materials Inc., case number 24-50792
per instructions by the Honorable Hilary L. Barnes, United States Bankruptcy Judge, and
out of abundance of concern for the potential misuse of my personal information, I request
all but the last four digits of my account numbers be redacted from my proof of interest
form.

Per instructions, I have included with this filing an unredacted version of the POI, a
redacted version of the POI , a detailed explanation of my MMAT trading  records and their
documentation, and a check of $28 processing fee.

Thank you for your consideration in this matter.


Raghu Babu Mandava
294 Michelle Cir,
Edison, NJ - 08820

Dec 11,2024

U.S. Bankruptcy Court
District of Neveda
Foley Federal Building and
U.S. Courthouse
300 Las Vegas Blvd South
Las Vegas, Neveda 89101

Re: My Proof of interest submission.

My name is Raghu Babu Mandava, I hereby submitting the following documents as proof of
interest in the matter of Meta Materials Inc., Case # 24-50792.
1. My current account screen shot with my account number & Meta materials holdings.
2. My date-wise purchase list of Meta Materials shares.
3. My annual statement showing the total holdings till that year of my meta materials
shares.
4. My transaction data regarding those transactions.



Thank you.

Raghu Babu Mandava
294 Michelle Cir,
Edison, NJ -08820

12/4/24, 4:30 PM



# Positions

# Individual - TOD

Brokerage: XXXXX6877  ·  Routing number (i)

| Overview ⌄ | | | | | | | | As of Dec-04-2024 4:29 p.m. ET ☰ |

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|--------|-----------|-------------------|-----------------|---------------|--------------|----------|------------|---------------|
| **Individual - TOD**   XXXX6877 | | | | | | | | |
| | n/a<br>n/a | n/a<br>n/a | n/a<br>n/a | n/a | | | --<br>-- | |
| | | | | | | | Share | ◆ $0.01 ——— $0.2 |
| | | | | | | | Share | ◆ $0.00 ——— $0.5 |
| **MMATQ**<br>META MATERIALS INC... | $0.0001<br>-$0.0609 | -$52.14<br>-99.84% | -$106,039.08<br>-100.00% | $0.08 | 0.01% | 856 | $106,039.16<br>$123.88 /<br>Share | |

12/4/24, 4:30 PM

Portfolio Positions

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Rang |
|--------|-----------|-------------------|-----------------|---------------|--------------|----------|------------|-------------|

## META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|----------|------|-------------------|-------------------|---------------|----------|--------------------|-------------------|
| Sep-28-2023 | Long | -$999.99 | -100.00% | $0.01 | 50.028 | $19.99 | $1,000.00 |
| Jul-20-2023 | Long | -$79.80 | -100.00% | $0.00 | 3.801 | $20.99 | $79.80 |
| Jul-12-2023 | Long | -$475.00 | -100.00% | $0.00 | 25.012 | $18.99 | $475.00 |
| Jun-13-2023 | Long | -$440.00 | -100.00% | $0.00 | 20.01 | $21.99 | $440.00 |
| Apr-27-2023 | Long | -$524.85 | -100.00% | $0.00 | 27.784 | $18.89 | $524.85 |
| Apr-25-2023 | Long | -$998.49 | -100.00% | $0.01 | 50.025 | $19.96 | $998.50 |
| Apr-14-2023 | Long | -$13.80 | -100.00% | $0.00 | 0.601 | $22.96 | $13.80 |
| Apr-14-2023 | Long | -$301.62 | -100.00% | $0.00 | 13.206 | $22.84 | $301.62 |
| Apr-14-2023 | Long | -$439.80 | -100.00% | $0.00 | 20.01 | $21.98 | $439.80 |
| Apr-04-2023 | Long | -$450.00 | -100.00% | $0.00 | 10.005 | $44.98 | $450.00 |
| Mar-16-2023 | Long | -$125.00 | -100.00% | $0.00 | 2.501 | $49.98 | $125.00 |
| Mar-15-2023 | Long | -$520.00 | -100.00% | $0.00 | 10.005 | $51.97 | $520.00 |
| Mar-14-2023 | Long | -$1,300.00 | -100.00% | $0.00 | 25.012 | $51.98 | $1,300.00 |
| Mar-13-2023 | Long | -$250.00 | -100.00% | $0.00 | 5.003 | $49.97 | $250.00 |
| Feb-28-2023 | Long | -$13.39 | -100.00% | $0.00 | 0.2 | $66.95 | $13.39 |
| Feb-28-2023 | Long | -$200.85 | -100.00% | $0.00 | 3.002 | $66.91 | $200.85 |
| Feb-24-2023 | Long | -$12.78 | -100.00% | $0.00 | 0.2 | $63.90 | $12.78 |
| Feb-24-2023 | Long | -$95.70 | -100.00% | $0.00 | 1.501 | $63.76 | $95.70 |
| Feb-24-2023 | Long | -$127.62 | -100.00% | $0.00 | 2.001 | $63.78 | $127.62 |
| Feb-24-2023 | Long | -$127.38 | -100.00% | $0.00 | 2.001 | $63.66 | $127.38 |
| Feb-17-2023 | Long | -$17.50 | -100.00% | $0.00 | 0.25 | $70.00 | $17.50 |
| Feb-17-2023 | Long | -$123.20 | -100.00% | $0.00 | 1.601 | $76.95 | $123.20 |
| Feb-14-2023 | Long | -$118.40 | -100.00% | $0.00 | 1.601 | $73.95 | $118.40 |
| Feb-08-2023 | Long | -$136.50 | -100.00% | $0.00 | 1.501 | $90.94 | $136.50 |
| Feb-03-2023 | Long | -$97.00 | -100.00% | $0.00 | 1 | $97.00 | $97.00 |
| Feb-01-2023 | Long | -$275.00 | -100.00% | $0.00 | 2.751 | $99.96 | $275.00 |
| Jan-31-2023 | Long | -$300.00 | -100.00% | $0.00 | 3.002 | $99.93 | $300.00 |
| Jan-30-2023 | Long | -$291.00 | -100.00% | $0.00 | 3.002 | $96.94 | $291.00 |
| Jan-30-2023 | Long | -$294.00 | -100.00% | $0.00 | 3.002 | $97.93 | $294.00 |
| Jan-27-2023 | Long | -$200.00 | -100.00% | $0.00 | 2.001 | $99.95 | $200.00 |
| Jan-27-2023 | Long | -$100.00 | -100.00% | $0.00 | 1 | $100.00 | $100.00 |
| Jan-19-2023 | Long | -$11,546.14 | -100.00% | $0.01 | 118.059 | $97.80 | $11,546.15 |
| Dec-07-2022 | Long | -$4.08 | -100.00% | $0.00 | 0.02 | $204.00 | $4.08 |
| Dec-06-2022 | Long | -$276.64 | -100.00% | $0.00 | 1.521 | $181.88 | $276.64 |

12/4/24, 4:30 PM

Portfolio Positions

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Rang |
|---|---|---|---|---|---|---|---|---|
| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | | Average Cost Basis | Cost Basis Total |
| Dec-05-2022 | Long | -$85.50 | -100.00% | $0.00 | 0.501 | | $170.66 | $85.50 |
| Nov-02-2022 | Long | -$1.34 | -100.00% | $0.00 | 0.01 | | $134.00 | $1.34 |
| Oct-31-2022 | Long | -$18.19 | -100.00% | $0.00 | 0.17 | | $107.00 | $18.19 |
| Oct-18-2022 | Long | -$0.90 | -100.00% | $0.00 | 0.01 | | $90.00 | $0.90 |
| Oct-14-2022 | Long | -$33.30 | -100.00% | $0.00 | 0.37 | | $90.00 | $33.30 |
| Oct-13-2022 | Long | -$4,395.45 | -100.00% | $0.01 | 64.032 | | $68.64 | $4,395.46 |
| Oct-10-2022 | Long | -$5.92 | -100.00% | $0.00 | 0.08 | | $74.00 | $5.92 |
| Sep-06-2022 | Long | -$9.72 | -100.00% | $0.00 | 0.12 | | $81.00 | $9.72 |
| Aug-26-2022 | Long | -$3.24 | -100.00% | $0.00 | 0.04 | | $81.00 | $3.24 |
| Jun-17-2022 | Long | -$99.96 | -100.00% | $0.00 | 0.681 | | $146.78 | $99.96 |
| May-26-2022 | Long | -$571.04 | -100.00% | $0.00 | 3.442 | | $165.90 | $571.04 |
| May-26-2022 | Long | -$2,839.00 | -100.00% | $0.00 | 17.009 | | $166.91 | $2,839.00 |
| May-10-2022 | Long | -$1,999.85 | -100.00% | $0.00 | 17.398 | | $114.95 | $1,999.85 |
| May-06-2022 | Long | -$324.50 | -100.00% | $0.00 | 2.751 | | $117.96 | $324.50 |
| May-04-2022 | Long | -$35.40 | -100.00% | $0.00 | 0.3 | | $118.00 | $35.40 |
| May-04-2022 | Long | -$1,180.00 | -100.00% | $0.00 | 10.005 | | $117.94 | $1,180.00 |
| Apr-22-2022 | Long | -$1,099.98 | -100.00% | $0.00 | 8.734 | | $125.94 | $1,099.98 |
| Apr-21-2022 | Long | -$299.52 | -100.00% | $0.00 | 2.341 | | $127.95 | $299.52 |
| Apr-06-2022 | Long | -$51.15 | -100.00% | $0.00 | 0.33 | | $155.00 | $51.15 |
| Apr-06-2022 | Long | -$47.10 | -100.00% | $0.00 | 0.3 | | $157.00 | $47.10 |
| Apr-05-2022 | Long | -$360.40 | -100.00% | $0.00 | 2.121 | | $169.92 | $360.40 |
| Feb-02-2022 | Long | -$993.69 | -100.00% | $0.00 | 5.432 | | $182.93 | $993.69 |
| Jan-27-2022 | Long | -$15.84 | -100.00% | $0.00 | 0.11 | | $144.00 | $15.84 |
| Jan-27-2022 | Long | -$1,450.00 | -100.00% | $0.00 | 10.005 | | $144.93 | $1,450.00 |
| Jan-18-2022 | Long | -$16.80 | -100.00% | $0.00 | 0.08 | | $210.00 | $16.80 |
| Jan-18-2022 | Long | -$6,982.11 | -100.00% | $0.00 | 33.747 | | $206.90 | $6,982.11 |
| Jan-14-2022 | Long | -$2.09 | -100.00% | $0.00 | 0.01 | | $209.00 | $2.09 |
| Jan-14-2022 | Long | -$3,906.98 | -100.00% | $0.00 | 18.62 | | $209.83 | $3,906.98 |
| Jan-14-2022 | Long | -$1,263.00 | -100.00% | $0.00 | 6.003 | | $210.39 | $1,263.00 |
| Jan-14-2022 | Long | -$19,827.41 | -100.00% | $0.01 | 94.047 | | $210.82 | $19,827.42 |
| Jan-13-2022 | Long | -$2.20 | -100.00% | $0.00 | 0.01 | | $220.00 | $2.20 |
| Jan-13-2022 | Long | -$2,197.80 | -100.00% | $0.00 | 9.905 | | $221.89 | $2,197.80 |
| Jan-13-2022 | Long | -$22,799.99 | -100.00% | $0.01 | 100.05 | | $227.89 | $22,800.00 |
| Dec-20-2021 | Long | -$5,394.20 | -100.00% | $0.00 | 20.01 | | $269.58 | $5,394.20 |
| Nov-19-2021 | Long | -$6,450.00 | -100.00% | $0.00 | 15.007 | | $429.80 | $6,450.00 |

12/4/24, 4:30 PM

Portfolio Positions

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Rang |
|--------|-----------|-------------------|-----------------|---------------|--------------|----------|-----------|--------------|
| | | | | | | | Show Less | ‹ 1 › |
| | | | | | | | Share | |
| **Account Total** | | +$112.95<br>+7.86% | -$106,084.04<br>-98.77% | $1,549.75 | | | | |

Today

Some securities, such as mutual funds, are not priced until after the market closes.

ꜚ Indicates that the security has not priced today. Some securities, such as mutual funds, are not priced until after the market closes.

Content and data provided by various third parties and Fidelity. Terms of Use

**Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted, and investors should visit the performance page for most recent month-end performance.**

**You could lose money by investing in a money market fund. Although the fund seeks to preserve the value of your investment at $1.00 per share, it cannot guarantee it will do so. An investment in the fund is not a bank account and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Fidelity Investments and its affiliates, the fund's sponsor, is not required to reimburse the fund for losses, and you should not expect that the sponsor will provide financial support to the fund at any time, including during periods of market stress.**

Fidelity's government and U.S. Treasury money market funds will not impose a fee upon the sale of your shares.

*Options trading entails significant risk and is not appropriate for all investors. Certain complex options strategies carry additional risk. Before trading options, please read Characteristics and Risks of Standardized Options. Supporting documentation for any claims, if applicable, will be furnished upon request.*

Fidelity does not provide legal or tax advice. The information herein is general and educational in nature and should not be considered legal or tax advice. Tax laws and regulations are complex and subject to change, which can materially impact investment results. Fidelity cannot guarantee that the information herein is accurate, complete, or timely. Fidelity makes no warranties with regard to such information or results obtained by its use, and disclaims any liability arising out of your use of, or any tax position taken in reliance on, such information. Consult an attorney or tax professional regarding your specific situation.

12/4/24, 4:30 PM
Portfolio Positions

Fidelity Stock Plan Services, LLC, provides recordkeeping and/or administrative services to your company's equity compensation plan, in addition to any services provided directly to the plan by your company or its service providers.

Investment advisory services are provided through Fidelity Personal and Workplace Advisors LLC (FPWA), a registered investment adviser, for a fee. Brokerage services are provided through Fidelity Brokerage Services LLC (FBS). Both are Fidelity Investments companies. Fidelity advisors are licensed representatives of FPWA and registered representatives of FBS. Whether a Fidelity advisor provides advisory or brokerage services to you will depend on the products and services you choose.

**IMPORTANT: The projections or other information generated by the Planning & Guidance Center's Retirement Analysis regarding the likelihood of various investment outcomes are hypothetical in nature, do not reflect actual investment results, and are not guarantees of future results. Your results may vary with each use and over time.**

Fidelity Crypto® is offered by Fidelity Digital Assets℠. Investing involves risk, including risk of total loss. Crypto as an asset class is highly volatile, can become illiquid at any time, and is for investors with a high risk tolerance. Crypto may also be more susceptible to market manipulation than securities. Crypto is not insured by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. Investors in crypto do not benefit from the same regulatory protections applicable to registered securities. Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services, LLC, which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897). Brokerage services in support of securities trading are provided by Fidelity Brokerage Services LLC ("FBS"), and related custody services are provided by National Financial Services LLC ("NFS"), each a registered broker-dealer and member NYSE and SIPC. Neither FBS nor NFS offer crypto as a direct investment nor provide trading or custody services for such assets. Fidelity Crypto and Fidelity Digital Assets are service marks of FMR LLC. Fidelity Crypto® risk disclosure | Fidelity Crypto® complaints & disclosures

**Before investing in any mutual fund or exchange-traded fund, you should consider its investment objectives, risks, charges, and expenses. Contact Fidelity for a prospectus, an offering circular, or, if available, a summary prospectus containing this information. Read it carefully.**

984557.14.0

## ⟩ Additional important information



Copyright 1998- 2024 FMR LLC. All rights reserved.

Terms of Use | Privacy | Security | Site Map | Accessibility |
Contact Us | Share Your Screen

This is for persons in the U.S. only.

PROOF OF INTEREST SUPPLIMENTAL INFORMATION:
CASE :24-50792, META MATERIALS, INC.

For: Raghu Babu Mandava
Broker Name: Fiedility Investments
Acct # ██████6877

| Account Number | Date Acquired | Quantity | Average Cost | Total |
|---|---|---|---|---|
| X96-516877 | Sep-28-2023 | 50.028 | $19.99 | $1,000.00 |
| X96-516877 | Jul-20-2023 | 3.801 | $20.99 | $79.80 |
| X96-516877 | Jul-12-2023 | 25.012 | $18.99 | $475.00 |
| X96-516877 | Jun-13-2023 | 20.01 | $21.99 | $440.00 |
| X96-516877 | Apr-27-2023 | 27.784 | $18.89 | $524.85 |
| X96-516877 | Apr-25-2023 | 50.025 | $19.96 | $998.50 |
| X96-516877 | Apr-14-2023 | 0.601 | $22.96 | $13.80 |
| X96-516877 | Apr-14-2023 | 13.206 | $22.84 | $301.62 |
| X96-516877 | Apr-14-2023 | 20.01 | $21.98 | $439.80 |
| X96-516877 | Apr-04-2023 | 10.005 | $44.98 | $450.00 |
| X96-516877 | Mar-16-2023 | 2.501 | $49.98 | $125.00 |
| X96-516877 | Mar-15-2023 | 10.005 | $51.97 | $520.00 |
| X96-516877 | Mar-14-2023 | 25.012 | $51.98 | $1,300.00 |
| X96-516877 | Mar-13-2023 | 5.003 | $49.97 | $250.00 |
| X96-516877 | Feb-28-2023 | 0.2 | $66.95 | $13.39 |
| X96-516877 | Feb-28-2023 | 3.002 | $66.91 | $200.85 |
| X96-516877 | Feb-24-2023 | 0.2 | $63.90 | $12.78 |
| X96-516877 | Feb-24-2023 | 1.501 | $63.76 | $95.70 |
| X96-516877 | Feb-24-2023 | 2.001 | $63.78 | $127.62 |
| X96-516877 | Feb-24-2023 | 2.001 | $63.66 | $127.38 |
| X96-516877 | Feb-17-2023 | 0.25 | $70.00 | $17.50 |
| X96-516877 | Feb-17-2023 | 1.601 | $76.95 | $123.20 |
| X96-516877 | Feb-14-2023 | 1.601 | $73.95 | $118.40 |
| X96-516877 | Feb-08-2023 | 1.501 | $90.94 | $136.50 |
| X96-516877 | Feb-03-2023 | 1 | $97.00 | $97.00 |
| X96-516877 | Feb-01-2023 | 2.751 | $99.96 | $275.00 |
| X96-516877 | Jan-31-2023 | 3.002 | $99.93 | $300.00 |
| X96-516877 | Jan-30-2023 | 3.002 | $96.94 | $291.00 |
| X96-516877 | Jan-30-2023 | 3.002 | $97.93 | $294.00 |
| X96-516877 | Jan-27-2023 | 2.001 | $99.95 | $200.00 |
| X96-516877 | Jan-27-2023 | 1 | $100.00 | $100.00 |
| X96-516877 | Jan-19-2023 | 118.059 | $97.80 | $11,546.15 |
| X96-516877 | Dec-07-2022 | 0.02 | $204.00 | $4.08 |

| | | | | |
|---|---|---|---|---|
| X96-516877 | Dec-06-2022 | 1.521 | $181.88 | $276.64 |
| X96-516877 | Dec-05-2022 | 0.501 | $170.66 | $85.50 |
| X96-516877 | Nov-02-2022 | 0.01 | $134.00 | $1.34 |
| X96-516877 | Oct-31-2022 | 0.17 | $107.00 | $18.19 |
| X96-516877 | Oct-18-2022 | 0.01 | $90.00 | $0.90 |
| X96-516877 | Oct-14-2022 | 0.37 | $90.00 | $33.30 |
| X96-516877 | Oct-13-2022 | 64.032 | $68.64 | $4,395.46 |
| X96-516877 | Oct-10-2022 | 0.08 | $74.00 | $5.92 |
| X96-516877 | Sep-06-2022 | 0.12 | $81.00 | $9.72 |
| X96-516877 | Aug-26-2022 | 0.04 | $81.00 | $3.24 |
| X96-516877 | Jun-17-2022 | 0.681 | $146.78 | $99.96 |
| X96-516877 | May-26-2022 | $3.44 | $165.90 | $571.04 |
| X96-516877 | May-26-2022 | 17.009 | $166.91 | $2,839.00 |
| X96-516877 | May-10-2022 | 17.398 | $114.95 | $1,999.85 |
| X96-516877 | May-06-2022 | 2.751 | $117.96 | $324.50 |
| X96-516877 | May-04-2022 | 0.3 | $118.00 | $35.40 |
| X96-516877 | May-04-2022 | 10.005 | $117.94 | $1,180.00 |
| X96-516877 | Apr-22-2022 | 8.734 | $125.94 | $1,099.98 |
| X96-516877 | Apr-21-2022 | 2.341 | $127.95 | $299.52 |
| X96-516877 | Apr-06-2022 | 0.33 | $155.00 | $51.15 |
| X96-516877 | Apr-06-2022 | 0.3 | $157.00 | $47.10 |
| X96-516877 | Apr-05-2022 | 2.121 | $169.92 | $360.40 |
| X96-516877 | Feb-02-2022 | 5.432 | $182.93 | $993.69 |
| X96-516877 | Jan-27-2022 | 0.11 | $144.00 | $15.84 |
| X96-516877 | Jan-27-2022 | 10.005 | $144.93 | $1,450.00 |
| X96-516877 | Jan-18-2022 | 0.08 | $210.00 | $16.80 |
| X96-516877 | Jan-18-2022 | 33.747 | $206.90 | $6,982.11 |
| X96-516877 | Jan-14-2022 | 0.01 | $209.00 | $2.09 |
| X96-516877 | Jan-14-2022 | 18.62 | $209.83 | $3,906.98 |
| X96-516877 | Jan-14-2022 | 6.003 | $210.39 | $1,263.00 |
| X96-516877 | Jan-14-2022 | 94.047 | $210.82 | $19,827.42 |
| X96-516877 | Jan-13-2022 | 0.01 | $220.00 | $2.20 |
| X96-516877 | Jan-13-2022 | 9.905 | $221.89 | $2,197.80 |
| X96-516877 | Jan-13-2022 | 100.05 | $227.89 | $22,800.00 |
| X96-516877 | Dec-20-2021 | 20.01 | $269.58 | $5,394.20 |
| X96-516877 | Nov-19-2021 | 15.007 | $429.80 | $6,450.00 |
| X96-516877 | Total | 856 | | $106,039.16 |

The share quantities & the prices shown are on the basis of post reverse split (1:100)

So Pre reverse split , I bought 85600 (856 *100) at a total cost of $106,039.16



**Fidelity**
INVESTMENTS®

**2021 YEAR-END INVESTMENT REPORT**
**January 1, 2021 - December 31, 2021**

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Envelope # BLWFFPBBBJNMW

FIDELITY ACCOUNT RAGHU B MANDAVA - INDIVIDUAL TOD
▶**Account Number: XXXXX6877**

**Your Account Value:** **$84,857.73**

▲ $69,666.38

| Change Since January 1: | |
|---|---|
| Beginning Account Value as of Jan 1, 2021 | $15,191.35 |
| Additions | 75,865.00 |
| Subtractions | -35.64 |
| *Transaction Costs, Fees & Charges* | -35.64 |
| Change in Investment Value * | -6,162.98 |
| **Ending Account Value as of Dec 31, 2021** ** | **$84,857.73** |

**FOR YOUR INFORMATION**
This statement is not a replacement for your tax forms and may not reflect all adjustments necessary for your tax reporting purposes. Refer to your IRS tax forms including your Form(s) 1099 and Form(s) 5498, which will be mailed to you under separate cover.

\*  *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*

\*\*  *Excludes unpriced securities.*

Contact Information
Online                              Fidelity.com
FAST®—Automated Telephone   (800) 544-5555
Customer Service               (800) 544-6666

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.



**Fidelity** INVESTMENTS®

2021 YEAR-END INVESTMENT REPORT
January 1, 2021 - December 31, 2021

Account # XXXXX6877
RAGHU B MANDAVA - INDIVIDUAL - TOD

## Account Summary

| | |
|---|---|
| Account Value: | **$84,857.73** |
| Change Since January 1 | ▲ **$69,666.38** |

| | |
|---|---|
| Beginning Account Value as of Jan 1, 2021 | $15,191.35 |
| Additions | 75,865.00 |
| Deposits | 75,865.00 |
| Subtractions | -35.64 |
| Transaction Costs, Fees & Charges | -35.64 |
| Change in Investment Value * | -6,162.98 |
| Ending Account Value as of Dec 31, 2021 | $84,857.73 |

Total Account Trades Jan 2021 - Dec 2021: 2

\* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.

### Core Account and Credit Balance Cash Flow
*Core Account: FIDELITY GOVERNMENT MONEY MARKET*

| | |
|---|---|
| Beginning Balance as of Jan 1, 2021 | $2,394.63 |
| **Investment Activity** | |
| Securities Bought | -$204,961.46 |
| Securities Sold | 126,701.74 |
| Dividends, Interest & Other Income  D | 0.37 |
| Total Investment Activity | -$78,259.35 |

## Account Holdings



Jan 1, 2021    Dec 31, 2021

16% Core Account
84% Stocks
100% Stocks

| Holding Type | Value Jan 1 | % of Portfolio Jan 1 | Value Dec 31 | % of Portfolio Dec 31 |
|---|---|---|---|---|
| Stocks | $12,796 | 84% | $84,857 | 100% |
| Core Account | 2,394 | 16 | 0 | - |
| **Total** | **$15,191** | **100%** | **$84,857** | **100%** |

## Income Summary

| | Dec 31, 2021 |
|---|---|
| **Taxable** | **$0.37** |
| Ordinary Dividends | |
| Dividends | 0.37 |
| **Total** | **$0.37** |



## Holdings

### Core Account and Credit Balance Cash Flow (continued)
Core Account: FIDELITY GOVERNMENT MONEY MARKET

**Cash Management Activity**

| Deposits | 75,865.00 |
|---|---|
| **Total Cash Management Activity** | **$75,865.00** |
| **Ending Balance as of Dec 31, 2021** | **$0.28** |

D   Includes dividend reinvestments.

### Core Account

| Description | Quantity | Price Per Unit | Total Market Value | Total Cost Basis | Unrealized Gain/Loss | Income Earned |
|---|---|---|---|---|---|---|
| FIDELITY GOVERNMENT MONEY MARKET (SPAXX) | 0.280 | $1.0000 | $0.28 | not applicable | not applicable | $0.37 |
| — 7-day yield: 0.01% | | | | | | |
| **Total Core Account (0% of account holdings)** | | | **$0.28** | | | **$0.37** |

### Stocks

| Description | Quantity | Price Per Unit | Total Market Value | Total Cost Basis | Unrealized Gain/Loss | Income Earned |
|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | |
| META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 3,500.000 | $2.4600 | $8,610.00 | $11,844.20 | -$3,234.20 | - |
| | | | $8,610.00 | $11,844.20 | -$3,234.20 | - |
| | | | **$84,781.19** | | | |
| Total Preferred Stock (90% of account holdings) | | | $76,247.45 | $84,781.19 | -$8,533.74 | - |

YR_CE_BLWFFPBBBJNMW_BBBBB 20220110        S



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 19, 2021**

Page 1 of 3

Brokerage Account Number
*****6877 INDIVIDUAL

**RAGHU B MANDAVA**

9900147465

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                                  Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service                  800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21323-1C29ZK | 1* | WZ# | 11-19-21 | 11-23-21 | 59134N104 | 21323-FFT1T | | |

You Bought

1,500
at
4.3000

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount       6,450.00
Settlement Amount      6,450.00

Symbol:
MMAT

| | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| | 1* | WO# | 11-19-21 | 11-23-21 | | 21323-CF3TK | | |

You Bought

at

Principal Amount       2,970.00
Settlement Amount      2,970.00

Symbol:

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900147465

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****6877 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099      6877    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 20, 2021**                    Page 1 of 2

Brokerage Account Number
*****6877 INDIVIDUAL - TOD

**RAGHU B MANDAVA**

9900155778

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                              Fidelity.com
FAST®-Automated Telephone           800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21354-1CB57J | 1* | JS4 | 12-20-21 | 12-21-21 | 5395799LF | 21354-CODPZ | | |

DESCRIPTION and DISCLOSURES

You Sold
                    1
     at       .4000
Symbol:
MMAT1220121P2.5

PUT META MATERIALS I 100MMTLP + 50MMAT
JAN 21 22 $2.5 (100 SHS)
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
CLOSING TRANSACTION

| | |
|---|---|
| Principal Amount | 40.00 |
| Commission / Fees | 32.95 |
| Activity Assessment Fee | 0.03 |
| Settlement Amount | 7.02 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900155778

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****6877 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ▮▮▮▮▮6877  00   000

**Transaction Confirmation**
**Confirm Date: December 20, 2021**

Page 2 of 2

Brokerage Account Number
**\*\*\*\*\*6877 INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

| REFERENCE NO. 21354-1BRW3T | TYPE 1* | REG.REP. WO# | TRADE DATE 12-20-21 | SETTLEMENT DATE 12-22-21 | CUSIP NO. 59134N104 | ORDER NO. 21354-CDNTR | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 2,000 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 5,394.20 |
| at | | 2.6971 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 5,394.20 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900155778

**REMITTANCE COUPON**



This page intentionally left blank



**Fidelity** INVESTMENTS®

2023 YEAR-END INVESTMENT REPORT
January 1, 2023 - December 31, 2023

Envelope # BPTJSKBBBJCPK

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

### Contact Information

**Online**
Fidelity.com

**FAST®—Automated Telephone**
(800) 544-5555

**Customer Service**
(800) 544-6666

FIDELITY ACCOUNT RAGHU B MANDAVA - INDIVIDUAL TOD
▶**Account Number: XXXXX6877**

### Your Account Value:

**$6,213.56**

▼ $56,441.24

| | |
|---|---|
| **Change Since January 1:** | ▼ $56,441.24 |
| **Beginning Account Value as of Jan 1, 2023** | **$62,654.80** |
| Additions | 20,456.00 |
| Subtractions | -4,551.48 |
| Transaction Costs, Fees & Charges | -33.48 |
| Change in Investment Value * | -72,345.76 |
| **Ending Account Value as of Dec 31, 2023 **** | **$6,213.56** |

### FOR YOUR INFORMATION

This statement is not a replacement for your tax forms and may not reflect all adjustments necessary for your tax reporting purposes. Refer to your IRS tax forms including your Form(s) 1099 and Form(s) 5498, which will be mailed to you under separate cover.

\*    *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*

\*\*   *Excludes unpriced securities.*

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.



**Fidelity**
INVESTMENTS®

Account # XXXXX6877
RAGHU B MANDAVA - INDIVIDUAL - TOD

## Account Summary

Account Value: **$6,213.56**

Change Since January 1    ▼ $56,441.24

| | |
|---|---|
| Beginning Account Value as of Jan 1, 2023 | $62,654.80 |
| **Additions** | 20,456.00 |
| Deposits | 20,456.00 |
| **Subtractions** | -4,551.48 |
| Withdrawals | -4,518.00 |
| Transaction Costs, Fees & Charges | -33.48 |
| **Change in Investment Value \*** | -72,345.76 |
| Ending Account Value as of Dec 31, 2023 | $6,213.56 |

Total Account Trades Jan 2023 - Dec 2023: 1

\* *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*

## Account Holdings

**Jan 1, 2023**

15% Options
1% Core
Account

84% Stocks

**Dec 31, 2023**

7% Core Account

93% Stocks

| Holding Type | Value Jan 1 | % of Portfolio Jan 1 | Value Dec 31 | % of Portfolio Dec 31 |
|---|---|---|---|---|
| Stocks | $52,966 | 85% | $5,806 | 93% |
| Core Account | 503 | 1 | 406 | 7 |
| Options | 9,184 | 15 | - | - |
| **Total** | **$62,654** | **100%** | **$6,213** | **100%** |

## Income Summary

| | Dec 31, 2023 |
|---|---|
| **Taxable** | **$51.77** |
| Ordinary Dividends | |
| Dividends | 51.77 |
| **Total** | **$51.77** |

YR_CE_BPTJSKBBBJCPK_BBBBB 20240109                    S

**Fidelity INVESTMENTS®**

**Account # XXXXXX6877**
RAGHU B MANDAVA - INDIVIDUAL - TOD

## Holdings

### Core Account

| Description | Quantity | Price Per Unit | Total Market Value | Total Cost Basis | Unrealized Gain/Loss | Income Earned |
|---|---|---|---|---|---|---|
| FIDELITY GOVERNMENT MONEY MARKET (SPAXX) — 7-day yield: 5.0% | 406.620 | $1.0000 | $406.62 | not applicable | not applicable | $51.77 |
| **Total Core Account (7% of account holdings)** | | | **$406.62** | | | **$51.77** |

### Stocks

| Description | Quantity | Price Per Unit | Total Market Value | Total Cost Basis | Unrealized Gain/Loss | Income Earned |
|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | |
| | 1,000 | $0.2284 | $0.22 | $4.39 | -$4.17 | - |
| | 40.000 | - | unavailable | unknown | unknown | - |
| | 400.000 | 0.3999 | 159.96 | 788.88 | -628.92 | - |
| META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 85,567.000 | 0.0660 | 5,646.76 | 106,039.16 | -100,392.40 | - |
| **Total Common Stock (93% of account holdings)** | | | **$5,806.94** | **$106,832.43** | **-$101,025.49** | **-** |
| **Total Stocks (93% of account holdings)** | | | **$5,806.94** | **$106,832.43** | **-$101,025.49** | **-** |

| | | | Total Market Value | Total Cost Basis | Unrealized Gain/Loss | Income Earned |
|---|---|---|---|---|---|---|
| **Total Holdings** | | | **$6,213.56** | **$106,832.43** | **-$101,025.49** | **$51.77** |

All positions held in cash account unless indicated otherwise.

Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.

YR_CE _BPTJSKBBBJCPK_BBBBB 20240109              S



## Information About Your Fidelity Statement

**Lost or Stolen Cards** For 24-Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.

**Additional Investments** With Fidelity Make checks payable to Fidelity Investments, include your account number in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to the alternative minimum tax and/or state and local taxes. For retirement and HSA accounts, including Traditional IRAs, Rollover IRAs, Roth IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.

**Cost Basis, Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on the "first-in, first-out" (FIFO) method for other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account receives mark-to-market treatment). Your statement may not reflect all adjustments required for tax purposes. You should review your own records to ensure the accuracy of the cost basis, gain/loss and holding period information. Fidelity reports transaction profit or loss information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss is calculated by subtracting purchase cost from sales proceeds or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds.

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds available on demand. FCB are subject to open commitments such as unclearered checks and exclude proceeds from sales of certain securities and have the proceeds credited or promptly upon request to a segregated special account. These securities are marked-to-market to your available to you or held in your account until the position and may be used by us in the ordinary course of business, subject to applicable law. You can contact us at any time to obtain more information not contained herein will be provided on written request. Fidelity may use its free credit balance in connection with its business, subject to applicable law.

**Assets Separate** from your Brokerage Account, if applicable Other Assets, which may be reported on your statement, including insurance products that are distributed by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the SIPC coverage of securities held in brokerage accounts managed by Fidelity Personal and Workplace Advisors LLC (FPWA) and NFS. Assets held in brokerage (SIPA), the fund but do not contribute to your margin and maintenance requirements.

**Short Account Balances** Securities sold short are held in a segregated short account. Required rule 10b-10(a) requires that the proceeds for these weekly value is not reported weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date.

**Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information. This information is available to you promptly upon request. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise only during the exercise period. For more information, please call 800-544-6666.

**Equity Dividend Reinvestment** Shares credited to your account resulted from transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC).

**Information Total Market Value** The Total Market Value has been calculated out to 9 decimal places but the individual unit price is displayed rounded. Market prices are obtained from various sources, and may not reflect all of the factors that affect the value of the security.

Prices are provided by pricing vendors, reflect information available at the time pricing was done, and are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but quotes are not available for certain securities and pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. In certain situations, a price may be derived from a single market participant, also known as a "single broker quote". The prices provided are not firm bids or offers. Certain securities may reflect as N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which securities may be sold. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds.

**Income, Dividends, Interest, and Other Distributions** In margin accounts, we may lend securities held in margin accounts to ourselves or others. We may receive and retain certain benefits, including interest on collateral posted for the loan, to which you will not be entitled. In certain circumstances, such loans may limit your ability to exercise voting rights or receive dividends, in whole or in part, with respect to the loaned securities.

**Interest Charges** To determine the interest charge on debit balances in your account, we calculate the total interest charge on your average daily debit balance. Interest is calculated by multiplying your average daily debit balance by the margin interest rate, then dividing by 360 times the number of days a debit balance was outstanding during the interest period.

using the FIFO method (if shares were purchased at different times or prices). **Statement Mailing** We deliver statements at least four times during the calendar year for any account with a balance.

**Statement Discrepancies Please review your statement and report any inaccuracies or discrepancies.** Inquiries, concerns, or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and its NFS, who carries your brokerage accounts, by calling 866-408-1138. Any oral communications regarding inaccuracies or discrepancies should be re-confirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA). Material Changes Please advise us in writing of any material changes in your investment objectives or financial situation.

**Mutual Funds and Performance** Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully.

**Margins and expenses. Contact Fidelity for a prospectus or, if available, a summary prospectus containing this information. Read it carefully.**

**Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**

**Restrictions/Sell Orders & Fees** Full or partial reserves the right to terminate or modify its exchange privilege in the future, in the event you buy and sell a fund(s) or class(es) within the minimum number of days, and/or maintenance of positions in some funds, ETFs and other investment products ("funds") or (ii) infrastructure needed to support such funds. Fidelity may charge a transaction fee on the purchase, sale, exchange or redemption of certain funds. Certain connection with (i) access to, purchase, sale, exchange or redemption of certain funds. Shareholder service, start-up and Large Funds may charge 12b-1 fees, for shareholder servicing, distribution, and/or other expenses of the fund. Additional information about the source(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. In addition, for certain funds, FBS or its affiliates may receive sales maintenance, and marketing, engagement and analytics programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request.

**SIPC** Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.

**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on an agency basis for some or all of the executions associated with filling that order, where such orders are not always available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC.

**FPWA Services** Fidelity Go®, Fidelity Managed FidFolios℠ and Fidelity® Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the following strategies: Breckinridge Intermediate Municipal Strategy, the Fidelity® Intermediate Municipal Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® International Equity Strategy, the Fidelity® Core Bond Strategy, Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured by the FDIC, are not obligations of any bank, and are subject to risk, including possible loss of principal. These advisory services are provided for a fee. FBS, NFS, FDIC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.

**Miscellaneous** Mutual fund shares, other securities held in your account, and insurance products are neither endorsed nor guaranteed by any bank, nor are they insured by the FDIC or any other agency. If you request a reprint of any statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

588130.55.0



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 19, 2023**

Page 1 of 1

Brokerage Account Number
*****6877 **INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900086406

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                                      Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service                       800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23019-1GFB1J | 1* | OPT | 01-19-23 | 01-23-23 | 59134N104 | 23019-H890M | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 11,800 | META MATERIALS INC COM | Principal Amount | 5,900.00 |
| at | .5000 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 5,900.00 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | EXERCISED CALLS EXC# 001 | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900086406

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****6877 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ▮▮▮▮▮6877  00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 27, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*6877 INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900108413

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                                Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                 800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23027-1GF05J | 1* | WZ# | 01-27-23 | 01-31-23 | 59134N104 | 23027-1EZFO | | |

You Bought      100
      at      1.0000
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount      100.00
Settlement Amount    100.00

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23027-1G4GNP | 1* | WZ# | 01-27-23 | 01-31-23 | 59134N104 | 23027-1JVCI | | |

You Bought      200
      at      1.0000
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount      200.00
Settlement Amount    200.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900108413

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*6877**  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099-▚▚▚▚▚6877   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 30, 2023**

Page 1 of 1

Brokerage Account Number
*****6877 **INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900108544

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                                        Fidelity.com
FAST®-Automated Telephone     800-544-5555
Customer Service                      800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23030-1JHHKQ | 1* | WO# | 01-30-23 | 02-01-23 | 59134N104 | 23030-HY1IR | | |

| | | | DESCRIPTION and DISCLOSURES | | | | |
|---|---|---|---|---|---|
| You Bought | | 300 | META MATERIALS INC COM | Principal Amount | 294.00 |
| at | | .9800 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 294.00 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23030-1KCKXS | 1* | WZ# | 01-30-23 | 02-01-23 | 59134N104 | 23030-H856G | | |

| | | | DESCRIPTION and DISCLOSURES | | | | |
|---|---|---|---|---|---|
| You Bought | | 300 | META MATERIALS INC COM | Principal Amount | 291.00 |
| at | | .9700 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 291.00 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900108544

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****6877    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ▬▬▬▬6877   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 31, 2023**                    Page 1 of 1

Brokerage Account Number
*****6877 **INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900092087

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23031-1DSNQX | 1* | WZ# | 01-31-23 | 02-02-23 | 59134N104 | 23031-HZF32 | | |

You Bought
                 300
   at
       1.0000
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          300.00
Settlement Amount      300.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900092087

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****6877   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ▓▓▓▓▓6877  00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 1, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*6877 INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900123340

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                                   Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                   800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23032-1CK4RT | 1* | WO# | 02-01-23 | 02-03-23 | 59134N104 | 23032-HFC9J | | |

| | | | | |
|---|---|---|---|---|
| You Bought | | DESCRIPTION and DISCLOSURES | Principal Amount | 275.00 |
| | 275 | META MATERIALS INC COM | Settlement Amount | 275.00 |
| at | 1.0000 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900123340

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*6877** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 3, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*6877 INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900117443

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                                             Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service                        800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23034-1GGC7S | 1* | WO# | 02-03-23 | 02-07-23 | 59134N104 | 23034-IJLBC | | |

You Bought

|   | DESCRIPTION and DISCLOSURES | |
|---|---|---|
| 100 | META MATERIALS INC COM | Principal Amount     97.00 |
| at     .9700 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount     97.00 |
| Symbol: | WE HAVE ACTED AS AGENT. | |
| MMAT | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900117443

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*6877**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ████████6877   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 8, 2023**

Page 1 of 1

Brokerage Account Number
*****6877 **INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900096566

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-0000

Online
FAST®-Automated Telephone
Customer Service

Fidelity.com
800-544-5555
800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23039-1FR7QS | 1* | WO# | 02-08-23 | 02-10-23 | 59134N104 | 23039-H94FK | | |

| | | | |
|---|---|---|---|
| You Bought | | DESCRIPTION and DISCLOSURES | |
| | 150 | META MATERIALS INC COM | Principal Amount    136.50 |
| at | .9100 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount    136.50 |
| Symbol: | | WE HAVE ACTED AS AGENT. | |
| MMAT | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900096566

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-0000

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****6877 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ████ 6877  00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 14, 2023**                    Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*6877 INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900092712

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

Online                         Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service               800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23045-1F9X9N | 1* | WZ# | 02-14-23 | 02-16-23 | 59134N104 | 23045-ICZGN | | |

You Bought                DESCRIPTION and DISCLOSURES
                          META MATERIALS INC COM              Principal Amount        118.40
             160          ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount       118.40
     at     .7400         WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                          9900092712

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA                    If you are eligible to make a deposit, please use this form for
294                                investments in your brokerage account **\*\*\*\*\*6877**   only.
MICHELLE CIR
EDISON NJ 08820-4609

                                   | AMOUNT OF INVESTMENT | $ |
                                   |---|---|

                                   If there are sufficient funds in your brokerage core account
                                   (or margin account), Fidelity will use those funds to cover
                                   the trade(s) on this confirm. If you wish to deposit
                                   additional money, use this deposit slip and make checks
FIDELITY INVESTMENTS               payable to: NATIONAL FINANCIAL SERVICES LLC.
PO BOX 770001                      Deposits will be made to the account listed above. Please
CINCINNATI OH  45277-0003          mail checks to the Fidelity address on this form. Refer to the
                                   last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

                                                    099 ████████6877   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 17, 2023**

Page 1 of 1

Brokerage Account Number
*****6877 **INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900103129

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

Online                                      Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                     800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23048-1BGNLS | 1* | WZ# | 02-17-23 | 02-22-23 | 59134N104 | 23048-G45G5 | | |

| | | | |
|---|---|---|---|
| You Bought | | DESCRIPTION and DISCLOSURES | |
| | 160 | META MATERIALS INC COM | Principal Amount    123.20 |
| at | .7700 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount    123.20 |
| Symbol: | | WE HAVE ACTED AS AGENT. | |
| MMAT | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23048-1DB5PP | 1* | WZ# | 02-17-23 | 02-22-23 | 59134N104 | 23048-HLP4J | | |

| | | | |
|---|---|---|---|
| You Bought | | DESCRIPTION and DISCLOSURES | |
| | 25 | META MATERIALS INC COM | Principal Amount    17.50 |
| at | .7000 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount    17.50 |
| Symbol: | | WE HAVE ACTED AS AGENT. | |
| MMAT | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                 9900103129

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****6877  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  ▬▬▬6877   00   000

**Transaction Confirmation**
**Confirm Date: February 24, 2023**

Page 2 of 2

Brokerage Account Number
*****6877 INDIVIDUAL - TOD

**RAGHU B MANDAVA**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23055-1GFX2M | 1* | WZ# | 02-24-23 | 02-28-23 | 59134N104 | 23055-1B7ZS | | |

| | | | |
|---|---|---|---|
| You Bought | | DESCRIPTION and DISCLOSURES | |
| | 150 | META MATERIALS INC COM | Principal Amount | 95.70 |
| at | .6380 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 95.70 |
| Symbol: | | WE HAVE ACTED AS AGENT. | |
| MMAT | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23055-1GG2WV | 1* | WZ# | 02-24-23 | 02-28-23 | 59134N104 | 23055-1CQ9R | | |

| | | | |
|---|---|---|---|
| You Bought | | DESCRIPTION and DISCLOSURES | |
| | 20 | META MATERIALS INC COM | Principal Amount | 12.78 |
| at | .6388 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 12.78 |
| Symbol: | | WE HAVE ACTED AS AGENT. | |
| MMAT | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900100096

**REMITTANCE COUPON**



**Fidelity**
INVESTMENTS®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 24, 2023**

Page 1 of 2

Brokerage Account Number
*****6877 INDIVIDUAL - TOD

**RAGHU B MANDAVA**

9900100086

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

Online                                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                   800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23055-1CV7FS | 1* | WZ# | 02-24-23 | 02-28-23 | 59134N104 | 23055-HNB7Q | | |

You Bought
at
Symbol:
MMAT

200
.6369

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount        127.38
Settlement Amount      127.38

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23055-1FHKPX | 1* | WZ# | 02-24-23 | 02-28-23 | 59134N104 | 23055-H22XX | | |

You Bought
at
Symbol:
MMAT

200
.6381

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount        127.62
Settlement Amount      127.62

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900100086

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****6877 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ███████6877   00   000



**Fidelity**
INVESTMENTS®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 28, 2023**                   Page 1 of 1

Brokerage Account Number
*****6877 **INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900092756

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

Online                                    Fidelity.com
FAST®-Automated Telephone                 800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23059-1D7R1H | 1* | WO# | 02-28-23 | 03-02-23 | 59134N104 | 23059-HTQX0 | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 200.85 |
| | 300 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 200.85 |
| at | .6695 | WE HAVE ACTED AS AGENT. | | |
| Symbol: | | PARTIAL EXECUTION | | |
| MMAT | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23059-1D7TBQ | 1* | WO# | 02-28-23 | 03-02-23 | 59134N104 | 23059-HTQX0 | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 13.39 |
| | 20 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 13.39 |
| at | .6695 | WE HAVE ACTED AS AGENT. | | |
| Symbol: | | PARTIAL EXECUTION | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE            9900092756

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****6877 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099          6877    00    000



**Fidelity**
INVESTMENTS®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 13, 2023**

Page 1 of 1

Brokerage Account Number
*****6877 **INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900136021

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

Online                                          Fidelity.com
FAST®-Automated Telephone        800-544-5555
Customer Service                         800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23072-1JN9HM | 1* | WZ# | 03-13-23 | 03-15-23 | 59134N104 | 23072-IE3YI | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 250.00 |
| | 500 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 250.00 |
| at | .5000 | WE HAVE ACTED AS AGENT. | | |
| Symbol: | | | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                                    9900136021

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****6877 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ████ 6877  00  000



**INVESTMENTS**

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 14, 2023**

Page 1 of 1

Brokerage Account Number
*****6877 **INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900102343

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

Online                                      Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                      800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23073-QBSFMJ | 1* | WZ# | 03-14-23 | 03-16-23 | | 23073-IJEB6 | | |

You Bought          100                                         Principal Amount
        at                                                              Settlement Amount
Symbol :

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23073-1CK5QD | 1* | WZ# | 03-14-23 | 03-16-23 | 59134N104 | 23073-HBDP0 | | |

DESCRIPTION and DISCLOSURES
You Bought                            META MATERIALS INC COM              Principal Amount          1,300.00
        2,500                          ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount      1,300.00
        at  .5200                      WE HAVE ACTED AS AGENT.
Symbol :
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900102343

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****6877  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099          6877    00    000



**Fidelity**
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 15, 2023**

Page 1 of 2

Brokerage Account Number
*****6877 **INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900123951

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

Online                          Fidelity.com
FAST®-Automated Telephone       800-544-5555
Customer Service                800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23074-NXS8FJ | 1* | WZ# | 03-15-23 | 03-17-23 | | 23074-INXDB | | |

You Bought       25

  at

Symbol :

Principal Amount
Settlement Amount

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23074-PBJ4GV | 1* | WO# | 03-15-23 | 03-17-23 | | 23074-HC7NW | | |

You Bought       200

  at

Symbol :

Principal Amount
Settlement Amount

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900123951

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****6877   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099        6877   00   000

**Transaction Confirmation**
**Confirm Date: March 15, 2023**

Page 2 of 2

Brokerage Account Number
*****6877 INDIVIDUAL - TOD

**RAGHU B MANDAVA**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23074-QT7JF2 | 1* | WZ# | 03-15-23 | 03-17-23 | | 23074-INCLD | | |

You Bought 75

at

Symbol:

Principal Amount
Settlement Amount

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23074-1B1VZK | 1* | WO# | 03-15-23 | 03-17-23 | 59134N104 | 23074-HCONS | | |

You Bought 1,000

at .5200

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount       520.00
Settlement Amount      520.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900123951

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**      Page 1 of 1
**Confirm Date: March 16, 2023**

Brokerage Account Number
**\*\*\*\*\*6877 INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900111295

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

Online                              Fidelity.com
FAST®-Automated Telephone          800-544-5555
Customer Service                   800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23075-1JVQ9N | 1* | WZ# | 03-16-23 | 03-20-23 | 59134N104 | 23075-H144C | | |

You Bought                  DESCRIPTION and DISCLOSURES
                            META MATERIALS INC COM              Principal Amount        125.00
            250             ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount       125.00
    at      .5000           WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                              9900111295

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*6877**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ▬▬▬6877  00  000



**FIDELITY INVESTMENTS**

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 4, 2023**

Page 1 of 1

Brokerage Account Number
*****6877 **INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900101469

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

Online                                    Fidelity.com
FAST®-Automated Telephone       800-544-5555
Customer Service                     800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23094-1FJMOF | 1* | WZ# | 04-04-23 | 04-06-23 | 59134N104 | 23094-H2TFN | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 1,000 | META MATERIALS INC COM | Principal Amount | 450.00 |
| at | .4500 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 450.00 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900101469

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****6877   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099        6877    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 14, 2023**                                Page 1 of 2

Brokerage Account Number
*****6877 **INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900091428

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

Online                                Fidelity.com
FAST®-Automated Telephone             800-544-5555
Customer Service                      800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23104-1BZXKM | 1* | WZ# | 04-14-23 | 04-18-23 | 59134N104 | 23104-HBQKJ | | |

| | | |
|---|---|---|
| You Bought | **DESCRIPTION and DISCLOSURES** | |
| | META MATERIALS INC COM | Principal Amount      439.80 |
| 2,000 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount     439.80 |
| at .219899 | WE HAVE ACTED AS AGENT. | |
| Symbol: MMAT | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23104-1FBFGZ | 1* | WZ# | 04-14-23 | 04-18-23 | 59134N104 | 23104-HO4WR | | |

| | | |
|---|---|---|
| You Bought | **DESCRIPTION and DISCLOSURES** | |
| | META MATERIALS INC COM | Principal Amount      301.62 |
| 1,320 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount     301.62 |
| at .2285 | WE HAVE ACTED AS AGENT. | |
| Symbol: MMAT | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900091428

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****6877   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ████ 6877   00   000

**Transaction Confirmation**
**Confirm Date: April 14, 2023**                    Page 2 of 2

Brokerage Account Number
**\*\*\*\*\*6877 INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23104-1FV9VT | 1* | WZ# | 04-14-23 | 04-18-23 | 59134N104 | 23104-H6X6S | | |

| | | | | |
|---|---|---|---|---|
| You Bought | | DESCRIPTION and DISCLOSURES | | |
| | 60 | META MATERIALS INC COM | Principal Amount | 13.80 |
| at | .2300 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 13.80 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE            9900091428

**REMITTANCE COUPON**



**Fidelity**
INVESTMENTS®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 25, 2023**                         Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*6877 INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900094967

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

Online                                    Fidelity.com
FAST®-Automated Telephone              800-544-5555
Customer Service                         800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23115-1BWKLM | 1* | WZ# | 04-25-23 | 04-27-23 | 59134N104 | 23115-G8999 | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 5,000 | META MATERIALS INC COM | Principal Amount | 998.50 |
| at | .1997 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 998.50 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                         9900094967

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*6877**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0X96516877   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 27, 2023**

Page 1 of 1

Brokerage Account Number
*****6877 **INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900100589

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

Online
FAST®-Automated Telephone
Customer Service

Fidelity.com
800-544-5555
800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23117-1HCZDM | 1* | WZ# | 04-27-23 | 05-01-23 | 59134N104 | 23117-H4N3K | | |

You Bought

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| | 2,777 | META MATERIALS INC COM | Principal Amount | 524.85 |
| at | .1890 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 524.85 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900100589

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****6877 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ████6877  00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 13, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*6877 INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900112775

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

Online                                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23164-1D3TSX | 1* | WZ# | 06-13-23 | 06-15-23 | 59134N104 | 23164-HP900 | | |

You Bought

     2,000

  at   .2200

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount     440.00
Settlement Amount   440.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900112775

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*6877**  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ████6877   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: July 12, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*6877 INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900108047

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

Online                                    Fidelity.com
FAST®-Automated Telephone   800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | $ | |
|---|---|---|---|---|---|---|---|---|---|
| 23193-1CJ99Q | 1* | WZ# | 07-12-23 | 07-14-23 | 59134N104 | 23193-HNDCQ | | | |

You Bought

at

Symbol:
MMAT

2,500

.1900

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          475.00
Settlement Amount       475.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900108047

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*6877**  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ████6877  00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: July 20, 2023**

Page 1 of 1

Brokerage Account Number
*****6877 **INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

Online                                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                    800-544-6666

9900113521

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23201-1GGTSJ | 1* | WZ# | 07-20-23 | 07-24-23 | 59134N104 | 23201-H6R6P | | |

You Bought

at

Symbol:
MMAT

380

.2100

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          79.80
Settlement Amount       79.80

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900113521

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****6877 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ████6877  00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: September 28, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*6877 INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900085655

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

Online
FAST®-Automated Telephone
Customer Service

Fidelity.com
800-544-5555
800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23271-1HRKJH | 1* | WZ# | 09-28-23 | 10-02-23 | 59134N104 | 23271-HIDDI | | |

You Bought
       at
Symbol:
MMAT

5,000
.2000

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount
Settlement Amount

1,000.00
1,000.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900085655

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
294
MICHELLE CIR
EDISON NJ 08820-4609

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*6877**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099          6877   00   000

This page intentionally left blank



**Fidelity** INVESTMENTS®

FIDELITY | PREMIUM SERVICES℠

Envelope # BNJPCKBBBCPZH

RAGHU B MANDAVA
280 READING RD
APT Q
EDISON NJ 08817-2186

**Contact Information**

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Premium Services | (800) 544-4442 |
| 8am - 11pm ET, Mon - Fri | |

**2022 YEAR-END INVESTMENT REPORT**
**January 1, 2022 - December 31, 2022**

FIDELITY ACCOUNT RAGHU B MANDAVA - INDIVIDUAL TOD
▶ Account Number: XXXXX6877

**Your Account Value:**                                **$62,654.80**

| Change Since January 1: | ▼ $22,202.93 |
|---|---|
| Beginning Account Value as of Jan 1, 2022 | $84,857.73 |
| Additions | 198,913.80 |
| Subtractions | -91,382.81 |
| Transaction Costs, Fees & Charges | -252.47 |
| Change in Investment Value * | -129,733.92 |
| Ending Account Value as of Dec 31, 2022 ** | $62,654.80 |

**FOR YOUR INFORMATION**
This statement is not a replacement for your tax forms and may not reflect all
adjustments necessary for your tax reporting purposes. Refer to your IRS tax
forms including your Form(s) 1099 and Form(s) 5498, which will be mailed to you
under separate cover.

\*    Reflects appreciation or depreciation of your holdings due to price changes, transactions
     from Other Activity In or Out and Multi-currency transactions, plus any distribution and
     income earned during the statement period.
\*\*   Excludes unpriced securities.

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

# Fidelity
**FIDELITY PREMIUM SERVICES℠**

2022 YEAR-END INVESTMENT REPORT
January 1, 2022 - December 31, 2022

Account # XXXXXX6877
RAGHU B MANDAVA - INDIVIDUAL - TOD

## Account Summary

### Account Value: $62,654.80

### Change Since January 1    ▼ $22,202.93

| | |
|---|---|
| **Beginning Account Value as of Jan 1, 2022** | $84,857.73 |
| **Additions** | 198,913.80 |
| Deposits | 105,086.00 |
| Securities Transferred In | 93,827.80 |
| **Subtractions** | -91,382.81 |
| Securities Transferred Out | -91,130.34 |
| Transaction Costs, Fees & Charges | -252.47 |
| **Change in Investment Value *** | -129,733.92 |
| **Ending Account Value as of Dec 31, 2022** | $62,654.80 |

Total Account Trades Jan 2022 - Dec 2022: 30

\* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.

### Core Account and Credit Balance Cash Flow

| | |
|---|---|
| **Beginning Balance as of Jan 1, 2022** | $0.28 |
| **Investment Activity** | |
| Securities Bought | -$104,588.39 |
| Dividends, Interest & Other Income  D | 6.01 |
| **Total Investment Activity** | -$104,582.38 |

## Account Holdings



Jan 1, 2022

100% Stocks



Dec 31, 2022

1% Core Account
15% Options

84% Stocks

| Holding Type | Value Jan 1 | % of Portfolio Jan 1 | Value Dec 31 | % of Portfolio Dec 31 |
|---|---|---|---|---|
| Stocks | $84,857 | 100% | $52,966 | 85% |
| Options | - | - | 9,184 | 15 |
| Core Account | 0 | - | 503 | 1 |
| **Total** | **$84,857** | **100%** | **$62,654** | **100%** |

### Income Summary

| | Dec 31, 2022 |
|---|---|
| **Taxable** | $6.01 |
| Ordinary Dividends | |
| Dividends | 6.01 |
| **Total** | **$6.01** |

**Fidelity** INVESTMENTS

**FIDELITY**
**PREMIUM SERVICES℠**

2022 YEAR-END INVESTMENT REPORT
January 1, 2022 - December 31, 2022

Account # XXXXX6877
RAGHU B MANDAVA - INDIVIDUAL - TOD

## Core Account and Credit Balance Cash Flow (continued)

| Cash Management Activity | |
|---|---|
| Deposits | 105,086.00 |
| **Total Cash Management Activity** | **$105,086.00** |
| **Ending Balance as of Dec 31, 2022** | **$503.90** |

D  *Includes dividend reinvestments.*

## Holdings

### Core Account

| Description | Quantity | Price Per Unit | Total Market Value | Total Cost Basis | Unrealized Gain/Loss | Income Earned |
|---|---|---|---|---|---|---|
| FIDELITY GOVERNMENT MONEY MARKET  (SPAXX) – 7-day yield: 3.84% | 503.900 | $1.0000 | $503.90 | not applicable | not applicable | $6.01 |
| **Total Core Account (1% of account holdings)** | | | **$503.90** | | | **$6.01** |

### Stocks

#### Common Stock

| Description | Quantity | Price Per Unit | Total Market Value | Total Cost Basis | Unrealized Gain/Loss | Income Earned |
|---|---|---|---|---|---|---|
| META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 44,510.000 | $1.1900 | $52,966.90 | $85,044.32 | -$32,077.42 | - |
| | | - | unavailable | unknown | unknown | - |
| **Total Common Stock (85% of account holdings)** | | | **$52,966.90** | **$85,044.32** | **-$32,077.42** | - |
| **Total Stocks (85% of account holdings)** | | | **$52,966.90** | **$85,044.32** | **-$32,077.42** | - |

S

YR_CE_ BNJPCKBBBCPZH_BBBBB 20230110

# Holdings

## 2022 YEAR-END INVESTMENT REPORT
### January 1, 2022 - December 31, 2022

**Account # XXXXXX6877**
**RAGHU B MANDAVA - INDIVIDUAL - TOD**

## Options

| Description | Quantity | Price Per Unit | Total Market Value | Total Cost Basis | Unrealized Gain/Loss | Income Earned |
|---|---|---|---|---|---|---|
| **CALL (MMAT) META MATERIALS INC** JAN 20 23 $1 (100 SHS) (MMAT230120C1) | 28.000 | $0.2200 | $616.00 | $932.01 | -$316.01 | - |
| **CALL (MMAT) META MATERIALS INC** JAN 20 23 $.5 (100 SHS) (MMAT230120C0.5) | 118.000 | 0.6800 | 8,024.00 | 5,646.15 | 2,377.85 | - |
| **CALL (MMAT) META MATERIALS INC** JAN 20 23 $1.5 (100 SHS) (MMAT230120C1.5) | 68.000 | 0.0800 | 544.00 | 2,656.18 | -2,112.18 | - |
| **Total Options (15% of account holdings)** | | | **$9,184.00** | **$9,234.34** | **-$50.34** | **-** |
| | | | | | | |
| **Total Holdings** | | | **$62,654.80** | **$94,278.66** | **-$32,127.76** | **$6.01** |

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

*All positions held in cash account unless indicated otherwise.*

YR_CE_BNJPCKBBBCPZH_BBBBB 20230110

S

YR_CE_.BNJPCKB8BQPZH_BBBBB 20230110          S                                                    5 of 6



# Fidelity Investments

## Information About Your Fidelity Statement

**Lost or Stolen Cards** For 24-hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to the alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-exempt income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income. For Fidelity brokerage accounts, we report any federally tax-exempt income.

**Cost Basis, Gain/Loss, and Holding Period Information** NFS is required to report, certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method to open-end mutual fund positions and the first-in, first-out (FIFO) method for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account receives mark-to-market reporting). Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.

Cost basis and gain/loss purchase and other information is not reported for retirement and HSA accounts. Such information may also be adjusted and not used for cost basis calculation on certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a certain period or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds

using the FIFO method if shares were purchased at different times or prices. **Statement Mailing** We deliver statements at least four times during the calendar year for any account with a balance.

**Statement Discrepancies** Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-1138. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA).

**Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

**Mutual Funds and Performance** Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. **Performance data shown represents past performance and is no guarantee of future results.** Performance data current to the most recent month-end may be obtained online. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.

**Sales Loads & Fees** Each fund reserves the right to modify its exchange privilege in the future. In some cases (where applicable), the sale, exchange or redemption of fund shares, including mutual funds, ETFs and other investment products ("funds") or (i) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the prospectus as well as additional compensation for shareholder servicing. Additional information about the source(s) maintenance, and amounts of compensation received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision based on estimated prices.

**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations.

**Miscellaneous** Security items accounts carried by NFS are protected in accordance with the SIPC-securities in accounts carried by NFS are protected in accordance with the SIPC brochure, the SIP up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org, or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.

**Fidelity Investments** Fidelity Distributors Company LLC (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts.** FBS and NFS are members of the NYSE and SIPC. Upon written request FBS will mail an annual financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC.

**FPWA Services** Fidelity Go®, Fidelity Managed FidFoliosSM and Fidelity® Strategic Disciplines are advisory services provided by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® International Equity Strategy, the Fidelity® Tax-Managed International Equity Index Strategy, and the Fidelity® Intermediate Municipal Strategy. Portfolio Advisory Services accounts are discretionary investment management services offered for a fee through FPWA. FPWA, Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency, are not obligations of FPTC, and are subject to investment risk, including possible loss of principal. **These advisory services are provided for a fee. FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.**

**Miscellaneous** Mutual fund shares, other securities held in your account, and cash balances owed to you are not deposits or obligations of, nor endorsed or guaranteed by, any bank or other deposit institution, nor are they federally insured by the FDIC or any other agency. If your account is carried by NFS, most of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Mutual Fund Account, call 1-800-544-5555.

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds available to you on demand. FCB are subject to open commitments such as unsettled checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held as long as applicable to the terms of your account agreement. Required rule 10b-10(b) information on confirmations herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements for those positions, which may thereby require a maintenance call. Margin requirement is determined by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the Fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC), and do not count toward your margin and maintenance requirements. Assets held in insurance products by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried for you by NFS, and covered by SIPC but do not count toward your margin and maintenance requirements. **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date. **Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available promptly upon request. Assignments of American and European style options are allocated among customer short positions pursuant to a random allocation procedure, a description of which is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666. **Equity Dividend Reinvestment** Shares credited to your account resulting from dividend reinvestment in equity securities may have been purchased on either the dividend payable date or the next business day. If Fidelity was unable, for any reason, to purchase the required number of shares to complete your account's dividend reinvestment, it may do so over a period of several days. **Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places but the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. In certain situations prices may be derived from a single market participant, also known as a "single broker quote". The prices provided are not firm bids or offers. Certain securities may reflect as N/A or unavailable at where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the

568130.55.0

588130.55.0



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 13, 2022**

Page 1 of 2

Brokerage Account Number
*****6877 **INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900125802

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                                          Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service                      800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22013-1BLWXX | 1* | WO# | 01-13-22 | 01-18-22 | 59134N104 | 22013-CCODZ | | |

| | | | |
|---|---|---|---|
| You Bought | 10,000 | DESCRIPTION and DISCLOSURES | |
| at | 2.2800 | META MATERIALS INC COM | Principal Amount 22,800.00 |
| | | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount 22,800.00 |
| Symbol: | | WE HAVE ACTED AS AGENT. | |
| MMAT | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22013-1C53FL | 1* | WO# | 01-13-22 | 01-18-22 | 59134N104 | 22013-D6JMH | | |

| | | | |
|---|---|---|---|
| You Bought | 990 | DESCRIPTION and DISCLOSURES | |
| at | 2.2200 | META MATERIALS INC COM | Principal Amount 2,197.80 |
| | | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount 2,197.80 |
| Symbol: | | WE HAVE ACTED AS AGENT. | |
| MMAT | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900125802

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****6877 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ████6877  00  000

**Transaction Confirmation**
**Confirm Date: January 13, 2022**

Page 2 of 2

Brokerage Account Number
**\*\*\*\*\*6877 INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22013-1DB3RF | 1* | WO# | 01-13-22 | 01-18-22 | 59134N104 | 22013-FLJ8H | | |

You Bought

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

| | |
|---|---|
| 1 | |
| at  2.1950 | |

Symbol:
MMAT

Principal Amount          2.20
Settlement Amount         2.20

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900125802

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 14, 2022**

Page 1 of 2

Brokerage Account Number
*****6877 **INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

9900130020

Online                                      Fidelity.com
FAST®-Automated Telephone     800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22014-1BSWVJ | 1* | WO# | 01-14-22 | 01-19-22 | 59134N104 | 22014-CNFFT | | |

You Bought

       9,400
at   2.1093
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount    19,827.42
Settlement Amount   19,827.42

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22014-1BSWWX | 1* | WO# | 01-14-22 | 01-19-22 | 59134N104 | 22014-CNFFT | | |

You Bought

       600
at   2.1050
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount    1,263.00
Settlement Amount   1,263.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE   9900130020

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****6877 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099         877   00   000

**Transaction Confirmation**
**Confirm Date: January 14, 2022**                    Page 2 of 2

Brokerage Account Number
*****6877 INDIVIDUAL - TOD

**RAGHU B MANDAVA**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22014-1BTJFF | 1* | WO# | 01-14-22 | 01-19-22 | 59134N104 | 22014-CN78Z | | |

You Bought
    1,861
  at  2.0994
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount     3,906.98
Settlement Amount    3,906.98

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22014-1BXR7D | 1* | WO# | 01-14-22 | 01-19-22 | 59134N104 | 22014-CTQVH | | |

You Bought
    1
  at  2.0897
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount     2.09
Settlement Amount    2.09

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900130020

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 18, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*6877 INDIVIDUAL - TOD**

9900178691

**RAGHU B MANDAVA**

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                          Fidelity.com
FAST®-Automated Telephone        800-544-5555
Customer Service                 800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22018-1BPW7K | 1* | WO# | 01-18-22 | 01-20-22 | 59134N104 | 22018-CBTTT | | |

You Bought          DESCRIPTION and DISCLOSURES
                    META MATERIALS INC COM          Principal Amount      6,982.11
       3,373        ISIN #US59134N1046 SEDOL #BKSCVX7  Settlement Amount     6,982.11
    at 2.0700       WE HAVE ACTED AS AGENT.
Symbol:
MMAT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22018-1C9Q8T | 1* | WO# | 01-18-22 | 01-20-22 | 59134N104 | 22018-DFTBT | | |

You Bought          DESCRIPTION and DISCLOSURES
                    META MATERIALS INC COM          Principal Amount      16.80
         8          ISIN #US59134N1046 SEDOL #BKSCVX7  Settlement Amount     16.80
    at 2.1000       WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900178691

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*6877** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

099  ▮▮▮▮6877   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 27, 2022**

Page 1 of 2

Brokerage Account Number
*****6877 **INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900136382

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                                            Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22027-1F549L | 1* | WO# | 01-27-22 | 01-31-22 | 59134N104 | 22027-G5VOF | | |

You Bought

    1,000

  at

    1.4500

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    1,450.00
Settlement Amount  1,450.00

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22027-1HBCFS | 1* | WO# | 01-27-22 | 01-31-22 | 59134N104 | 22027-H8B9P | | |

You Bought

    11

  at

    1.4400

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    15.84
Settlement Amount  15.84

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900136382

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186



FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****6877 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

099        6877  00  000



**FIDELITY**
I N V E S T M E N T S ®
PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 2, 2022**

Page 1 of 2

Brokerage Account Number
*****6877 INDIVIDUAL - TOD

**RAGHU B MANDAVA**

9900130304

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22033-1BKVZN | 1* | WO# | 02-02-22 | 02-04-22 | 59134N104 | 22033-CFSPF | | |

You Bought
543
at
1.8300
Symbol :
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount        993.69
Settlement Amount       993.69

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22033-1BPQOC | 1* | WO# | 02-02-22 | 02-04-22 | | 22033-CDN3M | | |

You Bought
800
at
Symbol :

Principal Amount
Settlement Amount

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE        9900130304

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****6877   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099      6877   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 5, 2022**                    Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*6877 INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900121611

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                        Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service              800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22095-1DX50D | 1* | WO# | 04-05-22 | 04-07-22 | 59134N104 | 22095-BFJDT | | |

You Bought

                  212
        at       1.7000
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          360.40
Settlement Amount         360.40

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22095-1CB7BM | 1* | WO# | 04-05-22 | 04-07-22 | | 22095-AOJLC | | |

You Bought

                  33
        at
Symbol:

Principal Amount
Settlement Amount

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE        9900121611

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*6877** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ▬▬▬6877   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 6, 2022**

Page 1 of 1

Brokerage Account Number
*****6877 **INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900123017

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                              Fidelity.com
FAST®-Automated Telephone            800-544-5555
Customer Service                     800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22096-1BK1TM | 1* | WZ# | 04-06-22 | 04-08-22 | 59134N104 | 22096-ANCM7 | | |

You Bought         30
    at    1.5699
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount        47.10
Settlement Amount       47.10

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22096-1F6GKC | 1* | WO# | 04-06-22 | 04-08-22 | 59134N104 | 22096-BX78F | | |

You Bought         33
    at    1.5500
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount        51.15
Settlement Amount       51.15

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900123017

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****6877   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099      6877    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 21, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*6877 INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900124650

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                                          Fidelity.com
FAST®-Automated Telephone          800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22111-1D2K9S | 1* | WO# | 04-21-22 | 04-25-22 | 59134N104 | 22111-BPEYE | | |

You Bought

234
at          1.2800

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          299.52
Settlement Amount          299.52

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900124650

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*6877**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ▬▬▬▬6877   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 22, 2022**

Page 1 of 1

Brokerage Account Number
*****6877 **INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900127974

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                                          Fidelity.com
FAST®-Automated Telephone          800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22112-1GG61L | 1* | WO# | 04-22-22 | 04-26-22 | 59134N104 | 22112-B2VGF | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 1,099.98 |
| | 873 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 1,099.98 |
| at | 1.2600 | WE HAVE ACTED AS AGENT. | | |
| Symbol: | | | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900127974

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****6877 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ███████6877  00  000



**Fidelity**
INVESTMENTS®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: May 4, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*6877 INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900105802

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                                           Fidelity.com
FAST®-Automated Telephone              800-544-5555
Customer Service                            800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22124-1CWC3L | 1* | WO# | 05-04-22 | 05-06-22 | 59134N104 | 22124-HE115 | | |

| | | |
|---|---|---|
| You Bought | | DESCRIPTION and DISCLOSURES |
| | 1,000 | META MATERIALS INC COM |
| at | 1.1800 | ISIN #US59134N1046 SEDOL #BKSCVX7 |
| Symbol: | | WE HAVE ACTED AS AGENT. |
| MMAT | | |

Principal Amount          1,180.00
Settlement Amount       1,180.00

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22124-1FLNRG | 1* | WZ# | 05-04-22 | 05-06-22 | 59134N104 | 22124-HL9V2 | | |

| | | |
|---|---|---|
| You Bought | | DESCRIPTION and DISCLOSURES |
| | 30 | META MATERIALS INC COM |
| at | 1.1800 | ISIN #US59134N1046 SEDOL #BKSCVX7 |
| Symbol: | | WE HAVE ACTED AS AGENT. |
| MMAT | | |

Principal Amount              35.40
Settlement Amount           35.40

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900105802

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*6877**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ▬▬▬▬6877   00   000



**Fidelity**
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: May 6, 2022**                    Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*6877 INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900121996

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                        Fidelity.com
FAST®-Automated Telephone     800-544-5555
Customer Service              800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22126-1F9TLQ | 1* | WO# | 05-06-22 | 05-10-22 | 59134N104 | 22126-1KR7A | | |

You Bought
                275
        at    1.1800
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          324.50
Settlement Amount         324.50

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900121996

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*6877** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ▮▮▮▮▮6877   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: May 10, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*6877 INDIVIDUAL - TOD**

9900121376

**RAGHU B MANDAVA**

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online
FAST®-Automated Telephone
Customer Service

Fidelity.com
800-544-5555
800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22130-1C8V9P | 1* | WO# | 05-10-22 | 05-12-22 | 59134N104 | 22130-H01JH | | |

You Bought

1,739
at          1.1500

Symbol :
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          1,999.85
Settlement Amount          1,999.85

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900121376

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*6877** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ▬▬▬6877  00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: May 26, 2022**

Page 1 of 1

Brokerage Account Number
*****6877 **INDIVIDUAL - TOD**

9900096552

**RAGHU B MANDAVA**

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online
FAST®-Automated Telephone
Customer Service

Fidelity.com
800-544-5555
800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22146-1D96PL | 1* | WO# | 05-26-22 | 05-31-22 | 59134N104 | 22146-H3GVG | | |

You Bought      1,700
        at   1.6700
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount        2,839.00
Settlement Amount       2,839.00

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22146-1FQM9X | 1* | WO# | 05-26-22 | 05-31-22 | 59134N104 | 22146-IBQ97 | | |

You Bought       344
        at   1.6600
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          571.04
Settlement Amount         571.04

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE        9900096552

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****6877   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099         6877   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 17, 2022**

Page 1 of 1

Brokerage Account Number
*****6877 **INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900096709

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                                             Fidelity.com
FAST®-Automated Telephone        800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22168-1FORGG | 1* | WO# | 06-17-22 | 06-22-22 | 59134N104 | 22168-H5CVG | $ | |

You Bought

at

Symbol:
MMAT

68

1.4700

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount                 99.96
Settlement Amount            99.96

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900096709

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****6877 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099   ████6877   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: August 26, 2022**                    Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*6877 INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900112219

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                          Fidelity.com
FAST®-Automated Telephone        800-544-5555
Customer Service                 800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22238-1B6SRV | 1* | WO# | 08-26-22 | 08-30-22 | 59134N104 | 22238-G9F7V | | |

You Bought                    DESCRIPTION and DISCLOSURES
                              META MATERIALS INC COM            Principal Amount         3.24
                 4            ISIN #US59134N1046 SEDOL #BKSCVX7  Settlement Amount        3.24
       at    .8100           WE HAVE ACTED AS AGENT.
Symbol :
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                        9900112219

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*6877** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ▬▬▬▬6877  00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: September 6, 2022**                    Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*6877 INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900107311

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                                    Fidelity.com
FAST®-Automated Telephone              800-544-5555
Customer Service                        800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22249-1BP5SC | 1* | WZ# | 09-06-22 | 09-08-22 | 59134N104 | 22249-G5F01 | | |

You Bought                    DESCRIPTION and DISCLOSURES
                    META MATERIALS INC COM              Principal Amount         9.72
            12      ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount        9.72
      at            WE HAVE ACTED AS AGENT.
      .8100
Symbol :
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900107311

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*6877**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ▆▆▆▆6877  00  000



**Fidelity**
INVESTMENTS®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 10, 2022**                     Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*6877 INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900087189

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                                  Fidelity.com
FAST®-Automated Telephone              800-544-5555
Customer Service                       800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22283-1H1FKQ | 1* | WO# | 10-10-22 | 10-12-22 | 59134N104 | 22283-HOENK | | |

You Bought

        8

   at   .7400

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    5.92
Settlement Amount   5.92

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE    9900087189

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*6877**  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  ██████6877  00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 13, 2022**

Page 1 of 3

Brokerage Account Number
**\*\*\*\*\*6877 INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900098204

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                                   Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service                     800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22286-1GGHRW | 1* | WO# | 10-13-22 | 10-14-22 | 5890959SS | 22286-H2DSX | | |

You Bought

5

at    .3700

Symbol:
MMAT230120C1

DESCRIPTION and DISCLOSURES
CALL (MMAT) META MATERIALS INC
JAN 20 23 $1 (100 SHS)
WE HAVE ACTED AS AGENT.
OPENING TRANSACTION

| | |
|---|---|
| Principal Amount | 185.00 |
| Commission / Fees | 3.25 |
| Activity Assessment Fee | 0.15 |
| Settlement Amount | 188.40 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22286-1KL4KH | 1* | WO# | 10-13-22 | 10-14-22 | 5890959SS | 22286-IBNWM | | |

You Bought

9

at    .3500

Symbol:
MMAT230120C1

DESCRIPTION and DISCLOSURES
CALL (MMAT) META MATERIALS INC
JAN 20 23 $1 (100 SHS)
WE HAVE ACTED AS AGENT.
OPENING TRANSACTION

| | |
|---|---|
| Principal Amount | 315.00 |
| Commission / Fees | 5.85 |
| Activity Assessment Fee | 0.26 |
| Settlement Amount | 321.11 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900098204

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*6877**  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ███████6877   00   000

**Transaction Confirmation**
**Confirm Date: October 13, 2022**                    Page 2 of 3

Brokerage Account Number
**\*\*\*\*\*6877 INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22286-1HV8DT | 1* | OPT | 10-13-22 | 10-17-22 | 59134N104 | 22286-H8OWW | | |

| | | | DESCRIPTION and DISCLOSURES | | | | |
|---|---|---|---|---|---|---|---|
| You Bought | | | META MATERIALS INC COM | Principal Amount | 3,200.00 |
| | 6,400 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 3,200.00 |
| at | .5000 | | WE HAVE ACTED AS AGENT. | | |
| Symbol: | | | EXERCISED CALLS EXC# 001 | | |
| MMAT | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22286-1B2K1B | 1* | WO# | 10-13-22 | 10-17-22 | 5992439VV | 22286-HCFTS | | |

| | | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|---|
| You Bought | | | CALL (MMAT) META MATERIALS INC | Principal Amount | 705.00 |
| | 15 | | JAN 20 23 $1.5 (100 SHS) | Commission / Fees | 9.75 |
| at | .4700 | | WE HAVE ACTED AS AGENT. | Activity Assessment Fee | 0.44 |
| Symbol: | | | OPENING TRANSACTION | Settlement Amount | 715.19 |
| MMAT230120C1.5 | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22286-1B2K1C | 1* | WO# | 10-13-22 | 10-14-22 | 5992439VV | 22286-HCJI8 | | |

| | | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|---|
| You Bought | | | CALL (MMAT) META MATERIALS INC | Principal Amount | 470.00 |
| | 10 | | JAN 20 23 $1.5 (100 SHS) | Commission / Fees | 6.50 |
| at | .4700 | | WE HAVE ACTED AS AGENT. | Activity Assessment Fee | 0.29 |
| Symbol: | | | OPENING TRANSACTION | Settlement Amount | 476.79 |
| MMAT230120C1.5 | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE            9900098204

**REMITTANCE COUPON**

**Transaction Confirmation**
**Confirm Date: October 13, 2022**
Page 3 of 3

Brokerage Account Number
**\*\*\*\*\*6877 INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

| REFERENCE NO. 22286-1B7XDB | TYPE 1* | REG.REP. WO# | TRADE DATE 10-13-22 | SETTLEMENT DATE 10-14-22 | CUSIP NO. 5992439VV | ORDER NO. 22286-HB6O6 | | |
|---|---|---|---|---|---|---|---|---|

You Bought

|  |  |  |
|---|---|---|
| | DESCRIPTION and DISCLOSURES | |
| 10 | CALL (MMAT) META MATERIALS INC | Principal Amount            440.00 |
| at | JAN 20 23 $1.5 (100 SHS) | Commission / Fees              6.50 |
| .4400 | WE HAVE ACTED AS AGENT. | Activity Assessment Fee       0.29 |
| Symbol: | OPENING TRANSACTION | Settlement Amount           446.79 |
| MMAT230120C1.5 | | |

| REFERENCE NO. 22286-1B8BOW | TYPE 1* | REG.REP. WO# | TRADE DATE 10-13-22 | SETTLEMENT DATE 10-14-22 | CUSIP NO. 5992439VV | ORDER NO. 22286-HB2DP | | |
|---|---|---|---|---|---|---|---|---|

You Bought

|  |  |  |
|---|---|---|
| | DESCRIPTION and DISCLOSURES | |
| 10 | CALL (MMAT) META MATERIALS INC | Principal Amount            420.00 |
| at | JAN 20 23 $1.5 (100 SHS) | Commission / Fees              6.50 |
| .4200 | WE HAVE ACTED AS AGENT. | Activity Assessment Fee       0.29 |
| Symbol: | OPENING TRANSACTION | Settlement Amount           426.79 |
| MMAT230120C1.5 | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900098204



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 14, 2022**

Page 1 of 1

Brokerage Account Number
*****6877 **INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900088094

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                                        Fidelity.com
FAST®-Automated Telephone       800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22287-1CL44V | 1* | WO# | 10-14-22 | 10-18-22 | 59134N104 | 22287-HFOAQ | | |

| | | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|---|
| You Bought | | 37 | META MATERIALS INC COM | | Principal Amount | 33.30 |
| | at | .9000 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | 33.30 |
| Symbol : | | | WE HAVE ACTED AS AGENT. | | | |
| MMAT | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                          9900088094

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****6877   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ▃▃▃▃6877   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 18, 2022**

Page 1 of 1

Brokerage Account Number
*****6877 INDIVIDUAL - TOD

**RAGHU B MANDAVA**

9900083974

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                                     Fidelity.com
FAST®-Automated Telephone  800-544-5555
Customer Service              800-544-6666

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22291-1F9LMP | 1* | WZ# | 10-18-22 | 10-20-22 | 59134N104 | 22291-H420Y | $ | |

You Bought

1

at    .9000

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount        0.90
Settlement Amount     0.90

/ ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900083974

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****6877   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

099        6877   00   000



**Fidelity**
INVESTMENTS®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 31, 2022**          Page 1 of 1

Brokerage Account Number
*****6877 **INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900098094

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                            Fidelity.com
FAST®-Automated Telephone          800-544-5555
Customer Service                   800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22304-1JDSLM | 1* | WZ# | 10-31-22 | 11-02-22 | 59134N104 | 22304-H2OXL | $ | |

You Bought              DESCRIPTION and DISCLOSURES          Principal Amount          18.19
                17      META MATERIALS INC COM              Settlement Amount         18.19
      at      1.0700    ISIN #US59134N1046 SEDOL #BKSCVX7
Symbol:                 WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900098094

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****6877 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099    ████6877   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**     Page 1 of 1
**Confirm Date: November 2, 2022**

Brokerage Account Number
*****6877 **INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900102078

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                          Fidelity.com
FAST®-Automated Telephone       800-544-5555
Customer Service                800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22306-1CRVDX | 1* | WZ# | 11-02-22 | 11-04-22 | 59134N104 | 22306-HF5CR | | |

You Bought
           1
   at   1.3400
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    1.34
Settlement Amount   1.34

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900102078

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****6877  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ████████6877  00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 5, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*6877 INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900109620

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22339-1HW25Q | 1* | WO# | 12-05-22 | 12-07-22 | 59134N104 | 22339-1GG3F | | |

You Bought

at

Symbol:
MMAT

50
1.7100

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount     85.50
Settlement Amount    85.50

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900109620

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*6877**  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ▇▇▇▇▇6877   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 6, 2022**

Page 1 of 2

Brokerage Account Number
*****6877 **INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900092309

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online
FAST®-Automated Telephone
Customer Service

Fidelity.com
800-544-5555
800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22340-1GZXTK | 1* | WO# | 12-06-22 | 12-08-22 | 59134N104 | 22340-1JV5S | | |

You Bought

152

at
1.8200

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount       276.64
Settlement Amount      276.64

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22340-1BWBMV | 1* | WO# | 12-06-22 | 12-08-22 | | 22340-G609T | | |

You Bought

50

at

Symbol:

Principal Amount
Settlement Amount

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900092309

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****6877    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ▮▮▮▮▮▮6877   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 7, 2022**

Page 1 of 2

Brokerage Account Number
*****6877 **INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

9900083759

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

Online                                          Fidelity.com
FAST®-Automated Telephone         800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22341-1GZ40X | 1* | WO# | 12-07-22 | 12-09-22 | 59134N104 | 22341-1BM91 | | |

You Bought
      2
   at   2.0400
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount     4.08
Settlement Amount   4.08

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22341-1GZF4Z | 1* | WO# | 12-07-22 | 12-09-22 | | 22341-1BI06 | | |

You Bought
      2
   at
Symbol:

Principal Amount
Settlement Amount

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900083759

RAGHU B MANDAVA
28Q READING RD
APT Q
EDIOSN NJ 08817-2186

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****6877 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 ████████6877  00  000

**Transaction Confirmation**     Page 2 of 2
**Confirm Date: December 7, 2022**

Brokerage Account Number
**\*\*\*\*\*6877 INDIVIDUAL - TOD**

**RAGHU B MANDAVA**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22341-1FPCXF | 1* | WO# | 12-07-22 | 12-08-22 | 6204579CW | 22341-HWOXO | | |

| | | | DESCRIPTION and DISCLOSURES | |
|---|---|---|---|---|
| You Bought | | | CALL (MMAT) META MATERIALS INC | Principal Amount | 2,184.00 |

You Bought
      78
     at   .2800
Symbol:
MMAT221216C2

CALL (MMAT) META MATERIALS INC
DEC 16 22 $2 (100 SHS)
WE HAVE ACTED AS AGENT.
OPENING TRANSACTION

Principal Amount    2,184.00
Commission / Fees    50.70
Activity Assessment Fee   1.42
Settlement Amount    2,236.12

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900083759

**REMITTANCE COUPON**