**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**

# PROOF OF INTEREST

Name of Debtor: META MATERIALS, INC

Case Number: 24-50792

**1. Name of holder of the Equity Security Interest** (The person or entity holding an Equity Security Interest in the Debtor. Referred to hereinafter as the "Interest Holder"):
Ewa Gadzinska
20-121 Falconer Dr.
Mississauga, Ont.
L5N 2K8 Canada
647-643-8659

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Name and address where notices should be sent:

Telephone Number

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Security Interest in the Debtor. An Equity Security Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.**

RECEIVED AND FILED AM
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**THIS SPACE IS FOR COURT USE ONLY**

Account or other number by which Interest Holder identifies Debtor: Investor's Edge 60425620

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated:
☐ amends a previously filed Proof of Interest dated:

**2. Name and Address of any person or entity that is the record holder for the Equity Security Interest asserted in this Proof of Interest:** Ewa Gadzinska
Investor's Edge, 81 Bay St. ON
Toronto, M5J 0E7 1(800) 567 3343
Telephone Number 1(800) 567-3343

**3. Date Equity Security Interest was acquired:** Jun 23, 2022 to Jun 30, 2022

**4. Total amount of member interest:** 1500 Shares for 13,458 T

**5. Certificate number(s):** Please see attached documents

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold: Investor

**7. Supporting Documents:** *Attach copies of supporting documents*, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain.

**8. Signature:** [signature] ewagadzinski@hotmail.com 647-643-8659
Ewa Gadzinska

**I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information and reasonable belief.**

**THIS SPACE FOR COURT USE ONLY**

**DATE** Dec 10, 2024

**SIGN** and print the name and title, if any, of the Interest Holder or other person authorized to file this proof of interest (attach copy of power of attorney, if any):

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

PROOF OF INTEREST SUPPLEMENTAL INFORMATION

CIBC INVESTOR'S EDGE

ACCT #60425620

TRANSACTIONS (PEW EWVWESE SPLIT)

JUN18-Torchlight Energy-Purchased 1000 shares at $5.59 (-$6,895.44)

JUN18-Torchlight Energy-Purchased 970 shares at $5.88(-$7,086.79)

JUN18-Torchlight Energy-Sold 1000 shares at $5.74(+$6,891.07)

JUN18-Torchlight Energy-Sold 970 shares at $5.99(+$7,019.08)

JUN21-Torchlight Energy-Purchased 1000 shares at $5.15 (-$6,425.56)

JUN21-Torchlight Energy-Purchased 1900 shares at $5.429 (-$12,897.28)

JUN21-Torchlight Energy-Sold 1000 shares at $5.50(+$6,698.74)

JUN22-Torchlight Energy-Purchased 917 shares at $6.14(-$7,089.94)

JUN22-Torchlight Energy-Purchased 600 shares at $6.00(-$4,535.74)

JUN22-Torchlight Energy-Sold 1900 shares at $5.72(+$13,331.85)

JUN22-Torchlight Energy-Sold 1517 shares at $6.30(+$11,722.75)

JUN23-Torchlight Energy-Purchased 1200 shares at $8.90(-$13,396.09)

TOTAL HELD PRE REVERSE SPLIT 750 SHARES (8 POST REVERSE SPLIT)

TOTA; MONEY INVESTED PRE REVERSE SPLIT: -$16,776.78

PLEASE SEE TRANSACTION DOCUMENTATION ATTACHED

# INVESTOR'S EDGE SELF-DIRECTED TAX FREE SAVINGS ACCOUNT

**January 1-January 31, 2023**
*(previous statement December 30, 2022)*

Account # 604-25620
**Order Execution Only Account**

EWA GADZINSKA
6459 SEAVER RD
MISSISSAUGA ON L5V 2H9

103175

**To Contact Us:**
*1-800-567-3343*
*www.investorsedge.cibc.com*

## Portfolio Overview - C$ equivalent

| | PERCENTAGE OF MARKET VALUE | MARKET VALUE AT JAN 31 |
|---|---|---|
| *Cash & Cash Equivalents* | 7% | $3,041.51 |
| *Fixed Income* | — | — |
| *Equities* | 93% | $41,644.35 |
| *Mutual Funds* | — | — |
| *Other* | — | — |
| TOTAL PORTFOLIO | 100% | $44,685.86 |

## Contribution and Withdrawal Summary - C$ equivalent

| | THIS MONTH | YEAR TO DATE |
|---|---|---|
| *Contributions* | $0.00 | $0.00 |
| *Withdrawals* | $0.00 | $0.00 |

## Account Activity — Canadian Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| *Jan 1* | — | *Opening cash balance* | — | — | $3,062.92 |
| *Jan 5* | *Shrs in xc* | *META MATLS<br>PREFERRED STOCK CONTRA CUSIP<br>SHRS SURRENDERED FOR EXCH* | -1,200 | — | — |
| *Jan 5* | *Shrs in xc* | *NEXT BRIDGE HYDROCARBONS INC (RSTD)<br>SHRS RECEIVED IN EXCHANGE* | 1,200 | — | — |
| *Jan 13* | *Cash-lieu* | [illegible]<br>*COM NO PAR<br>CASH IN LIEU OF FRAC SHARES<br>428304406000* | — | — | $0.93 |
| *Jan 31* | — | *Closing cash balance* | — | — | $3,063.85 |

Regulated by Investment Industry Regulatory Organization of Canada

HRI-*02015300*



INVESTOR'S EDGE SELF-DIRECTED
TAX FREE SAVINGS ACCOUNT

**January 1-January 31, 2023**
*(previous statement December 30, 2022)*

## Account Activity — U.S. Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| *Jan 1* | — | *Opening cash balance* | — | — | [illegible] |
| *Jan 5* | *Shrs in xc* | *META MATLS*<br>*PREFERRED STOCK CONTRA CUSIP*<br>*SHRS SURRENDERED FOR EXCH* | -300 | — | — |
| *Jan 5* | *Shrs in xc* | *NEXT BRIDGE HYDROCARBONS INC*<br>*(RSTD)*<br>*SHRS RECEIVED IN EXCHANGE* | 300 | — | — |
| *Jan 31* | — | *Closing cash balance*<br>*Canadian dollar equivalent*<br>*($1.00 U.S. equals $1.33000 CAN)* | — | — | [illegible]<br>[illegible] |
| Total closing cash balance in Canadian dollars | | | — | — | [illegible] |

## Portfolio Assets — Canadian Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT JAN 31 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Cash & Cash Equivalents* | | | | | |
| *CASH* | — | $3,063.85 | — | $3,063.85 | — |
| *Equities* | | | | | |
| *DIGITAL BRANDS GROUP INC*<br>*COMMON STOCK*<br>*(DBGI/US)* | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| *HEXO CORP COM NO PAR*<br>*(HEXO/TSX)* | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| *META MATLS INC COMMON STOCK*<br>*(MMAT/US)* | 600 | $13,396.09 | 1.344 | $806.40 | 600 |
| [illegible]<br>*(NG/TSX)* | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible]<br>*(NGD/TSX)* | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| *NEXT BRIDGE HYDROCARBONS INC* | 1,200 | N/D ‡ | N/D | N/D § | 1,200 |
| SUBTOTAL | | $74,096.45 | | $34,314.72 | |
| SUBTOTAL FOR CANADIAN DOLLARS | | $77,160.30 | | $37,378.57 | |

## Portfolio Assets — U.S. Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT JAN 31 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Cash & Cash Equivalents* | | | | | |
| *CASH* | — | -$16.80 | — | -$16.80 | — |

# INVESTOR'S EDGE SELF-DIRECTED TAX FREE SAVINGS ACCOUNT

**January 1-January 31, 2023**
*(previous statement December 30, 2022)*

## Portfolio Assets — U.S. Dollars (continued)

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT JAN 31 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Equities* | | | | | |
| *EXELA TECHNOLOGIES INC COMMON STOCK (XELA/US)* | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| *INDIA GLOBALIZATION CAPITAL INC COMMON STOCK (IGC/US)* | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| *IDEANOMICS INC COMMON STOCK (IDEX/US)* | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| *META MATLS INC COMMON STOCK (MMAT/US)* | 150 | $2,676.95 | 1.010 | $151.50 | 150 |
| *CENNTRO ELECTRIC GROUP LIMITED ORDINARY SHARES (CENN/US)* | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| *SELLAS LIFE SCIENCES GROUP INC COMMON STOCK (SLS/US)* | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] *AMERICAN DEPOSITARY SHARES ECH RPRSNTNG FIVE HUNDRED CL A SHS (SOS/US)* | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| *WORKHORSE GROUP INC COM (WKHS/US)* | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| *NEXT BRIDGE HYDROCARBONS INC* | 300 | N/D ‡ | N/D | N/D § | 300 |
| SUBTOTAL | | [illegible]5 | | $[illegible] | |
| SUBTOTAL FOR U.S. DOLLARS | | [illegible].85 | | [illegible] | |
| *Canadian dollar equivalent ($1.00 U.S. equals $1.33000 CAN)* | | [illegible]1 | | [illegible] | |
| TOTAL PORTFOLIO IN CANADIAN DOLLARS | | [illegible]1 | | [illegible] | |

## Disclosures

The following abbreviations may appear on your statement: Non-Vtg for Non-Voting Shares; Res Vtg for Restricted Voting Shares; Sub Vtg for Subordinate Voting Shares.

† These securities are held in segregation and cannot be used in the conduct of our business.
‡ The book value of this security is not determinable.
§ The market value of this security is not determinable.
ƒ Market value information has been used to estimate part or all of the book cost of this security position.



INVESTOR'S EDGE SELF-DIRECTED
TAX FREE SAVINGS ACCOUNT

**November 1-November 29, 2024**
*(previous statement October 31, 2024)*

## Account Activity — U.S. Dollars (continued)

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| *Nov 19* | *Split* | *SOS LIMITED AMERICAN DEPOSITARY SHARES ECH RPRSNTNG TEN CL A ORDINARY SHS REVERSE SPLIT* | -20 | — | — |
| *Nov 19* | *Split* | *SOS LIMITED ADS ONE HUNDRED AND FIFTY CL A ORDINARY SHARES RESULT OF REVERSE SPLIT* | 1 | — | — |
| *Nov 29* | — | *Closing cash balance* | — | — | -$12.02 |
| | | *Canadian dollar equivalent ($1.00 U.S. equals $1.39950 CAN)* | | | -$16.82 |
| Total closing cash balance in Canadian dollars | | | — | — | $399.60 |

## Portfolio Assets — Canadian Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT NOV 29 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Cash & Cash Equivalents* | | | | | |
| *CASH* | — | $416.42 | — | $416.42 | — |
| *Equities* | | | | | |
| *DIGITAL BRANDS GROUP INC COMMON STOCK (DBGI/US)* | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| *INTUITIVE MACHINES INC CLASS A COMMON STOCK (LUNR/US)* | 200 | $2,647.89 | 22.883 | $4,576.60 | 200 |
| *META MATERIALS INC COMMON STOCK (MMATQ/US)* | 6 | $13,396.09 | 0.085 | $0.51 | 6 |
| *NOVAGOLD RESOURCES INC COM (NG/TSX)* | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| *NEW GOLD INC (NGD/TSX)* | 1,000 | $2,786.95 | 3.900 | $3,900.00 | 1,000 |
| *TILRAY BRANDS INC COMMON STOCK (TLRY/TSX)* | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| *NEXT BRIDGE HYDROCARBONS INC* | 1,200 | N/D ‡ | N/D | N/D § | 1,200 |
| SUBTOTAL | | $74,750.40 | | $11,362.46 | |
| SUBTOTAL FOR CANADIAN DOLLARS | | $75,166.82 | | $11,778.88 | |



# INVESTOR'S EDGE SELF-DIRECTED TAX FREE SAVINGS ACCOUNT

**November 1-November 29, 2024**
*(previous statement October 31, 2024)*

## Portfolio Assets — U.S. Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT NOV 29 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Cash & Cash Equivalents* | | | | | |
| *CASH* | — | -$12.02 | — | -$12.02 | — |
| *Equities* | | | | | |
| *CENNTRO INC COMMON STOCK (CENN/US)* | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| *IGC PHARMA INC COMMON STOCK (IGC/US)* | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| *IDEANOMICS INC COMMON STOCK (IDEX/US)* | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| *META MATERIALS INC COMMON STOCK (MMATQ/US)* | 2 | $2,676.95 | 0.061 | $0.12 | 2 |
| *SELLAS LIFE SCIENCES GROUP INC COMMON STOCK (SLS/US)* | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| *SOS LIMITED ADS ONE HUNDRED AND FIFTY CL A ORDINARY SHARES (SOS/US)* | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| *WORKHORSE GROUP INC COMMON STOCK (WKHS/US)* | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| *NEXT BRIDGE HYDROCARBONS INC* | 300 | N/D ‡ | N/D | N/D § | 300 |
| SUBTOTAL | | $[illegible] | | $[illegible] | |
| SUBTOTAL FOR U.S. DOLLARS | | $3[illegible] | | $[illegible] | |
| *Canadian dollar equivalent ($1.00 U.S. equals $1.39950 CAN)* | | $[illegible] | | $[illegible] | |
| TOTAL PORTFOLIO IN CANADIAN DOLLARS | | [illegible] | | [illegible] | |

## Disclosures

The following abbreviations may appear on your statement: Non-Vtg for Non-Voting Shares; Res Vtg for Restricted Voting Shares; Sub Vtg for Subordinate Voting Shares.

† These securities are held in segregation and cannot be used in the conduct of our business.
‡ The book value of this security is not determinable.
§ The market value of this security is not determinable.
ƒ Market value information has been used to estimate part or all of the book cost of this security position.



# INVESTOR'S EDGE SELF-DIRECTED TAX FREE SAVINGS ACCOUNT

**June 1-June 30, 2021**
*(previous statement May 31, 2021)*

Account # 604-25620
**Order Execution Only Account**

EWA GADZINSKA
6459 SEAVER RD
MISSISSAUGA ON L5V 2H9

162495

**To Contact Us:**
*1-800-567-3343*
*www.investorsedge.cibc.com*

## Items For Your Attention:

- *We've updated the CIBC Investor's Edge Account Agreements and Disclosures Booklet and the Commission and Fees Schedule. You can view a summary of these changes at the end of this statement. The summary is also available online, along with the full agreements.*

## Portfolio Overview - C$ equivalent

| | PERCENTAGE OF MARKET VALUE | MARKET VALUE AT JUN 30 |
|---|---|---|
| *Cash & Cash Equivalents* | 30% | $26,030.90 |
| *Fixed Income* | — | — |
| *Equities* | 70% | $61,324.33 |
| *Mutual Funds* | — | — |
| *Other* | — | — |
| TOTAL PORTFOLIO | 100% | $87,355.23 |

## Contribution and Withdrawal Summary - C$ equivalent

| | THIS MONTH | YEAR TO DATE |
|---|---|---|
| *Contributions* | $6,000.00 | $6,000.00 |
| *Withdrawals* | $0.00 | $0.00 |

## Income Summary

| CANADIAN DOLLARS | THIS MONTH | YEAR TO DATE |
|---|---|---|
| *Dividends* | $73.56 | $194.43 |

## Account Activity — Canadian Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| *Jun 1* | — | *Opening cash balance* | — | — | $6,881.11 |
| *Jun 9* | *Merger* | *HEXO CORP COM NEW SHRS RECEIVED THRU MERGER* | 177 | — | — |
| *Jun 9* | *Merger* | *ZENABIS GLOBAL INC COM SHRS SURRENDERED - MERGER* | -10,000 | — | — |

Regulated by Investment Industry Regulatory Organization of Canada

HRI-*04014910*



INVESTOR'S EDGE SELF-DIRECTED
TAX FREE SAVINGS ACCOUNT

**June 1-June 30, 2021**
*(previous statement May 31, 2021)*

## Account Activity — Canadian Dollars (continued)

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Jun 21 | Sold | TORCHLIGHT ENERGY RESOURCES INC UNSOLICITED EXCHANGE RATE 1.21950000 | -1,000 | 5.500 | $6,698.74 |
| Jun 22 | Bought | TORCHLIGHT ENERGY RESOURCES INC UNSOLICITED EXCHANGE RATE 1.25750000 | 917 | 6.140 | -$7,088.94 |
| Jun 22 | Bought | TORCHLIGHT ENERGY RESOURCES INC UNSOLICITED EXCHANGE RATE 1.25750000 | 600 | 6.000 | -$4,535.74 |
| Jun 22 | Sold | TORCHLIGHT ENERGY RESOURCES INC UNSOLICITED EXCHANGE RATE 1.22750000 | -1,900 | 5.720 | $13,331.85 |
| Jun 22 | Sold | TORCHLIGHT ENERGY RESOURCES INC UNSOLICITED EXCHANGE RATE 1.22750000 | -1,517 | 6.300 | $11,722.75 |
| Jun 23 | Bought | TORCHLIGHT ENERGY RESOURCES INC UNSOLICITED EXCHANGE RATE 1.25350000 | 1,200 | 8.900 | -$13,396.09 |
| Jun 25 | Dividend | SUNCOR ENERGY INC CASH DIV ON 300 SHS REC JUN 04 2021 PAY JUN 25 2021 | — | — | $63.00 |
| Jun 29 | Cash-lieu | HEXO CORP COM NEW CASH IN LIEU OF FRAC SHARES 428304307000 | — | — | $1.41 |
| Jun 30 | Split | META MATLS INC COMMON STOCK RESULT OF REVERSE SPLIT | 600 | — | — |
| Jun 30 | Split | TORCHLIGHT ENERGY RESOURCES INC REVERSE SPLIT | -1,200 | — | — |
| Jun 30 | — | Closing cash balance | — | — | $955.67 |

## Account Activity — U.S. Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Jun 1 | — | Opening cash balance | — | — | $3,054.96 |
| Jun 7 | Bought | WORKHORSE GROUP INC COM UNSOLICITED | 200 | 14.200 | -$2,846.95 |
| Jun 15 | Transfer | ALFI INC COMMON STOCK SAME A/C CURRENCY TRANSFER | 2,000 | — | — |



# INVESTOR'S EDGE SELF-DIRECTED TAX FREE SAVINGS ACCOUNT

**June 1-June 30, 2021**
*(previous statement May 31, 2021)*

## Account Activity — U.S. Dollars (continued)

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| *Jun 24* | *Sold* | *ALFI INC COMMON STOCK UNSOLICITED* | -1,000 | 15.400 | $15,392.97 |
| *Jun 29* | *Bought* | *ALFI INC COMMON STOCK UNSOLICITED* | 900 | 18.900 | -$17,016.95 |
| *Jun 30* | *Split* | *META MATLS INC COMMON STOCK RESULT OF REVERSE SPLIT* | 150 | — | — |
| *Jun 30* | *Split* | *TORCHLIGHT ENERGY RESOURCES INC REVERSE SPLIT* | -300 | — | — |
| *Jun 30* | *Sold* | *ALFI INC COMMON STOCK UNSOLICITED* | -900 | 21.000 | $18,892.95 |
| *Jun 30* | — | *Closing cash balance*<br>*Canadian dollar equivalent*<br>*($1.00 U.S. equals $1.24050 CAN)* | — | — | $20,213.81<br>$25,075.23 |
| Total closing cash balance in Canadian dollars | | | — | — | $26,030.90 |

**Future Settlement-U.S. Dollars**

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| *Jul 1* | *Bought* | *MARIN SOFTWARE INCORPORATED COMMON STOCK* | 1,000 | 9.000 | -$9,006.95 |
| *Jul 1* | *Bought* | *MARIN SOFTWARE INCORPORATED COMMON STOCK* | 1,200 | 11.350 | -$13,626.95 |
| *Jul 1* | *Bought* | *MARIN SOFTWARE INCORPORATED COMMON STOCK* | 1,200 | 12.300 | -$14,766.95 |
| *Jul 1* | *Sold* | *MARIN SOFTWARE INCORPORATED COMMON STOCK* | 1,000 | 9.500 | $9,493.00 |
| *Jul 1* | *Sold* | *MARIN SOFTWARE INCORPORATED COMMON STOCK* | 1,200 | 13.100 | $15,712.96 |
| *Jul 1* | *Sold* | *MARIN SOFTWARE INCORPORATED COMMON STOCK* | 1,200 | 12.600 | $15,112.97 |
| *Jul 1* | *Sold* | *WORKHORSE GROUP INC COM* | 200 | 17.500 | $3,493.03 |
| *Jul 2* | *Bought* | *SELLAS LIFE SCIENCES GROUP INC COMMON STOCK* | 1,200 | 14.700 | -$17,646.95 |

## Portfolio Assets — Canadian Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT JUN 30 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Cash & Cash Equivalents* | | | | | |
| *CASH* | — | $955.67 | — | $955.67 | — |

HRI-*04035110*



# INVESTOR'S EDGE SELF-DIRECTED TAX FREE SAVINGS ACCOUNT

**June 1-June 30, 2021**
*(previous statement May 31, 2021)*

## Portfolio Assets — Canadian Dollars (continued)

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT JUN 30 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Equities* | | | | | |
| *BOMBARDIER INC-CL B SUB-VTG (BBD.B/TSX)* | 25,000 | $15,506.95 | 1.170 | $29,250.00 | 25,000 |
| *HEXO CORP COM NEW (HEXO/TSX)* | 177 | $2,005.54 | 7.200 | $1,274.40 | 177 |
| *META MATLS INC COMMON STOCK (MMAT/US)* | 600 | $13,396.09 | 9.288 | $5,572.80 | — |
| *NOVAGOLD RESOURCES INC COM (NG/TSX)* | 550 | $8,671.90 | 9.940 | $5,467.00 | 550 |
| *NEW GOLD INC (NGD/TSX)* | 1,000 | $2,786.95 | 2.230 | $2,230.00 | 1,000 |
| SUBTOTAL | | $42,367.43 | | $43,794.20 | |
| SUBTOTAL FOR CANADIAN DOLLARS | | $43,323.10 | | $44,749.87 | |

## Portfolio Assets — U.S. Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT JUN 30 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Cash & Cash Equivalents* | | | | | |
| *CASH* | — | $20,213.81 | — | $20,213.81 | — |
| *Equities* | | | | | |
| *INDIA GLOBALIZATION CAPITAL INC COMMON STOCK (IGC/US)* | 1,500 | $4,596.95 | 1.640 | $2,460.00 | 1,500 |
| *IDEANOMICS INC COMMON STOCK (IDEX/US)* | 700 | $3,681.95 | 2.840 | $1,988.00 | 700 |
| *META MATLS INC COMMON STOCK (MMAT/US)* | 150 | $2,676.95 | 7.490 | $1,123.50 | — |
| *NAKED BRAND GROUP LIMITED ORDINARY SHARES (NAKD/US)* | 3,000 | $3,006.95 | 0.644 | $1,932.00 | 3,000 |
| *SOS LTD AMERICAN DPSTRY SHRS ECH RPRSNTNG TEN CL A SHARES (SOS/US)* | 1,000 | $6,630.00 *f* | 3.310 | $3,310.00 | 1,000 |
| *WORKHORSE GROUP INC COM (WKHS/US)* | 200 | $2,846.95 | 16.590 | $3,318.00 | — |
| SUBTOTAL | | $23,439.75 | | $14,131.50 | |
| SUBTOTAL FOR U.S. DOLLARS | | $43,653.56 | | $34,345.31 | |
| *Canadian dollar equivalent ($1.00 U.S. equals $1.24050 CAN)* | | $54,152.24 | | $42,605.36 | |
| TOTAL PORTFOLIO IN CANADIAN DOLLARS | | $97,475.34 | | $87,355.23 | |



# INVESTOR'S EDGE SELF-DIRECTED TAX FREE SAVINGS ACCOUNT

**June 1-June 30, 2021**
*(previous statement May 31, 2021)*

## Account Activity — Canadian Dollars (continued)

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Jun 11 | Bought | ATHABASCA OIL CORPORATION COM UNSOLICITED | 7,500 | 0.790 | -$5,931.95 |
| Jun 11 | Sold | SUNCOR ENERGY INC UNSOLICITED | -200 | 30.610 | $6,115.05 |
| Jun 11 | Sold | WHITECAP RESOURCES INC UNSOLICITED | -700 | 6.320 | $4,417.05 |
| Jun 14 | Sold | SUNCOR ENERGY INC UNSOLICITED | -100 | 30.700 | $3,063.05 |
| Jun 15 | Transfer | ALFI INC COMMON STOCK SAME A/C CURRENCY TRANSFER | -2,000 | — | — |
| Jun 15 | Dividend | WHITECAP RESOURCES INC CASH DIV ON 700 SHS REC MAY 31 2021 PAY JUN 15 2021 | — | — | $10.56 |
| Jun 16 | Sold | ATHABASCA OIL CORPORATION COM UNSOLICITED WE ARE ACTING AS PRINCIPAL | -7,500 | 0.830 | $6,218.05 |
| Jun 17 | Contrib | REGULAR CONTRIBUTION | — | — | $6,000.00 |
| Jun 17 | Bought | ALFI INC COMMON STOCK UNSOLICITED EXCHANGE RATE 1.23500000 | 1,000 | 5.490 | -$6,788.73 |
| Jun 17 | Bought | ALFI INC COMMON STOCK UNSOLICITED EXCHANGE RATE 1.23500000 | 1,000 | 5.200 | -$6,430.58 |
| Jun 18 | Bought | TORCHLIGHT ENERGY RESOURCES INC UNSOLICITED EXCHANGE RATE 1.23200000 | 1,000 | 5.590 | -$6,895.44 |
| Jun 18 | Bought | TORCHLIGHT ENERGY RESOURCES INC UNSOLICITED EXCHANGE RATE 1,24100000 | 970 | 5.880 | -$7,086.79 |
| Jun 18 | Sold | TORCHLIGHT ENERGY RESOURCES INC UNSOLICITED EXCHANGE RATE 1.20200000 | -1,000 | 5.740 | $6,891.07 |
| Jun 18 | Sold | TORCHLIGHT ENERGY RESOURCES INC UNSOLICITED EXCHANGE RATE 1.20950000 | -970 | 5.990 | $7,019.08 |
| Jun 21 | Bought | TORCHLIGHT ENERGY RESOURCES INC UNSOLICITED EXCHANGE RATE 1.24600000 | 1,000 | 5.150 | -$6,425.56 |
| Jun 21 | Bought | TORCHLIGHT ENERGY RESOURCES INC UNSOLICITED EXCHANGE RATE 1.24950000 | 1,900 | 5.429 | -$12,897.28 |