NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

Name of Debtor: META MATERIALS, INC

Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

    RICARDO CERVANTES
    1233 E WILLOW ST
    ANAHEIM CA 92805

    Telephone Number: (714) 366-6914

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: 703746636

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

    ROBINHOOD, 85 WILLOW ROAD, MENLO PARK, CA 94025

    Telephone Number: (888) 275-8523

3. Date Equity Interest was acquired: BETWEEN 06/29/21 AND 01/21/24 SEE ATTACHED DOCUMENTATION

4. Total amount of member interest: 200 SHARES FOR $10,678.61

5. Certificate number(s): SEE ATTACHED DOCUMENTATION

6. Type of Equity Interest:
    Please indicate the type of Equity Interest you hold:
    ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
    ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
    Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
    DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
    Check the appropriate box.
    ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: RICARDO CERVANTES
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature)  (Date) 12/12/24

Telephone number: (714) 366-6914  email: occervantes@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

PROOF OF INTEREST SUPPLEMENTAL INFORMATION:
CASE# 24-50792, META MATERIALS, INC
FOR: RICARDO CERVANTES

BROKER: ROBINHOOD
ACCT# 703746636
TRANSACTIONS (PRE REVERSE SPLIT)

| Date | Action | Shares | Price | Amount | Status |
|---|---|---|---|---|---|
| 06/29/21 | Purchased | 10 shares | $7.51/share | $75.10 | Invested |
| 06/29/21 | Purchased | 15 shares | $7.45/share | $111.75 | Invested |
| 07/06/21 | Purchased | 50 shares | $6.75/share | $337.50 | Invested |
| 07/22/21 | Purchased | 60 shares | $3.56/share | $213.60 | Invested |
| 07/26/21 | Purchased | 40 shares | $3.49/share | $139.51 | Invested |
| 09/10/21 | Purchased | 15 shares | $5.30/share | $79.50 | Invested |
| 10/12/21 | Purchased | 27 shares | $5.02/share | $135.54 | Invested |
| 10/15/21 | Purchased | 8 shares | $5.02/share | $40.16 | Invested |
| 11/30/21 | Purchased | 30 shares | $3.53/share | $105.90 | Invested |
| 12/02/21 | Purchased | 30 shares | $3.34/share | $100.20 | Invested |
| 12/03/21 | Purchased | 50 shares | $3.23/share | $161.50 | Invested |
| 01/20/22 | Purchased | 40 shares | $2.04/share | $81.60 | Invested |
| 03/02/22 | Purchased | 160 shares | $1.56/share | $249.60 | Invested |
| 03/03/22 | Purchased | 40 shares | $1.56/share | $62.40 | Invested |
| 03/04/22 | Purchased | 100 shares | $1.51/share | $151.00 | Invested |
| 04/21/22 | Purchased | 160 shares | $1.37/share | $219.20 | Invested |
| 04/21/22 | Purchased | 115 shares | $1.35/share | $155.25 | Invested |
| 04/22/22 | Purchased | 25 shares | $1.28/share | $32.00 | Invested |
| 07/12/22 | Purchased | 100 shares | $.956/share | $95.60 | Invested |
| 09/22/22 | Purchased | 200 shares | $.68/share | $136.00 | Invested |
| 09/29/22 | Purchased | 100 shares | $.655/share | $65.50 | Invested |
| 10/02/22 | Purchased | 100 shares | $.65/share | $65.00 | Invested |
| 10/06/22 | Purchased | 100 shares | $.6742/share | $67.42 | Invested |
| 10/06/22 | Purchased | 100 shares | $.6766/share | $67.66 | Invested |
| 11/29/22 | Purchased | 350 shares | $1.80/share | $630.00 | Invested |
| 12/07/22 | Purchased | 50 shares | $2.20/share | $110.00 | Invested |
| 12/12/22 | Purchased | 100 shares | $1.25/share | $125.00 | Invested |
| 02/21/23 | Purchased | 250 shares | $.68/share | $170.00 | Invested |
| 02/21/23 | Purchased | 600 shares | $.67/share | $402.00 | Invested |
| 02/21/23 | Purchased | 150 shares | $.67/share | $100.50 | Invested |
| 04/14/23 | Purchased | 1000 shares | $.215/share | $215.00 | Invested |
| 04/19/23 | Purchased | 500 shares | $.2071/share | $103.55 | Invested |
| 05/21/23 | Purchased | 5000 shares | $.195/share | $975.00 | Invested |
| 06/22/23 | Purchased | 6000 shares | $.185/share | $1110.00 | Invested |
| 07/20/23 | Purchased | 1000 shares | $.21/share | $210.00 | Invested |
| 12/05/23 | Purchased | 2000 shares | $.0649/share | $129.80 | Invested |
| 01/21/24 | Purchased | 1000 shares | $.0685/share | $68.50 | Invested |

Continued:
PROOF OF INTEREST SUPPLEMENTAL INFORMATION
CASE# 24-50792, META MATERIALS, INC
FOR: RICARDO CERVANTES
BROKER: ROBINHOOD
ACCT# 703746636

TOTAL METAMATERIALS (MMAT) SHARES PURCHASED BETWEEN 06/29/21 AND 01/21/24 WAS 19,675 SHARES WITH $7297.84 INVESTED.

THERE WERE 325 SHARES OF METAMATERIALS THAT TRANSFERRED FROM WHEN TORCHLIGHT ENERGY RESOURCES (TRCH) AND METAMATERIALS (MMAT) REVERSE MERGED $3,380.77 INVESTED BETWEEN 06/03/21 AND 06/25/21

TOTAL METAMATERIALS (MMAT) SHARES WERE 20,000 BEFORE THE 1/100 REVERSE SPLIT. AFTER 1/100 REVERSE SPLIT 200 SHARE $10,678.61 INVESTED

TRANSACTIONS:TORCHLIGHT ENERGY (TRCH) BEFORE MERGER TO WITH METAMATERIALS (MMAT)

| Date | Action | Shares | Price | Amount | |
|---|---|---|---|---|---|
| 06/03/21 | Purchased | 3 shares | $2.75/share | $8.25 | Invested |
| 06/09/21 | Purchased | 195 shares | $3.20/share | $623.73 | Invested |
| 06/09/21 | Purchased | 27 shares | $3.20/share | $86.40 | Invested |
| 06/10/21 | Purchased | 25 shares | $3.06/share | $76.50 | Invested |
| 06/10/21 | Purchased | 50 shares | $2.96/share | $148.00 | Invested |
| 06/17/21 | Purchased | 48 shares | $4.94/share | $237.12 | Invested |
| 06/17/21 | Purchased | 12 shares | $4.96/share | $59.52 | Invested |
| 06/22/21 | Purchased | 245 shares | $7.86/share | $1925.70 | Invested |
| 06/25/21 | Purchased | 45 shares | $4.79/share | $215.55 | Invested |

TOTAL TORCHLIGHT ENERGY (TRCH) 650 SHARES BEFORE MERGER WITH METAMATERIALS (MMAT)  $3380.77 INVESTED

AFTER MERGER THERE WAS A 2/1 REVERSE SPLIT. 1 SHARE OF METAMATERIALS (MMAT) FOR EVERY 2 TORCHLIGHT ENERGY (TRCH)
AFTER MERGER RECEIVED 325 SHARES METAMATERIALS (MMAT)

19,675 SHARES OF METAMATERIALS PURCHASED
325 SHARES OF METAMATERIALS TRANSFERRED FROM TORCHLIGHT ENERGY (TRCH)

TOTAL METAMATERIALS (MMAT) SHARES WERE 20,000 BEFORE THE 1/100 REVERSE SPLIT. AFTER 1/100 REVERSE SPLIT 200 SHARE $10,678.61 INVESTED.

I DID NOT SELL ANY SHARES DURING THIS TIME FRAME AND AM STILL HOLDING 200 SHARES IN MY ROBINHOOD ACCOUNT



Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| ███████████████ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███████████████ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███████████████ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| Meta Materials Estimated Yield: 0.00% | MMATQ | Cash | 200 | $0.0610 | $12.20 | $0.00 | 0.41% |
| ███████████████ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███████████████ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| **Total Securities** | | | | | ███ | ███ | ███ |
| **Brokerage Cash Balance** | | | | | ███ | | |
| **Total Priced Portfolio** | | | | | ███ | | |