NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor:
**Meta Materials, Inc.**

Case Number:
**24-50792**

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Stefanie A. Hall
1324 W. Foothill Blvd. Apt. 15A
Upland, CA 91786

Telephone Number:
(909) 701·9078

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AM
AND FILED
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
**5NZ-31676-11 RR WEA**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Stefanie A. Hall
44 Wall Street, New York, NY 10005
Telephone Number:

**3.** Date Equity Interest was acquired:
Between 06/23/2021 - 05/19/2022
See attached documentation

**4.** Total amount of member interest: 3,487 shares for $16,756.77

**5.** Certificate number(s): See attached documentation

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Stefanie A. Hall
Title: _____
Company:__ Address and telephone number (if different from notice address above):
_____
_____

(Signature)

12·12·2024
(Date)

Telephone number: (909) 701 9078    email: StefanieAnn3@gmail

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Proof of Interest Supplemental Information

Case: 24-50792, Meta Materials, Inc.

Broker: Webull Financial LLC

Acct: 5NZ-31676-11 RR WEA

### *Transactions (Pre-Reverse Split)*

06/23/2021     Purchased 100 shares (TRCH) Price: $8.55     ($855.00 Total invested)

06/23/2021     Purchased 200 shares (TRCH) Price: $10.06     ($2,012.00 Total invested)

06/24/2021     Purchased 100 shares (TRCH) Price: $7.29     ($729.00 Total invested)

06/28/2021     Purchased 200 shares (TRCH) Price: $4.95     ($990.00 Total invested)

### *REVERSE SPLIT*

06/25/2021     300 shares (MMAT)

06/25/2021     -600 shares (TRCH)

### *Transactions (Post Reverse Split)*

08/12/2021     Purchased 574 shares (MMAT) Price: $3.64     ($2,089.36 Total invested)

08/12/2021     Purchased 763 shares (MMAT) Price: $3.67     ($2,800.21 Total invested)

11/24/2021     Purchased 1,741 shares (MMAT) Price: $4.06     ($7,068.46 Total invested)

01/24/2022     Purchased 100 shares (MMAT) Price: $1.97     ($197.00 Total invested)

03/10/2022     SOLD 4 shares (MMAT) Price: $1.62     ($6.46 Total recovered)

03/10/2022     SOLD 178 shares (MMAT) Price: $1.59     ($282.99 Total recovered)

03/10/2022     SOLD 100 shares (MMAT **PFD SER A**) Price: $1.78 ($177.98 Total recovered)

03/25/2022     SOLD 296 shares (MMAT) Price: $1.90     ($562.35 Total recovered)

04/04/2022     SOLD 3,000 shares (MMAT) Price: $1.68     ($5,039.58 Total recovered)

04/06/2022     Purchased 9 shares (MMAT) Price: $1.69     ($15.21 Total invested)

05/19/2022     SOLD 24 shares (MMAT) Price: $1.27     ($30.46 Total invested)

05/19/2022     SOLD 276 shares (MMAT **PFD SER A**) Price: $1.26 ($347.71 Total recovered)



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**INDIVIDUAL ACCOUNT**

*June 1, 2021 – June 30, 2021*

PAGE 2 OF 8

ACCOUNT NUMBER    **5NZ-31676-11 RR WEA**

STEFANIE ANNE HALL

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIODS MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | C | 1,000 | $56.68 | $56,680.00 | $30,038.00 | 89% | | 94.814% |
| ADT INC COMMON STOCK | ADT | C | 1 | 10.79 | 10.79 | 10.34 | 4 | | .018 |
| GAMESTOP CORP CLASS A | GME | C | 2 | 214.14 | 428.28 | 444.00 | -4 | | .716 |
| META MATLS INC COMMON STOCK | MMAT | C | 300 | 7.49 | 2,247.00 | | N/A | | 3.759 |
| **Total Equities** | | | | | **$59,366.07** | | | | **99.307%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$414.00** | | | | **0.693%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$59,780.07** | | | | |

## ACCOUNT ACTIVITY

### BUY / SELL TRANSACTIONS

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 06/15/21 | C | AMC ENTERTAINMENT HOLDINGS INC CL A COM CUSIP-001650104 | 150 | $49.84 | | $7,475.94 |
| BOUGHT | 06/23/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP-891020103 | 100 | 8.55 | 855.00 | |

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*June 1, 2021 - June 30, 2021*

PAGE 3 OF 8

ACCOUNT NUMBER    **5NZ-316676-11 RR WEA**

**STEFANIE ANNE HALL**

## INDIVIDUAL ACCOUNT

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 06/23/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP:89102U103 | 200 | 10.06 | 2,012.00 | |
| BOUGHT | 06/24/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP:89102U103 | 100 | 7.29 | 729.00 | |
| BOUGHT | 06/28/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP:89102U103 | 200 | 4.95 | 990.00 | |

**Total Buy / Sell Transactions** $4,586.00

**FUNDS PAID AND RECEIVED**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| ACH | 06/16/21 | C | ACH DISBURSEMENT SEN(20210616001559) | | | | $2,475.94 |

**Total Funds Paid And Received** $2,475.94

**MISCELLANEOUS TRANSACTIONS**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| REV SPLIT | 06/25/21 | C | META MATLS INC COM RESULT OF REVERSE SPLIT CUSIP: 59134N104 | 300 | | | |
| REV SPLIT | 06/25/21 | C | TORCHLIGHT ENERGY RESOURCES INC REVERSE SPLIT @ 1:2 INTO 59134N104 CUSIP: 89102U103 | -600 | | | |

**Total Miscellaneous Transactions**

$7,475.94

**I N D I V I D U A L    A C C O U N T**

*July 1, 2021 - July 31, 2021*

PAGE 2 OF 8

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER    **5NZ-31676-11 RR WEA**

STEFANIE ANNE HALL

## ▼ PORTFOLIO SUMMARY

### EQUITIES / OPTIONS

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | C | 1,000 | $37.02 | $37,020.00 | $56,680.00 | -35% | | 96.399% |
| ADT INC COMMON STOCK | ADT | C | 1 | 10.49 | 10.49 | 10.79 | -3 | | .027 |
| GAMESTOP CORP CLASS A | GME | C | 2 | 161.12 | 322.24 | 428.28 | -25 | | .839 |
| META MATLS INC COMMON STOCK | MMAT | C | 300 | 3.50 | 1,050.00 | 2,247.00 | -53 | | 2.734 |
| META MATLS INC PFD SER A | 59134N203 | C | 400 | Not Available | | | N/A | | N/A |
| **Total Equities** | | | | | **$38,402.73** | | | | **100.000%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$38,402.73** | | | | |

## ▼ ACCOUNT ACTIVITY

### BUY / SELL TRANSACTIONS

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 07/06/21 | C | KRISPY KREME INC COMMON STOCK PRODUCT DESCRIPTION UNDER SEPARATE COVER CUSIP-50101L106 | 10 | $18.53 | $185.30 | |

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*July 1, 2021 - July 31, 2021*

ACCOUNT NUMBER    **5NZ-31676-11 RR WEA**

PAGE 3 OF 8

**STEFANIE ANNE HALL**

▼ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 07/06/21 | C | KRISPY KREME INC COMMON STOCK PRODUCT DESCRIPTION UNDER SEPARATE COVER CUSIP: 50101L106 | 10 | 20 | | 199.98 |
| BOUGHT | 07/08/21 | C | META MATLS INC PFD SER A SPINOFF ON 400 SHS TORCHLIGHT ENERGY RESOURCES REC 06/24/21 PAY 06/25/21 AS OF 07/07/21 CUSIP: 59134N203 | 400 | | | |

| **Total Buy / Sell Transactions** | | | | | | **$185.30** | **$199.98** |

**DIVIDENDS AND INTEREST**

| DIVIDEND | 07/01/21 | C | ADT INC COMMON STOCK CASH DIV ON 1 SHS REC 06/17/21 PAY 07/01/21 CUSIP: 00090Q103 | | $0.035 | | $0.04 |

| **Total Dividends And Interest** | | | | | | | **$0.04** |

**FUNDS PAID AND RECEIVED**

| ACH | 07/07/21 | C | ACH DISBURSEMENT SEN(20210707006648) | | | $428.72 | |

| **Total Funds Paid And Received** | | | | | | **$428.72** | |



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*August 1, 2021 – August 31, 2021*

PAGE 2 OF 8

**ACCOUNT NUMBER   5NZ-316176-11 RR WEA**

**STEFANIE ANNE HALL**

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | C | 850 | $47.13 | $40,060.50 | $37,020.00 | 8% | | 83.255% |
| ADT INC COMMON STOCK | ADT | C | 1 | 8.56 | 8.56 | 10.49 | -18 | | .018 |
| GAMESTOP CORP CLASS A | GME | C | 2 | 218.24 | 436.48 | 322.24 | 35 | | .907 |
| META MATLS INC COMMON STOCK | MMAT | C | 1,637 | 4.65 | 7,612.05 | 1,050.00 | 625 | | 15.820 |
| META MATLS INC PFD SER A | 59134N203 | C | 400 | Not Available | | | N/A | | N/A |
| **Total Equities** | | | | | **$48,117.59** | | | | **100.000%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$48,117.59** | | | | |

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 08/12/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 574 | $3.64 | $2,089.36 | |
| BOUGHT | 08/12/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 763 | 3.67 | 2,800.21 | |

# INDIVIDUAL ACCOUNT

*August 1, 2021 – August 31, 2021*

## Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER   **5NZ-31676-11  RR WEA**

PAGE 3 OF 8

**STEFANIE ANNE HALL**

▼ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 08/12/21 | C | AMC ENTERTAINMENT HOLDINGS INC CL A COM CUSIP: 00165C104 | 150 | 37.24 | | 5,585.95 |
| **Total Buy / Sell Transactions** | | | | | | **$4,889.57** | **$5,585.95** |

**FUNDS PAID AND RECEIVED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACH | 08/16/21 | C | ACH DISBURSEMENT SEN(20210814059509) | | | $696.38 | |
| **Total Funds Paid And Received** | | | | | | **$696.38** | |

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

September 1, 2021 - September 30, 2021

PAGE 2 OF 8

**I N D I V I D U A L   A C C O U N T**

ACCOUNT NUMBER   **5NZ-31676-11  RR WEA**

STEFANIE ANNE HALL

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | C | 800 | $38.06 | $30,448.00 | $40,060.50 | -24% | | 75.612% |
| ADT INC COMMON STOCK | ADT | C | 1 | 8.09 | 8.09 | 8.56 | -5 | | .020 |
| GAMESTOP CORP CLASS A | GME | C | 2 | 175.47 | 350.94 | 436.48 | -20 | | .871 |
| META MATLS INC COMMON STOCK | MMAT | C | 1,637 | 5.78 | 9,461.86 | 7,612.05 | 24 | | 23.497 |
| META MATLS INC PFD SER A | 59134N203 | C | 400 | Not Available | | | N/A | N/A | N/A |
| **Total Equities** | | | | | $40,268.89 | | | | 100.000% |

## TOTAL PRICED PORTFOLIO   $40,268.89

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| SOLD | 09/08/21 | C | AMC ENTERTAINMENT HOLDINGS INC CL A COM CUSIP: 001650104 | 50 | 44 | | $2,199.97 |
| **Total Buy / Sell Transactions** | | | | | | | $2,199.97 |

**I N D I V I D U A L    A C C O U N T**

*October 1, 2021 - October 31, 2021*

PAGE 2 OF 8

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER    **5NZ-31676-11  RR WEA**

**STEFANIE ANNE HALL**

## ▼ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIODS MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | C | 800 | $35.37 | $28,296.00 | $30,448.00 | -7% | | 77.502% |
| ADT INC COMMON STOCK | ADT | C | 1 | 8.35 | 8.35 | 8.09 | 3 | | .023 |
| META MATLS INC COMMON STOCK | MMAT | C | 1,637 | 4.70 | 7,693.90 | 9,461.86 | -19 | | 21.073 |
| META MATLS INC PFD SER A | MMTLP | C | 400 | 1.28 | 512.00 | | N/A | | 1.402 |
| **Total Equities** | | | | | **$36,510.25** | | | | **100.000%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$36,510.25** | | | | |

## ▼ ACCOUNT ACTIVITY

**BUY / SELL TRANSACTIONS**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 10/20/21 | C | GAMESTOP CORP CLASS A CUSIP: 36467W109 | 2 | $186.40 | | $372.78 |
| **Total Buy / Sell Transactions** | | | | | | | **$372.78** |

# I N D I V I D U A L    A C C O U N T

*October 1, 2021 - October 31, 2021*

PAGE 2 OF 8

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER    **5NZ-31676-11 RR WEA**

**STEFANIE ANNE HALL**

## ▼ PORTFOLIO SUMMARY

### EQUITIES / OPTIONS

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | C | 800 | $35.37 | $28,296.00 | $30,448.00 | -7% | | 77.502% |
| ADT INC COMMON STOCK | ADT | C | 1 | 8.35 | 8.35 | 8.09 | 3 | | .023 |
| META MATLS INC COMMON STOCK | MMAT | C | 1,637 | 4.70 | 7,693.90 | 9,461.86 | -19 | | 21.073 |
| META MATLS INC PFD SER A | MMTLP | C | 400 | 1.28 | 512.00 | | N/A | | 1.402 |
| **Total Equities** | | | | | **$36,510.25** | | | | **100.000%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$36,510.25** | | | | |

## ▼ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| SOLD | 10/20/21 | C | GAMESTOP CORP CLASS A CUSIP: 36467W109 | 2 | $186.40 | | $372.78 |
| **Total Buy / Sell Transactions** | | | | | | | **$372.78** |

**I N D I V I D U A L   A C C O U N T**

*November 1, 2021 - November 30, 2021*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER     **5NZ-31676-11  RR WEA**

**STEFANIE ANNE HALL**

## ▼ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | C | 600 | $33.94 | $20,364.00 | $28,296.00 | -28% | | 60.756% |
| ADT INC COMMON STOCK | ADT | C | 1 | 8.31 | 8.31 | 8.35 | <1 | .025 | |
| META MATLS INC COMMON STOCK | MMAT | C | 3,378 | 3.67 | 12,397.26 | 7,693.90 | 61 | | 36.987 |
| META MATLS INC PFD SER A | MMTLP | C | 400 | 1.87 | 748.00 | 512.00 | 46 | | 2.232 |
| **Total Equities** | | | | | **$33,517.57** | | | | **100.000%** |

## ▼ TOTAL PRICED PORTFOLIO

**$33,517.57**

## ▼ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 11/24/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1,741 | $4.06 | $7,068.46 | |
| SOLD | 11/24/21 | C | AMC ENTERTAINMENT HOLDINGS INC CL A COM CUSIP: 001166C104 | 200 | 42.3201 | | 8,463.95 |
| **Total Buy / Sell Transactions** | | | | | | **$7,068.46** | **$8,463.95** |

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

**December 1, 2021 - December 31, 2021**

ACCOUNT NUMBER    **5NZ-316676-11 RR WEA**

STEFANIE ANNE HALL

**I N D I V I D U A L    A C C O U N T**

## ▼ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | C | 400 | $27.20 | $10,880.00 | $20,364.00 | -47% | | 50.724% |
| ADT INC COMMON STOCK | ADT | C | 1 | 8.41 | 8.41 | 8.31 | 1 | | .039 |
| GAMESTOP CORP CLASS A | GME | C | 11 | 148.39 | 1,632.29 | N/A | N/A | | 7.610 |
| META MATLS INC COMMON STOCK | MMAT | C | 3,378 | 2.46 | 8,309.88 | 12,397.26 | -33 | | 38.741 |
| META MATLS INC PFD SER A | MMTLP | C | 400 | 1.51 | 604.00 | 748.00 | -19 | | 2.816 |
| PIONEER POWER SOLUTIONS INC | PPSI | C | 2 | 7.50 | 15.00 | N/A | N/A | | .070 |
| **Total Equities** | | | | | **$21,449.58** | | | | **100.000%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$21,449.58** | | | | |

## ▼ ACCOUNT ACTIVITY

### BUY / SELL TRANSACTIONS

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 12/07/21 | C | AMC ENTERTAINMENT HOLDINGS INC CL A COM CUSIP: 00165C104 | 200 | $30.20 | | $6,039.94 |

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*January 1, 2022 - January 31, 2022*

**INDIVIDUAL ACCOUNT**

ACCOUNT NUMBER    **5NZ-31676-11 RR WEA**    PAGE 3 OF 11

STEFANIE ANNE HALL

## PORTFOLIO SUMMARY (CONTINUED)

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** (continued) | | | | | | | | | |
| SPHERE 3D CORP NEW COM NO PAR | ANY | C | 150 | 2.10 | 315.00 | N/A | | | 2.914 |

| | | | MARKET VALUE | | | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|
| **Total Equities** | | | $10,806.36 | | | 99.966% |
| **Total Options** | | | $-3.50 | | | 0.032% |
| **Total Cash (Net Portfolio Balance)** | | | $0.15 | | | 0.001% |
| **TOTAL PRICED PORTFOLIO** | | | $10,803.01 | | | |

## ▼ ACCOUNT ACTIVITY

### BUY / SELL TRANSACTIONS

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 01/10/22 | C | GAMESTOP CORP CLASS A CUSIP: 36467W109 | 11 | $161.01 | | $1,771.09 |
| SOLD | 01/10/22 | C | PIONEER POWER SOLUTIONS INC CUSIP: 723836500 | 2 | 7.89 | | 15.76 |
| SOLD | 01/21/22 | C | CALL MMAT 03/18/22  5 META MATLS INC OPEN CONTRACT Security Number: 9KXKMD0 | 1 | 0.11 | | 10.94 |
| BOUGHT | 01/24/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 100 | 1.97 | 197.00 | |

# INDIVIDUAL ACCOUNT

*January 1, 2022 - January 31, 2022*

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER   **5NZ-31676-11 RR WEA**

PAGE 2 OF 11

STEFANIE ANNE HALL

## ▼ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | C | 110 | $16.06 | $1,766.60 | $10,880.00 | -84% | | 16.342% |
| ADT INC COMMON STOCK | ADT | C | 1 | 7.59 | 7.59 | 8.41 | -10 | | .070 |
| EXICURE INC COMMON STOCK | XCUR | C | 1,826 | 0.199 | 363.01 | N/A | N/A | | 3.358 |
| ESPORTS ENTERTAINMENT GROUP INC COMMON STOCK | GMBL | C | 264 | 3.04 | 802.56 | N/A | N/A | | 7.424 |
| GAMESTOP CORP CLASS A | GME | C | 8 | 108.93 | 871.44 | 1,632.29 | -47 | | 8.061 |
| ION GEOPHYSICAL CORPORATION COM | IO | C | 765 | 0.46 | 351.90 | N/A | N/A | | 3.255 |
| META MATLS INC COMMON STOCK | MMAT | C | 3,478 | 1.67 | 5,808.26 | 8,309.88 | -30 | | 53.730 |
| CALL MMAT  03/18/22   5 META MATLS INC EXP 03/18/2022 | 9KXKMDO | C | -1 | 0.035 | -3.50 | N/A | N/A | | .032 |
| META MATLS INC PFD SER A | MMTLP | C | 400 | 1.30 | 520.00 | 604.00 | -14 | | 4.810 |

# INDIVIDUAL ACCOUNT



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

February 1, 2022 - February 28, 2022

PAGE 2 OF 10

ACCOUNT NUMBER    **5NZ-31676-11 RR WEA**

STEFANIE ANNE HALL

## ▼ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| ADT INC COMMON STOCK | ADT | C | 1 | $7.31 | $7.31 | $7.59 | -4% | | .075% |
| META MATLS INC COMMON STOCK | MMAT | C | 3,478 | 2.15 | 7,477.70 | 5,808.26 | 29 | | 77.223 |
| CALL MMAT  03/18/22  5 META MATLS INC EXP 03/18/2022 | 9KKMD0 | C | -1 | 0.015 | -1.50 | -3.50 | 57 | | .015 |
| META MATLS INC PFD SER A | MMTLP | C | 400 | 1.94 | 776.00 | 520.00 | 49 | | 8.014 |
| VINCO VENTURES INC COMMON STOCK | BBIG | C | 555 | 2.56 | 1,420.80 | | N/A | | 14.673 |
| **Total Equities** | | | | | **$9,681.81** | | | | **99.985%** |
| **Total Options** | | | | | **$-1.50** | | | | **0.015%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$9,680.31** | | | | |

## ▼ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| SOLD | 02/03/22 | C | GAMESTOP CORP CLASS A CUSIP: 36467W109 | 8 | $111.50 | | $891.98 |

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*March 1, 2022 – March 31, 2022*

ACCOUNT NUMBER    **5NZ-31676-11  RR WEA**

PAGE 2 OF 10

**I N D I V I D U A L    A C C O U N T**

STEFANIE ANNE HALL

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 3,000 | $1.67 | $5,010.00 | $7,477.70 | -33% | | 88.541% |
| META MATLS INC PFD SER A | MMTLP | C | 300 | 1.22 | 366.00 | 776.00 | -53 | 6.468 | 6.468 |
| **Total Equities** | | | | | | $5,376.00 | | | 95.009% |
| **Total Cash (Net Portfolio Balance)** | | | | | | $282.41 | | | 4.991% |
| **TOTAL PRICED PORTFOLIO** | | | | | | **$5,658.41** | | | |

## ACCOUNT ACTIVITY

### BUY / SELL TRANSACTIONS

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 03/08/22 | C | CALL MMAT  03/18/22  5 META MATLS INC OPEN CONTRACT Security Number: 9KKKMD0 | 10 | $0.01 | | $9.48 |
| SOLD | 03/10/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 4 | 1.62 | | 6.46 |
| SOLD | 03/10/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 178 | 1.59 | | 282.99 |

# INDIVIDUAL ACCOUNT

*March 1, 2022 – March 31, 2022*

ACCOUNT NUMBER    **5NZ-31676-11   RR WEA**

PAGE 3 OF 10

STEFANIE ANNE HALL



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 03/10/22 | C | META MATLS INC PFD SER A CUSIP: 59134N203 | 100 | 1.78 | | 177.98 |
| SOLD | 03/10/22 | C | VINCO VENTURES INC COMMON STOCK CUSIP: 927330100 | 555 | 2.185586 | | 1,212.92 |
| SOLD | 03/11/22 | C | ADT INC COMMON STOCK CUSIP: 00090Q103 | 1 | 7.6129 | | 7.59 |
| BOUGHT | 03/25/22 | C | ZENTEK LTD COMMON CUSIP: 98942X102 | 5 | 8.11 | 40.55 | |
| BOUGHT | 03/25/22 | C | ZENTEK LTD COMMON CUSIP: 98942X102 | 62 | 8.021935 | 497.36 | |
| BOUGHT | 03/25/22 | C | ZENTEK LTD COMMON CUSIP: 98942X102 | 2 | 7.46 | 14.92 | |
| BOUGHT | 03/25/22 | C | ZENTEK LTD COMMON CUSIP: 98942X102 | 2 | 7.95 | 15.90 | |
| SOLD | 03/25/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 296 | 1.90 | | 562.35 |
| SOLD | 03/25/22 | C | ZENTEK LTD COMMON CUSIP: 98942X102 | 7.1 | 3.37 | | 239.25 |
| BOUGHT | 03/29/22 | C | BITNILE HOLDINGS INC COMMON STOCK CUSIP: 09175M101 | 300 | 0.78 | 234.00 | |

# INDIVIDUAL ACCOUNT



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*April 1, 2022 - April 30, 2022*

PAGE 2 OF 8

ACCOUNT NUMBER    **5NZ-31676-11 RR WEA**

STEFANIE ANNE HALL

## ▼ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | C | 9 | $15.30 | $137.70 | N/A | N/A | | 3.644% |
| GAMESTOP CORP CLASS A | GME | C | 26 | 125.07 | 3,251.82 | N/A | N/A | | 86.047 |
| META MATLS INC COMMON STOCK | MMAT | C | 9 | 1.20 | 10.80 | 5,010.00 | -100 | | .286 |
| META MATLS INC PFD SER A | MMTLP | C | 300 | 1.26 | 378.00 | 366.00 | 3 | | 10.002 |
| **Total Equities** | | | | | **$3,778.32** | | | | **99.978%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$0.82** | | | | **0.022%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$3,779.14** | | | | |

## ▼ ACCOUNT ACTIVITY

### BUY / SELL TRANSACTIONS

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 04/01/22 | C | AMC ENTERTAINMENT HOLDINGS INC CL A COM CUSIP-00165C104 | 5 | $26.995 | $134.98 | |
| BOUGHT | 04/01/22 | C | AMC ENTERTAINMENT HOLDINGS INC CL A COM CUSIP-00165C104 | 5 | 28.17 | 140.85 | |

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*April 1, 2022 – April 30, 2022*

ACCOUNT NUMBER    **5NZ-336676-11  RR WEA**

PAGE 3 OF 8

**STEFANIE ANNE HALL**

**I N D I V I D U A L    A C C O U N T**

## ▼ ACCOUNT ACTIVITY (CONTINUED)

### ▼ BUY / SELL TRANSACTIONS (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 04/04/22 | C | AMC ENTERTAINMENT HOLDINGS INC CL A COM CUSIP: 00165C104 | 10 | 25.085 | | 250.83 |
| SOLD | 04/04/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 3,000 | 1.68 | | 5,039.58 |
| BOUGHT | 04/05/22 | C | AMC ENTERTAINMENT HOLDINGS INC CL A COM CUSIP: 00165C104 | 9 | 25.78 | 232.02 | |
| BOUGHT | 04/05/22 | C | GAMESTOP CORP CLASS A CUSIP: 36467W109 | 26 | 194.19 | 5,048.94 | |
| BOUGHT | 04/06/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 9 | 1.69 | 15.21 | |

**Total Buy / Sell Transactions**  **$5,572.00**  **$5,290.41**

### ▼ EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| SOLD | 04/28/22 | 05/02/22 | C | AMC ENTERTAINMENT HOLDINGS INC CL A COM CUSIP: 00165C104 | -9 | $15.65501 | | $140.83 |
| SOLD | 04/29/22 | 05/03/22 | C | GAMESTOP CORP CLASS A CUSIP: 36467W109 | -26 | 130.05 | | 3,381.27 |

**Total Executed Trades Pending Settlement**  **$3,522.10**



# Webull Financial LLC

44 Wall Street, New York, NY 10005

customerservice@webull.us

*May 1, 2022 - May 31, 2022*

PAGE 2 OF 8

ACCOUNT NUMBER    **5NZ-31676-11 RR WEA**

**STEFANIE ANNE HALL**

**INDIVIDUAL ACCOUNT**

## ▼ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE % CHANGE | EST ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 9 | $1.92 | $17.28 | $10.80    60% | | 4.858% |
| **Total Equities** | | | | | | **$17.28** | | **4.858%** |
| **Total Cash (Net Portfolio Balance)** | | | | | | **$338.41** | | **95.142%** |
| **TOTAL PRICED PORTFOLIO** | | | | | | **$355.69** | | |

## ▼ ACCOUNT ACTIVITY

**BUY / SELL TRANSACTIONS**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 05/02/22 | C | AMC ENTERTAINMENT HOLDINGS INC CL A COM CUSIP: 001656C104 | 9 | $15.6501 | | $140.83 |
| SOLD | 05/03/22 | C | GAMESTOP CORP CLASS A CUSIP: 36467W109 | 26 | 130.05 | | 3,381.27 |
| BOUGHT | 05/19/22 | C | VINCO VENTURES INC COMMON STOCK CUSIP: 927330100 | 137 | 2.74 | 375.38 | |
| SOLD | 05/19/22 | C | META MATLS INC PFD SER A CUSIP: 59134N203 | 24 | 1.27 | | 30.46 |

# INDIVIDUAL ACCOUNT

*May 1, 2022 - May 31, 2022*

PAGE 3 OF 8



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER  **5NZ-31676-11  RR WEA**

**STEFANIE ANNE HALL**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 05/19/22 | C | META MATLS INC PFD SER A CUSIP: 59134N203 | 276 | 1.26 | | 347.71 |
| SOLD | 05/31/22 | C | VINCO VENTURES INC COMMON STOCK CUSIP: 927330100 | 137 | 2.45 | | 335.62 |
| **Total Buy / Sell Transactions** | | | | | | **$375.38** | **$4,235.89** |

**FUNDS PAID AND RECEIVED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACH | 05/02/22 | C | ACH DISBURSEMENT SEN(202205025656668) | | | $140.00 | |
| ACH | 05/03/22 | C | ACH DISBURSEMENT SEN(202205033077202) | | | 3,382.92 | |
| **Total Funds Paid And Received** | | | | | | **$3,522.92** | |

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*June 1, 2022 - June 30, 2022*

**I N D I V I D U A L   A C C O U N T**

ACCOUNT NUMBER    **5NZ-31676-11  RR WEA**

STEFANIE ANNE HALL

## ▼ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 9 | $1.03 | $9.27 | $17.28 | -46% | | 100.000% |
| **Total Equities** | | | | | $9.27 | | | | 100.000% |
| **TOTAL PRICED PORTFOLIO** | | | | | **$9.27** | | | | **100.000%** |

## ▼ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 06/03/22 | C | ACH DISBURSEMENT SEN(2022060300660T) | | | $338.41 | |
| **Total Funds Paid And Received** | | | | | | **$338.41** | |