NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials, Inc | Case Number: 24-50792 | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   **Derek Stone**
   **2617 Fallingwater Circle**
   **Ottawa Ontario, Canada**
   **K2J-0R7**

   Telephone Number: **1-613-769-5265**

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   DEC 16 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   COURT USE ONLY

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: 680-1305712 | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: RBC Direct Investing Inc., P.O. BOX 50 ROYAL BANK PLAZA, TORONTO, ON M5J 2W7 Telephone Number: 1-800-769-2560. (Customer Service) | 3. Date Equity Interest was acquired: 16-05-23 - 7-12-23 - 1200 Post Split @ 14.6K |
| 4. Total amount of member interest: Attached | 5. Certificate number(s): See Attached |

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Derek Stone
   Title:
   Company:__ Address and telephone number (if different from notice address above):
   _____
   _____

   (Signature)   Dec 11/24 (Date)

   Telephone number: 1-613-769-5265   email: dstone0605@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

PROOF OF INTEREST SUPPLEMENTAL INFORMATION:
CASE: 24-50792, META MATERIALS, INC.
FOR: Derek Stone
BROKER: RBC Direct Investing Inc., P.O. BOX 50 ROYAL BANK PLAZA, TORONTO, ON M5J 2W7

| Date | Transaction details | | Account |
|---|---|---|---|
| 16-05-23 | Buy: 15000@ $0.2011 Total: $3016.5 | Pre Split | 680-1305712 |
| 24-10-23 | Buy: 20000@ $0.1758 Total: $3516 | Pre Split | 680-1305712 |
| 01-11-23 | Buy: 30000@ $0.1302 Total: $3906 | Pre Split | 680-1305712 |
| 14-11-23 | Buy: 20000@ $0.0907 Total: $1814 | Pre Split | 680-1305712 |
| 07-12-23 | Buy: 35000@ $0.0689 Total: $2411.5 | Pre Split | 680-1305712 |
| Total Shares pre split | | 120000 | Shares |
| Total Invest pre-split | | 14,664.00 | USD |
| Shares Post Split | | 1200 | Post Split 100 reverse Split |



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1896589_005-E:35086-03086

DEREK STONE
2617 FALLINGWATER CIRCLE
NAPEAN ON K2J 0R7

## Confirmation Notice

**DATE**
DECEMBER 5, 2023

**ACCOUNT NO.**  **TYPE**
680-1305712     CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**     **DECEMBER 7, 2023**

| TRANSACTION TYPE | | BOUGHT | | |
|---|---|---|---|---|
| Quantity | Security Description | | Unit Price | |
| 35,000 | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | .06895 U$ | |

| GROSS AMOUNT | 2,413.25 |
|---|---|
| COMMISSION | 9.95 |
| SUB TOTAL | 2,423.20 U$ |
| NET AMOUNT | 2,423.20 U$ |

**CLIENT NAME**               DEREK STONE
**ACCOUNT NO.**               680-1305712 - CSH
**INVESTMENT REPRESENTATIVE** ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W2110 / CUSIP US59134N1046 / SECURITY NO. M067927 / ORDER NO. 352110 / INTERNAL CODES UN 65 / 684 A

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.


**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1416007_004-E:30294-06294

DEREK STONE
2617 FALLINGWATER CIRCLE
NAPEAN ON K2J 0R7

## Confirmation Notice

**DATE**
NOVEMBER 10, 2023

**ACCOUNT NO.**    **TYPE**
680-1305712      CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - USA

**SETTLEMENT DATE**    **NOVEMBER 14, 2023**
AS PRINCIPAL, WE CONVERTED AT    1.4045
**TRANSACTION TYPE**    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 20,000 | META MATLS INC | @ | .0969U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |
| | EXCHANGE RATE   1.40450000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,937.99 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,947.94 U$ |
| EXCHANGE | 787.94 |
| NET AMOUNT | 2,735.88 C$ |

**CLIENT NAME**    DEREK STONE
**ACCOUNT NO.**    680-1305712 - CSH
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W7171 / CUSIP US59134N1046 / SECURITY NO. M067927 / ORDER NO. 377171 / INTERNAL CODES UN 1D / 684 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1142119_004-E:28795-04795

DEREK STONE
2617 FALLINGWATER CIRCLE
NAPEAN ON  K2J 0R7

## Confirmation Notice

**DATE**
OCTOBER 30, 2023

**ACCOUNT NO.**   **TYPE**
680-1305712       CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - USA

**SETTLEMENT DATE**            **NOVEMBER 1, 2023**

| TRANSACTION TYPE | | BOUGHT | |
|---|---|---|---|
| Quantity | Security Description | | Unit Price |
| 30,000 | META MATLS INC<br>COMMON STOCK<br>UNSOLICITED<br>AVG PRICE SHOWN-DETAILS ON REQ<br>DA | @ | .13019U$ |

| | |
|---|---|
| GROSS AMOUNT | 3,905.78 |
| COMMISSION | 9.95 |
| SUB TOTAL | 3,915.73 U$ |
| NET AMOUNT | 3,915.73 U$ |

**CLIENT NAME**                  DEREK STONE
**ACCOUNT NO.**                  680-1305712 - CSH
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W6847  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 386847  /  INTERNAL CODES UN 1D  /  684 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7714903_004-E:30742-06742

DEREK STONE
2617 FALLINGWATER CIRCLE
NAPEAN ON K2J 0R7

## Confirmation Notice

**DATE**
OCTOBER 20, 2023

**ACCOUNT NO.**  **TYPE**
680-1305712   CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - USA

**SETTLEMENT DATE**    **OCTOBER 24, 2023**

| TRANSACTION TYPE | | BOUGHT |
|---|---|---|
| Quantity | Security Description | Unit Price |
| 20,000 | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ .17564U$ |

| | |
|---|---|
| GROSS AMOUNT | 3,512.86 |
| COMMISSION | 9.95 |
| SUB TOTAL | 3,522.81 U$ |
| NET AMOUNT | 3,522.81 U$ |

**CLIENT NAME**           DEREK STONE
**ACCOUNT NO.**           680-1305712 - CSH
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W1175  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 381175  /  INTERNAL CODES UN 1D  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

# RBC Direct Investing Inc.
**ORDER EXECUTION ONLY ACCOUNT**

ADPRB10720_4480308_004-E:27130-03130

DEREK STONE
2617 FALLINGWATER CIRCLE
NAPEAN ON K2J 0R7

## Confirmation Notice

**DATE**
MAY 12, 2023

**ACCOUNT NO.**   **TYPE**
680-1305712         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**            **MAY 16, 2023**

| TRANSACTION TYPE | | **BOUGHT** | | |
|---|---|---|---|---|
| Quantity | Security Description | | Unit Price | |
| 15,000 | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | .2011U$ | |

| GROSS AMOUNT | 3,016.50 |
|---|---|
| COMMISSION | 9.95 |
| SUB TOTAL | 3,026.45 U$ |
| NET AMOUNT | 3,026.45 U$ |

**CLIENT NAME**                    DEREK STONE
**ACCOUNT NO.**                    680-1305712 - CSH
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W0217  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 370217  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.