NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: **Meta Materials Inc** | Case Number: **24-50792-hlb** | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Jonathan P. Duran
   4203 Union Deposit Road
   Number 1203
   Harrisburg, PA 17111

   Telephone Number: 646-771-5283

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AM AND FILED
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
**963751987**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Jonathan P. Duran / Robinhood
   Telephone Number: 650-761-7789

3. Date Equity Interest was acquired:
   06/15/21

4. Total amount of member interest: 142 Shares For $1305.2
5. Certificate number(s): See Attached Documentation

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☐ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Jonathan P. Duran
Title: Individual
Company:___ Address and telephone number (if different from notice address above):

(Signature) Jonathan Duran    (Date) 12/09/2024
Telephone number: 646-771-5283    email: nostrad2020@outlook.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 142 | $7.49 | $1,063.58 | $0.00 | 23.00% |
| Naked Brand<br>Estimated Yield: 0.00% | NAKD | Margin | 357.135714 | $0.64 | $230.32 | $0.00 | 4.98% |
| Sundial Growers<br>Estimated Yield: 0.00% | SNDL | Margin | 869.57114 | $0.95 | $825.22 | $0.00 | 17.85% |
| Unity Biotechnology<br>Estimated Yield: 0.00% | UBX | Margin | 1 | $4.64 | $4.64 | $0.00 | 0.10% |
| Total Securities | | | | | $2,123.76 | $0.00 | 45.93% |
| Brokerage Cash Balance | | | | | $2,500.00 | | 54.07% |
| Deposit Sweep Balance | | | | | $0.27 | | 0.01% |
| Total Priced Portfolio | | | | | $4,624.03 | | |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/01/2021 to 06/30/2021
**JONATHAN DURAN** Account #:963751987
Cash Management ACH Account #:289752991286
3055 3rd Avenue Apt. 6B, Bronx, NY 10451

## Account Summary

|  | Opening Balance | Closing Balance |
|---|---|---|
| Brokerage Cash Balance | $0.00 | $2,500.00 |
| Deposit Sweep Balance | $0.00 | $0.27 |
| Total Securities | $3,713.62 | $2,123.76 |
| **Portfolio Value** | **$3,713.62** | **$4,624.03** |

## Income and Expense Summary

|  | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.03 | $0.10 |

## Portfolio Allocation



- **Cash and Cash Equivalents** 54.07%
- **Equities** 45.93%
- **Options** 0.00%



- Options
- Equities
- Cash and Cash Equivalents

The Robinhood Cash Management Annual Percentage Yield (APY) is 0.30% as of the closing date of this statement. APY is determined by the program banks into which your uninvested cash is swept, and may change at any time. Investment products are not FDIC-insured, not bank guaranteed, and may lose value. Uninvested cash swept to the program banks is eligible for FDIC insurance up to applicable limits, subject to FDIC rules. The Securities Investor Protection Corporation has taken the position that uninvested cash swept to the program banks is not covered by the Securities Investor Protection Act.

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| ACH Withdrawal | | Margin | ACH | 06/09/2021 | | | $234.71 | |
| Sorrento Therapeutics Unsolicited, CUSIP: 83587F202 | SRNE | Margin | Sell | 06/07/2021 | 145.751907 | $8.47 | | $1,234.71 |
| Sundial Growers Unsolicited, CUSIP: 86730L109 | SNDL | Margin | Buy | 06/07/2021 | 0.362445 | $1.14 | $0.41 | |
| Sundial Growers Unsolicited, CUSIP: 86730L109 | SNDL | Margin | Buy | 06/07/2021 | 869.208695 | $1.15 | $999.59 | |
| ACH Withdrawal | | Margin | ACH | 06/14/2021 | | | $457.58 | |
| Ocugen, Inc Unsolicited, CUSIP: 67577C105 | OCGN | Margin | Sell | 06/10/2021 | 274 | $7.13 | | $1,954.07 |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/15/2021 | 285 | $5.25 | $1,496.25 | |
| Meta Materials Unsolicited, CUSIP: 59134N104 | | Margin | SPR | 06/28/2021 | 142 | | | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | | Margin | SPR | 06/28/2021 | 285S | | | |
| ACH Deposit | | Margin | ACH | 06/30/2021 | | | | $2,500.00 |
| Interest Payment | | Sweep | INT | 06/30/2021 | | | | $0.03 |
| Total Funds Paid and Received | | | | | | | $3,188.54 | $5,688.81 |

## Executed Trades Pending Settlement
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| DiDi Global Unsolicited, CUSIP: 23292E108 | Margin | Buy | 06/30/2021 | 07/02/2021 | 0.387511 | $16.74 | $6.48 | |
| DiDi Global Unsolicited, CUSIP: 23292E108 | Margin | Buy | 06/30/2021 | 07/02/2021 | 148.955794 | $16.74 | $2,493.52 | |
| **Total Executed Trades Pending Settlement** | | | | | | | **$2,500.00** | **$0.00** |