NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: **Meta Materials Inc**

Case Number: **24-50792-hlb**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Jonathan P. Duran
   4203 Union Deposit Road
   Number 1203
   Harrisburg, PA 17111

   Telephone Number: 646-771-5283

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AM
AND FILED

DEC 16 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
**487-683307/8536-1361**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Jonathan P. Duran /TD Ameritrade + Charles S.

   Telephone Number: **800-669-3900**

3. Date Equity Interest was acquired:
   **2/18/2021**

4. Total amount of member interest: **676 For $7895.30**

5. Certificate number(s): **See Attached Documentation**

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Jonathan P. Duran
Title: **Individual**
Company:___ Address and telephone number (if different from notice address above):

(Signature) *Jonathan Duran*
(Date) 12/09/2024

Telephone number: 646-771-5283    email: nostrad2020@outlook.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

01/31-00000-ID2281603-102945

# Schwab One® Account of

JONATHAN P DURAN

Account Number
8536-1361

Statement Period
January 1-31, 2024

JONATHAN P DURAN
4203 UNION DEPOSIT RD
NUMBER 1203
HARRISBURG PA    17111-2814

## Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
24/7 Customer Service
1-800-435-4000

**Commitment to Transparency**
Client Relationship Summaries and Best Interest
Disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

**Online Assistance**
Visit us online at schwab.com
Visit schwab.com/stmt to explore the features
and benefits of this statement.

For the most current records on your account
visit schwab.com/login. Statements are
archived up to 10 years online.

## Account Summary

| | | |
|---|---|---|
| Ending Account Value as of 01/31 | Beginning Account Value as of 01/01 | Total Value Change ($) |
| $2,145.44 | $2,305.51 | ($160.07) |



| | This Statement | Previous Statement | Change |
|---|---|---|---|
| Beginning Value | $2,305.51 | $2,371.60 | ($66.09) |
| Deposits | 0.00 | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 | 0.00 |
| Dividends and Interest | 0.00 | 0.00 | 0.00 |
| Transfer of Securities | 0.00 | 0.00 | 0.00 |
| Market Value Change | (160.07) | (66.09) | (93.98) |
| Fees | 0.00 | 0.00 | 0.00 |
| **Ending Value** ʷ | **$2,145.44** | **$2,305.51** | **($160.07)** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending
transactions, unpriced securities or assets held outside Schwab's custody.



# Schwab One® Account of

JONATHAN P DURAN

Statement Period
January 1-31, 2024

## Asset Allocation

Investment Objective: Growth

| | This Period | Current Allocation |
|---|---|---|
| Cash and Cash Investments | 11.00 | <1% |
| Equities | 2,134.44 | 99% |
| **Total** | **$2,145.44** | **100%** |

## Top Account Holdings This Period

| SYMBOL CUSIP | Description | Market Value | % of Accounts |
|---|---|---|---|
| RENB | RENOVARO BIOSCIENCES INC | 843.41 | 39% |
| AMC | AMC ENTERTAINMENT | 652.05 | 30% |
| KPLT | KATAPULT HOLDINGS INC | 193.49 | 9% |
| CBAT | CBAK ENERGY TECHNOLOGY I | 177.45 | 8% |
| COIN | COINBASE GLOBAL INC | 128.20 | 6% |

## Gain or (Loss) Summary

| | Short-Term (ST) | | | Long-Term (LT) | | |
|---|---|---|---|---|---|---|
| | Gain | (Loss) | Net | Gain | (Loss) | Net |
| This Period | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Unrealized | | | | | | ($32,981.95) i |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.



# Schwab One® Account of
JONATHAN P DURAN

Statement Period
January 1-31, 2024

## Positions - Equities (continued)

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| PBIG | VINCO VENTURES INC | 49.0000 | 0.01000 | 0.49 | 4,554.52 | (4,554.03) | N/A | 0.00 | <1% |

**Total Equities** $2,134.44 $35,113.15 ($32,981.95) $0.00 99%

## Positions - Unpriced Securities

| Symbol Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|
| NEXT BRIDGE HYDROCARBONS | 18.0000 | | | N/A i | N/A i | N/A i | |
| SOPHIRIS BIO INC    F | 1,299.0000 | | | 9,136.72 | N/A | N/A | |
| SYNERGY PHARMA | 94.0000 | | | 231.47 | N/A | | |

**Total Unpriced Securities** $0.00 $9,368.19 $0.00 $0.00

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 01/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Fees | = | Ending Cash* as of 01/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $11.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $11.00 |

Other Activity $0.00    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 01/29 | Other Activity | Reverse Split | MMAT | META MATLS INC | 7.0000 | | | | |
| | Other Activity | Reverse Split | | META MATLS INC SPLIT | (676.0000) | XXX REVERSE | | | |

**Total Transactions** $0.00 $0.00



# Schwab One® Account of
JONATHAN P DURAN

Statement Period
January 1-31, 2024

## Positions - Summary

| Beginning Value as of 01/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 01/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $2,305.51 | | $0.00 | | $0.00 | | $0.00 | | ($160.07) | | $2,145.44 | $44,481.34 i | ($32,981.95) i |

## Cash and Cash Investments

| Type | Description | | | | | | Beginning Balance($) | Ending Balance($) | | | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | TD BANK NA x,z | | | | | | 11.00 | 11.00 | | | 0.45% | <1% |
| **Total Cash and Cash Investments** | | | | | | | **$11.00** | **$11.00** | | | | **<1%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Change in Period Balance($) | Unrealized Gain/(Loss)($) | Pending/Unsettled Cash($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMC | AMC ENTERTAINMENT | 161.0000 | 4.05000 | 652.05 | 6,162.35 i | (5,513.54) i | | N/A | N/A | 0.00 | 30% |
| CBAT | CBAK ENERGY TECHNOLOGY I | 169.0000 | 1.05000 | 177.45 | 1,422.98 | (1,245.53) | | N/A | N/A | 0.00 | 8% |
| CENN | CENNTRO ELECTRIC GROUP F | 8.0000 | 1.19000 | 9.52 | 1,999.43 | (1,989.91) | | N/A | N/A | 0.00 | <1% |
| COIN | COINBASE GLOBAL INC | 1.0000 | 128.20000 | 128.20 | 354.80 | (226.60) | | N/A | N/A | 0.00 | 6% |
| OCTO | EIGHTCO HOLDINGS INC | 2.0000 | 0.62110 | 1.24 | 2,136.38 | (2,135.14) | | N/A | N/A | 0.00 | <1% |
| TOON | KARTOON STUDIOS INC | 29.0000 | 1.22000 | 35.38 | 1,258.05 | (1,222.67) | | N/A | N/A | 0.00 | 2% |
| KPLT | KATAPULT HOLDINGS INC | 18.0000 | 10.74970 | 193.49 | 3,014.88 | (2,821.39) | | N/A | N/A | 0.00 | 9% |
| KA | KINETA INC | 3.0000 | 2.58000 | 7.74 | 1,847.97 | (1,840.23) | | N/A | N/A | 0.00 | <1% |
| MMAT | META MATLS INC | 7.0000 | 3.82000 | 26.74 | 7,895.30 | (7,868.56) | | N/A | N/A | 0.00 | 1% |
| OCGN | OCUGEN INC | 60.0000 | 0.53590 | 32.15 | 922.21 | (890.06) | | N/A | N/A | 0.00 | 1% |
| PHUN | PHUNWARE INC | 83.0000 | 0.32020 | 26.58 | 552.78 | (526.20) | | N/A | N/A | 0.00 | 1% |
| RENB | RENOVARO BIOSCIENCES INC | 193.0000 | 4.37000 | 843.41 | 2,991.50 | (2,148.09) | | N/A | N/A | 0.00 | 39% |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.



# Schwab One® Account of
JONATHAN P DURAN

Statement Period
January 1-31, 2024

## Positions - Equities (continued)

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| BBIG | VINCO VENTURES INC | 49.0000 | 0.01000 | 0.49 | 4,554.52 | (4,554.03) | N/A | 0.00 | <1% |

**Total Equities**  $2,134.44  $35,113.15  ($32,981.95)   $0.00  99%

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 18.0000 | | | N/A i | N/A i | N/A i | |
| | SOPHIRIS BIO INC    F | 1,299.0000 | | | 9,136.72 | N/A | N/A | |
| | SYNERGY PHARMA | 94.0000 | | | 231.47 | N/A | N/A | |

**Total Unpriced Securities**   $0.00  $9,368.19  $0.00   $0.00

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 01/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Fees | = | Ending Cash* as of 01/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $11.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $11.00 |

Other Activity  $0.00     Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 01/29 | Other Activity | Reverse Split | MMAT | META MATLS INC | 7.0000 | | | | |
| | Other Activity | Reverse Split | | META MATLS INC SPLIT | (676.0000) | XXX REVERSE | | | |

**Total Transactions**       $0.00  $0.00



# Schwab One® Account of
JONATHAN P DURAN

Statement Period
January 1-31, 2024

## Positions - Summary

| Beginning Value as of 01/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | = | Ending Value as of 01/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| $2,305.51 | | $0.00 | | $0.00 | | ($160.07) | | $2,145.44 | $44,481.34 ⁱ | ($32,981.95) ⁱ |

## Cash and Cash Investments

| Type | Symbol | Description | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK NA ˣ,ᶻ | 11.00 | 11.00 | 0.00 | | 0.45% | <1% |
| **Total Cash and Cash Investments** | | | **$11.00** | **$11.00** | **$0.00** | | | **<1%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Change in Period Gain/(Loss)($) | Unrealized Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| AMC | AMC ENTERTAINMENT | 161.0000 | 4.05000 | 652.05 | 6,162.35 ⁱ | (5,513.54) ⁱ | N/A | 0.00 | 30% |
| CBAT | CBAK ENERGY TECHNOLOGY I | 169.0000 | 1.05000 | 177.45 | 1,422.98 | (1,245.53) | N/A | 0.00 | 8% |
| CENN | CENNTRO ELECTRIC GROUP F | 8.0000 | 1.19000 | 9.52 | 1,999.43 | (1,989.91) | N/A | 0.00 | <1% |
| COIN | COINBASE GLOBAL INC | 1.0000 | 128.20000 | 128.20 | 354.80 | (226.60) | N/A | 0.00 | 6% |
| OCTO | EIGHTCO HOLDINGS INC | 2.0000 | 0.62110 | 1.24 | 2,136.38 | (2,135.14) | N/A | 0.00 | <1% |
| TOON | KARTOON STUDIOS INC | 29.0000 | 1.22000 | 35.38 | 1,258.05 | (1,222.67) | N/A | 0.00 | 2% |
| KPLT | KATAPULT HOLDINGS INC | 18.0000 | 10.74970 | 193.49 | 3,014.88 | (2,821.39) | N/A | 0.00 | 9% |
| KA | KINETA INC | 3.0000 | 2.58000 | 7.74 | 1,847.97 | (1,840.23) | N/A | 0.00 | <1% |
| MMAT | META MATLS INC | 7.0000 | 3.82000 | 26.74 | 7,895.30 | (7,868.56) | N/A | 0.00 | 1% |
| OCGN | OCUGEN INC | 60.0000 | 0.53590 | 32.15 | 922.21 | (890.06) | N/A | 0.00 | 1% |
| PHUN | PHUNWARE INC | 83.0000 | 0.32020 | 26.58 | 552.78 | (526.20) | N/A | 0.00 | 1% |
| RENB | RENOVARO BIOSCIENCES INC | 193.0000 | 4.37000 | 843.41 | 2,991.50 | (2,148.09) | N/A | 0.00 | 39% |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation; instead refer to official tax documents. For additional information refer to Terms and Conditions.

Statement for Account # 487-683307

06/01/21 - 06/30/21

## Important Information

### FINRA INFORMATION

Required Annual FINRA Information: Investors may request disclosable background information on any U.S. licensed broker or broker-dealer via FINRA's BrokerCheck, a free online tool. Visit brokercheck.finra.org. Additionally, FINRA has a brochure which describes the BrokerCheck program. You may request this brochure either through the FINRA web site www.finra.org or by calling (800) 289-9999, the BrokerCheck Hotline Number.

### EXCESS BANK CHANGE AND FDIC INSURED DEPOSIT ACCOUNT ("IDA") ELIGIBILITY CHANGES

The following changes have been made to the TD Ameritrade FDIC Insured Deposit Account Sweep Program.

Effective June 30, 2021:

- **Excess Bank Change** – TD Ameritrade has changed the "Excess Bank" for the IDA Sweep Program from TD Bank USA, N.A. to Charles Schwab Bank, SSB. This change will not impact the level of your available FDIC insurance. The list of Program Banks, including "the Excess Bank" can be found on our website at tdameritrade.com/idaprogrambanks.

Effective July 1, 2021:

- **Cross Border Cash Eligibility Change** – Brokerage accounts held by clients who reside outside of the United States and its territories are no longer eligible for the IDA Sweep Feature. Going forward, accounts enrolled in the IDA Sweep Feature that move out of the United States and its territories will be moved to the TD Ameritrade Cash Feature. *TD Ameritrade will provide at least 30 days' advance written notice for changes to an account cash feature.*

- **IDA Asset Eligibility Change** – Other than managed accounts or retirement accounts, retail brokerage accounts with assets less than $50,000 are not automatically eligible for the IDA Sweep Feature. TD Ameritrade may change the cash feature for these accounts from the IDA Sweep Feature to the TD Ameritrade Cash Feature. *TD Ameritrade will provide at least 30 days' advance written notice for changes to an account cash feature.*

**No action is required.** For more information, please refer to the Cash Features Program section in your Client Agreement.

**Statement for Account # 487-683307**
06/01/21 - 06/30/21

## Online Cash Services Summary

| Description | Current | | Year To Date |
|---|---|---|---|
| **CREDITS** | | | |
| Electronic Transfer | $ - | | $ 10,460.00 |
| ***Subtotal*** | 0.00 | | 10,460.00 |
| **DEBITS** | | | |
| Electronic Transfer | $ (599.53) | | $ (1,221.44) |
| ***Subtotal*** | (599.53) | | (1,221.44) |
| **TOTAL** | (599.53) | | 9,238.56 |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| IRA Interest | $ 0.00 | $ 0.01 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC COM CL A | AMC | 539 | $ 56.68 | $30,550.52 | 01/28/21 | $ 5,808.74 | $ 10.78 | $ 24,741.78 | $ - | - |
| CBAK ENERGY TECHNOLOGY INC COM | CBAT | 169 | 4.71 | 795.99 | 01/07/21 | 1,422.98 | 8.42 | (626.99) | - | - |
| COINBASE GLOBAL INC COM CL A | COIN | 1 | 253.30 | 253.30 | 04/14/21 | 354.80 | 354.80 | (101.50) | - | - |
| ENOCHIAN BIOSCIENCES INC COM | ENOB | 193 | 4.97 | 959.21 | 06/08/20 | 2,991.50 | 15.50 | (2,032.29) | - | - |
| GENIUS BRANDS INTL INC COM | GNUS | 290 | 1.84 | 533.60 | 06/11/20 | 1,258.05 | 4.34 | (724.45) | - | - |
| META MATERIALS INC COM | MMAT | 676 | 7.49 | 5,063.24 | 02/18/21 | 7,895.30 | 11.68 | (2,832.06) | - | - |



# TD Ameritrade

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
TD Ameritrade Clearing, Inc., Member SIPC

## Statement for Account # 487-683307

**Statement Reporting Period:** 06/01/21 - 06/30/21

JONATHAN P DURAN
3055 3RD AVE
APT 6B
BRONX, NY 10451-4607

### Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | ($38.00) | $ - | ($38.00) | - | $ - | - | Cash 0.1% |
| Insrd Dep Acct (IDA) | - | - | - | - | - | - | |
| Money Market | - | - | - | - | - | - | |
| Short Balance | - | - | - | - | - | - | |
| Stocks | 40,863.86 | 28,777.98 | 12,085.88 | 42.0% | - | - | Stocks 99.9% |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | |
| **Total** | **$40,825.86** | **$28,777.98** | **$12,047.88** | **41.9%** | **$ 0.00** | **0.0%** | |

### Cash Activity Summary

| Opening Balance | Current | YTD |
|---|---|---|
| Securities Purchased | $ 0.00 | ($24.97) |
| Securities Sold | (11,200.25) | (32,451.40) |
| Funds Deposited | 11,799.78 | 23,237.80 |
| Funds Disbursed | - | 10,460.00 |
| Income | (599.53) | (1,221.44) |
| Expense | - | - |
| Other | (38.00) | (38.00) |
| **Closing Balance** | **($38.00)** | 0.01 |
| | | **($38.00)** |

### Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $ - | $ - | $ - |
| Interest | - | - | - |
| Other | - | - | - |
| **Expense** | | | |
| Fees | - | (38.00) | (38.00) |
| Interest | - | - | - |
| Other | - | - | - |
| **Net** | **$0.00** | **($38.00)** | **($38.00)** |

### Performance Summary

**Cost Basis As Of - 06/30/21** ** $35,085.83
Unrealized Gains 24,741.78
Unrealized Losses (18,963.75)
Funds Deposited/(Disbursed) YTD 9,238.56
Income/(Expense) YTD (38.00)
Securities Received/(Delivered) YTD 0.00

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.

page 1 of 7

Statement for Account # 487-683307
06/01/21 - 06/30/21

## Insured Deposit Account Activity

| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Expense Code | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | $ 0.00 |
| 06/11/21 | - | 06/11/21 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | $ 327.09 | 327.09 |
| 06/14/21 | - | 06/14/21 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 3,351.31 | 3,678.40 |
| 06/15/21 | - | 06/15/21 | Delivered | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | (414.11) | 3,264.29 |
| 06/18/21 | - | 06/18/21 | Delivered | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | (3,260.25) | 4.04 |
| 06/24/21 | - | 06/24/21 | Received | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 181.38 | 185.42 |
| 06/25/21 | - | 06/25/21 | Delivered | FDIC INSURED DEPOSIT ACCOUNT CORE NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | (185.42) | 0.00 |

Closing Balance  $ 0.00

## Important Information

FDIC Insured Deposit Account (IDA) balances reflected in your brokerage account are FDIC-insured up to applicable limits and held by one or more banks ("Program Banks"). Two of the Program Banks are TD Bank, N.A. and TD Bank USA, N.A., both affiliates of TD Ameritrade. The IDA balances are not covered by the Securities Investor Protection Corporation (SIPC) protection applicable to your brokerage account.

### BREAKPOINTS

Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints. For more information on waiver eligibility, please refer to the fund prospectus.

### STATEMENT OF FINANCIAL CONDITION

The most recent statement of financial condition for TD Ameritrade Clearing, Inc. may be obtained at no cost, via the Internet at http://www.tdameritrade.com/financialstatement.html or by contacting TD Ameritrade Clearing, Inc. at 1-800-669-3900. As of March 31, 2021, TD Ameritrade Clearing, Inc. had net capital and a net capital requirement of $4.8 billion and $924 million, respectively. A copy of the report and comments is currently available for customers' inspection at the principal office of TD Ameritrade Clearing, Inc. in Omaha Nebraska.

**Statement for Account # 487-683307**
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 06/28/21 | 06/28/21 | Cash | Delivered - Other | TORCHLIGHT ENERGY RESOURCES IN 1:2 R/S 6/28/21 59134N104 1:2 REVERSE SPLIT TO META MATERIALS INC 59134N104 Auto Reorg#53984 3IREVERSE SPLIT | TRCH | 1,352- | 0.00 | - | 0.00 |
| 06/28/21 | 06/28/21 | Cash | Received - Other | META MATERIALS INC COM 1:2 REVERSE SPLIT TO META MATERIALS INC 59134N104 Auto Reorg#539843IREVERSE SPLIT | MMAT | 676 | 0.00 | - | 0.00 |
| 06/28/21 | 06/28/21 | Cash | Journal - Expense | MANDATORY REORGANIZATION FEE Auto Reorg#539843 | 89102U103 | - | 0.00 | (38.00) | (38.00) |

**Closing Balance** ($38.00)

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## Insured Deposit Account Interest Credited

| Begin Date | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|
| 06/11/21 | 3 | 0.0100 | $ - | $ - | $ - |
| 06/14/21 | 1 | 0.0100 | - | - | - |
| 06/15/21 | 3 | 0.0100 | - | - | - |
| 06/18/21 | 6 | 0.0100 | - | - | - |
| 06/24/21 | 1 | 0.0100 | - | - | - |
| 06/25/21 | 3 | 0.0100 | - | - | - |

| Balance | | | | | |
|---|---|---|---|---|---|
| $ 327.09 | | | | | |
| 3,678.40 | | | | | |
| 3,264.29 | | | | | |
| 4.04 | | | | | |
| 185.42 | | | | | |
| 0.00 | | | | | |

**Total Interest Income** $0.00

## Statement for Account # 487-6833307
### 06/01/21 - 06/30/21

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | | $ 0.00 |
| 06/09/21 | 06/11/21 | Cash | Sell - Securities Sold | SUNDIAL GROWERS INC COM | SNDL | 961- | $ 1.13 | $ 1,085.81 | 1,085.81 |
| 06/09/21 | 06/11/21 | Cash | | Regulatory Fee 0.12 | | | | | |
| 06/11/21 | 06/11/21 | Cash | Buy - Securities Purchased | AMC ENTERTAINMENT HOLDINGS INC COM CL A | AMC | 16 | 47.42 | (758.72) | 327.09 |
| 06/11/21 | 06/11/21 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (327.09) | 0.00 |
| 06/10/21 | 06/14/21 | Cash | Sell - Securities Sold | OCUGEN INC COM | OCGN | 979- | 7.0901 | 6,941.05 | 6,941.05 |
| 06/10/21 | 06/14/21 | Cash | | Regulatory Fee 0.16 | | | | | |
| 06/14/21 | 06/14/21 | Cash | Buy - Securities Purchased | OCUGEN INC COM | OCGN | 539 | 6.66 | (3,589.74) | 3,351.31 |
| 06/14/21 | 06/14/21 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (3,351.31) | 0.00 |
| 06/14/21 | 06/15/21 | Cash | - Funds Disbursed | ACH OUT - 06/14/2021 06:32PM | - | - | 0.00 | (414.11) | (414.11) |
| 06/15/21 | 06/15/21 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 414.11 | 0.00 |
| 06/16/21 | 06/18/21 | Cash | Buy - Securities Purchased | TORCHLIGHT ENERGY RESOURCES IN 1:2 R/S 6/28/21 591134N104 | TRCH | 567 | 5.75 | (3,260.25) | (3,260.25) |
| 06/18/21 | 06/18/21 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 3,260.25 | 0.00 |
| 06/22/21 | 06/24/21 | Cash | Sell - Securities Sold | OCUGEN INC COM | OCGN | 539- | 7.00 | 3,772.92 | 3,772.92 |
| 06/22/21 | 06/24/21 | Cash | | Regulatory Fee 0.08 | | | | | |
| 06/22/21 | 06/24/21 | Cash | Buy - Securities Purchased | TORCHLIGHT ENERGY RESOURCES IN 1:2 R/S 6/28/21 591134N104 | TRCH | 486 | 7.39 | (3,591.54) | 181.38 |
| 06/24/21 | 06/24/21 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (181.38) | 0.00 |
| 06/24/21 | 06/25/21 | Cash | - Funds Disbursed | ACH OUT - 06/24/2021 06:26PM | - | - | 0.00 | (185.42) | (185.42) |
| 06/25/21 | 06/25/21 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 185.42 | 0.00 |

# Statement for Account # 487-683307
## 06/01/21 - 06/30/21

### Account Positions

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| NAKED BRAND GROUP LTD COM | NAKD | 1,117 | 0.6449 | 720.35 | 02/11/21 | 1,999.43 | 1.79 | (1,279.08) | - | - |
| PROGENICS PHARMCALS CVR | 743CVR052 | 451 | NA | NA | 12/21/20 | - | - | - | - | - |
| SOPHIRIS BIO INC COM | SPHS | 1,299 | 0.0189 | 24.55 | 08/19/16 | 9,136.72 | 7.03 | (9,112.17) | - | - |
| SYNERGY PHARMACEUTICALS INC DELISTED 5/2/2019 | 871639308 | 94 | NA | NA | 01/24/18 | 231.47 | 2.46 | (231.47) | - | - |
| URBAN ONE INC COM | UONEK | 340 | 5.02 | 1,706.80 | 06/17/20 | 2,050.84 | 6.03 | (344.04) | - | - |
| YUMANITY THERAPEUTICS INC COM | YMTX | 22 | 11.65 | 256.30 | 12/11/19 | 1,936.00 | 88.00 | (1,679.70) | - | - |
| **Total Stocks** | | | | **$40,863.86** | | **$35,085.83** | | **$5,778.03** | **$0.00** | **0.0%** |
| **Total Cash Account** | | | | **$40,863.86** | | **$35,085.83** | | **$5,778.03** | **$0.00** | **0.0%** |

### Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| **DEBITS** | | | |
| Electronic Transfer | 06/15/2021 | ACH OUT - 06/14/2021 06:32PM | $ (414.11) |
| | 06/25/2021 | ACH OUT - 06/24/2021 06:26PM | (185.42) |
| *Subtotal* | | | (599.53) |
| **TOTAL** | | | **(599.53)** |