NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: **Meta Materials Inc**

Case Number: **24-50792-hlb**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Jonathan P. Duran
   4203 Union Deposit Road
   Number 1203
   Harrisburg, PA 17111

   Telephone Number: 646-771-5283

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: **5J1-36052-18 RR WEA**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   Jonathan P. Duran / Apex Clearing Corp; Webull

   Telephone Number: **917-725-2448**

3. Date Equity Interest was acquired: **8/31/21**

4. Total amount of member interest: **243 Shares for $972**

5. Certificate number(s): See Attached Documentation

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.
   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Jonathan P. Duran
Title: Individual
Company: ___ Address and telephone number (if different from notice address above):

(Signature): Jonathan Duran
(Date): 12/09/2024

Telephone number: 646-771-5283   email: nostrad2020@outlook.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

*August 1, 2021 - August 31, 2021*

PAGE 4 OF 8

# INDIVIDUAL ACCOUNT

**JONATHAN P DURAN**

ACCOUNT NUMBER  **5JI-36052-18  RR WEA**



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

▼ ANNOUNCEMENTS

## IMPORTANT INFORMATION

**Statement of Financial Condition**
A copy of Apex Clearing Corporation's Audited Statement of Financial Condition as of December 31, 2020 is available on the website at www.apexclearing.com/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation. As of December 31, 2020, Apex Clearing Corporation had a net capital of $221,754,625 and was $190,963,611 in excess of its required net capital of $30,791,014. As of January 31, 2021, Apex Clearing Corporation had a net capital of $316,877,867 and was $269,611,762 in excess of its required net capital of $47,266,105.

**Apex's Policy for Dividends and Interest**
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

**Participation in Fully Paid Lending Program**
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

**Information Regarding Cost Basis for Foreign Account Statements**
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municipal Securities** - you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

## IMPORTANT INFORMATION

To our valued customers:
FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72
**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**

The preceding notice is required when reporting distributions on Direct Participation Programs and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular DPP or REIT will be provided to clients upon request.
**Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**
Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we

# INDIVIDUAL ACCOUNT

*August 1, 2021 - August 31, 2021*

ACCOUNT NUMBER  5J1-36052-18  RR WEA

JONATHAN P DURAN

PAGE 5 OF 8



Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▼ ANNOUNCEMENTS (CONTINUED)

have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can be accessed on the internet at: **http://public.s3.com/rule606/apex/**, or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009. SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."
In accordance with the Emergency Economic Stabilization Act of 2008  broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.
• Equity securities acquired on or after January 1, 2011
• Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:
• Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)
Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

## IMPORTANT INFORMATION CONTINUED

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013. The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. **Please note SIPC does not cover commodity contracts and options on futures.** For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection. This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted. This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities. For additional information, please contact your broker.

### FDIC SWEEP PROGRAM

For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the program.

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC up to the maximum applicable insurance limits. Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov. Deposit Account balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected as established by current applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org

## IMPORTANT INFORMATION
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

*August 1, 2021 - August 31, 2021*

# INDIVIDUAL ACCOUNT



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER  5JI-36052-18  RR WEA

PAGE 2 OF 8

JONATHAN P DURAN

## PORTFOLIO SUMMARY

### EQUITIES / OPTIONS

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| GENWORTH FINANCIAL INC COM CL A | GNW | C | 1 | $3.75 | $3.75 | $3.34 | 12% | | .311% |
| META MATLS INC COMMON STOCK | MMAT | C | 243 | 4.65 | 1,129.95 | | N/A | | 93.771 |
| OCUGEN INC COMMON STOCK | OCGN | O | 9 | 7.59 | 68.31 | 60.39 | 13 | | 5.669 |

**Total Equities** $1,202.01  99.751%

**Total Cash (Net Portfolio Balance)** $3.00  0.249%

**TOTAL PRICED PORTFOLIO** $1,205.01

## ACCOUNT ACTIVITY

### BUY / SELL TRANSACTIONS

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 08/31/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 243 | 4 | $972.00 | |

**Total Buy / Sell Transactions** $972.00

*August 1, 2021 - August 31, 2021*

I N D I V I D U A L   A C C O U N T

ACCOUNT NUMBER  5JI-36052-18 RR WEA

JONATHAN P DURAN

PAGE 3 OF 8

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▼ ACCOUNT ACTIVITY (CONTINUED)

### DIVIDENDS AND INTEREST

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| INTEREST | 08/12/21 | C | FULLYPAID LENDING REBATE DUE 12/31/35 July 2021 REBATE Security Number: 8587337 | | | | $0.08 |
| **Total Dividends And Interest** | | | | | | | **$0.08** |

### FUNDS PAID AND RECEIVED

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| TOU | 08/17/21 | C | Journal to APEX CRYPTO / DIRECT ...(APXD) TPJ(6f8b0c9a-d392-4bd7 9f50-fd2c3a7985af) | | | $25.00 | |
| TOU | 08/17/21 | C | Journal to APEX CRYPTO / DIRECT ...(APXD) TPJ(5669c4f59-f2cc-4bae 8910-616e10ba326d) | | | 5.22 | |
| TOU | 08/17/21 | C | Journal to APEX CRYPTO / DIRECT ...(APXD) TPJ(3b9c55563-ed08-47f0 81f2-0b5d85825a9d) | | | 25.00 | |
| TOU | 08/30/21 | C | Journal to APEX CRYPTO / DIRECT ...(APXD) TPJ(dcd16a2e-2dfa-486d 9b39-ae63b1b5f6d4) | | | 25.00 | |
| ACH | 08/16/21 | C | ACH DEPOSIT SEN(20210816444722) | | | | 55.05 |
| ACH | 08/27/21 | C | ACH DEPOSIT SEN(20210827285697) | | | | 1,000.00 |
| **Total Funds Paid And Received** | | | | | | **$80.22** | **$1,055.05** |



# webull

| | |
|---|---|
| **Statement Period:** | 01/01/2024 - 01/31/2024 |
| **Account Name:** | JONATHAN P DURAN |
| **Account Number:** | 5JI36052 |
| **Account Type:** | CASH |
| **Account Address:** | 4203 Union Deposit Road #1203 HARRISBURG,PA,17111 |

## PORTFOLIO SUMMARY

This section provides an overview of cash and securities held in your Webull account as well as fully-paid securities you have loaned through your participation in the Apex Clearing Fully-Paid Securities Lending Program and the collateral held through the program's Trustee for your benefit at a bank.

| | Total Cash Balance | Market Value of Securities in Your Account | Market Value of Securities in Long Account | Market Value of Securities in Short Account | Market Value of Fully-Paid Securities Loaned | Collateral Value | Loan Value | Portfolio Market Value |
|---|---|---|---|---|---|---|---|---|
| Opening | 20.56 | 825.11 | 825.11 | 0.00 | 0.00 | 0.00 | 0.00 | 845.67 |
| Closing | 20.56 | 722.80 | 722.80 | 0.00 | 0.00 | 0.00 | 0.00 | 743.36 |

Welcome to your Webull Brokerage Account Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Please note that externally held assets are included on the statement solely as a courtesy; information (including valuation) for such externally held assets is derived from external sources for which the member is not responsible; and externally held assets may not be covered by SIPC.

Happy investing with Webull!

**OFFICE SERVING YOU**
Webull Financial LLC
Member FINRA (CRD: 289063), SIPC
44 Wall Street, 2nd Floor
New York, NY 10005
customerservices@webull.us
1 (888) 828-0618

**YOUR CLEARING BROKER**
Apex Clearing Corporation
Member FINRA (CRD: 13071), SIPC
350 N. St. Paul Suite 1300
Dallas, TX 75201
cs@apexclearing.com

## CASH BALANCE DETAIL

|  | SIPC Cash Balance | FDIC Cash Balance | Total |
|---|---|---|---|
| Opening | 20.56 | 0.00 | 20.56 |
| Closing | 20.56 | 0.00 | 20.56 |

## CASH REPORT SUMMARY

This section provides a summary of all cash deposits, withdrawals, and other movements within your Webull brokerage account during the statement period. Key definitions and terms can be found at the end of this document.

|  | USD |
|---|---|
| Opening Cash | 20.56 |
| Deposits | 0.00 |
| Withdrawals | 0.00 |
| Trades (Sold) | 0.00 |
| Trades (Bought) | 0.00 |
| Fee | 0.00 |
| Tax | 0.00 |
| Dividends | 0.00 |
| Interest | 0.00 |
| Others | 0.00 |
| Closing Cash | 20.56 |
| Closing Cash (Settled) | 20.56 |

## OPEN POSITIONS

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| SNDL | 83307B101 | 63 |  | 1.33 | 83.79 |
| AMC | 00165C302 | 2 | 1 | 4.05 | 8.10 |
| BBIG | 92733O209 | 19 | 1 | 0.0100 | 0.19 |
| OCTO | 22890A203 | 1 | 1 | 0.6211 | 0.62 |
| CENN | Q6519V146 | 3 | 1 | 1.19 | 3.57 |
| DIDIY | 23292E108 | 149 | 1 | 3.49 | 520.01 |
| SEVCQ | N81409109 | 22 | 1 | 0.0670 | 1.47 |
| HYMC | 44862P208 | 36 | 1 | 2.01 | 72.36 |
| PHUN | 71948P100 | 47 | 1 | 0.3202 | 15.05 |
| GNW | 37247D106 | 1 | 1 | 6.17 | 6.17 |
| GNS | Y3005A109 | 10 | 1 | 0.3830 | 3.83 |
| MMAT | 59134N302 | 2 | 1 | 3.82 | 7.64 |

## ACCOUNT ACTIVITY