NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: Meta Materials

Case Number: 24-50792

**RECEIVED AND FILED**

DEC 16 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Raymond J. Cousino
15210 Howard
Southgate, MI 48195

Telephone Number: 734-645-4692

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.
☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.
☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
(RHS) 664844107 / 208639942

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

Robinhood / Fidelity

Telephone Number: 650-761-7789 / 800-343-3548

3. Date Equity Interest was acquired:
February 9, 2021
See attached

4. Total amount of member interest: 985
See attached

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Raymond Cousino
Title: Individual
Company: ___ Address and telephone number (if different from notice address above):

(Signature)    12-12-24 (Date)

Telephone number: 734-645-4692  email: raycousino@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

## ROBINHOOD HOLDINGS

| DATE | SHARE AMOUNT | SHARE PRICE | MONEY SPENT | SYMBOL |
|---|---|---|---|---|
| FEB 9 2021 | 187.500274 | $ 1.60 | $ 300.00 | TRCH |
| FEB 9 2021 | 34.285714 | $ 1.58 | $ 54.00 | TRCH |
| MAR 2 2021 | 12.121484 | $ 2.64 | $ 32.00 | TRCH |
| MAR 5 2021 | 0.97852 | $ 2.10 | $ 2.05 | TRCH |
| MAR 15 2021 | 35.733082 | $ 2.52 | $ 90.00 | TRCH |
| APR 13 2021 | 307.049864 | $ 1.63 | $ 500.00 | TRCH |
| MAY 6 2021 | 4.336753 | $ 1.88 | $ 8.15 | TRCH |
| JUNE 16 2021 | 7 | $ 6.68 | $ 46.74 | TRCH |
| AUG 26 2021 | 143.409742 | $ 3.49 | $ 500.00 | MMAT |
| OCT 29 2021 | 391.678348 | $ 4.71 | $ 1,844.10 | MMAT |
| DEC 20 2021 | 49.61832 | $ 2.62 | $ 130.00 | MMAT |
| JAN 10 2022 | 65.975587 | $ 2.23 | $ 147.00 | MMAT |
| JAN 21 2022 | 168 | $ 1.77 | $ 297.36 | MMAT |
| JAN 27 2022 | 142 | $ 1.49 | $ 211.58 | MMAT |
| MAR 1 2022 | 486 | $ 2.06 | $ 1,001.16 | MMAT |
| MAR 2 2022 | 250 | $ 1.89 | $ 472.50 | MMAT |
| MAR 2 2022 | 11 | $ 1.91 | $ 21.01 | MMAT |
| MAR 2 2022 | 5.990716 | $ 1.70 | $ 10.18 | MMAT |
| MAR 24 2022 | 2.056555 | $ 1.94 | $ 4.00 | MMAT |
| APR 1 2022 | 189.299686 | $ 1.58 | $ 300.00 | MMAT |
| APR 1 2022 | 4.488928 | $ 1.58 | $ 7.09 | MMAT |
| APR 14 2022 | 17.074726 | $ 1.54 | $ 26.22 | MMAT |
| APR 22 2022 | 22.402185 | $ 1.29 | $ 28.80 | MMAT |
| JULY 1 2022 | 758 | $ 1.03 | $ 780.74 | MMAT |
| JULY 1 2022 | 109 | $ 1.04 | $ 113.36 | MMAT |
| AUG 4 2022 | 100 | $ 0.92 | $ 92.31 | MMAT |
| DEC 9 2022 | 740 | $ 1.35 | $ 999.00 | MMAT |
| JAN 17 2023 | 970 | $ 1.03 | $ 999.10 | MMAT |
| JAN 30 2023 | 1020 | $ 0.98 | $ 999.60 | MMAT |
| JAN 30 2023 | 1 | $ 0.98 | $ 0.98 | MMAT |

| Date | Shares | Price | Total | Symbol |
|---|---|---|---|---|
| MAR 28 2023 | 1714 | $ 0.42 | $ 719.88 | MMAT |
| APR 3 2023 | 2677 | 0.4172 | $ 1,116.84 | MMAT |
| APR 3 2023 | 323 | 0.4151 | $ 134.08 | MMAT |
| APR 3 2023 | 2198 | 0.455 | $ 1,000.09 | MMAT |
| AP 11 2023 | 3630 | 0.4132 | 1499.92 | MMAT |
| APR 12 2023 | 110 | 0.3801 | $ 41.81 | MMAT |
| APR 13 2023 | 2826 | 0.339 | $ 958.01 | MMAT |
| APR 14 2023 | 1698 | 0.2298 | $ 390.20 | MMAT |
| APR 20 2023 | 10362 | 0.193 | $ 1,999.87 | MMAT |
| MAY 19 2023 | 6250 | $ 0.24 | $ 1,500.00 | MMAT |
| JUNE 9 2023 | 4317 | 0.2316 | $ 999.82 | MMAT |
| JUNE 27 2023 | 11112 | $ 0.18 | $ 2,000.16 | MMAT |
| JAN 24 2024 | 43 | 0.0612 | $ 2.63 | MMAT |
| JAN 26 2024 | 44501 | 0.0561 | $ 2,496.51 | MMAT |

Never sold any shares from feb 9th 2021 to december 6th 2024. Holdings in robinhood app. Under ticker symbol MMATQ shows

shares     978

market value  0

average cost $25.44

total return -$24,877.23



| Fidelity Investments | |
|---|---|

| DATE | SHARE AMOUNT | SHARE PRICE | MONEY SPENT | SYMBOL |
|---|---|---|---|---|
| Mar 1 2021 | 5 | $ 2.80 | $ 62.44 | trch |
| Mar 17 2022 | 25 | $ 1.82 | $ 45.38 | MMAT |
| Mar 28 2023 | 650 | $ 0.44 | $ 286.00 | MMAT |
|  |  |  |  |  |
|  |  |  |  |  |

Never sold any shares from Mar 1 2021 to Mar 28 2023. Holdings in Fidelity app.
Under ticker symbol MMATQ shows

Shares         7
Market value    0
Aveage Cost  $56.26
Total Return  -$393.82

| Symbol | Last Price | Today's Gain/Loss | Total Gain/L |
|---|---|---|---|
| ███████ | ███████ | ███████ | ███ |
| MMATQ<br>META MATERIALS I... | -$0.0001 | -- -$0.01<br>-99.01% | |

### META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

   Set Exit Plan     ✕

**Purchase History**     Research

| Acquired | Term | $ Total Gain/Loss | % |
|---|---|---|---|
| Mar-28-2023 | Long | -$286.00 | |
| Mar-17-2022 | Long | -$45.38 | |
| Mar-01-2021 | Long | -$62.44 | |

| | | | |
|---|---|---|---|
| ███████ | ███ | ███ | |
| ███████ | ███ | ███ | |
| **Account Total** | | ███ | |

Feedback