NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor:<br>**META MATERIALS, INC** | Case Number:<br>**24-50792** | |
| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):<br>**MICHAEL NIXON**<br>**LEGACY CAPITAL MANAGEMENT**<br>**6212 NAVIGATOR WAY**<br>**SOUTHPORT, NC 28461**<br>Telephone Number: **727-300-9785** | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br>■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | **RECEIVED AND FILED**<br>**DEC 16 2024**<br>**U.S. BANKRUPTCY COURT**<br>**MARY A. SCHOTT, CLERK** |

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor:<br>**7734-9102** | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br>**MICHAEL NIXON      LEGACY CAPITAL MANAGEMENT**<br>Charles Schwab & Co., Inc. Omaha Operations Center 200 S 108th Ave Omaha, NE 68154<br>Telephone Number: 800-435-4000 | 3. Date Equity Interest was acquired:<br>Between 06/15/2021 - 02/20/2024<br>SEE ATTACHED DOCUMENTATION |
| 4. Total amount of member interest: Currently 0 shares / Loss of $123.57 | 5. Certificate number(s): N/A |

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: MICHAEL NIXON
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature)   12/13/24 (Date)

Telephone number: 727-300-9785   email: mnixon@drswealthmanagement.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**
**CASE:** 24-50792, META MATERIALS, INC.
**FOR:** Michael Nixon/Legacy Capital Management
**BROKER:** Charles Schwab
**ACCT #:** 7734-9102
**\*\*See Transaction documentation attached.**

| Date | Settlement Date | Action | Symbol/CUSIP | Quantity | Description | | | Price | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/15/2021 | 6/17/2021 | Buy | TRCH | 490.000 | TORCHLIGHT ENERGY RE | | | $4.39 | ($2,150.22) | |
| 6/23/2021 | 6/25/2021 | Sell | TRCH | (200.000) | TORCHLIGHT ENERGY RE | | | $5.91 | $1,181.85 | |
| 6/25/2021 | 6/29/2021 | Buy | TRCH | 200.000 | TORCHLIGHT ENERGY RE | MANDATORY MERGER | EFF: 06/28/21 | $4.88 | ($975.80) | |
| **Total Invested Before Reverse Split** | | | | **490.000** | | | | | **($1,944.17)** | |
| 6/25/2021 | | Spin-off | 59134N203 | 490.000 | META MATLS INC  0% PFDPFD | | | $0.00 | $0.00 | |
| 6/29/2021 | | Reverse Split | 89102U103 | (490.000) | TORCHLIGHT ENERGY RE XXXMANDATORY MERGER | | EFF: 06/28/21 | $0.00 | $0.00 | |
| 6/29/2021 | | Reverse Split | MMAT | 245.000 | META MATLS INC | | | $0.00 | $0.00 | |
| 8/24/2021 | 8/26/2021 | Buy | MMAT | 1,000.000 | META MATLS INC | | | $3.59 | ($3,593.40) | |
| 8/25/2021 | 8/27/2021 | Buy | MMAT | 100.000 | META MATLS INC | | | $3.66 | ($365.50) | |
| 8/26/2021 | 8/30/2021 | Buy | MMAT | 400.000 | META MATLS INC | | | $3.45 | ($1,378.28) | |
| 8/26/2021 | 8/30/2021 | Buy | MMAT | 555.000 | META MATLS INC | | | $3.50 | ($1,941.95) | |
| 8/26/2021 | 8/30/2021 | Buy | MMAT | 200.000 | META MATLS INC | | | $3.51 | ($701.70) | |
| 8/27/2021 | 8/31/2021 | Buy | MMAT | 500.000 | META MATLS INC | | | $4.03 | ($2,016.50) | |
| 8/27/2021 | 8/31/2021 | Buy | MMAT | 1,000.000 | META MATLS INC | | | $3.90 | ($3,904.00) | |
| 9/13/2021 | 9/15/2021 | Sell | MMAT | (1,000.000) | META MATLS INC | | | $5.13 | $5,130.07 | |
| 9/15/2021 | 9/17/2021 | Sell | MMAT | (1,000.000) | META MATLS INC | | | $4.92 | $4,923.27 | |
| 9/21/2021 | 9/23/2021 | Sell | MMAT | (1,000.000) | META MATLS INC | | | $4.92 | $4,914.97 | |
| 10/29/2021 | 11/2/2021 | Buy | MMAT | 500.000 | META MATLS INC | | | $4.96 | ($2,479.60) | |
| 12/9/2021 | 12/13/2021 | Sell | MMAT | (1,500.000) | META MATLS INC | | | $3.18 | $4,771.03 | |
| 3/21/2022 | 3/23/2022 | Buy | MMAT | 500.000 | META MATLS INC | | | $1.92 | ($958.15) | |
| 3/21/2022 | 3/23/2022 | Buy | MMAT | 500.000 | META MATLS INC | | | $1.93 | ($964.50) | |
| 3/21/2022 | 3/23/2022 | Buy | MMAT | 500.000 | META MATLS INC | | | $1.89 | ($944.40) | |
| 3/21/2022 | 3/23/2022 | Buy | MMAT | 500.000 | META MATLS INC | | | $1.87 | ($934.50) | |
| 4/25/2022 | 4/27/2022 | Sell | MMAT | (2,000.000) | META MATLS INC | | | $1.34 | $2,686.99 | |
| 11/21/2022 | 11/23/2022 | Buy | MMAT | 1,900.000 | META MATLS INC | | | $1.97 | ($3,742.43) | |
| 11/29/2022 | 12/1/2022 | Buy | MMAT | 200.000 | META MATLS INC | | | $1.98 | ($396.00) | |
| 11/29/2022 | 12/1/2022 | Buy | MMAT | 100.000 | META MATLS INC | | | $1.98 | ($198.00) | |
| 11/29/2022 | 12/1/2022 | Buy | MMAT | 100.000 | META MATLS INC | | | $1.98 | ($198.00) | |
| 11/29/2022 | 12/1/2022 | Buy | MMAT | 550.000 | META MATLS INC | | | $1.98 | ($1,089.00) | |
| 12/2/2022 | 12/6/2022 | Sell | MMAT | (2,850.000) | META MATLS INC | | | $1.84 | $5,246.45 | |
| 4/6/2023 | 4/11/2023 | Buy | MMAT | 600.000 | META MATLS INC | | | $0.43 | ($255.18) | |
| 6/8/2023 | 6/12/2023 | Buy | MMAT | 500.000 | META MATLS INC | | | $0.25 | ($122.85) | |
| 6/8/2023 | 6/12/2023 | Buy | MMAT | 1,000.000 | META MATLS INC | | | $0.25 | ($245.40) | |
| 6/8/2023 | 6/12/2023 | Buy | MMAT | 1,000.000 | META MATLS INC | | | $0.24 | ($244.35) | |
| 7/6/2023 | 7/10/2023 | Sell | MMAT | (3,100.000) | META MATLS INC | | | $0.20 | $610.56 | |
| 1/17/2024 | 1/19/2024 | Buy | MMAT | 3,500.000 | META MATLS INC | | | $0.08 | ($275.10) | |
| **Total Invested Before Reverse Split** | | | | **3,500.000** | | | | | **$1,334.55** | ! |
| 1/29/2024 | | Reverse Split | 59134N104 | (3,500.000) | META MATLS INC | XXXREVERSE SPLIT | EFF: 01/29/24 | $0.00 | $0.00 | |

| Date | | Transaction | Symbol | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|---|
| 1/29/2024 | | Reverse Split | MMAT | 35.000 | META MATLS INC | $0.00 | $0.00 |
| 2/20/2024 | 2/22/2024 | Sell | MMAT | (35.000) | META MATLS INC | $4.33 | $151.53 |
| | | | | | | | ($458.09) |



| 7734-9102 | LEGACY CAPITAL MANAGEMENT |
| Corp | 6212 NAVIGATOR WAY |
| | SOUTHPORT NC |

| Total Known Realized Gain/(Loss) $/% | Total Known Short-Term Gain/(Loss) | Total Known Long-Term Gain/(Loss) |
|---|---|---|
| ■ | ■ | ■ |

| Total Known Proceeds | Total Known Cost Basis |
|---|---|
| ■ | ■ |

Cost Basis - Realized Gain/(Loss) - Filtered by: Current Year                                                                Resul

| Symbol | Name | Sold/Closed | Acquired/Opened | Quantity Sold | Total Proceeds | Cost Basis³ | Cost per Share⁹ | Short Term | Long Term | Total | Total % | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MMAT | META MATLS INC | 02/20/2024 | 01/17/2024 | 35.00000 | $151.53 | $275.10 | $7.8600 | ($123.57) | | ($123.57) | (44.92%) | |

©2024 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.
Schwab Advisor Services™ (formerly known as Schwab Institutional®) serves independent investment advisors and includes the custody, trading and support services of Schwab.
This material is for institutional investor use only. This material may not be forwarded or made available, in part or in whole, to any party that is not an institutional investor.



**charles SCHWAB**

7734-9102   LEGACY CAPITAL MANAGEMENT
Corp        6212 NAVIGATOR WAY
            SOUTHPORT NC

Transactions filtered by: Last 48 Months  | 59134N104                                                                 Results: 1

| Date | Settlement Date | Action | Symbol | Quantity | Description | Price | Amount | Account Fee[2] | Security Type |
|---|---|---|---|---|---|---|---|---|---|
| 01/29/2024 | | Reverse Split | 59134N104 | (3,500.00000) | META MATLS INC XXXREVERSE SPLIT EFF: 01/29/24 | $0.0000 | $0.00 | | Equity |

**Disclosures**
Bank Sweep deposits are held at one or more FDIC-insured banks that are affiliated with Charles Schwab & Co., Inc. ("Affiliated Banks"). Securities products and services (including unswept or intra-day cash, net credit or debit balances, and money market funds) offered by Charles Schwab & Co., Inc. (member SIPC) are not deposits or obligations of the Affiliated Banks, are subject to investment risk, are not FDIC insured, may lose value, and are not Affiliated Bank-guaranteed. Charles Schwab & Co., Inc. and the Affiliated Banks are separate entities and are all affiliates of The Charles Schwab Corporation. Bank Sweep deposit balances do not include interest that has been accrued since the last interest payment was made to your account. Funds deposited at Affiliated Banks are insured, in aggregate, up to $250,000 per Affiliated Bank, per depositor, for each account ownership category, by the Federal Deposit Insurance Corporation (FDIC). (0118-7FDH)

**Footnotes apply where indicated on the data view.**
1  Intra-day transactions are subject to change. Commissions are calculated at the end of the business day.
2  This value includes only commission from the transaction placed at Schwab. This does not include external transaction that were placed at other broker/dealers (Prime Broker or Trade Away).

(0307-0369)

©2024 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.

Schwab Advisor Services™ (formerly known as Schwab Institutional®) serves independent investment advisors and includes the custody, trading and support services of Schwab.

This material is for institutional investor use only. This material may not be forwarded or made available, in part or in whole, to any party that is not an institutional investor.



| 7734-9102 | LEGACY CAPITAL MANAGEMENT |
|---|---|
| Corp | 6212 NAVIGATOR WAY |
| | SOUTHPORT NC |

Transactions filtered by: Last 48 Months | 59134N203                                                                                            Results: 2

| Date | Settlement Date | Action | Symbol | Quantity | Description | Price | Amount | Account Fee[2] | Security Type |
|---|---|---|---|---|---|---|---|---|---|
| 12/13/2022 | | Exchange or Exercise | 59134N203 | (9,160.00000) | META MATLS INC 0% PFDPFD | $0.0000 | $0.00 | | Equity |
| 06/25/2021 | | Spin-off | 59134N203 | 490.00000 | META MATLS INC 0% PFDPFD | $0.0000 | $0.00 | | Equity |

**Disclosures**
Bank Sweep deposits are held at one or more FDIC-insured banks that are affiliated with Charles Schwab & Co., Inc. ("Affiliated Banks"). Securities products and services (including unswept or intra-day cash, net credit or debit balances, and money market funds) offered by Charles Schwab & Co., Inc. (member SIPC) are not deposits or obligations of the Affiliated Banks, are subject to investment risk, are not FDIC insured, may lose value, and are not Affiliated Bank-guaranteed. Charles Schwab & Co., Inc. and the Affiliated Banks are separate entities and are all affiliates of The Charles Schwab Corporation. Bank Sweep deposit balances do not include interest that has been accrued since the last interest payment was made to your account. Funds deposited at Affiliated Banks are insured, in aggregate, up to $250,000 per Affiliated Bank, per depositor, for each account ownership category, by the Federal Deposit Insurance Corporation (FDIC). (0118-7FDH)

**Footnotes apply where indicated on the data view.**
1  Intra-day transactions are subject to change. Commissions are calculated at the end of the business day.
2  This value includes only commission from the transaction placed at Schwab. This does not include external transaction that were placed at other broker/dealers (Prime Broker or Trade Away).

(0307-0369)

©2024 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.

Schwab Advisor Services™ (formerly known as Schwab Institutional®) serves independent investment advisors and includes the custody, trading and support services of Schwab.

This material is for institutional investor use only. This material may not be forwarded or made available, in part or in whole, to any party that is not an institutional investor.



| 7734-9102 | LEGACY CAPITAL MANAGEMENT |
|---|---|
| Corp | 6212 NAVIGATOR WAY |
| | SOUTHPORT NC |

Transactions filtered by: Last 48 Months | 89102U103                                        Results: 1

| Date | Settlement Date | Action | Symbol | Quantity | Description | Price | Amount | Account Fee[2] | Security Type |
|---|---|---|---|---|---|---|---|---|---|
| 06/29/2021 | | Reverse Split | 89102U103 | (490.00000) | TORCHLIGHT ENERGY RE XXXMANDATORY MERGER EFF: 06/28/21 | $0.0000 | $0.00 | | Equity |

**Disclosures**
Bank Sweep deposits are held at one or more FDIC-insured banks that are affiliated with Charles Schwab & Co., Inc. ("Affiliated Banks"). Securities products and services (including unswept or intra-day cash, net credit or debit balances, and money market funds) offered by Charles Schwab & Co., Inc. (member SIPC) are not deposits or obligations of the Affiliated Banks, are subject to investment risk, are not FDIC insured, may lose value, and are not Affiliated Bank-guaranteed. Charles Schwab & Co., Inc. and the Affiliated Banks are separate entities and are all affiliates of The Charles Schwab Corporation. Bank Sweep deposit balances do not include interest that has been accrued since the last interest payment was made to your account. Funds deposited at Affiliated Banks are insured, in aggregate, up to $250,000 per Affiliated Bank, per depositor, for each account ownership category, by the Federal Deposit Insurance Corporation (FDIC). (0118-7FDH)

**Footnotes apply where indicated on the data view.**
1  Intra-day transactions are subject to change. Commissions are calculated at the end of the business day.
2  This value includes only commission from the transaction placed at Schwab. This does not include external transaction that were placed at other broker/dealers (Prime Broker or Trade Away).

(0307-0369)

©2024 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.

Schwab Advisor Services™ (formerly known as Schwab Institutional®) serves independent investment advisors and includes the custody, trading and support services of Schwab.

·This material is for institutional investor use only. This material may not be forwarded or made available, in part or in whole, to any party that is not an institutional investor.



**7734-9102**    LEGACY CAPITAL MANAGEMENT
Corp            6212 NAVIGATOR WAY
                    SOUTHPORT NC

Transactions filtered by: Last 48 Months | MMAT      Results: 32

| Date | Settlement Date | Action | Symbol | Quantity | Description | Price | Amount | Account Fee[2] | Security Type |
|---|---|---|---|---|---|---|---|---|---|
| 02/20/2024 | 02/22/2024 | Sell | MMAT | 35.00000 | META MATLS INC | $4.3298 | $151.53 | $0.01 | Equity |
| 01/29/2024 |  | Reverse Split | MMAT | 35.00000 | META MATLS INC | $0.0000 | $0.00 |  | Equity |
| 01/17/2024 | 01/19/2024 | Buy | MMAT | 3,500.00000 | META MATLS INC | $0.0786 | ($275.10) |  | Equity |
| 07/06/2023 | 07/10/2023 | Sell | MMAT | 3,100.00000 | META MATLS INC | $0.1971 | $610.56 | $0.45 | Equity |
| 06/08/2023 | 06/12/2023 | Buy | MMAT | 500.00000 | META MATLS INC | $0.2457 | ($122.85) |  | Equity |
| 06/08/2023 | 06/12/2023 | Buy | MMAT | 1,000.00000 | META MATLS INC | $0.2454 | ($245.40) |  | Equity |
| 06/08/2023 | 06/12/2023 | Buy | MMAT | 1,000.00000 | META MATLS INC | $0.2444 | ($244.35) |  | Equity |
| 04/06/2023 | 04/11/2023 | Buy | MMAT | 600.00000 | META MATLS INC | $0.4253 | ($255.18) |  | Equity |
| 12/02/2022 | 12/06/2022 | Sell | MMAT | 2,850.00000 | META MATLS INC | $1.8409 | $5,246.45 | $0.12 | Equity |
| 11/29/2022 | 12/01/2022 | Buy | MMAT | 200.00000 | META MATLS INC | $1.9800 | ($396.00) |  | Equity |
| 11/29/2022 | 12/01/2022 | Buy | MMAT | 100.00000 | META MATLS INC | $1.9800 | ($198.00) |  | Equity |
| 11/29/2022 | 12/01/2022 | Buy | MMAT | 100.00000 | META MATLS INC | $1.9800 | ($198.00) |  | Equity |
| 11/29/2022 | 12/01/2022 | Buy | MMAT | 550.00000 | META MATLS INC | $1.9800 | ($1,089.00) |  | Equity |
| 11/21/2022 | 11/23/2022 | Buy | MMAT | 1,900.00000 | META MATLS INC | $1.9697 | ($3,742.43) |  | Equity |
| 04/25/2022 | 04/27/2022 | Sell | MMAT | 2,000.00000 | META MATLS INC | $1.3435 | $2,686.99 | $0.01 | Equity |
| 03/21/2022 | 03/23/2022 | Buy | MMAT | 500.00000 | META MATLS INC | $1.9163 | ($958.15) |  | Equity |
| 03/21/2022 | 03/23/2022 | Buy | MMAT | 500.00000 | META MATLS INC | $1.9290 | ($964.50) |  | Equity |
| 03/21/2022 | 03/23/2022 | Buy | MMAT | 500.00000 | META MATLS INC | $1.8888 | ($944.40) |  | Equity |
| 03/21/2022 | 03/23/2022 | Buy | MMAT | 500.00000 | META MATLS INC | $1.8690 | ($934.50) |  | Equity |
| 12/09/2021 | 12/13/2021 | Sell | MMAT | 1,500.00000 | META MATLS INC | $3.1807 | $4,771.03 | $0.02 | Equity |
| 10/29/2021 | 11/02/2021 | Buy | MMAT | 500.00000 | META MATLS INC | $4.9592 | ($2,479.60) |  | Equity |
| 09/21/2021 | 09/23/2021 | Sell | MMAT | 1,000.00000 | META MATLS INC | $4.9150 | $4,914.97 | $0.03 | Equity |
| 09/15/2021 | 09/17/2021 | Sell | MMAT | 1,000.00000 | META MATLS INC | $4.9233 | $4,923.27 | $0.03 | Equity |
| 09/13/2021 | 09/15/2021 | Sell | MMAT | 1,000.00000 | META MATLS INC | $5.1301 | $5,130.07 | $0.03 | Equity |
| 08/27/2021 | 08/31/2021 | Buy | MMAT | 500.00000 | META MATLS INC | $4.0330 | ($2,016.50) |  | Equity |

©2024 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.

Schwab Advisor Services™ (formerly known as Schwab Institutional®) serves independent investment advisors and includes the custody, trading and support services of Schwab.

This material is for institutional investor use only. This material may not be forwarded or made available, in part or in whole, to any party that is not an institutional investor.

| Date | Settlement Date | Action | Symbol | Quantity | Description | Price | Amount | Account Fee[2] | Security Type |
|---|---|---|---|---|---|---|---|---|---|
| 08/27/2021 | 08/31/2021 | Buy | MMAT | 1,000.00000 | META MATLS INC | $3.9040 | ($3,904.00) | | Equity |
| 08/26/2021 | 08/30/2021 | Buy | MMAT | 400.00000 | META MATLS INC | $3.4457 | ($1,378.28) | | Equity |
| 08/26/2021 | 08/30/2021 | Buy | MMAT | 555.00000 | META MATLS INC | $3.4990 | ($1,941.95) | | Equity |
| 08/26/2021 | 08/30/2021 | Buy | MMAT | 200.00000 | META MATLS INC | $3.5085 | ($701.70) | | Equity |
| 08/25/2021 | 08/27/2021 | Buy | MMAT | 100.00000 | META MATLS INC | $3.6550 | ($365.50) | | Equity |
| 08/24/2021 | 08/26/2021 | Buy | MMAT | 1,000.00000 | META MATLS INC | $3.5934 | ($3,593.40) | | Equity |
| 06/29/2021 | | Reverse Split | MMAT | 245.00000 | META MATLS INC | $0.0000 | $0.00 | | Equity |

**Disclosures**

Bank Sweep deposits are held at one or more FDIC-insured banks that are affiliated with Charles Schwab & Co., Inc. ("Affiliated Banks"). Securities products and services (including unswept or intra-day cash, net credit or debit balances, and money market funds) offered by Charles Schwab & Co., Inc. (member SIPC) are not deposits or obligations of the Affiliated Banks, are subject to investment risk, are not FDIC insured, may lose value, and are not Affiliated Bank-guaranteed. Charles Schwab & Co., Inc. and the Affiliated Banks are separate entities and are all affiliates of The Charles Schwab Corporation. Bank Sweep deposit balances do not include interest that has been accrued since the last interest payment was made to your account. Funds deposited at Affiliated Banks are insured, in aggregate, up to $250,000 per Affiliated Bank, per depositor, for each account ownership category, by the Federal Deposit Insurance Corporation (FDIC). (0118-7FDH)

**Footnotes apply where indicated on the data view.**
1  Intra-day transactions are subject to change. Commissions are calculated at the end of the business day.
2  This value includes only commission from the transaction placed at Schwab. This does not include external transaction that were placed at other broker/dealers (Prime Broker or Trade Away).

(0307-0369)

©2024 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.

Schwab Advisor Services™ (formerly known as Schwab Institutional®) serves Independent investment advisors and includes the custody, trading and support services of Schwab.

This material is for institutional investor use only. This material may not be forwarded or made available, in part or in whole, to any party that is not an institutional investor.



**7734-9102**  LEGACY CAPITAL MANAGEMENT
Corp            6212 NAVIGATOR WAY
                SOUTHPORT NC

Transactions filtered by: Last 48 Months | TRCH                                    Results: 3

| Date | Settlement Date | Action | Symbol | Quantity | Description | Price | Amount | Account Fee[2] | Security Type |
|---|---|---|---|---|---|---|---|---|---|
| 06/25/2021 | 06/29/2021 | Buy | TRCH | 200.00000 | TORCHLIGHT ENERGY RE MANDATORY MERGER EFF: 06/28/21 | $4.8790 | ($975.80) | | Equity |
| 06/23/2021 | 06/25/2021 | Sell | TRCH | 200.00000 | TORCHLIGHT ENERGY RE | $5.9093 | $1,181.85 | $0.01 | Equity |
| 06/15/2021 | 06/17/2021 | Buy | TRCH | 490.00000 | TORCHLIGHT ENERGY RE | $4.3882 | ($2,150.22) | | Equity |

**Disclosures**
Bank Sweep deposits are held at one or more FDIC-insured banks that are affiliated with Charles Schwab & Co., Inc. ("Affiliated Banks"). Securities products and services (including unswept or intra-day cash, net credit or debit balances, and money market funds) offered by Charles Schwab & Co., Inc. (member SIPC) are not deposits or obligations of the Affiliated Banks, are subject to investment risk, are not FDIC insured, may lose value, and are not Affiliated Bank-guaranteed. Charles Schwab & Co., Inc. and the Affiliated Banks are separate entities and are all affiliates of The Charles Schwab Corporation. Bank Sweep deposit balances do not include interest that has been accrued since the last interest payment was made to your account. Funds deposited at Affiliated Banks are insured, in aggregate, up to $250,000 per Affiliated Bank, per depositor, for each account ownership category, by the Federal Deposit Insurance Corporation (FDIC). (0118-7FDH)

**Footnotes apply where indicated on the data view.**
1  Intra-day transactions are subject to change. Commissions are calculated at the end of the business day.
2  This value includes only commission from the transaction placed at Schwab. This does not include external transaction that were placed at other broker/dealers (Prime Broker or Trade Away).

(0307-0369)

©2024 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.

Schwab Advisor Services™ (formerly known as Schwab Institutional®) serves independent investment advisors and includes the custody, trading and support services of Schwab.

This material is for institutional investor use only. This material may not be forwarded or made available, in part or in whole, to any party that is not an institutional investor.