NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: METGA MATERIALS, INC | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   JOSEE BRETON
   12 rue Christiana
   Scott, QC, CAN
   G0S 3G0

   Telephone Number: 581-928-4355

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.
   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.
   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 16 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: U29 25123

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   JOSEE BRETON / IBKR CANADA
   1800 McGill College Avenue, Suite 2106
   Montreal, QC, CAN H3A 3J6
   Telephone Number: 1-877-745-4222

3. Date Equity Interest was acquired:
   Between 05-23-2022 and 03-04-2023
   See attached documentation

4. Total amount of member interest: 2650 shares for 4422$

5. Certificate number(s): see attached documentation

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Josée Breton
   Title:
   Company: Address and telephone number (if different from notice address above):

   (Signature) JB    (Date) 12/12/2024
   Telephone number: 581-928-4355    email: jbreton.ariella@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



# Trade Confirmation Report

December 1, 2022 - November 30, 2023

② Help

Interactive Brokers Canada Inc. 1800 McGill College Avenue, Suite 2106, Montreal, Quebec, Canada  H3A 3J6

Member - Canadian Investor Protection Fund

Membre - Fonds canadien de protection des investisseurs


Regulated by CIRO
Canadian Investment
Regulatory Organization


Réglementée par OCRI
Organisme canadien de réglementation
des investissements

## Account Information

| Name | josee breton |
|---|---|
| Account | U2925123 |
| Account Type | Individual |
| Customer Type | Individual |
| Account Capabilities | Margin |
| Base Currency | CAD |

## Trades

| Acct ID | Symbol | Trade Date/Time | Settle Date | Exchange | Type | Quantity | Price | Proceeds | Comm | Fee | Order Type | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks** | | | | | | | | | | | | |
| **USD** | | | | | | | | | | | | |
| U2925123 | COSM | 2022-12-16, 10:41:14 | 2022-12-20 | - | BUY | 5 | 3.7700 | -18.85 | -0.20 | 0.00 | | O |
| U2925123 | COSM | 2022-12-16, 10:41:14 | 2022-12-20 | ARCA | BUY | 5 | 3.7700 | -18.85 | -0.20 | 0.00 | | O |
| U2925123 | COSM | 2022-12-16, 13:31:06 | 2022-12-20 | - | BUY | 5 | 6.6100 | -33.05 | -0.35 | 0.00 | | O |
| U2925123 | COSM | 2022-12-16, 13:31:06 | 2022-12-20 | DRCTEDGE | BUY | 5 | 6.6100 | -33.05 | -0.35 | 0.00 | | O |
| **Total COSM (Bought)** | | | | | | 10 | 5.1900 | -51.90 | -0.55 | 0.00 | | |
| U2925123 | COSM | 2022-12-16, 13:48:32 | 2022-12-20 | - | SELL | -5 | 6.7050 | 33.52 | -0.34 | 0.00 | | C |
| U2925123 | COSM | 2022-12-16, 13:48:32 | 2022-12-20 | DARK | SELL | -5 | 6.7050 | 33.52 | -0.34 | 0.00 | | C |
| U2925123 | COSM | 2022-12-16, 14:37:11 | 2022-12-20 | - | SELL | -5 | 8.2200 | 41.10 | -0.41 | 0.00 | | C |
| U2925123 | COSM | 2022-12-16, 14:37:11 | 2022-12-20 | DARK | SELL | -5 | 8.2200 | 41.10 | -0.41 | 0.00 | | C |
| **Total COSM (Sold)** | | | | | | -10 | 7.4625 | 74.62 | -0.75 | 0.00 | | |
| **Total COSM** | | | | | | 0 | | 22.72 | -1.30 | 0.00 | | |
| U2925123 | GRTS | 2022-12-15, 09:54:57 | 2022-12-19 | - | BUY | 100 | 3.6050 | -360.50 | -1.00 | 0.00 | | D;O |
| U2925123 | GRTS | 2022-12-15, 09:54:57 | 2022-12-19 | IBKRATS | BUY | 100 | 3.6050 | -360.50 | -1.00 | 0.00 | | D;O |
| U2925123 | GRTS | 2022-12-15, 10:21:46 | 2022-12-19 | - | BUY | 50 | 3.6900 | -184.50 | -1.00 | 0.00 | | O |
| U2925123 | GRTS | 2022-12-15, 10:21:46 | 2022-12-19 | DARK | BUY | 50 | 3.6900 | -184.50 | -1.00 | 0.00 | | O |
| **Total GRTS (Bought)** | | | | | | 150 | 3.63333333 | -545.00 | -2.00 | 0.00 | | |
| U2925123 | HUBC | 2023-03-15, 11:14:54 | 2023-03-17 | - | BUY | 1 | 2.1200 | -2.12 | -0.02 | 0.00 | | O |

Generated: 2024-12-12, 12:34:35 EST

Page: 1

| Trades | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| U2925123 | HUBC | 2023-03-15, 11:14:54 | 2023-03-17 | ISLAND | BUY | 1 | 2.1200 | -2.12 | -0.02 | 0.00 | O |
| U2925123 | HUBC | 2023-03-15, 11:16:20 | 2023-03-17 |  | BUY | 3 | 2.0950 | -6.28 | -0.06 | 0.00 | O |
| U2925123 | HUBC | 2023-03-15, 11:16:20 | 2023-03-17 | DARK | BUY | 3 | 2.0950 | -6.28 | -0.06 | 0.00 | O |
| U2925123 | HUBC | 2023-03-15, 11:44:34 | 2023-03-17 |  | BUY | 100 | 2.2100 | -221.00 | -1.00 | 0.00 | O |
| U2925123 | HUBC | 2023-03-15, 11:44:34 | 2023-03-17 | ISLAND | BUY | 100 | 2.2100 | -221.00 | -1.00 | 0.00 | O |
| U2925123 | HUBC | 2023-03-16, 14:58:47 | 2023-03-20 |  | BUY | 30 | 2.3200 | -69.60 | -0.79 | 0.00 | O;P |
| U2925123 | HUBC | 2023-03-16, 14:58:47 | 2023-03-20 | ISLAND | BUY | 29 | 2.3200 | -67.28 | -0.76 | 0.00 | O;P |
| U2925123 | HUBC | 2023-03-16, 14:58:47 | 2023-03-20 | ISLAND | BUY | 1 | 2.3200 | -2.32 | -0.03 | 0.00 | O;P |
| Total HUBC (Bought) | | | | | | 134 | 2.2313806 | -299.00 | -1.87 | 0.00 | |
| U2925123 | MMAT | 2023-01-23, 12:06:01 | 2023-01-25 |  | BUY | 20 | 1.0400 | -20.80 | -0.27 | 0.00 | O |
| U2925123 | MMAT | 2023-01-23, 12:06:01 | 2023-01-25 | DRCTEDGE | BUY | 20 | 1.0400 | -20.80 | -0.27 | 0.00 | O |
| U2925123 | MMAT | 2023-02-02, 12:29:10 | 2023-02-06 |  | BUY | 10 | 1.0580 | -10.58 | -0.11 | 0.00 | O |
| U2925123 | MMAT | 2023-02-02, 12:29:10 | 2023-02-06 | DARK | BUY | 10 | 1.0580 | -10.58 | -0.11 | 0.00 | O |
| U2925123 | MMAT | 2023-04-03, 14:31:06 | 2023-04-05 |  | BUY | 20 | 0.5256 | -10.51 | -0.11 | 0.00 | O |
| U2925123 | MMAT | 2023-04-03, 14:31:06 | 2023-04-05 | DARK | BUY | 20 | 0.5256 | -10.51 | -0.11 | 0.00 | O |
| Total MMAT (Bought) | | | | | | 50 | 0.83784 | -41.89 | -0.48 | 0.00 | |
| U2925123 | MMAT | 2022-12-09, 10:21:59 | 2022-12-13 |  | SELL | -680 | 1.38279412 | 940.30 | -3.51 | 0.00 | C;P |
| U2925123 | MMAT | 2022-12-09, 10:21:59 | 2022-12-13 | DARK | SELL | -300 | 1.3850 | 415.50 | -1.55 | 0.00 | C;P |
| U2925123 | MMAT | 2022-12-09, 10:21:59 | 2022-12-13 | ARCA | SELL | -10 | 1.3800 | 13.80 | -0.05 | 0.00 | C;P |
| U2925123 | MMAT | 2022-12-09, 10:21:59 | 2022-12-13 | DARK | SELL | -100 | 1.3820 | 138.20 | -0.52 | 0.00 | C;P |
| U2925123 | MMAT | 2022-12-09, 10:21:59 | 2022-12-13 | ARCA | SELL | -90 | 1.3800 | 124.20 | -0.46 | 0.00 | C;P |
| U2925123 | MMAT | 2022-12-09, 10:21:59 | 2022-12-13 | DARK | SELL | -100 | 1.3820 | 138.20 | -0.52 | 0.00 | C;P |
| U2925123 | MMAT | 2022-12-09, 10:21:59 | 2022-12-13 | IEX | SELL | -80 | 1.3800 | 110.40 | -0.41 | 0.00 | C;P |
| Total MMAT (Sold) | | | | | | -680 | 1.38279412 | 940.30 | -3.51 | 0.00 | |
| Total MMAT | | | | | | -630 | | 898.41 | -3.99 | 0.00 | |
| U2925123 | MULN | 2022-12-15, 09:53:57 | 2022-12-19 |  | BUY | 500 | 0.3989 | -199.45 | -2.50 | 0.00 | O |
| U2925123 | MULN | 2022-12-15, 09:53:57 | 2022-12-19 | ARCA | BUY | 500 | 0.3989 | -199.45 | -2.50 | 0.00 | O |
| U2925123 | MULN | 2022-12-15, 09:58:45 | 2022-12-19 |  | BUY | 200 | 0.3563 | -71.26 | -0.82 | 0.00 | O;P |
| U2925123 | MULN | 2022-12-15, 09:58:45 | 2022-12-19 | DRCTEDGE | BUY | 100 | 0.3563 | -35.63 | -0.46 | 0.00 | O;P |
| U2925123 | MULN | 2022-12-15, 09:58:45 | 2022-12-19 | DARK | BUY | 100 | 0.3563 | -35.63 | -0.36 | 0.00 | O;P |
| Total MULN (Bought) | | | | | | 700 | 0.38672857 | -270.71 | -3.32 | 0.00 | |
| U2925123 | MULN | 2023-02-02, 11:09:30 | 2023-02-06 |  | SELL | -700 | 0.3971 | 277.97 | -2.89 | 0.00 | C;P |
| U2925123 | MULN | 2023-02-02, 11:09:30 | 2023-02-06 | ISLAND | SELL | -481 | 0.3971 | 191.01 | -1.98 | 0.00 | C;P |
| U2925123 | MULN | 2023-02-02, 11:09:43 | 2023-02-06 | ISLAND | SELL | -19 | 0.3971 | 7.54 | -0.08 | 0.00 | C;P |
| U2925123 | MULN | 2023-02-02, 11:09:43 | 2023-02-06 | ISLAND | SELL | -200 | 0.3971 | 79.42 | -0.83 | 0.00 | C;P |
| Total MULN (Sold) | | | | | | -700 | 0.3971 | 277.97 | -2.89 | 0.00 | |
| Total MULN | | | | | | 0 | | 7.26 | -6.21 | 0.00 | |
| U2925123 | RIOT | 2023-01-23, 12:03:09 | 2023-01-25 |  | BUY | 10 | 6.3599 | -63.60 | -0.64 | 0.00 | O |
| U2925123 | RIOT | 2023-01-23, 12:03:09 | 2023-01-25 | DARK | BUY | 10 | 6.3599 | -63.60 | -0.64 | 0.00 | O |
| U2925123 | RIOT | 2023-01-23, 14:58:03 | 2023-01-25 |  | BUY | 1 | 6.3900 | -6.39 | -0.07 | 0.00 | O |
| U2925123 | RIOT | 2023-01-23, 14:58:03 | 2023-01-25 | PEARL | BUY | 1 | 6.3900 | -6.39 | -0.07 | 0.00 | O |
| Total RIOT (Bought) | | | | | | 11 | 6.36263636 | -69.99 | -0.70 | 0.00 | |
| U2925123 | RIOT | 2023-02-02, 11:17:31 | 2023-02-06 |  | SELL | -11 | 7.3350 | 80.68 | -0.81 | 0.00 | C |
| U2925123 | RIOT | 2023-02-02, 11:17:31 | 2023-02-06 | IBKRATS | SELL | -11 | 7.3350 | 80.68 | -0.81 | 0.00 | C |
| Total RIOT (Sold) | | | | | | -11 | 7.3350 | 80.68 | -0.81 | 0.00 | |
| Total RIOT | | | | | | 0 | | 10.70 | -1.51 | 0.00 | |
| U2925123 | TCDA | 2022-12-16, 15:42:06 | 2022-12-20 |  | BUY | 500 | 0.1775 | -88.75 | -1.15 | 0.00 | O;P |

| Trades | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| U2925123 | MARA | 2022-08-17, 10:49:08 | 2022-08-19 | - | BUY | 8 | 15.7300 | -125.84 | -1.00 | 0.00 | O |
| U2925123 | MARA | 2022-08-17, 10:49:08 | 2022-08-19 | EDGEA | BUY | 8 | 15.7300 | -125.84 | -1.00 | 0.00 | O |
| U2925123 | MARA | 2022-08-18, 09:52:20 | 2022-08-22 | - | BUY | 20 | 15.5886 | -311.77 | -1.00 | 0.00 | O |
| U2925123 | MARA | 2022-08-18, 09:52:20 | 2022-08-22 | DARK | BUY | 20 | 15.5886 | -311.77 | -1.00 | 0.00 | O |
| U2925123 | MARA | 2022-08-23, 10:24:09 | 2022-08-25 | - | BUY | 5 | 14.0470 | -70.24 | -0.70 | 0.00 | O |
| U2925123 | MARA | 2022-08-23, 10:24:09 | 2022-08-25 | DARK | BUY | 5 | 14.0470 | -70.24 | -0.70 | 0.00 | O |
| Total MARA (Bought) | | | | | | 148 | 16.38572297 | -2,425.09 | -5.70 | 0.00 | |
| U2925123 | MARA | 2022-08-04, 14:09:50 | 2022-08-08 | - | SELL | -40 | 13.4050 | 536.20 | -1.02 | 0.00 | C |
| U2925123 | MARA | 2022-08-04, 14:09:50 | 2022-08-08 | DARK | SELL | -40 | 13.4050 | 536.20 | -1.02 | 0.00 | C |
| U2925123 | MARA | 2022-08-11, 15:46:45 | 2022-08-15 | - | SELL | -3 | 17.2020 | 51.61 | -0.52 | 0.00 | C;L |
| U2925123 | MARA | 2022-08-11, 15:46:45 | 2022-08-15 | DARK | SELL | -3 | 17.2020 | 51.61 | -0.52 | 0.00 | C;L |
| U2925123 | MARA | 2022-08-26, 14:11:43 | 2022-08-30 | - | SELL | -105 | 11.5020 | 1,207.71 | -1.04 | 0.00 | C |
| U2925123 | MARA | 2022-08-26, 14:11:43 | 2022-08-30 | DARK | SELL | -105 | 11.5020 | 1,207.71 | -1.04 | 0.00 | C |
| Total MARA (Sold) | | | | | | -148 | 12.13186486 | 1,795.52 | -2.58 | 0.00 | |
| Total MARA | | | | | | 0 | | -629.57 | -8.28 | 0.00 | |
| U2925123 | MMAT | 2022-05-13, 11:37:55 | 2022-05-17 | - | BUY | 1,000 | 1.4500 | -1,450.00 | -5.00 | 0.00 | O;P |
| U2925123 | MMAT | 2022-05-13, 11:37:55 | 2022-05-17 | ISLAND | BUY | 501 | 1.4500 | -726.45 | -2.50 | 0.00 | O;P |
| U2925123 | MMAT | 2022-05-13, 11:37:55 | 2022-05-17 | ISLAND | BUY | 199 | 1.4500 | -288.55 | -1.00 | 0.00 | O;P |
| U2925123 | MMAT | 2022-05-13, 11:37:55 | 2022-05-17 | PEARL | BUY | 50 | 1.4500 | -72.50 | -0.25 | 0.00 | O;P |
| U2925123 | MMAT | 2022-05-13, 11:37:55 | 2022-05-17 | PEARL | BUY | 150 | 1.4500 | -217.50 | -0.75 | 0.00 | O;P |
| U2925123 | MMAT | 2022-05-13, 11:37:55 | 2022-05-17 | PEARL | BUY | 100 | 1.4500 | -145.00 | -0.50 | 0.00 | O;P |
| U2925123 | MMAT | 2022-05-16, 14:42:13 | 2022-05-18 | - | BUY | 500 | 1.5750 | -787.50 | -2.50 | 0.00 | O |
| U2925123 | MMAT | 2022-05-16, 14:42:13 | 2022-05-18 | DARK | BUY | 500 | 1.5750 | -787.50 | -2.50 | 0.00 | O |
| U2925123 | MMAT | 2022-05-17, 12:36:10 | 2022-05-19 | - | BUY | 100 | 1.6380 | -163.80 | -1.00 | 0.00 | O |
| U2925123 | MMAT | 2022-05-17, 12:36:10 | 2022-05-19 | DARK | BUY | 100 | 1.6380 | -163.80 | -1.00 | 0.00 | O |
| U2925123 | MMAT | 2022-05-23, 16:02:41 | 2022-05-25 | - | BUY | 1,000 | 1.9800 | -1,980.00 | -5.00 | 0.00 | O;P |
| U2925123 | MMAT | 2022-05-23, 16:02:41 | 2022-05-25 | ISLAND | BUY | 10 | 1.9800 | -19.80 | -0.23 | 0.00 | O;P |
| U2925123 | MMAT | 2022-05-23, 16:02:41 | 2022-05-25 | ISLAND | BUY | 95 | 1.9800 | -188.10 | -0.77 | 0.00 | O;P |
| U2925123 | MMAT | 2022-05-23, 16:02:41 | 2022-05-25 | ISLAND | BUY | 100 | 1.9800 | -198.00 | -0.02 | 0.00 | O;P |
| U2925123 | MMAT | 2022-05-23, 16:03:03 | 2022-05-25 | ISLAND | BUY | 795 | 1.9800 | -1,574.10 | -3.98 | 0.00 | O;P |
| Total MMAT (Bought) | | | | | | 2,600 | 1.68511538 | -4,381.30 | -13.50 | 0.00 | |
| U2925123 | MMAT | 2022-05-16, 11:03:13 | 2022-05-18 | - | SELL | -1,000 | 1.51065 | 1,510.65 | -5.16 | 0.00 | C;D;P |
| U2925123 | MMAT | 2022-05-16, 11:03:13 | 2022-05-18 | IBKRATS | SELL | -870 | 1.5100 | 1,313.70 | -4.49 | 0.00 | C;D;P |
| U2925123 | MMAT | 2022-05-16, 11:03:13 | 2022-05-18 | IBKRATS | SELL | -130 | 1.5150 | 196.95 | -0.67 | 0.00 | C;D;P |
| U2925123 | MMAT | 2022-05-18, 12:11:17 | 2022-05-20 | - | SELL | -600 | 1.67333333 | 1,004.00 | -3.10 | 0.00 | C;D;P |
| U2925123 | MMAT | 2022-05-18, 12:11:17 | 2022-05-20 | ISLAND | SELL | -100 | 1.6700 | 167.00 | -1.02 | 0.00 | C;P |
| U2925123 | MMAT | 2022-05-18, 12:11:17 | 2022-05-20 | ISLAND | SELL | -200 | 1.6750 | 335.00 | -0.53 | 0.00 | C;P |
| U2925123 | MMAT | 2022-05-18, 12:11:17 | 2022-05-20 | IBKRATS | SELL | -100 | 1.6700 | 167.00 | -0.52 | 0.00 | C;D;P |
| U2925123 | MMAT | 2022-05-18, 12:11:17 | 2022-05-20 | ISLAND | SELL | -200 | 1.6750 | 335.00 | -1.03 | 0.00 | C;P |
| U2925123 | MMAT | 2022-06-01, 11:58:08 | 2022-06-03 | - | SELL | -1,000 | 1.8500 | 1,850.00 | -5.17 | 0.00 | C;D;P |
| U2925123 | MMAT | 2022-06-01, 11:58:08 | 2022-06-03 | ARCA | SELL | -15 | 1.8500 | 27.75 | -0.33 | 0.00 | C;P |
| U2925123 | MMAT | 2022-06-01, 11:58:08 | 2022-06-03 | IBKRATS | SELL | -50 | 1.8500 | 92.50 | -0.69 | 0.00 | C;D;P |
| U2925123 | MMAT | 2022-06-01, 11:58:08 | 2022-06-03 | PEARL | SELL | -100 | 1.8500 | 185.00 | -0.02 | 0.00 | C;P |
| U2925123 | MMAT | 2022-06-01, 11:58:08 | 2022-06-03 | ARCA | SELL | -25 | 1.8500 | 46.25 | 0.00 | 0.00 | C;P |
| U2925123 | MMAT | 2022-06-01, 11:58:08 | 2022-06-03 | ARCA | SELL | -12 | 1.8500 | 22.20 | -0.01 | 0.00 | C;P |
| U2925123 | MMAT | 2022-06-01, 11:58:08 | 2022-06-03 | ARCA | SELL | -351 | 1.8500 | 649.35 | -1.82 | 0.00 | C;P |
| U2925123 | MMAT | 2022-06-01, 11:58:08 | 2022-06-03 | ARCA | SELL | -60 | 1.8500 | 111.00 | -0.31 | 0.00 | C;P |

## Trades

| Account | Symbol | Trade Date/Time | Settle Date | Exchange | Side | Qty | Price | Amount | Comm | Fee | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| U2925123 | MMAT | 2022-06-01, 11:58:08 | 2022-06-03 | MEMX | SELL | -300 | 1.8500 | 555.00 | -1.55 | 0.00 | C;P |
| U2925123 | MMAT | 2022-06-01, 11:58:08 | 2022-06-03 | ARCA | SELL | -37 | 1.8500 | 68.45 | -0.19 | 0.00 | C;P |
| U2925123 | MMAT | 2022-06-01, 11:58:08 | 2022-06-03 | PEARL | SELL | -50 | 1.8500 | 92.50 | -0.26 | 0.00 | C;P |
| Total MMAT (Sold) | | | | | | -2,600 | 1.67871154 | 4,384.65 | -13.44 | 0.00 | |
| Total MMAT | | | | | | 0 | | -16.65 | -26.94 | 0.00 | |
| U2925123 | MQ | 2022-05-12, 15:27:58 | 2022-05-16 | - | BUY | 200 | 7.9490 | -1,589.80 | -1.00 | 0.00 | O;P |
| U2925123 | MQ | 2022-05-12, 15:27:58 | 2022-05-16 | DARK | BUY | 100 | 7.9480 | -794.80 | -1.00 | 0.00 | O;P |
| U2925123 | MQ | 2022-05-12, 15:27:58 | 2022-05-16 | ISLAND | BUY | 7 | 7.9500 | -55.65 | 0.00 | 0.00 | O;P |
| U2925123 | MQ | 2022-05-12, 15:27:58 | 2022-05-16 | ISLAND | BUY | 93 | 7.9500 | -739.35 | 0.00 | 0.00 | O;P |
| U2925123 | MQ | 2022-05-19, 14:02:54 | 2022-05-23 | - | BUY | 50 | 10.0250 | -501.25 | -1.00 | 0.00 | O |
| U2925123 | MQ | 2022-05-19, 14:02:54 | 2022-05-23 | DARK | BUY | 50 | 10.0250 | -501.25 | -1.00 | 0.00 | O |
| U2925123 | MQ | 2022-05-20, 13:48:27 | 2022-05-24 | - | BUY | 100 | 9.4550 | -945.50 | -1.00 | 0.00 | O |
| U2925123 | MQ | 2022-05-20, 13:48:27 | 2022-05-24 | DARK | BUY | 100 | 9.4550 | -945.50 | -1.00 | 0.00 | O |
| U2925123 | MQ | 2022-05-20, 15:40:59 | 2022-05-24 | - | BUY | 100 | 9.7684 | -976.84 | -1.00 | 0.00 | O |
| U2925123 | MQ | 2022-05-20, 15:40:59 | 2022-05-24 | DARK | BUY | 100 | 9.7684 | -976.84 | -1.00 | 0.00 | O |
| U2925123 | MQ | 2022-09-15, 10:00:20 | 2022-09-19 | - | BUY | 100 | 8.4300 | -843.00 | -1.00 | 0.00 | O |
| U2925123 | MQ | 2022-09-15, 10:00:20 | 2022-09-19 | ISLAND | BUY | 100 | 8.4300 | -843.00 | -1.00 | 0.00 | O |
| U2925123 | MQ | 2022-09-21, 15:06:32 | 2022-09-23 | - | BUY | 15 | 7.4470 | -111.70 | -1.00 | 0.00 | O |
| U2925123 | MQ | 2022-09-21, 15:06:32 | 2022-09-23 | DARK | BUY | 15 | 7.4470 | -111.70 | -1.00 | 0.00 | O |
| Total MQ (Bought) | | | | | | 585 | 8.7930885 | -4,968.10 | -6.00 | 0.00 | |
| U2925123 | MQ | 2022-05-13, 10:17:56 | 2022-05-17 | - | SELL | -200 | 8.4800 | 1,696.00 | -1.06 | 0.00 | C;P |
| U2925123 | MQ | 2022-05-13, 10:17:56 | 2022-05-17 | PEARL | SELL | -100 | 8.4800 | 848.00 | -1.03 | 0.00 | C;P |
| U2925123 | MQ | 2022-05-13, 10:17:56 | 2022-05-17 | IBKRATS | SELL | -100 | 8.4800 | 848.00 | -0.03 | 0.00 | C;P |
| U2925123 | MQ | 2022-05-26, 11:35:35 | 2022-05-31 | - | SELL | -250 | 10.60308 | 2,650.77 | -1.34 | 0.00 | C;P |
| U2925123 | MQ | 2022-05-26, 11:35:35 | 2022-05-31 | DARK | SELL | -100 | 10.6020 | 1,060.20 | -1.04 | 0.00 | C;P |
| U2925123 | MQ | 2022-05-26, 11:35:35 | 2022-05-31 | DARK | SELL | -150 | 10.6038 | 1,590.57 | -0.31 | 0.00 | C;P |
| U2925123 | MQ | 2022-09-23, 09:40:34 | 2022-09-27 | - | SELL | -115 | 6.7400 | 775.10 | -1.03 | 0.00 | C;D |
| U2925123 | MQ | 2022-09-23, 09:40:34 | 2022-09-27 | IBKRATS | SELL | -115 | 6.7400 | 775.10 | -1.03 | 0.00 | C;D |
| Total MQ (Sold) | | | | | | -565 | 9.06525684 | 5,121.87 | -3.44 | 0.00 | |
| Total MQ | | | | | | 0 | | 153.77 | -9.44 | 0.00 | |
| U2925123 | MRNA | 2021-12-03, 14:03:56 | 2021-12-07 | - | BUY | 5 | 305.8850 | -1,529.42 | -1.00 | 0.00 | O |
| U2925123 | MRNA | 2021-12-03, 14:03:56 | 2021-12-07 | DARK | BUY | 5 | 305.8850 | -1,529.42 | -1.00 | 0.00 | O |
| U2925123 | MRNA | 2021-12-14, 13:46:17 | 2021-12-16 | - | BUY | 8 | 273.0100 | -2,184.08 | -1.00 | 0.00 | D;O |
| U2925123 | MRNA | 2021-12-14, 13:46:17 | 2021-12-16 | IBKRATS | BUY | 8 | 273.0100 | -2,184.08 | -1.00 | 0.00 | D;O |
| U2925123 | MRNA | 2021-12-14, 16:10:25 | 2021-12-16 | - | BUY | 1 | 276.8400 | -276.84 | -1.00 | 0.00 | O |
| U2925123 | MRNA | 2021-12-14, 16:10:25 | 2021-12-16 | ISLAND | BUY | 1 | 276.8400 | -276.84 | -1.00 | 0.00 | O |
| U2925123 | MRNA | 2022-02-22, 12:28:10 | 2022-02-24 | - | BUY | 10 | 142.9300 | -1,429.30 | -1.00 | 0.00 | C;D |
| U2925123 | MRNA | 2022-02-22, 12:28:10 | 2022-02-24 | IBKRATS | BUY | 10 | 142.9300 | -1,429.30 | -1.00 | 0.00 | C;D |
| Total MRNA (Bought) | | | | | | 24 | 225.81854167 | -5,419.84 | -4.00 | 0.00 | |
| U2925123 | MRNA | 2021-12-28, 12:31:03 | 2021-12-30 | - | SELL | -14 | 240.5300 | 3,367.42 | -1.02 | 0.00 | C |
| U2925123 | MRNA | 2021-12-28, 12:31:03 | 2021-12-30 | IBKRATS | SELL | -14 | 240.5300 | 3,367.42 | -1.02 | 0.00 | C |
| U2925123 | MRNA | 2022-02-14, 10:05:54 | 2022-02-16 | - | SELL | -2 | 146.7000 | 293.40 | -1.00 | 0.00 | D;O |
| U2925123 | MRNA | 2022-02-14, 10:05:54 | 2022-02-16 | IBKRATS | SELL | -2 | 146.7000 | 293.40 | -1.00 | 0.00 | D;O |
| U2925123 | MRNA | 2022-02-14, 10:12:10 | 2022-02-16 | - | SELL | -3 | 144.6200 | 433.86 | -1.00 | 0.00 | O |
| U2925123 | MRNA | 2022-02-14, 10:12:10 | 2022-02-16 | ISLAND | SELL | -3 | 144.6200 | 433.86 | -1.00 | 0.00 | O |
| U2925123 | MRNA | 2022-02-14, 14:13:19 | 2022-02-16 | - | SELL | -5 | 140.7400 | 703.70 | -1.00 | 0.00 | D;O |
| U2925123 | MRNA | 2022-02-14, 14:13:19 | 2022-02-16 | IBKRATS | SELL | -5 | 140.7400 | 703.70 | -1.00 | 0.00 | D;O |