NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: **Meta Materials Inc** | Case Number: **24-50792-hlb** | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Jonathan P. Duran
   4203 Union Deposit Road
   Number 1203
   Harrisburg, PA 17111

   Telephone Number: 646-771-5283

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AM AND FILED
   DEC 16 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   COURT USE ONLY

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: **26X-68M83**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   Jonathan P. Duran | Merril Edge
   Telephone Number: 877-653-4732

3. **Date Equity Interest was acquired:** 06/15/21

4. **Total amount of member interest:** 297 Shares for $3,147.55   Certificate number(s): See Attached Documentation

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Jonathan P. Duran
   Title: Individual
   Company: __ Address and telephone number (if different from notice address above):
   _____
   _____

   (Signature) *Jonathan Duran*   (Date) 12/09/2024

   Telephone number: 646-771-5283   email: nostrad2020@outlook.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**MERRILL**
A BANK OF AMERICA COMPANY

JONATHAN P DURAN

Account Number: 26X-68M83

May 29, 2021 - June 30, 2021

## YOUR CMA EQUITY COST BASIS

| EQUITIES Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|---|
| GENIUS BRANDS INTL INC | GNUS | 02/11/21 | 483.0000 | 2.0700 | 999.81 | 1.8400 | 888.72 | (111.09) | |
| META MATERIALS INC | MMAT | 06/15/21 | 297.0000 | 10.5978 | 3,147.55 | 7.4900 | 2,224.53 | (923.02) | |
| SORRENTO THERAPEUTICS INC | SRNE | 08/13/20 | 140.0000 | 12.7172 | 1,780.41✦ | 9.6900 | 1,356.60 | (423.81) | |
| | | 08/13/20 | 135.0000 | 10.9174 | 1,473.85✦ | 9.6900 | 1,308.15 | (165.70) | |
| | | 08/14/20 | 134.0000 | 10.0473 | 1,346.35✦ | 9.6900 | 1,298.46 | (47.89) | |
| | | 08/18/20 | 127.0000 | 12.2901 | 1,560.85✦ | 9.6900 | 1,230.63 | (330.22) | |
| | | 08/19/20 | 143.0000 | 11.9202 | 1,704.59✦ | 9.6900 | 1,385.67 | (318.92) | |
| Subtotal | | | 679.0000 | | 7,866.05 | | 6,579.51 | (1,286.54) | |
| **TOTAL** | | | | | **12,013.41** | | **9,692.76** | **(2,320.65)** | |

**Notes**
✦Cost basis has been adjusted by the deferred loss amount from a previous "Wash Sale" and the acquisition date has been adjusted to include the holding period of the lot closed by that previous "Wash Sale".

This page intentionally left blank

JONATHAN P DURAN

Account Number: 26X-68M83

**24-Hour Assistance: (877) 653-4732**
Access Code: 21-269-68683

## YOUR CMA TRANSACTIONS

December 30, 2023 - January 31, 2024

### SECURITY TRANSACTIONS

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Other Security Transactions** | | | | | | | |
| 01/29 | META MATERIALS INC PAY DATE 01/29/2024 | Exchange | -297.0000 | | | | |
| 01/29 | META MATERIALS INC REGITERED SHS PAY DATE 01/29/2024 | Exchange | 3.0000 | | | | |
| | *Subtotal (Other Security Transactions)* | | | | | | |
| | **TOTAL** | | | | | | |
| | **TOTAL SECURITY PURCHASES/(DEBITS)** | | | | | | |
| | **TOTAL SECURITY SALES/CREDITS** | | | | | | |

If you own London Interbank Offered Rate (LIBOR) linked financial products, the cessation of LIBOR and the transition from LIBOR to alternative reference rates such as SOFR or BSBY, may have significant impacts to those financial products, including impacts to their liquidity, value and potential performance. Additional information is available at www.ml.com/articles/benchmark-interest-rate-reform.html

**MERRILL**
A BANK OF AMERICA COMPANY

JONATHAN P DURAN

Account Number: 26X-68M83

December 30, 2023 - January 31, 2024

## YOUR CMA ASSETS

### EQUITIES

| Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| AMC ENTERTAINMENT HOLDINGS INC REGIST CL A | AMC | 6.0000 | 557.75 | 4.0500 | 24.58 | (533.17) | | |
| EIGHTCO HOLDINGS INC | OCTO | 2.0000 | 1,073.06 | 0.6211 | 1.24 | (1,071.82) | | |
| ENSERVCO CORP REG SHS | ENSV | 262.0000 | 1,999.06 | 0.2120 | 55.54 | (1,943.52) | | |
| GENIUS BRANDS INTL INC | TOON | 49.0000 | 999.81 | 1.2200 | 59.78 | (940.03) | | |
| GENIUS GROUP LTD REG SHS | GNS | 64.0000 | 323.20 | 0.3830 | 24.51 | (298.69) | | |
| HYCROFT MNG HLDG CORP | HYMC | 88.0000 | 1,990.54 | 2.0100 | 176.88 | (1,813.66) | | |
| LONGEVERON INC REG SHS CL A | LGVN | 149.0000 | 1,996.60 | 0.5390 | 80.31 | (1,916.29) | | |
| META MATERIALS INC REGITERED SHS | MMAT | 3.0000 | 3,147.55 | 3.8200 | 11.46 | (3,136.09) | | |
| OCUGEN INC | OCGN | 225.0000 | 3,377.25 | 0.5359 | 120.58 | (3,256.67) | | |
| SORRENTO THERAPEUTICS INC | SRNEQ | 679.0000 | 7,866.05✦ | 0.0425 | 28.87 | (7,837.18) | | |
| SORRENTO THERAPEUTICSXPN PARENT # 69317 | | 95.0000 | 31.43✦ | 1.6400 | 155.80 | (26.51) | | |
| VINCO VENTURES INC | BBIG | 30.0000 | 2,309.03 | 0.0100 | .30 | (2,308.73) | | |
| **TOTAL** | | | **25,671.33** | | **739.85** | **(25,082.36)** | | |

Equity Cost Basis details are available on the Statements and Documents page of www.merrilledge.com.

### LONG PORTFOLIO

| | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **TOTAL** | 25,671.33 | 739.85 | (25,082.36) | | |

**Notes**

✦ Cost basis has been adjusted by the deferred loss amount from a previous "Wash Sale" and the acquisition date has been adjusted to include the holding period of the lot closed by that previous "Wash Sale".

✧ Some cost basis information may not be available due to insufficient data and is not included in the total.