NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor: **META MATERIALS, INC**   Case Number: **24-50792**

| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): <br><br> JOSEE BRETON <br> 12 rue Christiana <br> Scott, Qc, CANADA <br> GOS 3G0 <br><br> Telephone Number: **581-928-4355** | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars. <br><br> ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case. <br><br> ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | **RECEIVED AND FILED** <br><br> DEC 16 2024 <br><br> **U.S. BANKRUPTCY COURT** <br> **MARY A. SCHOTT, CLERK** |

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
**50-Q4LY9**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: <br> JOSEE BRETON / Desjardins <br> 1170, rue Peel, Bureau 105, Montreal <br> Telephone Number: QC, CANADA H3B 0A9 <br> 1-855-777-5562 | 3. Date Equity Interest was acquired: <br> Between <br> 11/29/2022 - 02/10/2023 <br> See attached documentation |

4. Total amount of member interest: **160 shares for 3405.94**   5. Certificate number(s): **see attached documentation**

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: **Investor**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **JOSEE BRETON**
Title:
Company:____ Address and telephone number (if different from notice address above):
_____
_____

(Signature)   (Date) **12/12/2024**

Telephone number: **581-928-4355** email: **jbreton.arielle@gmail.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**Desjardins**
**Courtage en ligne**

1170, rue Peel, Bureau 105
Montréal (Québec)  H3B 0A9

Service d'opération sans conseil

Place de la Cité
2600, boul. Laurier - Bureau 130
Québec (Québec)  G1V 4T3



**FCPE OCRCVM**
Fonds canadien de protection des épargnants
**M E M B R E**
Organisme canadien de
réglementation du commerce
des valeurs mobilières

16833976-5
MME JOSEE BRETON
12 CHRISTIANA
SCOTT QC  G0S 3G0

# Confirmation de transaction

**Nous confirmons les activités suivantes dans votre compte numéro : 50-Q4LY 9 Type : RER**          **HM3**

## Détails de la transaction

| | |
|---|---|
| Numéro de compte : | 50-Q4LY 9 |
| Date : | 2022-11-25 |
| Numéro : | 041373 |
| RR : | DISNAT DIRECT    OD02 |
| | |
| Symbole : | MMAT |
| CUSIP : | 59134N104 |
| Code de titre : | 43865R |
| Code de base : | A |
| Code du marché : | NY |

## Transaction

| Quantité achetée | Quantité vendue | Description | Prix unitaire ($) |
|---|---|---|---|
| 1000 | | META MATERIALS INC<br>INTERNET DIRECT/STP<br>CONV EN CAD @31.7 %US PRIME | 1.9174 |

| | |
|---|---|
| Montant de la transaction : | 1,917.40$ |
| Commission : | |
| Jours d'intérêt : | |
| Intérêt : | |
| Frais S.E.C. : | |
| Change : | 607.82 |
| Montant net de la transaction : | 2,525.22$ |

Date de règlement :  2022-11-29

LE PAIEMENT EST DÛ À LA DATE DE RÈGLEMENT INDIQUÉE. INTÉRÊTS
PAYABLES SUR LES COMPTES EN DÉFAUT.

## CODE DU MARCHÉ

NY    BOURSE DE NEW YORK

## CODE DE BASE DE LA TRANSACTION

A

## ABRÉVIATIONS

NV    ACTIONS NE COMPORTANT PAS DE DROITS DE VOTE
SV    ACTIONS COMPORTANT DES DROITS DE VOTE SUBALTERNES
RV    ACTIONS COMPORTANT DES DROITS DE VOTE RESTREINTS
LV    ACTIONS COMPORTANT DES DROITS DE VOTE LIMITÉS
MV    ACTIONS COMPORTANT DES DROITS DE VOTE MULTIPLES
BS    BON DE SOUSCRIPTION
DS    DROIT DE SOUSCRIPTION
TS    TITRES RESTREINTS

SI CETTE CONFIRMATION DE TRANSACTION N'EST PAS CONFORME À VOS DOSSIERS, NOUS VOUS PRIONS D'EN AVISER IMMÉDIATEMENT UN REPRÉSENTANT AU SERVICE À LA CLIENTÈLE SI VOUS N'OBTENEZ PAS
SATISFACTION, VEUILLEZ NOUS AVISER PAR ÉCRIT DANS LES 10 JOURS SUIVANT LA DATE DE CETTE CONFIRMATION À L'ADRESSE SUIVANTE : SERVICE DE LA CONFORMITÉ, VALEURS MOBILIÈRES DESJARDINS INC., 1170, RUE PEEL, BUREAU 300,
MONTRÉAL (QUÉBEC), H3B 0A9. SANS UN TEL AVIS, CETTE CONFIRMATION DE TRANSACTION SERA CONSIDÉRÉE COMME EXACTE.

- SANS LIMITER D'AUCUNE FAÇON NI AUTREMENT PORTER ATTEINTE À NOS DROITS EN VERTU DE TOUS AUTRES CONTRATS PASSÉS ENTRE NOUS, VOUS CONVENEZ AVEC NOUS DE CE QUI SUIT :

SI LA PRÉSENTE OPÉRATION EST EFFECTUÉE SUR UNE BOURSE, ELLE SERA ASSUJETTIE AUX STATUTS, AUX RÈGLEMENTS ET AUX COUTUMES DE CETTE BOURSE ET DE TOUTE CHAMBRE DE COMPENSATION INTÉRESSÉE. TOUTES LES VALEURS ET
TOUS LES BIENS MOBILIERS (CI-APRÈS APPELÉS LES " VALEURS ") QUE NOUS DÉTENONS POUR VOUS OU QUE NOUS REPORTONS SUR VOTRE COMPTE SERONT DE TEMPS À AUTRE, TANT QUE VOUS SEREZ ENDETTÉ ENVERS NOUS, DÉTENUS EN
GARANTIE COLLATÉRALE DE CETTE DETTE ET NOUS AURONS LE DROIT SANS VOUS EN DONNER AVIS, DE NOUS SERVIR DE CES VALEURS POUR DES LIVRAISONS OU POUR REMPLACER D'AUTRES VALEURS, OU PRÊTER CES VALEURS ET DE NOUS
PROCURER DE L'ARGENT SUR CES VALEURS ET LES METTRE EN GAGE SOIT SÉPARÉMENT, SOIT DANS VOS PRÊTS GÉNÉRAUX OU D'AUTRES FAÇONS AVEC DES VALEURS NOUS APPARTENANT OU APPARTENANT À D'AUTRES, LE TOUT DE LA MANIÈRE,
AUX CONDITIONS ET POUR LES SOMMES PLUS OU MOINS ÉLEVÉES QUE LA SOMME QUE VOUS NOUS DEVEZ ET POUR DES FINS QUE NOUS POUVONS JUGER UTILES ET, SI NOUS LE JUGEONS NÉCESSAIRE POUR NOTRE PROTECTION, NOUS AURONS
LE DROIT D'ACHETER CES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À DÉCOUVERT OU VENDRE DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À COUVERT, LE TOUT DE LA MANIÈRE ET AUX CONDITIONS QUE, SELON NOTRE DISCRÉTION, NOUS
DÉTERMINERONS, SANS VOUS EXIGER DE COUVERTURE NI DE SOUMISSION ET SANS VOUS EN DONNER AVIS, À CE SUJET ET À TOUS LES AUTRES ÉGARDS. LA PRÉSENTE OPÉRATION EST ASSUJETTIE AUX COUTUMES DU COMMERCE DES VALEURS
MOBILIÈRES.

ENTENDU QUE LES ACHATS ET VENTES SONT EXÉCUTÉS AVEC L'ENTENTE FORMELLE QUE LA LIVRAISON DES TITRES AURA LIEU. NOUS NE SERONS PAS OBLIGÉS DE LIVRER LES TITRES AU CLIENT AVANT LA RÉCEPTION DE LA PARTIE VENDERESSE.
EN OUTRE, À MOINS D'ÊTRE AVISÉS D'AVANCE PAR ÉCRIT PAR LE CLIENT, NOUS NOUS RÉSERVONS LE DROIT, SANS AVIS, DE RETARDER INDÉFINIMENT OU POUR UNE PÉRIODE DÉFINIE, LE DÉLAI DE LIVRAISON PAR LA PARTIE VENDERESSE DES TITRES
ACHETÉS POUR LE CLIENT. LORSQUE L'OPÉRATION EN BOURSE EST FAITE À TITRE DE MANDATAIRE, LE NOM DU MANDANT PEUT ÊTRE FOURNI, SUR DEMANDE. LE NOM DE LA PERSONNE À QUI OU PAR L'INTERMÉDIAIRE DE LAQUELLE LE TITRE A ÉTÉ
ACHETÉ OU VENDU SERA FOURNI SUR DEMANDE. LE NOM DE LA PERSONNE À QUI OU PAR L'INTERMÉDIAIRE DE LAQUELLE LE TITRE A ÉTÉ ACHETÉ OU VENDU SERA FOURNI SUR DEMANDE. LA RÉMUNÉRATION DU COURTIER EN PLACEMENT SUR LES
OPÉRATIONS NOUS COTE À ÊTRE AJOUTÉE AU PRIX DANS LE CAS D'UN ACHAT ET DÉDUITE DU PRIX DANS LE CAS D'UNE VENTE.

POUR LES TITRES DE CRÉANCE, LES REVENUS DE LA FIRME, OUTRE LA COMMISSION INDIQUÉE DANS LA PRÉSENTE CONFIRMATION DE TRANSACTION, PROVIENNENT DE DEUX SOURCES: LES ÉCARTS OU PERTES RÉALISÉS SUR LE MAINTIEN DES
INVENTAIRES ET L'ÉCART DE PRIX ENTRE LES COURS VENDEUR ET ACHETEUR. CES REVENUS SONT INCLUS DANS LE PRIX INDIQUÉ CI-DESSUS.

FIDUCIE DESJARDINS INC. AGIT À TITRE DE FIDUCIAIRE DE L'ENSEMBLE DES RÉGIMES ENREGISTRÉS.

VALEUR MOBILIÈRE DESJARDINS INC. (« VMD ») UTILISE LA DÉNOMINATION COMMERCIALE « DESJARDINS COURTAGE EN LIGNE » POUR SES ACTIVITÉS DE COURTAGE À ESCOMPTE. LES PRODUITS ET SERVICES DE COURTAGE À ESCOMPTE SONT
REGROUPÉS SOUS LA MARQUE DE COMMERCE « DISNAT ». VMD EST MEMBRE DE L'ORGANISME CANADIEN DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES (OCRCVM). LES FIRMES MID'ES PAR L'OCRCVM DOIVENT RESPECTER DES
NORMES ÉLEVÉES EN MATIÈRE DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES. ASSURER LA PROTECTION DES INVESTISSEURS ET RENFORCER L'INTÉGRITÉ DES MARCHÉS. SUR DEMANDE ON PEUT OBTENIR UNE BROCHURE
DÉCRIVANT LES AVANTAGES DE TRAVAILLER AVEC UNE SOCIÉTÉ ET UN CONSEILLER RÉGLEMENTÉS PAR L'OCRCVM. VMD EST MEMBRE DU FONDS CANADIEN DE PROTECTION DES ÉPARGNANTS (FCPE). LES COMPTES DES CLIENTS SONT PROTÉGÉS
PAR LE FCPE SOUS CERTAINES LIMITES. SUR DEMANDE ON PEUT OBTENIR UN DÉPLIANT DÉCRIVANT LA GARANTIE ET LES LIMITES DE PROTECTION. DESJARDINS COURTAGE EN LIGNE NE DONNE AUCUN CONSEIL NI NE FORMULE AUCUNE
RECOMMANDATION EN MATIÈRE DE PLACEMENT. LE CLIENT EST SEUL RESPONSABLE DES CONSÉQUENCES FINANCIÈRES DE SES DÉCISIONS DE PLACEMENT.



## Desjardins
**Courtage en ligne**

1170, rue Peel, Bureau 105
Montréal (Québec)  H3B 0A9

Service d'opération sans conseil

Place de la Cité
2600, boul. Laurier - Bureau 130
Québec (Québec)  G1V 4T3



FCPE OCRCVM
MEMBRE   Organisme canadien de
réglementation du commerce
des valeurs mobilières

16846308-8
MME JOSEE BRETON
12 CHRISTIANA
SCOTT QC  G0S 3G0

## Confirmation de transaction

| Nous confirmons les activités suivantes dans votre compte numéro : 50-Q4LY 9 Type : RER | HM3 |
|---|---|

### Détails de la transaction

| | |
|---|---|
| Numéro de compte : | 50-Q4LY 9 |
| Date : | 2022-11-29 |
| Numéro : | 042457 |
| RR : | DISNAT DIRECT   OD02 |
| | |
| Symbole : | MMAT |
| CUSIP : | 59134N104 |
| Code de titre : | 43665R |
| Code de base : | A |
| Code du marché : | NY |

### Transaction

| Quantité achetée | Quantité vendue | Description | Prix unitaire ($) |
|---|---|---|---|
| 30 *Bought* | | META MATERIALS INC INTERNET DIRECT/STP CONV EN CAD @37.8 %US PRIME | 1.925 |

| | |
|---|---|
| Montant de la transaction : | 57.75$ |
| Commission : | |
| Jours d'intérêt : | |
| Intérêt : | |
| Frais S.E.C. : | |
| Change : | 21.83 |
| Montant net de la transaction : | 79.58$ |

Date de règlement : **2022-12-01**

LE PAIEMENT EST DÛ À LA DATE DE RÈGLEMENT INDIQUÉE. INTÉRÊTS
PAYABLES SUR LES COMPTES EN DÉFAUT.

| CODE DU MARCHÉ | | CODE DE BASE DE LA TRANSACTION | | ABRÉVIATIONS |
|---|---|---|---|---|
| NY | BOURSE DE NEW YORK | A | | |

| | |
|---|---|
| NV | ACTIONS NE COMPORTANT PAS DE DROITS DE VOTE |
| SV | ACTIONS COMPORTANT DES DROITS DE VOTE SUBALTERNES |
| RV | ACTIONS COMPORTANT DES DROITS DE VOTE RESTREINTS |
| LV | ACTIONS COMPORTANT DES DROITS DE VOTE LIMITÉS |
| MV | ACTIONS COMPORTANT DES DROITS DE VOTE MULTIPLES |
| BS | BON DE SOUSCRIPTION |
| DS | DROIT DE SOUSCRIPTION |
| TS | TITRES RESTREINTS |

SI CETTE CONFIRMATION DE TRANSACTION N'EST PAS CONFORME À VOS DOSSIERS, NOUS VOUS PRIONS D'EN AVISER IMMÉDIATEMENT UN REPRÉSENTANT AU SERVICE À LA CLIENTÈLE DE VOTRE SUCCURSALE SI VOUS N'OBTENEZ PAS SATISFACTION, VEUILLEZ NOUS AVISER PAR ÉCRIT DANS LES 10 JOURS SUIVANT LA DATE DE CETTE CONFIRMATION À L'ADRESSE SUIVANTE : SERVICE DE LA CONFORMITÉ, VALEURS MOBILIÈRES DESJARDINS INC., 1170 RUE PEEL, BUREAU 300, MONTRÉAL (QUÉBEC), H3B 0A9. SANS UNE TEL AVIS, CETTE CONFIRMATION DE TRANSACTION SERA CONSIDÉRÉE COMME EXACTE.

- SANS LIMITER D'AUCUNE FAÇON NI AUTREMENT PORTER ATTEINTE À NOS DROITS EN VERTU DE TOUS AUTRES CONTRATS PASSÉS ENTRE NOUS, VOUS CONVENEZ AVEC NOUS DE CE QUI SUIT :

SI LA PRÉSENTE OPÉRATION EST EFFECTUÉE SUR UNE BOURSE, ELLE SERA ASSUJETTIE AUX STATUTS, AUX RÈGLEMENTS ET AUX COUTUMES DE CETTE BOURSE ET DE TOUTE CHAMBRE DE COMPENSATION INTÉRESSÉE. TOUTES LES VALEURS ET TOUS LES BIENS MOBILIERS (CI-APRÈS APPELÉS LES " VALEURS ") QUE NOUS DÉTENONS POUR VOUS OU QUE NOUS RÉPORTONS SUR VOTRE COMPTE SERONT DE TEMPS À AUTRE, TANT QUE VOUS SEREZ ENDETTÉ ENVERS NOUS, DÉTENUS EN GARANTIE COLLATÉRALE DE CETTE DETTE ET NOUS AURONS LE DROIT, SANS VOUS EN DONNER AVIS, DE NOUS SERVIR DE CES VALEURS POUR DES LIVRAISONS OU POUR REMPLACER D'AUTRES VALEURS, DE PRÊTER CES VALEURS ET DE NOUS PROCURER DE L'ARGENT SUR CES VALEURS ET LES METTRE EN GAGE SOIT SÉPARÉMENT, SOIT DANS NOS PRÊTS GÉNÉRAUX OU D'AUTRES FAÇONS AVEC DES VALEURS NOUS APPARTENANT OU APPARTENANT À D'AUTRES, LE TOUT DE LA MANIÈRE, AUX CONDITIONS ET POUR DES SOMMES PLUS OU MOINS ÉLEVÉES QUE LA SOMME QUE VOUS NOUS DEVEZ ET POUR DES FINS QUE JUGER UTILES ET, EN OUTRE, IL JUGEONS NÉCESSAIRE POUR NOTRE PROTECTION, NOUS AURONS LE DROIT D'ACHETER DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À DÉCOUVERT OU VENDRE DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À COUVERT, LE TOUT DE LA MANIÈRE ET AUX CONDITIONS QUE SELON NOTRE DISCRÉTION, NOUS DÉTERMINERONS, SANS VOUS EXIGER DE COUVERTURE NI DE SOUMISSION ET SANS VOUS EN DONNER AVIS, À CE SUJET ET À TOUS LES AUTRES ÉGARDS. LA PRÉSENTE OPÉRATION EST ASSUJETTIE AUX COUTUMES DU COMMERCE DES VALEURS MOBILIÈRES.

ENTENDU QUE LES ACHATS ET VENTES SONT EXÉCUTÉS AVEC L'ENTENTE FORMELLE QUE LA LIVRAISON DES TITRES AURA LIEU. NOUS NE SERONS PAS OBLIGÉS DE LIVRER LES TITRES AU CLIENT AVANT LEUR RÉCEPTION DE LA PARTIE VENDERESSE. EN OUTRE, À MOINS D'ÊTRE AVISÉS D'AVANCE PAR ÉCRIT PAR LE CLIENT, NOUS NOUS RÉSERVONS LE DROIT, SANS AVIS, DE RETARDER INDÉFINIMENT OU POUR UNE PÉRIODE DÉFINIE, LE DÉLAI DE LIVRAISON PAR LA PARTIE VENDERESSE DES TITRES ACHETÉS POUR LE CLIENT. LORSQUE L'OPÉRATION EN BOURSE EST FAITE À TITRE DE MANDATAIRE, LE NOM DU MANDANT PEUT ÊTRE FOURNI SUR DEMANDE. LE NOM DE LA PERSONNE À QUI OU DE L'INTERMÉDIAIRE DE LAQUELLE LE TITRE A ÉTÉ ACHETÉ OU VENDU SERA FOURNI SUR DEMANDE. LE NOM DE LA PERSONNE À QUI OU PAR L'INTERMÉDIAIRE DE LAQUELLE LE TITRE A ÉTÉ ACHETÉ OU VENDU SERA FOURNI SUR DEMANDE. LA RÉMUNÉRATION DU COURTIER EN PLACEMENT SUR LES OPÉRATIONS HORS CÔTE A ÉTÉ AJOUTÉE AU PRIX DANS LE CAS D'UN ACHAT ET DÉDUITE DU PRIX DANS LE CAS D'UNE VENTE.

POUR LES TITRES DE CRÉANCE, LES REVENUS DE LA FIRME, OUTRE LA COMMISSION INDIQUÉE DANS LA PRÉSENTE CONFIRMATION DE TRANSACTION, PROVIENNENT DE DEUX SOURCES: LES GAINS OU PERTES RÉALISÉS SUR LE MAINTIEN DES INVENTAIRES ET L'ÉCART ENTRE LES COURS VENDEUR ET ACHETEUR. CES REVENUS SONT INCLUS DANS LE PRIX INDIQUÉ CI-DESSUS.

FIDUCIE DESJARDINS INC. AGIT À TITRE DE FIDUCIAIRE DE L'ENSEMBLE DES RÉGIMES ENREGISTRÉS.

VALEUR MOBILIÈRE DESJARDINS INC. (« VMD ») UTILISE LA DÉNOMINATION COMMERCIALE « DESJARDINS COURTAGE EN LIGNE » POUR SES ACTIVITÉS DE COURTAGE À ESCOMPTE. LES PRODUITS ET SERVICES DE COURTAGE À ESCOMPTE SONT REGROUPÉS SOUS LA MARQUE DE COMMERCE « DISNAT ». VMD EST MEMBRE DE L'ORGANISME CANADIEN DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES ("OCRCVM"). LES FIRMES RÉGIES PAR L'OCRCVM DOIVENT RESPECTER DES NORMES ÉLEVÉES EN MATIÈRE DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES, ASSURER LA PROTECTION DES INVESTISSEURS ET RENFORCER L'INTÉGRITÉ DES MARCHÉS. SUR DEMANDE ON PEUT OBTENIR UNE BROCHURE DÉCRIVANT LES AVANTAGES DE TRAVAILLER AVEC UNE SOCIÉTÉ EN COMMANDITE RÉGLEMENTÉE PAR L'OCRVM. VMD EST MEMBRE DU FONDS CANADIEN DE PROTECTION DES ÉPARGNANTS (FCPE). LES COMPTES DES CLIENTS SONT PROTÉGÉS PAR LE FCPE SOUS CERTAINES LIMITES. SUR DEMANDE ON PEUT OBTENIR UN DÉPLIANT DÉCRIVANT LA GARANTIE ET LES LIMITES DE PROTECTION. DESJARDINS COURTAGE EN LIGNE NE DONNE AUCUN CONSEIL NI NE FORMULE AUCUNE RECOMMANDATION EN MATIÈRE DE PLACEMENT. LE CLIENT EST SEUL RESPONSABLE DES CONSÉQUENCES FINANCIÈRES DE SES DÉCISIONS DE PLACEMENT.



# Desjardins
## Courtage en ligne

1170, rue Peel, Bureau 105
Montréal (Québec)  H3B 0A9

Service d'opération sans conseil

Place de la Cité
2600, boul. Laurier - Bureau 130
Québec (Québec)  G1V 4T3



**FCPE OCRCVM**
M E M B R E  Organisme canadien de
réglementation du commerce
des valeurs mobilières

18909898-6
MME JOSEE BRETON
12 CHRISTIANA
SCOTT QC  G0S 3G0

# Confirmation de transaction

**Nous confirmons les activités suivantes dans votre compte numéro : 50-Q4LY 9 Type : RER**     **HM3**

| Détails de la transaction | Transaction |
|---|---|

**Détails de la transaction**

Numéro de compte : 50-Q4LY 9
Date : 2022-12-09
Numéro : 041180
RR : DISNAT DIRECT    OD02

Symbole : MMAT
CUSIP : 59134N104
Code de titre : 43665R
Code de base : A
Code du marché : NY

**Transaction**

| Quantité achetée | Quantité vendue | Description | Prix unitaire ($) |
|---|---|---|---|
| | 1030 | META MATERIALS INC | 1.265 |
| | | INTERNET DIRECT/STP | |
| | | CONV EN CAD @34.24 %US PRIME | |

Montant de la transaction : 1,302.95$
Commission :
Jours d'intérêt :
Intérêt :
Frais S.E.C. : .03
Change : 446.12
Montant net de la transaction : 1,749.04$

Date de règlement : 2022-12-13

LE PAIEMENT EST DÛ À LA DATE DE RÈGLEMENT INDIQUÉE. INTÉRÊTS
PAYABLES SUR LES COMPTES EN DÉFAUT.

**CODE DU MARCHÉ**

NY    BOURSE DE NEW YORK

**CODE DE BASE DE LA TRANSACTION**

A

**ABRÉVIATIONS**

NV    ACTIONS NE COMPORTANT PAS DE DROITS DE VOTE
SV    ACTIONS COMPORTANT DES DROITS DE VOTE SUBALTERNES
RV    ACTIONS COMPORTANT DES DROITS DE VOTE RESTREINTS
LV    ACTIONS COMPORTANT DES DROITS DE VOTE LIMITÉS
MV    ACTIONS COMPORTANT DES DROITS DE VOTE MULTIPLES
BS    BON DE SOUSCRIPTION
DS    DROIT DE SOUSCRIPTION
TS    TITRES RESTREINTS

SI CETTE CONFIRMATION DE TRANSACTION N'EST PAS CONFORME À VOS DOSSIERS, NOUS VOUS PRIONS DE NOUS EN AVISER IMMÉDIATEMENT UN REPRÉSENTANT AU SERVICE À LA CLIENTÈLE DE VOTRE SUCCURSALE. SI VOUS N'OBTENEZ PAS
SATISFACTION, VEUILLEZ NOUS AVISER PAR ÉCRIT DANS LES 10 JOURS SUIVANT LA DATE DE CETTE CONFIRMATION À L'ADRESSE SUIVANTE : SERVICE DE LA CONFORMITÉ, VALEURS MOBILIÈRES DESJARDINS INC., 1170 RUE PEEL, BUREAU 300,
MONTRÉAL (QUÉBEC), H3B 0A9. SANS UN TEL AVIS, CETTE CONFIRMATION DE TRANSACTION SERA CONSIDÉRÉE COMME EXACTE.

- SANS LIMITER D'AUCUNE FAÇON NI AUTREMENT PORTER ATTEINTE À VOS DROITS EN VERTU DE TOUS AUTRES CONTRATS PASSÉS ENTRE NOUS, VOUS CONVENEZ AVEC NOUS DE CE QUI SUIT :

SI LA PRÉSENTE OPÉRATION EST EFFECTUÉE SUR UNE BOURSE, ELLE SERA ASSUJETTIE AUX STATUTS, AUX RÈGLEMENTS ET AUX COUTUMES DE CETTE BOURSE ET DE TOUTE CHAMBRE DE COMPENSATION INTÉRESSÉE. TOUTES LES VALEURS ET
TOUS LES BIENS MOBILIERS (CI-APRÈS APPELÉS LES « VALEURS ») QUE VOUS DÉTENONS POUR VOUS OU QUE NOUS REPORTONS SUR VOTRE COMPTE SERONT DE TEMPS À AUTRE, TANT QUE VOUS SEREZ ENDETTÉ ENVERS NOUS, DÉTENUS EN
GARANTIE COLLATÉRALE DE CETTE DETTE ET NOUS AURONS LE DROIT SANS VOUS EN DONNER AVIS, DE NOUS SERVIR DE CES VALEURS POUR DES LIVRAISONS OU POUR REMPLACER D'AUTRES VALEURS, DE PRÊTER CES VALEURS ET DE NOUS
PROCURER DE L'ARGENT SUR CES VALEURS ET LES METTRE EN GAGE SOIT SÉPARÉMENT, SOIT DANS NOS PRÊTS GÉNÉRAUX OU D'AUTRES FAÇONS AVEC DES VALEURS NOUS APPARTENANT OU APPARTENANT À D'AUTRES, LE TOUT DE LA MANIÈRE.
AUX CONDITIONS ET POUR DES SOMMES PLUS OU MOINS ÉLEVÉES QUE LA SOMME QUE VOUS NOUS DEVEZ ET POUR DES FINS QUE NOUS POUVONS JUGER UTILES ET, LORSQUE LE JUGEONS NÉCESSAIRE POUR NOTRE PROTECTION, NOUS AURONS
LE DROIT D'ACHETER DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À DÉCOUVERT OU VENDRE DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À CONVERT, LE TOUT DE LA MANIÈRE ET AUX CONDITIONS QUE SELON NOTRE DISCRÉTION, NOUS
DÉTERMINERONS, SANS VOUS EXIGER DE COUVERTURE NI DE SOUMISSION ET SANS VOUS EN DONNER AVIS, À CE SUJET ET À TOUS LES AUTRES ÉGARDS. LA PRÉSENTE OPÉRATION EST ASSUJETTIE AUX COUTUMES DU COMMERCE DES VALEURS
MOBILIÈRES.

ENTENDU QUE LES ACHATS ET VENTES SONT EXÉCUTÉS AVEC L'ENTENTE FORMELLE QUE LA LIVRAISON DES TITRES AURA LIEU. NOUS NE SERONS PAS OBLIGÉS DE LIVRER LES TITRES AU CLIENT AVANT RÉCEPTION DE LA PARTIE VENDERESSE.
EN OUTRE, À MOINS D'ÊTRE AVISÉS D'AVANCE PAR ÉCRIT PAR LE CLIENT, NOUS NOUS RÉSERVONS LE DROIT, SANS AVIS, DE RETARDER INDÉFINIMENT OU POUR UNE PÉRIODE DÉFINIE, LE DÉLAI DE LIVRAISON PAR LA PARTIE VENDERESSE DES TITRES
ACHETÉS POUR LE CLIENT, LORSQUE L'OPÉRATION EN BOURSE EST FAITE À TITRE DE MANDATAIRE, LE NOM DU MANDANT PEUT ÊTRE FOURNI SUR DEMANDE. LE NOM DE LA PERSONNE À QUI OU PAR L'INTERMÉDIAIRE DE LAQUELLE LE TITRE A ÉTÉ
ACHETÉ OU VENDU SERA FOURNI SUR DEMANDE. LE NOM DE LA PERSONNE À QUI OU PAR L'INTERMÉDIAIRE DE LAQUELLE LE TITRE A ÉTÉ ACHETÉ OU VENDU SERA FOURNI SUR DEMANDE. LA RÉMUNÉRATION DU COURTIER EN PLACEMENT SUR LES
OPÉRATIONS HORS CÔTE A ÉTÉ AJOUTÉE AU PRIX DANS LE CAS D'UN ACHAT ET DÉDUITE DU PRIX DANS LE CAS D'UNE VENTE.

POUR LES TITRES DE CRÉANCE, LES REVENUS DE LA FIRME, OUTRE LA COMMISSION INDIQUÉE DE TRANSACTION, PROVIENNENT DE DEUX SOURCES: LES GAINS OU PERTES RÉALISÉS SUR LE MAINTIEN DES
INVENTAIRES ET L'ÉCART DE PRIX ENTRE LES COURS VENDEUR ET ACHETEUR. CES REVENUS SONT INCLUS DANS LE PRIX INDIQUÉ CI-DESSUS.

FIDUCIE DESJARDINS INC. AGIT À TITRE DE FIDUCIAIRE DE L'ENSEMBLE DES RÉGIMES ENREGISTRÉS.

VALEUR MOBILIÈRE DESJARDINS INC. (« VMD ») UTILISE LA DÉNOMINATION COMMERCIALE « DESJARDINS COURTAGE EN LIGNE » POUR SES ACTIVITÉS DE COURTAGE À ESCOMPTE. LES PRODUITS ET SERVICES DE COURTAGE À ESCOMPTE SONT
NÉGOCIÉS SOUS LA MARQUE DE COMMERCE « DISNAT ». VMD EST MEMBRE DE L'ORGANISME CANADIEN DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES (OCRCVM). LES FIRMES RÉGIES PAR L'OCRCVM DOIVENT RESPECTER DES
NORMES ÉLEVÉES EN MATIÈRE DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES, ASSURER LA PROTECTION DES INVESTISSEURS ET RENFORCER L'INTÉGRITÉ DES MARCHÉS. SUR DEMANDE OU POUR OBTENIR UNE BROCHURE
DÉCRIVANT LES AVANTAGES DE TRAVAILLER AVEC UNE SOCIÉTÉ ET UN ORGANISME RÉGLEMENTÉS PAR L'OCRCVM, VMD EST MEMBRE DU FONDS CANADIEN DE PROTECTION DES ÉPARGNANTS (FCPE). LES COMPTES DES CLIENTS SONT PROTÉGÉS
PAR LE FCPE DANS CERTAINES LIMITES. SUR DEMANDE ON PEUT OBTENIR UN DÉPLIANT DÉCRIVANT LA GARANTIE ET LES LIMITES DE PROTECTION. DESJARDINS COURTAGE EN LIGNE NE DONNE AUCUN CONSEIL NI NE FORMULE AUCUNE
RECOMMANDATION EN MATIÈRE DE PLACEMENT. LE CLIENT EST SEUL RESPONSABLE DES CONSÉQUENCES FINANCIÈRES DE SES DÉCISIONS DE PLACEMENT.



# Desjardins
## Courtage en ligne

1170, rue Peel, Bureau 105
Montréal (Québec) H3B 0A9

Service d'opération sans conseil

Place de la Cité
2600, boul. Laurier - Bureau 130
Québec (Québec) G1V 4T3



FCPE OCRCVM
MEMBRE

Organisme canadien de
réglementation du commerce
des valeurs mobilières

19143275-8
**IMMOBILIER JOSEE BRETON INC**
A/S DE JOSEE BRETON
12 CHRISTIANA
SCOTT QC  G0S 3G0

# Confirmation de transaction

Nous confirmons les activités suivantes dans votre compte numéro : 50-Q4MM 7 Type : M-OPT-US          HM3

## Détails de la transaction

| | |
|---|---|
| Numéro de compte : | 50-Q4MM 7 |
| Date : | 2023-01-23 |
| Numéro : | 044749 |
| RR : | DISNAT DIRECT   OD02 |
| | |
| Symbole : | MMAT |
| CUSIP : | 59134N104 |
| Code de titre : | 43665R |
| Code de base : | A |
| Code de marché : | NY |

## Transaction

| Quantité achetée | Quantité vendue | Description | Prix unitaire ($) |
|---|---|---|---|
| 30 | | META MATERIALS INC INTERNET DIRECT/STP | 1.08 |

| | |
|---|---|
| Montant de la transaction : | 32.40$ |
| Commission : | |
| Jours d'intérêt : | |
| Intérêt : | |
| Frais S.E.C. : | |
| Change : | |
| Montant net de la transaction : | 32.40$USD |

Date de règlement :   2023-01-25

LE PAIEMENT EST DÛ À LA DATE DE RÈGLEMENT INDIQUÉE. INTÉRÊTS
PAYABLES SUR LES COMPTES EN DÉFAUT.

## CODE DU MARCHÉ
NY    BOURSE DE NEW YORK

## CODE DE BASE DE LA TRANSACTION
A

## ABRÉVIATIONS

NV    ACTIONS NE COMPORTANT PAS DE DROITS DE VOTE
SV    ACTIONS COMPORTANT DES DROITS DE VOTE SUBALTERNES
RV    ACTIONS COMPORTANT DES DROITS DE VOTE RESTREINTS
LV    ACTIONS COMPORTANT DES DROITS DE VOTE LIMITÉS
MV    ACTIONS COMPORTANT DES DROITS DE VOTE MULTIPLES
BS    BON DE SOUSCRIPTION
DS    DROIT DE SOUSCRIPTION
TS    TITRES RESTREINTS

SI CETTE CONFIRMATION DE TRANSACTION N'EST PAS CONFORME À VOS DOSSIERS, NOUS VOUS PRIONS D'EN AVISER IMMÉDIATEMENT UN REPRÉSENTANT AU SERVICE À LA CLIENTÈLE DE VOTRE SUCCURSALE SI VOUS N'OBTENEZ PAS SATISFACTION, VEUILLEZ NOUS AVISER PAR ÉCRIT DANS LES 10 JOURS SUIVANT LA DATE DE CETTE CONFIRMATION À L'ADRESSE SUIVANTE : SERVICE DE LA CONFORMITÉ, VALEURS MOBILIÈRES DESJARDINS INC., 1170 RUE PEEL, BUREAU 300, MONTRÉAL (QUÉBEC), H3B 0A9, SANS UN TEL AVIS, CETTE CONFIRMATION DE TRANSACTION SERA CONSIDÉRÉE COMME EXACTE.

- SANS LIMITER D'AUCUNE FAÇON NI AUTREMENT PORTER ATTEINTE À NOS DROITS EN VERTU DE TOUS AUTRES CONTRATS PASSÉS ENTRE NOUS, VOUS CONVENEZ AVEC NOUS DE CE QUI SUIT :

SI LA PRÉSENTE OPÉRATION EST EFFECTUÉE SUR UNE BOURSE, ELLE SERA ASSUJETTIE AUX STATUTS, AUX COUTUMES DE CETTE BOURSE ET DE TOUTE CHAMBRE DE COMPENSATION INTÉRESSÉE. TOUTES LES VALEURS ET TOUS LES BIENS MOBILIERS (CI-APRÈS APPELÉS LES " VALEURS ") QUE NOUS DÉTENONS POUR VOUS OU QUE NOUS REPORTONS SUR VOTRE COMPTE SERONT DE TEMPS À AUTRE, TANT QUE VOUS SEREZ ENDETTÉ ENVERS NOUS, DÉTENUS EN GARANTIE COLLATÉRALE DE CETTE DETTE ET NOUS AURONS LE DROIT SANS VOUS EN DONNER AVIS, DE NOUS SERVIR DE CES VALEURS POUR DES LIVRAISONS OU POUR REMPLACER D'AUTRES VALEURS, DE PRÊTER CES VALEURS ET DE NOUS PROCURER DE L'ARGENT SUR CES VALEURS ET LES METTRE EN GAGE SOIT SÉPARÉMENT, SOIT DANS NOS PRÊTS GÉNÉRAUX OU D'AUTRES FAÇONS AVEC DES VALEURS NOUS APPARTENANT OU APPARTENANT À D'AUTRES, LE TOUT DE LA MANIÈRE, AUX CONDITIONS ET POUR DES SOMMES PLUS OU MOINS ÉLEVÉES QUE LA SOMME QUE VOUS NOUS DEVEZ ET POUR AUSSI FINS QUE NOUS POUVONS JUGER UTILES ET, SI NOUS LE JUGEONS NÉCESSAIRE POUR NOTRE PROTECTION, NOUS AURONS LE DROIT D'ACHETER CES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À DÉCOUVERT OU VENDRE DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À COUVERT, LE TOUT DE LA MANIÈRE ET AUX CONDITIONS QUE SELON NOTRE DISCRÉTION, NOUS DÉTERMINERONS, SANS VOUS EXIGER DE COUVERTURE NI DE SOUMISSION ET SANS VOUS EN DONNER AVIS, À CE SUJET ET À TOUS LES AUTRES ÉGARDS. LA PRÉSENTE OPÉRATION EST ASSUJETTIE AUX COUTUMES DU COMMERCE DES VALEURS MOBILIÈRES.

ENTENDU QUE LES ACHATS ET VENTES SONT EXÉCUTÉS AVEC L'ENTENTE FORMELLE QUE LA LIVRAISON DES TITRES AURA LIEU, NOUS NE SERONS PAS OBLIGÉS DE LIVRER LES TITRES AU CLIENT AVANT LEUR RÉCEPTION DE LA PARTIE VENDERESSE. EN OUTRE, À MOINS D'ÊTRE AVISÉS D'AVANCE PAR ÉCRIT PAR LE CLIENT, NOUS NOUS RÉSERVONS LE DROIT, SANS AVIS, DE RETARDER INDÉFINIMENT OU POUR UNE PÉRIODE DÉFINIE, LE DÉLAI DE LIVRAISON PAR LA PARTIE VENDERESSE DES TITRES ACHETÉS POUR LE CLIENT. LORSQUE L'OPÉRATION EN BOURSE EST FAITE À TITRE DE MANDATAIRE, LE NOM DU MANDANT PEUT ÊTRE FOURNI SUR DEMANDE. LE NOM DE LA PERSONNE À QUI OU PAR L'INTERMÉDIAIRE DE LAQUELLE LE TITRE A ÉTÉ ACHETÉ OU VENDU SERA FOURNI SUR DEMANDE. LA RÉMUNÉRATION DU COURTIER EN PLACEMENT SUR LES OPÉRATIONS HORS CÔTE A ÉTÉ AJOUTÉE AU PRIX DANS LE CAS D'UN ACHAT ET DÉDUITE DU PRIX DANS LE CAS D'UNE VENTE.

POUR LES TITRES DE CRÉANCE, LES REVENUS DE LA FIRME, OUTRE LA COMMISSION INDIQUÉE DANS LA PRÉSENTE CONFIRMATION DE TRANSACTION, PROVIENNENT DE DEUX SOURCES: LES GAINS OU PERTES RÉALISÉS SUR LE MAINTIEN DES INVENTAIRES ET L'ÉCART DE PRIX ENTRE LES COURS VENDEUR ET ACHETEUR. CES REVENUS SONT INCLUS DANS LE PRIX INDIQUÉ CI-DESSUS.

FIDUCIE DESJARDINS INC. AGIT À TITRE DE FIDUCIAIRE DE L'ENSEMBLE DES RÉGIMES ENREGISTRÉS.

VALEUR MOBILIÈRE DESJARDINS INC. (« VMD ») UTILISE LA DÉNOMINATION COMMERCIALE « DESJARDINS COURTAGE EN LIGNE » DISNAT EST UNE SOCIÉTÉ DE COURTAGE À ESCOMPTE. LES PRODUITS ET SERVICES DE COURTAGE À ESCOMPTE SONT REGROUPÉS SOUS LA MARQUE DE COMMERCE « DISNAT ». VMD EST MEMBRE DE L'ORGANISME CANADIEN DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES (OCRCVM). LES FIRMES RÉGIES PAR L'OCRCVM DOIVENT RESPECTER DES NORMES ÉLEVÉES EN MATIÈRE DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES, ASSURER LA PROTECTION DES INVESTISSEURS ET RENFORCER L'INTÉGRITÉ DES MARCHÉS. SUR DEMANDE ON PEUT OBTENIR UNE BROCHURE DÉCRIVANT LES AVANTAGES DE TRAVAILLER AVEC UNE SOCIÉTÉ ET UN CONSEILLER RÉGLEMENTÉS PAR L'OCRCVM. VMD EST MEMBRE DU FONDS CANADIEN DE PROTECTION DES ÉPARGNANTS (FCPE). LES COMPTES DES CLIENTS SONT PROTÉGÉS PAR LE FCPE SELON CERTAINES LIMITES. SUR DEMANDE ON PEUT OBTENIR UN DÉPLIANT DÉCRIVANT LA GARANTIE ET LES LIMITES DE PROTECTION. DESJARDINS COURTAGE EN LIGNE NE DONNE AUCUN CONSEIL NI NE FORMULE AUCUNE RECOMMANDATION EN MATIÈRE DE PLACEMENT ET EST SEUL RESPONSABLE DES CONSÉQUENCES FINANCIÈRES DE SES DÉCISIONS DE PLACEMENT.

E 19 143 275 - 8        0 008 643



**Desjardins**
**Courtage en ligne**

Service d'opération sans conseil



**FCPE OCRCVM**
MEMBRE
Organisme canadien de
réglementation du commerce
des valeurs mobilières

1170, rue Peel, Bureau 105
Montréal (Québec) H3B 0A9

Place de la Cité
2600, boul. Laurier - Bureau 130
Québec (Québec)  G1V 4T3

19220840-0
IMMOBILIER JOSEE BRETON INC
A/S DE JOSEE BRETON
12 CHRISTIANA
SCOTT QC  G0S 3G0

# Confirmation de transaction

**Nous confirmons les activités suivantes dans votre compte numéro : 50-Q4MM 7 Type : M-OPT-US**   HM3

| Détails de la transaction | Transaction | | | |
|---|---|---|---|---|

| | Quantité achetée | Quantité vendue | Description | Prix unitaire ($) |
|---|---|---|---|---|
| Numéro de compte : 50-Q4MM 7 | | | | |
| Date : 2023-02-02 | 50 | | META MATERIALS INC | 1.0598 |
| Numéro : 042048 | | | INTERNET DIRECT/STP | |
| RR : DISNAT DIRECT   OD02 | | | | |

Symbole : MMAT
CUSIP : 59134N104
Code de titre : 43665R
Code de base : A
Code du marché : NY

Montant de la transaction : 52.99$
Commission :
Jours d'intérêt :
Intérêt :
Frais S.E.C. :
Change :
Montant net de la transaction : 52.99$USD    Date de règlement : ►►2023-02-06◄◄

LE PAIEMENT EST DÛ À LA DATE DE RÈGLEMENT INDIQUÉE. INTÉRÊTS
PAYABLES SUR LES COMPTES EN DÉFAUT.

**CODE DU MARCHÉ**
NY    BOURSE DE NEW YORK

**CODE DE BASE DE LA TRANSACTION**
A

**ABRÉVIATIONS**
NV    ACTIONS NE COMPORTANT PAS DE DROITS DE VOTE
SV    ACTIONS COMPORTANT DES DROITS DE VOTE SUBALTERNES
RV    ACTIONS COMPORTANT DES DROITS DE VOTE RESTREINTS
LV    ACTIONS COMPORTANT DES DROITS DE VOTE LIMITÉS
MV    ACTIONS COMPORTANT DES DROITS DE VOTE MULTIPLES
BS    BON DE SOUSCRIPTION
DS    DROIT DE SOUSCRIPTION
TS    TITRES RESTREINTS

SI CETTE CONFIRMATION DE TRANSACTION N'EST PAS CONFORME À VOS DOSSIERS, NOUS VOUS PRIONS D'EN AVISER IMMÉDIATEMENT UN REPRÉSENTANT AU SERVICE À LA CLIENTÈLE DE VOTRE SUCCURSALE SI VOUS N'OBTENEZ PAS SATISFACTION, VEUILLEZ NOUS AVISER PAR ÉCRIT DANS LES 10 JOURS SUIVANT LA DATE DE CETTE CONFIRMATION À L'ADRESSE SUIVANTE : SERVICE DE LA CONFORMITÉ, VALEURS MOBILIÈRES DESJARDINS INC., 1170 RUE PEEL, BUREAU 500, MONTRÉAL (QUÉBEC), H3B 0A9. SANS UN TEL AVIS, CETTE CONFIRMATION DE TRANSACTION SERA CONSIDÉRÉE COMME EXACTE.

- SANS LIMITER D'AUCUNE FAÇON NI AUTREMENT PORTER ATTEINTE À NOS DROITS EN VERTU DE TOUS AUTRES CONTRATS PASSÉS ENTRE NOUS, VOUS CONVENEZ AVEC NOUS DE CE QUI SUIT :

SI LA PRÉSENTE OPÉRATION EST EFFECTUÉE SUR UNE BOURSE, ELLE SERA ASSUJETTIE AUX STATUTS, AUX RÈGLEMENTS ET AUX COUTUMES DE CETTE BOURSE ET DE TOUTE CHAMBRE DE COMPENSATION INTÉRESSÉE. TOUTES LES VALEURS ET TOUS LES BIENS MOBILIERS (CI-APRÈS APPELÉS LES « VALEURS ») QUE NOUS DÉTENONS POUR VOUS OU QUE NOUS REPORTONS SUR VOTRE COMPTE SERONT DE TEMPS À AUTRE, TANT QUE VOUS SEREZ ENDETTÉ ENVERS NOUS, DÉTENUS EN GARANTIE COLLATÉRALE DE CETTE DETTE ET NOUS AURONS LE DROIT, SANS VOUS EN DONNER AVIS, DE NOUS SERVIR DE CES VALEURS POUR DES LIVRAISONS OU POUR REMPLACER D'AUTRES VALEURS. DE PRÊTER CES VALEURS ET DE NOUS PROCURER DE L'ARGENT SUR CES VALEURS ET LES METTRE EN GAGE SOIT SÉPARÉMENT, SOIT DANS NOS PRÊTS GÉNÉRAUX OU D'AUTRES FAÇONS AVEC DES VALEURS NOUS APPARTENANT OU APPARTENANT À D'AUTRES, LE TOUT DE LA MANIÈRE, AUX CONDITIONS ET POUR DES SOMMES PLUS OU MOINS ÉLEVÉES QUE LA SOMME QUE VOUS NOUS DEVEZ ET POUR DES FINS QUE NOUS POUVONS JUGER UTILES ET, SI NOUS LE JUGEONS NÉCESSAIRE POUR NOTRE PROTECTION, NOUS AURONS LE DROIT D'ACHETER DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À DÉCOUVERT OU VENDRE DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À LONGUEUR, LE TOUT DE LA MANIÈRE ET AUX CONDITIONS QUE SELON NOTRE DISCRÉTION, NOUS DÉTERMINERONS, SANS VOUS EXIGER DE COUVERTURE NI DE SOUMISSION ET SANS VOUS EN DONNER AVIS, À CE SUJET ET À TOUS LES AUTRES ÉGARDS. LA PRÉSENTE OPÉRATION EST ASSUJETTIE AUX COUTUMES DU COMMERCE DES VALEURS MOBILIÈRES.

ENTENDU QUE LES ACHATS ET VENTES SONT EXÉCUTÉS AVEC L'ENTENTE FORMELLE QUE LA LIVRAISON DES TITRES AURA LIEU, NOUS NE SERONS PAS OBLIGÉS DE LIVRER LES TITRES AU CLIENT AVANT LA RÉCEPTION DE LA PARTIE VENDERESSE. EN OUTRE, À MOINS D'ÊTRE AVISÉS D'AVANCE PAR ÉCRIT PAR LE CLIENT, NOUS NOUS RÉSERVONS LE DROIT, SANS AVIS, DE RETARDER INDÉFINIMENT OU POUR UNE PÉRIODE DÉFINIE, LE DÉLAI DE LIVRAISON PAR LA PARTIE VENDERESSE DES TITRES ACHETÉS POUR LE CLIENT. LORSQUE L'OPÉRATION EN BOURSE EST FAITE À TITRE DE MANDATAIRE, LE NOM DU MANDANT PEUT ÊTRE FOURNI SUR DEMANDE. LE NOM DE LA PERSONNE À QUI OU PAR L'INTERMÉDIAIRE DE LAQUELLE LE TITRE A ÉTÉ ACHETÉ OU VENDU SERA FOURNI SUR DEMANDE. LA RÉMUNÉRATION DU COURTIER EN PLACEMENT SUR LES OPÉRATIONS HORS CÔTE À ÊTRE AJOUTÉE AU PRIX DANS LE CAS D'UN ACHAT ET DÉDUITE DU PRIX DANS LE CAS D'UNE VENTE.

POUR LES TITRES DE CRÉANCE, LES REVENUS DE LA FIRME, OUTRE LA COMMISSION INDIQUÉE DANS LA PRÉSENTE CONFIRMATION DE TRANSACTION, PROVIENNENT DE DEUX SOURCES: LES GAINS OU PERTES RÉALISÉS SUR LE MAINTIEN DES INVENTAIRES ET L'ÉCART DE PRIX ENTRE LES COURS VENDEUR ET ACHETEUR. CES REVENUS SONT INCLUS DANS LE PRIX INDIQUÉ CI-DESSUS.

FIDUCIE DESJARDINS INC. AGIT À TITRE DE FIDUCIAIRE DE L'ENSEMBLE DES RÉGIMES ENREGISTRÉS.

VALEUR MOBILIÈRE DESJARDINS INC. (« VMD ») UTILISE LA DÉNOMINATION COMMERCIALE « DESJARDINS COURTAGE EN LIGNE » POUR SES ACTIVITÉS DE COURTAGE À ESCOMPTE. LES PRODUITS ET SERVICES DE COURTAGE À ESCOMPTE SONT REGROUPÉS SOUS LA MARQUE DE COMMERCE « DISNAT ». VMD EST MEMBRE DE L'ORGANISME CANADIEN DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES (« OCRCVM »). LES FIRMES REGROUPÉES PAR L'OCRCVM DOIVENT RESPECTER DES NORMES ÉLEVÉES EN MATIÈRE DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES, ASSURER LA PROTECTION DES INVESTISSEURS ET RENFORCER L'INTÉGRITÉ DES MARCHÉS. SUR DEMANDE ON PEUT OBTENIR UNE BROCHURE DÉCRIVANT LES AVANTAGES DE TRAVAILLER AVEC UNE SOCIÉTÉ ET UN CONSEILLER RÉGLEMENTÉS PAR L'OCRCVM. VMD EST MEMBRE DU FONDS CANADIEN DE PROTECTION DES ÉPARGNANTS (FCPE). LES COMPTES DES CLIENTS SONT PROTÉGÉS PAR LE FCPE SOUS CERTAINES LIMITES. SUR DEMANDE ON PEUT OBTENIR UN DÉPLIANT DÉCRIVANT LA GARANTIE ET LES LIMITES DE PROTECTION. DESJARDINS COURTAGE EN LIGNE NE DONNE AUCUN CONSEIL NI NE FORMULE AUCUNE RECOMMANDATION EN MATIÈRE DE PLACEMENT. LE CLIENT EST SEUL RESPONSABLE DES CONSÉQUENCES FINANCIÈRES DE SES DÉCISIONS DE PLACEMENT.

E 19 220 840 - 0    0 016 046



**Desjardins**
**Courtage en ligne**

1170, rue Peel, Bureau 105
Montréal (Québec) H3B 0A9

Service d'opération sans conseil

Place de la Cité
2600, boul. Laurier - Bureau 130
Québec (Québec)  G1V 4T3



FCPE OCRCVM
MEMBRE

Organisme canadien de
réglementation du commerce
des valeurs mobilières

19276982-0
IMMOBILIER JOSEE BRETON INC
A/S DE JOSEE BRETON
12 CHRISTIANA
SCOTT QC  G0S 3G0

# Confirmation de transaction

**Nous confirmons les activités suivantes dans votre compte numéro : 50-Q4MM 7 Type : M-OPT-US**    HM3

## Détails de la transaction

Numéro de compte : 50-Q4MM 7
Date :                    2023-02-10
Numéro :              043712              OD02
RR :                      DISNAT DIRECT

Symbole :             MMAT
CUSIP :                59134N104
Code de titre :      43665R
Code de base :     A
Code du marché :  NY

## Transaction

| Quantité achetée | Quantité vendue | Description | Prix unitaire ($) |
|---|---|---|---|
| 21 | | META MATERIALS INC | .857 |
| 4 | | | .85 |
| 10 | | | .8499 |
| 5 | | | .8413 |
| 10 | | | .8399 |
| | | INTERNET DIRECT/STP | |

Montant de la transaction :        42.51$
Commission :
Jours d'intérêt :
Intérêt :
Frais S.E.C. :
Change :
Montant net de la transaction :    42.51$USD          Date de règlement : ⟨2023-02-14⟩

LE PAIEMENT EST DÛ À LA DATE DE RÈGLEMENT INDIQUÉE. INTÉRÊTS
PAYABLES SUR LES COMPTES EN DÉFAUT.

---

**CODE DU MARCHÉ**

NY    BOURSE DE NEW YORK

**CODE DE BASE DE LA TRANSACTION**

A

**ABRÉVIATIONS**

NV    ACTIONS NE COMPORTANT PAS DE DROITS DE VOTE
SV    ACTIONS COMPORTANT DES DROITS DE VOTE SUBALTERNES
RV    ACTIONS COMPORTANT DES DROITS DE VOTE RESTREINTS
LV    ACTIONS COMPORTANT DES DROITS DE VOTE LIMITÉS
MV   ACTIONS COMPORTANT DES DROITS DE VOTE MULTIPLES
BS    BON DE SOUSCRIPTION
DS    DROIT DE SOUSCRIPTION
TS    TITRES RESTREINTS

SI CETTE CONFIRMATION DE TRANSACTION N'EST PAS CONFORME À VOS DOSSIERS, NOUS VOUS PRIONS D'EN AVISER IMMÉDIATEMENT UN REPRÉSENTANT AU SERVICE À LA CLIENTÈLE DE VOTRE SUCCURSALE SI VOUS N'OBTENEZ PAS
SATISFACTION, VEUILLEZ NOUS AVISER PAR ÉCRIT DANS LES 10 JOURS SUIVANT LA DATE DE CETTE CONFIRMATION À L'ADRESSE SUIVANTE : SERVICE DE LA CONFORMITÉ, VALEURS MOBILIÈRES DESJARDINS INC., 1170 RUE PEEL, BUREAU 300,
MONTRÉAL (QUÉBEC), H3B 0A9. SANS TEL AVIS, CETTE CONFIRMATION DE TRANSACTION SERA CONSIDÉRÉE COMME EXACTE.

- SANS LIMITER D'AUCUNE FAÇON NI AUTREMENT PORTER ATTEINTE À NOS DROITS EN VERTU DE TOUS AUTRES CONTRATS PASSÉS ENTRE NOUS, VOUS CONVENEZ AVEC NOUS DE CE QUI SUIT :

SI LA PRÉSENTE OPÉRATION EST EXÉCUTÉE SUR UNE BOURSE, ELLE SERA ASSUJETTIE AUX STATUTS, AUX RÈGLEMENTS ET AUX COUTUMES DE CETTE BOURSE ET DE TOUTE CHAMBRE DE COMPENSATION INTÉRESSÉE. TOUTES LES VALEURS ET
TOUS LES BIENS MOBILIERS (CI-APRÈS APPELÉS LES " VALEURS ") QUE NOUS DÉTENONS POUR VOUS OU QUE NOUS REPORTONS SUR VOTRE COMPTE SERONT DE TEMPS À AUTRE, TANT QUE VOUS SEREZ ENDETTÉ ENVERS NOUS, DÉTENUS EN
GARANTIE COLLATÉRALE DE CETTE DETTE ET NOUS AURONS LE DROIT SANS VOUS EN DONNER AVIS, DE NOUS SERVIR DE CES LIVRAISONS OU POUR REMPLACER D'AUTRES VALEURS, DE PRÊTER CES VALEURS ET DE NOUS
PROCURER DE L'ARGENT SUR CES VALEURS ET LES METTRE EN GAGE SOIT SÉPARÉMENT, SOIT DANS UN LOT, EN VUE D'UNE OU DE PLUS D'UNE SOMME QUE VOUS NOUS DEVEZ ET POUR DES FINS QUE NOUS POUVONS JUGER UTILES ET, SI NOUS LE JUGEONS NÉCESSAIRE POUR NOTRE PROTECTION, NOUS AURONS
AUX CONDITIONS ET POUR DES SOMMES PLUS OU MOINS ÉLEVÉES QUE LA SOMME QUE VOUS NOUS DEVEZ ET POUR DES FINS QUE NOUS POUVONS JUGER UTILES ET, SI NOUS LE JUGEONS NÉCESSAIRE POUR NOTRE PROTECTION, NOUS AURONS
LE DROIT D'ACHETER DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À DÉCOUVERT OU VENDRE DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À COUVERT, LE TOUT DE LA MANIÈRE ET AUX CONDITIONS QUE SELON NOTRE DISCRÉTION, NOUS
DÉTERMINERONS, SANS VOUS EXIGER DE COUVERTURE NI DE SOUMISSION ET SANS VOUS EN DONNER AVIS, À CE SUJET ET À TOUS LES AUTRES ÉGARDS. LA PRÉSENTE OPÉRATION EST ASSUJETTIE AUX COUTUMES DU COMMERCE DES VALEURS
MOBILIÈRES.

ENTENDU QUE LES ACHATS ET VENTES SONT EXÉCUTÉS SOUS L'ENTENTE FORMELLE QUE LA LIVRAISON DES TITRES AURA LIEU. NOUS NE SERONS PAS OBLIGÉS DE LIVRER LES TITRES AU CLIENT AVANT LEUR RÉCEPTION DE LA PARTIE VENDERESSE.
EN OUTRE, À MOINS D'ÊTRE AVISÉS D'AVANCE PAR ÉCRIT PAR LE CLIENT, NOUS NOUS RÉSERVONS LE DROIT, SANS AVIS, DE RETARDER INDÉFINIMENT OU POUR UNE PÉRIODE DÉFINIE, LE DÉLAI DE LIVRAISON PAR LA PARTIE VENDERESSE DES TITRES
ACHETÉS POUR LE CLIENT, LORSQUE L'OPÉRATION EN BOURSE EST FAITE À TITRE DE MANDATAIRE, LE NOM DU MANDANT PEUT ÊTRE FOURNI SUR DEMANDE. LE NOM DE LA PERSONNE À QUI OU PAR L'INTERMÉDIAIRE DE LAQUELLE LE TITRE À ÉTÉ
ACHETÉ OU VENDU SERA FOURNI SUR DEMANDE. LE NOM DE LA PERSONNE À QUI OU PAR L'INTERMÉDIAIRE DE LAQUELLE LE TITRE A ÉTÉ ACHETÉ OU VENDU SERA FOURNI SUR DEMANDE. LA RÉMUNÉRATION DU COURTIER EN PLACEMENT SUR LES
OPÉRATIONS HORS CÔTE A ÉTÉ AJOUTÉE AU PRIX DANS LE CAS D'UN ACHAT ET DÉDUITE DU PRIX DANS LE CAS D'UNE VENTE.

POUR LES TITRES DE CRÉANCE, LES REVENUS DE LA FIRME, OUTRE LA COMMISSION INDIQUÉE DANS LA PRÉSENTE CONFIRMATION DE TRANSACTION, PROVIENNENT DE DEUX SOURCES: LES GAINS OU PERTES RÉALISÉS OU LE MAINTIEN DES
INVENTAIRES ET L'ÉCART DE PRIX ENTRE LES COURS VENDEUR ET ACHETEUR. CES REVENUS SONT INCLUS DANS LE PRIX INDIQUÉ CI-DESSUS.

FIDUCIE DESJARDINS INC. AGIT À TITRE DE FIDUCIAIRE DE L'ENSEMBLE DES RÉGIMES ENREGISTRÉS.

VALEUR MOBILIÈRE DESJARDINS INC. (« VMD ») UTILISE LA DÉNOMINATION COMMERCIALE « DESJARDINS COURTAGE EN LIGNE » POUR SES ACTIVITÉS DE COURTAGE À ESCOMPTE. LES PRODUITS ET SERVICES DE COURTAGE À ESCOMPTE SONT
REGROUPÉS SOUS LA MARQUE DE COMMERCE « DISNAT ». VMD EST MEMBRE DE L'ORGANISME CANADIEN DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES (OCRCVM). LES FIRMES RÉGIES PAR L'OCRCVM DOIVENT RESPECTER DES
NORMES ÉLEVÉES EN MATIÈRE DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES, ASSURER LA PROTECTION DES INVESTISSEURS ET RENFORCER L'INTÉGRITÉ DES MARCHÉS. SUR DEMANDE ON PEUT OBTENIR UNE BROCHURE
DÉCRIVANT LES AVANTAGES DE TRAVAILLER AVEC UNE SOCIÉTÉ ET UN CONSEILLER RÉGLEMENTÉS PAR L'OCRCVM. VMD EST MEMBRE DU FONDS CANADIEN DE PROTECTION DES ÉPARGNANTS (FCPE). LES COMPTES DES CLIENTS SONT PROTÉGÉS
PAR LE FCPE SOUS CERTAINES LIMITES. SUR DEMANDE ON PEUT OBTENIR UN DÉPLIANT DÉCRIVANT LA GARANTIE ET LES LIMITES DE PROTECTION. DESJARDINS COURTAGE EN LIGNE NE DONNE AUCUN CONSEIL NI NE FORMULE AUCUNE
RECOMMANDATION EN MATIÈRE DE PLACEMENT. LE CLIENT EST SEUL RESPONSABLE DES CONSÉQUENCES FINANCIÈRES DE SES DÉCISIONS DE PLACEMENT.