NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: META MATERIALS, INC | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   JOSEE BRETON
   P.O. BOX 31203
   SMB
   Grand Cayman KY1-1205
   CAYMAN ISLANDS

   Telephone Number: 581-928-4355

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 16 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: PFN-007232

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   JOSEE BRETON / Butterfield Securities
   P.O. Box 195, HAMILTON, HM AX, Bermuda
   Telephone Number: 1-441 229 3817

3. Date Equity Interest was acquired:
   Between 07/05/23 - 01/17/2024
   See attached documentation

4. Total amount of member Interest: 12000 shares for 1220.46$

5. Certificate number(s): See attached documentation

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: JOSEE BRETON
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) /s/ JB    (Date) 12/12/2024
Telephone number: 581-928-4355   email: jbreton.arielle@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



Butterfield Securities
P.O. Box 195,
Hamilton HM AX, Bermuda
+1 (441) 299 3817

# Confirmation

JOSEE BRETON
P.O. BOX 31203
SMB
GRAND CAYMAN KY1-1205
CAYMAN ISLANDS

JOSEE BRETON
Account Number: PFN-007232
Process Date: July 05, 2023

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.                                 For additional information, please see the reverse side.

## Client Service Information

| Your Financial Consultant: CAY | Contact Information: |
|---|---|
| CAYMAN ISLANDS  12  ALBERT PANTON STREET  GRAND CAYMAN  CAYMAN ISLANDS | Telephone Number: 345-949-7055  E-Mail Address : invest.bermuda@butterfieldgroup.com |

## You Bought

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **BBBYQ** Trade Date: 07-05-23 Cusip: 075896-10-0 BED BATH & BEYOND INC COM | Settlement Date: 07-07-23 Settlement Currency: U.S. Dollars | | | | | | | | | | |
| | I2G06Z | 1,000 | 0.3141 | 314.10 | | 12.50 | | | 326.60 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | | |

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE. REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF " DIF " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. CLEARING THROUGH PERSHING LLC , A WHOLLY OWNED SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION (BNY MELLON) PERSHING LLC, MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399.



JOSEE BRETON
July 05, 2023

For additional information, please see the reverse side.

## You Bought *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **FNGR** *(continued)* | | | | | | | | | | | |
| **TOTALS** | — | 1,000 | | 3,810.00 | | 25.00 | | | 3,835.00 | | |

**MMAT**
Trade Date: 07-05-23         Settlement Date: 07-07-23
Cusip: 59134N-10-4            Settlement Currency: U.S. Dollars
META MATLS INC COM

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unsolicited Order | I2G8ST | 66 | 0.203 | 13.40 | | 0.82 | | | 14.22 | 1 | 1 |
| Unsolicited Order | I2HC46 | 100 | 0.203 | 20.30 | | 1.25 | | | 21.55 | 1 | 1 |
| Unsolicited Order | I2HF9W | 123 | 0.203 | 24.97 | | 1.53 | | | 26.50 | 1 | 1 |
| Unsolicited Order | I2HG8N | 100 | 0.203 | 20.30 | | 1.25 | | | 21.55 | 1 | 1 |
| Unsolicited Order | I2HI1A | 100 | 0.203 | 20.30 | | 1.25 | | | 21.55 | 1 | 1 |
| Unsolicited Order | I2HI3E | 100 | 0.203 | 20.30 | | 1.25 | | | 21.55 | 1 | 1 |
| Unsolicited Order | I2HK52 | 1,411 | 0.203 | 286.43 | | 17.65 | | | 304.08 | 1 | 1 |
| **TOTALS** | | 2,000 | | 406.00 | | 25.00 | | | 431.00 | | |

**MULN**
Trade Date: 07-05-23         Settlement Date: 07-07-23
Cusip: 62526P-20-8            Settlement Currency: U.S. Dollars
* MULLEN AUTOMOTIVE INC COM NEW

Account Number: PFN-007232



**Butterfield Securities**
P.O. Box 195,
Hamilton HM AX, Bermuda
+1 (441) 299 3817

# Confirmation

JOSEE BRETON
P.O. BOX 31203
SMB
GRAND CAYMAN KY1-1205
CAYMAN ISLANDS

JOSEE BRETON

Account Number: PFN-007232
Process Date: January 17, 2024

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.    For additional information, please see the reverse side.

### Client Service Information

**Your Financial Consultant:** CAY

CAYMAN ISLANDS
12
ALBERT PANTON STREET
GRAND CAYMAN
CAYMAN ISLANDS

**Contact Information:**

**Telephone Number:** 345-949-7055
**E-Mail Address:** invest.bermuda@butterfieldgroup.com

### You Bought

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **GME** | 12WXEX | 50 | 13.87 | 693.50 | | 26.00 | | | 719.50 | 1 | 1 |

Trade Date: 01-17-24    Settlement Date: 01-19-24
Cusip: 36467W-10-9    Settlement Currency: U.S. Dollars
GAMESTOP CORP NEW CL A
Unsolicited Order

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE. REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF " DIF " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. CLEARING THROUGH PERSHING LLC , A WHOLLY OWNED SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION (BNY MELLON) PERSHING LLC, MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399.

Page: 1 of 4



JOSEE BRETON
January 17, 2024

For additional information, please see the reverse side.

## You Bought (continued)

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **GNS** | I2WW3T | 1,000 | 0.269599 | 269.60 | | 25.00 | | | 294.60 | 1 | 1 |
| Trade Date: 01-17-24  Settlement Date: 01-19-24 | | | | | | | | | | | |
| Cusip: Y3005A-10-9  Settlement Currency: U.S. Dollars | | | | | | | | | | | |
| GENIUS GROUP LIMITED REGISTERED SHS ISIN#SGXZ34583559 | | | | | | | | | | | |
| Unsolicited Order | | | | | | | | | | | |
| **MMAT** | | | | | | | | | | | |
| Trade Date: 01-17-24  Settlement Date: 01-19-24 | | | | | | | | | | | |
| Cusip: 59134N-10-4  Settlement Currency: U.S. Dollars | | | | | | | | | | | |
| META MATLS INC COM | | | | | | | | | | | |
| | I2W3DS | 400 | 0.0763 | 30.52 | | 1.00 | | | 31.52 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | | |
| | I2W3DT | 100 | 0.0762 | 7.62 | | 0.25 | | | 7.87 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | | |
| | I2W3DU | 400 | 0.0762 | 30.48 | | 1.00 | | | 31.48 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | | |
| | I2W3DV | 100 | 0.0762 | 7.62 | | 0.25 | | | 7.87 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | | |
| | I2W3DW | 200 | 0.0762 | 15.24 | | 0.50 | | | 15.74 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | | |
| | I2W3DX | 400 | 0.0763 | 30.52 | | 1.00 | | | 31.52 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | | |
| | I2W3DY | 300 | 0.0763 | 22.89 | | 0.75 | | | 23.64 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | | |
| | I2W3DZ | 2,900 | 0.0765 | 221.85 | | 7.25 | | | 229.10 | 1 | 1 |
| Unsolicited Order | | | | | | | | | | | |

Page: **2** of 4

Account Number: PFN-007232

JOSEE BRETON
January 17, 2024

For additional information, please see the reverse side.

## You Bought (continued)

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **MMAT** (continued) | | | | | | | | | | | |
| Unsolicited Order | I2W3D0 | 400 | 0.0763 | 30.52 | | 1.00 | | | 31.52 | 1 | 1 |
| Unsolicited Order | I2W3D1 | 400 | 0.0765 | 30.60 | | 1.00 | | | 31.60 | 1 | 1 |
| Unsolicited Order | I2W3D2 | 500 | 0.0765 | 38.25 | | 1.25 | | | 39.50 | 1 | 1 |
| Unsolicited Order | I2W3D3 | 2,500 | 0.0765 | 191.25 | | 6.25 | | | 197.50 | 1 | 1 |
| Unsolicited Order | I2W3D4 | 200 | 0.0763 | 15.26 | | 0.50 | | | 15.76 | 1 | 1 |
| Unsolicited Order | I2W3D5 | 100 | 0.0765 | 7.65 | | 0.25 | | | 7.90 | 1 | 1 |
| Unsolicited Order | I2W3D6 | 100 | 0.0763 | 7.63 | | 0.25 | | | 7.88 | 1 | 1 |
| Unsolicited Order | I2W3D7 | 100 | 0.0765 | 7.65 | | 0.25 | | | 7.90 | 1 | 1 |
| Unsolicited Order | I2W3D8 | 300 | 0.0765 | 22.95 | | 0.75 | | | 23.70 | 1 | 1 |
| Unsolicited Order | I2W3D9 | 600 | 0.0765 | 45.90 | | 1.50 | | | 47.40 | 1 | 1 |
| **TOTALS** | | 10,000 | | 764.40 | | 25.00 | | | 789.40 | | |