NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: META MATERIALS, INC
Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Immobilier JOSEE BRETON INC
   A/S JOSEE BRETON
   12 rue Christiana
   Scott, QC, CANADA  G0S 3G0

   Telephone Number: 581-928-4355

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.
   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.
   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 16 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: 50-Q4MM7

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   JOSEE BRETON / Desjardins
   1170, rue Peel, Bureau 105, Montreal, QC
   CANADA H3B 0A9
   Telephone Number: 1-855-777-5562

3. Date Equity Interest was acquired:
   Between 08/23/2021 and 05/22/2023
   See attached documentation

4. Total amount of member interest: 2750 shares for 8583.41$

5. Certificate number(s): See attached documentation

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: JOSEE BRETON
   Title: President
   Company: Address and telephone number (if different from notice address above):
   (Signature) JB    (Date) 12/12/2024
   Telephone number: 581-928-4355   email: jbreton.arielle@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Desjardins
**Courtage en ligne**

Service d'opération sans conseil

1170, rue Peel, Bureau 105
Montréal (Québec) H3B 0A9

Place de la Cité
2600, boul. Laurier - Bureau 130
Québec (Québec) G1V 4T3



FCPE OCRCVM
MEMBRE
Organisme canadien de réglementation du commerce des valeurs mobilières

16296531-9
IMMOBILIER JOSEE BRETON INC
A/S DE JOSEE BRETON
12 CHRISTIANA
SCOTT QC G0S 3G0

## Confirmation de transaction

**Nous confirmons les activités suivantes dans votre compte numéro : 50-Q4MM 7 Type : M-OPT-US**  HM3

### Détails de la transaction

| | |
|---|---|
| Numéro de compte : | 50-Q4MM 7 |
| Date : | 2021-08-23 |
| Numéro : | 040594 |
| RR : | DISNAT DIRECT  OD02 |
| Symbole : | MMAT |
| CUSIP : | 59134N104 |
| Code de titre : | 43665R |
| Code de base : | A |
| Code du marché : | NY |

### Transaction

| Quantité achetée | Quantité vendue | Description | Prix unitaire ($) |
|---|---|---|---|
| 500 | | META MATERIALS INC | 3.3483 |
| 500 | | | 3.183 |
| | | INTERNET DIRECT/STP | |

Montant de la transaction : 3,265.65$
Commission : 1.50
Jours d'intérêt :
Intérêt :
Frais S.E.C. :
Change :
Montant net de la transaction : 3,267.15$USD

Date de règlement : 2021-08-25

LE PAIEMENT EST DÛ À LA DATE DE RÈGLEMENT INDIQUÉE. INTÉRÊTS PAYABLES SUR LES COMPTES EN DÉFAUT.

### CODE DU MARCHÉ
NY   BOURSE DE NEW YORK

### CODE DE BASE DE LA TRANSACTION
A

### ABRÉVIATIONS
NV   ACTIONS NE COMPORTANT PAS DE DROITS DE VOTE
SV   ACTIONS COMPORTANT DES DROITS DE VOTE SUBALTERNES
RV   ACTIONS COMPORTANT DES DROITS DE VOTE RESTREINTS
LV   ACTIONS COMPORTANT DES DROITS DE VOTE LIMITÉS
MV   ACTIONS COMPORTANT DES DROITS DE VOTE MULTIPLES
BS   BON DE SOUSCRIPTION
DS   DROIT DE SOUSCRIPTION
TS   TITRES RESTREINTS

SI CETTE CONFIRMATION DE TRANSACTION N'EST PAS CONFORME À VOS DOSSIERS, NOUS VOUS PRIONS D'EN AVISER IMMÉDIATEMENT UN REPRÉSENTANT AU SERVICE À LA CLIENTÈLE DE VOTRE SUCCURSALE SI VOUS N'OBTENEZ PAS SATISFACTION, VEUILLEZ NOUS AVISER PAR ÉCRIT DANS LES 10 JOURS SUIVANT LA DATE DE CETTE CONFIRMATION À L'ADRESSE SUIVANTE : SERVICE DE LA CONFORMITÉ, VALEURS MOBILIÈRES DESJARDINS INC., 1170 RUE PEEL, BUREAU 300, MONTRÉAL (QUÉBEC), H3B 0A9. SANS UN TEL AVIS, CETTE CONFIRMATION DE TRANSACTION SERA CONSIDÉRÉE COMME EXACTE.

- SANS LIMITER D'AUCUNE FAÇON NI AUTREMENT PORTER ATTEINTE À NOS DROITS EN VERTU DE TOUS AUTRES CONTRATS PASSÉS ENTRE NOUS, VOUS CONVENEZ AVEC NOUS DE CE QUI SUIT :

SI LA PRÉSENTE OPÉRATION EST EFFECTUÉE SUR UNE BOURSE, ELLE SERA ASSUJETTIE AUX STATUTS, AUX RÈGLEMENTS ET AUX COUTUMES DE CETTE BOURSE ET DE TOUTE CHAMBRE DE COMPENSATION INTÉRESSÉE. TOUTES LES VALEURS ET TOUS LES BIENS MOBILIERS (CI-APRÈS APPELÉS LES " VALEURS ") QUE NOUS DÉTENONS POUR VOUS OU QUE NOUS REPORTONS SUR VOTRE COMPTE SERONT DE TEMPS À AUTRE, TANT QUE VOUS SEREZ ENDETTÉ ENVERS NOUS, DÉTENUS EN GARANTIE COLLATÉRALE DE CETTE DETTE ET NOUS AURONS LE DROIT SANS VOUS EN DONNER AVIS, DE NOUS SERVIR DE CES VALEURS POUR DES LIVRAISONS OU POUR REMPLACER D'AUTRES VALEURS, DE PRÊTER CES VALEURS ET DE NOUS PROCURER DE L'ARGENT SUR CES VALEURS ET LES METTRE EN GAGE SOIT SÉPARÉMENT, SOIT DANS NOS PRÊTS GÉNÉRAUX OU D'AUTRES FAÇONS AVEC DES VALEURS NOUS APPARTENANT OU APPARTENANT À D'AUTRES, LE TOUT DE LA MANIÈRE, AUX CONDITIONS ET POUR DES SOMMES PLUS OU MOINS ÉLEVÉES QUE LA SOMME QUE VOUS NOUS DEVEZ ET POUR DES FINS QUE NOUS POUVONS JUGER UTILES ET, SI NOUS LE JUGEONS NÉCESSAIRE POUR NOTRE PROTECTION, NOUS AURONS LE DROIT D'ACHETER DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À DÉCOUVERT OU VENDRE DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À COUVERT, LE TOUT DE LA MANIÈRE ET AUX CONDITIONS QUE SELON NOTRE DISCRÉTION, NOUS DÉTERMINERONS, SANS VOUS EXIGER DE COUVERTURE NI DE SOUMISSION ET SANS VOUS EN DONNER AVIS, À CE SUJET ET À TOUS LES AUTRES ÉGARDS. LA PRÉSENTE OPÉRATION EST ASSUJETTIE AUX COUTUMES DU COMMERCE DES VALEURS MOBILIÈRES.

ENTENDU QUE LES ACHATS ET VENTES SONT EXÉCUTÉS AVEC L'ENTENTE FORMELLE QUE LA LIVRAISON DES TITRES AURA LIEU. NOUS NE SERONS PAS OBLIGÉS DE LIVRER LES TITRES AU CLIENT AVANT LEUR RÉCEPTION DE LA PARTIE VENDERESSE. EN OUTRE, À MOINS D'ÊTRE AVISÉS D'AVANCE PAR ÉCRIT PAR LE CLIENT, NOUS NOUS RÉSERVONS LE DROIT, SANS AVIS, DE RETARDER INDÉFINIMENT OU POUR UNE PÉRIODE DÉFINIE, LE DÉLAI DE LIVRAISON PAR LA PARTIE VENDERESSE DES TITRES ACHETÉS POUR LE CLIENT. LORSQUE L'OPÉRATION EN BOURSE EST FAITE À TITRE DE MANDATAIRE, LE NOM DU MANDANT PEUT ÊTRE FOURNI SUR DEMANDE. LE NOM DE LA PERSONNE À QUI OU PAR L'INTERMÉDIAIRE DE LAQUELLE LE TITRE A ÉTÉ ACHETÉ OU VENDU SERA FOURNI SUR DEMANDE. LE NOM DE LA PERSONNE À QUI OU PAR L'INTERMÉDIAIRE DE LAQUELLE LE TITRE A ÉTÉ ACHETÉ OU VENDU SERA FOURNI SUR DEMANDE. LA RÉMUNÉRATION DU COURTIER EN PLACEMENT SUR LES OPÉRATIONS HORS COTE A ÉTÉ AJOUTÉE AU PRIX DANS LE CAS D'UN ACHAT ET DÉDUITE DU PRIX DANS LE CAS D'UNE VENTE.

POUR LES TITRES DE CRÉANCE, LES REVENUS DE LA FIRME, OUTRE LA COMMISSION INDIQUÉE DANS LA PRÉSENTE CONFIRMATION DE TRANSACTION, PROVIENNENT DE DEUX SOURCES: LES GAINS OU PERTES RÉALISÉS SUR LE MAINTIEN DES INVENTAIRES ET L'ÉCART DE PRIX ENTRE LES COURS VENDEUR ET ACHETEUR. CES REVENUS SONT INCLUS DANS LE PRIX INDIQUÉ CI-DESSUS.

FIDUCIE DESJARDINS INC. AGIT À TITRE DE FIDUCIAIRE DE L'ENSEMBLE DES RÉGIMES ENREGISTRÉS.

VALEURS MOBILIÈRES DESJARDINS INC. (« VMD ») UTILISE LA DÉNOMINATION COMMERCIALE « DESJARDINS COURTAGE EN LIGNE » POUR SES ACTIVITÉS DE COURTAGE À ESCOMPTE. LES PRODUITS ET SERVICES DE COURTAGE À ESCOMPTE SONT REGROUPÉS SOUS LA MARQUE DE COMMERCE « DISNAT ». VMD EST MEMBRE DE L'ORGANISME CANADIEN DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES ("OCRCVM"). LES FIRMES RÉGIES PAR L'OCRCVM DOIVENT RESPECTER DES NORMES ÉLEVÉES EN MATIÈRE DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES, ASSURER LA PROTECTION DES INVESTISSEURS ET RENFORCER L'INTÉGRITÉ DES MARCHÉS. SUR DEMANDE ON PEUT OBTENIR UNE BROCHURE DÉCRIVANT LES AVANTAGES DE TRAVAILLER AVEC UNE SOCIÉTÉ ET UN CONSEILLER RÉGLEMENTÉS PAR L'OCRCVM. VMD EST MEMBRE DU FONDS CANADIEN DE PROTECTION DES ÉPARGNANTS ("FCPE"). LES COMPTES DES CLIENTS SONT PROTÉGÉS PAR LE FCPE SOUS CERTAINES LIMITES. SUR DEMANDE ON PEUT OBTENIR UN DÉPLIANT DÉCRIVANT LA GARANTIE ET LES LIMITES DE PROTECTION. DESJARDINS COURTAGE EN LIGNE NE DONNE AUCUN CONSEIL NI NE FORMULE AUCUNE RECOMMANDATION EN MATIÈRE DE PLACEMENT. LE CLIENT EST SEUL RESPONSABLE DES CONSÉQUENCES FINANCIÈRES DE SES DÉCISIONS DE PLACEMENT.

# Desjardins
**Courtage en ligne**

1170, rue Peel, Bureau 105
Montréal (Québec) H3B 0A9

Service d'opération sans conseil

Place de la Cité
2600, boul. Laurier - Bureau 130
Québec (Québec) G1V 4T3



FCPE OCRCVM
MEMBRE
Organisme canadien de réglementation du commerce des valeurs mobilières

16124312-4
IMMOBILIER JOSEE BRETON INC
A/S DE JOSEE BRETON
3697 RUE POLLACK
QUEBEC QC  G1X 4Z3

## Confirmation de transaction

Nous confirmons les activités suivantes dans votre compte numéro : 50-Q4MM 7  Type : M-OPT-US    HM3

### Détails de la transaction

| | |
|---|---|
| Numéro de compte : | 50-Q4MM 7 |
| Date : | 2021-07-14 |
| Numéro : | 040738 |
| RR : | DISNAT DIRECT  OD02 |
| Symbole : | MMAT |
| CUSIP : | 59134N104 |
| Code de titre : | 43665R |
| Code de base : | A |
| Code du marché : | NY |

### Transaction

| Quantité achetée | Quantité vendue | Description | Prix unitaire ($) |
|---|---|---|---|
| 500 | | META MATERIALS INC<br>INTERNET DIRECT/STP | 4.3399 |

| | |
|---|---|
| Montant de la transaction : | 2,169.95$ |
| Commission : | .75 |
| Jours d'intérêt : | |
| Intérêt : | |
| Frais S.E.C. : | |
| Change : | |
| Montant net de la transaction : | 2,170.70$USD |

Date de règlement : 2021-07-16

LE PAIEMENT EST DÛ À LA DATE DE RÈGLEMENT INDIQUÉE. INTÉRÊTS PAYABLES SUR LES COMPTES EN DÉFAUT.

**CODE DU MARCHÉ**
NY   BOURSE DE NEW YORK

**CODE DE BASE DE LA TRANSACTION**
A

**ABRÉVIATIONS**
NV   ACTIONS NE COMPORTANT PAS DE DROITS DE VOTE
SV   ACTIONS COMPORTANT DES DROITS DE VOTE SUBALTERNES
RV   ACTIONS COMPORTANT DES DROITS DE VOTE RESTREINTS
LV   ACTIONS COMPORTANT DES DROITS DE VOTE LIMITÉS
MV   ACTIONS COMPORTANT DES DROITS DE VOTE MULTIPLES
BS   BON DE SOUSCRIPTION
DS   DROIT DE SOUSCRIPTION
TS   TITRES RESTREINTS

SI CETTE CONFIRMATION DE TRANSACTION N'EST PAS CONFORME À VOS DOSSIERS, NOUS VOUS PRIONS D'EN AVISER IMMÉDIATEMENT UN REPRÉSENTANT AU SERVICE À LA CLIENTÈLE DE VOTRE SUCCURSALE SI VOUS N'OBTENEZ PAS SATISFACTION, VEUILLEZ NOUS AVISER PAR ÉCRIT DANS LES 10 JOURS SUIVANT LA DATE DE CETTE CONFIRMATION À L'ADRESSE SUIVANTE : SERVICE DE LA CONFORMITÉ, VALEURS MOBILIÈRES DESJARDINS INC., 1170 RUE PEEL, BUREAU 300, MONTRÉAL (QUÉBEC), H3B 0A9. SANS UN TEL AVIS, CETTE CONFIRMATION DE TRANSACTION SERA CONSIDÉRÉE COMME EXACTE.

- SANS LIMITER D'AUCUNE FAÇON NI AUTREMENT PORTER ATTEINTE À NOS DROITS EN VERTU DE TOUS AUTRES CONTRATS PASSÉS ENTRE NOUS, VOUS CONVENEZ AVEC NOUS DE CE QUI SUIT :

SI LA PRÉSENTE OPÉRATION EST EFFECTUÉE SUR UNE BOURSE, ELLE SERA ASSUJETTIE AUX STATUTS, AUX RÈGLEMENTS ET AUX COUTUMES DE CETTE BOURSE ET DE TOUTE CHAMBRE DE COMPENSATION INTÉRESSÉE. TOUTES LES VALEURS ET TOUS LES BIENS MOBILIERS (CI-APRÈS APPELÉS LES " VALEURS ") QUE NOUS DÉTENONS POUR VOUS OU QUE NOUS REPORTONS SUR VOTRE COMPTE SERONT DE TEMPS À AUTRE, TANT QUE VOUS SEREZ ENDETTÉ ENVERS NOUS, DÉTENUS EN GARANTIE COLLATÉRALE DE CETTE DETTE ET NOUS AURONS LE DROIT SANS VOUS EN DONNER AVIS, DE NOUS SERVIR DE CES VALEURS POUR DES LIVRAISONS OU POUR REMPLACER D'AUTRES VALEURS, DE PRÊTER CES VALEURS ET DE NOUS PROCURER DE L'ARGENT SUR CES VALEURS ET LES METTRE EN GAGE SOIT SÉPARÉMENT, SOIT DANS NOS PRÊTS GÉNÉRAUX OU D'AUTRES FAÇONS AVEC DES VALEURS NOUS APPARTENANT OU APPARTENANT À D'AUTRES, LE TOUT DE LA MANIÈRE, AUX CONDITIONS ET POUR DES SOMMES PLUS OU MOINS ÉLEVÉES QUE LA SOMME QUE VOUS NOUS DEVEZ ET POUR DES FINS QUE NOUS POUVONS JUGER UTILES ET, SI NOUS LE JUGEONS NÉCESSAIRE POUR NOTRE PROTECTION, NOUS AURONS LE DROIT D'ACHETER DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À DÉCOUVERT OU VENDRE DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À COUVERT, LE TOUT DE LA MANIÈRE ET AUX CONDITIONS QUE SELON NOTRE DISCRÉTION, NOUS DÉTERMINERONS, SANS VOUS EXIGER DE COUVERTURE NI DE SOUMISSION ET SANS VOUS EN DONNER AVIS, À CE SUJET ET À TOUS LES AUTRES ÉGARDS. LA PRÉSENTE OPÉRATION EST ASSUJETTIE AUX COUTUMES DU COMMERCE DES VALEURS MOBILIÈRES.

ENTENDU QUE LES ACHATS ET VENTES SONT EXÉCUTÉS AVEC L'ENTENTE FORMELLE QUE LA LIVRAISON DES TITRES AURA LIEU. NOUS NE SERONS PAS OBLIGÉS DE LIVRER LES TITRES AU CLIENT AVANT LEUR RÉCEPTION DE LA PARTIE VENDERESSE. EN OUTRE, À MOINS D'ÊTRE AVISÉS D'AVANCE PAR ÉCRIT PAR LE CLIENT, NOUS NOUS RÉSERVONS LE DROIT, SANS AVIS, DE RETARDER INDÉFINIMENT OU POUR UNE PÉRIODE DÉFINIE, LE DÉLAI DE LIVRAISON PAR LA PARTIE VENDERESSE DES TITRES ACHETÉS POUR LE CLIENT. LORSQUE L'OPÉRATION EN BOURSE EST FAITE À TITRE DE MANDATAIRE, LE NOM DU MANDANT PEUT ÊTRE FOURNI SUR DEMANDE. LE NOM DE LA PERSONNE À QUI OU PAR L'INTERMÉDIAIRE DE LAQUELLE LE TITRE A ÉTÉ ACHETÉ OU VENDU SERA FOURNI SUR DEMANDE. LE NOM DE LA PERSONNE À QUI OU PAR L'INTERMÉDIAIRE DE LAQUELLE LE TITRE A ÉTÉ ACHETÉ OU VENDU SUR DEMANDE. LA RÉMUNÉRATION DU COURTIER EN PLACEMENT SUR LES OPÉRATIONS HORS COTE A ÉTÉ AJOUTÉE AU PRIX DANS LE CAS D'UN ACHAT ET DÉDUITE DU PRIX DANS LE CAS D'UNE VENTE.

POUR LES TITRES DE CRÉANCE, LES REVENUS DE LA FIRME, OUTRE LA COMMISSION INDIQUÉE DANS LA PRÉSENTE CONFIRMATION DE TRANSACTION, PROVIENNENT DE DEUX SOURCES: LES GAINS OU PERTES RÉALISÉS SUR LE MAINTIEN DES INVENTAIRES ET L'ÉCART DE PRIX ENTRE LES COURS VENDEUR ET ACHETEUR. CES REVENUS SONT INCLUS DANS LE PRIX INDIQUÉ CI-DESSUS.

FIDUCIE DESJARDINS INC. AGIT À TITRE DE FIDUCIAIRE DE L'ENSEMBLE DES RÉGIMES ENREGISTRÉS.

VALEUR MOBILIÈRE DESJARDINS INC. (« VMD ») UTILISE LA DÉNOMINATION COMMERCIALE « DESJARDINS COURTAGE EN LIGNE » POUR SES ACTIVITÉS DE COURTAGE À ESCOMPTE. LES PRODUITS ET SERVICES DE COURTAGE À ESCOMPTE SONT REGROUPÉS SOUS LA MARQUE DE COMMERCE « DISNAT ». VMD EST MEMBRE DE L'ORGANISME CANADIEN DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES ("OCRCVM"). LES FIRMES RÉGIES PAR L'OCRCVM DOIVENT RESPECTER DES NORMES ÉLEVÉES EN MATIÈRE DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES, ASSURER LA PROTECTION DES INVESTISSEURS ET RENFORCER L'INTÉGRITÉ DES MARCHÉS. SUR DEMANDE ON PEUT OBTENIR UNE BROCHURE DÉCRIVANT LES AVANTAGES DE TRAVAILLER AVEC UNE SOCIÉTÉ ET UN CONSEILLER RÉGLEMENTÉS PAR L'OCRCVM. VMD EST MEMBRE DU FONDS CANADIEN DE PROTECTION DES ÉPARGNANTS ("FCPE"). LES COMPTES DES CLIENTS SONT PROTÉGÉS PAR LE FCPE SOUS CERTAINES LIMITES. SUR DEMANDE ON PEUT OBTENIR UN DÉPLIANT DÉCRIVANT LA GARANTIE ET LES LIMITES DE PROTECTION. DESJARDINS COURTAGE EN LIGNE NE DONNE AUCUN CONSEIL NI NE FORMULE AUCUNE RECOMMANDATION EN MATIÈRE DE PLACEMENT. LE CLIENT EST SEUL RESPONSABLE DES CONSÉQUENCES FINANCIÈRES DE SES DÉCISIONS DE PLACEMENT.

**Desjardins**
Courtage en ligne

1170, rue Peel, Bureau 105
Montréal (Québec) H3B 0A9

Service d'opération sans conseil

Place de la Cité
2600, boul. Laurier - Bureau 130
Québec (Québec) G1V 4T3



FCPE OCRCVM
MEMBRE
Organisme canadien de réglementation du commerce des valeurs mobilières

16308860-9
IMMOBILIER JOSEE BRETON INC
A/S DE JOSEE BRETON
12 CHRISTIANA
SCOTT QC G0S 3G0

# Confirmation de transaction

Nous confirmons les activités suivantes dans votre compte numéro : 50-Q4MM 7 Type : M-OPT-US    HM3

### Détails de la transaction

Numéro de compte : 50-Q4MM 7
Date : 2021-08-25
Numéro : 044221
RR : DISNAT DIRECT  OD02

Symbole : MMAT
CUSIP : 59134N104
Code de titre : 43665R
Code de base : A
Code du marché : NY

### Transaction

| Quantité achetée | Quantité vendue | Description | Prix unitaire ($) |
|---|---|---|---|
| 500 | | META MATERIALS INC INTERNET DIRECT/STP | 3.7773 |

Montant de la transaction : 1,888.65$
Commission : .75
Jours d'intérêt :
Intérêt :
Frais S.E.C. :
Change :
Montant net de la transaction : 1,889.40$USD

Date de règlement : 2021-08-27

LE PAIEMENT EST DÛ À LA DATE DE RÈGLEMENT INDIQUÉE. INTÉRÊTS PAYABLES SUR LES COMPTES EN DÉFAUT.

### CODE DU MARCHÉ
NY    BOURSE DE NEW YORK

### CODE DE BASE DE LA TRANSACTION
A

### ABRÉVIATIONS
NV   ACTIONS NE COMPORTANT PAS DE DROITS DE VOTE
SV   ACTIONS COMPORTANT DES DROITS DE VOTE SUBALTERNES
RV   ACTIONS COMPORTANT DES DROITS DE VOTE RESTREINTS
LV   ACTIONS COMPORTANT DES DROITS DE VOTE LIMITÉS
MV   ACTIONS COMPORTANT DES DROITS DE VOTE MULTIPLES
BS   BON DE SOUSCRIPTION
DS   DROIT DE SOUSCRIPTION
TS   TITRES RESTREINTS

SI CETTE CONFIRMATION DE TRANSACTION N'EST PAS CONFORME À VOS DOSSIERS, NOUS VOUS PRIONS D'EN AVISER IMMÉDIATEMENT UN REPRÉSENTANT AU SERVICE À LA CLIENTÈLE DE VOTRE SUCCURSALE SI VOUS N'OBTENEZ PAS SATISFACTION, VEUILLEZ NOUS AVISER PAR ÉCRIT DANS LES 10 JOURS SUIVANT LA DATE DE CETTE CONFIRMATION À L'ADRESSE SUIVANTE : SERVICE DE LA CONFORMITÉ, VALEURS MOBILIÈRES DESJARDINS INC., 1170 RUE PEEL, BUREAU 300, MONTRÉAL (QUÉBEC), H3B 0A9. SANS UN TEL AVIS, CETTE CONFIRMATION DE TRANSACTION SERA CONSIDÉRÉE COMME EXACTE.

- SANS LIMITER D'AUCUNE FAÇON NI AUTREMENT PORTER ATTEINTE À NOS DROITS EN VERTU DE TOUS AUTRES CONTRATS PASSÉS ENTRE NOUS, VOUS CONVENEZ AVEC NOUS DE CE QUI SUIT :

SI LA PRÉSENTE OPÉRATION EST EFFECTUÉE SUR UNE BOURSE, ELLE SERA ASSUJETTIE AUX STATUTS, AUX RÈGLEMENTS ET AUX COUTUMES DE CETTE BOURSE ET DE TOUTE CHAMBRE DE COMPENSATION INTÉRESSÉE. TOUTES LES VALEURS ET TOUS LES BIENS MOBILIERS (CI-APRÈS APPELÉS LES " VALEURS ") QUE NOUS DÉTENONS POUR VOUS OU QUE NOUS REPORTONS SUR VOTRE COMPTE SERONT DE TEMPS À AUTRE, TANT QUE VOUS SEREZ ENDETTÉ ENVERS NOUS, DÉTENUS EN GARANTIE COLLATÉRALE DE CETTE DETTE ET NOUS AURONS LE DROIT SANS VOUS EN DONNER AVIS, DE NOUS SERVIR DE CES VALEURS POUR DES LIVRAISONS OU POUR REMPLACER D'AUTRES VALEURS, DE PRÊTER CES VALEURS ET DE NOUS PROCURER DE L'ARGENT SUR CES VALEURS ET LES METTRE EN GAGE SOIT SÉPARÉMENT, SOIT DANS NOS PRÊTS GÉNÉRAUX OU D'AUTRES FAÇONS AVEC DES VALEURS NOUS APPARTENANT OU APPARTENANT À D'AUTRES, LE TOUT DE LA MANIÈRE, AUX CONDITIONS ET POUR DES SOMMES PLUS OU MOINS ÉLEVÉES QUE LA SOMME QUE VOUS NOUS DEVEZ ET POUR DES FINS QUE NOUS POUVONS JUGER UTILES ET, SI NOUS LE JUGEONS NÉCESSAIRE POUR NOTRE PROTECTION, NOUS AURONS LE DROIT D'ACHETER DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À DÉCOUVERT OU VENDRE DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À COUVERT, LE TOUT DE LA MANIÈRE ET AUX CONDITIONS QUE SELON NOTRE DISCRÉTION, NOUS DÉTERMINERONS, SANS VOUS EXIGER DE COUVERTURE NI DE SOUMISSION ET SANS VOUS EN DONNER AVIS, À CE SUJET ET À TOUS LES AUTRES ÉGARDS. LA PRÉSENTE OPÉRATION EST ASSUJETTIE AUX COUTUMES DU COMMERCE DES VALEURS MOBILIÈRES.

ENTENDU QUE LES ACHATS ET VENTES SONT EXÉCUTÉS AVEC L'ENTENTE FORMELLE QUE LA LIVRAISON DES TITRES AURA LIEU. NOUS NE SERONS PAS OBLIGÉS DE LIVRER LES TITRES AU CLIENT AVANT LEUR RÉCEPTION DE LA PARTIE VENDERESSE. EN OUTRE, À MOINS D'ÊTRE AVISÉS D'AVANCE PAR ÉCRIT PAR LE CLIENT, NOUS NOUS RÉSERVONS LE DROIT, SANS AVIS, DE RETARDER INDÉFINIMENT OU POUR UNE PÉRIODE DÉFINIE, LE DÉLAI DE LIVRAISON PAR LA PARTIE VENDERESSE DES TITRES ACHETÉS POUR LE CLIENT. LORSQUE L'OPÉRATION EN BOURSE EST FAITE À TITRE DE MANDATAIRE, LE NOM DU MANDANT PEUT ÊTRE FOURNI SUR DEMANDE. LE NOM DE LA PERSONNE À QUI OU PAR L'INTERMÉDIAIRE DE LAQUELLE LE TITRE A ÉTÉ ACHETÉ OU VENDU SERA FOURNI SUR DEMANDE. LE NOM DE LA PERSONNE À QUI OU PAR L'INTERMÉDIAIRE DE LAQUELLE LE TITRE A ÉTÉ ACHETÉ OU VENDU SERA FOURNI SUR DEMANDE. LA RÉMUNÉRATION DU COURTIER EN PLACEMENT SUR LES OPÉRATIONS HORS COTE A ÉTÉ AJOUTÉE AU PRIX DANS LE CAS D'UN ACHAT ET DÉDUITE DU PRIX DANS LE CAS D'UNE VENTE.

POUR LES TITRES DE CRÉANCE, LES REVENUS DE LA FIRME, OUTRE LA COMMISSION INDIQUÉE SUR LA PRÉSENTE CONFIRMATION DE TRANSACTION, PROVIENNENT DE DEUX SOURCES: LES GAINS OU PERTES RÉALISÉS SUR LE MAINTIEN DES INVENTAIRES ET L'ÉCART DE PRIX ENTRE LES COURS VENDEUR ET ACHETEUR. CES REVENUS SONT INCLUS DANS LE PRIX INDIQUÉ CI-DESSUS.

FIDUCIE DESJARDINS INC. AGIT À TITRE DE FIDUCIAIRE DE L'ENSEMBLE DES RÉGIMES ENREGISTRÉS.

VALEURS MOBILIÈRE DESJARDINS INC. (« VMD ») UTILISE LA DÉNOMINATION COMMERCIALE « DESJARDINS COURTAGE EN LIGNE » POUR SES ACTIVITÉS DE COURTAGE À ESCOMPTE. LES PRODUITS ET SERVICES DE COURTAGE À ESCOMPTE SONT REGROUPÉS SOUS LA MARQUE DE COMMERCE « DISNAT ». VMD EST MEMBRE DE L'ORGANISME CANADIEN DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES ("OCRCVM"). LES FIRMES RÉGIES PAR L'OCRCVM DOIVENT RESPECTER DES NORMES ÉLEVÉES EN MATIÈRE DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES, ASSURER LA PROTECTION DES INVESTISSEURS ET RENFORCER L'INTÉGRITÉ DES MARCHÉS. SUR DEMANDE ON PEUT OBTENIR UNE BROCHURE DÉCRIVANT LES AVANTAGES DE TRAVAILLER AVEC UNE SOCIÉTÉ ET UN CONSEILLER RÉGLEMENTÉS PAR L'OCRCVM. VMD EST MEMBRE DU FONDS CANADIEN DE PROTECTION DES ÉPARGNANTS ("FCPE"). LES COMPTES DES CLIENTS SONT PROTÉGÉS PAR LE FCPE SOUS CERTAINES LIMITES. SUR DEMANDE ON PEUT OBTENIR UN DÉPLIANT DÉCRIVANT LA GARANTIE ET LES LIMITES DE PROTECTION. DESJARDINS COURTAGE EN LIGNE NE DONNE AUCUN CONSEIL NI NE FORMULE AUCUNE RECOMMANDATION EN MATIÈRE DE PLACEMENT. LE CLIENT EST SEUL RESPONSABLE DES CONSÉQUENCES FINANCIÈRES DE SES DÉCISIONS DE PLACEMENT.

E 16 308 860 - 9    0 009 044

# Desjardins
**Courtage en ligne**

1170, rue Peel, Bureau 105
Montréal (Québec) H3B 0A9

Service d'opération sans conseil

Place de la Cité
2600, boul. Laurier - Bureau 130
Québec (Québec) G1V 4T3



FCPE OCRCVM
MEMBRE
Organisme canadien de réglementation du commerce des valeurs mobilières

18904874-4
IMMOBILIER JOSEE BRETON INC
A/S DE JOSEE BRETON
12 CHRISTIANA
SCOTT QC G0S 3G0

## Confirmation de transaction

**Nous confirmons les activités suivantes dans votre compte numéro : 50-Q4MM 7   Type : M-OPT-US**   HM3

### Détails de la transaction

| | |
|---|---|
| Numéro de compte : | 50-Q4MM 7 |
| Date : | 2022-12-08 |
| Numéro : | 040232 |
| RR : | DISNAT DIRECT   OD02 |
| Symbole : | MMAT |
| CUSIP : | 59134N104 |
| Code de titre : | 43665R |
| Code de base : | A |
| Code du marché : | NY |

### Transaction

| Quantité achetée | Quantité vendue | Description | Prix unitaire ($) |
|---|---|---|---|
| | 500 | META MATERIALS INC<br>INTERNET DIRECT/STP | 1.7599 |

Montant de la transaction : 879.95$
Commission :
Jours d'intérêt :
Intérêt :
Frais S.E.C. :
Change :
Montant net de la transaction : 879.95$USD

Date de règlement : 2022-12-12

LE PAIEMENT EST DÛ À LA DATE DE RÈGLEMENT INDIQUÉE. INTÉRÊTS PAYABLES SUR LES COMPTES EN DÉFAUT.

### CODE DU MARCHÉ
NY   BOURSE DE NEW YORK

### CODE DE BASE DE LA TRANSACTION
A

### ABRÉVIATIONS
NV   ACTIONS NE COMPORTANT PAS DE DROITS DE VOTE
SV   ACTIONS COMPORTANT DES DROITS DE VOTE SUBALTERNES
RV   ACTIONS COMPORTANT DES DROITS DE VOTE RESTREINTS
LV   ACTIONS COMPORTANT DES DROITS DE VOTE LIMITÉS
MV   ACTIONS COMPORTANT DES DROITS DE VOTE MULTIPLES
BS   BON DE SOUSCRIPTION
DS   DROIT DE SOUSCRIPTION
TS   TITRES RESTREINTS

SI CETTE CONFIRMATION DE TRANSACTION N'EST PAS CONFORME À VOS DOSSIERS, NOUS VOUS PRIONS D'EN AVISER IMMÉDIATEMENT UN REPRÉSENTANT AU SERVICE À LA CLIENTÈLE DE VOTRE SUCCURSALE SI VOUS N'OBTENEZ PAS SATISFACTION, VEUILLEZ NOUS AVISER PAR ÉCRIT DANS LES 10 JOURS SUIVANT LA DATE DE CETTE CONFIRMATION À L'ADRESSE SUIVANTE : SERVICE DE LA CONFORMITÉ, VALEURS MOBILIÈRES DESJARDINS INC., 1170 RUE PEEL, BUREAU 300, MONTRÉAL (QUÉBEC), H3B 0A9. SANS UN TEL AVIS, CETTE CONFIRMATION DE TRANSACTION SERA CONSIDÉRÉE COMME EXACTE.

- SANS LIMITER D'AUCUNE FAÇON NI AUTREMENT PORTER ATTEINTE À NOS DROITS EN VERTU DE TOUS AUTRES CONTRATS PASSÉS ENTRE NOUS, VOUS CONVENEZ AVEC NOUS DE CE QUI SUIT :

SI LA PRÉSENTE OPÉRATION EST EFFECTUÉE SUR UNE BOURSE, ELLE SERA ASSUJETTIE AUX STATUTS, AUX RÈGLEMENTS ET AUX COUTUMES DE CETTE BOURSE ET DE TOUTE CHAMBRE DE COMPENSATION INTÉRESSÉE. TOUTES LES VALEURS ET TOUS LES BIENS MOBILIERS (CI-APRÈS APPELÉS LES " VALEURS ") QUE NOUS DÉTENONS POUR VOUS OU QUE NOUS REPORTONS SUR VOTRE COMPTE SERONT DE TEMPS À AUTRE, TANT QUE VOUS SEREZ ENDETTÉ ENVERS NOUS, DÉTENUS EN GARANTIE COLLATÉRALE DE CETTE DETTE ET NOUS AURONS LE DROIT SANS VOUS EN DONNER AVIS, DE NOUS SERVIR DE CES VALEURS POUR DES LIVRAISONS OU POUR REMPLACER D'AUTRES VALEURS, DE PRÊTER CES VALEURS ET DE NOUS PROCURER DE L'ARGENT SUR CES VALEURS ET LES METTRE EN GAGE SOIT SÉPARÉMENT, SOIT DANS NOS PRÊTS GÉNÉRAUX OU D'AUTRES FAÇONS AVEC DES VALEURS NOUS APPARTENANT OU APPARTENANT À D'AUTRES, LE TOUT DE LA MANIÈRE, AUX CONDITIONS ET POUR DES SOMMES PLUS OU MOINS ÉLEVÉES QUE LA SOMME QUE VOUS NOUS DEVEZ ET POUR DES FINS QUE NOUS POUVONS JUGER UTILES ET, SI NOUS LE JUGEONS NÉCESSAIRE POUR NOTRE PROTECTION, NOUS AURONS LE DROIT D'ACHETER DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À DÉCOUVERT OU VENDRE DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À COUVERT, LE TOUT DE LA MANIÈRE ET AUX CONDITIONS QUE SELON NOTRE DISCRÉTION, NOUS DÉTERMINERONS, SANS VOUS EXIGER DE COUVERTURE NI DE SOUMISSION ET SANS VOUS EN DONNER AVIS, À CE SUJET ET À TOUS LES AUTRES ÉGARDS. LA PRÉSENTE OPÉRATION EST ASSUJETTIE AUX COUTUMES DU COMMERCE DES VALEURS MOBILIÈRES.

ENTENDU QUE LES ACHATS ET VENTES SONT EXÉCUTÉS AVEC L'ENTENTE FORMELLE QUE LA LIVRAISON DES TITRES AURA LIEU. NOUS NE SERONS PAS OBLIGÉS DE LIVRER LES TITRES AU CLIENT AVANT LEUR RÉCEPTION DE LA PARTIE VENDERESSE. EN OUTRE, À MOINS D'ÊTRE AVISÉS D'AVANCE PAR ÉCRIT PAR LE CLIENT, NOUS NOUS RÉSERVONS LE DROIT, SANS AVIS, DE RETARDER INDÉFINIMENT OU POUR UNE PÉRIODE DÉFINIE, LE DÉLAI DE LIVRAISON PAR LA PARTIE VENDERESSE DES TITRES ACHETÉS POUR LE CLIENT, LORSQUE L'OPÉRATION EN BOURSE EST FAITE À TITRE DE MANDATAIRE, LE NOM DU MANDANT PEUT ÊTRE FOURNI SUR DEMANDE. LE NOM DE LA PERSONNE À QUI OU PAR L'INTERMÉDIAIRE DE LAQUELLE LE TITRE A ÉTÉ ACHETÉ OU VENDU SERA FOURNI SUR DEMANDE. LE NOM DE LA PERSONNE À QUI OU PAR L'INTERMÉDIAIRE DE LAQUELLE LE TITRE A ÉTÉ ACHETÉ OU VENDU SERA FOURNI SUR DEMANDE. LA RÉMUNÉRATION DU COURTIER EN PLACEMENT SUR LES OPÉRATIONS HORS COTE A ÉTÉ AJOUTÉE AU PRIX DANS LE CAS D'UN ACHAT ET DÉDUITE DU PRIX DANS LE CAS D'UNE VENTE.

POUR LES TITRES DE CRÉANCE, LES REVENUS DE LA FIRME, OUTRE LA COMMISSION INDIQUÉE DANS LA PRÉSENTE CONFIRMATION DE TRANSACTION, PROVIENNENT DE DEUX SOURCES: LES GAINS OU PERTES RÉALISÉS SUR LE MAINTIEN DES INVENTAIRES ET L'ÉCART DE PRIX ENTRE LES COURS VENDEUR ET ACHETEUR. CES REVENUS SONT INCLUS DANS LE PRIX INDIQUÉ CI-DESSUS.

FIDUCIE DESJARDINS INC. AGIT À TITRE DE FIDUCIAIRE DE L'ENSEMBLE DES RÉGIMES ENREGISTRÉS.

VALEUR MOBILIÈRE DESJARDINS INC. (« VMD ») UTILISE LA DÉNOMINATION COMMERCIALE « DESJARDINS COURTAGE EN LIGNE » POUR SES ACTIVITÉS DE COURTAGE À ESCOMPTE. LES PRODUITS ET SERVICES DE COURTAGE À ESCOMPTE SONT REGROUPÉS SOUS LA MARQUE DE COMMERCE « DISNAT ». VMD EST MEMBRE DE L'ORGANISME CANADIEN DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES (" OCRCVM "). LES FIRMES RÉGIES PAR L'OCRCVM DOIVENT RESPECTER DES NORMES ÉLEVÉES EN MATIÈRE DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES, ASSURER LA PROTECTION DES INVESTISSEURS ET RENFORCER L'INTÉGRITÉ DES MARCHÉS. SUR DEMANDE ON PEUT OBTENIR UNE BROCHURE DÉCRIVANT LES AVANTAGES DE TRAVAILLER AVEC UNE SOCIÉTÉ ET UN CONSEILLER RÉGLEMENTÉS PAR L'OCRCVM. VMD EST MEMBRE DU FONDS CANADIEN DE PROTECTION DES ÉPARGNANTS ("FCPE"). LES COMPTES DES CLIENTS SONT PROTÉGÉS PAR LE FCPE SOUS CERTAINES LIMITES. SUR DEMANDE ON PEUT OBTENIR UN DÉPLIANT DÉCRIVANT LA GARANTIE ET LES LIMITES DE PROTECTION. DESJARDINS COURTAGE EN LIGNE NE DONNE AUCUN CONSEIL NI NE FORMULE AUCUNE RECOMMANDATION EN MATIÈRE DE PLACEMENT. LE CLIENT EST SEUL RESPONSABLE DES CONSÉQUENCES FINANCIÈRES DE SES DÉCISIONS DE PLACEMENT.

E 18 904 874 - 4       0 002 614




# Desjardins
## Courtage en ligne

1170, rue Peel, Bureau 105
Montréal (Québec) H3B 0A9

Service d'opération sans conseil

Place de la Cité
2600, boul. Laurier - Bureau 130
Québec (Québec) G1V 4T3

FCPE MEMBRE    OCRCVM
Organisme canadien de réglementation du commerce des valeurs mobilières

18993574-3
IMMOBILIER JOSEE BRETON INC
A/S DE JOSEE BRETON
12 CHRISTIANA
SCOTT QC G0S 3G0

# Confirmation de transaction

Nous confirmons les activités suivantes dans votre compte numéro : 50-Q4MM 7  Type : M-OPT-US    HM3

### Détails de la transaction

Numéro de compte : 50-Q4MM 7
Date : 2022-12-23
Numéro : 044509
RR : DISNAT DIRECT  OD02

Symbole : MMAT
CUSIP : 59134N104
Code de titre : 43665R
Code de base : A
Code du marché : NY

### Transaction

| Quantité achetée | Quantité vendue | Description | Prix unitaire ($) |
|---|---|---|---|
| 100 | | META MATERIALS INC<br>INTERNET DIRECT/STP | 1.175 |

Montant de la transaction : 117.50$
Commission :
Jours d'intérêt :
Intérêt :
Frais S.E.C. :
Change :
Montant net de la transaction : 117.50$USD

Date de règlement : 2022-12-23

LE PAIEMENT EST DÛ À LA DATE DE RÈGLEMENT INDIQUÉE. INTÉRÊTS PAYABLES SUR LES COMPTES EN DÉFAUT.

---

**CODE DU MARCHÉ**
NY  BOURSE DE NEW YORK

**CODE DE BASE DE LA TRANSACTION**
A

**ABRÉVIATIONS**
NV  ACTIONS NE COMPORTANT PAS DE DROITS DE VOTE
SV  ACTIONS COMPORTANT DES DROITS DE VOTE SUBALTERNES
RV  ACTIONS COMPORTANT DES DROITS DE VOTE RESTREINTS
LV  ACTIONS COMPORTANT DES DROITS DE VOTE LIMITÉS
MV  ACTIONS COMPORTANT DES DROITS DE VOTE MULTIPLES
BS  BON DE SOUSCRIPTION
DS  DROIT DE SOUSCRIPTION
TS  TITRES RESTREINTS

SI CETTE CONFIRMATION DE TRANSACTION N'EST PAS CONFORME À VOS DOSSIERS, NOUS VOUS PRIONS D'EN AVISER IMMÉDIATEMENT UN REPRÉSENTANT AU SERVICE À LA CLIENTÈLE DE VOTRE SUCCURSALE SI VOUS N'OBTENEZ PAS SATISFACTION, VEUILLEZ NOUS AVISER PAR ÉCRIT DANS LES 10 JOURS SUIVANT LA DATE DE CETTE CONFIRMATION À L'ADRESSE SUIVANTE : SERVICE DE LA CONFORMITÉ, VALEURS MOBILIÈRES DESJARDINS INC., 1170 RUE PEEL, BUREAU 300, MONTRÉAL (QUÉBEC), H3B 0A9. SANS UN TEL AVIS, CETTE CONFIRMATION DE TRANSACTION SERA CONSIDÉRÉE COMME EXACTE.

- SANS LIMITER D'AUCUNE FAÇON NI AUTREMENT PORTER ATTEINTE À NOS DROITS EN VERTU DE TOUS AUTRES CONTRATS PASSÉS ENTRE NOUS, VOUS CONVENEZ AVEC NOUS DE CE QUI SUIT :

SI LA PRÉSENTE OPÉRATION EST EFFECTUÉE SUR UNE BOURSE, ELLE SERA ASSUJETTIE AUX STATUTS, AUX RÈGLEMENTS ET AUX COUTUMES DE CETTE BOURSE ET DE TOUTE CHAMBRE DE COMPENSATION INTÉRESSÉE. TOUTES LES VALEURS ET TOUS LES BIENS MOBILIERS (CI-APRÈS APPELÉS LES « VALEURS ») QUE NOUS DÉTENONS POUR VOUS OU QUE NOUS REPORTONS SUR VOTRE COMPTE SERONT DE TEMPS À AUTRE, TANT QUE VOUS SEREZ ENDETTÉ ENVERS NOUS, DÉTENUS EN GARANTIE COLLATÉRALE DE CETTE DETTE ET NOUS AURONS LE DROIT SANS VOUS EN DONNER AVIS, DE NOUS SERVIR DE CES VALEURS POUR DES LIVRAISONS OU POUR REMPLACER D'AUTRES VALEURS, DE PRÊTER CES VALEURS ET DE NOUS PROCURER DE L'ARGENT SUR CES VALEURS ET LES METTRE EN GAGE SOIT SÉPARÉMENT, SOIT DANS NOS PRÊTS GÉNÉRAUX OU D'AUTRES FAÇONS AVEC DES VALEURS NOUS APPARTENANT OU APPARTENANT À D'AUTRES, LE TOUT DE LA MANIÈRE AUX CONDITIONS ET POUR DES SOMMES PLUS OU MOINS ÉLEVÉES QUE LA SOMME QUE VOUS NOUS DEVEZ ET POUR DES FINS QUE NOUS POUVONS JUGER UTILES ET, SI NOUS LE JUGEONS NÉCESSAIRE POUR NOTRE PROTECTION, NOUS AURONS LE DROIT D'ACHETER DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À DÉCOUVERT OU VENDRE DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À COUVERT, LE TOUT DE LA MANIÈRE ET AUX CONDITIONS QUE SELON NOTRE DISCRÉTION, NOUS DÉTERMINERONS, SANS VOUS EXIGER DE COUVERTURE NI DE SOUMISSION ET SANS VOUS EN DONNER AVIS, À CE SUJET ET À TOUS LES AUTRES ÉGARDS. LA PRÉSENTE OPÉRATION EST ASSUJETTIE AUX COUTUMES DU COMMERCE DES VALEURS MOBILIÈRES.

ENTENDU QUE LES ACHATS ET VENTES SONT EXÉCUTÉS AVEC L'ENTENTE FORMELLE QUE LA LIVRAISON DES TITRES AURA LIEU. NOUS NE SERONS PAS OBLIGÉS DE LIVRER LES TITRES AU CLIENT AVANT LEUR RÉCEPTION DE LA PARTIE VENDERESSE. EN OUTRE, À MOINS D'ÊTRE AVISÉS D'AVANCE PAR ÉCRIT PAR LE CLIENT, NOUS NOUS RÉSERVONS LE DROIT, SANS AVIS, DE RETARDER INDÉFINIMENT OU POUR UNE PÉRIODE DÉFINIE, LE DÉLAI DE LIVRAISON PAR LA PARTIE VENDERESSE DES TITRES ACHETÉS POUR LE CLIENT. LORSQUE L'OPÉRATION EN BOURSE EST FAITE À TITRE DE MANDATAIRE, LE NOM DU MANDANT PEUT ÊTRE FOURNI SUR DEMANDE. LE NOM DE LA PERSONNE À QUI OU PAR L'INTERMÉDIAIRE DE LAQUELLE LE TITRE À ÉTÉ ACHETÉ OU VENDU SERA FOURNI SUR DEMANDE. LE NOM DE LA PERSONNE À QUI OU PAR L'INTERMÉDIAIRE DE LAQUELLE LE TITRE À ÉTÉ ACHETÉ OU VENDU SERA FOURNI SUR DEMANDE. LA RÉMUNÉRATION DU COURTIER EN PLACEMENT SUR LES OPÉRATIONS HORS COTE A ÉTÉ AJOUTÉE AU PRIX DANS LE CAS D'UN ACHAT ET DÉDUITE DU PRIX DANS LE CAS D'UNE VENTE.

POUR LES TITRES DE CRÉANCE, LES REVENUS DE LA FIRME, OUTRE LA COMMISSION INDIQUÉE DANS LA PRÉSENTE CONFIRMATION DE TRANSACTION, PROVIENNENT DE DEUX SOURCES: LES GAINS OU PERTES RÉALISÉS SUR LE MAINTIEN DES INVENTAIRES ET L'ÉCART DE PRIX ENTRE LES COURS VENDEUR ET ACHETEUR. CES REVENUS SONT INCLUS DANS LE PRIX INDIQUÉ CI-DESSUS.

FIDUCIE DESJARDINS INC. AGIT À TITRE DE FIDUCIAIRE DE L'ENSEMBLE DES RÉGIMES ENREGISTRÉS.

VALEUR MOBILIÈRE DESJARDINS INC. (« VMD ») UTILISE LA DÉNOMINATION COMMERCIALE « DESJARDINS COURTAGE EN LIGNE » POUR SES ACTIVITÉS DE COURTAGE À ESCOMPTE. LES PRODUITS ET SERVICES DE COURTAGE À ESCOMPTE SONT REGROUPÉS SOUS LA MARQUE DE COMMERCE « DISNAT ». VMD EST MEMBRE DE L'ORGANISME CANADIEN DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES ("OCRCVM"). LES FIRMES RÉGIES PAR L'OCRCVM DOIVENT RESPECTER DES NORMES ÉLEVÉES EN MATIÈRE DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES, ASSURER LA PROTECTION DES INVESTISSEURS ET RENFORCER L'INTÉGRITÉ DES MARCHÉS. SUR DEMANDE ON PEUT OBTENIR UNE BROCHURE DÉCRIVANT LES AVANTAGES DE TRAVAILLER AVEC UNE SOCIÉTÉ ET UN CONSEILLER RÉGLEMENTÉS PAR L'OCRCVM. VMD EST MEMBRE DU FONDS CANADIEN DE PROTECTION DES ÉPARGNANTS (FCPE). LES COMPTES DES CLIENTS SONT PROTÉGÉS PAR LE FCPE SOUS CERTAINES LIMITES. SUR DEMANDE ON PEUT OBTENIR UN DÉPLIANT DÉCRIVANT LA GARANTIE ET LES LIMITES DE PROTECTION. DESJARDINS COURTAGE EN LIGNE NE DONNE AUCUN CONSEIL NI NE FORMULE AUCUNE RECOMMANDATION EN MATIÈRE DE PLACEMENT. LE CLIENT EST SEUL RESPONSABLE DES CONSÉQUENCES FINANCIÈRES DE SES DÉCISIONS DE PLACEMENT.

# Desjardins
**Courtage en ligne**

Service d'opération sans conseil

1170, rue Peel, Bureau 105
Montréal (Québec) H3B 0A9

Place de la Cité
2600, boul. Laurier - Bureau 130
Québec (Québec) G1V 4T3

FCPE MEMBRE
OCRCVM
Organisme canadien de réglementation du commerce des valeurs mobilières

19014947-0
IMMOBILIER JOSEE BRETON INC
A/S DE JOSEE BRETON
12 CHRISTIANA
SCOTT QC G0S 3G0

# Confirmation de transaction

**Nous confirmons les activités suivantes dans votre compte numéro : 50-Q4MM 7  Type : M-OPT-US    HM3**

## Détails de la transaction

| | |
|---|---|
| Numéro de compte : | 50-Q4MM 7 |
| Date : | 2022-12-30 |
| Numéro : | 040596 |
| RR : | DISNAT DIRECT  OD02 |
| Symbole : | MMAT |
| CUSIP : | 59134N104 |
| Code de titre : | 43665R |
| Code de base : | A |
| Code du marché : | NY |

## Transaction

| Quantité achetée | Quantité vendue | Description | Prix unitaire ($) |
|---|---|---|---|
| 100 | | META MATERIALS INC INTERNET DIRECT/STP | 1.177 |

| | |
|---|---|
| Montant de la transaction : | 117.70$ |
| Commission : | |
| Jours d'intérêt : | |
| Intérêt : | |
| Frais S.E.C. : | |
| Change : | |
| Montant net de la transaction : | 117.70$USD |

Date de règlement : 2023-01-04

LE PAIEMENT EST DÛ À LA DATE DE RÈGLEMENT INDIQUÉE. INTÉRÊTS PAYABLES SUR LES COMPTES EN DÉFAUT.

---

**CODE DU MARCHÉ**
NY  BOURSE DE NEW YORK

**CODE DE BASE DE LA TRANSACTION**
A

**ABRÉVIATIONS**
NV  ACTIONS NE COMPORTANT PAS DE DROITS DE VOTE
SV  ACTIONS COMPORTANT DES DROITS DE VOTE SUBALTERNES
RV  ACTIONS COMPORTANT DES DROITS DE VOTE RESTREINTS
LV  ACTIONS COMPORTANT DES DROITS DE VOTE LIMITÉS
MV  ACTIONS COMPORTANT DES DROITS DE VOTE MULTIPLES
BS  BON DE SOUSCRIPTION
DS  DROIT DE SOUSCRIPTION
TS  TITRES RESTREINTS

SI CETTE CONFIRMATION DE TRANSACTION N'EST PAS CONFORME À VOS DOSSIERS, NOUS VOUS PRIONS D'EN AVISER IMMÉDIATEMENT UN REPRÉSENTANT AU SERVICE À LA CLIENTÈLE DE VOTRE SUCCURSALE SI VOUS N'OBTENEZ PAS SATISFACTION, VEUILLEZ NOUS AVISER PAR ÉCRIT DANS LES 10 JOURS SUIVANT LA DATE DE CETTE CONFIRMATION À L'ADRESSE SUIVANTE : SERVICE DE LA CONFORMITÉ, VALEURS MOBILIÈRES DESJARDINS INC., 1170 RUE PEEL, BUREAU 300, MONTRÉAL (QUÉBEC), H3B 0A9. SANS UN TEL AVIS, CETTE CONFIRMATION DE TRANSACTION SERA CONSIDÉRÉE COMME EXACTE.

- SANS LIMITER D'AUCUNE FAÇON NI AUTREMENT PORTER ATTEINTE À NOS DROITS EN VERTU DE TOUS AUTRES CONTRATS PASSÉS ENTRE NOUS, VOUS CONVENEZ AVEC NOUS DE CE QUI SUIT :

SI LA PRÉSENTE OPÉRATION EST EFFECTUÉE SUR UNE BOURSE, ELLE SERA ASSUJETTIE AUX STATUTS, AUX RÈGLEMENTS ET AUX COUTUMES DE CETTE BOURSE ET DE TOUTE CHAMBRE DE COMPENSATION INTÉRESSÉE. TOUTES LES VALEURS ET TOUS LES BIENS MOBILIERS (CI-APRÈS APPELÉS LES " VALEURS ") QUE NOUS DÉTENONS POUR VOUS OU QUE NOUS REPORTONS SUR VOTRE COMPTE SERONT DE TEMPS À AUTRE, TANT QUE VOUS SEREZ ENDETTÉ ENVERS NOUS, DÉTENUS EN GARANTIE COLLATÉRALE DE CETTE DETTE ET NOUS AURONS LE DROIT SANS VOUS EN DONNER AVIS, DE NOUS SERVIR DE CES VALEURS POUR DES LIVRAISONS OU POUR REMPLACER D'AUTRES VALEURS, DE PRÊTER CES VALEURS ET DE NOUS PROCURER DE L'ARGENT SUR CES VALEURS ET LES METTRE EN GAGE SOIT SÉPARÉMENT, SOIT DANS NOS PRÊTS GÉNÉRAUX OU D'AUTRES FAÇONS AVEC DES VALEURS NOUS APPARTENANT OU APPARTENANT À D'AUTRES, LE TOUT DE LA MANIÈRE, AUX CONDITIONS ET POUR DES SOMMES PLUS OU MOINS ÉLEVÉES QUE LA SOMME QUE VOUS NOUS DEVEZ ET POUR DES FINS QUE NOUS POUVONS JUGER UTILES ET, SI NOUS LE JUGEONS NÉCESSAIRE POUR NOTRE PROTECTION, NOUS AURONS LE DROIT D'ACHETER DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À DÉCOUVERT OU VENDRE DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À COUVERT, LE TOUT DE LA MANIÈRE ET AUX CONDITIONS QUE SELON NOTRE DISCRÉTION, NOUS DÉTERMINERONS, SANS VOUS EXIGER DE COUVERTURE NI DE SOUMISSION ET SANS VOUS EN DONNER AVIS, À CE SUJET ET À TOUS LES AUTRES ÉGARDS. LA PRÉSENTE OPÉRATION EST ASSUJETTIE AUX COUTUMES DU COMMERCE DES VALEURS MOBILIÈRES.

ENTENDU QUE LES ACHATS ET VENTES SONT EXÉCUTÉS AVEC L'ENTENTE FORMELLE QUE LA LIVRAISON DES TITRES AURA LIEU. NOUS NE SERONS PAS OBLIGÉS DE LIVRER LES TITRES AU CLIENT AVANT LEUR RÉCEPTION DE LA PARTIE VENDERESSE. EN OUTRE, À MOINS D'ÊTRE AVISÉS D'AVANCE PAR ÉCRIT PAR LE CLIENT, NOUS NOUS RÉSERVONS LE DROIT, SANS AVIS, DE RETARDER INDÉFINIMENT OU POUR UNE PÉRIODE DÉFINIE, LE DÉLAI DE LIVRAISON PAR LA PARTIE VENDERESSE DES TITRES ACHETÉS POUR LE CLIENT. LORSQUE L'OPÉRATION EN BOURSE EST FAITE À TITRE DE MANDATAIRE, LE NOM DU MANDANT PEUT ÊTRE FOURNI SUR DEMANDE. LE NOM DE LA PERSONNE À QUI OU PAR L'INTERMÉDIAIRE DE LAQUELLE LE TITRE À ÉTÉ ACHETÉ OU VENDU SERA FOURNI SUR DEMANDE. LA RÉMUNÉRATION DU COURTIER EN PLACEMENT SUR LES OPÉRATIONS HORS CÔTE A ÉTÉ AJOUTÉE AU PRIX DANS LE CAS D'UN ACHAT ET DÉDUITE DU PRIX DANS LE CAS D'UNE VENTE.

POUR LES TITRES DE CRÉANCE, LES REVENUS DE LA FIRME, OUTRE LA COMMISSION INDIQUÉE DANS LA PRÉSENTE CONFIRMATION DE TRANSACTION, PROVIENNENT DE DEUX SOURCES: LES GAINS OU PERTES RÉALISÉS SUR LE MAINTIEN DES INVENTAIRES ET L'ÉCART DE PRIX ENTRE LES COURS VENDEUR ET ACHETEUR. CES REVENUS SONT INCLUS DANS LE PRIX INDIQUÉ CI-DESSUS.

FIDUCIE DESJARDINS INC. AGIT À TITRE DE FIDUCIAIRE DE L'ENSEMBLE DES RÉGIMES ENREGISTRÉS.

VALEUR MOBILIÈRE DESJARDINS INC. (« VMD ») UTILISE LA DÉNOMINATION COMMERCIALE « DESJARDINS COURTAGE EN LIGNE » POUR SES ACTIVITÉS DE COURTAGE À ESCOMPTE. LES PRODUITS ET SERVICES DE COURTAGE À ESCOMPTE SONT REGROUPÉS SOUS LA MARQUE DE COMMERCE « DISNAT ». VMD EST MEMBRE DE L'ORGANISME CANADIEN DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES ("OCRCVM"). LES FIRMES RÉGIES PAR L'OCRCVM DOIVENT RESPECTER DES NORMES ÉLEVÉES EN MATIÈRE DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES, ASSURER LA PROTECTION DES INVESTISSEURS ET RENFORCER L'INTÉGRITÉ DES MARCHÉS. SUR DEMANDE ON PEUT OBTENIR UNE BROCHURE DÉCRIVANT LES AVANTAGES DE TRAVAILLER AVEC UNE SOCIÉTÉ ET UN CONSEILLER RÉGLEMENTÉS PAR L'OCRCVM. VMD EST MEMBRE DU FONDS CANADIEN DE PROTECTION DES ÉPARGNANTS ("FCPE"). LES COMPTES DES CLIENTS SONT PROTÉGÉS PAR LE FCPE SOUS CERTAINES LIMITES. SUR DEMANDE ON PEUT OBTENIR UN DÉPLIANT DÉCRIVANT LA GARANTIE ET LES LIMITES DE PROTECTION. DESJARDINS COURTAGE EN LIGNE NE DONNE AUCUN CONSEIL NI NE FORMULE AUCUNE RECOMMANDATION EN MATIÈRE DE PLACEMENT. LE CLIENT EST SEUL RESPONSABLE DES CONSÉQUENCES FINANCIÈRES DE SES DÉCISIONS DE PLACEMENT.




**Desjardins**
Courtage en ligne

1170, rue Peel, Bureau 105
Montréal (Québec) H3B 0A9

Service d'opération sans conseil

Place de la Cité
2600, boul. Laurier - Bureau 130
Québec (Québec) G1V 4T3

FCPE MEMBRE
OCRCVM
Organisme canadien de réglementation du commerce des valeurs mobilières

19859656-9
IMMOBILIER JOSEE BRETON INC
A/S DE JOSEE BRETON
12 CHRISTIANA
SCOTT QC  G0S 3G0

# Confirmation de transaction

**Nous confirmons les activités suivantes dans votre compte numéro : 50-Q4MM 7  Type : M-OPT-US**   HM3

**Détails de la transaction**

| Numéro de compte : | 50-Q4MM 7 |
|---|---|
| Date : | 2023-05-23 |
| Numéro : | 040226 |
| RR : | DISNAT DIRECT   OD02 |
| Symbole : | MMAT |
| CUSIP : | 59134N104 |
| Code de titre : | 43665R |
| Code de base : | A |
| Code du marché : | NY |

**Transaction**

| Quantité achetée | Quantité vendue | Description | Prix unitaire ($) |
|---|---|---|---|
| 100 | | META MATERIALS INC | .27977 |
| 100 | | INTERNET DIRECT/STP | .263 |

Montant de la transaction :  54.28$
Commission :
Jours d'intérêt :
Intérêt :
Frais S.E.C. :
Change :
Montant net de la transaction :  54.28$USD     Date de règlement :  2023-05-25

LE PAIEMENT EST DÛ À LA DATE DE RÈGLEMENT INDIQUÉE. INTÉRÊTS PAYABLES SUR LES COMPTES EN DÉFAUT.

**CODE DU MARCHÉ**
NY   BOURSE DE NEW YORK

**CODE DE BASE DE LA TRANSACTION**
A

**ABRÉVIATIONS**
NV   ACTIONS NE COMPORTANT PAS DE DROITS DE VOTE
SV   ACTIONS COMPORTANT DES DROITS DE VOTE SUBALTERNES
RV   ACTIONS COMPORTANT DES DROITS DE VOTE RESTREINTS
LV   ACTIONS COMPORTANT DES DROITS DE VOTE LIMITÉS
MV   ACTIONS COMPORTANT DES DROITS DE VOTE MULTIPLES
BS   BON DE SOUSCRIPTION
DS   DROIT DE SOUSCRIPTION
TS   TITRES RESTREINTS

SI CETTE CONFIRMATION DE TRANSACTION N'EST PAS CONFORME À VOS DOSSIERS, NOUS VOUS PRIONS D'EN AVISER IMMÉDIATEMENT UN REPRÉSENTANT AU SERVICE À LA CLIENTÈLE DE VOTRE SUCCURSALE SI VOUS N'OBTENEZ PAS SATISFACTION, VEUILLEZ NOUS AVISER PAR ÉCRIT DANS LES 10 JOURS SUIVANT LA DATE DE CETTE CONFIRMATION À L'ADRESSE SUIVANTE : SERVICE DE LA CONFORMITÉ, VALEURS MOBILIÈRES DESJARDINS INC., 1170 RUE PEEL, BUREAU 300, MONTRÉAL (QUÉBEC), H3B 0A9. SANS UN TEL AVIS, CETTE CONFIRMATION DE TRANSACTION SERA CONSIDÉRÉE COMME EXACTE.

- SANS LIMITER D'AUCUNE FAÇON NI AUTREMENT PORTER ATTEINTE À NOS DROITS EN VERTU DE TOUS AUTRES CONTRATS PASSÉS ENTRE NOUS, VOUS CONVENEZ AVEC NOUS DE CE QUI SUIT :

SI LA PRÉSENTE OPÉRATION EST EFFECTUÉE SUR UNE BOURSE, ELLE SERA ASSUJETTIE AUX STATUTS, AUX RÈGLEMENTS ET AUX COUTUMES DE CETTE BOURSE ET DE TOUTE CHAMBRE DE COMPENSATION INTÉRESSÉE. TOUTES LES VALEURS ET TOUS LES BIENS MOBILIERS (CI-APRÈS APPELÉS LES " VALEURS ") QUE NOUS DÉTENONS POUR VOUS OU QUE NOUS REPORTONS SUR VOTRE COMPTE SERONT DE TEMPS À AUTRE, TANT QUE VOUS SEREZ ENDETTÉ ENVERS NOUS, DÉTENUS EN GARANTIE COLLATÉRALE DE CETTE DETTE ET NOUS AURONS LE DROIT SANS VOUS EN DONNER AVIS, DE NOUS SERVIR DE CES VALEURS POUR DES LIVRAISONS OU POUR REMPLACER D'AUTRES VALEURS, DE PRÊTER CES VALEURS ET DE NOUS PROCURER DE L'ARGENT SUR CES VALEURS ET LES METTRE EN GAGE SOIT SÉPARÉMENT, SOIT DANS NOS PRÊTS GÉNÉRAUX OU D'AUTRES FAÇONS AVEC DES VALEURS NOUS APPARTENANT OU APPARTENANT À D'AUTRES, LE TOUT DE LA MANIÈRE, AUX CONDITIONS ET POUR DES SOMMES PLUS OU MOINS ÉLEVÉES QUE LA SOMME QUE VOUS NOUS DEVEZ ET POUR DES FINS QUE NOUS POUVONS JUGER UTILES ET, SI NOUS LE JUGEONS NÉCESSAIRE POUR NOTRE PROTECTION, NOUS AURONS LE DROIT D'ACHETER DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À DÉCOUVERT OU VENDRE DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À COUVERT, LE TOUT DE LA MANIÈRE ET AUX CONDITIONS QUE SELON NOTRE DISCRÉTION, NOUS DÉTERMINERONS, SANS VOUS EXIGER DE COUVERTURE NI DE SOUMISSION ET SANS VOUS EN DONNER AVIS, À CE SUJET À TOUS LES AUTRES ÉGARDS, LA PRÉSENTE OPÉRATION EST ASSUJETTIE AUX COUTUMES DU COMMERCE DES VALEURS MOBILIÈRES.

ENTENDU QUE LES ACHATS ET VENTES SONT EXÉCUTÉS AVEC L'ENTENTE FORMELLE QUE LA LIVRAISON DES TITRES AURA LIEU. NOUS NE SERONS PAS OBLIGÉS DE LIVRER LES TITRES AU CLIENT AVANT LEUR RÉCEPTION DE LA PARTIE VENDERESSE. EN OUTRE, À MOINS D'ÊTRE AVISÉS D'AVANCE PAR ÉCRIT PAR LE CLIENT, NOUS NOUS RÉSERVONS LE DROIT, SANS AVIS, DE RETARDER INDÉFINIMENT OU POUR UNE PÉRIODE DÉFINIE, LE DÉLAI DE LIVRAISON PAR LA PARTIE VENDERESSE DES TITRES ACHETÉS POUR LE CLIENT. LORSQUE L'OPÉRATION EN BOURSE EST FAITE À TITRE DE MANDATAIRE, LE NOM DU MANDANT PEUT ÊTRE FOURNI SUR DEMANDE. LE NOM DE LA PERSONNE À QUI OU PAR L'INTERMÉDIAIRE DE LAQUELLE LE TITRE A ÉTÉ ACHETÉ OU VENDU SERA FOURNI SUR DEMANDE. LE NOM DE LA PERSONNE À QUI OU PAR L'INTERMÉDIAIRE DE LAQUELLE LE TITRE A ÉTÉ ACHETÉ OU VENDU SERA FOURNI SUR DEMANDE. LA RÉMUNÉRATION DU COURTIER EN PLACEMENT SUR LES OPÉRATIONS HORS CÔTE A ÉTÉ AJOUTÉE AU PRIX DANS LE CAS D'UN ACHAT ET DÉDUITE DU PRIX DANS LE CAS D'UNE VENTE.

POUR LES TITRES DE CRÉANCE, LES REVENUS DE LA FIRME, OUTRE LA COMMISSION INDIQUÉE DANS LA PRÉSENTE CONFIRMATION DE TRANSACTION, PROVIENNENT DE DEUX SOURCES: LES GAINS OU PERTES RÉALISÉS SUR LE MAINTIEN DES INVENTAIRES ET L'ÉCART DE PRIX ENTRE LES COURS VENDEUR ET ACHETEUR. CES REVENUS SONT INCLUS DANS LE PRIX INDIQUÉ CI-DESSUS.

FIDUCIE DESJARDINS INC. AGIT À TITRE DE FIDUCIAIRE DE L'ENSEMBLE DES RÉGIMES ENREGISTRÉS.

VALEUR MOBILIÈRE DESJARDINS INC. (« VMD ») UTILISE LA DÉNOMINATION COMMERCIALE « DESJARDINS COURTAGE EN LIGNE » POUR SES ACTIVITÉS DE COURTAGE À ESCOMPTE. LES PRODUITS ET SERVICES DE COURTAGE À ESCOMPTE SONT REGROUPÉS SOUS LA MARQUE DE COMMERCE « DISNAT ». VMD EST MEMBRE DE L'ORGANISME CANADIEN DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES (\"OCRCVM\"). LES FIRMES RÉGIES PAR L'OCRCVM DOIVENT RESPECTER DES NORMES ÉLEVÉES EN MATIÈRE DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES, ASSURER LA PROTECTION DES INVESTISSEURS ET RENFORCER L'INTÉGRITÉ DES MARCHÉS. SUR DEMANDE ON PEUT OBTENIR UNE BROCHURE DÉCRIVANT LES AVANTAGES DE TRAVAILLER AVEC UNE SOCIÉTÉ ET UN CONSEILLER RÉGLEMENTÉS PAR L'OCRCVM. VMD EST MEMBRE DU FONDS CANADIEN DE PROTECTION DES ÉPARGNANTS (\"FCPE\"). LES COMPTES DES CLIENTS SONT PROTÉGÉS PAR LE FCPE SOUS CERTAINES LIMITES. SUR DEMANDE, ON PEUT OBTENIR UN DÉPLIANT DÉCRIVANT LA GARANTIE ET LES LIMITES DE PROTECTION. DESJARDINS COURTAGE EN LIGNE NE DONNE AUCUN CONSEIL NI NE FORMULE AUCUNE RECOMMANDATION EN MATIÈRE DE PLACEMENT. LE CLIENT EST SEUL RESPONSABLE DES CONSÉQUENCES FINANCIÈRES DE SES DÉCISIONS DE PLACEMENT.

E 19 859 656 - 9   0 003 175


**Desjardins**
Courtage en ligne

1170, rue Peel, Bureau 105
Montréal (Québec) H3B 0A9

Service d'opération sans conseil

Place de la Cité
2600, boul. Laurier - Bureau 130
Québec (Québec) G1V 4T3


FCPE MEMBRE   OCRCVM
Organisme canadien de
réglementation du commerce
des valeurs mobilières

19855194-3
IMMOBILIER JOSEE BRETON INC
A/S DE JOSEE BRETON
12 CHRISTIANA
SCOTT QC  G0S 3G0

# Confirmation de transaction

Nous confirmons les activités suivantes dans votre compte numéro : 50-Q4MM 7 Type : M-OPT-US    HM3

## Détails de la transaction

| Numéro de compte : | 50-Q4MM 7 |
| Date : | 2023-05-22 |
| Numéro : | 041374 |
| RR : | DISNAT DIRECT  OD02 |
| Symbole : | MMAT |
| CUSIP : | 59134N104 |
| Code de titre : | 43665R |
| Code de base : | A |
| Code du marché : | NY |

## Transaction

| Quantité achetée | Quantité vendue | Description | Prix unitaire ($) |
|---|---|---|---|
| 100 | | META MATERIALS INC | .26197 |
| 100 | | | .2599 |
| 100 | | | .25109 |
| | | INTERNET DIRECT/STP | |

Montant de la transaction : 77.30$
Commission :
Jours d'intérêt :
Intérêt :
Frais S.E.C. :
Change :
Montant net de la transaction : 77.30$USD    Date de règlement : 2023-05-24

LE PAIEMENT EST DÛ À LA DATE DE RÈGLEMENT INDIQUÉE. INTÉRÊTS PAYABLES SUR LES COMPTES EN DÉFAUT.

### CODE DU MARCHÉ
NY  BOURSE DE NEW YORK

### CODE DE BASE DE LA TRANSACTION
A

### ABRÉVIATIONS
NV  ACTIONS NE COMPORTANT PAS DE DROITS DE VOTE
SV  ACTIONS COMPORTANT DES DROITS DE VOTE SUBALTERNES
RV  ACTIONS COMPORTANT DES DROITS DE VOTE RESTREINTS
LV  ACTIONS COMPORTANT DES DROITS DE VOTE LIMITÉS
MV  ACTIONS COMPORTANT DES DROITS DE VOTE MULTIPLES
BS  BON DE SOUSCRIPTION
DS  DROIT DE SOUSCRIPTION
TS  TITRES RESTREINTS

SI CETTE CONFIRMATION DE TRANSACTION N'EST PAS CONFORME À VOS DOSSIERS, NOUS VOUS PRIONS D'EN AVISER IMMÉDIATEMENT UN REPRÉSENTANT AU SERVICE À LA CLIENTÈLE DE VOTRE SUCCURSALE SI VOUS N'OBTENEZ PAS SATISFACTION, VEUILLEZ NOUS AVISER PAR ÉCRIT DANS LES 10 JOURS SUIVANT LA DATE DE CETTE CONFIRMATION À L'ADRESSE SUIVANTE : SERVICE DE LA CONFORMITÉ, VALEURS MOBILIÈRES DESJARDINS INC., 1170 RUE PEEL, BUREAU 300, MONTRÉAL (QUÉBEC), H3B 0A9. SANS UN TEL AVIS, CETTE CONFIRMATION DE TRANSACTION SERA CONSIDÉRÉE COMME EXACTE.

- SANS LIMITER D'AUCUNE FAÇON NI AUTREMENT PORTER ATTEINTE À NOS DROITS EN VERTU DE TOUS AUTRES CONTRATS PASSÉS ENTRE NOUS, VOUS CONVENEZ AVEC NOUS DE CE QUI SUIT :

SI LA PRÉSENTE OPÉRATION EST EFFECTUÉE SUR UNE BOURSE, ELLE SERA ASSUJETTIE AUX STATUTS, AUX RÈGLEMENTS ET AUX COUTUMES DE CETTE BOURSE ET DE TOUTE CHAMBRE DE COMPENSATION INTÉRESSÉE. TOUTES LES VALEURS ET TOUS LES BIENS MOBILIERS (CI-APRÈS APPELÉS LES " VALEURS ") QUE NOUS DÉTENONS POUR VOUS OU QUE NOUS REPORTONS SUR VOTRE COMPTE SERONT DE TEMPS À AUTRE, TANT QUE VOUS SEREZ ENDETTÉ ENVERS NOUS, DÉTENUS EN GARANTIE COLLATÉRALE DE CETTE DETTE ET NOUS AURONS LE DROIT DANS VOUS EN DONNER AVIS, DE NOUS SERVIR DE CES VALEURS POUR DES LIVRAISONS OU POUR REMPLACER D'AUTRES VALEURS, DE PRÊTER CES VALEURS ET DE NOUS PROCURER DE L'ARGENT SUR CES VALEURS ET LES METTRE EN GAGE SOIT SÉPARÉMENT, SOIT DANS NOS PRÊTS GÉNÉRAUX OU D'AUTRES FAÇONS AVEC DES VALEURS NOUS APPARTENANT OU APPARTENANT À D'AUTRES, LE TOUT DE LA MANIÈRE, AUX CONDITIONS ET POUR DES SOMMES PLUS OU MOINS ÉLEVÉES QUE LA SOMME QUE VOUS NOUS DEVEZ ET POUR DES FINS QUE NOUS POUVONS JUGER UTILES ET, SI NOUS LE JUGEONS NÉCESSAIRE POUR NOTRE PROTECTION, NOUS AURONS LE DROIT D'ACHETER DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À DÉCOUVERT OU VENDRE DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À COUVERT, LE TOUT DE LA MANIÈRE ET AUX CONDITIONS QUE SELON NOTRE DISCRÉTION, NOUS DÉTERMINERONS, SANS VOUS EXIGER DE COUVERTURE NI DE SOUMISSION ET SANS VOUS EN DONNER AVIS, À CE SUJET ET À TOUS LES AUTRES ÉGARDS. LA PRÉSENTE OPÉRATION EST ASSUJETTIE AUX COUTUMES DU COMMERCE DES VALEURS MOBILIÈRES.

ENTENDU QUE LES ACHATS ET VENTES SONT EXÉCUTÉS AVEC L'ENTENTE FORMELLE QUE LA LIVRAISON DES TITRES AURA LIEU. NOUS NE SERONS PAS OBLIGÉS DE LIVRER LES TITRES AU CLIENT AVANT LEUR RÉCEPTION DE LA PARTIE VENDERESSE. EN OUTRE, À MOINS D'ÊTRE AVISÉS D'AVANCE PAR ÉCRIT PAR LE CLIENT, NOUS NOUS RÉSERVONS LE DROIT, SANS AVIS, DE RETARDER INDÉFINIMENT OU POUR UNE PÉRIODE DÉFINIE, LE DÉLAI DE LIVRAISON PAR LA PARTIE VENDERESSE DES TITRES ACHETÉS POUR LE CLIENT. LORSQUE L'OPÉRATION EN BOURSE EST FAITE À TITRE DE MANDATAIRE, LE NOM DU MANDANT PEUT ÊTRE FOURNI SUR DEMANDE. LE NOM DE LA PERSONNE À QUI OU PAR L'INTERMÉDIAIRE DE LAQUELLE LE TITRE A ÉTÉ ACHETÉ OU VENDU SERA FOURNI SUR DEMANDE. LA RÉMUNÉRATION DU COURTIER EN PLACEMENT SUR LES OPÉRATIONS HORS CÔTE A ÉTÉ AJOUTÉE AU PRIX DANS LE CAS D'UN ACHAT ET DÉDUITE DU PRIX DANS LE CAS D'UNE VENTE.

POUR LES TITRES DE CRÉANCE, LES REVENUS DE LA FIRME, OUTRE LA COMMISSION INDIQUÉE DANS LA PRÉSENTE CONFIRMATION DE TRANSACTION, PROVIENNENT DE DEUX SOURCES : LES GAINS OU PERTES RÉALISÉS SUR LE MAINTIEN DES INVENTAIRES ET L'ÉCART DE PRIX ENTRE LES COURS VENDEUR ET ACHETEUR. CES REVENUS SONT INCLUS DANS LE PRIX INDIQUÉ CI-DESSUS.

FIDUCIE DESJARDINS INC. AGIT À TITRE DE FIDUCIAIRE DE L'ENSEMBLE DES RÉGIMES ENREGISTRÉS.

VALEUR MOBILIÈRE DESJARDINS INC. (« VMD ») UTILISE LA DÉNOMINATION COMMERCIALE « DESJARDINS COURTAGE EN LIGNE » POUR SES ACTIVITÉS DE COURTAGE À ESCOMPTE. LES PRODUITS ET SERVICES DE COURTAGE À ESCOMPTE SONT REGROUPÉS SOUS LA MARQUE DE COMMERCE « DISNAT ». VMD EST MEMBRE DE L'ORGANISME CANADIEN DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES ("OCRCVM"). LES FIRMES RÉGIES PAR L'OCRCVM DOIVENT RESPECTER DES NORMES ÉLEVÉES EN MATIÈRE DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES, ASSURER LA PROTECTION DES INVESTISSEURS ET RENFORCER L'INTÉGRITÉ DES MARCHÉS. SUR DEMANDE ON PEUT OBTENIR UNE BROCHURE DÉCRIVANT LES AVANTAGES DE TRAVAILLER AVEC UNE SOCIÉTÉ ET UN CONSEILLER RÉGLEMENTÉS PAR L'OCRCVM. VMD EST MEMBRE DU FONDS CANADIEN DE PROTECTION DES ÉPARGNANTS ("FCPE"). LES COMPTES DES CLIENTS SONT PROTÉGÉS PAR LE FCPE SOUS CERTAINES LIMITES. SUR DEMANDE ON PEUT OBTENIR UN DÉPLIANT DÉCRIVANT LA GARANTIE ET LES LIMITES DE PROTECTION. DESJARDINS COURTAGE EN LIGNE NE DONNE AUCUN CONSEIL NI NE FORMULE AUCUNE RECOMMANDATION EN MATIÈRE DE PLACEMENT. LE CLIENT EST SEUL RESPONSABLE DES CONSÉQUENCES FINANCIÈRES DE SES DÉCISIONS DE PLACEMENT.




**Desjardins**
Courtage en ligne

1170, rue Peel, Bureau 105
Montréal (Québec) H3B 0A9

Service d'opération sans conseil

Place de la Cité
2600, boul. Laurier - Bureau 130
Québec (Québec) G1V 4T3

FCPE MEMBRE  OCRCVM
Organisme canadien de réglementation du commerce des valeurs mobilières

19955512-2
MME JOSEE BRETON
12 CHRISTIANA
SCOTT QC  G0S 3G0

# Confirmation de transaction

Nous confirmons les activités suivantes dans votre compte numéro : 50-Q4LY 9  Type : RER    HM3

**Détails de la transaction**

| Numéro de compte : | 50-Q4LY 9 |
| Date : | 2023-06-08 |
| Numéro : | 043765 |
| RR : | DISNAT DIRECT  OD02 |

| Symbole : | MMAT |
| CUSIP : | 59134N104 |
| Code de titre : | 43665R |
| Code de base : | A |
| Code du marché : | NY |

**Transaction**

| Quantité achetée | Quantité vendue | Description | Prix unitaire ($) |
|---|---|---|---|
| 50 | | META MATERIALS INC<br>INTERNET DIRECT/STP<br>CONV EN CAD @35.54 %US PRIME | .2486 |

Montant de la transaction : 12.43$
Commission :
Jours d'intérêt :
Intérêt :
Frais S.E.C. :
Change : 4.42
Montant net de la transaction : 16.85$

Date de règlement : 2023-06-12

LE PAIEMENT EST DÛ À LA DATE DE RÈGLEMENT INDIQUÉE. INTÉRÊTS PAYABLES SUR LES COMPTES EN DÉFAUT.

**CODE DU MARCHÉ**
NY    BOURSE DE NEW YORK

**CODE DE BASE DE LA TRANSACTION**
A

**ABRÉVIATIONS**
NV  ACTIONS NE COMPORTANT PAS DE DROITS DE VOTE
SV  ACTIONS COMPORTANT DES DROITS DE VOTE SUBALTERNES
RV  ACTIONS COMPORTANT DES DROITS DE VOTE RESTREINTS
LV  ACTIONS COMPORTANT DES DROITS DE VOTE LIMITÉS
MV  ACTIONS COMPORTANT DES DROITS DE VOTE MULTIPLES
BS  BON DE SOUSCRIPTION
DS  DROIT DE SOUSCRIPTION
TS  TITRES RESTREINTS

SI CETTE CONFIRMATION DE TRANSACTION N'EST PAS CONFORME À VOS DOSSIERS, NOUS VOUS PRIONS D'EN AVISER IMMÉDIATEMENT UN REPRÉSENTANT AU SERVICE À LA CLIENTÈLE DE VOTRE SUCCURSALE SI VOUS N'OBTENEZ PAS SATISFACTION, VEUILLEZ NOUS AVISER PAR ÉCRIT DANS LES 10 JOURS SUIVANT LA DATE DE CETTE CONFIRMATION À L'ADRESSE SUIVANTE : SERVICE DE LA CONFORMITÉ, VALEURS MOBILIÈRES DESJARDINS INC., 1170 RUE PEEL, BUREAU 300, MONTRÉAL (QUÉBEC), H3B 0A9. SANS UN TEL AVIS, CETTE CONFIRMATION DE TRANSACTION SERA CONSIDÉRÉE COMME EXACTE.

- SANS LIMITER D'AUCUNE FAÇON NI AUTREMENT PORTER ATTEINTE À NOS DROITS EN VERTU DE TOUS AUTRES CONTRATS PASSÉS ENTRE NOUS, VOUS CONVENEZ AVEC NOUS DE CE QUI SUIT :

SI LA PRÉSENTE OPÉRATION EST EFFECTUÉE SUR UNE BOURSE, ELLE SERA ASSUJETTIE AUX STATUTS, AUX RÈGLEMENTS ET AUX COUTUMES DE CETTE BOURSE ET DE TOUTE CHAMBRE DE COMPENSATION INTÉRESSÉE. TOUTES LES VALEURS ET TOUS LES BIENS MOBILIERS (CI-APRÈS APPELÉS LES " VALEURS ") QUE NOUS DÉTENONS POUR VOUS OU QUE NOUS REPORTONS SUR VOTRE COMPTE SERONT DE TEMPS À AUTRE, TANT QUE VOUS SEREZ ENDETTÉ ENVERS NOUS, DÉTENUS EN GARANTIE COLLATÉRALE DE CETTE DETTE ET NOUS AURONS LE DROIT SANS AVIS, DE NOUS SERVIR DE CES VALEURS POUR DES LIVRAISONS OU POUR REMPLACER D'AUTRES VALEURS, DE PRÊTER CES VALEURS ET DE NOUS PROCURER DE L'ARGENT SUR CES VALEURS ET LES METTRE EN GAGE SOIT SÉPARÉMENT, SOIT DANS NOS PRÊTS GÉNÉRAUX OU D'AUTRES FAÇONS AVEC DES VALEURS NOUS APPARTENANT OU APPARTENANT À D'AUTRES, LE TOUT DE LA MANIÈRE, AUX CONDITIONS ET POUR DES SOMMES PLUS OU MOINS ÉLEVÉES QUE LA SOMME QUE VOUS NOUS DEVEZ ET POUR DES FINS QUE NOUS POUVONS JUGER UTILES ET, SI NOUS LE JUGEONS NÉCESSAIRE POUR NOTRE PROTECTION, NOUS AURONS LE DROIT D'ACHETER DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À DÉCOUVERT OU VENDRE DES VALEURS DONT VOTRE COMPTE PEUT ÊTRE À COUVERT, LE TOUT DE LA MANIÈRE ET AUX CONDITIONS QUE SELON NOTRE DISCRÉTION, NOUS DÉTERMINERONS, SANS VOUS EXIGER DE COUVERTURE NI DE SOUMISSION ET SANS VOUS DONNER AVIS, À CE SUJET À TOUS LES AUTRES ÉGARDS. LA PRÉSENTE OPÉRATION EST ASSUJETTIE AUX COUTUMES DU COMMERCE DES VALEURS MOBILIÈRES.

ENTENDU QUE LES ACHATS ET VENTES SONT EXÉCUTÉS AVEC L'ENTENTE FORMELLE QUE LA LIVRAISON DES TITRES AURA LIEU. NOUS NE SERONS PAS OBLIGÉS DE LIVRER LES TITRES AU CLIENT AVANT LEUR RÉCEPTION DE LA PARTIE VENDERESSE. EN OUTRE, À MOINS D'ÊTRE AVISÉS D'AVANCE PAR ÉCRIT PAR LE CLIENT, NOUS NOUS RÉSERVONS LE DROIT, SANS AVIS, DE RETARDER INDÉFINIMENT OU POUR UNE PÉRIODE DÉFINIE, LE DÉLAI DE LIVRAISON PAR LA PARTIE VENDERESSE DES TITRES ACHETÉS POUR LE CLIENT. LORSQUE L'OPÉRATION EN BOURSE EST FAITE À TITRE DE MANDATAIRE, LE NOM DU MANDANT PEUT ÊTRE FOURNI SUR DEMANDE. LE NOM DE LA PERSONNE À QUI OU PAR L'INTERMÉDIAIRE DE LAQUELLE LE TITRE A ÉTÉ ACHETÉ OU VENDU SERA FOURNI SUR DEMANDE. LE NOM DE LA PERSONNE À QUI OU PAR L'INTERMÉDIAIRE DE LAQUELLE LE TITRE A ÉTÉ ACHETÉ OU VENDU SERA FOURNI SUR DEMANDE. LA RÉMUNÉRATION DU COURTIER EN PLACEMENT SUR LES OPÉRATIONS HORS COTE A ÉTÉ AJOUTÉE AU PRIX DANS LE CAS D'UN ACHAT ET DÉDUITE DU PRIX DANS LE CAS D'UNE VENTE.

POUR LES TITRES DE CRÉANCE, LES REVENUS DE LA FIRME, OUTRE LA COMMISSION INDIQUÉE DANS LA PRÉSENTE CONFIRMATION DE TRANSACTION, PROVIENNENT DE DEUX SOURCES: LES GAINS OU PERTES RÉALISÉS SUR LE MAINTIEN DES INVENTAIRES ET L'ÉCART DE PRIX ENTRE LES COURS VENDEUR ET ACHETEUR. CES REVENUS SONT INCLUS DANS LE PRIX INDIQUÉ CI-DESSUS.

FIDUCIE DESJARDINS INC. AGIT À TITRE DE FIDUCIAIRE DE L'ENSEMBLE DES RÉGIMES ENREGISTRÉS.

VALEUR MOBILIÈRE DESJARDINS INC. (« VMD ») UTILISE LA DÉNOMINATION COMMERCIALE « DESJARDINS COURTAGE EN LIGNE » POUR SES ACTIVITÉS DE COURTAGE À ESCOMPTE. LES PRODUITS ET SERVICES DE COURTAGE À ESCOMPTE SONT REGROUPÉS SOUS LA MARQUE DE COMMERCE « DISNAT ». VMD EST MEMBRE DE L'ORGANISME CANADIEN DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES ("OCRCVM"). LES FIRMES RÉGIES PAR L'OCRCVM DOIVENT RESPECTER DES NORMES ÉLEVÉES EN MATIÈRE DE RÉGLEMENTATION DU COMMERCE DES VALEURS MOBILIÈRES, ASSURER LA PROTECTION DES INVESTISSEURS ET RENFORCER L'INTÉGRITÉ DES MARCHÉS. SUR DEMANDE ON PEUT OBTENIR UNE BROCHURE DÉCRIVANT LES AVANTAGES DE TRAVAILLER AVEC UNE SOCIÉTÉ ET UN CONSEILLER RÉGLEMENTÉS PAR L'OCRCVM. VMD EST MEMBRE DU FONDS CANADIEN DE PROTECTION DES ÉPARGNANTS ("FCPE"). LES COMPTES DES CLIENTS SONT PROTÉGÉS PAR LE FCPE SOUS CERTAINES LIMITES. SUR DEMANDE ON PEUT OBTENIR UN DÉPLIANT DÉCRIVANT LA GARANTIE ET LES LIMITES DE PROTECTION. DESJARDINS COURTAGE EN LIGNE NE DONNE AUCUN CONSEIL NI NE FORMULE AUCUNE RECOMMANDATION EN MATIÈRE DE PLACEMENT. LE CLIENT EST SEUL RESPONSABLE DES CONSÉQUENCES FINANCIÈRES DE SES DÉCISIONS DE PLACEMENT.

E 19 955 512 - 2    0 002 803