NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: **META MATERIALS**

Case Number: **24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Alain Paré
   5 ch. Saint-François
   Honfleur, QC, CAN
   G0R 1N0

   Telephone Number: 418-570-8250

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 16 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: **49B9J8**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Alain Paré / TD
   2600 Boul. Laurier 135
   Québec, QC, CAN  G1V 4T3
   Telephone Number: 1-800-465-5463 / 418-654-0828

3. Date Equity Interest was acquired:
   Dec 8th 2022

4. Total amount of member interest: **340 shares for 2906.79$**

5. Certificate number(s): **see attached documentation**

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: **Investor**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
                           (Attach copy of power of attorney, if any.)    or their authorized agent.          (See Bankruptcy Rule 3005.)
                                                                        (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Alain Paré**
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature)  12/12/2024 (Date)

Telephone number: 418-570-8250    email: alapar67@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**Placements directs TD**

# Votre relevé de compte de placement

1 décembre 2022 au 31 décembre 2022

Numéro de compte : 49B9J8
Type de compte : Transactions directes - É.U.
Devise du compte : dollar américain

MR ALAIN PARE
5 CH SAINT-FRANCOIS
HONFLEUR QC
G0R 1N0

### Avez-vous des questions?

Pour en savoir plus sur votre relevé ou tout autre sujet, vous pouvez communiquer avec nous en tout temps. Le service est offert en quatre langues.

| | |
|---|---|
| Anglais : | 1-800-465-5463 |
| Français : | 1-800-361-2684 |
| Cantonais : | 1-800-838-3223 option 1 |
| Mandarin : | 1-800-838-3223 option 2 |

## Aperçu de votre compte

**Renseignements importants**
Veuillez prendre connaissance des renseignements importants sur votre compte qui figurent à la page 2

| | Période actuelle (1 déc. - 31 déc. 2022) | Période précédente ( - ) | Cumul annuel (24 nov. - 31 déc. 2022) |
|---|---:|---:|---:|
| Solde initial | 0,00 $ | 0,00 $ | 0,00 $ |
| Variation du solde de votre compte | 93,21 $ | 0,00 $ | 93,21 $ |
| Solde final | 93,21 $ | 0,00 $ | 93,21 $ |

## Titres détenus dans votre compte
au 31 déc. 2022

| Description | Quantité ou valeur nominale ($) | Prix ($) | Coût comptable ($) | Valeur marchande ($) | Gains ou pertes non réalisés ($) | Vos placements (%) |
|---|---:|---:|---:|---:|---:|---:|
| Encaisse | | | 93,21 | 93,21 | 0,00 | 100,00% |
| **ACTIONS PRIVILÉGIÉES** | | | | | | |
| META MATERIALS PFD-CONTRA | 340 | 0,000 | 2 906,79 | 0,00 | -2 906,79 | 0,00% |
| **Total du portefeuille** | | | 3 000,00 $ | 93,21 $ | | 100,00% |

Case 24-50792-hlb    Doc 886    Entered 12/17/24 15:24:34    Page 3 of 3



Numéro de compte : 49B9J8
Type de compte : Transactions directes - É.U.
Votre relevé de compte de placement : 31 déc. 2022

## Définitions

### Explication des termes utilisés dans le tableau ci-dessus

*Le coût comptable pour les positions acheteur* correspond au montant total payé pour l'achat d'un titre, y compris tous les frais d'opération reliés à l'achat, ajusté en fonction des réinvestissements de distributions, des remboursements de capital et des opérations stratégiques sur le capital.

*Le coût comptable pour les positions vendeur* correspond au montant total reçu pour la vente d'un titre, net de tous frais d'opération reliés à la vente, ajusté en fonction des distributions (autres que des dividendes), des remboursements de capital et des opérations stratégiques sur le capital.

*La valeur marchande* est le prix du titre ou du fonds, multiplié par la quantité détenue.

*Le gain ou la perte non réalisé* est le gain ou la perte qui aurait été réalisé si vos placements avaient été liquidés à la fin de la période du relevé. On calcule ce gain ou cette perte en soustrayant le coût comptable de la valeur marchande.

## Activité dans votre compte cette période

| Date | Activité | Description | Quantité | Prix ($) | Montant ($) | Solde en espèces ($) |
|---|---|---|---|---|---|---|
| | Solde en espèces initial | | | | | 0,00 |
| 6 déc. | Dépôt - Service bancaire Internet | WO195 TSF FR 7104136 | | | 3 000,00 | 3 000,00 |
| 8 déc. | Achat | META MATERIALS INC-A PFD XT-569496 | 340 | 8,520 | -2 906,79 | 93,21 |
| 15 déc. | Échange | META MATERIALS INC-A PFD* | - 340 | | 2 906,79 | 3 000,00 |
| 15 déc. | Échange | META MATERIALS PFD-CONTRA | 340 | | -2 906,79 | 93,21 |
| 31 déc. | Solde en espèces final | | | | | 93,21 $ |

### ⓘ Renseignements importants au sujet de votre compte

Découvrez nos principaux outils numériques pour gérer vos placements et vos comptes ainsi que nos autres options libre-service. Pour trouver rapidement et facilement les réponses à vos questions, visitez le Centre d'aide de Placements directs TD à www.td.com/PlacementsdirectsTDAssistance.

*Compte d'exécution des ordres seulement.*