NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: **META MATERIALS INC.** | Case Number: **24-50792-hlb** | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   ADAM BRIMMER
   1725 Montana Ave.
   Flint, MI 48506

   Telephone Number: 810-449-2520

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 16 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
5NM35181

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Webull
   44 Wall St. New York, NY 10005
   Telephone Number: 1-888-828-0618

3. Date Equity Interest was acquired:
   Beginning 6/18/2021
   Multiple purchases
   until 5/3/2024

   Attached are copies of all trading data for metamaterials

4. Total amount of member interest: pre-split (8,700) post split (87)

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest.
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: ADAM BRIMMER
Title: _____
Company: Address and telephone number (if different from notice address above): _____

(Signature) [signed] Adam Brimmer   (Date) 12/9/2024

Telephone number: 810-449-2520   Email: abrimmer1725@gmail

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**U.S. Bankruptcy Court**
Foley Federal Building and U.S. Courthouse
Attn: Clerk of Court
300 Las Vegas Blvd. South
Las Vegas, Nevada 89101

**RE: NOTICE of REDACTION, Proof of Interest Form, Case No. 24-50792**

Dear Clerk of the Court,

I, Adam J. Brimmer, hereby submit this **Notice of Redaction** for the **Proof of Interest Form** in the matter of Meta Materials, Inc., Case No. 24-50792. In accordance with the instructions of the Honorable Hillary L. Barnes, United States Bankruptcy Judge, and in an effort to protect my personal information from potential misuse, I respectfully request that all but the last four digits of my account numbers be redacted from the Proof of Interest form.

As instructed, I have included the following documents with this filing:

1. An unredacted version of the Proof of Interest form
2. A redacted version of the Proof of Interest form
3. A detailed explanation of my $MMAT trading records and supporting documentation
4. A check for the $28 processing fee

Thank you for your attention to this matter and for your consideration of my request.

Sincerely,

**Adam J. Brimmer**
1725 Montana Ave.
F
l
i
n
t
,

M
I

4
8
5

Individual Margin ⌄

Assets   P&L   Orders(0)   Transfers   History

Open P&L | Market Value
--- | ---
| 367.49

| Cash Balance | Day-Trade BP | Overnight BP |
|---|---|---|
| 46.93 | 46.93 | 46.93 |

| Options BP | Day Trades Left | Risk Level |
|---|---|---|
| 46.93 | 3,3,3,3,3 | Safe |

Webull Cash Management  4.0% apy
Activate Now >

My Positions(3) ⌄     ⚖ Trade

| Stocks & Options | Market Qty | Open P&L | |
|---|---|---|---|
| XTIA<br>XTI Aerospace | 285.60<br>6,000 | | 0.0476<br>$0.0786 |
| NDRA<br>Endra Life Scienc... | 76.58<br>14 | | 5.47<br>$46.77 |
| MMATQ<br>Meta Materials Inc | 5.31<br>87 | | 0.0610<br>$68.12 |

Watchlists   Markets      Feeds   Menu

# Meta Materials Inc

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy 50 | 2.45 122.50 | 05/03/2024 17:19:25 EDT |
| Buy 3 | 2.34 7.02 | 03/22/2024 15:46:38 EDT |
| Buy 115 | 0.23 27.01 | 04/14/2023 14:28:34 EDT |
| Sell 1,000 | 0.65 649.38 | 02/27/2023 04:25:43 EST |
| Sell 1,000 | 1.00 1,000.00 | 01/26/2023 19:52:11 EST |
| Sell 1,000 | 1.07 1,070.30 | 01/24/2023 09:40:18 EST |
| Sell 705 | 1.04 733.20 | 01/24/2023 07:46:22 EST |
| Buy 506 | 0.79 399.74 | 09/16/2022 15:51:07 EDT |
| Buy 124 | 0.81 100.61 | 09/16/2022 15:11:35 EDT |
| Buy 158 | 0.79 124.84 | 09/06/2022 13:21:52 EDT |

Sell to Close | Buy | Quotes

# Meta Materials Inc 

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy 158 | 0.79 / 124.84 | 09/06/2022 13:21:52 EDT |
| Buy 886 | 0.79 / 700.03 | 09/06/2022 13:17:54 EDT |
| Buy 742 | 0.81 / 599.68 | 09/06/2022 10:11:04 EDT |
| Buy 386 | 0.78 / 299.96 | 08/30/2022 15:24:37 EDT |
| Buy 253 | 0.99 / 250.34 | 08/11/2022 12:39:54 EDT |
| Buy 100 | 0.94 / 94.00 | 07/15/2022 14:09:49 EDT |
| Buy 110 | 0.95 / 103.95 | 07/15/2022 13:59:11 EDT |
| Buy 110 | 0.94 / 102.85 | 07/15/2022 13:32:39 EDT |
| Buy 198 | 1.01 / 199.98 | 07/01/2022 13:51:42 EDT |
| Buy 384 | 1.04 / 399.36 | 06/30/2022 13:44:17 EDT |

Sell to Close | Buy | Quotes

# Meta Materials Inc

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy 384 | 1.04 399.36 | 06/30/2022 13:44:17 EDT |
| Buy 1 | 1.08 1.08 | 06/28/2022 15:01:53 EDT |
| Buy 228 | 1.75 399.00 | 06/21/2022 18:41:28 EDT |
| Buy 284 | 1.41 400.41 | 06/13/2022 10:29:33 EDT |
| Buy 65 | 1.56 101.40 | 04/13/2022 10:09:01 EDT |
| Buy 155 | 1.93 298.89 | 03/29/2022 15:10:31 EDT |
| Buy 27 | 1.94 52.38 | 02/28/2022 10:08:04 EST |
| Buy 1 | 1.65 1.65 | 02/04/2022 13:08:22 EST |
| Buy 118 | 1.69 199.42 | 02/03/2022 19:15:57 EST |
| Buy 115 | 2.18 250.70 | 01/13/2022 12:47:34 EST |

Sell to Close    Buy    Quotes

# Meta Materials Inc

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy 115 | ... 250.70 | ... 12:47:34 EST |
| Buy 224 | 2.24 501.74 | 01/10/2022 12:42:43 EST |
| Buy 84 | 2.94 246.96 | 01/03/2022 12:31:38 EST |
| Buy 191 | 2.80 534.80 | 12/17/2021 10:18:48 EST |
| Buy 200 | 2.78 555.98 | 12/17/2021 09:40:11 EST |
| Buy 200 | 2.78 556.00 | 12/17/2021 09:38:41 EST |
| Buy 123 | 2.93 360.39 | 12/16/2021 18:53:17 EST |
| Buy 10 | 2.92 29.20 | 12/16/2021 18:31:56 EST |
| Buy 6 | 2.89 17.34 | 12/16/2021 18:02:34 EST |
| Buy 68 | 2.90 197.20 | 12/16/2021 17:36:50 EST |

Sell to Close | Buy | Quotes

# Meta Materials Inc

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy 68 | 2.90 / 197.20 | 12/16/2021 17:36:50 EST |
| Sell 628 | 2.86 / 1,796.14 | 12/16/2021 15:50:14 EST |
| Buy 128 | 3.95 / 505.46 | 11/22/2021 12:42:54 EST |
| Buy 52 | 4.76 / 247.51 | 10/29/2021 09:44:44 EDT |
| Buy 50 | 4.92 / 246.00 | 10/20/2021 12:42:44 EDT |
| Buy 100 | 4.92 / 491.84 | 10/20/2021 12:41:58 EDT |
| Buy 100 | 4.92 / 491.50 | 10/19/2021 11:58:51 EDT |
| Buy 200 | 5.34 / 1,067.00 | 10/08/2021 13:12:57 EDT |
| Buy 892 | 4.96 / 4,423.16 | 06/25/2021 15:12:38 EDT |
| Buy 100 | 4.95 / 495.00 | 06/25/2021 14:56:57 EDT |

Sell to Close | Buy | Quotes

# Meta Materials Inc

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy 100 | 4.95 / 495.00 | 06/25/2021 14:56:57 EDT |
| Buy 200 | 4.93 / 985.56 | 06/25/2021 14:49:44 EDT |
| Buy 100 | 4.98 / 498.00 | 06/25/2021 13:27:36 EDT |
| Buy 1 | 4.98 / 4.98 | 06/25/2021 13:21:27 EDT |
| Sell 168 | 9.67 / 1,624.56 | 06/22/2021 09:30:25 EDT |
| Buy 50 | 11.47 / 573.50 | 06/21/2021 17:14:56 EDT |
| Buy 50 | 11.35 / 567.50 | 06/21/2021 17:13:19 EDT |
| Sell 300 | 9.95 / 2,985.00 | 06/21/2021 15:14:49 EDT |
| Buy 164 | 6.68 / 1,095.52 | 06/18/2021 19:55:35 EDT |
| Buy 204 | 6.74 / 1,374.96 | 06/18/2021 19:38:11 EDT |

Sell to Close | Buy | Quotes