NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials Inc. | Case Number: 24-50792-hlb | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   ISAAC MONDSCHEIN
   295 MAXWELL ST, TORONTO, ON
   CANADA, M3H5C2

   Telephone Number:
   1-647-891-3852

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC 16 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
215-77177

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   BMO INVESTORLINE (CANADA)

   Telephone Number: 1-888-776-6886

3. Date Equity Interest was acquired:

   October 2021 - See attached summary

4. Total amount of member interest: 170 MMATQ (17,000 MMAT)

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: ISAAC MONDSCHEIN
   Title: SHARE HOLDER
   Company: ___ Address and telephone number (if different from notice address above):
   _____

   (Signature) I. Mondschein        (Date) Dec 9, 2024

   Telephone number: 1-647-891-3852    email: ISAAC.MONTI@GMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

## Summary of Meta Materials Inc. (MMAT) Equity Interest

In October 2021, I began investing in Meta Materials Inc. (MMAT), continuing through to February 2023, with purchases made in two Canadian registered accounts, a Tax-Free Savings Account (TFSA) and a Registered Retirement Savings Plan (RRSP). Following MMAT's declaration of bankruptcy, Canadian regulations required that these holdings could no longer be kept within registered accounts. Consequently, the MMAT holdings were transferred from the TFSA and RRSP to a non-registered account to comply with these regulations. This transfer was completed to maintain compliance and ensure the continued management of these assets outside of the registered account framework.

My shares are now in the non-registered account attached.

For further info please reach out :

isaac.monti@gmail.com

+1-647-891-3852

295 Maxwell st, Toronto, Ontario, Canada M3H5C2

Many thanks,

Isaac Mondschein

NOTE: DUE TO CANADA POST STRIKE THIS IS BEING SENT VIA CARRIER ADDITIONAL COPY MAY ARRIVE AT a later time. Thanks!

**Your Investment Report**

**BMO Wealth Management**
BMO InvestorLine

Non-registered account #215-77177

October 31, 2024

# Your U.S. Dollar Investments (continued)

All amounts are reported in U.S. Dollars.

## ▷ Your investment details (continued)

| | Quantity | Cost Per Unit | Total | Market Value on October 31, 2024 Per Unit | Total |
|---|---|---|---|---|---|
| META MATERIALS INC COMMON STOCK - MMATQ:US | 170 | 0.370 | 62.90 | 0.071 | 12.07 |
| Equities and Options Subtotal | | | 62.90 | | 12.07 |
| Subtotal | | | 62.90 | | 12.07 |
| Total for Cash Account | | | 62.90 | | 12.07 |
| Total U.S. Dollar Investments | | | 62.90 | | 12.07 |

Please see **important information about your account** for cost or market value indicator descriptions which are available at the end of this document or at the back of your paper statement.

## ▷ Account activity for this month

| Date | Activity | Description | Quantity | Unit Price | Commission | Amount |
|---|---|---|---|---|---|---|
| **Cash Account** | | | | | | |
| Oct 1, 2024 | | Opening Cash Balance | | | | 0.00 |
| Oct 3, 2024 | Payment of Income to Subscriber | DEREGISTRATION FROM ACCOUNT 221-74052-12 | | | 0.00 | 51.80 |
| Oct 3, 2024 | Payment of Income to Subscriber | TFSA WITHDRAWAL FROM ACCOUNT 229-42940-18 | | | 0.00 | 11.10 |
| Oct 3, 2024 | Bought | META MATERIALS INC COMMON STOCK WITHDRAWAL FROM ACCOUNT 221-74052-12 | 140 | 0.3700 | 0.00 | -51.80 |
| Oct 3, 2024 | Bought | META MATERIALS INC COMMON STOCK WITHDRAWAL FROM ACCOUNT 229-42940-18 | 30 | 0.3700 | 0.00 | -11.10 |
| Oct 31, 2024 | | Closing Cash Balance | | | | 0.00 |

This report includes only activity recorded in your account since your last report. For a more comprehensive listing of your account activity, sign into your BMO InvestorLine account at: **bmo.com/self-directed**. If you own more than one account, select an account in the top right corner, then click on MyPortfolio and select eDocuments.