NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials, INC | Case Number: 24-50792 | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Anthony LaMantia
2185 Charlotte Ct
Wheaton IL 60189

Telephone Number: 314-813-7222

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 16 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Anthony LaMantia
211 Main Street, San Francisco, California, 94105
Telephone Number: 1-817-859-5000

**3. Date Equity Interest was acquired:**
February 2021
See attached documents

**4. Total amount of member interest:** 1

**5. Certificate number(s):** See attached documents

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _____
Title: _____
Company:___Address and telephone number (if different from notice address above):

(Signature)   12/11/2024 (Date)

Telephone number: 314-813-7222   email: Anthonylamantia@ymail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]   [ Save Form ]   [ Clear Form ]

To explore the features of this statement visit schwab.com/permanentstatement

Page 3 of 9

**charles SCHWAB**

Schwab One® Account of
**ANTHONY LAMANTIA**

Account Number: 4482-2082
Statement Period: February 1-28, 2021

## Gain or (Loss) Summary

| | Realized Gain or (Loss) This Period | | Unrealized Gain or (Loss) |
|---|---|---|---|
| | Short Term | Long Term | |
| All Investments | $636.96 | $0.00 | $(554.52) |

Values may not reflect all of your gains/losses. Cost basis may change and be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional gain or (loss) information refer to Terms and Conditions.

## Income Summary

| | This Period | | Year to Date | |
|---|---|---|---|---|
| | Federally Tax-Exempt | Federally Taxable | Federally Tax-Exempt | Federally Taxable |
| Cash Dividends | 0.00 | 1.44 | 0.00 | 1.44 |
| Total Income | 0.00 | 1.44 | 0.00 | 1.44 |

## Margin Loan Information

| | Margin Loan Balance | Funds Available to Withdraw* | Securities Buying Power* | Margin Loan Rates Vary by Balance |
|---|---|---|---|---|
| This Period | 0.00 | 382.00 | 2,906.00 | 4.50% - 8.32% |

The opening margin loan balance for the statement period was $0.00.
For more information about the margin feature, please visit schwab.com/margin.
*Values include any cash plus the amount available using margin borrowing.

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| Starting Cash* | $0.00 | $0.00 |
| Deposits and other Cash Credits | 1,302.19 | 1,302.19 |
| Investments Sold | 2,322.77 | 2,322.77 |
| Dividends and Interest | 1.44 | 1.44 |
| Withdrawals and other Debits | (75.00) | (75.00) |
| Investments Purchased | (3,571.17) | (3,571.17) |
| Fees and Charges | 0.00 | 0.00 |
| Total Cash Transaction Detail | (19.77) | (19.77) |
| Ending Cash* | $(19.77) | $(19.77) |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Schwab has provided accurate gain and loss information whenever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 4 of 9

---

**charles SCHWAB**

Schwab One® Account of
**ANTHONY LAMANTIA**

Account Number: 4482-2082
Statement Period: February 1-28, 2021

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value / Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| APPLE INC **(n)** SYMBOL: AAPL | 8.0000 | 121.26000 | 970.08 / 122.52 | 26% | (1.26) | 0.67% | 6.56 |
| CRESCO LABS INC   F SYMBOL: CRLBF | 100.0000 | 14.14490 | 1,414.49 / 1,700.00 | 37% | (285.51) | N/A | N/A |
| PENN NTNL GAMING **(n)** SYMBOL: PENN | 3.0000 | 115.78000 | 347.34 / please provide | 9% | N/A | N/A | N/A |
| TESLA INC **(n)** SYMBOL: TSLA | 1.0000 | 675.50000 | 675.50 / please provide | 18% | N/A | N/A | N/A |
| TORCHLIGHT ENERGY RE **(n)** SYMBOL: TRCH | 150.0000 | 2.48000 | 372.00 / 639.75 | 10% | (267.75) | N/A | N/A |
| **Total Equities** | 262.0000 | | 3,779.41 | 100% | (554.52) | | 6.56 |
| | | Total Cost Basis: | 2,452.27 | | | | |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

| | |
|---|---|
| Total Investment Detail | 3,779.41 |
| Less: Net Loan Balance | (19.77) |
| **Total Account Value** | **3,759.64** |
| Total Cost Basis | 2,452.27 |

Schwab has provided accurate gain and loss information whenever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 5 of 9

6:51

**Close**    Statement     

2 of 6



**Schwab One® Account of**

**ANTHONY LAMANTIA**

Statement Period
**November 1-30, 2024**

## Positions - Summary

| Beginning Value as of 11/1 | + | Transfer of Cash/Securities (Net) | + | Dividends Reinvested & Interest | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 11/30 | | Cost Basis | | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $2,997.40 | | $0.00 | | ($3.57) | | ($7.27) | | $29.15 | | $3,015.71 | | $5,449.42 | | ($1,278.09) |

*Values may not reflect all of your account holdings... Schwab has included...*

## Positions - Equities

| Symbol | Description | | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss) | Est. Yield | Est. Annual Income ($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| AAPL | APPLE INC | | 14.2943 | 237.33000 | 3,392.47 | 1,789.76 | 1,602.71 | 0.42% | 14.29 | 81% |
| CRLBF | CRESCO LABS INC | F | 660.0000 | 1.18000 | 778.80 | 3,019.91 | (2,241.11) | N/A | 0.00 | 19% |
| MMATQ | META MATLS INC | | 1.0000 | 0.06100 | 0.06 | 639.75 | (639.69) | N/A | 0.00 | <1% |
| **Total Equities** | | | | | **$4,171.33** | **$5,449.42** | **($1,278.09)** | | **$14.29** | **100%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value | Cost Basis($) | Unrealized Gain/(Loss) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 150.0000 | | | 0.00 | | N/A | |
| **Total Unpriced Securities** | | | | **$0.00** | **$0.00** | **$0.00** | | **$0.00** |

*Estimated Annual Income (EAI) and Estimated Yield (EY) calculations are for informational purposes only...*

## Transactions - Summary

| Beginning Cash* as of 11/1 | + | Deposits | + | Withdrawals | — | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 11/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ($899.93) | | $0.00 | | $0.00 | | ($248.42) | | $0.00 | | $3.57 | | ($10.84) | | ($1,155.62) |

Other Activity $0.00    Other activity includes...

Cash (includes any cash debit balances) held in your account...

3 of 8