NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: Meta Materials, INC

Case Number: 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Ryan Balzanto
4N410 Briar Lane
Bensenville, IL 60106

Telephone Number: 630-258-1249

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 16 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
910285824

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Ryan Balzanto
85 Willow Road, Menlo Park, CA 94025
Telephone Number: 1 (650) 761-7789

**3. Date Equity Interest was acquired:**
Between 2/12/2021 - 5/20/2024
See Attached Documents

**4. Total amount of member interest:** 9,471 w/o reverse split
120 after reverse split

**5. Certificate number(s):** See Attached Documents

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Ryan Balzanto
Title:
Company: Address and telephone number (if different from notice address above):

(Signature)   12/10/2024 (Date)

Telephone number: 630-258-1249   email: NickyBalzano.Chi@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[Print Form]   [Save Form]   [Clear Form]

| Date | Ticker | Buy/Sell | Shares | Cost | Avg Price P/Share | Option Contracts | Expired |
|---|---|---|---|---|---|---|---|
| | | | 2021 | | | | |
| 2/12/2021 | $TRCH | Buy | 90.911044 | $250.00 | $2.75 | | |
| 2/16/2021 | $TRCH | Buy | 48.779072 | $200.00 | $4.10 | | |
| 2/17/2021 | $TRCH | Buy | 52.086097 | $200.00 | $3.84 | | |
| 2/23/2021 | $TRCH | Sale | 0.776213 | $2.00 | $2.58 | | |
| 2/23/2021 | $TRCH | Sale | 191 | $460.31 | $2.41 | | |
| 2/23/2021 | $TRCH | Buy | 208.339438 | $500.00 | $2.40 | | |
| 2/23/2021 | $TRCH | Buy | 0.643605 | $1.53 | | | |
| 3/11/2021 | $TRCH | Buy | 110.371215 | $300.00 | $2.72 | | |
| 3/11/2021 | $TRCH | Buy | 57.495496 | $150.00 | $2.61 | | |
| 3/12/2021 | $TRCH | Buy | 125.042983 | $400.00 | $3.20 | | |
| 6/15/2021 | $TRCH | Buy | 44.493682 | $200.00 | $4.50 | | |
| 6/16/2021 | $TRCH | Buy | 16.851063 | $99.00 | $5.88 | | |
| 6/25/2021 | $TRCH 1 for 2 reverse split | | | | | | |
| 6/28/2021 | $TRCH REVERSE MERGER INTO $MMAT | | | | | | |
| 6/29/2021 | $MMAT shares after reverse split. | | 281.618841 | | | | |
| 7/8/2021 | $MMAT | Buy | 52.677787 | $300.00 | $5.70 | | |
| 7/9/2021 | $MMAT | Buy | 58.265105 | $300.00 | $5.15 | | |
| 8/16/2021 | $MMAT | Buy | 130.348965 | $400.00 | $3.07 | | |
| | | | 2022 | | | | |
| 2/14/2022 | $MMAT | Buy | | $36.00 | | 1 | worthless |
| 6/24/2022 | $MMAT | Buy | | $102.00 | | 6 | worthless |
| 11/2/2022 | $MMAT | Buy | 70 | $91.70 | $1.31 | | |
| 11/21/2022 | $MMAT | Buy | 2 | $4.28 | $2.14 | | |
| 11/23/2022 | $MMAT | Buy | | $22.00 | | 2 | worthless |
| 11/23/2022 | $MMAT | Buy | | $24.00 | | 2 | worthless |
| 11/23/2022 | $MMAT | Buy | | $42.00 | | 3 | worthless |
| 11/23/2022 | $MMAT | Buy | 106 | $189.74 | $1.79 | | |
| 11/25/2022 | $MMAT | Buy | | $20.00 | | 1 | worthless |
| 11/30/2022 | $MMAT | Buy | | $16.00 | | 4 | worthless |
| 12/15/2022 | $MMAT | Buy | 100 | $141.00 | $1.41 | | |
| 12/21/2022 | $MMAT | Buy | 30 | $38.40 | $1.28 | | |
| 12/22/2022 | $MMAT | Buy | 170 | $202.30 | $1.19 | | |
| | | | 2023 | | | | |
| 1/6/2023 | $MMAT | Buy | | $15.00 | | 5 | worthless |
| 1/6/2023 | $MMAT | Buy | | $10.00 | | 5 | worthless |
| 1/20/2023 | $MMAT | Buy | 500 | $505.00 | $1.01 | | |
| 1/20/2023 | $MMAT | Buy | | $10.00 | | 10 | worthless |
| 3/13/2023 | $MMAT | Buy | 100 | $53.00 | $0.53 | | |
| 4/3/2023 | $MMAT | Buy | 42 | $24.78 | $0.59 | | |
| 4/13/2023 | $MMAT | Buy | 141 | $54.99 | $0.39 | | |
| 4/20/2023 | $MMAT | Buy | 1000 | $190.00 | $0.19 | | |
| 4/21/2023 | $MMAT | Buy | 19 | $3.80 | $0.20 | | |
| 5/4/2023 | $MMAT | Buy | 316 | $60.04 | $0.19 | | |
| 5/8/2023 | $MMAT | Buy | 17 | $3.91 | $0.23 | | |
| 6/6/2023 | $MMAT | Buy | 200 | $48.00 | $0.24 | | |
| 6/6/2023 | $MMAT | Buy | | $20.00 | | 10 | worthless |
| 6/7/2023 | $MMAT | Buy | 201 | $50.25 | $0.25 | | |
| 6/13/2023 | $MMAT | Buy | 8 | $1.84 | $0.23 | | |
| 6/15/2023 | $MMAT | Buy | 226 | $49.72 | $0.22 | | |
| 6/29/2023 | $MMAT | Buy | 457 | $95.97 | $0.21 | | |
| 8/21/2023 | $MMAT | Buy | 450 | $99.00 | $0.22 | | |
| 8/29/2023 | $MMAT | Buy | 400 | $88.00 | $0.22 | | |
| 9/7/2023 | $MMAT | Buy | 462 | $101.64 | $0.22 | | |
| | | | 2024 | | | | |
| 1/26/2024 | $MMAT | Buy | 3906 | $234.36 | $0.06 | | |
| 1/29/2024 | 1:100 REVERSE SPLIT | | | | | | |
| Total of shares at time of reverse split | | | 9445.910698 | | | | |
| Money invested in shares at time of reverse split | | | $4,982.25 | | | | |
| Money invested in options at the time of reverse split | | | $317.00 | | | | |
| Share count after reverse split | | | 95 | | | | |

| Date | Ticker | Action | Shares | Amount | Price |
|---|---|---|---|---|---|
| 2/26/2024 | $MMAT | Buy | 100 | $333.00 | $3.33 |
| 2/28/2024 | $MMAT | Buy | 50 | $148.50 | $2.97 |
| 5/20/2024 | $MMAT | Buy | 5 | $19.15 | $3.83 |
| 6/14/2024 | $MMAT | SALE | 130 | $414.70 | $3.19 |

| | |
|---|---|
| Current share count in portfolio | 120 |
| Share count without reverse split | 9470.910698 |
| Total money invested in shares | $5,068.20 |
| Total money invested in shares and contracts | $5,385.20 |

| Close Date | Open Date | Security ID | Record Type | Security | Units Closed | Proceeds | Book Cost | WS Cost Adj | Tax Cost | Total Tax GainLoss | WS Deferred Loss | GL Term |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/14/24 | 2/23/21 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.000757 | | $0.65 | | $0.65 | -$0.65 | $0.65 | lt |
| 6/14/24 | 2/23/21 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.002771 | $0.01 | $2.35 | | $2.35 | -$2.34 | $2.34 | lt |
| 6/14/24 | 2/23/21 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.000249 | | $0.13 | | $0.13 | -$0.13 | $0.13 | lt |
| 6/14/24 | 2/23/21 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.450048 | $1.44 | $245.65 | | $245.65 | -$244.21 | $244.21 | lt |
| 6/14/24 | 2/23/21 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.001607 | | $1.31 | | $1.31 | -$1.31 | $1.31 | lt |
| 6/14/24 | 2/23/21 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.001861 | $0.01 | $1.52 | | $1.52 | -$1.51 | $1.51 | lt |
| 6/14/24 | 2/23/21 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.238313 | $0.76 | $194.06 | | $194.06 | -$193.30 | $193.30 | lt |
| 6/14/24 | 2/23/21 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.002135 | $0.01 | $1.62 | | $1.62 | -$1.61 | $1.61 | lt |
| 6/14/24 | 2/23/21 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.259803 | $0.82 | $198.13 | | $198.13 | -$197.31 | $197.31 | lt |
| 6/14/24 | 2/23/21 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.087199 | $0.28 | $41.61 | | $41.61 | -$41.33 | $41.33 | lt |
| 6/14/24 | 3/11/21 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.555052 | $1.77 | $300.00 | | $300.00 | -$298.23 | $298.23 | lt |
| 6/14/24 | 3/11/21 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.289143 | $0.93 | $150.00 | | $150.00 | -$149.07 | $149.07 | lt |
| 6/14/24 | 3/12/21 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.628836 | $2.00 | $400.00 | | $400.00 | -$398.00 | $398.00 | lt |
| 6/14/24 | 6/15/21 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.223758 | $0.72 | $200.00 | | $200.00 | -$199.28 | $199.28 | lt |
| 6/14/24 | 6/16/21 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.00428 | $0.01 | $5.00 | | $5.00 | -$4.99 | $4.99 | lt |
| 6/14/24 | 6/16/21 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.080463 | $0.26 | $94.00 | | $94.00 | -$93.74 | $93.74 | lt |
| 6/14/24 | 7/8/21 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.529829 | $1.69 | $300.00 | | $300.00 | -$298.31 | $298.31 | lt |
| 6/14/24 | 7/9/21 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.003108 | $0.01 | $1.59 | | $1.59 | -$1.58 | $1.58 | lt |
| 6/14/24 | 7/9/21 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.582918 | $1.85 | $298.41 | | $298.41 | -$296.56 | $296.56 | lt |
| 6/14/24 | 8/16/21 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.005086 | $0.02 | $1.55 | | $1.55 | -$1.53 | $1.53 | lt |
| 6/14/24 | 8/16/21 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.253155 | $0.81 | $77.24 | | $77.24 | -$76.43 | | lt |
| 6/14/24 | 8/16/21 | 59134N302 | sell | META MATERIALS INC (MMAT) | 1.052798 | $3.36 | $321.21 | | $321.21 | -$317.85 | $317.85 | lt |
| 6/14/24 | 11/2/22 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.704054 | $2.24 | $91.67 | | $91.67 | -$89.43 | | lt |
| 6/14/24 | 11/21/22 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.020116 | $0.07 | $4.28 | | $4.28 | -$4.21 | | lt |
| 6/14/24 | 11/23/22 | 59134N302 | sell | META MATERIALS INC (MMAT) | 1.06614 | $3.40 | $189.21 | | $189.21 | -$185.81 | | lt |
| 6/14/24 | 12/15/22 | 59134N302 | sell | META MATERIALS INC (MMAT) | 1.005792 | $3.21 | $140.70 | | $140.70 | -$137.49 | | lt |
| 6/14/24 | 12/21/22 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.301738 | $0.96 | $38.40 | | $38.40 | -$37.44 | | lt |
| 6/14/24 | 12/22/22 | 59134N302 | sell | META MATERIALS INC (MMAT) | 1.709847 | $5.45 | $201.45 | | $201.45 | -$196.00 | | lt |
| 6/14/24 | 1/20/23 | 59134N302 | sell | META MATERIALS INC (MMAT) | 5.028961 | $16.04 | $502.50 | | $502.50 | -$486.46 | | lt |
| 6/14/24 | 3/13/23 | 59134N302 | sell | META MATERIALS INC (MMAT) | 1.005792 | $3.21 | $53.46 | | $53.46 | -$50.25 | | lt |
| 6/14/24 | 4/3/23 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.422433 | $1.35 | $24.70 | | $24.70 | -$23.35 | | lt |
| 6/14/24 | 4/13/23 | 59134N302 | sell | META MATERIALS INC (MMAT) | 1.418167 | $4.52 | $55.31 | | $55.31 | -$50.79 | | lt |
| 6/14/24 | 4/20/23 | 59134N302 | sell | META MATERIALS INC (MMAT) | 10.057921 | $32.09 | $188.20 | | $188.20 | -$156.11 | | lt |
| 6/14/24 | 4/21/23 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.191101 | $0.61 | $3.84 | | $3.84 | -$3.23 | | lt |
| 6/14/24 | 5/4/23 | 59134N302 | sell | META MATERIALS INC (MMAT) | 3.178303 | $10.13 | $59.72 | | $59.72 | -$49.59 | | lt |
| 6/14/24 | 5/8/23 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.170985 | $0.55 | $3.87 | | $3.87 | -$3.32 | | lt |
| 6/14/24 | 6/6/23 | 59134N302 | sell | META MATERIALS INC (MMAT) | 2.011584 | $6.42 | $47.34 | | $47.34 | -$40.92 | | lt |
| 6/14/24 | 6/7/23 | 59134N302 | sell | META MATERIALS INC (MMAT) | 2.021642 | $6.45 | $49.72 | | $49.72 | -$43.27 | | lt |

| Date | Date2 | Account | Action | Security | Quantity | Price | Amount1 | Amount2 | Amount3 | Amount4 | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/14/24 | 6/13/23 | 59134N302 | sell | META MATERIALS INC (MMAT) | 0.080463 | $0.25 | $1.83 | | $1.83 | -$1.58 | lt |
| 6/14/24 | 6/15/23 | 59134N302 | sell | META MATERIALS INC (MMAT) | 2.27309 | $7.25 | $49.92 | | $49.92 | -$42.67 | st |
| 6/14/24 | 6/29/23 | 59134N302 | sell | META MATERIALS INC (MMAT) | 4.59647 | $14.67 | $95.08 | | $95.08 | -$80.41 | st |
| 6/14/24 | 8/21/23 | 59134N302 | sell | META MATERIALS INC (MMAT) | 4.526064 | $14.43 | $99.72 | | $99.72 | -$85.29 | st |
| 6/14/24 | 8/29/23 | 59134N302 | sell | META MATERIALS INC (MMAT) | 4.023168 | $12.84 | $89.24 | | $89.24 | -$76.40 | st |
| 6/14/24 | 9/7/23 | 59134N302 | sell | META MATERIALS INC (MMAT) | 4.64676 | $14.82 | $99.84 | | $99.84 | -$85.02 | st |
| 6/14/24 | 1/26/24 | 59134N302 | sell | META MATERIALS INC (MMAT) | 4.023168 | $12.83 | $24.40 | | $24.40 | -$11.57 | st |
| 6/14/24 | 1/26/24 | 59134N302 | sell | META MATERIALS INC (MMAT) | 13.135646 | $41.90 | $79.67 | | $79.67 | -$37.77 | st |
| 6/14/24 | 1/26/24 | 59134N302 | sell | META MATERIALS INC (MMAT) | 22.127426 | $70.59 | $134.20 | | $134.20 | -$63.61 | st |
| 6/14/24 | 2/26/24 | 59134N302 | sell | META MATERIALS INC (MMAT) | 35. | $111.64 | $116.60 | | $116.60 | -$4.96 | st |
| 8/21/24 | 2/26/24 | 59134N302 | caclose | META MATERIALS INC (MMAT) | 65. | | $216.54 | | $216.54 | | |
| 8/21/24 | 2/28/24 | 59134N302 | caclose | META MATERIALS INC (MMAT) | 50. | | $148.50 | | $148.50 | | |
| 8/21/24 | 5/20/24 | 59134N302 | caclose | META MATERIALS INC (MMAT) | 0.000757 | | | $0.65 | $0.65 | | |
| 8/21/24 | 5/20/24 | 59134N302 | caclose | META MATERIALS INC (MMAT) | 0.002771 | | $0.01 | $2.34 | $2.35 | | |
| 8/21/24 | 5/20/24 | 59134N302 | caclose | META MATERIALS INC (MMAT) | 0.000249 | | | $0.13 | $0.13 | | |
| 8/21/24 | 5/20/24 | 59134N302 | caclose | META MATERIALS INC (MMAT) | 0.450048 | | $1.73 | $244.21 | $245.94 | | |
| 8/21/24 | 5/20/24 | 59134N302 | caclose | META MATERIALS INC (MMAT) | 0.001607 | | | $1.31 | $1.31 | | |
| 8/21/24 | 5/20/24 | 59134N302 | caclose | META MATERIALS INC (MMAT) | 0.001861 | | $0.01 | $1.51 | $1.52 | | |
| 8/21/24 | 5/20/24 | 59134N302 | caclose | META MATERIALS INC (MMAT) | 0.238313 | | $0.91 | $193.30 | $194.21 | | |
| 8/21/24 | 5/20/24 | 59134N302 | caclose | META MATERIALS INC (MMAT) | 0.002135 | | $0.01 | $1.61 | $1.62 | | |
| 8/21/24 | 5/20/24 | 59134N302 | caclose | META MATERIALS INC (MMAT) | 0.259803 | | $1.00 | $197.31 | $198.31 | | |
| 8/21/24 | 5/20/24 | 59134N302 | caclose | META MATERIALS INC (MMAT) | 0.087199 | | $0.33 | $41.33 | $41.66 | | |
| 8/21/24 | 5/20/24 | 59134N302 | caclose | META MATERIALS INC (MMAT) | 0.555052 | | $2.13 | $298.23 | $300.36 | | |
| 8/21/24 | 5/20/24 | 59134N302 | caclose | META MATERIALS INC (MMAT) | 0.289143 | | $1.10 | $149.07 | $150.17 | | |
| 8/21/24 | 5/20/24 | 59134N302 | caclose | META MATERIALS INC (MMAT) | 0.628836 | | $2.41 | $398.00 | $400.41 | | |
| 8/21/24 | 5/20/24 | 59134N302 | caclose | META MATERIALS INC (MMAT) | 0.223758 | | $0.86 | $199.28 | $200.14 | | |
| 8/21/24 | 5/20/24 | 59134N302 | caclose | META MATERIALS INC (MMAT) | 0.00428 | | $0.02 | $4.99 | $5.01 | | |
| 8/21/24 | 5/20/24 | 59134N302 | caclose | META MATERIALS INC (MMAT) | 0.080463 | | $0.30 | $93.74 | $94.04 | | |
| 8/21/24 | 5/20/24 | 59134N302 | caclose | META MATERIALS INC (MMAT) | 0.529829 | | $2.03 | $298.31 | $300.34 | | |
| 8/21/24 | 5/20/24 | 59134N302 | caclose | META MATERIALS INC (MMAT) | 0.003108 | | $0.02 | $1.58 | $1.60 | | |
| 8/21/24 | 5/20/24 | 59134N302 | caclose | META MATERIALS INC (MMAT) | 0.582918 | | $2.23 | $296.56 | $298.79 | | |
| 8/21/24 | 5/20/24 | 59134N302 | caclose | META MATERIALS INC (MMAT) | 0.005086 | | $0.02 | $1.53 | $1.55 | | |
| 8/21/24 | 5/20/24 | 59134N302 | caclose | META MATERIALS INC (MMAT) | 1.052784 | | $4.03 | $317.85 | $321.88 | | |
| | | | | Total: | | $414.68 | $5,665.09 | $2,742.84 | $8,407.93 | -$4,866.22 | $2,742.84 |

| Symbol | Description | Open Date | Event | Qty | Cost | LT G/L | ST G/L | Closed Date | Proceeds | Covered | Security Number | CUSIP | SEDOL | ISIN | CBM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRCH | TORCHLIGHT E | 02/12/2021 | Sell | 90.06015000 | $247.66 | $0.00 | -$31.07 | 02/23/2021 | $216.59 | Covered | 89102U103 | 89102U103 | | | FIFO |
| TRCH | Torchlight Energy | 02/23/2021 | Wash | 0.56892400 | -$0.20 | $0.00 | $0.20 | 02/23/2021 | $0.00 | Covered | 89102U103 | 89102U103 | | | FIFO |
| TRCH | Torchlight Energy | 02/23/2021 | Wash | 89.49122600 | -$30.87 | $0.00 | $30.87 | 02/23/2021 | $0.00 | Covered | 89102U103 | 89102U103 | | | FIFO |
| TRCH | TORCHLIGHT E | 02/16/2021 | Sell | 47.38810100 | $194.29 | $0.00 | -$80.33 | 02/23/2021 | $113.96 | Covered | 89102U103 | 89102U103 | | | FIFO |
| TRCH | Torchlight Energy | 02/23/2021 | Wash | 47.38810100 | -$80.33 | $0.00 | $80.33 | 02/23/2021 | $0.00 | Covered | 89102U103 | 89102U103 | | | FIFO |
| TRCH | TORCHLIGHT E | 02/16/2021 | Sell | 0.36996400 | $1.52 | $0.00 | -$0.63 | 02/23/2021 | $0.89 | Covered | 89102U103 | 89102U103 | | | FIFO |
| TRCH | Torchlight Energy | 02/23/2021 | Wash | 0.36996400 | -$0.63 | $0.00 | $0.63 | 02/23/2021 | $0.00 | Covered | 89102U103 | 89102U103 | | | FIFO |
| TRCH | TORCHLIGHT E | 02/16/2021 | Sell | 0.31947500 | $1.31 | $0.00 | -$0.54 | 02/23/2021 | $0.77 | Covered | 89102U103 | 89102U103 | | | FIFO |
| TRCH | Torchlight Energy | 02/23/2021 | Wash | 0.31947500 | -$0.54 | $0.00 | $0.54 | 02/23/2021 | $0.00 | Covered | 89102U103 | 89102U103 | | | FIFO |
| TRCH | TORCHLIGHT E | 02/17/2021 | Sell | 0.42463900 | $1.62 | $0.00 | -$0.60 | 02/23/2021 | $1.02 | Covered | 89102U103 | 89102U103 | | | FIFO |
| TRCH | Torchlight Energy | 02/23/2021 | Wash | 0.42463900 | -$0.60 | $0.00 | $0.60 | 02/23/2021 | $0.00 | Covered | 89102U103 | 89102U103 | | | FIFO |
| TRCH | TORCHLIGHT E | 02/17/2021 | Sell | 51.66145800 | $198.38 | $0.00 | -$74.14 | 02/23/2021 | $124.24 | Covered | 89102U103 | 89102U103 | | | FIFO |
| TRCH | Torchlight Energy | 02/23/2021 | Wash | 51.66145800 | -$74.14 | $0.00 | $74.14 | 02/23/2021 | $0.00 | Covered | 89102U103 | 89102U103 | | | FIFO |
| TRCH | TORCHLIGHT E | 02/12/2021 | Sell | 0.07468100 | $0.22 | $0.00 | -$0.04 | 02/23/2021 | $0.18 | Covered | 89102U103 | 89102U103 | | | FIFO |
| TRCH | Torchlight Energy | 02/23/2021 | Wash | 0.07468100 | -$0.04 | $0.00 | $0.04 | 02/23/2021 | $0.00 | Covered | 89102U103 | 89102U103 | | | FIFO |
| TRCH | TORCHLIGHT E | 02/16/2021 | Sell | 0.15060900 | $0.65 | $0.00 | -$0.29 | 02/23/2021 | $0.36 | Covered | 89102U103 | 89102U103 | | | FIFO |
| TRCH | Torchlight Energy | 02/23/2021 | Wash | 0.15060900 | -$0.29 | $0.00 | $0.29 | 02/23/2021 | $0.00 | Covered | 89102U103 | 89102U103 | | | FIFO |
| TRCH | TORCHLIGHT E | 02/16/2021 | Sell | 0.55092300 | $2.35 | $0.00 | -$1.03 | 02/23/2021 | $1.32 | Covered | 89102U103 | 89102U103 | | | FIFO |
| TRCH | Torchlight Energy | 02/23/2021 | Wash | 0.55092300 | -$1.03 | $0.00 | $1.03 | 02/23/2021 | $0.00 | Covered | 89102U103 | 89102U103 | | | FIFO |
| TRCH | TORCHLIGHT E | 02/12/2021 | Sell | 0.07468100 | $0.20 | $0.00 | -$0.01 | 02/23/2021 | $0.19 | Covered | 89102U103 | 89102U103 | | | FIFO |
| TRCH | Torchlight Energy | 02/12/2021 | Wash | 0.07468100 | -$0.01 | $0.00 | $0.01 | 02/23/2021 | $0.00 | Covered | 89102U103 | 89102U103 | | | FIFO |
| TRCH | TORCHLIGHT E | 02/12/2021 | Sell | 0.70153200 | $1.93 | $0.00 | -$0.12 | 02/23/2021 | $1.81 | Covered | 89102U103 | 89102U103 | | | FIFO |
| TRCH | Torchlight Energy | 02/16/2021 | Wash | 0.15060900 | -$0.03 | $0.00 | $0.03 | 02/23/2021 | $0.00 | Covered | 89102U103 | 89102U103 | | | FIFO |
| TRCH | Torchlight Energy | 02/16/2021 | Wash | 0.55092300 | -$0.09 | $0.00 | $0.09 | 02/23/2021 | $0.00 | Covered | 89102U103 | 89102U103 | | | FIFO |

The data provided is for informational purposes only. Please consult a professional tax service or personal tax advisor if you need instructions on how to calculate cost basis.

Feb 12, 2021 · 12:14 PM
We've received your order to buy $250.00 of TRCH at the best available price. If this order isn't filled by the end of market hours today (4pm ET), it will expire.
Hooray! 🎉 Your order to buy $250.00 of TRCH is complete. You've received 90.911044 shares at an average price of $2.75 per share.

Feb 16, 2021 · 8:45 AM
We've received your order to buy $200.00 of TRCH at the best available price. If this order isn't filled by the end of market hours today (4pm ET), it will expire.
OK! 😊 Your order to buy $200.00 of TRCH is complete. You've received 48.779072 shares at an average price of $4.10 per share.

Feb 17, 2021 · 8:46 AM
We've received your order to buy $200.00 of TRCH at the best available price. If this order isn't filled by the end of market hours today (4pm ET), it will expire.
Update 🎉 Your order to buy $200.00 of TRCH is complete. You've received 52.086097 shares at an average price of $3.84 per share.

Feb 19, 2021 · 1:49 PM
We've received your order to sell 191 shares of TRCH at the best price available, once the share price is $2.29 or less. If this order isn't filled within 90 days, it will expire.

Feb 23, 2021 · 8:34 AM
We've received your order to sell 0.776213 shares of TRCH at the best available price. If this order isn't filled by the end of market hours today (4pm ET), it will expire.
Hooray! 😊 Your order to sell 0.776213 shares of TRCH has been filled at an average price of $2.58 per share. Your order is complete.

You've canceled your order to sell 191 shares of TRCH.
We've received your order to sell 191 shares of TRCH at the best available price. If this order isn't filled by the end of market hours today (4pm ET), it will expire.
Yay! 🎉 Your order to sell 191 shares of TRCH has been filled at an average price of $2.41 per share. Your order is complete.

We've received your order to buy $500.00 of TRCH at the best available price. If this order isn't filled by the end of market hours today (4pm ET), it will expire.
Awesome! 🎉 Your order to buy $500.00 of TRCH is complete. You've received 208.339438 shares at an average price of $2.40 per share.
Your order to buy $500.00 of TRCH has been partially filled. 0.643605 shares have been purchased for $1.53. Your order remains open for $498.47.

Mar 11, 2021 · 12:36 PM
We've received your order to buy $300.00 of TRCH at the best available price. If this order isn't filled by the end of market hours today (4pm ET), it will expire.
Yeah! 😊 Your order to buy $300.00 of TRCH is complete. You've received 110.371215 shares at an average price of $2.72 per share.

We've received your order to buy $150.00 of TRCH at the best available price. If this order isn't filled by the end of market hours today (4pm ET), it will expire.
Yay! Your order to buy $150.00 of TRCH is complete. You've received 57.495496 shares at an average price of $2.61 per share.

Mar 12, 2021 · 10:35 AM
We've received your order to buy $400.00 of TRCH at the best available price. If this order isn't filled by the end of market hours today (4pm ET), it will expire.
Great! Your order to buy $400.00 of TRCH is complete. You've received 125.042983 shares at an average price of $3.20 per share.

Jun 15, 2021 · 8:42 AM
We've received your order to buy $200.00 of TRCH at the best available price. If this order isn't filled by the end of market hours today (4pm ET), it will expire.
Good news! Your order to buy $200.00 of TRCH is complete. You've received 44.493882 shares at an average price of $4.50 per share.

Jun 16, 2021 · 10:33 AM
We've received your order to buy $99.00 of TRCH at the best available price. If this order isn't filled by the end of market hours today (4pm ET), it will expire.
Excellent! Your order to buy $99.00 of TRCH is complete. You've received 16.851063 shares at an average price of $5.88 per share.

Jun 17, 2021 · 10:24 AM
We've received your order to sell 562 shares of TRCH at the best price available, once the share price is $4.50 or less. If this order isn't filled by the end of market hours today (4pm ET), it will expire.

Jun 17, 2021 · 3:25 PM
Your order to sell 562 shares of TRCH wasn't filled today and has expired.

### View order

Jun 18, 2021 · 8:13 AM
We've received your order to sell 562 shares of TRCH at the best price available, once the share price is $4.50 or less. If this order isn't filled by the end of market hours (4pm ET) on the next trading day, it will expire.
Jun 18, 2021 · 3:25 PM
Your order to sell 562 shares of TRCH wasn't filled today and has expired.

Jul 8, 2021 · 12:19 PM
We've received your order to buy $300.00 of MMAT at the best available price. If this order isn't filled by the end of market hours today (4pm ET), it will expire.
Yay! 🎉 Your order to buy $300.00 of MMAT is complete. You've received 52.677787 shares at an average price of $5.70 per share.

Jul 9, 2021 · 12:13 PM
We've received your order to buy $300.00 of MMAT at the best available price. If this order isn't filled by the end of market hours today (4pm ET), it will expire.
Success! 🎉 Your order to buy $300.00 of MMAT is complete. You've received 58.265105 shares at an average price of $5.15 per share.

Aug 16, 2021 · 9:03 AM
We've received your order to buy $400.00 of MMAT at the best available price. If this order isn't filled by the end of market hours today (4pm ET), it will expire.
Great! 🎉 Your order to buy $400.00 of MMAT is complete. You've received 130.348965 shares at an average price of $3.07 per share.

Feb 14, 2022 · 1:09 PM
We've received your order to buy to open 1 contract of MMAT $2.00 Call 4/14 at a maximum of $0.37 per share. If this order isn't filled by the end of market hours today, it'll be canceled.
Woohoo! 🎉 Your order to buy to open 1 contract of MMAT $2.00 Call 4/14 has been filled at an average price of $36.00 per contract. Your order is complete.

## View Order

Feb 23, 2022 · 10:11 AM
📣 MMAT Shareholder Q&A is now open, and you're invited to participate! The MMAT leadership team will answer top questions from shareholders during the earnings call.

## Participate now

Feb 28, 2022 · 10:11 AM
📣 MMAT Shareholder Q&A is closing soon. Take a look at what shareholders like you are asking, and upvote your favorite questions so they get noticed. Top questions will be answered on Mar 02, 2022.

## View questions

Apr 14, 2022 · 11:14 PM
Your MMAT Call option expired.

## View Details

Jun 24, 2022 · 12:54 PM
We've received your order to buy to open 6 contracts of MMAT $1.50 Call 8/19 at a maximum of $0.17 per share. If this order isn't filled by the end of market hours today, it'll be canceled.
Excellent! 🔥 Your order to buy to open 6 contracts of MMAT $1.50 Call 8/19 has been filled at an average price of $17.00 per contract. Your order is complete.

## View Order

Aug 19, 2022 · 11:11 PM
Your MMAT Call option expired.

## View Details

Nov 2, 2022 · 11:45 AM
We've received your order to buy 70 shares of MMAT at the best available price. If this order isn't filled by the end of market hours today (4:00pm ET), it will expire.
Woo! 🎉 Your order to buy 70 shares of MMAT through your brokerage account has been filled at an average price of $1.31 per share. Your order is complete.

Nov 21, 2022 · 11:29 AM
We've received your order to buy 2 shares of MMAT at the best available price. If this order isn't filled by the end of market hours today (4:00pm ET), it will expire.
Yay! 🎉 Your order to buy 2 shares of MMAT through your brokerage account has been filled at an average price of $2.14 per share. Your order is complete.

Nov 23, 2022 · 11:09 AM
We've received your order to buy to open 2 contracts of MMAT $2.50 Call 12/9 at a maximum of $0.11 per share. If this order isn't filled by the end of market hours today, it'll be canceled.
Excellent! 🔥 Your order to buy to open 2 contracts of MMAT $2.50 Call 12/9 has been filled at an average price of $11.00 per contract. Your order is complete.

## View Order

We've received your order to buy to open 2 contracts of MMAT $3.00 Call 12/23 at a maximum of $0.12 per share. If this order isn't filled by the end of market hours today, it'll be canceled.
Awesome! 🎉 Your order to buy to open 2 contracts of MMAT $3.00 Call 12/23 has been filled at an average price of $12.00 per contract. Your order is complete.

## View Order

We've received your order to buy to open 3 contracts of MMAT $3.00 Call 12/30 at a maximum of $0.16 per share. If this order isn't filled by the end of market hours today, it'll be canceled.
Woo! 🎉 Your order to buy to open 3 contracts of MMAT $3.00 Call 12/30 has been filled at an average price of $14.00 per contract. Your order is complete.

## View Order

We've received your order to buy 106 shares of MMAT at the best available price. If this order isn't filled by the end of market hours today (4:00pm ET), it will expire.
Woohoo! Your order to buy 106 shares of MMAT through your brokerage account has been filled at an average price of $1.79 per share. Your order is complete.

Nov 23, 2022 · 4:00 PM
We've received your order to buy to open 1 contract of MMAT $3.00 Call 12/30 at a maximum of $0.15 per share. If this order isn't filled by the end of market hours on the next trading day, it'll be canceled.

Nov 25, 2022 · 8:39 AM
You've canceled your order to buy to open 1 contract of MMAT $3.00 Call 12/30.
We've received your order to buy to open 1 contract of MMAT $3.00 Call 2023/1/6 at a maximum of $0.20 per share. If this order isn't filled by the end of market hours today, it'll be canceled.
Yay! Your order to buy to open 1 contract of MMAT $3.00 Call 2023/1/6 has been filled at an average price of $20.00 per contract. Your order is complete.

## View Order

Nov 30, 2022 · 10:49 AM
We've received your order to buy to open 4 contracts of MMAT $2.00 Call 12/2 at a maximum of $0.04 per share. If this order isn't filled by the end of market hours today, it'll be canceled.
Yay! Your order to buy to open 4 contracts of MMAT $2.00 Call 12/2 has been filled at an average price of $4.00 per contract. Your order is complete.

## View Order

Dec 2, 2022 · 8:32 AM
Your MMAT $2 Calls 12/2 expire today. Please note that we may close some or all of this position for you if the following conditions are met: 1. Your position is in-the-money or near-the-money during the last 30 minutes of trading. 2. You do not have enough buying power to support the exercise of your contracts. To avoid this, you can close the position or roll it to a later date prior to 3:30PM ET today.

## View position

Dec 2, 2022 · 11:04 PM
Your MMAT Call option expired.

## View Details

Dec 9, 2022 · 8:32 AM
Your MMAT $2.5 Calls 12/9 expire today. Please note that we may close some or all of this position for you if the following conditions are met: 1. Your position is in-the-money or near-the-money during the last 30 minutes of trading. 2. You do not have enough buying power to support the exercise of your contracts. To avoid this, you can close the position or roll it to a later date prior to 3:30PM ET today.

## View position

Dec 9, 2022 · 11:03 PM
Your MMAT Call option expired.

## View Details

Dec 15, 2022 · 9:10 AM
We've received your order to buy 100 shares of MMAT at the best available price. If this order isn't filled by the end of market hours today (4:00pm ET), it will expire.
Woo! 🎉 Your order to buy 100 shares of MMAT through your brokerage account has been filled at an average price of $1.41 per share. Your order is complete.

Dec 21, 2022 · 10:35 AM
We've received your order to buy 30 shares of MMAT at the best available price. If this order isn't filled by the end of market hours today (4:00pm ET), it will expire.
Awesome! 😊 Your order to buy 30 shares of MMAT through your brokerage account has been filled at an average price of $1.28 per share. Your order is complete.

Dec 22, 2022 · 2:37 PM
We've received your order to buy 170 shares of MMAT at the best available price. If this order isn't filled by the end of market hours today (4:00pm ET), it will expire.
OK! ✨ Your order to buy 170 shares of MMAT through your brokerage account has been filled at an average price of $1.19 per share. Your order is complete.

Dec 23, 2022 · 8:33 AM
Your MMAT $3 Calls 12/23 expire today. Please note that we may close some or all of this position for you if the following conditions are met: 1. Your position is in-the-money or near-the-money during the last 30 minutes of trading. 2. You do not have enough buying power to support the exercise of your contracts. To avoid this, you can close the position or roll it to a later date prior to 3:30PM ET today.

## View position

Dec 23, 2022 · 11:04 PM
Your MMAT Call option expired.

## View Details

Dec 30, 2022 · 8:32 AM
Your MMAT $3 Calls 12/30 expire today. Please note that we may close some or all of this position for you if the following conditions are met: 1. Your position is in-the-money or near-the-money during the last 30 minutes of trading. 2. You do not have enough buying power to support the exercise of your contracts. To avoid this, you can close the position or roll it to a later date prior to 3:30PM ET today.

## View position

Dec 30, 2022 · 11:06 PM
Your MMAT Call option expired.

## View Details

Jan 6, 2023 · 8:32 AM
Your MMAT $3 Call 1/6 expires today. Please note that we may close this position for you if the following conditions are met: 1. Your position is in-the-money or near-the-money during the last 30 minutes of trading. 2. You do not have enough buying power to support the exercise of your contract. To avoid this, you can close the position or roll it to a later date prior to 3:30PM ET today.

## View position

We've received your order to buy to open 10 contracts of MMAT $2.00 Call 1/20 in your brokerage account at a maximum of $0.02 per share. If this order isn't filled by the end of market hours today, it'll be canceled.
You've canceled your order to buy to open 10 contracts of MMAT $2.00 Call 1/20 in your brokerage account.
We've received your order to buy to open 5 contracts of MMAT $2.00 Call 1/20 in your brokerage account at a maximum of $0.03 per share. If this order isn't filled by the end of market hours today, it'll be canceled.
Hooray! 😊 Your order to buy to open 5 contracts of MMAT $2.00 Call 1/20 in your brokerage account has been filled at an average price of $3.00 per contract. Your order is complete.

## View Order

We've received your order for 5 MMAT 2-Option Strategies at a minimum of $0.01 per unit. If this order isn't filled by the end of market hours today, it'll be canceled.
Jan 6, 2023 · 11:42 AM
You've canceled your order for 5 MMAT 2-Option Strategies.

### View Order

We've received your order in your brokerage account to buy to open 5 contracts of MMAT $3.00 Call 1/20 at a maximum of $0.02 per share. If this order isn't filled within 90 days, it'll be canceled.

Awesome! 🔥 Your order to buy to open 5 contracts of MMAT $3.00 Call 1/20 in your brokerage account has been filled at an average price of $2.00 per contract. Your order is complete.

### View Order

Jan 6, 2023 · 11:05 PM
Your MMAT Call option in your brokerage account expired.

### View Details

Jan 20, 2023 · 8:35 AM
Your MMAT $2 Calls 1/20 expire today. Please note that we may close some or all of this position for you if the following conditions are met: 1. Your position is in-the-money or near-the-money during the last 30 minutes of trading. 2. You do not have enough buying power to support the exercise of your contracts. To avoid this, you can close the position or roll it to a later date prior to 3:30PM ET today.

### View position

Your MMAT $3 Calls 1/20 expire today. Please note that we may close some or all of this position for you if the following conditions are met: 1. Your position is in-the-money or near-the-money during the last 30 minutes of trading. 2. You do not have enough buying power to support the exercise of your contracts. To avoid this, you can close the position or roll it to a later date prior to 3:30PM ET today.

### View position

We've received your order to buy 500 shares of MMAT at the best available price. If this order isn't filled by the end of market hours today (4:00pm ET), it will expire.

Update 😊 Your order to buy 500 shares of MMAT through your brokerage account has been filled at an average price of $1.01 per share. Your order is complete.

Jan 20, 2023 · 1:13 PM
We've received your order to buy to open 10 contracts of MMAT $2.00 Call 1/27 in your brokerage account at a maximum of $0.01 per share. If this order isn't filled by the end of market hours today, it'll be canceled.

Woo! 🎉 Your order to buy to open 10 contracts of MMAT $2.00 Call 1/27 in your brokerage account has been filled at an average price of $1.00 per contract. Your order is complete.

### View Order

Jan 20, 2023 · 11:41 PM
Your MMAT Call option in your brokerage account expired.

## View Details

Your MMAT Call option in your brokerage account expired.

## View Details

Jan 27, 2023 · 8:32 AM
Your MMAT $2 Calls 1/27 expire today. Please note that we may close some or all of this position for you if the following conditions are met: 1. Your position is in-the-money or near-the-money during the last 30 minutes of trading. 2. You do not have enough buying power to support the exercise of your contracts. To avoid this, you can close the position or roll it to a later date prior to 3:30PM ET today.

## View position

Jan 27, 2023 · 11:06 PM
Your MMAT Call option in your brokerage account expired.

## View Details

Mar 13, 2023 · 10:41 AM
We've received your order to buy 100 shares of MMAT at the best available price. If this order isn't filled by the end of market hours today (4:00pm ET), it will expire.
Woohoo! 🚀 Your order to buy 100 shares of MMAT through your brokerage account has been filled at an average price of $0.53 per share. Your order is complete.

Apr 3, 2023 · 6:52 PM
We've received your limit order to buy 42 shares of MMAT through your brokerage account at a maximum of $0.62 per share. If this order isn't filled by the end of extended hours today (8:00pm ET), it will expire.
Great! 😊 Your order to buy 42 shares of MMAT through your brokerage account has been filled at an average price of $0.59 per share. Your order is complete.

Apr 13, 2023 · 8:59 AM
We've received your limit order to buy 141 shares of MMAT through your brokerage account at a maximum of $0.41 per share. If this order isn't filled by the end of market hours today (4:00pm ET), it will expire.
Woo! 😊 Your order to buy 141 shares of MMAT through your brokerage account has been filled at an average price of $0.39 per share. Your order is complete.

Apr 20, 2023 · 2:17 PM
We've received your limit order to buy 1,000 shares of MMAT through your brokerage account at a maximum of $0.20 per share. If this order isn't filled by the end of market hours today (4:00pm ET), it will expire.
Awesome! 😃 Your order to buy 1,000 shares of MMAT through your brokerage account has been filled at an average price of $0.19 per share. Your order is complete.

Apr 21, 2023 · 2:04 PM
We've received your limit order to buy 19 shares of MMAT through your brokerage account at a maximum of $0.21 per share. If this order isn't filled by the end of market hours today (4:00pm ET), it will expire.
Update ✓ Your order to buy 19 shares of MMAT through your brokerage account has been filled at an average price of $0.20 per share. Your order is complete.

May 4, 2023 · 8:13 AM
We've received your limit order to buy 316 shares of MMAT through your brokerage account at a maximum of $0.20 per share. If this order isn't filled by the end of extended hours today (8:00pm ET), it will expire.
Woo! 😃 Your order to buy 316 shares of MMAT through your brokerage account has been filled at an average price of $0.19 per share. Your order is complete.

May 8, 2023 · 11:30 AM
We've received your limit order to buy 17 shares of MMAT through your brokerage account at a maximum of $0.24 per share. If this order isn't filled by the end of market hours today (4:00pm ET), it will expire.
Good news! ✓ Your order to buy 17 shares of MMAT through your brokerage account has been filled at an average price of $0.23 per share. Your order is complete.

Jun 6, 2023 · 11:07 AM
We've received your limit order to buy 200 shares of MMAT through your brokerage account at a maximum of $0.25 per share. If this order isn't filled by the end of market hours today (4:00pm ET), it will expire.
Yeah! 😃 Your order to buy 200 shares of MMAT through your brokerage account has been filled at an average price of $0.24 per share. Your order is complete.

Jun 6, 2023 · 12:12 PM
We've received your order to buy to open 10 contracts of MMAT $1.00 Call 7/21 in your brokerage account at a maximum of $0.02 per share. If this order isn't filled by the end of market hours today, it'll be canceled.
Excellent! 😃 Your order to buy to open 10 contracts of MMAT $1.00 Call 7/21 in your brokerage account has been filled at an average price of $2.00 per contract. Your order is complete.

## View Order

Jun 7, 2023 · 1:22 PM
We've received your limit order to buy 201 shares of MMAT through your brokerage account at a maximum of $0.26 per share. If this order isn't filled by the end of market hours today (4:00pm ET), it will expire.
Success! 😊 Your order to buy 201 shares of MMAT through your brokerage account has been filled at an average price of $0.25 per share. Your order is complete.

Jun 13, 2023 · 1:07 PM
We've received your limit order to buy 8 shares of MMAT through your brokerage account at a maximum of $0.24 per share. If this order isn't filled by the end of market hours today (4:00pm ET), it will expire.
Excellent! 😊 Your order to buy 8 shares of MMAT through your brokerage account has been filled at an average price of $0.23 per share. Your order is complete.

Jun 15, 2023 · 9:06 AM
We've received your limit order to buy 226 shares of MMAT through your brokerage account at a maximum of $0.23 per share. If this order isn't filled by the end of market hours today (4:00pm ET), it will expire.
Yay! 😊 Your order to buy 226 shares of MMAT through your brokerage account has been filled at an average price of $0.22 per share. Your order is complete.

Jun 29, 2023 · 11:11 AM
We've received your limit order to buy 457 shares of MMAT through your brokerage account at a maximum of $0.22 per share. If this order isn't filled by the end of market hours today (4:00pm ET), it will expire.
Update 😊 Your order to buy 457 shares of MMAT through your brokerage account has been filled at an average price of $0.21 per share. Your order is complete.

Jul 21, 2023 · 8:35 AM
Your MMAT $1 Calls 7/21 expire today. Please note that we may close some or all of this position for you if the following conditions are met: 1. Your position is in-the-money or near-the-money during the last 30 minutes of trading. 2. You do not have enough buying power to support the exercise of your contracts. To avoid this, you can close the position or roll it to a later date prior to 3:30PM ET today.

## View position

Jul 22, 2023 · 12:15 AM
Your MMAT Call option in your brokerage account expired.

## View Details

Aug 21, 2023 · 1:46 PM
We've received your limit order to buy 450 shares of MMAT through your brokerage account at a maximum of $0.23 per share. If this order isn't filled by the end of market hours today (4:00pm ET), it will expire.
OK! 😊 Your order to buy 450 shares of MMAT through your brokerage account has been filled at an average price of $0.22 per share. Your order is complete.

Aug 29, 2023 · 1:28 PM
We've received your limit order to buy 400 shares of MMAT through your brokerage account at a maximum of $0.23 per share. If this order isn't filled by the end of market hours today (4:00pm ET), it will expire.
Fantastic! 🎉 Your order to buy 400 shares of MMAT through your brokerage account has been filled at an average price of $0.22 per share. Your order is complete.

Sep 7, 2023 · 9:09 AM
We've received your limit order to buy 462 shares of MMAT through your brokerage account at a maximum of $0.23 per share. If this order isn't filled by the end of market hours today (4:00pm ET), it will expire.
Yay! 😊 Your order to buy 462 shares of MMAT through your brokerage account has been filled at an average price of $0.22 per share. Your order is complete.

Jan 26 · 11:59 AM
Update 😊 Your order to buy 3,906 shares of MMAT through your brokerage account has been filled at an average price of $0.06 per share. Your order is complete.
11:59 AM

Feb 26 · 8:40 AM
Woohoo! 🎉 Your order to buy 100 shares of MMAT through your brokerage account has been filled at an average price of $3.33 per share. Your order is complete.

Feb 28 · 12:47 PM
Yay! 😊 Your order to buy 50 shares of MMAT through your brokerage account has been filled at an average price of $2.97 per share. Your order is complete.

May 20 · 4:19 PM
Your order to buy 5 shares of MMAT through your brokerage account was canceled.
Your order to buy 5 shares of MMAT through your brokerage account has been filled at an average price of $3.83 per share. Your order is complete.

Jun 14 · 11:29 AM
You've canceled your order to sell 130 shares of MMAT through your individual account.
You've canceled your order to sell 130 shares of MMAT through your individual account.
Your order to sell 130 shares of MMAT through your individual account has been filled at an average price of $3.19 per share. Your order is complete.