NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: Meta Materials inc

Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Laura Hill
29 Oak street
Rochdale, MA
01542

Telephone Number: 508 410 0783

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
5 JL 11030

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Laura Hill    (webull)
44 wall street 2nd Floor
New York, NY 10005
Telephone Number: 917 725 2448

3. Date Equity Interest was acquired:
09/3/21 - 10/18/24
See attached documentation

4. Total amount of member interest: 36 @ $4466.64 @ total

5. Certificate number(s): see attached documentation

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Laura Hill
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature) Laura Hill    (Date) 12/10/24

Telephone number: 508 410 0783    email: lauray01037@yahoo.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

[Print Form]    [Save Form]    [Clear Form]

## Webull

09/3/21 bought 60 shares @5.75
09/08/21 bought 10 shares @5.20
09/10/21 bought 37 shares @5.44
09/10/21 bought 20 shares @ 5.20

09/14/21 sold 127 @ $5.56

09/23/21 bought 20 @5.08
10/04/21 bought 30 @5.19
10/06/21 bought 10 @ 4.99
10/12/21 bought 20 @ 5.19

10/18/21 sold 80 @ 4.85

10/29/21 bought 50 @4.76
11/5/21 bought 20 @ 4.98
11/15/21 bought 10 @4.81
11/26/21 bought 50 @4.00
12/03/21 bought 80 @ 3.17
12/06/21 bought 20 @ 2.83
12/15/21 bought 2 @ 2.90
01/07/22 bought 74 @ 2.46
01/18/22 bought 100 @ 2.07
01/20/22 bought 100 @ 1.93
02/01/22 bought 75 @ 1.82
02/03/22 bought 78 @ 1.61
02/28/22 bought 100 @1.95
02/28/22 bought 100 @ 2.03
02/28/22 bought 100 @ 2.15
03/16/22 bought 41 @ 1.75
05/04/22 bought 50 @ 1.22
05/06/22 bought 197 @ 1.16
05/13/22 bought 150 @ 1.33
05/13/22 bought 53 @ 1.42
05/19/22 bought 21 @ 1.77
05/23/22 bought 29 @1.94
06/02/22 bought 25 1.83
06/27/22 bought 175 @1.21
10/13/22 bought 200 @ 1.15
11/01/22 bought 100 @ 1.12

11/21/22 bought 200 @ 2.20
11/21/22 bought 28 @ 2.14
04/14/23 bought 872 @ 0.22
09/22/23 bought 494 @ 0.20

01/29/24 3600 share turned to 36 shares after 100 to 1 reserve split

10/18/24 sold 36 @ 0.15 for a loss of $4,466.64

10:12  .ıll 5G 88

# MMATQ
Meta Materials Inc

Screen shot before I sold 36 Share in webull

| | | |
|---|---|---|
| Open P&L(USD) | | Day's P&L(USD) |
| | | 0.00 0.00% |
| Market Value | Total Cost | Average Price |
| 10.80 | 4,477.44 | 124.37 |
| Quantity | Position Ratio | Last Price |
| 36 | 1.19% | 0.3000 |

## Corporation Action Reminder ⌄

## Filled Records

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy 494 | 0.20 100.33 | 09/22/2023 11:39:13 EDT |
| Buy 872 | 0.22 191.84 | 04/14/2023 09:51:10 EDT |
| Buy 28 | 2.14 59.92 | 11/21/2022 10:46:24 EST |
| Buy 200 | 2.20 439.00 | 11/21/2022 10:36:06 EST |

Sell to Close        Buy

Webull_Orders_Records-4

| Name | Symbol | Side | Status | Filled | Total Qty | Price | Avg Price | Time-in-Force | Placed Time | Filled Time |
|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials Inc | MMATQ | Buy | Filled | 25 | 25 | @1.83 | 1.83 | DAY | 06/02/2022 07:42:09 EDT | 06/02/2022 07:42:10 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 29 | 29 | @1.94 | 1.94 | DAY | 05/23/2022 15:22:45 EDT | 05/23/2022 15:22:45 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 21 | 21 | @1.77 | 1.77 | DAY | 05/19/2022 14:02:16 EDT | 05/19/2022 14:04:17 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 53 | 53 | @1.42 | 1.42 | DAY | 05/13/2022 11:27:46 EDT | 05/13/2022 11:27:46 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 150 | 150 | @1.33 | 1.33 | DAY | 05/13/2022 09:39:28 EDT | 05/13/2022 09:39:28 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 197 | 197 | @1.16 | 1.16 | DAY | 05/06/2022 09:52:23 EDT | 05/06/2022 09:52:23 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 50 | 50 | @1.22 | 1.22 | DAY | 05/04/2022 09:56:23 EDT | 05/04/2022 09:56:23 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 41 | 41 | @1.75 | 1.75 | DAY | 03/16/2022 10:07:13 EDT | 03/16/2022 10:08:26 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 100 | 100 | @2.15 | 2.15 | DAY | 02/28/2022 12:01:22 EST | 02/28/2022 12:01:57 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 100 | 100 | @2.03 | 2.03 | DAY | 02/28/2022 10:30:46 EST | 02/28/2022 10:31:26 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 100 | 100 | @1.95 | 1.95 | DAY | 02/28/2022 10:09:50 EST | 02/28/2022 10:09:50 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 78 | 78 | @1.61 | 1.61 | DAY | 02/03/2022 13:09:09 EST | 02/03/2022 13:09:09 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 75 | 75 | @1.82 | 1.82 | DAY | 02/01/2022 10:43:09 EST | 02/01/2022 10:43:09 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 100 | 100 | @1.93 | 1.93 | DAY | 01/20/2022 15:36:07 EST | 01/20/2022 15:36:07 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 100 | 100 | @2.07 | 2.07 | DAY | 01/18/2022 09:36:54 EST | 01/18/2022 09:38:47 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 74 | 74 | @2.46 | 2.46 | DAY | 01/07/2022 09:11:58 EST | 01/07/2022 09:11:58 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 2 | 2 | @2.90 | 2.90 | DAY | 12/16/2021 14:27:36 EST | 12/16/2021 14:28:53 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 20 | 20 | @2.83 | 2.83 | DAY | 12/06/2021 09:38:51 EST | 12/06/2021 09:38:52 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 80 | 80 | @3.17 | 3.17 | DAY | 12/03/2021 12:23:14 EST | 12/03/2021 12:23:14 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 50 | 50 | @4.00 | 4.00 | DAY | 11/26/2021 15:32:22 EST | 11/26/2021 15:54:53 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 10 | 10 | @4.81 | 4.81 | DAY | 11/15/2021 06:20:27 EST | 11/15/2021 06:30:27 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 20 | 20 | @4.98 | 4.98 | DAY | 11/05/2021 15:28:47 EDT | 11/05/2021 15:31:18 EDT |

1

| Meta Materials Inc | MMATQ | Buy | Filled | 50 | 50 @4.76 | 4.76 | DAY | 10/29/2021 07:16:11 EDT | 10/29/2021 07:16:11 EDT |
| Meta Materials Inc | MMATQ | Sell | Filled | 80 | 80 @4.85 | 4.85 | DAY | 10/18/2021 15:56:08 EDT | 10/18/2021 15:56:08 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 20 | 20 @5.19 | 5.19 | DAY | 10/12/2021 12:28:08 EDT | 10/12/2021 12:28:22 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 10 | 10 @4.99 | 4.99 | DAY | 10/06/2021 18:45:51 EDT | 10/06/2021 18:47:41 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 30 | 30 @5.19 | 5.19 | DAY | 10/04/2021 11:44:56 EDT | 10/04/2021 11:45:52 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 20 | 20 @5.08 | 5.08 | DAY | 09/23/2021 10:32:57 EDT | 09/23/2021 10:33:17 EDT |
| Meta Materials Inc | MMATQ | Sell | Filled | 127 | 127 @5.56 | 5.56 | DAY | 09/14/2021 09:40:34 EDT | 09/14/2021 09:40:37 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 20 | 20 @5.20 | 5.20 | DAY | 09/10/2021 15:59:03 EDT | 09/10/2021 16:00:31 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 37 | 37 @5.44 | 5.44 | DAY | 09/10/2021 07:43:57 EDT | 09/10/2021 07:43:57 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 10 | 10 @5.20 | 5.20 | DAY | 09/08/2021 09:42:37 EDT | 09/08/2021 09:42:37 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 60 | 60 @5.76 | 5.75 | DAY | 09/03/2021 09:56:04 EDT | 09/03/2021 09:56:05 EDT |

2

Webull_Orders_Records-10

| Name | Symbol | Side | Status | Filled | Total Qty | Price | Avg Price | Time-in-Force | Placed Time | Filled Time |
|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials Inc | MMATQ | Buy | Filled | 872 | 872 | @0.220 | 0.220 | DAY | 04/14/2023 09:51:09 EDT | 04/14/2023 09:51:10 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 28 | 28 | @2.14 | 2.14 | DAY | 11/21/2022 10:46:24 EST | 11/21/2022 10:46:24 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 200 | 200 | @2.20 | 2.20 | DAY | 11/21/2022 10:36:06 EST | 11/21/2022 10:36:06 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 100 | 100 | @1.12 | 1.12 | DAY | 11/01/2022 12:55:34 EDT | 11/01/2022 12:55:34 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 200 | 200 | @1.15 | 1.15 | DAY | 10/13/2022 09:22:50 EDT | 10/13/2022 09:22:51 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 175 | 175 | @1.21 | 1.21 | DAY | 06/27/2022 09:25:45 EDT | 06/27/2022 09:26:55 EDT |

Webull_Orders_Records-8

| Name | Symbol | Side | Status | Filled | Total Qty | Price | Avg Price | Time-In-Force | Placed Time | Filled Time |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | EST |
| Meta Materials Inc | MMATQ | Sell | Filled | 36 | 36 | @0.151 | 0.151 | DAY | 10/18/2024 15:48:43 EDT | 10/18/2024 15:48:50 EDT |
| | NVDA | Buy | Filled | 2 | 2 | @135.85 | 135.85 | DAY | 06/18/2024 17:15:31 EDT | 06/18/2024 17:15:49 EDT |
| | GME | Buy | Filled | | | | | | | |
| Meta Materials Inc | MMATQ | Buy | Filled | 494 | 494 | @0.2031 | 0.2031 | DAY | 09/22/2023 11:38:33 EDT | 09/22/2023 11:39:13 EDT |

1