NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor: Meta Materials, inc

Case Number: 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Laura Hill
29 Dale street
Rochdale MA
01542

Telephone Number: 508 410 0783

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: 953414778

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: ____________
☐ amends a previously filed Proof of Interest dated: ____________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** (robinhood)
Laura Hill
85 willow rd, Menlo Park CA 94025

**Telephone Number:** 650 761 7789

3. **Date Equity Interest was acquired:**
6/28/21 – present
see documentation attached

4. **Total amount of member interest:** 115 shares for $4480.06

5. **Certificate number(s):** See attached documentation

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor.
☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Laura Hill
Title:
Company: Address and telephone number (if different from notice address above):

Laura Hill (Signature) 12/10/24 (Date)

Telephone number: (508) 410 0783 email: Laurag010370@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form Save Form Clear Form

## Robbinhood

6/22/21.  Bought 25 share @ 7.88 total 197.00
7/22/21   bought 100 shares @ 3.63  for 363.00
7/28/21 bought 100 shares @3.31 for $331
8/4/21 bought 30 shares @ 3.15 for $94.50
8/18/21 bought 20 shares @ 3.11 for 62.20
8/25/21 bought 25 shares @ 3.75 for 93.75
8/30/21 bought 25 shares @4.42 for 110.38
9/3/21 bought 75 shares @ 6.03 for $452.21
9/3/21 bought 25 shares @ 5.64 for 140.88
9/21/21 bought 10 shares @4.89 for 48.90
9/29/21 bought 10 shares @ 6.09 for 60.90
9/29/21 bought 30 shares @5.72 for $171.45
10/4/21 bought 10 shares @ 5.06 for 50.60
10/12/21 bought 10 shares @5.24 for 52.45
10/25/21 bought 2 shares @4.39 for 8.78
10/25/21 bought 8 shares @ 4.39 for $35.12
12/15/21 bought 5 shares @2.84 for 14.20
12/23/21 bought 190 shares @2.62 for 497.61
01/5/22 bought 1 share @ 2.56 for 2.56
01/27/22 bought 1 share @ 1.56 for 1.56
03/21/22 bought 173  shares @ 1.95 for 337.35
05/4/22 bought 150 shares @ 1.22 for 182.75
06/28/22 bought 50 shares @ 1.08 for 53.75
04/14/23 bought 900 shares @ 0.22 for 197.28
6/12/23 bought 50 shares @ 0.25 for 12.28
9/23/23 bought 475 shares @0.21 for 100.70
12/05/23 bought 8 shares @ 0.06 for $0.51
01/24/24 bought 7 shares @0.06 for 0.41
01/24/24 bought 460 shares @0.06 for 28.29

01/29/24  3000 shares turned into 30 after 100 to 1 split

04/2/24 bought 85 shares @3.82 for 324.70

Total shares holding is 115

Robbinhood Jun 1, 2021 – Dec 6, 2024

| Activity Date | Process Date | Settle Date | Instrument | Description | Trans Code | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | |
| 4/2/2024 | 4/2/2024 | 4/4/2024 | MMATQ | Meta Materials<br>CUSIP: 59134N302 | Buy | 85 | $3.82 | ($324.70) |
| [redacted] | | | | | | | | |
| 1/29/2024 | 1/29/2024 | 1/29/2024 | MMATQ | Meta Materials<br>CUSIP: 59134N302 | SPR | 30 | | |
| 1/29/2024 | 1/29/2024 | 1/29/2024 | MMAT | Meta Materials<br>CUSIP: 59134N104 | SPR | 3000S | | |
| 1/24/2024 | 1/24/2024 | 1/26/2024 | MMAT | Meta Materials<br>CUSIP: 59134N104 | Buy | 460 | $0.06 | ($28.29) |
| [redacted] | | | | | | | | |
| 1/24/2024 | 1/24/2024 | 1/26/2024 | MMAT | Meta Materials<br>CUSIP: 59134N104 | Buy | 7 | $0.06 | ($0.41) |
| [redacted] | | | | | | | | |
| 12/5/2023 | 12/5/2023 | 12/7/2023 | MMAT | Meta Materials<br>CUSIP: 59134N104 | Buy | 8 | $0.06 | ($0.51) |
| 9/26/2023 | 9/26/2023 | 9/28/2023 | MMAT | Meta Materials<br>CUSIP: 59134N104 | Buy | 475 | $0.21 | ($100.70) |
| [redacted] | | | | | | | | |
| 6/12/2023 | 6/12/2023 | 6/14/2023 | MMAT | Meta Materials<br>CUSIP: 59134N104 | Buy | 50 | $0.25 | ($12.28) |
| 4/14/2023 | 4/14/2023 | 4/18/2023 | MMAT | Meta Materials<br>CUSIP: 59134N104 | Buy | 900 | $0.22 | ($197.28) |
| [redacted] | | | | | | | | |

| Date | Date | Date | Symbol | Description | Type | Quantity | Price | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | AMC Entertainment Preferred Equity Units [illegible] | [illegible] | [illegible] | | | |
| 6/28/2022 | 6/28/2022 | 6/30/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 50 | $1.08 | ($53.75) | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | | | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| 5/4/2022 | 5/4/2022 | 5/6/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 150 | $1.22 | ($182.99) | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | 4/1/2022 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | 3/30/2022 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| 3/21/2022 | 3/21/2022 | 3/23/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 173 | $1.95 | ($337.35) | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| 1/27/2022 | 1/27/2022 | 1/31/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 1 | $1.56 | ($1.56) | |
| 1/5/2022 | 1/5/2022 | 1/7/2022 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 1 | $2.56 | ($2.56) | |
| 12/23/2021 | 12/23/2021 | 12/28/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 190 | $2.62 | ($497.61) | |
| [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | | | [illegible] | |
| 12/15/2021 | 12/15/2021 | 12/17/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 5 | $2.84 | ($14.20) | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | $4.00 | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] CUSIP: 345370860 | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 100 | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ~~10/4/2021~~ | ~~10/4/2021~~ | ~~11/8/2021~~ | ~~DJT~~ | ~~[redacted]~~ | ~~Sell~~ | ~~1~~ | ~~$56.00~~ | ~~$56.95~~ |
| ~~[redacted]~~ | ~~[redacted]~~ | ~~11/8/2021~~ | NAKD | ~~Naked Brand~~ [redacted] | ~~Sell~~ | ~~100~~ | ~~$0.69~~ | ~~$69.10~~ |
| 11/~~[redacted]~~ | ~~11/8/2021~~ | ~~11/8/2021~~ | ~~[redacted]~~ | ~~Naked Brand~~ [redacted] | ~~Buy~~ | ~~100~~ | ~~$0.67~~ | ~~($67.22)~~ |
| ~~10/26/2021~~ | ~~[redacted]~~ | | | Ford Motor [redacted] | ~~Buy~~ | ~~4~~ | ~~$17.10~~ | ~~($68.40)~~ |
| ~~[redacted]~~ | ~~10/26/2021~~ | ~~11/1/2021~~ | ~~DJT~~ | ~~Trump Media & Technology Group~~ [redacted] | ~~[redacted]~~ | ~~1~~ | ~~$72.00~~ | ~~$72.00~~ |
| 10/25/2021 | 10/25/2021 | 10/27/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 8 | $4.39 | ($35.12) |
| 10/25/2021 | 10/25/2021 | 10/27/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 2 | $4.39 | ($8.78) |
| ~~10/22/2021~~ | ~~10/25/2021~~ | | | ~~Trump Media & Technology Group~~ [redacted] | ~~Sell~~ | | | |
| | | | | ~~Trump Media & Technology Group~~ [redacted] | ~~Buy~~ | | | ~~($33.00)~~ |
| ~~[redacted]~~ | | | | Communications Systems CUSIP: 203900105 | ~~Buy~~ | ~~60~~ | ~~$4.10~~ | ~~($82.30)~~ |
| ~~[redacted]~~ | ~~10/18/2021~~ | ~~10/20/2021~~ | ~~JCS~~ | ~~[redacted]~~ | | | | $383.00 |
| 10/12/2021 | 10/12/2021 | 10/14/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 10 | $5.24 | ($52.45) |
| 10/4/2021 | 10/4/2021 | 10/6/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 10 | $5.06 | ($50.60) |
| ~~[redacted]~~ | | | ~~BBIG~~ | ~~Vinco Ventures~~ [redacted] | ~~Sell~~ | ~~50~~ | ~~$1.43~~ | ~~$71.50~~ |
| ~~[redacted]~~ | | | | ~~Vinco Ventures~~ [redacted] | ~~Buy~~ | | | ~~($92.00)~~ |
| 9/29/2021 | 9/29/2021 | 10/1/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 30 | $5.72 | ($171.45) |
| ~~[redacted]~~ | ~~9/29/2021~~ | | | ~~[redacted]~~ | | | | |
| 9/29/2021 | 9/29/2021 | 10/1/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 10 | $6.09 | ($60.90) |
| ~~[redacted]~~ | ~~9/24/2021~~ | ~~[redacted]~~ | ~~JCS~~ | ~~Communications Systems~~ [redacted] | ~~Buy~~ | ~~10~~ | ~~$9.01~~ | ~~($90.13)~~ |
| ~~[redacted]~~ | ~~9/21/2021~~ | ~~9/23/2021~~ | ~~BBIG~~ | ~~Vinco Ventures~~ [redacted] | ~~Sell~~ | ~~10~~ | | ~~$50.15~~ |
| ~~[redacted]~~ | ~~9/21/2021~~ | | | ~~Communications Systems~~ [redacted] | ~~Buy~~ | | | |
| 9/21/2021 | 9/21/2021 | 9/23/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 10 | $4.89 | ($48.90) |
| ~~[redacted]~~ | ~~[redacted]~~ | ~~9/23/2021~~ | | ~~[redacted]~~ CUSIP: [redacted] | ~~Buy~~ | ~~5~~ | ~~$8.90~~ | ~~($44.50)~~ |
| | ~~9/20/2021~~ | | ~~JCS~~ | ~~Communications Systems~~ CUSIP: 203900105 | ~~Buy~~ | | ~~$9.11~~ | ~~($91.10)~~ |
| ~~[redacted]~~ | ~~9/22/2021~~ | ~~9/22/2021~~ | ~~JCS~~ | ~~Communications Systems~~ CUSIP: 203900105 | ~~Buy~~ | ~~10~~ | ~~$9.06~~ | ~~($90.60)~~ |
| ~~[redacted]~~ | | | | ~~Vinco Ventures~~ [redacted] | | | | |
| ~~9/20/2021~~ | ~~[redacted]~~ | ~~9/20/2021~~ | ~~PLUG~~ | ~~Plug Power~~ CUSIP: 72919P202 | ~~Sell~~ | | | |
| ~~[redacted]~~ | ~~9/17/2021~~ | ~~9/21/2021~~ | ~~JCS~~ | ~~Communications Systems~~ CUSIP: 203900105 | ~~Buy~~ | | | ~~($91.15)~~ |
| | | | | ~~Communications Systems~~ CUSIP: 203900105 | ~~Buy~~ | | | ~~($90.20)~~ |
| | | | | ~~Communications Systems~~ CUSIP: 203900105 | | | | ~~($15.00)~~ |
| ~~[redacted]~~ | ~~9/16/2021~~ | ~~9/16/2021~~ | ~~BBIG~~ | ~~Vinco Ventures~~ CUSIP: 927305108 | ~~Buy~~ | | ~~$9.07~~ | ~~($45.48)~~ |
| ~~9/15/2021~~ | ~~9/15/2021~~ | ~~9/15/2021~~ | ~~BBIG~~ | ~~[redacted]~~ CUSIP: 927305108 | | ~~10~~ | ~~$9.70~~ | ~~($97.00)~~ |
| ~~[redacted]~~ | ~~9/14/2021~~ | ~~9/14/2021~~ | | ~~[redacted]~~ | | ~~10~~ | ~~$10.33~~ | ~~($103.30)~~ |
| ~~[redacted]~~ | | ~~9/10/2021~~ | ~~BBIG~~ | ~~Vinco Ventures~~ CUSIP: 927305108 | ~~Buy~~ | ~~25~~ | ~~$10.40~~ | ~~($260.00)~~ |
| ~~[redacted]~~ | | ~~9/7/2021~~ | ~~BBIG~~ | ~~[redacted]~~ | ~~Sell~~ | ~~25~~ | ~~$10.30~~ | ~~$257.50~~ |

3

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Buy | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Sell | 50 | $10.48 | $523.99 | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] CUSIP: 927330100 | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] CUSIP: 927330100 | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] CUSIP: 927330100 | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| 9/3/2021 | 9/3/2021 | 9/8/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 25 | $5.64 | ($140.88) | |
| [illegible] | [illegible] | [illegible] | [illegible] | Vinco Ventures [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| 9/3/2021 | 9/3/2021 | 9/8/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 75 | $6.03 | ($452.21) | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| 8/30/2021 | 8/30/2021 | 9/1/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 25 | $4.42 | ($110.38) | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] CUSIP: 86858W200 | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| 8/25/2021 | 8/25/2021 | 8/27/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 25 | $3.75 | ($93.75) | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | 8/26/2021 | SPRT | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] CUSIP: 86858W200 | [illegible] | [illegible] | [illegible] | [illegible] | |
| 8/18/2021 | 8/18/2021 | 8/20/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 20 | $3.11 | ($62.20) | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| 8/4/2021 | 8/4/2021 | 8/6/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 30 | $3.15 | ($94.50) | |
| 7/28/2021 | 7/28/2021 | 7/30/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 100 | $3.31 | ($331.00) | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7/22/2021 | 7/22/2021 | 7/26/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 100 | $3.63 | ($363.00) | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | |
| 6/28/2021 | 6/28/2021 | 6/30/2021 | MMAT | Meta Materials CUSIP: 59134N104 | Buy | 25 | $7.88 | ($197.00) | |
| 6/28/2021 | 6/28/2021 | 6/28/2021 | MMAT | Meta Materials CUSIP: 59134N104 | SPR | 25 | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | |
| [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | | | [illegible] | |
| 6/22/2021 | 6/22/2021 | 6/24/2021 | TRCH | Torchlight Energy Resources CUSIP: 89102U103 | Buy | 20 | $8.17 | ($163.40) | |
| 6/22/2021 | 6/22/2021 | 6/24/2021 | TRCH | Torchlight Energy Resources CUSIP: 89102U103 | Buy | 30 | $9.65 | ($289.50) | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] CUSIP: 00165C104 | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | 6/3/2021 | [illegible] | [illegible] | [illegible] | | | | ($0.20) | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Buy | 7 | $62.42 | ($436.92) | |
| | | | | | | | | | |
| | | | | | | | | | The data p |

Our powerful, new trading platform is here—at no extra cost. Try Robinhood Legend

Rewards Investing Crypto Spending Retirement Notifications Account

# Meta Materials

## $0.00

-$0.10 (-100.00%) Today

-$0.00 (-NaN%) After-hours

Current holdings in robinhood

Buy MMATQ Sell MI

You can close out your p in this stock, but you ca purchase additional sha

$53.94 buying power a

Individual

+ Add to Lists

1D 1W 1M 3M YTD 1Y 5Y MAX

| Your market value | $0.00 | Your average cost | $38.96 |
|---|---|---|---|
| Today's return | -$11.50 (-100.00%) | Shares | 115 |
| Total return | -$4,480.21 (-100.00%) | Portfolio diversity | 0.00% |

## Stock Lending

Enroll in Stock Lending Program

You're currently not taking advantage of an income opportunity. You could change that today.

## About

Filed for bankruptcy

Meta Materials, Inc. engages in the manufacture and development of functional materials. It also provides nano-optic metamaterial technology for anti-counterfeiting security features. Show more

| CEO | Employees | Headquarters | Founded |
|---|---|---|---|
| Uzi Sasson, CPA | 103 | Dartmouth, Nova Scotia | 2007 |

## Key statistics

| Market cap | Price-Earnings ratio | Dividend yield | Average volume |
|---|---|---|---|
| 0.00 | — | — | 4.48K |
| **High today** | **Low today** | **Open price** | **Volume** |
| — | — | — | 782.00 |