NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: Meta Materials, Inc. | Case Number: 24-50792 | |
|---|---|---|

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Derek Huy Vu
9 Aegean
Irvine, CA 92614

Telephone Number: (949) 910-6329

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 16 2024**

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: Robinhood Account #: 573742970 Webull Account #: 5ND69027 | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

Derek Vu
Robinhood
85 Willow Rd.,
Menlo Park, CA 94025
Telephone Number: (650) 761-7789

Derek Huy Vu
Webull Financial, LLC
44 Wall Street,
New York, NY 10005
(917) 725-2448

3. Date Equity Interest was acquired:

Between 06/08/2021 - 04/14/2023
See Attached Documentation

4. Total amount of member interest: 283 Shares for $23,696.95

5. Certificate number(s): N/A; See Attached Documentation

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Derek Huy Vu
Title:
Company: ____ Address and telephone number (if different from notice address above):

(Signature)

12/14/2024
(Date)

Telephone number: (949) 910-6329   email: dvuhru@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Proof of Interest Supplemental Information:

**Meta Materials, Inc.**
**Case: 24-50792**
**For: Derek Huy Vu**

**Robinhood Financial, LLC**
**Account #: 573742970**

| Transactions [Pre-Reverse Merger] – Torchlight Energy Resources (TRCH) | Date | Symbol | Type (BUY/SELL/OTHER) | Quantity | Price/Share | Amount |
|---|---|---|---|---|---|---|
| | 6/8/2021 | TRCH | BUY | 305 | $3.2800 | $ (1,000.40) |
| | 6/9/2021 | TRCH | BUY | 321 | $3.1100 | $ (998.05) |
| | 6/10/2021 | TRCH | BUY | 1,000 | $3.0800 | $ (3,078.60) |
| | 6/10/2021 | TRCH | BUY | 341 | $2.9300 | $ (1,000.60) |
| | 6/15/2021 | TRCH | BUY | 500 | $5.1300 | $ (2,564.65) |
| | 6/16/2021 | TRCH | BUY | 590 | $5.9000 | $ (3,481.00) |
| | 6/25/2021 | TRCH | SELL | 3,057 | $5.2800 | $ 16,142.49 |
| | 6/25/2021 | TRCH | BUY | 1,064 | $4.7000 | $ (5,000.80) |
| | | | | **1,064** | | **$ (981.61)** |
| | | | | | | |
| **Reverse Merger Spin-Off of TRCH to MMAT** | 6/25/2021 | TRCH → MMAT | Reverse Merger | 1,064 | N/A | $ (981.61) |
| | | | | | | |
| **Reverse Stock Split 2 to 1** | 6/28/2021 | MMAT | 2:1 Reverse Stock Split | **532** | N/A | **$ (981.61)** |
| | | | | | | |
| **Transactions [Post-Reverse Stock Split 2 to 1] – Meta Materials (MMAT)** | | | | | | |
| | Date | Symbol | Type (BUY/SELL/OTHER) | Quantity | Price/Share | Amount |
| | 6/29/2021 | MMAT | BUY | 500 | $7.07 | $ (3,534.10) |
| | 7/6/2021 | MMAT | BUY | 143 | $6.99 | $ (999.57) |
| | 7/7/2021 | MMAT | BUY | 120 | $6.28 | $ (753.60) |
| | 7/9/2021 | MMAT | BUY | 127 | $5.18 | $ (657.29) |
| | 7/9/2021 | MMAT | BUY | 196 | $5.11 | $ (1,001.05) |
| | 7/9/2021 | MMAT | BUY | 199 | $5.01 | $ (996.99) |
| | 7/13/2021 | MMAT | BUY | 240 | $3.99 | $ (956.83) |

| | 7/14/2021 | MMAT | BUY | 10 | $3.95 | $ | (39.50) |
|---|---|---|---|---|---|---|---|
| | 7/14/2021 | MMAT | BUY | 1 | $3.82 | $ | (3.82) |
| | 8/16/2021 | MMAT | BUY | 315 | $3.17 | $ | (998.55) |
| | 9/29/2021 | MMAT | SELL | (200) | $6.29 | $ | 1,257.97 |
| | 9/29/2021 | MMAT | SELL | (300) | $6.29 | $ | 1,887.25 |
| | 9/29/2021 | MMAT | SELL | (100) | $6.29 | $ | 628.98 |
| | 9/29/2021 | MMAT | SELL | (200) | $6.29 | $ | 1,257.97 |
| | 9/29/2021 | MMAT | SELL | (100) | $6.29 | $ | 628.98 |
| | 9/29/2021 | MMAT | SELL | (159) | $6.29 | $ | 1,000.24 |
| | 9/29/2021 | MMAT | SELL | (100) | $6.29 | $ | 628.98 |
| | 9/29/2021 | MMAT | SELL | (200) | $6.29 | $ | 1,257.97 |
| | 9/29/2021 | MMAT | SELL | (100) | $6.29 | $ | 628.98 |
| | 9/29/2021 | MMAT | SELL | (824) | $6.28 | $ | 5,174.59 |
| | 9/29/2021 | MMAT | SELL | (100) | $6.29 | $ | 628.98 |
| | 9/29/2021 | MMAT | BUY | 1 | $6.00 | $ | (6.00) |
| | 9/29/2021 | MMAT | BUY | 139 | $5.86 | $ | (814.30) |
| | 9/29/2021 | MMAT | BUY | 288 | $5.86 | $ | (1,687.19) |
| | 9/29/2021 | MMAT | BUY | 200 | $5.74 | $ | (1,148.00) |
| | 10/1/2021 | MMAT | BUY | 186 | $5.39 | $ | (1,002.41) |
| | 10/4/2021 | MMAT | BUY | 187 | $5.35 | $ | (1,000.02) |
| | 10/4/2021 | MMAT | BUY | 99 | $5.08 | $ | (502.43) |
| | 10/4/2021 | MMAT | BUY | 41 | $5.13 | $ | (210.33) |
| | 10/4/2021 | MMAT | BUY | 59 | $5.13 | $ | (302.67) |
| | 10/6/2021 | MMAT | BUY | 200 | $4.99 | $ | (997.70) |
| | 10/18/2021 | MMAT | BUY | 151 | $4.87 | $ | (735.37) |
| | 10/19/2021 | MMAT | BUY | 211 | $4.75 | $ | (1,002.25) |
| | 10/21/2021 | MMAT | BUY | 149 | $4.74 | $ | (705.95) |
| | 10/21/2021 | MMAT | BUY | 62 | $4.74 | $ | (293.75) |
| | 10/22/2021 | MMAT | BUY | 235 | $4.27 | $ | (1,003.03) |
| | 10/22/2021 | MMAT | BUY | 239 | $4.19 | $ | (1,000.93) |
| | 11/2/2021 | MMAT | SELL | (2,447) | $5.11 | $ | 12,503.81 |
| | 11/2/2021 | MMAT | BUY | 1 | $4.92 | $ | (4.92) |
| | 11/3/2021 | MMAT | BUY | 99 | $4.87 | $ | (482.13) |
| | 11/5/2021 | MMAT | BUY | 196 | $4.81 | $ | (942.76) |

| | Date | Symbol | Type | Quantity | Price/Share | Amount |
|---|---|---|---|---|---|---|
| | 11/5/2021 | MMAT | BUY | 11 | $4.81 | $ (52.91) |
| | 11/5/2021 | MMAT | BUY | 1 | $4.81 | $ (4.81) |
| | 11/15/2021 | MMAT | BUY | 209 | $4.78 | $ (998.73) |
| | 11/15/2021 | MMAT | BUY | 216 | $4.63 | $ (1,000.08) |
| | 11/16/2021 | MMAT | BUY | 228 | $4.39 | $ (1,000.92) |
| | 11/16/2021 | MMAT | BUY | 225 | $4.44 | $ (999.00) |
| | 11/16/2021 | MMAT | BUY | 229 | $4.40 | $ (1,007.44) |
| **Positions Held [Pretransfer to Webull] - Meta Materials (MMAT)** | 11/16/2021 | MMAT | BUY | 219 | $4.31 | $ (943.69) |
| | | | | **1,102** | | **$ (2,306.32)** |
| **Total shares held at RH = 1,102 + 532 = 1,634** | | | | | | |
| **Transferred all 1,634 MMAT shares held at Robinhood to Webull on 11/19/2021** | 11/19/2021 | MMAT | Transfer from RH to Webull | **1,634** | N/A | N/A |

## Webull Financial, LLC
**Account #: 5ND69027**

| **Transactions [Post-Reverse Stock Split 2 to 1] - Meta Materials (MMATQ)** | Date | Symbol | Type (BUY/SELL/OTHER) | Quantity | Price/Share | Amount |
|---|---|---|---|---|---|---|
| | 2/24/2022 | MMATQ | BUY | 637 | $1.5800 | $ (1,006.46) |
| | 3/3/2022 | MMATQ | BUY | 637 | $1.5900 | $ (1,012.83) |
| | 4/11/2022 | MMATQ | BUY | 674 | $1.4800 | $ (997.52) |
| | 4/21/2022 | MMATQ | BUY | 757 | $1.3300 | $ (1,006.81) |
| | 4/21/2022 | MMATQ | BUY | 787 | $1.2800 | $ (1,007.36) |
| | 4/26/2022 | MMATQ | BUY | 794 | $1.2600 | $ (1,000.44) |
| | 4/26/2022 | MMATQ | BUY | 800 | $1.2500 | $ (1,000.00) |
| | 6/27/2022 | MMATQ | BUY | 899 | $1.1700 | $ (1,051.83) |
| | 7/11/2022 | MMATQ | BUY | 1,000 | $1.0000 | $ (1,000.00) |
| | 7/18/2022 | MMATQ | BUY | 597 | $0.9500 | $ (567.15) |
| | 7/22/2022 | MMATQ | BUY | 539 | $0.9290 | $ (500.73) |
| | 7/22/2022 | MMATQ | BUY | 1,080 | $0.9250 | $ (999.00) |
| | 8/3/2022 | MMATQ | BUY | 565 | $0.8850 | $ (500.03) |
| | 8/19/2022 | MMATQ | BUY | 628 | $0.8624 | $ (541.59) |
| | 11/8/2022 | MMATQ | BUY | 15 | $1.4100 | $ (21.15) |
| | 11/9/2022 | MMATQ | BUY | 800 | $1.2500 | $ (1,000.00) |

| | Date | Symbol | Type (BUY/SELL/OTHER) | Quantity | Price/Share | Total Invested |
|---|---|---|---|---|---|---|
| | 11/10/2022 | MMATQ | BUY | 400 | $1.2500 | $ (500.00) |
| | 2/7/2023 | MMATQ | BUY | 200 | $0.9165 | $ (183.30) |
| | 2/13/2023 | MMATQ | BUY | 250 | $0.7800 | $ (195.00) |
| | 2/13/2023 | MMATQ | BUY | 406 | $0.7500 | $ (304.50) |
| | 2/21/2023 | MMATQ | BUY | 500 | $0.6784 | $ (339.20) |
| | 2/21/2023 | MMATQ | BUY | 331 | $0.6747 | $ (223.33) |
| | 2/21/2023 | MMATQ | BUY | 657 | $0.6600 | $ (433.62) |
| | 2/22/2023 | MMATQ | BUY | 100 | $0.6639 | $ (66.39) |
| | 2/24/2023 | MMATQ | BUY | 782 | $0.6394 | $ (500.01) |
| | 2/24/2023 | MMATQ | BUY | 190 | $0.6318 | $ (120.04) |
| | 3/1/2023 | MMATQ | BUY | 400 | $0.6000 | $ (240.00) |
| | 3/9/2023 | MMATQ | BUY | 290 | $0.5500 | $ (159.50) |
| | 3/9/2023 | MMATQ | BUY | 459 | $0.5450 | $ (250.16) |
| | 3/9/2023 | MMATQ | BUY | 463 | $0.5400 | $ (250.02) |
| | 3/16/2023 | MMATQ | BUY | 500 | $0.4999 | $ (249.95) |
| | 3/16/2023 | MMATQ | BUY | 534 | $0.5000 | $ (267.00) |
| | 3/23/2023 | MMATQ | BUY | 1,063 | $0.4700 | $ (499.61) |
| | 3/28/2023 | MMATQ | BUY | 1,137 | $0.4400 | $ (500.28) |
| | 3/30/2023 | MMATQ | BUY | 482 | $0.4150 | $ (200.03) |
| | 4/5/2023 | MMATQ | BUY | 497 | $0.4040 | $ (200.79) |
| | 4/11/2023 | MMATQ | BUY | 610 | $0.4100 | $ (250.10) |
| | 4/12/2023 | MMATQ | BUY | 265 | $0.3780 | $ (100.17) |
| | 4/13/2023 | MMATQ | BUY | 754 | $0.3300 | $ (248.82) |
| | 4/14/2023 | MMATQ | BUY | 4,156 | $0.2200 | $ (914.32) |
| | | | | 26,635 | | $ (20,409.02) |
| Total shares held at Webull = 1,634 + 26,635 = 28,300 | | | | | | |
| Reverse Stock Split 100 to 1 | 1/29/2024 | MMATQ | 100:1 Reverse Stock Split | 28,300 → 283 | N/A | N/A |
| Positions Held [Post-Reverse Stock Split 100 to 1] - Meta Materials (MMATQ) | Date | Symbol | Type (BUY/SELL/OTHER) | Quantity | Price/Share | Total Invested |
| | 12/14/2024 | MMATQ | N/A | 283 | N/A | $ (23,696.95) |

**Total shares held post-reverse split: 283 shares**
**Total amount invested: $23,696.95**
**\*\*See Transaction documentation attached\*\***

My Account

Deposit

Withdraw

Transfer In

Transfer Out

Transfer History

Account Profile

E-Documents

Settings

# Transfer History

Transfer History ⁄ Transfer Assets into Webull



## Transfer Completed

Your stock transfer request has been completed and settled. The final assets transferred into your account may be less than what you initiated, this is because your delivering broker has charged fees for transferring out, the specific amount varies by broker.

For a full transfer, you may find that some of your securities or assets are still remained in the delivering account after the transfer is completed. This is common and will happen occasionally when you have unsettled trades or dividend payments at the time the stock transfer request is received. You don't have to do anything. The remaining securities will be transferred via residual sweep about 3-5 days after the completion of the stock transfer.

| Submitted | Review | Clearing | Complete |
|---|---|---|---|
| 11/19/2021 09:31:53 EST | 04/22/2023 23:30:03 EDT | 04/22/2023 23:30:03 EDT | 04/22/2023 23:30:03 EDT |

| Current Status | Completed | Created Time | 11/19/2021 09:31:53 EST |
|---|---|---|---|
| Updated Time | 11/23/2021 05:18:44 EST | To | Individual(5ND69027) |

12/11/24, 2:58 PM    Transfer Stocks out of Webull

 **Webull**    WEBTRADE    TRADING & INVESTING    PLATFORMS    MARKET    PRICING    PROMOTION    HUB    SUPPORT    Der***com

| Outgoing Account Name | DEREK HUY VU | Transfer Method | ACATS |

| Transfer Type | PARTIAL |

## Assets Details

### Cash Amount (USD)

| Amount | $0.44 |

### Position(s)

| Symbol | Quantity |
| --- | --- |
| TSLA(Tesla Inc) | 15 |
| MMAT(Meta Materials Inc) | 1634 |
| ITRM(Iterum Therapeutics Plc) | 13209 |
| SNDL(SNDL INC) | 2439 |
| WISH(Contextlogic Inc.) | 713 |
| FUBO(Fubotv Inc.) | 60 |
| () | |
| () | |



| FAQ | About Webull | Terms & Conditions | Contact us |
|---|---|---|---|
| About Us | Our Story | Privacy Policy | support@webull.com |
| Account & Login | Careers | Business Continuity Plan | +1 (888) 828-0618 |
| Trading & Investing | Webull Promotions | Disclosures | |
| Retirement | Blog | Data Disclaimer | |
| Documents & Taxes | BrokerCheck | | |
| | Our Execution Quality | | |
| | Script Editor | | |

**DOWNLOAD** For Mac  **DOWNLOAD** For Windows  **DOWNLOAD** Linux(Ubuntu)  **Download on the** App Store  **GET IT ON** Google Play

Securities trading is offered to self-directed customers by Webull Financial LLC, a broker dealer registered with the Securities and Exchange Commission (SEC). Webull Financial LLC is a member of the Financial Industry Regulatory Authority (FINRA), Securities Investor Protection Corporation (SIPC), The New York Stock Exchange (NYSE), NASDAQ and Cboe EDGX Exchange, Inc (CBOE EDGX).

Webull Financial LLC is a CFTC registered Futures Commission Merchant with the Commodity Futures Trading Commission (CFTC) and a Member of the National Futures Association (NFA). Futures and futures options trading involves substantial risk and is not suitable for all investors. Please read the Risk Disclosure Statement and other relevant Futures Disclosures located at www.webull.com/fcm-disclosures prior to trading futures products. Futures accounts are not protected by the Securities Investor Protection Corporation (SIPC).

Advisory accounts and services are provided by Webull Advisors LLC (also known as "Webull Advisors"). Webull Advisors is an Investment Advisor registered with and regulated by the SEC under the Investment Advisors Act of 1940. Registration does not imply a level of skill or training. See additional information on the Disclosures webpage. Trades in your Webull Advisors account are executed by Webull Financial LLC.

Webull Financial LLC is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 in any cash awaiting reinvestment). An explanatory brochure is available upon request or at www.sipc.org. Webull Financial LLC's clearing firm Apex Clearing Corp has purchased an additional insurance policy. The coverage limits provide protection for securities and cash up to an aggregate of $150 million, subject to maximum limits of $37.5 million for any one customer's securities and $900,000 for any one customer's cash. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.

Options trading entails significant risk and is not appropriate for all investors. Option investors can rapidly lose the value of their investment in a short period of time and incur permanent loss by expiration date. Losses can potentially exceed the initial required deposit. You need to complete an options trading application and get approval on eligible accounts. Please read the Characteristics and Risks of Standardized Options before trading options.

All investments involve risk, and not all risks are suitable for every investor. The value of securities may fluctuate and as a result, clients may lose more than their original investment. The past performance of a security, or financial product does not guarantee future results or returns. Keep in mind that while diversification may help spread risk, it does not assure a

profit or protect against loss in a down market. There is always the potential of losing money when you invest in securities or other financial products. Investors should consider their investment objectives and risks carefully before investing.

Diversification does not eliminate the risk of experiencing investment losses. Margin trading increases risk of loss and includes the possibility of a forced sale if account equity drops below required levels. Margin is not available in all account types. Margin trading privileges are subject to Webull Financial, LLC review and approval. Leverage carries a high level of risk and is not suitable for all investors. Greater leverage creates greater losses in the event of adverse market movements.

Investors should be aware that system response, execution price, speed, liquidity, market data, and account access times are affected by many factors, including market volatility, size and type of order, market conditions, system performance, and other factors. Market volatility, volume and system availability may delay account access and trade executions.

Free trading of stocks, ETFs, and options refers to $0 commissions for Webull Financial LLC self-directed individual cash or margin brokerage accounts and IRAs that trade U.S. listed securities via mobile devices, desktop or website products. A $0.55 per contract fee applies for certain index options and a $0.10 per contract fee applies for oversized option orders. Relevant regulatory and exchange fees may apply. Please refer to our Fee Schedule for more details.

No content on the Webull Financial LLC website shall be considered as a recommendation or solicitation for the purchase or sale of securities, options, or other investment products. All information and data on the website is for reference only and no historical data shall be considered as the basis for judging future trends.

© 2024 Webull Financial LLC, All rights reserved. Member FINRA/SIPC/NYSE/NASDAQ/CBOE EDGX/NFA

# Robinhood 

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/01/2021 to 06/30/2021
**DEREK VU** Account #:573742970
9 Aegean, Irvine, CA 92614

■ Options          ■ Equities          ■ Cash and Cash Equivalents

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $8,730.81 | $16,717.15 |
| Total Securities | $36,012.99 | $37,477.60 |
| **Portfolio Value** | **$44,743.80** | **$54,194.75** |

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $22.10 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

## Portfolio Allocation



● Cash and Cash
  **Equivalents**
  30.85%

■ **Equities**
  69.15%

● **Options**
  0.00%

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Churchill Capital<br>Estimated Yield: 0.00% | CCIV | Margin | 90 | $28.82 | $2,593.80 | $0.00 | 4.79% |
| Dare Bioscience<br>Estimated Yield: 0.00% | DARE | Margin | 410 | $1.89 | $774.90 | $0.00 | 1.43% |
| Fubo TV<br>Estimated Yield: 0.00% | FUBO | Margin | 30 | $32.11 | $963.30 | $0.00 | 1.78% |
| Iterum Therapeutics<br>Estimated Yield: 0.00% | ITRM | Margin | 6,712 | $2.31 | $15,504.72 | $0.00 | 28.61% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 532 | $7.49 | $3,984.68 | $0.00 | 7.35% |
| Sundial Growers<br>Estimated Yield: 0.00% | SNDL | Margin | 2,439 | $0.95 | $2,314.61 | $0.00 | 4.27% |
| Virgin Galactic Holdings<br>Estimated Yield: 0.00% | SPCE | Margin | 21 | $46.00 | $966.00 | $0.00 | 1.78% |
| Taronis Technologies<br>Estimated Yield: 0.00% | TRNX | Margin | 5,772 | $0.03 | $180.09 | $0.00 | 0.33% |
| Tesla<br>Estimated Yield: 0.00% | TSLA | Margin | 15 | $679.70 | $10,195.50 | $0.00 | 18.81% |
| **Total Securities** | | | | | **$37,477.60** | **$0.00** | **69.15%** |
| **Brokerage Cash Balance** | | | | | **$16,717.15** | | **30.85%** |
| **Total Priced Portfolio** | | | | | **$54,194.75** | | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Moderna<br>Unsolicited, CUSIP: 60770K107 | MRNA | Margin | Sell | 05/28/2021 | 60 | $182.48 | | $10,949.03 |
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 06/03/2021 | 20 | $46.39 | $927.80 | |
| GameStop<br>Unsolicited, CUSIP: 36467W109 | GME | Margin | Buy | 06/03/2021 | 5 | $259.84 | $1,299.23 | |
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 06/04/2021 | 10 | $45.00 | $450.00 | |
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 06/04/2021 | 10 | $44.00 | $440.00 | |
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 06/04/2021 | 8 | $43.00 | $344.00 | |
| Liminal BioSciences<br>Unsolicited, CUSIP: 53272L103 | LMNL | Margin | Buy | 06/04/2021 | 100 | $7.00 | $700.00 | |
| Liminal BioSciences<br>Unsolicited, CUSIP: 53272L103 | LMNL | Margin | Sell | 06/04/2021 | 62 | $7.00 | | $433.99 |
| Liminal BioSciences<br>Unsolicited, CUSIP: 53272L103 | LMNL | Margin | Sell | 06/04/2021 | 38 | $7.00 | | $266.00 |
| Clover Health Investments<br>Unsolicited, CUSIP: 18914F103 | CLOV | Margin | Buy | 06/07/2021 | 400 | $12.65 | $5,060.00 | |
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | AMC | Margin | Sell | 06/08/2021 | 48 | $55.65 | | $2,671.18 |
| Clover Health Investments<br>Unsolicited, CUSIP: 18914F103 | CLOV | Margin | Sell | 06/08/2021 | 200 | $24.22 | | $4,843.95 |
| Clover Health Investments<br>Unsolicited, CUSIP: 18914F103 | CLOV | Margin | Sell | 06/08/2021 | 200 | $20.91 | | $4,181.95 |
| GameStop<br>Unsolicited, CUSIP: 36467W109 | GME | Margin | Sell | 06/08/2021 | 5 | $311.76 | | $1,558.79 |
| Iterum Therapeutics<br>Unsolicited, CUSIP: G6333L101 | ITRM | Margin | Buy | 06/08/2021 | 1,000 | $1.76 | $1,758.50 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/08/2021 | 305 | $3.28 | $1,000.40 | |
| Crypto Money Movement | | Margin | COIN | 06/11/2021 | | | $142.09 | |
| Crypto Money Movement | | Margin | COIN | 06/11/2021 | | | $858.26 | |
| GEO Group Unsolicited, CUSIP: 36162J106 | GEO | Margin | Buy | 06/09/2021 | 100 | $10.45 | $1,045.00 | |
| GEO Group Unsolicited, CUSIP: 36162J106 | GEO | Margin | Sell | 06/09/2021 | 100 | $10.50 | | $1,049.99 |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/09/2021 | 321 | $3.11 | $998.05 | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/10/2021 | 1,000 | $3.08 | $3,078.60 | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/10/2021 | 341 | $2.93 | $1,000.60 | |
| UWM Unsolicited, CUSIP: 91823B109 | UWMC | Margin | Buy | 06/10/2021 | 34 | $10.20 | $346.80 | |
| UWM Unsolicited, CUSIP: 91823B109 | UWMC | Margin | Buy | 06/10/2021 | 64 | $10.20 | $652.80 | |
| UWM Unsolicited, CUSIP: 91823B109 | UWMC | Margin | Buy | 06/10/2021 | 100 | $10.12 | $1,011.95 | |
| UWM Unsolicited, CUSIP: 91823B109 | UWMC | Margin | Buy | 06/10/2021 | 200 | $10.02 | $2,003.70 | |
| UWM Unsolicited, CUSIP: 91823B109 | UWMC | Margin | Buy | 06/10/2021 | 100 | $9.65 | $965.00 | |
| UWM Unsolicited, CUSIP: 91823B109 | UWMC | Margin | Buy | 06/10/2021 | 100 | $9.70 | $970.00 | |
| UWM Unsolicited, CUSIP: 91823B109 | UWMC | Margin | Buy | 06/10/2021 | 100 | $9.60 | $960.00 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| UWM<br>Unsolicited, CUSIP: 91823B109 | UWMC | Margin | Buy | 06/10/2021 | 100 | $9.62 | $962.00 | |
| UWM<br>Unsolicited, CUSIP: 91823B109 | UWMC | Margin | Buy | 06/10/2021 | 100 | $9.74 | $974.50 | |
| UWM<br>Unsolicited, CUSIP: 91823B109 | UWMC | Margin | Buy | 06/10/2021 | 3 | $9.75 | $29.25 | |
| UWM<br>Unsolicited, CUSIP: 91823B109 | UWMC | Margin | Buy | 06/10/2021 | 99 | $9.62 | $951.89 | |
| Iterum Therapeutics<br>Unsolicited, CUSIP: G6333L101 | ITRM | Margin | Buy | 06/14/2021 | 985 | $2.04 | $2,004.87 | |
| UWM<br>Unsolicited, CUSIP: 91823B109 | UWMC | Margin | Sell | 06/14/2021 | 500 | $10.05 | | $5,024.91 |
| UWM<br>Unsolicited, CUSIP: 91823B109 | UWMC | Margin | Sell | 06/14/2021 | 250 | $10.06 | | $2,514.95 |
| Churchill Capital<br>Unsolicited, CUSIP: 171439102 | CCIV | Margin | Buy | 06/15/2021 | 45 | $22.62 | $1,017.90 | |
| Iterum Therapeutics<br>Unsolicited, CUSIP: G6333L101 | ITRM | Margin | Buy | 06/15/2021 | 517 | $1.94 | $1,001.89 | |
| Torchlight Energy Resources<br>Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/15/2021 | 500 | $5.13 | $2,564.65 | |
| Apple<br>Unsolicited, CUSIP: 037833100 | AAPL | Margin | Sell | 06/16/2021 | 52 | $130.56 | | $6,789.07 |
| Torchlight Energy Resources<br>Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/16/2021 | 590 | $5.90 | $3,481.00 | |
| UWM<br>Unsolicited, CUSIP: 91823B109 | UWMC | Margin | Sell | 06/16/2021 | 250 | $9.85 | | $2,462.45 |
| Crypto Money Movement | | Margin | COIN | 06/21/2021 | | | $1,001.08 | |
| Crypto Money Movement | | Margin | COIN | 06/21/2021 | | | $306.47 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Crypto Money Movement | | Margin | COIN | 06/21/2021 | | | $694.04 | |
| Crypto Money Movement | | Margin | COIN | 06/21/2021 | | | $1,001.19 | |
| Crypto Money Movement | | Margin | COIN | 06/21/2021 | | | $999.95 | |
| Crypto Money Movement | | Margin | COIN | 06/21/2021 | | | $1,000.02 | |
| ACH Withdrawal | | Margin | ACH | 06/23/2021 | | | $1,234.00 | |
| ContextLogic Unsolicited, CUSIP: 21077C107 | WISH | Margin | Buy | 06/21/2021 | 100 | $13.17 | $1,317.00 | |
| ContextLogic Unsolicited, CUSIP: 21077C107 | WISH | Margin | Sell | 06/21/2021 | 100 | $13.22 | | $1,321.98 |
| Crypto Money Movement | | Margin | COIN | 06/23/2021 | | | $997.65 | |
| Crypto Money Movement | | Margin | COIN | 06/23/2021 | | | $999.63 | |
| Crypto Money Movement | | Margin | COIN | 06/23/2021 | | | $1,006.74 | |
| Novavax Unsolicited, CUSIP: 670002401 | NVAX | Margin | Sell | 06/21/2021 | 18 | $174.82 | | $3,146.79 |
| Crypto Money Movement | | Margin | COIN | 06/24/2021 | | | | $7,068.63 |
| Iterum Therapeutics Unsolicited, CUSIP: G6333L101 | ITRM | Margin | Buy | 06/22/2021 | 1,000 | $1.99 | $1,988.00 | |
| Iterum Therapeutics Unsolicited, CUSIP: G6333L101 | ITRM | Margin | Buy | 06/24/2021 | 500 | $1.67 | $834.30 | |
| Iterum Therapeutics Unsolicited, CUSIP: G6333L101 | ITRM | Margin | Buy | 06/24/2021 | 1,000 | $1.78 | $1,780.00 | |
| Meta Materials Unsolicited, CUSIP: 59134N104 | | Margin | SPR | 06/28/2021 | 1,528 | | | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | | Margin | SPR | 06/28/2021 | 3,057S | | | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Fubo TV<br>Unsolicited, CUSIP: 35953D104 | FUBO | Margin | Buy | 06/25/2021 | 30 | $32.96 | $988.88 | |
| Meta Materials<br>Unsolicited, CUSIP: 59134N104 | | Margin | SPR | 06/28/2021 | 996S | | | |
| Torchlight Energy Resources<br>Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/25/2021 | 1,064 | $4.70 | $5,000.80 | |
| Torchlight Energy Resources<br>Unsolicited, CUSIP: 89102U103 | | Margin | SPR | 06/28/2021 | 1,993 | | | |
| Torchlight Energy Resources<br>Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Sell | 06/25/2021 | 3,057 | $5.28 | | $16,142.04 |
| Virgin Galactic Holdings<br>Unsolicited, CUSIP: 92766K106 | SPCE | Margin | Buy | 06/25/2021 | 21 | $48.79 | $1,024.59 | |
| ACH Withdrawal | | Margin | ACH | 06/30/2021 | | | $1,264.29 | |
| **Total Funds Paid and Received** | | | | | | | **$62,439.36** | **$70,425.70** |

**Executed Trades Pending Settlement**
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Virgin Galactic Holdings<br>Unsolicited, CUSIP: 92766K106 | Margin | Buy | 06/29/2021 | 07/01/2021 | 25 | $48.23 | $1,205.75 | |
| Churchill Capital<br>Unsolicited, CUSIP: 171439102 | Margin | Buy | 06/29/2021 | 07/01/2021 | 40 | $26.52 | $1,060.71 | |
| Meta Materials<br>Unsolicited, CUSIP: 59134N104 | Margin | Buy | 06/29/2021 | 07/01/2021 | 500 | $7.07 | $3,534.10 | |
| ContextLogic<br>Unsolicited, CUSIP: 21077C107 | Margin | Buy | 06/29/2021 | 07/01/2021 | 150 | $13.85 | $2,077.49 | |
| Virgin Galactic Holdings<br>Unsolicited, CUSIP: 92766K106 | Margin | Buy | 06/29/2021 | 07/01/2021 | 25 | $48.40 | $1,210.07 | |
| Fubo TV<br>Unsolicited, CUSIP: 35953D104 | Margin | Buy | 06/29/2021 | 07/01/2021 | 50 | $32.58 | $1,629.03 | |
| Dingdong<br>Unsolicited, CUSIP: 25445D101 | Margin | Buy | 06/30/2021 | 07/02/2021 | 26 | $38.00 | $988.00 | |
| Dingdong<br>Unsolicited, CUSIP: 25445D101 | Margin | Sell | 06/30/2021 | 07/02/2021 | 26 | $40.00 | | $1,039.99 |
| Virgin Galactic Holdings<br>Unsolicited, CUSIP: 92766K106 | Margin | Buy | 06/30/2021 | 07/02/2021 | 22 | $45.30 | $996.61 | |
| **Total Executed Trades Pending Settlement** | | | | | | | $12,701.76 | $1,039.99 |

# Important Information

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF"). If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on debit balances in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the new debit balance.

We are required to report to the Internal Revenue Service all cash dividends and interest credited to your account on securities held for you in our name. All dividends and interest credits should be included in your income tax return.

Information relative to fees and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of the information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com.

Our financial statement is available for your personal inspection; it can also be emailed to you upon request.

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

Any free credit balances represent funds payable upon demand which, although properly accounted for on our books and records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

Notice to Customers

RHS acts as clearing agent for your trades. Your account, which was introduced to us by RHF, is established under your name on a "fully disclosed" basis at RHS. You remain a customer of RHF.

As required, under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

As a clearing agent, we provide securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguarding of funds and securities while in our possession, monitoring compliance with applicable credit Regulation T and RHS internal policies, preparing and making accessible your account records (including transaction confirmations and periodic statements of your account).

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://rbnhd.co/fees.

We also offer Robinhood Cash Management as an additional feature of your account. Robinhood Cash Management includes debit card access to your account and automatic sweep of uninvested cash to bank deposits. If you participate in Robinhood Cash Management, your use of the debit card, and your rights with respect to debit card transactions, will be governed by the Robinhood Debit Card Agreement, which has been provided to you and is available at https://rbnhd.co/debit-card-agreement.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email Robinhood at help@robinhood.com. Robinhood must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

A. Tell Robinhood your name and account number.
B. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
C. Tell Robinhood the dollar amount of the suspected error.

Robinhood will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes Robinhood to complete our investigation.

If you participate in Robinhood Cash Management, your uninvested cash is swept into accounts at FDIC-insured program banks, where your uninvested cash will earn interest from the program banks and be eligible for FDIC insurance up to applicable limits, subject to FDIC rules. Please see the Robinhood Securities, LLC & Robinhood Financial LLC Insured Network Deposit Sweep Program Disclosures, available at https://rbnhd.co/ind-disclosure, for the terms and conditions of this sweep program, including information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority, Inc. ("FINRA"), and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or via their website www.finra.org. RHS carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transactions we process to your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to RHF. In order to protect your rights, please confirm any oral communications in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to: help@robinhood.com.

The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealers relationship with such venue. In addition, the Rule (SEC 606) requires broker-dealers to disclose, upon customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact RHF.

Statement of Financial Condition
Robinhood Securities, LLC. audited Statement of Financial Condition as of December 31, 2020 is available on the Company's website at www.robinhood.com/legal. A paper copy may be requested at no cost by calling 1-(800)-282-1327. On December 31, 2020, Robinhood Securities, LLC. had a net capital of $554,391,618, which was $486,817,019 in excess of its required net capital of $67,574,599.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS.

1568129

# Robinhood 

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

07/01/2021 to 07/31/2021
**DEREK VU** Account #:573742970
9 Aegean, Irvine, CA 92614

☐ Options     ■ Equities     ⬚ Cash and Cash Equivalents

### Account Summary

| | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $16,717.15 | $0.88 |
| Total Securities | $37,477.60 | $36,051.21 |
| **Portfolio Value** | **$54,194.75** | **$36,052.09** |

### Income and Expense Summary

| | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $22.10 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

### Portfolio Allocation



● Cash and Cash Equivalents 0.00%

● Equities 100.00%

● Options 0.00%

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Fubo TV<br>Estimated Yield: 0.00% | FUBO | Margin | 80 | $26.04 | $2,083.20 | $0.00 | 5.78% |
| Iterum Therapeutics<br>Estimated Yield: 0.00% | ITRM | Margin | 10,254 | $0.78 | $7,986.84 | $0.00 | 22.15% |
| Lucid Group<br>Estimated Yield: 0.00% | LCID | Margin | 130 | $23.72 | $3,083.60 | $0.00 | 8.55% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 2,068 | $3.50 | $7,238.00 | $0.00 | 20.08% |
| MMAT Preferred Shares<br>Estimated Yield: 0.00% | MMAT-A | Margin | 3,057 | $0.01 | $30.57 | $0.00 | 0.08% |
| Sundial Growers<br>Estimated Yield: 0.00% | SNDL | Margin | 2,439 | $0.82 | $2,011.93 | $0.00 | 5.58% |
| Taronis Technologies<br>Estimated Yield: 0.00% | TRNX | Margin | 5,772 | $0.02 | $118.33 | $0.00 | 0.33% |
| Tesla<br>Estimated Yield: 0.00% | TSLA | Margin | 15 | $687.20 | $10,308.00 | $0.00 | 28.59% |
| ContextLogic<br>Estimated Yield: 0.00% | WISH | Margin | 321 | $9.94 | $3,190.74 | $0.00 | 8.85% |
| **Total Securities** | | | | | **$36,051.21** | **$0.00** | **100.00%** |
| **Brokerage Cash Balance** | | | | | **$0.88** | | **0.00%** |
| **Total Priced Portfolio** | | | | | **$36,052.09** | | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Churchill Capital<br>Unsolicited, CUSIP: 171439102 | CCIV | Margin | Buy | 06/29/2021 | 40 | $26.52 | $1,060.71 | |
| ContextLogic<br>Unsolicited, CUSIP: 21077C107 | WISH | Margin | Buy | 06/29/2021 | 150 | $13.85 | $2,077.49 | |
| Fubo TV<br>Unsolicited, CUSIP: 35953D104 | FUBO | Margin | Buy | 06/29/2021 | 50 | $32.58 | $1,629.03 | |
| Meta Materials<br>Unsolicited, CUSIP: 59134N104 | MMAT | Margin | Buy | 06/29/2021 | 500 | $7.07 | $3,534.10 | |
| Virgin Galactic Holdings<br>Unsolicited, CUSIP: 92766K106 | SPCE | Margin | Buy | 06/29/2021 | 25 | $48.40 | $1,210.07 | |
| Virgin Galactic Holdings<br>Unsolicited, CUSIP: 92766K106 | SPCE | Margin | Buy | 06/29/2021 | 25 | $48.23 | $1,205.75 | |
| Dingdong<br>Unsolicited, CUSIP: 25445D101 | DDL | Margin | Buy | 06/30/2021 | 26 | $38.00 | $988.00 | |
| Dingdong<br>Unsolicited, CUSIP: 25445D101 | DDL | Margin | Sell | 06/30/2021 | 26 | $40.00 | | $1,039.99 |
| Virgin Galactic Holdings<br>Unsolicited, CUSIP: 92766K106 | SPCE | Margin | Buy | 06/30/2021 | 22 | $45.30 | $996.61 | |
| ContextLogic<br>Unsolicited, CUSIP: 21077C107 | WISH | Margin | Buy | 07/01/2021 | 80 | $12.49 | $999.02 | |
| Krispy Kreme<br>Unsolicited, CUSIP: 50101L106 | DNUT | Margin | Buy | 07/01/2021 | 56 | $18.14 | $1,015.83 | |
| Krispy Kreme<br>Unsolicited, CUSIP: 50101L106 | DNUT | Margin | Buy | 07/01/2021 | 100 | $20.00 | $2,000.00 | |
| Krispy Kreme<br>Unsolicited, CUSIP: 50101L106 | DNUT | Margin | Sell | 07/01/2021 | 56 | $18.15 | | $1,016.39 |
| Krispy Kreme<br>Unsolicited, CUSIP: 50101L106 | DNUT | Margin | Sell | 07/01/2021 | 10 | $19.67 | | $196.70 |
| Krispy Kreme<br>Unsolicited, CUSIP: 50101L106 | DNUT | Margin | Sell | 07/01/2021 | 2 | $19.67 | | $39.34 |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Krispy Kreme<br>Unsolicited, CUSIP: 50101L106 | DNUT | Margin | Sell | 07/01/2021 | 88 | $19.67 | | $1,730.94 |
| Iterum Therapeutics<br>Unsolicited, CUSIP: G6333L101 | ITRM | Margin | Buy | 07/02/2021 | 425 | $1.38 | $586.50 | |
| Iterum Therapeutics<br>Unsolicited, CUSIP: G6333L101 | ITRM | Margin | Buy | 07/02/2021 | 300 | $1.38 | $414.00 | |
| MMAT Preferred Shares<br>Unsolicited, CUSIP: 59134N203 | | Margin | SOFF | 07/07/2021 | 3,057 | | | |
| Astra Space<br>Unsolicited, CUSIP: 04634X103 | ASTR | Margin | Buy | 07/06/2021 | 1 | $14.39 | $14.39 | |
| Iterum Therapeutics<br>Unsolicited, CUSIP: G6333L101 | ITRM | Margin | Buy | 07/06/2021 | 742 | $1.35 | $1,001.70 | |
| Iterum Therapeutics<br>Unsolicited, CUSIP: G6333L101 | ITRM | Margin | Buy | 07/06/2021 | 1,074 | $1.31 | $1,406.94 | |
| Meta Materials<br>Unsolicited, CUSIP: 59134N104 | MMAT | Margin | Buy | 07/06/2021 | 143 | $6.99 | $999.57 | |
| Newegg Commerce<br>Unsolicited, CUSIP: G6483G100 | NEGG | Margin | Buy | 07/06/2021 | 41 | $25.00 | $1,024.82 | |
| Newegg Commerce<br>Unsolicited, CUSIP: G6483G100 | NEGG | Margin | Sell | 07/06/2021 | 41 | $27.39 | | $1,122.98 |
| Virgin Galactic Holdings<br>Unsolicited, CUSIP: 92766K106 | SPCE | Margin | Sell | 07/06/2021 | 93 | $47.26 | | $4,394.73 |
| ContextLogic<br>Unsolicited, CUSIP: 21077C107 | WISH | Margin | Buy | 07/07/2021 | 33 | $10.95 | $361.33 | |
| ContextLogic<br>Unsolicited, CUSIP: 21077C107 | WISH | Margin | Buy | 07/07/2021 | 58 | $10.95 | $635.07 | |
| Dare Bioscience<br>Unsolicited, CUSIP: 23666P101 | DARE | Margin | Sell | 07/07/2021 | 410 | $2.24 | | $918.50 |
| Iterum Therapeutics<br>Unsolicited, CUSIP: G6333L101 | ITRM | Margin | Buy | 07/07/2021 | 1,000 | $1.16 | $1,158.90 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>Unsolicited, CUSIP: 59134N104 | MMAT | Margin | Buy | 07/07/2021 | 120 | $6.28 | $753.60 | |
| Newegg Commerce<br>Unsolicited, CUSIP: G6483G100 | NEGG | Margin | Buy | 07/07/2021 | 30 | $36.72 | $1,101.48 | |
| Newegg Commerce<br>Unsolicited, CUSIP: G6483G100 | NEGG | Margin | Sell | 07/07/2021 | 30 | $54.93 | | $1,647.89 |
| Astra Space<br>Unsolicited, CUSIP: 04634X103 | ASTR | Margin | Sell | 07/08/2021 | 1 | $13.85 | | $13.85 |
| Virgin Galactic Holdings<br>Unsolicited, CUSIP: 92766K106 | SPCE | Margin | Buy | 07/08/2021 | 50 | $45.31 | $2,265.50 | |
| Virgin Galactic Holdings<br>Unsolicited, CUSIP: 92766K106 | SPCE | Margin | Sell | 07/08/2021 | 50 | $45.19 | | $2,259.48 |
| ACH Deposit | | Margin | ACH | 07/13/2021 | | | | $1,000.00 |
| Meta Materials<br>Unsolicited, CUSIP: 59134N104 | MMAT | Margin | Buy | 07/09/2021 | 127 | $5.18 | $657.29 | |
| Meta Materials<br>Unsolicited, CUSIP: 59134N104 | MMAT | Margin | Buy | 07/09/2021 | 196 | $5.11 | $1,001.05 | |
| Meta Materials<br>Unsolicited, CUSIP: 59134N104 | MMAT | Margin | Buy | 07/09/2021 | 199 | $5.01 | $996.99 | |
| Meta Materials<br>Unsolicited, CUSIP: 59134N104 | MMAT | Margin | Buy | 07/13/2021 | 240 | $3.99 | $956.83 | |
| Meta Materials<br>Unsolicited, CUSIP: 59134N104 | MMAT | Margin | Buy | 07/14/2021 | 10 | $3.95 | $39.50 | |
| Meta Materials<br>Unsolicited, CUSIP: 59134N104 | MMAT | Margin | Buy | 07/14/2021 | 1 | $3.82 | $3.82 | |
| Iterum Therapeutics<br>Unsolicited, CUSIP: G6333L101 | ITRM | Margin | Buy | 07/15/2021 | 1 | $1.17 | $1.17 | |
| Security change from 171439102 to 549498103 | | Margin | SXCH | 07/26/2021 | 130S | | | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Security change from 171439102 to 549498103 | | Margin | SXCH | 07/26/2021 | 130 | | | |
| **Total Funds Paid and Received** | | | | | | | $32,097.06 | $15,380.79 |

**Executed Trades Pending Settlement**
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Total Executed Trades Pending Settlement** | | | | | | | $0.00 | $0.00 |

# Important Information

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF"). If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on debit balances in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the new debit balance.

We are required to report to the Internal Revenue Service all cash dividends and interest credited to your account on securities held for you in our name. All dividends and interest credits should be included in your income tax return.

Information relative to fees and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of the information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com.

Our financial statement is available for your personal inspection; it can also be emailed to you upon request.

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

Any free credit balances represent funds payable upon demand which, although properly accounted for on our books and records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

Notice to Customers

RHS acts as clearing agent for your trades. Your account, which was introduced to us by RHF, is established under your name on a "fully disclosed" basis at RHS. You remain a customer of RHF.

As required, under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

As a clearing agent, we provide securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguarding of funds and securities while in our possession, monitoring compliance with applicable credit Regulation T and RHS internal policies, preparing and making accessible your account records (including transaction confirmations and periodic statements of your account).

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://rbnhd.co/fees.

We also offer Robinhood Cash Management as an additional feature of your account. Robinhood Cash Management includes debit card access to your account and automatic sweep of uninvested cash to bank deposits. If you participate in Robinhood Cash Management, your use of the debit card, and your rights with respect to debit card transactions, will be governed by the Robinhood Debit Card Agreement, which has been provided to you and is available at https://rbnhd.co/debit-card-agreement.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email Robinhood at help@robinhood.com. Robinhood must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

A. Tell Robinhood your name and account number.
B. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
C. Tell Robinhood the dollar amount of the suspected error.

Robinhood will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes Robinhood to complete our investigation.

If you participate in Robinhood Cash Management, your uninvested cash is swept into accounts at FDIC-insured program banks, where your uninvested cash will earn interest from the program banks and be eligible for FDIC insurance up to applicable limits, subject to FDIC rules. Please see the Robinhood Securities, LLC & Robinhood Financial LLC Insured Network Deposit Sweep Program Disclosures, available at https://rbnhd.co/ind-disclosure, for the terms and conditions of this sweep program, including information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority, Inc. ("FINRA"), and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or via their website www.finra.org. RHS carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transactions we process to your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to RHF. In order to protect your rights, please confirm any oral communications in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to: help@robinhood.com.

The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venue. In addition, the Rule (SEC 606) requires broker-dealers to disclose, upon customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact RHF.

Statement of Financial Condition
Robinhood Securities, LLC. audited Statement of Financial Condition as of December 31, 2020 is available on the Company's website at www.robinhood.com/legal. A paper copy may be requested at no cost by calling 1-(800)-282-1327. On December 31, 2020, Robinhood Securities, LLC. had a net capital of $554,391,618, which was $486,817,019 in excess of its required net capital of $67,574,599.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS.



85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

08/01/2021 to 08/31/2021
**DEREK VU** Account #:573742970
9 Aegean, Irvine, CA 92614

◻ Options        ■ Equities        ■ Cash and Cash Equivalents

### Account Summary

| | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $0.88 | $0.68 |
| Total Securities | $36,051.21 | $42,116.80 |
| **Portfolio Value** | **$36,052.09** | **$42,117.48** |

### Income and Expense Summary

| | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $22.10 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

### Portfolio Allocation



● Cash and Cash
  Equivalents
  0.00%

● Equities
  100.00%

○ Options
  0.00%

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Fubo TV<br>Estimated Yield: 0.00% | FUBO | Margin | 3.5 | $29.15 | $102.03 | $0.00 | 0.24% |
| Iterum Therapeutics<br>Estimated Yield: 0.00% | ITRM | Margin | 13,209 | $0.67 | $8,850.03 | $0.00 | 21.01% |
| Lucid Group<br>Estimated Yield: 0.00% | LCID | Margin | 130 | $19.96 | $2,594.80 | $0.00 | 6.16% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 2,383 | $4.65 | $11,080.95 | $0.00 | 26.31% |
| MMAT Preferred Shares<br>Estimated Yield: 0.00% | MMAT-A | Margin | 3,057 | $0.01 | $30.57 | $0.00 | 0.07% |
| Sundial Growers<br>Estimated Yield: 0.00% | SNDL | Margin | 2,439 | $0.78 | $1,901.93 | $0.00 | 4.52% |
| Evolve Transition Infrastructure<br>Estimated Yield: 0.00% | SNMP | Margin | 1,176 | $1.09 | $1,281.84 | $0.00 | 3.04% |
| Taronis Technologies<br>Estimated Yield: 0.00% | TRNX | Margin | 5,772 | $0.02 | $98.12 | $0.00 | 0.23% |
| Tesla<br>Estimated Yield: 0.00% | TSLA | Margin | 15 | $735.72 | $11,035.80 | $0.00 | 26.20% |
| ContextLogic<br>Estimated Yield: 0.00% | WISH | Margin | 713 | $7.21 | $5,140.73 | $0.00 | 12.21% |
| **Total Securities** | | | | | **$42,116.80** | **$0.00** | **100.00%** |
| **Brokerage Cash Balance** | | | | | **$0.68** | | **0.00%** |
| **Total Priced Portfolio** | | | | | **$42,117.48** | | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Crypto Money Movement | | Margin | COIN | 08/02/2021 | | | | $1,001.49 |
| Evolve Transition Infrastructure<br>CUSIP: 30053M104 | SNMP | Margin | Buy | 08/04/2021 | 200 | $1.68 | $336.00 | |
| Evolve Transition Infrastructure<br>CUSIP: 30053M104 | SNMP | Margin | Buy | 08/04/2021 | 200 | $1.68 | $335.54 | |
| Crypto Money Movement | | Margin | COIN | 08/09/2021 | | | | $2,046.25 |
| Crypto Money Movement | | Margin | COIN | 08/09/2021 | | | | $1,988.74 |
| Evolve Transition Infrastructure<br>CUSIP: 30053M104 | SNMP | Margin | Sell | 08/05/2021 | 400 | $1.69 | | $676.18 |
| Evolve Transition Infrastructure<br>CUSIP: 30053M104 | SNMP | Margin | Buy | 08/06/2021 | 623 | $1.55 | $965.34 | |
| Evolve Transition Infrastructure<br>CUSIP: 30053M104 | SNMP | Margin | Sell | 08/09/2021 | 623 | $1.58 | | $984.88 |
| Evolve Transition Infrastructure<br>CUSIP: 30053M104 | SNMP | Margin | Buy | 08/11/2021 | 3 | $1.45 | $4.35 | |
| Evolve Transition Infrastructure<br>CUSIP: 30053M104 | SNMP | Margin | Buy | 08/11/2021 | 59 | $1.45 | $85.55 | |
| Evolve Transition Infrastructure<br>CUSIP: 30053M104 | SNMP | Margin | Buy | 08/11/2021 | 338 | $1.45 | $490.10 | |
| Fubo TV<br>CUSIP: 35953D104 | FUBO | Margin | Sell | 08/11/2021 | 80 | $31.93 | | $2,554.74 |
| Iterum Therapeutics<br>CUSIP: G6333L101 | ITRM | Margin | Buy | 08/11/2021 | 1,450 | $0.69 | $998.62 | |
| Iterum Therapeutics<br>CUSIP: G6333L101 | ITRM | Margin | Buy | 08/11/2021 | 1,503 | $0.69 | $1,035.57 | |
| ContextLogic<br>CUSIP: 21077C107 | WISH | Margin | Buy | 08/12/2021 | 54 | $8.36 | $451.44 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| ContextLogic<br>CUSIP: 21077C107 | WISH | Margin | Buy | 08/12/2021 | 66 | $8.36 | $551.76 | |
| ContextLogic<br>CUSIP: 21077C107 | WISH | Margin | Buy | 08/12/2021 | 127 | $7.88 | $1,000.76 | |
| ContextLogic<br>CUSIP: 21077C107 | WISH | Margin | Buy | 08/13/2021 | 72 | $6.92 | $498.24 | |
| ContextLogic<br>CUSIP: 21077C107 | WISH | Margin | Buy | 08/13/2021 | 73 | $6.85 | $500.05 | |
| Evolve Transition Infrastructure<br>CUSIP: 30053M104 | SNMP | Margin | Buy | 08/13/2021 | 422 | $1.19 | $502.18 | |
| Fubo TV<br>CUSIP: 359530104 | FUBO | Margin | Buy | 08/13/2021 | 0.5 | $28.74 | $14.37 | |
| Fubo TV<br>CUSIP: 359530104 | FUBO | Margin | Buy | 08/13/2021 | 3 | $28.74 | $86.21 | |
| Evolve Transition Infrastructure<br>CUSIP: 30053M104 | SNMP | Margin | Buy | 08/16/2021 | 135 | $1.12 | $151.20 | |
| Evolve Transition Infrastructure<br>CUSIP: 30053M104 | SNMP | Margin | Buy | 08/16/2021 | 219 | $1.12 | $245.28 | |
| Iterum Therapeutics<br>CUSIP: 66333L101 | ITRM | Margin | Buy | 08/16/2021 | 2 | $0.69 | $1.37 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 08/16/2021 | 315 | $3.17 | $998.55 | |
| **Total Funds Paid and Received** | | | | | | | **$9,252.48** | **$9,252.28** |

**Executed Trades Pending Settlement**
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Total Executed Trades Pending Settlement | | | | | | | $0.00 | $0.00 |

# Important Information

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF"). If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on debit balances in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the new debit balance.

We are required to report to the Internal Revenue Service all cash dividends and interest credited to your account on securities held for you in your name. All dividends and interest credits should be included in your income tax return.

Information relative to fees and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of the information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com.

Our financial statement is available for your personal inspection; it can also be emailed to you upon request.

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

Any free credit balances represent funds payable upon demand which, although properly accounted for on our books and records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

Notice to Customers

RHS acts as clearing agent for your trades. Your account, which was introduced to us by RHF, is established under your name on a "fully disclosed" basis at RHS. You remain a customer of RHF.

As required, under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

As a clearing agent, we provide securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguarding of funds and securities while in our possession, monitoring compliance with applicable credit Regulation T and RHS internal policies, preparing and making accessible your account records (including transaction confirmations and periodic statements of your account).

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://rbnhd.co/fees.

We also offer Robinhood Cash Management as an additional feature of your account. Robinhood Cash Management includes debit card access to your account and automatic sweep of uninvested cash to bank deposits. If you participate in Robinhood Cash Management, your use of the debit card, and your rights with respect to debit card transactions, will be governed by the Robinhood Debit Card Agreement, which has been provided to you and is available at https://rbnhd.co/debit-card-agreement.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email Robinhood at help@robinhood.com. Robinhood must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

A. Tell Robinhood your name and account number.
B. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
C. Tell Robinhood the dollar amount of the suspected error.

Robinhood will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes Robinhood to complete our investigation.

If you participate in Robinhood Cash Management, your uninvested cash is swept into accounts at FDIC-insured program banks, where your uninvested cash will earn interest from the program banks and be eligible for FDIC insurance up to applicable limits, subject to FDIC rules. Please see the Robinhood Securities, LLC & Robinhood Financial LLC Insured Network Deposit Sweep Program Disclosures, available at https://rbnhd.co/ind-disclosure, for the terms and conditions of this sweep program, including information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority, Inc. ("FINRA"), and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or via their website www.finra.org. RHS carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transactions we process to your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to RHF. In order to protect your rights, please confirm any oral communications in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to: help@robinhood.com.

The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealers relationship with such venue. In addition, the Rule (SEC 606) requires broker-dealers to disclose, upon customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact RHF.

Statement of Financial Condition
Robinhood Securities, LLC. Unaudited Statement of Financial Condition as of June 30, 2021 is available on the Company's website at http://www.robinhood.com/legal. A paper copy may be requested at no cost by calling 1-(800)-282-1327. On June 30, 2021, Robinhood Securities, LLC. had a net capital of $2,722,363,896, which was $2,612,355,106 in excess of its required net capital of $110,008,790.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS.

1762825

# Robinhood 

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

09/01/2021 to 09/30/2021
**DEREK VU** Account #:573742970
9 Aegean, Irvine, CA 92614

☐ Options          ■ Equities          ■ Cash and Cash Equivalents

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $0.68 | $1,494.05 |
| Total Securities | $42,116.80 | $41,751.21 |
| **Portfolio Value** | **$42,117.48** | **$43,245.26** |

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $22.10 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

## Portfolio Allocation



Cash and Cash
Equivalents
3.45%

Equities
96.55%

Options
0.00%

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Fubo TV<br>Estimated Yield: 0.00% | FUBO | Margin | 3.5 | $23.96 | $83.86 | $0.00 | 0.19% |
| Iterum Therapeutics<br>Estimated Yield: 0.00% | ITRM | Margin | 13,209 | $0.56 | $7,375.91 | $0.00 | 17.06% |
| Lucid Group<br>Estimated Yield: 0.00% | LCID | Margin | 130 | $25.38 | $3,299.40 | $0.00 | 7.63% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 2,383 | $5.78 | $13,773.74 | $0.00 | 31.85% |
| MMAT Preferred Shares<br>Estimated Yield: 0.00% | MMAT-A | Margin | 3,057 | $0.01 | $30.57 | $0.00 | 0.07% |
| Sundial Growers<br>Estimated Yield: 0.00% | SNDL | Margin | 2,439 | $0.68 | $1,653.89 | $0.00 | 3.82% |
| Taronis Technologies<br>Estimated Yield: 0.00% | TRNX | Margin | 5,772 | $0.00 | $8.66 | $0.00 | 0.02% |
| Tesla<br>Estimated Yield: 0.00% | TSLA | Margin | 15 | $775.48 | $11,632.20 | $0.00 | 26.90% |
| ContextLogic<br>Estimated Yield: 0.00% | WISH | Margin | 713 | $5.46 | $3,892.98 | $0.00 | 9.00% |
| **Total Securities** | | | | | **$41,751.21** | **$0.00** | **96.55%** |
| **Brokerage Cash Balance** | | | | | **$1,494.05** | | **3.45%** |
| **Total Priced Portfolio** | | | | | **$43,245.26** | | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Evolve Transition Infrastructure<br>CUSIP: 30053M104 | SNMP | Margin | Sell | 09/27/2021 | 1,176 | $1.27 | | $1,493.37 |
| **Total Funds Paid and Received** | | | | | | | **$0.00** | **$1,493.37** |

**Executed Trades Pending Settlement**
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | Margin | Sell | 09/29/2021 | 10/01/2021 | 300 | $6.29 | | $1,887.25 |
| Meta Materials CUSIP: 59134N104 | Margin | Sell | 09/29/2021 | 10/01/2021 | 159 | $6.29 | | $1,000.24 |
| Meta Materials CUSIP: 59134N104 | Margin | Sell | 09/29/2021 | 10/01/2021 | 100 | $6.29 | | $628.98 |
| Meta Materials CUSIP: 59134N104 | Margin | Sell | 09/29/2021 | 10/01/2021 | 200 | $6.29 | | $1,257.97 |
| Meta Materials CUSIP: 59134N104 | Margin | Sell | 09/29/2021 | 10/01/2021 | 200 | $6.29 | | $1,257.97 |
| Meta Materials CUSIP: 59134N104 | Margin | Sell | 09/29/2021 | 10/01/2021 | 100 | $6.29 | | $628.98 |
| Meta Materials CUSIP: 59134N104 | Margin | Sell | 09/29/2021 | 10/01/2021 | 100 | $6.29 | | $628.98 |
| Meta Materials CUSIP: 59134N104 | Margin | Sell | 09/29/2021 | 10/01/2021 | 100 | $6.29 | | $628.98 |
| Meta Materials CUSIP: 59134N104 | Margin | Sell | 09/29/2021 | 10/01/2021 | 200 | $6.29 | | $1,257.97 |
| Meta Materials CUSIP: 59134N104 | Margin | Sell | 09/29/2021 | 10/01/2021 | 100 | $6.29 | | $628.98 |
| Meta Materials CUSIP: 59134N104 | Margin | Sell | 09/29/2021 | 10/01/2021 | 824 | $6.28 | | $5,174.59 |
| Camber Energy CUSIP: 13200M508 | Margin | Buy | 09/29/2021 | 10/01/2021 | 243 | $4.13 | $1,003.57 | |
| Meta Materials CUSIP: 59134N104 | Margin | Buy | 09/29/2021 | 10/01/2021 | 1 | $6.00 | $6.00 | |
| Camber Energy CUSIP: 13200M508 | Margin | Buy | 09/29/2021 | 10/01/2021 | 500 | $3.99 | $1,995.00 | |

**Executed Trades Pending Settlement**
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Camber Energy<br>CUSIP: 13200M508 | Margin | Buy | 09/29/2021 | 10/01/2021 | 250 | $3.85 | $962.50 | |
| Meta Materials<br>CUSIP: 59134N104 | Margin | Buy | 09/29/2021 | 10/01/2021 | 139 | $5.86 | $814.30 | |
| Meta Materials<br>CUSIP: 59134N104 | Margin | Buy | 09/29/2021 | 10/01/2021 | 288 | $5.86 | $1,687.19 | |
| Camber Energy<br>CUSIP: 13200M508 | Margin | Buy | 09/29/2021 | 10/01/2021 | 500 | $3.13 | $1,565.00 | |
| Meta Materials<br>CUSIP: 59134N104 | Margin | Buy | 09/29/2021 | 10/01/2021 | 200 | $5.74 | $1,148.00 | |
| Camber Energy<br>CUSIP: 13200M508 | Margin | Sell | 09/30/2021 | 10/04/2021 | 142 | $3.83 | | $543.87 |
| Camber Energy<br>CUSIP: 13200M508 | Margin | Sell | 09/30/2021 | 10/04/2021 | 1,351 | $3.83 | | $5,174.55 |
| **Total Executed Trades Pending Settlement** | | | | | | | **$9,181.56** | **$20,699.31** |

# Important Information

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF"). If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on debit balances in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the new debit balance.

We are required to report to the Internal Revenue Service all cash dividends and interest credited to your account on securities held for you in our name. All dividends and interest credits should be included in your income tax return.

Information relative to fees and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of the information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com.

Our financial statement is available for your personal inspection; it can also be emailed to you upon request.

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

Any free credit balances represent funds payable upon demand which, although properly accounted for on our books and records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

Notice to Customers

RHS acts as clearing agent for your trades. Your account, which was introduced to us by RHF, is established under your name on a "fully disclosed" basis at RHS. You remain a customer of RHF.

As required, under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

As a clearing agent, we provide securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguarding of funds and securities while in our possession, monitoring compliance with applicable credit Regulation T and RHS internal policies, preparing and making accessible your account records (including transaction confirmations and periodic statements of your account).

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://rbnhd.co/fees.

We also offer Robinhood Cash Management as an additional feature of your account. Robinhood Cash Management includes debit card access to your account and automatic sweep of uninvested cash to bank deposits. If you participate in Robinhood Cash Management, your use of the debit card, and your rights with respect to debit card transactions, will be governed by the Robinhood Debit Card Agreement, which has been provided to you and is available at https://rbnhd.co/debit-card-agreement.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email Robinhood at help@robinhood.com. Robinhood must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

A. Tell Robinhood your name and account number.
B. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
C. Tell Robinhood the dollar amount of the suspected error.

Robinhood will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes Robinhood to complete our investigation.

If you participate in Robinhood Cash Management, your uninvested cash is swept into accounts at FDIC-insured program banks, where your uninvested cash will earn interest from the program banks and be eligible for FDIC insurance up to applicable limits, subject to FDIC rules. Please see the Robinhood Securities, LLC & Robinhood Financial LLC Insured Network Deposit Sweep Program Disclosures, available at https://rbnhd.co/ind-disclosure, for the terms and conditions of this sweep program, including information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority, Inc. ("FINRA"), and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or via their website www.finra.org. RHS carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transactions we process to your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to RHF. In order to protect your rights, please confirm any oral communications in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to: help@robinhood.com.

The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealers relationship with such venue. In addition, the Rule (SEC 606) requires broker-dealers to disclose, upon customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact RHF.

Statement of Financial Condition
Robinhood Securities, LLC. Unaudited Statement of Financial Condition as of June 30, 2021 is available on the Company's website at http://www.robinhood.com/legal. A paper copy may be requested at no cost by calling 1-(800)-282-1327. On June 30, 2021, Robinhood Securities, LLC. had a net capital of $2,722,363,896, which was $2,612,355,106 in excess of its required net capital of $110,008,790.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS.

1762825

# Robinhood 

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

10/01/2021 to 10/31/2021
**DEREK VU** Account #:573742970
9 Aegean, Irvine, CA 92614

☐ Options       ■ Equities       ■ Cash and Cash Equivalents

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $1,494.05 | $2,996.92 |
| Total Securities | $41,751.21 | $49,450.97 |
| **Portfolio Value** | **$43,245.26** | **$52,447.89** |

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $22.10 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

### Portfolio Allocation



● Cash and Cash Equivalents
5.71%

● Equities
93.82%

● Options
0.46%

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

**Portfolio Summary**

| Securities Held In Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Iterum Therapeutics<br>Estimated Yield: 0.00% | ITRM | Margin | 13,209 | $0.53 | $7,053.61 | $0.00 | 13.45% |
| Lucid Group<br>Estimated Yield: 0.00% | LCID | Margin | 130 | $36.99 | $4,808.70 | $0.00 | 9.17% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 2,447 | $4.70 | $11,500.90 | $0.00 | 21.93% |
| MMAT Preferred Shares<br>Estimated Yield: 0.00% | MMTLP | Margin | 3,057 | $1.28 | $3,912.96 | $0.00 | 7.46% |
| Sundial Growers<br>Estimated Yield: 0.00% | SNDL | Margin | 2,439 | $0.65 | $1,585.35 | $0.00 | 3.02% |
| Taronis Technologies<br>Estimated Yield: 0.00% | TRNX | Margin | 5,772 | $0.00 | $1.15 | $0.00 | 0.00% |
| Tesla<br>Estimated Yield: 0.00% | TSLA | Margin | 15 | $1,114.00 | $16,710.00 | $0.00 | 31.86% |
| ContextLogic<br>Estimated Yield: 0.00% | WISH | Margin | 713 | $5.10 | $3,636.30 | $0.00 | 6.93% |
| UAL 12/17/2021 Call $50.00<br>Estimated Yield: 0.00% | UAL | Margin | 2 | $1.21 | $242.00 | $0.00 | 0.46% |
| **Total Securities** | | | | | **$49,450.97** | **$0.00** | **94.29%** |
| **Brokerage Cash Balance** | | | | | **$2,996.92** | | **5.71%** |
| **Total Priced Portfolio** | | | | | **$52,447.89** | | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Camber Energy<br>CUSIP: 13200M508 | CEI | Margin | Buy | 09/29/2021 | 500 | $3.13 | $1,565.00 | |
| Camber Energy<br>CUSIP: 13200M508 | CEI | Margin | Buy | 09/29/2021 | 250 | $3.85 | $962.50 | |
| Camber Energy<br>CUSIP: 13200M508 | CEI | Margin | Buy | 09/29/2021 | 500 | $3.99 | $1,995.00 | |
| Camber Energy<br>CUSIP: 13200M508 | CEI | Margin | Buy | 09/29/2021 | 243 | $4.13 | $1,003.57 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 09/29/2021 | 200 | $5.74 | $1,148.00 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 09/29/2021 | 288 | $5.86 | $1,687.19 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 09/29/2021 | 139 | $5.86 | $814.30 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 09/29/2021 | 1 | $6.00 | $6.00 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Sell | 09/29/2021 | 824 | $6.28 | | $5,174.59 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Sell | 09/29/2021 | 100 | $6.29 | | $628.98 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Sell | 09/29/2021 | 200 | $6.29 | | $1,257.97 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Sell | 09/29/2021 | 100 | $6.29 | | $628.98 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Sell | 09/29/2021 | 100 | $6.29 | | $628.98 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Sell | 09/29/2021 | 100 | $6.29 | | $628.98 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Sell | 09/29/2021 | 200 | $6.29 | | $1,257.97 |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Sell | 09/29/2021 | 200 | $6.29 | | $1,257.97 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Sell | 09/29/2021 | 100 | $6.29 | | $628.98 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Sell | 09/29/2021 | 159 | $6.29 | | $1,000.24 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Sell | 09/29/2021 | 300 | $6.29 | | $1,887.25 |
| Camber Energy<br>CUSIP: 13200M508 | CEI | Margin | Sell | 09/30/2021 | 1,351 | $3.83 | | $5,174.55 |
| Camber Energy<br>CUSIP: 13200M508 | CEI | Margin | Sell | 09/30/2021 | 142 | $3.83 | | $543.87 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 10/01/2021 | 186 | $5.39 | $1,002.41 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 10/04/2021 | 59 | $5.13 | $302.67 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 10/04/2021 | 41 | $5.13 | $210.33 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 10/04/2021 | 99 | $5.08 | $502.43 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 10/04/2021 | 187 | $5.35 | $1,000.02 | |
| TLRY 10/08/2021 Call $12.00 | TLRY | Margin | BTO | 10/06/2021 | 10 | $0.45 | $450.00 | |
| TLRY 10/08/2021 Put $10.00 | TLRY | Margin | BTO | 10/06/2021 | 10 | $0.49 | $490.00 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 10/06/2021 | 200 | $4.99 | $997.70 | |
| TLRY 10/08/2021 Call $12.00 | TLRY | Margin | STC | 10/07/2021 | 1 | $0.08 | | $7.98 |
| TLRY 10/08/2021 Call $12.00 | TLRY | Margin | STC | 10/07/2021 | 1 | $0.08 | | $7.98 |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| TLRY 10/08/2021 Call $12.00 | TLRY | Margin | STC | 10/07/2021 | 2 | $0.08 | | $15.98 |
| TLRY 10/08/2021 Call $12.00 | TLRY | Margin | STC | 10/07/2021 | 2 | $0.08 | | $15.98 |
| TLRY 10/08/2021 Call $12.00 | TLRY | Margin | STC | 10/07/2021 | 4 | $0.08 | | $31.98 |
| Option Expiration for TLRY 2021-10-08 put $10.00 | | Margin | OEXP | 10/08/2021 | 10S | | | |
| UAL 12/17/2021 Call $50.00 | UAL | Margin | BTO | 10/13/2021 | 2 | $2.50 | $500.00 | |
| Fubo TV<br>CUSIP: 35953D104 | FUBO | Margin | Sell | 10/18/2021 | 3.5 | $29.16 | | $102.06 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 10/18/2021 | 151 | $4.87 | $735.37 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 10/19/2021 | 211 | $4.75 | $1,002.25 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 10/21/2021 | 149 | $4.74 | $705.95 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 10/21/2021 | 62 | $4.74 | $293.75 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 10/22/2021 | 239 | $4.19 | $1,000.93 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 10/22/2021 | 235 | $4.27 | $1,003.03 | |
| **Total Funds Paid and Received** | | | | | | | **$19,378.40** | **$20,881.27** |

**Executed Trades Pending Settlement**
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Lucid Group<br>CUSIP: 549498103 | Margin | Sell | 10/28/2021 | 11/01/2021 | 130 | $38.39 | | $4,990.65 |
| **Total Executed Trades Pending Settlement** | | | | | | | $0.00 | $4,990.65 |

# Important Information

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF"). If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on debit balances in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the new debit balance.

We are required to report to the Internal Revenue Service all cash dividends and interest credited to your account on securities held for you in our name. All dividends and interest credits should be included in your income tax return.

Information relative to fees and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of the information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com.

Our financial statement is available for your personal inspection; it can also be emailed to you upon request.

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

Any free credit balances represent funds payable upon demand which, although properly accounted for on our books and records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

Notice to Customers

RHS acts as clearing agent for your trades. Your account, which was introduced to us by RHF, is established under your name on a "fully disclosed" basis at RHS. You remain a customer of RHF.

As required, under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

As a clearing agent, we provide securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguarding of funds and securities while in our possession, monitoring compliance with applicable credit Regulation T and RHS internal policies, preparing and making accessible your account records (including transaction confirmations and periodic statements of your account).

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://rbnhd.co/fees.

We also offer Robinhood Cash Management as an additional feature of your account. Robinhood Cash Management includes debit card access to your account and automatic sweep of uninvested cash to bank deposits. If you participate in Robinhood Cash Management, your use of the debit card, and your rights with respect to debit card transactions, will be governed by the Robinhood Debit Card Agreement, which has been provided to you and is available at https://rbnhd.co/debit-card-agreement.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email Robinhood at help@robinhood.com. Robinhood must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

A. Tell Robinhood your name and account number.
B. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
C. Tell Robinhood the dollar amount of the suspected error.

Robinhood will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes Robinhood to complete our investigation.

If you participate in Robinhood Cash Management, your uninvested cash is swept into accounts at FDIC-insured program banks, where your uninvested cash will earn interest from the program banks and be eligible for FDIC insurance up to applicable limits, subject to FDIC rules. Please see the Robinhood Securities, LLC & Robinhood Financial LLC Insured Network Deposit Sweep Program Disclosures, available at https://rbnhd.co/ind-disclosure, for the terms and conditions of this sweep program, including information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority, Inc. ("FINRA"), and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or via their website www.finra.org. RHS carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transactions we process to your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to RHF. In order to protect your rights, please confirm any oral communications in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to: help@robinhood.com.

The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealers relationship with such venue. In addition, the Rule (SEC 606) requires broker-dealers to disclose, upon customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact RHF.

Statement of Financial Condition
Robinhood Securities, LLC. Unaudited Statement of Financial Condition as of June 30, 2021 is available on the Company's website at http://www.robinhood.com/legal. A paper copy may be requested at no cost by calling 1-(800)-282-1327. On June 30, 2021, Robinhood Securities, LLC. had a net capital of $2,722,363,896, which was $2,612,355,106 in excess of its required net capital of $110,008,790.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS.

# Robinhood 

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

11/01/2021 to 11/30/2021
**DEREK VU** Account #:573742970
9 Aegean, Irvine, CA 92614

¤ Options      ■ Equities      ■ Cash and Cash Equivalents

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $2,996.92 | $0.00 |
| Total Securities | $49,450.97 | $13,586.49 |
| **Portfolio Value** | **$52,447.89** | **$13,586.49** |

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $22.10 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

## Portfolio Allocation



Cash and Cash
Equivalents
0.00%

Equities
100.00%

Options
0.00%

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| MMAT Preferred Shares<br>Estimated Yield: 0.00% | MMTLP | Margin | 3,057 | $1.87 | $5,716.59 | $0.00 | 42.08% |
| Evolve Transition Infrastructure<br>Estimated Yield: 0.00% | SNMP | Margin | 9,871 | $0.80 | $7,868.17 | $0.00 | 57.91% |
| Taronis Technologies<br>Estimated Yield: 0.00% | TRNX | Margin | 5,772 | $0.00 | $1.73 | $0.00 | 0.01% |
| **Total Securities** | | | | | **$13,586.49** | **$0.00** | **100.00%** |
| **Brokerage Cash Balance** | | | | | **$0.00** | | **0.00%** |
| **Total Priced Portfolio** | | | | | **$13,586.49** | | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Lucid Group<br>CUSIP: 549498103 | LCID | Margin | Sell | 10/28/2021 | 130 | $38.39 | | $4,990.65 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 11/02/2021 | 1 | $4.92 | $4.92 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Sell | 11/02/2021 | 2,447 | $5.11 | | $12,503.81 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 11/03/2021 | 99 | $4.87 | $482.13 | |
| UAL 12/17/2021 Call $50.00 | UAL | Margin | STC | 11/05/2021 | 1 | $3.90 | | $389.98 |
| DKNG 11/19/2021 Call $50.00 | DKNG | Margin | BTO | 11/08/2021 | 9 | $0.32 | $288.00 | |
| DKNG 11/19/2021 Call $50.00 | DKNG | Margin | BTO | 11/08/2021 | 9 | $0.32 | $288.00 | |
| DKNG 11/19/2021 Call $50.00 | DKNG | Margin | BTO | 11/08/2021 | 1 | $0.32 | $32.00 | |
| DKNG 11/19/2021 Call $50.00 | DKNG | Margin | BTO | 11/08/2021 | 1 | $0.32 | $32.00 | |
| Evolve Transition Infrastructure<br>CUSIP: 30053M104 | SNMP | Margin | Buy | 11/05/2021 | 330 | $1.19 | $392.50 | |
| Evolve Transition Infrastructure<br>CUSIP: 30053M104 | SNMP | Margin | Buy | 11/05/2021 | 844 | $1.19 | $1,003.94 | |
| Evolve Transition Infrastructure<br>CUSIP: 30053M104 | SNMP | Margin | Buy | 11/05/2021 | 841 | $1.18 | $992.38 | |
| Evolve Transition Infrastructure<br>CUSIP: 30053M104 | SNMP | Margin | Buy | 11/05/2021 | 838 | $1.20 | $1,005.18 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 11/05/2021 | 11 | $4.81 | $52.91 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 11/05/2021 | 1 | $4.81 | $4.81 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 11/05/2021 | 196 | $4.81 | $942.76 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| UAL 12/17/2021 Call $50.00 | UAL | Margin | STC | 11/08/2021 | 1 | $5.45 | | $544.98 |
| Evolve Transition Infrastructure CUSIP: 30053M104 | SNMP | Margin | Buy | 11/09/2021 | 840 | $1.19 | $999.01 | |
| Evolve Transition Infrastructure CUSIP: 30053M104 | SNMP | Margin | Buy | 11/09/2021 | 840 | $1.19 | $996.66 | |
| Evolve Transition Infrastructure CUSIP: 30053M104 | SNMP | Margin | Buy | 11/09/2021 | 847 | $1.19 | $1,004.80 | |
| Evolve Transition Infrastructure CUSIP: 30053M104 | SNMP | Margin | Buy | 11/09/2021 | 200 | $1.18 | $236.00 | |
| Evolve Transition Infrastructure CUSIP: 30053M104 | SNMP | Margin | Buy | 11/09/2021 | 200 | $1.18 | $236.00 | |
| Evolve Transition Infrastructure CUSIP: 30053M104 | SNMP | Margin | Buy | 11/09/2021 | 200 | $1.18 | $236.00 | |
| Evolve Transition Infrastructure CUSIP: 30053M104 | SNMP | Margin | Buy | 11/09/2021 | 248 | $1.18 | $292.64 | |
| Evolve Transition Infrastructure CUSIP: 30053M104 | SNMP | Margin | Buy | 11/09/2021 | 200 | $1.17 | $234.00 | |
| Evolve Transition Infrastructure CUSIP: 30053M104 | SNMP | Margin | Buy | 11/09/2021 | 100 | $1.17 | $117.00 | |
| Evolve Transition Infrastructure CUSIP: 30053M104 | SNMP | Margin | Buy | 11/09/2021 | 255 | $1.17 | $298.35 | |
| Evolve Transition Infrastructure CUSIP: 30053M104 | SNMP | Margin | Buy | 11/09/2021 | 300 | $1.17 | $351.00 | |
| Evolve Transition Infrastructure CUSIP: 30053M104 | SNMP | Margin | Buy | 11/09/2021 | 463 | $1.17 | $541.71 | |
| Evolve Transition Infrastructure CUSIP: 30053M104 | SNMP | Margin | Buy | 11/09/2021 | 392 | $1.17 | $458.64 | |
| Evolve Transition Infrastructure CUSIP: 30053M104 | SNMP | Margin | Buy | 11/09/2021 | 855 | $1.17 | $1,000.35 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Fubo TV<br>CUSIP: 35953D104 | FUBO | Margin | Buy | 11/09/2021 | 28 | $31.18 | $873.04 | |
| Fubo TV<br>CUSIP: 35953D104 | FUBO | Margin | Buy | 11/09/2021 | 32 | $31.03 | $992.96 | |
| TDH Holdings<br>CUSIP: G87084102 | PETZ | Margin | Buy | 11/09/2021 | 120 | $8.25 | $990.31 | |
| TDH Holdings<br>CUSIP: G87084102 | PETZ | Margin | Sell | 11/09/2021 | 40 | $8.25 | | $330.00 |
| TDH Holdings<br>CUSIP: G87084102 | PETZ | Margin | Sell | 11/09/2021 | 80 | $8.25 | | $659.98 |
| Evolve Transition Infrastructure<br>CUSIP: 30053M104 | SNMP | Margin | Sell | 11/11/2021 | 1,150 | $1.19 | | $1,368.35 |
| Crypto Money Movement | | Margin | COIN | 11/16/2021 | | | $327.24 | |
| Crypto Money Movement | | Margin | COIN | 11/16/2021 | | | | $317.35 |
| Evolve Transition Infrastructure<br>CUSIP: 30053M104 | SNMP | Margin | Buy | 11/15/2021 | 877 | $1.14 | $999.43 | |
| Evolve Transition Infrastructure<br>CUSIP: 30053M104 | SNMP | Margin | Buy | 11/15/2021 | 70 | $1.13 | $79.10 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 11/15/2021 | 209 | $4.78 | $998.73 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 11/15/2021 | 216 | $4.63 | $1,000.08 | |
| DKNG 11/19/2021 Call $50.00 | DKNG | Margin | STC | 11/17/2021 | 20 | $0.01 | | $19.95 |
| Evolve Transition Infrastructure<br>CUSIP: 30053M104 | SNMP | Margin | Buy | 11/16/2021 | 909 | $1.10 | $999.90 | |
| Evolve Transition Infrastructure<br>CUSIP: 30053M104 | SNMP | Margin | Buy | 11/16/2021 | 42 | $1.10 | $46.13 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Evolve Transition Infrastructure<br>CUSIP: 30053M104 | SNMP | Margin | Buy | 11/16/2021 | 2 | $1.10 | $2.19 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 11/16/2021 | 228 | $4.39 | $1,000.92 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 11/16/2021 | 225 | $4.44 | $999.00 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 11/16/2021 | 229 | $4.40 | $1,007.44 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 11/16/2021 | 219 | $4.31 | $943.69 | |
| ACH Deposit | | Margin | ACH | 11/19/2021 | | | | $75.00 |
| ACAT OUT control_num = 20213230029164, firm_id = 0158, acct_num = 5ND69027 | | Margin | ACATO | 11/22/2021 | | | $0.44 | |
| ContextLogic<br>CUSIP: 21077C107 | | Margin | ACATO | 11/22/2021 | 713S | | | |
| Evolve Transition Infrastructure<br>CUSIP: 30053M104 | SNMP | Margin | Buy | 11/18/2021 | 325 | $1.03 | $334.56 | |
| Evolve Transition Infrastructure<br>CUSIP: 30053M104 | SNMP | Margin | Buy | 11/18/2021 | 3 | $1.04 | $3.12 | |
| Fubo TV<br>CUSIP: 35953D104 | | Margin | ACATO | 11/22/2021 | 60S | | | |
| Iterum Therapeutics<br>CUSIP: G6333L101 | | Margin | ACATO | 11/22/2021 | 13,209S | | | |
| Meta Materials<br>CUSIP: 59134N104 | | Margin | ACATO | 11/22/2021 | 1,634S | | | |
| Sundial Growers<br>CUSIP: 86730L109 | | Margin | ACATO | 11/22/2021 | 2,439S | | | |
| Tesla<br>CUSIP: 88160R101 | | Margin | ACATO | 11/22/2021 | 15S | | | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Transaction Fee | | Margin | FEE | 11/22/2021 | | | $75.00 | |
| **Total Funds Paid and Received** | | | | | | | **$24,196.97** | **$21,200.05** |

**Executed Trades Pending Settlement**
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Total Executed Trades Pending Settlement** | | | | | | | **$0.00** | **$0.00** |

# Important Information

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF"). If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on debit balances in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the new debit balance.

We are required to report to the Internal Revenue Service all cash dividends and interest credited to your account on securities held for you in our name. All dividends and interest credits should be included in your income tax return.

Information relative to fees and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of the information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com.

Our financial statement is available for your personal inspection; it can also be emailed to you upon request.

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

Any free credit balances represent funds payable upon demand which, although properly accounted for on our books and records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

Notice to Customers

RHS acts as clearing agent for your trades. Your account, which was introduced to us by RHF, is established under your name on a "fully disclosed" basis at RHS. You remain a customer of RHF.

As required, under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

As a clearing agent, we provide securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguarding of funds and securities while in our possession, monitoring compliance with applicable credit Regulation T and RHS internal policies, preparing and making accessible your account records (including transaction confirmations and periodic statements of your account).

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://rbnhd.co/fees.

We also offer Robinhood Cash Management as an additional feature of your account. Robinhood Cash Management includes debit card access to your account and automatic sweep of uninvested cash to bank deposits. If you participate in Robinhood Cash Management, your use of the debit card, and your rights with respect to debit card transactions, will be governed by the Robinhood Debit Card Agreement, which has been provided to you and is available at https://rbnhd.co/debit-card-agreement.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email Robinhood at help@robinhood.com. Robinhood must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

A. Tell Robinhood your name and account number.
B. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
C. Tell Robinhood the dollar amount of the suspected error.

Robinhood will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes Robinhood to complete our investigation.

If you participate in Robinhood Cash Management, your uninvested cash is swept into accounts at FDIC-insured program banks, where your uninvested cash will earn interest from the program banks and be eligible for FDIC insurance up to applicable limits, subject to FDIC rules. Please see the Robinhood Securities, LLC & Robinhood Financial LLC Insured Network Deposit Sweep Program Disclosures, available at https://rbnhd.co/ind-disclosure, for the terms and conditions of this sweep program, including information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority, Inc. ("FINRA"), and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or via their website www.finra.org. RHS carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transactions we process to your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to RHF. In order to protect your rights, please confirm any oral communications in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to: help@robinhood.com.

The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealers relationship with such venue. In addition, the Rule (SEC 606) requires broker-dealers to disclose, upon customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact RHF.

Statement of Financial Condition
Robinhood Securities, LLC. Unaudited Statement of Financial Condition as of June 30, 2021 is available on the Company's website at http://www.robinhood.com/legal. A paper copy may be requested at no cost by calling 1-(800)-282-1327. On June 30, 2021, Robinhood Securities, LLC. had a net capital of $2,722,363,896, which was $2,612,355,106 in excess of its required net capital of $110,008,790.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS.

1762825

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*February 1, 2022 - February 28, 2022*

PAGE 1 OF 10

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

DEREK HUY HUY VU
9 AEGEAN
IRVINE CA  92614-5308

**ACCOUNT SUMMARY**

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Cash account | $2,016.53 | $1,013.63 |
| NET ACCOUNT BALANCE | 2,016.53 | 1,013.63 |
| Securities | 25,046.44 | 26,717.43 |
| TOTAL PRICED PORTFOLIO | 25,046.44 | 26,717.43 |
| **Total Equity Holdings** | **$27,062.97** | **$27,731.06** |

**PORTFOLIO EQUITY ALLOCATION**



Cash
3.655%

Equities
96.345%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

## IMPORTANT INFORMATION

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the first day of the year and, in January, the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure with randomly selects form among all customer short positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

SIPC Protection. As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

## NOTICE TO CUSTOMERS

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Reports as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009

**ACCOUNT SUMMARY:**
Displays applicable account type balance, money market balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.
**INCOME AND EXPENSE SUMMARY:**
Lists all income earned during the current statement period, as well as year to date. Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays and Margin Interest Expenses.
**PORTFOLIO EQUITY ALLOCATION:**
The Pie Chart is an estimate for illustrative purposes only.
**PORTFOLIO SUMMARY:**
Lists all securities held in your account.
**MARKET VALUE:**
This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation places particularly in the case of inactive or infrequently traded securities.
Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank
Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current's actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation, upon request.

**ESTIMATED ANNUAL INCOME**
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.
**OPEN ORDERS:**
Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
**MONEY MARKET ACTIVITY:**
Purchases, reinvestments and liquidations of money market fund, plus redemptions of money market fund checks.
**DEFINITION OF ACCOUNT TYPES**  C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

**REALIZED GAIN/LOSS DETAIL AND PORTFOLIO SUMMARY SECTIONS:**
Displays mutual funds by average cost and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) does not reflect wash sales and may not reflect all capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

**Order Routing:**
The SEC requires all broker-dealers that route orders to equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*February 1, 2022 - February 28, 2022*

PAGE **2** OF 10

ACCOUNT NUMBER  **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

## ▶ PORTFOLIO SUMMARY

### EQUITIES / OPTIONS

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| ALAMOS GOLD INC COM CL A | AGI | C | 2 | $7.36 | $14.72 | $13.66 | 8% | | .053% |
| BIONANO GENOMICS INC COMMON STOCK | BNGO | C | 12 | 2.14 | 25.68 | 26.64 | -4 | | .093 |
| CONTEXTLOGIC INC CLASS A COMMON STOCK | WISH | C | 713 | 2.37 | 1,689.81 | 1,889.45 | -11 | | 6.094 |
| EVOLVE TRANSITN INFRASTRUCTURE LP COMMON UNITS REPRESNTNG CL B LIMITD LIABILITY COMPANY INT | SNMP | C | 5 | 0.607 | 3.04 | 2.20 | 38 | | .011 |
| FUBOTV INC COMMON STOCK | FUBO | C | 60 | 8.55 | 513.00 | 644.40 | -20 | | 1.850 |
| META MATLS INC COMMON STOCK | MMAT | C | 637 | 2.15 | 1,369.55 | 2,728.78 | -50 | | 4.939 |
| TESLA INC COMMON STOCK | TSLA | C | 15 | 870.43 | 13,056.45 | 14,050.80 | -7 | | 47.082 |
| ITERUM THERAPEUTICS PLC ORDINARY SHARE | ITRM | O | 13,209 | 0.399 | 5,270.39 | 4,525.40 | 16 | | 19.005 |
| META MATLS INC COMMON STOCK | MMAT | O | 1,634 | 2.15 | 3,513.10 | | N/A | | 12.668 |

*February 1, 2022 - February 28, 2022*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 3 OF 10

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

A C C O U N T

▶ PORTFOLIO SUMMARY (CONTINUED)

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** (continued) | | | | | | | | | |
| SUNDIAL GROWERS INC COM | SNDL | O | 2,439 | 0.517 | 1,261.69 | 1,165.11 | 8 | | 4.550 |
| **Total Equities** | | | | | **$26,717.43** | | | | **96.345%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$1,013.63** | | | | **3.655%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$27,731.06** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 02/28/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 637 | $1.5799 | $1,006.40 | |
| **Total Buy / Sell Transactions** | | | | | | **$1,006.40** | |
| **DIVIDENDS AND INTEREST** | | | | | | | |
| INTEREST | 02/11/22 | C | FULLYPAID LENDING REBATE DUE 12/31/35 Jan2022 REBATE Security Number: 8S87337 | | | | $3.50 |
| **Total Dividends And Interest** | | | | | | | **$3.50** |

*February 1, 2022 - February 28, 2022*

PAGE 4 OF 10

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

**SECURITIES RECEIVED AND DELIVERED**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| JOURNAL | 02/11/22 | O | META MATLS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(149473163)<br>CUSIP: 59134N104 | 1,634 | | | |
| JOURNAL | 02/14/22 | C | META MATLS INC<br>COMMON STOCK<br>TO TYPE 1 FROM TYPE 7<br>FFS(150078387)<br>CUSIP: 59134N104 | 1,634 | | | |
| JOURNAL | 02/25/22 | O | META MATLS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(152828065)<br>CUSIP: 59134N104 | 1,634 | | | |
| JOURNAL | 02/11/22 | C | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(149473163)<br>CUSIP: 59134N104 | -1,634 | | | |
| JOURNAL | 02/14/22 | O | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 7 TO TYPE 1<br>FFS(150078387)<br>CUSIP: 59134N104 | -1,634 | | | |

*February 1, 2022 - February 28, 2022*

PAGE 5 OF 10

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**DEREK HUY HUY VU**

A C C O U N T

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 02/25/22 | C | META MATLS INC COMMON STOCK FROM TYPE 1 TO TYPE 7 FFS(152828065) CUSIP: 59134N104 | -1,634 | | | |

**Total Securities Received And Delivered**

I N D I V I D U A L

*February 1, 2022 - February 28, 2022*

PAGE 6 OF 10

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

DEREK HUY HUY VU

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ **ANNOUNCEMENTS**

**IMPORTANT INFORMATION**

**Statement of Financial Condition**
A copy of Apex Clearing Corporation's Unaudited Statement of Financial Condition as of June 30, 2021 is available on the website at www.apexclearing.com/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation. As of June 30, 2021, Apex Clearing Corporation had a net capital of $407,242,025 and was $359,371,347 in excess of its required net capital of $47,870,678. As of July 31, 2021, Apex Clearing Corporation had a net capital of $416,271,626 and was $370,434,309 in excess of its required net capital of $45,837,317.

**Apex's Policy for Dividends and Interest**
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

**Participation in Fully Paid Lending Program**
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

**Information Regarding Cost Basis for Foreign Account Statements**
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municipal Securities -** you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

**IMPORTANT INFORMATIO N**

To our valued customers:
FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72
"**IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement.**"
The preceding notice is required when reporting distributions on Direct Participation Programs  and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular  DPP or REIT will be provided to clients upon request.
**Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**
Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can

*February 1, 2022 - February 28, 2022*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 7 OF 10

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

► ANNOUNCEMENTS (CONTINUED)

be accessed on the internet at: **http://public.s3.com/rule606/apex/**, or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009.
SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."
In accordance with the Emergency Economic Stabilization Act of 2008 broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.
•Equity securities acquired on or after January 1, 2011
•Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:
•Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)
Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

## IMPORTANT INFORMATION CONTINUED

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013. The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. **Please note SIPC does not cover commodity contracts and options on futures.** For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection. This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted. This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities. For additional information, please contact your broker.

**FDIC SWEEP PROGRAM**
For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the program.

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC up to the maximum applicable insurance limits. Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov. Deposit Account balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected as established by current applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org.

**IMPORTANT INFORMATION**
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has

*February 1, 2022 - February 28, 2022*

PAGE 8 OF 10

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**DEREK HUY HUY VU**

▶ ANNOUNCEMENTS (CONTINUED)

designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record.

A brief summary of the content of the Annual Disclosure Statement is as follows:

- Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
- Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
- Margin Disclosure Statement: FINRA Rule 2264 - The information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
- Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing Information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The investor brochure may be obtained from FINRA BrokerCHeck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.
- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/,

## IMPORTANT INFORMATION - Privacy Policy

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

*February 1, 2022 - February 28, 2022*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 9 OF 10

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

► ANNOUNCEMENTS (CONTINUED)

**Personal Information Collected**
In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:
• Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
• Information relating to your transactions, including account balances, positions, and activity;
• Information which may be received from consumer reporting agencies, such as credit bureau reports;
• Information relating to your creditworthiness;
• Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

**Sharing of Nonpublic Personal Information**
Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

**Security**
Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non- public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers.  As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as  authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

**Access to Your Information**
You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**
Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**
Apex reserves the right to make changes to this policy.

*February 1, 2022 - February 28, 2022*

PAGE **10** OF 10

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶  ANNOUNCEMENTS  (CONTINUED)

**How to Get in Touch with Apex about this Privacy Policy**
For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit our sharing of your personal information, please contact:

Apex Clearing Corporation
Attn: Compliance Department 350 N. St. Paul St., Suite 1300
Dallas, Texas 75201
cs@apexclearing.com

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*March 1, 2022 - March 31, 2022*

PAGE 1 OF 11

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

DEREK HUY HUY VU
9 AEGEAN
IRVINE CA  92614-5308

## ▶ ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Cash account | $1,013.63 | $3,005.08 |
| NET ACCOUNT BALANCE | 1,013.63 | 3,005.08 |
| Securities | 26,717.43 | 29,465.72 |
| TOTAL PRICED PORTFOLIO | 26,717.43 | 29,465.72 |
| **Total Equity Holdings** | **$27,731.06** | **$32,470.80** |

## ▶ INCOME AND EXPENSE SUMMARY

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Taxable dividends | $0.05 | $0.05 |
| Foreign tax paid | $-0.01 | $-0.01 |

## ▶ PORTFOLIO EQUITY ALLOCATION



Cash
9.255%

Equities
90.745%

ACCOUNT CARRIED BY:
**APEX CLEARING**
**CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

**IMPORTANT INFORMATION**

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January, the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects form among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

SIPC Protection. As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

**NOTICE TO CUSTOMERS**

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009

**ACCOUNT SUMMARY:**
Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.
**INCOME AND EXPENSE SUMMARY:**
Lists all income earned during the current statement period, as well as year to date. Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays and Margin Interest Expenses.
**PORTFOLIO EQUITY ALLOCATION:**
The Pie Chart is an estimate for illustrative purposes only.
**PORTFOLIO SUMMARY:**
Lists all accounts held in your account.
**MARKET VALUE:**
This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities.
Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank.
Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

**ESTIMATED ANNUAL INCOME**
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.
**OPEN ORDERS:**
Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
**MONEY MARKET ACTIVITY:**
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.
**DEFINITION OF ACCOUNT TYPES** C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

**REALIZED GAIN/LOSS DETAIL AND SUMMARY SECTIONS:**
Displays mutual funds by average cost and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) does not reflect wash sales and may not reflect all capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX INFORMATION. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

**Order Routing:**
The SEC requires all broker-dealers that route orders to equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*March 1, 2022 - March 31, 2022*

PAGE 2 OF 11

ACCOUNT NUMBER  **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| ALAMOS GOLD INC COM CL A | AGI | C | 2 | $8.42 | $16.84 | $14.72 | 14% | | .052% |
| CONTEXTLOGIC INC CLASS A COMMON STOCK | WISH | C | 713 | 2.25 | 1,604.25 | 1,689.81 | -5 | | 4.941 |
| EVOLVE TRANSITN INFRASTRUCTURE LP COMMON UNITS REPRESNTNG CL B LIMITD LIABILITY COMPANY INT | SNMP | C | 5 | 0.521 | 2.61 | 3.04 | -14 | | .008 |
| FUBOTV INC COMMON STOCK | FUBO | C | 60 | 6.57 | 394.20 | 513.00 | -23 | | 1.214 |
| TESLA INC COMMON STOCK | TSLA | C | 15 | 1,077.60 | 16,164.00 | 13,056.45 | 24 | | 49.780 |
| BIONANO GENOMICS INC COMMON STOCK | BNGO | O | 12 | 2.58 | 30.96 | | N/A | | .095 |
| ITERUM THERAPEUTICS PLC ORDINARY SHARE | ITRM | O | 13,209 | 0.355 | 4,689.20 | 5,270.39 | -11 | | 14.441 |
| META MATLS INC COMMON STOCK | MMAT | O | 2,908 | 1.67 | 4,856.36 | 3,513.10 | 38 | | 14.956 |
| SUNDIAL GROWERS INC COM | SNDL | O | 2,439 | 0.70 | 1,707.30 | 1,261.69 | 35 | | 5.258 |
| **Total Equities** | | | | | **$29,465.72** | | | | **90.745%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$3,005.08** | | | | **9.255%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$32,470.80** | | | | |

*March 1, 2022 - March 31, 2022*

PAGE 3 OF 11

ACCOUNT NUMBER   **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**▶ ACCOUNT ACTIVITY**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 03/07/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 637 | $1.59 | $1,012.83 | |
| **Total Buy / Sell Transactions** | | | | | | **$1,012.83** | |
| **DIVIDENDS AND INTEREST** | | | | | | | |
| INTEREST | 03/11/22 | C | FULLYPAID LENDING REBATE DUE 12/31/35 Feb2022 REBATE Security Number: 8S87337 | | | | $4.24 |
| DIVIDEND | 03/31/22 | C | ALAMOS GOLD INC COM CL A CASH DIV ON    2 SHS REC 03/17/22 PAY 03/31/22 FOREIGN TAX WITHHELD CUSIP: 011532108 | | 0.025 WH | 0.01 | 0.05 |
| **Total Dividends And Interest** | | | | | | **$0.01** | **$4.29** |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 03/14/22 | C | ACH DEPOSIT SEN(20220314340931) | | | | $2,000.00 |
| ACH | 03/15/22 | C | ACH DEPOSIT SEN(20220315120368) | | | | 1,000.00 |
| **Total Funds Paid And Received** | | | | | | | **$3,000.00** |

*March 1, 2022 - March 31, 2022*

PAGE 4 OF 11

ACCOUNT NUMBER  **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** | | | | | | | |
| JOURNAL | 03/01/22 | O | META MATLS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(153165698)<br>CUSIP: 59134N104 | 637 | | | |
| JOURNAL | 03/08/22 | O | META MATLS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(154271557)<br>CUSIP: 59134N104 | 637 | | | |
| JOURNAL | 03/09/22 | O | BIONANO GENOMICS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(154537157)<br>CUSIP: 09075F107 | 12 | | | |
| JOURNAL | 03/15/22 | O | CONTEXTLOGIC INC<br>CLASS A COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(155337930)<br>CUSIP: 21077C107 | 713 | | | |
| JOURNAL | 03/16/22 | C | CONTEXTLOGIC INC<br>CLASS A COMMON STOCK<br>TO TYPE 1 FROM TYPE 7<br>FFS(155536836)<br>CUSIP: 21077C107 | 713 | | | |
| JOURNAL | 03/21/22 | O | EVOLVE TRANSITN INFRASTRUCTURE<br>LP COMMON UNITS REPRESNTNG CL<br>B LIMITD LIABILITY COMPANY INT<br>TO TYPE 7 FROM TYPE 1<br>FFS(156412895)<br>CUSIP: 30053M104 | 5 | | | |

*March 1, 2022 - March 31, 2022*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 5 OF 11

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

► ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 03/29/22 | C | EVOLVE TRANSITN INFRASTRUCTURE LP COMMON UNITS REPRESNTNG CL B LIMITD LIABILITY COMPANY INT TO TYPE 1 FROM TYPE 7 FFS(158098303) CUSIP: 30053M104 | 5 | | | |
| JOURNAL | 03/01/22 | C | META MATLS INC COMMON STOCK FROM TYPE 1 TO TYPE 7 FFS(153165698) CUSIP: 59134N104 | -637 | | | |
| JOURNAL | 03/08/22 | C | META MATLS INC COMMON STOCK FROM TYPE 1 TO TYPE 7 FFS(154271557) CUSIP: 59134N104 | -637 | | | |
| JOURNAL | 03/09/22 | C | BIONANO GENOMICS INC COMMON STOCK FROM TYPE 1 TO TYPE 7 FFS(154537157) CUSIP: 09075F107 | -12 | | | |
| JOURNAL | 03/15/22 | C | CONTEXTLOGIC INC CLASS A COMMON STOCK FROM TYPE 1 TO TYPE 7 FFS(155337930) CUSIP: 21077C107 | -713 | | | |
| JOURNAL | 03/16/22 | O | CONTEXTLOGIC INC CLASS A COMMON STOCK FROM TYPE 7 TO TYPE 1 FFS(155536836) CUSIP: 21077C107 | -713 | | | |

*March 1, 2022 - March 31, 2022*

PAGE 6 OF 11

ACCOUNT NUMBER   **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 03/21/22 | C | EVOLVE TRANSITN INFRASTRUCTURE LP COMMON UNITS REPRESNTNG CL B LIMITD LIABILITY COMPANY INT FROM TYPE 1 TO TYPE 7 FFS(156412895) CUSIP: 30053M104 | -5 | | | |
| JOURNAL | 03/29/22 | O | EVOLVE TRANSITN INFRASTRUCTURE LP COMMON UNITS REPRESNTNG CL B LIMITD LIABILITY COMPANY INT FROM TYPE 7 TO TYPE 1 FFS(158098303) CUSIP: 30053M104 | -5 | | | |
| **Total Securities Received And Delivered** | | | | | | | |

*March 1, 2022 - March 31, 2022*

PAGE 7 OF 11

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

**DEREK HUY HUY VU**

## ▶ ANNOUNCEMENTS

**IMPORTANT INFORMATION**

**Statement of Financial Condition**
A copy of Apex Clearing Corporation's Unaudited Statement of Financial Condition as of June 30, 2021 is available on the website at www.apexclearing.com/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation. As of June 30, 2021, Apex Clearing Corporation had a net capital of $407,242,025 and was $359,371,347 in excess of its required net capital of $47,870,678. As of July 31, 2021, Apex Clearing Corporation had a net capital of $416,271,626 and was $370,434,309 in excess of its required net capital of $45,837,317.

**Apex's Policy for Dividends and Interest**
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

**Participation in Fully Paid Lending Program**
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

**Information Regarding Cost Basis for Foreign Account Statements**
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municipal Securities -** you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

**IMPORTANT INFORMATIO N**

To our valued customers:
FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72
**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**
The preceding notice is required when reporting distributions on Direct Participation Programs and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular DPP or REIT will be provided to clients upon request. **Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**
Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can

*March 1, 2022 - March 31, 2022*

PAGE 8 OF 11

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

be accessed on the internet at: **http://public.s3.com/rule606/apex/**, or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009.
SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."
In accordance with the Emergency Economic Stabilization Act of 2008  broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.
 •Equity securities acquired on or after January 1, 2011
 •Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:
 •Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)
Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

**IMPORTANT INFORMATION CONTINUED**

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013.  The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims.  **Please note SIPC does not cover commodity contracts and options on futures.** For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection.  This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted.  This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash.  Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.  For additional information, please contact your broker.

**FDIC SWEEP PROGRAM**
For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the program.

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC up to the maximum applicable insurance limits.  Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov.  Deposit Account balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected as established by current applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org.

**IMPORTANT INFORMATION**
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has

*March 1, 2022 - March 31, 2022*



## Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 9 OF 11

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

▶ ANNOUNCEMENTS (CONTINUED)

designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record.
A brief summary of the content of the Annual Disclosure Statement is as follows:

- Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
- Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
- Margin Disclosure Statement: FINRA Rule 2264 - The information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
- Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing Information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The investor brochure may be obtained from FINRA BrokerCheck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.
- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/.

## IMPORTANT INFORMATION - Privacy Policy

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

*March 1, 2022 - March 31, 2022*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **10** OF 11

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

▶ ANNOUNCEMENTS (CONTINUED)

**Personal Information Collected**
In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:
• Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
• Information relating to your transactions, including account balances, positions, and activity;
• Information which may be received from consumer reporting agencies, such as credit bureau reports;
• Information relating to your creditworthiness;
• Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

**Sharing of Nonpublic Personal Information**
Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

**Security**
Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non- public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers.  As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as  authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

**Access to Your Information**
You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**
Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**
Apex reserves the right to make changes to this policy.

*March 1, 2022 - March 31, 2022*

PAGE 11 OF 11

ACCOUNT NUMBER   **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

**How to Get in Touch with Apex about this Privacy Policy**
For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit our sharing of your personal information, please contact:

Apex Clearing Corporation
Attn: Compliance Department 350 N. St. Paul St., Suite 1300
Dallas, Texas 75201
cs@apexclearing.com

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

I N D I V I D U A L   A C C O U N T

*April 1, 2022 - April 30, 2022*

PAGE 1 OF 11

ACCOUNT NUMBER   **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

DEREK HUY HUY VU
9 AEGEAN
IRVINE CA  92614-5308

## ► ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Cash account | $3,005.08 | $0.80 |
| NET ACCOUNT BALANCE | 3,005.08 | 0.80 |
| Securities | 29,465.72 | 27,099.95 |
| TOTAL PRICED PORTFOLIO | 29,465.72 | 27,099.95 |
| **Total Equity Holdings** | **$32,470.80** | **$27,100.75** |

## ► INCOME AND EXPENSE SUMMARY

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Taxable dividends | $0.00 | $0.05 |
| Foreign tax paid | $0.00 | $-0.01 |

## ► PORTFOLIO EQUITY ALLOCATION



Cash
0.003%

Equities
99.997%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

**IMPORTANT INFORMATION**

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account as shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January; the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in your name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure with randomly selects form among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

SIPC Protection. As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

**NOTICE TO CUSTOMERS**

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Reportas well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services. Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009

**ACCOUNT SUMMARY:**
Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.
**INCOME AND EXPENSE SUMMARY:**
Lists all income earned during the current statement period, as well as year to date. Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays any Margin Interest Expenses
**PORTFOLIO EQUITY ALLOCATION:**
The Pie Chart is an estimate for illustrative purposes only.
**PORTFOLIO SUMMARY:**
Lists all securities held in your account.
**MARKET VALUE:**
This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities.
Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank
Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

**ESTIMATED ANNUAL INCOME**
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.
**OPEN ORDERS:**
Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
**MONEY MARKET ACTIVITY:**
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.
**DEFINITION OF ACCOUNT TYPES** C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

**REALIZED GAIN/LOSS DETAIL AND PORTFOLIO SUMMARY SECTIONS:**
Displays mutual funds by average cost and other securities by individual lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) may not reflect all capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

**Order Routing:**
The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

ACCOUNT

*April 1, 2022 - April 30, 2022*

PAGE 2 OF 11

ACCOUNT NUMBER **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

INDIVIDUAL ACCOUNT

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| ALAMOS GOLD INC<br>COM CL A | AGI | C | 2 | $7.76 | $15.52 | $16.84 | -8% | | .057% |
| BIONANO GENOMICS INC<br>COMMON STOCK | BNGO | C | 12 | 1.63 | 19.56 | | N/A | | .072 |
| CONTEXTLOGIC INC<br>CLASS A COMMON STOCK | WISH | C | 713 | 1.70 | 1,212.10 | 1,604.25 | -24 | | 4.473 |
| FUBOTV INC<br>COMMON STOCK | FUBO | C | 60 | 3.79 | 227.40 | 394.20 | -42 | | .839 |
| TESLA INC<br>COMMON STOCK | TSLA | C | 15 | 870.76 | 13,061.40 | 16,164.00 | -19 | | 48.196 |
| EVOLVE TRANSITN INFRASTRUCTURE<br>LP COMMON UNITS REPRESNTNG CL<br>B LIMITD LIABILITY COMPANY INT | SNMP | O | 5 | 0.533 | 2.66 | | N/A | | .010 |
| ITERUM THERAPEUTICS PLC<br>ORDINARY SHARE | ITRM | O | 13,209 | 0.254 | 3,352.44 | 4,689.20 | -29 | | 12.370 |
| META MATLS INC<br>COMMON STOCK | MMAT | O | 6,720 | 1.20 | 8,064.00 | 4,856.36 | 66 | | 29.756 |
| SUNDIAL GROWERS INC<br>COM | SNDL | O | 2,439 | 0.470 | 1,144.87 | 1,707.30 | -33 | | 4.224 |
| **Total Equities** | | | | | **$27,099.95** | | | | **99.997%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$0.80** | | | | **0.003%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$27,100.75** | | | | |

*April 1, 2022 – April 30, 2022*



## Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 3 OF 11

ACCOUNT NUMBER   **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

### ► ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 04/13/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 674 | $1.48 | $997.52 | |
| BOUGHT | 04/25/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 757 | 1.3284 | 1,005.60 | |
| BOUGHT | 04/25/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 787 | 1.28 | 1,007.36 | |
| BOUGHT | 04/28/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 794 | 1.26 | 1,000.44 | |
| BOUGHT | 04/28/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 800 | 1.25 | 1,000.00 | |
| **Total Buy / Sell Transactions** | | | | | | **$5,010.92** | |
| **DIVIDENDS AND INTEREST** | | | | | | | |
| INTEREST | 04/14/22 | C | FULLYPAID LENDING REBATE DUE 12/31/35 Mar2022 REBATE Security Number: 8S87337 | | | | $6.64 |
| **Total Dividends And Interest** | | | | | | | **$6.64** |

*April 1, 2022 - April 30, 2022*

PAGE 4 OF 11

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 04/21/22 | C | ACH DEPOSIT<br>SEN(20220421341619) | | | | $2,000.00 |
| **Total Funds Paid And Received** | | | | | | | **$2,000.00** |
| | | | | | | | |
| **SECURITIES RECEIVED AND DELIVERED** | | | | | | | |
| JOURNAL | 04/07/22 | O | EVOLVE TRANSITN INFRASTRUCTURE<br>LP COMMON UNITS REPRESNTNG CL<br>B LIMITD LIABILITY COMPANY INT<br>TO TYPE 7 FROM TYPE 1<br>FFS(159815288)<br>CUSIP: 30053M104 | 5 | | | |
| JOURNAL | 04/14/22 | O | META MATLS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(160917313)<br>CUSIP: 59134N104 | 674 | | | |
| JOURNAL | 04/21/22 | C | BIONANO GENOMICS INC<br>COMMON STOCK<br>TO TYPE 1 FROM TYPE 7<br>FFS(161851582)<br>CUSIP: 09075F107 | 12 | | | |
| JOURNAL | 04/26/22 | O | META MATLS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(162360051)<br>CUSIP: 59134N104 | 1,544 | | | |

 T
N
U
O
C
C
A

L
A
U
D
I
V
I
D
N
I

*April 1, 2022 – April 30, 2022*

PAGE 5 OF 11

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 04/29/22 | O | META MATLS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(163032104)<br>CUSIP: 59134N104 | 1,594 | | | |
| JOURNAL | 04/07/22 | C | EVOLVE TRANSITN INFRASTRUCTURE<br>LP COMMON UNITS REPRESNTNG CL<br>B LIMITD LIABILITY COMPANY INT<br>FROM TYPE 1 TO TYPE 7<br>FFS(159815288)<br>CUSIP: 30053M104 | -5 | | | |
| JOURNAL | 04/14/22 | C | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(160917313)<br>CUSIP: 59134N104 | -674 | | | |
| JOURNAL | 04/21/22 | O | BIONANO GENOMICS INC<br>COMMON STOCK<br>FROM TYPE 7 TO TYPE 1<br>FFS(161851582)<br>CUSIP: 09075F107 | -12 | | | |
| JOURNAL | 04/26/22 | C | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(162360051)<br>CUSIP: 59134N104 | -1,544 | | | |

*April 1, 2022 – April 30, 2022*

PAGE 6 OF 11

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 04/29/22 | C | META MATLS INC | -1,594 | | | |
| | | | COMMON STOCK | | | | |
| | | | FROM TYPE 1 TO TYPE 7 | | | | |
| | | | FFS(163032104) | | | | |
| | | | CUSIP: 59134N104 | | | | |

**Total Securities Received And Delivered**

*Vertical left margin text:* ACCOUNT    LA UD I    INDIVIDUAL

*April 1, 2022 - April 30, 2022*

PAGE 7 OF 11

ACCOUNT NUMBER   **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**► ANNOUNCEMENTS**

**IMPORTANT INFORMATION**

**Statement of Financial Condition**
A copy of Apex Clearing Corporation's Unaudited Statement of Financial Condition as of June 30, 2021 is available on the website at www.apexclearing.com/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation. As of June 30, 2021, Apex Clearing Corporation had a net capital of $407,242,025 and was $359,371,347 in excess of its required net capital of $47,870,678. As of July 31, 2021, Apex Clearing Corporation had a net capital of $416,271,626 and was $370,434,309 in excess of its required net capital of $45,837,317.

**Apex's Policy for Dividends and Interest**
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

**Participation in Fully Paid Lending Program**
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

**Information Regarding Cost Basis for Foreign Account Statements**
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municipal Securities -** you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

**IMPORTANT INFORMATIO N**

To our valued customers:
FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72
**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**
The preceding notice is required when reporting distributions on Direct Participation Programs and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular DPP or REIT will be provided to clients upon request. **Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**
Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can

*April 1, 2022 - April 30, 2022*

PAGE 8 OF 11

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**DEREK HUY HUY VU**

ACCOUNTLIABILITY

### ANNOUNCEMENTS (CONTINUED)

be accessed on the Internet at: **http://public.s3.com/rule606/apex/**, or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009.

SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."

In accordance with the Emergency Economic Stabilization Act of 2008  broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.

- Equity securities acquired on or after January 1, 2011
- Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:
- Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)

Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

### IMPORTANT INFORMATION CONTINUED

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013.  The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims.  **Please note SIPC does not cover commodity contracts and options on futures.**  For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection.  This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted.  This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash.  Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities. For additional information, please contact your broker.

#### FDIC SWEEP PROGRAM
For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the program.

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC up to the maximum applicable insurance limits.  Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov.  Deposit Account balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected as established by current applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org.

#### IMPORTANT INFORMATION
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has

*April 1, 2022 - April 30, 2022*



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 9 OF 11

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

▶ ANNOUNCEMENTS (CONTINUED)

designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record.
A brief summary of the content of the Annual Disclosure Statement is as follows:

- Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
- Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
- Margin Disclosure Statement: FINRA Rule 2264 - The information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
- Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing Information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The investor brochure may be obtained from FINRA BrokerCheck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.
- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/.

**IMPORTANT INFORMATION - Privacy Policy**

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

*April 1, 2022 - April 30, 2022*

PAGE **10** OF **11**

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

DEREK HUY HUY VU

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

**Personal Information Collected**

In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:
- Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
- Information relating to your transactions, including account balances, positions, and activity;
- Information which may be received from consumer reporting agencies, such as credit bureau reports;
- Information relating to your creditworthiness;
- Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

**Sharing of Nonpublic Personal Information**

Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

**Security**

Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non- public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers.  As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as  authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

**Access to Your Information**

You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**

Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**

Apex reserves the right to make changes to this policy.

*April 1, 2022 - April 30, 2022*

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

► ANNOUNCEMENTS (CONTINUED)

**How to Get in Touch with Apex about this Privacy Policy**
For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit our sharing of your personal information, please contact:

Apex Clearing Corporation
Attn: Compliance Department 350 N. St. Paul St., Suite 1300
Dallas, Texas 75201
cs@apexclearing.com

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

A C C O U N T   I N D I V I D U A L

*June 1, 2022 - June 30, 2022*

PAGE 1 OF 11

ACCOUNT NUMBER   **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

DEREK HUY HUY VU
9 AEGEAN
IRVINE CA  92614-5308

## ▶ ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Cash account | $1,007.98 | $1,000.90 |
| NET ACCOUNT BALANCE | 1,007.98 | 1,000.90 |
| Securities | 29,762.02 | 22,710.36 |
| TOTAL PRICED PORTFOLIO | 29,762.02 | 22,710.36 |
| **Total Equity Holdings** | **$30,770.00** | **$23,711.26** |

## ▶ INCOME AND EXPENSE SUMMARY

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Taxable dividends | $0.00 | $0.05 |
| Foreign tax paid | $0.00 | $-0.01 |

## ▶ PORTFOLIO EQUITY ALLOCATION



Cash
4.221%

Equities
95.779%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

**IMPORTANT INFORMATION**

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January, the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure with randomly selects form among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

SIPC Protection. As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

**NOTICE TO CUSTOMERS**

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Reports as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balances inquiries or concerns should be directed to Apex by telephone at 214-765-1009

**ACCOUNT SUMMARY:**
Displays applicable account type balance, money market balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.

**INCOME AND EXPENSE SUMMARY:**
Lists all income earned during the current statement period, as well as year to date . Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays and Margin Interest Expenses.

**PORTFOLIO EQUITY ALLOCATION:**
The Pie Chart is an estimate for illustrative purposes only.

**PORTFOLIO SUMMARY:**
Lists all securities held in your account.

**MARKET VALUE:**
This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities.
Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank.
Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

**ESTIMATED ANNUAL INCOME:**
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.

**OPEN ORDERS:**
Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).

**MONEY MARKET ACTIVITY:**
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.

**DEFINITION OF ACCOUNT TYPES** C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

**REALIZED GAIN/LOSS DETAIL AND PORTFOLIO SUMMARY SECTIONS:**
Displays mutual funds by average cost and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) are displayed and may not reflect and all capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

**Order Routing:**
The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*June 1, 2022 - June 30, 2022*

PAGE 2 OF 11

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

## PORTFOLIO SUMMARY

### EQUITIES / OPTIONS

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| ALAMOS GOLD INC<br>COM CL A | AGI | C | 2 | $7.02 | $14.04 | $14.94 | -6% | | .059% |
| CONTEXTLOGIC INC<br>CLASS A COMMON STOCK | WISH | C | 713 | 1.60 | 1,140.80 | 1,254.88 | -9 | | 4.811 |
| EVOLVE TRANSITN INFRASTRUCTURE<br>LP COMMON UNITS REPRESNTNG CL<br>B LIMITD LIABILITY COMPANY INT | SNMP | C | 5 | 0.417 | 2.09 | | N/A | | .009 |
| TESLA INC<br>COMMON STOCK | TSLA | C | 15 | 673.42 | 10,101.30 | 11,373.90 | -11 | | 42.601 |
| BIONANO GENOMICS INC<br>COMMON STOCK | BNGO | O | 12 | 1.38 | 16.56 | 20.76 | -20 | | .070 |
| FUBOTV INC<br>COMMON STOCK | FUBO | O | 60 | 2.47 | 148.20 | 197.40 | -25 | | .625 |
| ITERUM THERAPEUTICS PLC<br>ORDINARY SHARE | ITRM | O | 13,209 | 0.20 | 2,644.44 | 3,038.07 | -13 | | 11.153 |
| META MATLS INC<br>COMMON STOCK | MMAT | O | 7,619 | 1.03 | 7,847.57 | 12,902.40 | -39 | | 33.096 |
| SUNDIAL GROWERS INC<br>COM | SNDL | O | 2,439 | 0.326 | 795.36 | 956.82 | -17 | | 3.354 |
| **Total Equities** | | | | | **$22,710.36** | | | | **95.779%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$1,000.90** | | | | **4.221%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$23,711.26** | | | | |

*June 1, 2022 - June 30, 2022*

PAGE 3 OF 11

ACCOUNT NUMBER   **5ND-69027-18 RR WEA**

## Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**DEREK HUY HUY VU**

### ► ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 06/29/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 899 | $1.1699 | $1,051.74 | |
| **Total Buy / Sell Transactions** | | | | | | **$1,051.74** | |
| **DIVIDENDS AND INTEREST** | | | | | | | |
| INTEREST | 06/14/22 | C | FULLYPAID LENDING REBATE DUE 12/31/35 May2022 REBATE Security Number: 8S87337 | | | | $44.66 |
| **Total Dividends And Interest** | | | | | | | **$44.66** |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 06/30/22 | C | ACH DEPOSIT SEN(20220630133461) | | | | $1,000.00 |
| **Total Funds Paid And Received** | | | | | | | **$1,000.00** |
| **SECURITIES RECEIVED AND DELIVERED** | | | | | | | |
| JOURNAL | 06/02/22 | C | FUBOTV INC COMMON STOCK TO TYPE 1 FROM TYPE 7 FFS(16864C808) CUSIP: 35953D104 | 60 | | | |

*June 1, 2022 - June 30, 2022*

PAGE 4 OF 11

ACCOUNT NUMBER  **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 06/14/22 | C | EVOLVE TRANSITN INFRASTRUCTURE LP COMMON UNITS REPRESNTNG CL B LIMITD LIABILITY COMPANY INT TO TYPE 1 FROM TYPE 7 FFS(170290478) CUSIP: 30053M104 | 5 | | | |
| JOURNAL | 06/14/22 | O | FUBOTV INC COMMON STOCK TO TYPE 7 FROM TYPE 1 FFS(170378049) CUSIP: 35953D104 | 60 | | | |
| JOURNAL | 06/16/22 | C | FUBOTV INC COMMON STOCK TO TYPE 1 FROM TYPE 7 FFS(170914761) CUSIP: 35953D104 | 60 | | | |
| JOURNAL | 06/21/22 | O | FUBOTV INC COMMON STOCK TO TYPE 7 FROM TYPE 1 FFS(171531995) CUSIP: 35953D104 | 60 | | | |
| JOURNAL | 06/29/22 | O | CONTEXTLOGIC INC CLASS A COMMON STOCK TO TYPE 7 FROM TYPE 1 FFS(173470302) CUSIP: 21077C107 | 713 | | | |
| JOURNAL | 06/30/22 | C | CONTEXTLOGIC INC CLASS A COMMON STOCK TO TYPE 1 FROM TYPE 7 FFS(173626440) CUSIP: 21077C107 | 713 | | | |

*June 1, 2022 – June 30, 2022*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 5 OF 11

ACCOUNT NUMBER   **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 06/30/22 | O | META MATLS INC COMMON STOCK TO TYPE 7 FROM TYPE 1 FFS(173635583) CUSIP: 59134N104 | 899 | | | |
| JOURNAL | 06/02/22 | O | FUBOTV INC COMMON STOCK FROM TYPE 7 TO TYPE 1 FFS(168640808) CUSIP: 35953D104 | -60 | | | |
| JOURNAL | 06/14/22 | C | FUBOTV INC COMMON STOCK FROM TYPE 1 TO TYPE 7 FFS(170378049) CUSIP: 35953D104 | -60 | | | |
| JOURNAL | 06/14/22 | O | EVOLVE TRANSITN INFRASTRUCTURE LP COMMON UNITS REPRESNTNG CL B LIMITD LIABILITY COMPANY INT FROM TYPE 7 TO TYPE 1 FFS(170290478) CUSIP: 30053M104 | -5 | | | |
| JOURNAL | 06/16/22 | O | FUBOTV INC COMMON STOCK FROM TYPE 7 TO TYPE 1 FFS(170914761) CUSIP: 35953D104 | -60 | | | |
| JOURNAL | 06/21/22 | C | FUBOTV INC COMMON STOCK FROM TYPE 1 TO TYPE 7 FFS(171531995) CUSIP: 35953D104 | -60 | | | |

A C C O U N T

*June 1, 2022 - June 30, 2022*

ACCOUNT NUMBER  **5ND-69027-18 RR WEA**

PAGE 6 OF 11

**DEREK HUY HUY VU**



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

L A U D I V I D N I

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 06/29/22 | C | CONTEXTLOGIC INC<br>CLASS A COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(173470302)<br>CUSIP: 21077C107 | -713 | | | |
| JOURNAL | 06/30/22 | C | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(173635583)<br>CUSIP: 59134N104 | -899 | | | |
| JOURNAL | 06/30/22 | O | CONTEXTLOGIC INC<br>CLASS A COMMON STOCK<br>FROM TYPE 7 TO TYPE 1<br>FFS(173626440)<br>CUSIP: 21077C107 | -713 | | | |

**Total Securities Received And Delivered**

*June 1, 2022 - June 30, 2022*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 7 OF 11

ACCOUNT NUMBER    5ND-69027-18  RR WEA

**DEREK HUY HUY VU**

► ANNOUNCEMENTS

## IMPORTANT INFORMATION

### Statement of Financial Condition
A copy of Apex Clearing Corporation's Unaudited Statement of Financial Condition as of June 30, 2021 is available on the website at www.apexclearing.com/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation. As of June 30, 2021, Apex Clearing Corporation had a net capital of $407,242,025 and was $359,371,347 in excess of its required net capital of $47,870,678. As of July 31, 2021, Apex Clearing Corporation had a net capital of $416,271,626 and was $370,434,309 in excess of its required net capital of $45,837,317.

### Apex's Policy for Dividends and Interest
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

### Participation in Fully Paid Lending Program
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

### Information Regarding Cost Basis for Foreign Account Statements
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of interest to holders of Municipal Securities -** you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

## IMPORTANT INFORMATIO N

To our valued customers:
FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72
**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**
The preceding notice is required when reporting distributions on Direct Participation Programs  and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular  DPP or REIT will be provided to clients upon request.
**Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**
Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can

*June 1, 2022 - June 30, 2022*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 8 OF 11

ACCOUNT NUMBER **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

▶ ANNOUNCEMENTS (CONTINUED)

be accessed on the Internet at: **http://public.s3.com/rule606/apex/,** or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009.
SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."
In accordance with the Emergency Economic Stabilization Act of 2008  broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.
- Equity securities acquired on or after January 1, 2011
- Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:
- Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)
Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

**IMPORTANT INFORMATION CONTINUED**

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013.  The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims.  **Please note SIPC does not cover commodity contracts and options on futures.**  For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection.  This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted.  This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash.  Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.  For additional information, please contact your broker.

NOTE: Occasionally, Apex Clearing Corporation's bank deposit sweep program banks ("Program Banks") may be added or removed from the Program Bank List, which is available on Apex's website. Apex will, to the extent possible, update the Program Bank List with any added Program Banks at least 30 calendar days before making deposits. If a Program Bank is removed from Apex Clearing Corporation's bank deposit sweep program (the "Program"), it will no longer be able to receive sweeps of your excess cash balance. If any of your excess cash balance is at a Program Bank that is removed from the Program, Apex will transfer those funds into another Program Bank still in the Program or into your Apex Account, at Apex's discretion. You may contact your broker to specify any Program Banks into which you do not wish your excess cash balance to be swept. Please note that if there are insufficient Program Banks available in the Program, taking into account any from which you have opted out, such that not all of your excess cash balance can be spread among Program Banks to ensure FDIC coverage, then some or all of your excess cash balance may remain dormant in your Apex Account or may be deposited at a  Program Bank but not covered by FDIC insurance. You may obtain additional information on each Program Bank at www.fdic.gov. You are solely responsible for monitoring the total amount of your assets on deposit with each Program Bank (including non-Program funds and accounts) in order to determine the extent of FDIC insurance coverage available to you on those deposits, including Program deposits. Apex shall not take into account any money you have on deposit at a Program Bank outside of the Program. A current Program Bank List and current Insured Deposits Terms and Conditions may be found at apexclearing.com/disclosures/

**FDIC SWEEP PROGRAM**

For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the program.

*June 1, 2022 - June 30, 2022*

PAGE 9 OF 11

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**DEREK HUY HUY VU**

▶  ANNOUNCEMENTS (CONTINUED)

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC  up to the maximum applicable insurance limits. Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov.  Deposit Account balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected as established by current applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org.

**IMPORTANT INFORMATION**
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the Internet please call Apex at 214-765-1009 and request a current copy of the Annual Disclosure Statement be mailed to your address of record.
A brief summary of the content of the Annual Disclosure Statement is as follows:
- Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
- Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
- Margin Disclosure Statement: FINRA Rule 2264 - The information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
- Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing Information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The investor brochure may be obtained from FINRA BrokerCheck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.
- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange

*June 1, 2022 - June 30, 2022*

PAGE **10** OF 11

ACCOUNT NUMBER **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/,

**IMPORTANT INFORMATION - Privacy Policy**

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

**Personal Information Collected**

In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:
• Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
• Information relating to your transactions, including account balances, positions, and activity;
• Information which may be received from consumer reporting agencies, such as credit bureau reports;
• Information relating to your creditworthiness;
• Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

**Sharing of Nonpublic Personal Information**

Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

**Security**

Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non- public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers.  As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as  authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

*June 1, 2022 - June 30, 2022*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 11 OF 11

ACCOUNT NUMBER    5ND-69027-18  RR WEA

**DEREK HUY HUY VU**

▶ ANNOUNCEMENTS  (CONTINUED)

**Access to Your Information**
You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**
Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**
Apex reserves the right to make changes to this policy.

**How to Get in Touch with Apex about this Privacy Policy**
For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit our sharing of your personal information, please contact:

Apex Clearing Corporation
Attn: Compliance Department 350 N. St. Paul St., Suite 1300
Dallas, Texas 75201
cs@apexclearing.com

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*July 1, 2022 - July 31, 2022*

PAGE 1 OF 12

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

DEREK HUY HUY VU
9 AEGEAN
IRVINE CA  92614-5308

## ▶ ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Cash account | $1,000.90 | $0.69 |
| NET ACCOUNT BALANCE | 1,000.90 | 0.69 |
| Securities | 22,710.36 | 27,836.28 |
| TOTAL PRICED PORTFOLIO | 22,710.36 | 27,836.28 |
| **Total Equity Holdings** | **$23,711.26** | **$27,836.97** |

## ▶ INCOME AND EXPENSE SUMMARY

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Taxable dividends | $0.05 | $0.10 |
| Foreign tax paid | $-0.01 | $-0.02 |

## ▶ PORTFOLIO EQUITY ALLOCATION



Cash
0.002%

Equities
99.998%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

**IMPORTANT INFORMATION**

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges induce the last day of the year and, in January, the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects form among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

SIPC Protection. As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

**NOTICE TO CUSTOMERS**

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Reports as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009

**ACCOUNT SUMMARY:**
Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.
**INCOME AND EXPENSE SUMMARY:**
Lists all income earned during the current statement period, as well as year to date. Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays and Margin Interest Expenses.
**PORTFOLIO EQUITY ALLOCATION:**
The Pie Chart is an estimate for illustrative purposes only.
**PORTFOLIO SUMMARY:**
Lists all securities held in your account.
**MARKET VALUE:**
This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities. Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank. Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

**ESTIMATED ANNUAL INCOME**
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.
**OPEN ORDERS:**
Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
**MONEY MARKET ACTIVITY:**
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.
**DEFINITION OF ACCOUNT TYPES** C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

**REALIZED GAIN/LOSS DETAIL AND PORTFOLIO SUMMARY SECTIONS:**
Displays mutual funds by average cost and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

**Order Routing:**
The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*July 1, 2022 – July 31, 2022*

PAGE 2 OF 12

ACCOUNT NUMBER   **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

---

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| ALAMOS GOLD INC COM CL A | AGI | C | 2 | $7.89 | $15.78 | $14.04 | 12% | | .057% |
| CONTEXTLOGIC INC CLASS A COMMON STOCK | WISH | C | 713 | 1.50 | 1,069.50 | 1,140.80 | -6 | | 3.842 |
| EVOLVE TRANSITN INFRASTRUCTURE LP COMMON UNITS REPRESNTNG CL B LIMITD LIABILITY COMPANY INT | SNMP | C | 5 | 0.42 | 2.10 | 2.09 | <1 | | .008 |
| TESLA INC COMMON STOCK | TSLA | C | 15 | 891.45 | 13,371.75 | 10,101.30 | 32 | | 48.036 |
| BIONANO GENOMICS INC COMMON STOCK | BNGO | O | 12 | 1.86 | 22.32 | 16.56 | 35 | | .080 |
| FUBOTV INC COMMON STOCK | FUBO | O | 60 | 2.51 | 150.60 | 148.20 | 2 | | .541 |
| ITERUM THERAPEUTICS PLC ORDINARY SHARE | ITRM | O | 13,209 | 0.22 | 2,905.98 | 2,644.44 | 10 | | 10.439 |
| META MATLS INC COMMON STOCK | MMAT | O | 10,835 | 0.90 | 9,751.50 | 7,847.57 | 24 | | 35.031 |
| SNDL INC COM | SNDL | O | 243 | 2.25 | 546.75 | | N/A | | 1.964 |
| **Total Equities** | | | | | **$27,836.28** | | | | **99.998%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$0.69** | | | | **0.002%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$27,836.97** | | | | |

*July 1, 2022 - July 31, 2022*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 3 OF 12

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 07/13/22 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1,000 | 1 | $1,000.00 | |
| BOUGHT | 07/20/22 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 597 | 0.95 | 567.15 | |
| BOUGHT | 07/26/22 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 539 | 0.929 | 500.73 | |
| BOUGHT | 07/26/22 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1,080 | 0.925 | 999.00 | |
| **Total Buy / Sell Transactions** | | | | | | **$3,066.88** | |
| **DIVIDENDS AND INTEREST** | | | | | | | |
| DIVIDEND | 07/01/22 | C | ALAMOS GOLD INC<br>COM CL A<br>CASH DIV ON    2 SHS<br>REC 06/16/22 PAY 06/30/22<br>FOREIGN TAX WITHHELD<br>CUSIP: 011532108 | | $0.025<br>WH | 0.01 | $0.05 |
| INTEREST | 07/14/22 | C | FULLYPAID LENDING REBATE<br>DUE 12/31/35<br>Jun2022 REBATE<br>Security Number: 8S87337 | | | | 66.63 |
| **Total Dividends And Interest** | | | | | | **$0.01** | **$66.68** |

*July 1, 2022 - July 31, 2022*

PAGE 4 OF 12

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ **ACCOUNT ACTIVITY (CONTINUED)**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 07/13/22 | C | ACH DEPOSIT SEN(20220713079362) | | | | $1,000.00 |
| ACH | 07/18/22 | C | ACH DEPOSIT SEN(20220717020262) | | | | 1,000.00 |
| **Total Funds Paid And Received** | | | | | | | **$2,000.00** |
| | | | | | | | |
| **SECURITIES RECEIVED AND DELIVERED** | | | | | | | |
| JOURNAL | 07/14/22 | O | META MATLS INC COMMON STOCK TO TYPE 7 FROM TYPE 1 FFS(175725787) CUSIP: 59134N104 | 1,000 | | | |
| JOURNAL | 07/19/22 | C | BIONANO GENOMICS INC COMMON STOCK TO TYPE 1 FROM TYPE 7 FFS(176242140) CUSIP: 09075F107 | 12 | | | |
| JOURNAL | 07/21/22 | O | BIONANO GENOMICS INC COMMON STOCK TO TYPE 7 FROM TYPE 1 FFS(176664751) CUSIP: 09075F107 | 12 | | | |
| JOURNAL | 07/21/22 | O | META MATLS INC COMMON STOCK TO TYPE 7 FROM TYPE 1 FFS(176597950) CUSIP: 59134N104 | 597 | | | |

*July 1, 2022 – July 31, 2022*

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 5 OF 12

ACCOUNT NUMBER  **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

► ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 07/27/22 | C | SNDL INC<br>COM<br>TO TYPE 1 FROM TYPE 7<br>FFS(177456173)<br>CUSIP: 83307B101 | 243 | | | |
| JOURNAL | 07/27/22 | O | META MATLS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(177472537)<br>CUSIP: 59134N104 | 1,619 | | | |
| JOURNAL | 07/29/22 | O | SNDL INC<br>COM<br>TO TYPE 7 FROM TYPE 1<br>FFS(178053626)<br>CUSIP: 83307B101 | 243 | | | |
| JOURNAL | 07/14/22 | C | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(175725787)<br>CUSIP: 59134N104 | -1,000 | | | |
| JOURNAL | 07/19/22 | O | BIONANO GENOMICS INC<br>COMMON STOCK<br>FROM TYPE 7 TO TYPE 1<br>FFS(176242140)<br>CUSIP: 09075F107 | -12 | | | |
| JOURNAL | 07/21/22 | C | BIONANO GENOMICS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(176664751)<br>CUSIP: 09075F107 | -12 | | | |

*July 1, 2022 - July 31, 2022*

PAGE 6 OF 12

ACCOUNT NUMBER   **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

## Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 07/21/22 | C | META MATLS INC COMMON STOCK FROM TYPE 1 TO TYPE 7 FFS(176597950) CUSIP: 59134N104 | -597 | | | |
| JOURNAL | 07/27/22 | C | META MATLS INC COMMON STOCK FROM TYPE 1 TO TYPE 7 FFS(177472537) CUSIP: 59134N104 | -1,619 | | | |
| JOURNAL | 07/27/22 | O | SNDL INC COM FROM TYPE 7 TO TYPE 1 FFS(177456173) CUSIP: 83307B101 | -243 | | | |
| JOURNAL | 07/29/22 | C | SNDL INC COM FROM TYPE 1 TO TYPE 7 FFS(178053626) CUSIP: 83307B101 | -243 | | | |
| **Total Securities Received And Delivered** | | | | | | | |

**MISCELLANEOUS TRANSACTIONS**

| REV SPLIT | 07/25/22 | O | SNDL INC COM REVERSE SPLIT @ 1:10 FROM 86730L109 TO 83307B101 RESULT OF REVERSE SPLIT CUSIP: 83307B101 | 243 | | | |
|---|---|---|---|---|---|---|---|

*July 1, 2022 – July 31, 2022*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **MISCELLANEOUS TRANSACTIONS** (continued) | | | | | | | |
| REV SPLIT | 07/25/22 | O | SUNDIAL GROWERS INC COM REVERSE SPLIT @ 1:10 FROM 86730L109 TO 83307B101 CUSIP: 86730L109 | -2,439 | | | |

**Total Miscellaneous Transactions**

*July 1, 2022 - July 31, 2022*

PAGE 8 OF 12

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ **ANNOUNCEMENTS**

**IMPORTANT INFORMATION**

**Statement of Financial Condition**
A copy of Apex Clearing Corporation's Unaudited Statement of Financial Condition as of June 30, 2021 is available on the website at www.apexclearing.com/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation.  As of June 30, 2021, Apex Clearing Corporation had a net capital of $407,242,025 and was $359,371,347 in excess of its required net capital of $47,870,678.  As of July 31, 2021, Apex Clearing Corporation had a net capital of $416,271,626 and was $370,434,309 in excess of its required net capital of $45,837,317.

**Apex's Policy for Dividends and Interest**
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

**Participation in Fully Paid Lending Program**
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

**Information Regarding Cost Basis for Foreign Account Statements**
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municipal Securities -** you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

**IMPORTANT INFORMATIO N**

To our valued customers:
FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72
**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**
The preceding notice is required when reporting distributions on Direct Participation Programs  and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular  DPP or REIT will be provided to clients upon request.
**Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**
Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we

*July 1, 2022 - July 31, 2022*

PAGE 9 OF 12

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**



## Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can be accessed on the internet at: **http://public.s3.com/rule606/apex/**, or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009.

SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."

In accordance with the Emergency Economic Stabilization Act of 2008 broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.
• Equity securities acquired on or after January 1, 2011
• Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:
   • Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)
Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

**IMPORTANT INFORMATION CONTINUED**

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013. The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. **Please note SIPC does not cover commodity contracts and options on futures.** For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection. This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted. This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities. For additional information, please contact your broker.

NOTE: Occasionally, Apex Clearing Corporation's bank deposit sweep program banks ("Program Banks") may be added or removed from the Program Bank List, which is available on Apex's website. Apex will, to the extent possible, update the Program Bank List with any added Program Banks at least 30 calendar days before making deposits. If a Program Bank is removed from Apex Clearing Corporation's bank deposit sweep program (the "Program"), it will no longer be able to receive sweeps of your excess cash balance. If any of your excess cash balance is at a Program Bank that is removed from the Program, Apex will transfer those funds into another Program Bank still in the Program or into your Apex Account, at Apex's discretion. You may contact your broker to specify any Program Banks into which you do not wish your excess cash balance to be swept. Please note that if there are insufficient Program Banks available in the Program, taking into account any from which you have opted out, such that not all of your excess cash balance can be spread among Program Banks to ensure FDIC coverage, then some or all of your excess cash balance may remain dormant in your Apex Account or may be deposited at a Program Bank but not covered by FDIC insurance. You may obtain additional information on each Program Bank at www.fdic.gov. You are solely responsible for monitoring the total amount of your assets on deposit with each Program Bank (including non-Program funds and accounts) in order to determine the extent of FDIC insurance coverage available to you on those deposits, including Program deposits. Apex shall not take into account any money you have on deposit at a Program Bank outside of the Program. A current Program Bank List and current Insured Deposits Terms and Conditions may be found at apexclearing.com/disclosures/

**FDIC SWEEP PROGRAM**

For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the

*July 1, 2022 - July 31, 2022*

PAGE **10** OF 12

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**DEREK HUY HUY VU**

▶ ANNOUNCEMENTS (CONTINUED)

program.

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC up to the maximum applicable insurance limits. Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov. Deposit Account balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected as established by current applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org.

**IMPORTANT INFORMATION**
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement.
A brief summary of the content of the Annual Disclosure Statement is as follows:

- Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
- Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
- Margin Disclosure Statement: FINRA Rule 2264 - The information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
- Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing Information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The investor brochure may be obtained from FINRA BrokerCheck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.
- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve

*July 1, 2022 - July 31, 2022*

PAGE 11 OF 12

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

I N D U C C A    L A U D    D I V I D E N D I N

▶ ANNOUNCEMENTS (CONTINUED)

System.

- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/,

**IMPORTANT INFORMATION - Privacy Policy**

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

**Personal Information Collected**

In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:
• Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
• Information relating to your transactions, including account balances, positions, and activity;
• Information which may be received from consumer reporting agencies, such as credit bureau reports;
• Information relating to your creditworthiness;
• Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

**Sharing of Nonpublic Personal Information**

Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

**Security**

Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non- public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers.  As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of

*July 1, 2022 - July 31, 2022*

PAGE **12** OF 12

ACCOUNT NUMBER   **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

► ANNOUNCEMENTS  (CONTINUED)

your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

**Access to Your Information**
You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**
Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**
Apex reserves the right to make changes to this policy.

**How to Get In Touch with Apex about this Privacy Policy**
For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit our sharing of your personal information, please contact:

Apex Clearing Corporation
Attn: Compliance Department 350 N. St. Paul St., Suite 1300
Dallas, Texas 75201
cs@apexclearing.com

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*August 1, 2022 - August 31, 2022*

PAGE 1 OF 11

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

DEREK HUY HUY VU
9 AEGEAN
IRVINE CA 92614-5308

▶ **ACCOUNT SUMMARY**

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Cash account | $0.69 | $0.44 |
| NET ACCOUNT BALANCE | 0.69 | 0.44 |
| Securities | 27,836.28 | 27,012.48 |
| TOTAL PRICED PORTFOLIO | 27,836.28 | 27,012.48 |
| **Total Equity Holdings** | **$27,836.97** | **$27,012.92** |

▶ **INCOME AND EXPENSE SUMMARY**

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Taxable dividends | $0.00 | $0.10 |
| Foreign tax paid | $0.00 | $-0.02 |

▶ **PORTFOLIO EQUITY ALLOCATION**



Cash
0.002%

Equities
99.998%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

**IMPORTANT INFORMATION**

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January, the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure with randomly selects from among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

SIPC Protection. As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

**NOTICE TO CUSTOMERS**

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account)

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009

**ACCOUNT SUMMARY:**
Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.

**INCOME AND EXPENSE SUMMARY:**
Lists all income earned during the current statement period, as well as year to date. Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays and Margin Interest Expenses.

**PORTFOLIO EQUITY ALLOCATION:**
The Pie Chart is an estimate for illustrative purposes only.

**PORTFOLIO SUMMARY:**
Lists all securities held in your account.

**MARKET VALUE:**
This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities.

Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank

Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

**ESTIMATED ANNUAL INCOME**
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.

**OPEN ORDERS:**
Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in this section are GTX orders (GTC orders eligible for extended trading hours).

**MONEY MARKET ACTIVITY:**
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.

**DEFINITION OF ACCOUNT TYPES** C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

**REALIZED GAIN/LOSS DETAIL and PORTFOLIO SUMMARY SECTIONS:**
Displays mutual funds by average cost and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) does not reflect wash sales and may not reflect all capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

**Order Routing**
The SEC requires all broker-dealers that route orders to equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*August 1, 2022 - August 31, 2022*

PAGE 2 OF 11

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| ALAMOS GOLD INC  COM CL A | AGI | C | 2 | $7.19 | $14.38 | $15.78 | -9% | | .053% |
| BIONANO GENOMICS INC  COMMON STOCK | BNGO | C | 12 | 2.48 | 29.76 | | N/A | | .110 |
| CONTEXTLOGIC INC  CLASS A COMMON STOCK | WISH | C | 713 | 1.30 | 926.90 | 1,069.50 | -13 | | 3.431 |
| EVOLVE TRANSITN INFRASTRUCTURE  LP COMMON UNITS REPRESNTNG CL  B LIMITD LIABILITY COMPANY INT | SNMP | C | 5 | 0.364 | 1.82 | 2.10 | -13 | | .007 |
| ITERUM THERAPEUTICS PLC  ORDINARY SHARE | ITRM | C | 880 | 2.64 | 2,323.20 | | N/A | | 8.600 |
| TESLA INC  COMMON STOCK | TSLA | C | 45 | 275.61 | 12,402.45 | 13,371.75 | -7 | | 45.913 |
| FUBOTV INC  COMMON STOCK | FUBO | O | 60 | 3.62 | 217.20 | 150.60 | 44 | | .804 |
| META MATLS INC  COMMON STOCK | MMAT | O | 12,028 | 0.865 | 10,404.22 | 9,751.50 | 7 | | 38.516 |
| SNDL INC  COM | SNDL | O | 243 | 2.85 | 692.55 | 546.75 | 27 | | 2.564 |
| **Total Equities** | | | | | **$27,012.48** | | | | **99.998%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$0.44** | | | | **0.002%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$27,012.92** | | | | |

*August 1, 2022 - August 31, 2022*



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 3 OF 11

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

### ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 08/05/22 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 565 | $0.885 | $500.03 | |
| BOUGHT | 08/23/22 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 628 | 0.8624 | 541.59 | |
| BOUGHT | 08/29/22 | C | TESLA INC<br>COMMON STOCK<br>STK SPLIT ON    15 SHS<br>REC 08/17/22 PAY 08/24/22<br>CUSIP: 88160R101 | 30 | | | |
| **Total Buy / Sell Transactions** | | | | | | **$1,041.62** | |
| **DIVIDENDS AND INTEREST** | | | | | | | |
| INTEREST | 08/12/22 | C | FULLYPAID LENDING REBATE<br>DUE 12/31/35<br>Jul2022 REBATE<br>Security Number: 8S87337 | | | | $39.08 |
| **Total Dividends And Interest** | | | | | | | **$39.08** |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| JOURNAL | 08/08/22 | O | XFER CASH FROM FFS | | | $2.29 | |
| ACH | 08/01/22 | C | ACH DEPOSIT<br>SEN(20220801270693) | | | | 1,000.00 |
| JOURNAL | 08/08/22 | C | XFER FFS TO CASH | | | | 2.29 |
| **Total Funds Paid And Received** | | | | | | **$2.29** | **$1,002.29** |

*August 1, 2022 – August 31, 2022*

PAGE 4 OF 11

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** | | | | | | | |
| JOURNAL | 08/01/22 | C | ITERUM THERAPEUTICS PLC<br>ORDINARY SHARE<br>TO TYPE 1 FROM TYPE 7<br>FFS(178267646)<br>CUSIP: G6333L101 | 13,209 | | | |
| JOURNAL | 08/03/22 | O | ITERUM THERAPEUTICS PLC<br>ORDINARY SHARE<br>TO TYPE 7 FROM TYPE 1<br>FFS(178722455)<br>CUSIP: G6333L101 | 7,594 | | | |
| JOURNAL | 08/04/22 | O | ITERUM THERAPEUTICS PLC<br>ORDINARY SHARE<br>TO TYPE 7 FROM TYPE 1<br>FFS(178909311)<br>CUSIP: G6333L101 | 5,615 | | | |
| JOURNAL | 08/08/22 | O | META MATLS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(179270862)<br>CUSIP: 59134N104 | 565 | | | |
| JOURNAL | 08/12/22 | C | BIONANO GENOMICS INC<br>COMMON STOCK<br>TO TYPE 1 FROM TYPE 7<br>FFS(180058809)<br>CUSIP: 09075F107 | 12 | | | |
| JOURNAL | 08/19/22 | C | ITERUM THERAPEUTICS PLC<br>ORDINARY SHARE<br>TO TYPE 1 FROM TYPE 7<br>FFS(181156407)<br>CUSIP: G6333L200 | 880 | | | |

*August 1, 2022 - August 31, 2022*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 5 OF 11

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 08/24/22 | O | META MATLS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(181849033)<br>CUSIP: 59134N104 | 628 | | | |
| JOURNAL | 08/01/22 | O | ITERUM THERAPEUTICS PLC<br>ORDINARY SHARE<br>FROM TYPE 7 TO TYPE 1<br>FFS(178267646)<br>CUSIP: G6333L101 | -13,209 | | | |
| JOURNAL | 08/03/22 | C | ITERUM THERAPEUTICS PLC<br>ORDINARY SHARE<br>FROM TYPE 1 TO TYPE 7<br>FFS(178722455)<br>CUSIP: G6333L101 | -7,594 | | | |
| JOURNAL | 08/04/22 | C | ITERUM THERAPEUTICS PLC<br>ORDINARY SHARE<br>FROM TYPE 1 TO TYPE 7<br>FFS(178909311)<br>CUSIP: G6333L101 | -5,615 | | | |
| JOURNAL | 08/08/22 | C | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(179270862)<br>CUSIP: 59134N104 | -565 | | | |
| JOURNAL | 08/12/22 | O | BIONANO GENOMICS INC<br>COMMON STOCK<br>FROM TYPE 7 TO TYPE 1<br>FFS(180058809)<br>CUSIP: 09075F107 | -12 | | | |

*August 1, 2022 - August 31, 2022*

PAGE 6 OF 11

ACCOUNT NUMBER   **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 08/19/22 | O | ITERUM THERAPEUTICS PLC<br>ORDINARY SHARE<br>FROM TYPE 7 TO TYPE 1<br>FFS(181156407)<br>CUSIP: G6333L200 | -880 | | | |
| JOURNAL | 08/24/22 | C | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(181849033)<br>CUSIP: 59134N104 | -628 | | | |
| **Total Securities Received And Delivered** | | | | | | | |
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| CASH-LIEU | 08/05/22 | O | SNDL INC<br>COM<br>CIL ON    0.90000@    2.53903<br>CUSIP: 83307B101 | | | | $2.29 |
| REV SPLIT | 08/18/22 | O | ITERUM THERAPEUTICS PLC<br>ORDINARY SHARE<br>REVERSE SPLIT @ 1:15<br>FROM G6333L101 TO G6333L200<br>RESULT OF REVERSE SPLIT<br>CUSIP: G6333L200 | 880 | | | |
| REV SPLIT | 08/18/22 | O | ITERUM THERAPEUTICS PLC<br>ORDINARY SHARE<br>REVERSE SPLIT @ 1:15<br>FROM G6333L101 TO G6333L200<br>CUSIP: G6333L101 | -13,209 | | | |
| **Total Miscellaneous Transactions** | | | | | | | **$2.29** |

*August 1, 2022 - August 31, 2022*



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 7 OF 11

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

▶ **ANNOUNCEMENTS**

## IMPORTANT INFORMATION

### Statement of Financial Condition
A copy of Apex Clearing Corporation's Unaudited Statement of Financial Condition as of June 30, 2021 is available on the website at www.apexclearing.com/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation.  As of June 30, 2021, Apex Clearing Corporation had a net capital of $407,242,025 and was $359,371,347 in excess of its required net capital of $47,870,678.  As of July 31, 2021, Apex Clearing Corporation had a net capital of $416,271,626 and was $370,434,309 in excess of its required net capital of $45,837,317.

### Apex's Policy for Dividends and Interest
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

### Participation in Fully Paid Lending Program
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

### Information Regarding Cost Basis for Foreign Account Statements
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municipal Securities -**  you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

## IMPORTANT INFORMATIO N

To our valued customers:
FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72
**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**
The preceding notice is required when reporting distributions on Direct Participation Programs  and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular  DPP or REIT will be provided to clients upon request.
**Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**
Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we

*August 1, 2022 - August 31, 2022*

PAGE 8 OF 11

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can be accessed on the internet at: **http://public.s3.com/rule606/apex/**, or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009.

SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."

In accordance with the Emergency Economic Stabilization Act of 2008  broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.
- Equity securities acquired on or after January 1, 2011
- Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:
- Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)
Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

**IMPORTANT INFORMATION CONTINUED**

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013. The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. **Please note SIPC does not cover commodity contracts and options on futures.** For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection. This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted. This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities. For additional information, please contact your broker.

NOTE: Occasionally, Apex Clearing Corporation's bank deposit sweep program banks ("Program Banks") may be added or removed from the Program Bank List, which is available on Apex's website. Apex will, to the extent possible, update the Program Bank List with any added Program Banks at least 30 calendar days before making deposits. If a Program Bank is removed from Apex Clearing Corporation's bank deposit sweep program (the "Program"), it will no longer be able to receive sweeps of your excess cash balance. If any of your excess cash balance is at a Program Bank that is removed from the Program, Apex will transfer those funds into another Program Bank still in the Program or into your Apex Account, at Apex's discretion. You may contact your broker to specify any Program Banks into which you do not wish your excess cash balance to be swept. Please note that if there are insufficient Program Banks available in the Program, taking into account any from which you have opted out, such that not all of your excess cash balance can be spread among Program Banks to ensure FDIC coverage, then some or all of your excess cash balance may remain dormant in your Apex Account or may be deposited at a  Program Bank but not covered by FDIC insurance. You may obtain additional information on each Program Bank at www.fdic.gov. You are solely responsible for monitoring the total amount of your assets on deposit with each Program Bank (including non-Program funds and accounts) in order to determine the extent of FDIC insurance coverage available to you on those deposits, including Program deposits. Apex shall not take into account any money you have on deposit at a Program Bank outside of the Program. A current Program Bank List and current Insured Deposits Terms and Conditions may be found at https://apexfintechsolutions.com/legal/disclosures/

**Addition of Customers Bank and SoFi Bank N.A.**

We have added Customers Bank and SoFi Bank N.A. to the FDIC-insured Deposit Sweep Program for all eligible accounts. The banks will be eligible to receive deposits on or around August 31, 2022. If you have any questions or would like to exclude either bank from receiving your excess cash balance, please reach out to your broker. You are not required to take any action.

*August 1, 2022 - August 31, 2022*

PAGE 9 OF 11

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

► ANNOUNCEMENTS (CONTINUED)

**FDIC SWEEP PROGRAM**

For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the program.

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC up to the maximum applicable insurance limits. Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov. Deposit Account balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected by current applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org.

**IMPORTANT INFORMATION**
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record.
A brief summary of the content of the Annual Disclosure Statement is as follows:
- Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
- Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
- Margin Disclosure Statement: FINRA Rule 2264 - The information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
- Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing Information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The investor brochure may be obtained from FINRA BrokerCheck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.
- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.

*August 1, 2022 - August 31, 2022*

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/,

**IMPORTANT INFORMATION -  Privacy Policy**

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

**Personal Information Collected**
In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:
• Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
• Information relating to your transactions, including account balances, positions, and activity;
• Information which may be received from consumer reporting agencies, such as credit bureau reports;
• Information relating to your creditworthiness;
• Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

**Sharing of Nonpublic Personal Information**
Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

**Security**
Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non- public personal information that is provided to Apex by your introducing firm

*August 1, 2022 - August 31, 2022*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 11 OF 11

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

► ANNOUNCEMENTS  (CONTINUED)

or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers. As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

**Access to Your Information**
You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**
Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**
Apex reserves the right to make changes to this policy.

**How to Get in Touch with Apex about this Privacy Policy**
For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit sharing of your personal information, please contact:

Apex Clearing Corporation
Attn: Compliance Department 350 N. St. Paul St., Suite 1300
Dallas, Texas 75201
cs@apexclearing.com

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*November 1, 2022 - November 30, 2022*

PAGE 1 OF 10

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

DEREK HUY HUY VU
9 AEGEAN
IRVINE CA  92614-5308

---

► **ACCOUNT SUMMARY**

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Cash account | $22.21 | $1,508.44 |
| NET ACCOUNT BALANCE | 22.21 | 1,508.44 |
| Securities | 25,897.06 | 36,460.59 |
| TOTAL PRICED PORTFOLIO | 25,897.06 | 36,460.59 |
| **Total Equity Holdings** | **$25,919.27** | **$37,969.03** |

► **INCOME AND EXPENSE SUMMARY**

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Taxable dividends | $0.00 | $0.15 |
| Foreign tax paid | $0.00 | $-0.03 |

► **PORTFOLIO EQUITY ALLOCATION**



Cash
3.973%

Equities
96.027%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number.  **This statement should be retained for income tax purposes.**

## IMPORTANT INFORMATION

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January, the interest is computed from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure with randomly selects form among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

SIPC Protection. As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

## NOTICE TO CUSTOMERS

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Reports as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on the FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their web site at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009

**ACCOUNT SUMMARY:**
Displays applicable account type balances, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.

**INCOME AND EXPENSE SUMMARY:**
Lists all income earned during the current statement period, as well as year to date. Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays and Margin Interest Expenses.

**PORTFOLIO EQUITY ALLOCATION:**
The Pie Chart is an estimate for illustrative purposes only.

**PORTFOLIO SUMMARY:**
Lists all securities held in your account.

**MARKET VALUE:**
This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities.
Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank.
Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

**ESTIMATED ANNUAL INCOME:**
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.

**OPEN ORDERS:**
Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).

**MONEY MARKET ACTIVITY:**
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.

**DEFINITION OF ACCOUNT TYPES**  C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

**REALIZED GAIN/LOSS DETAIL AND PORTFOLIO SUMMARY SECTIONS:**
Displays mutual funds by average cost and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) for most stocks may not reflect web sales and may not reflect all capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the amount of OID. For most long positions transferred between beneficial owners, the transferor's cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

**Order Routing:**
The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact you broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*November 1, 2022 - November 30, 2022*

PAGE 2 OF 10

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ **PORTFOLIO SUMMARY**

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| ALAMOS GOLD INC COM CL A | AGI | C | 2 | $9.70 | $19.40 | $15.78 | 23% | | .051% |
| BIONANO GENOMICS INC COMMON STOCK | BNGO | C | 12 | 2.01 | 24.12 | 28.08 | -14 | | .064 |
| CONTEXTLOGIC INC CLASS A COMMON STOCK | WISH | C | 713 | 0.734 | 523.13 | 558.28 | -6 | | 1.378 |
| EVOLVE TRANSITN INFRASTRUCTURE LP COMMON UNITS REPRESNTNG CL B LIMITD LIABILITY COMPANY INT | SNMP | C | 5 | 0.162 | 0.81 | 1.36 | -40 | | .002 |
| FUBOTV INC COMMON STOCK | FUBO | C | 60 | 2.79 | 167.40 | | N/A | | .441 |
| ITERUM THERAPEUTICS PLC ORDINARY SHARE | ITRM | C | 880 | 1.30 | 1,144.00 | 1,487.20 | -23 | | 3.013 |
| TESLA INC COMMON STOCK | TSLA | C | 45 | 194.70 | 8,761.50 | 10,239.30 | -14 | | 23.075 |
| META MATLS INC COMMON STOCK | MMAT | O | 13,243 | 1.90 | 25,161.70 | 12,749.68 | 97 | | 66.269 |
| SNDL INC COM | SNDL | O | 243 | 2.71 | 658.53 | 597.78 | 10 | | 1.734 |
| **Total Equities** | | | | | **$36,460.59** | | | | **96.027%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$1,508.44** | | | | **3.973%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$37,969.03** | | | | |

*November 1, 2022 - November 30, 2022*

PAGE 3 OF 10



## Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER   **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

▶ **ACCOUNT ACTIVITY**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 11/10/22 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 15 | $1.4096 | $21.14 | |
| BOUGHT | 11/14/22 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 800 | 1.25 | 1,000.00 | |
| BOUGHT | 11/15/22 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 400 | 1.25 | 500.00 | |
| **Total Buy / Sell Transactions** | | | | | | **$1,521.14** | |
| **DIVIDENDS AND INTEREST** | | | | | | | |
| INTEREST | 11/11/22 | C | FULLYPAID LENDING REBATE<br>DUE 12/31/35<br>Oct2022 REBATE<br>Security Number: 8S87337 | | | | $7.37 |
| **Total Dividends And Interest** | | | | | | | **$7.37** |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 11/07/22 | C | ACH DEPOSIT<br>SEN(20221107414066) | | | | $3,000.00 |
| **Total Funds Paid And Received** | | | | | | | **$3,000.00** |

*November 1, 2022 - November 30, 2022*

PAGE 4 OF 10

ACCOUNT NUMBER   **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** | | | | | | | |
| JOURNAL | 11/11/22 | O | META MATLS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(195226164)<br>CUSIP: 59134N104 | 15 | | | |
| JOURNAL | 11/15/22 | O | META MATLS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(195463177)<br>CUSIP: 59134N104 | 800 | | | |
| JOURNAL | 11/16/22 | O | META MATLS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(195677122)<br>CUSIP: 59134N104 | 400 | | | |
| JOURNAL | 11/21/22 | C | FUBOTV INC<br>COMMON STOCK<br>TO TYPE 1 FROM TYPE 7<br>FFS(196203911)<br>CUSIP: 35953D104 | 60 | | | |
| JOURNAL | 11/11/22 | C | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(195226164)<br>CUSIP: 59134N104 | -15 | | | |
| JOURNAL | 11/15/22 | C | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(195463177)<br>CUSIP: 59134N104 | -800 | | | |

*November 1, 2022 - November 30, 2022*

PAGE 5 OF 10

ACCOUNT NUMBER   **5ND-69027-18 RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**DEREK HUY HUY VU**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 11/16/22 | C | META MATLS INC COMMON STOCK FROM TYPE 1 TO TYPE 7 FFS(195677122) CUSIP: 59134N104 | -400 | | | |
| JOURNAL | 11/21/22 | O | FUBOTV INC COMMON STOCK FROM TYPE 7 TO TYPE 1 FFS(196203911) CUSIP: 35953D104 | -60 | | | |

**Total Securities Received And Delivered**

*November 1, 2022 - November 30, 2022*

PAGE 6 OF 10

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS

**IMPORTANT INFORMATION**

**Statement of Financial Condition**
A copy of Apex Clearing Corporation's Unaudited Statement of Financial Condition as of June 30, 2022 is available on the website at https://apexfintechsolutions.com/legal/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation. As of June 30, 2022, Apex Clearing Corporation had a net capital of $439,123,327 and was $404,699,170 in excess of its required net capital of $34,424,157. As of July 31, 2022, Apex Clearing Corporation had a net capital of $462,369,497 and was $429,018,530 in excess of its required net capital of $33,350,967.

**Apex's Policy for Dividends and Interest**
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

**Participation in Fully Paid Lending Program**
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

**Information Regarding Cost Basis for Foreign Account Statements**
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municipal Securities -** you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

**IMPORTANT INFORMATIO N**

To our valued customers:
FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72
**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**
The preceding notice is required when reporting distributions on Direct Participation Programs and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular DPP or REIT will be provided to clients upon request. **Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**

*November 1, 2022 - November 30, 2022*

PAGE 7 OF 10



# Webull Financial LLC
## 44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER   **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

▶ ANNOUNCEMENTS (CONTINUED)

Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can be accessed on the internet at: **http://public.s3.com/rule606/apex/**, or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009.

SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."

In accordance with the Emergency Economic Stabilization Act of 2008 broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.

- Equity securities acquired on or after January 1, 2011
- Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:
- Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)

Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

**IMPORTANT INFORMATION CONTINUED**

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013. The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. **Please note SIPC does not cover commodity contracts and options on futures.** For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection. This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted. This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities. For additional information, please contact your broker.

NOTE: Occasionally, Apex Clearing Corporation's bank deposit sweep program banks ("Program Banks") may be added or removed from the Program Bank List, which is available on Apex's website. Apex will, to the extent possible, update the Program Bank List with any added Program Banks at least 30 calendar days before making deposits. If a Program Bank is removed from Apex Clearing Corporation's bank deposit sweep program (the "Program"), it will no longer be able to receive sweeps of your excess cash balance. If any of your excess cash balance is at a Program Bank that is removed from the Program, Apex will transfer those funds into another Program Bank still in the Program or into your Apex Account, at Apex's discretion. You may contact your broker to specify any Program Banks into which you do not wish your excess cash balance to be swept. Please note that if there are insufficient Program Banks available in the Program, taking into account any from which you have opted out, such that not all of your excess cash balance can be spread among Program Banks to ensure FDIC coverage, then some or all of your excess cash balance may remain dormant in your Apex Account or may be deposited at a  Program Bank but not covered by FDIC insurance. You may obtain additional information on each Program Bank at www.fdic.gov. You are solely responsible for monitoring the total amount of your assets on deposit with each Program Bank (including non-Program funds and accounts) in order to determine the extent of FDIC insurance coverage available to you on those deposits, including Program deposits. Apex shall not take into account any money you have on deposit at a Program Bank outside of the Program. A current Program Bank List and current Insured Deposits Terms and Conditions may be found at https://apexfintechsolutions.com/legal/disclosures/

**Addition of Customers Bank and SoFi Bank N.A.**

We have added Customers Bank and SoFi Bank N.A. to the FDIC-Insured Deposit Sweep Program for all eligible accounts. The banks will be eligible to receive deposits on or around August

*November 1, 2022 - November 30, 2022*

PAGE 8 OF 10

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**DEREK HUY HUY VU**

▶ ANNOUNCEMENTS (CONTINUED)

31, 2022. If you have any questions or would like to exclude either bank from receiving your excess cash balance, please reach out to your broker. You are not required to take any action.

**FDIC SWEEP PROGRAM**

For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the program.

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC up to the maximum applicable insurance limits. Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov. Deposit Account balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected as established by current applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org.

**IMPORTANT INFORMATION**
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record.
A brief summary of the content of the Annual Disclosure Statement is as follows:
- Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
- Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
- Margin Disclosure Statement: FINRA Rule 2264 - The information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
- Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing Information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The investor brochure may be obtained from FINRA BrokerCheck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.

*November 1, 2022 - November 30, 2022*

PAGE 9 OF 10

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**



# Webull Financial LLC
## 44 Wall Street, New York, NY 10005
customerservice@webull.us

**DEREK HUY HUY VU**

▶ ANNOUNCEMENTS (CONTINUED)

- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/.

## IMPORTANT INFORMATION - Privacy Policy

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

## Personal Information Collected

In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:
• Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
• Information relating to your transactions, including account balances, positions, and activity;
• Information which may be received from consumer reporting agencies, such as credit bureau reports;
• information relating to your creditworthiness;
• Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

## Sharing of Nonpublic Personal Information

Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

*November 1, 2022 - November 30, 2022*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 10 OF 10

ACCOUNT NUMBER    5ND-69027-18  RR WEA

**DEREK HUY HUY VU**

I N U O C C A    L A U D I V I D N I

▶  ANNOUNCEMENTS  (CONTINUED)

**Security**
Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non- public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers.  As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as  authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

**Access to Your Information**
You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**
Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**
Apex reserves the right to make changes to this policy.

**How to Get in Touch with Apex about this Privacy Policy**
For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit sharing of your personal information, please contact:

Apex Clearing Corporation
Attn: Compliance Department 350 N. St. Paul St., Suite 1300
Dallas, Texas 75201
cs@apexclearing.com

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT • LIVE • LAUNT

*February 1, 2023 - February 28, 2023*

PAGE 1 OF 12

ACCOUNT NUMBER     **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

DEREK HUY HUY VU
9 AEGEAN
IRVINE CA 92614-5308

## ► ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Cash account | $1,683.30 | $1,400.00 |
| NET ACCOUNT BALANCE | 1,683.30 | 1,400.00 |
| Securities | 23,641.96 | 21,857.70 |
| TOTAL PRICED PORTFOLIO | 23,641.96 | 21,857.70 |
| **Total Equity Holdings** | **$25,325.26** | **$23,257.70** |

## ► PORTFOLIO EQUITY ALLOCATION



Cash
6.020%

Equities
93.980%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

## IMPORTANT INFORMATION

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January, the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure with randomly selects form among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

SIPC Protection. As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy for funds through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-3.

## NOTICE TO CUSTOMERS

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009

**ACCOUNT SUMMARY:**
Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.
**INCOME AND EXPENSE SUMMARY:**
Lists all income earned during the current statement period, as well as year to date. Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays and Margin Interest Expenses.
**PORTFOLIO EQUITY ALLOCATION:**
The Pie Chart is an estimate for illustrative purposes only.
**PORTFOLIO SUMMARY:**
Lists all securities held in your account.
**MARKET VALUE:**
This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities.
Some securities in your portfolio may be listed as "Un-priced" on your statement. We use an automated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank
Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

**ESTIMATED ANNUAL INCOME**
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.
**OPEN ORDERS:**
Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
**MONEY MARKET ACTIVITY:**
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.
**DEFINITION OF ACCOUNT TYPES** C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

**REALIZED GAIN/LOSS DETAIL AND PORTFOLIO SUMMARY SECTIONS:**
Displays mutual funds by average cost and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may induce transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) does not reflect wash sales and may not reflect all capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

**Order Routing:**
The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*February 1, 2023 - February 28, 2023*

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 2 OF 12

ACCOUNT NUMBER    **5ND-69027-18  RR  WEA**

**DEREK HUY HUY VU**

▶ **PORTFOLIO SUMMARY**

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| CONTEXTLOGIC INC<br>CLASS A COMMON STOCK | WISH | C | 713 | $0.487 | $347.02 | $490.47 | -29% | | 1.492% |
| EVOLVE TRANSITN INFRASTRUCTURE<br>LP COMMON UNITS REPRESNTING CL<br>B LIMITD LIABILITY COMPANY INT | SNMP | C | 5 | 0.25 | 1.25 | 1.06 | 18 | | .005 |
| ITERUM THERAPEUTICS PLC<br>ORDINARY SHARE | ITRM | C | 880 | 1.14 | 1,003.20 | 1,223.20 | -18 | | 4.313 |
| META MATLS INC<br>COMMON STOCK | MMAT | C | 972 | 0.64 | 622.08 | | N/A | | 2.675 |
| TESLA INC<br>COMMON STOCK | TSLA | C | 45 | 205.71 | 9,256.95 | 7,794.90 | 19 | | 39.802 |
| BIONANO GENOMICS INC<br>COMMON STOCK | BNGO | O | 12 | 1.34 | 16.08 | | N/A | | .069 |
| FUBOTV INC<br>COMMON STOCK | FUBO | O | 60 | 1.91 | 114.60 | | N/A | | .493 |
| META MATLS INC<br>COMMON STOCK | MMAT | O | 15,687 | 0.64 | 10,039.68 | 13,375.43 | -25 | | 43.167 |
| SNDL INC<br>COM | SNDL | O | 243 | 1.88 | 456.84 | | N/A | | 1.964 |
| **Total Equities** | | | | | **$21,857.70** | | | | **93.980%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$1,400.00** | | | | **6.020%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$23,257.70** | | | | |

*February 1, 2023 - February 28, 2023*

PAGE 3 OF 12

ACCOUNT NUMBER   **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

### ► ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 02/09/23 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 200 | $0.9165 | $183.30 | |
| BOUGHT | 02/15/23 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 250 | 0.78 | 195.00 | |
| BOUGHT | 02/15/23 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 406 | 0.75 | 304.50 | |
| BOUGHT | 02/23/23 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 331 | 0.6747 | 223.33 | |
| BOUGHT | 02/23/23 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 500 | 0.6784 | 339.20 | |
| BOUGHT | 02/23/23 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 657 | 0.66 | 433.62 | |
| BOUGHT | 02/24/23 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 0.6639 | 66.39 | |
| SOLD | 02/24/23 | C | ALAMOS GOLD INC<br>COM CL A<br>CUSIP: 011532108 | 2 | 10.035 | | 20.05 |
| BOUGHT | 02/28/23 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 190 | 0.6318 | 120.04 | |

*February 1, 2023 - February 28, 2023*

PAGE 4 OF 12

ACCOUNT NUMBER   **5ND-69027-18 RR WEA**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**DEREK HUY HUY VU**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 02/28/23 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 782 | 0.6394 | 500.01 | |
| **Total Buy / Sell Transactions** | | | | | | $2,365.39 | $20.05 |
| | | | | | | | |
| **DIVIDENDS AND INTEREST** | | | | | | | |
| INTEREST | 02/14/23 | C | FULLYPAID LENDING REBATE<br>DUE 12/31/35<br>Jan2023 REBATE<br>Security Number: 8S87337 | | | | $62.04 |
| **Total Dividends And Interest** | | | | | | | $62.04 |
| | | | | | | | |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 02/24/23 | C | ACH DEPOSIT<br>SEN(20230224262229) | | | | $2,000.00 |
| **Total Funds Paid And Received** | | | | | | | $2,000.00 |
| | | | | | | | |
| **SECURITIES RECEIVED AND DELIVERED** | | | | | | | |
| JOURNAL | 02/03/23 | O | SNDL INC<br>COM<br>TO TYPE 7 FROM TYPE 1<br>FFS(205337547)<br>CUSIP: 83307B101 | 243 | | | |

*February 1, 2023 - February 28, 2023*

PAGE 5 OF 12

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

▶ ACCOUNT ACTIVITY (CONTINUED)

**SECURITIES RECEIVED AND DELIVERED** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| JOURNAL | 02/10/23 | O | META MATLS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(206108935)<br>CUSIP: 59134N104 | 200 | | | |
| JOURNAL | 02/14/23 | O | FUBOTV INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(206454567)<br>CUSIP: 35953D104 | 60 | | | |
| JOURNAL | 02/15/23 | C | FUBOTV INC<br>COMMON STOCK<br>TO TYPE 1 FROM TYPE 7<br>FFS(206627554)<br>CUSIP: 35953D104 | 60 | | | |
| JOURNAL | 02/16/23 | O | META MATLS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(206794089)<br>CUSIP: 59134N104 | 656 | | | |
| JOURNAL | 02/22/23 | O | FUBOTV INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(207306453)<br>CUSIP: 35953D104 | 60 | | | |
| JOURNAL | 02/24/23 | O | BIONANO GENOMICS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(207664416)<br>CUSIP: 09075F107 | 12 | | | |

*February 1, 2023 - February 28, 2023*

PAGE 6 OF 12

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) |
| JOURNAL | 02/24/23 | O | META MATLS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(207654273)<br>CUSIP: 59134N104 | 1,488 | | | |
| JOURNAL | 02/27/23 | O | META MATLS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(207751164)<br>CUSIP: 59134N104 | 100 | | | |
| JOURNAL | 02/03/23 | C | SNDL INC<br>COM<br>FROM TYPE 1 TO TYPE 7<br>FFS(205337547)<br>CUSIP: 83307B101 | -243 | | | |
| JOURNAL | 02/10/23 | C | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(206108935)<br>CUSIP: 59134N104 | -200 | | | |
| JOURNAL | 02/14/23 | C | FUBOTV INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(206454567)<br>CUSIP: 35953D104 | -60 | | | |
| JOURNAL | 02/15/23 | O | FUBOTV INC<br>COMMON STOCK<br>FROM TYPE 7 TO TYPE 1<br>FFS(206627554)<br>CUSIP: 35953D104 | -60 | | | |

*February 1, 2023 - February 28, 2023*

PAGE 7 OF 12

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**DEREK HUY HUY VU**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 02/16/23 | C | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(206794089)<br>CUSIP: 59134N104 | -656 | | | |
| JOURNAL | 02/22/23 | C | FUBOTV INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(207306453)<br>CUSIP: 35953D104 | -60 | | | |
| JOURNAL | 02/24/23 | C | BIONANO GENOMICS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(207664416)<br>CUSIP: 09075F107 | -12 | | | |
| JOURNAL | 02/24/23 | C | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(207654273)<br>CUSIP: 59134N104 | -1,488 | | | |
| JOURNAL | 02/27/23 | C | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(207751164)<br>CUSIP: 59134N104 | -100 | | | |

**Total Securities Received And Delivered**

*February 1, 2023 - February 28, 2023*

ACCOUNT

PAGE 8 OF 12

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ **ANNOUNCEMENTS**

**IMPORTANT INFORMATION**

**Statement of Financial Condition**
A copy of Apex Clearing Corporation's Unaudited Statement of Financial Condition as of June 30, 2022 is available on the website at https://apexfintechsolutions.com/legal/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation.  As of June 30, 2022, Apex Clearing Corporation had a net capital of $439,123,327 and was $404,699,170 in excess of its required net capital of $34,424,157.  As of July 31, 2022, Apex Clearing Corporation had a net capital of $462,369,497 and was $429,018,530 in excess of its required net capital of $33,350,967.

**Apex's Policy for Dividends and Interest**
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

**Participation in Fully Paid Lending Program**
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

**Information Regarding Cost Basis for Foreign Account Statements**
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municipal Securities -**  you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

**IMPORTANT INFORMATIO N**

To our valued customers:
FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72
**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**
The preceding notice is required when reporting distributions on Direct Participation Programs  and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular  DPP or REIT will be provided to clients upon request.
**Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**

*February 1, 2023 - February 28, 2023*

PAGE 9 OF 12



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

▶ ANNOUNCEMENTS (CONTINUED)

Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can be accessed on the internet at: **http://public.s3.com/rule606/apex/**, or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009.

SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."

In accordance with the Emergency Economic Stabilization Act of 2008  broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.
- Equity securities acquired on or after January 1, 2011
- Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:
- Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)

Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

**IMPORTANT INFORMATION CONTINUED**

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013.  The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims.  **Please note SIPC does not cover commodity contracts and options on futures.**  For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection.  This additional insurance policy, widely known as "excess SIPC", becomes available to customers in the event that SIPC limits are exhausted.  This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash.  Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.  For additional information, please contact your broker.

NOTE: Occasionally, Apex Clearing Corporation's bank deposit sweep program banks ("Program Banks") may be added or removed from the Program Bank List, which is available on Apex's website. Apex will, to the extent possible, update the Program Bank List with any added Program Banks at least 30 calendar days before making deposits. If a Program Bank is removed from Apex Clearing Corporation's bank deposit sweep program (the "Program"), it will no longer be able to receive sweeps of your excess cash balance. If any of your excess cash balance is at a Program Bank that is removed from the Program, Apex will transfer these funds into another Program Bank still in the Program or into your Apex Account, at Apex's discretion. You may contact your broker to specify any Program Banks into which you do not wish your excess cash balance to be swept. Please note that if there are insufficient Program Banks available in the Program, taking into account any from which you have opted out, such that not all of your excess cash balance can be spread among Program Banks to ensure FDIC coverage, then some or all of your excess cash balance may remain dormant in your Apex Account or may be deposited at a  Program Bank but not covered by FDIC insurance. You may obtain additional information on each Program Bank at www.fdic.gov. You are solely responsible for monitoring the total amount of your assets on deposit with each Program Bank (including non-Program funds and accounts) in order to determine the extent of FDIC insurance coverage available to you on those deposits, including Program deposits. Apex shall not take into account any money you have on deposit at a Program Bank outside of the Program. A current Program Bank List and current Insured Deposits Terms and Conditions may be found at https://apexfintechsolutions.com/legal/disclosures/

**Addition of Customers Bank and SoFi Bank N.A.**

We have added Customers Bank and SoFi Bank N.A. to the FDIC-Insured Deposit Sweep Program for all eligible accounts. The banks will be eligible to receive deposits on or around August

*February 1, 2023 - February 28, 2023*

ACCOUNT NUMBER   **5ND-69027-18  RR WEA**

DEREK HUY HUY VU



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

31, 2022. If you have any questions or would like to exclude either bank from receiving your excess cash balance, please reach out to your broker. You are not required to take any action.

**FDIC SWEEP PROGRAM**

For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the program.

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC  up to the maximum applicable insurance limits.  Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov.  Deposit Account balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected as established by current applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org.

**IMPORTANT INFORMATION**
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record.
A brief summary of the content of the Annual Disclosure Statement is as follows:
- Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
- Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
- Margin Disclosure Statement: FINRA Rule 2264 - The information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
- Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing Information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The investor brochure may be obtained from FINRA BrokerCheck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.

*February 1, 2023 - February 28, 2023*

PAGE 11 OF 12

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**DEREK HUY HUY VU**

▶ ANNOUNCEMENTS (CONTINUED)

- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/,

## IMPORTANT INFORMATION - Privacy Policy

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

### Personal Information Collected

In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:
- Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
- Information relating to your transactions, including account balances, positions, and activity;
- Information which may be received from consumer reporting agencies, such as credit bureau reports;
- Information relating to your creditworthiness;
- Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

### Sharing of Nonpublic Personal Information

Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

*February 1, 2023 - February 28, 2023*

PAGE **12** OF 12

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

**Security**
Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non- public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers.  As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as  authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

**Access to Your Information**
You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**
Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**
Apex reserves the right to make changes to this policy.

**How to Get in Touch with Apex about this Privacy Policy**
For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit our sharing of your personal information, please contact:

Apex Clearing Corporation
Attn: Compliance Department 350 N. St. Paul St., Suite 1300
Dallas, Texas 75201
cs@apexclearing.com

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*March 1, 2023 - March 31, 2023*

PAGE 1 OF 12

ACCOUNT NUMBER   **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

DEREK HUY HUY VU
9 AEGEAN
IRVINE CA  92614-5308

## ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Cash account | $1,400.00 | $1,000.13 |
| NET ACCOUNT BALANCE | 1,400.00 | 1,000.13 |
| Securities | 21,857.70 | 19,774.63 |
| TOTAL PRICED PORTFOLIO | 21,857.70 | 19,774.63 |
| **Total Equity Holdings** | **$23,257.70** | **$20,774.76** |

## PORTFOLIO EQUITY ALLOCATION



Cash
4.814%

Equities
95.186%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days.  Errors and omissions excepted.  Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account.  Kindly mention your account number.  **This statement should be retained for income tax purposes.**

## IMPORTANT INFORMATION

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January, the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customers short option positions pursuant to a manual procedure with randomly selects form among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

SIPC Protection. As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

## NOTICE TO CUSTOMERS

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009

**ACCOUNT SUMMARY:**
Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.

**INCOME AND EXPENSE SUMMARY:**
Lists all income earned during the current statement period, as well as year to date. Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays and Margin Interest Expenses.

**PORTFOLIO EQUITY ALLOCATION:**
The Pie Chart is an estimate for illustrative purposes only.

**PORTFOLIO SUMMARY:**
Lists all securities held in your account.

**MARKET VALUE:**
This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities.
Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank
Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

**ESTIMATED ANNUAL INCOME**
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.

**OPEN ORDERS:**
Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).

**MONEY MARKET ACTIVITY:**
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.

**DEFINITION OF ACCOUNT TYPES** C=Cash, M=Morgin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

**REALIZED GAIN/LOSS DETAIL AND PORTFOLIO SUMMARY SECTIONS:**
Displays mutual funds by average cost and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gain (losses)/are displayed for most securities currently held. The cost basis used in determining gains (losses) does not reflect wash sales and may not reflect all capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until prior information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

**Order Routing:**
The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGED IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*March 1, 2023 - March 31, 2023*

PAGE **2** OF 12

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ **PORTFOLIO SUMMARY**

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| CONTEXTLOGIC INC CLASS A COMMON STOCK | WISH | C | 713 | $0.446 | $317.86 | $347.02 | -8% | | 1.530% |
| EVOLVE TRANSITN INFRASTRUCTURE LP COMMON UNITS REPRESNTNG CL B LIMITD LIABILITY COMPANY INT | SNMP | C | 5 | 0.20 | 1.00 | 1.25 | -20 | | .005 |
| ITERUM THERAPEUTICS PLC ORDINARY SHARE | ITRM | C | 880 | 1.00 | 879.91 | 1,003.20 | -12 | | 4.235 |
| TESLA INC COMMON STOCK | TSLA | C | 45 | 207.46 | 9,335.70 | 9,256.95 | 1 | | 44.938 |
| BIONANO GENOMICS INC COMMON STOCK | BNGO | O | 12 | 1.11 | 13.32 | 16.08 | -17 | | .064 |
| FUBOTV INC COMMON STOCK | FUBO | O | 60 | 1.21 | 72.60 | 114.60 | -37 | | .349 |
| META MATLS INC COMMON STOCK | MMAT | O | 21,505 | 0.408 | 8,765.44 | 10,039.68 | -13 | | 42.193 |
| SNDL INC COM | SNDL | O | 243 | 1.60 | 388.80 | 456.84 | -15 | | 1.872 |
| **Total Equities** | | | | | **$19,774.63** | | | | **95.186%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$1,000.13** | | | | **4.814%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$20,774.76** | | | | |

*March 1, 2023 - March 31, 2023*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 3 OF 12

ACCOUNT NUMBER **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

**▶ ACCOUNT ACTIVITY**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 03/03/23 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 400 | $0.60 | $240.00 | |
| BOUGHT | 03/13/23 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 290 | 0.55 | 159.50 | |
| BOUGHT | 03/13/23 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 459 | 0.545 | 250.16 | |
| BOUGHT | 03/13/23 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 463 | 0.54 | 250.02 | |
| BOUGHT | 03/20/23 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 500 | 0.4999 | 249.95 | |
| BOUGHT | 03/20/23 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 534 | 0.50 | 267.00 | |
| BOUGHT | 03/27/23 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1,063 | 0.47 | 499.61 | |
| BOUGHT | 03/30/23 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1,137 | 0.44 | 500.28 | |
| **Total Buy / Sell Transactions** | | | | | | **$2,416.52** | |

*March 1, 2023 - March 31, 2023*

PAGE 4 OF 12

ACCOUNT NUMBER   **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **DIVIDENDS AND INTEREST** | | | | | | | |
| INTEREST | 03/14/23 | C | FULLYPAID LENDING REBATE DUE 12/31/35 Feb2023 REBATE Security Number: 8S87337 | | | | $16.65 |
| **Total Dividends And Interest** | | | | | | | **$16.65** |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 03/09/23 | C | ACH DEPOSIT SEN(20230309321191) | | | | $2,000.00 |
| **Total Funds Paid And Received** | | | | | | | **$2,000.00** |
| **SECURITIES RECEIVED AND DELIVERED** | | | | | | | |
| JOURNAL | 03/01/23 | O | META MATLS INC COMMON STOCK TO TYPE 7 FROM TYPE 1 FFS(208156740) CUSIP: 59134N104 | 972 | | | |
| JOURNAL | 03/06/23 | O | META MATLS INC COMMON STOCK TO TYPE 7 FROM TYPE 1 FFS(208713006) CUSIP: 59134N104 | 400 | | | |
| JOURNAL | 03/14/23 | O | META MATLS INC COMMON STOCK TO TYPE 7 FROM TYPE 1 FFS(209849081) CUSIP: 59134N104 | 1,212 | | | |

*March 1, 2023 - March 31, 2023*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 5 OF 12

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 03/20/23 | O | CONTEXTLOGIC INC<br>CLASS A COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(210669688)<br>CUSIP: 21077C107 | 713 | | | |
| JOURNAL | 03/21/23 | C | CONTEXTLOGIC INC<br>CLASS A COMMON STOCK<br>TO TYPE 1 FROM TYPE 7<br>FFS(210887135)<br>CUSIP: 21077C107 | 713 | | | |
| JOURNAL | 03/21/23 | O | META MATLS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(210912852)<br>CUSIP: 59134N104 | 1,034 | | | |
| JOURNAL | 03/28/23 | O | META MATLS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(211995607)<br>CUSIP: 59134N104 | 1,063 | | | |
| JOURNAL | 03/31/23 | O | META MATLS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(212623021)<br>CUSIP: 59134N104 | 1,137 | | | |
| JOURNAL | 03/01/23 | C | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(208156740)<br>CUSIP: 59134N104 | -972 | | | |

*March 1, 2023 - March 31, 2023*

PAGE 6 OF 12

ACCOUNT NUMBER  **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 03/06/23 | C | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(208713006)<br>CUSIP: 59134N104 | -400 | | | |
| JOURNAL | 03/14/23 | C | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(209849081)<br>CUSIP: 59134N104 | -1,212 | | | |
| JOURNAL | 03/20/23 | C | CONTEXTLOGIC INC<br>CLASS A COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(210669688)<br>CUSIP: 21077C107 | -713 | | | |
| JOURNAL | 03/21/23 | C | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(210912852)<br>CUSIP: 59134N104 | -1,034 | | | |
| JOURNAL | 03/21/23 | O | CONTEXTLOGIC INC<br>CLASS A COMMON STOCK<br>FROM TYPE 7 TO TYPE 1<br>FFS(210887135)<br>CUSIP: 21077C107 | -713 | | | |
| JOURNAL | 03/28/23 | C | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(211995607)<br>CUSIP: 59134N104 | -1,063 | | | |

*March 1, 2023 - March 31, 2023*

PAGE 7 OF 12

ACCOUNT NUMBER   **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

► ACCOUNT ACTIVITY (CONTINUED)

**SECURITIES RECEIVED AND DELIVERED** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| JOURNAL | 03/31/23 | C | META MATLS INC COMMON STOCK FROM TYPE 1 TO TYPE 7 FFS(212623021) CUSIP: 59134N104 | -1,137 | | | |

**Total Securities Received And Delivered**

► **EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES**

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 03/30/23 | 04/03/23 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 482 | $0.415 | $200.03 | |

**Total Executed Trades Pending Settlement**                                           **$200.03**

*March 1, 2023 - March 31, 2023*

PAGE 8 OF 12

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
## 44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS

**IMPORTANT INFORMATION**

For certain Index Options Webull charges a per contract fee, referred to as the Webull Index Option Contract Fee. The Add'l fee column in the trade confirmation is made up of the Webull Index Option Contract Fee, the Proprietary Index Option Fee, and the OCC fee. The Tran Fee in the trade confirmation is an aggregate of the Regulatory Transaction (SEC) Fee, Trading Activity Fee (TAF), and Options Regulatory Fee (ORF).

**IMPORTANT INFORMATION**

**Statement of Financial Condition**
A copy of Apex Clearing Corporation's Audited Statement of Financial Condition as of December 31, 2022 is available on the website at www.apexfintechsolutions.com/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation. As of December 31, 2022, Apex Clearing Corporation had a net capital of $466,254,287 and was $439,752,615 in excess of its required net capital of $26,501,672. As of January 31, 2023, Apex Clearing Corporation had a net capital of $503,778,156 and was $479,334,278 in excess of its required net capital of $24,443,878.

**Apex's Policy for Dividends and Interest**
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

**Participation in Fully Paid Lending Program**
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

**Information Regarding Cost Basis for Foreign Account Statements**
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municipal Securities -** you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

**IMPORTANT INFORMATIO N**

To our valued customers:
FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72

*March 1, 2023 - March 31, 2023*

PAGE 9 OF 12

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**DEREK HUY HUY VU**

▶ ANNOUNCEMENTS (CONTINUED)

**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**
The preceding notice is required when reporting distributions on Direct Participation Programs and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular DPP or REIT will be provided to clients upon request. **Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**
Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can be accessed on the internet at: http://public.s3.com/rule606/apex/, or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009.
SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."
In accordance with the Emergency Economic Stabilization Act of 2008 broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.
 • Equity securities acquired on or after January 1, 2011
 • Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012;
 • Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)
Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

## IMPORTANT INFORMATION CONTINUED

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013. The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. **Please note SIPC does not cover commodity contracts and options on futures.** For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection. This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted. This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities. For additional information, please contact your broker.

NOTE: Occasionally, Apex Clearing Corporation's bank deposit sweep program banks ("Program Banks") may be added or removed from the Program Bank List, which is available on Apex's website. Apex will, to the extent possible, update the Program Bank List with any added Program Banks at least 30 calendar days before making deposits. If a Program Bank is removed from Apex Clearing Corporation's bank deposit sweep program (the "Program"), it will no longer be able to receive sweeps of your excess cash balance. If any of your excess cash balance is at a Program Bank that is removed from the Program, Apex will transfer those funds into another Program Bank still in the Program or into your Apex Account, at Apex's discretion. You may contact your broker to specify any Program Banks into which you do not wish your excess cash balance to be swept. Please note that if there are insufficient Program Banks available in the Program, taking into account any from which you have opted out, such that not all of your excess cash balance can be spread among Program Banks to ensure FDIC coverage, then some or all of your excess cash balance may remain dormant in your Apex Account or may be deposited at a Program Bank but not covered by FDIC insurance. You may obtain additional information on each Program Bank at www.fdic.gov. You are solely responsible for monitoring the total amount of your assets on deposit with each Program Bank (including non-Program

*March 1, 2023 - March 31, 2023*

PAGE **10** OF 12

ACCOUNT NUMBER  **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

funds and accounts) in order to determine the extent of FDIC insurance coverage available to you on those deposits, including Program deposits. Apex shall not take into account any money you have on deposit at a Program Bank outside of the Program. A current Program Bank List and current Insured Deposits Terms and Conditions may be found at https://apexfintechsolutions.com/legal/disclosures/

**Addition of Customers Bank and SoFi Bank N.A.**

We have added Customers Bank and SoFi Bank N.A. to the FDIC-Insured Deposit Sweep Program for all eligible accounts. The banks will be eligible to receive deposits on or around August 31, 2022. If you have any questions or would like to exclude either bank from receiving your excess cash balance, please reach out to your broker. You are not required to take any action.

**FDIC SWEEP PROGRAM**

For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the program.

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC  up to the maximum applicable insurance limits. Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov.  Deposit Account balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected as established by current applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org.

**IMPORTANT INFORMATION**
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record.
A brief summary of the content of the Annual Disclosure Statement is as follows:
- Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
- Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
- Margin Disclosure Statement: FINRA Rule 2264 - The information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
- Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing Information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.

*March 1, 2023 - March 31, 2023*

PAGE **11** OF 12

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

DEREK HUY HUY VU



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

▶  ANNOUNCEMENTS (CONTINUED)

- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The investor brochure may be obtained from FINRA BrokerCheck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.
- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/.

## IMPORTANT INFORMATION -  Privacy Policy

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

## Personal Information Collected

In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:
• Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
• Information relating to your transactions, including account balances, positions, and activity;
• Information which may be received from consumer reporting agencies, such as credit bureau reports;
• Information relating to your creditworthiness;
• Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

## Sharing of Nonpublic Personal Information

*March 1, 2023 - March 31, 2023*

A C C O U N T

PAGE **12** OF 12

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

L A U D A B L Y   V I P E N I

► ANNOUNCEMENTS (CONTINUED)

Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

**Security**
Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non- public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers.  As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as  authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

**Access to Your Information**
You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**
Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**
Apex reserves the right to make changes to this policy.

**How to Get in Touch with Apex about this Privacy Policy**
For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit our sharing of your personal information, please contact:

Apex Clearing Corporation
Attn: Compliance Department 350 N. St. Paul St., Suite 1300
Dallas, Texas 75201
cs@apexclearing.com

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*April 1, 2023 - April 30, 2023*

PAGE 1 OF 14

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

DEREK HUY HUY VU
9 AEGEAN
IRVINE CA 92614-5308

ACCOUNT

INDIVIDUAL

## ▶ ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Cash account | $1,000.13 | $0.15 |
| NET ACCOUNT BALANCE | 1,000.13 | 0.15 |
| Securities | 19,774.63 | 14,243.19 |
| TOTAL PRICED PORTFOLIO | 19,774.63 | 14,243.19 |
| **Total Equity Holdings** | **$20,774.76** | **$14,243.34** |

## ▶ PORTFOLIO EQUITY ALLOCATION



Cash
0.001%

Equities
99.999%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

IMPORTANT INFORMATION

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The permanent rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January, the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

SIPC Protection. As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

NOTICE TO CUSTOMERS

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to Apex by telephone at 214-765-1009

ACCOUNT SUMMARY:
Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.

INCOME AND EXPENSE SUMMARY:
Lists all income earned during the current statement period, as well as year to date. Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays and Margin Interest Expenses.

PORTFOLIO EQUITY ALLOCATION:
The Pie Chart is an estimate for illustrative purposes only.

PORTFOLIO SUMMARY:
Lists all securities held in your account.

MARKET VALUE:
This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities.

Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank.
Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

ESTIMATED ANNUAL INCOME:
The current annual dividend or bond interest rate for each security held, if available from quotation service. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.

OPEN ORDERS:
Displays all GTC (Good-Til-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).

MONEY MARKET ACTIVITY:
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.

DEFINITION OF ACCOUNT TYPES   C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

REALIZED GAIN/LOSS DETAIL AND PORTFOLIO SUMMARY SECTIONS:
Displays mutual funds by average cost and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) does not reflect wash sales and may not reflect all capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis is retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX DOCUMENT OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

Order Routing:
The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*April 1, 2023 - April 30, 2023*

PAGE **2** OF 14

ACCOUNT NUMBER  **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ **PORTFOLIO SUMMARY**

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| CONTEXTLOGIC INC CLASS A COMMON STOCK | WISH | C | 24 | $7.21 | $173.04 | | N/A | | 1.215% |
| EVOLVE TRANSITN INFRASTRUCTURE LP COMMON UNITS REPRESNTNG CL B LIMITD LIABILITY COMPANY INT | SNMP | C | 5 | 0.147 | 0.73 | 1.00 | -27 | | .005 |
| ITERUM THERAPEUTICS PLC ORDINARY SHARE | ITRM | C | 880 | 1.17 | 1,029.60 | 879.91 | 17 | | 7.229 |
| TESLA INC COMMON STOCK | TSLA | C | 45 | 164.31 | 7,393.95 | 9,335.70 | -21 | | 51.912 |
| BIONANO GENOMICS INC COMMON STOCK | BNGO | O | 12 | 0.688 | 8.25 | 13.32 | -38 | | .058 |
| FUBOTV INC COMMON STOCK | FUBO | O | 60 | 1.14 | 68.40 | 72.60 | -6 | | .480 |
| META MATLS INC COMMON STOCK | MMAT | O | 28,269 | 0.184 | 5,207.15 | 8,765.44 | -41 | | 36.558 |
| SNDL INC COM | SNDL | O | 243 | 1.49 | 362.07 | 388.80 | -7 | | 2.542 |
| **Total Equities** | | | | | **$14,243.19** | | | | **99.999%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$0.15** | | | | **0.001%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$14,243.34** | | | | |

*April 1, 2023 - April 30, 2023*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 3 OF 14

ACCOUNT NUMBER   **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

► **ACCOUNT ACTIVITY**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 04/03/23 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 482 | $0.415 | $200.03 | |
| BOUGHT | 04/10/23 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 497 | 0.404 | 200.79 | |
| BOUGHT | 04/13/23 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 610 | 0.41 | 250.10 | |
| BOUGHT | 04/14/23 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 265 | 0.378 | 100.17 | |
| BOUGHT | 04/17/23 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 754 | 0.33 | 248.82 | |
| BOUGHT | 04/18/23 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 4,156 | 0.22 | 914.32 | |
| **Total Buy / Sell Transactions** | | | | | | **$1,914.23** | |
| **DIVIDENDS AND INTEREST** | | | | | | | |
| INTEREST | 04/13/23 | C | FULLYPAID LENDING REBATE<br>DUE 12/31/35<br>Mar2023 REBATE<br>Security Number: 8S87337 | | | | $14.25 |
| **Total Dividends And Interest** | | | | | | | **$14.25** |

*April 1, 2023 - April 30, 2023*

PAGE 4 OF 14

ACCOUNT NUMBER   **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 04/14/23 | C | ACH DEPOSIT SEN(20230414060304) | | | | $900.00 |
| **Total Funds Paid And Received** | | | | | | | **$900.00** |
| | | | | | | | |
| **SECURITIES RECEIVED AND DELIVERED** | | | | | | | |
| JOURNAL | 04/04/23 | O | META MATLS INC COMMON STOCK TO TYPE 7 FROM TYPE 1 FFS(213092281) CUSIP: 59134N104 | 482 | | | |
| JOURNAL | 04/11/23 | O | META MATLS INC COMMON STOCK TO TYPE 7 FROM TYPE 1 FFS(214165543) CUSIP: 59134N104 | 497 | | | |
| JOURNAL | 04/14/23 | O | META MATLS INC COMMON STOCK TO TYPE 7 FROM TYPE 1 FFS(214881109) CUSIP: 59134N104 | 610 | | | |
| JOURNAL | 04/17/23 | O | META MATLS INC COMMON STOCK TO TYPE 7 FROM TYPE 1 FFS(215086344) CUSIP: 59134N104 | 265 | | | |

I
N
U
O
C
C
A

*April 1, 2023 - April 30, 2023*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 5 OF 14

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

L
A
U
D
I
V
I
D
N
I

▶ ACCOUNT ACTIVITY (CONTINUED)

**SECURITIES RECEIVED AND DELIVERED** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| JOURNAL | 04/18/23 | O | META MATLS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(215352539)<br>CUSIP: 59134N104 | 754 | | | |
| JOURNAL | 04/19/23 | O | CONTEXTLOGIC INC<br>CLASS A COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(215614430)<br>CUSIP: 21077C305 | 24 | | | |
| JOURNAL | 04/19/23 | O | META MATLS INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(215543444)<br>CUSIP: 59134N104 | 4,156 | | | |
| JOURNAL | 04/20/23 | C | CONTEXTLOGIC INC<br>CLASS A COMMON STOCK<br>TO TYPE 1 FROM TYPE 7<br>FFS(215802424)<br>CUSIP: 21077C305 | 24 | | | |
| JOURNAL | 04/24/23 | O | CONTEXTLOGIC INC<br>CLASS A COMMON STOCK<br>TO TYPE 7 FROM TYPE 1<br>FFS(216328538)<br>CUSIP: 21077C305 | 24 | | | |
| JOURNAL | 04/25/23 | C | CONTEXTLOGIC INC<br>CLASS A COMMON STOCK<br>TO TYPE 1 FROM TYPE 7<br>FFS(216577365)<br>CUSIP: 21077C305 | 24 | | | |

*April 1, 2023 - April 30, 2023*

PAGE 6 OF 14

ACCOUNT NUMBER   **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 04/04/23 | C | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(213092281)<br>CUSIP: 59134N104 | -482 | | | |
| JOURNAL | 04/11/23 | C | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(214165543)<br>CUSIP: 59134N104 | -497 | | | |
| JOURNAL | 04/14/23 | C | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(214881109)<br>CUSIP: 59134N104 | -610 | | | |
| JOURNAL | 04/17/23 | C | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(215086344)<br>CUSIP: 59134N104 | -265 | | | |
| JOURNAL | 04/18/23 | C | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(215352539)<br>CUSIP: 59134N104 | -754 | | | |
| JOURNAL | 04/19/23 | C | CONTEXTLOGIC INC<br>CLASS A COMMON STOCK<br>FROM TYPE 1 TO TYPE 7<br>FFS(215614430)<br>CUSIP: 21077C305 | -24 | | | |

*April 1, 2023 - April 30, 2023*

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 7 OF 14

ACCOUNT NUMBER   **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 04/19/23 | C | META MATLS INC COMMON STOCK FROM TYPE 1 TO TYPE 7 FFS(215543444) CUSIP: 59134N104 | -4,156 | | | |
| JOURNAL | 04/20/23 | O | CONTEXTLOGIC INC CLASS A COMMON STOCK FROM TYPE 7 TO TYPE 1 FFS(215802424) CUSIP: 21077C305 | -24 | | | |
| JOURNAL | 04/24/23 | C | CONTEXTLOGIC INC CLASS A COMMON STOCK FROM TYPE 1 TO TYPE 7 FFS(216328538) CUSIP: 21077C305 | -24 | | | |
| JOURNAL | 04/25/23 | O | CONTEXTLOGIC INC CLASS A COMMON STOCK FROM TYPE 7 TO TYPE 1 FFS(216577365) CUSIP: 21077C305 | -24 | | | |
| **Total Securities Received And Delivered** | | | | | | | |

**MISCELLANEOUS TRANSACTIONS**

| REV SPLIT | 04/11/23 | C | CONTEXTLOGIC INC CL A NEW REVERSE SPLIT @ 1:30 FROM 21077C107 TO 21077C305 RESULT OF REVERSE SPLIT CUSIP: 21077C305 | 24 | | | |

*April 1, 2023 - April 30, 2023*

PAGE 8 OF 14

ACCOUNT NUMBER  **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **MISCELLANEOUS TRANSACTIONS** (continued) | | | | | | | |
| REV SPLIT | 04/11/23 | C | CONTEXTLOGIC INC<br>CLASS A COMMON STOCK<br>REVERSE SPLIT @ 1:30<br>FROM 21077C107 TO 21077C305<br>CUSIP: 21077C107 | -713 | | | |

**Total Miscellaneous Transactions**

*April 1, 2023 - April 30, 2023*



## Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 9 OF 14

ACCOUNT NUMBER   **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

▶ **ANNOUNCEMENTS**

**IMPORTANT INFORMATION**

For certain Index Options Webull charges a per contract fee, referred to as the Webull Index Option Contract Fee. The Add'l fee column in the trade confirmation is made up of the Webull Index Option Contract Fee, the Proprietary Index Option Fee, and the OCC fee. The Tran Fee in the trade confirmation is an aggregate of the Regulatory Transaction (SEC) Fee, Trading Activity Fee (TAF), and Options Regulatory Fee (ORF).

**IMPORTANT INFORMATION**

**Statement of Financial Condition**
A copy of Apex Clearing Corporation's Audited Statement of Financial Condition as of December 31, 2022 is available on the website at www.apexfintechsolutions.com/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation. As of December 31, 2022, Apex Clearing Corporation had a net capital of $466,254,287 and was $439,752,615 in excess of its required net capital of $26,501,672. As of January 31, 2023, Apex Clearing Corporation had a net capital of $503,778,156 and was $479,334,278 in excess of its required net capital of $24,443,878.

**Apex's Policy for Dividends and Interest**
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

**Participation in Fully Paid Lending Program**
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

**Information Regarding Cost Basis for Foreign Account Statements**
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municipal Securities -** you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

**IMPORTANT INFORMATIO N**

To our valued customers:
FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72

*April 1, 2023 - April 30, 2023*

PAGE 10 OF 14

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**DEREK HUY HUY VU**

▶ ANNOUNCEMENTS (CONTINUED)

**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**

The preceding notice is required when reporting distributions on Direct Participation Programs and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.

Alternative or Other investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular DPP or REIT will be provided to clients upon request. **Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**

Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can be accessed on the internet at: **http://public.s3.com/rule606/apex/**, or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009.

SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."

In accordance with the Emergency Economic Stabilization Act of 2008 broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.
•Equity securities acquired on or after January 1, 2011
•Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012;
•Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)
Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

## IMPORTANT INFORMATION CONTINUED

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013. The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. Please note SIPC does not cover commodity contracts and options on futures. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371 - 8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection. This additional insurance policy, widely known as ×excess SIPC,Ö becomes available to customers in the event that SIPC limits are exhausted. This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities. For additional information, please contact your broker.

NOTE: Occasionally, Apex Clearing Corporation's bank deposit sweep program banks (×Program BanksÖ) may be added or removed from the Program Bank List, which is available on Apex's website. Apex will, to the extent possible, update the Program Bank List with any added Program Banks at least 30 calendar days before making deposits. If a Program Bank is removed from Apex Clearing Corporation's bank deposit sweep program (the ×ProgramÖ), it will no longer be able to receive sweeps of your excess cash balance. If any of your excess cash balance is at a Program Bank that is removed from the Program, Apex will transfer those funds into another Program Bank still in the Program or into your Apex Account, at Apex's discretion.

*April 1, 2023 - April 30, 2023*

PAGE 11 OF 14

ACCOUNT NUMBER   **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

You may contact your broker to specify any Program Banks into which you do not wish your
excess cash balance to be swept. Please note that if there are insufficient Program Banks
available in the Program, taking into account any from which you have opted out, such that not
all of your excess cash balance can be spread among Program Banks to ensure FDIC
coverage, then some or all of your excess cash balance may remain dormant in your Apex
Account or may be deposited at a Program Bank but not covered by FDIC insurance. You may
obtain additional information on each Program Bank at www.fdic.gov.
You are solely responsible for monitoring the total amount of your assets on deposit with each
Program Bank (including non-Program funds and accounts) in order to determine the extent of FDIC
insurance coverage available to you on those deposits, including Program deposits. Apex shall not
take into account any money you have on deposit at a Program Bank outside of the Program.
A current Program Bank List and current Insured Deposits Terms and Conditions may be found
at https://apexfintechsolutions.com/legal/disclosures/

**Coming Soon: Addition of Old National Bank and Flagstar Bank**

We are in the process of adding both Old National Bank and Flagstar Bank to the FDIC-Insured Deposit Sweep Program for all eligible accounts. The banks will be eligible to receive deposits
on or before June 1, 2023.

**Participating Bank Removal - Signature Bank:**

Effective 3/13/2023, Signature Bank was removed as a participating bank from the FDIC-Insured Deposit Sweep Program.
If you have any questions or would like to exclude either bank from receiving your excess cash balance, please reach out to your broker. You are not required to take any action.

**FDIC SWEEP PROGRAM**

For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or
shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the
program.

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC up to the maximum
applicable insurance limits. Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov. Deposit Account
balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected as established by current
applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org.

*April 1, 2023 - April 30, 2023*

PAGE **12** OF 14

ACCOUNT NUMBER   **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶  ANNOUNCEMENTS (CONTINUED)

**IMPORTANT INFORMATION**
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record.
A brief summary of the content of the Annual Disclosure Statement is as follows:

- Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
- Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
- Margin Disclosure Statement: FINRA Rule 2264 - The information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
- Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing Information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The investor brochure may be obtained from FINRA BrokerCheck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends purchasing securities on an annual basis certain important regulatory notices and disclosures. To
- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/.

*April 1, 2023 - April 30, 2023*



## Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **13** OF 14

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

▶ ANNOUNCEMENTS (CONTINUED)

**IMPORTANT INFORMATION - Privacy Policy**

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

**Personal Information Collected**

In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:
- Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
- Information relating to your transactions, including account balances, positions, and activity;
- Information which may be received from consumer reporting agencies, such as credit bureau reports;
- Information relating to your creditworthiness;
- Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

**Sharing of Nonpublic Personal Information**

Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

**Security**

Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non- public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers.  As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as  authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

**Access to Your Information**

You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

*April 1, 2023 - April 30, 2023*

PAGE 14 OF 14

ACCOUNT NUMBER  **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**
Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**
Apex reserves the right to make changes to this policy.

**How to Get in Touch with Apex about this Privacy Policy**
For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit our sharing of your personal information, please contact:

Apex Clearing Corporation
Attn: Compliance Department 350 N. St. Paul St., Suite 1300
Dallas, Texas 75201
cs@apexclearing.com

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*November 1, 2024 - November 30, 2024*

PAGE 1 OF 8

ACCOUNT NUMBER   **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**

DEREK HUY HUY VU
9 AEGEAN
IRVINE CA  92614-5308

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

## ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Cash account | $1.20 | $2.38 |
| NET ACCOUNT BALANCE | 1.20 | 2.38 |
| Securities | 13,453.87 | 18,421.55 |
| TOTAL PRICED PORTFOLIO | 13,453.87 | 18,421.55 |
| **Total Equity Holdings** | **$13,455.07** | **$18,423.93** |

## INCOME AND EXPENSE SUMMARY

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Taxable dividends | $0.00 | $0.41 |

## PORTFOLIO EQUITY ALLOCATION



Cash
0.013%

Equities
99.987%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

IMPORTANT INFORMATION

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January; the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure with randomly selects from among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

SIPC Protection. As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

NOTICE TO CUSTOMERS

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account, Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number, General inquiries or concerns regarding your account should be directed to Apex by telephone at 214-765-1009

ACCOUNT SUMMARY:
Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar, Total Priced Portfolio and Expense does not include unpriced securities.
INCOME AND EXPENSE SUMMARY:
Lists all income earned during the current statement period, as well as year to date. Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays and Margin Interest Expenses.
PORTFOLIO EQUITY ALLOCATION:
The Pie Chart is an estimate for illustrative purposes only.
PORTFOLIO SUMMARY:
Lists all securities held in your account.
MARKET VALUE:
This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities.
Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank.
Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

ESTIMATED ANNUAL INCOME
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.
MONEY MARKET ACTIVITY:
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.
DEFINITION OF ACCOUNT TYPES   C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

REALIZED GAIN/LOSS DETAIL AND PORTFOLIO SUMMARY SECTIONS:
Displays mutual funds by average cost and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) does not reflect wash sales and may not reflect all capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

Order Routing:
The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or bank.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*November 1, 2024 - November 30, 2024*

PAGE 2 OF 8

ACCOUNT NUMBER   **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| CONTEXTLOGIC INC   CLASS A COMMON STOCK | LOGC | C | 24 | $7.15 | $171.60 | $155.76 | 10% | | .931% |
| CISCO SYSTEMS INC   Estimated Yield = 3.37% | CSCO | C | 1 | 59.21 | 59.21 | 54.77 | 8 | 2 | .321 |
| FUBOTV INC   COMMON STOCK | FUBO | C | 60 | 1.61 | 96.60 | 104.40 | -7 | | .524 |
| NVIDIA CORP | NVDA | C | 1 | 138.25 | 138.25 | 132.76 | 4 | | .750 |
| SNDL INC   COM | SNDL | C | 243 | 1.93 | 468.99 | 505.44 | -7 | | 2.546 |
| TESLA INC   COMMON STOCK | TSLA | C | 45 | 345.16 | 15,532.20 | 11,243.25 | 38 | | 84.304 |
| BIONANO GENOMICS INC   COMMON STOCK | BNGO | O | 1 | 0.256 | 0.26 | 0.29 | -10 | | .001 |
| ITERUM THERAPEUTICS PLC   ORDINARY SHARE | ITRM | O | 959 | 2.02 | 1,937.18 | 1,237.11 | 57 | | 10.514 |
| META MATERIALS INC   COMMON STOCK | MMATQ | O | 283 | 0.061 | 17.26 | 20.09 | -14 | | .094 |
| **Total Equities** | | | | | **$18,421.55** | | | **$2** | **99.987%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$2.38** | | | | **0.013%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$18,423.93** | | | **$2** | |

*November 1, 2024 - November 30, 2024*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 3 OF 8

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

| ▶ ACCOUNT ACTIVITY | | | | | | | |
|---|---|---|---|---|---|---|---|

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **DIVIDENDS AND INTEREST** | | | | | | | |
| INTEREST | 11/14/24 | C | FULLYPAID LENDING REBATE DUE 12/31/35 Oct2024 REBATE Security Number: 8S87337 | | | | $1.18 |
| **Total Dividends And Interest** | | | | | | | **$1.18** |
| | | | | | | | |
| **SECURITIES RECEIVED AND DELIVERED** | | | | | | | |
| JOURNAL | 11/01/24 | C | BIONANO GENOMICS INC COMMON STOCK TO TYPE 1 FROM TYPE 7 FFS(291616458) CUSIP: 09075F305 | 1 | | | |
| JOURNAL | 11/12/24 | O | BIONANO GENOMICS INC COMMON STOCK TO TYPE 7 FROM TYPE 1 FFS(292665202) CUSIP: 09075F305 | 1 | | | |
| JOURNAL | 11/01/24 | O | BIONANO GENOMICS INC COMMON STOCK FROM TYPE 7 TO TYPE 1 FFS(291616458) CUSIP: 09075F305 | -1 | | | |
| JOURNAL | 11/12/24 | C | BIONANO GENOMICS INC COMMON STOCK FROM TYPE 1 TO TYPE 7 FFS(292665202) CUSIP: 09075F305 | -1 | | | |
| **Total Securities Received And Delivered** | | | | | | | |

*November 1, 2024 - November 30, 2024*

PAGE 4 OF 8

ACCOUNT NUMBER    **5ND-69027-18  RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**DEREK HUY HUY VU**

▶ ANNOUNCEMENTS

**IMPORTANT INFORMATION**

For certain Index Options Webull charges a per contract fee, referred to as the Webull Index Option Contract Fee. The Add'l fee column in the trade confirmation is made up of the Webull Index Option Contract Fee, the Proprietary Index Option Fee, and the OCC fee. The Tran Fee in the trade confirmation is an aggregate of the Regulatory Transaction (SEC) Fee, Trading Activity Fee (TAF), and Options Regulatory Fee (ORF).

**IMPORTANT INFORMATION**

**Statement of Financial Condition**
A copy of Apex Clearing Corporation's Unaudited Statement of Financial Condition as of June 30, 2024 is available on the website at https://apexfintechsolutions.com/legal/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation. As of June 30, 2024, Apex Clearing Corporation had a net capital of $445,881,608 and was $416,473,687 in excess of its required net capital of $29,407,921. As of July 31, 2024, Apex Clearing Corporation had net capital of $476,161,687 and was $440,570,210 in excess of its required net capital of $35,591,477.

**Apex's Policy for Dividends and Interest**
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

**Participation in Fully Paid Lending Program**
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

**Information Regarding Cost Basis for Foreign Account Statements**
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municipal Securities -** you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

**Participating Bank Removal**
BMO Bank National Association and SoFi Bank, National Association will be removed as a participating bank from the FDIC-Insured Deposit Sweep Program on or before December 31, 2024.

**IMPORTANT INFORMATION**

To our valued customers:

*November 1, 2024 - November 30, 2024*

PAGE 5 OF 8

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**DEREK HUY HUY VU**

▶ ANNOUNCEMENTS (CONTINUED)

FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72
**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**
The preceding notice is required when reporting distributions on Direct Participation Programs  and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular  DPP or REIT will be provided to clients upon request. **Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**
Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can be accessed on the internet at: **http://public.s3.com/rule606/apex/**, or a written copy will be furnished at no cost upon request via telephone at (214) 765-1009.
SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."
In accordance with the Emergency Economic Stabilization Act of 2008  broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.
  •Equity securities acquired on or after January 1, 2011
  •Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:
  •Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)
Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

**IMPORTANT INFORMATION CONTINUED**

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013.  The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. Please note SIPC does not cover commodity contracts and options on futures. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.
Apex has purchased an additional insurance policy to supplement SIPC protection.  This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted.  This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash.  Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.  For additional information, please contact your broker.

**IMPORTANT INFORMATION**
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

*November 1, 2024 - November 30, 2024*

PAGE 6 OF 8

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

**DEREK HUY HUY VU**

A C C O U N T    I N D I V I D U A L

▶ ANNOUNCEMENTS (CONTINUED)

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record.

A brief summary of the content of the Annual Disclosure Statement is as follows:

- Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
- Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
- Margin Disclosure Statement: FINRA Rule 2264 - The information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
- Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing Information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The investor brochure may be obtained from FINRA BrokerCheck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.
- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/.

**IMPORTANT INFORMATION**

Coming Soon - Addition of U.S. Bank, Citibank, and Old National: We are in the process of adding U.S. Bank National Association, Citibank, National Association, and Old National Bank to the FDIC-Insured Deposit Sweep Program for all eligible accounts. The banks will be eligible to receive deposits on or before September 30, 2024.

**IMPORTANT INFORMATION - Privacy Policy**

*November 1, 2024 - November 30, 2024*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 7 OF 8

ACCOUNT NUMBER    **5ND-69027-18 RR WEA**

**DEREK HUY HUY VU**

▶ ANNOUNCEMENTS (CONTINUED)

APEX has launched its new Global Class Actions Asset Recovery Program. This Service automatically processes all proof of claim forms when a security in your account is eligible for participation in a class action lawsuit. Any proceeds from the Class Action Service will be subsequently deposited into your account. Your account will automatically be enrolled in the Class Action Service as of June 1, 2024. An administration fee of 20% will be deducted from any class action settlement funds prior to the deposit of proceeds into your account. If you would like your claim to be filed on your behalf, no action is needed. If, at any time, you do not wish to participate in the Class Actions Service, you may choose to un-enroll by reaching out to your Broker. For additional information, please visit https://apexfintechsolutions.com/legal/disclosures/

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

**Personal Information Collected**
In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:
• Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
• Information relating to your transactions, including account balances, positions, and activity;
• Information which may be received from consumer reporting agencies, such as credit bureau reports;
• Information relating to your creditworthiness;
• Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

**Sharing of Nonpublic Personal Information**
Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

**Security**
Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non- public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers. As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

*November 1, 2024 - November 30, 2024*

PAGE 8 OF 8

ACCOUNT NUMBER   **5ND-69027-18  RR WEA**

**DEREK HUY HUY VU**



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

► ANNOUNCEMENTS (CONTINUED)

**Access to Your Information**
You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**
Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**
Apex reserves the right to make changes to this policy.

**CONTACT APEX CLEARING**
For general inquiries, please submit your questions to our Individual Investor Contact Page on the Apex website. Our Customer Support team will assist in providing the necessary answers to your questions.

Individual Investor Contact Page: https://go.apexfintechsolutions.com/individual-investor-contact-form

**Physical mail may be sent to:**
**Apex Clearing Corporation**
**Attn: Customer Support**
**350 N. St. Paul St., Suite 1300**
**Dallas, Texas 75201**