NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor:<br>Meta Materials, INC | Case Number:<br>24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Joey Blalock
   174 Spring Place Rd NW
   Cartersville, Ga 30121

   Telephone Number: 770-861-9764

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 16 2024**

**U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor:<br>2473-6175 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br><br>Joey Blalock (Charles Schwab)<br>P.O. Box 2339    Omaha, NE 68103<br>Telephone Number: 800-435-4000 | 3. Date Equity Interest was acquired:<br>Between 6/28/2021 - 1/29/2024<br>See attached documentation |
| 4. Total amount of member interest: 51 shares for $3176.04 | 5. Certificate number(s): See attached documentation |

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
                          (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
                                                                        (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Joey Blalock
Title:
Company: __ Address and telephone number (if different from notice address above):

(Signature) *Joey Blalock*    (Date) 12-4-2024

Telephone number: 770-861-9764    email: JOEYCBLALOCK@YAHOO.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



Schwab One® Account of

JOEY CLAIBORNE BLALOCK
DESIGNATED BENE PLAN/TOD

Statement Period
November 1-30, 2024

## Positions - Summary

| Beginning Value as of 11/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 11/30 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $8.01 | | $0.00 | | $0.00 | | $0.00 | | $0.05 | | **$8.06** | $4,290.13 | ($3,957.04) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMATQ | META MATLS INC | 51.0000 | 0.06100 | 3.11 | 3,770.77 | (3,767.66) | N/A | 0.00 | 39% |
| **Total Equities** | | | | **$8.06** | **$3,965.10** | **($3,957.04)** | | **$0.00** | **100%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 300.0000 | | | 325.03 | | N/A | |
| **Total Unpriced Securities** | | | | **$0.00** | **$325.03** | **$0.00** | | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EY and EAI will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 11/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 11/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |

Other Activity  **$0.00**    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction History for Designated Bene Individual ...175

## Transactions found from 12/04/2020 to 12/04/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 51 | | | |
| 09/05/2023 | Buy | MMAT META MATLS INC | 1 | $0.2424 | | -$0.24 |
| 05/30/2023 | Journaled Shares | MMAT TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -5,019 | | | |
| 05/30/2023 | Internal Transfer | MMAT META MATLS INC | 5,019 | | | |
| 04/20/2023 | Buy | MMAT TDA TRAN - Bought 19 (MMAT) @0.1907 | 19 | $0.1907 | | -$3.62 |
| 04/14/2023 | Buy | MMAT TDA TRAN - Bought 1981 (MMAT) @0.2224 | 1,981 | $0.2224 | | -$440.57 |
| 04/14/2023 | Buy | MMAT TDA TRAN - Bought 1000 (MMAT) @0.2182 | 1,000 | $0.2182 | | -$218.20 |
| 02/23/2023 | Buy | MMAT | 19 | $0.6786 | | -$12.89 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought 19 (MMAT) @0.6786 | | | | |
| 02/23/2023 | Buy | MMAT TDA TRAN - Bought 11 (MMAT) @0.6794 | 11 | $0.6794 | | -$7.47 |
| 02/23/2023 | Buy | MMAT TDA TRAN - Bought ...524 (MMAT) @0.6795 | 524 | $0.6795 | | -$356.06 |
| 02/14/2023 | Buy | MMAT TDA TRAN - Bought ...261 (MMAT) @0.7670 | 261 | $0.767 | | -$200.19 |
| 07/05/2022 | Buy | MMAT TDA TRAN - Bought 4 (MMAT) @1.0300 | 4 | $1.03 | | -$4.12 |
| 06/30/2022 | Buy | MMAT TDA TRAN - Bought ...192 (MMAT) @1.0178 | 192 | $1.0178 | | -$195.42 |
| 06/24/2022 | Buy | MMAT TDA TRAN - Bought 8 (MMAT) @1.1899 | 8 | $1.1899 | | -$9.52 |
| 06/24/2022 | Buy | MMAT | 665 | $1.1999 | | -$797.93 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought ...665 (MMAT) @1.1999 | | | | |
| 05/11/2022 | Buy | MMAT TDA TRAN - Bought 35 (MMAT) @1.1599 | 35 | $1.1599 | | -$40.60 |
| 03/09/2022 | Buy | MMAT TDA TRAN - Bought 51 (MMAT) @1.6199 | 51 | $1.6199 | | -$82.61 |
| 11/18/2021 | Buy | MMAT TDA TRAN - Bought 22 (MMAT) @4.4500 | 22 | $4.45 | | -$97.90 |
| 11/16/2021 | Buy | MMAT TDA TRAN - Bought 27 (MMAT) @4.2000 | 27 | $4.20 | | -$113.40 |
| 08/16/2021 | Buy | MMAT TDA TRAN - Bought 33 (MMAT) @3.0799 | 33 | $3.0799 | | -$101.64 |
| 08/12/2021 | Buy | MMAT TDA TRAN - Bought 12 (MMAT) @3.4199 | 12 | $3.4199 | | -$41.04 |
| 07/20/2021 | Buy | MMAT | 10 | $3.2499 | | -$32.50 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
|  |  | TDA TRAN - Bought 10 (MMAT) @3.2499 |  |  |  |  |
| 07/19/2021 | Buy | MMAT TDA TRAN - Bought 25 (MMAT) @3.3799 | 25 | $3.3799 |  | -$84.50 |
| 07/16/2021 | Buy | MMAT TDA TRAN - Bought 20 (MMAT) @3.8100 | 20 | $3.81 |  | -$76.20 |
| 07/12/2021 | Buy | MMAT TDA TRAN - Bought 2 (MMAT) @4.2899 | 2 | $4.2899 |  | -$8.58 |
| 07/09/2021 | Buy | MMAT TDA TRAN - Bought 19 (MMAT) @4.7497 | 19 | $4.7497 |  | -$90.24 |
| 07/08/2021 | Buy | MMAT TDA TRAN - Bought 24 (MMAT) @5.5100 | 24 | $5.51 |  | -$132.24 |
| 07/02/2021 | Buy | MMAT TDA TRAN - Bought 4 (MMAT) @7.0900 | 4 | $7.09 |  | -$28.36 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 06/28/2021 | Journaled Shares | MMAT TDA TRAN - MANDATORY REVERSE SPLIT (MMAT) | 51 | | | |

Page Total: **-$3,176.04**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account: ...175
Today's Date: 12:21 PM ET, 12/04/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products. This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients. © 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.