NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| **Name of Debtor:** Meta Materials Inc. | **Case Number:** 24-50792-hlb | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Joseph M. Blackfelner
6736 Argenta Trail
Inver Grove Hts, MN 55077

Telephone Number:
612-298-1357

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only):
8876-2078

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Charles Schwab trading brokerage
PO Box 2339, Omaha NE 68103

Telephone Number: 800-435-4000

**3. Date Equity Interest was acquired:**
11/09/22 = 100 shares
11/15/22 = 150 shares
11/21/22 = 175 shares

**4. Total amount of member interest:** 425 prior to (1-100) reverse split to 5

**5. Certificate number(s):** Not provided

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Joseph M Blackfelner
Title: Individual
Company:__ Address and telephone number (if different from notice address above): _____

(Signature) [signed]    (Date) 12/13/24
Telephone number: 612-298-1357    email: Joe@beyondmn.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form    Save Form    Clear Form



PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

Trade on the go with our mobile apps. Download at tdameritrade.com/mobileapp

JOSEPH BLACKFELNER
6736 ARGENTA TRL
INVER GROVE HEIGHTS  MN  55077

## Confirmation Notice

| 421-594968-1 | | | | A | TD AMERITRADE | |
|---|---|---|---|---|---|---|
| YOU BOUGHT | | | | | | 0.00 |
| | | | | | | NET AMOUNT |
| | | | | | | |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.

| 421-594968-1 | | | 46266033912 | | A | TD AMERITRADE | |
|---|---|---|---|---|---|---|---|
| YOU BOUGHT | 100 | 59134N104 | 1.40 | | 140.00 | | 0.00 |
| | | | | | | | NET AMOUNT |
| | 11/09/2022 | 11/14/2022 | | | | 0.00 | 140.00 |

META MATERIALS, INC  MMAT
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.



PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

Trade on the go with our mobile apps. Download at tdameritrade.com/mobileapp

JOSEPH BLACKFELNER
6736 ARGENTA TRL
INVER GROVE HEIGHTS  MN  55077



## Confirmation Notice

| ACCOUNT NO. | | | | CUSIP | | CODE | | |
|---|---|---|---|---|---|---|---|---|
| 421-594968-1 | | | | | | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | | | PRICE | | PRINCIPAL | | INTEREST |
|---|---|---|---|---|---|---|---|---|
| YOU BOUGHT | | | | | | | | |

| | | | | | | | NET AMOUNT |
|---|---|---|---|---|---|---|---|

| TRADE DATE | | | SETTLEMENT | | | | | |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | | | CUSIP | | CODE | | |
|---|---|---|---|---|---|---|---|
| 421-594968-1 | | | 46382666256 | | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | SYMBOL | PRICE | PRINCIPAL | | | |
|---|---|---|---|---|---|---|---|
| YOU BOUGHT | 150 | 59134N104 | 1.8585 | 278.78 | | | 0.00 |

| | | | | | | NET AMOUNT |
|---|---|---|---|---|---|---|
| TRADE DATE | SETTLEMENT | | | COMMISSION | | |
| 11/15/2022 | 11/17/2022 | | | 0.00 | | 278.78 |

META MATERIALS INC
COM   (MMAT)

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.



PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

Trade on the go with our mobile apps. Download at tdameritrade.com/mobileapp

JOSEPH BLACKFELNER
6736 ARGENTA TRL
INVER GROVE HEIGHTS  MN  55077

## Confirmation Notice



| ACCOUNT NO. | | TRANSACTION NUMBER | | CUSIP CODE | | |
|---|---|---|---|---|---|---|
| 421-594968-1 | | | | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL | | |
|---|---|---|---|---|---|---|
| YOU BOUGHT | ■ | ■ | ■ | ■ | | ■ |

| TRADE DATE | | SETTLE DATE | INTEREST | COMMISSION | NET AMOUNT |
|---|---|---|---|---|---|
| ■ | | ■ | | ■ | ■ |

**TRADE DESCRIPTION** · SYMBOL

■  ■

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | | TRANSACTION NUMBER | | CUSIP CODE | | |
|---|---|---|---|---|---|---|
| 421-594968-1 | | 46468140874 | | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL | | |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 175 | 59134N104 | 1.97 | 344.75 | | 0.00 |

| TRADE DATE | | SETTLE DATE | INTEREST | COMMISSION | NET AMOUNT |
|---|---|---|---|---|---|
| 11/21/2022 | | 11/23/2022 | | 0.00 | 344.75 |

**TRADE DESCRIPTION** · SYMBOL

META MATERIALS INC
COM         ( MMAT )

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.



**Confirmation Notice**
Account 421-594968
Page 2 of 2

| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | |
|---|---|---|---|
| 1. Cash | 2. Margin Long | A= Agent   C= Cross Trade   P= Principal   R= Riskless Principal | |
| 3. Margin Short | 4. Income | Prime Broker if provided (contact the executing broker for further details) | |
| 5. Withholding | 6. Special | 3= Agent for person other than customer   4= Agent for both customer and another person | 5= Principal for some executions and agent for other |
| | | 6= Acts as both principal and agent   7= Acts as principal, agent and agent for another person | 8= Crossing as agent |
| | | 9= Crossing as principal | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:
1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the net amount due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and Inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.

# Transaction History for Individual ...078

## Transaction History for Individual ...078

### Transactions found from 11/09/2022 to 11/21/2022

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 11/21/2022 | Buy | MMAT<br>TDA TRAN -<br>Bought ...175<br>(MMAT) @1.9700 | 175 | $1.97 | | -$344.75 |
| 11/15/2022 | Buy | MMAT<br>TDA TRAN -<br>Bought ...150<br>(MMAT) @1.8585 | 150 | $1.8585 | | -$278.78 |
| 11/09/2022 | Buy | MMAT<br>TDA TRAN -<br>Bought ...100<br>(MMAT) @1.4000 | 100 | $1.40 | | -$140.00 |

Page Total: -$763.53

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account: ...078
Today's Date: 01:44 PM ET, 12/13/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products. This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients. © 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.