NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials INC.

**Case Number:** 24-50792

**RECEIVED AND FILED**
**DEC 16 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

    KAITLIN CAULFIELD
    224 Nahant Rd
    Nahant, MA 01908

    **Telephone Number:** 781-929-6083

    ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

    ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

    ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

    **COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:** 5N153571

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

    WeBull 44 Wall Street New York City
    **Telephone Number:** 888-828-0618

3. **Date Equity Interest was acquired:** Beginning in 2021

4. **Total amount of member interest:** Pre-Split 4,087 Post-Split 53 Shares

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
    Please indicate the type of Equity Interest you hold:
    ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
    ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
    **Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
    DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
    Check the appropriate box.
    ☑ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
    (Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
    (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Kaitlin Caulfield
**Title:**
**Company:** Address and telephone number (if different from notice address above):

(Signature) _Kaitlin C_    (Date) 10/28/24

Telephone number: 781 929 6083    email: CAULFIELD.Kaitlin@gmail.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

Print Form    Save Form    Clear Form

Webull purchase for
Kaitlin CAULFIELD

143dbc1b52564f07be44afca25eb46b6

| Symbol | Date Placed | Date Filled | Buy or Sell | Opening or Closing | Order Type | Quantity | Filled Quantity | Filled Price | Traded Value |
|---|---|---|---|---|---|---|---|---|---|
| MMAT | 2024-03-07 09:25:19 032 EST | 2024-03-07 09:40:20 193 EST | Buy | Opening | Limit | 1 | 1 | $2.70 | ($2.70) |
| MMAT | 2024-03-07 08:55:16 601 EST | 2024-03-07 09:17:59 738 EST | Buy | Opening | Limit | 8 | $8.00 | $2.69 | ($22.00) |
| MMAT | 2023-10-20 15:28:41 118 EDT | 2023-10-20 15:28:50 518 EDT | Buy | Opening | Limit | 200 | $200.00 | $0.18 | ($35.00) |
| MMAT | 2023-10-20 15:28:15 273 EDT | 2023-10-20 15:28:15 336 EDT | Buy | Opening | Limit | 300 | $300.00 | $0.00 | ($52.00) |
| MMAT | 2022-11-16 11:15:29 575 EST | 2022-11-16 11:15:41 722 EST | Buy | Opening | Limit | 110 | $110.00 | $1.72 | ($189.00) |
| MMAT | 2022-08-01 09:59:34 000 EDT | 2022-08-01 09:59:34 593 EDT | Buy | Opening | Limit | 100 | $100.00 | $0.89 | ($89.00) |
| MMAT | 2022-03-23 07:55:18 000 EDT | 2022-03-23 07:55:18 551 EDT | Buy | Opening | Limit | 5 | $5.00 | $1.91 | ($10.00) |
| MMAT | 2022-03-23 07:54:58 000 EDT | 2022-03-23 07:54:58 000 EDT | Buy | Opening | Limit | 3 | $3.00 | $1.91 | ($8.00) |
| MMAT | 2021-12-20 11:06:46 000 EST | 2021-12-20 11:07:01 813 EST | Buy | Opening | Limit | 10 | $10.00 | $2.62 | ($26.00) |
| MMAT | 2021-12-20 11:04:12 000 EST | 2021-12-20 11:04:12 972 EST | Buy | Opening | Limit | 10 | $10.00 | $2.63 | ($26.00) |
| MMAT | 2021-12-20 11:03:29 000 EST | 2021-12-20 11:03:49 000 EST | Buy | Opening | Limit | 10 | $10.00 | $2.63 | ($26.00) |
| MMAT | 2021-12-20 11:03:15 000 EST | 2021-12-20 11:03:16 665 EST | Buy | Opening | Limit | 10 | $10.00 | $2.62 | ($26.00) |
| MMAT | 2021-12-20 09:53:37 000 EST | 2021-12-20 09:54:00 000 EST | Buy | Opening | Limit | 10 | $10.00 | $2.68 | ($27.00) |
| MMAT | 2021-12-20 09:37:03 000 EST | 2021-12-20 09:37:21 000 EST | Buy | Opening | Limit | 25 | $25.00 | $2.71 | ($68.00) |
| MMAT | 2021-11-22 09:34:36 000 EST | 2021-11-22 09:34:36 000 EST | Buy | Opening | Limit | 2 | $2.00 | $4.08 | ($8.00) |
| MMAT | 2021-11-22 09:33:43 000 EST | 2021-11-22 09:34:07 641 EST | Buy | Opening | Limit | 15 | $15.00 | $4.12 | ($62.00) |
| MMAT | 2021-11-22 09:33:16 000 EST | 2021-11-22 09:33:16 844 EST | Buy | Opening | Limit | 25 | $25.00 | $4.13 | ($103.00) |
| MMAT | 2021-11-18 10:27:50 000 EST | 2021-11-18 10:28:11 801 EST | Buy | Opening | Limit | 10 | $10.00 | $4.17 | ($42.00) |
| MMAT | 2021-11-18 10:26:21 000 EST | 2021-11-18 10:26:34 000 EST | Buy | Opening | Limit | 20 | $20.00 | $4.17 | ($83.00) |
| MMAT | 2021-11-16 05:49:39 000 EST | 2021-11-16 05:49:39 981 EST | Buy | Opening | Limit | 5 | $5.00 | $4.53 | ($23.00) |
| MMAT | 2021-11-15 12:21:23 000 EST | 2021-11-15 13:52:18 813 EST | Buy | Opening | Limit | 15 | $15.00 | $4.80 | ($72.00) |
| MMAT | 2021-11-15 11:58:55 000 EST | 2021-11-15 17:05:10 975 EST | Buy | Opening | Limit | 15 | 15 | $4.75 | ($71.25) |
| MMAT | 2021-11-11 16:32:44 000 EST | 2021-11-11 16:32:44 000 EST | Buy | Opening | Limit | 5 | 5 | $4.73 | ($23.65) |
| MMAT | 2021-11-11 16:12:29 000 EST | 2021-11-11 16:12:30 000 EST | Buy | Opening | Limit | 15 | 15 | $4.74 | ($71.10) |
| MMAT | 2021-11-10 15:19:20 000 EST | 2021-11-10 15:19:20 000 EST | Buy | Opening | Limit | 10 | 10 | $4.80 | ($48.00) |
| MMAT | 2021-11-10 14:25:10 000 EST | 2021-11-10 14:25:10 000 EST | Buy | Opening | Limit | 10 | 10 | $4.74 | ($47.35) |
| MMAT | 2021-11-10 14:08:39 000 EST | 2021-11-10 14:08:56 685 EST | Buy | Opening | Limit | 20 | 20 | $4.79 | ($95.80) |
| MMAT | 2021-11-10 14:07:01 000 EST | 2021-11-10 14:07:01 000 EST | Buy | Opening | Limit | 20 | 20 | $4.77 | ($95.30) |
| MMAT | 2021-11-05 12:57:59 000 EDT | 2021-11-10 13:17:12 928 EST | Buy | Opening | Limit | 25 | 25 | $4.82 | ($120.50) |
| MMAT | 2021-11-05 10:28:41 000 EDT | 2021-11-05 10:28:56 000 EDT | Buy | Opening | Limit | 25 | 25 | $4.80 | ($120.00) |
| MMAT | 2021-11-04 11:28:23 000 EDT | 2021-11-04 15:03:32 708 EDT | Buy | Opening | Limit | 25 | 25 | $4.84 | ($121.00) |
| MMAT | 2021-11-04 11:04:35 000 EDT | 2021-11-05 04:08:38 000 EDT | Buy | Opening | Limit | 25 | 25 | $4.82 | ($120.50) |
| MMAT | 2021-11-03 12:48:48 000 EDT | 2021-11-03 13:21:50 726 EDT | Buy | Opening | Limit | 25 | 1 | $4.82 | ($4.82) |
| MMAT | 2021-11-02 09:13:04 000 EDT | 2021-11-03 09:40:44 000 EDT | Buy | Opening | Limit | 25 | 25 | $4.79 | ($119.75) |
| MMAT | 2021-10-29 10:17:07 000 EDT | 2021-10-29 10:17:25 815 EDT | Buy | Opening | Limit | 25 | 25 | $4.49 | ($112.13) |
| MMAT | 2021-10-29 09:43:43 000 EDT | 2021-10-29 09:43:43 549 EDT | Buy | Opening | Limit | 25 | 25 | $4.69 | ($117.25) |
| MMAT | 2021-10-29 09:43:19 000 EDT | 2021-10-29 09:43:19 000 EDT | Buy | Opening | Limit | 50 | 50 | $4.68 | ($233.83) |
| MMAT | 2021-10-29 09:41:59 000 EDT | 2021-10-29 09:42:58 806 EDT | Buy | Opening | Limit | 50 | 50 | $4.75 | ($237.50) |
| MMAT | 2021-10-29 07:48:12 000 EDT | 2021-10-29 07:48:28 000 EDT | Buy | Opening | Limit | 100 | 100 | $4.80 | ($480.00) |
| MMAT | 2021-10-29 07:47:39 000 EDT | 2021-10-29 07:49:49 968 EDT | Buy | Opening | Limit | 20 | 20 | $4.80 | ($96.00) |
| MMAT | 2021-10-29 07:45:28 000 EDT | 2021-10-29 07:46:08 000 EDT | Buy | Opening | Limit | 100 | 100 | $4.82 | ($482.00) |
| MMAT | 2021-10-29 07:33:05 000 EDT | 2021-10-29 07:33:05 000 EDT | Buy | Opening | Limit | 25 | 25 | $4.75 | ($118.75) |
| MMAT | 2021-10-29 07:31:50 000 EDT | 2021-10-29 07:31:50 000 EDT | Buy | Opening | Limit | 25 | 25 | $4.75 | ($118.75) |
| MMAT | 2021-10-29 07:29:58 000 EDT | 2021-10-29 07:33:38 956 EDT | Buy | Opening | Limit | 50 | 50 | $4.74 | ($237.00) |
| MMAT | 2021-10-29 07:29:13 000 EDT | 2021-10-29 07:29:13 882 EDT | Buy | Opening | Limit | 50 | 50 | $4.74 | ($237.00) |
| MMAT | 2021-10-29 07:28:07 000 EDT | 2021-10-29 07:28:07 641 EDT | Buy | Opening | Limit | 50 | 50 | $4.74 | ($237.00) |
| MMAT | 2021-10-29 07:24:24 000 EDT | 2021-10-29 07:24:24 571 EDT | Buy | Opening | Limit | 50 | 50 | $4.73 | ($236.50) |
| MMAT | 2021-10-29 07:18:56 000 EDT | 2021-10-29 07:19:20 000 EDT | Buy | Opening | Limit | 100 | 100 | $4.74 | ($474.00) |
| MMAT | 2021-10-18 14:04:15 000 EDT | 2021-10-18 14:04:28 901 EDT | Buy | Opening | Limit | 10 | 10 | $4.84 | ($48.40) |
| MMAT | 2021-10-18 13:57:50 000 EDT | 2021-10-18 13:58:04 000 EDT | Buy | Opening | Limit | 10 | 10 | $4.87 | ($48.70) |
| MMAT | 2021-10-18 13:55:04 000 EDT | 2021-10-18 13:55:13 000 EDT | Buy | Opening | Limit | 20 | 20 | $4.89 | ($97.70) |
| MMAT | 2021-10-18 11:15:02 000 EDT | 2021-10-18 11:15:03 000 EDT | Buy | Opening | Limit | 25 | 25 | $4.92 | ($123.00) |
| MMAT | 2021-10-15 15:07:47 000 EDT | 2021-10-15 15:10:06 000 EDT | Buy | Opening | Limit | 25 | 25 | $4.98 | ($124.38) |
| MMAT | 2021-10-06 10:45:16 000 EDT | 2021-10-06 10:45:40 747 EDT | Buy | Opening | Limit | 20 | 20 | $4.98 | ($99.60) |
| MMAT | 2021-10-06 10:44:01 000 EDT | 2021-10-06 10:44:01 000 EDT | Buy | Opening | Limit | 40 | 40 | $4.96 | ($198.20) |
| MMAT | 2021-10-06 10:43:43 000 EDT | 2021-10-06 10:43:43 510 EDT | Buy | Opening | Limit | 40 | 40 | $4.97 | ($198.74) |
| MMAT | 2021-10-06 09:14:31 000 EDT | 2021-10-06 10:43:25 538 EDT | Buy | Opening | Limit | 25 | 25 | $4.96 | ($124.00) |
| MMAT | 2021-09-20 15:19:29 000 EDT | 2021-09-20 15:19:29 000 EDT | Buy | Opening | Limit | 25 | 25 | $4.81 | ($120.25) |

1

| Symbol | Order Time | Fill Time | Side | Type | Limit | Qty | Filled | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| MMAT | 2021-09-20 09:48:35 000 EDT | 2021-09-20 14:59:49 756 EDT | Buy | Opening | Limit | 25 | 25 | $4.88 | ($122.00) |
| MMAT | 2021-09-20 09:47:24 000 EDT | 2021-09-20 09:47:24 000 EDT | Buy | Opening | Limit | 25 | 25 | $4.89 | ($122.25) |
| MMAT | 2021-09-20 09:47:12 000 EDT | 2021-09-20 09:47:23 540 EDT | Buy | Opening | Limit | 25 | 25 | $4.89 | ($122.25) |
| MMAT | 2021-09-20 09:46:58 000 EDT | 2021-09-20 09:47:32 000 EDT | Buy | Opening | Limit | 25 | 25 | $4.88 | ($122.00) |
| MMAT | 2021-09-17 11:08:46 000 EDT | 2021-09-17 11:08:46 802 EDT | Buy | Opening | Limit | 15 | 15 | $4.97 | ($74.55) |
| MMAT | 2021-09-17 10:24:41 000 EDT | 2021-09-17 10:24:41 000 EDT | Buy | Opening | Limit | 25 | 25 | $5.01 | ($125.25) |
| MMAT | 2021-09-17 10:21:51 000 EDT | 2021-09-20 04:33:56 594 EDT | Buy | Opening | Limit | 25 | 25 | $4.93 | ($123.25) |
| MMAT | 2021-09-17 09:34:08 000 EDT | 2021-09-17 09:34:08 540 EDT | Buy | Opening | Limit | 25 | 25 | $5.02 | ($125.38) |
| MMAT | 2021-09-17 09:33:52 000 EDT | 2021-09-17 10:24:32 000 EDT | Buy | Opening | Limit | 25 | 25 | $5.01 | ($125.25) |
| MMAT | 2021-09-17 06:47:31 000 EDT | 2021-09-17 09:29:59 000 EDT | Buy | Opening | Limit | 25 | 25 | $5.01 | ($125.25) |
| MMAT | 2021-09-17 06:44:11 000 EDT | 2021-09-17 06:50:54 000 EDT | Buy | Opening | Limit | 25 | 25 | $5.02 | ($125.50) |
| MMAT | 2021-09-17 06:34:12 000 EDT | 2021-09-17 11:08:29 000 EDT | Buy | Opening | Limit | 25 | 25 | $4.95 | ($123.75) |
| MMAT | 2021-09-17 06:33:27 000 EDT | 2021-09-17 06:33:27 847 EDT | Buy | Opening | Limit | 25 | 25 | $5.05 | ($126.25) |
| MMAT | 2021-09-17 05:55:25 000 EDT | 2021-09-17 06:38:00 000 EDT | Buy | Opening | Limit | 25 | 25 | $5.01 | ($125.25) |
| MMAT | 2021-09-16 15:13:25 000 EDT | 2021-09-17 06:38:00 000 EDT | Buy | Opening | Limit | 25 | 25 | $5.01 | ($125.25) |
| MMAT | 2021-09-15 09:57:38 000 EDT | 2021-09-15 09:57:38 954 EDT | Buy | Opening | Limit | 50 | 50 | $5.02 | ($250.75) |
| MMAT | 2021-09-15 09:57:21 000 EDT | 2021-09-15 09:57:21 848 EDT | Buy | Opening | Limit | 50 | 50 | $5.02 | ($250.96) |
| MMAT | 2021-09-15 09:57:05 000 EDT | 2021-09-15 09:57:05 707 EDT | Buy | Opening | Limit | 50 | 50 | $5.04 | ($252.00) |
| MMAT | 2021-09-15 09:56:53 000 EDT | 2021-09-15 09:56:54 000 EDT | Buy | Opening | Limit | 75 | 75 | $5.05 | ($378.74) |
| MMAT | 2021-09-09 08:59:03 000 EDT | 2021-09-09 08:59:03 000 EDT | Buy | Opening | Limit | 25 | 25 | $4.89 | ($122.25) |
| MMAT | 2021-09-09 05:32:02 000 EDT | 2021-09-09 05:32:02 000 EDT | Buy | Opening | Limit | 25 | 25 | $4.92 | ($123.00) |
| MMAT | 2021-09-08 17:54:37 000 EDT | 2021-09-08 17:54:37 000 EDT | Buy | Opening | Limit | 25 | 25 | $5.00 | ($125.00) |
| MMAT | 2021-09-08 17:41:08 000 EDT | 2021-09-08 17:48:39 000 EDT | Buy | Opening | Limit | 25 | 25 | $5.02 | ($125.50) |
| MMAT | 2021-09-08 15:13:00 000 EDT | 2021-09-08 16:29:35 000 EDT | Buy | Opening | Limit | 25 | 25 | $5.06 | ($126.50) |
| MMAT | 2021-09-08 14:30:07 000 EDT | 2021-09-08 16:29:35 000 EDT | Buy | Opening | Limit | 25 | 25 | $5.06 | ($126.50) |
| MMAT | 2021-09-08 14:29:49 000 EDT | 2021-09-08 16:36:17 575 EDT | Buy | Opening | Limit | 25 | 25 | $5.05 | ($126.25) |
| MMAT | 2021-09-08 13:17:23 000 EDT | 2021-09-08 14:29:11 814 EDT | Buy | Opening | Limit | 25 | 25 | $5.06 | ($126.50) |
| MMAT | 2021-09-08 13:03:19 000 EDT | 2021-09-08 16:39:41 865 EDT | Buy | Opening | Limit | 25 | 25 | $5.04 | ($126.00) |
| MMAT | 2021-09-08 12:58:10 000 EDT | 2021-09-08 16:39:26 972 EDT | Buy | Opening | Limit | 25 | 25 | $5.05 | ($126.25) |
| MMAT | 2021-09-08 12:57:21 000 EDT | 2021-09-08 17:36:37 000 EDT | Buy | Opening | Limit | 25 | 25 | $5.02 | ($125.50) |
| MMAT | 2021-09-08 12:00:23 000 EDT | 2021-09-08 16:38:17 575 EDT | Buy | Opening | Limit | 50 | 50 | $5.05 | ($252.50) |
| MMAT | 2021-09-08 11:51:03 000 EDT | 2021-09-08 12:56:25 000 EDT | Buy | Opening | Limit | 25 | 25 | $5.06 | ($126.50) |
| MMAT | 2021-09-08 11:37:43 000 EDT | 2021-09-08 17:50:48 726 EDT | Buy | Opening | Limit | 50 | 50 | $5.00 | ($250.00) |
| MMAT | 2021-09-03 08:40:09 000 EDT | 2021-09-03 08:40:10 000 EDT | Buy | Opening | Limit | 25 | 25 | $5.44 | ($136.00) |
| MMAT | 2021-09-03 08:36:58 000 EDT | 2021-09-03 08:36:58 000 EDT | Buy | Opening | Limit | 25 | 25 | $5.62 | ($140.50) |
| MMAT | 2021-09-03 07:16:58 000 EDT | 2021-09-03 07:17:26 842 EDT | Buy | Opening | Limit | 50 | 50 | $5.67 | ($283.50) |
| MMAT | 2021-09-03 04:38:59 000 EDT | 2021-09-03 04:39:59 000 EDT | Buy | Opening | Limit | 50 | 50 | $5.76 | ($288.00) |
| MMAT | 2021-09-03 04:36:04 000 EDT | 2021-09-03 04:36:44 000 EDT | Buy | Opening | Limit | 50 | 50 | $5.77 | ($288.50) |
| MMAT | 2021-09-03 04:29:03 000 EDT | 2021-09-03 04:33:07 500 EDT | Buy | Opening | Limit | 50 | 50 | $5.80 | ($290.00) |
| MMAT | 2021-09-03 04:11:35 000 EDT | 2021-09-03 04:12:21 000 EDT | Buy | Opening | Limit | 50 | 50 | $5.88 | ($294.00) |
| MMAT | 2021-09-02 08:41:55 000 EDT | 2021-09-02 08:41:55 794 EDT | Buy | Opening | Limit | 75 | 75 | $4.70 | ($352.50) |
| MMAT | 2021-08-30 14:54:12 000 EDT | 2021-08-30 16:10:07 000 EDT | Buy | Opening | Limit | 8 | 8 | $4.35 | ($34.80) |
| MMAT | 2021-08-30 14:34:35 000 EDT | 2021-08-30 14:35:11 000 EDT | Buy | Opening | Limit | 25 | 25 | $4.37 | ($109.25) |
| MMAT | 2021-08-30 14:34:18 000 EDT | 2021-08-30 14:37:24 571 EDT | Buy | Opening | Limit | 50 | 50 | $4.36 | ($218.00) |
| MMAT | 2021-08-30 14:23:39 000 EDT | 2021-08-30 14:26:18 963 EDT | Buy | Opening | Limit | 50 | 50 | $4.36 | ($218.00) |
| MMAT | 2021-08-30 13:55:16 000 EDT | 2021-08-30 13:55:48 000 EDT | Buy | Opening | Limit | 25 | 25 | $4.28 | ($107.00) |
| MMAT | 2021-08-30 13:54:56 000 EDT | 2021-08-30 13:54:56 672 EDT | Buy | Opening | Limit | 25 | 25 | $4.29 | ($107.25) |
| MMAT | 2021-08-30 13:54:17 000 EDT | 2021-08-30 13:54:37 907 EDT | Buy | Opening | Limit | 25 | 25 | $4.32 | ($108.00) |
| MMAT | 2021-08-30 13:53:51 000 EDT | 2021-08-30 13:53:51 000 EDT | Buy | Opening | Limit | 25 | 25 | $4.33 | ($108.23) |
| MMAT | 2021-08-30 04:38:51 000 EDT | 2021-08-30 04:38:51 000 EDT | Buy | Opening | Limit | 20 | 20 | $4.34 | ($86.80) |
| MMAT | 2021-08-30 04:33:24 000 EDT | 2021-08-30 04:37:54 000 EDT | Buy | Opening | Limit | 30 | 30 | $4.38 | ($131.40) |
| MMAT | 2021-08-30 04:23:35 000 EDT | 2021-08-30 04:23:35 000 EDT | Buy | Opening | Limit | 20 | 20 | $4.50 | ($90.00) |
| MMAT | 2021-08-30 04:14:49 000 EDT | 2021-08-30 04:14:49 000 EDT | Buy | Opening | Limit | 50 | 50 | $4.50 | ($225.00) |
| MMAT | 2021-08-30 04:03:52 000 EDT | 2021-08-30 04:04:37 835 EDT | Buy | Opening | Limit | 75 | 75 | $4.41 | ($330.43) |
| MMAT | 2021-08-30 04:02:45 000 EDT | 2021-08-30 04:38:09 000 EDT | Buy | Opening | Limit | 50 | 50 | $4.36 | ($218.00) |
| MMAT | 2021-08-29 21:13:45 000 EDT | 2021-08-30 13:49:51 799 EDT | Buy | Opening | Limit | 100 | 100 | $4.36 | ($436.00) |
| MMAT | 2021-08-29 21:12:46 000 EDT | 2021-08-30 04:26:59 802 EDT | Buy | Opening | Limit | 45 | 45 | $4.50 | ($202.50) |