NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: | Case Number: |
|---|---|
| Meta Materials, Inc. | 24-50792 |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Gregory Fears
56 Somersby Drive
Dallas, GA 30157

Telephone Number: 404-901-7416

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

RECEIVED AND FILED
COURT USE ONLY
DEC 17 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: | Check here if this claim: |
|---|---|
| ending.... 9986 | ☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Charles Schwab f/k/a TD AmeriTrade  (877) 519-1403 (CS)

Telephone Number: 800-669-3900 (TD)

**3. Date Equity Interest was acquired:**
See attached documentation
Shares were aquired prior to
100 to 1 reverse split in 2024

**4. Total amount of member interest:** 4,988

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Gregory Fears
Title: Investor
Company:___ Address and telephone number (if different from notice address above):

(Signature) /s/ Gregory Fears    (Date) 12/15/24

Telephone number: 404-901-7416    email: fears.gregory@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

December 15, 2024

US Bankruptcy Court
Foley Federal Building and US Courthouse
300 Las Vegas Boulevard South
Las Vegas, NV 89101
ATTN: Clerk of Court

RE: NOTICE OF REDACTION, Proof of Interest Form, Case No. 24-50792

To Clerk of The Court,

My name is Gregory Fears, and I hereby submit this NOTICE OF REDACTION for PROOF OF INTEREST FORM in the matter of Meta Materials, Inc., case number 24-50792. Per instructions by The Honorable Hillary L. Barnes, United States Bankruptcy Judge, and out of an abundance of concern for the potential misuse of my personal information, I request **ALL** but the last four digits of my account numbers be redacted from my Proof of Interest form.

Per instructions, I have included with this filing an unredacted version of the POI, a redacted version of the POI, a detailed explanation of my $MMAT trading record and their documentation, and a check for the $28 processing fee.

Thank you for your consideration in this matter

Gregory Fears
56 Somersby Drive
Dallas, GA 30157



Gregory Fears

shares before 100 to 1 reverse split

Symbol: MMAT
Qty: 4,988
Price: 0.063
Chg ($): 0.00
Cost: 5,277.30
Mkt value: 311.75
Maint req: 311.75
Gain ($): -4,965.55
Gain (%): -94.09%

Gregory Fees



Handwritten annotation: "shares after 100 to 1 reverse split"

| Symbol / Name | Quantity | Price | Price Change $ \| % | Market Value | Day Change $ \| % | Cost Basis | Gain / Loss $ \| % | Ratings | Relevant | % of Holdings |
|---|---|---|---|---|---|---|---|---|---|---|
| MMATQ META MATLS INC CLASS EQUITY | 50 | $0.00001 | +$0.00001 (0%) | $0.00 ‡ | $0.00 (0%) | $5,277.60 | -$5,277.60 (-100%) * | -- | -- | N/A |