NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: Meta Materials | Case Number: 24-50792 |
|---|---|

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Kaitlin Caulfield
224 Nahant Rd
Nahant, MA 01908

Telephone Number: 781 929-6083

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

DEC 16 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: 4499-1836 | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

Schwab
127 Congress St. Boston, MA

Telephone Number: (617) 877-519-1403

**3.** Date Equity Interest was acquired:

Various Dates Starting in 2021

**4.** Total amount of member interest: PRE-Split 342   POST Split 4

**5.** Certificate number(s): _____

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Kaitlin Caulfield
Title:
Company:_____ Address and telephone number (if different from notice address above):
_____
_____

(Signature)   (Date) 10/28/24

Telephone number: 781 929 6083   email: Kaitlin@gmail.com
CAULFIELD.

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |

*Schwab purchases*

*Kaitlin Caufield*



# Transaction History

Updated: 04:43:13 PM ET, 10/28/2024    ↻ Refresh    ⦿ Help    ⬇ Export    🖶 Print

Individual                    ...836

---

**Date range**

| All ⌄ |

**Symbol (Optional)**

| 🔍 |    Search

≡ Filter by Transaction Types

### Transactions found from 10/28/2020 to 10/28/2024

Don't see it here? Go to Statements

1  2  Next

| Date | Type | Symbol | Quantity | Amount |
|------|------|--------|----------|--------|
| 03/18/2024 as of 03/15/2024 | Bank Interest | BANK INT ...524 TD BANK NA | | $0.01 |
| 03/05/2024 | Delivered | 629999590 NEXT BRIDGE HYDROCARBONS | -2,775 | |
| 02/22/2024 | Service Fee | BRKDWN FEE | | -$80.00 |
| 02/12/2024 as of 02/09/2024 | MoneyLink Transfer | Tfr SALEM FIVE CENTS S, N/A | | $120.00 |
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 4 *Post-Split Shares* | |
| 01/29/2024 | Reverse Split | 59134N104 META MATLS INC XXXREVERSE SPLIT EFF: 01/29/24 | -342 *Pre-Split* | |
| 11/06/2023 | Journaled Shares | TDA TRAN – CASH MOVEMENT OF OUTGOING ACCOUNT TRANSFER | | $32.16 |
| 11/06/2023 | Journaled Shares | MMAT TDA TRAN – TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -342 | |

| | | (MMA1) | | |
|---|---|---|---|---|
| 11/06/2023 | Journaled Shares | ITP<br>TDA TRAN –<br>TRANSFER OF<br>SECURITY OR<br>OPTION OUT (ITP) | -50 | |
| 11/06/2023 | Journaled Shares | FAMI<br>TDA TRAN –<br>TRANSFER OF<br>SECURITY OR<br>OPTION OUT<br>(FAMI) | -1 | |
| 11/06/2023 | Journaled Shares | 6DA993019<br>TDA TRAN –<br>TRANSFER OF<br>SECURITY OR<br>OPTION OUT<br>(6DA993019) | -2,785 | |
| 11/06/2023 | Internal Transfer | ITP<br>IT TECH<br>PACKAGING INC | 50 | |
| 11/06/2023 | Internal Transfer | FAMI<br>FARMMI INC F | 1 | |
| 11/06/2023 | Internal Transfer | MMAT<br>META MATLS INC | 342 | |
| 11/06/2023 | Internal Transfer | 629999590<br>NEXT BRIDGE<br>HYDROCARBONS | 2,785 | |
| 11/06/2023 | Internal Transfer | TDA TO CS&CO<br>TRANSFER | | -$32.16 |
| 09/26/2023 | Cash In Lieu | TDA TRAN – CASH<br>IN LIEU OF<br>FRACTIONAL<br>SHARES (FAMI) | | $1.10 |
| 09/26/2023 | Journaled Shares | TDA TRAN – CASH<br>ALTERNATIVES<br>REDEMPTION<br>(MMDA1) BANK<br>SWEEP<br>WITHDRAWAL | | -$4.74 |
| 09/25/2023 | Journaled Shares | FAMI<br>TDA TRAN –<br>MANDATORY<br>REVERSE SPLIT<br>(FAMI) | 1 | |
| 09/25/2023 | Journaled Shares | G33277123<br>TDA TRAN –<br>MANDATORY | -14 | |

|  |  | MANDATORY REVERSE SPLIT ...77123) |  |  |
|---|---|---|---|---|
| 09/25/2023 | Journaled Shares | TDA TRAN - MANDATORY REORGANIZATION FEE ...77123) |  | -$38.00 |
| 01/06/2023 | Journaled Shares | 6DA993019 TDA TRAN - MANDATORY - EXCHANGE (6DA993019) | 2,785 |  |
| 01/06/2023 | Journaled Shares | 6DA993019 TDA TRAN - MANDATORY - EXCHANGE (6DA993019) | -2,785 |  |
| 12/30/2022 | Journaled Shares | 6DA993019 TDA TRAN - MANDATORY - EXCHANGE (6DA993019) | 2,785 |  |
| 12/30/2022 | Journaled Shares | 5CT999019 TDA TRAN - MANDATORY - EXCHANGE (5CT999019) | -2,785 |  |
| 12/13/2022 | Journaled Shares | 5CT999019 TDA TRAN - MANDATORY - EXCHANGE (5CT999019) | 2,785 |  |
| 12/13/2022 | Journaled Shares | ZZZZP TDA TRAN - MANDATORY - EXCHANGE (MMTLP) | -2,785 |  |
| 10/31/2022 | Journaled Shares | MMDA1 TDA TRAN - CASH ALTERNATIVES INTEREST (MMDA1) | 0.2 |  |
| 10/17/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL |  | -$1,223.85 |
| 10/14/2022 | Journaled | TDA TRAN - CASH |  | - |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Shares | ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | $1,598.85 |
| 10/13/2022 | Buy Trade Details | ZZZZP TDA TRAN – Bought ...100 (MMTLP) @3.8400 | 100 | $3.84 | $6.95 | -$390.95 |
| 10/13/2022 | Buy Trade Details | ZZZZP TDA TRAN – Bought 50 (MMTLP) @4.6800 | 50 | $4.68 | $6.95 | -$240.95 |
| 10/13/2022 | Buy Trade Details | ZZZZP TDA TRAN – Bought ...100 (MMTLP) @5.8500 | 100 | $5.85 | $6.95 | -$591.95 |
| 10/13/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | - $1,173.40 |
| 10/12/2022 | Buy Trade Details | ZZZZP TDA TRAN – Bought ...100 (MMTLP) @4.0000 | 100 | $4.00 | $6.95 | -$406.95 |
| 10/12/2022 | Buy Trade Details | ZZZZP TDA TRAN – Bought ...100 (MMTLP) @4.0200 | 100 | $4.02 | $6.95 | -$408.95 |
| 10/12/2022 | Buy Trade Details | ZZZZP TDA TRAN – Bought ...200 (MMTLP) @3.8800 | 200 | $3.88 | $6.95 | -$782.95 |
| 10/12/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | - $1,076.95 |
| 10/11/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $3,000.00 |
| 10/11/2022 | Buy Trade Details | ZZZZP TDA TRAN – Bought ...150 | 150 | $3.73 | $6.95 | -$566.45 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (MMTLP) @3.7300 | | | | |
| 10/11/2022 | Buy<br>Trade Details | **ZZZZP**<br>TDA TRAN -<br>Bought ...150<br>(MMTLP) @4.0000 | 150 | $4.00 | $6.95 | -$606.95 |
| 10/11/2022 | Wire<br>Received<br>Wire Details<br>❶ | **TDA TRAN - WIRE<br>INCOMING** | | | | $3,000.00 |
| 10/11/2022 | MoneyLink<br>Transfer | **TDA TRAN -<br>CLIENT<br>REQUESTED<br>ELECTRONIC<br>FUNDING<br>RECEIPT (FUNDS<br>NOW)** | | | | $1,000.00 |
| 10/07/2022 | Buy<br>Trade Details | **ZZZZP**<br>TDA TRAN -<br>Bought ...900<br>(MMTLP) @2.3000 | 900 | $2.30 | $6.95 | -<br>$2,076.95 |
| 10/07/2022 | Journaled<br>Shares | **TDA TRAN - CASH<br>ALTERNATIVES<br>PURCHASE<br>(MMDA1) BANK<br>SWEEP DEPOSIT** | | | | $2,000.00 |
| 10/06/2022 | MoneyLink<br>Transfer | **TDA TRAN -<br>CLIENT<br>REQUESTED<br>ELECTRONIC<br>FUNDING<br>RECEIPT (FUNDS<br>NOW)** | | | | $1,000.00 |
| 10/06/2022 | MoneyLink<br>Transfer | **TDA TRAN -<br>CLIENT<br>REQUESTED<br>ELECTRONIC<br>FUNDING<br>RECEIPT (FUNDS<br>NOW)** | | | | $1,000.00 |
| 09/30/2022 | Journaled<br>Shares | **MMDA1**<br>TDA TRAN - CASH<br>ALTERNATIVES<br>INTEREST<br>(MMDA1) | 0.01 | | | |
| 08/31/2022 | Journaled<br>Shares | **MMDA1**<br>TDA TRAN - CASH<br>ALTERNATIVES<br>INTEREST<br>(MMDA1) | 0.01 | | | |

| 07/29/2022 | Journaled Shares | MMDA1 TDA TRAN - CASH ALTERNATIVES INTEREST (MMDA1) | 0.01 | | | |
| 07/21/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$230.40 |
| 07/19/2022 | Buy Trade Details | ZZZZP TDA TRAN - Bought 50 (MMTLP) @1.3700 | 50 | $1.37 | $6.95 | -$75.45 |
| 07/19/2022 | Buy Trade Details | ZZZZP TDA TRAN - Bought ...100 (MMTLP) @1.4800 | 100 | $1.48 | $6.95 | -$154.95 |
| 07/19/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $300.00 |
| 07/18/2022 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $300.00 |
| 07/11/2022 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$38.00 |
| 07/08/2022 | Journaled Shares | ITP TDA TRAN - MANDATORY REVERSE SPLIT (ITP) | 50 | | | |
| 07/08/2022 | Journaled Shares | 46527C100 TDA TRAN - MANDATORY REVERSE SPLIT (46527C100) | -500 | | | |
| 07/08/2022 | Journaled | TDA TRAN - | | | | -$38.00 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|---------------------|----------|-------|-------------|--------|
| | Shares | MANDATORY REORGANIZATION FEE (46527C100) | | | | |
| | Shares | ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | |
| 06/23/2022 | Buy<br>Trade Details | ZZZZP<br>TDA TRAN –<br>Bought 40<br>(MMTLP) @1.6800 | 40 | $1.68 | $6.95 | –$74.15 |
| 06/01/2022 | Journaled<br>Shares | TDA TRAN - CASH<br>ALTERNATIVES<br>REDEMPTION<br>(MMDA1) BANK<br>SWEEP<br>WITHDRAWAL | | | | –$38.00 |
| 05/31/2022 | Journaled<br>Shares | FAMI<br>TDA TRAN –<br>MANDATORY<br>REVERSE SPLIT<br>(FAMI) | 14 | | | |
| 05/31/2022 | Journaled<br>Shares | G33277107<br>TDA TRAN –<br>MANDATORY<br>REVERSE SPLIT<br>...77107) | -350 | | | |
| 05/31/2022 | Journaled<br>Shares | TDA TRAN –<br>MANDATORY<br>REORGANIZATION<br>FEE ...77107) | | | | –$38.00 |
| 04/04/2022 | Journaled<br>Shares | TDA TRAN - CASH<br>ALTERNATIVES<br>REDEMPTION<br>(MMDA1) BANK<br>SWEEP<br>WITHDRAWAL | | | | –$63.70 |
| 03/31/2022 | Buy<br>Trade Details | ZZZZP<br>TDA TRAN –<br>Bought 20<br>(MMTLP) @1.2400 | 20 | $1.24 | $6.95 | –$31.75 |
| 03/31/2022 | Buy<br>Trade Details | ZZZZP<br>TDA TRAN –<br>Bought 20<br>(MMTLP) @1.2500 | 20 | $1.25 | $6.95 | –$31.95 |
| 10/15/2021 | Journaled<br>Shares | TDA TRAN - CASH<br>ALTERNATIVES | | | | –$42.95 |

| | | REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | |
|---|---|---|---|---|---|---|
| 10/13/2021 | Buy<br>Trade Details | **ZZZZP**<br>TDA TRAN -<br>Bought 20<br>(MMTLP) @1.8000 | 20 | $1.80 | $6.95 | -$42.95 |
| 10/13/2021 | Journaled<br>Shares | TDA TRAN - CASH<br>ALTERNATIVES<br>PURCHASE<br>(MMDA1) BANK<br>SWEEP DEPOSIT | | | | $264.76 |
| 10/12/2021 | MoneyLink<br>Transfer | TDA TRAN -<br>CLIENT<br>REQUESTED<br>ELECTRONIC<br>FUNDING<br>RECEIPT (FUNDS<br>NOW) | | | | $300.00 |
| 07/21/2021 | Cash In Lieu | TDA TRAN - CASH<br>IN LIEU OF<br>FRACTIONAL<br>SHARES (MMAT) | | | | $1.70 |
| 07/08/2021 | Journaled<br>Shares | **ZZZZP**<br>TDA TRAN - NON-<br>TAXABLE SPIN<br>OFF/LIQUIDATION<br>DISTRIBUTION<br>(59134N203) | 685 | | | |
| 06/29/2021 | Journaled<br>Shares | TDA TRAN - CASH<br>ALTERNATIVES<br>REDEMPTION<br>(MMDA1) BANK<br>SWEEP<br>WITHDRAWAL | | | | -$1.06 |
| 06/28/2021 | Journaled<br>Shares | **MMAT**<br>TDA TRAN -<br>MANDATORY<br>REVERSE SPLIT<br>(MMAT) | 342 | | | |
| 06/28/2021 | Journaled<br>Shares | **TRCH**<br>TDA TRAN -<br>MANDATORY<br>REVERSE SPLIT<br>(TRCH) | -685 | | | |
| 06/28/2021 | Journaled<br>Shares | TDA TRAN -<br>MANDATORY<br>REORGANIZATION | | | | -$38.00 |

| | | FEE (TRCH) | | | |
|---|---|---|---|---|---|
| 06/04/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | -$98.94 |
| 06/02/2021 | Buy Trade Details | TRCH TDA TRAN - Bought 34 (TRCH) @2.9100 | 34 | $2.91 | -$98.94 |
| 06/02/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | -$133.61 |
| 06/01/2021 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | $100.00 |
| 06/01/2021 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED ELECTRONIC FUNDING DISBURSEMENT (FUNDS NOW) | | | -$233.61 |
| 05/27/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | -$3.61 |
| 05/26/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | $234.00 |
| 05/25/2021 | Buy Trade Details | TRCH TDA TRAN - Bought ...102 (TRCH) @2.3000 | 102 | $2.30 | -$234.60 |
| 05/25/2021 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED | | | $234.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | |
| 05/25/2021 | Sell Trade Details | TRCH TDA TRAN - Sold ...100 (TRCH) @2.3100 | 100 | $2.31 | $0.01 | $230.99 |
| 05/21/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$98.88 |
| 05/20/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $100.00 |
| 05/19/2021 | Buy Trade Details | TRCH TDA TRAN - Bought 24 (TRCH) @2.0500 | 24 | $2.05 | | -$49.20 |
| 05/19/2021 | Buy Trade Details | TRCH TDA TRAN - Bought 24 (TRCH) @2.0700 | 24 | $2.07 | | -$49.68 |
| 05/19/2021 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $100.00 |
| 05/12/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$13.26 |
| 05/10/2021 | Buy Trade Details | TRCH TDA TRAN - Bought 6 (TRCH) @2.2099 | 6 | $2.2099 | | -$13.26 |
| 05/04/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $10.10 |

| 05/03/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$2.31 |
|---|---|---|---|---|---|---|
| 04/30/2021 | Sell Trade Details | 834203200 TDA TRAN - Sold ...250 (SLNO) @1.2305 | 250 | $1.2305 | $0.03 | $307.60 |
| 04/30/2021 | Buy Trade Details | TRCH TDA TRAN - Bought ...140 (TRCH) @2.1250 | 140 | $2.125 | | -$297.50 |
| 04/29/2021 | Buy Trade Details | TRCH TDA TRAN - Bought 75 (TRCH) @2.3500 | 75 | $2.35 | | -$176.25 |
| 04/29/2021 | Buy Trade Details | TRCH TDA TRAN - Bought 80 (TRCH) @2.3600 | 80 | $2.36 | | -$188.80 |
| 04/29/2021 | Buy Trade Details | TRCH TDA TRAN - Bought ...100 (TRCH) @2.3600 | 100 | $2.36 | | -$236.00 |
| 04/29/2021 | Sell Trade Details | 007975402 TDA TRAN - Sold ...500 (AEZS) @1.2100 | 500 | $1.21 | $0.06 | $604.94 |
| 04/29/2021 | Buy Trade Details | TRCH TDA TRAN - Bought 75 (TRCH) @2.3599 | 75 | $2.3599 | | -$176.99 |
| 04/29/2021 | Sell Trade Details | SDPI TDA TRAN - Sold ...190 (SDPI) @0.8990 | 190 | $0.899 | $0.02 | $170.79 |
| 03/24/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$74.80 |
| 03/22/2021 | Buy Trade Details | 46527C100 TDA TRAN - Bought ...100 (ITP) @0.7480 | 100 | $0.748 | | -$74.80 |

| 03/22/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$56.25 |
|---|---|---|---|---|---|---|
| 03/18/2021 | Buy Trade Details | TRCH TDA TRAN - Bought 25 (TRCH) @2.2500 | 25 | $2.25 | | -$56.25 |
| 03/18/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$420.81 |
| 03/17/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $543.14 |
| 03/16/2021 | Buy Trade Details | 834203200 TDA TRAN - Bought 50 (SLNO) @1.6562 | 50 | $1.6562 | | -$82.81 |
| 03/16/2021 | Buy Trade Details | 834203200 TDA TRAN - Bought ...200 (SLNO) @1.6900 | 200 | $1.69 | | -$338.00 |
| 03/15/2021 | Buy Trade Details | G33277107 TDA TRAN - Bought ...100 (FAMI) @1.5300 | 100 | $1.53 | | -$153.00 |
| 03/15/2021 | Buy Trade Details | G33277107 TDA TRAN - Bought 50 (FAMI) @1.5400 | 50 | $1.54 | | -$77.00 |
| 03/15/2021 | Buy Trade Details | G33277107 TDA TRAN - Bought 50 (FAMI) @1.5500 | 50 | $1.55 | | -$77.50 |
| 03/15/2021 | Buy Trade Details | G33277107 TDA TRAN - Bought ...150 (FAMI) @1.5500 | 150 | $1.55 | | -$232.50 |
| 03/15/2021 | Sell Trade Details | 007975402 TDA TRAN - Sold | 400 | $1.58 | $0.05 | $631.95 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ...400 (AEZS) @1.5800 | | | | |
| 03/15/2021 | Buy Trade Details | 007975402 TDA TRAN – Bought ...400 (AEZS) @1.4799 | 400 | $1.4799 | | -$591.96 |
| 03/15/2021 | Sell Trade Details | 007975402 TDA TRAN – Sold ...500 (AEZS) @1.5000 | 500 | $1.50 | $0.06 | $749.94 |
| 03/15/2021 | Buy Trade Details | TRCH TDA TRAN – Bought 9 (TRCH) @2.3500 | 9 | $2.35 | | -$21.15 |
| 03/15/2021 | Buy Trade Details | TRCH TDA TRAN – Bought 10 (TRCH) @2.3600 | 10 | $2.36 | | -$23.60 |
| 03/15/2021 | Buy Trade Details | TRCH TDA TRAN – Bought 50 (TRCH) @2.3600 | 50 | $2.36 | | -$118.00 |
| 03/15/2021 | Sell Trade Details | 007975402 TDA TRAN – Sold ...300 (AEZS) @1.5200 | 300 | $1.52 | $0.04 | $455.96 |
| 03/15/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$97.65 |
| 03/11/2021 | Buy Trade Details | TRCH TDA TRAN – Bought 31 (TRCH) @3.1500 | 31 | $3.15 | | -$97.65 |
| 03/08/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$92.99 |
| 03/04/2021 | Buy Trade Details | SDPI TDA TRAN – Bought ...100 (SDPI) @0.9299 | 100 | $0.9299 | | -$92.99 |
| 03/03/2021 | Journaled Sh... | TDA TRAN - CASH ALTERNATIVES | | | | $111.89 |

| | | | | | |
|---|---|---|---|---|---|
| | Shares | ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | |
| 03/02/2021 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | $200.00 |
| 03/01/2021 | Buy Trade Details | SDPI TDA TRAN - Bought 90 (SDPI) @0.9790 | 90 | $0.979 | -$88.11 |
| 02/25/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | -$117.00 |
| 02/24/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | -$700.00 |
| 02/23/2021 | Buy Trade Details | 007975402 TDA TRAN - Bought ...100  (AEZS) @1.1700 | 100 | $1.17 | -$117.00 |
| 02/23/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | -$142.50 |
| 02/22/2021 | Buy Trade Details | 007975402 TDA TRAN - Bought ...200 (AEZS) @1.3900 | 200 | $1.39 | -$278.00 |
| 02/22/2021 | Buy Trade Details | 46527C100 TDA TRAN - Bought ...400 (ITP) @1.0550 | 400 | $1.055 | -$422.00 |
| 02/22/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK | | | -$644.51 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | SWEEP WITHDRAWAL | | | | |
| 02/19/2021 | Buy Trade Details | 007975402 TDA TRAN – Bought ...100 (AEZS) @1.4250 | 100 | $1.425 | | -$142.50 |
| 02/19/2021 | Journaled Shares | TDA TRAN – CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$66.11 |
| 02/18/2021 | Sell Trade Details | CTXR TDA TRAN – Sold 50 (CTXR) @1.5400 | 50 | $1.54 | $0.01 | $76.99 |
| 02/18/2021 | Buy Trade Details | 007975402 TDA TRAN – Bought ...100 (AEZS) @1.4250 | 100 | $1.425 | | -$142.50 |
| 02/18/2021 | Buy Trade Details | 007975402 TDA TRAN – Bought ...100 (AEZS) @1.4400 | 100 | $1.44 | | -$144.00 |
| 02/18/2021 | Buy Trade Details | 007975402 TDA TRAN – Bought ...100 (AEZS) @1.4350 | 100 | $1.435 | | -$143.50 |
| 02/18/2021 | Buy Trade Details | 007975402 TDA TRAN – Bought ...100 (AEZS) @1.4700 | 100 | $1.47 | | -$147.00 |
| 02/18/2021 | Buy Trade Details | 007975402 TDA TRAN – Bought ...100 (AEZS) @1.4450 | 100 | $1.445 | | -$144.50 |
| 02/18/2021 | Journaled Shares | TDA TRAN – CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $905.06 |
| 02/17/2021 | Sell Trade Details | CTXR TDA TRAN – Sold ...250 (CTXR) @1.5400 | 250 | $1.54 | $0.04 | $384.96 |
| 02/17/2021 | Sell Trade Details | 66987P201 TDA TRAN – Sold ...500 (NBY) | 500 | $1.22 | $0.07 | $609.93 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | @1.2200 | | | | |
| 02/17/2021 | Buy<br>Trade Details | CTXR<br>TDA TRAN -<br>Bought ...300<br>(CTXR) @1.4300 | 300 | $1.43 | | -$429.00 |
| 02/17/2021 | Buy<br>Trade Details | 007975402<br>TDA TRAN -<br>Bought ...400<br>(AEZS) @1.5800 | 400 | $1.58 | | -$632.00 |
| 02/16/2021 | Sell<br>Trade Details | G2287A100<br>TDA TRAN - Sold<br>...500 (CSCW)<br>@1.3700 | 500 | $1.37 | $0.08 | $684.92 |
| 02/16/2021 | Buy<br>Trade Details | 66987P201<br>TDA TRAN -<br>Bought ...500<br>(NBY) @1.1700 | 500 | $1.17 | | -$585.00 |
| 02/16/2021 | Buy<br>Trade Details | G2287A100<br>TDA TRAN -<br>Bought ...200<br>(CSCW) @1.2300 | 200 | $1.23 | | -$246.00 |
| 02/16/2021 | Buy<br>Trade Details | G2287A100<br>TDA TRAN -<br>Bought ...300<br>(CSCW) @1.2399 | 300 | $1.2399 | | -$371.97 |
| 02/16/2021 | Sell<br>Trade Details | 09073Q105<br>TDA TRAN - Sold<br>...251 (BVXV)<br>@5.6700 | 251 | $5.67 | $0.06 | $1,423.11 |
| 02/16/2021 | Journaled<br>Shares | TDA TRAN - CASH<br>ALTERNATIVES<br>PURCHASE<br>(MMDA1) BANK<br>SWEEP DEPOSIT | | | | $810.95 |
| 02/12/2021 | Journaled<br>Shares | TDA TRAN - CASH<br>ALTERNATIVES<br>REDEMPTION<br>(MMDA1) BANK<br>SWEEP<br>WITHDRAWAL | | | | -$803.95 |
| 02/11/2021 | Buy<br>Trade Details | 09073Q105<br>TDA TRAN -<br>Bought 8 (BVXV)<br>@5.1199 | 8 | $5.1199 | | -$40.96 |
| 02/11/2021 | Sell<br>Trade Details | TLGTQ<br>TDA TRAN - Sold<br>...600 (TLGT)<br>@1.4200 | 600 | $1.42 | $0.09 | $851.91 |