NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: Meta Materials, Inc.

Case Number: 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Michele Fears
   56 Somersby Drive
   Dallas, GA 30157

   Telephone Number: 404-901-7416

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   DEC 16 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   (stamp crossed out)

   RECEIVED AND FILED
   COURT USE ONLY
   DEC 17 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
ending.... 4509

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   Charles Schwab f/k/a TD AmeriTrade    (877) 519-1403 (CS)

   Telephone Number: 800-669-3900 (TD)

3. **Date Equity Interest was acquired:**
   *See attached documentation. Shares were acquired prior to 100 for 1 reverse split in 2024*

4. **Total amount of member interest:** 1,300

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ■ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Michele Fears
   Title: Investor
   Company: ___ Address and telephone number (if different from notice address above):
   _____

   (Signature) *Michele Fears*    (Date) 12/15/24

   Telephone number: 404-901-7416    email: chipperfan@comcast.net

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

December 15, 2024

US Bankruptcy Court
Foley Federal Building and US Courthouse
300 Las Vegas Boulevard South
Las Vegas, NV 89101
ATTN: Clerk of Court

RE: NOTICE OF REDACTION, Proof of Interest Form, Case No. 24-50792

To Clerk of The Court,

My name is Michele Fears, and I hereby submit this NOTICE OF REDACTION for PROOF OF INTEREST FORM in the matter of Meta Materials, Inc., case number 24-50792. Per instructions by The Honorable Hillary L. Barnes, United States Bankruptcy Judge, and out of an abundance of concern for the potential misuse of my personal information, I request **ALL** but the last four digits of my account numbers be redacted from my Proof of Interest form.

Per instructions, I have included with this filing an unredacted version of the POI, a redacted version of the POI, a detailed explanation of my $MMAT trading record and their documentation, and a check for the $28 processing fee.

Thank you for your consideration in this matter

Michele Fears
56 Somersby Drive
Dallas, GA 30157



Michele Fears

shares before the 100 to 1 reverse split



Handwritten annotation pointing to MMATQ position: "shares before the 100 to 1 reverse split"

Position visible: MMATQ META MATLS INC CLASS EQUITY — Quantity 13, Price $0.00001, Price Change +$0.00001 (0%), Market Value $0.00†, Day Change $0.00 (0%), Cost Basis $2,521.87, Gain/Loss -$2,521.87 (-100%)*, Ratings —, Reinvest —, % of Holdings N/A

†. The value reported may not reflect the current price.
†. Items without cost basis are not included in totals
*. Data for this holding has been edited.