NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: *Meta Materials*

Case Number: *24-50792*

**RECEIVED AND FILED**

**DEC 16 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   *Andrew Graham Mounger*
   *185 Irwin Mill Rd*
   *Clinton, TN 37716*

   Telephone Number: *(865) 440-5989*

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: *Webull   Fidelity*
*5KX18658 + 5MY77582 / X85866602*

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   *Webull*    *Fidelity*
   Telephone Number: *1(888)828-0618* / *1(800)343-3548*

3. Date Equity Interest was acquired:
   *12/04/2020 – 8/20/2024*
   *★See Attached Documentation*

4. Total amount of member interest: *1,214 held ($35,216.78) Invested*

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: *Investor*

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *Andrew Graham Mounger*
Title: _____
Company:___Address and telephone number (if different from notice address above): _____

(Signature) *Andrew Graham Mounger*   (Date) *12/07/24*

Telephone number *(865) 440-5989*   email: *asmounger@yahoo.com*

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Andrew G. Mounger
Webull -Individual (Cash)
Acct# 5KX18658

| Name | Symbol | Side | Status | Filled | Total Qty | Price | Avg Price | Time-in-Force | | Placed Time | Filled Time |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials Inc | MMATQ | Buy | Filled | 1000 | 1000 | @0.498 | 0.498 | DAY | 498 | 12/4/2020 17:11:54 EST | 12/04/2020 17:29:55 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 434 | 434 | @0.479 | 0.479 | DAY | 207.886 | 12/4/2020 13:00:11 EST | 12/04/2020 13:03:20 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 521 | 521 | @0.488 | 0.488 | DAY | 254.248 | 12/4/2020 12:30:48 EST | 12/04/2020 12:30:48 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 100 | 100 | @0.4785 | 0.4785 | DAY | 47.85 | 12/4/2020 10:01:32 EST | 12/04/2020 10:04:59 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 110 | 110 | @0.4851 | 0.4851 | DAY | 53.361 | 12/7/2020 8:40:27 EST | 12/07/2020 08:40:28 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 430 | 430 | @1.55 | 1.55 | DAY | 666.5 | 1/20/2021 13:07:50 EST | 01/20/2021 13:08:56 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 258 | 258 | @1.94 | 1.94 | DAY | 500.52 | 1/25/2021 10:07:31 EST | 01/25/2021 10:40:08 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 125 | 125 | @1.80 | 1.8 | DAY | 225 | 1/27/2021 8:48:31 EST | 01/27/2021 08:49:50 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 74 | 74 | @1.62 | 1.62 | DAY | 119.88 | 1/28/2021 15:13:06 EST | 01/28/2021 15:18:27 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 438 | 438 | @1.48 | 1.48 | DAY | 648.24 | 1/28/2021 13:21:39 EST | 01/28/2021 13:21:39 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 500 | 500 | @1.31 | 1.31 | DAY | 655 | 2/8/2021 9:15:57 EST | 02/08/2021 09:17:21 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 112 | 112 | @1.94 | 1.94 | DAY | 217.28 | 2/15/2022 12:55:01 EST | 02/15/2022 13:34:35 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 888 | 888 | @1.91 | 1.91 | DAY | 1696.08 | 2/15/2022 12:12:02 EST | 02/15/2022 12:12:29 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 55 | 55 | @1.20 | 1.2 | DAY | 66 | 5/6/2022 10:19:22 EDT | 05/06/2022 10:19:22 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 108 | 108 | @0.9199 | 0.9199 | GTC | 99.3492 | 8/17/2022 10:01:03 EDT | 08/17/2022 10:08:27 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 175 | 175 | @0.6501 | 0.6501 | DAY | 113.7675 | 9/29/2022 14:09:41 EDT | 09/29/2022 14:10:03 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 647 | 647 | @0.7693 | 0.7693 | DAY | 497.7371 | 10/11/2022 10:32:29 EDT | 10/11/2022 10:32:29 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1015 | 1015 | @0.810 | 0.81 | DAY | 822.15 | 10/11/2022 9:33:48 EDT | 10/11/2022 09:33:48 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 105 | 105 | @0.9331 | 0.9331 | DAY | 97.9755 | 10/14/2022 13:45:23 EDT | 10/14/2022 13:45:45 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 450 | 450 | @0.9578 | 0.9578 | DAY | 431.01 | 10/14/2022 12:58:17 EDT | 10/14/2022 12:58:17 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 200 | 200 | @0.8232 | 0.8232 | DAY | 164.64 | 10/19/2022 14:12:57 EDT | 10/19/2022 14:13:23 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1000 | 1000 | @0.8243 | 0.8243 | DAY | 824.3 | 10/19/2022 14:09:14 EDT | 10/19/2022 14:11:21 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 333 | 333 | @0.8926 | 0.8926 | DAY | 297.2358 | 10/20/2022 13:03:27 EDT | 10/20/2022 13:04:25 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 100 | 100 | @1.30 | 1.3 | DAY | 130 | 11/10/2022 11:16:17 EST | 11/10/2022 11:16:17 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 12 | 12 | @1.30 | 1.3 | DAY | 15.6 | 11/10/2022 6:52:50 EST | 11/10/2022 06:54:33 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 51 | 51 | @1.36 | 1.36 | DAY | 69.36 | 12/9/2022 10:56:55 EST | 12/09/2022 10:57:54 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 79 | 79 | @1.32 | 1.32 | DAY | 104.28 | 12/9/2022 10:54:57 EST | 12/09/2022 10:55:03 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 1670 | 1670 | @1.30 | 1.3 | DAY | 2171 | 12/9/2022 10:53:25 EST | 12/09/2022 10:53:25 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 1000 | 1000 | @1.13 | 1.13 | DAY | 1130 | 12/29/2022 11:20:15 EST | 12/29/2022 11:32:14 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 420 | 420 | @0.599 | 0.599 | DAY | 251.58 | 3/6/2023 10:30:10 EST | 03/06/2023 10:31:19 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 330 | 330 | @0.575 | 0.575 | DAY | 189.75 | 3/9/2023 9:51:58 EST | 03/09/2023 09:52:06 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 550 | 550 | @0.5392 | 0.5392 | DAY | 296.56 | 3/20/2023 11:25:42 EDT | 03/20/2023 11:26:21 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 2100 | 2100 | @0.4683 | 0.4683 | DAY | 983.43 | 3/23/2023 15:11:22 EDT | 03/23/2023 15:11:22 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 2947 | 2947 | @0.465 | 0.465 | DAY | 1370.355 | 4/3/2023 13:22:31 EDT | 04/03/2023 13:23:25 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1157 | 1157 | @0.2168 | 0.2168 | DAY | 250.8376 | 4/14/2023 8:52:00 EDT | 04/14/2023 08:52:00 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 238 | 238 | @0.1975 | 0.1975 | DAY | 47.005 | 4/21/2023 12:51:27 EDT | 04/21/2023 12:51:59 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1258 | 1258 | @0.1938 | 0.1938 | DAY | 243.8004 | 4/21/2023 10:56:33 EDT | 04/21/2023 10:56:34 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1280 | 1280 | @0.2394 | 0.2394 | DAY | 306.432 | 5/19/2023 13:20:29 EDT | 05/19/2023 13:20:29 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1000 | 1000 | @0.2288 | 0.2288 | DAY | 228.8 | 5/19/2023 9:09:40 EDT | 05/19/2023 09:34:21 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1000 | 1000 | @0.2545 | 0.2545 | DAY | 254.5 | 5/24/2023 10:29:06 EDT | 05/24/2023 10:29:07 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 800 | 800 | @0.1902 | 0.1902 | DAY | 152.16 | 6/23/2023 10:47:16 EDT | 06/23/2023 10:50:57 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 2770 | 2770 | @0.1987 | 0.1987 | DAY | 550.399 | 6/27/2023 16:57:09 EDT | 06/27/2023 16:57:09 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 585 | 585 | @0.227 | 0.227 | DAY | 132.795 | 8/24/2023 13:08:05 EDT | 08/24/2023 13:13:11 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 550 | 550 | @0.228 | 0.228 | DAY | 125.4 | 8/24/2023 12:53:48 EDT | 08/24/2023 12:53:48 EDT |

| Security | Symbol | Side | Status | Quantity | Filled | Price | Amount | Date Placed | Date Filled |
|---|---|---|---|---|---|---|---|---|---|
| Meta Materials Inc | MMATQ | Buy | Filled | 415 | 415 @0.2169 | 0.2169 DAY | 90.0135 | 9/7/2023 10:05:57 EDT | 09/07/2023 10:11:21 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 5000 | 5000 @0.200 | 0.2 DAY | 1000 | 10/18/2023 12:28:10 EDT | 10/18/2023 12:28:18 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1500 | 1500 @0.1499 | 0.1499 DAY | 224.85 | 10/23/2023 12:10:13 EDT | 10/23/2023 12:13:04 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 267 | 267 @0.104 | 0.104 DAY | 27.768 | 11/29/2023 13:56:11 EST | 11/29/2023 13:56:24 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 3783 | 3783 @0.1117 | 0.1117 DAY | 422.5611 | 11/29/2023 13:53:33 EST | 11/29/2023 13:53:33 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 25135 | 25135 @0.1177 | 0.1177 DAY | 2958.3895 | 11/29/2023 13:49:34 EST | 11/29/2023 13:49:35 EST |
| Meta Materials Inc | MMATQ | Sell | Filled | -13185 | -13185 @0.1121 | 0.1121 DAY | -1478.0385 | 11/29/2023 13:46:37 EST | 11/29/2023 13:46:38 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 4640 | 4640 @0.076 | 0.076 DAY | 352.64 | 12/4/2023 10:33:15 EST | 12/04/2023 10:41:01 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 6132 | 6132 @0.0765 | 0.0765 DAY | 469.098 | 12/4/2023 9:52:18 EST | 12/04/2023 09:52:18 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 1681 | 1681 @0.060 | 0.06 DAY | 100.86 | 12/6/2023 9:58:24 EST | 12/06/2023 09:58:31 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 3755 | 3755 @0.0545 | 0.0545 DAY | 204.6475 | 12/6/2023 9:52:14 EST | 12/06/2023 09:52:14 EST |
| Meta Materials Inc | MMATQ | Sell | Filled | -10000 | -10000 @0.0715 | 0.0715 DAY | -715 | 12/20/2023 8:10:31 EST | 12/20/2023 08:10:31 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 1242 | 1242 @0.0842 | 0.0842 DAY | 104.5764 | 1/16/2024 16:48:58 EST | 01/16/2024 16:49:00 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 1050 | 1050 @0.0728 | 0.0728 DAY | 76.44 | 1/16/2024 16:23:27 EST | 01/16/2024 16:24:26 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 7500 | 7500 @0.075 | 0.075 DAY | 562.5 | 1/16/2024 16:21:29 EST | 01/16/2024 16:21:38 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 4000 | 4000 @0.0788 | 0.0788 DAY | 315.2 | 1/19/2024 10:54:35 EST | 01/19/2024 10:57:32 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 1900 | 1900 @0.0665 | 0.0665 DAY | 126.35 | 1/23/2024 12:48:00 EST | 01/23/2024 12:48:00 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 1201 | 1201 @0.0512 | 0.0512 DAY | 61.4912 | 1/25/2024 16:56:27 EST | 01/25/2024 17:15:25 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 3 | 3 @3.48 | 3.48 DAY | 10.44 | 2/9/2024 12:53:48 EST | 02/09/2024 12:54:46 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 85 | 85 @3.47 | 3.47 DAY | 294.95 | 2/9/2024 12:29:24 EST | 02/09/2024 12:30:11 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 40 | 40 @3.50 | 3.5 DAY | 140 | 2/9/2024 12:25:27 EST | 02/09/2024 12:25:43 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 22 | 22 @3.12 | 3.12 DAY | 68.64 | 2/9/2024 10:42:46 EST | 02/09/2024 10:48:31 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 65 | 65 @3.50 | 3.5 DAY | 227.5 | 2/22/2024 14:49:58 EST | 02/22/2024 14:50:10 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 62 | 62 @3.55 | 3.55 DAY | 220.1 | 2/22/2024 14:44:32 EST | 02/22/2024 14:47:28 EST |
| Meta Materials Inc | MMATQ | Sell | Filled | -250 | -250 @1.99 | 1.99 DAY | -497.5 | 3/21/2024 9:34:34 EDT | 03/21/2024 09:36:20 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 90 | 90 @2.75 | 2.75 DAY | 247.5 | 3/25/2024 9:34:39 EDT | 03/25/2024 09:37:21 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 45 | 45 @2.97 | 2.97 DAY | 133.65 | 3/28/2024 15:24:06 EDT | 03/28/2024 15:24:12 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 13 | 13 @2.45 | 2.45 DAY | 31.85 | 5/20/2024 16:20:59 EDT | 05/20/2024 16:20:59 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 60 | 60 @2.90 | 2.9 DAY | 174 | 5/21/2024 9:30:32 EDT | 05/21/2024 09:30:32 EDT |
| Meta Materials Inc | MMATQ | Sell | Filled | -73 | -73 @3.40 | 3.4 DAY | -248.2 | 5/29/2024 10:39:58 EDT | 05/29/2024 10:39:58 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 35 | 35 @2.11 | 2.11 DAY | 73.85 | 8/2/2024 10:11:15 EDT | 08/02/2024 10:42:14 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 34 | 34 @2.08 | 2.08 DAY | 70.72 | 8/2/2024 10:06:48 EDT | 08/02/2024 10:07:14 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 26 | 26 @2.12 | 2.12 DAY | 55.12 | 8/2/2024 9:51:24 EDT | 08/02/2024 09:53:35 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 106 | 106 @2.03 | 2.03 DAY | 215.18 | 8/5/2024 10:15:40 EDT | 08/05/2024 10:28:25 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 202 | 202 @0.988 | 0.988 DAY | 199.576 | 8/9/2024 12:02:06 EDT | 08/09/2024 12:03:26 EDT |
| Meta Materials Inc | MMATQ | Sell | Filled | -300 | -300 @0.515 | 0.515 DAY | -154.5 | 8/20/2024 15:56:55 EDT | 08/20/2024 15:58:27 EDT |
| | | | | | | | $24,375.28 | | |

|  |  | Holding | 1,003 |  | Total $ Invested | **$24,375.28** |
|---|---|---|---|---|---|---|

Andrew G. Mounger
Webull - Roth IRA
Acct# 5MY77582

| Name | Symbol | Side | Status | Filled | Total Qty Price | Avg Price | Time-in-Force | | Placed Time | Filled Time | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials Inc | MMATQ | Buy | Filled | 133 | 133 @3.95 | 3.95 | DAY | $525.3500 | 7/12/2021 | 07/12/2021 15:17:27 EDT | |
| Meta Materials Inc | MMATQ | Buy | Filled | 100 | 100 @4.05 | 4.05 | DAY | $405.0000 | 7/12/2021 | 07/12/2021 12:29:35 EDT | |
| Meta Materials Inc | MMATQ | Buy | Filled | 100 | 100 @4.00 | 4 | DAY | $400.0000 | 7/12/2021 | 07/12/2021 12:25:45 EDT | |
| Meta Materials Inc | MMATQ | Buy | Filled | 250 | 250 @3.43 | 3.43 | DAY | $857.5000 | 8/13/2021 | 08/13/2021 08:00:38 EDT | |
| Meta Materials Inc | MMATQ | Buy | Filled | 45 | 45 @3.12 | 3.12 | DAY | $140.4000 | 8/18/2021 | 08/18/2021 11:26:25 EDT | |
| Meta Materials Inc | MMATQ | Buy | Filled | 636 | 636 @3.08 | 3.08 | DAY | $1,958.8800 | 8/18/2021 | 08/18/2021 11:14:22 EDT | |
| Meta Materials Inc | MMATQ | Buy | Filled | 1 | 1 @3.24 | 3.24 | DAY | $3.2400 | 12/3/2021 | 12/03/2021 09:59:42 EST | |
| Meta Materials Inc | MMATQ | Buy | Filled | 18 | 18 @1.60 | 1.6 | GTC | $28.8000 | 2/3/2022 | 02/04/2022 09:30:03 EST | |
| Meta Materials Inc | MMATQ | Buy | Filled | 233 | 233 @1.95 | 1.95 | DAY | $454.3500 | 2/28/2022 | 02/28/2022 09:57:43 EST | |
| Meta Materials Inc | MMATQ | Buy | Filled | 34 | 34 @2.06 | 2.06 | DAY | $70.0400 | 3/21/2022 | 03/21/2022 11:30:30 EDT | |
| Meta Materials Inc | MMATQ | Buy | Filled | 450 | 450 @2.06 | 2.06 | DAY | $927.0000 | 3/21/2022 | 03/21/2022 11:29:39 EDT | |
| Meta Materials Inc | MMATQ | Buy | Filled | 70 | 70 @1.39 | 1.39 | DAY | $97.3000 | 4/25/2022 | 04/25/2022 10:45:48 EDT | |
| Meta Materials Inc | MMATQ | Buy | Filled | 930 | 930 @1.35 | 1.35 | DAY | $1,255.5000 | 4/25/2022 | 04/25/2022 10:26:57 EDT | |
| Meta Materials Inc | MMATQ | Buy | Filled | 300 | 300 @1.25 | 1.25 | DAY | $375.0000 | 4/28/2022 | 04/28/2022 13:40:01 EDT | |
| Meta Materials Inc | MMATQ | Buy | Filled | 36 | 36 @0.9993 | 0.9993 | DAY | $35.9748 | 7/12/2022 | 07/12/2022 12:46:11 EDT | |
| Meta Materials Inc | MMATQ | Buy | Filled | 664 | 664 @0.9505 | 0.9505 | DAY | $631.1320 | 7/12/2022 | 07/12/2022 11:03:27 EDT | |
| Meta Materials Inc | MMATQ | Buy | Filled | 1 | 1 @1.74 | 1.74 | DAY | $1.7400 | 12/9/2022 | 12/09/2022 09:38:20 EST | |
| Meta Materials Inc | MMATQ | Buy | Filled | 5 | 5 @1.08 | 1.08 | DAY | $5.4000 | 12/28/2022 | 12/28/2022 09:46:27 EST | |
| Meta Materials Inc | MMATQ | Buy | Filled | 491 | 491 @0.4684 | 0.4684 | DAY | $229.9844 | 3/23/2023 | 03/23/2023 15:01:44 EDT | |
| Meta Materials Inc | MMATQ | Buy | Filled | 1073 | 1073 @0.4642 | 0.4642 | DAY | $498.0866 | 3/23/2023 | 03/23/2023 14:46:13 EDT | |
| Meta Materials Inc | MMATQ | Buy | Filled | 115 | 115 @0.2277 | 0.2277 | DAY | $26.1855 | 4/14/2023 | 04/14/2023 11:58:38 EDT | |
| Meta Materials Inc | MMATQ | Buy | Filled | 315 | 315 @0.1994 | 0.1994 | DAY | $62.8110 | 4/21/2023 | 04/21/2023 13:08:14 EDT | |
| Meta Materials Inc | MMATQ | Buy | Filled | 242 | 242 @0.2512 | 0.2512 | DAY | $60.7904 | 5/22/2023 | 05/22/2023 10:44:48 EDT | |
| Meta Materials Inc | MMATQ | Buy | Filled | 1058 | 1058 @0.0621 | 0.0621 | DAY | $65.7018 | 1/24/2024 | 01/24/2024 10:20:30 EST | 7300 |
| Meta Materials Inc | MMATQ | Buy | Filled | 75 | 75 @4.88 | 4.88 | DAY | $366.0000 | 1/29/2024 | 01/29/2024 09:51:58 EST | |
| Meta Materials Inc | MMATQ | Sell | Filled | -50 | -50 @2.72 | 2.72 | DAY | -$136.0000 | 3/7/2024 | 03/07/2024 11:03:18 EST | |
| Meta Materials Inc | MMATQ | Sell | Filled | -48 | -48 @2.73 | 2.73 | DAY | -$131.0400 | 3/7/2024 | 03/07/2024 11:02:22 EST | |
| Meta Materials Inc | MMATQ | Buy | Filled | 100 | 100 @2.27 | 2.27 | DAY | $227.0000 | 3/11/2024 | 03/11/2024 15:28:13 EDT | |
| | | | | | | | | **$9,442.13** | | | |

150 Shares Held

Fidelity
Andrew G. Mounger
Acct# X85866602

| Run Date | Action | Symbol | Description | Type | Quantity | Price ($) | Accrued Interes | Amount ($) | Cash Balan | Settlement Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/05/2023 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 1000 | 0.07 | | -71.81 | 5.18 | 12/7/2023 |
| 10/26/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 1250 | 1 | | -1245.63 | 16.74 | 10/28/2022 |
| 10/26/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 50 | 1.01 | | -50.45 | 1262.37 | 10/28/2022 |
| 10/05/2023 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | -1700 | 0.22 | | 377.4 | 3.14 | 10/10/2023 |
| 04/12/2023 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 265 | 0.38 | | -100.17 | 1.24 | 4/14/2023 |
| 03/06/2023 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 200 | 0.6 | | -119.58 | 21.23 | 3/8/2023 |
| 01/05/2024 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 1988 | 0.06 | | -128.23 | 0.55 | 1/9/2024 |
| 08/05/2024 | YOU BOUGHT META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | Cash | 30 | 2.03 | | -60.9 | 1.9 | 8/6/2024 |

$ Invested    $1,399.37



**Statement Period:** 11/01/2024 - 11/30/2024
**Account Name:** Andrew Graham Mounger
**Account Number:** 5KX18658
**Account Type:** CASH
**Account Address:** 185 Irwin Mill Road CLINTON,TN,37716

Welcome to your Webull Summary Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Please note that externally held assets are included on the statement solely as a courtesy; Information (including valuation) for such externally held assets is derived from external sources for which the member is not responsible; and externally held assets may not be covered by SIPC. Funds deposited with Program Banks of Webull's Cash Management Program are insured, in aggregate, up to $250,000 per Program Bank, per depositor, for each account ownership category, by the FDIC. For joint accounts, FDIC coverage is available up to $500,000 per Program Bank.

Happy investing with Webull!

**OFFICE SERVING YOU**
Webull Financial LLC
Member FINRA (CRD: 289063), SIPC
44 Wall Street, 2nd Floor
New York, NY 10005
support@webull.us
1 (888) 828-0618

**WEBULL'S CLEARING BROKER**
Apex Clearing Corporation
Member FINRA (CRD: 13071), SIPC
350 N. St. Paul Suite 1300
Dallas, TX 75201
cs@apexclearing.com

| | | 11/...2024 | 11/20/2024 | P | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| LTD | | 11/19/2024 | 11/20/2024 | I | | | | |
| | | 11/21/2024 | 11/22/2024 | S | 5? | 35 | | |
| | | 11/21/2024 | 11/22/2024 | B | | 2 | | |
| INC | | 11/26/2024 | 11/27/2024 | S | | | | |
| CR | | 11/26/2024 | 11/27/2024 | B | | | | |
| | | 11/29/2024 | 12/02/2024 | | | | | |

## OPEN POSITIONS

### Equities & Options

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
| --- | --- | --- | --- | --- | --- |
| BHST | 09076J207 | 1 | 1 | 6.15 | 6.15 |
| CRKN | 228339404 | 1770 | 1 | 0.2800 | 495.60 |
| FNGR | 31788K108 | 1 | 1 | 2.04 | 2.04 |
| GNS | Y3005A117 | 379 | 1 | 0.7384 | 279.85 |
| JBDI | G50883100 | 1 | 1 | 0.6584 | 0.66 |
| LGMK | 67091J602 | 300 | 1 | 1.82 | 546.00 |
| ➤ MMATQ | 59134N302 | (1003) | 1 | 0.0610 | 61.18 |
| TTOO | 89853L302 | 719 | 1 | 0.5723 | 411.48 |

## ACCOUNT ACTIVITY



| | |
|---|---|
| Statement Period: | 11/01/2024 - 11/30/2024 |
| Account Name: | Andrew Graham Mounger |
| Account Number: | 5MY77582 |
| Account Type: | CASH |
| Account Address: | 185 Irwin Mill Road CLINTON,TN,37716 |
| Retirement Account Type: | Roth IRA |
| Retirement Account Custodian: | UMB BANK NA CUST ROTH IRA FBO |

Welcome to your Webull Summary Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Please note that externally held assets are included on the statement solely as a courtesy; information (including valuation) for such externally held assets is derived from external sources for which the member is not responsible; and externally held assets may not be covered by SIPC. Funds deposited with Program Banks of Webull's Cash Management Program are insured, in aggregate, up to $250,000 per Program Bank, per depositor, for each account ownership category, by the FDIC. For joint accounts, FDIC coverage is available up to $500,000 per Program Bank.

Happy investing with Webull!

**OFFICE SERVING YOU**
Webull Financial LLC
Member FINRA (CRD: 289063), SIPC
44 Wall Street, 2nd Floor
New York, NY 10005
support@webull.us
1 (888) 828-0618

**WEBULL'S CLEARING BROKER**
Apex Clearing Corporation
Member FINRA (CRD: 13071), SIPC
350 N. St. Paul Suite 1300
Dallas, TX 75201
cs@apexclearing.com

## RETIREMENT ACCOUNT INFORMATION

### CURRENT YEAR INFORMATION

| | Amount |
|---|---|
| Contribution - Tax Year 2024 | |
| Distribution - Tax Year 2024 | |
| Tax Withholding for Premature Distribution - Tax Year 2024 | |

### PRIOR YEAR INFORMATION

| | Amount |
|---|---|
| Contribution - Tax Year 2023 | |
| Distribution - Tax Year 2023 | |
| Tax Withholding for Premature Distribution - Tax Year 2023 | |

## OPEN POSITIONS

### Equities & Options

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| | | | 1 | | |
| MMATQ | 59134N302 | 150 | 1 | 0.0610 | 9.15 |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Accrued Dividends: The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future outside of the statement period.
2. Accrued Balance: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.
3. Trades (Sold): Cash from selling securities.
4. Trades (Bought): Cash spent on buying securities.
5. Multiplier(Mult): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.
6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.
7. The sum of Exchange-related fees, transaction-related fees, stamp duty, withholding tax, contract fees, commissions, or other fees or taxes.
8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.
9. All transactions are based on a First-in, First-out ("FIFO") method.
10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
11. Account Types: C = Cash, M = Margin, S = Short, X = RVP/DVP, and O = Other
12. FPSL: The Apex Clearing Corporation Fully-Paid Securities Lending Program.
13. Market Value of Securities Held Long includes the market value of securities held in non-short account types (i.e. Cash account, Margin account).
14. Market Value of Securities Held Short includes the market value of securities held in the short account type. Bona fide short positions will mark-to-market on a daily basis between the margin and short account types based on prevailing closing prices of the security which was shorted.
15. Market Value of Fully-Paid Securities Loaned. The market value of the fully-paid securities you have loaned through participating in the Apex Clearing Corporation Fully-Paid Securities Lending Program.

# Fidelity INVESTMENTS

INVESTMENT REPORT
October 1, 2024 - October 31, 2024

## Holdings

Account # X85-866602
ANDREW GRAHAM MOUNGER - INDIVIDUAL - TOD

### Stocks (continued)

| Description | Beginning Market Value Oct 1, 2024 | Quantity Oct 31, 2024 | Price Per Unit Oct 31, 2024 | Ending Market Value Oct 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Oct 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| (redacted) | unavailable | (redacted) | (redacted) | (redacted) | (redacted) | (redacted) | - |
| **META MATERIALS INC COM NEW** ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 22.57 | 61.000 | 0.0710 | 4.33 | 285.51 | -281.18 | - |
| (redacted) | unavailable | 1,006,030.000 | - | unavailable | 890.71 | unavailable | - |
| (redacted) | | | - | unavailable | | unavailable | - |
| (redacted) | | | | | | | - |
| Total Common Stock (100% of account holdings) | | | | | | | - |
| **Total Stocks (100% of account holdings)** | | | | | $26,739.24 | | - |

**Total Holdings**

All positions held in cash account unless indicated otherwise.

EAI & EY  **Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the "Additional Information and Endnotes" section.**

Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.