NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: Meta Materials, Inc

Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Ernesto Rivera
   3417 W. Adobe Dam Rd.
   Phoenix, AZ 85027

   Telephone Number: 623·396·9623

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AM
   AND FILED
   DEC 17 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   **COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: 230920977

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Ernesto Rivera
   Fidelity Investments  PO Box 770001
   Cincinnati, OH 45277
   Telephone Number: (800) 343·3548

3. Date Equity Interest was acquired:
   Between 03/27/2023 - 07/07/2023
   See Attached Documentation

4. Total amount of member interest: 44,998 shares for $9216.45

5. Certificate number(s): See Attached Documentation

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Ernesto Rivera
Title:
Company: ___ Address and telephone number (if different from notice address above):
_____
_____

(Signature) [signed]   (Date) 12/16/24
Telephone number: 623·396·9623   email: e.rivera35@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 27, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*0977 IRA - ROLLOVER**

**ERNESTO RIVERA**

9900297836

FMT CO CUST IRA ROLLOVER
FBO ERNESTO RIVERA
3417 W ADOBE DAM RD
PHOENIX AZ 85027-1044

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23086-1B4FXZ | 1* | W4# | 03-27-23 | 03-29-23 | 59134N104 | 23086-HAEHY | | |
| | | | DESCRIPTION and DISCLOSURES | | | | | |
| You Bought | | | META MATERIALS INC COM | | | Principal Amount | | 4.44 |
| | | 10 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 4.44 |
| at | | .4440 | WE HAVE ACTED AS AGENT. | | | | | |
| Symbol: | | | | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900297836

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO ERNESTO RIVERA
3417 W ADOBE DAM RD
PHOENIX AZ 85027-1044

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*0977**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0230920977   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: May 24, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*0977 IRA - ROLLOVER**

**ERNESTO RIVERA**

9900273220

FMT CO CUST IRA ROLLOVER
FBO ERNESTO RIVERA
3417 W ADOBE DAM RD
PHOENIX AZ 85027-1044

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23144-R5YLSL | 1* | W4# | 05-24-23 | 05-26-23 | 37955R107 | 23144-HJ5M8 | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | GLOBAL TECH INDS GROUP INC COM | Principal Amount | 980.00 |
| | 1,000 | WE HAVE ACTED AS AGENT. | Settlement Amount | 980.00 |
| at | .9800 | | | |
| Symbol: | | | | |
| GTII | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23144-1CV32F | 1* | W4# | 05-24-23 | 05-26-23 | 59134N104 | 23144-HJZMY | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 999.20 |
| | 4,000 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 999.20 |
| at | .2498 | WE HAVE ACTED AS AGENT. | | |
| Symbol: | | | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900273220

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO ERNESTO RIVERA
3417 W ADOBE DAM RD
PHOENIX AZ 85027-1044

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*0977** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0230920977    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 22, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*0977 IRA - ROLLOVER**

**ERNESTO  RIVERA**

9900284398

FMT CO CUST IRA ROLLOVER
FBO ERNESTO RIVERA
3417 W ADOBE DAM RD
PHOENIX AZ 85027-1044

Online                              Fidelity.com
FAST®-Automated Telephone           800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23173-1BQ35W | 1* | W4# | 06-22-23 | 06-26-23 | 59134N104 | 23152-G9DMV | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 999.50 |
| | 5,000 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 999.50 |
| at | .1999 | WE HAVE ACTED AS AGENT. | | |
| Symbol: | | | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900284398

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO ERNESTO RIVERA
3417 W ADOBE DAM RD
PHOENIX AZ 85027-1044

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*0977**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC.  Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0230920977     00     000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 26, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*0977 IRA - ROLLOVER**

**ERNESTO RIVERA**

9900336564

FMT CO CUST IRA ROLLOVER
FBO ERNESTO RIVERA
3417 W ADOBE DAM RD
PHOENIX AZ 85027-1044

Online                                          Fidelity.com
FAST®-Automated Telephone                       800-544-5555
Customer Service                                800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23177-1CHJ4M | 1* | W4# | 06-26-23 | 06-28-23 | 59134N104 | 23177-HD2KS | | |
| | | | DESCRIPTION and DISCLOSURES | | | | | |
| You Bought | | 5,000 | META MATERIALS INC COM | | | Principal Amount | | 950.50 |
| at | | .1901 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 950.50 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                 9900336564

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO ERNESTO RIVERA
3417 W ADOBE DAM RD
PHOENIX AZ 85027-1044

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*0977**  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0230920977    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 27, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*0977 IRA - ROLLOVER**

**ERNESTO RIVERA**

9900283018

FMT CO CUST IRA ROLLOVER
FBO ERNESTO RIVERA
3417 W ADOBE DAM RD
PHOENIX AZ 85027-1044

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23178-1BVXWH | 1* | W4# | 06-27-23 | 06-29-23 | 59134N104 | 23178-G80KR | | |
| | | | DESCRIPTION and DISCLOSURES | | | | | |
| You Bought | | 5,000 | META MATERIALS INC COM | | | Principal Amount | | 872.50 |
| at | | .1745 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 872.50 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900283018

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO ERNESTO RIVERA
3417 W ADOBE DAM RD
PHOENIX AZ 85027-1044

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*0977**  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0230920977     00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 29, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*0977 IRA - ROLLOVER**

**ERNESTO RIVERA**

9900280430

FMT CO CUST IRA ROLLOVER
FBO ERNESTO RIVERA
3417 W ADOBE DAM RD
PHOENIX AZ 85027-1044

Online                           Fidelity.com
FAST®-Automated Telephone        800-544-5555
Customer Service                 800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23180-S2H9R4 | 1* | W4# | 06-29-23 | 07-03-23 | 31788K108 | 23180-HE5SV | | |
| | | | DESCRIPTION and DISCLOSURES | | | | | |
| You Bought | | 700 | FINGERMOTION INC COM | | | Principal Amount | | 1,890.00 |
| at | | 2.7000 | WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 1,890.00 |
| Symbol: FNGR | | | | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23180-1D0KRC | 1* | WZ# | 06-29-23 | 07-03-23 | 59134N104 | 23180-H3I0L | | |
| | | | DESCRIPTION and DISCLOSURES | | | | | |
| You Bought | | 25,000 | META MATERIALS INC COM | | | Principal Amount | | 5,182.50 |
| at | | .2073 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 5,182.50 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900280430

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO ERNESTO RIVERA
3417 W ADOBE DAM RD
PHOENIX AZ 85027-1044

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*0977**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0230920977    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: July 7, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*0977 IRA - ROLLOVER**

**ERNESTO RIVERA**

9900317766

FMT CO CUST IRA ROLLOVER
FBO ERNESTO RIVERA
3417 W ADOBE DAM RD
PHOENIX AZ 85027-1044

Online                                    Fidelity.com
FAST®-Automated Telephone                 800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23188-1D1DXG | 1* | W4# | 07-07-23 | 07-11-23 | 59134N104 | 23188-HE4NQ | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 858.01 |
| | 4,523 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 858.01 |
| at | .1897 | WE HAVE ACTED AS AGENT. | | |
| Symbol: | | | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE            9900317766

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO ERNESTO RIVERA
3417 W ADOBE DAM RD
PHOENIX AZ 85027-1044

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*0977**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0230920977   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: July 24, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*0977 IRA - ROLLOVER**

**ERNESTO RIVERA**

9900370086

FMT CO CUST IRA ROLLOVER
FBO ERNESTO RIVERA
3417 W ADOBE DAM RD
PHOENIX AZ 85027-1044

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23205-1BTHXS | 1* | WZ# | 07-24-23 | 07-26-23 | 59134N104 | 23203-G4L6S | | |
| | | | DESCRIPTION and DISCLOSURES | | | | | |
| You Bought | | 988 | META MATERIALS INC COM | | | Principal Amount | | 222.30 |
| at | | .2250 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 222.30 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900370086

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMT CO CUST IRA ROLLOVER
FBO ERNESTO RIVERA
3417 W ADOBE DAM RD
PHOENIX AZ 85027-1044

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*0977**   only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0230920977    00    000