NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials INC

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Thomas Michael Donahue
   6358 Augusta Ave NW
   Canton, Ohio 44718

   **Telephone Number:** 614-354-4442

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 16 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:** 997-27775

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   Thomas Donahue
   **Telephone Number:** 1-800-392-5749

3. **Date Equity Interest was acquired:**
   Between 2/10/2023 - 4/14/2023
   SEE Attached Documentation

4. **Total amount of member interest:** 5000 Shares $195,790

5. **Certificate number(s):** SEE Attached Documentation

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Thomas Donahue
**Title:**
**Company:** Address and telephone number (if different from notice address above):

(Signature) Tom D___   (Date) 12/11/2024

Telephone number: 614-354-4442  email: TDonahue52@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[Print Form]   [Save Form]   [Clear Form]

# J.P.Morgan

Statement Period
## November 01 - November 29, 2024

Last Statement: October 31, 2024

Account Number
**997-27775**

Account Value With Accruals: **$20,705.07**

THOMAS M DONAHUE TOD
6358 AUGUSTA AVE NW
CANTON OH 44718-4019

## TFR ON DEATH IND

J.P. Morgan Self-Directed Investing

### Account Activity Summary

| Description | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $19,155.06 | $73,663.75 |
| Deposits (Cash & Securities) | 0.00 | 20,000.00 |
| Withdrawals (Cash & Securities) | 0.00 | (20,464.00) |
| **Net Deposits / Withdrawals** | $0.00 | ($464.00) |
| Income | 0.01 | 0.32 |
| Fees [1] | 0.00 | 0.00 |
| Change In Investment Value | 1,550.00 | (52,495.00) |
| **ENDING ACCOUNT VALUE** | **$20,705.07** | **$20,705.07** |
| Net Accrued Income | 0.00 | 0.00 |
| **Account Value With Accruals** | **$20,705.07** | **$20,705.07** |

[1] Account fees, management fees, and debit interest are included. Trade related fees charged by brokers and commissions impact the total cost or proceeds of your trades and are not included here.

Month End Closing Method: First In, First Out (FIFO)

Your Broker/Dealer is J.P. MORGAN SECURITIES LLC, 4 Chase Metrotech Center, Brooklyn, New York 11245-0001

INVESTMENT AND INSURANCE PRODUCTS ARE: · NOT FDIC INSURED · NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
· NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES
· SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED

J.P. Morgan Wealth Management is a business of JPMorgan Chase & Co., which offers investment products and services through **J.P. Morgan Securities LLC** (JPMS), a registered broker-dealer and investment adviser, member FINRA and SIPC. Insurance products are made available through Chase Insurance Agency, Inc. (CIA), a licensed insurance agency, doing business as Chase Insurance Agency Services, Inc. in Florida. Certain custody and other services are provided by JPMorgan Chase Bank, N.A. (JPMCB). JPMS, CIA and JPMCB are affiliated companies under the common control of JPMorgan Chase & Co. Products not available in all states.

# J.P.Morgan

TFR ON DEATH IND  (Acct # 997-27775)      THOMAS M DONAHUE TOD      Statement Period: November 01 - November 29, 2024

J.P. Morgan Self-Directed Investing

## Asset Allocation Summary

| Description | Market value Previous Period | Market value This Period | Total Change ($) |
|---|---|---|---|
| Cash & Sweep Funds | 0.06 | 0.07 | 0.01 |
| Equities | 19,155.00 | 20,705.00 | 1,550.00 |
| **TOTAL ACCOUNT VALUE** | **$19,155.06** | **$20,705.07** | **$1,550.01** |

## Assets and Liabilities Summary

| Description | Previous Period | This Period |
|---|---|---|
| Long Cash and Sweep Funds | 0.06 | 0.07 |
| Long Market Value | 19,155.00 | 20,705.00 |
| **Total Assets** | **$19,155.06** | **$20,705.07** |
| Total Liabilities | $0.00 | $0.00 |
| **TOTAL ACCOUNT VALUE** | **$19,155.06** | **$20,705.07** |
| Total Account Value with Accruals | $19,155.06 | $20,705.07 |

## Unrealized Gain / Loss Summary

| Description | This Period |
|---|---|
| Short-Term Net Gain / Loss | $0.00 |
| Long-Term Loss | (200,655.00) |
| Long-Term Net Gain / Loss | ($200,655.00) |
| **TOTAL UNREALIZED GAIN / LOSS** | **($200,655.00)** |

Unrealized Gain / Loss represents Gain / Loss data since the date of acquisition.

## Income Summary

| Description | This Period | Year-to-Date |
|---|---|---|
| Interest | 0.01 | 0.32 |
| **Total Income from Taxable Investments** | **$0.01** | **$0.32** |
| **Total Income from Non-Taxable Investments** | **$0.00** | **$0.00** |
| **TOTAL INCOME** | **$0.01** | **$0.32** |

Taxable and Non-taxable income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|


# J.P.Morgan

TFR ON DEATH IND  (Acct # 997-27775)  THOMAS M DONAHUE TOD  Statement Period: November 01 - November 29, 2024

J.P. Morgan Self-Directed Investing

## Holdings

The total cost basis for each security position and the unrealized gain/loss are provided solely for your convenience and may not be used for tax purposes or otherwise relied upon. If you have questions related to the tax treatment of your investments, please consult your tax advisor. Unrealized gain/loss total reflects only those positions for which a cost basis is available or has been provided. J.P. Morgan has not, and cannot, validate the cost basis of positions reported by you or your agent, and are displayed solely for your convenience. Information on this statement related to cost and gain/loss calculations does not include adjustments for wash sales that may have occurred on transactions pending settlement. These wash sale adjustments, if any, will be reflected on your next statement.

### CASH & SWEEP FUNDS

| Description | Acquisition Date | Quantity | Price | Market Value | Unit Cost | Cost Basis | Unrealized Gain/Loss | Est. Accrued Inc. Est. Annual Inc. |
|---|---|---|---|---|---|---|---|---|
| **CHASE DEPOSIT SWEEP** JPMORGAN CHASE BANK NA EST. 30 DAY AVG YIELD 0.01% AMT DEPOSITED FDIC INSURED SUBJECT TO APPLICABLE LIMITS NOT COVERED BY SIPC Symbol: QACDS | | 0.07 | 1 | **0.07** | | | | -- -- |
| **TOTAL CASH & SWEEP FUNDS** | | | | **$0.07** | | | | -- -- |

### EQUITIES

| Description | Acquisition Date | Quantity | Price | Market Value | Unit Cost | Cost Basis | Unrealized Gain/Loss | | Est. Accrued Inc. Est. Annual Inc. |
|---|---|---|---|---|---|---|---|---|---|
| **FINGERMOTION INC** COMMON STOCK Symbol: FNGR | | 10,000 | 2.04 | **20,400.00** | 2.56 | 25,570.00 | (5,170.00) | | -- -- |
| | 21 Jun 2023 | 5,000 | | 10,200.00 | 2.21 | 11,050.00 | (850.00) | LT | |
| | 28 Jun 2023 | 3,000 | | 6,120.00 | 3.14 | 9,420.00 | (3,300.00) | LT | |
| | 29 Jun 2023 | 2,000 | | 4,080.00 | 2.55 | 5,100.00 | (1,020.00) | LT | |
| **META MATERIALS INC** COMMON STOCK Symbol: MMATQ | | 5,000 | 0.061 | **305.00** | 39.16 | 195,790.00 | (195,485.00) | | -- -- |
| | 10 Feb 2023 | 500 | | 30.50 | 84 | 42,000.00 | (41,969.50) | LT | |
| | 22 Feb 2023 | 500 | | 30.50 | 66 | 33,000.00 | (32,969.50) | LT | |

See additional footnotes on the last page of the Holdings section.

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|

# J.P.Morgan

TFR ON DEATH IND  (Acct # 997-27775)     THOMAS M DONAHUE TOD     Statement Period: November 01 - November 29, 2024

J.P. Morgan Self-Directed Investing

**EQUITIES (continued)**

| Description | Acquisition Date | Quantity | Price | Market Value | Unit Cost | Cost Basis | Unrealized Gain/Loss | | Est. Accrued Inc. / Est. Annual Inc. |
|---|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC | | | | | | | | | |
| | 10 Mar 2023 | 1,000 | | 61.00 | 53 | 53,000.00 | (52,939.00) | LT | |
| | 14 Apr 2023 | 1,000 | | 61.00 | 22.4 | 22,400.00 | (22,339.00) | LT | |
| | 14 Apr 2023 | 1,000 | | 61.00 | 22.4 | 22,400.00 | (22,339.00) | LT | |
| | 14 Apr 2023 | 1,000 | | 61.00 | 22.99 | 22,990.00 | (22,929.00) | LT | |
| **TOTAL EQUITIES** | | | | **$20,705.00** | | **$221,360.00** | **($200,655.00)** | | |

Total Account Value : $20,705.07

Unless otherwise noted, all positions are held in your cash account.  F - TEFRA Account   G - Good Faith Account   I - Income Account   L - Non Purpose Loan Account
M - Margin Account   R - DVP/RVP Account   S - Short Account

AI Pricing Method:  a -- Net Investment     b -- Appraised Value     c -- The firm did not receive price information compliant with applicable reporting requirements.
A - Average Cost   B - Adjusted for Amortization or Accretion   D - Acquisition Date = Date of Death   E - Adjusted for Option Exercise or Assignment   K - Gifted Security   LT - Long Term
MT - Mixed Term   N - Noncovered   Provide - Please provide this information   ST - Short Term   T - Cost Basis provided by Third Party   W - Adjusted for Wash Sale

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|