NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials | Case Number: 24-50792 | |
| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): <br><br> Elliott Pendleton <br> 8 Linden St. <br> Manchester NH 03104 <br><br> Telephone Number: 207 542 4002 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars. <br><br> ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case. <br><br> ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | **RECEIVED AND FILED** <br><br> DEC 16 2024 <br><br> U.S. BANKRUPTCY COURT <br> MARY A. SCHOTT, CLERK |

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor: <br><br> 593853800271174878 | Check here if this claim: <br> ☐ replaces a previously filed Proof of Interest dated: _____ <br> ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: <br><br> Charles Schwab <br><br> Telephone Number: 1 (877) 519-1403 | 3. Date Equity Interest was acquired: <br> 12/13/22    1/29/24 Reverse Split <br> 1/10/23 <br> 7/28/23 <br> 1/25/24 |
| 4. Total amount of member interest: 1 | 5. Certificate number(s): _____ |

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Elliott Pendleton
Title:
Company: Address and telephone number (if different from notice address above):

(Signature)    12/10/24 (Date)

Telephone number: 207 542 4002    email: elliott.pendleton@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Please see attached →

I had 29 shares totalling to a value of $10.51 prior to the reverse split on 1/29/24. Please see attached. →

Thankyou,

Elliott

12/10/24

< More     **Routing Numbers**     

Simplified Employee Plan ⌄

Direct Deposit

• Automatically deposit your paycheck or Social Security checks
• Set up online transfers with an external bank to send money into your Schwab account

| Routing # | 071000013 |
|---|---|
| Account # | 59385380027174878 |

Bank Address

JP Morgan Chase/Account of Charles Schwab
211 Main Street
San Francisco, CA 94105

Wire Instructions

Provide these instructions to the sending institution to receive a wire into your Schwab account.

Domestic                                              >

International                                          >

    
Accounts   Watchlist   Trade   Markets   More

2:26

### Accounts

[ Accounts ]    Dashboard

Total Value ⓘ

# $352.04 🚫

Day Change
-$6.77 (-1.89%)

Jul '24    Aug    Sep    Oct    Nov    Dec

⇄ Transfer    📝 Deposit    📋 Orders

**Investment**    Value, Day Change[1-11]

Simplified Employee Plan    $352.04
...878 IRA    -$6.77 (-1.89%)    •••

### Message Highlights

Giving Season is here    12/10/24
Review year-end deadlines for gifts to an outside    >
organization.

### Go to Message Center

➕ Add a Non-Schwab Account

Accounts    Watchlist    Trade    Markets    More



< Back    **Simplified Employee Plan** ⌄

| Positions | Gain/Loss | Themes | History |

**Unrealized Gain/Loss**  -$5,324.70 (-93.79%)

| Symbol ▲ | Cost & G/L per Share | Qty / Mkt Val / G/L |

**Equities**



| MMATQ META MATLS INC CLASS EQU... | $10.51 -$10.51 | 1 --.-- -$10.51 (-100.00%) |

| Accounts | Watchlist | Trade | Markets | More |

12:25 • LTE

< Back    Simplified Employee Plan ⌄

in/Loss    Themes    History    Balances    Incom

**Account Value**             **$352.77**
Day Change                -$6.04 (-1.68%)

View Statements & Reports           >

Filter: All Transactions
Up to 24 Months                     >

### February 23, 2024

[redacted]                          >

[redacted]                          >

### January 29, 2024

MMAT   META MATLS INC
Reverse Split                       >
Qty: 1

59134N104   META MATLS INC XXXREVERS...
Reverse Split                       >
Qty: -29

### January 25, 2024

MMAT   META MATLS INC       -$0.44
Buy                                 >
Qty: 8   Price: $0.06

Accounts  Watchlist  Trade  Markets  More



12:25  ·❋LTE

< Back    Simplified Employee Plan ⌄

in/Loss    Themes    **History**    Balances    Incom

January 25, 2024

---

November 28, 2023

---

September 29, 2023

---

July 28, 2023

| MMAT   META MATLS INC | −$3.10 |
| Buy | |
| Qty: 15   Price: $0.21 | |

---

April 18, 2023

---

April 17, 2023

---

Accounts  Watchlist  Trade  Markets  More

< Back      **Simplified Employee Plan** ∨

| in/Loss | Themes | **History** | Balances | Incom |

---

**April 18, 2023**

---

**April 17, 2023**

▬▬▬▬  ▬▬▬▬▬▬▬▬▬▬▬▬                                          >
▬▬▬▬▬
▬▬▬

---

**January 10, 2023**

| MMAT    META MATLS INC | **-$5.60** |
| Buy                    |            >
| Qty: 5   Price: $1.12  |            |

---

**January 9, 2023**

▬▬  ▬▬▬▬▬▬▬                               ▬▬          >
▬▬
▬▬▬▬▬▬▬▬

---

**December 13, 2022**

| MMAT    META MATLS INC | **-$1.37** |
| Buy                    |            >
| Qty: 1   Price: $1.37  |            |

We display two years of account history.

Disclosures & Footnotes                                      >

---

INVESTMENT AND INSURANCE PRODUCTS: NOT A DEPOSIT • NOT

|  |  |  |  |  |
| Accounts | Watchlist | Trade | Markets | More |