NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials Inc | Case Number: 24-50792-hlb | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Anthony and Michele Kincade
   117 Taylor Ave
   Beaver Falls, PA 15010

   Telephone Number: 724-359-7779

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC 16 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: 2730-8837

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   TD Ameritrade → Charles Schwab
   Telephone Number: 800-435-4000

3. Date Equity Interest was acquired:
   TRCH 2/9/21
   transferred to MMAT 6/28/21

4. Total amount of member interest: 5000

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: now transferred to AST - see enclosed

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Anthony & Michele Kincade
Title: Joint Tenants / Individuals
Company: Address and telephone number (if different from notice address above): _____

(Signature) 12/11/24 (Date)
Telephone number: 724-359-7779
email: anthonykincade5@comcast.net

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



Becoming EQ

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
6201 15TH AVENUE
BROOKLYN, NY 11219

10108.2284.001.002.541
ANTHONY KINCADE
MICHELE KINCADE
117 TAYLOR AVE
BEAVER FALLS PA 15010

Company Number: 27067
Company Name: NEXT BRIDGE HYDROCARBONS INC
CUSIP: 591994371
Company Ticker Symbol:
Stock Exchange:
Account Number: 0000012295
Statement Date: August 24, 2023

www.astfinancial.com
investors@astfinancial.com
800-937-5449

## Transaction Advice

IMPORTANT: Retain this statement for your investment and tax records.

| Account Balance | Restricted | Unrestricted | Total | Account Value | |
|---|---|---|---|---|---|
| DRS/Book Entry Shares | | 5,000.000 | 5,000.000 | Market Value Date | NA |
| Plan Shares | | | | Market Value Price | NA |
| Certificated Shares | | | | | |
| Total Shares | | | 5,000.000 | Total Market Value | NA |

The share prices provided are as of the close of the Market Value Date indicated in this letter and provided by third party. AST does not guarantee the accuracy of such information, and neither AST nor its provider will be liable for any informational errors or for any actions taken reliance on such prices.

## Transaction Details:

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| 08/03/2023 | BK*0001634 | BOOK SHARES CREDITED | 5,000.000 |

\* Shares were transferred to AST

MMTLP — Nextbridge Hydrocarbons



AST01270670000012295

## Transaction History for Joint Tenant ...837

### Transactions found from 12/12/2020 to 12/12/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 08/22/2024 | Sell | MMATQ<br>META MATLS INC | 25 | $0.5807 | $6.95 | $7.57 |
| 01/29/2024 | Reverse Split | MMAT<br>META MATLS INC | 25 | | | |
| 01/29/2024 | Reverse Split | 59134N104<br>META MATLS INC<br>XXXREVERSE<br>SPLIT EFF:<br>01/29/24 | -2,500 | | | |
| 09/05/2023 | Journaled Shares | TDA TRAN - CASH<br>MOVEMENT OF<br>OUTGOING<br>ACCOUNT<br>TRANSFER | | | | $0.03 |
| 09/05/2023 | Journaled Shares | MMAT<br>TDA TRAN -<br>TRANSFER OF<br>SECURITY OR<br>OPTION OUT<br>(MMAT) | -2,500 | | | |
| 09/05/2023 | Journaled Shares | BLSP<br>TDA TRAN -<br>TRANSFER OF<br>SECURITY OR<br>OPTION OUT<br>(BLSP) | 54,000 | | | |
| 09/05/2023 | Journaled Shares | SANP<br>TDA TRAN -<br>TRANSFER OF<br>SECURITY OR<br>OPTION OUT<br>(SANP) | -5,000 | | | |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 09/05/2023 | Internal Transfer | MMAT META MATLS INC | 2,500 | | | |
| 09/05/2023 | Internal Transfer | BLSP BLUE SPHERE CORP | 54,000 | | | |
| 09/05/2023 | Internal Transfer | SANP SANTO MINING CORP | 5,000 | | | |
| 09/05/2023 | Internal Transfer | TDA TO CS&CO TRANSFER | | | | -$0.03 |
| 08/30/2023 | Journaled Shares | 6DA993019 TDA TRAN - DEPOSIT OF NON-NEGOTIABLE SECURITIES (6DA993019) | -5,000 | | | |
| 01/06/2023 | Journaled Shares | 6DA993019 TDA TRAN - MANDATORY - EXCHANGE (6DA993019) | 5,000 | | | |
| 01/06/2023 | Journaled Shares | 6DA993019 TDA TRAN - MANDATORY - EXCHANGE (6DA993019) | -5,000 | | | |
| 12/30/2022 | Journaled Shares | 6DA993019 TDA TRAN - MANDATORY - EXCHANGE (6DA993019) | 5,000 | | | |
| 12/30/2022 | Journaled Shares | 5CT999019 TDA TRAN - MANDATORY - EXCHANGE (5CT999019) | -5,000 | | | |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 12/13/2022 | Journaled Shares | 5CT999019 TDA TRAN - MANDATORY - EXCHANGE (5CT999019) | 5,000 | | | |
| 12/13/2022 | Journaled Shares | ZZZZP TDA TRAN - MANDATORY - EXCHANGE (MMTLP) | -5,000 | | | |
| 07/08/2021 | Journaled Shares | ZZZZP TDA TRAN - NON-TAXABLE SPIN OFF/LIQUIDATION DISTRIBUTION (59134N203) | 5,000 | | | |
| 06/30/2021 | Interest Adj | TDA TRAN - MARGIN INTEREST ADJUSTMENT | | | | -$0.03 |
| 06/30/2021 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $37.12 |
| 06/29/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$0.88 |
| 06/28/2021 | Journaled Shares | MMAT TDA TRAN - MANDATORY REVERSE SPLIT (MMAT) | 2,500 | | | |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 06/28/2021 | Journaled Shares | TRCH TDA TRAN - MANDATORY REVERSE SPLIT (TRCH) | -5,000 | | | |
| 06/28/2021 | Journaled Shares | TDA TRAN - MANDATORY REORGANIZATION FEE (TRCH) | | | | -$38.00 |
| 02/19/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$52.45 |
| 02/17/2021 | Buy | SANP TDA TRAN - Bought 5000 (SANP) @0.0091 | 5,000 | $0.0091 | $6.95 | -$52.45 |
| 02/17/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $34.89 |
| 02/12/2021 | Buy | BLSP TDA TRAN - Bought 54000 (BLSP) @0.0238 | 54,000 | $0.0238 | $6.95 | -$1,292.15 |
| 02/12/2021 | Sell | 86730L109 TDA TRAN - Sold 6 (SNDL) @2.0900 | 6 | $2.09 | | $12.54 |
| 02/12/2021 | Sell | 86730L109 TDA TRAN - Sold 200 (SNDL) @2.0900 | 200 | $2.09 | $0.04 | $417.96 |
| 02/12/2021 | Sell | 86730L109 | 329 | $2.09 | $0.06 | $687.55 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Sold ...329 (SNDL) @2.0900 | | | | |
| 02/12/2021 | Sell | 86730L109 TDA TRAN - Sold ...100 (SNDL) @2.0900 | 100 | $2.09 | $0.01 | $208.99 |
| 02/11/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$2,184.40 |
| 02/10/2021 | Buy | 86730L109 TDA TRAN - Bought ...635 (SNDL) @3.4400 | 635 | $3.44 | | -$2,184.40 |
| 02/10/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA1) BANK SWEEP WITHDRAWAL | | | | -$7,797.16 |
| 02/09/2021 | Buy | TRCH TDA TRAN - Bought 1321 (TRCH) @1.5300 | 1,321 | $1.53 | | -$2,021.13 |
| 02/09/2021 | Buy | TRCH TDA TRAN - Bought 3679 (TRCH) @1.5700 | 3,679 | $1.57 | | -$5,776.03 |
| 02/09/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA1) BANK SWEEP DEPOSIT | | | | $10,000.00 |

*Handwritten annotations: "ORIGINAL 5000 shares"*

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 02/08/2021 | MoneyLink Transfer | TDA TRAN - CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | | | | $10,000.00 |

Page Total: **$7.54**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account: ...837
Today's Date: 09:48 PM ET, 12/12/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products. This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients. © 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.