NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor:<br>**Meta Materials Inc** | Case Number:<br>**24-50792-hlb** | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Will Lush
   5358 Linbrook Rd,
   Burlington Ontario, L7L 3T9
   Canada

   Telephone Number:

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

DEC 16 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only):<br>xxx9Y6A; xxx9Y6V;  and xxx9Y6J | Check here if this Proof of Interest:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

   TD Direct Investing 3500 Steeles Ave E, Tower 2, 2nd Floor Markham ON L3R0X1
   Telephone Number:  800-465-5463

3. **Date Equity Interest was acquired:**
   Between 8/10/2021 and 1/26/2024
   Please see attached documentation

4. **Total amount of member interest:** 77,067 Pre 1 for 100 reverse split
5. **Certificate number(s):** See Attached

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ■ I am the interest holder.   ☐ I am the interest holder's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety,
   (Attach copy of power of attorney, if any.)   or their authorized agent.   endorser, or other
   (See Bankruptcy Rule 3004.)   codebtor.
   (see Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name:  Will Lush
   Title:
   Company:___ Address and telephone number (if different from notice address above):

   _____

   (Signature)

   Dec 13 24
   (Date)

   Telephone number:  647 400 5874   email: lushwill@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

**Transaction Confirmation**

MR WILL JAY LUSH
5358 LINBROOK RD 5358
BURLINGTON ON L7L 3T9

**Account number and type**
⬤⬤⬤9Y6A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 08, 2021

▸ **For settlement on:** October 13, 2021
▸ **Processed on:** October 08, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC-A PFD VI-451633 | 300 | 0.99 | |

Security number: 43664T
CUSIP ID: 59134N203
Trade number: 004388
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD 297.00 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 27.14% | 83.32 |
| *Equals* | **Net transaction amount** | **CAD $390.31** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00091515 0000003859 20211008 59134N203 43664T

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR WILL JAY LUSH
5358 LINBROOK RD 5358
BURLINGTON ON L7L 3T9

**Account number and type**

XXX9Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on August 10, 2021

> **For settlement on:** August 12, 2021
> **Processed on:** August 10, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC<br>IB-437782 | 300 | 3.5799 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000672
Trade processed by: 9EON

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD 1,073.97 |
| *Plus* | Commission | | 9.99 |
| *Plus* | Premium on USD Funds converted at<br>27.44% | | 297.44 |
| *Equals* | **Net transaction amount** | | CAD $1,381.40 |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS    = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

---

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00102676 0000003817 20210810 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR WILL JAY LUSH
5358 LINBROOK RD 5358
BURLINGTON ON L7L 3T9

## Transaction Confirmation

**Account number and type**

XXXX9Y6J - TD Waterhouse Tax-Free Savings Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on August 19, 2021

▶ **For settlement on:** August 23, 2021
▶ **Processed on:** August 19, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC ZT-440566 | 700 | 3.0685 | |

| | | |
|---|---|---|
| | Gross transaction amount | USD 2,147.95 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 29.89% | 645.01 |
| *Equals* | Net transaction amount | CAD $2,802.95 |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 006653
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the Information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

---

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00106198 0000003824 20210819 59134N104 43665R

**Order execution account**
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR WILL JAY LUSH
5358 LINBROOK RD 5358
BURLINGTON ON L7L 3T9

## Transaction Confirmation

**Account number and type**
9Y6J – TD Waterhouse Tax-Free Savings Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on September 03, 2021

▷ **For settlement on:** September 08, 2021
▷ **Processed on:** September 03, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC RK–441195 | 150 | 5.4499 | |

Ticker symbol: **MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002443
Trade processed by: 9EON

| | | |
|---|---|---|
| Gross transaction amount | | USD 817.49 |
| *Plus* Commission | | 9.99 |
| *Plus* Premium on USD Funds converted at 27.39% | | 226.65 |
| *Equals* **Net transaction amount** | | **CAD $1,054.13** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00007286 000003835 20210903 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR WILL JAY LUSH
5358 LINBROOK RD 5358
BURLINGTON ON L7L 3T9

## Transaction Confirmation

**Account number and type**
⬛⬛9Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on September 03, 2021

▸ **For settlement on:** September 08, 2021
▸ **Processed on:** September 03, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC EF-444522 | 100 | 5.4199 | |

| | | |
|---|---|---|
| | Gross transaction amount | USD 541.99 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 27.39% | 151.19 |
| *Equals* | **Net transaction amount** | **CAD $703.17** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003171
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00097287 0000003835 20210903 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR WILL JAY LUSH
5358 LINBROOK RD 5358
BURLINGTON ON L7L 3T9

## Transaction Confirmation

**Account number and type**
XXXX9Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 05, 2021

▸ **For settlement on:** November 09, 2021
▸ **Processed on:** November 05, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC RW-462037 | 300 | 4.9771 | |

Ticker symbol: **MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000901
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD 1,493.13 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 26.44% | 397.42 |
| *Equals* | Net transaction amount | CAD $1,900.54 |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00150804 0000003879 20211105 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page **1** of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR WILL JAY LUSH
5358 LINBROOK RD 5358
BURLINGTON ON L7L 3T9

**Account number and type**
9Y6J – TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 15, 2021

‣ **For settlement on:** November 17, 2021
‣ **Processed on:** November 15, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC GY-464824 | 135 | 4.85 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 009617
Trade processed by: 9EON

| | | |
|---|---|---|
| Gross transaction amount | | USD 654.75 |
| *Plus* Commission | | 9.99 |
| *Plus* Premium on USD Funds converted at 27.04% | | 179.75 |
| *Equals* **Net transaction amount** | | **CAD $844.49** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00129219 000000003885 20211115 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR WILL JAY LUSH
5358 LINBROOK RD 5358
BURLINGTON ON L7L 3T9

**Account number and type**
◼◼9Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 15, 2021

▶ **For settlement on:** November 17, 2021
▶ **Processed on:** November 15, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC AU-465820 | 250 | 4.8486 | |

| | | | |
|---|---|---|---|
| Ticker symbol: MMAT | | Gross transaction amount | USD 1,212.15 |
| Security number: 43665R | *Plus* | Commission | 9.99 |
| CUSIP ID: 59134N104 | *Plus* | Premium on USD Funds converted at 27.04% | 330.47 |
| Trade number: 003354 | *Equals* | **Net transaction amount** | **CAD $1,552.61** |
| Trade processed by: 9EON | | | |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing**
**TD Direct Investing.**

---

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
0012921G 0000003885 20211115 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page **1** of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR WILL JAY LUSH
5358 LINBROOK RD 5358
BURLINGTON ON L7L 3T9

## Transaction Confirmation

**Account number and type**
9Y6J - TD Waterhouse Tax-Free Savings Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 16, 2021

▸ **For settlement on:** November 18, 2021
▸ **Processed on:** November 16, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC YX-463662 | 380 | 4.4099 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 006880
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD 1,675.76 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 27.64% | 465.94 |
| *Equals* | **Net transaction amount** | **CAD $2,151.69** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00132157 0000003888 20211116 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR WILL JAY LUSH
5358 LINBROOK RD 5358
BURLINGTON ON L7L 3T9

**Account number and type**
XXXX9Y6J - TD Waterhouse Tax-Free Savings Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 19, 2021

▸ **For settlement on:** November 23, 2021
▸ **Processed on:** November 19, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC MS-464902 | 370 | 4.195 | |

|  | Gross transaction amount | USD 1,552.15 |
|---|---|---|
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 28.29% | 441.93 |
| *Equals* | **Net transaction amount** | **CAD $2,004.07** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 001425
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00125117 0000003889 20211119 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR WILL JAY LUSH
5358 LINBROOK RD 5358
BURLINGTON ON L7L 3T9

**Account number and type**

⬤9Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 26, 2021

▸ **For settlement on:** November 30, 2021
▸ **Processed on:** November 26, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | METAMATERIAL EXCHANGECO MX-468076 | 400 | 4.68 | |
| | Gross transaction amount | | | CAD 1,872.00 |
| | *Plus* · Commission | | | 9.99 |

Security number: 43666B
CUSIP ID: 59134L108
Trade number: 003307
Trade processed by: 9EON

*Equals* **Net transaction amount**                                         CAD $1,881.99

*As agent, TD Direct Investing confirms the above purchase on TriAct Match Now for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00142494 0000003894 20211126 59134L108 43666B

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR WILL JAY LUSH
5358 LINBROOK RD 5358
BURLINGTON ON L7L 3T9

**Account number and type**
⬤⬤9Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 26, 2021

▸ **For settlement on:** November 30, 2021
▸ **Processed on:** November 26, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | METAMATERIAL EXCHANGECO<br>MX-468076 | 20 | 4.69 | |
| | Gross transaction amount | | | CAD 93.80 |
| | **Net transaction amount** | | | **CAD $93.80** |

Security number: 43666B
CUSIP ID: 59134L108
Trade number: 003309
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on the CNQ Pure Trading
market for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00142495 0000003694 20211126 59134L108 43666B

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR WILL JAY LUSH
5358 LINBROOK RD 5358
BURLINGTON ON L7L 3T9

## Transaction Confirmation

**Account number and type**
████9Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 14, 2022

▸ **For settlement on:** January 19, 2022
▸ **Processed on:** January 14, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC DN-484181 | 340 | 2.145 | |

Ticker symbol: **MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005097
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD 729.30 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 27.59% | 203.97 |
| *Equals* | **Net transaction amount** | **CAD $943.26** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00110195 0000003929 20220114 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

**Account number and type**
6989Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on May 02, 2022

‣ **For settlement on:** May 04, 2022
‣ **Processed on:** May 02, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC SP-518077 | 615 | 1.2485 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004857
Trade processed by: 9EON

| | | |
|---|---|---|
| Gross transaction amount | | USD  767.83 |
| *Plus*  Commission | | 9.99 |
| *Plus*  Premium on USD Funds converted at 30.99% | | 241.05 |
| *Equals* **Net transaction amount** | | **CAD $1,018.87** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00108545 0000004004 20220502 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

**Account number and type**
⬤⬤9Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on June 24, 2022

▸ **For settlement on:** June 28, 2022
▸ **Processed on:** June 24, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC CL-532857 | 780 | 1.2999 | |

|  |  |  |
|---|---|---|
| | Gross transaction amount | USD 1,013.92 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 31.19% | 319.36 |
| *Equals* | **Net transaction amount** | **CAD $1,343.27** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004567
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS    = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00076906 0000004043 20220624 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

## Transaction Confirmation

**Account number and type**
█████9Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on June 29, 2022

▸ **For settlement on:** July 04, 2022
▸ **Processed on:** June 29, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | METAMATERIAL EXCHANGECO NJ-533171 | 100 | 1.23 | |

|  |  |  |
|---|---|---|
| | Gross transaction amount | CAD  123.00 |
| *Plus* | Commission | 9.99 |
| *Equals* | **Net transaction amount** | **CAD $132.99** |

Security number: 43666B
CUSIP ID: 59134L108
Trade number: 005603
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on the CNQ Pure Trading market for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00059258 0000004046 20220629 59134L108 43666B

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

**Account number and type**
9Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on June 29, 2022

▸ **For settlement on:** July 04, 2022
▸ **Processed on:** June 29, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | METAMATERIAL EXCHANGECO DL-535634 | 690 | 1.23 | |

|  |  |  |
|---|---|---|
| | Gross transaction amount | CAD 848.70 |
| *Plus* | Commission | 9.99 |
| *Equals* | **Net transaction amount** | **CAD $858.69** |

Security number: 43666B
CUSIP ID: 59134L108
Trade number: 006231
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on the CNQ Pure Trading market for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00059259 0000004046 20220629 59134L108 43666B

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

**Transaction Confirmation**

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

**Account number and type**
9Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on July 27, 2022

▸ **For settlement on:** July 29, 2022
▸ **Processed on:** July 27, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC PX-542294 | 1,000 | 0.9105 | |

| | | |
|---|---|---|
| | Gross transaction amount | USD  910.50 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 30.99% | 285.26 |
| *Equals* | **Net transaction amount** | **CAD $1,205.75** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000647
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00067669 C000004086 20220727 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

**Account number and type**
●●●9Y6J – TD Waterhouse Tax-Free Savings
Account – CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on July 29, 2022

▸ **For settlement on:** August 03, 2022
▸ **Processed on:** July 29, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | METAMATERIAL EXCHANGECO | 100 | 1.09 | |
| | VT-543228 | 931 | 1.10 | |
| | | 1,031 | | |

Security number: 43666B
CUSIP ID: 59134L108
Trade number: 001116
Trade processed by: 9EON

| | | |
|---|---|---|
| Gross transaction amount | | CAD 1,133.10 |
| *Plus* Commission | | 9.99 |
| *Equals* Net transaction amount | | CAD $1,143.09 |

*As agent, TD Direct Investing confirms the above purchase on the CNQ Pure Trading market for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00085045 0000004068 20220729 59134L108 43666B

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON L7L 3T9

## Transaction Confirmation

**Account number and type**
□□□□9Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on August 08, 2022

▶ **For settlement on:** August 10, 2022
▶ **Processed on:** August 08, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | METAMATERIAL EXCHANGECO XG-543067 | 1,200 | 1.13 | |
| | | 31 | 1.10 | |
| | | **1,231** | | |

Security number: 43666B
CUSIP ID: 59134L108
Trade number: 002960
Trade processed by: 9EON

| | | |
|---|---|---|
| Gross transaction amount | | CAD 1,390.10 |
| *Plus* Commission | | 9.99 |
| *Equals* **Net transaction amount** | | **CAD $1,400.09** |

*As agent, TD Direct Investing confirms the above purchase on the CNQ Pure Trading market for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00087966 0000004074 20220808 59134L108 43666B

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

**Account number and type**
●●●9Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on September 01, 2022

▸ **For settlement on:** September 06, 2022
▸ **Processed on:** September 01, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC XW-549155 | 900 | 0.7863 | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD 707.67 |
| *Plus* | Commission | | 9.99 |
| *Plus* | Premium on USD Funds converted at 33.69% | | 241.78 |
| *Equals* | **Net transaction amount** | | **CAD $959.44** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003561
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00076024 000000492 20220901 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

## Transaction Confirmation

**Account number and type**
XXXX9Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on September 29, 2022

▸ **For settlement on:** October 03, 2022
▸ **Processed on:** September 29, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC KR-556864 | 700 | 0.6599 | |

| | | |
|---|---|---|
| | Gross transaction amount | USD  461.93 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 39.19% | 184.95 |
| *Equals* | **Net transaction amount** | **CAD $656.87** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 001308
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following trades: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00086598 0000004111 20220929 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

## Transaction Confirmation

**Account number and type**
⬛9Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 26, 2022

▸ **For settlement on:** October 28, 2022
▸ **Processed on:** October 26, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | METAMATERIAL EXCHANGECO SB-562278 | 1,200 | 1.25 | |
| | Gross transaction amount | | | CAD 1,500.00 |
| | *Plus*   Commission | | | 9.99 |
| | *Equals* **Net transaction amount** | | | **CAD $1,509.99** |

Security number: 43666B
CUSIP ID: 59134L108
Trade number: 003391
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on the CNQ Pure Trading market for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00077965 0000004130 20221026 59134L108 43666B

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

# Transaction Confirmation

**Account number and type**
⬛⬛9Y6J – TD Waterhouse Tax-Free Savings Account – CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 20, 2023

▸ **For settlement on:** January 24, 2023
▸ **Processed on:** January 20, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 700 | 1.0453 | |
| | UG-576884 | | | |

|  |  |  |
|---|---|---|
| Gross transaction amount | | USD  731.71 |
| *Plus*  Commission | | 9.99 |
| *Plus*  Premium on USD Funds converted at 35.89% | | 266.20 |
| *Equals*  **Net transaction amount** | | CAD $1,007.90 |

**Ticker symbol:** MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005589
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following trades: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. – Member of the Canadian Investor Protection Fund**
00072848 0000004190 20230120 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

## Transaction Confirmation

**Account number and type**
⬤⬤9Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 23, 2023

▸ **For settlement on:** January 25, 2023
▸ **Processed on:** January 23, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC EO-577140 | 840 | 1.0291 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002012
Trade processed by: 9EON

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD  864.44 |
| *Plus* | Commission | | 9.99 |
| *Plus* | Premium on USD Funds converted at 35.89% | | 313.83 |
| *Equals* | **Net transaction amount** | | **CAD $1,188.26** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00088148 0000004191 20230123 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

## Transaction Confirmation

**Account number and type**
☐☐9Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on March 01, 2023

▶ **For settlement on:** March 03, 2023
▶ **Processed on:** March 01, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC ID-587291 | 1,100 | 0.5995 | |

|  |  |  |
|---|---|---|
| | Gross transaction amount | USD  659.45 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 38.19% | 255.66 |
| *Equals* | **Net transaction amount** | **CAD $925.10** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005821
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00072791 0000004218 20230301 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

## Transaction Confirmation

**Account number and type**
XXX9Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on April 06, 2023

▸ **For settlement on:** April 11, 2023
▸ **Processed on:** April 06, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC XQ-596685 | 1,500 | 0.4194 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 001474
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD  629.10 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 36.69% | 234.48 |
| *Equals* | **Net transaction amount** | **CAD $873.57** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. – Member of the Canadian Investor Protection Fund**
00067856 0000004244 20230406 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

## Transaction Confirmation

**Account number and type**
XXXX9Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on April 14, 2023
▸ **For settlement on:** April 18, 2023
▸ **Processed on:** April 14, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC VJ-597384 | 4,500 | 0.2318 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002053
Trade processed by: 9EON

| | | |
|---|---|---|
| Gross transaction amount | | USD  1,043.10 |
| *Plus* Commission | | 9.99 |
| *Plus* Premium on USD Funds converted at 35.89% | | 377.95 |
| *Equals* **Net transaction amount** | | **CAD $1,431.04** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
*/D*   = DSC (Deferred Sales Charge)
*/NL* = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00064400 0000004249 20230414 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

## Transaction Confirmation

**Account number and type**
9Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on April 14, 2023

▸ **For settlement on:** April 18, 2023
▸ **Processed on:** April 14, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 600 | 0.2195 | |
| | QR-599122 | 100 | 0.2197 | |
| | | 100 | 0.2198 | |
| | | 1,500 | 0.2199 | |
| | | **2,300** | | |

Ticker symbol: **MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 006648
Trade processed by: 9EON

| | | |
|---|---|---|
| Gross transaction amount | | USD  505.50 |
| *Plus*   Commission | | 9.99 |
| *Plus*   Premium on USD Funds converted at 35.49% | | 182.95 |
| *Equals* **Net transaction amount** | | **CAD $698.44** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00064401 0000004249 20230414 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

## Transaction Confirmation

**Account number and type**
██████Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on June 16, 2023

▸ **For settlement on:** June 21, 2023
▸ **Processed on:** June 16, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC KO-609038 | 2,000 | 0.2194 | |

Ticker symbol: **MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000784
Trade processed by: 9EON

| | | |
|---|---|---|
| Gross transaction amount | | USD  438.80 |
| *Plus* Commission | | 9.99 |
| *Plus* Premium on USD Funds converted at 34.29% | | 153.89 |
| ***Equals*** **Net transaction amount** | | **CAD $602.68** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00071517 0000004294 20230616 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

**Transaction Confirmation**

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

**Account number and type**
Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on June 28, 2023

▸ **For settlement on:** June 30, 2023
▸ **Processed on:** June 28, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC NM-611754 | 3,750 | 0.1963 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003165
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD 736.13 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 34.49% | 257.34 |
| *Equals* | **Net transaction amount** | **CAD $1,003.46** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
*ID*   = DSC (Deferred Sales Charge)
*/NL* = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00056108 0000004302 20230628 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

**Transaction Confirmation**

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

**Account number and type**
8██9Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on June 30, 2023

▸ **For settlement on:** July 05, 2023
▸ **Processed on:** June 30, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC PU-612258 | 3,400 | 0.2145 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002890
Trade processed by: 9EON

| | | Amount |
|---|---|---|
| | Gross transaction amount | USD  729.30 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 34.69% | 256.46 |
| *Equals* | **Net transaction amount** | **CAD $995.75** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00063299 0000004304 20230630 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

## Transaction Confirmation

**Account number and type**
XXX9Y6J - TD Waterhouse Tax-Free Savings Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on July 19, 2023

▸ **For settlement on:** July 21, 2023
▸ **Processed on:** July 19, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC VA-616849 | 1,800 | 0.2012 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 001942
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD 362.16 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 33.69% | 125.38 |
| *Equals* | **Net transaction amount** | **CAD $497.53** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00071102 0000004317 20230719 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

**Account number and type**
XXXX9Y6J - TD Waterhouse Tax-Free Savings Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on July 31, 2023

▸ **For settlement on:** August 02, 2023
▸ **Processed on:** July 31, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC GR-622159 | 1,700 | 0.2535 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002266
Trade processed by: 9EON

| | | |
|---|---|---|
| Gross transaction amount | | USD  430.95 |
| *Plus*  Commission | | 9.99 |
| *Plus*  Premium on USD Funds converted at 33.79% | | 148.99 |
| *Equals*  **Net transaction amount** | | **CAD $589.93** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00070328 0000004325 20230731 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

**Account number and type**
9Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on September 11, 2023

▸ **For settlement on:** September 13, 2023
▸ **Processed on:** September 11, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC QM-628609 | 2,000 | 0.2154 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000850
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD 430.80 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 37.79% | 166.57 |
| *Equals* | **Net transaction amount** | **CAD $607.36** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00069266 0000004354 20230911 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

**Account number and type**
XXXX9Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on September 29, 2023

▸ **For settlement on:** October 03, 2023
▸ **Processed on:** September 29, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC FY-630881 | 3,200 | 0.213 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002374
Trade processed by: 9EON

| | | |
|---|---|---|
| Gross transaction amount | | USD 681.60 |
| *Plus* Commission | | 9.99 |
| *Plus* Premium on USD Funds converted at 36.99% | | 255.82 |
| *Equals* **Net transaction amount** | | **CAD $947.41** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00058840 0000004368 20230929 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

**Account number and type**
XXX9Y6J - TD Waterhouse Tax-Free Savings Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 05, 2023

▸ **For settlement on:** October 10, 2023
▸ **Processed on:** October 05, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC PR-630326 | 3,500 | 0.2172 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005622
Trade processed by: 9EON

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD  760.20 |
| *Plus* | Commission | | 9.99 |
| *Plus* | Premium on USD Funds converted at 39.39% | | 303.38 |
| *Equals* | **Net transaction amount** | | **CAD $1,073.57** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
0005044 0000004372 20231005 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

**Account number and type**
⬤⬤9Y6J – TD Waterhouse Tax-Free Savings
Account – CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 27, 2023

‣ **For settlement on:** October 31, 2023
‣ **Processed on:** October 27, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 2,500 | 0.1381 | |
| | ZF-634962 | 100 | 0.138 | |
| | | **2,600** | | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000957
Trade processed by: 9EON

| | | |
|---|---|---|
| Gross transaction amount | | USD 359.05 |
| *Plus* Commission | | 9.99 |
| *Plus* Premium on USD Funds converted at 40.39% | | 149.06 |
| *Equals* **Net transaction amount** | | **CAD $518.10** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. – Member of the Canadian Investor Protection Fund**
00058049 0000004386 20231027 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

**Transaction Confirmation**

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

**Account number and type**
⬤⬤⬤9Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 22, 2023

▸ **For settlement on:** November 27, 2023
▸ **Processed on:** November 22, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC AN-646126 | 5,400 | 0.0781 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000266
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD  421.74 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 39.49% | 170.49 |
| *Equals* | **Net transaction amount** | **CAD $602.22** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00057084 0000004406 20231122 59134N104 43665R.

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

## Transaction Confirmation

**Account number and type**
9Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on December 14, 2023

▸ **For settlement on:** December 18, 2023
▸ **Processed on:** December 14, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC FH-650171 | 5,000 | 0.07 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000175
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD  350.00 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 36.39% | 131.00 |
| *Equals* | Net transaction amount | CAD $490.99 |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00094474 0000004422 20231214 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1

 **TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

**Account number and type**
●●●9Y6J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 26, 2024

▸ **For settlement on:** January 30, 2024
▸ **Processed on:** January 26, 2024

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC IQ-656607 | 12,750 | 0.0575 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003054
Trade processed by: 9EON

| | | |
|---|---|---|
| Gross transaction amount | | USD 733.13 |
| *Plus* Commission | | 9.99 |
| *Plus* Premium on USD Funds converted at 36.59% | | 271.91 |
| *Equals* **Net transaction amount** | | CAD $1,015.03 |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS    = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00066217 0000004451 20240126 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR WILL JAY LUSH
5358 LINBROOK RD 5358
BURLINGTON ON L7L 3T9

## Transaction Confirmation

**Account number and type**
●●●9Y6A - Cash Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on October 29, 2021

▸ **For settlement on:** November 02, 2021
▸ **Processed on:** October 29, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC PI-458150 | 160 | 4.5199 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000161
Trade processed by: 9EON

| | | |
|---|---|---|
| Gross transaction amount | USD | 723.18 |
| *Plus* Commission | | 9.99 |
| *Plus* Premium on USD Funds converted at 26.14% | | 191.65 |
| *Equals* **Net transaction amount** | CAD | **$924.82** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

---

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00121518 0000003874 20211029 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

**Account number and type**
XXXX9Y6A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 28, 2022

▸ **For settlement on:** February 01, 2022
▸ **Processed on:** January 28, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC BA-488229 | 1,000 | 1.4899 | |

| | | |
|---|---|---|
| Gross transaction amount | | USD 1,489.90 |
| *Plus* Commission | | 9.99 |
| *Plus* Premium on USD Funds converted at 29.64% | | 444.57 |
| *Equals* Net transaction amount | | CAD $1,944.46 |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005386
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

---

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00114996 0000003939 20220128 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

## Transaction Confirmation

### Account number and type
●●●9Y6A - Cash Account - CDN

### Questions?
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 23, 2023

▸ **For settlement on:** January 25, 2023
▸ **Processed on:** January 23, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC<br>VJ-577586 | 840 | 1.029 | |

| | | |
|---|---|---|
| **Ticker symbol: MMAT** | Gross transaction amount | USD  864.36 |
| Security number: 43665R | *Plus*  Commission | 9.99 |
| CUSIP ID: 59134N104 | *Plus*  Premium on USD Funds converted at 35.89% | 313.80 |
| Trade number: 001244 | *Equals* Net transaction amount | CAD $1,188.15 |
| Trade processed by: GAZZ | | |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

---

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00088146 0000004191 20230123 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

## Transaction Confirmation

**Account number and type**
████9Y6V - TD Securities Inc. Self-Directed
Education Savings Plan

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 28, 2022

▸ **For settlement on:** February 01, 2022
▸ **Processed on:** January 28, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC PG-490489 | 1,000 | 1.4499 | |

Ticker symbol: **MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000763
Trade processed by: 9EON

| | | |
|---|---|---|
| Gross transaction amount | USD | 1,449.90 |
| *Plus* Commission | | 9.99 |
| *Plus* Premium on USD Funds converted at 29.64% | | 432.71 |
| *Equals* **Net transaction amount** | CAD | $1,892.60 |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00114997 0000003939 20220128 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

## Transaction Confirmation

**Account number and type**
689PY6V - TD Securities Inc. Self-Directed
Education Savings Plan

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on March 08, 2022

▸ **For settlement on:** March 10, 2022
▸ **Processed on:** March 08, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | METAMATERIAL EXCHANGECO QG-501346 | 200 | 1.99 | |

| | | |
|---|---|---|
| Gross transaction amount | | CAD  398.00 |
| *Plus*   Commission | | 9.99 |
| *Equals* **Net transaction amount** | | **CAD $407.99** |

Security number: 43666B
CUSIP ID: 59134L108
Trade number: 003082
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on TriAct Match Now for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

---

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00173075 0000003566 20220308 59134L108 43666B

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

## Transaction Confirmation

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

**Account number and type**
█████9Y6V – TD Securities Inc. Self-Directed
Education Savings Plan

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 20, 2023

▸ **For settlement on:** January 24, 2023
▸ **Processed on:** January 20, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | METAMATERIAL EXCHANGECO HK-577852 | 350 | 1.25 | |
| | Gross transaction amount | | | CAD  437.50 |
| | *Plus*  Commission | | | 9.99 |
| | *Equals* **Net transaction amount** | | | **CAD $447.49** |

Security number: 43666B
CUSIP ID: 59134L108
Trade number: 006566
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on the CNQ Pure Trading market for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00072850 0000004190 20230120 59134L108 43666B

Order execution account
No advice or recommendations provided.
Page 1 of 1

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

**Account number and type**
XXXX9Y6V - TD Securities Inc. Self-Directed
Education Savings Plan

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on July 24, 2023

▸ **For settlement on:** July 26, 2023
▸ **Processed on:** July 24, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC ST-616804 | 700 | 0.2104 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 001206
Trade processed by: 9EON

| | | |
|---|---|---|
| Gross transaction amount | | USD  147.28 |
| *Plus* Commission | | 9.99 |
| *Plus* Premium on USD Funds converted at 33.89% | | 53.30 |
| *Equals* **Net transaction amount** | | **CAD $210.57** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00063163 0000004320 20230724 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

## Transaction Confirmation

**Account number and type**
XXX9Y6V – TD Securities Inc. Self-Directed
Education Savings Plan

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on September 06, 2023

▸ **For settlement on:** September 08, 2023
▸ **Processed on:** September 06, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 800 | 0.2249 | |
| | WQ-625747 | 750 | 0.225 | |
| | | **1,550** | | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000306
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD  348.67 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 38.59% | 138.41 |
| *Equals* | **Net transaction amount** | **CAD $497.07** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following trades: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00070342 0000004351 20230906 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

**Transaction Confirmation**

MR WILL JAY LUSH
5358 LINBROOK RD
BURLINGTON ON  L7L 3T9

**Account number and type**
█████9Y6V - TD Securities Inc. Self-Directed
Education Savings Plan

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 27, 2023

▶ **For settlement on:** October 31, 2023
▶ **Processed on:** October 27, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC PZ-640810 | 500 | 0.1376 | |

Ticker symbol: **MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 001254
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD 68.80 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 40.39% | 31.82 |
| *Equals* | Net transaction amount | CAD $110.61 |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00058050 0000004388 20231027 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1

| Account | Date Purchased | Dates Settlement | Bought | Ticker | CUSIP | Order | Unit Price | Gross Amoun | Commission | Currency | Total CAD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| XXX9Y6A - Cash | Oct 29 2021 | Nov 2 2021 | 150 | MMAT | 59134N104 | PI-458159 | 4.5199 | 723.18 | 9.99 | USD | 924.82 |
| XXX9Y6J - TFSA | Aug 10 201 | Aug 12 2021 | 300 | MMAT | 59134N104 | IB-427782 | 3.5799 | 1073.97 | 9.99 | USD | 1381.4 |
| XXX9Y6J - TFSA | Aug 19 2021 | Aug 23 2021 | 700 | MMAT | 59134N104 | ZT-440566 | 3.0685 | 2147.95 | 9.99 | USD | 2802.95 |
| XXX9Y6J - TFSA | Sep 3 2021 | Sep 8 2021 | 150 | MMAT | 59134N104 | RK-441195 | 5.4499 | 817.49 | 9.99 | USD | 1054.13 |
| XXX9Y6J - TFSA | Sep 3 2021 | Sep 8 2021 | 100 | MMAT | 59134N104 | EF-444522 | 5.4199 | 541.99 | 9.99 | USD | 703.17 |
| XXX9Y6J - TFSA | Nov 5 2021 | Nov 9 2021 | 300 | MMAT | 59134N104 | RW-462037 | 4.9771 | 1493.13 | 9.99 | USD | 1900.54 |
| XXX9Y6J - TFSA | Nov 15 2021 | Nov 17 2021 | 135 | MMAT | 59134N104 | GY-464824 | 4.85 | 654.95 | 9.99 | USD | 844.49 |
| XXX9Y6J - TFSA | Nov 15 2021 | Nov 17 2021 | 250 | MMAT | 59134N104 | AU-465820 | 4.8486 | 1212.15 | 9.99 | USD | 1552.61 |
| XXX9Y6J - TFSA | Nov 16 2021 | Nov 18 2021 | 380 | MMAT | 59134N104 | YX-463662 | 4.4099 | 1675.76 | 9.99 | USD | 2151.69 |
| XXX9Y6J - TFSA | Nov 19 2021 | Nov 23 2021 | 370 | MMAT | 59134N104 | MS-464902 | 4.195 | 1552.15 | 9.99 | USD | 2004.07 |
| XXX9Y6A - Cash | Jan 28 2022 | Feb 1 2022 | 1000 | MMAT | 59134N104 | JB-488229 | 1.4899 | 1489 | 9.99 | USD | 1944.46 |
| XXX9Y6A - Cash | Jan 23 2022 | Jan 23 2022 | 840 | MMAT | 69134N104 | VJ-577586 | 1.029 | 864.36 | 9.99 | USD | 1188.15 |
| XXX9Y6J - TFSA | Jan 14 2022 | Jan 19 2022 | 340 | MMAT | 59134N104 | DN-484181 | 2.145 | 729.3 | 9.99 | USD | 943.26 |
| XXX9Y6J - TFSA | May 2 2022 | May 4 2022 | 615 | MMAT | 59134N104 | SP-519077 | 1.2485 | 767.93 | 9.99 | USD | 1018.67 |
| XXX9Y6J - TFSA | Jun 24 2022 | Jun 28 2022 | 780 | MMAT | 59134N104 | CL-532857 | 1.2999 | 1013.92 | 9.99 | USD | 1343.27 |
| XXX9Y6J - TFSA | Jul 27 2022 | Jul 29 2022 | 1000 | MMAT | 59134N104 | PX-542294 | 0.9105 | 910.5 | 9.99 | USD | 1205.75 |
| XXX9Y6J - TFSA | Sep 1 2022 | Sep 6 2022 | 900 | MMAT | 59134N104 | XW-549155 | 0.7863 | 707.67 | 9.99 | USD | 959.44 |
| XXX9Y6J - TFSA | Sep 29 2022 | Oct 3 2022 | 700 | MMAT | 59134N104 | KR-556884 | 0.6599 | 461.93 | 9.99 | USD | 656.87 |
| XXX9Y6J - TFSA | Jan 20 2023 | Jan 24 2023 | 700 | MMAT | 59134N104 | UG-578884 | 1.0453 | 731.71 | 9.99 | USD | 1007.9 |
| XXX9Y6J - TFSA | Jan 28 2022 | Feb 1 2022 | 1000 | MMAT | 59134N104 | PG-490489 | 1.4499 | 1449.9 | 9.99 | USD | 1892.6 |
| XXX9Y6J - TFSA | Jan 23 2023 | Jan 25 2023 | 840 | MMAT | 59134N104 | EO-577140 | 1.0291 | 118.26 | 9.99 | USD | 1188.26 |
| XXX9Y6J - TFSA | Mar 1 2023 | Mar 3 2022 | 1100 | MMAT | 59134N104 | ID-587291 | 0.5995 | 659.45 | 9.99 | USD | 925.1 |
| XXX9Y6J - TFSA | Apr 6 2023 | Apr 11 2023 | 1500 | MMAT | 59134N104 | XQ-596685 | 0.4194 | 629.1 | 9.99 | USD | 873.57 |
| XXX9Y6J - TFSA | Apr 14 2023 | Apr 18 2023 | 4500 | MMAT | 59134N104 | VJ-597384 | 0.2318 | 1043.1 | 9.99 | USD | 1431.04 |
| XXX9Y6J - TFSA | Apr 14 2023 | Apr 18 2023 | 600 | MMAT | 59134N104 | QR-599122 | 0.2195 | | | USD | |
| XXX9Y6J - TFSA | | | 100 | MMAT | 59134N104 | QR-599122 | 0.2197 | | | USD | |
| XXX9Y6J - TFSA | | | 100 | MMAT | 59134N104 | QR-599122 | 0.2198 | | | USD | |
| XXX9Y6J - TFSA | | | 1500 | MMAT | 59134N104 | QR-599122 | 0.2199 | | | USD | 698.44 |
| XXX9Y6J - TFSA | Jun 18 2023 | Jun 21 2023 | 2000 | MMAT | 59134N104 | XG-609038 | 0.2194 | 438.8 | 9.99 | USD | 602.68 |
| XXX9Y6J - TFSA | Jun 28 2023 | Jun 30 2023 | 3750 | MMAT | 59134N104 | NM-611754 | 0.1963 | 736.13 | 9.99 | USD | 1003.46 |
| XXX9Y6J - TFSA | Jun 30 2023 | Jul 5 2023 | 3400 | MMAT | 59134N104 | PU-612258 | 0.2146 | 729.3 | 9.99 | USD | 995.75 |
| XXX9Y6J - TFSA | Jul 19 2023 | Jul 21 2023 | 1800 | MMAT | 59134N104 | VA-61649 | 0.2012 | 362.16 | 9.99 | USD | 497.53 |
| XXX9Y6J - TFSA | Jul 31 2023 | Aug 02 2023 | 1700 | MATT | 59134N104 | GR-622159 | 0.235 | 430.95 | 9.99 | USD | 599.93 |
| XXX9Y6J - TFSA | Sep 11 2023 | Sep 13 2023 | 2000 | MATT | 59134N104 | QM-628609 | 0.2154 | 430.8 | 9.99 | USD | 607.36 |
| XXX9Y6J - TFSA | Sep 29 2023 | Oct 3 2023 | 3200 | MATT | 59134N104 | FY-630881 | 0.213 | 681.6 | 9.99 | USD | 947.41 |
| XXX9Y6J - TFSA | Oct 5 2023 | Oct 10 2023 | 3500 | MATT | 59134N104 | PR-630328 | 0.2172 | 760.2 | 9.99 | USD | 1073.57 |
| XXX9Y6J - TFSA | Oct 27 2023 | Oct 31 2023 | 2500 | MATT | 59134N104 | ZF-634962 | 0.1381 | | | USD | |
| XXX9Y6J - TFSA | | | 100 | MATT | 59134N104 | ZF-634962 | 0.138 | 359.05 | 9.99 | USD | 518.1 |
| XXX9Y6J - TFSA | Nov 22 2023 | Nov 27 2023 | 5400 | MATT | 59134N104 | AN-649126 | 0.0781 | 421.74 | 9.99 | USD | 602.22 |
| XXX9Y6J - TFSA | Dec 14 2023 | Dec 18 2023 | 5000 | MATT | 59134N104 | FH-650171 | 0.07 | 350 | 9.99 | USD | 490.99 |
| XXX9Y6J - TFSA | Jan 26 2024 | Jan 30 2024 | 12750 | MATT | 59134N104 | IQ-656607 | 0.0575 | 733.13 | 9.99 | USD | 1015.03 |
| XXX9Y6V - RESP | Jan 28 2022 | Feb 1 2022 | 1000 | MMAT | 59134N104 | PG-490489 | 1.4499 | 1449.9 | 9.99 | USD | 1892.6 |
| XXX9Y6V - RESP | Mar 8 2022 | Mar 10 2022 | 35 | MMAX | 59134L108 | QG-501346 | 2 | 70 | | CAD | 70 |
| XXX9Y6V - RESP | | | 200 | | 59134L108 | QG-501345 | 1.99 | 209 | 9.99 | CAD | 407.99 |
| XXX9Y6V - RESP | Jan 20 2023 | Jan 24 2023 | 350 | MAXX | 59134L108 | HK-577852 | 1.25 | 350 | 9.99 | CAD | 447.49 |
| XXX9Y6V - RESP | Jul 24 2023 | Jul 26 2023 | 700 | MMAT | 59134N104 | ST-616804 | 0.2104 | 700 | 9.99 | USD | 210.57 |
| XXX9Y6V - RESP | Sep 6 2023 | Sep 8 2023 | 800 | MATT | 59134N104 | WQ-625747 | 0.2249 | 179.92 | | | |
| XXX9Y6V - RESP | Sep 6 2023 | Sept 8 2023 | 750 | MMAT | 59134N104 | WQ-625747 | 0.225 | 168.75 | 9.99 | USD | 497.07 |
| XXX9Y6V - RESP | Oct 27 2023 | Oc 31 2023 | 500 | MMAT | 59134N104 | PZ-640810 | 0.1376 | 68.8 | 9.99 | USD | 110.61 |
| XXX9Y6J - TFSA | Nov 26 2021 | Nov 30 2021 | 400 | MMAX | 59134L108 | MX-468076 | 4.68 | 1872 | 9.99 | CAD | 1881.99 |
| XXX9Y6J - TFSA | Nov 26 2021 | Nov 30 2021 | 20 | MMAX | 59134L108 | MX-468076 | 4.69 | 93.8 | | CAD | 93.8 |
| XXX9Y6J - TFSA | Jun 29 2022 | Jul 4 2022 | 103 | MMAX | 59134L108 | NJ-533171 | 1.23 | 123.99 | 9.99 | CAD | 132.99 |
| XXX9Y6J - TFSA | June 29 2022 | Jul 4 2022 | 690 | MMAX | 59134L108 | DL-535534 | 1.23 | 848.7 | 9.99 | CAD | 858.69 |
| XXX9Y6J - TFSA | Jul 29 2022 | Aug 3 2022 | 100 | MMAX | 59134L108 | VT-543228 | 1.09 | 109 | | | |
| XXX9Y6J - TFSA | | | 931 | MMAX | 59134L108 | VT-543228 | 1.1 | 1024.1 | 9.99 | CAD | 1143.09 |
| XXX9Y6J - TFSA | Aug 8 2022 | Aug 8 2022 | 1200 | MMAX | 59134L108 | XG-543067 | 1.13 | 1356 | | | |
| XXX9Y6J - TFSA | | | 31 | MMAX | 59134L108 | XG-543067 | 1.1 | 34.1 | 9.99 | CAD | 1400.09 |
| XXX9Y6J - TFSA | Oct 26 2022 | Oct 28 2022 | 1200 | MMAX | 59134L108 | SB-562278 | 1.25 | 1500 | 9.99 | CAD | 1509.99 |
| XXX9Y6A - Cash | Oct 8 2021 | Oct 13 2021 | 300 | MMTLP | 59134N203 | VI-451633 | 0.33 | 297 | 9.99 | USD | 390.31 |
| Total Cost | | | 77367 | | | | | | | | 52588.16 CAD |

Please note: The Canadian security Metamaterial ExchangeCo Inc that traded in Canada as MMAX represents 1:1 share equivalency of Meta Materials Inc and is represented as included in the total shares for Meta Materials Inc. Please see below.

28/06/2021

## *2021-0637 – New Listing – Metamaterial Inc./Metamaterial Exchangeco Inc.* 

### *Le 28 Juin/June 28, 2021*

*Further to Bulletin 2021-0636 – Share Reclassification and Name Change - Metamaterial Inc. (MMAT) | CSE - Canadian Securities Exchange (thecse.com), Metamaterial Exchangeco Inc. exchangeable shares have been approved for listing.*

*Each Exchangeable Share ("MMAX") is exchangeable into one Meta Materials Inc. common share. Meta Materials Inc. is listed on Nasdaq under the symbol "MMAT".*

---

Our common stock is quoted on the Nasdaq under the symbol, "MMAT". As of December 31, 2023, we had outstanding common shares of 5,659,438 which includes 368,118 Exchangeable Shares held by certain stockholders in Canada and which are traded on the Canadian Securities Exchange ("CSE") under the symbol "MMAX", and that are exchangeable for shares of MMAT on a 1-for-1 basis.

The Exchangeable Shares were listed in connection with the completion of the Torchlight RTO where former holders of Metamaterial Inc.'s common shares (that were previously traded on the CSE) were entitled to receive 1.845 of our common shares for each previously held common share of Metamaterial Inc. or in Exchangeable Shares of a wholly-owned subsidiary of META that reflect the same exchange ratio on conversion.

**Holders of Record**

As of March 8, 2024, there were 181 holders of record of the Company's common stock listed on Nasdaq. The majority of our common stock is held by brokers and other institutions on behalf of stockholders; accordingly, we are unable to estimate the total number of beneficial owners of our common stock.

Holders of our common stock are entitled to one vote for each share held of record on all matters submitted to a vote of stockholders.

Holders of our common stock have no preemptive rights and no right to convert their common stock into any other securities. There are no redemption or sinking fund provisions applicable to the common stock.

**Dividend Policy**

