NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: **Meta Materials Inc**

Case Number: **24 - 50792 - hlb**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Taylor Huff
   7434 Finnerty Road,
   Caledon East, ON L7K 1C8
   Canada

   Telephone Number: 416-802-1882

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 16 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:

**xxxxx6DK3CAD and xxx-xxx7414**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   Wealthsimple Invest Inc, 201-80 Spadina Ave, Toronto ON M5V 2J4
   RBC Direct Invest P.O. Box 75, 200 Bay St. Toronto, ON M5J 2Z5
   Telephone Number: 416-595-7200 and 800-769-2560

3. Date Equity Interest was acquired:

   Between 8/30/2021 and 10/31/2022 See Attached Documentation

4. Total amount of member interest: **492 Pre 1 for 100 reverse split**

5. Certificate number(s): **See Attached Documentation**

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Taylor Huff
Title:
Company:__ Address and telephone number (if different from notice address above):

(Signature) *Taylor Huff*    December 11, 2024

Telephone number: 416-802-1882    email: catalyst_ska@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Account | Purchase Date | Settlement Date | Bought | Sold | Ticker | CUSIP | Order # | Unit Price | Gross Amount | Commission | Curr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TH MMAX 6DK3 TFSA | 8/30/21 | 8/30/21 | 65 | | MMAX | | | 3.34615 | 217.50 | | CAD |
| TH MMAX 6DK3 TFSA | 9/30/21 | 9/30/21 | 50 | | MMAX | | | 5.60000 | 280.00 | | CAD |
| TH MMAX 6DK3 TFSA | 10/31/21 | 10/31/21 | 25 | | MMAX | | | 5.11000 | 127.75 | | CAD |
| TH MMAX 6DK3 TFSA | 5/31/22 | 5/31/22 | 65 | | MMAX | | | 1.66000 | 107.90 | | CAD |
| TH MMAX 6DK3 TFSA | 10/31/22 | 10/31/22 | 100 | | MMAX | | | 1.64000 | 164.00 | | CAD |
| **TH MMAX 6DK3 TFSA Total** | | | 305 | 0 | | | | | 897.15 | | |
| TH MMAX 7414 TFSA | 5/09/22 | 5/11/22 | 187 | | MMAX | CA59134L1085 | 382188 | 1.55000 | 289.85 | 9.95 | CAD |
| **TH MMAX 7414 TFSA Total** | | | 187 | 0 | | | | | 289.85 | | |
| **Grand Total** | | | 492 | 0 | | | | | 1,187.00 | | |

## Wealthsimple Investments Inc.

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

All figures in $CAD unless otherwise specified

| Account No. | Owner | Statement Period |
|---|---|---|
| ███████6DK3CAD | Taylor Huff | 2022-10-01 - 2022-10-31 |

Taylor Huff
███████████

| Tax-Free Savings Account | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
|---|---|---|---|---|
| Cash | ███ | ███ | ███ | ███ |
| Canadian Equities and Alternatives | ███ | ███ | ███ | ███ |
| US Equities and Alternatives | ███ | ███ | ███ | 0.00 |
| Total Portfolio | ███ | 100.00 | ███ | 100.00 |

## Portfolio Cash

| | | | | | |
|---|---|---|---|---|---|
| Last Statement Cash Balance | ███ | **Cash Paid In** | Deposits | ███ | **Contributions:** |
| Total Cash Paid In | ███ | | Proceeds from sales | $0.00 | Contributions (year to date): |
| Total Cash Paid Out | ███ | | Dividends | $0.00 | First 60 Days ███ |
| Closing Cash Balance | ███ | | Interest | $0.00 | Rest of Year ███ |
| | | | Other | $0.00 | |
| | | **Cash Paid Out** | Fees | $0.00 | |
| | | | Taxes | $0.00 | |
| | | | Cost of Investments | ███ | |
| | | | Withdrawals | $0.00 | |
| | | | Other | $0.00 | |

## Portfolio Equities

| | Symbol | Total Quantity | Segregated Quantity | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian Equities and Alternatives** | | | | | | |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| Exchangeable Shares | MMAX | 305.0000 | 305.0000 | $1.21 CAD | $369.05 | $897.15 |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| **US Equities and Alternatives** | | | | | | |

*(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = 1.364900 CAD)*

**Total** ███ ███

*__Book Cost__ - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The transaction charge schedule can be found here. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. As such, this information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments. Please contact us to update the statement records if necessary.*

CIPF MEMBER    IIROC    Regulated by Investment Industry Regulatory Organization of Canada



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4514619_009-E:85520-05520

TAYLOR HUFF



## Confirmation Notice

**DATE**
MAY 9, 2022

**ACCOUNT NO.**    **TYPE**
7414    TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

**SETTLEMENT DATE**    **MAY 11, 2022**

**TRANSACTION TYPE**    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 187 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | 1.55C$ |

| | |
|---|---|
| GROSS AMOUNT | 289.85 |
| COMMISSION | 9.95 |
| SUB TOTAL | 299.80 C$ |
| NET AMOUNT | 299.80 C$ |

**CLIENT NAME**    **TAYLOR HUFF**
**ACCOUNT NO.**    7414 – TFSA
**INVESTMENT REPRESENTATIVE**    **ONLINE INVESTING**
**I.R. NO. 3YC**

REFERENCE W2188  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 382188  /  INTERNAL CODES UN A1  /  684 A

Member–CanadianInvestor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4514619_009 – 00011039 – E:85520