NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials Inc | Case Number: 24 - 50792 - hlb | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Stephen Anderson
   7434 Finnerty Road,
   Caledon East, ON L7K 1C8
   Canada

   Telephone Number:   416-802-1882

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 16 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: xxx-xxx0119

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   RBC Direct Investing Inc. P.O. Box 75, 200 Bay St, Toronto, ON M5J 2Z5
   Telephone Number: 800-769-2560

3. Date Equity Interest was acquired:

   Between 3/04/2022 and 12/28/2022
   See Attached Documentation

4. Total amount of member interest: 15,260 Pre 1 for 100 reverse split

5. Certificate number(s): See Attached Documentation

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Stephen Anderson
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature)    December 11, 2024    (Date)

Telephone number: 416-802-1882    email: catalyst_ska@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Account | Purchase Date | Settlement Date | Bought | Sold | Ticker | CUSIP | Order # | Unit Price | Gross Amount | Commission | Curr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SDA MMAX 0119 TFSA | 3/04/22 | 3/08/22 | 200 | | MMAX | CA59134L1085 | 42087 | 1.94000 | 388.00 | 9.95 | CAD |
| SDA MMAX 0119 TFSA | 6/27/22 | 6/29/22 | 160 | | MMAX | CA59134L1085 | 399487 | 1.45000 | 232.00 | 9.95 | CAD |
| SDA MMAX 0119 TFSA | 7/27/22 | 7/29/22 | 5,000 | | MMAX | CA59134L1085 | 369283 | 1.09800 | 5,490.00 | 9.95 | CAD |
| SDA MMAX 0119 TFSA | 7/29/22 | 8/03/22 | 1,100 | | MMAX | CA59134L1085 | 380706 | 1.10000 | 1,210.00 | 9.95 | CAD |
| SDA MMAX 0119 TFSA | 10/28/22 | 11/01/22 | 6,800 | | MMAX | CA59134L1085 | 351454 | 1.25000 | 8,500.00 | 9.95 | CAD |
| SDA MMAX 0119 TFSA | 12/22/22 | 12/28/22 | 2,000 | | MMAX | CA59134L1085 | 228464 | 1.25000 | 2,500.00 | 9.95 | CAD |
| **SDA MMAX 0119 TFSA Total** | | | 15,260 | 0 | | | | | 18,320.00 | | |
| **Grand Total** | | | 15,260 | 0 | | | | | 18,320.00 | | |

 Direct Investing

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

ADPRB10720_3119476_010-E:93217-03217
STEPHEN ANDERSON


## Confirmation Notice

**DATE**
MARCH 4, 2022

**ACCOUNT NO.**  **TYPE**
▮▮▮▮0119        TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON AEQUITAS

**SETTLEMENT DATE**           **MARCH 8, 2022**

**TRANSACTION TYPE**                      **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 200 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED DA | @ | 1.94C$ |

| | |
|---|---|
| GROSS AMOUNT | 388.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 397.95 C$ |
| NET AMOUNT | 397.95 C$ |

**CLIENT NAME**                      STEPHEN ANDERSON
**ACCOUNT NO.**                      ▮▮▮▮0119 - TFSA
**INVESTMENT REPRESENTATIVE**        EDWARD FANG
**I.R. NO. 3TJ**

REFERENCE 42087 / CUSIP CA59134L1085 / SECURITY NO. M067926 / ORDER NO. 042087 / INTERNAL CODES UN O1 / 684 A

Member-CanadianInvestor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3119476_010 - 00006433 - E:93217

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

ADPRB10720_5501084_005-E:45870-05870

STEPHEN ANDERSON


## Confirmation Notice

**DATE**
JUNE 27, 2022

**ACCOUNT NO.**  **TYPE**
▊▊▊0119  TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**           **JUNE 29, 2022**

**TRANSACTION TYPE**                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 160 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ WE ACTED AS PRINCIPAL DA | @ | 1.45C$ |

| | |
|---|---|
| GROSS AMOUNT | 232.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 241.95 C$ |
| NET AMOUNT | 241.95 C$ |

**CLIENT NAME**                  STEPHEN ANDERSON
**ACCOUNT NO.**                  ▊▊▊0119 - TFSA
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
**I.R. NO. 3YC**

REFERENCE W9487 / CUSIP CA59134L1085 / SECURITY NO. M067926 / ORDER NO. 399487 / INTERNAL CODES UN TL / 684 A

Member-CanadianInvestor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5501084_005-00011739-E:45870



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6143838_006-E:50760-00760

STEPHEN ANDERSON



## Confirmation Notice

**DATE**
JULY 27, 2022

**ACCOUNT NO.**  **TYPE**
█████0119     TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**          **JULY 29, 2022**

**TRANSACTION TYPE**                               **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 5,000 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | 1.098C$ |

| | |
|---|---|
| GROSS AMOUNT | 5,490.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 5,499.95 C$ |
| NET AMOUNT | 5,499.95 C$ |

**CLIENT NAME**                 STEPHEN ANDERSON
**ACCOUNT NO.**                 █████0119 – TFSA
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 3YC**

REFERENCE W9283 / CUSIP CA59134L1085 / SECURITY NO. M067926 / ORDER NO. 369283 / INTERNAL CODES UN TL / 684 A

Member–CanadianInvestor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_6143838_006-00001519-E:50760

 Direct Investing

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

ADPRB10720_6186802_007-E:62603-02603
STEPHEN ANDERSON


## Confirmation Notice

**DATE**
JULY 29, 2022

**ACCOUNT NO.**   **TYPE**
███████0119        TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**          **AUGUST 3, 2022**

TRANSACTION TYPE                                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,100 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | 1.10C$ |

| | |
|---|---|
| GROSS AMOUNT | 1,210.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,219.95 C$ |
| NET AMOUNT | 1,219.95 C$ |

**CLIENT NAME**                    STEPHEN ANDERSON
**ACCOUNT NO.**                    ███████0119 – TFSA
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
I.R. NO. 3YC

REFERENCE W0706  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 380706  /  INTERNAL CODES UN TL  /  684 A

Member–CanadianInvestor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_6186802_007 – 00005205 – E:62603



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

ADPRB10720_8012398_008-E:58975-02975
STEPHEN ANDERSON



## Confirmation Notice

**DATE**
OCTOBER 28, 2022

**ACCOUNT NO.**   **TYPE**
█████0119            TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

## SETTLEMENT DATE          NOVEMBER 1, 2022

TRANSACTION TYPE                                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 6,800 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | 1.25C$ |

| | |
|---|---|
| GROSS AMOUNT | 8,500.00 |
| COMMISSION | 9.95 |
| SUBTOTAL | 8,509.95 C$ |
| NET AMOUNT | 8,509.95 C$ |

**CLIENT NAME**                        STEPHEN ANDERSON
**ACCOUNT NO.**                        █████0119 - TFSA
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
I.R. NO. 3YC

REFERENCE W1454  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 351454  /  INTERNAL CODES UN A1  /  684 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_8012398_008 - 00005949 - E:58975



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1530944_007-E:52587-04587
STEPHEN ANDERSON



## Confirmation Notice

**DATE**
DECEMBER 22, 2022

**ACCOUNT NO.**  **TYPE**
0119         TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

## SETTLEMENT DATE          DECEMBER 28, 2022

TRANSACTION TYPE                                       **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED DA | @ | 1.25C$ |

| | |
|---|---|
| GROSS AMOUNT | 2,500.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,509.95 C$ |
| NET AMOUNT | 2,509.95 C$ |

**CLIENT NAME**                  STEPHEN ANDERSON
**ACCOUNT NO.**                  0119 - TFSA
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
I.R. NO. 3YC

REFERENCE M8464 / CUSIP CA59134L1085 / SECURITY NO. M067926 / ORDER NO. 228464 / INTERNAL CODES UN A1 / 684 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1530944_007 - 00009173 - E:52587