NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:**
Meta Materials Inc

**Case Number:**
24 - 50792 - hlb

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Kathryn Anderson
7434 Finnerty Road,
Caledon East, ON L7K 1C8
Canada

Telephone Number:       416-802-1882

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 16 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:**

**xxx-xxx5012 and xxx-xxx9416**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

RBC Direct Investing Inc. P.O. Box 75, 200 Bay St, Toronto, ON M5J 2Z5
**Telephone Number:** 800-769-2560

**3. Date Equity Interest was acquired:**

Between 10/06/2021 and 2/22/2023
See Attached Documentation

**4. Total amount of member interest:** 14,126 Pre 1 for 100 reverse split

**5. Certificate number(s):** See Attached Documentation

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:   Kathryn Anderson
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature)

December 11, 2024
(Date)

Telephone number:   416-802-1882      email: catalyst_ska@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Account | Purchase Date | Settlement Date | Bought | Sold | Ticker | CUSIP | Order # | Unit Price | Gross Amount | Commission | Curr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KAA MMAX 5012 TFSA | 10/06/21 | 10/08/21 | 1,041 | | MMAX | CA59134L1085 | 396603 | 6.10000 | 6,350.10 | 9.95 | CAD |
| KAA MMAX 5012 TFSA | 10/08/21 | 10/13/21 | 1,500 | | MMAX | CA59134L1085 | 85552 | 6.34800 | 9,522.00 | 9.95 | CAD |
| KAA MMAX 5012 TFSA | 10/15/21 | 10/19/21 | 400 | | MMAX | CA59134L1085 | 390515 | 6.10000 | 2,440.00 | 9.95 | CAD |
| KAA MMAX 5012 TFSA | 10/18/21 | 10/20/21 | 150 | | MMAX | CA59134L1085 | 186644 | 6.07333 | 911.00 | 9.95 | CAD |
| KAA MMAX 5012 TFSA | 10/28/21 | 11/01/21 | 1,500 | | MMAX | CA59134L1085 | 284314 | 5.00000 | 7,500.00 | 9.95 | CAD |
| KAA MMAX 5012 TFSA | 11/15/21 | 11/17/21 | 1,800 | | MMAX | CA59134L1085 | 374859 | 5.53000 | 9,954.00 | 9.95 | CAD |
| KAA MMAX 5012 TFSA | 11/29/21 | 12/01/21 | 900 | | MMAX | CA59134L1085 | 394748 | 4.16000 | 3,744.00 | 9.95 | CAD |
| KAA MMAX 5012 TFSA | 11/30/21 | 12/02/21 | 1,300 | | MMAX | CA59134L1085 | 355846 | 4.16000 | 5,408.00 | 9.95 | CAD |
| KAA MMAX 5012 TFSA | 3/03/22 | 3/07/22 | 2,000 | | MMAX | CA59134L1085 | 378196 | 2.00000 | 4,000.00 | 9.95 | CAD |
| KAA MMAX 5012 TFSA | 3/17/22 | 3/21/22 | 500 | | MMAX | CA59134L1085 | 345805 | 2.05000 | 1,025.00 | 9.95 | CAD |
| KAA MMAX 5012 TFSA | 2/22/23 | 2/24/23 | 1,035 | | MMAX | CA59134L1085 | 347790 | 0.86000 | 890.10 | 9.95 | CAD |
| **KAA MMAX 5012 TFSA Total** | | | **12,126** | **0** | | | | | **51,744.20** | | |
| KAA MMAX 9416 RRSP | 7/20/21 | 7/22/21 | 1,000 | | MMAX | CA59134L1085 | 340445 | 3.62000 | 3,620.00 | 9.95 | CAD |
| KAA MMAX 9416 RRSP | 7/27/21 | 7/29/21 | 1,000 | | MMAX | CA59134L1085 | 377472 | 3.63000 | 3,630.00 | 9.95 | CAD |
| **KAA MMAX 9416 RRSP Total** | | | **2,000** | **0** | | | | | **7,250.00** | | |
| **Grand Total** | | | **14,126** | **0** | | | | | **58,994.20** | | |

 **Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7174557_008-E:70266-00266
>KATHRYN ANDERSON
7434 FINNERTY SIDERD
CALEDON EAST ON  L7K 1C8

## Confirmation Notice

**DATE**
OCTOBER 6, 2021

**ACCOUNT NO.**    **TYPE**
▇▇▇5012    TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

## SETTLEMENT DATE        OCTOBER 8, 2021

TRANSACTION TYPE        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,041 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | 6.10C$ |

| | |
|---|---|
| GROSS AMOUNT | 6,350.10 |
| COMMISSION | 9.95 |
| SUB TOTAL | 6,360.05 C$ |
| NET AMOUNT | 6,360.05 C$ |

| | |
|---|---|
| CLIENT NAME | >KATHRYN ANDERSON |
| ACCOUNT NO. | ▇▇▇5012 – TFSA |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3YA | |

REFERENCE W6603 / CUSIP CA59134L1085 / SECURITY NO. M067926 / ORDER NO. 396603 / INTERNAL CODES UN A1 / 684 A

Member–CanadianInvestor Protection Fund. ® / ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7174557_008 – 00000531 – E:70268

 **Direct Investing** RBC®

**RBC Direct Investing Inc.**
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_7244397_008-E:71765-01765
>KATHRYN ANDERSON
7434 FINNERTY SIDERD
CALEDON EAST ON L7K 1C8

## Confirmation Notice

**DATE**
OCTOBER 8, 2021

**ACCOUNT NO.**  **TYPE**
███ 5012   TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

## SETTLEMENT DATE              OCTOBER 13, 2021

TRANSACTION TYPE                                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,500 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN—DETAILS ON REQ DA | @ | 6.348C$ |

| | |
|---|---|
| GROSS AMOUNT | 9,522.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 9,531.95 C$ |
| NET AMOUNT | 9,531.95 C$ |

| | |
|---|---|
| CLIENT NAME | >KATHRYN ANDERSON |
| ACCOUNT NO. | ███ 5012 – TFSA |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3YA | |

REFERENCE 85552 / CUSIP CA59134L1085 / SECURITY NO. M067926 / ORDER NO. 085552 / INTERNAL CODES UN TL / 684 A

Member-CanadianInvestor Protection Fund. ® / ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7244397_008 – 00003529 – E:71765

 **Direct Investing** **RBC**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_7365432_008-E:78099-08099
>KATHRYN ANDERSON
7434 FINNERTY SIDERD
CALEDON EAST ON  L7K 1C8

## Confirmation Notice

**DATE**
OCTOBER 15, 2021

**ACCOUNT NO.**      **TYPE**
⬛⬛⬛5012      TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**          **OCTOBER 19, 2021**

TRANSACTION TYPE                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 400 | METAMATERIAL EXCHANGECO INC | @ | 6.10C$ |
| | COMMON | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 2,440.00 |
| COMMISSION | 9.95 |
| | |
| SUB TOTAL | 2,449.95 C$ |
| NET AMOUNT | 2,449.95 C$ |

| | |
|---|---|
| **CLIENT NAME** | **>KATHRYN ANDERSON** |
| **ACCOUNT NO.** | ⬛⬛⬛5012 – TFSA |
| **INVESTMENT REPRESENTATIVE** | **ONLINE INVESTNG** |
| **I.R. NO. 3YA** | |

REFERENCE W0515  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 390515  /  INTERNAL CODES UN TL  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7365432_008 – 00016197 – E:78099

 **Direct
Investing**

**RBC Direct Investing Inc.**
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7*

ADPRB10720_7401406_008-E:78569-08569
>KATHRYN ANDERSON
7434 FINNERTY SIDERD
CALEDON EAST ON  L7K 1C8

## Confirmation Notice

**DATE**
OCTOBER 18, 2021

**ACCOUNT NO.**　　**TYPE**
█████5012　　TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**　　　　**OCTOBER 20, 2021**

TRANSACTION TYPE　　　　　　　**BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 150 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | 6.07333C$ |

| | |
|---|---|
| GROSS AMOUNT | 911.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 920.95 C$ |
| NET AMOUNT | 920.95 C$ |

CLIENT NAME　　　　　　　　　　>KATHRYN ANDERSON
ACCOUNT NO.　　　　　　　　　　█████5012 - TFSA
INVESTMENT REPRESENTATIVE　ONLINE INVESTNG
I.R. NO. 3YA

REFERENCE I6644  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 186644  /  INTERNAL CODES UN TL  /  684 A

Member-CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7401406_008 - 00017137 - E:78569

 **Direct Investing**

**RBC Direct Investing Inc.**
ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_7623654_009-E:87286-07286
>KATHRYN ANDERSON
7434 FINNERTY SIDERD
CALEDON EAST ON  L7K 1C8

## Confirmation Notice

**DATE**
OCTOBER 28, 2021

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| ▓▓▓▓5012 | TFSA |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**          **NOVEMBER 1, 2021**

TRANSACTION TYPE                                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,500 | METAMATERIAL EXCHANGECO INC | @ | 5.C$ |
| | COMMON | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN-DETAILS ON REQ | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 7,500.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 7,509.95 C$ |
| NET AMOUNT | 7,509.95 C$ |

| | |
|---|---|
| **CLIENT NAME** | >KATHRYN ANDERSON |
| **ACCOUNT NO.** | ▓▓▓▓5012 – TFSA |
| **INVESTMENT REPRESENTATIVE** | ONLINE INVESTNG |
| **I.R. NO. 3YA** | |

REFERENCE S4314  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 284314  /  INTERNAL CODES UN TL  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7623654_009 – 00014571 – E:87286

 **Direct Investing**

## RBC Direct Investing Inc.
### ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_7973101_012-E:111663-01663
>KATHRYN ANDERSON
7434 FINNERTY SIDERD
CALEDON EAST ON  L7K 1C8

## Confirmation Notice

**DATE**
NOVEMBER 15, 2021

**ACCOUNT NO.**    **TYPE**
■■■■5012    TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

## SETTLEMENT DATE        NOVEMBER 17, 2021

TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,800 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED DA | @ | 5.53C$ |

| | |
|---|---|
| GROSS AMOUNT | 9,954.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 9,963.95 C$ |
| NET AMOUNT | 9,963.95 C$ |

| | |
|---|---|
| CLIENT NAME | >KATHRYN ANDERSON |
| ACCOUNT NO. | ■■■■5012 – TFSA |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3YA | |

REFERENCE W4859  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 374859  /  INTERNAL CODES UN A1  /  684 A

Member-CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7973101_012- 00003325 - E:111663



**Direct**
**Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_1011356_009-E:89537-09537
>KATHRYN ANDERSON
7434 FINNERTY SIDERD
CALEDON EAST ON  L7K 1C8

## Confirmation Notice

**DATE**
NOVEMBER 29, 2021

**ACCOUNT NO.**   **TYPE**
⬛5012    TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

## SETTLEMENT DATE              DECEMBER 1, 2021

TRANSACTION TYPE                                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 900 | METAMATERIAL EXCHANGECO INC<br>COMMON<br>UNSOLICITED<br>AVG PRICE SHOWN-DETAILS ON REQ<br>DA | @ | 4.16C$ |

| | |
|---|---|
| GROSS AMOUNT | 3,744.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 3,753.95 C$ |
| NET AMOUNT | 3,753.95 C$ |

| | |
|---|---|
| CLIENT NAME | >KATHRYN ANDERSON |
| ACCOUNT NO. | ⬛5012 - TFSA |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W4748  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 394748  /  INTERNAL CODES UN A1  /  684 A

Member-CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1011356_009-00019073-E:89537

 **Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1032415_010-E:96959-06959
>KATHRYN ANDERSON
7434 FINNERTY SIDERD
CALEDON EAST ON  L7K 1C8

## Confirmation Notice

**DATE**
NOVEMBER 30, 2021

**ACCOUNT NO.**      **TYPE**
███5012      TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

## SETTLEMENT DATE            DECEMBER 2, 2021

TRANSACTION TYPE                                  **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,300 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED DA | @ | 4.16C$ |



| | |
|---|---|
| GROSS AMOUNT | 5,408.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 5,417.95 C$ |
| NET AMOUNT | 5,417.95 C$ |

| | |
|---|---|
| CLIENT NAME | >KATHRYN ANDERSON |
| ACCOUNT NO. | ███5012 – TFSA |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W5846  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 355846  /  INTERNAL CODES UN A1  /  684 A

---

Member-CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1032415_010 – 00013917 – E:96959

 **Direct Investing RBC®**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3086113_008-E:74748-04748

>KATHRYN ANDERSON
7434 FINNERTY SIDERD
CALEDON EAST ON  L7K 1C8

## Confirmation Notice

**DATE**
MARCH 3, 2022

| ACCOUNT NO. | TYPE |
|---|---|
| ▮▮▮▮5012 | TFSA |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

## SETTLEMENT DATE                MARCH 7, 2022

TRANSACTION TYPE                                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | 2.C$ |

| | |
|---|---|
| GROSS AMOUNT | 4,000.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 4,009.95 C$ |
| NET AMOUNT | 4,009.95 C$ |

| | |
|---|---|
| CLIENT NAME | >KATHRYN ANDERSON |
| ACCOUNT NO. | ▮▮▮▮5012 - TFSA |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3YA | |

REFERENCE W8196  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 378196  /  INTERNAL CODES UN A1  /  684 A

Member-CanadianInvestor Protection Fund.® / ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3086113_008 - 00009495 - E:74748



**Direct
Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7*

ADPRB10720_3381343_007-E:66336-06336
>KATHRYN ANDERSON
7434 FINNERTY SIDERD
CALEDON EAST ON  L7K 1C8

## Confirmation Notice

**DATE**
MARCH 17, 2022

**ACCOUNT NO.**      **TYPE**
▉▉▉5012      TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

## SETTLEMENT DATE                 MARCH 21, 2022

TRANSACTION TYPE                                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 500 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED DA | @ | 2.05C$ |

| | |
|---|---|
| GROSS AMOUNT | 1,025.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,034.95 C$ |
| NET AMOUNT | 1,034.95 C$ |

| | |
|---|---|
| CLIENT NAME | >KATHRYN ANDERSON |
| ACCOUNT NO. | ▉▉▉5012 – TFSA |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3YA | |

REFERENCE W5805  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 345805  /  INTERNAL CODES UN A1  /  684 A

---

Member-CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3381343_007 – 00012871 – E:66336

 **Direct Investing** **RBC**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_2809469_007-E:51777-03777
>KATHRYN ANDERSON
7434 FINNERTY SIDERD
CALEDON EAST ON  L7K 1C8

## Confirmation Notice

**DATE**
FEBRUARY 22, 2023

**ACCOUNT NO.**   **TYPE**
█████5012      TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

## SETTLEMENT DATE          FEBRUARY 24, 2023

TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,035 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | .86C$ |

| | |
|---|---|
| GROSS AMOUNT | 890.10 |
| COMMISSION | 9.95 |
| SUB TOTAL | 900.05 C$ |
| NET AMOUNT | 900.05 C$ |

**CLIENT NAME**              >KATHRYN ANDERSON
**ACCOUNT NO.**              █████5012 - TFSA
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE W7790  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 347790  /  INTERNAL CODES UN A1  /  684 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2809469_007 - 00007553 - E:51777

 **Direct Investing** RBC

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_5569949_004-E:31529-01529
>KATHRYN ANDERSON
7434 FINNERTY SIDERD
CALEDON EAST ON  L7K 1C8

## Confirmation Notice

**DATE**
JULY 20, 2021

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| ■■■9416 | RRSP |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

## SETTLEMENT DATE          JULY 22, 2021

| TRANSACTION TYPE | | | **BOUGHT** |
|---|---|---|---|
| Quantity | Security Description | | Unit Price |
| 1,000 | METAMATERIAL EXCHANGECO INC<br>COMMON<br>UNSOLICITED<br>AVG PRICE SHOWN-DETAILS ON REQ<br>DA | @ | 3.62C$ |

| | |
|---|---|
| GROSS AMOUNT | 3,620.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 3,629.95 C$ |
| NET AMOUNT | 3,629.95 C$ |

| | |
|---|---|
| CLIENT NAME | >KATHRYN ANDERSON |
| ACCOUNT NO. | ■■■9416 – RRSP |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3YA | |

REFERENCE W0445  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 340445  /  INTERNAL CODES UN A1  /  684 A

---

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5569949_004 – 00003057 – E:31529

 **Direct Investing** RBC®

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_5710941_003-E:29356-09356
>KATHRYN ANDERSON
7434 FINNERTY SIDERD
CALEDON EAST ON  L7K 1C8

## Confirmation Notice

**DATE**
JULY 27, 2021

**ACCOUNT NO.**     **TYPE**
████9416        RRSP

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

## SETTLEMENT DATE                    JULY 29, 2021

TRANSACTION TYPE                                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED DA | @ | 3.63C$ |

| | |
|---|---|
| GROSS AMOUNT | 3,630.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 3,639.95 C$ |
| NET AMOUNT | 3,639.95 C$ |

CLIENT NAME                    >KATHRYN ANDERSON
ACCOUNT NO.                    ████9416 – RRSP
INVESTMENT REPRESENTATIVE      ONLINE INVESTNG
I.R. NO. 3YA

REFERENCE W7472  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 377472  /  INTERNAL CODES UN A1  /  684 A

Member–CanadianInvestor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5710941_003 – 00018711 – E:29356