NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials Inc | Case Number: 24 - 50792 - hlb | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Rachael Anderson
   7434 Finnerty Road,
   Caledon East, ON L7K 1C8
   Canada

   Telephone Number: 416-802-1882

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC 16 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
xxx-xxx5814

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   RBC Direct Investing Inc. P.O. Box 75, 200 Bay St, Toronto, ON M5J 2Z5
   Telephone Number: 800-769-2560

3. Date Equity Interest was acquired:

   Between 3/14/2022 and 6/28/2022
   See Attached Documentation

4. Total amount of member interest: 23,400 Pre 1 for 100 reverse split

5. Certificate number(s): See Attached Documentation

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Rachael Anderson
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature)   December 11, 2024 (Date)

Telephone number: 416-802-1882   email: catalyst_ska@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Account | Purchase Date | Settlement Date | Bought | Sold | Ticker | CUSIP | Order # | Unit Price | Gross Amount | Commission | Curr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RLA MMAX 5814 TFSA | 3/14/22 | 3/16/22 | 1,200 | | MMAX | CA59134L1085 | 350693 | 1.86000 | 2,232.00 | 9.95 | CAD |
| RLA MMAX 5814 TFSA | 4/08/22 | 4/12/22 | 1,200 | | MMAX | CA59134L1085 | 359305 | 1.85833 | 2,230.00 | 9.95 | CAD |
| RLA MMAX 5814 TFSA | 4/12/22 | 4/14/22 | 1,600 | | MMAX | CA59134L1085 | 395866 | 1.76000 | 2,816.00 | 9.95 | CAD |
| RLA MMAX 5814 TFSA | 4/20/22 | 4/22/22 | 1,000 | | MMAX | CA59134L1085 | 206392 | 1.72000 | 1,720.00 | 9.95 | CAD |
| RLA MMAX 5814 TFSA | 4/22/22 | 4/26/22 | 1,300 | | MMAX | CA59134L1085 | 347963 | 1.58000 | 2,054.00 | 9.95 | CAD |
| RLA MMAX 5814 TFSA | 4/25/22 | 4/27/22 | 1,000 | | MMAT | US59134N1046 | 347933 | 1.25000 | 1,250.00 | 9.95 | USD |
| RLA MMAX 5814 TFSA | 4/28/22 | 5/02/22 | 3,600 | | MMAX | CA59134L1085 | 351148 | 1.50000 | 5,400.00 | 9.95 | CAD |
| RLA MMAX 5814 TFSA | 5/11/22 | 5/13/22 | 2,000 | | MMAX | CA59134L1085 | 114383 | 1.25000 | 2,500.00 | 9.95 | CAD |
| RLA MMAX 5814 TFSA | 5/31/22 | 6/02/22 | 1,500 | | MMAX | CA59134L1085 | 388334 | 1.95000 | 2,925.00 | 9.95 | CAD |
| RLA MMAX 5814 TFSA | 6/17/22 | 6/21/22 | 5,000 | | MMAX | CA59134L1085 | 171632 | 1.79620 | 8,981.00 | 9.95 | CAD |
| RLA MMAX 5814 TFSA | 6/24/22 | 6/28/22 | 4,000 | | MMAX | CA59134L1085 | 340018 | 1.60000 | 6,400.00 | 9.95 | CAD |
| RLA MMAX 5814 TFSA Total | | | 23,400 | 0 | | | | | 38,508.00 | | |
| Grand Total | | | 23,400 | 0 | | | | | 38,508.00 | | |



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3297534_009-E:80419-00419

>RACHAEL ANDERSON
7434 FINNERTY RD.
CALEDON ON L7K 1C8

## Confirmation Notice

**DATE**
MARCH 14, 2022

**ACCOUNT NO.**   **TYPE**
▇▇▇5814          TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

**SETTLEMENT DATE**    **MARCH 16, 2022**

**TRANSACTION TYPE**    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,200 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED DA | @ | 1.86C$ |

| | |
|---|---|
| GROSS AMOUNT | 2,232.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,241.95 C$ |
| NET AMOUNT | 2,241.95 C$ |

**CLIENT NAME**                    >RACHAEL ANDERSON
**ACCOUNT NO.**                    ▇▇▇5814 - TFSA
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE W0693  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 350693  /  INTERNAL CODES UN A1  /  684 A

Member-CanadianInvestor Protection Fund. ® / ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

ADPRB10720_3870877_007-E:62704-02704
>RACHAEL ANDERSON
7434 FINNERTY RD.
CALEDON ON L7K 1C8

### Confirmation Notice

**DATE**
APRIL 8, 2022

**ACCOUNT NO.**   **TYPE**
▇▇▇5814           TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**            **APRIL 12, 2022**

**TRANSACTION TYPE**                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,200 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | 1.85833C$ |

| | |
|---|---|
| GROSS AMOUNT | 2,230.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,239.95 C$ |
| NET AMOUNT | 2,239.95 C$ |

**CLIENT NAME**                  >RACHAEL ANDERSON
**ACCOUNT NO.**                  ▇▇▇5814 - TFSA
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE W9305 / CUSIP CA59134L1085 / SECURITY NO. M067926 / ORDER NO. 359305 / INTERNAL CODES UN TL / 684 A

---

Member-CanadianInvestor Protection Fund.®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



Direct Investing

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3933482_007-E:65469-05469

>RACHAEL ANDERSON
7434 FINNERTY RD.
CALEDON ON  L7K 1C8

## Confirmation Notice

**DATE**
APRIL 12, 2022

**ACCOUNT NO.**       **TYPE**
▇▇▇▇5814              TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

## SETTLEMENT DATE          APRIL 14, 2022

| TRANSACTION TYPE | | | BOUGHT |
|---|---|---|---|
| Quantity | Security Description | | Unit Price |
| 1,600 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED DA | @ | 1.76C$ |

| | |
|---|---|
| GROSS AMOUNT | 2,816.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,825.95 C$ |
| NET AMOUNT | 2,825.95 C$ |

**CLIENT NAME**                          >RACHAEL ANDERSON
**ACCOUNT NO.**                          ▇▇▇▇5814 - TFSA
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
I.R. NO. 3YA

REFERENCE W5866  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 395866  /  INTERNAL CODES UN A1  /  684 A

Member-CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019.'All rights reserved.

ADPRB10720_3933482_007- 00010937 - E:65469



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4101362_008-E:76714-06714
>RACHAEL ANDERSON
7434 FINNERTY RD.
CALEDON ON L7K 1C8

## Confirmation Notice

**DATE**
APRIL 20, 2022

**ACCOUNT NO.**    **TYPE**
■■■5814             TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

## SETTLEMENT DATE        APRIL 22, 2022

| TRANSACTION TYPE | | | **BOUGHT** |
|---|---|---|---|
| Quantity | Security Description | | Unit Price |
| 1,000 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED DA | @ | 1.72C$ |

| | |
|---|---|
| GROSS AMOUNT | 1,720.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,729.95 C$ |
| NET AMOUNT | 1,729.95 C$ |

**CLIENT NAME**                >RACHAEL ANDERSON
**ACCOUNT NO.**                ■■■5814 – TFSA
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE K6392  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 206392  /  INTERNAL CODES UN A1  /  684 A

Member-CanadianInvestor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4101362_008 - 00013427 - E:76714



Direct Investing

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

ADPRB10720_4154450_008-E:74258-04258
>RACHAEL ANDERSON
7434 FINNERTY RD.
CALEDON ON L7K 1C8

## Confirmation Notice

**DATE**
APRIL 22, 2022

**ACCOUNT NO.**   **TYPE**
█████5814          TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

## SETTLEMENT DATE              APRIL 26, 2022

| TRANSACTION TYPE | | | BOUGHT |
|---|---|---|---|
| Quantity | Security Description | | Unit Price |
| 1,300 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED DA | @ | 1.58C$ |

| | |
|---|---|
| GROSS AMOUNT | 2,054.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,063.95 C$ |
| NET AMOUNT | 2,063.95 C$ |

**CLIENT NAME**                  >RACHAEL ANDERSON
**ACCOUNT NO.**                  █████5814 – TFSA
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE W7963 / CUSIP CA59134L1085 / SECURITY NO. M067926 / ORDER NO. 347963 / INTERNAL CODES UN A1 / 684 A

Member-CanadianInvestor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4154450_008 - 00000515 - E:74258



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4190569_018-E:170932-00932
>RACHAEL ANDERSON
7434 FINNERTY RD.
CALEDON ON  L7K 1C8

## Confirmation Notice

**DATE**
APRIL 25, 2022

**ACCOUNT NO.**   **TYPE**
▇▇▇▇5814         TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**        **APRIL 27, 2022**

**TRANSACTION TYPE**                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | 1.25U$ |

| | |
|---|---|
| GROSS AMOUNT | 1,250.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,259.95 US |
| NET AMOUNT | 1,259.95 US |

**CLIENT NAME**                    >RACHAEL ANDERSON
**ACCOUNT NO.**                    ▇▇▇▇5814 – TFSA
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE W7933  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 347933  /  INTERNAL CODES UN 65  /  684 A

Member-CanadianInvestor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4190569_018 – 00001863 – E:170932



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4271059_008-E:70143-00143

>RACHAEL ANDERSON
7434 FINNERTY RD.
CALEDON ON  L7K 1C8

## Confirmation Notice

**DATE**
APRIL 28, 2022

**ACCOUNT NO.**   **TYPE**
▇▇▇▇5814             TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**                     **MAY 2, 2022**

**TRANSACTION TYPE**                      **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 3,600 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | 1.50C$ |

| | |
|---|---|
| GROSS AMOUNT | 5,400.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 5,409.95 C$ |
| NET AMOUNT | 5,409.95 C$ |

**CLIENT NAME**                       >RACHAEL ANDERSON
**ACCOUNT NO.**                       ▇▇▇▇5814 - TFSA
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE W1148  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 351148  /  INTERNAL CODES UN TL  /  684 A

---

Member-CanadianInvestor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4271059_008 - 00000285 - E:70143



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4563159_008-E:70136-00136
>RACHAEL ANDERSON
7434 FINNERTY RD.
CALEDON ON  L7K 1C8

## Confirmation Notice

**DATE**
MAY 11, 2022

**ACCOUNT NO.**  **TYPE**
███████5814    TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

## SETTLEMENT DATE         MAY 13, 2022

| TRANSACTION TYPE | | | **BOUGHT** |
|---|---|---|---|
| Quantity | Security Description | | Unit Price |
| 2,000 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | 1.25C$ |

| | |
|---|---|
| GROSS AMOUNT | 2,500.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,509.95 C$ |
| NET AMOUNT | 2,509.95 C$ |

**CLIENT NAME**           >RACHAEL ANDERSON
**ACCOUNT NO.**           ███████5814 – TFSA
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE B4383  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 114383  /  INTERNAL CODES UN A1  /  684 A

Member-CanadianInvestor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4932836_007-E:60386-00386
>RACHAEL ANDERSON
7434 FINNERTY RD.
CALEDON ON  L7K 1C8

## Confirmation Notice

**DATE**
MAY 31, 2022

**ACCOUNT NO.**   **TYPE**
▇▇▇▇5814           TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

## SETTLEMENT DATE         JUNE 2, 2022

TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,500 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | 1.95C$ |

| | |
|---|---|
| GROSS AMOUNT | 2,925.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,934.95 C$ |
| NET AMOUNT | 2,934.95 C$ |

**CLIENT NAME**                >RACHAEL ANDERSON
**ACCOUNT NO.**                ▇▇▇▇5814 – TFSA
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE W8334  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 388334  /  INTERNAL CODES UN TL  /  684 A

Member-CanadianInvestor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4932836_007 – 00000771 – E:60386



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5324513_007-E:64120-04120
>RACHAEL ANDERSON
7434 FINNERTY RD.
CALEDON ON  L7K 1C8

## Confirmation Notice

**DATE**
JUNE 17, 2022

**ACCOUNT NO.**   **TYPE**
█████5814          TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**              **JUNE 21, 2022**

| TRANSACTION TYPE | | | **BOUGHT** |
|---|---|---|---|
| Quantity | Security Description | | Unit Price |
| 5,000 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ WE ACTED AS PRINCIPAL DA | @ | 1.7962C$ |

| GROSS AMOUNT | 8,981.00 |
|---|---|
| COMMISSION | 9.95 |
| SUB TOTAL | 8,990.95 C$ |
| NET AMOUNT | 8,990.95 C$ |

**CLIENT NAME**                    >RACHAEL ANDERSON
**ACCOUNT NO.**                    █████5814 - TFSA
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE H1632  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 171632  /  INTERNAL CODES UN TL  /  684 A

Member-CanadianInvestor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5324513_007 - 00008239 - E:64120



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_5462788_006-E:53440-03440
>RACHAEL ANDERSON
7434 FINNERTY RD.
CALEDON ON  L7K 1C8

## Confirmation Notice

**DATE**
JUNE 24, 2022

**ACCOUNT NO.**   **TYPE**
▇▇▇▇5814          TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

## SETTLEMENT DATE            JUNE 28, 2022

| TRANSACTION TYPE | | | **BOUGHT** |
|---|---|---|---|
| Quantity | Security Description | | Unit Price |
| 4,000 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | 1.60C$ |

| | |
|---|---|
| GROSS AMOUNT | 6,400.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 6,409.95 C$ |
| NET AMOUNT | 6,409.95 C$ |

**CLIENT NAME**                     >RACHAEL ANDERSON
**ACCOUNT NO.**                     ▇▇▇▇5814 – TFSA
**INVESTMENT REPRESENTATIVE**       ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE W0018  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 340018  /  INTERNAL CODES UN TL  /  684 A

Member-CanadianInvestor Protection Fund. ® / ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5462788_006 - 00006879 - E:53440