NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor:<br>**Meta Materials Inc** | Case Number:<br>**24 - 50792 - hlb** | |
|---|---|---|

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Shane Anderson
7434 Finnerty Road,
Caledon East, ON L7K 1C8
Canada

Telephone Number:    416-802-1882

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 16 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**COURT USE ONLY**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor:<br>**xxx-xxx9419** | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

RBC Direct Investing Inc. P.O. Box 75, 200 Bay St, Toronto, ON
M5J 2Z5
Telephone Number: 800-769-2560

**3. Date Equity Interest was acquired:**

Between 10/18/2021 and 1/26/2024
See Attached Documentation

**4. Total amount of member interest:** 9,769 Pre 1 for 100 reverse split

**5. Certificate number(s):** See Attached Documentation

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:   Shane Anderson
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature)                                    December 11, 2024
                                               (Date)

Telephone number:  416-802-1882   email: catalyst_ska@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Account | Purchase Date | Settlement Date | Bought | Sold | Ticker | CUSIP | Order # | Unit Price | Gross Amount | Commission | Curr. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SKA MMAT 9419 TFSA | 2/09/23 | 2/13/23 | 845 | | MMAT | US59134N1046 | 341612 | 0.88990 | 751.96 | 9.95 | USD |
| SKA MMAT 9419 TFSA | 1/26/24 | 1/30/24 | 156 | | MMAT | US59134N1046 | 389501 | 0.05490 | 8.56 | 9.95 | USD |
| **SKA MMAT 9419 TFSA Total** | | | **1,001** | **0** | | | | | **760.52** | | |
| SKA MMAX 9419 TFSA | 10/18/21 | 10/20/21 | 400 | | MMAX | CA59134L1085 | 186643 | 5.81000 | 2,324.00 | 9.95 | CAD |
| SKA MMAX 9419 TFSA | 10/19/21 | 10/21/21 | 1,000 | | MMAX | CA59134L1085 | 399657 | 5.80000 | 5,800.00 | 9.95 | CAD |
| SKA MMAX 9419 TFSA | 2/28/22 | 3/02/22 | 2,200 | | MMAX | CA59134L1085 | 361348 | 2.64000 | 5,808.00 | 9.95 | CAD |
| SKA MMAX 9419 TFSA | 8/16/22 | 8/18/22 | 168 | | MMAX | CA59134L1085 | 347914 | 1.27000 | 213.36 | 9.95 | CAD |
| SKA MMAX 9419 TFSA | 1/18/23 | 1/20/24 | 5,000 | | MMAX | CA59134L1085 | 359619 | 1.20000 | 6,000.00 | 9.95 | CAD |
| **SKA MMAX 9419 TFSA Total** | | | **8,768** | **0** | | | | | **20,145.36** | | |
| **Grand Total** | | | **9,769** | **0** | | | | | **20,905.88** | | |

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_7401406_002−E:16333−06333
>MR SHANE K ANDERSON
7434 FINNERTY SIDEROAD
CALEDON EAST ON  L7K 1C8

## Confirmation Notice

**DATE**
OCTOBER 18, 2021

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| ▇9419 | TFSA |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

| **SETTLEMENT DATE** | **OCTOBER 20, 2021** |
|---|---|

| **TRANSACTION TYPE** | **BOUGHT** |
|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 400 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN−DETAILS ON REQ DA | @ | 5.81C$ |

| | |
|---|---|
| GROSS AMOUNT | 2,324.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,333.95 C$ |
| NET AMOUNT | 2,333.95 C$ |

| | |
|---|---|
| CLIENT NAME | >MR SHANE K ANDERSON |
| ACCOUNT NO. | ▇9419 − TFSA |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE I6643  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 186643  /  INTERNAL CODES UN A1  /  684 A

Member−CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_7429013_002-E:16130-06130

>MR SHANE K ANDERSON
7434 FINNERTY SIDEROAD
CALEDON EAST ON  L7K 1C8

**Confirmation Notice**

**DATE**
OCTOBER 19, 2021

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| ▆▆9419 | TFSA |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

| **SETTLEMENT DATE** | **OCTOBER 21, 2021** |
|---|---|

| TRANSACTION TYPE | **BOUGHT** |
|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED DA | @ | 5.80C$ |

| | |
|---|---|
| GROSS AMOUNT | 5,800.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 5,809.95 C$ |
| NET AMOUNT | 5,809.95 C$ |

| | |
|---|---|
| CLIENT NAME | >MR SHANE K ANDERSON |
| ACCOUNT NO. | ▆▆9419 - TFSA |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W9657  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 399657  /  INTERNAL CODES UN A1  /  684 A

Member-CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_2967351_002–E:14712–04712

>MR SHANE K ANDERSON
7434 FINNERTY SIDEROAD
CALEDON EAST ON  L7K 1C8

## Confirmation Notice

**DATE**
FEBRUARY 28, 2022

| ACCOUNT NO. | TYPE |
|---|---|
| ████9419 | TFSA |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

| SETTLEMENT DATE | MARCH 2, 2022 |
|---|---|

| TRANSACTION TYPE | BOUGHT |
|---|---|

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,200 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN–DETAILS ON REQ DA | @ | 2.64C$ |

| | |
|---|---|
| GROSS AMOUNT | 5,808.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 5,817.95 C$ |
| NET AMOUNT | 5,817.95 C$ |

| | |
|---|---|
| CLIENT NAME | >MR SHANE K ANDERSON |
| ACCOUNT NO. | ████9419 – TFSA |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 4GA | |

REFERENCE W1348  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 361348  /  INTERNAL CODES UN TL  /  684 A

Member–CanadianInvestor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2967351_002 – 00009423 – E:14712



**Direct Investing**

RBC

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6543980_002-E:10935-00935

>MR SHANE K ANDERSON
7434 FINNERTY SIDEROAD
CALEDON EAST ON  L7K 1C8

## Confirmation Notice

**DATE**
AUGUST 16, 2022

**ACCOUNT NO.**          **TYPE**
▐9419             TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

**SETTLEMENT DATE**          **AUGUST 18, 2022**

TRANSACTION TYPE          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 168 | METAMATERIAL EXCHANGECO INC<br>COMMON<br>UNSOLICITED<br>AVG PRICE SHOWN-DETAILS ON REQ<br>DA | @ | 1.27C$ |

| | |
|---|---|
| GROSS AMOUNT | 213.36 |
| COMMISSION | 9.95 |
| SUB TOTAL | 223.31 C$ |
| NET AMOUNT | 223.31 C$ |

| | |
|---|---|
| CLIENT NAME | >MR SHANE K ANDERSON |
| ACCOUNT NO. | ▐9419 - TFSA |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3YA | |

REFERENCE W7914  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 347914  /  INTERNAL CODES UN A1  /  684 A

Member-CanadianInvestor Protection Fund.®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2051379_002-E:9477-01477
>MR SHANE K ANDERSON
7434 FINNERTY SIDEROAD
CALEDON EAST ON  L7K 1C8

## Confirmation Notice

**DATE**
JANUARY 18, 2023

**ACCOUNT NO.**          **TYPE**
         9419          TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

## SETTLEMENT DATE          **JANUARY 20, 2023**

TRANSACTION TYPE                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 5,000 | METAMATERIAL EXCHANGECO INC | @ | 1.20C$ |
| | COMMON | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 6,000.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 6,009.95 C$ |
| NET AMOUNT | 6,009.95 C$ |

CLIENT NAME                    >MR SHANE K ANDERSON
ACCOUNT NO.                    9419 - TFSA
INVESTMENT REPRESENTATIVE      ONLINE INVESTNG
I.R. NO. 4GA

REFERENCE W9619  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 359619  /  INTERNAL CODES UN A1  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2573572_002-E:10481-02481

>MR SHANE K ANDERSON
7434 FINNERTY SIDEROAD
CALEDON EAST ON  L7K 1C8

### Confirmation Notice

**DATE**
FEBRUARY 9, 2023

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| ▆▆▆9419 | TFSA |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

## SETTLEMENT DATE             FEBRUARY 13, 2023

TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 845 | META MATLS INC | @ | .8899U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 751.96 |
| COMMISSION | 9.95 |
| SUB TOTAL | 761.91 US |
| NET AMOUNT | 761.91 US |

| | |
|---|---|
| CLIENT NAME | >MR SHANE K ANDERSON |
| ACCOUNT NO. | ▆▆▆9419 - TFSA |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3YA | |

REFERENCE W1612  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 341612  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2573572_002 - 00004951 - E:10481

 **Direct Investing**

**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_2978850_002-E:8543-00543
>MR SHANE K ANDERSON
7434 FINNERTY SIDEROAD
CALEDON EAST ON  L7K 1C8

**Confirmation Notice**

**DATE**
JANUARY 26, 2024

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 9419 | TFSA |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **JANUARY 30, 2024**

TRANSACTION TYPE                                      **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 156 | META MATLS INC | @ | .0549U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | WITH DUE-BILL SPLIT | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 8.56 |
| COMMISSION | 9.95 |
| SUB TOTAL | 18.51 U$ |
| NET AMOUNT | 18.51 U$ |

CLIENT NAME                  >MR SHANE K ANDERSON
ACCOUNT NO.                  9419 - TFSA
INVESTMENT REPRESENTATIVE    ONLINE INVESTNG
I.R. NO. 3YA

REFERENCE W9501  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 389501  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2978850_002 -00001005 - E 8543