NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: **Meta Materials Inc** | Case Number: **24 - 50792 - hlb** | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Shelly Anderson
   7434 Finnerty Road,
   Caledon East, ON L7K 1C8
   Canada

   Telephone Number:

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 16 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
**xxx-xxx5711 and xxx-xxx6217**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   RBC Direct Investing Inc P.O. Box 75, 200 Bay St. Toronto ON M5J 2Z5

   Telephone Number: 800-769-2560

3. Date Equity Interest was acquired:

   Between 9/27/2021 and 2/14/2023
   See Attached Documentation

4. Total amount of member interest: **24,781 Pre 1 for 100 reverse split**

5. Certificate number(s): **See Attached Documentation**

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
                          (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
                                                                        (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Shelly Anderson
Title:
Company: Address and telephone number (if different from notice address above):

(Signature)   December 11, 2024   (Date)

Telephone number: 416-802-1882   email: catalyst_ska@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Account | Purchase Date | Settlement Date | Bought | Sold | Ticker | CUSIP | Order # | Unit Price | Gross Amount | Commission | Curr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SLA MMAT 5711 CSH | 8/22/22 | 8/24/22 | 370 | | MMAT | US59134N1046 | 376907 | 0.85000 | 314.50 | 9.95 | USD |
| SLA MMAT 5711 CSH | 11/28/22 | 11/30/22 | 3,800 | | MMAT | US59134N1046 | 351401 | 1.84000 | 6,992.00 | 9.95 | USD |
| SLA MMAT 5711 CSH | 12/09/22 | 12/13/22 | 4,000 | | MMAT | US59134N1046 | 385497 | 1.25000 | 5,000.00 | 9.95 | USD |
| SLA MMAT 5711 CSH | 1/20/23 | 1/24/23 | | 1,000 | MMAT | US59134N1046 | 353307 | - 0.98330 - | 983.30 | 9.95 | USD |
| **SLA MMAT 5711 CSH Total** | | | 8,170 | 1,000 | | | | | 11,323.20 | | |
| SLA MMAT 6217 TFSA | 9/27/21 | 9/29/21 | 368 | | MMAT | US59134N1046 | 279879 | 6.11000 | 2,248.48 | 9.95 | USD |
| SLA MMAT 6217 TFSA | 10/19/21 | 10/21/21 | 93 | | MMAT | US59134N1046 | 399684 | 4.80000 | 446.40 | 9.95 | USD |
| SLA MMAT 6217 TFSA | 10/13/22 | 10/15/22 | 650 | | MMAT | US59134N1046 | 342377 | 1.20000 | 780.00 | 9.95 | USD |
| SLA MMAT 6217 TFSA | 2/09/23 | 2/13/23 | 1,000 | | MMAT | US59134N1046 | 341611 | 0.88990 | 889.90 | 9.95 | USD |
| **SLA MMAT 6217 TFSA Total** | | | 2,111 | 0 | | | | | 4,364.78 | | |
| SLA MMAX 6217 TFSA | 10/10/21 | 10/14/21 | 2,400 | | MMAX | CA59134L1085 | 365420 | 5.31000 | 12,744.00 | 9.95 | CAD |
| SLA MMAX 6217 TFSA | 10/13/21 | 10/15/21 | 1,800 | | MMAX | CA59134L1085 | 388102 | 5.31000 | 9,558.00 | 9.95 | CAD |
| SLA MMAX 6217 TFSA | 10/17/21 | 10/21/21 | 2,400 | | MMAX | CA59134L1085 | 378648 | 5.31000 | 12,744.00 | 9.95 | CAD |
| SLA MMAX 6217 TFSA | 2/28/22 | 3/02/22 | 1,000 | | MMAX | CA59134L1085 | 361347 | 2.48000 | 2,480.00 | 9.95 | CAD |
| SLA MMAX 6217 TFSA | 6/30/22 | 7/05/22 | 200 | | MMAX | CA59134L1085 | 390275 | 1.19000 | 238.00 | 9.95 | CAD |
| SLA MMAX 6217 TFSA | 10/25/22 | 10/27/22 | 1,500 | | MMAX | CA59134L1085 | 395804 | 1.20000 | 1,800.00 | 9.95 | CAD |
| SLA MMAX 6217 TFSA | 1/18/23 | 1/20/23 | 300 | | MMAX | CA59134L1085 | 359618 | 1.21000 | 363.00 | 9.95 | CAD |
| SLA MMAX 6217 TFSA | 2/10/23 | 2/14/23 | 4,500 | | MMAX | CA59134L1085 | 375978 | 1.06000 | 4,770.00 | 9.95 | CAD |
| **SLA MMAX 6217 TFSA Total** | | | 14,100 | 0 | | | | | 44,697.00 | | |
| SLA MMTLP 5711 CSH | 12/08/22 | 12/12/22 | 400 | | MMTLP | US59134N1046 | 388187 | 3.05000 | 1,220.00 | 9.95 | USD |
| **SLA MMTLP 5711 CSH Total** | | | 400 | 0 | | | | | 1,220.00 | | |
| **Grand Total** | | | 24,781 | 1,000 | | | | | 61,604.98 | | |



| Direct Investing | **RBC Direct Investing Inc.** |
|---|---|
| | **ORDER EXECUTION ONLY ACCOUNT** |

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_1260728_004-E:29833-05833

>SHELLY ANDERSON
7434 FINNERTY SIDEROAD
CALEDON EAST ON L7K 1C8

## Confirmation Notice

**DATE**
DECEMBER 8, 2022

**ACCOUNT NO.**   **TYPE**
▇▇▇5711           CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

## SETTLEMENT DATE      DECEMBER 12, 2022

| TRANSACTION TYPE | | | **BOUGHT** |
|---|---|---|---|
| Quantity | Security Description | | Unit Price |
| 400 | META MATLS INC PFD SER A UNSOLICITED DA | @ | 3.05U$ |

| | |
|---|---|
| GROSS AMOUNT | 1,220.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,229.95 U$ |
| NET AMOUNT | 1,229.95 U$ |

**CLIENT NAME**                  >SHELLY ANDERSON
**ACCOUNT NO.**                  ▇▇▇5711 - CSH
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
I.R. NO. 3YA

REFERENCE W8187  /  CUSIP US59134N2036  /  SECURITY NO. M067998  /  ORDER NO. 388187  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1260728_004-00011685-E:29833



**Direct Investing**
**RBC**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6650703_004-E:30165-00165

>SHELLY ANDERSON
7434 FINNERTY SIDEROAD
CALEDON EAST ON  L7K 1C8

## Confirmation Notice

**DATE**
AUGUST 22, 2022

**ACCOUNT NO.**  **TYPE**
▉▉▉▉5711         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**        **AUGUST 24, 2022**

**TRANSACTION TYPE**                         **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 370 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | .85U$ |

| | |
|---|---|
| GROSS AMOUNT | 314.50 |
| COMMISSION | 9.95 |
| SUB TOTAL | 324.45 U$ |
| NET AMOUNT | 324.45 U$ |

**CLIENT NAME**                    >SHELLY ANDERSON
**ACCOUNT NO.**                    ▉▉▉▉5711 – CSH
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE W6907  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 376907  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_6650703_004- 00000329 - E:30165

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

ADPRB10720_1017482_004-E:29091-05091
>SHELLY ANDERSON
7434 FINNERTY SIDEROAD
CALEDON EAST ON L7K 1C8

## Confirmation Notice

**DATE**
NOVEMBER 28, 2022

**ACCOUNT NO.**   **TYPE**
▇▇▇5711            CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**     **NOVEMBER 30, 2022**

TRANSACTION TYPE                                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 3,800 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 1.84U$ |

| | |
|---|---|
| GROSS AMOUNT | 6,992.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 7,001.95 U$ |
| NET AMOUNT | 7,001.95 U$ |

**CLIENT NAME**                  >SHELLY ANDERSON
**ACCOUNT NO.**                  ▇▇▇5711 - CSH
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE W1401 / CUSIP US59134N1046 / SECURITY NO. M067927 / ORDER NO. 351401 / INTERNAL CODES UN 65 / 684 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1017482_004 - 00010181 - E:29091

 **Direct Investing** # RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_1287556_004-E:29143-05143

>SHELLY ANDERSON
7434 FINNERTY SIDEROAD
CALEDON EAST ON  L7K 1C8

## Confirmation Notice

**DATE**
DECEMBER 9, 2022

**ACCOUNT NO.**   **TYPE**
         5711        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

### SETTLEMENT DATE          DECEMBER 13, 2022

| TRANSACTION TYPE | | | **BOUGHT** |
|---|---|---|---|
| Quantity | Security Description | | Unit Price |
| 4,000 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 1.25U$ |



| | |
|---|---|
| GROSS AMOUNT | 5,000.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 5,009.95 U$ |
| NET AMOUNT | 5,009.95 U$ |

**CLIENT NAME**                          >SHELLY ANDERSON
**ACCOUNT NO.**                             5711 - CSH
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
I.R. NO. 3YA

REFERENCE W5497  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 385497  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1287556_004 - 00010285 - E:29143

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 59 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

ADPRB10720_2135821_004-E:31658-07658

>SHELLY ANDERSON
7434 FINNERTY SIDEROAD
CALEDON EAST ON L7K 1C8

## Confirmation Notice

**DATE**
JANUARY 20, 2023

**ACCOUNT NO.**       **TYPE**
█████5711                CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING SALE FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

## SETTLEMENT DATE          JANUARY 24, 2023

| TRANSACTION TYPE | | SOLD |
|---|---|---|
| Quantity Security Description | | Unit Price |
| 1,000 META MATLS INC COMMON STOCK UNSOLICITED CA | @ | .9833U$ |

| | |
|---|---|
| GROSS AMOUNT | 983.30 |
| COMMISSION | 9.95 |
| US TRAN FEE | .03 |
| FEE SUB TOTAL | 9.98 |
| SUB TOTAL | 973.32 U$ |
| NET AMOUNT | 973.32CR U$ |

**CLIENT NAME**                          >SHELLY ANDERSON
**ACCOUNT NO.**                          █████5711 - CSH
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE W3307  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 353307  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2135821_004-00015315-E:31658



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
**ORDER EXECUTION ONLY ACCOUNT**

ADPRB10720_6953044_002-E:16076-06076
>MRS SHELLY L ANDERSON
7434 FINNERTY SIDEROAD
CALEDON EAST ON L7K 1C8

## Confirmation Notice

**DATE**
SEPTEMBER 27, 2021

**ACCOUNT NO.**   **TYPE**
▮▮▮▮6217   TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**         **SEPTEMBER 29, 2021**

**TRANSACTION TYPE**                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 368 | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | 6.11U$ |

| | |
|---|---|
| GROSS AMOUNT | 2,248.48 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,258.43 U$ |
| NET AMOUNT | 2,258.43 U$ |

**CLIENT NAME**                    >MRS SHELLY L ANDERSON
**ACCOUNT NO.**                    ▮▮▮▮6217 – TFSA
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE R9879 / CUSIP US59134N1046 / SECURITY NO. M067927 / ORDER NO. 279879 / INTERNAL CODES UN 65 / 684 A

Member-CanadianInvestor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_6953044_002-00012131-E:16076



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2573572_002-E:10480-02480

>MRS SHELLY L ANDERSON
7434 FINNERTY SIDEROAD
CALEDON EAST ON  L7K 1C8

## Confirmation Notice

**DATE**
FEBRUARY 9, 2023

**ACCOUNT NO.**    **TYPE**
▇▇▇▇6217            TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**         **FEBRUARY 13, 2023**

**TRANSACTION TYPE**                                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | .8899U$ |

| | |
|---|---|
| GROSS AMOUNT | 889.90 |
| COMMISSION | 9.95 |
| SUB TOTAL | 899.85 U$ |
| NET AMOUNT | 899.85 U$ |

**CLIENT NAME**                          >MRS SHELLY L ANDERSON
**ACCOUNT NO.**                          ▇▇▇▇6217 - TFSA
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE W1611  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 341611  /  INTERNAL CODES UN 65  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2573572_002 - 00004959 - E:10480

 Direct Investing

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

ADPRB10720_7429013_002-E:16128-06128
>MRS SHELLY L ANDERSON
7434 FINNERTY SIDEROAD
CALEDON EAST ON  L7K 1C8

## Confirmation Notice

**DATE**
OCTOBER 19, 2021

**ACCOUNT NO.**   **TYPE**
▉6217               TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**      **OCTOBER 21, 2021**

**TRANSACTION TYPE**                       **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 93 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 4.80U$ |



| | |
|---|---|
| GROSS AMOUNT | 446.40 |
| COMMISSION | 9.95 |
| SUB TOTAL | 456.35 U$ |
| NET AMOUNT | 456.35 U$ |

**CLIENT NAME**                    >MRS SHELLY L ANDERSON
**ACCOUNT NO.**                    ▉6217 - TFSA
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE W9684  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 399684  /  INTERNAL CODES UN 65  /  684 A

Member-CanadianInvestor Protection Fund.®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7429013_002-00012255-E:16128

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

ADPRB10720_7715856_001-E:8413-08413

>MRS SHELLY L ANDERSON
7434 FINNERTY SIDEROAD
CALEDON EAST ON L7K 1C8

## Confirmation Notice

**DATE**
OCTOBER 13, 2022

**ACCOUNT NO.**   **TYPE**
█████6217         TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**    **OCTOBER 17, 2022**

**TRANSACTION TYPE**    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 650 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 1.20U$ |

| | |
|---|---|
| GROSS AMOUNT | 780.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 789.95 U$ |
| NET AMOUNT | 789.95 U$ |

**CLIENT NAME**                  >MRS SHELLY L ANDERSON
**ACCOUNT NO.**                  █████6217 – TFSA
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE W2377 / CUSIP US59134N1046 / SECURITY NO. M067927 / ORDER NO. 342377 / INTERNAL CODES UN 65 / 684 A

Member-CanadianInvestor Protection Fund. ® / ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7715856_001 – 00016825 – E:8413



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6645085_002-E:14373-04373

>MRS SHELLY L ANDERSON
7434 FINNERTY SIDEROAD
CALEDON EAST ON  L7K 1C8

## Confirmation Notice

**DATE**
SEPTEMBER 10, 2021

**ACCOUNT NO.**   **TYPE**
▇▇▇6217          TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

**SETTLEMENT DATE**     **SEPTEMBER 14, 2021**

TRANSACTION TYPE                                     **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,400 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | 5.31C$ |

| | |
|---|---|
| GROSS AMOUNT | 12,744.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 12,753.95 C$ |
| NET AMOUNT | 12,753.95 C$ |

**CLIENT NAME**                >MRS SHELLY L ANDERSON
**ACCOUNT NO.**                ▇▇▇6217 - TFSA
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE W5420  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 365420  /  INTERNAL CODES UN A1  /  684 A

Member-CanadianInvestor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_6645085_002-00006745-E:14373



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2598376_002-E:9785-01785
>MRS SHELLY L ANDERSON
7434 FINNERTY SIDEROAD
CALEDON EAST ON  L7K 1C8

## Confirmation Notice

**DATE**
FEBRUARY 10, 2023

**ACCOUNT NO.**   **TYPE**
▇▇▇6217          TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

**SETTLEMENT DATE**        **FEBRUARY 14, 2023**

**TRANSACTION TYPE**                           **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 4,500 | METAMATERIAL EXCHANGECO INC<br>COMMON<br>UNSOLICITED<br>AVG PRICE SHOWN-DETAILS ON REQ<br>DA | @ | 1.06C$ |

| | |
|---|---|
| GROSS AMOUNT | 4,770.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 4,779.95 C$ |
| NET AMOUNT | 4,779.95 C$ |

**CLIENT NAME**                    >MRS SHELLY L ANDERSON
**ACCOUNT NO.**                    ▇▇▇6217 - TFSA
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE W5978  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 375978  /  INTERNAL CODES UN A1  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2598376_002 - 00003569 - E:9785



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
### ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_6676576_002-E:15872-05872

>MRS SHELLY L ANDERSON
7434 FINNERTY SIDEROAD
CALEDON EAST ON L7K 1C8

## Confirmation Notice

**DATE**
SEPTEMBER 13, 2021

**ACCOUNT NO.**　**TYPE**
▇▇▇6217　　TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

**SETTLEMENT DATE**　　**SEPTEMBER 15, 2021**

**TRANSACTION TYPE**　　　　　　　　　　**BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,800 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | 5.31C$ |

| | |
|---|---|
| GROSS AMOUNT | 9,558.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 9,567.95 C$ |
| NET AMOUNT | 9,567.95 C$ |

**CLIENT NAME**　　　　　　　　　　>MRS SHELLY L ANDERSON
**ACCOUNT NO.**　　　　　　　　　　▇▇▇6217 – TFSA
**INVESTMENT REPRESENTATIVE**　ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE W8102  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 388102  /  INTERNAL CODES UN A1  /  684 A

Member–CanadianInvestor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_6676576_002- 00011743 - E:15872

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

ADPRB10720_6776472_002-E:14066-04066
>MRS SHELLY L ANDERSON
7434 FINNERTY SIDEROAD
CALEDON EAST ON  L7K 1C8

## Confirmation Notice

**DATE**
SEPTEMBER 17, 2021

**ACCOUNT NO.**　　**TYPE**
▆▆▆6217　　TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

**SETTLEMENT DATE**　　**SEPTEMBER 21, 2021**

TRANSACTION TYPE　　　　　　　　　　　**BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,400 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED DA | @ | 5.31C$ |

| | |
|---|---|
| GROSS AMOUNT | 12,744.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 12,753.95 C$ |
| NET AMOUNT | 12,753.95 C$ |

**CLIENT NAME**　　　　　　　　　　>MRS SHELLY L ANDERSON
**ACCOUNT NO.**　　　　　　　　　　▆▆▆6217 – TFSA
**INVESTMENT REPRESENTATIVE**　　ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE W8648  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 378648  /  INTERNAL CODES UN A1  /  684 A

Member-CanadianInvestor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_6776472_002 – 00008131 – E:14066

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

ADPRB10720_5567232_001-E:8142-08142
>MRS SHELLY L ANDERSON
7434 FINNERTY SIDEROAD
CALEDON EAST ON L7K 1C8

## Confirmation Notice

**DATE**
JUNE 30, 2022

**ACCOUNT NO.**   **TYPE**
▇▇▇▇6217          TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON AEQUITAS

| SETTLEMENT DATE | JULY 5, 2022 |
|---|---|
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 200 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED DA | @ | 1.19C$ |

| | |
|---|---|
| GROSS AMOUNT | 238.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 247.95 C$ |
| NET AMOUNT | 247.95 C$ |

**CLIENT NAME**                              >MRS SHELLY L ANDERSON
**ACCOUNT NO.**                              ▇▇▇▇6217 - TFSA
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE W0275  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 390275  /  INTERNAL CODES UN O1  /  684 A

Member-CanadianInvestor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_5567232_001-00016283-E:8142



Direct Investing

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

ADPRB10720_2967351_002-E:14710-04710
>MRS SHELLY L ANDERSON
7434 FINNERTY SIDEROAD
CALEDON EAST ON L7K 1C8

## Confirmation Notice

**DATE**
FEBRUARY 28, 2022

**ACCOUNT NO.**  **TYPE**
▮▮▮▮6217  TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

**SETTLEMENT DATE**        **MARCH 2, 2022**

**TRANSACTION TYPE**                                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED DA | @ | 2.48C$ |

| | |
|---|---|
| GROSS AMOUNT | 2,480.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,489.95 C$ |
| NET AMOUNT | 2,489.95 C$ |

**CLIENT NAME**                    >MRS SHELLY L ANDERSON
**ACCOUNT NO.**                    ▮▮▮▮6217 - TFSA
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
I.R. NO. 3YA

REFERENCE W1347 / CUSIP CA59134L1085 / SECURITY NO. M067926 / ORDER NO. 361347 / INTERNAL CODES UN A1 / 684 A

Member–CanadianInvestor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2967351_002 - 00009419 - E:14710



**Direct Investing**
RBC

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7935362_001-E:7847-07847
>MRS SHELLY L ANDERSON
7434 FINNERTY SIDEROAD
CALEDON EAST ON  L7K 1C8

## Confirmation Notice

**DATE**
OCTOBER 25, 2022

**ACCOUNT NO.**      **TYPE**
▇▇▇6217                      TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

**SETTLEMENT DATE**         **OCTOBER 27, 2022**

| TRANSACTION TYPE | | | **BOUGHT** |
|---|---|---|---|
| Quantity | Security Description | | Unit Price |
| 1,500 | METAMATERIAL EXCHANGECO INC COMMON UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | 1.20C$ |

| | |
|---|---|
| GROSS AMOUNT | 1,800.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,809.95 C$ |
| NET AMOUNT | 1,809.95 C$ |

**CLIENT NAME**                          >MRS SHELLY L ANDERSON
**ACCOUNT NO.**                          ▇▇▇6217 - TFSA
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE W5804  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 395804  /  INTERNAL CODES UN TL  /  684 A

Member-CanadianInvestor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7935362_001 - 00015693 - E:7847



**Direct Investing**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2051379_002-E:9476-01476
>MRS SHELLY L ANDERSON
7434 FINNERTY SIDEROAD
CALEDON EAST ON L7K 1C8

## Confirmation Notice

**DATE**
JANUARY 18, 2023

**ACCOUNT NO.**   **TYPE**
6217             TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT ON THE CANADIAN SECURITIES EXCHANGE.

**SETTLEMENT DATE**      **JANUARY 20, 2023**

**TRANSACTION TYPE**                         **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 300 | METAMATERIAL EXCHANGECO INC | @ | 1.21C$ |
| | COMMON | | |
| | UNSOLICITED | | |
| | DA | | |

| | |
|---|---|
| GROSS AMOUNT | 363.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 372.95 C$ |
| NET AMOUNT | 372.95 C$ |

**CLIENT NAME**                   >MRS SHELLY L ANDERSON
**ACCOUNT NO.**                   6217 - TFSA
**INVESTMENT REPRESENTATIVE**     ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE W9618  /  CUSIP CA59134L1085  /  SECURITY NO. M067926  /  ORDER NO. 359618  /  INTERNAL CODES UN A1  /  684 A

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2051379_002 - 00002951 - E:9476

Please note: The Canadian security Metamaterial ExchangeCo Inc that traded in Canada as MMAX represents 1:1 share equivalency of Meta Materials Inc and is represented as included in the total shares for Meta Materials Inc. Please see below.

▌

28/06/2021

## 2021-0637 – New Listing – Metamaterial Inc./Metamaterial Exchangeco Inc. 

### Le 28 Juin/June 28, 2021

*Further to Bulletin 2021-0636 – Share Reclassification and Name Change - Metamaterial Inc. (MMAT) | CSE - Canadian Securities Exchange (thecse.com), Metamaterial Exchangeco Inc. exchangeable shares have been approved for listing.*

*Each Exchangeable Share ("MMAX") is exchangeable into one Meta Materials Inc. common share. Meta Materials Inc. is listed on Nasdaq under the symbol "MMAT".*

---

Our common stock is quoted on the Nasdaq under the symbol, "MMAT". As of December 31, 2023, we had outstanding common shares of 5,659,438 which includes 368,118 Exchangeable Shares held by certain stockholders in Canada and which are traded on the Canadian Securities Exchange ("CSE") under the symbol "MMAX", and that are exchangeable for shares of MMAT on a 1-for-1 basis.

The Exchangeable Shares were listed in connection with the completion of the Torchlight RTO where former holders of Metamaterial Inc.'s common shares (that were previously traded on the CSE) were entitled to receive 1.845 of our common shares for each previously held common share of Metamaterial Inc. or in Exchangeable Shares of a wholly-owned subsidiary of META that reflect the same exchange ratio on issuance.

**Holders of Record**

As of March 8, 2024, there were 181 holders of record of the Company's common stock listed on Nasdaq. The majority of our common stock is held by brokers and other institutions on behalf of stockholders; accordingly, we are unable to estimate the total number of beneficial owners of our common stock.

Holders of our common stock are entitled to one vote for each share held of record on all matters submitted to a vote of stockholders.

Holders of our common stock have no preemptive rights and no right to convert their common stock into any other securities. There are no redemption or sinking fund provisions applicable to the common stock. 

**Dividend Policy**