NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |

**Name of Debtor:** Meta Materials, Inc.
**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Susan J. Panzarino
   117 Tropic Place, Rockledge, FL 32955

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC 16 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   **Telephone Number:** 321-507-5545

   **COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**
Brokerage 386   Contributory 4723

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   Susan Panzarino
   TD Ameritrade / Charles Schwab   2 accounts: 386/723
   **Telephone Number:** 800-435-4000

3. **Date Equity Interest was acquired:**
   October 2022
   November 2022
   December 2022

4. **Total amount of member interest:** $3,394.88 —
   1100 + 1400 = 11 & 14
   after reverse split

5. **Certificate number(s):** See Documents attached

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Susan J. Panzarino
**Title:**
**Company:** Address and telephone number (if different from notice address above):

(Signature) Susan J. Panzarino
(Date)
**Telephone number:** 321-507-5545
**email:** SuePanzarino@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Positions

Designated Bene Ind... ...386

☑ Group by Security Type   ☑ Condensed Table View

## Account Summary

| Total Accounts Value | Total Cash & Cash Invest | Total Market Value | Total Day Change | Total Cost Basis | Total Gain/Loss[2] |
|---|---|---|---|---|---|
| $109,379.39 | $4,826.64 | $104,552.75 | +$39.95 (+0.04%) | $82,902.61 | +$21,650.14 (+26.12%) |

## Positions Details *

| Symbol | Name | Qty | Price | $ Price Chng | Mkt Val | $ Day Chng | Cost Basis |
|---|---|---|---|---|---|---|---|
| ▼ Equities | | | | | | | |
| EPD | ENTERPRISE PRODS PARTR LP | 11.5667 | $32.80[3] | -$0.05 | $379.39[3] | -$0.58 | $292.15 |
| GOEV | CANOO INC CLASS A | 1 | $0.3068[3] | -$0.0314 | $0.31[3] | -$0.03 | $377.20 |
| FNGR | FINGERMOTION INC | 130 | $1.96[3] | -$0.01 | $254.80[3] | -$1.30 | $887.50 |
| CHPT | CHARGEPOINT HLDGS INC CLA... | 90 | $1.31[3] | -$0.04 | $117.90[3] | -$3.60 | $1,514.75 |
| MMATQ | META MATLS INC CLASS EQUITY | 11 | $0.00[3] | -$0.0001 | $0.00[3] | +$0.00 | $1,740.99 |
| Total Equities | | | | | $752.40 | -$5.51 | $4,812.59 |
| ▼ Mutual Funds | | | | | | | |
| AMECX | AMERICAN FUNDS INCOME FUN... | 1,338.604 | $26.21 | +$0.00 | $35,084.81 | +$0.00 | $28,471.65 |
| ANCFX | AMERICAN FUNDS FUNDAMENT... | 233.856 | $89.60 | +$0.00 | $20,953.50 | +$0.00 | $14,509.19 |
| AWSHX | AMERICAN FUNDS WASHINGTO... | 250.402 | $65.87 | +$0.00 | $16,493.98 | +$0.00 | $11,122.13 |
| ABALX | AMERICAN FUNDS AMERICAN B... | 503.426 | $37.18 | +$0.00 | $18,717.38 | +$0.00 | $13,875.14 |
| MAGWX | MFS GROWTH ALLOCATION A | 237.159 | $26.48 | -$0.01 | $6,279.97 | -$2.37 | $4,608.38 |
| FGTIX | FRANKLIN GROWTH ALLOCATIO... | 295.37 | $21.23 | +$0.03 | $6,270.71 | +$8.86 | $5,503.53 |
| Total Mutual Funds | | | | | $103,800.35 | +$6.49 | $78,090.02 |
| ▶ Cash & Money Market | | | | | | | |
| Total Cash & Money Market | | | | | $4,826.64 | +$0.00 | N/A |
| Account Total | | | | | $109,379.39 | +$0.98 | $82,902.61 |

## Disclosures & Footnotes

Equities market data is provided from multiple sources including but not limited to Cboe One, Nasdaq Basic/Last Sale and the National Market System Plan.

For Mutual Funds, the Net Asset Value (NAV) is a daily calculation occurring after market close. This process may take 2 to 4 hours before a final NAV is displayed to t

Mutual fund values for Day Change and Price Change will be reset to zero approximately 4 hours before market open on Monday, and approximately 1 hour before ma Change and Price Change will appear if there is a valid value to present. If there is no quote, Day Change and/or Price Change values will show N/A.

Option quotes are delayed for non-paying professional users or clients of unknown status.

Options data is provided by the Options Price Reporting Authority.

Streaming quotes may update as frequently as once per second. Streaming may be disabled to maintain system performance.

* Streamed data includes Price, Price Change, 52 Week High, 52 Week Low and Volume.

Quantity, Market Value, Day Change, Gain/Loss, % of Account, Intrinsic Value, In the Money, Cost Basis, Margin Requirement, and Cost/Share update every 5 minute

To update your streaming preferences, go to Profile and then go to Streaming Quotes.

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they make available; (2) do not either to their negligence or to any cause beyond their reasonable control.

For each fund with at least a three-year history, Morningstar calculates a Morningstar Rating™ based on a Morningstar Risk-Adjusted Return measure that accounts fi effects of sales changes, loads and redemption fees), placing more emphasis on downward variations and rewarding consistent performance. (Each share class is co

# Positions

Contributory ...723

☑ Group by Security Type  ☑ Condensed Table View

## Account Summary

| Total Accounts Value | Total Cash & Cash Invest | Total Market Value | Total Day Change | Total Cost Basis | Total Gain/Loss[2] |
|---|---|---|---|---|---|
| $106,142.39 | $41,404.90 | $64,737.49 | -$49.91 (-0.05%) | $49,013.43 | +$15,724.06 (+32.08%) |

## Positions Details *

| Symbol | Name | Qty | Price | $ Price Chng | Mkt Val | $ Day Chng | Cost Basis |
|---|---|---|---|---|---|---|---|
| **▼ Equities** | | | | | | | |
| V | VISA INC CLASS A | 7.1731 | $311.01[3] | +$1.93 | $2,230.91[3] | +$13.84 | $664.89 |
| IBM | IBM CORP | 7.1534 | $238.04[3] | +$3.29 | $1,702.80[3] | +$23.53 | $969.23 |
| VLO | VALERO ENERGY CORP NEW | 5.942 | $131.52[3] | -$1.53 | $781.49[3] | -$9.09 | $390.87 |
| DUK | DUKE ENERGY CORP NEW | 18.7606 | $112.10[3] | -$1.91 | $2,103.06[3] | -$35.83 | $1,771.22 |
| RTX | RTX CORP | 10.7878 | $117.99[3] | -$0.53 | $1,272.85[3] | -$5.72 | $950.39 |
| PM | PHILIP MORRIS INTL INC | 6.1855 | $130.56[3] | -$1.93 | $807.58[3] | -$11.94 | $557.26 |
| ET | ENERGY TRANSFER L P LP | 39.4017 | $19.26[3] | +$0.19 | $758.88[3] | +$7.49 | $518.48 |
| EPD | ENTERPRISE PRODS PART LP | 33.892 | $32.80[3] | -$0.05 | $1,111.66[3] | -$1.69 | $913.21 |
| C | CITIGROUP INC | 18.4567 | $72.15[3] | -$0.08 | $1,331.65[3] | -$1.48 | $1,193.65 |
| ENB | ENBRIDGE INC F | 10 | $43.14[3] | -$0.78 | $431.40[3] | -$7.80 | $319.90 |
| CSCO | CISCO SYS INC | 5.7892 | $59.89[3] | -$0.13 | $346.72[3] | -$0.75 | $292.86 |
| PAA | PLAINS ALL AMERICAN PLP | 35 | $18.18[3] | -$0.26 | $636.30[3] | -$9.10 | $598.50 |
| KD | KYNDRYL HLDGS INC | 2 | $34.51[3] | -$0.16 | $69.02[3] | -$0.32 | $58.44 |
| GOEV | CANOO INC CLASS A | 1 | $0.3068[3] | -$0.0314 | $0.30[3] | -$0.03 | $35.19 |
| VZ | VERIZON COMMUNICATIONS I | 26.6727 | $42.37[3] | -$0.18 | $1,130.12[3] | -$4.80 | $1,207.83 |
| TFC | TRUIST FINL CORP | 29.9822 | $47.26[3] | +$0.09 | $1,416.96[3] | +$2.70 | $1,625.55 |
| MDT | MEDTRONIC PLC F | 21.025 | $84.01[3] | -$0.13 | $1,766.31[3] | -$2.73 | $2,403.38 |
| MMATQ | META MATLS INC CLASS EQUITY | 14 | $0.00[3] | -$0.0001 | $0.00[3] | +$0.00 | $1,653.89 |
| **Total Equities** | | | | | **$17,898.02** | **-$43.72** | **$16,124.74** |
| **▼ ETFs & Closed End Funds** | | | | | | | |
| VYM | VANGUARD HIGH DIVIDEND YIEL... | 55.1522 | $132.80[3] | -$0.13 | $7,324.21[3] | -$7.17 | $4,890.42 |
| IWR | ISHARES RUSSELL MID CAP ETF | 41.8888 | $94.80[3] | +$0.12 | $3,971.06[3] | +$5.03 | $3,425.17 |
| **Total ETFs & Closed End Funds** | | | | | **$11,295.27** | **-$2.14** | **$8,315.59** |
| **▼ Mutual Funds** | | | | | | | |
| FWMIX | AMERICAN FUNDS WASHINGTON... | 216.432 | $65.85 | +$0.00 | $14,252.05 | +$0.00 | $8,550.83 |
| HGIFX | HARTFORD CORE EQUITY F | 123.858 | $59.14 | +$0.13 | $7,324.96 | +$16.10 | $4,014.35 |
| FIFAX | AMERICAN FUNDS INCOME FUN... | 533.099 | $26.20 | -$0.05 | $13,967.19 | -$26.65 | $12,007.92 |
| **Total Mutual Funds** | | | | | **$35,544.20** | **-$10.55** | **$24,573.10** |
| **▼ Cash & Money Market** | | | | | | | |
| Cash & Cash Investments[1] | | | | | $41,404.90 | +$0.00 | — |
| **Total Cash & Money Market** | | | | | **$41,404.90** | **+$0.00** | **N/A** |
| **Account Total** | | | | | **$106,142.39** | **-$56.41** | **$49,013.43** |



Schwab One® Account of

SUSAN J PANZARINO # 8386
DESIGNATED BENE PLAN/TOD

Statement Period
October 1-31, 2024

## Positions - Summary

| Beginning Value as of 10/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 10/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $106,984.43 | | $0.00 | | $0.00 | | $0.89 | | ($1,120.39) | | $105,864.93 | $82,896.64 | $18,142.36 |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK USA NA x,z | | | 4,825.04 | 4,825.93 | 0.89 | | 0.20% | 5% |
| **Total Cash and Cash Investments** | | | | | **$4,825.04** | **$4,825.93** | **$0.89** | | | **5%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| GOEV | CANOO INC ◊ | 1.0000 | 0.75700 | 0.76 | 377.20 | (376.44) | N/A | 0.00 | <1% |
| CHPT | CHARGEPOINT HLDGS INC ◊ | 90.0000 | 1.20000 | 108.00 | 1,514.75 | (1,406.75) | N/A | 0.00 | <1% |
| FNGR | FINGERMOTION INC ◊ | 130.0000 | 1.88000 | 244.40 | 887.50 | (643.10) | N/A | 0.00 | <1% |
| MMATQ | META MATLS INC | 11.0000 | 0.07100 | 0.78 | 1,740.99 | (1,740.21) | N/A | 0.00 | <1% |
| **Total Equities** | | | | **$353.94** | **$4,520.44** | **($4,166.50)** | | **$0.00** | **<1%** |

## Positions - Mutual Funds

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | % of Acct |
|---|---|---|---|---|---|---|---|
| ABALX | AMERICAN FUNDS AMERICAN ◊ BALANCED A | 503.4260 | 35.90000 | 18,072.99 | 13,875.14 | 4,197.85 | 17% |
| ANCFX | AMERICAN FUNDS FUNDAMENT ◊ AL INVS A | 233.8560 | 85.10000 | 19,901.15 | 14,509.19 | 5,391.96 | 19% |
| AMECX | AMERICAN FUNDS INCOME FU ◊ ND OF AMER A | 1,338.6040 | 25.71000 | 34,415.51 | 28,471.65 | 5,943.86 | 33% |



Schwab One® Account of

SUSAN J PANZARINO
DESIGNATED BENE PLAN/TOD

Statement Period
October 1-31, 2024

## Positions - Mutual Funds (continued)

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | % of Acct |
|---|---|---|---|---|---|---|---|
| AWSHX | AMERICAN FUNDS WASHINGTON MUTUAL A ◊ | 250.4020 | 63.62000 | 15,930.58 | 11,122.13 | 4,808.45 | 15% |
| FGTIX | FRANKLIN GROWTH ALLOCATION A ◊ | 295.3700 | 20.26000 | 5,984.20 | 5,503.53 | 480.67 | 6% |
| MAGWX | MFS GROWTH ALLOCATION A ◊ | 237.1590 | 25.53000 | 6,054.67 | 4,608.38 | 1,446.29 | 6% |
| **Total Mutual Funds** | | | | **$100,359.10** | **$78,090.02** | **$22,269.08** | **95%** |

## Positions - Other Assets

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| EPD | ENTERPRISE PRODS PART LP ◊ | 11.3733 | 28.66000 | 325.96 | 286.18 | 39.78 | 7.32% | 23.88 | <1% |
| **Total Other Assets** | | | | **$325.96** | **$286.18** | **$39.78** | | **$23.88** | **<1%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 10/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 10/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $4,825.04 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.89 | | $0.00 | | $4,825.93 |

Other Activity  $0.00      Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 10/16 | Interest | Bank Interest X,Z | | BANK INT 091624-101524 | | | | 0.89 | |
| **Total Transactions** | | | | | | | | **$0.89** | **$0.00** |

Date column represents the Settlement/Process date for each transaction.



**Contributory IRA of**

SUSAN J PANZARINO
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

Statement Period
October 1-31, 2024

## Positions - Summary

| Beginning Value as of 10/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 10/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $103,727.08 | | $0.00 | | ($17.23) | | $39.30 | | ($349.47) | | $103,399.68 | $49,699.60 | $13,306.71 |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK USA NA x,z | | | 39,904.42 | 40,393.37 | 488.95 | | 0.20% | 39% |
| **Total Cash and Cash Investments** | | | | | **$39,904.42** | **$40,393.37** | **$488.95** | | | **39%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| GOEV | CANOO INC ◊ | 1.0000 | 0.75700 | 0.76 | 35.19 | (34.43) | N/A | 0.00 | <1% |
| CSCO | CISCO SYS INC ◊ | 5.7892 | 54.77000 | 317.07 | 292.86 | 24.21 | 2.92% | 9.26 | <1% |
| C | CITIGROUP INC ◊ | 23.2682 | 64.17000 | 1,493.12 | 1,516.35 | (23.23) | 3.49% | 52.12 | 1% |
| DUK | DUKE ENERGY CORP NEW ◊ | 18.7606 | 115.27000 | 2,162.53 | 1,771.22 | 391.31 | 3.62% | 78.42 | 2% |
| ENB | ENBRIDGE INC   F | 10.0000 | 40.40000 | 404.00 | 319.90 | 84.10 | 6.67% | 26.97 | <1% |
| IBM | IBM CORP ◊ | 7.1534 | 206.72000 | 1,478.75 | 969.23 | 509.52 | 3.23% | 47.78 | 1% |
| KD | KYNDRYL HLDGS INC ◊ | 2.0000 | 22.89000 | 45.78 | 58.44 | (12.66) | N/A | 0.00 | <1% |
| MDT | MEDTRONIC PLC   F | 21.0250 | 89.25000 | 1,876.48 | 2,403.38 | (526.90) | 3.13% | 58.87 | 2% |
| MMATQ | META MATLS INC | 14.0000 | 0.07100 | 0.99 | 1,653.89 | (1,652.90) | N/A | 0.00 | <1% |
| PM | PHILIP MORRIS INTL INC ◊ | 11.1855 | 132.70000 | 1,484.32 | 988.13 | 496.19 | 4.06% | 60.40 | 1% |
| RTX | RTX CORP ◊ | 10.7878 | 120.99000 | 1,305.22 | 950.39 | 354.83 | 2.08% | 27.19 | 1% |
| TFC | TRUIST FINL CORP ◊ | 29.6560 | 43.05000 | 1,276.69 | 1,610.13 | (333.44) | 4.83% | 61.68 | 1% |
| VLO | VALERO ENERGY CORP NEW ◊ | 5.9420 | 129.76000 | 771.03 | 390.87 | 380.16 | 3.29% | 25.43 | <1% |



**Contributory IRA of**

SUSAN J PANZARINO
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

Statement Period
October 1-31, 2024

## Positions - Equities (continued)

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| VZ | VERIZON COMMUNICATIONS I ◊ | 26.2459 | 42.13000 | 1,105.74 | 1,190.05 | (84.31) | 6.31% | 69.81 | 1% |
| V | VISA INC ◊ | 7.1597 | 289.85000 | 2,075.24 | 660.67 | 1,414.57 | 0.71% | 14.89 | 2% |
| **Total Equities** | | | | **$15,797.72** | **$14,810.70** | **$987.02** | | **$532.82** | **15%** |

## Positions - Mutual Funds

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | % of Acct |
|---|---|---|---|---|---|---|---|
| FIFAX | AMERICAN FUNDS INCOME FU ◊ ND OF AMER F3 | 533.0990 | 25.69000 | 13,695.31 | 12,007.92 | 1,687.39 | 13% |
| FWMIX | AMERICAN FUNDS WASHINGTO ◊ N MUTUAL F3 | 216.4320 | 63.58000 | 13,760.75 | 8,550.83 | 5,209.92 | 13% |
| HGIFX | HARTFORD CORE EQUITY F ◊ | 123.8580 | 55.46000 | 6,869.16 | 4,014.35 | 2,854.81 | 7% |
| **Total Mutual Funds** | | | | **$34,325.22** | **$24,573.10** | **$9,752.12** | **33%** |

## Positions - Exchange Traded Funds

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| IWR | ISHARES RUSSELL MID CAP ◊ | 41.8888 | 87.70000 | 3,673.65 | 3,425.17 | 248.48 | 1.7% | 62.66 | 4% |
| VYM | VANGUARD HIGH DIVIDEND ◊ | 55.1522 | 127.78000 | 7,047.35 | 4,890.42 | 2,156.93 | 2.66% | 187.76 | 7% |
| **Total Exchange Traded Funds** | | | | **$10,721.00** | **$8,315.59** | **$2,405.41** | | **$250.42** | **10%** |

## Positions - Other Assets

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| ET | ENERGY TRANSFER L P  LP ◊ | 38.7033 | 16.48000 | 637.83 | 506.00 | 131.83 | 7.76% | 49.54 | <1% |
| EPD | ENTERPRISE PRODS PART LP ◊ | 33.3250 | 28.66000 | 955.09 | 895.71 | 59.38 | 7.32% | 69.98 | <1% |

*Contributory TDA-* (handwritten)

**Statement for Account # 253-021188**
11/01/22 - 11/30/22

### Account Positions

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| INTERNATIONAL BUS MACH CORP COM | IBM | 12.3 | 148.90 | 1,831.47 | 09/02/21 | 1,639.62 | 133.30 | 191.85 | 81.19 | 4.4% |
| ISHARES TRUST RUS MID CAP ETF | IWR | 79.648 | 71.65 | 5,706.78 | 09/02/21 | 6,558.61 | 82.34 | (851.83) | 79.27 | 1.4% |
| KYNDRYL HLDGS INC COM | KD | 2 | 11.71 | 23.42 | 09/02/21 | 58.44 | 29.22 | (35.02) | - | - |
| MEDTRONIC PLC COM | MDT | 20.318 | 79.04 | 1,605.93 | 09/02/21 | 2,347.00 | 115.51 | (741.07) | 55.26 | 3.4% |
| MERCK & CO INC COM | MRK | 10.245 | 110.12 | 1,128.18 | 09/02/21 | 790.02 | 77.11 | 338.16 | 29.92 | 2.7% |
| META MATERIALS INC COM | MMAT | 1,100 | 1.90 | 2,090.00 | 11/01/22 | 1,357.00 | 1.23 | 733.00 | - | - |
| MICROSOFT CORP COM | MSFT | 10.037 | 255.14 | 2,560.84 | 09/02/21 | 2,890.30 | 287.96 | (329.46) | 27.30 | 1.1% |
| PHILIP MORRIS INTL INC COM | PM | 19.315 | 99.67 | 1,925.13 | 04/16/20 | 1,558.50 | 80.69 | 366.63 | 98.12 | 5.1% |
| PROCTER & GAMBLE CO COM | PG | 13.213 | 149.16 | 1,970.85 | 04/07/17 | 1,463.91 | 110.79 | 506.94 | 48.27 | 2.4% |
| RAYTHEON TECH CORP COM | RTX | 15.125 | 98.72 | 1,493.14 | 06/03/20 | 1,129.43 | 74.67 | 363.71 | 33.28 | 2.2% |
| SOFI TECHNOLOGIES INC COM | SOFI | 5 | 4.83 | 24.15 | 10/07/22 | 24.95 | 4.99 | (0.80) | - | - |
| TRUIST FINANCIAL CORPORATION COM | TFC | 26.549 | 46.81 | 1,242.76 | 09/02/21 | 1,494.22 | 56.28 | (251.46) | 55.22 | 4.4% |
| VALERO ENERGY CORP COM | VLO | 15.237 | 133.62 | 2,035.97 | 04/16/20 | 749.38 | 49.18 | 1,286.59 | 59.74 | 2.9% |
| VANGUARD HIGH DIV YLD ETF | VYM | 51.817 | 113.15 | 5,863.09 | 08/23/18 | 4,518.14 | 87.19 | 1,344.95 | 166.63 | 2.8% |
| VERIZON COMMUNICATIONS COM | VZ | 18.565 | 38.98 | 723.66 | 04/07/17 | 915.12 | 49.29 | (191.46) | 48.46 | 6.7% |

## Statement for Account # 253-021188
11/01/22 - 11/30/22

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| VISA INC COM CL A | V | 9.033 | 217.00 | 1,960.16 | 04/07/17 | 807.49 | 89.39 | 1,152.67 | 16.25 | 0.8% |
| WALT DISNEY COMPANY (THE) COM | DIS | 18 | 97.87 | 1,761.66 | 04/07/17 | 1,944.20 | 108.01 | (182.54) | - | - |
| **Total Stocks** | | | | $40,291.65 | | $36,626.80 | | $3,664.85 | $1,062.60 | 2.6% |
| **Mutual Funds - Cash** | | | | | | | | | | |
| AMERICAN FUNDS INCOME FUND OF AMERICA F3 | FIFAX | 477.108 | $ 24.12 | $ 11,507.84 | 04/07/17 | $ 10,713.06 | $ 22.45 | $ 794.78 | $ 350.67 | 3.0% |
| AMERICAN FUNDS WA MUTUAL INVESTORS F3 | FWMIX | 186.914 | 55.15 | 10,308.31 | 12/21/12 | 6,885.40 | 36.84 | 3,422.91 | 185.23 | 1.8% |
| HARTFORD MUTUAL FUNDS CORE EQTY F | HGIFX | 115.305 | 42.74 | 4,928.14 | 04/09/19 | 3,653.75 | 31.69 | 1,274.39 | 44.62 | 0.9% |
| **Total Mutual Funds** | | | | $26,744.29 | | $21,252.21 | | $5,492.08 | $580.52 | 2.2% |
| **Total Cash Account** | | | | $67,035.94 | | $57,879.01 | | $9,156.93 | $1,643.12 | 2.5% |

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | $ 0.00 |
| 11/01/22 | 11/01/22 | Cash | Div/Int - Income | VERIZON COMMUNICATIONS COM Payable: 11/01/2022 QUALIFIED DIVIDENDS 11.91 | VZ | - | $ 0.00 | $ 11.91 | 11.91 |
| 11/02/22 | 11/02/22 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (11.91) | 0.00 |

Brokerage
TDA -

## Statement for Account # 233-305136
### 12/01/22 - 12/31/22

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| META MATERIALS INC COM | MMAT | 1,100 | 1.19 | 1,309.00 | 10/31/22 | 1,740.99 | 1.58 | (431.99) | - | - |
| NEXT BRIDGE HYDROCARBONS COM | 6DA993019 | 700 | NA | NA | - | - | - | - | - | - |
| **Total Stocks** | | | | **$4,841.49** | | **$7,211.86** | | **$(2,370.37)** | **$163.70** | **3.4%** |
| **Fixed Income - Cash** | | | | | | | | | | |
| JPMORGAN CHASE BANK NA CD M/W CLBL 2.25% 08/31/2023 | 48128WXA8 | 1 | $ 98.536 | $985.36 | 05/17/22 | $ 1,000.00 | $ - | $ (14.64) | $ 22.50 | 2.3% |
| **Total Fixed Income** | | | | **$985.36** | | **$1,000.00** | | **$(14.64)** | **$22.50** | **2.3%** |

Yields displayed for fixed income products are the estimated current yield.  Income displayed for fixed income products is the estimated yearly income and may not take into account certain features of bonds such as variable rate bonds, maturing bonds or called bonds.

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Mutual Funds - Cash** | | | | | | | | | | |
| AMERICAN FUNDS AMERICAN BAL A | ABALX | 486.484 | $ 28.76 | $ 13,991.28 | 03/30/17 | $ 13,340.01 | $ 27.42 | $ 651.27 | $ 194.59 | 1.4% |
| AMERICAN FUNDS FUNDAMENTAL INVESTORS A | ANCFX | 217.712 | 60.25 | 13,117.15 | 03/30/17 | 13,360.45 | 61.37 | (243.30) | 148.04 | 1.1% |
| AMERICAN FUNDS INCOME FUND OF AMERICA A | AMECX | 1,262.296 | 22.63 | 28,565.76 | 04/13/12 | 26,701.41 | 21.15 | 1,864.35 | 833.12 | 2.9% |
| AMERICAN FUNDS WA MUTUAL INVESTORS A | AWSHX | 222.397 | 51.99 | 11,562.42 | 01/12/15 | 9,517.93 | 42.80 | 2,044.49 | 182.37 | 1.6% |
| FRANKLIN TEMPLETON INVESTMENTS GROWTH ALLOC A | FGTIX | 282.598 | 15.77 | 4,456.57 | 11/13/14 | 5,277.87 | 18.68 | (821.30) | 118.69 | 2.7% |

## Statement for Account # 233-305136
### 12/01/22 - 12/31/22

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Mutual Funds - Cash** | | | | | | | | | | |
| MFS FUNDS GROWTH ALLOC A | MAGWX | 228.826 | 20.88 | 4,777.89 | 11/13/14 | 4,415.57 | 19.30 | 362.32 | 110.52 | 2.3% |
| **Total Mutual Funds** | | | | $76,471.07 | | $72,613.24 | | $3,857.83 | $1,587.33 | 2.1% |
| **Total Cash Account** | | | | $82,297.92 | | $80,825.10 | | $1,472.82 | $1,773.53 | 2.2% |

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$ 0.00** |
| 12/02/22 | 12/06/22 | Cash | Buy - Securities Purchased | CHARGEPOINT HOLDINGS INC COM CL A | CHPT | 30 | $ 11.50 | $ (345.00) | (345.00) |
| 12/06/22 | 12/06/22 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 345.00 | 0.00 |
| 12/07/22 | 12/09/22 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 200 | 2.14 | (428.00) | (428.00) |
| 12/09/22 | 12/09/22 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 428.00 | 0.00 |
| 12/08/22 | 12/12/22 | Cash | Buy - Securities Purchased | META MATERIALS INC 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | MMTLP | 100 | 4.05 | (411.95) | (411.95) |
| 12/08/22 | 12/12/22 | Cash | Buy - Securities Purchased | META MATERIALS INC 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | MMTLP | 100 | 2.93 | (299.95) | (711.90) |
| 12/12/22 | 12/12/22 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 711.90 | 0.00 |
| 12/12/22 | 12/12/22 | Cash | Div/Int - Income | INTERNATIONAL BUS MACH CORP COM Payable: 12/10/2022 QUALIFIED DIVIDENDS  5.17 | IBM | - | 0.00 | 5.17 | 5.17 |
| 12/09/22 | 12/13/22 | Cash | Sell - Securities Sold | META MATERIALS INC COM Regulatory Fee 0.09 | MMAT | 500- | 1.37 | 684.91 | 690.08 |

Contributory TDA

## Statement for Account # 253-021188
### 11/01/22 - 11/30/22

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 11/01/22 | 11/03/22 | Cash | Sell - Securities Sold | MERCK & CO INC COM Regulatory Fee 0.01 | MRK | 6- | 101.35 | 608.09 | 608.09 |
| 11/01/22 | 11/03/22 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 600 | 1.12 | (672.00) | (63.91) |
| 11/01/22 | 11/03/22 | Cash | Buy - Securities Purchased | VERIZON COMMUNICATIONS COM | VZ | 0.316 | 37.6834 | (11.91) | (75.82) |
| 11/03/22 | 11/03/22 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 75.82 | 0.00 |
| 11/03/22 | 11/07/22 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 500 | 1.37 | (685.00) | (685.00) |
| 11/07/22 | 11/07/22 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 685.00 | 0.00 |
| 11/07/22 | 11/09/22 | Cash | Sell - Securities Sold | EMERSON ELECTRIC CO COM Regulatory Fee 0.03 | EMR | 15- | 90.50 | 1,357.47 | 1,357.47 |
| 11/09/22 | 11/09/22 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (1,357.47) | 0.00 |
| 11/09/22 | 11/10/22 | Cash | Sell - Securities Sold | MFS FUNDS CORP BOND R6 SHORT TERM RDM FEE 0.00 | MFBKX | 830.616- | 11.45 | 9,510.55 | 9,510.55 |
| 11/10/22 | 11/10/22 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (9,510.55) | 0.00 |
| 11/15/22 | 11/15/22 | Cash | Div/Int - Income | PROCTER & GAMBLE CO COM Payable: 11/15/2022 QUALIFIED DIVIDENDS 11.99 | PG | - | 0.00 | 11.99 | 11.99 |
| 11/14/22 | 11/16/22 | Cash | Buy - Securities Purchased | CANOO INC COM CL A | GOEV | 30 | 1.53 | (45.90) | (33.91) |
| 11/16/22 | 11/16/22 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 33.91 | 0.00 |
| 11/15/22 | 11/17/22 | Cash | Buy - Securities Purchased | PROCTER & GAMBLE CO COM | PG | 0.085 | 141.7632 | (11.99) | (11.99) |
| 11/17/22 | 11/17/22 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 11.99 | 0.00 |

## Statement for Account # 253-021188
11/01/22 - 11/30/22

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 11/18/22 | 11/18/22 | Cash | Div/Int - Income | ENTERPRISE PRODS PARTNERS L P<br>COM UNITS REP LIM PART INT<br>Payable: 11/14/2022<br>MLP Return of Capital   9.67 | EPD | - | 0.00 | 9.67 | 9.67 |
| 11/21/22 | 11/21/22 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (9.67) | 0.00 |
| 11/18/22 | 11/22/22 | Cash | Buy - Securities Purchased | ENTERPRISE PRODS PARTNERS L P<br>COM UNITS REP LIM PART INT | EPD | 0.386 | 25.0458 | (9.67) | (9.67) |
| 11/22/22 | 11/22/22 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 9.67 | 0.00 |
| 11/21/22 | 11/23/22 | Cash | Buy - Securities Purchased | ENERGY TRANSFER LP<br>COM UNITS REP LTD PTN INT | ET | 25 | 11.95 | (298.75) | (298.75) |
| 11/23/22 | 11/23/22 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 298.75 | 0.00 |
| 11/23/22 | 11/23/22 | Cash | Div/Int - Income | CITIGROUP INC<br>COM<br>Payable: 11/23/2022<br>QUALIFIED DIVIDENDS   10.92 | C | - | 0.00 | 10.92 | 10.92 |
| 11/25/22 | 11/25/22 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (10.92) | 0.00 |
| 11/23/22 | 11/28/22 | Cash | Buy - Securities Purchased | CITIGROUP INC<br>COM | C | 0.224 | 48.8144 | (10.92) | (10.92) |
| 11/28/22 | 11/28/22 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 10.92 | 0.00 |
| 11/30/22 | 11/30/22 | Cash | Div/Int - Income | MFS FUNDS<br>CORP BOND R6<br>Payable: 11/30/2022<br>Ordinary Dividends   9.27 | MFBKX | - | 0.00 | 9.27 | 9.27 |

**Closing Balance** $9.27

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## Statement for Account # 253-021188
12/01/22 - 12/31/22

### Account Positions

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| INTERNATIONAL BUS MACH CORP COM | IBM | 12.438 | 140.89 | 1,752.39 | 09/02/21 | 1,659.92 | 133.46 | 92.47 | 82.10 | 4.7% |
| ISHARES TRUST RUS MID CAP ETF | IWR | 80.044 | 67.45 | 5,398.97 | 09/02/21 | 6,585.22 | 82.27 | (1,186.25) | 85.79 | 1.6% |
| KYNDRYL HLDGS INC COM | KD | 2 | 11.12 | 22.24 | 09/02/21 | 58.44 | 29.22 | (36.20) | - | - |
| MEDTRONIC PLC COM | MDT | 20.318 | 77.72 | 1,579.11 | 09/02/21 | 2,347.00 | 115.51 | (767.89) | 55.27 | 3.5% |
| MERCK & CO INC COM | MRK | 10.245 | 110.95 | 1,136.68 | 09/02/21 | 790.02 | 77.11 | 346.66 | 29.92 | 2.6% |
| META MATERIALS INC COM | MMAT | 1,200 | 1.19 | 1,428.00 | 11/01/22 | 1,536.00 | 1.28 | (108.00) | - | - |
| MICROSOFT CORP COM | MSFT | 10.065 | 239.82 | 2,413.79 | 09/02/21 | 2,897.13 | 287.84 | (483.34) | 27.37 | 1.1% |
| PHILIP MORRIS INTL INC COM | PM | 19.315 | 101.21 | 1,954.87 | 04/16/20 | 1,558.50 | 80.69 | 396.37 | 98.12 | 5.0% |
| PROCTER & GAMBLE CO COM | PG | 13.213 | 151.56 | 2,002.56 | 04/07/17 | 1,463.91 | 110.79 | 538.65 | 48.26 | 2.4% |
| RAYTHEON TECH CORP COM | RTX | 15.21 | 100.92 | 1,534.99 | 06/03/20 | 1,137.75 | 74.80 | 397.24 | 33.46 | 2.2% |
| SOFI TECHNOLOGIES INC COM | SOFI | 5 | 4.61 | 23.05 | 10/07/22 | 24.95 | 4.99 | (1.90) | - | - |
| TRUIST FINANCIAL CORPORATION COM | TFC | 26.846 | 43.03 | 1,155.18 | 09/02/21 | 1,508.03 | 56.17 | (352.85) | 55.84 | 4.8% |
| VALERO ENERGY CORP COM | VLO | 15.362 | 126.86 | 1,948.82 | 04/16/20 | 764.31 | 49.75 | 1,184.51 | 60.22 | 3.1% |
| VANGUARD HIGH DIV YLD ETF | VYM | 52.286 | 108.21 | 5,657.87 | 08/23/18 | 4,568.64 | 87.38 | 1,089.23 | 170.02 | 3.0% |
| VERIZON COMMUNICATIONS COM | VZ | 18.565 | 39.40 | 731.46 | 04/07/17 | 915.12 | 49.29 | (183.66) | 48.45 | 6.6% |

## Statement for Account # 253-021188
### 12/01/22 - 12/31/22

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| VISA INC COM CL A | V | 9.052 | 207.76 | 1,880.64 | 04/07/17 | 811.55 | 89.65 | 1,069.09 | 16.29 | 0.9% |
| WALT DISNEY COMPANY (THE) COM | DIS | 18 | 86.88 | 1,563.84 | 04/07/17 | 1,944.20 | 108.01 | (380.36) | - | - |
| **Total Stocks** | | | | $38,431.32 | | $36,968.34 | | $1,462.98 | $1,075.44 | 2.8% |
| **Mutual Funds - Cash** | | | | | | | | | | |
| AMERICAN FUNDS INCOME FUND OF AMERICA F3 | FIFAX | 499.963 | $ 22.61 | $ 11,304.16 | 04/07/17 | $ 11,239.64 | $ 22.48 | $ 64.52 | $ 366.97 | 3.2% |
| AMERICAN FUNDS WA MUTUAL INVESTORS F3 | FWMIX | 191.2 | 51.95 | 9,932.84 | 12/21/12 | 7,107.12 | 37.17 | 2,825.72 | 188.71 | 1.9% |
| HARTFORD MUTUAL FUNDS CORE EQTY F | HGIFX | 120.042 | 38.77 | 4,654.03 | 04/09/19 | 3,842.43 | 32.01 | 811.60 | 60.86 | 1.3% |
| **Total Mutual Funds** | | | | $25,891.03 | | $22,189.19 | | $3,701.84 | $616.54 | 2.4% |
| **Total Cash Account** | | | | $64,322.35 | | $59,157.53 | | $5,164.82 | $1,691.98 | 2.6% |

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | $9.27 |
| 12/01/22 | 12/01/22 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | $ 0.00 | $ (9.27) | 0.00 |
| 12/01/22 | 12/01/22 | Cash | Div/Int - Income | TRUIST FINANCIAL CORPORATION COM Payable: 12/01/2022 QUALIFIED DIVIDENDS  13.81 | TFC | - | 0.00 | 13.81 | 13.81 |

## Statement for Account # 253-021188
12/01/22 - 12/31/22

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12/01/22 | 12/01/22 | Cash | Div/Int - Income | VISA INC<br>COM CL A<br>Payable: 12/01/2022<br>QUALIFIED DIVIDENDS   4.06 | V | - | 0.00 | 4.06 | 17.87 |
| 12/02/22 | 12/02/22 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (17.87) | 0.00 |
| 12/01/22 | 12/05/22 | Cash | Buy - Securities Purchased | TRUIST FINANCIAL CORPORATION COM | TFC | 0.297 | 46.5107 | (13.81) | (13.81) |
| 12/01/22 | 12/05/22 | Cash | Buy - Securities Purchased | VISA INC COM CL A | V | 0.019 | 216.7314 | (4.06) | (17.87) |
| 12/05/22 | 12/05/22 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 17.87 | 0.00 |
| 12/05/22 | 12/07/22 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 100 | 1.79 | (179.00) | (179.00) |
| 12/07/22 | 12/07/22 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 179.00 | 0.00 |
| 12/08/22 | 12/08/22 | Cash | Div/Int - Income | VALERO ENERGY CORP COM<br>Payable: 12/08/2022<br>QUALIFIED DIVIDENDS   14.93 | VLO | - | 0.00 | 14.93 | 14.93 |
| 12/08/22 | 12/08/22 | Cash | Div/Int - Income | MICROSOFT CORP COM<br>Payable: 12/08/2022<br>QUALIFIED DIVIDENDS   6.83 | MSFT | - | 0.00 | 6.83 | 21.76 |
| 12/09/22 | 12/09/22 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (21.76) | 0.00 |
| 12/09/22 | 12/09/22 | Cash | Div/Int - Income | EMERSON ELECTRIC CO COM<br>Payable: 12/09/2022<br>QUALIFIED DIVIDENDS   2.73 | EMR | - | 0.00 | 2.73 | 2.73 |
| 12/08/22 | 12/12/22 | Cash | Buy - Securities Purchased | VALERO ENERGY CORP COM | VLO | 0.125 | 119.1073 | (14.93) | (12.20) |
| 12/08/22 | 12/12/22 | Cash | Buy - Securities Purchased | MICROSOFT CORP COM | MSFT | 0.028 | 246.3867 | (6.83) | (19.03) |
| 12/12/22 | 12/12/22 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 19.03 | 0.00 |

## Statement for Account # 253-021188
12/01/22 - 12/31/22

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12/12/22 | 12/12/22 | Cash | Div/Int - Income | 3M COMPANY COM Payable: 12/12/2022 QUALIFIED DIVIDENDS 12.19 | MMM | - | 0.00 | 12.19 | 12.19 |
| 12/12/22 | 12/12/22 | Cash | Div/Int - Income | INTERNATIONAL BUS MACH CORP COM Payable: 12/10/2022 QUALIFIED DIVIDENDS 20.30 | IBM | - | 0.00 | 20.30 | 32.49 |
| 12/12/22 | 12/12/22 | Cash | Div/Int - Income | HARTFORD MUTUAL FUNDS CORE EQTY F Payable: 12/13/2022 Long Term Cap Gains 128.65 | HGIFX | - | 0.00 | 128.65 | 161.14 |
| 12/12/22 | 12/12/22 | Cash | Buy - Securities Purchased | HARTFORD MUTUAL FUNDS CORE EQTY F REINVESTED AT 40.64 PER SHARE | HGIFX | 3.166 | 40.64 | (128.65) | 32.49 |
| 12/09/22 | 12/13/22 | Cash | Buy - Securities Purchased | EMERSON ELECTRIC CO COM | EMR | 0.029 | 95.0987 | (2.73) | 29.76 |
| 12/13/22 | 12/13/22 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (29.76) | 0.00 |
| 12/13/22 | 12/13/22 | Cash | Div/Int - Income | AMERICAN FUNDS INCOME FUND OF AMERICA F3 Payable: 12/14/2022 Long Term Cap Gains 389.13 | FIFAX | - | 0.00 | 389.13 | 389.13 |
| 12/13/22 | 12/13/22 | Cash | Buy - Securities Purchased | AMERICAN FUNDS INCOME FUND OF AMERICA F3 REINVESTED AT 23.04 PER SHARE | FIFAX | 16.889 | 23.04 | (389.13) | 0.00 |
| 12/13/22 | 12/13/22 | Cash | Div/Int - Income | AMERICAN FUNDS INCOME FUND OF AMERICA F3 Payable: 12/14/2022 Ordinary Dividends 137.45 | FIFAX | - | 0.00 | 137.45 | 137.45 |
| 12/13/22 | 12/13/22 | Cash | Buy - Securities Purchased | AMERICAN FUNDS INCOME FUND OF AMERICA F3 REINVESTED AT 23.04 PER SHARE | FIFAX | 5.966 | 23.04 | (137.45) | 0.00 |
| 12/12/22 | 12/14/22 | Cash | Buy - Securities Purchased | 3M COMPANY COM | MMM | 0.098 | 124.7299 | (12.19) | (12.19) |
| 12/12/22 | 12/14/22 | Cash | Buy - Securities Purchased | INTERNATIONAL BUS MACH CORP COM | IBM | 0.138 | 147.3954 | (20.30) | (32.49) |

December 6, 2024

U.S. Bankruptcy Court

District of Nevada Clerk of Courts

300 Booth St./C. Clifton Young Federal Bldg.

Reno, NV. 89509

Attn: Clerk of the Court:

I, Susan J. Panzarino, hereby submit my proof of interest form in the matter of Meta Materials, Inc., case number 24-50792. Per instructions by the Honorable Hilary L. Barnes, United States Bankruptcy Judge.

I have provided an unredacted version for my proof of interest.

Please note: My information includes 2 accounts from Charles Schwab (broker) and documents from original purchase with TD Americatrade from November, December 2022.

My holdings after reverse split in 2024 and value shown from current holdings are listed in most recent info MMATQ printed from 12/7/2024.

Please confirm receipt via the stamped, addressed envelope included.

Susan J. Panzarino

suepanzarino@gmail.com   117 Tropic Pl., Rockledge, FL 32955