NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: <br> META MATERIALS, INC | Case Number: <br> 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

    Baek Rho
    702 Marple Wood Dr, Springfield,
    PA, 19064

    Telephone Number: 484-557-3581

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:

6506 - 5084

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
    Baek Rho
    Charles Schwab
    Telephone Number: 1-877-519-1403

3. Date Equity Interest was acquired:
    6/21/2021 - 465 shares
    6/22/2021 - 614 shares
    7/6/2021 - 675 shares
    Please see attached documentation

4. Total amount of member interest: 13 shares for $14,993.20

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Baek Rho
Title: _____
Company: ___ Address and telephone number (if different from notice address above):
_____
_____

(Signature)   12-12-2024 (Date)

Telephone number: 484-557-3581   email: baekrho@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

charles SCHWAB | Accounts | Trade | Research | Move Money | Products | Learn | How To | 🔍 Search | ✉ Messages | 🎧 Support | 👤 Profile | Log Out

Summary | Balances | Positions | Realized Gain / Loss | Investment Income | Portfolio Performance | Securities Lending | Corporate Actions | Transaction History | Statements & Tax Forms | Open An Account

Relationship Summary

# Positions

Updated: 10:40:38 AM ET, 12/12/2024    ↻ Refresh    ⓘ Help    ⬇ Export    🖨 Print

**Designated Bene Ind... ...084** ⌄

View Realized Gain/Loss

☑ Group by Security Type   ☑ Condensed Table View

| Symbol | | Description | Qty | Price | Price Change | Market Value Change | Cost Basis | Gain/Loss $ | | Reinvest? | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMATQ | ☰⌄ | META MATLS INC CLASS EQUITY | 13 | $0.000001 | +$0.10 | $1.30 | +$1.30 | $14,982.46 | -$14,981.16 | -- | No | 0.03% |

charles SCHWAB | Accounts | Trade | Research | Move Money | Products | Learn | How To | Search | Messages | Support | Profile | Log O|

Summary | Balances | Positions | Realized Gain / Loss | Investment Income | Portfolio Performance | Securities Lending | Corporate Actions | Transaction History | Statements & Tax Forms | Open An Account

Relationship Summary

# Transaction History

Updated: 10:33:41 AM ET, 12/12/2024    C Refresh    ? Help    ↓ Export    🖨 Print

**Designated Bene Ind...   ...084** ▾

**Date range**
All ▾

**Symbol (Optional)**
🔍 trch ⊗

☑ Include Options

[ Search ]

≡ Filter by Transaction Types

**Transactions found from 12/12/2020 to 12/12/2024**

Don't see it here? Go to Statements

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 06/28/2021 | Journaled Shares | TRCH<br>TDA TRAN - MANDATORY REVERSE SPLIT (TRCH) | -1,079 | | | |
| 06/22/2021 | Buy<br>Trade Details | TRCH<br>TDA TRAN - Bought ...614 (TRCH) @8.1500 | 614 | $8.15 | | -$5,004.10 |
| 06/21/2021 | Buy<br>Trade Details | TRCH<br>TDA TRAN - Bought ...465 (TRCH) @10.7400 | 465 | $10.74 | | -$4,994.10 |

Page Total: -$9,998.20

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.



charles SCHWAB | Accounts | Trade | Research | Move Money | Products | Learn | How To | Search | Messages | Support | Profile | Log Out

Summary | Balances | Positions | Realized Gain / Loss | Investment Income | Portfolio Performance | Securities Lending | Corporate Actions | Transaction History | Statements & Tax Forms | Open An Account

Relationship Summary

# Transaction History

Updated: 10:33:41 AM ET, 12/12/2024   Refresh   Help   Export   Print

**Designated Bene Ind... ...084**

Date range: All
Symbol (Optional): mmat
☑ Include Options
Search

Filter by Transaction Types

**Transactions found from 12/12/2020 to 12/12/2024**
Don't see it here? Go to Statements

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT<br>META MATLS INC | 13 | | | |
| 09/05/2023 | Journaled Shares | MMAT<br>TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -1,214 | | | |
| 09/05/2023 | Internal Transfer | MMAT<br>META MATLS INC | 1,214 | | | |
| 07/06/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought ...675 (MMAT) @7.4000 | 675 | $7.40 | | -$4,995.00 |
| 06/28/2021 | Journaled Shares | MMAT<br>TDA TRAN - MANDATORY REVERSE SPLIT (MMAT) | 539 | | | |

Page Total: -$4,995.00

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.