NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: METATERIALS, INC | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Seung Rho
   1 Park Ave, Apt 649, Hackensack, NJ, 07601

   Telephone Number: 484-849-1427

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC 16 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: 3569 - 2578

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Seung Rho
   Charles Schwab
   Telephone Number: 1-877-519-1403

3. Date Equity Interest was acquired:
   6/21/2021 - 465 shares
   6/22/2021 - 615 shares
   6/24/2021 - 180 shares
   7/6/2021 - 675 shares

   Please see attached documentation

4. Total amount of member interest: 14 shares for $16,039.20

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Seung Rho
   Title: 
   Company: ___ Address and telephone number (if different from notice address above):

   (Signature)    12-12-2024 (Date)

   Telephone number: 484-849-1427   email: rrho8822@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**charles SCHWAB**

Accounts | Trade | Research | Move Money | Products | Learn | How To

Log Out

Summary  Balances  Positions  Realized Gain / Loss  Investment Income  Portfolio Performance  Securities Lending  Corporate Actions  Transaction History

Statements & Tax Forms  Open An Account  Relationship Summary

# Positions

Updated: 10:06:17 PM ET, 12/11/2024    C Refresh    ⓘ Help    ⬇ Export    🖨 Pr

**Designated Bene Ind... ...578** ▾

View Realized Gain/Lo:

☑ Group by Security Type    ☑ Condensed Table View

| Symbol | | Description | Qty | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MMATQ | ≡▾ | META MATLS INC CLASS EQU... | 14 | $0.00 | $1,145.66 | +$0.00 | $0.00 | +$0.00 | $16,039.20 | -$16,039.20 | -- | No | N/A |

Equities



Accounts | Trade | Research | Move Money | Products | Learn | How To

Log Out

Summary | Balances | Positions | Realized Gain / Loss | Investment Income | Portfolio Performance | Securities Lending | Corporate Actions | Transaction History

Statements & Tax Forms | Open An Account | Relationship Summary

# Transaction History

Updated: 09:43:32 PM ET, 12/11/2024   C Refresh   ⓘ Help   ⬇ Export   🖨 Pr

**Designated Bene Ind... ...578** ⌄

**Date range**: All

**Symbol (Optional)**: trch ⓧ   ☑ Include Options   [ Search ]

≡ Filter by Transaction Types

**Transactions found from 12/11/2020 to 12/11/2024**
Don't see it here? Go to Statements

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 06/28/2021 | Journaled Shares | TRCH<br>TDA TRAN - MANDATORY REVERSE SPLIT (TRCH) | -1,260 | | | |
| 06/24/2021 | Buy<br>Trade Details | TRCH<br>TDA TRAN - Bought ...180 (TRCH) @5.7400 | 180 | $5.74 | | -$1,033.20 |
| 06/22/2021 | Buy<br>Trade Details | TRCH<br>TDA TRAN - Bought ...615 (TRCH) @8.1500 | 615 | $8.15 | | -$5,012.25 |
| 06/21/2021 | Buy<br>Trade Details | TRCH<br>TDA TRAN - Bought ...465 (TRCH) @10.7500 | 465 | $10.75 | | -$4,998.75 |

Page Total: -$11,044.20

DJIA | NASDAQ | S&P 500 | Russell 2000 | Time (ET) | C Refresh



Accounts | Trade | Research | Move Money | Products | Learn | How To | Log Ou

Summary   Balances   Positions   Realized Gain / Loss   Investment Income   Portfolio Performance   Securities Lending   Corporate Actions   Transaction History

Statements & Tax Forms   Open An Account   Relationship Summary

# Transaction History

Updated: 09:43:32 PM ET, 12/11/2024    Refresh    Help    Export    Pri

Designated Bene Ind... ...578

**Date range**: All

**Symbol (Optional)**: mmat

☑ Include Options     Search

▽ Filter by Transaction Types

**Transactions found from 12/11/2020 to 12/11/2024**

Don't see it here? Go to Statements

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT<br>META MATLS INC | 14 | | | |
| 09/05/2023 | Journaled Shares | MMAT<br>TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -1,305 | | | |
| 09/05/2023 | Internal Transfer | MMAT<br>META MATLS INC | 1,305 | | | |
| 07/06/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN - Bought ...675 (MMAT) @7.4000 | 675 | $7.40 | | -$4,995.00 |
| 06/28/2021 | Journaled Shares | MMAT<br>TDA TRAN - MANDATORY REVERSE SPLIT (MMAT) | 630 | | | |

Page Total: -$4,995.00

DJIA     NASDAQ     S&P 500     Russell 2000     Time (ET)