NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: Meta Materials, Inc

Case Number: 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Jason and Teri Smalley
928 S Grandview Ave.
Sioux Falls, SD 57103

Telephone Number: 605-376-0795

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

Account or other number by which Interest holder identifies Debtor: 6509-8595 (Joint); 1052-3900 (Jason Roth);

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: ____________
☐ amends a previously filed Proof of Interest dated: ____________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105

**Telephone Number:** 1-800-435-4000

3. **Date Equity Interest was acquired:**
Various 6/28/21 and 1/23/24; Sold 8/15/24 due to bankruptcy announcement; MMATF purchases not included.

4. **Total amount of member interest:** 7050 shares for $14,922.33

5. **Certificate number(s):** Trade history attached

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor. ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.) ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, endorser, or othercodebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Jason Smalley and Teri Smalley
Title:
Company:__ Address and telephone number (if different from notice address above):

Jason Smalley 12/12/24
Teri Smalley 12/12/24
(Signature) (Date)

Telephone number: 605-376-0705 email: jason@smalley.us

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form Save Form Clear Form

| Date | Action | Symbol | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 8/15/24 | Sell | MMAT | META MATLS I | 30 | $0.65 | $19.61 |
| 1/29/24 | Reverse Split | MMAT | META MATLS I | 30 | | |
| 11/30/22 | Buy | MMAT | META MATLS I | 470 | $1.86 | ($874.20) |
| 11/30/22 | Buy | MMAT | META MATLS I | 30 | $1.86 | ($55.80) |
| 10/31/22 | Buy | MMAT | META MATLS I | 500 | $1.10 | ($547.95) |
| 6/28/22 | Buy | MMAT | META MATLS I | 300 | $1.10 | ($330.00) |
| 5/16/22 | Buy | MMAT | META MATLS I | 150 | $1.56 | ($234.00) |
| 5/9/22 | Journaled Sh. | MMAT | META MATLS I | 50 | $1.17 | |
| 3/15/22 | Buy | MMAT | META MATLS I | 50 | $1.69 | ($84.25) |
| 3/15/22 | Buy | MMAT | META MATLS I | 150 | $1.69 | ($252.75) |
| 3/15/22 | Buy | MMAT | META MATLS I | 100 | $1.69 | ($168.50) |
| 3/15/22 | Buy | MMAT | META MATLS I | 200 | $1.69 | ($337.00) |
| 1/26/22 | Buy | MMAT | META MATLS I | 100 | $1.73 | ($172.50) |
| 12/28/21 | Sell | MMAT | META MATLS I | 100 | $2.54 | $254.38 |
| 11/30/21 | Buy | MMAT | META MATLS I | 100 | $3.50 | ($350.00) |
| 11/23/21 | Buy | MMAT | META MATLS I | 100 | $3.73 | ($373.30) |
| 11/18/21 | Buy | MMAT | META MATLS I | 100 | $4.18 | ($418.00) |
| 11/12/21 | Buy | MMAT | META MATLS I | 50 | $4.81 | ($240.25) |
| 11/10/21 | Buy | MMAT | META MATLS I | 100 | $4.74 | ($473.80) |
| 9/3/21 | Buy | MMAT | META MATLS I | 50 | $5.76 | ($287.93) |
| 7/23/21 | Buy | MMAT | META MATLS I | 50 | $3.39 | ($169.38) |
| 7/15/21 | Buy | MMAT | META MATLS I | 5 | $3.79 | ($18.93) |
| 7/15/21 | Buy | MMAT | META MATLS I | 20 | $3.79 | ($75.71) |
| 7/13/21 | Buy | MMAT | META MATLS I | 25 | $4.10 | ($102.50) |
| 7/12/21 | Journaled Sh. | MMAT | META MATLS I | 100 | $4.33 | |
| 7/8/21 | Sell | MMAT | META MATLS I | 325 | $5.63 | $1,829.74 |
| 7/6/21 | Buy | MMAT | META MATLS I | 24 | $7.25 | ($174.00) |
| 7/6/21 | Buy | MMAT | META MATLS I | 1 | $7.25 | ($7.25) |
| 7/2/21 | Buy | MMAT | META MATLS I | 20 | $6.76 | ($135.14) |
| 7/2/21 | Buy | MMAT | META MATLS I | 50 | $6.90 | ($344.93) |
| 7/1/21 | Buy | MMAT | META MATLS I | 30 | $7.38 | ($221.48) |
| 7/1/21 | Journal | MMAT | META MATLS I | -50 | | |
| 7/1/21 | Journal | MMAT | META MATLS I | 50 | | |
| 6/30/21 | Buy | MMAT | META MATLS I | 35 | $6.97 | ($243.95) |
| 6/30/21 | Journaled Sh. | MMAT | META MATLS I | 25 | $6.76 | |
| 6/29/21 | Buy | MMAT | META MATLS I | 15 | $7.09 | ($106.35) |
| 6/29/21 | Reverse Split | MMAT | META MATLS I | 350 | | |
| 6/29/21 | Buy | MMAT | META MATLS I | 25 | $7.57 | ($189.13) |
| 6/28/21 | Buy | MMAT | META MATLS I | 30 | $7.95 | ($238.50) |
| 6/28/21 | Buy | MMAT | META MATLS I | 20 | $8.12 | ($162.40) |

Total Loss: $5,286.15

Schwab Account: 6509-8595

Owner: Jason and Teri Smalley
**Joint Schwab Account**

| Date | Action | Symbol | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 8/15/24 | Sell | MMAT | META MATLS I | 40 | $0.63 | $25.05 |
| 1/29/24 | Reverse Split | MMAT | META MATLS I | 40 | | |
| 1/23/24 | Buy | MMAT | META MATLS I | 150 | $0.06 | ($9.62) |
| 4/14/23 | Buy | MMAT | META MATLS I | 100 | $0.23 | ($23.00) |
| 12/6/22 | Buy | MMAT | META MATLS I | 50 | $1.99 | ($99.50) |
| 11/30/22 | Buy | MMAT | META MATLS I | 100 | $1.86 | ($186.00) |
| 11/9/22 | Buy | MMAT | META MATLS I | 383 | $1.40 | ($536.20) |
| 11/9/22 | Buy | MMAT | META MATLS I | 67 | $1.40 | ($93.80) |
| 11/7/22 | Buy | MMAT | META MATLS I | 3,000 | $1.38 | ($4,125.00) |
| 11/3/22 | Buy | MMAT | META MATLS I | 50 | $1.35 | ($67.65) |
| 11/1/22 | Buy | MMAT | META MATLS I | 100 | $1.14 | ($114.00) |

Total Loss: $5,229.72

Shares (Presplit) 4000

Schwab Account: 1052-3900

Owner: Jason Smalley
Roth IRA Account




Individual Retirement Account of
**JASON J SMALLEY**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
**1052-3900**

## Trade Confirmation

JASON J SMALLEY
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
928 S GRANDVIEW AVE
SIOUX FALLS SD 57103-3031

11/01-00000-DC39A096 *



©2014 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Custodial and brokerage services provided by Charles Schwab & Co., Inc. CSA 04726 (0314-0082)



Individual Retirement Account of
**JASON J SMALLEY**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
**1052-3900**

## Trade Confirmation

***BOUGHT*** **META MATLS INC Dividends reinvested** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Cash Trade: 11/01/22 Settle: 11/03/22

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 100 | 1.14 | 114.00 | N/A | 114.00 |

**For this security:** Internal Use Only: 2, E
- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.




Individual Retirement Account of
**JASON J SMALLEY**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
**1052-3900**

**Trade Confirmation**

***BOUGHT*** **META MATLS INC Dividends reinvested** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Cash Trade: 11/03/22 Settle: 11/07/22

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 50 | 1.353 | 67.65 | N/A | 67.65 |

**For this security:** Internal Use Only: 2, E
- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.



Individual Retirement Account of
**JASON J SMALLEY**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
**1052-3900**

## Trade Confirmation

***BOUGHT*** **META MATLS INC Dividends reinvested** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Cash Trade: 11/07/22 Settle: 11/09/22

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 3,000 | 1.375 | 4,125.00 | N/A | 4,125.00 |

**For this security:** Internal Use Only: 2, E
- Schwab acted as your agent.

***BOUGHT*** **META MATLS INC 0% PFD Callable** (Symbol: MMTLP)

Security No./CUSIP: 59134N-20-3 Type: Cash Trade: 11/07/22 Settle: 11/09/22

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | | *Total Amount ($)* |
|---|---|---|---|---|---|
| 103 | 7.25 | 746.75 | Commission | 2.86 | 749.61 |
| 147 | 7.24 | 1,064.28 | Commission | 4.09 | 1,068.37 |
| **250** | | **$ 1,811.03** | | **$6.95** | **$ 1,817.98** |

**For this security:** Internal Use Only: 2, E
- Redemption features exist for this security. Information provided upon request.
- Moody's Rating NR , S&P Rating NR
- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.



Individual Retirement Account of
**JASON J SMALLEY**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
**1052-3900**

## Trade Confirmation

***BOUGHT*** **META MATLS INC Dividends reinvested** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Cash Trade: 11/09/22 Settle: 11/14/22

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 67 | 1.40 | 93.80 | N/A | 93.80 |
| 383 | 1.40 | 536.20 | N/A | 536.20 |
| **450** | | **$ 630.00** | | **$ 630.00** |

**For this security:**
- Schwab acted as your agent.

Internal Use Only: 2, E

Please see "Terms and Conditions" for more information.



Individual Retirement Account of
**JASON J SMALLEY**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
**1052-3900**

## Trade Confirmation

***BOUGHT*** **META MATLS INC Dividends reinvested** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Cash Trade: 11/30/22 Settle: 12/02/22

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 100 | 1.86 | 186.00 | N/A | 186.00 |

**For this security:**
- Schwab acted as your agent.

Internal Use Only: 2, E

Please see "Terms and Conditions" for more information.




Individual Retirement Account of
**JASON J SMALLEY**
**CHARLES SCHWAB & CO INC CUST**
**ROTH CONTRIBUTORY IRA**

Account Number
**1052-3900**

**Trade Confirmation**

***BOUGHT*** **META MATLS INC Dividends reinvested** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Cash Trade: 12/06/22 Settle: 12/08/22

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 50 | 1.99 | 99.50 | N/A | 99.50 |

**For this security:**
- Schwab acted as your agent.

Internal Use Only: 2, E

Please see "Terms and Conditions" for more information.



Individual Retirement Account of

JASON J SMALLEY
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Trade Confirmation
April 14, 2023

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 1 | ($23.00) | $0.00 | $0.00 | ($23.00) |

| Settle Date | Action | Symbol/ CUSIP | Description | Quantity | Price($) | Principal($) | Charges/ Interest($) | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 04/18 | Purchase | MMAT 59134N104 | **META MATLS INC** | 100 | 0.23 | 23.00 | | **23.00** | F2, F7, A1 |

## Disclosures

A1 Schwab acted as your agent.

F2 Payment Type: Cash.

F7 Dividends Reinvested.



Individual Retirement Account of

JASON J SMALLEY
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Account Number
1052-3900

Trade Confirmation
January 23, 2024

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 1 | ($9.62) | $0.00 | $0.00 | ($9.62) |

| Settle Date | Action | Symbol/ CUSIP | Description | Quantity | Price($) | Principal($) | Charges/ Interest($) | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 01/25 | Purchase | MMAT 59134N104 | **META MATLS INC** | 150 | 0.0641 | 9.62 | | **9.62** | F2, F7, A1 |

## Disclosures

A1 Schwab acted as your agent.

F2 Payment Type: Cash.

F7 Dividends Reinvested.



Individual Retirement Account of

JASON J SMALLEY
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Account Number
1052-3900

Trade Confirmation
August 15, 2024

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 1 | $0.00 | $25.05 | $0.00 | $25.05 |

| Settle Date | Action | Symbol/ CUSIP | Description | Quantity | Price($) | Principal($) | Charges/ Interest($) | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 08/16 | Sale | MMAT 59134N302 | **METAMATLS INC** | 40 | 0.6262 | 25.05 | | **25.05** | F2, F7, G1, C2 |

## Disclosures

C2 The cost basis method requested was FIFO. Please view the cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.

F7 Dividends Reinvested.

G1 The unit price shown is an average price. Details regarding actual prices on the individual transactions are available upon request. Schwab acted as your agent.

F2 Payment Type: Cash.



Schwab One® Account of

JASON J SMALLEY &
TERI L SMALLEY JT TEN

Account Number 6509-8595

Trade Confirmation August 15, 2024

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 1 | $0.00 | $19.61 | $0.00 | $19.61 |

| Settle Date | Action | Symbol/ CUSIP | Description | Quantity | Price($) | Principal($) | Charges/ Interest($) | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 08/16 | Sale | MMAT 59134N302 | **META MATLS INC** | 30 | 0.6536 | 19.61 | | **19.61** | F3, A1, C3 |

## Disclosures

C3 The cost basis method requested was LIFO. Please view the cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.

F3 Payment Type: Margin.

A1 Schwab acted as your agent.

See "Disclosures" section for an explanation of the disclosure codes and symbols on this document.



Schwab One® Account of
**JASON J SMALLEY &**
**TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

## Trade Confirmation

***SOLD*** **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Margin Trade: 12/28/21 Settle: 12/30/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 100 | 2.5438 | 254.38 | N/A | 254.38 |

**For this security:** Internal Use Only: 2, E

- Specific lot selection was requested. The instructions provided are listed below. If all or part of the instructions listed here cannot be executed, the standing accounting method defined for the account will be used for the unexecuted instruction instead. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost
  Purchase Date: 06/24/21 Selected Qty: 12.5 Purchase Price: $6.97

  Purchase Date: 06/22/21 Selected Qty: 12.5 Purchase Price: $6.97

  Purchase Date: 06/21/21 Selected Qty: 5 Purchase Price: $6.97

  Purchase Date: 06/21/21 Selected Qty: 7 Purchase Price: $7.09

  Purchase Date: 06/11/21 Selected Qty: 13 Purchase Price: $5.94

  Purchase Date: 06/09/21 Selected Qty: 25 Purchase Price: $6.397

  Purchase Date: 06/09/21 Selected Qty: 25 Purchase Price: $6.397

- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.



Schwab One® Account of
**JASON J SMALLEY &
TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

**Trade Confirmation**

***SOLD*** **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Margin Trade: 07/08/21 Settle: 07/12/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | | *Total Amount ($)* |
|---|---|---|---|---|---|
| 325 | 5.63 | 1,829.75 | Exchange Processing Fee | 0.01 | 1,829.74 |

**For this security:** Internal Use Only: 2, E

- The cost basis method requested was Tax Lot Optimizer. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.

***SOLD*** **180 LIFE SCIENCES CO** (Symbol: ATNF)

Security No./CUSIP: 68236V-10-4 Type: Margin Trade: 07/08/21 Settle: 07/12/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 25 | 9.59 | 239.75 | N/A | 239.75 |

**For this security:** Internal Use Only: 2, E

- The cost basis method requested was FIFO. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.



Schwab One® Account of
**JASON J SMALLEY &**
**TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

**Trade Confirmation**

***BOUGHT*** **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Margin Trade: 11/30/22 Settle: 12/02/22

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 30 | 1.86 | 55.80 | N/A | 55.80 |
| 470 | 1.86 | 874.20 | N/A | 874.20 |
| **500** | | **$ 930.00** | | **$ 930.00** |

**For this security:** Internal Use Only: 2, E
- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.



Schwab One® Account of
**JASON J SMALLEY &**
**TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

**Trade Confirmation**

***BOUGHT*** **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Margin Trade: 10/31/22 Settle: 11/02/22

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 500 | 1.0959 | 547.95 | N/A | 547.95 |

**For this security:** Internal Use Only: 2, E
- Schwab acted as your agent.

***BOUGHT*** **META MATLS INC 0% PFD Callable** (Symbol: MMTLP)

Security No./CUSIP: 59134N-20-3 Type: Cash Trade: 10/31/22 Settle: 11/02/22

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | | *Total Amount ($)* |
|---|---|---|---|---|---|
| 2,000 | 6.60 | 13,200.00 | Commission | 6.95 | 13,206.95 |

**For this security:** Internal Use Only: 2, E
- Redemption features exist for this security. Information provided upon request.
- Moody's Rating NR , S&P Rating NR
- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.



Schwab One® Account of
**JASON J SMALLEY &**
**TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

## Trade Confirmation

***BOUGHT*** **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Margin Trade: 06/28/22 Settle: 06/30/22

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 300 | 1.10 | 330.00 | N/A | 330.00 |

**For this security:** Internal Use Only: 2, E
- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.



Schwab One® Account of
**JASON J SMALLEY &**
**TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

## Trade Confirmation

***BOUGHT*** **Golar Lng Limited** (Symbol: GLNG)

Security No./CUSIP: G9456A-10-0 Type: Margin Trade: 05/16/22 Settle: 05/18/22

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 100 | 24.525 | 2,452.50 | N/A | 2,452.50 |
| 50 | 24.7135 | 1,235.68 | N/A | 1,235.68 |
| **150** | | **$ 3,688.18** | | **$ 3,688.18** |

**For this security:** Internal Use Only: 2, E
- Schwab acted as your agent.

***BOUGHT*** **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Margin Trade: 05/16/22 Settle: 05/18/22

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 150 | 1.56 | 234.00 | N/A | 234.00 |

**For this security:** Internal Use Only: 2, E
- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.



Schwab One® Account of
**JASON J SMALLEY &**
**TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

**Trade Confirmation**

***BOUGHT*** **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Margin Trade: 03/15/22 Settle: 03/17/22

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 200 | 1.685 | 337.00 | N/A | 337.00 |
| 50 | 1.685 | 84.25 | N/A | 84.25 |
| 150 | 1.685 | 252.75 | N/A | 252.75 |
| 100 | 1.685 | 168.50 | N/A | 168.50 |
| **500** | | **$ 842.50** | | **$ 842.50** |

**For this security:**
- Schwab acted as your agent.

Internal Use Only: 2, E

Please see "Terms and Conditions" for more information.



Schwab One® Account of
**JASON J SMALLEY &**
**TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

**Trade Confirmation**

***BOUGHT*** **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Margin Trade: 01/26/22 Settle: 01/28/22

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 100 | 1.725 | 172.50 | N/A | 172.50 |

**For this security:**
- Schwab acted as your agent.

Internal Use Only: 2, E

***BOUGHT*** **Rani Therapeutics Ho A** (Symbol: RANI)

Security No./CUSIP: 753018-10-0 Type: Margin Trade: 01/26/22 Settle: 01/28/22

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 100 | 21.2999 | 2,129.99 | N/A | 2,129.99 |
| 50 | 26.20 | 1,310.00 | N/A | 1,310.00 |
| **150** | | **$ 3,439.99** | | **$ 3,439.99** |

**For this security:**
- Schwab acted as your agent.

Internal Use Only: 2, E

Please see "Terms and Conditions" for more information.



Schwab One® Account of
**JASON J SMALLEY &**
**TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

**Trade Confirmation**

***BOUGHT*** **Globalfoundries Inc** (Symbol: GFS) *Continued*

Security No./CUSIP: G39387-10-8 Type: Margin Trade: 11/30/21 Settle: 12/02/21

**For this security:**
- Schwab acted as your agent.

Internal Use Only: 2, E

***BOUGHT*** **LITHIUM AMERS CORP N** (Symbol: LAC)

Security No./CUSIP: 53680Q-20-7 Type: Margin Trade: 11/30/21 Settle: 12/02/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 25 | 38.969 | 974.23 | N/A | 974.23 |

**For this security:**
- Schwab acted as your agent.

Internal Use Only: 2, E

***BOUGHT*** **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Margin Trade: 11/30/21 Settle: 12/02/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 100 | 3.50 | 350.00 | N/A | 350.00 |

**For this security:**
- Schwab acted as your agent.

Internal Use Only: 2, E

Please see "Terms and Conditions" for more information.



Schwab One® Account of
**JASON J SMALLEY &**
**TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

**Trade Confirmation**

***BOUGHT*** **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 | Type: Margin | Trade: 11/23/21 | Settle: 11/26/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 100 | 3.733 | 373.30 | N/A | 373.30 |

**For this security:** Internal Use Only: 2, E
- Schwab acted as your agent.

***SOLD*** **Nvidia Corp** (Symbol: NVDA)

Security No./CUSIP: 67066G-10-4 | Type: Margin | Trade: 11/23/21 | Settle: 11/26/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | | *Total Amount ($)* |
|---|---|---|---|---|---|
| 12 | 311.9213 | 3,743.06 | Exchange Processing Fee | 0.02 | 3,743.04 |

**For this security:** Internal Use Only: 2, E
- The cost basis method requested was FIFO. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.



Schwab One® Account of
**JASON J SMALLEY &
TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

## Trade Confirmation

***SOLD*** **AMPLITUDE INC A** (Symbol: AMPL)

Security No./CUSIP: 03213A-10-4 Type: Margin Trade: 11/18/21 Settle: 11/22/21

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 30 | 70.6714 | 2,120.14 | Exchange Processing Fee | 0.01 | 2,120.13 |

**For this security:** Internal Use Only: 2, E

- The cost basis method requested was FIFO. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.

***BOUGHT*** **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Margin Trade: 11/18/21 Settle: 11/22/21

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 100 | 4.18 | 418.00 | N/A | 418.00 |

**For this security:** Internal Use Only: 2, E

- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.



Schwab One® Account of
**JASON J SMALLEY &**
**TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

## Trade Confirmation

***BOUGHT*** **META MATLS INC 0% PFD Callable** (Symbol: MMTLP)

Security No./CUSIP: 59134N-20-3 | Type: Cash | Trade: 11/18/21 | Settle: 11/22/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 145 | 1.51 | 218.95 | N/A | 218.95 |

**For this security:** Internal Use Only: 2, E
- Redemption features exist for this security. Information provided upon request.
- Moody's Rating NR , S&P Rating NR
- Schwab acted as your agent.

***SOLD*** **Solaredge Tech** (Symbol: SEDG)

Security No./CUSIP: 83417M-10-4 | Type: Margin | Trade: 11/18/21 | Settle: 11/22/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | | *Total Amount ($)* |
|---|---|---|---|---|---|
| 3 | 357.6101 | 1,072.83 | Exchange Processing Fee | 0.01 | 1,072.82 |

**For this security:** Internal Use Only: 2, E
- The cost basis method requested was FIFO. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.



Schwab One® Account of
**JASON J SMALLEY &**
**TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

**Trade Confirmation**

***SOLD*** **AMPLITUDE INC A** (Symbol: AMPL)

Security No./CUSIP: 03213A-10-4 Type: Margin Trade: 11/18/21 Settle: 11/22/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | | *Total Amount ($)* |
|---|---|---|---|---|---|
| 30 | 70.6714 | 2,120.14 | Exchange Processing Fee | 0.01 | 2,120.13 |

**For this security:** Internal Use Only: 2, E
- The cost basis method requested was FIFO. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.

***BOUGHT*** **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Margin Trade: 11/18/21 Settle: 11/22/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 100 | 4.18 | 418.00 | N/A | 418.00 |

**For this security:** Internal Use Only: 2, E
- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.




Schwab One® Account of
**JASON J SMALLEY &**
**TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

## Trade Confirmation

***BOUGHT*** **META MATLS INC 0% PFD Callable** (Symbol: MMTLP)

Security No./CUSIP: 59134N-20-3 Type: Cash Trade: 11/18/21 Settle: 11/22/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 145 | 1.51 | 218.95 | N/A | 218.95 |

**For this security:** Internal Use Only: 2, E
- Redemption features exist for this security. Information provided upon request.
- Moody's Rating NR , S&P Rating NR
- Schwab acted as your agent.

***SOLD*** **Solaredge Tech** (Symbol: SEDG)

Security No./CUSIP: 83417M-10-4 Type: Margin Trade: 11/18/21 Settle: 11/22/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | | *Total Amount ($)* |
|---|---|---|---|---|---|
| 3 | 357.6101 | 1,072.83 | Exchange Processing Fee | 0.01 | 1,072.82 |

**For this security:** Internal Use Only: 2, E
- The cost basis method requested was FIFO. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.



Schwab One® Account of
**JASON J SMALLEY &**
**TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

**Trade Confirmation**

***BOUGHT*** **Globalfoundries Inc** (Symbol: GFS) *Continued*

Security No./CUSIP: G39387-10-8 Type: Cash Trade: 11/12/21 Settle: 11/16/21

**For this security:** Internal Use Only: 2, E
- Schwab acted as your agent.

***BOUGHT*** **Hut Eight Mining Cor** (Symbol: HUT)

Security No./CUSIP: 44812T-10-2 Type: Margin Trade: 11/12/21 Settle: 11/16/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 100 | 14.51 | 1,451.00 | N/A | 1,451.00 |

**For this security:** Internal Use Only: 2, E
- Schwab acted as your agent.

***BOUGHT*** **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Margin Trade: 11/12/21 Settle: 11/16/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 50 | 4.805 | 240.25 | N/A | 240.25 |

**For this security:** Internal Use Only: 2, E
- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.



Schwab One® Account of
**JASON J SMALLEY &**
**TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

**Trade Confirmation**

***SOLD*** **LITHIUM AMERS CORP N** (Symbol: LAC)

Security No./CUSIP: 53680Q-20-7 Type: Margin Trade: 11/10/21 Settle: 11/15/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 25 | 32.67 | 816.75 | N/A | 816.75 |

**For this security:** Internal Use Only: 2, E
- The cost basis method requested was FIFO. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Schwab acted as your agent.

***BOUGHT*** **MARATHON DIGITAL HLD** (Symbol: MARA)

Security No./CUSIP: 565788-10-6 Type: Margin Trade: 11/10/21 Settle: 11/15/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 15 | 74.5126 | 1,117.69 | N/A | 1,117.69 |

**For this security:** Internal Use Only: 2, E
- Schwab acted as your agent.

***BOUGHT*** **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Margin Trade: 11/10/21 Settle: 11/15/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 100 | 4.738 | 473.80 | N/A | 473.80 |

Please see "Terms and Conditions" for more information.



Schwab One® Account of
**JASON J SMALLEY &**
**TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

## Trade Confirmation

***BOUGHT*** **META MATLS INC** (Symbol: MMAT) *Continued*

Security No./CUSIP: 59134N-10-4 Type: Margin Trade: 11/10/21 Settle: 11/15/21

**For this security:** Internal Use Only: 2, E
- Schwab acted as your agent.

***SOLD*** **Rani Therapeutics Ho A** (Symbol: RANI)

Security No./CUSIP: 753018-10-0 Type: Margin Trade: 11/10/21 Settle: 11/15/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | | *Total Amount ($)* |
|---|---|---|---|---|---|
| 50 | 25.82 | 1,291.00 | Exchange Processing Fee | 0.01 | 1,290.99 |

**For this security:** Internal Use Only: 2, E
- The cost basis method requested was FIFO. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.

***SOLD*** **Select Energy Servic A** (Symbol: WTTR)

Security No./CUSIP: 81617J-30-1 Type: Margin Trade: 11/10/21 Settle: 11/15/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | | *Total Amount ($)* |
|---|---|---|---|---|---|
| 150 | 7.0008 | 1,050.12 | Exchange Processing Fee | 0.01 | 1,050.11 |

Please see "Terms and Conditions" for more information.



Schwab One® Account of
**JASON J SMALLEY &**
**TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

**Trade Confirmation**

***BOUGHT*** **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Margin Trade: 09/03/21 Settle: 09/08/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 50 | 5.7586 | 287.93 | N/A | 287.93 |

**For this security:**
- Schwab acted as your agent.

Internal Use Only: 2, E

***BOUGHT*** **Uranium Energy Corp** (Symbol: UEC)

Security No./CUSIP: 916896-10-3 Type: Margin Trade: 09/03/21 Settle: 09/08/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 200 | 3.00 | 600.00 | N/A | 600.00 |

**For this security:**
- Schwab acted as your agent.

Internal Use Only: 2, E

***BOUGHT*** **Wipro Ltd ADR** (Symbol: WIT)

Security No./CUSIP: 97651M-10-9 Type: Margin Trade: 09/03/21 Settle: 09/08/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 50 | 9.57 | 478.50 | N/A | 478.50 |

Please see "Terms and Conditions" for more information.




Schwab One® Account of
**JASON J SMALLEY &**
**TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

## Trade Confirmation

***SOLD*** **BIONTECH SE ADR** (Symbol: BNTX)

Security No./CUSIP: 09075V-10-2 Type: Margin Trade: 07/23/21 Settle: 07/27/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | | *Total Amount ($)* |
|---|---|---|---|---|---|
| 5 | 270.943 | 1,354.72 | Exchange Processing Fee | 0.01 | 1,354.71 |

**For this security:** Internal Use Only: 2, E

- The cost basis method requested was FIFO. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.

***BOUGHT*** **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Margin Trade: 07/23/21 Settle: 07/27/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 50 | 3.3876 | 169.38 | N/A | 169.38 |

**For this security:** Internal Use Only: 2, E

- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.



Schwab One® Account of
**JASON J SMALLEY &**
**TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

**Trade Confirmation**

***BOUGHT*** **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Margin Trade: 07/15/21 Settle: 07/19/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 20 | 3.7853 | 75.71 | N/A | 75.71 |
| 5 | 3.7854 | 18.93 | N/A | 18.93 |
| **25** | | **$ 94.64** | | **$ 94.64** |

**For this security:**
- Schwab acted as your agent.

Internal Use Only: 2, E

***BOUGHT*** **Paypal Holdings Inco** (Symbol: PYPL)

Security No./CUSIP: 70450Y-10-3 Type: Margin Trade: 07/15/21 Settle: 07/19/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 3 | 296.78 | 890.34 | N/A | 890.34 |

**For this security:**
- Schwab acted as your agent.

Internal Use Only: 2, E

Please see "Terms and Conditions" for more information.



Schwab One® Account of
**JASON J SMALLEY &**
**TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

**Trade Confirmation**

***BOUGHT*** **Exela Technologies I** (Symbol: XELA)

Security No./CUSIP: 30162V-40-9 Type: Margin Trade: 07/13/21 Settle: 07/15/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 20 | 4.87 | 97.40 | N/A | 97.40 |
| 5 | 4.865 | 24.33 | N/A | 24.33 |
| 50 | 4.5064 | 225.32 | N/A | 225.32 |
| **75** | | **$ 347.05** | | **$ 347.05** |

**For this security:** Internal Use Only: 2, E
- Schwab acted as your agent.

***BOUGHT*** **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Margin Trade: 07/13/21 Settle: 07/15/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 25 | 4.10 | 102.50 | N/A | 102.50 |

**For this security:** Internal Use Only: 2, E
- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.




Schwab One® Account of
**JASON J SMALLEY &**
**TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

**Trade Confirmation**

***SOLD*** **CHARGEPOINT HLDGS IN A** (Symbol: CHPT)

Security No./CUSIP: 15961R-10-5 Type: Margin Trade: 07/06/21 Settle: 07/08/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 15 | 31.465 | 471.98 | N/A | 471.98 |

**For this security:** Internal Use Only: 2, E
- The cost basis method requested was FIFO. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Schwab acted as your agent.

***BOUGHT*** **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Margin Trade: 07/06/21 Settle: 07/08/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 24 | 7.25 | 174.00 | N/A | 174.00 |
| 1 | 7.25 | 7.25 | N/A | 7.25 |
| **25** | | **$ 181.25** | | **$ 181.25** |

**For this security:** Internal Use Only: 2, E
- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.



Schwab One® Account of
**JASON J SMALLEY &**
**TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

**Trade Confirmation**

***BOUGHT*** **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Margin Trade: 07/02/21 Settle: 07/07/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 50 | 6.8985 | 344.93 | N/A | 344.93 |
| 20 | 6.7569 | 135.14 | N/A | 135.14 |
| **70** | | **$ 480.07** | | **$ 480.07** |

**For this security:** Internal Use Only: 2, E
- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.



Schwab One® Account of
**JASON J SMALLEY &
TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

## Trade Confirmation

***BOUGHT*** **Apple Inc Dividends reinvested** (Symbol: AAPL)

Security No./CUSIP: 037833-10-0 Type: Margin Trade: 07/01/21 Settle: 07/06/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 10 | 136.655 | 1,366.55 | N/A | 1,366.55 |

**For this security:** Internal Use Only: 2, E
- Schwab acted as your agent.

***BOUGHT*** **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Margin Trade: 07/01/21 Settle: 07/06/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 30 | 7.3828 | 221.48 | N/A | 221.48 |

**For this security:** Internal Use Only: 2, E
- Schwab acted as your agent.

***SOLD*** **Rocket Companies Cla A** (Symbol: RKT)

Security No./CUSIP: 77311W-10-1 Type: Margin Trade: 07/01/21 Settle: 07/06/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 40 | 19.045 | 761.80 | N/A | 761.80 |

Please see "Terms and Conditions" for more information.



Schwab One® Account of
**JASON J SMALLEY &**
**TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

## Trade Confirmation

***BOUGHT*** **Apple Inc Dividends reinvested** (Symbol: AAPL)

Security No./CUSIP: 037833-10-0 | Type: Margin | Trade: 06/30/21 | Settle: 07/02/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 20 | 137.105 | 2,742.10 | N/A | 2,742.10 |

**For this security:** Internal Use Only: 2, E
- Schwab acted as your agent.

***BOUGHT*** **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 | Type: Margin | Trade: 06/30/21 | Settle: 07/02/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 35 | 6.97 | 243.95 | N/A | 243.95 |

**For this security:** Internal Use Only: 2, E
- Schwab acted as your agent.

***BOUGHT*** **Transocean Inc New** (Symbol: RIG)

Security No./CUSIP: H8817H-10-0 | Type: Margin | Trade: 06/30/21 | Settle: 07/02/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 50 | 4.504 | 225.20 | N/A | 225.20 |

Please see "Terms and Conditions" for more information.



Schwab One® Account of
**JASON J SMALLEY &**
**TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

## Trade Confirmation

***BOUGHT*** **CHARGEPOINT HLDGS IN A** (Symbol: CHPT)

Security No./CUSIP: 15961R-10-5 Type: Margin Trade: 06/29/21 Settle: 07/01/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 15 | 36.07 | 541.05 | N/A | 541.05 |

**For this security:**
- Schwab acted as your agent.

Internal Use Only: 2, E

***BOUGHT*** **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Margin Trade: 06/29/21 Settle: 07/01/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 25 | 7.565 | 189.13 | N/A | 189.13 |
| 15 | 7.09 | 106.35 | N/A | 106.35 |
| **40** | | **$ 295.48** | | **$ 295.48** |

**For this security:**
- Schwab acted as your agent.

Internal Use Only: 2, E

Please see "Terms and Conditions" for more information.



Schwab One® Account of
**JASON J SMALLEY &**
**TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

**Trade Confirmation**

***SOLD*** **Golden Ocean Group** (Symbol: GOGL)

Security No./CUSIP: G39637-20-5 Type: Margin Trade: 06/28/21 Settle: 06/30/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 30 | 11.0616 | 331.85 | N/A | 331.85 |

**For this security:** Internal Use Only: 2, E
- The cost basis method requested was FIFO. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Schwab acted as your agent.

***BOUGHT*** **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 Type: Cash Trade: 06/28/21 Settle: 06/30/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 20 | 8.1199 | 162.40 | N/A | 162.40 |
| 30 | 7.95 | 238.50 | N/A | 238.50 |
| **50** | | **$ 400.90** | | **$ 400.90** |

**For this security:** Internal Use Only: 2, E
- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.



Schwab One® Account of
**JASON J SMALLEY &**
**TERI L SMALLEY JT TEN**

Account Number
**6509-8595**

**Trade Confirmation**

***SOLD*** **METAMATERIAL INC** (Symbol: MMATF)

Security No./CUSIP: 59134F-10-1 Type: Cash Trade: 06/28/21 Settle: 06/30/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | | *Total Amount ($)* |
|---|---|---|---|---|---|
| 132 | 13.15 | 1,735.80 | Exchange Processing Fee | 0.01 | 1,735.79 |

**For this security:** Internal Use Only: 2, E
- The cost basis method requested was FIFO. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.

***SOLD*** **Perion Network Ltd** (Symbol: PERI)

Security No./CUSIP: M78673-11-4 Type: Margin Trade: 06/28/21 Settle: 06/30/21

| *Quantity* | *Price ($)* | *Principal ($)* | *Charges and/or Interest ($)* | *Total Amount ($)* |
|---|---|---|---|---|
| 20 | 22.00 | 440.00 | N/A | 440.00 |

**For this security:** Internal Use Only: 2, E
- The cost basis method requested was FIFO. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Schwab acted as your agent.

Please see "Terms and Conditions" for more information.