NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:** Meta Materials Inc.

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Charles Allen
   5977 Chidham Cres
   Mississauga ON L5N 2R8
   Canada

   **Telephone Number:** 416 200-4722

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC 17 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:** 29Y0B4K — TD Waterhouse

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   TD Direct Investing
   3500 Steeles Ave. E Tower 2, 2nd floor
   Markham ON L3R 0X1
   **Telephone Number:** 1 800-465 5463

3. **Date Equity Interest was acquired:**
   Between Feb 26, 2021 - July 13, 2021
   See attached documentation

4. **Total amount of member interest:** 327 Shares for $1610.90 USD

5. **Certificate number(s):** See attached documentation

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** Investor

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   **Print Name:** Charles Allen
   **Title:**
   **Company:** Address and telephone number (if different from notice address above):

   (Signature) Dec. 15, 2024 (Date)

   **Telephone number:** 416 200-4722   **email:** callen@athletics.ca

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

 

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on February 26, 2021

▸ **For settlement on:** March 02, 2021
▸ **Processed on:** February 26, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | METAMATERIAL INC XA-370784 | 160 | 3.44 | |

|  |  |  |
|---|---|---|
| | Gross transaction amount | CAD  550.40 |
| *Plus*  Commission | | 9.99 |
| *Equals* **Net transaction amount** | | **CAD $560.39** |

Security number: 436657
CUSIP ID: 59134F101
Trade number: 003101
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on the CNQ Pure Trading market for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

---

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00148172 0000003701 20210226 59134F101 436657

**Order execution account**
No advice or recommendations provided.

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on July 01, 2021

▸ **For settlement on:** July 06, 2021
▸ **Processed on:** July 01, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC VP-427209 | 67 | 7.50 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004117
Trade processed by: 9EON

|  |  |  |
|---|---|---|
|  | Gross transaction amount | USD 502.50 |
| *Plus* | Commission | 7.00 |
| *Equals* | **Net transaction amount** | **USD $509.50** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00032325 0000003789 20210701 59134N104 43665R

**Order execution account**
No advice or recommendations provided.

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on July 09, 2021

▸ **For settlement on:** July 13, 2021
▸ **Processed on:** July 09, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC WX-424937 | 100 | 5.58 | |

| | | |
|---|---|---|
| | Gross transaction amount | USD 558.00 |
| Plus | Commission | 9.99 |
| Equals | **Net transaction amount** | **USD $567.99** |

**Ticker symbol:** MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 001167
Trade processed by: 9EON

As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

---

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00063547 0000003795 20210709 59134N104 43665R

**Order execution account**
No advice or recommendations provided.