NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor: **Meta Materials, Inc.** | Case Number: **24-50792** |
|---|---|

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Ronald Francis Howard II
1655 Butler Pike
Mercer, PA 16137

Telephone Number: **724-772-2787**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 16 2024**

**U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
*ROLLOVER IRA ACCT# 676-216898-206   SELF DIRECTED BROKER ACCT#153-40356-208*

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Morgan Stanley Smith Barney LLC
P.O. Box 484, Jersey City, NJ 07303-0484
Telephone Number: 800-387-2331

**3.** Date Equity Interest was acquired:
*ROLLOVER IRA DATES
5-31-19
7-6-21
7-9-21
1-12-23*

*SELF DIRECTED BROKERAGE ACCOUNT
8-8-22
8-24-22
12-4-23
12-5-23*

**4.** Total amount of member interest: *450 SHARES ($29,761.09)*

**5.** Certificate number(s): See attached documentation

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
■ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: STOCKHOLDER - INVESTOR

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.
☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Ronald Francis Howard II
Title:
Company: ____ Address and telephone number (if different from notice address above):
_____

(Signature)   *12-11-24* (Date)

Telephone number: 724-992-2787   email: rjrmhoward2@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**E✱TRADE**
from Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2024

**STATEMENT FOR:**
RONALD F HOWARD II

| | |
|---|---|
| **Beginning Total Value** (as of 1/1/24) | $4,388.96 |
| **Ending Total Value** (as of 1/31/24) | $2,946.91 |
| *Includes Accrued Interest* | |

**Access Your Account Online At**
www.etrade.com or call 800-387-2331

*Morgan Stanley Smith Barney LLC. Member SIPC.*
*E*TRADE is a business of Morgan Stanley.*

#BWNJGWM

RONALD F HOWARD II
1655 BUTLER PIKE
MERCER PA 16137

INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •
NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •
MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD

**E✳TRADE**
from Morgan Stanley

## Standard Disclosures

The following Disclosures are applicable to the enclosed statement(s). Expanded Disclosures are attached to your most recent June and December statement (or your first Statement if you have not received a statement for those months). The Expanded Disclosures are also available online or by contacting us by using the contact information on the statement cover page.

**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page. ·

**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.

**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.

**Important Information if You are a Margin Customer** (not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in

exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares, the number of shares pledged as collateral will be indicated below the position.

**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.

**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Investments, which may appear in various statement product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For information on the risks and conflicts of interest related to Structured Investments generally, log in to Morgan Stanley Online and go to www.morganstanley.com/structuredproductsrisksandconflicts.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle,

printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including, explanatory SIPC brochure, contact SIPC at 1-202-371-8300 o www.sipc.org.

**Transaction Dates and Conditions**
Upon written request, we will furnish the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Equity Research Ratings Definitions and Global Investment M** **Analysis Status**
Some equity securities may have research ratings from Morgan Stanley & Co. LLC or Morningstar, Inc. Research ratings are the research providers' opinions or not representations or guarantees of performance. For more information about each research provider's rating system, see the Research Ratings on your most recent June or December statement (or your first statement if you have not received a statement for those months), go online or refer to the research provider's research report. Research reports contain more comp information concerning the analyst's views and you should read entire research report and not infer its contents from the rating. If your account contains an advisory component or is an advisory account, a GIMA status will apply.

**Credit Ratings from Moody's Investors Service and Standard & Poor's**
The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the opinions of the provider and are not representations or guarantees of performance. Please contact us if you need further information or assistance in interpreting these credit ratings.

Revised 11/2022

# E✱TRADE
## from Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2024

Self-Directed Brokerage Account    RONALD F HOWARD II
153-403560-208

## Account Summary

### CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

|  | This Period (1/1/24-1/31/24) | This Year (1/1/24-1/31/24) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | $4,388.96 | $4,388.96 |
| Credits | — | — |
| Debits | — | — |
| Security Transfers | — | — |
| **Net Credits/Debits/Transfers** | — | — |
| Change in Value | (1,442.05) | (1,442.05) |
| **TOTAL ENDING VALUE** | $2,946.91 | $2,946.91 |

### MARKET VALUE OVER TIME
The below chart displays the most recent thirteen months of Market Value.



The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdr... nor other factors that may have affected performance calculations. No percentage will be display... when the previous month reflected no value.

### ASSET ALLOCATION (includes accrued interest)

|  | Market Value | Percentage |
|---|---|---|
| Cash | $225.89 | 7.67 |
| Equities | 2,721.02 | 92.33 |
| **TOTAL VALUE** | $2,946.91 | 100.00% |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures. Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.*



*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP ... MMF balances. These classifications do not constitute a recommendation and may differ from t... classification of instruments for regulatory or tax purposes.*

**E✴TRADE**
from Morgan Stanley

Self-Directed Brokerage Account    RONALD F HOWARD II
153-403560-208

# Account Summary

## BALANCE SHEET (^ includes accrued interest)

| | Last Period (as of 12/31/23) | This Period (as of 1/31/24) |
|---|---|---|
| Cash, BDP, MMFs | $225.89 | $225.89 |
| Stocks | 4,163.07 | 2,721.02 |
| **Total Assets** | **$4,388.96** | **$2,946.91** |
| **Total Liabilities** (outstanding balance) | — | — |
| **TOTAL VALUE** | **$4,388.96** | **$2,946.91** |

## CASH FLOW

| | This Period (1/1/24-1/31/24) | This Year (1/1/24-1/31/24) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | **$225.89** | **$225.89** |
| **Total Investment Related Activity** | — | — |
| **Total Cash Related Activity** | — | |
| **Total Card/Check Activity** | — | |
| **CLOSING CASH, BDP, MMFs** | **$225.89** | **$225.89** |

## INCOME AND DISTRIBUTION SUMMARY

| | This Period (1/1/24-1/31/24) | This Year (1/1/24-1/31/24) |
|---|---|---|
| **Income And Distributions** | — | — |
| **Tax-Exempt Income** | — | — |
| **TOTAL INCOME AND DISTRIBUTIONS** | — | — |

*Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.*

## GAIN/(LOSS) SUMMARY

| | Realized This Period (1/1/24-1/31/24) | Realized This Year (1/1/24-1/31/24) | Unrealized Inception to Date (as of 1/31/24) |
|---|---|---|---|
| Short-Term (Loss) | $(1,268.99) | $(1,268.99) | $(7...) |
| Long-Term (Loss) | — | — | (20,8...) |
| **TOTAL GAIN/(LOSS)** | **$(1,268.99)** | **$(1,268.99)** | **$(21,657.82)** |

*The Gain/(Loss) Summary, which may be subsequently adjusted, is provided for informational purposes and should not be used for tax preparation. For additional detail, please visit www.etrade.com.*

**E✳TRADE**
from Morgan Stanley

Account Detail

Self-Directed Brokerage Account    RONALD F HOWARD II
153-403560-208

Investment Objectives (in order of priority): Speculation

Brokerage Account

*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defi*. *maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes on. reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. For more information regarding the Bank Deposit Program, go to www.etrade.com/bdpdisclosure. Interest from required Pattern Day Trader minimum equity amounts retained in Cash Balance Program.*

| Description | | | | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|---|---|
| CASH | | | | $225.89 | | | |

| | Percentage of Holdings | | | Market Value | | Est Ann Income | |
|---|---|---|---|---|---|---|---|
| CASH, BDP, AND MMFs | 7.67% | | | $225.89 | | — | |

## STOCKS
### COMMON STOCKS

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | C: Yield % |
|---|---|---|---|---|---|---|---|
| FM4 NXTBRG HYDROCARBONS CONTRA | 2,000.000 | N/A | $10,625.55 | N/A | N/A | — | |
| *Asset Class: Equities* | | | | | | | |
| INVICTUS ENERGY LIMITED (IVCTF) | 15,000.000 | 0.072 | 3,029.90 | 1,080.00 | (1,949.90) | — | — |
| *Asset Class: Equities* | | | | | | | |

# E✳TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2024

## Account Detail

Self-Directed Brokerage Account
153-403560-208     RONALD F HOWARD II

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC NEW (MMAT) | 400.000 | 3.820 | 19,384.04 | 1,528.00 | (17,856.04) | — | — |
| *Asset Class: Equities* | | | | | | | |
| MICROMOBILITY INC CL A (MCOM) | 1.000 | 0.022 | 1,559.75 | 0.02 | (1,559.73) | — | — |
| *Asset Class: Equities* | | | | | | | |
| SUNHYDROGEN INC (HYSR) | 10,000.000 | 0.011 | 405.15 | 113.00 | (292.15) | — | — |
| *Asset Class: Equities* | | | | | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| **STOCKS** | 92.33% | | | $35,004.39 | $2,721.02 | $(21,657.82) | — | — |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Y... |
|---|---|---|---|---|---|---|---|---|
| **TOTAL VALUE** | 100.00% | | | $35,004.39 | $2,946.91 | $(21,657.82) | — | |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $225.89 | — | — | — | — | — |
| Stocks | — | $2,721.02 | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | **$225.89** | **$2,721.02** | **—** | **—** | **—** | **—** |

## ACTIVITY

### CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 1/29 | | Service Fee | META MATERIALS INC | MANDATORY REORG FEE | | | $(38.00) |
| 1/30 | | Service Fee Adj | Mandatory Reorg Fee Reversal - | | | | 38.00 |
| **NET CREDITS/(DEBITS)** | | | | | | | **$0.00** |

**E✷TRADE**
from Morgan Stanley

CLIENT STATEMENT | For the Period January 1-31, 2024

Self-Directed Brokerage Account    RONALD F HOWARD II
153-403560-208

## Account Detail

## TRANSFERS, CORPORATE ACTIONS AND ADDITIONAL ACTIVITY

### CORPORATE ACTIONS

| Activity Date | Activity Type | Description | Comments | Quantity |
|---|---|---|---|---|
| 1/29 | Exchange Delivered Out | META MATERIALS INC | | (40,000.000) |
| 1/29 | Exchange Received In | META MATERIALS INC NEW | | 400.000 |

### OPTIONS EXPIRATIONS, EXERCISES AND ASSIGNMENTS

| Activity Date | Activity Type | Description | | | Comments | Contracts |
|---|---|---|---|---|---|---|
| 1/22 | Option Expired | CALL MMAT | 01/19/24 | 0.500 | EXPIRED OPTIONS | 100.000 |

## MESSAGES

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.
**Important information about your 2023 tax reporting**
If your E*TRADE account was transferred to Morgan Stanley Smith Barney LLC (MSSB) in 2023, you may receive multiple tax forms for 2023: tax forms for your original E*TRADE account that reports all activ
E*TRADE Securities LLC before the transfer date, and additional tax forms for your transferred account that reports all activity with MSSB after the transfer date. Please note, there may be a slight timing difference in
the availability of the two forms. If your brokerage or stock plan account(s) do not meet the minimum IRS threshold for taxable activity, we'll post a notification under Documents > General Correspondence. For more
information on what to expect, visit www.etrade.com/taxyear2023.
Remember, if you also have a full service account with MSSB, you'll receive a separate tax form for that account, which will be available on Morgan Stanley Online. Only forms for your E*TRADE account will be
available in the Tax Center.



This page intentionally left blank

# E✱TRADE
### from Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2024

**STATEMENT FOR:**
RONALD F HOWARD II

| | |
|---|---|
| **Beginning Total Value** (as of 1/1/24) | $9,376.12 |
| **Ending Total Value** (as of 1/31/24) | $7,359.56 |
| *Includes Accrued Interest* | |

**Access Your Account Online At**
www.etrade.com or call 800-387-2331

*Morgan Stanley Smith Barney LLC. Member SIPC.*
*E*TRADE is a business of Morgan Stanley.*

#BWNJGWM

RONALD F HOWARD II
1655 BUTLER PIKE
MERCER PA 16137

INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •
NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •
MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD

# E✱TRADE

from Morgan Stanley

## Standard Disclosures

The following Disclosures are applicable to the enclosed statement(s). Expanded Disclosures are attached to your most recent June and December statement (or your first Statement if you have not received a statement for those months). The Expanded Disclosures are also available online or by contacting us by using the contact information on the statement cover page.

**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.

**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.

**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.

**Important Information if You are a Margin Customer**(not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in

exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares, the number of shares pledged as collateral will be indicated below the position.

**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.

**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Investments, which may appear in various statement product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For information on the risks and conflicts of interest related to Structured Investments generally, log in to Morgan Stanley Online and go to www.morganstanley.com/structuredproductsrisksandconflicts.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle,

printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or www.sipc.org.

**Transaction Dates and Conditions**
Upon written request, we will furnish the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Equity Research Ratings Definitions and Global Investment Ma Analysis Status**
Some equity securities may have research ratings from Morgan Stanley & Co. LLC or Morningstar, Inc. Research ratings are the research providers' opinions or not representations or guarantees of performance. For more information about each research provider's rating system, see the Research Ratings on your most recent June or December statement (or your first statement if you have not received a statement for those months), go online or refer to the research provider's research report. Research reports contain more complete information concerning the analyst's views and you should read entire research report and not infer its contents from the rating; if your account contains an advisory component or is an advisory account, a GIMA status will apply.

**Credit Ratings from Moody's Investors Service and Standard & Poor's**
The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the opinions of the provider and are not representations or guarantees of performance. Please contact us if you need further information or assistance in interpreting these credit ratings.

Revised 11/2022

# E✳TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2024

Page 3 of 10

## Account Summary

**Self-Directed Retirement Account    RONALD F HOWARD II**
676-216898-206
Rollover IRA

### CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

| | This Period (1/1/24-1/31/24) | This Year (1/1/24-1/31/24) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | $9,376.12 | $9,376.12 |
| Credits | — | — |
| Debits | — | — |
| Security Transfers | — | — |
| **Net Credits/Debits/Transfers** | — | — |
| Change in Value | (2,016.56) | (2,016.56) |
| **TOTAL ENDING VALUE** | **$7,359.56** | **$7,359.56** |

### MARKET VALUE OVER TIME
The below chart displays the most recent thirteen months of Market Value.



The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdra; nor other factors that may have affected performance calculations. No percentage will be display when the previous month reflected no value.

### ASSET ALLOCATION (includes accrued interest)

| | Market Value | Percentage |
|---|---|---|
| Cash | $53.27 | 0.72 |
| Equities | 7,306.29 | 99.28 |
| **TOTAL VALUE** | **$7,359.56** | **100.00%** |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures. Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.*



*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP ? MMF balances. These classifications do not constitute a recommendation and may differ from t classification of instruments for regulatory or tax purposes.*

# E✳TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2024

## Account Summary

Self-Directed Retirement Account    RONALD F HOWARD II
676-216898-206
Rollover IRA

### BALANCE SHEET (^ includes accrued interest)

|  | Last Period (as of 12/31/23) | This Period (as of 1/31/24) |
|---|---|---|
| Cash, BDP, MMFs | $53.27 | $53.27 |
| Stocks | 9,322.85 | 7,306.29 |
| **Total Assets** | **$9,376.12** | **$7,359.56** |
| **TOTAL VALUE** | **$9,376.12** | **$7,359.56** |

### INCOME AND DISTRIBUTION SUMMARY

|  | This Period (1/1/24-1/31/24) | This Year (1/1/24-1/31/24) |
|---|---|---|
| **TOTAL INCOME AND DISTRIBUTIONS** | — | — |

### RETIREMENT RECAP

**2023 Fair Market Value (includes accrued interest): $9,376.12**

|  | 2023 | 2024 (year-to-date) | Historical |
|---|---|---|---|
| **Contributions** |  |  |  |
| Individual | — | — | $400.00 |

### CASH FLOW

|  | This Period (1/1/24-1/31/24) | This Year (1/1/24-1/31/24) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | **$53.27** | **$53.27** |
| **Total Investment Related Activity** | — | — |
| **Total Cash Related Activity** | — | — |
| **CLOSING CASH, BDP, MMFs** | **$53.27** | **$** |

### GAIN/(LOSS) SUMMARY

|  | Realized This Period (1/1/24-1/31/24) | Realized This Year (1/1/24-1/31/24) | Unrealized Inception to Date (as of 1/31/24) |
|---|---|---|---|
| **TOTAL GAIN/(LOSS)** | — | — | $(43,753.44) |

*The Gain/(Loss) Summary, which may be subsequently adjusted, is provided for informational pu
and should not be used for tax preparation. For additional detail, please visit www.etrade.com.*

### HISTORICAL CONTRIBUTIONS & DISTRIBUTIONS

|  | Contributions | Distributions |
|---|---|---|
| 2019 and Prior | $0.00 | $0.00 |
| 2020 | 0.00 | 0.00 |
| 2021 | 0.00 | 0.00 |
| 2022 | 400.00 | ( |
| 2023 | 0.00 | ( |
| 2024 | 0.00 | 0.00 |
| **LIFETIME** | **$400.00** | **$0.00** |

*The contribution and distribution information on this page is based on information you provided and not intended for tax purposes. Contributions are recorded for the year in which they are received, unless made on or before the applicable deadline and designated for the prior year at the time the contribution is made. Historical information may not include all transactions and/or may group transactions into general categories.*

*Refer to the Additional Retirement Account Information in the Expanded Disclosures.*

*The historical information reflected here does not include transactions occurring prior to 1/1/22.*

# E✳TRADE
from Morgan Stanley

## Account Summary

| Self-Directed Retirement Account | RONALD F HOWARD II |
| 676-216898-206 |
| Rollover IRA |

BENEFICIARIES (Visit www.etrade.com to view and update your beneficiaries.)

# E✱TRADE
### from Morgan Stanley

## Account Detail

|  | Self-Directed Retirement Account    RONALD F HOWARD II |  |
|---|---|---|
|  | 676-216898-206 |  |
|  | Rollover IRA |  |

**Investment Objectives (in order of priority):** Capital Appreciation

Brokerage Account

*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a def. maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes on reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. For more information regarding the Bank Deposit Program, go to www.etrade.com/bdpdisclosure. Interest from required Pattern Day Trader minimum equity amounts retained in Cash Balance Program.*

| Description | | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|
| MORGAN STANLEY PRIVATE BANK NA | | $53.27 | — | $0.01 | |

| | Percentage of Holdings | | Market Value | | Est Ann Income |
|---|---|---|---|---|---|
| CASH, BDP, AND MMFs | 0.72% | | $53.27 | | $0.01 |

## STOCKS
### COMMON STOCKS

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | C Yield % |
|---|---|---|---|---|---|---|---|
| AIADVERTISING INC (AIAD) | 40,000.000 | $0.007 | $796.85 | $292.00 | $(504.85) | — | — |
| *Asset Class: Equities* | | | | | | | |
| AQUABOUNTY TECHNOLOGIES INC (AQB) | 10.000 | 2.530 | 1,142.88 | 25.30 | (1,117.58) | — | — |
| *Asset Class: Equities* | | | | | | | |

# E✱TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2024

## Account Detail

Self-Directed Retirement Account    RONALD F HOWARD II
676-216898-206
Rollover IRA

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| ASIA BROADBAND INC (AABB) | 5,000.000 | 0.016 | 1,740.85 | 78.50 | (1,662.35) | — | — |
| Asset Class: Equities | | | | | | | |
| ASIA BROADBAND INC RST | 162.000 | 0.016 | 13.35 | 2.54 | (10.81) | | |
| Asset Class: Equities | | | | | | | |
| ATLAS LITHIUM CORP NEW (ATLX) | 134.000 | 22.650 | 1,804.95 | 3,035.10 | 1,230.15 | | |
| Asset Class: Equities | | | | | | | |
| BIGG DIGITAL ASSETS INC (BBKCF) | 1,000.000 | 0.190 | 1,644.95 | 190.00 | (1,454.95) | — | — |
| Asset Class: Equities | | | | | | | |
| CONTRA GLOBAL TECH IND GRP INC | 500.000 | N/A | 0.00 | N/A | N/A | | |
| Asset Class: Equities | | | | | | | |
| CYBERLUX CORP COM NEW (CYBL) | 100,000.000 | 0.005 | 1,764.95 | 450.00 | (1,314.95) | — | — |
| Asset Class: Equities | | | | | | | |
| ELECTRA BATTERY MATERIALS CORP (ELBM) | 277.000 | 0.339 | 1,422.46 | 93.88 | (1,328.58) | — | |
| Asset Class: Equities | | | | | | | |
| ENERGY TRANSITION MINERALS LTD (GDLNF) | 20,000.000 | 0.024 | 2,014.94 | 489.18 | (1,525.76) | — | — |
| Asset Class: Equities | | | | | | | |
| FM4 NXTBRG HYDROCARBONS CONTRA | 4,000.000 | N/A | 3,288.63 | N/A | N/A | — | — |
| Asset Class: Equities | | | | | | | |
| GEOSPATIAL CORPORATIONS (GSPH) | 50,000.000 | N/A | 4,009.99 | N/A | N/A | | |
| Asset Class: Equities | | | | | | | |
| GLOBAL TECH INDS GROUP INC COM (GTII) | 5,000.000 | 0.268 | 8,354.95 | 1,340.00 | (7,014.95) | — | |
| Asset Class: Equities | | | | | | | |
| GRANT LIFE SCIENCES INC | 100,000.000 | N/A | 3,710.00 | N/A | N/A | — | — |
| Asset Class: Equities | | | | | | | |
| KAYA HLDGS INC (KAYS) | 4,000.000 | 0.040 | 11,454.83 | 160.00 | (11,294.82) | — | — |
| Asset Class: Equities | | | | | | | |
| LION COPPER & GOLD CORP (LCGMF) | 10,000.000 | 0.055 | 654.95 | 551.00 | (103.95) | — | |
| Asset Class: Equities | | | | | | | |
| MAJOR LEAGUE FOOTBALL INC (MLFB) | 100,000.000 | 0.000 | 318.30 | 0.10 | (301.25) | — | — |
| Asset Class: Equities | | | | | | | |
| META MATERIALS INC NEW (MMAT) | 50.000 | 3.820 | 13,446.58 | 191.00 | (13,255.58) | — | — |
| Asset Class: Equities | | | | | | | |
| NET SVGS LINK INC COM NEW (NSAV) | 10,000.000 | 0.002 | 560.95 | 19.00 | (541.95) | — | — |
| Asset Class: Equities | | | | | | | |

# E✳TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2024

Page 8 of 10

## Account Detail

Self-Directed Retirement Account    RONALD F. HOWARD II
676-216898-206
Rollover IRA

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| SKYE BIOSCIENCE INC NEW (SKYE) | 40.000 | 4.000 | 1,004.95 | 160.00 | (844.95) | — | — |
| *Asset Class: Equities* | | | | | | | |
| SUNHYDROGEN INC (HYSR) | 20,000.000 | 0.011 | 2,014.00 | 226.00 | (1,788.00) | — | — |
| *Asset Class: Equities* | | | | | | | |
| VOLCON INC NEW (VLCN) | 20.000 | 0.135 | 921.00 | 2.69 | (918.31) | — | — |
| *Asset Class: Equities* | | | | | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| **STOCKS** | 99.28% | | | $62,085.31 | $7,306.29 | $(43,753.44) | — | — |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| **TOTAL VALUE** | 100.00% | | | $62,085.31 | $7,359.56 | $(43,753.44) | $0.01 | |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $53.27 | — | — | — | — | — |
| Stocks | — | $7,306.29 | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | **$53.27** | **$7,306.29** | **—** | **—** | **—** | **—** |

## ACTIVITY

## CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 1/29 | | Service Fee | META MATERIALS INC | MANDATORY REORG FEE | | | $(38.00) |
| 1/30 | | Service Fee Adj | Mandatory Reorg Fee Reversal - | | | | 38.00 |
| **NET CREDITS/(DEBITS)** | | | | | | | **$0.00** |



**E✳TRADE**
from Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2024

Account Detail

Self-Directed Retirement Account  ·  RONALD F HOWARD II
676-216898-206
Rollover IRA

## TRANSFERS, CORPORATE ACTIONS AND ADDITIONAL ACTIVITY

### CORPORATE ACTIONS

| Activity Date | Activity Type | Description | Comments | Quantity |
|---|---|---|---|---|
| 1/29 | Exchange Delivered Out | META MATERIALS INC | | (5,000.000) |
| 1/29 | Exchange Received In | META MATERIALS INC NEW | | 50.000 |

## MESSAGES

**Senior Investor Helpline**

For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**Important information about your 2023 tax reporting**

If your E*TRADE account was transferred to Morgan Stanley Smith Barney LLC (MSSB) in 2023, you may receive multiple tax forms for 2023: tax forms for your original E*TRADE account that reports all activity with E*TRADE Securities LLC before the transfer date, and additional tax forms for your transferred account that reports all activity with MSSB after the transfer date. Please note, there may be a slight timing difference in the availability of the two forms. If your brokerage or stock plan account(s) do not meet the minimum IRS threshold for taxable activity, we'll post a notification under Documents > General Correspondence. For more information on what to expect, visit www.etrade.com/taxyear2023.

Remember, if you also have a full service account with MSSB, you'll receive a separate tax form for that account, which will be available on Morgan Stanley Online. Only forms for your E*TRADE account will be available in the Tax Center.

**E✳TRADE**
from Morgan Stanley

This page intentionally left blank

**E✱TRADE**
from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- September 30, 2024

**STATEMENT FOR:**
RONALD F HOWARD II

**Beginning Total Value** (as of 7/1/24)          **$4,435.10**
**Ending Total Value** (as of 9/30/24)           **$3,689.94**
*Includes Accrued Interest*

**Access Your Account Online At**
www.etrade.com or call 800-387-2331

*Morgan Stanley Smith Barney LLC, Member SIPC.*
*E*TRADE is a business of Morgan Stanley.*

#BWNJGWM

RONALD F HOWARD II
1655 BUTLER PIKE
MERCER PA 16137

*CONTAINS 50 SHARES OF MMATQ POST REVERSE SPLIT*

5/31/19
7/6/21
7/9/21
1/12/23

INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •
NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •
MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD

**E✲TRADE**

from Morgan Stanley

## Standard Disclosures

The following Disclosures are applicable to the enclosed statement(s). Expanded Disclosures are attached to your most recent June and December statement (or your first Statement if you have not received a statement for those months). The Expanded Disclosures are also available online or by contacting us by using the contact information on the statement cover page.

**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.

**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.

**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.

**Important Information if You are a Margin Customer** (not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares, the number of shares pledged as collateral will be indicated below the position.

**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.

**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Investments, which may appear in various statement product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For information on the risks and conflicts of interest related to Structured Investments generally, log in to Morgan Stanley Online and go to www.morganstanley.com/structuredproductsrisksandconflicts.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle, printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

**Transaction Dates and Conditions**
Upon written request, we will furnish the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Equity Research Ratings Definitions and Global Investment Manager Analysis Status**
Some equity securities may have research ratings from Morgan Stanley & Co. LLC or Morningstar, Inc. Research ratings are the research providers' opinions and not representations or guarantees of performance. For more information about each research provider's rating system, see the Research Ratings on your most recent June or December statement (or your first statement if you have not received a statement for those months), go online or refer to the research provider's research report. Research reports contain more complete information concerning the analyst's views and you should read the entire research report and not infer its contents from the rating alone. If your account contains an advisory component or is an advisory account, a GIMA status will apply.

**Credit Ratings from Moody's Investors Service and Standard & Poor's**
The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the opinions of the provider and are not representations or guarantees of performance. Please contact us if you need further information or assistance in interpreting these credit ratings.

Revised 11/2022

# E✳TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- September 30, 2024

Page 3 of 10

## Account Summary

Self-Directed Retirement Account    RONALD F HOWARD II
676-216898-206
Rollover IRA

### CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

| | This Period (7/1/24-9/30/24) | This Year (1/1/24-9/30/24) |
|---|---|---|
| **TOTAL BEGINNING VALUE** | $4,435.10 | $9,376.12 |
| Credits | — | — |
| Debits | — | — |
| Security Transfers | — | — |
| **Net Credits/Debits/Transfers** | — | — |
| Change in Value | (745.16) | (5,686.18) |
| **TOTAL ENDING VALUE** | $3,689.94 | $3,689.94 |

### MARKET VALUE OVER TIME
*The below chart displays the most recent thirteen months of Market Value.*



*The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.*

### ASSET ALLOCATION (includes accrued interest)

| | Market Value | Percentage |
|---|---|---|
| Cash | $53.76 | 1.46 |
| Equities | 3,636.18 | 98.54 |
| **TOTAL VALUE** | **$3,689.94** | **100.00%** |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures. Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC Insured. For additional information, refer to the corresponding section of this statement.*



*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.*

# E✲TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- September 30, 2024

Page 4 of 10

## Account Summary

Self-Directed Retirement Account    RONALD F HOWARD II
676-216898-206
Rollover IRA

### BALANCE SHEET (^ includes accrued interest)

| | Last Period (as of 6/30/24) | This Period (as of 9/30/24) |
|---|---|---|
| Cash, BDP, MMFs | $53.75 | $53.76 |
| Stocks | 4,381.35 | 3,636.18 |
| **Total Assets** | **$4,435.10** | **$3,689.94** |
| **TOTAL VALUE** | **$4,435.10** | **$3,689.94** |

### CASH FLOW

| | This Period (7/1/24-9/30/24) | This Year (1/1/24-9/30/24) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | **$53.75** | **$53.27** |
| Sales and Redemptions | — | 0.48 |
| Income and Distributions | 0.01 | 0.01 |
| **Total Investment Related Activity** | **$0.01** | **$0.49** |
| **Total Cash Related Activity** | **—** | **—** |
| **CLOSING CASH, BDP, MMFs** | **$53.76** | **$53.76** |

### INCOME AND DISTRIBUTION SUMMARY

| | This Period (7/1/24-9/30/24) | This Year (1/1/24-9/30/24) |
|---|---|---|
| Interest | $0.01 | $0.01 |
| **TOTAL INCOME AND DISTRIBUTIONS** | **$0.01** | **$0.01** |

### GAIN/(LOSS) SUMMARY

| | Realized This Period (7/1/24-9/30/24) | Realized This Year (1/1/24-9/30/24) | Unrealized Inception to Date (as of 9/30/24) |
|---|---|---|---|
| **TOTAL GAIN/(LOSS)** | — | $(920.52) | $(46,502.54) |

*The Gain/(Loss) Summary, which may be subsequently adjusted, is provided for informational purposes and should not be used for tax preparation. For additional detail, please visit www.etrade.com.*

**E✳TRADE**
from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- September 30, 2024

## Account Summary

Self-Directed Retirement Account    RONALD F HOWARD II
676-216898-206
Rollover IRA

### RETIREMENT RECAP

**2023 Fair Market Value (includes accrued interest): $9,376.12**

| | 2023 | 2024 (year-to-date) | Historical |
|---|---|---|---|
| **Contributions** | | | |
| Individual | — | — | $400.00 |

### HISTORICAL CONTRIBUTIONS & DISTRIBUTIONS

| | Contributions | Distributions |
|---|---|---|
| 2019 and Prior | $0.00 | $0.00 |
| 2020 | 0.00 | 0.00 |
| 2021 | 0.00 | 0.00 |
| 2022 | 400.00 | 0.00 |
| 2023 | 0.00 | 0.00 |
| 2024 | 0.00 | 0.00 |
| **LIFETIME** | **$400.00** | **$0.00** |

*The contribution and distribution information on this page is based on information you provided and not intended for tax purposes. Contributions are recorded for the year in which they are received, unless made on or before the applicable deadline and designated for the prior year at the time the contribution is made. Historical information may not include all transactions and/or may group transactions into general categories.*

*Refer to the Additional Retirement Account Information in the Expanded Disclosures.*

*The historical information reflected here does not include transactions occurring prior to 1/1/22.*

**BENEFICIARIES** (Visit www.etrade.com to view and update your beneficiaries.)

**E✳TRADE**
from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- September 30, 2024

## Account Detail

Self-Directed Retirement Account    RONALD F HOWARD II
676-216898-206
Rollover IRA

**Investment Objectives (in order of priority):** Capital Appreciation                                                                                         Brokerage Account
*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. Under certain circumstances, deposits may be held at other FDIC insured Program Banks. For more information regarding the Bank Deposit Program and the Program Banks, go to www.etrade.com/bdpdisclosure. Cash and Interest from required Pattern Day Trader minimum equity amounts are retained in Cash Balance Program.*

| Description | | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|
| MORGAN STANLEY PRIVATE BANK NA | | $53.76 | — | $0.01 | 0.010 |

| | Percentage of Holdings | Market Value | Est Ann Income |
|---|---|---|---|
| CASH, BDP, AND MMFs | 1.46% | $53.76 | $0.01 |

## STOCKS
### COMMON STOCKS

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| AIADVERTISING INC (AIAD) | 40,000.000 | $0.001 | $796.85 | $40.00 | $(756.85) | — | — |
| *Asset Class: Equities* | | | | | | | |
| AQUABOUNTY TECHNOLOGIES INC (AQB) | 10.000 | 1.220 | 1,142.88 | 12.20 | (1,130.68) | — | — |

# E✳TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- September 30, 2024

## Account Detail

Self-Directed Retirement Account    RONALD F HOWARD II
676-216898-206
Rollover IRA

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| *Asset Class: Equities* | | | | | | | |
| ASIA BROADBAND INC (AABB) | 5,000.000 | 0.041 | 1,740.85 | 206.50 | (1,534.35) | — | — |
| *Asset Class: Equities* | | | | | | | |
| ASIA BROADBAND INC RST | 162.000 | 0.041 | 13.35 | 6.69 | (6.66) | — | — |
| *Asset Class: Equities* | | | | | | | |
| ATLAS LITHIUM CORP NEW (ATLX) | 134.000 | 6.800 | 1,804.95 | 911.20 | (893.75) | — | — |
| *Asset Class: Equities* | | | | | | | |
| BIGG DIGITAL ASSETS INC (BBKCF) | 1,000.000 | 0.118 | 1,644.95 | 118.00 | (1,526.95) | — | — |
| *Asset Class: Equities* | | | | | | | |
| CYBERLUX CORP COM NEW (CYBL) | 100,000.000 | 0.002 | 1,764.95 | 227.50 | (1,537.45) | — | — |
| *Asset Class: Equities* | | | | | | | |
| ELECTRA BATTERY MATERIALS CORP (ELBM) | 277.000 | 0.572 | 1,422.46 | 158.44 | (1,264.02) | — | — |
| *Asset Class: Equities* | | | | | | | |
| ENERGY TRANSITION MINERALS LTD (GDLNF) | 20,000.000 | 0.017 | 2,014.94 | 333.00 | (1,681.94) | — | — |
| *Asset Class: Equities* | | | | | | | |
| FM4 NXTBRG HYDROCARBONS CONTRA | 4,000.000 | N/A | 3,288.63 | N/A | N/A | — | — |
| *Asset Class: Equities* | | | | | | | |
| GEOSPATIAL CORPORATIONS (GSPH) | 50,000.000 | N/A | 4,009.99 | N/A | N/A | — | — |
| *Asset Class: Equities* | | | | | | | |
| GLOBAL TECH INDS GROUP INC COM (GTII) | 5,000.000 | 0.028 | 8,354.95 | 137.50 | (8,217.45) | — | — |
| *Asset Class: Equities* | | | | | | | |
| GLOBAL TECH INDS GROUP INC RST | 500.000 | 0.028 | 0.00 | 13.75 | 13.75 | — | — |
| *Asset Class: Equities* | | | | | | | |
| GRANT LIFE SCIENCES INC | 100,000.000 | N/A | 3,710.00 | N/A | N/A | — | — |
| *Asset Class: Equities* | | | | | | | |
| KAYA HLDGS INC (KAYS) | 4,000.000 | 0.041 | 11,454.83 | 162.40 | (11,292.42) | — | — |
| *Asset Class: Equities* | | | | | | | |
| LION COPPER & GOLD CORP (LCGMF) | 10,000.000 | 0.056 | 654.95 | 559.00 | (95.95) | — | — |
| *Asset Class: Equities* | | | | | | | |
| MAJOR LEAGUE FOOTBALL INC (MLFB) | 100,000.000 | 0.000 | 318.30 | 0.10 | (301.25) | — | — |
| *Asset Class: Equities* | | | | | | | |
| META MATERIALS INC NEW (MMATQ) | 50.000 | 0.370 | 13,446.58 | 18.50 | (13,428.07) | — | — |
| *Asset Class: Equities* | | | | | | | |
| NET SVGS LINK INC COM NEW (NSAV) | 10,000.000 | 0.002 | 560.95 | 17.00 | (543.95) | — | — |

# E✳TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period July 1- September 30, 2024

Page 8 of 10

## Account Detail

Self-Directed Retirement Account     RONALD F HOWARD II
676-216898-206
Rollover IRA

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| *Asset Class: Equities* | | | | | | | |
| SKYE BIOSCIENCE INC NEW (SKYE) | 40.000 | 3.910 | 1,004.95 | 156.40 | (848.55) | — | — |
| *Asset Class: Equities* | | | | | | | |
| SUNHYDROGEN INC (HYSR) | 20,000.000 | 0.028 | 2,014.00 | 558.00 | (1,456.00) | — | — |
| *Asset Class: Equities* | | | | | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| **STOCKS** | 98.54% | | | $61,164.31 | $3,636.18 | $(46,502.54) | — | — |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| **TOTAL VALUE** | 100.00% | | | $61,164.31 | $3,689.94 | $(46,502.54) | $0.01 | — |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $53.76 | — | — | — | — | — |
| Stocks | — | $3,636.18 | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | $53.76 | $3,636.18 | — | — | — | — |

# ACTIVITY

## CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 8/30 | | Interest Income | MORGAN STANLEY PRIVATE BANK NA | (Period 08/01-08/31) | | | $0.01 |
| **NET CREDITS/(DEBITS)** | | | | | | | **$0.01** |


from Morgan Stanley

**Account Detail**                          Self-Directed Retirement Account    RONALD F HOWARD II
                                                        676-216898-206
                                                          Rollover IRA

## MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

**Activity**

| Date | Activity Type | Description | Credits/(Debits) |
|------|---------------|-------------|------------------|
| 8/30 | Automatic Investment | BANK DEPOSIT PROGRAM | $0.01 |

# MESSAGES

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**FINRA BrokerCheck**
FINRA has established the public disclosure program, known as BrokerCheck, to provide certain information regarding the disciplinary history of FINRA members and their associated persons. The BrokerCheck Hotline Number is 1-800-289-9999. The FINRA website address is www.finra.org. An investor brochure that includes information describing FINRA BrokerCheck may be obtained from FINRA.

**Tips on Protecting Yourself from Fraudulent Account Activity**
The protection of client data is of the utmost importance to us. Scams are on the rise, and they have become more sophisticated. Please remember to never share your personal information including account verification codes, account numbers, passwords or social security numbers with anyone you do not personally know.

Please be cautious opening attachments, clicking on links, or allowing external access to your computer. Scammers will be aggressive and create a sense of urgency. Scammers will promise unbelievable returns using crypto currency investing or sweepstakes/lottery. Scammers will use social media apps to build trust and then make sudden requests for money due to a hardship or emergency.

If you have any questions regarding scams or believe that you are a victim of a scam, please contact us or call 888-454-3965 to report online fraud or security concerns.

**Important Reminder on Designation of Beneficiary**
If you don't have a beneficiary for your IRA or it has been a while since you have reviewed your beneficiary designation, review your beneficiaries to ensure they are accurate and up to date. Visit www.etrade.com to view and update your beneficiaries.

**Financial Disclosure Statement (in millions of dollars):**
At July 31, 2024 Morgan Stanley Smith Barney LLC had net capital of $5,420 which exceeded the Securities and Exchange Commission's minimum requirement by $4,776. A copy of the Morgan Stanley Smith Barney LLC Consolidated Statement of Financial Condition at June 30, 2024 can be viewed online at: https://www.morganstanley.com/about-us-ir/subsidiaries, or may be mailed to you at no cost by calling 1 (833) 445-2492, after September 15, 2024.

**FINRA RULE 2266 - SIPC INFORMATION**
SIPC and Other Coverage. Morgan Stanley is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims of cash). Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at www.sipc.org or calling 1-202-371-8300.

Morgan Stanley also maintains additional insurance with an aggregate firmwide limit of $1 billion. For additional information about Morgan Stanley's excess of SIPC protection, please go to www.etrade.com/iai. Please note that money market mutual fund balances are securities, not cash. As with other securities investments, the market risks associated with investing and any losses resulting therefrom are not covered by SIPC or the additional protection.

**FINRA RULE 2267 - BROKERCHECK**
FINRA's BrokerCheck allows investors to learn about the professional background, business practices, and conduct of FINRA member firms and their brokers. Records of securities professionals currently associated with a member and persons who have been associated with a member within the last two years are available to the public through BrokerCheck. Information is also available for FINRA-registered securities firms. Information is free to private investors for personal use. The telephone number of BrokerCheck is 1-800-289-9999. For more information about FINRA, visit www.finra.org. An investor brochure describing the BrokerCheck program is also available on request or at https://brokercheck.finra.org/

**MSRB Notice**
This notification is provided pursuant to Municipal Securities Rulemaking Board ("MSRB") Rule G-10 to inform you that (i) Morgan Stanley is registered with the MSRB and the Securities and Exchange Commission (SEC), (ii) information concerning the municipal market can be found at www.msrb.org, and (iii) a brochure that describes the protections available under MSRB rules and how to file a complaint with an appropriate regulatory authority is available on the MSRB website.


from Morgan Stanley

## Account Detail

Self-Directed Retirement Account    RONALD F HOWARD II
676-216898-206
Rollover IRA

**SEA RULE 606 - NOTICE OF AVAILABILITY OF ORDER ROUTING INFORMATION**

Morgan Stanley prepares quarterly reports describing its order routing practices for nondirected orders routed to a particular venue for execution. These reports are publicly available at www.etrade.com. Morgan Stanley will furnish a written copy of the quarterly report on request. In addition, Morgan Stanley will provide on request more-detailed information related to the routing of any order in the six months prior to the request, including the identity of the venue to which the customer's orders were routed for execution, whether the orders were directed or nondirected orders, and the time of any transactions that resulted from such orders.

**SEA RULE 607 - PAYMENT FOR ORDER FLOW DISCLOSURE**

Morgan Stanley takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order-handling systems, the level of service provided, the cost of executing orders, and whether it will receive remuneration from particular broker-dealers and market centers for routing customer orders to them for execution. Morgan Stanley receives remuneration, generally in the form of cash payments and rebates, from particular broker-dealers and market centers for directing customer orders in securities to them for execution.

**FINRA RULE 4340 - CALLABLE SECURITIES**

When a security is subject to a partial redemption by the issuer, the issuer notifies Morgan Stanley, via a central industry depository, of the number of units for the specific security to be redeemed.

Upon receipt of the issuer's notification of a mandatory redemption, Morgan Stanley determines the favorability of the redemption based on the current market price versus the call price. When the redemption of the callable security is made on terms that are favorable to the called parties, Morgan Stanley does not include any firm or employee accounts in the pool of securities eligible to be called until all other customer's positions in such securities have been called. When the redemption is made on terms that are unfavorable to the called parties, Morgan Stanley does not exclude firm or employee accounts from the pool of the securities eligible to be called.

Once the favorability of the redemption has been determined, Morgan Stanley uses a random process designated to allocate called securities on a fair and impartial basis. The lottery process is based on a mathematical formula that determines the accounts that will be selected and the number of securities in the account that will be redeemed.

As a result of the call, you may be left with a position either below the minimum denomination of the security or in an amount that is not an authorized denomination of the security. Such a position may have less, limited or no liquidity depending on the type of security, issuer, size of position or other factors.

As required under FINRA 4340 - "Callable Securities," Morgan Stanley is providing our customers with a link to the firm's allocation procedures related to callable securities located on the Morgan Stanley website: www.morganstanley.com/about-us-ir/finra. Additionally, a hard copy of the allocation procedures will be provided to customers upon request.

**FINRA RULE 2264 - MARGIN DISCLOSURE**

Morgan Stanley Smith Barney LLC ("Morgan Stanley") is furnishing this information to you to provide some basic facts about purchasing securities on margin. Securities purchased on margin are Morgan Stanley's collateral for the loan to you. If the securities in your account decline in value, so does the value of the collateral supporting your loan, and, as a result, Morgan Stanley can take action, such as issue a margin call and/or sell securities or other assets in any of your accounts held with Morgan Stanley, to maintain the required equity in the account. It is important that you fully understand the risks involved in trading securities on margin.

These risks include the following:
- You can lose more funds than you deposit in the margin account.
- Morgan Stanley can force the sale of securities or other assets in your account(s).
- Morgan Stanley can sell your securities or other assets without contacting you.
- If Morgan Stanley takes action to meet a margin call on your behalf, you will not have the ability to choose which securities are liquidated.
- Morgan Stanley can increase your "house" maintenance margin requirements at any time and is not required to provide you advance written notice.
- Morgan Stanley may change margin requirements at any time without prior notice and call for additional collateral, including without limitation on an intraday basis.
- You are not entitled to an extension of time on a margin call.

PAGE 1 OF 8

January 1, 2023 - January 31, 2023
**Account Number:** 6749-5513
**Account Type:** IRA - ROLLOVER
**Account Status:** Pro Elite

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-387-2331  etrade.com
Member SIPC

## Customer Update:

2022 Consolidated Forms 1099 for brokerage accounts will be available in the Tax Center and E*TRADE mobile app by February 15, 2023.

**E*TRADE Pro Elite Investment Account**

**Resolve to grow your retirement savings in 2023.**
Open an E*TRADE IRA at *etrade.com* and give your nest egg a boost.

RONALD FRANCIS HOWARD II
R/O IRA E*TRADE CUSTODIAN
1655 BUTLER PIKE
MERCER PA  16137-4013

---

### Account At A Glance



**$18,438.11**      **$20,622.70**

As of 12/31/22      As of 01/31/23

| Net Change: | $2,184.59 |
|---|---|

*Handwritten note: BOUGHT 1250 MMAT ON 1-17-23 ON PAGE 7 of 8*

---

**E*TRADE** from Morgan Stanley

DETACH HERE ▲

RONALD FRANCIS HOWARD II
R/O IRA E*TRADE CUSTODIAN
1655 BUTLER PIKE
MERCER PA  16137-4013

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip ·        Acct: 6749-5513**

To contribute to your IRA, please use our online Transfer Money service at www.etrade.com/transfermoney or use this deposit slip.

Check Amount $ _____

Year of Contribution:
_____ 2023
_____ 2022
_____ Rollover

013120230001  333674955138

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions or balances please contact us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member SIPC. Your account is carried by ETS, Member SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-387-2331 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer. More information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firm's relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account is available by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/l/options-uninvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options.

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a

bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statement. Your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-387-2331 immediately or in writing at E*TRADE Securities LLC. PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com, if you think your statement or receipt is wrong or if you need more information about the transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is a subsidiary of Morgan Stanley. If you have a complaint, please call 800-387-2331, or write to: E*TRADE Securities LLC,P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
Activity/Trade Date. Trade date or transaction date of other entries.
Total Portfolio Percent. Percentage of your holding by issue of security.
DIV/DIV% Yield. Annual dividend or bond % yield.
Open Orders. Buy or sell orders for securities that have not yet been executed or canceled.
Symbol/CUSIP. The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-387-2331 with any questions.

E*TRADE Pro Elite
Investment Account

E*TRADE®
from Morgan Stanley



**E✳TRADE**
from Morgan Stanley

**E✳TRADE Pro Elite**
Investment Account

| | | |
|---|---|---|
| **Account Number:** 6749-5513 | **Statement Period :** January 1, 2023 - January 31, 2023 | **Account Type:** IRA - ROLLOVER |

**Customer Update:**

Visit the E*TRADE Tax Center to access tax forms (when available), plus tips and tools to help with your tax preparation. Bookmark *etrade.com/tax* today.

## ACCOUNT OVERVIEW



| | | |
|---|---|---|
| Last Statement Date: | December 31, 2022 | |
| Beginning Account Value (On 12/31/22): | $ | 18,438.11 |
| Ending Account Value (On 01/31/23): | $ | 20,622.70 |
| Net Change: | $ | 2,184.59 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 01/31/23)

3.41% - Cash & Equivalents



96.59% - Stocks, Options & ETF (Long)

## RETIREMENT ACTIVITY SUMMARY

| | THIS PERIOD | | YEAR TO DATE | |
|---|---|---|---|---|
| 2022 Contribution | $ | 0.00 | $ | 400.00 |
| 2023 Contribution | $ | 0.00 | $ | 0.00 |

## ACCOUNT VALUE SUMMARY

| | AS OF 01/31/23 | | AS OF 12/31/22 | | % CHANGE |
|---|---|---|---|---|---|
| Cash & Equivalents | $ | 703.89 | $ | 3,366.37 | -79.09% |
| **Total Cash/Margin Debt** | $ | 703.89 | $ | 3,366.37 | -79.09% |
| Stocks, Options & ETF (Long) | $ | 19,918.81 | $ | 15,071.74 | 32.16% |
| **Total Value of Securities** | $ | 19,918.81 | $ | 15,071.74 | 32.16% |
| **Net Account Value** | $ | 20,622.70 | $ | 18,438.11 | 11.85% |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC. Sweep deposits may be swept to Morgan Stanley Bank, N.A., and/or Morgan Stanley Private Bank, National Association, Members FDIC, and depending on the sweep program may also be swept to third party banks. Subject to other funds a customer might maintain at the recipient bank, sweep funds will receive a maximum of $250,000 in FDIC insurance coverage at each federally insured depository institution to which funds are swept. Securities products and cash balances other than sweep deposits are not FDIC insured, not guaranteed deposits or obligations of Morgan Stanley Bank, Morgan Stanley Private Bank, or any third party bank to which they might be swept, and are subject to investment risk, including possible loss of the principal invested.

E*TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303 -0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC



**E✳TRADE Pro Elite**
Investment Account

| Account Number: 6749-5513 | Statement Period : January 1, 2023 - January 31, 2023 | Account Type: IRA - ROLLOVER |
|---|---|---|

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $  -2,662.50 | $  -2,662.50 |
| Interest Received | | |
| Tax Exempt | $  0.02 | $  0.02 |

Refer to the Retirement Activity Summary section on page 3 for a summary of your retirement account transactions.

## TOP 10 ACCOUNT HOLDINGS  (AS OF 01/31/23)



7.56% - OTHER
2.28% - CYBL
2.38% - HYSR
3.14% - ELBM
3.27% - LCGMF
3.39% - GDLNF
3.41% - CASH EQUIV
5.11% - ATLX
44.97% - GTII
24.49% - MMAT



**E*TRADE Pro Elite**
**Investment Account**

**Account Number:** 6749-5513          **Statement Period :** January 1, 2023 - January 31, 2023          **Account Type:** IRA - ROLLOVER

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (3.41% of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| Retirement Sweep Deposit Account Program | | |
| Opening Balance | | 3,366.37 |
| Closing Balance | 3.41 | 703.89 |
| Average Balance | | 2,344.33 |
| Retirement Sweep Deposit Account Program Balance by Bank as of January 31, 2023 | | |
| MORGAN STANLEY PVT BANK | | 703.89 |

The Retirement Sweep Deposit Account Program ( RSDA Program ) is a bank sweep program associated with eligible E*TRADE Securities LLC retirement accounts. Cash balances held in retirement accounts are swept to bank deposit accounts at Morgan Stanley Bank and Morgan Stanley Private Bank, National Association, which are affiliates of E*TRADE Securities LLC. The RSDA Program is designed to offer up to $500,000 in FDIC deposit insurance coverage to eligible retirement accounts. RSDA Program balances held at the affiliated banks are not covered by SIPC protection. Your balance in the RSDA Program is available to your retirement account for your investment and use. To learn more about the RSDA Program, please review your RSDA Program Customer Agreement, visit www.etrade.com, or call us at 1-800-387-2331.

| TOTAL CASH & CASH EQUIVALENTS | 3.41% | $703.89 |
|---|---|---|

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (96.59% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| AIADVERTISING INC COMMON STOCK | AIAD | Sp Mrgn | 10,000 | 0.0078 | 78.00 | 0.38 | | |
| AQUABOUNTY TECHNOLOGIES INC COMMON STOCK | AQB | Sp Mrgn | 190 | 1.1700 | 222.30 | 1.08 | | |
| ASIA BROADBAND INC | AABB | Sp Mrgn | 5,000 | 0.0344 | 172.00 | 0.83 | | |
| ASIA BROADBAND INC RESTRICTED COMMON STOCK CONTRA CUSIP | 04518L993 | Sp Mrgn | 162 | | 0.00 | 0.00 | | |
| ATLAS LITHIUM CORPORATION COMMON STOCK | ATLX | Sp Mrgn | 134 | 7.8607 | 1,053.33 | 5.11 | | |
| ***BIGG DIGITAL ASSETS INC COM | BBKCF | Sp Mrgn | 1,000 | 0.2500 | 250.00 | 1.21 | | |
| CYBERLUX CORPORATION | CYBL | Sp Mrgn | 100,000 | 0.0047 | 470.00 | 2.28 | | |
| ***ELECTRA BATTERY MATLS CORP COM NEW | ELBM | Sp Mrgn | 277 | 2.3400 | 648.18 | 3.14 | | |
| ***ENERGY TRANSITION MINERALS LIMITED NPV | GDLNF | Sp Mrgn | 20,000 | 0.0350 | 700.00 | 3.39 | | |

E*TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303 -0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

PAGE 5 OF 8



**E*TRADE Pro Elite**
Investment Account

Account Number: 6749-5513          Statement Period : January 1, 2023 - January 31, 2023          Account Type: IRA - ROLLOVER

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| GEOSPATIAL CORPORATION | GSPH | Sp Mrgn | 50,000 | 0.0001 | 5.00 | 0.02 | | |
| GLOBAL TECH INDUSTRIES GROUP INC COM | GTII | Sp Mrgn | 5,000 | 1.8550 | 9,275.00 | 44.97 | | |
| GRANT LIFE SCIENCES INC | 388113102 | Sp Mrgn | 100,000 | | 0.00 | 0.00 | | |
| KAYA HOLDINGS INC COMMON STOCK | KAYS | Sp Mrgn | 4,000 | 0.0705 | 282.00 | 1.37 | | |
| ***LION COPPER AND GOLD CORP COM | LCGMF | Sp Mrgn | 10,000 | 0.0674 | 674.00 | 3.27 | | |
| MAJOR LEAGUE FOOTBALL INC COM | MLFB | Sp Mrgn | 10,000 | 0.0008 | 8.00 | 0.04 | | |
| META MATLS INC COMMON STOCK | MMAT | Sp Mrgn | 5,000 | 1.0100 | 5,050.00 | 24.49 | | |
| NET SAVINGS LINK INC | NSAV | Sp Mrgn | 10,000 | 0.0027 | 27.00 | 0.13 | | |
| NEXT BRIDGE HYDROCARBONS COMMON STOCK | 629999590 | Sp Mrgn | 4,000 | | 0.00 | 0.00 | | |
| SKYE BIOSCIENCE INC COMMON STOCK | SKYE | Sp Mrgn | 10,000 | 0.0335 | 335.00 | 1.62 | | |
| SUNHYDROGEN INC COMMON STOCK | HYSR | Sp Mrgn | 20,000 | 0.0245 | 490.00 | 2.38 | | |
| VOLCON INC COMMON STOCK | VLCN | Sp Mrgn | 100 | 1.7900 | 179.00 | 0.87 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$19,918.81** | **96.59%** | | |

## PREFERRED STOCKS (0.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| META MATLS PREFERRED STOCK CONTRA CUSIP | 591994371 | Sp Mrgn | | | 0.00 | 0.00 | | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 01/31/23)** | | | | | **$20,622.70** | | | |

E*TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303 -0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

PAGE 6 OF 8



**E✱TRADE Pro Elite**
**Investment Account**

**Account Number:** 6749-5513          **Statement Period :** January 1, 2023 - January 31, 2023          **Account Type:** IRA - ROLLOVER

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 01/12/23 10:00 | 01/17/23 | META MATLS INC COMMON STOCK | MMAT | Bought | 2,500 | 1.0650 | 2,662.50 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | | **$2,662.50** |

### UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 01/31/23 | | AIADVERTISING INC COMMON STOCK | AIAD | Bought | 10,000 | 0.0112 | 116.95 | |
| 01/31/23 | | AIADVERTISING INC COMMON STOCK | AIAD | Bought | 20,000 | 0.0085 | 174.95 | |

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 01/26/23 | Interest | RETIREMENT SWEEP DEPOSIT ACCOUNT INTEREST | | | 0.02 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | **$0.02** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$0.02** |

### OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 01/03/23 | META MATLS PREFERRED STOCK CONTRA CUSIP DTC EXIT @ 1:1 FROM 591994371 TO 629999590 | 591994371 | Name Change | -4,000 | | | |
| 01/03/23 | NEXT BRIDGE HYDROCARBONS COMMON STOCK CONTRA CUSIP DTC EXIT @ 1:1 FROM 591994371 TO 629999590 RESULT OF NAME CHANGE | 629999590 | Name Change | 4,000 | | | |



**E✻TRADE Pro Elite**
Investment Account

| Account Number: 6749-5513 | Statement Period : January 1, 2023 - January 31, 2023 | Account Type: IRA - ROLLOVER |
|---|---|---|

### RETIREMENT SWEEP DEPOSIT ACCOUNT PROGRAM (RSDA) ACTIVITY   ( 0.0100% APY/0.0100%APY Earned as of 01/31/23)

The Retirement Sweep Deposit Account Program ( RSDA Program ) is a bank sweep program associated with eligible E*TRADE Securities LLC retirement accounts. Cash balances held in retirement accounts are swept to bank deposit accounts at Morgan Stanley Bank and Morgan Stanley Private Bank, National Association, which are affiliates of E*TRADE Securities LLC. The RSDA Program is designed to offer up to $500,000 in FDIC deposit insurance coverage to eligible retirement accounts. RSDA Program balances held at the affiliated banks are not covered by SIPC protection. Your balance in the RSDA Program is available to your retirement account for your investment and use. To learn more about the RSDA Program, please review your RSDA Program Customer Agreement, visit www.etrade.com, or call us at 1-800-387-2331.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 01/01/23 | | OPENING BALANCE | $3,366.37 |
| 01/17/23 | Withdrawal | RETIREMENT SWEEP DEP FDIC-INS | -2,662.50 |
| 01/26/23 | Deposit | RETIREMENT SWEEP DEP FDIC-INS | 0.02 |
| 01/31/23 | | CLOSING BALANCE | $703.89 |

E*TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303 -0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

PAGE 8 OF 8



**May 1, 2019 - May 31, 2019**
Account Number:  **6749-5513**
Account Type:  **IRA - ROLLOVER**
Account Status:  **Pro Elite**

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**E*TRADE** Pro Elite
Investment Account

**Searching for a grad gift?**
Consider giving an E*TRADE IRA. It may inspire a
lifetime of good financial habits while providing a
head start on saving for retirement. Visit
*etrade.com/ira.*

**Customer Update:**

**Pay yourself first.**
Consider setting up recurring contributions.
Spreading out contributions throughout the year
may be an easy way to save for retirement. Visit
*etrade.com/transfermoney.*

RONALD FRANCIS HOWARD II
R/O IRA E*TRADE CUSTODIAN
11 CARRIAGE LN
GROVE CITY PA  16127-6379   *OLD ADDRESS*



*CONTAINS ORIGINAL 2500
TRCH BOUGHT ON
PAGE 7 OF 8
WHICH BECAME 1250
MMAT*

**Account At A Glance**

$58,290.53    $60,307.99

As of 04/30/19    As of 05/31/19

**Net Change:**    $2,017.46

**E*TRADE**

▲ DETACH HERE
RONALD FRANCIS HOWARD II
R/O IRA E*TRADE CUSTODIAN
11 CARRIAGE LN
GROVE CITY PA  16127-6379

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip    Acct: 6749-5513**

To contribute to your IRA, please use our online Transfer Money
service at www.etrade.com/transfermoney or use this deposit slip.

Check Amount $

Year of Contribution:

_____  2019
_____  Rollover

053120190001 333674955138



E*TRADE Pro Elite Investment Account

E*TRADE

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please email us through etrade.com or call 800-ETRADE-1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU. In case of errors or questions about your electronic transfers please telephone us at 800-ETRADE-1 immediately or write us at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or the problem appeared. When you contact us, you must:
1. Tell us your name, account number, and ATM card or Check card number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you. Inquiries concerning the positions and balances in your account may be directed to ETS at 800-503-9260. All other inquiries regarding your account or the activity therein should be directed to ETS. Please promptly report any inaccuracy or discrepancy in your account to ETS at 800-503-9260. You should re-confirm any oral communication in writing to further protect your rights, including rights under the Securities Investor Protection Act.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. The prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation (SIPC). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders and whether it will receive cash or non-cash payments for routing order flow, and reciprocal business arrangements.

**Margin Accounts.** The amount of margin required will be the greater of ( 1 ) the amount required by applicable laws, regulations, the rules of applicable self-regulatory organizations and clearinghouses, or (2) the amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at www.etrade.com/cashbalance, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options.

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For detailed information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com and will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other more traditional investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account; if at all, only for amounts that are substantially less than their purchase price or the estimated values showing on your account statement. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE-1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US
**Unsettled Trades.** Based on the timing of statement generation, the value of certain unsettled trades may not be reflected in the Account Value Summary. Please e-mail us through etrade.com or call 800-ETRADE-1 with any questions

S1RB240 - 07/18

  **E✱TRADE**®  〉  **E✱TRADE Pro Elite**
**Investment Account**  

**Account Number:** 6749-5513 | **Statement Period :** May 1, 2019 - May 31, 2019 | **Account Type:** IRA - ROLLOVER

**Direct your service and investment questions to:**
Elite Client Service
1-888-388-2900

**Customer Update:**
**Want to get important documents faster?**
Get your statements, confirms, and tax forms online with paperless delivery.
Enroll at *etrade.com/paperless.*

## ACCOUNT OVERVIEW

Last Statement Date: April 30, 2019

| | | |
|---|---|---|
| Beginning Account Value (On 04/30/19): | $ | 58,290.53 |
| Ending Account Value (On 05/31/19): | $ | 60,307.99 |
| Net Change: | $ | 2,017.46 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 05/31/19)



14.88% - Cash & Equivalents

85.12% - Stocks, Options & ETF (Long)

## RETIREMENT ACTIVITY SUMMARY

| | THIS PERIOD | | YEAR TO DATE | |
|---|---|---|---|---|
| 2018 Contribution | $ | 0.00 | $ | 0.00 |
| 2019 Contribution | $ | 0.00 | $ | 0.00 |

## ACCOUNT VALUE SUMMARY

| | AS OF 05/31/19 | | AS OF 04/30/19 | | % CHANGE |
|---|---|---|---|---|---|
| Cash & Equivalents | $ | 8,973.09 | $ | 855.53 | 948.83% |
| **Total Cash/Margin Debt** | **$** | **8,973.09** | **$** | **855.53** | **948.83%** |
| Stocks, Options & ETF (Long) | $ | 51,334.90 | $ | 57,435.00 | -10.62% |
| **Total Value of Securities** | **$** | **51,334.90** | **$** | **57,435.00** | **-10.62%** |
| **Net Account Value** | **$** | **60,307.99** | **$** | **58,290.53** | **3.46%** |

Securities products and services are offered by E✱TRADE Securities LLC, Member FINRA/SIPC.
Sweep Deposit Account is a bank deposit account with E✱TRADE Bank, a Federal savings bank,
Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of
$250,000. Securities products and cash balances other than Sweep Deposit Account funds are
not FDIC-insured, are not guaranteed deposits or obligations of E✱TRADE Bank, and are subject
to investment risk, including possible loss of the principal invested.
E✱TRADE Securities LLC • PO Box 484, Jersey City,NJ 07303 -0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

# E✶TRADE



**E✶TRADE Pro Elite**
**Investment Account**

Account Number: 6749-5513 | Statement Period : May 1, 2019 - May 31, 2019 | Account Type:  IRA - ROLLOVER

## NET ACCOUNT VALUE BY MONTH END

Bar chart with monthly percentages:
MAY-18: -4.55%, JUN-18: 1.40%, JUL-18: 4.25%, AUG-18: -0.65%, SEP-18: -8.87%, OCT-18: -7.94%, NOV-18: 1.63%, DEC-18: -5.34%, JAN-19: 0.94%, FEB-19: -3.57%, MAR-19: 5.48%, APR-19: -0.57%, MAY-19: 3.46%

Y-axis: $0, $8,000, $16,000, $24,000, $32,000, $40,000, $48,000, $56,000, $64,000, $72,000, $80,000

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $      -35,217.51 | $      -36,132.58 |
| Securities Sold | $       41,891.06 | $       42,660.90 |
| Interest Received | | |
| Tax Exempt | $              0.15 | $              0.33 |
| Dividends Received | | |
| Tax Exempt | $         1,722.32 | $         1,722.32 |

Refer to the Retirement Activity Summary section on page 3 for a summary of your retirement account transactions.

## TOP 10 ACCOUNT HOLDINGS  (AS OF 05/31/19)



Pie chart holdings:
3.63% - OTHER
2.98% - GDLNF
4.38% - KAYS
6.23% -
14.43% - URG
14.88% - CASH EQUIV
53.48% - KSA

 

**E*TRADE Pro Elite**
**Investment Account**

**Account Number:** 6749-5513     **Statement Period:** May 1, 2019 - May 31, 2019     **Account Type:** IRA - ROLLOVER

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (14.88% of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **CASH BALANCE** | | |
| Opening Balance | | 0.00 |
| Closing Balance | 2.39 | 1,443.86 |
| **Retirement Sweep Deposit Account Program** | | |
| Opening Balance | | 855.53 |
| Closing Balance | 12.48 | 7,529.23 |
| Average Balance | | 2,569.34 |
| **Retirement Sweep Deposit Account Program Balance by Bank as of May 31, 2019** | | |
| ETRADE BANK | | 7,529.23 |

The E*TRADE Financial Retirement Sweep Deposit Account Program (>RSDA Program<) is a bank sweep program associated with eligible E*TRADE Securities LLC retirement accounts. Cash balances held in retirement accounts are swept to bank deposit accounts at E*TRADE Bank and E*TRADE Savings Bank, which are affiliates of E*TRADE Securities LLC. The RSDA Program is designed to offer up to $500,000 in FDIC deposit insurance coverage to eligible retirement accounts. RSDA Program balances held at the affiliated banks are not covered by SIPC protection. Your balance in the RSDA Program is available to your retirement account for your investment and use upon your request. To learn more about the RSDA Program, please review your RSDA Program Customer Agreement, visit www.etrade.com, or call us at 1-800-387-2331.

| **TOTAL CASH & CASH EQUIVALENTS** | **14.88%** | **$8,973.09** |
|---|---|---|

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (85.12% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| CALL JBLU 01/17/20 19 JETBLUE AIRWAYS CORP EXP 01/17/2020 | | Sp Mrgn | 5 | 1.0100 | 505.00 | 0.84 | | |
| CALL NUGT 06/21/19 14 DIREXION DAILY GLD MINERS INDX EXP 06/21/2019 | | Sp Mrgn | 10 | 3.2500 | 3,250.00 | 5.39 | | |
| CYBERLUX CORPORATION | CYBL | Sp Mrgn | 50,000 | 0.00 | 0.00 | | | |
| GEOSPATIAL CORPORATION | GSPH | Sp Mrgn | 50,000 | 0.0180 | 900.00 | 1.49 | | |
| GRANT LIFE SCIENCES INC | 388113102 | Sp Mrgn | 100,000 | 0.00 | 0.00 | | | |
| ***GREENLAND MINERALS & ENERGY LTD | GDLNF | Sp Mrgn | 20,000 | 0.0900 | 1,800.00 | 2.98 | | |
| ISHARES TRUST ISHARES MSCI SAUDI ARABIA ETF | KSA | Sp Mrgn | 1,000 | 32.2500 | 32,250.00 | 53.48 | 725.00 | 2.25% |
| KAYA HOLDINGS INC | KAYS | Sp Mrgn | 30,000 | 0.0880 | 2,640.00 | 4.38 | | |

# E✳TRADE

**E✳TRADE Pro Elite**
**Investment Account**



**Account Number:** 6749-5513          **Statement Period :** May 1, 2019 - May 31, 2019          **Account Type:** IRA - ROLLOVER

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ***QUATERRA RESOURCES INC | QTRRF | Sp Mrgn | 10,000 | 0.0426 | 426.00 | 0.71 | | |
| ***SANOFI ADR | SNY | Sp Mrgn | | 40.4300 | 0.00 | 0.00 | | |
| SPARTAN MOTORS INC | SPAR | Sp Mrgn | 100 | 8.6300 | 863.00 | 1.43 | 10.00 | 1.16% |
| ***UR-ENERGY INC | URG | Sp Mrgn | 10,000 | 0.8700 | 8,700.90 | 14.43 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$51,334.90** | **85.12%** | **$735.00** | **1.43%** |

| TOTAL PRICED PORTFOLIO HOLDINGS (ON 05/31/19) | $60,307.99 |
|---|---|

| TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME | $735.00 |
|---|---|

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 05/16/19 14:45 | 05/17/19 | CALL JBLU  01/17/20  19 JETBLUE AIRWAYS CORP OPEN CONTRACT | | Bought | 5 | 1.3100 | 662.64 | |
| 05/16/19 14:37 | 05/20/19 | ISHARES TRUST ISHARES MSCI SAUDI ARABIA  ETF PROSPECTUS ON INITIAL PURCHASE | KSA | Bought | 1,000 | 32.8299 | 32,834.85 | |
| 05/16/19 14:35 | 05/20/19 | ***SANOFI ADR | SNY | Sold | 1,000 | 41.8970 | | 41,891.06 |
| 05/21/19 11:52 | 05/22/19 | CALL NUGT  06/21/19  14 DIREXION DAILY GLD MINERS INDX OPEN CONTRACT | | Bought | 10 | 1.7100 | 1,720.12 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$35,217.51** | **$41,891.06** |



E*TRADE Pro Elite
Investment Account



**Account Number:** 6749-5513          **Statement Period :** May 1, 2019 - May 31, 2019          **Account Type:** IRA - ROLLOVER

## UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 05/31/19 | | TORCHLIGHT ENERGY RESOURCES INC | TRCH | Bought | 2,500 | 1.1500 | 2,879.95 | |

## DIVIDENDS & INTEREST ACTIVITY

*MMAT AFTER MERGER*

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | | | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 05/28/19 | Interest | E*TRADE SAVINGS BANK RSDA INTEREST | | | | | 0.15 |
| 05/31/19 | Dividend | ***SANOFI ADR AGENCY PROCESSING FEE | SNY | | | 58.00 | |
| 05/31/19 | Dividend | ***SANOFI ADR CASH DIV ON 1000 SHS REC 05/08/19 PAY 05/31/19 FRGN-W/H@SOURCE | SNY | | | 220.46 | 1,722.32 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | | **$278.46** | **$1,722.47** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | | | **$1,444.01** |

## RETIREMENT SWEEP DEPOSIT ACCOUNT PROGRAM (RSDA) ACTIVITY   ( 0.0700% APY/0.0700%APY Earned as of 05/31/19)

The E*TRADE Financial Retirement Sweep Deposit Account Program (× RSDA ProgramÖ) is a bank sweep program associated with eligible E*TRADE Securities LLC retirement accounts. Cash balances held in retirement accounts are swept to bank deposit accounts at E*TRADE Bank and E*TRADE Savings Bank, which are affiliates of E*TRADE Securities LLC. The RSDA Program is designed to offer up to $500,000 in FDIC deposit insurance coverage to eligible retirement accounts. RSDA Program balances held at the affiliated banks are not covered by SIPC protection. Your balance in the RSDA Program is available to your retirement account for your investment and use upon your request. To learn more about the RSDA Program, please review your RSDA Program Customer Agreement, visit www.etrade.com, or call us at 1-800-387-2331.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 05/01/19 | | OPENING BALANCE | $855.53 |
| 05/17/19 | Withdrawal | RETIREMENT SWEEP DEP FDIC-INS | -662.54 |
| 05/20/19 | Deposit | RETIREMENT SWEEP DEP FDIC-INS | 9,056.21 |
| 05/22/19 | Withdrawal | RETIREMENT SWEEP DEP FDIC-INS | -1,720.12 |
| 05/28/19 | Deposit | RETIREMENT SWEEP DEP FDIC-INS | 0.15 |
| 05/31/19 | | CLOSING BALANCE | $7,529.23 |

 

**THIS PAGE INTENTIONALLY LEFT BLANK**

PAGE 1 OF 12

**July 1, 2021 - July 31, 2021**

| | |
|---|---|
| Account Number: | 6749-5513 |
| Account Type: | IRA - ROLLOVER |
| Account Status: | Pro Elite |

**Connect to E*TRADE on the go.**

The E*TRADE Mobile app puts everything you need in the palm of your hand—investing, trading, research, easy-to-use tools, and more. Visit *etrade.com/mobile* or your device's app store to download today!

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

E*TRADE Pro Elite
Investment Account

RONALD FRANCIS HOWARD II
R/O IRA E*TRADE CUSTODIAN
11 CARRIAGE LN
GROVE CITY PA 16127-6379

*OLD ADDRESS*

*CONTAINS PURCHASE OF 1250 MMAT ON 7-6-21 AND 7-8-21 ON PAGE 8 OF 12*

**Account At A Glance**

| $82,539.07 | $52,718.73 |
|---|---|
| As of 06/30/21 | As of 07/31/21 |

**Net Change:**   $-29,820.34

E*TRADE®

▲ DETACH HERE

RONALD FRANCIS HOWARD II
R/O IRA E*TRADE CUSTODIAN
11 CARRIAGE LN
GROVE CITY PA 16127-6379

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip      Acct: 6749-5513**

To contribute to your IRA, please use our online Transfer Money service at www.etrade.com/transfermoney or use this deposit slip.

Check Amount $

Year of Contribution:
_____ 2021
_____ Rollover

073120210001 333674955138



Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-ETRADE1. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member FINRA/SIPC. Your account is carried by ETS, Member FINRA/SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-ETRADE1 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

For E*TRADE Advisor Services clients, your advisor firm is separate from and not affiliated with ETS, and ETS is not responsible for the products, services, or recommendations provided by your advisor firm.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month-end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of preferred CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the ( 1 ) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on interest extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand if not referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at: https://us.etrade.com/options-uninvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options. For E*TRADE Advisor Services clients your uninvested cash will be automatically swept into the Advisor Sweep Deposit Account Program ("ASDA Program"). For current rates and other information, speak to your investment advisor or call 866-789-0755. We will provide you with a copy of the ASDA Program Customer Agreement which can also be found at http://www.etrade.com/easconnectsweepagree or requested by calling 866-789-0755.

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep product, along with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements for Individual Retirement Accounts may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-ETRADE-1 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com, if you think your statement or receipt is wrong or if you need more information about it or if you think there is an error on the statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. Telephone or write us at the address above as soon as you can if you think your statement or receipt is wrong or if you need more information about it. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is an indirect subsidiary of E*TRADE Financial Corporation. If you have a complaint, please call 800-ETRADE1, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-ETRADE1 with any questions.

S1RB240 - 07/20

                                   

**E✳TRADE Pro Elite**
Investment Account

**Account Number:** 6749-5513          **Statement Period :** July 1, 2021 - July 31, 2021          **Account Type:** IRA - ROLLOVER

## ACCOUNT OVERVIEW

Last Statement Date:                          June 30, 2021

Beginning Account Value (On 06/30/21):     $     82,539.07
Ending Account Value (On 07/31/21):        $     52,718.73
Net Change:                                $    -29,820.34

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 07/31/21)



0.01% - Cash & Equivalents



99.99% - Stocks, Options & ETF (Long)

## RETIREMENT ACTIVITY SUMMARY

|                      | THIS PERIOD |        | YEAR TO DATE |          |
| -------------------- | ----------- | ------ | ------------ | -------- |
| 2020 Contribution    | $           | 0.00   | $            | 2,000.00 |
| 2021 Contribution    | $           | 0.00   | $            | 0.00     |

## ACCOUNT VALUE SUMMARY

|                             | AS OF 07/31/21 |           | AS OF 06/30/21 |           | % CHANGE |
| --------------------------- | -------------- | --------- | -------------- | --------- | -------- |
| Cash & Equivalents          | $              | 4.33      | $              | 3,306.57  | -99.87%  |
| **Total Cash/Margin Debt**  | $              | 4.33      | $              | 3,306.57  | -99.87%  |
| Stocks, Options & ETF (Long)| $              | 52,714.40 | $              | 79,232.50 | -33.47%  |
| **Total Value of Securities**| $             | 52,714.40 | $              | 79,232.50 | -33.47%  |
| **Net Account Value**       | $              | 52,718.73 | $              | 82,539.07 | -36.13%  |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC. Sweep Deposit Account is a bank deposit account with E*TRADE Bank, a Federal savings bank, Member FDIC. Sweep deposit accounts at each bank are FDIC-insured up to a maximum of $250,000. Securities products and cash balances other than Sweep Deposit Account funds are not FDIC-insured, are not guaranteed deposits or obligations of E*TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

# E✳TRADE

**E✳TRADE Pro Elite**
**Investment Account**



**Account Number:** 6749-5513          **Statement Period :** July 1, 2021 - July 31, 2021          **Account Type:** IRA - ROLLOVER

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ -21,593.96 | $ -219,311.49 |
| Securities Sold | $ 18,316.70 | $ 207,199.37 |
| **Interest Received** | | |
| Tax Exempt | $ 0.02 | $ 0.25 |

Refer to the Retirement Activity Summary section on page 3 for a summary of your retirement account transactions.

## TOP 10 ACCOUNT HOLDINGS  (AS OF 07/31/21)





12.90% - OTHER
2.22% - HYSR
2.25% - FTSSF
2.39% - BBKCF
2.47% - GDLNF
2.94% - SKYE
6.11% - GME
16.60% - MMAT
21.43% - URG
30.69% -

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 4 OF 12

 

**E*TRADE Pro Elite**
**Investment Account**

| Account Number: 6749-5513 | Statement Period : July 1, 2021 - July 31, 2021 | Account Type: IRA - ROLLOVER |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.01% of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **Retirement Sweep Deposit Account Program** | | |
| Opening Balance | | 3,306.57 |
| Closing Balance | 0.01 | 4.33 |
| Average Balance | | 2,671.73 |
| **Retirement Sweep Deposit Account Program Balance by Bank as of July 31, 2021** | | |
| ETRADE BANK | | 4.33 |

The E*TRADE Financial Retirement Sweep Deposit Account Program (×RSDA ProgramǪ is a bank sweep program associated with eligible E*TRADE Securities LLC retirement accounts. Cash balances held in retirement accounts are swept to bank deposit accounts at E*TRADE Bank and E*TRADE Savings Bank, which are affiliates of E*TRADE Securities LLC. The RSDA Program is designed to offer up to $500,000 in FDIC deposit insurance coverage to eligible retirement accounts. RSDA Program balances held at the affiliated banks are not covered by SIPC protection. Your balance in the RSDA Program is available to your retirement account for your investment and use upon your request. To learn more about the RSDA Program, please review your RSDA Program Customer Agreement, visit www.etrade.com, or call us at 1-800-387-2331.

| TOTAL CASH & CASH EQUIVALENTS | 0.01% | $4.33 |
|---|---|---|

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (99.99% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| AQUABOUNTY TECHNOLOGIES INC COMMON STOCK | AQB | Sp Mrgn | 190 | 4.9500 | 940.50 | 1.78 | | |
| ASIA BROADBAND COMMON STOCK CONTRA CUSIP | 045CNT011 | Sp Mrgn | | | 0.00 | 0.00 | | |
| ASIA BROADBAND INC | AABB | Sp Mrgn | 5,000 | 0.1075 | 537.50 | 1.02 | | |
| ASIA BROADBAND INC RESTRICTED COMMON STOCK CONTRA CUSIP | 04518L993 | Sp Mrgn | 112 | | 0.00 | 0.00 | | |
| ***BIGG DIGITAL ASSETS INC COM | BBKCF | Sp Mrgn | 1,000 | 1.2600 | 1,260.00 | 2.39 | | |
| BRAZIL MINERALS INC COMMON STOCK | BMIX | Sp Mrgn | 100,000 | 0.0103 | 1,030.00 | 1.95 | | |
| CALL AAPL  08/20/21  135 APPLE INC EXP 08/20/2021 | | Sp Mrgn | | 11.3000 | 0.00 | 0.00 | | |
| CALL DS  08/20/21  5 DRIVE SHACK INC EXP 08/20/2021 | | Sp Mrgn | 10 | 0.0200 | 20.00 | 0.04 | | |




E✳TRADE Pro Elite
Investment Account



**Account Number:** 6749-5513          **Statement Period :** July 1, 2021 - July 31, 2021          **Account Type:** IRA - ROLLOVER

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| CALL FEYE  08/20/21  18 FIREEYE INC EXP 08/20/2021 | | Sp Mrgn | 8 | 2.6000 | 2,080.00 | 3.95 | | |
| CALL F  08/20/21  14 FORD MOTOR COMPANY EXP 08/20/2021 | | Sp Mrgn | 10 | 0.4800 | 480.00 | 0.91 | | |
| CALL INO  08/06/21  7.50 INOVIO PHARMACEUTICALS INC EXP 08/06/2021 | | Sp Mrgn | 10 | 1.1300 | 1,130.00 | 2.14 | | |
| CALL INTC  08/20/21 52.50 INTEL CORP EXP 08/20/2021 | | Sp Mrgn | 4 | 1.7000 | 680.00 | 1.29 | | |
| CALL JD  08/20/21  70 JD.COM INC EXP 08/20/2021 | | Sp Mrgn | 5 | 3.4500 | 1,725.00 | 3.27 | | |
| CALL ME  12/17/21  5 23ANDME HOLDING CO CL A EXP 12/17/2021 | | Sp Mrgn | 4 | 2.9500 | 1,180.00 | 2.24 | | |
| CALL NNDM  08/20/21  5 NANO DIMENSION LTD ADS EXP 08/20/2021 | | Sp Mrgn | 12 | 1.4300 | 1,716.00 | 3.26 | | |
| CALL PLAN  08/20/21  50 ANAPLAN INC EXP 08/20/2021 | | Sp Mrgn | 4 | 7.5000 | 3,000.00 | 5.69 | | |
| CALL PLTR  09/17/21  30 PALANTIR TECHNOLOGIES INC CL A EXP 09/17/2021 | | Sp Mrgn | 10 | 0.1900 | 190.00 | 0.36 | | |
| CALL RDSA  09/17/21  35 ROYAL DUTCH SHELL PLC EXP 09/17/2021 | | Sp Mrgn | 4 | 5.6000 | 2,240.00 | 4.25 | | |
| CALL SCPL  08/20/21  15 SCIPLAY CORP CL A EXP 08/20/2021 | | Sp Mrgn | 4 | 1.4000 | 560.00 | 1.06 | | |

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 6 OF 12



**E✳TRADE Pro Elite**
**Investment Account**



**Account Number:** 6749-5513          **Statement Period :** July 1, 2021 - July 31, 2021          **Account Type:** IRA - ROLLOVER

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| CALL SRAC  08/20/21   20 STABLE ROAD ACQUISITION CORP EXP 08/20/2021 | | Sp Mrgn | 4 | 0.0500 | 20.00 | 0.04 | | |
| CALL TME   01/21/22   12 TENCENT MUSIC ENTRTNMNT GROUP EXP 01/21/2022 | | Sp Mrgn | 10 | 1.0200 | 1,020.00 | 1.93 | | |
| CLOUDCOMMERCE INC COM | CLWD | Sp Mrgn | 10,000 | 0.0154 | 154.00 | 0.29 | | |
| CYBERLUX CORPORATION | CYBL | Sp Mrgn | 50,000 | 0.0151 | 755.00 | 1.43 | | |
| ***FIRST COBALT CORP COM CANADA | FTSSF | Sp Mrgn | 5,000 | 0.2370 | 1,185.00 | 2.25 | | |
| GAMESTOP CORP CLASS A | GME | Sp Mrgn | 20 | 161.1200 | 3,222.40 | 6.11 | | |
| GEOSPATIAL CORPORATION | GSPH | Sp Mrgn | 50,000 | 0.0021 | 105.00 | 0.20 | | |
| GRANT LIFE SCIENCES INC | 388113102 | Sp Mrgn | 100,000 | 0.00 | 0.00 | 0.00 | | |
| ***GREENLAND MINERALS & ENERGY LTD | GDLNF | Sp Mrgn | 20,000 | 0.0650 | 1,300.00 | 2.47 | | |
| KAYA HOLDINGS INC COMMON STOCK | KAYS | Sp Mrgn | 4,000 | 0.2840 | 1,136.00 | 2.15 | | |
| META MATLS INC COMMON STOCK | MMAT | Sp Mrgn | 2,500 | 3.5000 | 8,750.00 | 16.60 | | |
| NET SAVINGS LINK INC | NSAV | Sp Mrgn | 10,000 | 0.0977 | 977.00 | 1.85 | | |
| PUT  GME  11/19/21   10 GAMESTOP CORP EXP 11/19/2021 | | Sp Mrgn | 10 | 0.1400 | 140.00 | 0.27 | | |
| ***QUATERRA RESOURCES INC | QTRRF | Sp Mrgn | 10,000 | 0.1162 | 1,162.00 | 2.20 | | |
| SKYE BIOSCIENCE INC COMMON STOCK | SKYE | Sp Mrgn | 10,000 | 0.1549 | 1,549.00 | 2.94 | | |
| SUNHYDROGEN INC COMMON STOCK | HYSR | Sp Mrgn | 20,000 | 0.0585 | 1,170.00 | 2.22 | | |
| ***UR-ENERGY INC | URG | Sp Mrgn | 10,000 | 1.1300 | 11,300.00 | 21.43 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$52,714.40** | **99.99%** | | |

E✳TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 7 OF 12

# E✱TRADE®

**E✱TRADE Pro Elite**
**Investment Account**



| Account Number: 6749-5513 | Statement Period : July 1, 2021 - July 31, 2021 | Account Type: IRA - ROLLOVER |
|---|---|---|

## PREFERRED STOCKS (0.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| META MATLS INC PFD SER A | 59134N203 | Sp Mrgn | 2,500 | | 0.00 | 0.00 | | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 07/31/21)** | | | | | **$52,718.73** | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 07/06/21 10:20 | 07/07/21 | CALL NOK 07/16/21 3 NOKIA CORPORATION CLOSING CONTRACT | | Sold | -10 | 2.4000 | | 2,394.82 |
| 07/06/21 11:28 | 07/07/21 | CALL TME 01/21/22 12 TENCENT MUSIC ENTRTNMNT GROUP OPEN CONTRACT | | Bought | 10 | 2.9800 | 2,985.14 | |
| 07/06/21 09:46 | 07/07/21 | CALL AAPL 08/20/21 135 APPLE INC CLOSING CONTRACT | | Sold | -6 | 8.9800 | | 5,384.88 |
| 07/06/21 10:24 | 07/08/21 | META MATLS INC COMMON STOCK | MMAT | Bought | 750 | 7.3089 | 5,481.68 | |
| 07/09/21 15:40 | 07/13/21 | META MATLS INC COMMON STOCK | MMAT | Bought | 500 | 4.8449 | 2,422.45 | |
| 07/14/21 13:05 | 07/15/21 | CALL JNPR 07/16/21 20 JUNIPER NETWORKS CLOSING CONTRACT | | Sold | -6 | 8.0300 | | 4,814.88 |
| 07/15/21 12:18 | 07/16/21 | CALL SCPL 08/20/21 15 SCIPLAY CORP CL A OPEN CONTRACT | | Bought | 4 | 2.6100 | 1,046.06 | |
| 07/15/21 12:18 | 07/16/21 | CALL SCPL 07/16/21 12.50 SCIPLAY CORP CL A CLOSING CONTRACT | | Sold | -4 | 4.6400 | | 1,853.92 |
| 07/16/21 12:58 | 07/19/21 | CALL FEYE 08/20/21 18 FIREEYE INC OPEN CONTRACT | | Bought | 8 | 2.2600 | 1,812.11 | |
| 07/16/21 12:58 | 07/19/21 | CALL FEYE 07/16/21 18 FIREEYE INC CLOSING CONTRACT | | Sold | -8 | 1.9100 | | 1,523.86 |

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 8 OF 12



**E✱TRADE Pro Elite**
Investment Account



**Account Number:** 6749-5513          **Statement Period :** July 1, 2021 - July 31, 2021          **Account Type:** IRA - ROLLOVER

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 07/16/21 12:52 | 07/19/21 | CALL INO 07/16/21 7 INOVIO PHARMACEUTICALS INC CLOSING CONTRACT | | Sold | -10 | 1.2000 | | 1,194.83 |
| 07/16/21 11:07 | 07/19/21 | CALL INFN 07/16/21 9 INFINERA CORP CLOSING CONTRACT | | Sold | -2 | 0.4700 | | 92.96 |
| 07/16/21 12:52 | 07/19/21 | CALL INO 08/06/21 7.50 INOVIO PHARMACEUTICALS INC OPEN CONTRACT | | Bought | 10 | 1.1900 | 1,195.14 | |
| 07/16/21 12:42 | 07/19/21 | CALL AAPL 07/23/21 152.50 APPLE INC OPEN CONTRACT | | Bought | 100 | 0.4600 | 4,651.38 | |
| 07/16/21 | 07/20/21 | AQUABOUNTY TECHNOLOGIES INC COMMON STOCK OPTION EXERCISE CALL AQB 07/16/21 5 AS OF 07/16/21 | AQB | Bought | 400 | 5.0000 | 2,000.00 | |
| 07/21/21 11:16 | 07/23/21 | AQUABOUNTY TECHNOLOGIES INC COMMON STOCK | AQB | Sold | -210 | 5.1504 | | 1,056.55 |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$21,593.96** | **$18,316.70** |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | | | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 07/20/21 | Interest | E✱TRADE SAVINGS BANK RSDA INTEREST | | | | | 0.02 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | | | **$0.02** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | | | **$0.02** |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | | | | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|---|---|---|
| 07/21/21 | Other | MARGIN LIQUIDATION | | | | 25.00 | |
| **NET WITHDRAWALS & DEPOSITS** | | | | | | **$25.00** | |

E✱TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 9 OF 12

# E✷TRADE



**E✷TRADE Pro Elite**
Investment Account

Account Number: 6749-5513          Statement Period : July 1, 2021 - July 31, 2021          Account Type: IRA - ROLLOVER

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|------|-------------|--------------|------------------|----------|-------|----------------|-----------------|
| 07/07/21 | META MATLS INC PFD SER A SPINOFF  ON  2500 SHS TORCHLIGHT ENERGY RESOURCES REC 06/24/21 PAY 06/25/21 AS OF 07/06/21 | 59134N203 | Bought | 2,500 | | | |
| 07/16/21 | CALL AQB  07/16/21   5 AQUABOUNTY TECHNOLOGIES INC OPTION EXERCISE | | Exercise | -4 | | | |
| 07/19/21 | CALL AQMS  07/16/21   5 AQUA METALS INC OPTION EXPIRATION - EXPIRED | | Expiration | -4 | | | |
| 07/19/21 | CALL TLT  07/16/21  150 ISHS 20 PLUS YEAR TREASURY BD OPTION EXPIRATION - EXPIRED | | Expiration | -10 | | | |
| 07/19/21 | CALL JETS  07/16/21  26 ETF SERIES SOLUTIONS US GLBL OPTION EXPIRATION - EXPIRED | | Expiration | -10 | | | |
| 07/19/21 | CALL FXI  07/16/21  45 ISHARES CHINA LARGE CAP ETF OPTION EXPIRATION - EXPIRED | | Expiration | -4 | | | |
| 07/20/21 | ASIA BROADBAND COMMON STOCK CONTRA CUSIP DTC EXIT @ 1:1 INTO 045185L993 | 045CNT011 | Name Change | -112 | | | |
| 07/20/21 | ASIA BROADBAND INC RESTRICTED COMMON STOCK CONTRA CUSIP RESULT OF NAME CHANGE | 04518L993 | Name Change | 112 | | | |
| 07/26/21 | CALL AAPL  07/23/21  152.50 APPLE INC OPTION EXPIRATION - EXPIRED | | Expiration | -100 | | | |

## RETIREMENT SWEEP DEPOSIT ACCOUNT PROGRAM (RSDA) ACTIVITY   ( 0.0100% APY/0.0100%APY Earned as of 07/31/21)

The E*TRADE Financial Retirement Sweep Deposit Account Program (✷ RSDA ProgramÖ) is a bank sweep program associated with eligible E*TRADE Securities LLC retirement accounts. Cash balances held in retirement accounts are swept to bank deposit accounts at E*TRADE Bank and E*TRADE Savings Bank, which are affiliates of E*TRADE Securities LLC. The RSDA Program is designed to offer up to $500,000 in FDIC deposit insurance coverage to eligible retirement accounts. RSDA Program balances held at the affiliated banks are not covered by SIPC protection. Your balance in the RSDA Program is available to your retirement account for your investment and use upon your request. To learn more about the RSDA Program, please review your RSDA Program Customer Agreement, visit www.etrade.com, or call us at 1-800-387-2331.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|------|------------------|-------------|--------------------|
| 07/01/21 | | OPENING BALANCE | $3,306.57 |

 

**E✳TRADE Pro Elite**
**Investment Account**

**Account Number:** 6749-5513      **Statement Period :** July 1, 2021 - July 31, 2021      **Account Type:** IRA - ROLLOVER

**RETIREMENT SWEEP DEPOSIT ACCOUNT PROGRAM (RSDA) ACTIVITY (Continued)**

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|------|------------------|-------------|--------------------|
| 07/07/21 | Deposit | RETIREMENT SWEEP DEP FDIC-INS | 4,794.56 |
| 07/08/21 | Withdrawal | RETIREMENT SWEEP DEP FDIC-INS | -5,481.68 |
| 07/13/21 | Withdrawal | RETIREMENT SWEEP DEP FDIC-INS | -2,422.45 |
| 07/15/21 | Deposit | RETIREMENT SWEEP DEP FDIC-INS | 4,814.88 |
| 07/16/21 | Deposit | RETIREMENT SWEEP DEP FDIC-INS | 807.86 |
| 07/19/21 | Withdrawal | RETIREMENT SWEEP DEP FDIC-INS | -4,846.98 |
| 07/20/21 | Withdrawal | RETIREMENT SWEEP DEP FDIC-INS | -972.76 |
| 07/23/21 | Deposit | RETIREMENT SWEEP DEP FDIC-INS | 4.33 |
| 07/31/21 | | CLOSING BALANCE | $4.33 |



**E✳TRADE**

**THIS PAGE INTENTIONALLY LEFT BLANK**

E*TRADE Securities LLC • PO Box 484, Jersey City,NJ 07303 -0484 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 12 OF 12

# E✲TRADE
from Morgan Stanley

*8/8/22*
*8/24/22*

*12/4/23*
*12/5/23*

**CLIENT STATEMENT** | For the Period September 1-30, 2024

**STATEMENT FOR:**
RONALD F HOWARD II

**Beginning Total Value** (as of 9/1/24)          $1,732.47
**Ending Total Value** (as of 9/30/24)          $1,290.72
*Includes Accrued Interest*

**Access Your Account Online At**
www.etrade.com or call 800-387-2331

*Morgan Stanley Smith Barney LLC. Member SIPC.*
*E*TRADE is a business of Morgan Stanley.*

*CONTAINS 400 MMATQ POST REVERSE SPLIT*

#BWNJGWM

RONALD F HOWARD II
1655 BUTLER PIKE
MERCER PA 16137

*INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •*
*NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •*
*MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD*

153 - 403560 - 208 - 4 - 1

**E✲TRADE**
from Morgan Stanley

# Standard Disclosures

The following Disclosures are applicable to the enclosed statement(s). Expanded Disclosures are attached to your most recent June and December statement (or your first Statement if you have not received a statement for those months). The Expanded Disclosures are also available online or by contacting us by using the contact information on the statement cover page.

**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.

**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.

**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.

**Important Information if You are a Margin Customer** (not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in

exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares, the number of shares pledged as collateral will be indicated below the position.

**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.

**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Investments, which may appear in various statement product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For information on the risks and conflicts of interest related to Structured Investments generally, log in to Morgan Stanley Online and go to www.morganstanley.com/structuredproductsrisksandconflicts.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle,

printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

**Transaction Dates and Conditions**
Upon written request, we will furnish the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Equity Research Ratings Definitions and Global Investment Manager Analysis Status**
Some equity securities may have research ratings from Morgan Stanley & Co. LLC or Morningstar, Inc. Research ratings are the research providers' opinions and not representations or guarantees of performance. For more information about each research provider's rating system, see the Research Ratings on your most recent June or December statement (or your first statement if you have not received a statement for those months), go online or refer to the research provider's research report. Research reports contain more complete information concerning the analyst's views and you should read the entire research report and not infer its contents from the rating alone. If your account contains an advisory component or is an advisory account, a GIMA status will apply.

**Credit Ratings from Moody's Investors Service and Standard & Poor's**
The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the opinions of the provider and are not representations or guarantees of performance. Please contact us if you need further information or assistance in interpreting these credit ratings.

Revised 11/2022

# E✱TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period September 1-30, 2024

Page 3 of 10

## Account Summary

Self-Directed Brokerage Account   RONALD F HOWARD II
153-403560-208

### CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

| | This Period<br>(9/1/24-9/30/24) | This Year<br>(1/1/24-9/30/24) |
|---|---|---|
| TOTAL BEGINNING VALUE | $1,732.47 | $4,388.96 |
| Credits | 1,000.00 | 9,150.00 |
| Debits | — | — |
| Security Transfers | — | — |
| Net Credits/Debits/Transfers | $1,000.00 | $9,150.00 |
| Change in Value | (1,441.75) | (12,248.24) |
| TOTAL ENDING VALUE | $1,290.72 | $1,290.72 |

### MARKET VALUE OVER TIME
The below chart displays the most recent thirteen months of Market Value.



*The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.*

### ASSET ALLOCATION (includes accrued interest)

| | Market Value | Percentage |
|---|---|---|
| Cash | $38.71 | 3.00 |
| Equities | 1,252.01 | 97.00 |
| TOTAL VALUE | $1,290.72 | 100.00% |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures. Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.*



*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.*

# E✶TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period September 1-30, 2024

## Account Summary

Self-Directed Brokerage Account    RONALD F HOWARD II
153-403560-208

### BALANCE SHEET (^ includes accrued interest)

| | Last Period (as of 8/31/24) | This Period (as of 9/30/24) |
|---|---|---|
| Cash, BDP, MMFs | $893.02 | $38.71 |
| Stocks | 1,145.01 | 1,252.01 |
| Net Unsettled Purchases/Sales | (305.56) | — |
| **Total Assets** | **$1,732.47** | **$1,290.72** |
| **Total Liabilities** (outstanding balance) | **—** | **—** |
| **TOTAL VALUE** | **$1,732.47** | **$1,290.72** |

### CASH FLOW

| | This Period (9/1/24-9/30/24) | This Year (1/1/24-9/30/24) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | **$893.02** | **$225.89** |
| Purchases | (1,548.75) | (48,240.44) |
| Sales and Redemptions | — | 38,903.23 |
| Prior Net Unsettled Purch/Sales | (305.56) | N/A |
| Income and Distributions | — | 0.03 |
| **Total Investment Related Activity** | **$(1,854.31)** | **$(9,337.18)** |
| Electronic Transfers-Credits | 1,000.00 | 9,150.00 |
| **Total Cash Related Activity** | **$1,000.00** | **$9,150.00** |
| **Total Card/Check Activity** | **—** | **—** |
| **CLOSING CASH, BDP, MMFs** | **$38.71** | **$38.71** |

### INCOME AND DISTRIBUTION SUMMARY

| | This Period (9/1/24-9/30/24) | This Year (1/1/24-9/30/24) |
|---|---|---|
| Interest | — | $0.03 |
| **Income And Distributions** | **—** | **$0.03** |
| **Tax-Exempt Income** | **—** | **—** |
| **TOTAL INCOME AND DISTRIBUTIONS** | **—** | **$0.03** |

*Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.*

### GAIN/(LOSS) SUMMARY

| | Realized This Period (9/1/24-9/30/24) | Realized This Year (1/1/24-9/30/24) | Unrealized Inception to Date (as of 9/30/24) |
|---|---|---|---|
| Short-Term Gain | — | $17,186.38 | |
| Short-Term (Loss) | (1,548.75) | (27,792.58) | (1,363.66) |
| **Total Short-Term** | **$(1,548.75)** | **$(10,606.20)** | **$(1,363.66)** |
| Long-Term (Loss) | — | — | (21,763.15) |
| **TOTAL GAIN/(LOSS)** | **$(1,548.75)** | **$(10,606.20)** | **$(23,126.81)** |

*The Gain/(Loss) Summary, which may be subsequently adjusted, is provided for informational purposes and should not be used for tax preparation. For additional detail, please visit www.etrade.com.*

# E✳TRADE®
from Morgan Stanley

**CLIENT STATEMENT** | For the Period September 1-30, 2024

Page 5 of 10

## Account Detail

| | Self-Directed Brokerage Account | RONALD F HOWARD II |
|---|---|---|
| | 153-403560-208 | |

**Investment Objectives (in order of priority):** Speculation

Brokerage Account

*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. Under certain circumstances, deposits may be held at other FDIC insured Program Banks. For more information regarding the Bank Deposit Program and the Program Banks, go to www.etrade.com/bdpdisclosure. Cash and Interest from required Pattern Day Trader minimum equity amounts are retained in Cash Balance Program.*

| Description | | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|
| CASH | | $38.71 | | | |

| | Percentage of Holdings | Market Value | Est Ann Income |
|---|---|---|---|
| CASH, BDP, AND MMFs | 3.00% | $38.71 | — |

## STOCKS
### COMMON STOCKS

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| FM4 NXTBRG HYDROCARBONS CONTRA | 2,000.000 | N/A | $10,625.55 | N/A | N/A | — | — |
| *Asset Class: Equities* | | | | | | | |
| INVICTUS ENERGY LIMITED (IVCTF) | 15,000.000 | 0.055 | 3,029.90 | 825.00 | (2,204.90) | — | — |

**E✻TRADE**
from Morgan Stanley

**CLIENT STATEMENT** | For the Period September 1-30, 2024

Page 7 of 10

## Account Detail

Self-Directed Brokerage Account    RONALD F HOWARD II
153-403560-208

# ACTIVITY

## CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 9/5 | 9/6 | Bought | CALL SPXW  09/05/24  5565.000 | ACTED AS AGENT UNSOLICITED TRADE; OPENING INDEX OPTION | 1.000 | $2.6000 | $(261.06) |
| 9/5 | 9/6 | Bought | CALL SPXW  09/05/24  5510.000 | ACTED AS AGENT UNSOLICITED TRADE; OPENING INDEX OPTION | 2.000 | 0.8500 | (172.12) |
| 9/5 | 9/6 | Bought | CALL SPXW  09/05/24  5510.000 | ACTED AS AGENT UNSOLICITED TRADE; OPENING INDEX OPTION | 2.000 | 0.2000 | (42.12) |
| 9/6 | 9/9 | Bought | CALL SPXW  09/06/24  5510.000 | ACTED AS AGENT UNSOLICITED TRADE; OPENING INDEX OPTION | 1.000 | 0.9500 | (96.06) |
| 9/11 | | Deposit | TRANSFER FROM XXXXXX4702 | REFID:116872401906 | | | 500.00 |
| 9/11 | 9/12 | Bought | PUT SPXW  09/11/24  5475.000 | ACTED AS AGENT UNSOLICITED TRADE; OPENING INDEX OPTION | 1.000 | 2.4000 | (241.06) |
| 9/11 | 9/12 | Bought | PUT SPXW  09/11/24  5475.000 | ACTED AS AGENT UNSOLICITED TRADE; OPENING INDEX OPTION | 1.000 | 1.3000 | (131.06) |
| 9/11 | 9/12 | Bought | PUT SPXW  09/11/24  5475.000 | ACTED AS AGENT UNSOLICITED TRADE; OPENING INDEX OPTION | 1.000 | 0.6000 | (61.06) |
| 9/11 | 9/12 | Bought | PUT SPXW  09/11/24  5475.000 | ACTED AS AGENT UNSOLICITED TRADE; OPENING INDEX OPTION | 1.000 | 0.5500 | (56.06) |
| 9/18 | | Deposit | TRANSFER FROM XXXXXX4702 | REFID:117399200906 | | | 500.00 |
| 9/18 | 9/19 | Bought | PUT SPY  09/18/24  560.000 | ACTED AS AGENT UNSOLICITED TRADE; OPENING | 4.000 | 0.4100 | (166.05) |
| 9/18 | 9/19 | Bought | PUT SPY  09/18/24  560.000 | ACTED AS AGENT UNSOLICITED TRADE; OPENING | 2.000 | 0.7000 | (141.02) |
| 9/18 | 9/19 | Bought | CALL SPXW  09/18/24  5695.000 | ACTED AS AGENT UNSOLICITED TRADE; OPENING INDEX OPTION | 1.000 | 0.9500 | (96.06) |
| 9/18 | 9/19 | Bought | PUT SPY  09/18/24  560.000 | ACTED AS AGENT UNSOLICITED TRADE; OPENING | 2.000 | 0.4200 | (85.02) |

**NET CREDITS/(DEBITS)** $(548.75)

*Purchase and Sale transactions above may have received an average price execution. Details regarding the actual prices are available upon request.*

# E✳TRADE

from Morgan Stanley

**CLIENT STATEMENT** | For the Period September 1-30, 2024

## Account Detail

**Self-Directed Brokerage Account** **RONALD F HOWARD II**
**153-403560-208**

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| *Asset Class: Equities* | | | | | | | |
| META MATERIALS INC NEW (MMATQ) | 400.000 | 0.370 | 19,384.04 | 148.00 | (19,236.03) | — | — |
| *Asset Class: Equities* | | | | | | | |
| MICROMOBILITY INC CL A (MCOM) | 1.000 | 0.012 | 1,559.75 | 0.01 | (1,559.73) | — | — |
| *Asset Class: Equities* | | | | | | | |
| SUNHYDROGEN INC (HYSR) | 10,000.000 | 0.028 | 405.15 | 279.00 | (126.15) | — | — |
| *Asset Class: Equities* | | | | | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| **STOCKS** | 97.00% | | | $35,004.39 | $1,252.01 | $(23,126.81) | — | — |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| **TOTAL VALUE** | 100.00% | | | $35,004.39 | $1,290.72 | $(23,126.81) | — | — |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $38.71 | — | — | — | — | — |
| Stocks | — | $1,252.01 | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | $38.71 | $1,252.01 | — | — | — | — |



**E✱TRADE**
from Morgan Stanley

**CLIENT STATEMENT** | For the Period September 1-30, 2024

Page 8 of 10

## Account Detail

Self-Directed Brokerage Account    RONALD F HOWARD II
153-403560-208

## TRANSFERS, CORPORATE ACTIONS AND ADDITIONAL ACTIVITY

### OPTIONS EXPIRATIONS, EXERCISES AND ASSIGNMENTS

| Activity Date | Activity Type | Description | Comments | Contracts |
|---|---|---|---|---|
| 9/3 | Option Expired | CALL NEM   08/30/24   54.000 | EXPIRED OPTIONS | 20.000 |
| 9/3 | Option Expired | CALL QQQ   08/30/24   479.000 | EXPIRED OPTIONS | 4.000 |
| 9/3 | Option Expired | PUT QQQ   08/30/24   471.000 | EXPIRED OPTIONS | 4.000 |
| 9/6 | Option Expired | CALL SPXW   09/05/24   5510.000 | EXPIRED OPTIONS | 4.000 |
| 9/6 | Option Expired | CALL SPXW   09/05/24   5565.000 | EXPIRED OPTIONS | 1.000 |
| 9/9 | Option Expired | CALL SPXW   09/06/24   5510.000 | EXPIRED OPTIONS | 1.000 |
| 9/12 | Option Expired | PUT SPXW   09/11/24   5475.000 | EXPIRED OPTIONS | 4.000 |
| 9/19 | Option Expired | PUT SPY   09/18/24   560.000 | EXPIRED OPTIONS | 8.000 |
| 9/19 | Option Expired | CALL SPXW   09/18/24   5695.000 | EXPIRED OPTIONS | 1.000 |

## MESSAGES

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**FINRA BrokerCheck**
FINRA has established the public disclosure program, known as BrokerCheck, to provide certain information regarding the disciplinary history of FINRA members and their associated persons. The BrokerCheck Hotline Number is 1-800-289-9999. The FINRA website address is www.finra.org. An investor brochure that includes information describing FINRA BrokerCheck may be obtained from FINRA.

**Tips on Protecting Yourself from Fraudulent Account Activity**
The protection of client data is of the utmost importance to us. Scams are on the rise, and they have become more sophisticated. Please remember to never share your personal information including account verification codes, account numbers, passwords or social security numbers with anyone you do not personally know.

Please be cautious opening attachments, clicking on links, or allowing external access to your computer. Scammers will be aggressive and create a sense of urgency. Scammers will promise unbelievable returns using crypto currency investing or sweepstakes/lottery. Scammers will use social media apps to build trust and then make sudden requests for money due to a hardship or emergency.

If you have any questions regarding scams or believe that you are a victim of a scam, please contact us or call 888-454-3965 to report online fraud or security concerns.

**Financial Disclosure Statement (in millions of dollars):**
At July 31, 2024 Morgan Stanley Smith Barney LLC had net capital of $5,420 which exceeded the Securities and Exchange Commission's minimum requirement by $4,776. A copy of the Morgan Stanley Smith Barney LLC Consolidated Statement of Financial Condition at June 30, 2024 can be viewed online at: https://www.morganstanley.com/about-us-ir/subsidiaries, or may be mailed to you at no cost by calling 1 (833) 445-2492, after September 15, 2024.

**FINRA RULE 2266 - SIPC INFORMATION**
SIPC and Other Coverage. Morgan Stanley is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims of cash). Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at www.sipc.org or calling 1-202-371-8300.

Morgan Stanley also maintains additional insurance with an aggregate firmwide limit of $1 billion. For additional information about Morgan Stanley's excess of SIPC protection, please go to www.etrade.com/iai. Please note that money market mutual fund balances are securities, not cash. As with other securities investments, the market risks associated with investing and any losses resulting therefrom are not covered by SIPC or the additional protection.

**FINRA RULE 2267 - BROKERCHECK**
FINRA's BrokerCheck allows investors to learn about the professional background, business practices, and conduct of FINRA member firms and their brokers. Records of securities professionals currently associated with a member and persons who have been associated with a member within the last two years are available to the public through BrokerCheck. Information is also available for FINRA-registered securities firms. Information is free to private investors for personal use. The telephone number of BrokerCheck is 1-800-289-9999. For more information about FINRA, visit www.finra.org. An investor brochure describing the BrokerCheck program is also available on request or at https://brokercheck.finra.org/



**E✳TRADE**
from Morgan Stanley

**CLIENT STATEMENT** | For the Period September 1-30, 2024

Page 9 of 10

Account Detail

Self-Directed Brokerage Account    RONALD F HOWARD II
153-403560-208

**MSRB Notice**

This notification is provided pursuant to Municipal Securities Rulemaking Board ("MSRB") Rule G-10 to inform you that (i) Morgan Stanley is registered with the MSRB and the Securities and Exchange Commission (SEC), (ii) information concerning the municipal market can be found at www.msrb.org, and (iii) a brochure that describes the protections available under MSRB rules and how to file a complaint with an appropriate regulatory authority is available on the MSRB website.

**SEA RULE 606 - NOTICE OF AVAILABILITY OF ORDER ROUTING INFORMATION**

Morgan Stanley prepares quarterly reports describing its order routing practices for nondirected orders routed to a particular venue for execution. These reports are publicly available at www.etrade.com. Morgan Stanley will furnish a written copy of the quarterly report on request. In addition, Morgan Stanley will provide on request more-detailed information related to the routing of any order in the six months prior to the request, including the identity of the venue to which the customer's orders were routed for execution, whether the orders were directed or nondirected orders, and the time of any transactions that resulted from such orders.

**SEA RULE 607 - PAYMENT FOR ORDER FLOW DISCLOSURE**

Morgan Stanley takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order-handling systems, the level of service provided, the cost of executing orders, and whether it will receive remuneration from particular broker-dealers and market centers for routing customer orders to them for execution. Morgan Stanley receives remuneration, generally in the form of cash payments and rebates, from particular broker-dealers and market centers for directing customer orders in securities to them for execution.

**FINRA RULE 4340 - CALLABLE SECURITIES**

When a security is subject to a partial redemption by the issuer, the issuer notifies Morgan Stanley, via a central industry depository, of the number of units for the specific security to be redeemed.

Upon receipt of the issuer's notification of a mandatory redemption, Morgan Stanley determines the favorability of the redemption based on the current market price versus the call price. When the redemption of the callable security is made on terms that are favorable to the called parties, Morgan Stanley does not include any firm or employee accounts in the pool of securities eligible to be called until all other customer's positions in such securities have been called. When the redemption is made on terms that are unfavorable to the called parties, Morgan Stanley does not exclude firm or employee accounts from the pool of the securities eligible to be called.

Once the favorability of the redemption has been determined, Morgan Stanley uses a random process designated to allocate called securities on a fair and impartial basis. The lottery process is based on a mathematical formula that determines the accounts that will be selected and the number of securities in the account that will be redeemed.

As a result of the call, you may be left with a position either below the minimum denomination of the security or in an amount that is not an authorized denomination of the security. Such a position may have less, limited or no liquidity depending on the type of security, issuer, size of position or other factors.

As required under FINRA 4340 - "Callable Securities," Morgan Stanley is providing our customers with a link to the firm's allocation procedures related to callable securities located on the Morgan Stanley website: www.morganstanley.com/about-us-ir/finra. Additionally, a hard copy of the allocation procedures will be provided to customers upon request.

**FINRA RULE 2264 - MARGIN DISCLOSURE**

Morgan Stanley Smith Barney LLC ("Morgan Stanley") is furnishing this information to you to provide some basic facts about purchasing securities on margin. Securities purchased on margin are Morgan Stanley's collateral for the loan to you. If the securities in your account decline in value, so does the value of the collateral supporting your loan, and, as a result, Morgan Stanley can take action, such as issue a margin call and/or sell securities or other assets in any of your accounts held with Morgan Stanley, to maintain the required equity in the account. It is important that you fully understand the risks involved in trading securities on margin.

These risks include the following:

- You can lose more funds than you deposit in the margin account.
- Morgan Stanley can force the sale of securities or other assets in your account(s).
- Morgan Stanley can sell your securities or other assets without contacting you.
- If Morgan Stanley takes action to meet a margin call on your behalf, you will not have the ability to choose which securities are liquidated.
- Morgan Stanley can increase your "house" maintenance margin requirements at any time and is not required to provide you advance written notice.
- Morgan Stanley may change margin requirements at any time without prior notice and call for additional collateral, including without limitation on an intraday basis.
- You are not entitled to an extension of time on a margin call.



This page intentionally left blank

# E✳TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period December 1-31, 2023

**STATEMENT FOR:**
RONALD F HOWARD II

**Beginning Total Value** (as of 12/1/23)    $4,025.89
**Ending Total Value** (as of 12/31/23)    $4,388.96
*Includes Accrued Interest*

**Access Your Account Online At**
www.etrade.com or call 800-387-2331

*Morgan Stanley Smith Barney LLC. Member SIPC.*
*E✳TRADE is a business of Morgan Stanley.*

#BWNJGWM

RONALD F HOWARD II
1655 BUTLER PIKE
MERCER PA 16137

*CONTAINS PURCHASES OF 20,000 MMAT ON 12-4-23 AND 12-5-23 ON PAGE 8 OF 12*

INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •
NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •
MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD

153 - 403560 - 208 - 4 - 1

# E✳TRADE
from Morgan Stanley

## Expanded Disclosures

Expanded Disclosures, which apply to all statements we send to you, are provided with your first statement and thereafter twice a year.

**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.

**Errors and Inquiries**
Be sure to review your statement promptly, and immediately address any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.

**Senior Investor Helpline**
Senior investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.

**Account Valuation**
Account values are computed by adding (1) the market value of all priced positions, (2) valuations utilizing industry service providers and/or outside custodians for other positions, and (3) adding any credit or subtracting any debit to your closing Cash, Money Market Funds and/or Deposit balance. Cash, Deposits and Money Market Funds are displayed on a settlement date basis, and other positions are displayed in your account on a trade date basis. The values of fixed income positions in summary displays include accrued interest in the totals. In the "Holdings" section, fixed income market value and accrued interest are also displayed in separate columns. Accrued interest is the interest earned but not yet paid on the bond since its last interest payment. In most cases, it is calculated from the date of the last coupon payment (or "dated date") through the closing date of the statement. Foreign Currency Deposits are reflected in U.S. dollars as of the statement end date. The Annual Percentage Yield (APY) for deposits represents the applicable rate in effect for your deposits at the statement ending date. This APY may be different than the APY that was in effect during the statement period. For current Bank Deposit or Money Market Fund yields, go to www.morganstanley.com/wealth-investmentstrategies/ratemonitor.html.

**Additional Retirement Account Information**
Tax-qualified account contributions are subject to IRS eligibility rules

and regulations. The Contributions and Distributions information in this statement reflects information for a particular account, without reference to any other account, and is based on information provided by you. The deductibility of an individual contribution depends upon your Modified Adjusted Gross Income and coverage by a retirement plan at work. Check with your tax advisor to verify how much you can contribute, if the contribution will be tax deductible, and if special rules apply. The information included in this statement is not intended to constitute tax, legal or accounting advice. Contact us if any of this information is incorrect.

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC [17 CFR §240.15c3-3], we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.

**Gain/(Loss) Information**
Gain/(Loss) is provided for informational purposes. It is not a substitute for Internal Revenue Service (IRS) Form 1099 (on which we report cost basis for covered securities) or any other IRS tax form, and should not be used for tax preparation. Unrealized Gain/(Loss) provided on this statement is an estimate. Contact your own independent legal or tax advisor to determine the appropriate use of the Gain/(Loss) information on this statement. For more information, contact us.

**Tax Reporting**
Under Federal income tax law, we are required to report gross proceeds of sales (including short sales) on Form 1099-B by March 15 of the year following the calendar year of the transaction for reportable (i.e., non-retirement) accounts. For sales of certain securities acquired on or after January 1, 2011 (or applicable date for the type of security) we are also required to report cost basis and holding period. Under IRS regulations, if you have not provided us with a certification of either U.S. or foreign status on applicable Form W-9 or W-8, your accounts may be subject to either 24% back-up withholding or 30% nonresident alien withholding on payments made to your accounts.

**Investment Objectives**
The following is an explanation of the investment objective alternatives applicable to your account(s): Income - for investors seeking regular income with low to moderate risk to principal; Capital Appreciation - for investors seeking capital appreciation with moderate to high risk to principal; Aggressive Income - for investors seeking higher returns either as growth or as income with greater risk to principal; Speculation - for

investors seeking high profits or quick returns with considerable possibility of losing most or all of their investment.

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.

**Important Information if You are a Margin Customer** (not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in exchange for pledging assets in your accounts as collateral. The amount you may borrow is based on the value of eligible securities in your margin accounts. If a security has eligible shares the number of shares pledged as collateral is indicated below the position. If you have a margin account, as permitted by law, we may use certain securities in your account for, among other things, settling short sales or lending the securities for short sales, for which we may receive compensation.

**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.

**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

**Money Market Fund (MMF) Pricing**
You could lose money in MMFs. Although MMFs classified as government funds (i.e., MMFs that invest 99.5% of total assets in cash and/or securities backed by the U.S. government) and retail funds (i.e., MMFs open to natural person investors only) seek to preserve value at $1.00 per share, they cannot guarantee they will do so. The price of other MMFs will fluctuate and when you sell shares they may be worth more or less than originally paid. MMFs may impose a fee upon sale or

CONTINUED

E✷TRADE

from Morgan Stanley

# Expanded Disclosures (CONTINUED)

temporarily suspend sales if liquidity falls below required minimums. During suspensions, shares would not be available for purchases, withdrawals, check writing or ATM debits. A MMF investment is not insured or guaranteed by the Federal Deposit Insurance Corporation or other government agency.

## Notice Regarding Global Investment Manager Analysis

The Global Investment Manager Analysis team conducts analysis on various mutual funds and exchange-traded funds for clients holding those funds in certain investment advisory programs. If you have invested in any of these funds in another type of account, such as a brokerage account, you will not receive the same materials and status updates on the funds as we provide to investment advisory clients (including instructions on selling fund shares).

## Pricing of Securities

The prices of securities are derived from various sources, and do not necessarily represent the prices at which those securities could have been bought or sold. Although we attempt to use reliable sources of information, we can offer no assurance as to their accuracy, reliability or completeness. Prices are as of the date shown only and are not an offer by us or our affiliates to purchase or sell any instrument or enter into any transaction or a commitment by us or them to make such an offer. Prices of securities not actively traded may not be available, and are indicated by N/A (not available). For additional information on how we price securities, contact us.

## Important Information About Auction Rate Securities

For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

## Structured Investments Risks and Considerations

Structured Investments (Structured Products) are complex products and are subject to special risks, which may include, but are not limited to: loss of initial investment; issuer credit risk and price volatility resulting from actual or anticipated changes to issuer's and/or guarantor's credit ratings/spreads; limited or no appreciation and limits on participation in any appreciation of underlying asset(s); risks associated with the underlying asset(s); no periodic payments; call prior to maturity; early redemption fees for market linked deposits; lower interest rates and/or yield compared to conventional debt with comparable maturity; unique tax implications; limited or no secondary market; and conflicts of interest due to affiliation, compensation or other factors which could adversely affect market value or payout to investors. Investors also should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured

Investments, which may appear in various product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the product category where they appear, and therefore may not satisfy portfolio asset allocation needs for that category. When displayed, the accrued interest, annual income and yield for structured investments with a contingent income feature (e.g., Range Accrual Notes/Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant observation period and payment in full of all contingent interest. Actual accrued interest, annual income and yield will be dependent upon the performance of the underlying asset(s) and may be significantly lower than estimates shown. For more information on the risks and conflicts of interest related to Structured Investments, log in to Morgan Stanley Online at www.morganstanley.com/structuredproductsrisksandconflicts. For information on risks specific to your Structured Investments, contact us.

## Security Measures

This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle, printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

## SIPC Protection

We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

## Certain Assets Not Held Here

You may purchase certain assets through us that may be held at another financial institution. Assets not held with us may not be covered by SIPC protection. We may include information about certain assets on this statement solely as a service to you and are not responsible for information provided by external sources. Generally, any financial institution that holds securities is responsible for year-end reporting (e.g., Forms 1099) and separate periodic statements, which may vary from our information due to different reporting periods. In the case of networked mutual funds, we perform all year-end tax reporting.

## Total Income

Total income, as used in the income summaries, represents dividends and/or interest on securities we receive on your behalf and credit to your account(s) during the calendar year. We report dividend distributions and taxable bond interest credited to your account to the

IRS. The totals we report may differ from those indicated as "This Year" figures on the last statement for the calendar year. Only information on Forms 1099 should be used for tax reporting. In the case of Corporations, Real Estate Investment Trusts (REITs), Master Limited Partnerships, Regulated Investment Companies and Unit Investment Trusts, some sponsors may reclassify the distribution to a different tax type for year-end reporting.

## Transaction Dates and Conditions

Transactions display trade date and settlement date. Transactions are included on this statement on trade date basis (excluding BDP and MMFs). Trades that have not settled as of statement month end will also be displayed in the "Unsettled Purchases/Sales Activity" section. Upon written request, we will give you the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

## Tax and Legal Disclosure

We do not provide legal or tax advice. Please consult your own tax advisor.

Revised 11/2022

**E✱TRADE**
from Morgan Stanley

## Account Summary

| Self-Directed Brokerage Account | RONALD F HOWARD II |
|---|---|
| 153-403560-208 | |

### CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

| | This Period (12/1/23-12/31/23) | This Year (1/1/23-12/31/23) |
|---|---|---|
| TOTAL BEGINNING VALUE | $4,025.89 | — |
| Credits | 1,500.00 | 4,568.91 |
| Debits | — | — |
| Security Transfers | — | 7,476.65 |
| Net Credits/Debits/Transfers | $1,500.00 | $12,045.56 |
| Change in Value | (1,136.93) | (7,656.60) |
| TOTAL ENDING VALUE | $4,388.96 | $4,388.96 |

### MARKET VALUE OVER TIME
The below chart displays the most recent thirteen months of Market Value.



The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.

### ASSET ALLOCATION (includes accrued interest)

| | Market Value | Percentage |
|---|---|---|
| Cash | $225.89 | 5.15 |
| Equities | 4,163.07 | 94.85 |
| TOTAL VALUE | $4,388.96 | 100.00% |

*FDIC rules apply and Bank Deposits are eligible for FDIC insurance but are not covered by SIPC. Cash and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures. Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.*



*This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.*

# E✳TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period December 1-31, 2023

## Account Summary

Self-Directed Brokerage Account    RONALD F HOWARD II
153-403560-208

### BALANCE SHEET (^ includes accrued interest)

| | Last Period (as of 11/30/23) | This Period (as of 12/31/23) |
|---|---|---|
| Cash, BDP, MMFs | $163.54 | $225.89 |
| Stocks | 3,862.35 | 4,163.07 |
| **Total Assets** | **$4,025.89** | **$4,388.96** |
| **Total Liabilities** (outstanding balance) | — | — |
| **TOTAL VALUE** | **$4,025.89** | **$4,388.96** |

### CASH FLOW

| | This Period (12/1/23-12/31/23) | This Year (1/1/23-12/31/23) |
|---|---|---|
| **OPENING CASH, BDP, MMFs** | **$163.54** | |
| Purchases | (1,437.66) | (4,343.04) |
| Income and Distributions | 0.01 | 0.02 |
| **Total Investment Related Activity** | **$(1,437.65)** | **$(4,343.02)** |
| Electronic Transfers-Credits | 1,500.00 | 4,568.91 |
| **Total Cash Related Activity** | **$1,500.00** | **$4,568.91** |
| **Total Card/Check Activity** | **—** | **—** |
| **CLOSING CASH, BDP, MMFs** | **$225.89** | **$225.89** |

### INCOME AND DISTRIBUTION SUMMARY

| | This Period (12/1/23-12/31/23) | This Year (1/1/23-12/31/23) |
|---|---|---|
| Interest | $0.01 | $0.02 |
| **Income And Distributions** | **$0.01** | **$0.02** |
| **Tax-Exempt Income** | **—** | **—** |
| **TOTAL INCOME AND DISTRIBUTIONS** | **$0.01** | **$0.02** |

*Taxable and tax exempt income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.*

### GAIN/(LOSS) SUMMARY

| | Realized This Period (12/1/23-12/31/23) | Realized This Year (1/1/23-12/31/23) | Unrealized Inception to Date (as of 12/31/23) |
|---|---|---|---|
| Short-Term (Loss) | — | $(2,905.38) | $(3,016.77) |
| Long-Term (Loss) | — | — | (18,467.98) |
| **TOTAL GAIN/(LOSS)** | **—** | **$(2,905.38)** | **$(21,484.75)** |

*The Gain/(Loss) Summary, which may be subsequently adjusted, is provided for informational purposes and should not be used for tax preparation. For additional detail, please visit www.etrade.com.*



from Morgan Stanley

**CLIENT STATEMENT** | For the Period December 1-31, 2023

## Account Detail

| Self-Directed Brokerage Account | RONALD F HOWARD II |
| 153-403560-208 | |

**Investment Objectives (in order of priority):** Speculation
*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

Brokerage Account

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. For more information regarding the Bank Deposit Program, go to www.etrade.com/bdpdisclosure. Interest from required Pattern Day Trader minimum equity amounts retained in Cash Balance Program.*

| Description | | | | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|---|---|
| CASH | | | | $225.89 | | | |

| | Percentage of Holdings | | | Market Value | | Est Ann Income | |
|---|---|---|---|---|---|---|---|
| CASH, BDP, AND MMFs | 5.15% | | | $225.89 | | — | |

## STOCKS

### COMMON STOCKS

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| FM4 NXTBRG HYDROCARBONS CONTRA | 2,000.000 | N/A | $10,625.55 | N/A | N/A | — | — |
| *Asset Class: Equities* | | | | | | | |
| INVICTUS ENERGY LIMITED (IVCTF) | 15,000.000 | 0.092 | 3,029.90 | 1,380.00 | (1,649.90) | — | — |
| *Asset Class: Equities* | | | | | | | |

# E✳TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period December 1-31, 2023

Page 8 of 12

## Account Detail

| | Self-Directed Brokerage Account | RONALD F HOWARD II |
| | 153-403560-208 | |

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $225.89 | — | — | — | — | — |
| Stocks | — | $4,163.07 | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | **$225.89** | **$4,163.07** | **—** | **—** | **—** | **—** |

# ACTIVITY

## CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 12/4 | | Deposit | TRANSFER FROM XXXXXX4702 | REFID:94699962906 | | | $1,500.00 |
| 12/4 | 12/6 | Bought | META MATERIALS INC | ACTED AS AGENT UNSOLICITED TRADE | 6,900.000 | 0.0744 | (513.71) |
| 12/4 | 12/6 | Bought | META MATERIALS INC | ACTED AS AGENT UNSOLICITED TRADE | 3,100.000 | 0.0745 | (230.95) |
| 12/4 | | Service Fee | MICROMOBILITY COM INC CLASS A | MANDATORY REORG FEE | | | (38.00) |
| 12/5 | | Service Fee Adj | Mandatory Reorg Fee Reversal - | | | | 38.00 |
| 12/5 | 12/7 | Bought | META MATERIALS INC | ACTED AS AGENT UNSOLICITED TRADE | 10,000.000 | 0.0693 | (693.00) |
| 12/29 | | Interest Income | CASH BALANCE PROGRAM | (Period 12/01-12/31) | | | 0.01 |
| **NET CREDITS/(DEBITS)** | | | | | | | **$62.35** |

*Purchase and Sale transactions above may have received an average price execution. Details regarding the actual prices are available upon request.*

# TRANSFERS, CORPORATE ACTIONS AND ADDITIONAL ACTIVITY

## CORPORATE ACTIONS

| Activity Date | Activity Type | Description | Comments | Quantity |
|---|---|---|---|---|
| 12/4 | Exchange Delivered Out | MICROMOBILITY COM INC CLASS A | | (100.000) |
| 12/4 | Exchange Received In | MICROMOBILITY INC CL A | | 1.000 |

# MESSAGES

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**FINRA BrokerCheck**
FINRA has established the public disclosure program, known as BrokerCheck, to provide certain information regarding the disciplinary history of FINRA members and their associated persons. The BrokerCheck Hotline Number is 1-800-289-9999. The FINRA website address is www.finra.org. An investor brochure that includes information describing FINRA BrokerCheck may be obtained from FINRA.

**E✳TRADE**
from Morgan Stanley

**CLIENT STATEMENT** | For the Period December 1-31, 2023

## Account Detail

| | Self-Directed Brokerage Account | RONALD F HOWARD II |
| | 153-403560-208 | |

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC (MMAT) | 40,000.000 | 0.066 | 19,384.04 | 2,640.00 | (16,744.04) | — | — |
| Asset Class: Equities | | | | | | | |
| MICROMOBILITY INC CL A (MCOM) | 1.000 | 0.073 | 1,559.75 | 0.07 | (1,559.67) | — | — |
| Asset Class: Equities | | | | | | | |
| SUNHYDROGEN INC (HYSR) | 10,000.000 | 0.013 | 405.15 | 130.00 | (275.15) | — | — |
| Asset Class: Equities | | | | | | | |
| COMMON STOCKS | | | $35,004.39 | $4,150.07 | $(20,228.76) | — | — |

**OPTIONS**  (Contract Prices are presented to only the third decimal (which may display as "$0.000"), while calculation of Market Value uses an extended price.)

| Security Description | Number of Contracts | Contract Price | Total Cost | Market Value | Unrealized Gain/(Loss) | | |
|---|---|---|---|---|---|---|---|
| CALL META MATERIALS INC AT 0.500 EXPIRES 01/19/2024 (MMAT  240119C00000500) | 100.000 | $0.001 | $1,268.99 | $13.00 | $(1,255.99) | | |
| Asset Class: Equities | | | | | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| STOCKS | 94.85% | | | $36,273.38 | $4,163.07 | $(21,484.75) | — | — |

*For listed options that have a cost basis without a corresponding market value, an unrealized gain or loss is included for informational purposes.  Where market value information is not available, for purposes of calculating the unrealized gain or loss, we assume that market value is $0.  In such cases, the unrealized gain or loss may not provide an accurate reflection of the true unrealized gain or loss. For additional information regarding Gain/(Loss) and Pricing, refer to the Expanded Disclosures.*

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| TOTAL VALUE | 100.00% | | | $36,273.38 | $4,388.96 | $(21,484.75) | — | — |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*



E✳TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period December 1-31, 2023

Page 9 of 12

## Account Detail

Self-Directed Brokerage Account    RONALD F HOWARD II
153-403560-208

**Tips on Protecting Yourself from Fraudulent Account Activity**
The protection of client data is of the utmost importance to us.  Scams are on the rise, and they have become more sophisticated. Please remember to never share your personal information including account verification codes, account numbers, passwords or social security numbers with anyone you do not personally know.
Please be cautious opening attachments, clicking on links, or allowing external access to your computer. Scammers will be aggressive and create a sense of urgency. Scammers will promise unbelievable returns using crypto currency investing or sweepstakes/lottery. Scammers will use social media apps to build trust and then make sudden requests for money due to a hardship or emergency.
If you have any questions regarding scams or believe that you are a victim of a scam, please contact us or call 888-454-3965 to report online fraud or security concerns.
**Important Information Regarding Your Account Summary**
The Account Summary section on this statement reflects information from the date your account was transferred to Morgan Stanley Smith Barney LLC or, if this is a new account, the date the account was opened. To view all historical data, (i.e., Realized Gain/(Loss) information) please visit www.etrade.com/gainloss.
**Important information about your 2023 tax reporting**
If your E*TRADE account was transferred to Morgan Stanley Smith Barney LLC (MSSB) in 2023, you may receive multiple tax forms for 2023: tax forms for your original E*TRADE account that reports all activity with E*TRADE Securities LLC before the transfer date, and additional tax forms for your transferred account that reports all activity with MSSB after the transfer date. Please note, there may be a slight timing difference in the availability of the two forms. If your brokerage or stock plan account(s) do not meet the minimum IRS threshold for taxable activity, we'll post a notification under Documents > General Correspondence. For more information on what to expect, visit https://us.etrade.com/l/tax-year-2023.
Remember, if you also have a full service account with MSSB, you'll receive a separate tax form for that account, which will be available on Morgan Stanley Online. Only forms for your E*TRADE account will be available in the Tax Center.

**E✳TRADE**
from Morgan Stanley

**CLIENT STATEMENT**

Page 10 of 12

## 2023 Recap of Cash Management Activity

Self-Directed Brokerage Account    RONALD F HOWARD II
153-403560-208

We are pleased to enclose your Recap of Cash Management Activity. This section includes a summary of selected account activity for the preceding 12 months; including your electronic transfers, checking and card activity for the year (including ATM transactions, any automated payments and security transfers).

Information related to Income, Distributions, Purchases, Sales, and Redemptions will be provided to accounts subject to IRS reporting on Forms 1099 in the Consolidated Tax Package.

For reportable account(s), we recommend that you wait for your IRS Form(s) 1099 before completing your tax returns. This Recap is not a substitute for the official account statements that you have received from us throughout the year; and is for informational purposes only to provide you with a recap of your cash management activity. If there are any discrepancies between your account statement(s) and the information in this Recap, you should rely on the account statement(s) you have previously received.

## CASH RELATED ACTIVITY

### ELECTRONIC TRANSFERS (CREDITS)

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| 9/1 | Funds Received | Rec from ETS A/C 370-56535-2 | | $68.91 |
| 9/5 | Deposit | TRANSFER FROM XXXXXX4702 | REFID:88241400906 | 1,000.00 |
| 10/4 | Deposit | TRANSFER FROM XXXXXX4702 | REFID:90441472906 | 500.00 |
| 10/13 | Deposit | TRANSFER FROM XXXXXX4702 | REFID:91065833906 | 1,000.00 |
| 11/9 | Deposit | TRANSFER FROM XXXXXX4702 | REFID:92917718906 | 500.00 |
| 12/4 | Deposit | TRANSFER FROM XXXXXX4702 | REFID:94699962906 | 1,500.00 |
| **TOTAL ELECTRONIC TRANSFERS (CREDITS)** | | | | **$4,568.91** |

### OTHER DEBITS

| Activity Date | Activity Type | Description | Comments | Inflows/(Outflows) |
|---|---|---|---|---|
| 12/4 | Service Fee | MICROMOBILITY COM INC CLASS A | MANDATORY REORG FEE | $(38.00) |
| 12/5 | Service Fee Adj | Mandatory Reorg Fee Reversal - | | 38.00 |
| **TOTAL OTHER DEBITS** | | | | **$0.00** |

| **TOTAL CASH RELATED ACTIVITY** | | | | **$4,568.91** |

## SECURITY TRANSFERS

| Activity Date | Activity Type | Security (Symbol) | Comments | Quantity | Accrued Interest | Amount |
|---|---|---|---|---|---|---|
| 9/1 | Transfer into Account | CALL MMAT  01/19/24    0.500 | Rec from ETS A/C 370-56535-2 | 100.000 | | $450.00 |
| 9/1 | Transfer into Account | FM4 NXTBRG HYDROCARBONS CONTRA | Rec from ETS A/C 370-56535-2 | 2,000.000 | | 0.00 |
| 9/1 | Transfer into Account | INVICTUS ENERGY LIMITED | Rec from ETS A/C 370-56535-2 | 15,000.000 | | 2,025.00 |
| 9/1 | Transfer into Account | META MATERIALS INC | Rec from ETS A/C 370-56535-2 | 20,000.000 | | 4,868.00 |
| 9/1 | Transfer into Account | MICROMOBILITY COM INC CLASS A | Rec from ETS A/C 370-56535-2 | 100.000 | | 6.65 |
| 9/1 | Transfer into Account | SUNHYDROGEN INC | Rec from ETS A/C 370-56535-2 | 10,000.000 | | 127.00 |
| 9/12 | Transfer into Account | CALL MMAT  01/19/24    0.500 | TFR Securities Cash/Margin | 100.000 | | 0.00 |
| 9/12 | Transfer into Account | FM4 NXTBRG HYDROCARBONS CONTRA | TFR Securities Cash/Margin | 2,000.000 | | 0.00 |
| 9/12 | Transfer into Account | INVICTUS ENERGY LIMITED | TFR Securities Cash/Margin | 15,000.000 | | 0.00 |

**E✱TRADE**
from Morgan Stanley

CLIENT STATEMENT

## 2023 Recap of Cash Management Activity

| Self-Directed Brokerage Account | RONALD F HOWARD II |
|---|---|
| 153-403560-208 | |

### SECURITY TRANSFERS (CONTINUED)

| Activity Date | Activity Type | Security (Symbol) | Comments | Quantity | Accrued Interest | Amount |
|---|---|---|---|---|---|---|
| 9/12 | Transfer into Account | META MATERIALS INC | TFR Securities Cash/Margin | 20,000.000 | | 0.00 |
| 9/12 | Transfer into Account | MICROMOBILITY COM INC CLASS A | TFR Securities Cash/Margin | 100.000 | | 0.00 |
| 9/12 | Transfer into Account | SUNHYDROGEN INC | TFR Securities Cash/Margin | 10,000.000 | | 0.00 |
| 9/12 | Transfer out of Account | CALL MMAT  01/19/24  0.500 | TFR Securities Cash/Margin | 100.000 | | 0.00 |
| 9/12 | Transfer out of Account | FM4 NXTBRG HYDROCARBONS CONTRA | TFR Securities Cash/Margin | 2,000.000 | | 0.00 |
| 9/12 | Transfer out of Account | INVICTUS ENERGY LIMITED | TFR Securities Cash/Margin | 15,000.000 | | 0.00 |
| 9/12 | Transfer out of Account | META MATERIALS INC | TFR Securities Cash/Margin | 20,000.000 | | 0.00 |
| 9/12 | Transfer out of Account | MICROMOBILITY COM INC CLASS A | TFR Securities Cash/Margin | 100.000 | | 0.00 |
| 9/12 | Transfer out of Account | SUNHYDROGEN INC | TFR Securities Cash/Margin | 10,000.000 | | 0.00 |
| **TOTAL SECURITY TRANSFERS** | | | | | | **$7,476.65** |

### OPTION ACTIVITY

| Activity Date | Activity Type | Description | Comments | Contracts |
|---|---|---|---|---|
| 9/15 | Option Expired | PUT  SPXW  09/14/23 4470.000 | EXPIRED OPTIONS | 1.000 |
| 10/4 | Option Expired | PUT  SPXW  10/03/23 4215.000 | EXPIRED OPTIONS | 5.000 |
| 10/6 | Option Expired | PUT  QQQ  10/05/23  355.000 | EXPIRED OPTIONS | 10.000 |
| 10/16 | Option Expired | CALL QQQ  10/13/23  372.000 | EXPIRED OPTIONS | 80.000 |
| 10/17 | Option Expired | PUT  QQQ  10/16/23  369.000 | EXPIRED OPTIONS | 10.000 |
| 10/27 | Option Expired | CALL QQQ  10/26/23  348.000 | EXPIRED OPTIONS | 5.000 |
| 11/14 | Option Expired | PUT  QQQ  11/13/23  360.000 | EXPIRED OPTIONS | 50.000 |

### CORPORATE ACTIONS

| Activity Date | Activity Type | Description | Comments | Quantity |
|---|---|---|---|---|
| 12/4 | Exchange Delivered Out | MICROMOBILITY COM INC CLASS A | | (100.000) |
| 12/4 | Exchange Received In | MICROMOBILITY INC CL A | | 1.000 |

**E✲TRADE**
from Morgan Stanley



This page intentionally left blank

PAGE 1 OF 18

**August 1, 2022 - August 31, 2022**
Account Number: 3705-6535
Account Type: INDIVIDUAL
Account Status: Pro Elite

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-387-2331  etrade.com
Member SIPC

E*TRADE Pro Elite
Investment Account

**Customer Update:**

**Connect to E*TRADE on the go.**

The award-winning E*TRADE Mobile app puts everything you need in the palm of your hand—investing, trading, research, easy-to-use tools, and more. Visit *etrade.com/mobile* or your device's app store to download today!

RONALD F HOWARD II
11 CARRIAGE LN
GROVE CITY PA 16127-6379

*OLD ADDRESS*

*CONTAINS PURCHASES OF 20,000 MMAT ON 8-8-22 (PAGE 11 OF 18) AND 8-24-22 (PAGE 13 OF 18)*

---

**Account At A Glance**

$102,065.16
$70,778.66

As of 07/31/22    As of 08/31/22

**Net Change:**                    **$-31,286.50**

---

E*TRADE®
from Morgan Stanley

DETACH HERE ▲

RONALD F HOWARD II
11 CARRIAGE LN
GROVE CITY PA 16127-6379

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

*OLD ACCT #*

**Use This Deposit Slip**    **Acct: 3705-6535**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| TOTAL DEPOSIT | | |

083120220001  111370565355

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member SIPC. Your account is carried by ETS, Member SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-387-2331 within five (5) days of your receipt of this statement. Any oral communications that you have made to us should be confirmed in writing.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the-counter) market and such net liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer. More information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECNs (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firm's relationships with routing market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of execution, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearing houses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and your special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" and are fully described at https://us.etrade.com/l/options-uninvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options.

**Other Cash Balance Option.** In addition to the Cash Balance Program you have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your deposits to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmation of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the (appraisal methodology applied by the independent third party) in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all only for amounts that are substantially less than their purchase price or the estimated values on your account statement. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that such distributions are recorded at a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-387-2331 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is a subsidiary of Morgan Stanley. If you have a complaint please call 800-387-2331, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN % Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
**\*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-387-2331 with any questions.

S1R0240 - 01/22

E*TRADE Pro Elite
Investment Account

E*TRADE
from Morgan Stanley



**E✳TRADE Pro Elite**
Investment Account

**Account Number:** 3705-6535          **Statement Period :** August 1, 2022 - August 31, 2022          **Account Type:** INDIVIDUAL

## ACCOUNT OVERVIEW



Last Statement Date:                          July 31, 2022

| | | |
|---|---|---|
| Beginning Account Value (On 07/31/22): | $ | 102,065.16 |
| Ending Account Value (On 08/31/22): | $ | 70,778.66 |
| Net Change: | $ | -31,286.50 |

For current rates, please visit **etrade.com/rates**

## ASSET ALLOCATION  (AS OF 08/31/22)





**100.00% - Stocks, Options & ETF (Long)**

### ACCOUNT VALUE SUMMARY

| | AS OF 08/31/22 | AS OF 07/31/22 | % CHANGE |
|---|---|---|---|
| Margin Balance | $ 41,915.66 | $ 99,953.31 | -58.06% |
| **Total Cash/Margin Debt** | **$ 41,915.66** | **$ 99,953.31** | **-58.06%** |
| Stocks, Options & ETF (Long) | $ 28,863.00 | $ 2,111.85 | 1,266.72% |
| **Total Value of Securities** | **$ 28,863.00** | **$ 2,111.85** | **1,266.72%** |
| **Net Account Value** | **$ 70,778.66** | **$ 102,065.16** | **-30.65%** |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC. Sweep deposits may be swept to Morgan Stanley Bank, N.A., and/or Morgan Stanley Private Bank, National Association, Members FDIC, and depending on the sweep program may also be swept to third party banks.  Subject to other funds a customer might maintain at the recipient bank, sweep funds will receive a maximum of $250,000 in FDIC insurance coverage at each federally insured depository institution to which funds are swept. Securities products and cash balances other than sweep deposits are not FDIC insured, not guaranteed deposits or obligations of Morgan Stanley Bank, Morgan Stanley Private Bank, or any third party bank to which they might be swept, and are subject to investment risk, including possible loss of the principal invested.

E*TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC



**E✳TRADE Pro Elite**
Investment Account

Account Number: 3705-6535          Statement Period : August 1, 2022 - August 31, 2022          Account Type: INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END



## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $  -223,452.13 | $  -389,701.13 |
| Securities Sold | $  165,413.83 | $  311,742.31 |
| Interest Received | | |
| Taxable | $  0.65 | $  1.08 |
| Dividends Received | | |
| Taxable | $  0.00 | $  217.67 |
| Margin Interest | $  0.00 | $  -16.86 |
| Substitute Payments | $  0.00 | $  39.45 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 08/31/22)



1.71% - OTHER
4.95% - PBR
6.07% - IVCTF
27.34% -
59.94% - MMAT



**E✱TRADE Pro Elite**
**Investment Account**

**Account Number:** 3705-6535          **Statement Period :** August 1, 2022 - August 31, 2022          **Account Type:** INDIVIDUAL

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.00% of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| TOTAL CASH & CASH EQUIVALENTS YTD  INTEREST (CREDIT INTEREST ONLY) | | $0.89 |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (100.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| AEVA TECHNOLOGIES INC COMMON STOCK | AEVA | Margin | 100 | 3.0800 | 308.00 | 1.07 | | |
| CALL ADI   09/16/22  175 ANALOG DEVICES INC EXP 09/16/2022 | | Margin | 10 | 0.1000 | 100.00 | 0.35 | | |
| CALL CLAR   11/18/22   25 CLARUS CORPORATION EXP 11/18/2022 | | Margin | 10 | 1.0100 | 1,010.00 | 3.50 | | |
| CALL DKNG  09/16/22   17 DRAFTKINGS INC CLASS A EXP 09/16/2022 | | Margin | 10 | 0.6400 | 640.00 | 2.22 | | |
| CALL MMAT   10/21/22   1 META MATLS INC EXP 10/21/2022 | | Margin | 100 | 0.1100 | 1,100.00 | 3.81 | | |
| CALL MU    10/21/22 62.50 MICRON TECHNOLOGY INC EXP 10/21/2022 | | Margin | 10 | 1.7900 | 1,790.00 | 6.20 | | |
| CALL NOVA  09/16/22   25 SUNNOVA ENERGY INTRNTNL INC EXP 09/16/2022 | | Margin | 10 | 1.4500 | 1,450.00 | 5.02 | | |
| CALL VECO  10/21/22   23 VEECO INSTRUMENTS INC-DEL EXP 10/21/2022 | | Margin | 10 | 0.8000 | 800.00 | 2.77 | | |
| ***GOLDSPOT DISCOVERIES CORP COM | SPOFF | Margin | 500 | 0.2300 | 115.00 | 0.40 | | |
| HEMP INC COM | HEMP | Margin | 50,000 | 0.0007 | 35.00 | 0.12 | | |
| ***INVICTUS ENERGY LTD ORDINARY SHARES | IVCTF | Margin | 10,000 | 0.1751 | 1,751.00 | 6.07 | | |



**E✳TRADE Pro Elite**
**Investment Account**

Account Number: 3705-6535          Statement Period : August 1, 2022 - August 31, 2022          Account Type: INDIVIDUAL

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS  (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| META MATLS INC COMMON STOCK | MMAT | Margin | 20,000 | 0.8650 | 17,300.00 | 59.94 | | |
| ***PETROLEO BRASILEIRO SA PETROBRAS SPONSORED ADR | PBR | Margin | 100 | 14.2900 | 1,429.00 | 4.95 | 616.00 | 43.11% |
| PUT FTV  09/16/22  60 FORTIVE CORPORATION EXP 09/16/2022 | | Margin | 20 | 0.5000 | 1,000.00 | 3.46 | | |
| PUT SPY  07/29/22  401 STANDARD & POORS DEPOSITORY EXP 07/29/22 | | Margin | | | 0.00 | 0.00 | | |
| SUNHYDROGEN INC COMMON STOCK | HYSR | Margin | 1,000 | 0.0350 | 35.00 | 0.12 | | |
| TOTAL STOCKS, OPTIONS & ETF | | | | | $28,863.00 | 100.00% | $616.00 | 2.13% |
| TOTAL PRICED PORTFOLIO HOLDINGS (ON 08/31/22) | | | | | $70,778.66 | | | |
| TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME | | | | | $616.00 | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 07/29/22 13:39 | 08/01/22 | CALL SPY  08/03/22  411 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 50 | 2.8400 | 14,225.50 | |
| 08/01/22 11:05 | 08/02/22 | PUT SPY  08/01/22  410 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 100 | 0.4500 | 4,551.00 | |
| 08/01/22 14:11 | 08/02/22 | PUT SPY  08/01/22  410 STANDARD & POORS DEPOSITORY CLOSING CONTRACT | | Sold | 48 | 0.9800 | | 4,679.31 |



**E✳TRADE Pro Elite**
**Investment Account**

Account Number: 3705-6535                    Statement Period : August 1, 2022 - August 31, 2022                    Account Type: INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 08/01/22 14:11 | 08/02/22 | PUT SPY  08/01/22  410 STANDARD & POORS DEPOSITORY CLOSING CONTRACT | | Sold | -52 | 0.9700 | | 5,017.25 |
| 08/01/22 14:11 | 08/02/22 | PUT SPY  08/03/22  409 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 100 | 2.5100 | 25,151.00 | |
| 08/01/22 09:35 | 08/02/22 | CALL SPY  08/03/22  411 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 30 | 2.0800 | 6,255.30 | |
| 08/01/22 09:35 | 08/02/22 | CALL SPY  08/03/22  411 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 20 | 2.0800 | 4,170.20 | |
| 08/01/22 10:11 | 08/02/22 | PUT SPY  08/01/22  411 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 50 | 0.8900 | 4,475.50 | |
| 08/01/22 10:34 | 08/02/22 | PUT SPY  08/01/22  411 STANDARD & POORS DEPOSITORY CLOSING CONTRACT | | Sold | -50 | 1.4800 | | 7,374.22 |
| 08/03/22 10:13 | 08/04/22 | PUT SPY  08/03/22  409 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 100 | 0.3400 | 3,451.00 | |
| 08/03/22 09:37 | 08/04/22 | PUT SPY  08/03/22  409 STANDARD & POORS DEPOSITORY CLOSING CONTRACT | | Sold | -100 | 0.7000 | | 6,948.61 |
| 08/03/22 10:23 | 08/04/22 | PUT SPY  08/03/22  409 STANDARD & POORS DEPOSITORY CLOSING CONTRACT | | Sold | -100 | 0.5800 | | 5,748.64 |
| 08/03/22 15:35 | 08/04/22 | CALL SPY  08/03/22  411 STANDARD & POORS DEPOSITORY CLOSING CONTRACT | | Sold | -100 | 4.0900 | | 40,847.84 |



**E✳TRADE Pro Elite**
Investment Account

Account Number: 3705-6535          Statement Period : August 1, 2022 - August 31, 2022          Account Type: INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 08/03/22 09:46 | 08/04/22 | CALL SPY  08/03/22  413 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 100 | 0.5800 | 5,851.00 | |
| 08/03/22 14:10 | 08/04/22 | CALL SPY  08/03/22  413 STANDARD & POORS DEPOSITORY CLOSING CONTRACT | | Sold | -50 | 1.8700 | | 9,324.17 |
| 08/03/22 14:10 | 08/04/22 | CALL SPY  08/03/22  413 STANDARD & POORS DEPOSITORY CLOSING CONTRACT | | Sold | -50 | 1.8600 | | 9,274.17 |
| 08/03/22 10:35 | 08/04/22 | PUT SPY  08/03/22  410 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 100 | 0.8900 | 8,951.00 | |
| 08/03/22 13:52 | 08/04/22 | PUT SPY  08/03/22  410 STANDARD & POORS DEPOSITORY CLOSING CONTRACT | | Sold | -100 | 0.0400 | | 348.77 |
| 08/03/22 15:35 | 08/04/22 | CALL SPY  08/05/22  416 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 50 | 2.1900 | 10,975.50 | |
| 08/03/22 14:10 | 08/04/22 | CALL SPY  08/05/22  416 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 50 | 2.0500 | 10,275.50 | |
| 08/03/22 13:52 | 08/04/22 | PUT SPY  08/05/22  411 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 50 | 1.3500 | 6,775.50 | |
| 08/04/22 12:28 | 08/05/22 | PUT FTV  09/16/22  60 FORTIVE CORPORATION OPEN CONTRACT | | Bought | 20 | 0.7500 | 1,510.20 | |
| 08/04/22 09:43 | 08/05/22 | PUT SPY  08/05/22  411 STANDARD & POORS DEPOSITORY CLOSING CONTRACT | | Sold | -50 | 1.3300 | | 6,624.23 |
| 08/05/22 10:15 | 08/08/22 | CALL L  09/16/22  55 LOEWS CORPORATION OPEN CONTRACT | | Bought | 10 | 2.0500 | 2,055.10 | |



**E✱TRADE Pro Elite**
**Investment Account**

Account Number: 3705-6535          Statement Period : August 1, 2022 - August 31, 2022          Account Type: INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 08/05/22 15:59 | 08/08/22 | PUT SPY 08/22/22 412 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 10 | 1.2500 | 1,255.10 | |
| 08/05/22 10:01 | 08/08/22 | CALL SPY 08/05/22 411 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 83 | 1.9400 | 16,144.33 | |
| 08/05/22 10:01 | 08/08/22 | CALL SPY 08/05/22 411 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 17 | 1.9400 | 3,306.67 | |
| 08/05/22 13:09 | 08/08/22 | CALL SPY 08/05/22 411 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 40 | 2.1100 | 8,460.40 | |
| 08/05/22 13:09 | 08/08/22 | CALL SPY 08/05/22 411 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 9 | 2.1300 | 1,921.59 | |
| 08/05/22 13:09 | 08/08/22 | CALL SPY 08/05/22 411 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 1 | 2.1000 | 210.51 | |
| 08/05/22 15:53 | 08/08/22 | CALL SPY 08/05/22 411 STANDARD & POORS DEPOSITORY CLOSING CONTRACT | | Sold | -145 | 2.0900 | | 30,230.03 |
| 08/05/22 15:53 | 08/08/22 | CALL SPY 08/05/22 411 STANDARD & POORS DEPOSITORY CLOSING CONTRACT | | Sold | -5 | 2.1000 | | 1,047.41 |
| 08/08/22 14:50 | 08/09/22 | CALL MMAT 10/21/22 1 META MATLS INC OPEN CONTRACT | | Bought | 5 | 0.1600 | 82.55 | |
| 08/08/22 14:50 | 08/09/22 | CALL MMAT 10/21/22 1 META MATLS INC OPEN CONTRACT | | Bought | 29 | 0.1600 | 478.79 | |
| 08/08/22 14:50 | 08/09/22 | CALL MMAT 10/21/22 1 META MATLS INC OPEN CONTRACT | | Bought | 20 | 0.1700 | 350.20 | |



**E✱TRADE Pro Elite**
Investment Account

**Account Number:** 3705-6535          **Statement Period :** August 1, 2022 - August 31, 2022          **Account Type:** INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 08/08/22 14:50 | 08/09/22 | CALL MMAT  10/21/22  1 META MATLS INC OPEN CONTRACT | | Bought | 1 | 0.1600 | 16.51 | |
| 08/08/22 14:50 | 08/09/22 | CALL MMAT  10/21/22  1 META MATLS INC OPEN CONTRACT | | Bought | 11 | 0.1700 | 192.61 | |
| 08/08/22 14:50 | 08/09/22 | CALL MMAT  10/21/22  1 META MATLS INC OPEN CONTRACT | | Bought | 3 | 0.1600 | 49.53 | |
| 08/08/22 14:50 | 08/09/22 | CALL MMAT  10/21/22  1 META MATLS INC OPEN CONTRACT | | Bought | 24 | 0.1700 | 420.24 | |
| 08/08/22 14:50 | 08/09/22 | CALL MMAT  10/21/22  1 META MATLS INC OPEN CONTRACT | | Bought | 4 | 0.1600 | 66.04 | |
| 08/08/22 14:50 | 08/09/22 | CALL MMAT  10/21/22  1 META MATLS INC OPEN CONTRACT | | Bought | 3 | 0.1600 | 49.53 | |
| 08/08/22 11:59 | 08/09/22 | PUT SPY  08/08/22  413 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 90 | 0.3400 | 3,105.90 | |
| 08/08/22 11:59 | 08/09/22 | PUT SPY  08/08/22  413 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 10 | 0.3400 | 345.10 | |
| 08/08/22 12:31 | 08/09/22 | PUT SPY  08/08/22  413 STANDARD & POORS DEPOSITORY CLOSING CONTRACT | | Sold | -32 | 1.1400 | | 3,631.52 |
| 08/08/22 12:31 | 08/09/22 | PUT SPY  08/08/22  413 STANDARD & POORS DEPOSITORY CLOSING CONTRACT | | Sold | -68 | 1.1400 | | 7,716.99 |
| 08/08/22 10:43 | 08/09/22 | PUT SPY  08/08/22  412 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 90 | 0.1100 | 1,035.90 | |
| 08/08/22 11:42 | 08/09/22 | PUT SPY  08/08/22  412 STANDARD & POORS DEPOSITORY CLOSING CONTRACT | | Sold | -100 | 0.2800 | | 2,748.71 |



**E✱TRADE Pro Elite**
**Investment Account**

Account Number: 3705-6535          Statement Period : August 1, 2022 - August 31, 2022          Account Type: INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 08/08/22 14:42 | 08/10/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 50 | 0.9446 | 47.23 | |
| 08/08/22 14:42 | 08/10/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 1,700 | 0.9445 | 1,605.65 | |
| 08/08/22 14:42 | 08/10/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 3,250 | 0.9447 | 3,070.28 | |
| 08/08/22 14:43 | 08/10/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 5,000 | 0.9447 | 4,723.50 | |
| 08/09/22 09:39 | 08/10/22 | CALL AAPL  08/12/22  165 APPLE INC OPEN CONTRACT | | Bought | 10 | 1.7400 | ~~1,745.10~~ | |
| 08/09/22 14:54 | 08/10/22 | PUT SPY  08/10/22  408 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 50 | 1.2800 | 6,425.50 | |
| 08/10/22 10:50 | 08/11/22 | PUT SPY  08/10/22  417 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 50 | 0.5800 | 2,925.50 | |
| 08/10/22 09:33 | 08/11/22 | PUT SPY  08/10/22  417 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 10 | 1.2200 | 1,225.10 | |
| 08/10/22 09:47 | 08/11/22 | PUT SPY  08/10/22  417 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 40 | 0.9000 | 3,620.40 | |
| 08/10/22 11:11 | 08/11/22 | PUT SPY  08/10/22  417 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 100 | 0.3100 | 3,151.00 | |
| 08/10/22 10:06 | 08/11/22 | CALL QQQ  08/10/22  326 INVESCO QQQ TRUST SERIES 1 OPEN CONTRACT | | Bought | 50 | 0.7400 | 3,725.50 | |
| 08/10/22 10:15 | 08/11/22 | CALL QQQ  08/10/22  326 INVESCO QQQ TRUST SERIES 1 CLOSING CONTRACT | | Sold | -50 | 0.4200 | | 2,074.34 |
| 08/10/22 09:32 | 08/11/22 | CALL AAPL  08/12/22  165 APPLE INC CLOSING CONTRACT | | Sold | -10 | 3.4100 | | 3,404.80 |

E✱TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303 -0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

PAGE 11 OF 18



**E✱TRADE Pro Elite**
**Investment Account**

Account Number: 3705-6535 | Statement Period : August 1, 2022 - August 31, 2022 | Account Type: INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 08/12/22 11:17 | 08/15/22 | CALL CLAR  11/18/22  25 CLARUS CORPORATION OPEN CONTRACT | | Bought | 10 | 4.7900 | 4,795.10 | |
| 08/12/22 11:56 | 08/15/22 | CALL VECO  10/21/22  23 VEECO INSTRUMENTS INC-DEL OPEN CONTRACT | | Bought | 10 | 1.6700 | 1,675.10 | |
| 08/12/22 13:36 | 08/16/22 | ***INVICTUS ENERGY LTD ORDINARY SHARES | IVCTF | Bought | 10,000 | 0.1920 | 1,924.95 | |
| 08/15/22 15:18 | 08/16/22 | CALL PFE  08/19/22  50 PFIZER INC OPEN CONTRACT | | Bought | 10 | 0.4800 | 485.10 | |
| 08/15/22 12:42 | 08/16/22 | CALL L  09/16/22  55 LOEWS CORPORATION CLOSING CONTRACT | | Sold | -10 | 4.2000 | | 4,194.78 |
| 08/15/22 10:33 | 08/16/22 | CALL NFLX  08/19/22  255 NETFLIX INC OPEN CONTRACT | | Bought | 10 | 3.5900 | 3,595.10 | |
| 08/16/22 10:57 | 08/17/22 | CALL TTD  08/19/22  73 TRADE DESK INC CLASS A OPEN CONTRACT | | Bought | 7 | 2.2900 | 1,606.57 | |
| 08/16/22 10:57 | 08/17/22 | CALL TTD  08/19/22  73 TRADE DESK INC CLASS A OPEN CONTRACT | | Bought | 3 | 2.2900 | 688.53 | |
| 08/16/22 12:47 | 08/17/22 | CALL NFLX  08/19/22  255 NETFLIX INC OPEN CONTRACT | | Bought | 10 | 1.2900 | 1,295.10 | |
| 08/17/22 14:17 | 08/18/22 | CALL NOVA  09/16/22  25 SUNNOVA ENERGY INTRNTNL INC OPEN CONTRACT | | Bought | 10 | 2.4300 | 2,435.10 | |
| 08/17/22 14:24 | 08/18/22 | CALL TTD  08/19/22  73 TRADE DESK INC CLASS A OPEN CONTRACT | | Bought | 10 | 0.5100 | 515.10 | |
| 08/17/22 14:18 | 08/18/22 | CALL NFLX  08/19/22  255 NETFLIX INC OPEN CONTRACT | | Bought | 20 | 0.5000 | 1,010.20 | |
| 08/22/22 10:34 | 08/23/22 | CALL DDOG  08/26/22  101 DATADOG INC CL A OPEN CONTRACT | | Bought | 10 | 3.2600 | 3,265.10 | |
| 08/23/22 10:44 | 08/24/22 | CALL ADI  09/16/22  175 ANALOG DEVICES INC OPEN CONTRACT | | Bought | 10 | 1.3100 | 1,315.10 | |

E✱TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303 -0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

PAGE 12 OF 18



from Morgan Stanley

**E*TRADE Pro Elite**
Investment Account

Account Number: 3705-6535          Statement Period : August 1, 2022 - August 31, 2022          Account Type: INDIVIDUAL

### SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 08/23/22 14:12 | 08/24/22 | PUT MSFT 09/02/22 270 MICROSOFT CORP OPEN CONTRACT | | Bought | 10 | 2.6100 | 2,615.10 | |
| 08/23/22 12:48 | 08/24/22 | CALL NVDA 08/26/22 182.50 NVIDIA CORPORATION OPEN CONTRACT | | Bought | 10 | 1.6800 | 1,685.10 | |
| 08/24/22 11:55 | 08/26/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 100 | 0.8498 | 84.98 | |
| 08/24/22 11:55 | 08/26/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 900 | 0.8498 | 764.89 | |
| 08/24/22 11:55 | 08/26/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 1,500 | 0.8499 | 1,274.85 | |
| 08/24/22 11:55 | 08/26/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 7,500 | 0.8500 | 6,375.00 | |
| 08/25/22 10:51 | 08/26/22 | PUT TSLA 08/26/22 285 TESLA INC ADJ 3:1 STOCK SPLIT OPEN CONTRACT | | Bought | 10 | 0.7900 | 795.10 | |
| 08/25/22 11:18 | 08/26/22 | PUT TSLA 08/26/22 285 TESLA INC ADJ 3:1 STOCK SPLIT CLOSING CONTRACT | | Sold | -9 | 1.2200 | | 1,093.36 |
| 08/25/22 11:18 | 08/26/22 | PUT TSLA 08/26/22 285 TESLA INC ADJ 3:1 STOCK SPLIT CLOSING CONTRACT | | Sold | -1 | 1.1900 | | 118.48 |
| 08/25/22 15:33 | 08/26/22 | CALL DDOG 08/26/22 101 DATADOG INC CL A CLOSING CONTRACT | | Sold | -9 | 9.0300 | | 8,122.20 |
| 08/25/22 15:33 | 08/26/22 | CALL DDOG 08/26/22 101 DATADOG INC CL A CLOSING CONTRACT | | Sold | -1 | 9.0000 | | 899.46 |
| 08/25/22 11:40 | 08/26/22 | PUT KWEB 08/26/22 29 KRANESHARES CSI CHINA INTERNET OPEN CONTRACT | | Bought | 100 | 0.1800 | 1,851.00 | |
| 08/26/22 14:34 | 08/29/22 | CALL MU 10/21/22 62.50 MICRON TECHNOLOGY INC OPEN CONTRACT | | Bought | 10 | 2.5100 | 2,515.10 | |
| 08/26/22 12:12 | 08/29/22 | PUT MSFT 09/02/22 270 MICROSOFT CORP CLOSING CONTRACT | | Sold | -10 | 3.2400 | | 3,234.80 |



**E✳TRADE Pro Elite**
Investment Account

**Account Number:** 3705-6535          **Statement Period :** August 1, 2022 - August 31, 2022          **Account Type:** INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 08/29/22 12:07 | 08/30/22 | PUT SPY  08/29/22  403 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 10 | 0.8500 | 855.10 | |
| 08/29/22 12:19 | 08/30/22 | PUT SPY  08/29/22  403 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 10 | 0.7700 | 775.10 | |
| 08/29/22 15:59 | 08/30/22 | PUT SPY  08/29/22  403 STANDARD & POORS DEPOSITORY CLOSING CONTRACT | | Sold | -20 | 0.3600 | | 709.74 |
| 08/30/22 11:56 | 08/31/22 | CALL DKNG  09/16/22  17 DRAFTKINGS INC CLASS A OPEN CONTRACT | | Bought | 10 | 0.8200 | 825.10 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$223,452.13** | **$165,413.83** |

## UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 08/31/22 | | CALL GOOGL  09/02/22  111 ALPHABET INC CLASS A OPEN CONTRACT | | Bought | 10 | 1.0200 | 1,025.10 | |
| 08/31/22 | | CALL GOOGL  09/02/22  111 ALPHABET INC CLASS A CLOSING CONTRACT | | Sold | 10 | 1.0200 | | 1,014.85 |
| 08/31/22 | | CALL SHOP  09/02/22  33 SHOPIFY INC CL A OPEN CONTRACT | | Bought | 10 | 0.8700 | 875.10 | |
| 08/31/22 | | CALL SPY  08/31/22  400 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 10 | 0.5800 | 585.10 | |
| 08/31/22 | | CALL SPY  08/31/22  400 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 10 | 0.7500 | 755.10 | |
| 08/31/22 | | CALL SPY  08/31/22  400 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 10 | 0.2700 | 275.10 | |



**E✱TRADE Pro Elite**
Investment Account

Account Number: 3705-6535          Statement Period : August 1, 2022 - August 31, 2022          Account Type: INDIVIDUAL

## UNSETTLED TRADES (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 08/31/22 | | CALL SPY   08/31/22   400 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 10 | 0.8700 | 875.10 | |
| 08/31/22 | | CALL SPY   08/31/22   400 STANDARD & POORS DEPOSITORY CLOSING CONTRACT | | Sold | 10 | 1.0600 | | 1,054.85 |
| 08/31/22 | | CALL SPY   08/31/22   400 STANDARD & POORS DEPOSITORY CLOSING CONTRACT | | Sold | 10 | 0.8300 | | 824.86 |
| 08/31/22 | | CALL SQ   09/09/22   72 BLOCK INC OPEN CONTRACT | | Bought | 10 | 1.8400 | 1,845.10 | |
| 08/31/22 | | PUT PDD   09/16/22   60 PINDUODUO INC ADS OPEN CONTRACT | | Bought | 10 | 0.6900 | 695.10 | |
| 08/31/22 | | PUT SPY   08/31/22   398 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 10 | 1.1500 | 1,155.10 | |
| 08/31/22 | | PUT SPY   08/31/22   398 STANDARD & POORS DEPOSITORY OPEN CONTRACT | | Bought | 10 | 1.0500 | 1,055.10 | |
| 08/31/22 | | PUT SPY   08/31/22   398 STANDARD & POORS DEPOSITORY CLOSING CONTRACT | | Sold | 10 | 1.3500 | | 1,344.84 |
| 08/31/22 | | PUT SPY   08/31/22   398 STANDARD & POORS DEPOSITORY CLOSING CONTRACT | | Sold | 10 | 1.4200 | | 1,414.84 |
| 08/31/22 | | PUT ZM   09/02/22   82 ZOOM VIDEO COMMUNICATIONS INC OPEN CONTRACT | | Bought | 1 | 1.6200 | 162.51 | |
| 08/31/22 | | PUT ZM   09/02/22   82 ZOOM VIDEO COMMUNICATIONS INC OPEN CONTRACT | | Bought | 7 | 1.6300 | 1,144.57 | |



**E✴TRADE Pro Elite**
Investment Account

Account Number: 3705-6535          Statement Period : August 1, 2022 - August 31, 2022          Account Type: INDIVIDUAL

## UNSETTLED TRADES (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 08/31/22 | | PUT ZM 09/02/22 82 ZOOM VIDEO COMMUNICATIONS INC OPEN CONTRACT | | Bought | 1 | 1.6000 | 160.51 | |
| 08/31/22 | | PUT ZM 09/02/22 82 ZOOM VIDEO COMMUNICATIONS INC OPEN CONTRACT | | Bought | 1 | 1.6200 | 162.51 | |
| 08/31/22 | | PUT ZM 09/02/22 82 ZOOM VIDEO COMMUNICATIONS INC CLOSING CONTRACT | | Sold | 10 | 2.6100 | | 2,604.82 |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 08/26/22 | Interest | INTEREST ON CASH BALANCE AT 0.009% 07/26 THRU 08/25 APY 0.0099% | 00099A109 | | 0.65 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | **$0.65** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$0.65** |

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 08/01/22 | PUT SPY 07/29/22 401 STANDARD & POORS DEPOSITORY OPTION EXPIRATION - EXPIRED | | Expiration | -100 | | | |
| 08/08/22 | CALL SPY 08/05/22 416 STANDARD & POORS DEPOSITORY OPTION EXPIRATION - EXPIRED | | Expiration | -100 | | | |
| 08/11/22 | PUT SPY 08/10/22 417 STANDARD & POORS DEPOSITORY OPTION EXPIRATION - EXPIRED | | Expiration | -200 | | | |
| 08/11/22 | PUT SPY 08/10/22 408 STANDARD & POORS DEPOSITORY OPTION EXPIRATION - EXPIRED | | Expiration | -50 | | | |
| 08/22/22 | CALL PFE 08/19/22 50 PFIZER INC OPTION EXPIRATION - EXPIRED | | Expiration | -10 | | | |



**E✱TRADE Pro Elite**
**Investment Account**

Account Number: 3705-6535          Statement Period : August 1, 2022 - August 31, 2022          Account Type: INDIVIDUAL

## OTHER ACTIVITY (Continued)

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|------|-------------|---------------|------------------|----------|-------|----------------|-----------------|
| 08/22/22 | CALL TTD  08/19/22  73 TRADE DESK INC CLASS A OPTION EXPIRATION - EXPIRED | | Expiration | -20 | | | |
| 08/22/22 | CALL NFLX  08/19/22  255 NETFLIX INC OPTION EXPIRATION - EXPIRED | | Expiration | -40 | | | |
| 08/29/22 | PUT KWEB  08/26/22  29 KRANESHARES CSI CHINA INTERNET OPTION EXPIRATION - EXPIRED | | Expiration | -100 | | | |
| 08/29/22 | CALL NVDA  08/26/22  182.50 NVIDIA CORPORATION OPTION EXPIRATION - EXPIRED | | Expiration | -10 | | | |

E✱TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC



**THIS PAGE INTENTIONALLY LEFT BLANK**