NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor:<br>**Meta Materials, Inc.** | Case Number:<br>24-50792 | |
|---|---|---|

| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):<br><br>Chadwick Jones<br>2668 Beach Blvd.<br>Unit 302A<br>Biloxi, MS 39531<br><br>Telephone Number: (706)498-8274 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br><br>■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | RECEIVED AND FILED<br><br>DEC 16 2024<br><br>U.S. BANKRUPTCY COURT<br>MARY A. SCHOTT, CLERK |

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor:<br>1764-9277 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br><br>Chadwick Jones, C/O Schwab, P.O. Box 2339<br>Omaha, NE 68103<br>**Telephone Number:** 877-519-1403 | 3. Date Equity Interest was acquired:<br>Between 8/16/2021<br>and 10/16/2023 |
|---|---|

| 4. Total amount of member interest: 256830 pre spilt for $73372.10 | 5. Certificate number(s): See attached documentation |
|---|---|

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

| Print Name: Chadwick Jones<br>Title: _____<br>Company: __ Address and telephone number (if different from notice address above): _____ | (Signature)   12-11-2024   (Date)<br><br>Telephone number: (706)498-8274   email: ugaman72@yahoo.com |
|---|---|

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Proof of Interest Supplemental Information:

Case 24-50792, Meta Materials, Inc.

Charles Schwab

Account Number: 1764-9277

| 08/16/21 | Purchased 10,000 | 3.18 Share | $31,800 Invested |
| 08/05/22 | Purchased 11,500 | .9157 Share | $10,530.55 Invested |
| 03/01/23 | Purchased 22,500 | .613 Share | $13794.16 Invested |
| 03/23/23 | Purchased 13,000 | .4818 Share | $6264.66 Invested |
| 04/14/23 | Purchased 115,000 | .2271 Share | $26119.37 Invested |
| 06/06/23 | Purchased 27,500 | .2381 Share | $6547.75 Invested |
| 06/20/23 | Purchased 2,400 | .2028 Share | $486.72 Invested |
| 07/13/23 | Purchased 15,450 | .1918 Share | $2963.31 Invested |
| 08/30/23 | Purchased 22,380 | .2304 Share | $5156.35 Invested |
| 10/02/23 | Purchased 16,000 | .218 Share | $3488.00 Invested |
| 10/16/23 | Purchased 11,100 | .2187 Share | $2427.00 Invested |
| 08/26/21 | Sold 10,000 | 3.65 Share | ($36405.77) |

Total Shares pre-split=256830. Total shares post-100:1 split=2569

Invested $73372.10



Schwab Personal Choice Retirement Account® (PCRA) of
**CHARLES SCHWAB TRUST BANK TTEE**
**HUMANA RET AND SAVINGS PL**
**FBO CHADWICK JONES**

**Account Number**
**1764-9277**

**Statement Period**
**November 1-30, 2024**

## Your Retirement Plan Provider

CHARLES SCHWAB TRUST BANK
HUMANA RETIREMENT & SAVINGS PL
ATTN PCRA ADMINISTRATOR
215 FREMONT ST FL 6
SAN FRANCISCO CA      94105-2423

*The custodian of your brokerage account is: Charles Schwab & Co., Inc.*
For questions about this statement, please contact the Schwab dedicated PCRA Call Center at
1-888-393-PCRA (7272).

## Table of Contents

| | Page |
|---|---|
| Terms and Conditions | 2 |
| Change in Account Value | 4 |
| Asset Composition | 4 |
| Gain or (Loss) Summary | 5 |
| Income Summary | 5 |
| Cash Transactions Summary | 5 |
| Transaction Detail | 7 |
| Bank Sweep for Benefit Plans Activity | 8 |
| Endnotes For Your Account | 8 |

CHARLES SCHWAB TRUST BANK TTEE
HUMANA RET AND SAVINGS PL
FBO CHADWICK JONES
2668 BEACH BLVD UNIT 302A
BILOXI MS          39531-4558

11/29-00000-TTCG0901-143523 *



Schwab Personal Choice Retirement Account® (PCRA) of
**CHARLES SCHWAB TRUST BANK TTEE**
**HUMANA RET AND SAVINGS PL**
**FBO CHADWICK JONES**

| Account Number | Statement Period |
|---|---|
| 1764-9277 | November 1-30, 2024 |

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | 8,443.64 | 11,003.25 | 23% |
| Total Bank Sweep ^ᴬᴮ | 8,443.64 | 11,003.25 | 23% |
| Total Bank Sweep | | 11,003.25 | 23% |

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value / Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| META MATLS INC CLASS EQUITY SYMBOL: MMATQ | 2,569.0000 | 0.06100 | 156.71 / 77,778.44 | <1% | (77,621.73) | N/A | N/A |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



Schwab One® Account of
**CHARLES SCHWAB TRUST BANK TTEE**
**HUMANA RET AND SAVINGS PL**
**FBO CHADWICK JONES**

Account Number
**1764-9277**

**Trade Confirmation**

## Your Retirement Plan Provider

CHARLES SCHWAB TRUST BANK
HUMANA RETIREMENT & SAVINGS PL
ATTN PCRA ADMINISTRATOR
215 FREMONT ST FL 6
SAN FRANCISCO CA          94105-2423

*The custodian of your brokerage account is Charles Schwab & Co., Inc.*

CHARLES SCHWAB TRUST BANK TTEE
HUMANA RET AND SAVINGS PL
FBO CHADWICK JONES
2668 BEACH BLVD UNIT 903A
BILOXI MS          39531-4552

08/16-00000-DC62A096 *

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105. Telephone: 1-888-393-7272. ©2012 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Schwab Personal Choice Retirement Account® (PCRA) is offered through Charles Schwab & Co., Inc. ("Schwab"), the registered broker-dealer, which also provides other brokerage and custody services to its customers. Except as noted in this confirmation's Terms and Conditions, Advisors or Retirement Plan Providers are not affiliated with Schwab. (0418-8P79)



Schwab One® Account of
**CHARLES SCHWAB TRUST BANK TTEE**
**HUMANA RET AND SAVINGS PL**
**FBO CHADWICK JONES**

Account Number
**1764-9277**

**Trade Confirmation**

If you have questions regarding this report, please contact your dedicated Schwab Personal Choice Retirement Account® (PCRA) Service Team at 1-888-393-7272.

**Terms and Conditions**                                                                                 *Retain for your records*

It is agreed between Charles Schwab & Co., Inc. ("Schwab") and the customer:

**(1)** This trade confirmation is furnished solely by Charles Schwab & Co., Inc. ("Schwab"), a registered broker-dealer, for transactions in your brokerage account at Schwab ("Account"). Schwab Advisor Services serves independent investment advisors and includes the custody, trading and support services of Schwab. Schwab is a registered broker-dealer and is not affiliated with your Investment Advisor whose name appears on this statement ("Advisors") except in the case of Charles Schwab Investment Advisory, Inc. ("CSIA"), Schwab Private Client Investment Advisory, Inc. ("SPCIA"), or an affiliated company that may act as the investment advisor on a fund. Schwab neither endorses nor recommends any particular Advisor or its investment strategy and has no responsibility to monitor trading by Advisor in your Account. Schwab has not verified any statement accompanying any Advisor's logo appearing on this confirmation.

**(2)** If you find any errors or omissions on this trade confirmation, please call Schwab immediately using any of the appropriate phone numbers listed above. To protect your rights, you must also notify us in writing. You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation. This confirmation will be deemed conclusive after 10 days. Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error.

**(3)** All transactions are subject to the rules, regulations, requirements and customs of the Federal Reserve Board, the exchange or market (and its clearing agency, if any) where executed, any association whose rules and regulations govern transactions in said market, and your account agreement(s) with Schwab. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to the transaction. Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA, corporate or trustee account.

**(4)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers.

**(5)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date. We reserve the right to liquidate securities or otherwise cover a position without notice at any time, including prior to settlement date, when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm. You will be held responsible for any resulting loss.

**(6)** Mutual Fund Transaction Fees shown on this confirmation, if applicable, are charged by Schwab. You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee. Please consult the prospectus for information about any other fees which a fund might charge.

**(7)** If the symbol (*) appears on the item description on your confirmation, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you.

**(8)** Call features, in addition to any identified on the face hereof, may exist for certain common stocks, preferred stocks and bonds that could affect yield. For additional information or questions, contact Schwab using any of the appropriate numbers listed above. Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers. In the event securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. Should your security be so selected,

it will be presented for redemption and your account credited with the proceeds. Clients have the right to withdraw uncalled, fully paid securities at any time prior to a partial call, and also to withdraw excess margin securities not subject to restrictions.

**(9)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place. The credit ratings for this security could have changed between the time of your transaction and the time this confirmation was generated. For additional information or questions, contact Schwab using any of the appropriate numbers listed above.

**(10)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed. The nature and source of such remuneration may vary and will be disclosed to you upon written request.

**(11)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ("CSC") or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC.

**(12)** Additional Load Fund Breakpoint Information: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations. Please refer to the prospectus or Statement of Additional Information. If you need additional assistance, please contact your Schwab investment professional or financial advisor.

**(13)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares, and/or fees charged for certain fixed income securities transactions.

**(14)** To obtain electronic copies of notices, offering documents, and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE") and Federal Agency securities, visit the following web sites: Federal Farm Credit Bank (FFCB): http://www.farmcredit-ffcb.com ; Federal Home Loan Bank (FHLB): http://www.fhlb-of.com ; Federal Home Loan Mortgage Corporation (FHLMC): for debt securities: http://www.freddiemac.com/debt , for mortgage securities: http://www.freddiemac.com/mbs ; Federal National Mortgage Association (FNMA): http://www.fanniemae.com ; Government National Mortgage Association (GNMA): http://www.ginniemae.gov.

**(15)** If the security is a TBA (To Be Announced) status, further pool information is available by contacting the issuer as follows: 1-800-2FANNIE (1-800-232-6643) for Fannie Mae and 1-800-336-3672 for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae.com or Freddie Mac at Investor_Inquiry@FreddieMac.com.

**(16)** To request a paper copy of an offering document, official statement, or final prospectus, call 888-835-8846.

**(17)** For asset-backed securities, which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be furnished upon request.

**(18)** If this transaction involves a zero-coupon security, no periodic interest payments will be made and, if the security is callable, it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder, unless registered.

**(19)** In the case of a bond transaction that had a factor, the principal amount will reflect the modified amount resulting from the bond factor. Additional information will be furnished upon request. (0418-8P79)



Schwab One® Account of
**CHARLES SCHWAB TRUST BANK TTEE**
**HUMANA RET AND SAVINGS PL**
**FBO CHADWICK JONES**

Account Number
**1764-9277**

**Trade Confirmation**

*SOLD*   **China Online Educati A ADR** (Symbol: COE)

Security No./CUSIP: 16954L-10-5                                                          Type: Cash    Trade: 08/16/21    Settle: 08/18/21

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 12 | 2.45 | 29.40 | N/A | | 29.40 |
| 200 | 2.45 | 490.00 | N/A | | 490.00 |
| 2 | 2.45 | 4.90 | N/A | | 4.90 |
| 10 | 2.45 | 24.50 | N/A | | 24.50 |
| 100 | 2.45 | 245.00 | N/A | | 245.00 |
| 200 | 2.44 | 488.00 | N/A | | 488.00 |
| 150 | 2.44 | 366.00 | N/A | | 366.00 |
| 1,990 | 2.44 | 4,855.60 | Exchange Processing Fee | 0.02 | 4,855.58 |
| - Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions. | | | | | |
| 1 | 2.44 | 2.44 | N/A | | 2.44 |
| 1 | 2.44 | 2.44 | N/A | | 2.44 |
| 7,334 | 2.42 | 17,748.28 | Exchange Processing Fee | 0.09 | 17,748.19 |
| - Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions. | | | | | |
| **10,000** | | **$ 24,256.56** | **$0.11** | | **$ 24,256.45** |

**For this security:**                                                                                                                        Internal Use Only: 2, E
- The cost basis method requested was FIFO. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Schwab acted as your agent.



Schwab One® Account of
**CHARLES SCHWAB TRUST BANK TTEE**
**HUMANA RET AND SAVINGS PL**
**FBO CHADWICK JONES**

Account Number
**1764-9277**

**Trade Confirmation**

---

**BOUGHT**    **Exela Technologies I** (Symbol: XELA)

Security No./CUSIP: 30162V-40-9 | | | Type: Cash | Trade: 08/16/21 | Settle: 08/18/21

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 10,000 | 2.6396 | 26,396.00 | N/A | 26,396.00 |

For this security:
- Schwab acted as your agent.                                                                   Internal Use Only: 2, E

---

**BOUGHT**    **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 | | | Type: Cash | Trade: 08/16/21 | Settle: 08/18/21

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 10,000 | 3.18 | 31,800.00 | N/A | 31,800.00 |

For this security:
- Schwab acted as your agent.                                                                   Internal Use Only: 2, E

---

Please see "Terms and Conditions" for more information.



Schwab One® Account of
**CHARLES SCHWAB TRUST BANK TTEE**
**HUMANA RET AND SAVINGS PL**
**FBO CHADWICK JONES**

Account Number
**1764-9277**

**Trade Confirmation**

## Your Retirement Plan Provider

CHARLES SCHWAB TRUST BANK
HUMANA RETIREMENT & SAVINGS PL
ATTN PCRA ADMINISTRATOR
215 FREMONT ST FL 6
SAN FRANCISCO CA        94105-2423

*The custodian of your brokerage account is Charles Schwab & Co., Inc.*

CHARLES SCHWAB TRUST BANK TTEE
HUMANA RET AND SAVINGS PL
FBO CHADWICK JONES
2668 BEACH BLVD UNIT 903A
BILOXI MS        39531-4552

08/05-00000-DC51A096 *

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105. Telephone: 1-888-393-7272. ©2012 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Schwab Personal Choice Retirement Account® (PCRA) is offered through Charles Schwab & Co., Inc. ("Schwab"), the registered broker-dealer, which also provides other brokerage and custody services to its customers. Except as noted in this confirmation's Terms and Conditions, Advisors or Retirement Plan Providers are not affiliated with Schwab. (0418-8P79)



Schwab One® Account of
**CHARLES SCHWAB TRUST BANK TTEE**
**HUMANA RET AND SAVINGS PL**
**FBO CHADWICK JONES**

Account Number
**1764-9277**

**Trade Confirmation**

If you have questions regarding this report, please contact your dedicated Schwab Personal Choice Retirement Account® (PCRA) Service Team at 1-888-393-7272.

**Terms and Conditions**                                                                                   *Retain for your records*

It is agreed between Charles Schwab & Co., Inc. ("Schwab") and the customer:

**(1)** This trade confirmation is furnished solely by Charles Schwab & Co., Inc. ("Schwab"), a registered broker-dealer, for transactions in your brokerage account at Schwab ("Account"). Schwab Advisor Services serves independent investment advisors and includes the custody, trading and support services of Schwab. Schwab is a registered broker-dealer and is not affiliated with your Investment Advisor whose name appears on this statement ("Advisors") except in the case of Charles Schwab Investment Advisory, Inc. ("CSIA"), Schwab Private Client Investment Advisory, Inc. ("SPCIA"), or an affiliated company that may act as the investment advisor on a fund. Schwab neither endorses nor recommends any particular Advisor or its investment strategy and has no responsibility to monitor trading by Advisor in your Account. Schwab has not verified any statement accompanying any Advisor's logo appearing on this confirmation.
**(2)** If you find any errors or omissions on this trade confirmation, please call Schwab immediately using any of the appropriate phone numbers listed above. To protect your rights, you must also notify us in writing. You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation. This confirmation will be deemed conclusive after 10 days. Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error.
**(3)** All transactions are subject to the rules, regulations, requirements and customs of the Federal Reserve Board, the exchange or market (and its clearing agency, if any) where executed, any association whose rules and regulations govern transactions in said market, and your account agreement(s) with Schwab. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to the transaction. Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA, corporate or trustee account.
**(4)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers.
**(5)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date. We reserve the right to liquidate securities or otherwise cover a position without notice at any time, including prior to settlement date, when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm. You will be held responsible for any resulting loss.
**(6)** Mutual Fund Transaction Fees shown on this confirmation, if applicable, are charged by Schwab. You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee. Please consult the prospectus for information about any other fees which a fund might charge.
**(7)** If the symbol (*) appears on the item description on your confirmation, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you.
**(8)** Call features, in addition to any identified on the face hereof, may exist for certain common stocks, preferred stocks and bonds that could affect yield. For additional information or questions, contact Schwab using any of the appropriate numbers listed above. Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers. In the event securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. Should your security be so selected,

it will be presented for redemption and your account credited with the proceeds. Clients have the right to withdraw uncalled, fully paid securities at any time prior to a partial call, and also to withdraw excess margin securities not subject to restrictions.
**(9)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place. The credit ratings for this security could have changed between the time of your transaction and the time this confirmation was generated. For additional information or questions, contact Schwab using any of the appropriate numbers listed above.
**(10)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed. The nature and source of such remuneration may vary and will be disclosed to you upon written request.
**(11)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ("CSC") or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC.
**(12)** Additional Load Fund Breakpoint Information: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations. Please refer to the prospectus or Statement of Additional Information. If you need additional assistance, please contact your Schwab investment professional or financial advisor.
**(13)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares, and/or fees charged for certain fixed income securities transactions.
**(14)** To obtain electronic copies of notices, offering documents, and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE") and Federal Agency securities, visit the following web sites: Federal Farm Credit Bank (FFCB): http://www.farmcredit-ffcb.com ; Federal Home Loan Bank (FHLB): http://www.fhlb-of.com ; Federal Home Loan Mortgage Corporation (FHLMC): for debt securities: http://www.freddiemac.com/debt , for mortgage securities: http://www.freddiemac.com/mbs ; Federal National Mortgage Association (FNMA): http://www.fanniemae.com ; Government National Mortgage Association (GNMA): http://www.ginniemae.gov.
**(15)** If the security is a TBA (To Be Announced) status, further pool information is available by contacting the issuer as follows: 1-800-2FANNIE (1-800-232-6643) for Fannie Mae and 1-800-336-3672 for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae.com or Freddie Mac at Investor_Inquiry@FreddieMac.com;
**(16)** To request a paper copy of an offering document, official statement, or final prospectus, call 888-835-8846.
**(17)** For asset-backed securities, which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be furnished upon request.
**(18)** If this transaction involves a zero-coupon security, no periodic interest payments will be made and, if the security is callable, it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder, unless registered.
**(19)** In the case of a bond transaction that had a factor, the principal amount will reflect the modified amount resulting from the bond factor. Additional information will be furnished upon request.
(0418-8P79)

Page 2 of 5



Schwab One® Account of
**CHARLES SCHWAB TRUST BANK TTEE**
**HUMANA RET AND SAVINGS PL**
**FBO CHADWICK JONES**

Account Number
**1764-9277**

**Trade Confirmation**

---

***BOUGHT***    **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4                                    Type: Cash    Trade: 08/05/22    Settle: 08/09/22

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 11,500 | 0.9157 | 10,530.55 | N/A | 10,530.55 |

| For this security: | Internal Use Only: 2, E |
|---|---|
| - Schwab acted as your agent. | |

---

***SOLD***    **PETROS PHARMACEUTICA** (Symbol: PTPI)

Security No./CUSIP: 71678J-10-0                                    Type: Cash    Trade: 08/05/22    Settle: 08/09/22

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 100 | 0.7852 | 78.52 | N/A | | 78.52 |
| 2,500 | 0.7852 | 1,963.00 | Exchange Processing Fee | 0.04 | 1,962.96 |

- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.

| 302 | 0.7804 | 235.68 | Exchange Processing Fee | 0.01 | 235.67 |

- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.

| 100 | 0.7804 | 78.04 | N/A | | 78.04 |
| 2,500 | 0.7804 | 1,951.00 | Exchange Processing Fee | 0.04 | 1,950.96 |

- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.

| 100 | 0.7804 | 78.04 | N/A | | 78.04 |
| 100 | 0.7804 | 78.04 | N/A | | 78.04 |
| 100 | 0.7804 | 78.04 | N/A | | 78.04 |

*Continued on Next Page*



Schwab One® Account of
**CHARLES SCHWAB TRUST BANK TTEE**
**HUMANA RET AND SAVINGS PL**
**FBO CHADWICK JONES**

Account Number
**1764-9277**

**Trade Confirmation**

---

***SOLD***   **PETROS PHARMACEUTICA** (Symbol: PTPI)  *Continued*

Security No./CUSIP: 71678J-10-0                                                    Type: Cash    Trade: 08/05/22    Settle: 08/09/22

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 100 | 0.7804 | 78.04 | N/A | | 78.04 |
| 100 | 0.7804 | 78.04 | N/A | | 78.04 |
| 100 | 0.7804 | 78.04 | N/A | | 78.04 |
| 100 | 0.7804 | 78.04 | N/A | | 78.04 |
| 1 | 0.7804 | 0.78 | N/A | | 0.78 |
| 99 | 0.7804 | 77.26 | N/A | | 77.26 |
| 99 | 0.7804 | 77.26 | N/A | | 77.26 |
| 100 | 0.7804 | 78.04 | N/A | | 78.04 |
| 1 | 0.7804 | 0.78 | N/A | | 0.78 |
| 100 | 0.7804 | 78.04 | N/A | | 78.04 |
| 100 | 0.7804 | 78.04 | N/A | | 78.04 |
| 99 | 0.7804 | 77.26 | N/A | | 77.26 |
| 100 | 0.7804 | 78.04 | N/A | | 78.04 |
| 100 | 0.7804 | 78.04 | N/A | | 78.04 |
| 1 | 0.7804 | 0.78 | N/A | | 0.78 |
| 43 | 0.78 | 33.54 | N/A | | 33.54 |
| 50 | 0.78 | 39.00 | N/A | | 39.00 |
| 2,957 | 0.78 | 2,306.46 | Exchange Processing Fee | 0.05 | 2,306.41 |

- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.

| | | | | | |
|---|---|---|---|---|---|
| 79 | 0.77 | 60.83 | N/A | | 60.83 |
| 120 | 0.77 | 92.40 | N/A | | 92.40 |
| 1 | 0.77 | 0.77 | N/A | | 0.77 |

*Continued  on Next Page*

Please see "Terms and Conditions" for more information.



Schwab One® Account of
**CHARLES SCHWAB TRUST BANK TTEE**
**HUMANA RET AND SAVINGS PL**
**FBO CHADWICK JONES**

Account Number
**1764-9277**

**Trade Confirmation**

---

**SOLD**    PETROS PHARMACEUTICA (Symbol: PTPI)  *Continued*

Security No./CUSIP: 71678J-10-0 | | | Type: Cash | Trade: 08/05/22 | Settle: 08/09/22

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 1,748 | 0.762 | 1,331.98 | Exchange Processing Fee | 0.03 | 1,331.95 |

- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.

| **12,000** | | **$ 9,341.82** | | **$0.17** | **$ 9,341.65** |

---

**For this security:**                                                                                     Internal Use Only: 2, E
- The cost basis method requested was FIFO. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Schwab acted as your agent.



Schwab One® Account of
**CHARLES SCHWAB TRUST BANK TTEE**
**HUMANA RET AND SAVINGS PL**
**FBO CHADWICK JONES**

Account Number
**1764-9277**

**Trade Confirmation**

### Your Retirement Plan Provider

CHARLES SCHWAB TRUST BANK
HUMANA RETIREMENT & SAVINGS PL
ATTN PCRA ADMINISTRATOR
215 FREMONT ST FL 6
SAN FRANCISCO CA        94105-2423

*The custodian of your brokerage account is Charles Schwab & Co., Inc.*

CHARLES SCHWAB TRUST BANK TTEE
HUMANA RET AND SAVINGS PL
FBO CHADWICK JONES
2668 BEACH BLVD UNIT 903A
BILOXI MS        39531-4552

03/01-00000-DC94A096 *

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105. Telephone: 1-888-393-7272. ©2012 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Schwab Personal Choice Retirement Account® (PCRA) is offered through Charles Schwab & Co., Inc. ("Schwab"), the registered broker-dealer, which also provides other brokerage and custody services to its customers. Except as noted in this confirmation's Terms and Conditions, Advisors or Retirement Plan Providers are not affiliated with Schwab. (0418-8P79)



Schwab One® Account of
**CHARLES SCHWAB TRUST BANK TTEE**
**HUMANA RET AND SAVINGS PL**
**FBO CHADWICK JONES**

Account Number
**1764-9277**

**Trade Confirmation**

If you have questions regarding this report, please contact your dedicated Schwab Personal Choice Retirement Account® (PCRA) Service Team at 1-888-393-7272.

**Terms and Conditions** *Retain for your records*

It is agreed between Charles Schwab & Co., Inc. ("Schwab") and the customer:

**(1)** This trade confirmation is furnished solely by Charles Schwab & Co., Inc. ("Schwab"), a registered broker-dealer, for transactions in your brokerage account at Schwab ("Account"). Schwab Advisor Services serves independent investment advisors and includes the custody, trading and support services of Schwab. Schwab is a registered broker-dealer and is not affiliated with your Investment Advisor whose name appears on this statement ("Advisors") except in the case of Charles Schwab Investment Advisory, Inc. ("CSIA"), Schwab Private Client Investment Advisory, Inc. ("SPCIA"), or an affiliated company that may act as the investment advisor on a fund. Schwab neither endorses nor recommends any particular Advisor or its investment strategy and has no responsibility to monitor trading by Advisor in your Account. Schwab has not verified any statement accompanying any Advisor's logo appearing on this confirmation.

**(2)** If you find any errors or omissions on this trade confirmation, please call Schwab immediately using any of the appropriate phone numbers listed above. To protect your rights, you must also notify us in writing. You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation. This confirmation will be deemed conclusive after 10 days. Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error.

**(3)** All transactions are subject to the rules, regulations, requirements and customs of the Federal Reserve Board, the exchange or market (and its clearing agency, if any) where executed, any association whose rules and regulations govern transactions in said market, and your account agreement(s) with Schwab. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to the transaction. Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA, corporate or trustee account.

**(4)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers.

**(5)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date. We reserve the right to liquidate securities or otherwise cover a position without notice at any time, including prior to settlement date, when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm. You will be held responsible for any resulting loss.

**(6)** Mutual Fund Transaction Fees shown on this confirmation, if applicable, are charged by Schwab. You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee. Please consult the prospectus for information about any other fees which a fund might charge.

**(7)** If the symbol (*) appears on the item description on your confirmation, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you.

**(8)** Call features, in addition to any identified on the face hereof, may exist for certain common stocks, preferred stocks and bonds that could affect yield. For additional information or questions, contact Schwab using any of the appropriate numbers listed above. Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers. In the event securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. Should your security be so selected,

it will be presented for redemption and your account credited with the proceeds. Clients have the right to withdraw uncalled, fully paid securities at any time prior to a partial call, and also to withdraw excess margin securities not subject to restrictions.

**(9)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place. The credit ratings for this security could have changed between the time of your transaction and the time this confirmation was generated. For additional information or questions, contact Schwab using any of the appropriate numbers listed above.

**(10)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed. The nature and source of such remuneration may vary and will be disclosed to you upon written request.

**(11)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ("CSC") or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC.

**(12)** Additional Load Fund Breakpoint Information: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations. Please refer to the prospectus or Statement of Additional Information. If you need additional assistance, please contact your Schwab investment professional or financial advisor.

**(13)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares, and/or fees charged for certain fixed income securities transactions.

**(14)** To obtain electronic copies of notices, offering documents, and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE") and Federal Agency securities, visit the following web sites: Federal Farm Credit Bank (FFCB): http://www.farmcredit-ffcb.com ; Federal Home Loan Bank (FHLB): http://www.fhlb-of.com ; Federal Home Loan Mortgage Corporation (FHLMC): for debt securities: http://www.freddiemac.com/debt , for mortgage securities: http://www.freddiemac.com/mbs ; Federal National Mortgage Association (FNMA): http://www.fanniemae.com ; Government National Mortgage Association (GNMA): http://www.ginniemae.gov.

**(15)** If the security is a TBA (To Be Announced) status, further pool information is available by contacting the issuer as follows: 1-800-2FANNIE (1-800-232-6643) for Fannie Mae and 1-800-336-3672 for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae.com or Freddie Mac at Investor_Inquiry@FreddieMac.com.

**(16)** To request a paper copy of an offering document, official statement, or final prospectus, call 888-835-8846.

**(17)** For asset-backed securities, which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be furnished upon request.

**(18)** If this transaction involves a zero-coupon security, no periodic interest payments will be made and, if the security is callable, it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder, unless registered.

**(19)** In the case of a bond transaction that had a factor, the principal amount will reflect the modified amount resulting from the bond factor. Additional information will be furnished upon request. (0418-8P79)



Schwab One® Account of
**CHARLES SCHWAB TRUST BANK TTEE**
**HUMANA RET AND SAVINGS PL**
**FBO CHADWICK JONES**

Account Number
**1764-9277**

**Trade Confirmation**

*BOUGHT*    **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4                                          Type: Cash    Trade: 03/01/23    Settle: 03/03/23

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 20,200 | 0.613 | 12,384.42 | N/A | 12,384.42 |
| 300 | 0.6129 | 183.87 | N/A | 183.87 |
| 500 | 0.6129 | 306.45 | N/A | 306.45 |
| 500 | 0.6129 | 306.45 | N/A | 306.45 |
| 200 | 0.6129 | 122.60 | N/A | 122.60 |
| 200 | 0.6129 | 122.60 | N/A | 122.60 |
| 100 | 0.6129 | 61.30 | N/A | 61.30 |
| 100 | 0.6129 | 61.30 | N/A | 61.30 |
| 200 | 0.6129 | 122.60 | N/A | 122.60 |
| 100 | 0.6129 | 61.30 | N/A | 61.30 |
| 100 | 0.6127 | 61.27 | N/A | 61.27 |
| **22,500** | | **$ 13,794.16** | | **$ 13,794.16** |

**For this security:**
- Schwab acted as your agent.

Internal Use Only: 2, E

Please see "Terms and Conditions" for more information.





Schwab One® Account of
**CHARLES SCHWAB TRUST BANK TTEE**
**HUMANA RET AND SAVINGS PL**
**FBO CHADWICK JONES**

Account Number
**1764-9277**

**Trade Confirmation**

## Your Retirement Plan Provider

CHARLES SCHWAB TRUST BANK
HUMANA RETIREMENT & SAVINGS PL
ATTN PCRA ADMINISTRATOR
215 FREMONT ST FL 6
SAN FRANCISCO CA        94105-2423

*The custodian of your brokerage account is Charles Schwab & Co., Inc.*

CHARLES SCHWAB TRUST BANK TTEE
HUMANA RET AND SAVINGS PL
FBO CHADWICK JONES
2668 BEACH BLVD UNIT 302A
BILOXI MS        39531-4558

03/23-00000-DC16A095 *

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105. Telephone: 1-888-393-7272. ©2012 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Schwab Personal Choice Retirement Account® (PCRA) is offered through Charles Schwab & Co., Inc. ("Schwab"), the registered broker-dealer, which also provides other brokerage and custody services to its customers. Except as noted in this confirmation's Terms and Conditions, Advisors or Retirement Plan Providers are not affiliated with Schwab. (0418-8P79)



Schwab One® Account of
**CHARLES SCHWAB TRUST BANK TTEE**
**HUMANA RET AND SAVINGS PL**
**FBO CHADWICK JONES**

Account Number
**1764-9277**

**Trade Confirmation**

If you have questions regarding this report, please contact your dedicated Schwab Personal Choice Retirement Account® (PCRA) Service Team at 1-888-393-7272.

**Terms and Conditions**                                                                                   *Retain for your records*

It is agreed between Charles Schwab & Co., Inc. ("Schwab") and the customer:

**(1)** This trade confirmation is furnished solely by Charles Schwab & Co., Inc. ("Schwab"), a registered broker-dealer, for transactions in your brokerage account at Schwab ("Account"). Schwab Advisor Services serves independent investment advisors and includes the custody, trading and support services of Schwab. Schwab is a registered broker-dealer and is not affiliated with your Investment Advisor whose name appears on this statement ("Advisors") except in the case of Charles Schwab Investment Advisory, Inc. ("CSIA"), Schwab Private Client Investment Advisory, Inc. ("SPCIA"), or an affiliated company that may act as the investment advisor on a fund. Schwab neither endorses nor recommends any particular Advisor or its investment strategy and has no responsibility to monitor trading by Advisor in your Account. Schwab has not verified any statement accompanying any Advisor's logo appearing on this confirmation.
**(2)** If you find any errors or omissions on this trade confirmation, please call Schwab immediately using any of the appropriate phone numbers listed above. To protect your rights, you must also notify us in writing. You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation. This confirmation will be deemed conclusive after 10 days. Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error.
**(3)** All transactions are subject to the rules, regulations, requirements and customs of the Federal Reserve Board, the exchange or market (and its clearing agency, if any) where executed, any association whose rules and regulations govern transactions in said market, and your account agreement(s) with Schwab. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to the transaction. Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA, corporate or trustee account.
**(4)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers.
**(5)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date. We reserve the right to liquidate securities or otherwise cover a position without notice at any time, including prior to settlement date, when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm. You will be held responsible for any resulting loss.
**(6)** Mutual Fund Transaction Fees shown on this confirmation, if applicable, are charged by Schwab. You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee. Please consult the prospectus for information about any other fees which a fund might charge.
**(7)** If the symbol (*) appears on the item description on your confirmation, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you.
**(8)** Call features, in addition to any identified on the face hereof, may exist for certain common stocks, preferred stocks and bonds that could affect yield. For additional information or questions, contact Schwab using any of the appropriate numbers listed above. Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers. In the event securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. Should your security be so selected,

it will be presented for redemption and your account credited with the proceeds. Clients have the right to withdraw uncalled, fully paid securities at any time prior to a partial call, and also to withdraw excess margin securities not subject to restrictions.
**(9)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place. The credit ratings for this security could have changed between the time of your transaction and the time this confirmation was generated. For additional information or questions, contact Schwab using any of the appropriate numbers listed above.
**(10)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed. The nature and source of such remuneration may vary and will be disclosed to you upon written request.
**(11)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ("CSC") or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC.
**(12)** Additional Load Fund Breakpoint Information: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations. Please refer to the prospectus or Statement of Additional Information. If you need additional assistance, please contact your Schwab investment professional or financial advisor.
**(13)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares, and/or fees charged for certain fixed income securities transactions.
**(14)** To obtain electronic copies of notices, offering documents, and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE") and Federal Agency securities, visit the following web sites: Federal Farm Credit Bank (FFCB): http://www.farmcredit-ffcb.com ; Federal Home Loan Bank (FHLB): http://www.fhlb-of.com ; Federal Home Loan Mortgage Corporation (FHLMC): for debt securities: http://www.freddiemac.com/debt , for mortgage securities: http://www.freddiemac.com/mbs ; Federal National Mortgage Association (FNMA): http://www.fanniemae.com ; Government National Mortgage Association (GNMA): http://www.ginniemae.gov.
**(15)** If the security is a TBA (To Be Announced) status, further pool information is available by contacting the issuer as follows: 1-800-2FANNIE (1-800-232-6643) for Fannie Mae and 1-800-336-3672 for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae.com or Freddie Mac at Investor_Inquiry@FreddieMac.com.
**(16)** To request a paper copy of an offering document, official statement, or final prospectus, call 888-835-8846.
**(17)** For asset-backed securities, which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be furnished upon request.
**(18)** If this transaction involves a zero-coupon security, no periodic interest payments will be made and, if the security is callable, it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder, unless registered.
**(19)** In the case of a bond transaction that had a factor, the principal amount will reflect the modified amount resulting from the bond factor. Additional information will be furnished upon request.
(0418-8P79)



Schwab One® Account of
**CHARLES SCHWAB TRUST BANK TTEE**
**HUMANA RET AND SAVINGS PL**
**FBO CHADWICK JONES**

Account Number
**1764-9277**

**Trade Confirmation**

---

**BOUGHT**  **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4                                    Type: Cash    Trade: 03/23/23    Settle: 03/27/23

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---------:|----------:|--------------:|:----------------------------|-----------------:|
| 300 | 0.4819 | 144.57 | N/A | 144.57 |
| 12,600 | 0.4819 | 6,071.94 | N/A | 6,071.94 |
| 100 | 0.4815 | 48.15 | N/A | 48.15 |
| **13,000** | | **$ 6,264.66** | | **$ 6,264.66** |

**For this security:**
- Schwab acted as your agent.

Internal Use Only: 2, E

---

Please see "Terms and Conditions" for more information.



Schwab One® Account of
**CHARLES SCHWAB TRUST BANK TTEE**
**HUMANA RET AND SAVINGS PL**
**FBO CHADWICK JONES**

Account Number
**1764-9277**

**Trade Confirmation**

## Your Retirement Plan Provider

CHARLES SCHWAB TRUST BANK
HUMANA RETIREMENT & SAVINGS PL
ATTN PCRA ADMINISTRATOR
215 FREMONT ST FL 6
SAN FRANCISCO CA        94105-2423

*The custodian of your brokerage account is Charles Schwab & Co., Inc.*

CHARLES SCHWAB TRUST BANK TTEE
HUMANA RET AND SAVINGS PL
FBO CHADWICK JONES
2868 BEACH BLVD UNIT 302A
BILOXI MS        39531-4558

04/14-00000-DC38A094 *

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105. Telephone: 1-888-393-7272. ©2012 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Schwab Personal Choice Retirement Account® (PCRA) is offered through Charles Schwab & Co., Inc. ("Schwab"), the registered broker-dealer, which also provides other brokerage and custody services to its customers. Except as noted in this confirmation's Terms and Conditions, Advisors or Retirement Plan Providers are not affiliated with Schwab. (0418-8P79)

Page 1 of 3



Schwab One® Account of
**CHARLES SCHWAB TRUST BANK TTEE**
**HUMANA RET AND SAVINGS PL**
**FBO CHADWICK JONES**

Account Number
**1764-9277**

**Trade Confirmation**

If you have questions regarding this report, please contact your dedicated Schwab Personal Choice Retirement Account® (PCRA) Service Team at 1-888-393-7272.

**Terms and Conditions**                                                                                          *Retain for your records*

---

It is agreed between Charles Schwab & Co., Inc. ("Schwab") and the customer:

**(1)** This trade confirmation is furnished solely by Charles Schwab & Co., Inc. ("Schwab"), a registered broker-dealer, for transactions in your brokerage account at Schwab ("Account"). Schwab Advisor Services serves independent investment advisors and includes the custody, trading and support services of Schwab. Schwab is a registered broker-dealer and is not affiliated with your Investment Advisor whose name appears on this statement ("Advisors") except in the case of Charles Schwab Investment Advisory, Inc. ("CSIA"), Schwab Private Client Investment Advisory, Inc. ("SPCIA"), or an affiliated company that may act as the investment advisor on a fund. Schwab neither endorses nor recommends any particular Advisor or its investment strategy and has no responsibility to monitor trading by Advisor in your Account. Schwab has not verified any statement accompanying any Advisor's logo appearing on this confirmation.

**(2)** If you find any errors or omissions on this trade confirmation, please call Schwab immediately using any of the appropriate phone numbers listed above. To protect your rights, you must also notify us in writing. You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation. This confirmation will be deemed conclusive after 10 days. Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error.

**(3)** All transactions are subject to the rules, regulations, requirements and customs of the Federal Reserve Board, the exchange or market (and its clearing agency, if any) where executed, any association whose rules and regulations govern transactions in said market, and your account agreement(s) with Schwab. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to the transaction. Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA, corporate or trustee account.

**(4)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers.

**(5)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date. We reserve the right to liquidate securities or otherwise cover a position without notice at any time, including prior to settlement date, when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm. You will be held responsible for any resulting loss.

**(6)** Mutual Fund Transaction Fees shown on this confirmation, if applicable, are charged by Schwab. You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee. Please consult the prospectus for information about any other fees which a fund might charge.

**(7)** If the symbol (*) appears on the item description on your confirmation, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you.

**(8)** Call features, in addition to any identified on the face hereof, may exist for certain common stocks, preferred stocks and bonds that could affect yield. For additional information or questions, contact Schwab using any of the appropriate numbers listed above. Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers. In the event securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. Should your security be so selected,

it will be presented for redemption and your account credited with the proceeds. Clients have the right to withdraw uncalled, fully paid securities at any time prior to a partial call, and also to withdraw excess margin securities not subject to restrictions.

**(9)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place. The credit ratings for this security could have changed between the time of your transaction and the time this confirmation was generated. For additional information or questions, contact Schwab using any of the appropriate numbers listed above.

**(10)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed. The nature and source of such remuneration may vary and will be disclosed to you upon written request.

**(11)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ("CSC") or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC.

**(12)** Additional Load Fund Breakpoint Information: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations. Please refer to the prospectus or Statement of Additional Information. If you need additional assistance, please contact your Schwab investment professional or financial advisor.

**(13)** Transaction Fee - Includes fees charged for purchases and sales of certain mutual fund shares, and/or fees charged for certain fixed income securities transactions.

**(14)** To obtain electronic copies of notices, offering documents, and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE") and Federal Agency securities, visit the following web sites: Federal Farm Credit Bank (FFCB): http://www.farmcredit-ffcb.com ; Federal Home Loan Bank (FHLB): http://www.fhlb-of.com ; Federal Home Loan Mortgage Corporation (FHLMC): for debt securities: http://www.freddiemac.com/debt , for mortgage securities: http://www.freddiemac.com/mbs ; Federal National Mortgage Association (FNMA): http://www.fanniemae.com ; Government National Mortgage Association (GNMA): http://www.ginniemae.gov.

**(15)** If the security is a TBA (To Be Announced) status, further pool information is available by contacting the issuer as follows: 1-800-2FANNIE (1-800-232-6643) for Fannie Mae and 1-800-336-3672 for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae.com or Freddie Mac at Investor_Inquiry@FreddieMac.com.

**(16)** To request a paper copy of an offering document, official statement, or final prospectus, call 888-835-8846.

**(17)** For asset-backed securities, which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be furnished upon request.

**(18)** If this transaction involves a zero-coupon security, no periodic interest payments will be made and, if the security is callable, it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder, unless registered.

**(19)** In the case of a bond transaction that had a factor, the principal amount will reflect the modified amount resulting from the bond factor. Additional information will be furnished upon request. (0418-8P79)



Schwab One® Account of
**CHARLES SCHWAB TRUST BANK TTEE**
**HUMANA RET AND SAVINGS PL**
**FBO CHADWICK JONES**

Account Number
**1764-9277**

**Trade Confirmation**

---

***SOLD*** **Amc Entertainment A** (Symbol: AMC)

Security No./CUSIP: 00165C-10-4 | | | Type: Cash | Trade: 04/14/23 | Settle: 04/18/23

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 5,000 | 5.1313 | 25,656.50 | Exchange Processing Fee | 0.94 | 25,655.56 |

**For this security:**                                                                                          Internal Use Only: 2, E
- The cost basis method requested was FIFO. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.

---

***BOUGHT*** **META MATLS INC** (Symbol: MMAT)

Security No./CUSIP: 59134N-10-4 | | | Type: Cash | Trade: 04/14/23 | Settle: 04/18/23

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 15,000 | 0.2272 | 3,409.37 | N/A | 3,409.37 |
| 100,000 | 0.2271 | 22,710.00 | N/A | 22,710.00 |
| **115,000** | | **$ 26,119.37** | | **$ 26,119.37** |

**For this security:**                                                                                          Internal Use Only: 2, E
- The unit price shown is an average price. Details regarding actual prices on the individual transactions are available upon request. Schwab acted as your agent.



**Schwab One® Account** of

CHARLES SCHWAB TRUST BANK TTEE
HUMANA RET AND SAVINGS PL
FBO CHADWICK JONES

Account Number
1764-9277

Trade Confirmation
June 6, 2023

## Terms & Conditions

It is agreed between Charles Schwab & Co., Inc. ("Schwab") and the customer: **(1)** This trade confirmation is furnished solely by Charles Schwab & Co., Inc. ("Schwab"), a registered broker-dealer, for transactions in your brokerage account at Schwab ("Account"). Schwab Advisor Services serves independent investment advisors and includes the custody, trading and support services of Schwab. Schwab is a registered broker-dealer and is not affiliated with your Investment Advisor whose name appears on this statement ("Advisors") except in the case of Charles Schwab Investment Advisory, Inc. ("CSIA"), Schwab Wealth Advisory, Inc. ("SWAI"), or an affiliated company that may act as the investment advisor on a fund. Schwab neither endorses nor recommends any particular Advisor or its investment strategy and has responsibility to monitor trading activity by Advisor in your Account. Schwab has not verified any statement accompanying any Advisers logo appearing on this confirmation. **(2)** If you find any errors or omissions on this trade confirmation, please call Schwab immediately using any of the appropriate phone numbers listed above. To protect your rights, you must also notify us in writing. You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation. This confirmation will be deemed conclusive after 10 days. Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error. **(3)** All transactions are subject to the rules, regulations, requirements and customs of the Federal Reserve Board, the exchange or market (and its clearing agency, if any) where executed, any association whose rules and regulations govern transactions in said market, and your account agreement(s) with Schwab. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to the transaction. Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA, corporate or trustee account. **(4)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers. **(5)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date. We reserve the right to liquidate securities or otherwise cover a position without notice at any time, including prior to settlement date, when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm. You will be held responsible for any resulting loss. **(6)** Mutual Fund Transaction Fees shown on this confirmation, if applicable, are charged by Schwab. You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee. Please consult the prospectus for information about any other fees which a fund might charge. **(7)** Call features, in addition to any identified on the face hereof, may exist for certain common stocks, preferred stocks and bonds that could affect yield. For additional information or questions, contact Schwab using any of the appropriate numbers listed above. Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers. In the event securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. Should your security be so selected, it will be presented for redemption and your account credited with the proceeds. Clients have the right to withdraw uncalled, fully paid securities at any time prior to a partial call, and also to withdraw excess margin securities not subject to restrictions. **(8)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed. The nature and source of such remuneration may vary and will be disclosed to you upon written request. **(9)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ("CSC") or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC. **(10)** Additional Load Fund Breakpoint Information: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations. Please refer to the prospectus or Statement of Additional Information. If you need additional assistance, please contact your Schwab investment professional or financial advisor. **(11)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares, and/or fees charged for certain fixed income securities transactions. **(12)** To obtain electronic copies of notices, offering documents, and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE") and Federal Agency securities, visit the following web sites: Federal Farm Credit Bank (FFCB): http://www.farmcredit-ffcb.com; Federal Home Loan Bank (FHLB): http://www.fhlb-of.com; Federal Home Loan Mortgage Corporation (FHLMC): For debt securities: http://www.freddiemac.com/debt , for mortgage securities: http://www.freddiemac.com/mbs ; Federal National Mortgage Association (FNMA): http://www.fanniemae.com ; Government National Mortgage Association (GNMA): http://www.ginniemae.gov. **(13)** To request a paper copy of an offering document, official statement, or final prospectus, call 888-835-8848. **(14)** For asset-backed securities, which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be furnished upon request. **(15)** If this transaction involves a zero-coupon security, no periodic interest payments will be made and, if the security is callable, it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder, unless registered. (0822-20UL)

---

### Your Retirement Plan Provider

CHARLES SCHWAB TRUST BANK
HUMANA RETIREMENT & SAVINGS PL
ATTN PCRA ADMINISTRATOR
215 FREMONT ST FL 6
SAN FRANCISCO CA      94105-2423

The custodian of your brokerage account is Charles Schwab & Co., Inc.

---

### Manage Your Account

If you have questions regarding this report, please contact your dedicated Schwab Personal Choice Retirement Account® (PCRA) Service Team at 1-888-393-7272.

CHARLES SCHWAB TRUST BANK TTEE
HUMANA RET AND SAVINGS PL
FBO CHADWICK JONES
2668 BEACH BLVD UNIT 302A
BILOXI MS    39531-4558

06/06-00000-DC91A091 *

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105. Telephone: 1-888-393-7272. ©2023 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Schwab Personal Choice Retirement Account® (PCRA) is offered through Charles Schwab & Co., Inc. ("Schwab"), the registered broker-dealer, which also provides other brokerage and custody services to its customers. Except as noted in this confirmation's Terms and Conditions, Advisors or Retirement Plan Providers are not affiliated with Schwab. (0418-8P79)

1 of 2



**Schwab One® Account** of

CHARLES SCHWAB TRUST BANK TTEE
HUMANA RET AND SAVINGS PL
FBO CHADWICK JONES

Trade Confirmation

June 6, 2023

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 1 | ($6,547.75) | $0.00 | $0.00 | ($6,547.75) |

| Settle Date | Action | Symbol/ CUSIP | Description | Quantity | Price($) | Principal($) | Charges/ Interest($) | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 06/08 | Purchase | MMAT 59134N104 | META MATLS INC | 27,500 | 0.2381 | 6,547.75 | | 6,547.75 | F2, G1 |

## Disclosures

G1   The unit price shown is an average price. Details regarding actual prices on the individual transactions are available upon request. Schwab acted as your agent.

F2   Payment Type: Cash.

See "Disclosures" section for an explanation of the disclosure codes and symbols on this document.



**Schwab One® Account** of

CHARLES SCHWAB TRUST BANK TTEE
HUMANA RET AND SAVINGS PL
FBO CHADWICK JONES

| Account Number | Trade Confirmation |
|---|---|
| 1764-9277 | June 20, 2023 |

## Terms & Conditions

It is agreed between Charles Schwab & Co., Inc. ("Schwab") and the customer: (1) This trade confirmation is furnished solely by Charles Schwab & Co., Inc. ("Schwab"), a registered broker-dealer, for transactions in your brokerage account at Schwab ("Account"). Schwab Advisor Services serves independent investment advisors and includes the custody, trading and support services of Schwab. Schwab is a registered broker-dealer and is not affiliated with your Investment Advisor whose name appears on this statement ("Advisors") except in the case of Charles Schwab Investment Advisory, Inc. ("CSIA"), Schwab Wealth Advisory, Inc. ("SWAI"), or an affiliated company that may act as the investment advisor on a fund. Schwab neither endorses nor recommends any particular Advisor or its investment strategy and has no responsibility to monitor trading by Advisor in your Account. Schwab has not verified any statement accompanying any Advisor's logo appearing on this confirmation. (2) If you find any errors or omissions on this trade confirmation, please call Schwab immediately using any of the appropriate phone numbers listed above. To protect your rights, you must also notify us in writing. You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation. This confirmation will be deemed conclusive after 10 days. Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error. (3) All transactions are subject to the rules, regulations, requirements and customs of the Federal Reserve Board, the exchange or market (and its clearing agency, if any) where executed, any association whose rules and regulations govern transactions in said market, and your account agreement(s) with Schwab. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to the transaction. Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA, corporate or trustee account. (4) Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers. (5) Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date. We reserve the right to liquidate securities or otherwise cover a position without notice at any time, including prior to settlement date, when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm. You will be held responsible for any resulting loss. (6) Mutual Fund Transaction Fees shown on this confirmation, if applicable, are charged by Schwab. You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee. Please consult the prospectus for information about any other fees which a fund might charge. (7) Call features, in addition to any identified on the face hereof, may exist for certain common stocks, preferred stocks and bonds that could affect yield. For additional information or questions, consult Schwab using any of the appropriate numbers listed above. Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers. In the event securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. Should your security be so selected, it will be presented for redemption and your account credited with the proceeds. Clients have the right to withdraw uncalled, fully paid securities at any time prior to a partial call, and also to withdraw excess margin securities not subject to restrictions. (8) Schwab received remuneration from the broker-dealer or market center through which the transaction was executed. The nature and source of such remuneration may vary and will be disclosed to you upon written request. (9) If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ("CSC") or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC. (10) Additional Load Fund Breakpoint Information: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations. Please refer to the prospectus or Statement of Additional Information. If you need additional assistance, please contact your Schwab investment professional or financial advisor. (11) Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares, and/or fees charged for certain fixed income securities transactions. (12) To obtain electronic copies of notices, offering documents, and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE") and Federal Agency securities, visit the following web sites: Federal Farm Credit Bank (FFCB): http://www.farmcredit-ffcb.com ; Federal Home Loan Bank (FHLB): http://www.fhlb-of.com ; Federal Home Loan Mortgage Corporation (FHLMC): For debt securities: http://www.freddiemac.com/debt ; for mortgage securities: http://www.freddiemac.com/mbs ; Federal National Mortgage Association (FNMA): http://www.fanniemae.com ; Government National Mortgage Association (GNMA): http://www.ginniemae.gov. (13) To request a paper copy of an offering document, official statement, or final prospectus, call 888-835-8648. (14) For asset-backed securities, which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be furnished upon request. (15) If this transaction involves a zero-coupon security, no periodic interest payments will be made and, if the security is callable, it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder, unless registered. (0822-20UL)

### Your Retirement Plan Provider

CHARLES SCHWAB TRUST BANK
HUMANA RETIREMENT & SAVINGS PL
ATTN PCRA ADMINISTRATOR
215 FREMONT ST FL 6
SAN FRANCISCO CA    94105-2423

The custodian of your brokerage account is Charles Schwab & Co., Inc.

### Manage Your Account

If you have questions regarding this report, please contact your dedicated Schwab Personal Choice Retirement Account® (PCRA) Service Team at 1-888-393-7272.

CHARLES SCHWAB TRUST BANK TTEE
HUMANA RET AND SAVINGS PL
FBO CHADWICK JONES
2668 BEACH BLVD UNIT 302A
BILOXI MS      39531-4558

06/20-00000-DC05A091 *

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105. Telephone: 1-888-393-7272. ©2023 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Schwab Personal Choice Retirement Account® (PCRA) is offered through Charles Schwab & Co., Inc. ("Schwab"), the registered broker-dealer, which also provides other brokerage and custody services to its customers. Except as noted in this confirmation's Terms and Conditions, Advisors or Retirement Plan Providers are not affiliated with Schwab. (0418-8P79)

1 of 2



**Schwab One® Account** of

CHARLES SCHWAB TRUST BANK TTEE
HUMANA RET AND SAVINGS PL
FBO CHADWICK JONES

Trade Confirmation

June 20, 2023

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 1 | ($486.72) | $0.00 | $0.00 | ($486.72) |

| Settle Date | Action | Symbol/ CUSIP | Description | Quantity | Price($) | Principal($) | Charges/ Interest($) | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 06/22 | Purchase | MMAT 59134N104 | **META MATLS INC** | 2,400 | 0.2028 | 486.72 | | **486.72** | F2, G1 |

## Disclosures

G1  The unit price shown is an average price. Details regarding actual prices on the individual transactions are available upon request. Schwab acted as your agent.

F2  Payment Type: Cash.

See "Disclosures" section for an explanation of the disclosure codes and symbols on this document.

2 of 2



**Schwab One® Account** of

CHARLES SCHWAB TRUST BANK TTEE
HUMANA RET AND SAVINGS PL
FBO CHADWICK JONES

| Account Number | Trade Confirmation |
|---|---|
| 1764-9277 | July 13, 2023 |

## Terms & Conditions

It is agreed between Charles Schwab & Co., Inc. ("Schwab") and the customer: **(1)** This trade confirmation is furnished solely by Charles Schwab & Co., Inc. ("Schwab"), a registered broker-dealer, for transactions in your brokerage account at Schwab ("Account"). Schwab Advisor Services serves independent investment advisors and includes the custody, trading and support services of Schwab. Schwab is a registered broker-dealer and is not affiliated with your Investment Advisor whose name appears on this statement ("Advisors") except in the case of Charles Schwab Investment Advisory, Inc. ("CSIA"), Schwab Wealth Advisory, Inc. ("SWAI"), or an affiliated company that may act as the investment advisor on a fund. Schwab neither endorses nor recommends any particular Advisor or its investment strategy and has no responsibility to monitor trading by Advisor in your Account. Schwab has not verified any statement accompanying any Advisor's logo appearing on this confirmation. **(2)** If you find any errors or omissions on this trade confirmation, please call Schwab immediately using any of the appropriate phone numbers listed above. To protect your rights, you must also notify us in writing. You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation. This confirmation will be deemed conclusive after 10 days. Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error. **(3)** All transactions are subject to the rules, regulations, requirements and customs of the Federal Reserve Board, the exchange or market (and its clearing agency, if any) where executed, any association whose rules and regulations govern transactions in said market, and your account agreement(s) with Schwab. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to the transaction. Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA, corporate or trustee account. **(4)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers. **(5)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date. We reserve the right to liquidate securities or otherwise cover a position without notice at any time, including prior to settlement date, when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm. You will be held responsible for any resulting loss. **(6)** Mutual Fund Transaction Fees shown on this confirmation, if applicable, are charged by Schwab. You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee. Please consult the prospectus for information about any other fees which a fund might charge. **(7)** Call features, in addition to any identified on the face hereof, may exist for certain common stocks, preferred stocks and bonds that could affect yield. For additional information or questions, contact Schwab using any of the appropriate numbers listed above. Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers. In the event securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. Should your security be so selected, it will be presented for redemption and your account credited with the proceeds. Clients have the right to withdraw uncalled, fully paid securities at any time prior to a partial call, and also to withdraw excess margin securities not subject to restrictions. **(8)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed. The nature and source of such remuneration may vary and will be disclosed to you upon written request. **(9)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ("CSC") or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC. **(10)** Additional Load Fund Breakpoint Information: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations. Please refer to the prospectus or Statement of Additional Information. If you need additional assistance, please contact your Schwab investment professional or financial advisor. **(11)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares, and/or fees charged for certain fixed income securities transactions. **(12)** To obtain electronic copies of notices, offering documents, and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE") and Federal Agency securities, visit the following web sites: Federal Farm Credit Bank (FFCB): http://www.farmcredit-ffcb.com ; Federal Home Loan Bank (FHLB): http://www.fhlb-of.com ; Federal Home Loan Mortgage Corporation (FHLMC): For debt securities: http://www.freddiemac.com/debt , for mortgage securities: http://www.freddiemac.com/mbs ; Federal National Mortgage Association (FNMA): http://www.fanniemae.com ; Government National Mortgage Association (GNMA): http://www.ginniemae.gov. **(13)** To request a paper copy of an offering document, official statement, or final prospectus, call 888-835-8845. **(14)** For asset-backed securities, which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be furnished upon request. **(15)** If this transaction involves a zero-coupon security, no periodic interest payments will be made and, if the security is callable, it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder, unless registered. (0822-2DUL)

---

## Your Retirement Plan Provider

CHARLES SCHWAB TRUST BANK
HUMANA RETIREMENT & SAVINGS PL
ATTN PCRA ADMINISTRATOR
215 FREMONT ST FL 6
SAN FRANCISCO CA    94105-2423

The custodian of your brokerage account is
Charles Schwab & Co., Inc.

## Manage Your Account

If you have questions regarding this report,
please contact your dedicated Schwab Personal
Choice Retirement Account® (PCRA) Service
Team at 1-888-393-7272.

CHARLES SCHWAB TRUST BANK TTEE
HUMANA RET AND SAVINGS PL
FBO CHADWICK JONES
2668 BEACH BLVD UNIT 302A
BILOXI MS          39531-4558

07/13-00000-DC28A091 *

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105. Telephone: 1-888-393-7272. ©2023 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Schwab Personal Choice Retirement Account® (PCRA) is offered through Charles Schwab & Co., Inc. ("Schwab"), the registered broker-dealer, which also provides other brokerage and custody services to its customers. Except as noted in this confirmation's Terms and Conditions, Advisors or Retirement Plan Providers are not affiliated with Schwab. (0418-6P79)



**Schwab One® Account** of

CHARLES SCHWAB TRUST BANK TTEE
HUMANA RET AND SAVINGS PL
FBO CHADWICK JONES

Trade Confirmation

July 13, 2023

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 1 | ($2,963.31) | $0.00 | $0.00 | ($2,963.31) |

| Settle Date | Action | Symbol/ CUSIP | Description | Quantity | Price($) | Principal($) | Charges/ Interest($) | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 07/17 | Purchase | MMAT 59134N104 | **META MATLS INC** | 15,450 | 0.1918 | 2,963.31 | | **2,963.31** | F2, A1 |

## Disclosures

A1   Schwab acted as your agent.

F2   Payment Type: Cash.



## Schwab One® Account of

CHARLES SCHWAB TRUST BANK TTEE
HUMANA RET AND SAVINGS PL
FBO CHADWICK JONES

**Account Number**
1764-9277

**Trade Confirmation**
August 30, 2023

# Terms & Conditions

It is agreed between Charles Schwab & Co., Inc. ("Schwab") and the customer: **(1)** This trade confirmation is furnished solely by Charles Schwab & Co., Inc. ("Schwab"), a registered broker-dealer, for transactions in your brokerage account at Schwab ("Account"). Schwab Advisor Services serves independent investment advisors and includes the custody, trading and support services of Schwab. Schwab is a registered broker-dealer and is not affiliated with your Investment Advisor whose name appears on this statement ("Advisors") except in the case of Charles Schwab Investment Advisory, Inc. ("CSIA"), Schwab Wealth Advisory, Inc. ("SWAI"), or an affiliated company that may act as the investment advisor on a fund. Schwab neither endorses nor recommends any particular Advisor or its investment strategy and has no responsibility to monitor trading by Advisor in your Account. Schwab has not verified any statement accompanying any Advisor's logo appearing on this confirmation. **(2)** If you find any errors or omissions on this trade confirmation, please call Schwab immediately using any of the appropriate phone numbers listed above. To protect your rights, you must also notify us in writing. You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation. This confirmation will be deemed conclusive after 10 days. Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error. **(3)** All transactions are subject to the rules, regulations, requirements and customs of the Federal Reserve Board, the exchange or market (and its clearing agency, if any) where executed, any association whose rules and regulations govern transactions in said market, and your account agreement(s) with Schwab. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to the transaction. Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA, corporate or trustee account. **(4)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers. **(5)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date. We reserve the right to liquidate securities or otherwise cover a position without notice at any time, including prior to settlement date, when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm. You will be held responsible for any resulting loss. **(6)** Mutual Fund Transaction Fees shown on this confirmation, if applicable, are charged by Schwab. You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee. Please consult the prospectus for information about any other fees which a fund might charge. **(7)** Call features, in addition to any identified on the face hereof, may exist for certain common stocks, preferred stocks and bonds that could affect yield. For additional information or questions, contact Schwab using any of the appropriate numbers listed above. Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers. In the event securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. Should your security be so selected, it will be presented for redemption and your account credited with the proceeds. Clients have the right to withdraw uncalled, fully paid securities at any time prior to a partial call, and also to withdraw excess margin securities not subject to restrictions. **(8)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed. The nature and source of such remuneration may vary and will be disclosed to you upon written request. **(9)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ("CSC") or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC. **(10)** Additional Load Fund Breakpoint Information: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations. Please refer to the prospectus or Statement of Additional Information. If you need additional assistance, please contact your Schwab investment professional or financial advisor. **(11)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares, and/or fees charged for certain fixed income securities transactions. **(12)** To obtain electronic copies of notices, offering documents, and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE") and Federal Agency securities, visit the following web sites: Federal Farm Credit Bank (FFCB): http://www.farmcredit-ffcb.com; Federal Home Loan Bank (FHLB): http://www.fhlb-of.com; Federal Home Loan Mortgage Corporation (FHLMC): For debt securities: http://www.freddiemac.com/debt , for mortgage securities: http://www.freddiemac.com/mbs ; Federal National Mortgage Association (FNMA): http://www.fanniemae.com ; Government National Mortgage Association (GNMA): http://www.ginniemae.gov. **(13)** To request a paper copy of an offering document, official statement, or final prospectus, call 888-835-8845. **(14)** For asset-backed securities, which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be furnished upon request. **(15)** If this transaction involves a zero-coupon security, no periodic interest payments will be made and, if the security is callable, it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder, unless registered. (0822-20UL)

## Your Retirement Plan Provider

CHARLES SCHWAB TRUST BANK
HUMANA RETIREMENT & SAVINGS PL
ATTN PCRA ADMINISTRATOR
215 FREMONT ST FL 6
SAN FRANCISCO CA    94105-2423

The custodian of your brokerage account is
Charles Schwab & Co., Inc.

## Manage Your Account

If you have questions regarding this report,
please contact your dedicated Schwab Personal
Choice Retirement Account® (PCRA) Service
Team at 1-888-393-7272.

CHARLES SCHWAB TRUST BANK TTEE
HUMANA RET AND SAVINGS PL
FBO CHADWICK JONES
2668 BEACH BLVD UNIT 302A
BILOXI MS        39531-4558

08/30-00000-DC76A091 *

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105. Telephone: 1-888-393-7272. ©2023 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Schwab Personal Choice Retirement Account® (PCRA) is offered through Charles Schwab & Co., Inc. ("Schwab"), the registered broker-dealer, which also provides other brokerage and custody services to its customers. Except as noted in this confirmation's Terms and Conditions, Advisors or Retirement Plan Providers are not affiliated with Schwab. (0418-8P79)



**Schwab One® Account** of

CHARLES SCHWAB TRUST BANK TTEE
HUMANA RET AND SAVINGS PL
FBO CHADWICK JONES

| Account Number | Trade Confirmation |
|---|---|
| 1764-9277 | August 30, 2023 |

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 1 | ($5,156.35) | $0.00 | $0.00 | ($5,156.35) |

| Settle Date | Action | Symbol/ CUSIP | Description | Quantity | Price($) | Principal($) | Charges/ Interest($) | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 09/01 | Purchase | MMAT 59134N104 | **META MATLS INC** | 22,380 | 0.2304 | 5,156.35 | | **5,156.35** | F2, G1 |

## Disclosures

G1  The unit price shown is an average price. Details regarding actual prices on the individual transactions are available upon request. Schwab acted as your agent.

F2  Payment Type: Cash.



## Schwab One® Account of

CHARLES SCHWAB TRUST BANK TTEE
HUMANA RET AND SAVINGS PL
FBO CHADWICK JONES

| Account Number | Trade Confirmation |
|---|---|
| 1764-9277 | October 2, 2023 |

# Terms & Conditions

It is agreed between Charles Schwab & Co., Inc. ("Schwab") and the customer: **(1)** This trade confirmation is furnished solely by Charles Schwab & Co., Inc. ("Schwab"), a registered broker-dealer, for transactions in your brokerage account at Schwab ("Account"). Schwab Advisor Services serves independent investment advisors and includes the custody, trading and support services of Schwab. Schwab is a registered broker-dealer and is not affiliated with your Investment Advisor whose name appears on this statement ("Advisors") except in the case of Charles Schwab Investment Advisory, Inc. ("CSIA"), Schwab Wealth Advisory, Inc. ("SWAI"), or an affiliated company that may act as the investment advisor on a fund. Schwab neither endorses nor recommends any particular Advisor or its investment strategy and has no responsibility to monitor trading by Advisor in your Account. Schwab has not verified any statement accompanying any Advisor's logo appearing on this confirmation. **(2)** If you find any errors or omissions on this trade confirmation, please call Schwab immediately using any of the appropriate  phone numbers listed above. To protect your rights, you must also notify us in writing. You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation. This confirmation will be deemed conclusive after 10 days. Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error. **(3)** All transactions are subject to the rules, regulations, requirements and customs of the Federal Reserve Board, the exchange or market (and its clearing agency, if any) where executed, any association whose rules and regulations govern transactions in said market, and your account agreement(s) with Schwab. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to the transaction. Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA, corporate or trustee account. **(4)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers. **(5)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date. We reserve the right to liquidate securities or otherwise cover a position without notice at any time, including prior to settlement date, when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm. You will be held responsible for any resulting loss. **(6)** Mutual Fund Transaction Fees shown on this confirmation, if applicable, are charged by Schwab. You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee. Please consult the prospectus for information about any other fees which a fund might charge. **(7)** Call features, in addition to any identified on the face hereof, may exist for certain common stocks, preferred stocks and bonds that could affect yield. For additional information or questions, contact Schwab using any of the appropriate numbers listed above. Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers. In the event securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. Should your security be so selected, it will be presented for redemption and your account credited with the proceeds. Clients have the right to withdraw uncalled, fully paid securities at any time prior to a partial call, and also to withdraw excess margin securities not subject to restrictions. **(8)** Schwab received remuneration from the broker- dealer or market center through which the transaction was executed. The nature and source of such remuneration may vary and will be disclosed to you upon written request. **(9)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ("CSC") or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC. **(10)** Additional Load Fund Breakpoint Information: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations. Please refer to the prospectus or Statement of Additional Information. If you need additional assistance, please contact your Schwab investment professional or financial advisor. **(11)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares, and/or fees charged for certain fixed income securities transactions. **(12)** To obtain electronic copies of notices, offering documents, and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE") and Federal Agency securities, visit the following web sites: Federal Farm Credit Bank (FFCB): http://www.farmcredit-ffcb.com ; Federal Home Loan Bank (FHLB): http://www.fhlb-of.com ; Federal Home Loan Mortgage Corporation (FHLMC): For debt securities: http://www.freddiemac.com/debt , for mortgage securities: http://www.freddiemac.com/mbs ; Federal National Mortgage Association (FNMA): http://www.fanniemae.com ; Government National Mortgage Association (GNMA): http://www.ginniemae.gov. **(13)** To request a paper copy of an offering document, official statement, or final prospectus, call 888-835-8846. **(14)** For asset-backed securities, which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be furnished upon request. **(15)** If this transaction involves a zero-coupon security, no periodic interest payments will be made and, if the security is callable, it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder, unless registered. (0822-20UL)

## Your Retirement Plan Provider

CHARLES SCHWAB TRUST BANK
HUMANA RETIREMENT & SAVINGS PL
ATTN PCRA ADMINISTRATOR
215 FREMONT ST FL 6
SAN FRANCISCO CA    94105-2423

The custodian of your brokerage account is Charles Schwab & Co., Inc.

## Manage Your Account

If you have questions regarding this report, please contact your dedicated Schwab Personal Choice Retirement Account® (PCRA) Service Team at 1-888-393-7272.

CHARLES SCHWAB TRUST BANK TTEE
HUMANA RET AND SAVINGS PL
FBO CHADWICK JONES
2668 BEACH BLVD UNIT 302A
BILOXI MS        39531-4558

10/02-00000-DC09A091 *

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105. Telephone: 1-888-393-7272. ©2023 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Schwab Personal Choice Retirement Account® (PCRA) is offered through Charles Schwab & Co., Inc. ("Schwab"), the registered broker-dealer, which also provides other brokerage and custody services to its customers. Except as noted in this confirmation's Terms and Conditions, Advisors or Retirement Plan Providers are not affiliated with Schwab. (0418-8F79)

1 of 2



## Schwab One® Account of

CHARLES SCHWAB TRUST BANK TTEE
HUMANA RET AND SAVINGS PL
FBO CHADWICK JONES

Account Number
1764-9277

Trade Confirmation
October 2, 2023

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 1 | ($3,488.00) | $0.00 | $0.00 | ($3,488.00) |

| Settle Date | Action | Symbol/ CUSIP | Description | Quantity | Price($) | Principal($) | Charges/ Interest($) | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 10/04 | Purchase | MMAT 59134N104 | **META MATLS INC** | 16,000 | 0.218 | 3,488.00 | | **3,488.00** | F2, G1 |

## Disclosures

G1   The unit price shown is an average price. Details regarding actual prices on the individual transactions are available upon request. Schwab acted as your agent.

F2   Payment Type: Cash.



**Schwab One® Account** of

CHARLES SCHWAB TRUST BANK TTEE
HUMANA RET AND SAVINGS PL
FBO CHADWICK JONES

| Account Number | Trade Confirmation |
|---|---|
| 1764-9277 | October 16, 2023 |

## Terms & Conditions

It is agreed between Charles Schwab & Co., Inc. ("Schwab") and the customer: **(1)** This trade confirmation is furnished solely by Charles Schwab & Co., Inc. ("Schwab"), a registered broker-dealer, for transactions in your brokerage account at Schwab ("Account"). Schwab Advisor Services serves independent investment advisors and includes the custody, trading and support services of Schwab. Schwab is a registered broker-dealer and is not affiliated with your Investment Advisor whose name appears on this statement ("Advisors") except in the case of Charles Schwab Investment Advisory, Inc. ("CSIA"), Schwab Wealth Advisory, Inc. ("SWAI"), or an affiliated company that may act as the investment advisor on a fund. Schwab neither endorses nor recommends any particular Advisor or its investment strategy and has no responsibility to monitor trading by Advisor in your Account. Schwab has not verified any statement accompanying any Advisor's logo appearing on this confirmation. **(2)** If you find any errors or omissions on this trade confirmation, please call Schwab immediately using any of the appropriate phone numbers listed above. To protect your rights, you must also notify us in writing. You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation. This confirmation will be deemed conclusive after 10 days. Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error. **(3)** All transactions are subject to the rules, regulations, requirements and customs of the Federal Reserve Board, the exchange or market (and its clearing agency, if any) where executed, any association whose rules and regulations govern transactions in said market, and your account agreement(s) with Schwab. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to the transaction. Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA, corporate or trustee account. **(4)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers. **(5)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date. We reserve the right to liquidate securities or otherwise cover a position without notice at any time, including prior to settlement date, when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm. You will be held responsible for any resulting loss. **(6)** Mutual Fund Transaction Fees shown on this confirmation, if applicable, are charged by Schwab. You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee. Please consult the prospectus for information about any other fees which a fund might charge. **(7)** Call features, in addition to any identified on the face hereof, may exist for certain common stocks, preferred stocks and bonds that could affect yield. For additional information or questions, contact Schwab using any of the appropriate numbers listed above. Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers. In the event securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. Should your security be so selected, it will be presented for redemption and your account credited with the proceeds. Clients have the right to withdraw uncalled, fully paid securities at any time prior to a partial call, and also to withdraw excess margin securities not subject to restrictions. **(8)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed. The nature and source of such remuneration may vary and will be disclosed to you upon written request. **(9)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ("CSC") or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC. **(10)** Additional Load Fund Breakpoint Information: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations. Please refer to the prospectus or Statement of Additional Information. If you need additional assistance, please contact your Schwab investment professional or financial advisor. **(11)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares, and/or fees charged for certain fixed income securities transactions. **(12)** To obtain electronic copies of notices, offering documents, and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE") and Federal Agency securities, visit the following web sites: Federal Farm Credit Bank (FFCB): http://www.farmcredit-ffcb.com ; Federal Home Loan Bank (FHLB): http://www.fhlb-of.com ; Federal Home Loan Mortgage Corporation (FHLMC): For debt securities: http://www.freddiemac.com/debt , for mortgage securities: http://www.freddiemac.com/mbs ; Federal National Mortgage Association (FNMA): http://www.fanniemae.com ; Government National Mortgage Association (GNMA): http://www.ginniemae.gov. **(13)** To request a paper copy of an offering document, official statement, or final prospectus, call 888-835-8846. **(14)** For asset-backed securities, which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be furnished upon request. **(15)** If this transaction involves a zero-coupon security, no periodic interest payments will be made and, if the security is callable, it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder, unless registered. (0822-20UL)

### Your Retirement Plan Provider

CHARLES SCHWAB TRUST BANK
HUMANA RETIREMENT & SAVINGS PL
ATTN PCRA ADMINISTRATOR
215 FREMONT ST FL 6
SAN FRANCISCO CA    94105-2423

The custodian of your brokerage account is
Charles Schwab & Co., Inc.

### Manage Your Account

If you have questions regarding this report,
please contact your dedicated Schwab Personal
Choice Retirement Account® (PCRA) Service
Team at 1-888-393-7272.

CHARLES SCHWAB TRUST BANK TTEE
HUMANA RET AND SAVINGS PL
FBO CHADWICK JONES
2668 BEACH BLVD UNIT 302A
BILOXI MS    39531-4558

10/16-00000-DC23A091 *

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105. Telephone: 1-888-393-7272. ©2023 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Schwab Personal Choice Retirement Account® (PCRA) is offered through Charles Schwab & Co., Inc. ("Schwab"), the registered broker-dealer, which also provides other brokerage and custody services to its customers. Except as noted in this confirmation's Terms and Conditions, Advisors or Retirement Plan Providers are not affiliated with Schwab. (0418-8P79)

1 of 2



**Schwab One® Account** of

CHARLES SCHWAB TRUST BANK TTEE
HUMANA RET AND SAVINGS PL
FBO CHADWICK JONES

Account Number
1764-9277

Trade Confirmation
October 16, 2023

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 1 | ($2,427.57) | $0.00 | $0.00 | ($2,427.57) |

| Settle Date | Action | Symbol/ CUSIP | Description | Quantity | Price($) | Principal($) | Charges/ Interest($) | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 10/18 | Purchase | MMAT 59134N104 | META MATLS INC | 11,100 | 0.2187 | 2,427.57 | | 2,427.57 | F2, A1 |

## Disclosures

A1  Schwab acted as your agent.

F2  Payment Type: Cash.

See "Disclosures" section for an explanation of the disclosure codes and symbols on this document.

2 of 2



Schwab One® Account of
**CHARLES SCHWAB TRUST BANK TTEE**
**HUMANA RET AND SAVINGS PL**
**FBO CHADWICK JONES**

Account Number
**1764-9277**

**Trade Confirmation**

## Your Retirement Plan Provider

CHARLES SCHWAB TRUST BANK
HUMANA RETIREMENT & SAVINGS PL
ATTN PCRA ADMINISTRATOR
215 FREMONT ST FL 6
SAN FRANCISCO CA        94105-2423

*The custodian of your brokerage account is Charles Schwab & Co., Inc.*

CHARLES SCHWAB TRUST BANK TTEE
HUMANA RET AND SAVINGS PL
FBO CHADWICK JONES
2668 BEACH BLVD UNIT 903A
BILOXI MS        39531-4552

08/26-00000-DC72A096 *

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105. Telephone: 1-888-393-7272. ©2012 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Schwab Personal Choice Retirement Account® (PCRA) is offered through Charles Schwab & Co., Inc. ("Schwab"), the registered broker-dealer, which also provides other brokerage and custody services to its customers. Except as noted in this confirmation's Terms and Conditions, Advisors or Retirement Plan Providers are not affiliated with Schwab. (0418-8P79)



Schwab One® Account of
**CHARLES SCHWAB TRUST BANK TTEE**
**HUMANA RET AND SAVINGS PL**
**FBO CHADWICK JONES**

Account Number
**1764-9277**

**Trade Confirmation**

If you have questions regarding this report, please contact your dedicated Schwab Personal Choice Retirement Account® (PCRA) Service Team at 1-888-393-7272.

**Terms and Conditions**                                                                                                                *Retain for your records*

It is agreed between Charles Schwab & Co., Inc. ("Schwab") and the customer:

**(1)** This trade confirmation is furnished solely by Charles Schwab & Co., Inc. ("Schwab"), a registered broker-dealer, for transactions in your brokerage account at Schwab ("Account"). Schwab Advisor Services serves independent investment advisors and includes the custody, trading and support services of Schwab. Schwab is a registered broker-dealer and is not affiliated with your Investment Advisor whose name appears on this statement ("Advisors") except in the case of Charles Schwab Investment Advisory, Inc. ("CSIA"), Schwab Private Client Investment Advisory, Inc. ("SPCIA"), or an affiliated company that may act as the investment advisor on a fund. Schwab neither endorses nor recommends any particular Advisor or its investment strategy and has no responsibility to monitor trading by Advisor in your Account. Schwab has not verified any statement accompanying any Advisor's logo appearing on this confirmation.

**(2)** If you find any errors or omissions on this trade confirmation, please call Schwab immediately using any of the appropriate phone numbers listed above. To protect your rights, you must also notify us in writing. You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation. This confirmation will be deemed conclusive after 10 days. Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error.

**(3)** All transactions are subject to the rules, regulations, requirements and customs of the Federal Reserve Board, the exchange or market (and its clearing agency, if any) where executed, any association whose rules and regulations govern transactions in said market, and your account agreement(s) with Schwab. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to the transaction. Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA, corporate or trustee account.

**(4)** Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers.

**(5)** Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date. We reserve the right to liquidate securities or otherwise cover a position without notice at any time, including prior to settlement date, when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm. You will be held responsible for any resulting loss.

**(6)** Mutual Fund Transaction Fees shown on this confirmation, if applicable, are charged by Schwab. You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee. Please consult the prospectus for information about any other fees which a fund might charge.

**(7)** If the symbol (*) appears on the item description on your confirmation, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you.

**(8)** Call features, in addition to any identified on the face hereof, may exist for certain common stocks, preferred stocks and bonds that could affect yield. For additional information or questions, contact Schwab using any of the appropriate numbers listed above. Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers. In the event securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. Should your security be so selected,

it will be presented for redemption and your account credited with the proceeds. Clients have the right to withdraw uncalled, fully paid securities at any time prior to a partial call, and also to withdraw excess margin securities not subject to restrictions.

**(9)** Any credit ratings shown on this confirmation are as of the time the confirmation was generated and may differ from any credit ratings provided at the time this transaction took place. The credit ratings for this security could have changed between the time of your transaction and the time this confirmation was generated. For additional information or questions, contact Schwab using any of the appropriate numbers listed above.

**(10)** Schwab received remuneration from the broker-dealer or market center through which the transaction was executed. The nature and source of such remuneration may vary and will be disclosed to you upon written request.

**(11)** If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ("CSC") or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC.

**(12)** Additional Load Fund Breakpoint Information: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations. Please refer to the prospectus or Statement of Additional Information. If you need additional assistance, please contact your Schwab investment professional or financial advisor.

**(13)** Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares, and/or fees charged for certain fixed income securities transactions.

**(14)** To obtain electronic copies of notices, offering documents, and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE") and Federal Agency securities, visit the following web sites: Federal Farm Credit Bank (FFCB): http://www.farmcredit-ffcb.com ; Federal Home Loan Bank (FHLB): http://www.fhlb-of.com ; Federal Home Loan Mortgage Corporation (FHLMC): for debt securities: http://www.freddiemac.com/debt , for mortgage securities: http://www.freddiemac.com/mbs ; Federal National Mortgage Association (FNMA): http://www.fanniemae.com ; Government National Mortgage Association (GNMA): http://www.ginniemae.gov.

**(15)** If the security is a TBA (To Be Announced) status, further pool information is available by contacting the issuer as follows: 1-800-2FANNIE (1-800-232-6643) for Fannie Mae and 1-800-336-3672 for Freddie Mac and 1-800-234-4662 for Ginnie Mae or by emailing Fannie Mae at bestmbs@fanniemae.com or Freddie Mac at Investor_Inquiry@FreddieMac.com.

**(16)** To request a paper copy of an offering document, official statement, or final prospectus, call 888-835-8846.

**(17)** For asset-backed securities, which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be furnished upon request.

**(18)** If this transaction involves a zero-coupon security, no periodic interest payments will be made and, if the security is callable, it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder, unless registered.

**(19)** In the case of a bond transaction that had a factor, the principal amount will reflect the modified amount resulting from the bond factor. Additional information will be furnished upon request. (0418-8P79)

Page 2 of 3



Schwab One® Account of
**CHARLES SCHWAB TRUST BANK TTEE**
**HUMANA RET AND SAVINGS PL**
**FBO CHADWICK JONES**

Account Number
**1764-9277**

**Trade Confirmation**

---

***SOLD***    **META MATLS INC** (Symbol: MMAT)

| | | | | | |
|---|---|---|---|---|---|
Security No./CUSIP: 59134N-10-4 | | | | Type: Cash | Trade: 08/26/21 | Settle: 08/30/21

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
|---|---|---|---|---|---|
| 1 | 3.65 | 3.65 | N/A | | 3.65 |
| 500 | 3.65 | 1,825.00 | Exchange Processing Fee | 0.01 | 1,824.99 |

- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.

| | | | | | |
|---|---|---|---|---|---|
| 10 | 3.65 | 36.50 | N/A | | 36.50 |
| 55 | 3.65 | 200.75 | N/A | | 200.75 |
| 5 | 3.65 | 18.25 | N/A | | 18.25 |
| 6 | 3.65 | 21.90 | N/A | | 21.90 |
| 9,423 | 3.64 | 34,299.72 | Exchange Processing Fee | 0.17 | 34,299.55 |

- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.

| | | | | | |
|---|---|---|---|---|---|
| **10,000** | | **$ 36,405.77** | | **$0.18** | **$ 36,405.59** |

---

**For this security:**                                                                                                    Internal Use Only: 2, E
- The cost basis method requested was FIFO. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Schwab acted as your agent.