# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA    PROOF OF INTEREST

**Name of Debtor:** Meta Materials Inc

**Case Number:** 24-50792-hlb

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Timothy Vaughn
4 Glendale Dr.
Adams, MA 01220

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

**RECEIVED AND FILED**
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**Telephone Number:** 413-652-4213

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**
individual brokerage - 520-722137-209

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated:
☐ amends a previously filed Proof of Interest dated:

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
E-TRADE

**Telephone Number:** 800-387-2331 customer service

**3. Date Equity Interest was acquired:**
6/09/23    4/17/23
6/07/23    4/17/23
6/07/23    3/15/23
4/24/23

**4. Total amount of member interest:** 75

**5. Certificate number(s):**

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:**

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

(over)

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent.
☐ I am the trustee, or the debtor,
☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)
or their authorized agent.
(See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Timothy Vaughn
Title: —
Company: Address and telephone number (if different from notice address above):
(Signature) (Date) Telephone number: email:

*Signature:* Timothy Vaughn
*Date:* 12/4/24
413-652-4213   Devil117dog@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

*Timothy Vaughn*

DOW ▼ (-0.19%)   NASDAQ ▼ (-0.39%)   S&P 500 ▼ (-0.28%)   as of 03:28 PM ET                                              Log Off

# E✱TRADE
from Morgan Stanley

Support ⌄   |   Alerts   Documents   Profile

| Accounts | Pay & Transfer | Trading | Markets & Ideas | Planning | What We Offer |

Search

Complete View   Portfolios   Watch Lists   **Orders**   Balances   Transactions   Banking   Tax Center   Documents ⌄   Dividend Reinvestment   Open Account

⟳ Refresh December 10, 2024 3:28 PM ET   ? Help

## Orders

Open | **Executed** | Cancelled | Saved | Individual fills | Expired | Rejected | All | Bond quotes

Account

Individual Brokerage -2137

| From date | To date | Symbols | Order number | Order type | Order status | Security type | Results per page | |
|---|---|---|---|---|---|---|---|---|
| 06/01/2020 | 12/10/2024 | mmat | | All | Executed | Stock/ETF | 20 | Apply filters |

Brokerage Update Disclosure ⓘ

| Date | Order | Type | Order type | Quantity | Symbol | Price type | Term | Price | Price executed | Status | Links |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/09/23 | 266 | Stock/ETF | Buy | 443 | MMAT | Limit | Day | 0.2389 | 0.2388 | Executed | Portfolios |
| 06/07/23 | 265 | Stock/ETF | Buy | 500 | MMAT | Limit | Day | 0.249 | 0.249 | Executed | Portfolios |
| 06/07/23 | 264 | Stock/ETF | Buy | 1,000 | MMAT | Limit | Day | 0.249 | 0.2489 | Executed | Portfolios |
| 04/24/23 | 258 | Stock/ETF | Buy | 1,000 | MMAT | Limit | Day | 0.1996 | 0.1989 | Executed | Portfolios |
| 04/17/23 | 257 | Stock/ETF | Buy | 500 | MMAT | Limit | Day | 0.2191 | 0.2189 | Executed | Portfolios |
| 04/17/23 | 256 | Stock/ETF | Buy | 1,500 | MMAT | Limit | Day | 0.2176 | 0.2176† | Executed | Portfolios |
| 03/15/23 | 254 | Stock/ETF | Buy | 1,000 | MMAT | Limit | Day | 0.5095 | 0.5095 | Executed | Portfolios |

† = Share-weighted Average

## Please read all the important disclosures below.

### Investing:

Check the background of Morgan Stanley Smith Barney LLC on FINRA's BrokerCheck and see the Morgan Stanley Smith Barney LLC Relationship Summary.

**Investment Products** • **Not FDIC Insured** • **No Bank Guarantee** • **May Lose Value**

SIPC — Securities in your account protected up to $500,000. For details please see www.sipc.org

### Banking:

Banking products and services are provided by Morgan Stanley Private Bank, National Association, Member FDIC.

**Banking Products** • **FDIC Insured** • **Bank Guarantee**

FDIC — *FDIC-Insured - Backed by the full faith and credit of the U.S. Government*

 Equal Housing Lender

### Affiliations:

Securities products and investment advisory services offered by Morgan Stanley Smith Barney LLC, Member SIPC and a Registered Investment Adviser. Commodity futures and options on futures products and services offered by E*TRADE Futures LLC, Member NFA. Stock plan administration solutions and services offered by E*TRADE Financial Corporate Services, Inc., and are a part of Morgan Stanley at Work. Banking products and services provided by Morgan Stanley Private Bank, National Association, Member FDIC. All entities are separate but affiliated subsidiaries of Morgan Stanley. E*TRADE from Morgan Stanley and Morgan Stanley at Work are registered trademarks of Morgan Stanley.

Your receipt and use of this service is subject to the terms and conditions in E*TRADE from Morgan Stanley's Market Data Agreement (MDA). Your receipt and use of options market data is subject to the terms of the OPRA Subscriber Agreement.