NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: **META MATERIALS, INC** | Case Number: **24-50792** | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Kimberly Pepoon
   5103 Rue Vendome
   Lutz, FL 33558

   Telephone Number: 413.237.0711

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 17 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
**FIDELITY ACCOUNT #217934663**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   FIDELITY Investments
   PO BOX 770001, Cincinnati, OH 45277-0002
   Telephone Number: 800-544-6666

3. Date Equity Interest was acquired:
   Between NOV 2022 - MAR 2024
   See ATTACHED DOCUMENTATION

4. Total amount of member interest: 235 SHARES FOR $5,378.45

5. Certificate number(s): SEE ATTACHED DOCUMENTATION

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Kimberly Pepoon
   Title:
   Company: Address and telephone number (if different from notice address above):

   (Signature) Kimberly Pepoon    (Date) 12/15/24

   Telephone number: 413.237.0711    email: kpepoon@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Kimberly Pepoon MMAT Proof of Interest Worksheet

## KIM'S TRADITIONAL IRA

Brokerage: 217934663 - Routing number: ⊙

5103 Rue Vendome
Lutz, FL 33558

(413) 237-0711
kpepoon@gmail.com

### Stock Purchased

| Stock | Date Purchased | Shares | Purchase Price | Fees | Purchase Cost | 12/15/2024 Current Price | Current Value | Stock Sold Date Sold | Sell Price | Income from Sale |
|---|---|---|---|---|---|---|---|---|---|---|
| MMAT | 11/4/2022 | 1.00 | $1.5900 | | $1.59 | $0.00 | $0.00 | | | - |
| MMAT | 11/7/2022 | 2.00 | $1.5600 | | $3.12 | $0.00 | $0.00 | | | - |
| MMAT | 11/15/2022 | 105.00 | $1.8400 | | $192.73 | $0.00 | $0.00 | | | - |
| MMAT | 11/21/2022 | 1501.00 | $2.0500 | | $3,077.05 | $0.00 | $0.00 | | | - |
| MMAT | 11/21/2022 | 329.00 | $2.0500 | | $674.45 | $0.00 | $0.00 | | | - |
| MMAT | 1/4/2023 | 92.00 | $1.1100 | | $101.91 | $0.00 | $0.00 | | | - |
| MMAT | 2030 SHARES BECAME 203 SHARES | | | | | | | | | |
| MMAT | 1/26/2021 | 203 | | | | | | | | - |
| MMAT | 2/9/2023 | 113.00 | $0.8800 | | $99.37 | $0.00 | $0.00 | | | - |
| MMAT | 7/31/2023 | 1550.00 | $0.2500 | | $380.22 | $0.00 | $0.00 | | | - |
| MMAT | 11/7/2023 | 3475.00 | $0.1000 | | $347.50 | $0.00 | $0.00 | | | - |
| MMAT | 11/28/2023 | 1479.00 | $0.0800 | | $124.98 | $0.00 | $0.00 | | | - |
| MMAT | 1/25/2024 | 1353.00 | $0.0500 | | $71.78 | $0.00 | $0.00 | | | - |
| MMAT | 3/22/2024 | 135.00 | $2.2500 | | $303.75 | $0.00 | $0.00 | | | - |

TOTALS: $5,378.45                                                                                     $0.00

*Keep this row blank. Insert rows above this one then copy formulas down.*

Account Profit/Loss                    -$5,378.45

# KIM'S TRADITIONAL IRA

Brokerage: 217934663 · Routing number ⓘ

Summary | Positions | Activity & Orders | Balances | Documents | Planning | More (5)

Overview ⌄

As of Dec 15 2024 9:40 a.m. ET

| Symbol | Last Price | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | Current Value | % of Account | Quantity | Average Cost Basis | Cost Basis Total | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **KIM'S TRADITIONAL IRA** 217934663 | | | | | | | | | | | | |
| *Manage Dividends* | | | | | | | | | | | | |
| **Cash** HELD IN MONEY MARKET | | | | | | | $6.29 | 1.20% | | | $690.93 | |
| **DJT** TRUMP MEDIA & TECHNOLOGY GROUP... | $36.59 | −$0.39 | +$5.46 | −1.07% | −$84.87 | −14.19% | $512.26 | 97.89% | 14 | $42.64 | $1,213.34 | |
| **MULN** MULLEN AUTOMOTIVE INC COM NEW | $1.58 | −$0.15 | −$0.46 | −9.20% | −$1,208.60 | −99.61% | $4.74 | 0.91% | 3 | $404.45 | $5,378.45 | |
| **MMATQ** META MATERIALS INC COM NEW ISIN # | — | $0.00 | $0.00 | 0.00% | −$5,378.45 | −100.00% | $0.00 | 0.00% | 235 | $22.89 | | |

### META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

[Buy] [Sell] [Set Exit Plan]

Purchase History | Research

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Mar 22 2024 | Short | $300.75 | −100% | $0.00 | 135 | $2.25 | $303.75 |
| Jun 25 2023 | Short | $77.78 | −100% | $0.00 | 13.53 | $5.31 | $71.75 |
| Nov 28 2023 | Long | $124.90 | −100% | $0.00 | 14.79 | $8.45 | $124.91 |
| Nov 07 2023 | Long | $347.50 | −100% | $0.00 | 34.75 | $10.00 | $347.75 |
| Jul 31 2023 | Long | $380.23 | −100% | $0.00 | 15.5 | $24.53 | $380.22 |
| Feb 09 2023 | Long | $98.57 | −100% | $0.00 | 1.13 | $87.94 | $99.24 |
| Jan 04 2023 | Long | $101.97 | −100% | $0.00 | 0.92 | $110.77 | $101.97 |
| Nov 21 2022 | Long | $674.45 | −100% | $0.00 | 3.29 | $205.00 | $674.45 |
| Nov 21 2022 | Long | $3,077.05 | −100% | $0.00 | 15.01 | $205.00 | $3,077.05 |
| Nov 15 2022 | Long | $190.72 | −100% | $0.00 | 1.05 | $182.55 | $190.55 |
| Nov 07 2022 | Long | $0.12 | −100% | $0.00 | 0.02 | $156.00 | $156.00 |
| Nov 04 2022 | Long | $1.58 | −100% | $0.00 | 0.01 | $156.00 | $156.00 |

Show Less

| Run Date | Action | Symbol | Description | Quantity | Price ($) | Amount ($) | Cash Balance ($) | Settlement Date |
|---|---|---|---|---|---|---|---|---|
| 11/04/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... | (59 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 1 | $1.59 | -$1.59 | $0.14 | 11/8/2022 |
| 11/07/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... | (59 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 2 | $1.56 | -$3.12 | -$2.98 | 11/9/2022 |
| 11/15/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... | (59 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 105 | $1.84 | -$192.73 | $3.81 | 11/17/2022 |
| 11/21/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... | (59 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 1501 | $2.05 | -$3,077.05 | -$3,647.69 | 11/23/2022 |
| 11/21/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... | (59 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 329 | $2.05 | -$674.45 | -$570.64 | 11/23/2022 |

The data and information in this spreadsheet is provided to you solely for your use and is not for distribution. The spreadsheet is provided for informational purposes only, and is not intended to provide advice, nor should it be construed as an offer to sell, a solicitation of an offer to buy or a recommendation for any security or insurance product by Fidelity or any third party. Data and information shown is based on information known to Fidelity as of the date it was exported and is subject to change. It should not be used in place of your account statements or trade confirmations and is not intended for tax reporting purposes. For more information on the data included in this spreadsheet, including any limitations thereof, go to Fidelity.com.

Brokerage services are provided by Fidelity Brokerage Services LLC (FBS), 900 Salem Street, Smithfield, RI 02917. Custody and other services provided by National Financial Services LLC (NFS). Both are Fidelity Investment companies and members SIPC, NYSE. Insurance products at Fidelity are distributed by Fidelity Insurance Agency, Inc., and, for certain products, by Fidelity Brokerage Services, Member NYSE, SIPC.

Date downloaded 12/11/2024 5:42 pm

| Run Date | Action | Symbol | Description | Quantity | Price ($) | Amount ($) | Cash Balan | Settlement Date |
|---|---|---|---|---|---|---|---|---|
| 01/04/2023 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... | (5 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 92 | $1.11 | ($101.91) | $0.41 | 1/6/2023 |
| 02/09/2023 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... | (5 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 113 | $0.88 | ($99.37) | $1.23 | 2/13/2023 |
| 07/31/2023 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... | (5 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 1,550.00 | $0.25 | ($380.22) | $2.60 | 8/2/2023 |
| 11/07/2023 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... | (5 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 3,475.00 | $0.10 | ($347.50) | $0.05 | 11/9/2023 |
| 11/28/2023 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... | (5 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 1,479.00 | $0.08 | ($124.98) | $0.07 | 11/30/2023 |

The data and information in this spreadsheet is provided to you solely for your use and is not for distribution. The spreadsheet is provided for informational purposes only, and is not intended to provide advice, nor should it be construed as an offer to sell, a solicitation of an offer to buy or a recommendation for any security or insurance product by Fidelity or any third party. Data and information shown is based on information known to Fidelity as of the date it was exported and is subject to change. It should not be used in place of your account statements or trade confirmations and is not intended for tax reporting purposes. For more information on the data included in this spreadsheet, including any limitations thereof, go to Fidelity.com.

Brokerage services are provided by Fidelity Brokerage Services LLC (FBS), 900 Salem Street, Smithfield, RI 02917. Custody and other services provided by National Financial Services LLC (NFS). Both are Fidelity Investment companies and members SIPC, NYSE. Insurance products at Fidelity are distributed by Fidelity Insurance Agency, Inc., and, for certain products, by Fidelity Brokerage Services, Member NYSE, SIPC.

Date downloaded 12/11/2024 5:52 pm

| Run Date | Action | Symbol | Description | Quantity | Price ($) | Amount ($) | Cash Balan | Settlement Date |
|---|---|---|---|---|---|---|---|---|
| 03/22/2024 | YOU BOUGHT META MATERIALS INC COM NEW ISIN #US5... (MI | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | 135 | $2.25 | ($303.75) | $6.91 | 3/26/2024 |
| 01/25/2024 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... | (59: 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 1353 | $0.05 | ($71.78) | $60.05 | 1/29/2024 |

The data and information in this spreadsheet is provided to you solely for your use and is not for distribution. The spreadsheet is provided for informational purposes only, and is not intended to provide advice, nor should it be construed as an offer to sell, a solicitation of an offer to buy or a recommendation for any security or insurance product by Fidelity or any third party. Data and information shown is based on information known to Fidelity as of the date it was exported and is subject to change. It should not be used in place of your account statements or trade confirmations and is not intended for tax reporting purposes. For more information on the data included in this spreadsheet, including any limitations thereof, go to Fidelity.com.

Brokerage services are provided by Fidelity Brokerage Services LLC (FBS), 900 Salem Street, Smithfield, RI 02917. Custody and other services provided by National Financial Services LLC (NFS). Both are Fidelity Investment companies and members SIPC, NYSE. Insurance products at Fidelity are distributed by Fidelity Insurance Agency, Inc., and, for certain products, by Fidelity Brokerage Services, Member NYSE, SIPC.

Date downloaded 12/11/2024 5:58 pm