NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

**Name of Debtor:** META MATERIALS, INC

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

James Pepoon
5103 Rue Vendome
Lutz, FL 33558

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**Telephone Number:** 813·955·6057

RECEIVED AND FILED

DEC 17 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

AM

**COURT USE ONLY**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
WEBULL ACCOUNT #5NS12038

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

WEBULL
44 WALL ST, 2nd FLOOR, NEW YORK, NY 10005
**Telephone Number:** 888·828·0618

3. **Date Equity Interest was acquired:**
Between 2021 - 2024
See Attached Documentation

4. **Total amount of member interest:** TOTAL LOSS OF $737.34

5. **Certificate number(s):** SEE ATTACHED DOCUMENTATION

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent.
(See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor.
(See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: JAMES PEPOON
Title:
Company: _____ Address and telephone number (if different from notice address above):
_____
_____

(Signature)    (Date) 12/15/24

Telephone number 813·955·6057 email: jpepoon@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# James Pepoon MMAT Proof of Interest Worksheet

### ☾ Webull

Statement Period: 03/01/2024 - 03/31/2024
Account Name: JAMES RICHARD PEPOON
Account Number: 5NG1DZ08
Account Type: CASH
Account Address: 5103 Rue Vendome LUTZ,FL 33558

jamesonstone813@gmail.com

5103 Rue Vendome
Lutz, FL 33558

## Stock Purchased

|  |  |  |  |  |  | 12/15/2024 |  | Stock Sold |  |  |
| Stock | Date Purchased | Shares | Purchase Price | Fees | Purchase Cost | Current Price | Current Value | Date Sold | Sell Price | Income from Sale |
|---|---|---|---|---|---|---|---|---|---|---|
| TRCH | 2/19/2021 | 1.00 | $3.5300 |  | $3.53 | $0.00 | $0.00 |  |  |  |
| TRCH | 2/19/2021 | 10.00 | $3.8800 |  | $38.80 | $0.00 | $0.00 |  |  |  |
| TRCH | 2/24/2021 | 1.00 | $3.6700 |  | $3.67 | $0.00 | $0.00 |  |  |  |
| TRCH | 2/24/2021 | 13.00 | $3.6700 |  | $47.71 | $0.00 | $0.00 |  |  |  |
| TRCH | 3/3/2021 | 7.00 | $2.5600 |  | $17.92 | $0.00 | $0.00 |  |  |  |
| TRCH | 3/9/2021 | 3.00 | $2.1450 |  | $6.44 | $0.00 | $0.00 |  |  |  |
| TRCH | 3/9/2021 | 15.00 | $2.1450 |  | $32.18 | $0.00 | $0.00 |  |  |  |
| TRCH | 3/9/2021 | 20.00 | $2.0900 |  | $41.80 | $0.00 | $0.00 |  |  |  |
| TRCH | 3/9/2021 | 25.00 | $2.1400 |  | $53.50 | $0.00 | $0.00 |  |  |  |
| TRCH | 3/15/2021 | 1.00 | $2.7300 |  | $2.73 | $0.00 | $0.00 |  |  |  |
| TRCH | 3/15/2021 | 29.00 | $2.6889 |  | $77.98 | $0.00 | $0.00 |  |  |  |
| TRCH | 6/3/2021 | -125.00 | $0.0000 |  | $0.00 | $0.00 | $0.00 | 6/3/2021 | $2.63 | $328.75 |
| MMAT | 6/30/2021 | 23.00 | $9.8600 |  | $226.78 | $0.00 | $0.00 |  |  |  |
| MMAT | 9/9/2021 | 27.00 | $5.2500 |  | $141.75 | $0.00 | $0.00 |  |  |  |
| MMAT | 10/13/2021 | 50.00 | $5.5000 |  | $275.00 | $0.00 | $0.00 |  |  |  |
| MMAT | 11/5/2021 | 100.00 | $4.8500 |  | $485.00 | $0.00 | $0.00 |  |  |  |
| MMAT | 4/14/2022 | -200.00 | $0.0000 |  | $0.00 | $0.00 | $0.00 | 4/14/2021 | $1.48 | $294.96 |
| MMAT | 3/1/2023 | 824.00 | $1.8500 |  | $1,524.40 | $0.00 | $0.00 |  |  |  |
| MMAT | 4/20/2023 | 114.00 | $0.1900 |  | $21.66 | $0.00 | $0.00 |  |  |  |
| MMAT | 5/12/2023 | 283.00 | $0.2000 |  | $56.60 | $0.00 | $0.00 |  |  |  |
| MMAT | 5/24/2023 | 100.00 | $0.2500 |  | $25.00 | $0.00 | $0.00 |  |  |  |
| MMAT | 11/7/2023 | 1000.00 | $0.1000 |  | $100.00 | $0.00 | $0.00 |  |  |  |
| MMAT | 12/4/2023 | 1330.00 | $0.0750 |  | $99.75 | $0.00 | $0.00 |  |  |  |
| MMAT | 1/22/2024 | 1433.00 | $0.0700 |  | $100.31 | $0.00 | $0.00 |  |  |  |

| MMAT | 5084 SHARES BECAME 51 SHARES | | | | | | 100:1 REVERSE SPLIT |
|------|------|------|------|------|------|------|------|
| | | | | $0.00 | $0.00 | $0.00 | ' |
| MMAT | 1/29/2024 | 51.00 | $0.0000 | $0.00 | $0.00 | $0.00 | ' |
| MMAT | 3/8/2024 | 400.00 | $2.4700 | $988.00 | $0.00 | $0.00 | ' |
| MMAT | 3/14/2024 | 549.00 | $1.9500 | $1,070.55 | $0.00 | $0.00 | ' |
| MMAT | 3/22/2024 | 1000.00 | $2.2800 | $2,280.00 | $0.00 | $0.00 | ' |
| MMAT | 3/27/2024 | 2000.00 | $2.4000 | $4,800.00 | $0.00 | $0.00 | ' |
| MMAT | 3/28/2024 | -4000.00 | $0.0000 | $0.00 | $2.79   3/28/2024 | $0.00 | $11,160.00 |

Keep this row blank. Insert rows above this one then copy formulas down.

**TOTALS: $12,521.05**

**$11,783.71**

**-$737.34**

**Account**
**Profit/Loss**

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

## February 1, 2021 - February 28, 2021

ACCOUNT NUMBER    **5NS-12038-19 RR WEA**

**JAMES RICHARD PEPOON**

## ACCOUNT ACTIVITY (CONTINUED)

### BUY / SELL TRANSACTIONS (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 02/19/21 | C | GBS INC COMMON STOCK PRODUCT DESCRIPTION UNDER SEPARATE COVER CUSIP: 36151G105 | 1 | 7.37 | 7.37 | |
| BOUGHT | 02/19/21 | C | GBS INC COMMON STOCK PRODUCT DESCRIPTION UNDER SEPARATE COVER CUSIP: 36151G105 | 3 | 7.94 | 23.82 | |
| BOUGHT | 02/19/21 | C | ITERUM THERAPEUTICS PLC ORDINARY SHARE CUSIP: G6333L101 | 10 | 2.19 | 21.90 | |
| BOUGHT | 02/19/21 | C | ONCONOVA THERAPEUTICS INC COMMON STOCK CUSIP: 68232V405 | 3 | 1.63 | 4.89 | |
| BOUGHT | 02/19/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 1 | 3.53 | 3.53 | |
| BOUGHT | 02/19/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 10 | 3.88 | 38.80 | |
| SOLD | 02/19/21 | C | ITERUM THERAPEUTICS PLC ORDINARY SHARE CUSIP: G6333L101 | 1 | 2.22 | | 2.20 |
| BOUGHT | 02/22/21 | C | GBS INC COMMON STOCK PRODUCT DESCRIPTION UNDER SEPARATE COVER CUSIP: 36151G105 | 2 | 7.40 | 14.80 | |

INDIVIDUAL ACCOUNT

*February 1, 2021 - February 28, 2021*

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER **5NS-12038-19 RR WEA**

**JAMES RICHARD PEPOON**

## ACCOUNT ACTIVITY (CONTINUED)

### BUY / SELL TRANSACTIONS (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 02/22/21 | C | ITERUM THERAPEUTICS PLC ORDINARY SHARE CUSIP: G6333L101 | 1 | 2.06 | 2.06 | |
| BOUGHT | 02/22/21 | C | ONCONOVA THERAPEUTICS INC COMMON STOCK CUSIP: 68232V405 | 1 | 1.57 | 1.57 | |
| SOLD | 02/22/21 | C | GBS INC COMMON STOCK PRODUCT DESCRIPTION UNDER SEPARATE COVER CUSIP: 36151G105 | 2 | 8.74 | | 17.46 |
| SOLD | 02/22/21 | C | ONCONOVA THERAPEUTICS INC COMMON STOCK CUSIP: 68232V405 | 1 | 1.73 | | 1.71 |
| BOUGHT | 02/24/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 1 | 3.67 | 3.67 | |
| BOUGHT | 02/24/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 13 | 3.67 | 47.71 | |
| SOLD | 02/24/21 | C | GENWORTH FINANCIAL INC COM CL A CUSIP: 37247D106 | 2 | 3.28 | | 6.54 |
| SOLD | 02/24/21 | C | GBS INC COMMON STOCK PRODUCT DESCRIPTION UNDER SEPARATE COVER CUSIP: 36151G105 | 5 | 7.6399 | | 38.18 |

*March 1, 2021 – March 31, 2021*

PAGE 2 OF 9

ACCOUNT NUMBER  **5NS-12038-19 RR WEA**



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

JAMES RICHARD PEPOON

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| TORCHLIGHT ENERGY RESOURCES INC | TRCH | O | 125 | $1.83 | $228.75 | | N/A | | 97.644% |
| **Total Equities** | | | | | **$228.75** | | | | **97.644%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$5.52** | | | | **2.356%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$234.27** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 03/03/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 7 | $2.56 | $17.92 | |
| SOLD | 03/03/21 | C | ADT INC COMMON STOCK CUSIP: 00090Q103 | 1 | 7.88 | | 7.86 |
| SOLD | 03/03/21 | C | ZYNGA INC CLASS A CUSIP: 98986T108 | 1 | 11.26 | | 11.24 |
| BOUGHT | 03/09/21 | C | ITERUM THERAPEUTICS PLC ORDINARY SHARE CUSIP: G6333L101 | 20 | 1.325 | 26.50 | |

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*March 1, 2021 – March 31, 2021*

ACCOUNT NUMBER  **5NS-12038-19  RR WEA**

PAGE 3 OF 9

**JAMES RICHARD PEPOON**

## ACCOUNT ACTIVITY (CONTINUED)

### BUY / SELL TRANSACTIONS (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 03/09/21 | C | ITERUM THERAPEUTICS PLC ORDINARY SHARE CUSIP: G6333L101 | 25 | 1.49 | 37.25 | |
| BOUGHT | 03/09/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 3 | 2.145 | 6.44 | |
| BOUGHT | 03/09/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 15 | 2.145 | 32.18 | |
| BOUGHT | 03/09/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 20 | 2.09 | 41.80 | |
| BOUGHT | 03/09/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 25 | 2.14 | 53.50 | |
| BOUGHT | 03/15/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 1 | 2.73 | 2.73 | |
| BOUGHT | 03/15/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 29 | 2.6889 | 77.98 | |
| SOLD | 03/15/21 | C | ITERUM THERAPEUTICS PLC ORDINARY SHARE CUSIP: G6333L101 | 55 | 1.5015 | | 82.56 |
| **Total Buy / Sell Transactions** | | | | | | **$296.30** | **$101.66** |

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*March 1, 2021 - March 31, 2021*

ACCOUNT NUMBER  **5NS-12038-19  RR WEA**

PAGE 4 OF 9

**JAMES RICHARD PEPOON**

## ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 03/05/21 | C | ACH DEPOSIT SEN(2021030537B465) | | | | $100.00 |
| ACH | 03/05/21 | C | ACH DEPOSIT SEN(2021030539401Z) | | | | 100.00 |
| **Total Funds Paid And Received** | | | | | | | **$200.00** |
| **SECURITIES RECEIVED AND DELIVERED** | | | | | | | |
| JOURNAL | 03/10/21 | O | TORCHLIGHT ENERGY RESOURCES INC TO TYPE 7 FROM TYPE 1 FFS(77732875) CUSIP: 89102U103 | 95 | | | |
| JOURNAL | 03/16/21 | O | TORCHLIGHT ENERGY RESOURCES INC TO TYPE 7 FROM TYPE 1 FFS(79218177) CUSIP: 89102U103 | 30 | | | |
| JOURNAL | 03/10/21 | C | TORCHLIGHT ENERGY RESOURCES INC FROM TYPE 1 TO TYPE 7 FFS(77732875) CUSIP: 89102U103 | -95 | | | |
| JOURNAL | 03/16/21 | C | TORCHLIGHT ENERGY RESOURCES INC FROM TYPE 1 TO TYPE 7 FFS(79218177) CUSIP: 89102U103 | -30 | | | |
| **Total Securities Received And Delivered** | | | | | | | |



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*June 1, 2021 - June 30, 2021*

PAGE 2 OF 9

ACCOUNT NUMBER    **5NS-12038-19  RR WEA**

**JAMES RICHARD PEPOON**

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 23 | $7.49 | $172.27 | | N/A | | 97.410% |
| **Total Equities** | | | | | $172.27 | | | | **97.410%** |
| **Total Cash (Net Portfolio Balance)** | | | | | $4.58 | | | | **2.590%** |
| **TOTAL PRICED PORTFOLIO** | | | | | $176.85 | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| SOLD | 06/03/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 125 | $2.63 | | $328.73 |
| BOUGHT | 06/30/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 23 | 9.86 | 226.78 | |
| **Total Buy / Sell Transactions** | | | | | | **$226.78** | **$328.73** |

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*June 1, 2021 - June 30, 2021*

PAGE 4 OF 9

ACCOUNT NUMBER    **5NS-12038-19 RR WEA**

**JAMES RICHARD PEPOON**

ACCOUNT ACTIVITY (CONTINUED)

**SECURITIES RECEIVED AND DELIVERED**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| JOURNAL | 06/02/21 | C | TORCHLIGHT ENERGY RESOURCES INC<br>TO TYPE 1 FROM TYPE 7<br>FFS(102386018)<br>CUSIP: 891020U03 | 125 | | | |
| JOURNAL | 06/02/21 | O | TORCHLIGHT ENERGY RESOURCES INC<br>FROM TYPE 7 TO TYPE 1<br>FFS(102386018)<br>CUSIP: 891020U03 | -125 | | | |

**Total Securities Received And Delivered**



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*August 1, 2021 - September 30, 2021*

PAGE 2 OF 10

ACCOUNT NUMBER    **5NS-12038-19 RR WEA**

JAMES RICHARD PEPOON

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 50 | $5.78 | $289.00 | $80.50 | 259% | | 38.814% |
| VINCO VENTURES INC COMMON STOCK | BBIG | C | 71 | 6.41 | 455.11 | | N/A | | 61.124% |
| **Total Equities** | | | | | **$744.11** | | | | **99.938%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$0.46** | | | | **0.062%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$744.57** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 09/09/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 27 | $5.25 | $141.75 | |
| BOUGHT | 09/10/21 | C | VINCO VENTURES INC COMMON STOCK CUSIP: 927330100 | 14 | 10.99 | 153.86 | |
| SOLD | 09/10/21 | C | VINCO VENTURES INC COMMON STOCK CUSIP: 927330100 | 4 | 11.99 | | 47.94 |

A C C O U N T    I N D I V I D U A L



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

October 1, 2021 - October 31, 2021

ACCOUNT NUMBER   **5NS-12038-19 RR WEA**         PAGE 2 OF 8

JAMES RICHARD PEPOON

## ▲ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 100 | $4.70 | $470.00 | $289.00 | 63% | | 4.339% |
| VINCO VENTURES INC COMMON STOCK | BBIG | C | 71 | 5.07 | 359.97 | 455.11 | -21 | | 3.323 |
| **Total Equities** | | | | | **$829.97** | | | | **7.662%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$10,002.12** | | | | **92.338%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$10,832.09** | | | | |

## ▲ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 10/07/21 | C | CAMBER ENERGY INC COMMON STOCK CUSIP: 13200M508 | 175 | $1.50 | $262.50 | |
| SOLD | 10/12/21 | C | CAMBER ENERGY INC COMMON STOCK CUSIP: 13200M508 | 175 | 1.55 | | 271.22 |
| BOUGHT | 10/13/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 50 | 5.50 | 275.00 | |
| **Total Buy / Sell Transactions** | | | | | | **$537.50** | **$271.22** |



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*November 1, 2021 - November 30, 2021*

PAGE 2 OF 8

ACCOUNT NUMBER  **5NS-12038-19 RR WEA**

**JAMES RICHARD PEPOON**

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIODS MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 200 | $3.67 | $734.00 | $470.00 | 56% | | 53.662% |
| VINCO VENTURES INC COMMON STOCK | BBIG | C | 200 | 3.04 | 608.00 | 359.97 | 69 | | 44.450 |
| **Total Equities** | | | | | **$1,342.00** | | | | **98.112%** |
| Total Cash (Net Portfolio Balance) | | | | | $25.83 | | | | 1.888% |
| **TOTAL PRICED PORTFOLIO** | | | | | **$1,367.83** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 11/05/21 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 100 | $4.85 | $485.00 | |
| BOUGHT | 11/05/21 | C | VINCO VENTURES INC COMMON STOCK CUSIP: 92733O100 | 129 | 4.65 | 599.85 | |
| BOUGHT | 11/08/21 | C | GENWORTH FINANCIAL INC COM CL A CUSIP: 37247D106 | 1 | 0.0001 | | |

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201

PAGE 1 OF 7

*April 1, 2022 – April 30, 2022*

ACCOUNT NUMBER    **5NS-12038-19  RR WEA**

**JAMES RICHARD PEPOON**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

JAMES RICHARD PEPOON
5103 RUE VENDOME
LUTZ FL  33558-2860

## ▲ ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Cash account | $25.83 | $0.75 |
| NET ACCOUNT BALANCE | 25.83 | 0.75 |
| Securities | 974.00 | 0.00 |
| TOTAL PRICED PORTFOLIO | 974.00 | 0.00 |
| **Total Equity Holdings** | **$999.83** | **$0.75** |

## ▲ PORTFOLIO EQUITY ALLOCATION



Cash
100.000%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please advise of any communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

A C C O U N T    I N D I V I D U A L

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*April 1, 2022 - April 30, 2022*

ACCOUNT NUMBER    **5NS-12038-19 RR WEA**

PAGE 2 OF 7

**JAMES RICHARD PEPOON**

## ▲ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| SOLD | 04/14/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 200 | $1.475 | | $294.96 |
| SOLD | 04/14/22 | C | VINCO VENTURES INC COMMON STOCK CUSIP: 927330100 | 200 | 2.815 | | 562.96 |
| **Total Buy / Sell Transactions** | | | | | | | **$857.92** |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| TOU | 04/12/22 | C | Journal to APEX CRYPTO / DIRECT ...(APXD) TPJ(69afea6c-6dd54b9b 9a99-57978514054f) | | | $25.00 | |
| TOU | 04/14/22 | C | Journal to APEX CRYPTO / DIRECT ...(APXD) TPJ(37680550-99be-4500 8fca-0996f6148bf) | | | 858.00 | |
| **Total Funds Paid And Received** | | | | | | **$883.00** | |

I N D I V I D U A L    A C C O U N T

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us



*October 1, 2022 - November 30, 2022*

PAGE 2 OF 7

ACCOUNT NUMBER    **5NS-12038-19 RR WEA**

**JAMES RICHARD PEPOON**

## ► PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 824 | $1.90 | $1,565.60 | N/A | N/A | | 99.950% |
| **Total Equities** | | | | | $1,565.60 | | | | 99.950% |
| **Total Cash (Net Portfolio Balance)** | | | | | $0.78 | | | | 0.050% |
| **TOTAL PRICED PORTFOLIO** | | | | | $1,566.38 | | | | |

## ► ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 11/18/22 | C | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 824 | $1.85 | $1,524.40 | |
| **Total Buy / Sell Transactions** | | | | | | $1,524.40 | |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| TIN | 11/15/22 | C | Journal from APEX CRYPTO / DIRECT...(APXD) TP/03r470cc2-252e-4496 973a-8f713dee77f6) | | | | $1,524.43 |
| **Total Funds Paid And Received** | | | | | | | $1,524.43 |

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*March 1, 2023 - March 31, 2023*

ACCOUNT NUMBER    **5NS-12038-19 RR WEA**

JAMES RICHARD PEPOON

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** | | | | | | | |
| JOURNAL | 03/01/23 | C | META MATLS INC COMMON STOCK TFR TO TYPE 1 CUSIP: 59134N104 | 824 | | | |
| JOURNAL | 03/01/23 | O | META MATLS INC COMMON STOCK TFR FROM TYPE 7 CUSIP: 59134N104 | -824 | | | |
| **Total Securities Received And Delivered** | | | | | | | |
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| JOURNAL | 03/10/23 | C | ACCOUNT CHANGED TO 5JZ05010 | | | | |
| JOURNAL | 03/10/23 | C | META MATLS INC COMMON STOCK ACCOUNT CHANGED TO 5JZ05010 CUSIP: 59134N104 | -824 | | $0.78 | |
| **Total Miscellaneous Transactions** | | | | | | $0.78 | |

A C C O U N T    I N D I V I D U A L

# TRADE RECORDS

Currency: USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| MMAT -59134N104<br>META MATERIALS INC | 04/20/2023 | 04/24/2023 | B | 114.00 | 0.19 | -21.43 | 0.00 | -21.43 | |
| | | | | | | | | | Amount |
| | | | | | | | | | 172.78 |

## PORTFOLIO SUMMARY

| Symbol | Cusip | Quantity | FPL Quantity | Multi | Closing Price | Description | Status |
|---|---|---|---|---|---|---|---|
| MMAT | 59134N104 | 938 | | 1 | 0.18 | | POST |
| | | | | | | | POST |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Amount | Description |
|---|---|---|---|---|---|---|---|
| 04/28/2023 | Deposit | USD | | | | 12.00 | |
| 04/25/2023 | Deposit | USD | | | | 30.00 | |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Accrued Dividends: When the company declares the dividends of shares, this part will calculate the dividends to be paid to the user, and the dividends paid to the user during form checking period will be included into cash.

2. Accrued Interest: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.

3. Trades (Sold): Cash from selling securities.

4. Trades (Bought): Cash spent on buying securities.

5. Multiplier(Multi): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.

6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.

7. Fee/Tax: Exchange-related Fees / Transaction-related Fees / Stamp Duty / Settlement Fees / Withholding Tax.

8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.

9. All transactions are based on a FirstIn, First-out ("FIFO") method.

10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).

11. Account Types: C = Cash, M = Margin, S = Short, X = RVP/DVP, and O = Other

# TRADE RECORDS

Currency: USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | Remarks | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 277.41 |
| MMAT -59134N104<br>META MATERIALS INC | 05/24/2023 | 05/26/2023 | B | 100.00 | 0.25 | -25.00 | 0.00 | -25.00 | | |
| MMAT -59134N104<br>META MATERIALS INC | 05/12/2023 | 05/16/2023 | B | 283.00 | 0.20 | -57.10 | 0.00 | -57.10 | | |

## PORTFOLIO SUMMARY

| Symbol | Cusip | Quantity | Symbol | Cusip | Quantity | FPL Quantity | Multi | Closing Price | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| MMAT | 59134N104 | 1321 | | | | | 1 | 0.21 | | |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Amount | Description | Status |
|---|---|---|---|---|---|---|---|---|
| 05/25/2023 | Deposit | USD | | | | 25.00 | | POST |
| 05/15/2023 | Deposit | USD | | | | 40.00 | | POST |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Accrued Dividends: When the company declares the dividends of shares, this part will calculate the dividends to be paid to the user, and the dividends paid to the user during form checking period will be included into cash.

2. Accrued Interest: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.

3. Trades (Sold): Cash from selling securities.

4. Trades (Bought): Cash spent on buying securities.

5. Multiplier(Multi): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock size is 1 by default and the individual stock option is 100.

6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.

7. Fee/Tax: Exchange-related Fees / Transaction-related Fees / Stamp Duty / Settlement Fees / Withholding Tax.

8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.

9. All transactions are based on a First-in, First-out ("FIFO") method.

10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).

2 of 4

## SECURITIES TRADING ACTIVITY

Currency: USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Multi | Gross Amount | Fee/Tax | Net Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| MMAT -59134N104<br>META MATERIALS INC | 11/07/2023 | 11/09/2023 | B | 1000.00 | 0.1000 | 1 | -100.00 | 0.00 | -100.00 | |

## OPEN POSITIONS

| Symbol | Cusip | Quantity | Amount | Closing Price | Status | Amount |
|---|---|---|---|---|---|---|
| MMAT | 59134N104 | 2321 | | 0.0943 | POST | 218.87 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Description | Status |
|---|---|---|---|---|---|---|---|
| 11/07/2023 | Deposit | USD | | | 100.00 | ACH Deposit - 5NS12038 100 | POST |
| 11/20/2023 | Deposit | USD | | | 100.00 | ACH Deposit - 5NS12038 100 | POST |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Pending Dividends: The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future outside of the statement period.

2. Accrued Interest: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.

3. Trades (Sold): Cash from selling securities.

4. Trades (Bought): Cash spent on buying securities.

5. Multiplier(Multi): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.

6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.

7. The sum of Exchange-related fees, transaction-related fees, stamp duty, withholding tax, contract fees, commissions, or other fees or taxes.

8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.

9. All transactions are based on a First-in, First-out ("FIFO") method.

10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).

11. Account Types: C = Cash, M = Margin, S = Short, X = RVP/DVP, and O = Other

12. FPSL: The Apex Clearing Corporation Fully-Paid Securities Lending Program.

13. Market Value of Securities Held Long includes the market value of securities held in non-short account types (i.e. Cash account, Margin account).

14. Market Value of Securities Held Short includes the market value of securities held in the short account type. Bona fide short positions will mark-to-market on a daily basis between the margin and short account types based on prevailing closing prices of the security which was shorted.

15. Market Value of Fully-Paid Securities Loaned. The market value of the fully-paid securities you have loaned through participating in the Apex Clearing Corporation Fully-Paid Securities Lending Program.

## SECURITIES TRADING ACTIVITY

Currency: USD

| Symbol & Name | Trade Date | Settlement Date | Buy/Sell | Quantity | Price | Multi | Gross Amount | Fee/Tax | Net Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| MMAT -59134N104 META MATERIALS INC | 12/01/2023 | 12/05/2023 | B | 1330.00 | 0.0750 | 1 | -99.75 | 0.00 | -99.75 | |

## OPEN POSITIONS

| Symbol | Cusip | Quantity | Closing Price | Amount |
|---|---|---|---|---|
| MMAT | 59134N104 | 3651 | 0.0660 | 240.97 |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Pending Dividends: The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future outside of the statement period.

2. Accrued Interest: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.

3. Trades (Sold): Cash from selling securities.

4. Trades (Bought): Cash spent on buying securities.

5. Multiplier(Mult): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.

6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.

7. The sum of Exchange-related fees, transaction-related fees, stamp duty, withholding tax, contract fees, commissions, or other fees or taxes.

8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.

9. All transactions are based on a First-in, First-out ("FIFO") method.

10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).

11. Account Types: C = Cash, M = Margin, S = Short, X = RVP/DVP, and O = Other

12. FPSL: The Apex Clearing Corporation Fully-Paid Securities Lending Program.

13. Market Value of Securities Held Long includes the market value of securities held in non-short account types (i.e. Cash account, Margin account).

14. Market Value of Securities Held Short includes the market value of securities held in the short account type. Bona fide short positions will mark-to-market on a daily basis between the margin and short account types based on prevailing closing prices of the security which was shorted.

15. Market Value of Fully-Paid Securities Loaned. The market value of the fully-paid securities you have loaned through participating in the Apex Clearing Corporation Fully-Paid Securities Lending Program.

16. Collateral Value and Loan Value. Collateral Value and Loan Value are related to the fully-paid securities lent by you under the FPSL program. Collateral Value is the amount of collateral (e.g. cash) held on your behalf through the program's Trustee for your benefit at a bank. Loan Value is the market value of the fully-paid securities you have loaned, subject to rounding convention, through participating in the FPSL Program. See the Master Securities Lending Agreement for Apex Clearing Corporation Fully-Paid Securities Lending Program for complete program details.

17. Portfolio Market Value. The sum of the cash in your account (i.e. Total Cash Value), the securities in your account (i.e. Market Value of Securities in Your Account), and the market value of the fully-paid securities on loan (i.e. Market Value of Fully-Paid Securities Loaned)

18. Payment in Lieu. Cash distributions paid on fully-paid securities on loan in the Securities Lending Income Program will be credited to your Webull account in the form of a "cash-in-lieu" payment. Receipt of cash-in-lieu payments may have different taxable consequences than receipt of the actual dividends from the issuer.

### IMPORTANT INFORMATION

1. Webull carries your account on an omnibus basis with Apex Clearing Corporation, which acts as the clearing broker.

## CASH BALANCE DETAIL

| | SIPC Cash Balance | FDIC Cash Balance | Total |
|---|---|---|---|
| Opening | 0.33 | 0.00 | 0.33 |
| Closing | 0.02 | 0.00 | 0.02 |

## CASH REPORT SUMMARY

This section provides a summary of all cash deposits, withdrawals, and other movements within your Webull brokerage account during the statement period. Key definitions and terms can be found at the end of this document.

| | USD |
|---|---|
| Opening Cash | 0.33 |
| Deposits | 100.00 |
| Withdrawals | 0.00 |
| Trades (Sold) | 0.00 |
| Trades (Bought) | -100.31 |
| Fee | 0.00 |
| Tax | 0.00 |
| Dividends | 0.00 |
| Interest | 0.00 |
| Others | 0.00 |
| Closing Cash | 0.02 |
| Closing Cash (Settled) | 0.02 |

## SECURITIES TRADING ACTIVITY

Currency: USD

| Symbol & Name | Trade Date | Cusip | Settlement Date | Buy/Sell | Quantity | Price | Gross Amount | Fee/Tax | Net Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| MMAT -59134N104 META MATERIALS INC | 01/22/2024 | 59134N302 | 01/24/2024 | B | 1433.00 | 0.0700 | -100.31 | 0.00 | -100.31 | |

## OPEN POSITIONS

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| MMAT | 59134N302 | 51 | 1 | 3.82 | 194.82 |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Amount | Description | Status |
|---|---|---|---|---|---|---|---|---|
| 01/17/2024 | Deposit | USD | | | | 100.00 | ACH Deposit - 5NS12038 100 | POST |
| 01/29/2024 | Corporate Action | | MMAT | 59134N104 | -5084 | | META MATERIALS INC — Reverse Split @100:1 — into 59134N302 | |
| 01/29/2024 | Corporate Action | | MMAT | 59134N302 | 51 | | META MATERIALS INC — Reverse Split @100:1 — Result of Reverse Split | |

# SECURITIES TRADING ACTIVITY

## Equities & Options

Currency: USD

| Symbol & Name | Trade Date | Settlement Date | Cusip | Buy/Sell | Quantity | Price | Gross Amount | Commission | Fee/Tax | Net Amount | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MMAT - 59134N302<br>META MATERIALS INC | 03/28/2024 | 04/02/2024 | | S | -4000.00 | 2.79 | 11,160.00 | 0.00 | -0.75 | 11,159.25 | |
| MMAT - 59134N302<br>META MATERIALS INC | 03/25/2024 | 03/27/2024 | | B | 2000.00 | 2.40 | -4,800.00 | 0.00 | 0.00 | -4,800.00 | |
| MMAT - 59134N302<br>META MATERIALS INC | 03/22/2024 | 03/26/2024 | | B | 1000.00 | 2.28 | -2,280.00 | 0.00 | 0.00 | -2,280.00 | |
| MMAT - 59134N302<br>META MATERIALS INC | 03/14/2024 | 03/18/2024 | | B | 549.00 | 1.95 | -1,070.55 | 0.00 | 0.00 | -1,070.55 | |
| MMAT - 59134N302<br>META MATERIALS INC | 03/08/2024 | 03/12/2024 | | B | 400.00 | 2.47 | -988.00 | 0.00 | 0.00 | -988.00 | |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Quantity | Amount | Description |
|---|---|---|---|---|---|---|
| 03/01/2024 | Deposit | USD | | | 10,000.00 | ACH Deposit - 5NS12038 10000 |
| 03/04/2024 | Deposit | USD | | | 10,000.00 | ACH Deposit - 5NS12038 10000 |
| 03/28/2024 | Withdraw | USD | | | -10,500.00 | ACH Withdraw - 5NS12038 10500 |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Accrued Dividends: The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future outside of the statement period.

2. Accrued Balance: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.

3. Trades (Sold): Cash from selling securities.

4. Trades (Bought): Cash spent on buying securities.

5. Multiplier(Mult): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.

6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.

7. The sum of Exchange-related fees, transaction-related fees, stamp duty, withholding tax, contract fees, commissions, or other fees or taxes.

8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.

9. All transactions are based on a First-in, First-out ("FIFO") method.

10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).

11. Account Types: C = Cash, M = Margin, S = Short, X = RVP/DVP, and O = Other

12. FPSL: The Apex Clearing Corporation Fully-Paid Securities Lending Program.

13. Market Value of Securities Held Long includes the market value of securities held in non-short account types (i.e. Cash account, Margin account).

14. Market Value of Securities Held Short includes the market value of securities held in the short account type. Bona fide short positions will mark-to-market on a daily basis between the margin and short account types based on prevailing closing prices of the security which was shorted.

15. Market Value of Fully-Paid Securities Loaned. The market value of the fully-paid securities you have loaned through participating in the Apex Clearing Corporation Fully-Paid Securities Lending Program.

16. Collateral Value and Loan Value. Collateral Value and Loan Value are related to the fully-paid securities lent by you under the FPSL program. Collateral Value is the amount of collateral (e.g. cash) held on your behalf through the program's Trustee for your benefit at a bank. Loan Value is the market value of the fully-paid securities you have loaned, subject to rounding convention, through participating in the FPSL Program. See the Master Securities Lending Agreement for Apex Clearing Corporation Fully-Paid Securities Lending Program for complete program details.