NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: **META MATERIALS, INC** | Case Number: **24-50792** | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   James Pepoon
   5103 Rue Vendome
   Lutz, FL 33558

   Telephone Number: 813-955-6057

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   DEC 17 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
**FIDELITY ACCOUNT X91956592**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Fidelity Investments
   PO Box 770001, Cincinnati, OH 45277-0002
   Telephone Number: 800-544-6666

3. Date Equity Interest was acquired:
   Between 2021 - 2024
   SEE ATTACHED DOCUMENTATION

4. Total amount of member interest: 641.36 SHARES FOR $55,045.77

5. Certificate number(s): SEE ATTACHED DOCUMENTATION

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: James Pepoon
   Title:
   Company: ___ Address and telephone number (if different from notice address above):

   (Signature)    12/15/24 (Date)
   Telephone number: 813-955-6057    email: jpepoon@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# JIM CASH MANAGEMENT

Cash Account: X91955592 · Routing number ⓘ

| Summary | Positions | Activity & Orders | Balances | Documents | Planning | More (5) |

**Overview** ⌄

As of Dec 15 2024 9:06 a.m. ET

| Symbol | Last Price | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | Current Value | % of Account | Quantity | Average Cost Basis | Cost Basis Total | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **JIM CASH MANAGEMENT** X91955592 | | | | | | | | | | | | |
| Manage Dividends | | | | | | | | | | | | |
| **Cash** FDIC INSURED DEPOSIT SWEEP | | | | | | | $28,242.88 | 59.19% | | | | |
| **BKKT** BAKKT HOLDINGS INC COM CL A NEW | $28.82 | -$1.81 | +$322.00 | +5.91% | -$988.22 | -14.38% | $5,764.00 | 12.85% | 200 | $33.66 | $6,732.22 | $3.57 ◆ $58.70 |
| **DJT** TRUMP MEDIA & TECHNOLOGY GROU... | $36.59 | -$0.39 | +$78.00 | +1.07% | -$477.42 | -6.13% | $7,318.00 | 18.44% | 200 | $38.98 | $7,795.42 | $11.75 ◆ $79.38 |
| **MMATQ** META MATERIALS INC COM NEW ISIN... | — | $0.00 | $0.00 | 0.00% | -$55,045.77 | -100.00% | $0.00 | 0.00% | 641.36 | $85.83 | $55,045.77 | — |




✕

### META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

[Buy] [Sell] [Set Exit Plan]

Purchase History · Research

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Dec 15 2023 | Short | $501.34 | -100% | $0.00 | 68.21 | $7.35 | $501.34 |
| Dec 15 2023 | Short | $500.04 | -100% | $0.00 | 67.21 | $7.44 | $500.04 |
| Nov 28 2023 | Long | $502.02 | -100% | $0.00 | 59.2 | $8.48 | $502.02 |
| Nov 07 2023 | Long | $1,975.00 | -100% | $0.00 | 197.5 | $10.00 | $1,975.00 |
| Jul 03 2023 | Long | $108.05 | -100% | $0.00 | 5.43 | $19.90 | $108.05 |
| Jun 22 2023 | Long | $142.16 | -100% | $0.00 | 7.29 | $19.50 | $142.16 |
| Feb 17 2023 | Long | $139.30 | -100% | $0.00 | 1.99 | $70.00 | $139.30 |
| Jan 04 2023 | Long | $209.75 | -100% | $0.00 | 1.09 | $110.96 | $209.75 |
| Nov 15 2022 | Long | $10,209.75 | -100% | $0.00 | 55.35 | $185.00 | $10,209.75 |
| Nov 15 2022 | Long | $190.00 | -100% | $0.00 | 1 | $193.00 | $190.00 |
| Nov 15 2022 | Long | $22,727.25 | -100% | $0.00 | 122.85 | $185.00 | $22,727.25 |
| Nov 15 2022 | Long | $267.57 | -100% | $0.00 | 1.49 | $190.00 | $267.57 |
| Nov 14 2022 | Long | $206.39 | -100% | $0.00 | 1.24 | $166.44 | $206.39 |
| Nov 04 2022 | Long | $677.90 | -100% | $0.00 | 4.55 | $148.99 | $677.90 |
| Nov 04 2022 | Long | $118.50 | -100% | $0.00 | 0.79 | $150.00 | $118.50 |
| Nov 04 2022 | Long | $962.54 | -100% | $0.00 | 6.46 | $149.00 | $962.54 |
| Nov 03 2022 | Long | $1,873.20 | -100% | $0.00 | 13.52 | $139.00 | $1,879.20 |
| Oct 10 2022 | Long | $499.64 | -100% | $0.00 | 6.82 | $73.29 | $499.64 |
| Oct 10 2022 | Long | $390.23 | -100% | $0.00 | 5.35 | $73.50 | $390.23 |
| Nov 10 2021 | Long | $490.42 | -100% | $0.00 | 1 | $490.42 | $490.42 |
| Sep 16 2021 | Long | $489.00 | -100% | $0.00 | 1 | $489.00 | $489.00 |
| Jun 23 2021 | Long | $11,800.44 | -100% | $0.00 | 11.22 | $1,052.00 | $11,800.44 |

Show Less ⌄

| Run Date | Action | Symbol | Description | Quantity | Price ($) | Amount ($) | Cash Balance ($) | Settlement Date |
|---|---|---|---|---|---|---|---|---|
| 03/11/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 350 | $2.68 | ($938.74) | $287.92 | 3/15/2021 |
| 03/12/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 90 | $3.07 | ($276.30) | $11.62 | 3/16/2021 |
| 03/15/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 4000 | $2.47 | ($9,860.00) | ($45,770.17) | 3/17/2021 |
| 03/15/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 560 | $2.54 | ($1,424.19) | ($35,910.17) | 3/17/2021 |
| 03/15/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 1000 | $2.38 | ($2,375.00) | $39,848.75 | 3/19/2021 |
| 03/17/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 1000 | $1.93 | ($1,929.00) | $17,176.59 | 3/19/2021 |
| 03/25/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 250 | $1.86 | ($464.90) | $34,687.82 | 3/29/2021 |
| 04/01/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 50 | $1.79 | ($89.25) | $35,152.72 | 4/6/2021 |
| 04/01/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 100 | $1.84 | ($183.50) | $30,839.49 | 4/6/2021 |
| 04/05/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 600 | $1.91 | ($1,145.52) | $26,976.62 | 4/7/2021 |
| 04/06/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 1000 | $1.83 | ($1,825.00) | $1,336.61 | 4/8/2021 |
| 04/07/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 250 | $1.81 | ($452.13) | $1,146.50 | 4/9/2021 |
| 04/08/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 250 | $1.82 | ($453.75) | $64.00 | 4/12/2021 |
| 04/12/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 50 | $1.69 | ($84.25) | $517.75 | 4/14/2021 |
| 04/12/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 450 | $1.58 | ($711.00) | $14,116.02 | 4/14/2021 |
| 04/15/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 250 | $1.95 | ($488.53) | $4,268.04 | 4/19/2021 |
| 04/27/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 250 | $2.03 | ($507.53) | $3,465.67 | 4/29/2021 |
| 04/30/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 2 | $3.11 | ($6.22) | $2.23 | 5/4/2021 |
| 06/11/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 48 | $5.06 | ($242.64) | $9.59 | 6/15/2021 |
| 06/17/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 50 | $4.94 | ($246.90) | $46,802.76 | 6/21/2021 |
| 06/25/2021 | REVERSE SPLIT R/S FROM 89102U103#REOR M0051336480001 META MATERIALS INC | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 5275 | | $41,989.00 | $47,880.23 | 6/29/2021 |
| 06/28/2021 | REVERSE SPLIT R/S TO 59134N104#REOR M0051336480000 TORCHLIGHT ENERGY RES | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | -10550 | | ($52,222.50) | $47,880.23 | |
| 06/28/2021 | REVERSE SPLIT R/S FROM 89102U103#REOR M0051336480001 META MATERIALS INC | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 25 | | $175.75 | $45,128.66 | |
| 06/29/2021 | REVERSE SPLIT R/S TO 59134N104#REOR M0051336480000 TORCHLIGHT ENERGY RES | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | -50 | | ($247.50) | $45,128.66 | |
| 07/02/2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 50 | $6.79 | ($339.72) | $17,795.81 | 7/7/2021 |
| 07/06/2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 150 | $6.96 | ($1,044.00) | $87.98 | 7/8/2021 |
| 07/09/2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 100 | $4.03 | ($402.73) | ($401.08) | 7/14/2021 |
| 07/12/2021 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | -5600 | $4.65 | $26,039.86 | $27,946.53 | 9/2/2021 |
| 08/31/2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 78 | $5.50 | ($429.00) | $85.12 | 10/13/2021 |
| 10/11/2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 7 | $5.15 | ($36.05) | $49.07 | 10/18/2021 |
| 10/14/2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 5 | $5.05 | ($25.25) | $23.82 | 10/19/2021 |
| 10/15/2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 5 | $4.69 | ($23.45) | $6,374.88 | 10/21/2021 |
| 10/19/2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 5 | $4.25 | ($21.25) | $19,509.37 | 10/26/2021 |
| 10/22/2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 25 | $4.65 | ($116.25) | $7,308.78 | 10/27/2021 |
| 10/25/2021 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | -125 | $5.25 | $656.24 | $751.97 | 11/1/2021 |
| 10/28/2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 125 | $5.15 | ($643.75) | $954.49 | 11/3/2021 |
| 11/01/2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 25 | $4.90 | ($122.50) | $24.49 | 11/9/2021 |
| 11/05/2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | -150 | $5.25 | $786.74 | $811.23 | 11/10/2021 |
| 11/08/2021 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 500 | $4.10 | ($2,049.55) | $1,555.32 | 11/24/2021 |
| 11/22/2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | -500 | $4.20 | $2,099.98 | $2,957.17 | 11/29/2021 |
| 11/24/2021 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | | | | | |

Brokerage services are provided by Fidelity Brokerage Services LLC (FBS), 900 Salem Street, Smithfield, RI 02917. Custody and other services provided by National
Date downloaded 12/14/2024 4:57 pm
Financial Services LLC (NFS). Both are Fidelity Investment companies and members SIPC, NYSE. Insurance products at Fidelity are distributed by
Fidelity Insurance Agency, Inc., and, for certain products, by Fidelity Brokerage Services, Member NYSE, SIPC.
exported and is subject to change. It should not be used in place of your account statements or trade confirmations and is not intended for tax reporting
informational purposes only, and is not intended to provide advice, nor should it be construed as an offer to sell, a solicitation of an offer to buy or a
recommendation for any security or insurance product by Fidelity or any third party. Data and information shown is based on information known to Fidelity as of the date it was
purposes. For more information on the data included in this spreadsheet, including any limitations thereof, go to Fidelity.com.
The data and information in this spreadsheet is provided to you solely for your use and is not for distribution. The spreadsheet is provided for

| Run Date | Action | Symbol | Description | Quantity | Price ($) | Amount ($) | Cash Balance ($) | Settlement Date |
|---|---|---|---|---|---|---|---|---|
| 01/06/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 50 | $2.50 | ($125.00) | $0.90 | 1/10/2022 |
| 01/11/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 50 | $2.25 | ($112.50) | $1,214.62 | 1/13/2022 |
| 01/13/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 50 | $2.24 | ($111.93) | $1,094.08 | 1/18/2022 |
| 01/14/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 15 | $2.09 | ($31.42) | $450.31 | 1/19/2022 |
| 01/14/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 10 | $2.10 | ($20.95) | $481.73 | 1/19/2022 |
| 01/18/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 25 | $2.10 | ($52.45) | $397.86 | 1/20/2022 |
| 01/20/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 50 | $2.05 | ($102.50) | $11,569.93 | 1/24/2022 |
| 01/21/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 25 | $1.87 | ($46.63) | $18.18 | 1/25/2022 |
| 01/25/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 10 | $1.69 | ($16.85) | $1.33 | 1/27/2022 |
| 01/27/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 15 | $1.56 | ($23.38) | $190.58 | 1/31/2022 |
| 01/28/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 15 | $1.45 | ($21.75) | $496.57 | 2/1/2022 |
| 02/01/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 185 | $1.81 | ($334.46) | $153.36 | 2/3/2022 |
| 02/03/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 25 | $1.65 | ($41.13) | $78.64 | 2/7/2022 |
| 02/08/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 25 | $1.61 | ($40.37) | $2,455.27 | 2/10/2022 |
| 02/10/2022 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Ca. | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | -550 | $2.00 | $1,099.99 | $6,716.49 | 2/14/2022 |
| 11/04/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 646 | $1.49 | ($962.54) | ($314.10) | 11/8/2022 |
| 11/15/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 12285 | $1.85 | ($22,727.25) | ($4,412.10) | 11/17/2022 |
| 11/15/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 149 | $1.93 | ($287.57) | $18,315.15 | 11/17/2022 |
| 11/17/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 7 | $1.70 | ($11.89) | $0.28 | 11/21/2022 |

Brokerage services are provided by Fidelity Brokerage Services LLC (FBS), 900 Salem Street, Smithfield, RI 02917. Custody and other services provided by National Financial Services LLC (NFS). Both are Fidelity Investment companies and members SIPC, NYSE. Insurance products at Fidelity are distributed by Fidelity Insurance Agency, Inc., and, for certain products, by Fidelity Brokerage Services, Member NYSE, SIPC.

Date downloaded 12/14/2024 4:58 pm

exported and is subject to change. It should not be used in place of your account statements or trade confirmations and is not intended for tax reporting purposes. For more information on the data included in this spreadsheet, including any limitations thereof, go to Fidelity.com.

informational purposes only, and is not intended to provide advice, nor should it be construed as an offer to sell, a solicitation of an offer to buy or a recommendation for any security or insurance product by Fidelity or any third party. Data and information shown is based on information known to Fidelity as of the date it was

The data and information in this spreadsheet is provided to you solely for your use and is not for distribution. The spreadsheet is provided for

| Run Date | Action | Symbol | Description | Quantity | Price ($) | Amount ($) | Cash Balan | Settlement Date |
|---|---|---|---|---|---|---|---|---|
| 02/14/2023 | TRANSFERRED FROM VS X77-819585-1 META MATERIALS INC COM ISIN US59134N... (59134N104) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 10502 | | $7,724.22 | $141.37 | 2/22/2023 |
| 02/17/2023 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 199 | $0.70 | ($139.30) | $2.07 | 2/23/2023 |
| 02/21/2023 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 3 | $0.66 | ($1.99) | $0.08 | 6/5/2023 |
| 06/01/2023 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 195 | $0.22 | ($41.93) | $0.06 | 6/26/2023 |
| 06/22/2023 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 729 | $0.20 | ($142.16) | $0.02 | 7/6/2023 |
| 07/03/2023 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 543 | $0.20 | ($108.05) | $0.08 | 11/9/2023 |
| 11/07/2023 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 19750 | $0.10 | ($1,975.00) | $0.09 | 11/30/2023 |
| 11/28/2023 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 5920 | $0.08 | ($502.02) | $0.07 | 12/19/2023 |
| 12/15/2023 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 6821 | $0.07 | ($501.34) | $0.06 | 12/19/2023 |
| 12/15/2023 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 6721 | $0.07 | ($500.04) | $501.40 | 12/19/2023 |

Brokerage services are provided by Fidelity Brokerage Services LLC (FBS), 900 Salem Street, Smithfield, RI 02917. Custody and other services provided by National

Date downloaded 12/14/2024 4:59 pm

exported and is subject to change. It should not be used in place of your account statements or trade confirmations and is not intended for tax reporting

Fidelity Insurance Agency, Inc., and, for certain products, by Fidelity Brokerage Services, Member NYSE, SIPC.

Financial Services LLC (NFS). Both are Fidelity Investment companies and members SIPC, NYSE. Insurance products at Fidelity are distributed by

informational purposes only, and is not intended to provide advice, nor should it be construed as an offer to sell, a solicitation of an offer to buy or a

purposes. For more information on the data included in this spreadsheet, including any limitations thereof, go to Fidelity.com.

recommendation for any security or insurance product by Fidelity or any third party. Data and information shown is based on information known to Fidelity as of the date it was

The data and information in this spreadsheet is provided to you solely for your use and is not for distribution. The spreadsheet is provided for

| Run Date | Action | Symbol | Description | Quantity | Price ($) | Amount ($) | Cash Balance ($) | Settlement Date |
|---|---|---|---|---|---|---|---|---|
| 01/25/2024 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N...(59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 530 | $0.06 | ($29.15) | $1.43 | 1/29/2024 |
| 01/29/2024 | REVERSE SPLIT R/S TO 59134N302#REOR M0051559130000 META MATERIALS INC COM ISIN US | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | -65000 | | ($3,783.00) | $1.43 | |
| 01/29/2024 | REVERSE SPLIT R/S FROM 59134N104#REOR M0051559130001 META MATERIALS INC COM NEW | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | 650 | | $3,581.50 | $1.43 | |
| 03/22/2024 | YOU BOUGHT META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | 4 | $2.25 | ($9.00) | $8,523.17 | 3/26/2024 |
| 03/22/2024 | YOU BOUGHT META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | 4 | $2.27 | ($9.08) | $8,532.17 | 3/26/2024 |
| 06/05/2024 | YOU BOUGHT META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | 12 | $3.45 | ($41.40) | $5,861.95 | 6/6/2024 |
| 08/15/2024 | YOU BOUGHT META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | 12000 | $0.69 | ($8,280.00) | $8.62 | 8/16/2024 |
| 08/16/2024 | YOU SOLD META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | -0.46 | $0.66 | $0.30 | $7,947.42 | 8/19/2024 |
| 08/16/2024 | YOU SOLD META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | -27 | $0.66 | $17.82 | $7,947.12 | 8/19/2024 |
| 08/16/2024 | YOU SOLD META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | -37 | $0.67 | $24.79 | $7,929.30 | 8/19/2024 |
| 08/16/2024 | YOU SOLD META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | -100 | $0.66 | $66.00 | $7,904.51 | 8/19/2024 |
| 08/16/2024 | YOU SOLD META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | -100 | $0.66 | $66.00 | $7,838.51 | 8/19/2024 |
| 08/16/2024 | YOU SOLD META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | -100 | $0.66 | $66.00 | $7,772.51 | 8/19/2024 |
| 08/16/2024 | YOU SOLD META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | -100 | $0.66 | $66.00 | $7,706.51 | 8/19/2024 |
| 08/16/2024 | YOU SOLD META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | -100 | $0.66 | $66.00 | $7,640.51 | 8/19/2024 |
| 08/16/2024 | YOU SOLD META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | -100 | $0.66 | $66.00 | $7,574.51 | 8/19/2024 |
| 08/16/2024 | YOU SOLD META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | -100 | $0.66 | $66.00 | $7,508.51 | 8/19/2024 |
| 08/16/2024 | YOU SOLD META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | -100 | $0.66 | $66.01 | $7,442.51 | 8/19/2024 |
| 08/16/2024 | YOU SOLD META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | -100 | $0.67 | $66.50 | $7,376.50 | 8/19/2024 |
| 08/16/2024 | YOU SOLD META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | -521 | $0.66 | $343.86 | $7,310.00 | 8/19/2024 |
| 08/16/2024 | YOU SOLD META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | -942 | $0.66 | $621.70 | $6,966.14 | 8/19/2024 |
| 08/16/2024 | YOU SOLD META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | -9600 | $0.66 | $6,335.82 | $6,344.44 | 8/19/2024 |
| 08/29/2024 | YOU SOLD META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | -0.18 | $0.45 | $0.08 | $46.77 | 8/30/2024 |
| 10/28/2024 | YOU SOLD META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | -1 | $0.11 | $0.11 | $29,638.75 | 10/29/2024 |

Brokerage services are provided by Fidelity Brokerage Services LLC (FBS), 900 Salem Street, Smithfield, RI 02917. Custody and other services provided by National
Date downloaded 12/14/2024 4:59 pm
Fidelity Insurance Agency, Inc., and, for certain products, by Fidelity Brokerage Services, Member NYSE, SIPC.
Financial Services LLC (NFS). Both are Fidelity Investment companies and members SIPC, NYSE. Insurance products at Fidelity are distributed by
exported and is subject to change. It should not be used in place of your account statements or trade confirmations and is not intended for tax reporting
informational purposes only, and is not intended to provide advice, nor should it be construed as an offer to sell, a solicitation of an offer to buy or a
purposes. For more information on the data included in this spreadsheet, including any limitations thereof, go to Fidelity.com.
recommendation for any security or insurance product by Fidelity or any third party. Data and information shown is based on information known to Fidelity as of the date it was
The data and information in this spreadsheet is provided to you solely for your use and is not for distribution. The spreadsheet is provided for