NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |

Name of Debtor: **META MATERIALS, INC**

Case Number: **24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

    JAMES PEPOON
    5103 Rue Vendome
    Lutz, FL 33558

    Telephone Number: 813-955-6057

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 17 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
**FIDELITY ACCOUNT #141596515**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

    Fidelity Investments
    PO Box 770001, Cincinnati, OH 45277-0002
    Telephone Number:

3. Date Equity Interest was acquired:
    Between 2021-2024
    See ATTACHED Documentation

4. Total amount of member interest: 49.97 SHARES FOR $8,832.11

5. Certificate number(s): SEE ATTACHED DOCUMENTATION

6. Type of Equity Interest:
    Please indicate the type of Equity Interest you hold:
    ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
    ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
    Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
    DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
    Check the appropriate box.
    ☑ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
    (Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
    (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: JAMES PEPOON
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature)   12/15/24 (Date)

Telephone number: 813-955-6057   email: jpepoon@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# JIM ROTH IRA

Brokerage 141598515 · Routing number

Summary   Positions   Activity & Orders   Balances   Documents   Planning   More (5)

Overview ∨

As of Dec 15 2024 9:41 a.m. ET

| Symbol | Last Price | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | Current Value | % of Account | Quantity | Average Cost Basis | Cost Basis Total | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **JIM ROTH IRA** 141598515 | | | | | | | | | | | | |
| Manage Dividends | | | | | | | | | | | | |
| **Cash** HELD IN MONEY MARKET | | | | | | | $0.13 | 0.03% | | | | |
| **DJT** TRUMP MEDIA & TECHNOLOGY GROUP | $36.58 | +$0.39 | +$4.29 | +1.07% | -$125.51 | -23.78% | $402.49 | 83.37% | 11 | $48.00 | $528.00 | $16.03 ━◆━ $79.38 |
| **MMATQ** META MATERIALS INC COM NEW ISIN #... | — | $0.00 | $0.00 | 0.00% | -$8,832.11 | -100.00% | $0.00 | 0.00% | 49.97 | $176.75 | $8,832.11 | — |

✕

## META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J96

[ Buy ]  [ Sell ]   Set Exit Plan

Purchase History   Research

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Jan 04 2023 | Long | $346.29 | -100% | $0.00 | 3.12 | $110.99 | $346.29 |
| Dec 01 2022 | Long | $270.49 | -100% | $0.00 | 1.47 | $184.00 | $270.49 |
| Nov 17 2022 | Long | $268.08 | -100% | $0.00 | 1.59 | $169.43 | $269.99 |
| Nov 15 2022 | Long | $2,699.15 | -100% | $0.00 | 14.59 | $185.00 | $2,699.15 |
| Nov 15 2022 | Long | $660.48 | -100% | $0.00 | 3.44 | $192.00 | $660.48 |
| Nov 15 2022 | Long | $3,601.95 | -100% | $0.00 | 19.47 | $185.00 | $3,601.95 |
| Nov 15 2022 | Long | $180.17 | -100% | $0.00 | 0.97 | $190.99 | $180.17 |
| Nov 15 2022 | Long | $526.00 | -100% | $0.00 | 3.52 | $150.00 | $526.00 |
| Nov 04 2022 | Long | — | — | — | — | — | — |
| Nov 04 2022 | Long | $268.20 | -100% | $0.00 | 1.8 | $149.00 | $268.20 |

| Run Date | Action | Symbol | Description | Quantity | Price ($) | Amount ($) | Cash Balance ($) | Settlement Date |
|---|---|---|---|---|---|---|---|---|
| 02/16/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 1,295.00 | $4.63 | ($5,989.38) | $94.90 | 2/18/2021 |
| 02/16/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 2.29 | $4.63 | ($10.62) | $6,084.28 | 2/18/2021 |
| 02/22/2021 | YOU SOLD TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | -0.29 | $3.51 | $1.02 | $6,952.13 | 2/24/2021 |
| 02/22/2021 | YOU SOLD TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | -2 | $3.52 | $7.03 | $6,951.11 | 2/24/2021 |
| 02/23/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 1,000.00 | $2.75 | ($2,745.00) | $329.75 | 2/25/2021 |
| 02/24/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 300 | $3.04 | ($910.50) | $1,750.60 | 2/26/2021 |
| 02/25/2021 | YOU SOLD TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | -95 | $2.57 | $244.34 | $408.95 | 3/1/2021 |
| 02/26/2021 | YOU SOLD TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 1,000.00 | $2.48 | ($2,480.10) | $4,432.00 | 3/2/2021 |
| 02/26/2021 | YOU SOLD TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | -1,500.00 | $2.49 | $3,734.98 | $6,912.10 | 3/2/2021 |
| 03/04/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 200 | $2.03 | ($405.00) | $6,325.78 | 3/8/2021 |
| 03/04/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 100 | $2.48 | ($248.00) | $1,730.78 | 3/8/2021 |
| 03/12/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 10 | $3.10 | ($31.00) | $11.74 | 3/16/2021 |
| 03/18/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 5 | $2.21 | ($11.05) | $0.69 | 3/22/2021 |
| 04/01/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 75 | $1.79 | ($133.88) | $9,008.73 | 4/6/2021 |
| 04/01/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 35 | $1.85 | ($64.75) | $9,142.61 | 4/6/2021 |
| 04/06/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 575 | $1.91 | ($1,097.85) | $661.68 | 4/8/2021 |
| 04/07/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 250 | $1.84 | ($459.20) | $202.48 | 4/9/2021 |
| 04/08/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 100 | $1.82 | ($181.50) | $20.98 | 4/12/2021 |
| 04/12/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 10 | $1.82 | ($18.20) | $2.78 | 4/14/2021 |
| 04/16/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 140 | $1.33 | ($185.50) | $3,905.24 | 4/20/2021 |
| 04/16/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 1,500.00 | $1.42 | ($2,122.50) | $1,782.74 | 4/21/2021 |
| 04/19/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | 10 | $3.11 | ($31.08) | $3.52 | 6/15/2021 |
| 06/11/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 2,505.00 | | $19,939.80 | $16,842.72 | |
| 06/28/2021 | REVERSE SPLIT R/S FROM 89102U103#REOR M00513364800001 META MATERIALS INC COM ISIN US591... | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | -5,010.00 | | ($24,799.50) | $16,842.72 | |
| 06/28/2021 | REVERSE SPLIT R/S TO 59134N104##REOR M00513364800000 TORCHLIGHT ENERGY RESOURCES INC 1 FO | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | -5 | $6.35 | $31.72 | $12,524.70 | 7/2/2021 |
| 06/30/2021 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 2,500.00 | $3.99 | ($9,985.00) | $789.50 | 7/14/2021 |
| 07/12/2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | -2,500.00 | $4.14 | $10,337.44 | $10,774.50 | 7/14/2021 |
| 07/12/2021 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 173 | $3.48 | ($601.33) | $71.53 | 8/3/2021 |
| 07/30/2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | -3 | $4.18 | $12.55 | $10,188.44 | 8/31/2021 |
| 08/27/2021 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | -250 | $4.07 | $1,018.59 | $10,175.89 | 8/31/2021 |
| 08/27/2021 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | -577 | $4.09 | $2,357.08 | $9,157.30 | 8/31/2021 |
| 08/27/2021 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | -1,673.00 | $4.03 | $6,748.84 | $6,800.22 | 8/31/2021 |
| 08/30/2021 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | -20 | $5.34 | $106.79 | $10,418.42 | 9/1/2021 |
| 09/02/2021 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | -150 | $5.00 | $749.99 | $1,620.91 | 9/7/2021 |
| 09/07/2021 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 300 | $5.25 | ($1,573.50) | $47.41 | 9/9/2021 |
| 09/09/2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | -300 | $5.30 | $1,589.99 | $1,697.43 | 9/13/2021 |
| 09/13/2021 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 290 | $5.21 | ($1,509.60) | $28,015.29 | 9/15/2021 |
| 09/13/2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | -290 | $5.25 | $1,522.49 | $29,524.89 | 9/15/2021 |
| 09/15/2021 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 900 | $5.05 | ($4,545.00) | $21,319.01 | 9/17/2021 |
| 09/15/2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 250 | $4.92 | ($1,228.75) | $25,864.01 | 9/17/2021 |
| 09/15/2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 100 | $5.15 | ($515.00) | $27,092.76 | 9/17/2021 |
| 09/23/2021 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | -1,250.00 | $5.09 | $6,356.21 | $10,021.00 | 9/27/2021 |
| 10/08/2021 | YOU BOUGHT META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash) | 59134N203 | META MATERIALS INC PFD SER A 0.000000% * | 15 | $1.01 | ($15.15) | $169.36 | 10/13/2021 |
| 10/15/2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 50 | $5.00 | ($250.00) | $64.99 | 10/19/2021 |
| 10/18/2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 10 | $4.90 | ($49.00) | $15.99 | 10/20/2021 |
| 10/19/2021 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 3 | $4.74 | ($14.21) | $1.78 | 10/21/2021 |
| 10/28/2021 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | -63 | $5.25 | $330.74 | $331.32 | 11/1/2021 |

Brokerage services are provided by Fidelity Brokerage Services LLC (FBS), 900 Salem Street, Smithfield, RI 02917. Custody and other services provided by National Financial Services LLC (NFS). Both are Fidelity Investment companies and members SIPC, NYSE. Insurance products at Fidelity are distributed by Fidelity Insurance Agency, Inc., and, for certain products, by Fidelity Brokerage Services, Member NYSE, SIPC.

Date downloaded 12/14/2024 3:12 pm

exported and is subject to change. It should not be used in place of your account statements or trade confirmations and is not intended for tax reporting purposes. For more information on the data included in this spreadsheet, including any limitations thereof, go to Fidelity.com.

The data and information in this spreadsheet is provided to you solely for your use and is not for distribution. The spreadsheet is provided for informational purposes only, and is not intended to provide advice, nor should it be construed as an offer to sell, a solicitation of an offer to buy or a recommendation for any security or insurance product by Fidelity or any third party. Data and information shown is based on information known to Fidelity as of the date it was

| Run Date | Action | Symbol | Description | Quantity | Price ($) | Amount ($) | Cash Balance ($) | Settlement Date |
|---|---|---|---|---|---|---|---|---|
| 11/04/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 180 | $1.49 | ($268.20) | ($233.41) | 11/8/2022 |
| 11/15/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 1947 | $1.85 | ($3,601.95) | ($3,600.67) | 11/17/2022 |
| 11/15/2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 97 | $1.94 | ($188.17) | $1.28 | 11/17/2022 |

Brokerage services are provided by Fidelity Brokerage Services LLC (FBS), 900 Salem Street, Smithfield, RI 02917. Custody and other services provided by National
Date downloaded 12/14/2024 3:12 pm
exported and is subject to change. It should not be used in place of your account statements or trade confirmations and is not intended for tax reporting
Fidelity Insurance Agency, Inc., and, for certain products, by Fidelity Brokerage Services, Member NYSE, SIPC.
Financial Services LLC (NFS). Both are Fidelity Investment companies and members SIPC, NYSE. Insurance products at Fidelity are distributed by
informational purposes only, and is not intended to provide advice, nor should it be construed as an offer to sell, a solicitation of an offer to buy or a
purposes. For more information on the data included in this spreadsheet, including any limitations thereof, go to Fidelity.com.
recommendation for any security or insurance product by Fidelity or any third party. Data and information shown is based on information known to Fidelity as of the date it was
The data and information in this spreadsheet is provided to you solely for your use and is not for distribution. The spreadsheet is provided for

| Run Date | Action | Symbol | Description | Quantity | Price ($) | Amount ($) | Cash Balar Settlement Date |
|---|---|---|---|---|---|---|---|
| 02/14/2023 | ROTH CONVERSION VS 226-450722-1 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | 2776 | | $2,041.74 | $0.41 |

The data and information in this spreadsheet is provided to you solely for your use and is not for distribution. The spreadsheet is provided for informational purposes only, and is not intended to provide advice, nor should it be construed as an offer to sell, a solicitation of an offer to buy or a recommendation for any security or insurance product by Fidelity or any third party. Data and information shown is based on information known to Fidelity as of the date it was exported and is subject to change. It should not be used in place of your account statements or trade confirmations and is not intended for tax reporting purposes. For more information on the data included in this spreadsheet, including any limitations thereof, go to Fidelity.com.

Brokerage services are provided by Fidelity Brokerage Services LLC (FBS), 900 Salem Street, Smithfield, RI 02917. Custody and other services provided by National Financial Services LLC (NFS). Both are Fidelity Investment companies and members SIPC, NYSE. Insurance products at Fidelity are distributed by Fidelity Insurance Agency, Inc., and, for certain products, by Fidelity Brokerage Services, Member NYSE, SIPC.

Date downloaded 12/14/2024 3:12 pm

| Run Date | Action | Symbol | Description | Quantity | Price ($) | Amount ($) | Cash Balance ($) | Settlement Date |
|---|---|---|---|---|---|---|---|---|
| 01/29/2024 | REVERSE SPLIT R/S TO 59134N302#REOR M0051559130000 META MATERIALS INC COM ISIN US5913 | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | -5000 | | ($291.00) | $0.41 | |
| 01/29/2024 | REVERSE SPLIT R/S FROM 59134N104#REOR M0051559130001 META MATERIALS INC COM NEW ISIN | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | 50 | | $275.50 | $0.41 | |
| 03/08/2024 | YOU BOUGHT META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | 50 | $2.50 | ($125.00) | $1,907.25 | 3/12/2024 |
| 03/22/2024 | YOU BOUGHT META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | 75 | $2.25 | ($168.75) | $2,015.17 | 3/26/2024 |
| 08/15/2024 | YOU BOUGHT META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | 909 | $0.69 | ($623.85) | $3.44 | 8/16/2024 |
| 08/16/2024 | YOU SOLD META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | -0.03 | $0.65 | $0.02 | $675.54 | 8/19/2024 |
| 08/16/2024 | YOU SOLD META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | -25 | $0.65 | $16.25 | $675.52 | 8/19/2024 |
| 08/16/2024 | YOU SOLD META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | -100 | $0.65 | $65.00 | $659.27 | 8/19/2024 |
| 08/16/2024 | YOU SOLD META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | -909 | $0.65 | $590.83 | $594.27 | 8/19/2024 |

The data and information in this spreadsheet is provided to you solely for your use and is not for distribution. The spreadsheet is provided for informational purposes only, and is not intended to provide advice, nor should it be construed as an offer to sell, a solicitation of an offer to buy or a recommendation for any security or insurance product by Fidelity or any third party. Data and information shown is based on information known to Fidelity as of the date it was exported and is subject to change. It should not be used in place of your account statements or trade confirmations and is not intended for tax reporting purposes. For more information on the data included in this spreadsheet, including any limitations thereof, go to Fidelity.com.

Brokerage services are provided by Fidelity Brokerage Services LLC (FBS), 900 Salem Street, Smithfield, RI 02917. Custody and other services provided by National Financial Services LLC (NFS). Both are Fidelity Investment companies and members SIPC, NYSE. Insurance products at Fidelity are distributed by Fidelity Insurance Agency, Inc., and, for certain products, by Fidelity Brokerage Services, Member NYSE, SIPC.

Date downloaded 12/14/2024 3:13 pm