NVB 3001 (Effective 1/21)

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: **Meta Materials Inc.** | Case Number: **24-50792** |
|---|---|

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

*Kathleen Jalowiec Stanton*
*62 River St.*
*Oneonta, N.Y. 13820*

Telephone Number: *607-287-7612*

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED

DEC 17 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

AM

**NOTE:** This form **SHOULD NOT** be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor: *1986-1691* | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☒ amends a previously filed Proof of Interest dated: *12/2/24* |
|---|---|

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

*Charles Schwab & Co. Inc.*
*Schwab.com*
Telephone Number: *800-435-4000 / 1-877-519-1403*

3. **Date Equity Interest was acquired:** *12/07/2022* *SEE Attached*

4. **Total amount of member interest:** *1400 shares for $2,913*

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: *Investor*

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *Kathleen Jalowiec Stanton*
Title: *OWNER*
Company: _____ Address and telephone number (if different from notice address above):
_____

*Kathleen Jalowiec Stanton* *12/1/24*
(Signature)     (Date)

Telephone number: *601-287-7612*  email: *stanton.K62@...*

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**Ameritrade**   PO BOX 2577
OMAHA NE 68103-2577

KATHLEEN JALOWIEC STANTON
62 RIVER ST
ONEONTA, NY 13820-2321

## Statement for Account # ████0307
### 12/01/22 - 12/31/22

### Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | $ | $ |
| *Subtotal* | | |
| **TOTAL** | | |

### Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| IDA Interest | $ 0.53 | $ 0.74 |
| TOTAL | | |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end and tax reporting income amounts may differ from what is reflected on monthly statements versus your official tax document(s) for tax reporting.

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| META MATERIALS INC COM | MMAT | 1,400 | $ 1.19 | $ 1,666.00 | 12/07/22 | $ 2,915.36 | $ 2.08 | $ (1,249.36) | $ - | - |
| ████████ COM | ████ | ███ | NA | NA | - | - | - | - | - | - |
| **Total Stocks** | | | | $1,666.00 | | $2,915.36 | | $(1,249.36) | $0.00 | 0.0% |
| **Total Cash Account** | | | | $1,666.00 | | $2,915.36 | | $(1,249.36) | $0.00 | 0.0% |

### Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| **CREDITS** | | | |
| Electronic Transfer | 12/07/2022 | Wire Received | $ |
| | 12/07/2022 | Wire Received | |
| | 12/08/2022 | Wire Received | |
| *Subtotal* | | | |
| **TOTAL** | | | |

**Statement for Account ...0307**
12/01/22 - 12/31/22

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/Cash Activity* | Description | Symbol/CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | $0.00 | (210.70) |
| 12/02/22 | 12/06/22 | Cash | Buy - Securities Purchased | 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | [redacted] | 25 | $8.15 | $(210.70) | (210.70) |
| 12/06/22 | 12/06/22 | Cash | Buy - Securities Purchased | 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | [redacted] | 582 | 8.13 | (4,731.66) | (4,942.36) |
| 12/06/22 | 12/06/22 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 4,942.36 | 0.00 |
| 12/07/22 | 12/07/22 | Cash | - Funds Deposited | Wire Received | - | - | 0.00 | [redacted] | [redacted] |
| 12/07/22 | 12/07/22 | Cash | - Funds Deposited | Wire Received | - | - | 0.00 | 4,942.36 | 0.00 |
| 12/07/22 | 12/07/22 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | [redacted] | [redacted] |
| 12/06/22 | 12/08/22 | Cash | Buy - Securities Purchased | 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | [redacted] | 395 | 5.44 | (2,155.75) | (2,155.75) |
| 12/08/22 | 12/08/22 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 2,155.75 | 0.00 |
| 12/08/22 | 12/08/22 | Cash | - Funds Deposited | Wire Received | - | - | 0.00 | [redacted] | [redacted] |
| 12/08/22 | 12/08/22 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | [redacted] | [redacted] |
| 12/07/22 | 12/09/22 | Cash | Buy - Securities Purchased | 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | [redacted] | 605 | 8.15 | (4,937.70) | (4,937.70) |
| 12/07/22 | 12/09/22 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 1,400 | 2.0824 | (2,915.36) | (7,853.06) |
| 12/09/22 | 12/09/22 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 7,853.06 | 0.00 |
| 12/08/22 | 12/12/22 | Cash | Buy - Securities Purchased | 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | [redacted] | 500 | 3.97 | (1,991.95) | (1,991.95) |
| 12/08/22 | 12/12/22 | Cash | Buy - Securities Purchased | 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | [redacted] | 53 | 2.99 | (165.42) | (2,157.37) |
| 12/12/22 | 12/12/22 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | 2,157.37 | 0.00 |

*charles* SCHWAB

# Schwab One® Account of

KATHLEEN JALOWIEC STANTON

KATHLEEN JALOWIEC STANTON
62 RIVER ST
ONEONTA NY         13820-2321

Account Number
━━ -1691

Statement Period
December 1-31, 2023

## Account Summary

| | Ending Account Value as of 12/31 | Beginning Account Value as of 12/01 | Total Value Change ($) |
|---|---|---|---|
| | $2,218.11 | $2,257.26 | ($39.15) |

| | This Statement | Previous Statement | Change |
|---|---|---|---|
| Beginning Value | $2,257.26 | $173.95 | $2,083.31 |
| Deposits | 0.00 | 2,200.00 | (2,200.00) |
| Withdrawals | 0.00 | 0.00 | 0.00 |
| Dividends and Interest | 0.47 | 0.69 | (0.22) |
| Transfer of Securities(In/Out) | 0.00 | 0.00 | 0.00 |
| Market Value Change | (39.62) | (37.38) | (2.24) |
| Fees | 0.00 | (80.00) | 80.00 |
| **Ending Value** w | **$2,218.11** | **$2,257.26** | **($39.15)** |

## Gain or (Loss) Summary

| | Short-Term (ST) | | | Long-Term (LT) | | |
|---|---|---|---|---|---|---|
| | Gain | (Loss) | Net | Gain | (Loss) | Net |
| This Period | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Unrealized** | | | | | | **($2,822.96)** |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Manage Your Account

### Customer Service and Trading:
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

### Commitment to Transparency
Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency. Charles Schwab & Co., Inc. Member SIPC.

### Online Assistance
⊕ Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.



# Schwab One® Account of

KATHLEEN JALOWIEC STANTON

**Statement Period**
December 1-31, 2023

## Asset Allocation

| | This Period | Current Allocation |
|---|---|---|
| Cash and Cash Investments | 2,125.71 | 96% |
| Equities | 92.40 | 4% |
| **Total** | **$2,218.11** | **100%** |

## Income Summary

| | This Period | | YTD | |
|---|---|---|---|---|
| Federal Tax Status | Tax-Exempt | Taxable | Tax-Exempt | Taxable |
| Bank Sweep Interest | 0.00 | 0.47 | 0.00 | 1.16 |
| **Total Income** | **$0.00** | **$0.47** | **$0.00** | **$1.16** |

## Top Account Holdings This Period

| SYMBOL CUSIP | Description | Market Value | % of Accounts |
|---|---|---|---|
| | TD BANK USA NA | 2,125.71 | 96% |
| MMAT | META MATLS INC | 92.40 | 4% |

## A Message About Your Account

**CALIFORNIA RESIDENTS**
If your total payments of interest and interest dividends on federally tax-exempt non-California municipal bonds were $10 or greater and you or your Partnership had a California address as of 12/31, Schwab will report this information to the California Franchise Tax Board each tax year, per state statute. 1223-3LZ0

## Positions - Summary

| Beginning Value as of | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 12/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $2,257.26 | | $0.00 | | $0.00 | | $0.47 | | ($39.62) | | $2,218.11 | $15,800.29 | ($2,822.96) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK USA NA ˣᶻ | | | 2,125.24 | 2,125.71 | 0.47 | | 0.45% | 96% |
| **Total Cash and Cash Investments** | | | | | **2,125.24** | **2,125.71** | **$0.47** | | | **96%** |



**Schwab One® Account** of

KATHLEEN JALOWIEC STANTON

Statement Period
December 1-31, 2023

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMAT | META MATLS INC | 1,400.0000 | 0.06600 | 92.40 | 2,915.36 | (2,822.96) | N/A | 0.00 | 4% |
| **Total Equities** | | | | **$92.40** | **$2,915.36** | **($2,822.96)** | | **$0.00** | **4%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | | | | **$0.00** | **$12,884.93** | | | **$0.00** |
| **Total Unpriced Securities** | | | | **$0.00** | **$12,884.93** | N/A | | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 12/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Fees | = | Ending Cash* as of 12/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $2,125.24 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.47 | | $0.00 | | $2,125.71 |

**Other Activity $0.00**    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 12/18 | Interest | Bank Interest XZ | | BANK INT 112823-121523 | | | | 0.47 | |
| **Total Transactions** | | | | | | | | **$0.47** | **$0.00** |

Date column represents the Settlement/Process date for each transaction.

# Schwab One® Account of

KATHLEEN JALOWIEC STANTON

## Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account
visit schwab.com/login. Statements are
archived up to 10 years online.

**Commitment to Transparency**
Client Relationship Summaries and Best Interest
disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

**Online Assistance**
Visit us online at schwab.com

Visit schwab.com/stmt to explore the features
and benefits of this statement.

01/31-00000-D2081603-102929

KATHLEEN JALOWIEC STANTON
62 RIVER ST
ONEONTA NY        13820-2321

Account Number
••••1691

## Account Summary

**Statement Period**
January 1-31, 2024

| | Ending Account Value as of 01/31 | Beginning Account Value as of 01/01 | Total Value Change ($) |
|---|---|---|---|
| | $2,180.00 | $2,218.11 | ($38.11) |

| | This Statement | Previous Statement | Change |
|---|---|---|---|
| Beginning Value | $2,218.11 | $2,257.26 | ($39.15) |
| Deposits | 0.00 | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 | 0.00 |
| Dividends and Interest | 0.81 | 0.47 | 0.34 |
| Transfer of Securities | 0.00 | 0.00 | 0.00 |
| Market Value Change | (38.92) | (39.62) | 0.70 |
| Fees | 0.00 | 0.00 | 0.00 |
| **Ending Value** ᵂ | **$2,180.00** | **$2,218.11** | **($38.11)** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending
transactions, unpriced securities or assets held outside Schwab's custody.

Chart axis labels: Feb'23, Mar, Apr, May, Jun, Jul, Aug, Sep, Oct, Nov, Dec, Jan'24
Value axis: $0.0K, $0.49K, $0.99K, $1.49K, $1.98K, $2.48K



**charles SCHWAB**

# Schwab One® Account of

KATHLEEN JALOWIEC STANTON

Statement Period
January 1-31, 2024

## Positions - Summary

| Type | Beginning Value as of 01/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 01/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | $2,218.11 | | $0.00 | | $0.00 | | $0.81 | | ($38.92) | | $2,180.00 | $15,800.29 | ($2,861.88) |

Values may not reflect all of your gains/losses. Schwab has provided accurate gain and loss information for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Est. Yield | Interest/ Yield Rate | % of Acct. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK USA NA$^{x,z}$ | | | 2,125.71 | 2,126.52 | 0.81 | | | 0.45% | 98% |
| **Total Cash and Cash Investments** | | | | | **$2,125.71** | **$2,126.52** | **$0.81** | | | | **98%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct. |
|---|---|---|---|---|---|---|---|---|---|
| MMAT | META MATLS INC | 14.0000 | 3.82000 | 53.48 | 2,915.36 | (2,861.88) | N/A | 0.00 | 2% |
| **Total Equities** | | | | **$53.48** | **$2,915.36** | **($2,861.88)** | N/A | **$0.00** | **2%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | | | | **$0.00** | | **$0.00** | N/A | **$0.00** |
| **Total Unpriced Securities** | | | | **$0.00** | | **$0.00** | | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.



# Schwab One® Account of

KATHLEEN JALOWIEC STANTON

Statement Period
January 1-31, 2024

## Transactions - Summary

| Beginning Cash* as of 01/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Charges/Interest($) | + | Fees | = | Ending Cash* as of 01/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $2,125.71 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.81 | | $0.00 | | $0.00 | | $2,126.52 |

Other Activity  **$0.00**

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

## Transaction Details

Date column represents the Settlement/Process date for each transaction.

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/Loss($) |
|---|---|---|---|---|---|---|---|---|---|
| 01/16 | Interest | Bank Interest ×z | | BANK INT 121623-011524 | | | | 0.81 | |
| 01/29 | Other Activity | Reverse Split | MMAT | META MATLS INC | 14.0000 | | | | |
| 01/01 | Other Activity | Reverse Split | | META MATLS INC XXX REVERSE SPLIT | (1,400.0000) | | | | |

## Total Transactions

## Bank Sweep Activity

| Date | Description | Amount | | Date | Description | Amount |
|---|---|---|---|---|---|---|
| 01/01 | **Beginning Balance ×z** | $2,125.71 | | 01/31 | **Ending Balance ×z** | $2,126.52 |
| 01/15 | BANK INTEREST - TD BANK USA NA ×z ² | 0.81 | | 01/31 | **Interest Rate * z** | 0.45% |

² Your interest period was 12/16/23 - 01/15/24. z

# Endnotes For Your Account

W    Excluding unpriced securities (see Investment Detail).
X    Bank Sweep deposits are held at FDIC-insured Program Banks, which are listed in the Cash
     Features Disclosure Statement.

z    For the Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period.

# charles SCHWAB

## Schwab One® Account of

KATHLEEN JALOWIEC STANTON

Account Number
...1691

**Statement Period**
November 1-30, 2024

KATHLEEN JALOWIEC STANTON
62 RIVER ST
ONEONTA NY    13820-2321

## Account Summary

Ending Account Value as of 11/30
**$52.37**

Beginning Account Value as of 11/01
**$52.50**



|  | This Statement | YTD |
|---|---|---|
| Beginning Value | $52.50 | $2,218.11 |
| Deposits | 0.00 | 0.00 |
| Withdrawals | 0.00 | (2,000.00) |
| Dividends and Interest | 0.01 | 5.81 |
| Transfer of Securities | 0.00 | 0.00 |
| Market Appreciation/(Depreciation) | (0.14) | (91.55) |
| Expenses | 0.00 | (80.00) |
| **Ending Value** | **$52.37** | **$52.37** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

### Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account
visit schwab.com/login. Statements are
archived up to 10 years online.

### Commitment to Transparency

Disclosures are at schwab.com/transparency.
Client Relationship Summaries and Best Interest
disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

### Online Assistance

Visit us online at schwab.com

Visit schwab.com/stmt to explore the features
and benefits of this statement.

11/29-0000-D2091603-103949



# Schwab One® Account of

KATHLEEN JALOWIEC STANTON

Statement Period
November 1-30, 2024

## Positions - Summary

| Beginning Value as of 11/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 11/30 | | Cost Basis | | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $52.50 | | $0.00 | | $0.00 | | $0.01 | | ($0.14) | | $52.37 | | $2,915.36 | | ($2,914.51) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Est. Yield | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK USA NA x,z | | | 51.51 | 51.51 | 0.01 | | | 0.10% | 98% |
| **Total Cash and Cash Investments** | | | | | **$51.51** | **$51.51** | **$0.01** | | | | **98%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MATQ | META MATLS INC | 14.0000 | 0.06100 | 0.85 | 2,915.36 | (2,914.51) | N/A | 0.00 | 2% |
| **Total Equities** | | | | **$0.85** | **$2,915.36** | **($2,914.51)** | | **$0.00** | **2%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 11/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 11/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $51.51 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.01 | | $0.00 | | $51.52 |

Other Activity $0.00    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Date

# Past 30 days

FILLED Limit (Mark 2.90)
Buy 53 Shares of ~~████████~~ @ $2.99
Limit: $3.00
Filled 12/08/2022, 03:49 PM ET
Day 12/08/2022

FILLED Limit (Mark 2.90)
Buy 500 Shares of ~~████████~~ @ $3.97
Limit: $3.97
Filled 12/08/2022, 01:38 PM ET
Day 12/08/2022

FILLED Market (Mark 1.38)
Buy 1,400 Shares of MMAT @ $2.08
Filled 12/07/2022, 11:49 AM ET
Day 12/07/2022

*Phone screen shot day + time of purchase*

FILLED Limit (Mark 2.90)
Buy 605 Shares of ~~████████~~ @ $8.15
Limit: $8.15
Filled 12/07/2022, 11:47 AM ET
Day 12/07/2022

FILLED Limit (Mark 2.90)



**Ameritrade**  PO BOX 2577
OMAHA NE 68103-2577

KATHLEEN JALOWIEC STANTON
62 RIVER ST
ONEONTA, NY 13820-2321

*Redacted Copies.*

## Statement for Account # ____0307
### 12/01/22 - 12/31/22

**Account Activity**

| Trade Date | Settle Date | Acct Type | Transaction/Cash Activity* | Description | Symbol/CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | | $0.00 |
| 12/02/22 | 12/06/22 | Cash | Buy - Securities Purchased | 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | | 25 | $8.15 | $(210.70) | (210.70) |
| 12/06/22 | 12/06/22 | Cash | Buy - Securities Purchased | 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | | 582 | 8.13 | (4,731.66) | (4,942.36) |
| 12/02/22 | 12/06/22 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | | 0.00 | 4,942.36 | 0.00 |
| 12/07/22 | 12/07/22 | Cash | - Funds Deposited | Wire Received | - | | 0.00 | 6,000.00 | 6,000.00 |
| 12/07/22 | 12/07/22 | Cash | - Funds Deposited | Wire Received | - | | 0.00 | 2,000.00 | 8,000.00 |
| 12/06/22 | 12/06/22 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | | 0.00 | (8,000.00) | 0.00 |
| 12/06/22 | 12/06/22 | Cash | Buy - Securities Purchased | 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | | 395 | 5.44 | (2,155.75) | (2,155.75) |
| 12/07/22 | 12/07/22 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | | 0.00 | 2,155.75 | 0.00 |
| 12/08/22 | 12/08/22 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | | 0.00 | 2,000.00 | 2,000.00 |
| 12/08/22 | 12/08/22 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | | 0.00 | (2,000.00) | 0.00 |
| 12/07/22 | 12/07/22 | Cash | Buy - Securities Purchased | 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | - | 605 | 8.15 | (4,937.70) | (4,937.70) |
| 12/07/22 | 12/09/22 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 1,400 | 2.0824 | (2,915.36) | (7,853.06) |
| 12/09/22 | 12/09/22 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | | 0.00 | 7,853.06 | 0.00 |
| 12/09/22 | 12/09/22 | Cash | Buy - Securities Purchased | 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | | 500 | 3.97 | (1,991.95) | (1,991.95) |
| 12/08/22 | 12/12/22 | Cash | Buy - Securities Purchased | 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | | 53 | 2.99 | (165.42) | (2,157.37) |
| 12/12/22 | 12/12/22 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | | 0.00 | 2,157.37 | 0.00 |

**Statement for Account #⬛⬛⬛0307**

12/01/22 - 12/31/22

## Online Cash Services Summary

| Description | | Current | | Year To Date |
|---|---|---|---|---|
| **CREDITS** | | | | |
| Electronic Transfer | | $ ⬛⬛ | | $ ⬛⬛ |
| *Subtotal* | | | | |
| **TOTAL** | | | | |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| IDA Interest | $ 0.53 | $ 0.74 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | $ - | - |
| META MATERIALS INC COM | MMAT | 1,400 | $ 1.19 | $ 1,666.00 | 12/07/22 | $ 2,915.36 | $ 2.08 | $ (1,249.36) | $ - | - |
| **Total Stocks** | | | NA | $1,666.00 | | $2,915.36 | | $(1,249.36) | $0.00 | 0.0% |
| **Total Cash Account** | | | NA | $1,666.00 | - | $2,915.36 | - | $(1,249.36) | $0.00 | 0.0% |

## Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| **CREDITS** | | | $ ⬛⬛⬛ |
| Electronic Transfer | 12/07/2022 | Wire Received | |
| | 12/07/2022 | Wire Received | |
| | 12/08/2022 | Wire Received | |
| *Subtotal* | | | $ ⬛⬛⬛ |
| **TOTAL** | | | |

# Schwab One® Account of

KATHLEEN JALOWIEC STANTON

**Statement Period**
December 1-31, 2023

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMAT | META MATLS INC | 1,400.0000 | 0.06600 | 92.40 | 2,915.36 | (2,822.96) | N/A | 0.00 | 4% |

**Total Equities** | | | | **$92.40** | **$2,915.36** | **($2,822.96)** | | **$0.00** | **4%**

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | | | | **$0.00** | | **N/A** | | **$0.00** |

**Total Unpriced Securities** | | | | **$0.00** | | | | **$0.00**

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 12/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Charges/Interest | + | Fees | = | Ending Cash* as of 12/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $2,125.24 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.47 | | $0.00 | | $0.00 | | $2,125.71 |

**Other Activity $0.00**    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 12/18 | Interest | Bank Interest X-Z | | BANK INT 112823-121523 | | | | 0.47 | |

**Total Transactions** | | | | | | | | **$0.47** | **$0.00**

Date column represents the Settlement/Process date for each transaction.



## charles SCHWAB

### Schwab One® Account of

KATHLEEN JALOWIEC STANTON

**Statement Period**
December 1-31, 2023

## Asset Allocation

| | This Period | Current Allocation | % of Accounts |
|---|---|---|---|
| Cash and Cash Investments | 2,125.71 | 96% | |
| Equities | 92.40 | 4% | |
| **Total** | **$2,218.11** | **100%** | |

## Income Summary

| | This Period | | | YTD | |
|---|---|---|---|---|---|
| Federal Tax Status | Tax-Exempt | Taxable | | Tax-Exempt | Taxable |
| Bank Sweep Interest | 0.00 | 0.47 | | 0.00 | 1.16 |
| **Total Income** | **$0.00** | **$0.47** | | **$0.00** | **$1.16** |

## Top Account Holdings This Period

| SYMBOL / CUSIP | Description | Market Value | % of Accounts |
|---|---|---|---|
| MMAT | META MATLS INC | 92.40 | 4% |
| | TD BANK USA NA | 2,125.71 | 96% |

## A Message About Your Account

**CALIFORNIA RESIDENTS**

If your total payments of interest and interest dividends on federally tax-exempt non-California municipal bonds were $10 or greater and you or your Partnership had a California address as of 12/31, Schwab will report this information to the California Franchise Tax Board each tax year, per state statute. †23-3LZ0

## Positions - Summary

| | Beginning Value as of | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 12/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $2,257.26 | | $0.00 | | $0.00 | | $0.47 | | ($39.62) | | $2,218.11 | $15,800.29 | ($2,822.96) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK USA NA X-Z | | | 2,125.24 | 2,125.71 | 0.47 | | 0.45% | 96% |
| **Total Cash and Cash Investments** | | | | | **$2,125.24** | **$2,125.71** | **$0.47** | | | **96%** |

charles SCHWAB

## Schwab One® Account of

KATHLEEN JALOWIEC STANTON

Account Number ▮▮-1691

Statement Period
December 1-31, 2023

KATHLEEN JALOWIEC STANTON
62 RIVER ST
ONEONTA NY    13820-2321

## Account Summary

| | |
|---|---|
| Ending Account Value as of 12/31 | Beginning Account Value as of 12/01 | Total Value Change ($) |
| **$2,218.11** | **$2,257.26** | **($39.15)** |

| | This Statement | Previous Statement | Change |
|---|---|---|---|
| Beginning Value | $2,257.26 | $173.95 | $2,083.31 |
| Deposits | 0.00 | 2,200.00 | (2,200.00) |
| Withdrawals | 0.00 | 0.00 | 0.00 |
| Dividends and Interest | 0.47 | 0.69 | (0.22) |
| Transfer of Securities(In/Out) | 0.00 | 0.00 | 0.00 |
| Market Value Change | (39.62) | (37.38) | (2.24) |
| Fees | 0.00 | (80.00) | 80.00 |
| **Ending Value** w | **$2,218.11** | **$2,257.26** | **($39.15)** |

## Gain or (Loss) Summary

| | Short-Term (ST) | | | Long-Term (LT) | | |
|---|---|---|---|---|---|---|
| | Gain | (Loss) | Net | Gain | (Loss) | Net |
| This Period | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Unrealized** | | | | | | **($2,822.96)** |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

## Online Assistance

Visit us online at  schwab.com

Visit schwab.com/stmt  to explore the features and benefits of this statement.

1229-00000-1D2091603-16331972 #2-3

0131-00000-0D208160-3-102929

# charles SCHWAB

## Schwab One® Account of

KATHLEEN JALOWIEC STANTON

**Manage Your Account**

**Customer Service and Trading:**
Call Your Schwab Representative
1-800-435-4000
24/7 Customer Service

**Commitment to Transparency**
For the most current records on your account
visit schwab.com/login. Statements are
archived up to 10 years online.

Client Relationship Summaries and Best Interest
disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

**Online Assistance**
Visit us online at schwab.com
⊕ Visit schwab.com/stmt to explore the features
and benefits of this statement.

KATHLEEN JALOWIEC STANTON
62 RIVER ST
ONEONTA NY          13820-2321

**Account Number** ⬤ -1691

## Account Summary

**Statement Period**
January 1-31, 2024

| | | |
|---|---|---|
| Ending Account Value as of 01/31 | Beginning Account Value as of 01/01 | Total Value Change ($) |
| **$2,180.00** | **$2,218.11** | **($38.11)** |



| | This Statement | Previous Statement | Change |
|---|---|---|---|
| Beginning Value | $2,218.11 | $2,257.26 | ($39.15) |
| Deposits | 0.00 | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 | 0.00 |
| Dividends and Interest | 0.81 | 0.47 | 0.34 |
| Transfer of Securities | 0.00 | 0.00 | 0.00 |
| Market Value Change | (38.92) | (39.62) | 0.70 |
| Fees | 0.00 | 0.00 | 0.00 |
| **Ending Value ᵂ** | **$2,180.00** | **$2,218.11** | **($38.11)** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

1 of 6



**charles SCHWAB**

# Schwab One® Account of

KATHLEEN JALOWIEC STANTON

Statement Period
January 1-31, 2024

## Transactions - Summary

| | Deposits | ÷ | Withdrawals | ÷ | Purchases | ÷ | Sales/Redemptions | ÷ | Dividends/Interest | ÷ | Fees | = | Ending Cash* as of 01/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash* as of 01/01 $2,125.71 | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.81 | | $0.00 | | $2,126.52 |

Other Activity $0.00    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 01/16 | Interest | Bank Interest x-z | | BANK INT 121623-011524 | | | | 0.81 | |
| 01/29 | Other Activity | Reverse Split | MMAT | META MATLS INC | 14.0000 | | | | |
| | Other Activity | Reverse Split | | META MATLS INC XXX REVERSE SPLIT | (1,400.0000) | | | | |

## Total Transactions

| | | | | | | | | $0.81 | $0.00 |

Date column represents the Settlement/Process date for each transaction.

## Bank Sweep Activity

| Date | Description | Amount | | Date | Description | Amount |
|---|---|---|---|---|---|---|
| 01/01 | Beginning Balance x-z | $2,125.71 | | 01/31 | Ending Balance x-z | $2,126.52 |
| 01/15 | BANK INTEREST - TD BANK USA NA x-z | 0.81 | | 01/31 | Interest Rate *z | 0.45% |

* Your interest period was 12/16/23 - 01/15/24. z

## Endnotes For Your Account

w    Excluding unpriced securities (see Investment Detail).

X    Bank Sweep deposits are held at FDIC-insured Program Banks, which are listed in the Cash Features Disclosure Statement.

z    For the Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement and or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period.

# Schwab One® Account of

KATHLEEN JALOWIEC STANTON

**Statement Period**

January 1-31, 2024

## Positions - Summary

| Beginning Value as of 01/01 | ÷ | Transfer of Securities(In/Out) | ÷ | Dividends Reinvested | ÷ | Cash Activity | ÷ | Change in Market Value | = | Ending Value as of 01/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $2,218.11 | | $0.00 | | $0.00 | | $0.81 | | ($38.92) | | $2,180.00 | $15,800.29 | ($2,861.88) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings. This change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Positions - Cash and Cash Investments

| Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| | TD BANK USA NA × Z Bank Sweep | | | 2,125.71 | 2,126.52 | 0.81 | | 0.45% | 98% |
| **Total Cash and Cash Investments** | | | | **$2,125.71** | **$2,126.52** | **$0.81** | | | **98%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMAT | META MATLS INC | 14.0000 | 3.8200 | 53.48 | 2,915.36 | (2,861.88) | N/A | 0.00 | 2% |
| **Total Equities** | | | | **$53.48** | **$2,915.36** | **($2,861.88)** | | **$0.00** | **2%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 2,000.0000 | | $0.00 | 12,884.93 | N/A | N/A | $0.00 |
| **Total Unpriced Securities** | | | | **$0.00** | **$12,884.93** | **($2,861.88)** | | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not simply updated to reflect changes. EAI and EY will continue to display at a prior rate. issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

Schwab One® Account of

KATHLEEN JALOWIEC STANTON

Account Number
1986-1691

Statement Period
November 1-30, 2024

KATHLEEN JALOWIEC STANTON
62 RIVER ST
ONEONTA NY          13820-2321

## Account Summary

Ending Account Value as of 11/30
**$52.37**

Beginning Account Value as of 11/01
**$52.50**



Dec'23  Jan'24  Feb  Mar  Apr  May  Jun  Jul  Aug  Sep  Oct  Nov

| | This Statement | YTD |
|---|---|---|
| Beginning Value | $52.50 | $2,218.11 |
| Deposits | 0.00 | 0.00 |
| Withdrawals | 0.00 | (2,000.00) |
| Dividends and Interest | 0.01 | 5.81 |
| Transfer of Securities | 0.00 | 0.00 |
| Market Appreciation/(Depreciation) | (0.14) | (91.55) |
| Expenses | 0.00 | (80.00) |
| **Ending Value** | **$52.37** | **$52.37** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.



$2.43K
$1.94K
$1.46K
$0.97K
$0.48K
$0.00K

## Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

**Commitment to Transparency**
For the most current records on your account
visit schwab.com/login. Statements are
archived up to 10 years online.

Client Relationship Summaries and Best Interest
disclosures are at schwab.com/transparency.

Charles Schwab & Co., Inc. Member SIPC.

**Online Assistance**
Visit us online at schwab.com

Visit schwab.com/smi  to explore the features
and benefits of this statement.

11/29-00000-D02091603-103949



# Schwab One® Account of

KATHLEEN JALOWIEC STANTON

## Positions - Summary

| Beginning Value as of 11/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 11/30 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $52.50 | | $0.00 | | $0.00 | | $0.01 | | ($0.14) | | $52.37 | $2,915.36 | ($2,914.51) |

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK USA NA x,z | | | 51.51 | 51.52 | 0.01 | | 0.10% | 98% |
| **Total Cash and Cash Investments** | | | | | **$51.51** | **$51.52** | **$0.01** | | | **98%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| NUUU/ATQ | META MATLS INC | 14.0000 | 0.06100 | 0.85 | 2,915.36 | (2,914.51) | N/A | 0.00 | 2% |
| **Total Equities** | | | | **$0.85** | **$2,915.36** | **($2,914.51)** | | **$0.00** | **2%** |

## Transactions - Summary

| Beginning Cash* as of 11/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 11/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $51.51 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.01 | | $0.00 | | $51.52 |

Other Activity **$0.00**    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Kathleen Jalowiec Stanton
    62 River St.
    Oneonta, NY 13820

**TO: US BANKRUPTCY COURT**
**Foley Federal Building and**
**US Courthouse**
**Attn: Clerk of the Court**
**300 Las Vegas Blvd, South**
**Las Vegas, Nevada**
                **89101**

**Re: NOTICE OF REDACTION, Proof of Interest from, Case #24-50792**
                **Dated  12/2/24**
                UPDATED 12/9/24 with corrected redaction

**Dear Court Clerk,**
    **I Kathleen Jalowiec Stanton hereby submit this Notice of Redaction**
**for Proof of Interest Form in the matter of  MetaMaterials, Inc. . Case #**
**24-50792 per instructions by the Honorable Judge Hillary L.**
**Barnes,United States Bankruptcy Judge, and out of abundance of**
**concern for the potential misuse of my personal information, I am**
**requesting all but the last four digits of my account number be**
**redacted. I have enclosed both the  full and redacted version or the**
**POI.** In error I may have already redacted the last four digits and these
forms are now apparent and now redacted.
 **A detailed record of my MMAT investment records have been**
**enclosed as proof of my investment.**
    **I have enclosed a postal money order of $28.00 for this processing**
**fee. Please send proof of filing with the enclosed return envelope.**
**Kind Regards,**

**Kathleen Jalowiec Stanton**