NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:** Meta Matls Inc

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   George Thomas House
   601 First St
   Coronado, CA 92118

   **Telephone Number:** 619-307-0643

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 17 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:** 4161-8613

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   George House
   7510 Hazard Center Dr, #401 San Diego, CA 92108
   **Telephone Number:** Attn Karlee Johnson
   619-574-4810

3. **Date Equity Interest was acquired:** 09/03/2021

4. **Total amount of member interest:** $5,680 for 1,000 shares

5. **Certificate number(s):** Schwab Acct 4161-8613

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** George House
**Title:** _____
**Company:** ___ Address and telephone number (if different from notice address above):
_____

(Signature) George House    (Date) 12/14/2024

**Telephone number:** 619-307-0643    **email:** hopewiley@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form | Save Form | Clear Form

## Trade Details

**MMAT - META MATLS INC**

| Transactions | Trade Details |
|---|---|
| Trade Date | 09/03/2021 |
| Settle Date | 09/08/2021 |
| CUSIP # | 59134N104 |
| Action | Buy |
| Quantity | 1,000 |
| Price | $5.68 |
| Principal | -$5,680.00 |
| Commission | $0.00 |
| **Total** | **-$5,680.00** |

# Transaction History / Charles Schwab

**Date range:** Custom
**From:** 12/11/2020
**To:** 12/11/2024
**Symbol (Optional):** MMAT
☑ Include Options

## Transactions found from 12/11/2020 to 12/11/2024

Don't see it here? Go to Statements

Filter by Transaction Types

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT / META MATLS INC | 10 | | | |
| 09/03/2021 | Buy / Trade Details | MMAT / META MATLS INC | 1,000 | $5.68 | | -$5,680.00 |

Page Total: -$5,680.00

Intra-day transactions are subject to change.
Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.
Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.



**charles SCHWAB**

Schwab One® Account of
**GEORGE THOMAS HOUSE**

Account Number
**4161-8613**

Statement Period
**September 1-30, 2021**

## Investment Detail - Equities (continued)

| Equities (continued) | Quantity Units Purchased | Market Price Cost Per Share | Market Value Cost Basis | % of Account Assets Acquired | Unrealized Gain or (Loss) | Estimated Yield Holding Days | Estimated Annual Income Holding Period |
|---|---|---|---|---|---|---|---|
| **JUNIPER NETWORKS INC** SYMBOL: JNPR | **3,000.0000** 1,500.0000 1,500.0000 | **27.52000** 43.1639 21.3639 | **82,560.00** 64,745.95 32,045.95 | **29%** 03/09/11 08/11/11 | **(14,231.90)** (23,465.95) 9,234.05 | **2.90%** 3858 3703 | **2,400.00** Long-Term Long-Term |
| *Cost Basis* | | | 96,791.90 | | | | |
| **MARKER THERAPEUTICS INC** SYMBOL: MRKR | **3,500.0000** 200.0000 300.0000 1,000.0000 2,000.0000 | **1.69000** 10.4123 10.3933 10.4133 2.4450 | **5,915.00** 2,082.46 3,117.99 10,413.30 4,890.00 | **2%** 06/26/18 06/26/18 06/26/18 03/19/21 | **(14,588.75)** (1,744.46) (2,610.99) (8,723.30) (1,510.00) | **N/A** 1192 1192 1192 195 | **N/A** Long-Term Long-Term Long-Term Short-Term |
| *Cost Basis* | | | 20,503.75 | | | | |
| **META MATLS INC** SYMBOL: MMAT | **1,000.0000** 1,000.0000 | **5.78000** 5.6800 | **5,780.00** 5,680.00 | **2%** 09/03/21 | **100.00** 100.00 | **N/A** 27 | **N/A** Short-Term |
| **MOGO FIN TECHNOLOGY IO F** SYMBOL: MOGO | **1,500.0000** 1,000.0000 100.0000 150.0000 250.0000 | **4.32000** 9.2500 9.4200 9.4400 9.4200 | **6,480.00** 9,250.00 942.00 1,416.00 2,355.00 | **2%** 02/22/21 04/01/21 04/01/21 04/01/21 | **(7,483.00)** (4,930.00) (510.00) (768.00) (1,275.00) | **N/A** 220 182 182 182 | **N/A** Short-Term Short-Term Short-Term Short-Term |
| *Cost Basis* | | | 13,963.00 | | | | |
| **NXT ID INC** SYMBOL: NXTD | **2,000.0000** 100.0000 200.0000 300.0000 1,400.0000 | **0.41590** 4.8327 4.8328 4.8327 4.8417 | **831.80** 483.27 966.56 1,449.83 6,778.48 | **<1%** 12/26/17 12/26/17 12/26/17 12/26/17 | **(8,846.34)** (441.68) (883.38) (1,325.06) (6,196.22) | **N/A** 1374 1374 1374 1374 | **N/A** Long-Term Long-Term Long-Term Long-Term |
| *Cost Basis* | | | 9,678.14 | | | | |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 8 of 15

**charles SCHWAB**

Schwab One® Account of
**GEORGE THOMAS HOUSE**

Account Number
**4161-8613**

Statement Period
**January 1-31, 2024**

## Investment Detail - Equities (continued)

| Equities (continued) | Quantity<br>Units Purchased | Market Price<br>Cost Per Share | Market Value<br>Cost Basis | % of Account Assets<br>Acquired | Unrealized<br>Gain or (Loss) | Estimated<br>Yield | Estimated<br>Annual Income | Holding Period |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Holding Days | | |
| **KINTARA THERAPEUTICS INC** | **6.0000** | **0.14480** | **0.87** | **<1%** | **(3,738.44)** | **N/A** | **N/A** | **N/A** |
| SYMBOL: KTRA | 0.8000 | 625.7750 | 500.62 | 04/17/18 | (500.50) | 2115 | | Long-Term |
| | 5.2000 | 622.8250 | 3,238.69 | 04/17/18 | (3,237.94) | 2115 | | Long-Term |
| Cost Basis | | | 3,739.31 | | | | | |
| **LOGICMARK INC** | **10.0000** | **1.04000** | **10.40** | **<1%** | **(9,667.74)** | **N/A** | **N/A** | **N/A** |
| SYMBOL: LGMK | 0.5000 | 966.5400 | 483.27 | 12/26/17 | (482.75) | 2227 | | Long-Term |
| | 1.0000 | 966.5600 | 966.56 | 12/26/17 | (965.52) | 2227 | | Long-Term |
| | 1.5000 | 966.5533 | 1,449.83 | 12/26/17 | (1,448.27) | 2227 | | Long-Term |
| | 7.0000 | 968.3542 | 6,778.48 | 12/26/17 | (6,771.20) | 2227 | | Long-Term |
| Cost Basis | | | 9,678.14 | | | | | |
| **MARKER THERAPEUTICS INC** | **350.0000** | **4.64000** | **1,624.00** | **1%** | **(18,879.75)** | **N/A** | **N/A** | **N/A** |
| SYMBOL: MRKR | 20.0000 | 104.1230 | 2,082.46 | 06/26/18 | (1,989.66) | 2045 | | Long-Term |
| | 30.0000 | 103.9330 | 3,117.99 | 06/26/18 | (2,978.79) | 2045 | | Long-Term |
| | 100.0000 | 104.1330 | 10,413.30 | 06/26/18 | (9,949.30) | 2045 | | Long-Term |
| | 200.0000 | 24.4500 | 4,890.00 | 03/19/21 | (3,962.00) | 1048 | | Long-Term |
| Cost Basis | | | 20,503.75 | | | | | |
| **META MATLS INC** | **10.0000** | **3.82000** | **38.20** | **<1%** | **(5,641.80)** | **N/A** | **N/A** | **N/A** |
| SYMBOL: MMAT | 10.0000 | 568.0000 | 5,680.00 | 09/03/21 | (5,641.80) | 880 | | Long-Term |
| **MOGO INC** F | **500.0000** | **1.46000** | **730.00** | **<1%** | **(13,233.00)** | **N/A** | **N/A** | **N/A** |
| SYMBOL: MOGO | 333.3333 | 27.7500 | 9,250.00 | 02/22/21 | (8,763.33) | 1073 | | Long-Term |
| | 33.3333 | 28.2600 | 942.00 | 04/01/21 | (893.33) | 1035 | | Long-Term |
| | 50.0000 | 28.3199 | 1,416.00 | 04/01/21 | (1,343.00) | 1035 | | Long-Term |
| | 83.3333 | 28.2600 | 2,355.00 | 04/01/21 | (2,233.33) | 1035 | | Long-Term |
| Cost Basis | | | 13,963.00 | | | | | |