NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta materials, Inc. | Case Number: 24-50792 | |
| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):<br>Thomas Acquilano<br>Annette T. Acquilano<br>19 Willowview Drive<br>Penfield, NY 14526<br><br>Telephone Number: 585-469-3928, 585-704-1180 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br><br>X Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | COURT USE ONLY<br><br>RECEIVED AND FILED<br><br>DEC 17 2024<br><br>U.S. BANKRUPTCY COURT<br>MARY A. SCHOTT, CLERK |
| NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein. | | |
| Account or other number by which Interest holder identifies Debtor:<br>Charles Schwab 1024-5239<br>Fidelity Investments X96-944492 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated:<br>☐ amends a previously filed Proof of Interest dated: | |
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br><br>**Thomas and Annette Acquilano**<br><br>**Charles Schwab - 1250 Pittsford Victor Rd. Bldg 200, Pittsford, NY 14534**<br><br>**Fidelity Investments - 2780 Monroe Ave. Suite 201, Rochester, NY 14618**<br><br>**Telephone Number:**<br>**Schwab - 585-419-0522**<br>**Fidelity - 800-219-7019** | 3. Date Equity Interest was acquired: See attached documentation | |
| 4. Total amount of member interest: **148.13 shares = $40,309.29** | 5. Certificate number(s): **See attached documentation** | |
| 6. Type of Equity Interest:<br>　Please indicate the type of Equity Interest you hold:<br>　X Check this box if your Equity Interest is based on an actual member interest held in the Debtor.<br>　☐ Check this box if your Equity Interest is based on anything else and describe that interest:<br>**Description: Investor** | | |
| 7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest. | | |

**9. Signature:**
Check the appropriate box.
X  I am the creditor.  ☐  I am the creditor's authorized agent.        ☐  I am the trustee, or the debtor,        ☐  I am a guarantor, surety, endorser, or other codebtor.

(Attach copy of power of attorney, if any.)              or their authorized agent.                    (See Bankruptcy Rule 3005.)
                                                          (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Thomas Acquilano and Annette T. Acquilano
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) (Date)      *[signature]  Tom Acq*          12/14/2024
                        *[signature]  Annette Acquilano*  12-14-2024


Telephone number: 585-469-3928, 585-704-1180  email: tacquilano@aol.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



# Fidelity

**INVESTMENT REPORT**
November 1, 2024 - November 30, 2024

Envelope # BQZZJCBBBHVXL

THOMAS ACQUILANO
ANNETTE ACQUILANO
19 WILLOWVIEW DR
PENFIELD NY 14526-2430

FIDELITY ACCOUNT THOMAS ACQUILANO AND ANNETTE
ACQUILANO - WITH RIGHTS OF SURVIVORSHIP TOD
▶ **Account Number: X96-944492**

## Your Account Value:

Change from Last Period: ▲

|  | This Period | Year-to-Date |
|---|---|---|
| Beginning Account Value | - | - |
| Subtractions | - | - |
| Transaction Costs, Fees & Charges | - | -0.15 |
| Change in Investment Value * | - | -0.15 |
| Ending Account Value Incl. AI | | |
| Accrued Interest (AI) | 0.00 | |

* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.
** Excludes unpriced securities.

**Contact Information**

Online
Fidelity.com/pas

FAST®-Automated Telephone
(800) 544-5555

Portfolio Advisory Services
(800) 544-3455
8am - 7pm ET, Mon - Fri


M05045233920241130

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

1 of 8   MR_CE _BQZZJCBBBHVXL_BBBBB 20241129   S



Fidelity INVESTMENTS

INVESTMENT REPORT
**November 1, 2024 - November 30, 2024**

# Holdings

**Account # X96-944492**
**THOMAS ACQUILANO - JOINT WROS - TOD**

## Stocks (continued)

| Description | Beginning Market Value Nov 1, 2024 | Quantity Nov 30, 2024 | Price Per Unit Nov 30, 2024 | Ending Market Value Nov 30, 2024 | Total Cost Basis | Unrealized Gain/Loss Nov 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | - |
| **META MATERIALS INC COM NEW** ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 2.13 | 30.000 | 0.0610 | 1.83 | 14,661.39 | -14,659.56 | - |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |

[redacted]

*All positions held in cash account unless indicated otherwise.*

EAI & EY ***Estimated Annual Income (EAI) & Estimated Yield (EY)****- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* ***For calculation details, refer to the "Additional Information and Endnotes" section.***

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

MR_CE _BQZZJCBBBHVXL_BBBBB 20241129 S

# Fidelity Investments

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

Account # X96-944492
THOMAS ACQUILANO - JOINT WROS

## Activity

### Securities Bought & Sold (continued)

**Net Securities Bought & Sold**

### Dividends, Interest & Other Income

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 06/30 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | - | - | |

**Total Dividends, Interest & Other Income**

### Other Activity In

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/28 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 R/S TO 59134N104 #REOR M0051336480000 | 89102U103 | Reverse Split | -4,000.000 | - | - | - | - |

**Total Other Activity In**

### Other Activity Out

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/28 | META MATERIALS INC COM R/S FROM 89102U103 #REOR M0051336480001 | 59134N104 | Reverse Split | 2,000.000 | - | - | - | - |

**Total Other Activity Out**



INVESTMENT REPORT
July 1, 2021 - July 31, 2021

Account # X96-944492
THOMAS ACQUILANO - JOINT WROS

## Holdings

### Stocks (continued)

#### Common Stock (continued)

| Description | Beginning Market Value Jul 1, 2021 | Quantity Jul 31, 2021 | Price Per Unit Jul 31, 2021 | Ending Market Value Jul 31, 2021 | Total Cost Basis | Unrealized Gain/Loss Jul 31, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 14,980.00 | 3,000.000 | 3.5000 | 10,500.00 | 16,100.00 | -5,600.00 | - - |
| META MATLS INC PFD | unavailable | 4,000.000 | - | unavailable | unknown | unknown | - - |
| Total Preferred Stock (0% of account holdings) | | | | unavailable | | | - |

**Total Holdings**

*All positions held in cash account unless indicated otherwise.*

**EAI** **Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short & EY positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the "Additional Information and Endnotes" section.**

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

MR_CE _BLFNDWBBCKLLQ_BBBBB 20210730        S



# INVESTMENT REPORT
July 1, 2021 - July 31, 2021

**Account # X96-944492**
**THOMAS ACQUILANO - JOINT WROS**

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/13 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 500.000 | 4.75000 | | - | -2,375.00 |
| 07/14 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 500.000 | 4.35000 | | - | -2,175.00 |

### Dividends, Interest & Other Income
*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 07/07 | META MATLS INC PFD SER A | 59134N203 | Distribution | | | - |
| 07/30 | SPIN FROM(89102U103) | | | 4,000.000 | - | |

MR_CE _BLFNDWBBCKLLQ_BBBBB 20210730    S



# Schwab One® Trust Account of

A ACQUILANO & T ACQUILANO TTEE
THOMAS AND ANNETTE ACQUILANO
LIV TRUST U/A DTD 03/13/2024

**Account Number**
1024-5239

**Statement Period**
November 1-30, 2024

## Your Independent Investment Manager and/or Advisor

HOWE AND RUSLING INC
165 CULVER RD STE 100
ROCHESTER NY     14620
(800) 325-4693

The custodian of your brokerage account is: Charles Schwab & Co., Inc. Member SIPC. Your Independent Investment Advisor is not affiliated with or an agent of Schwab and Schwab does not supervise or endorse your Advisor.

## Online Assistance

Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

A ACQUILANO & T ACQUILANO TTEE
THOMAS AND ANNETTE ACQUILANO
LIV TRUST U/A DTD 03/13/2024
19 WILLOWVIEW DRIVE
PENFIELD NY     14526-2430

## Account Summary

Ending Account Value as of 11/30

Beginning Account Value as of 11/01



Dec'23  Jan'24  Feb  Mar  Apr  May  Jun  Jul  Aug  Sep  Oct  Nov

This Statement                                          YTD

Beginning Value
Deposits
Withdrawals
Dividends and Interest
Transfer of Securities
Market Appreciation/(Depreciation)
Expenses

**Ending Value** w

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.



# Schwab One® Trust Account of

A ACQUILANO & T ACQUILANO TTEE
THOMAS AND ANNETTE ACQUILANO
LIV TRUST U/A DTD 03/13/2024

**Statement Period**
November 1-30, 2024

## Positions - Equities (continued)

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMATQ | META MATLS INC | 146.0000 | 0.06100 | 8.91 | 25,647.90 | (25,638.99) | N/A | 0.00 | <1% |

**HOWE & RUSLING** WEALTH MANAGEMENT

charles SCHWAB

Schwab One® Trust Account of
A ACQUILANO & T ACQUILANO TTEE
THOMAS AND ANNETTE ACQUILANO
LIV TRUST U/A DTD 03/13/2024

Statement Period
November 1-30, 2024

HOWE & RUSLING
WEALTH MANAGEMENT

## Cost Basis Lot Details (continued)

| Security Type | Symbol | Description | Acquired Date | Quantity/Par | Price($) | Unit Cost Per Share($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| EQUITY | MMATQ | META MATLS INC CLASS | 01/08/21 | 25.0514 | 0.06100 | 221.5438 | 1.53 | 5,550.00 | (5,548.47) |
| | | | 01/15/21 | 25.0514 | 0.06100 | 281.4205 | 1.53 | 7,050.00 | (7,048.47) |
| | | | 01/26/21 | 15.0308 | 0.06100 | 388.9990 | 0.92 | 5,847.00 | (5,846.08) |
| | | | 01/27/21 | 0.3757 | 0.06100 | 325.3302 | 0.02 | 122.25 | (122.23) |
| | | | 01/27/21 | 0.4809 | 0.06100 | 325.3303 | 0.03 | 156.48 | (156.45) |
| | | | 01/27/21 | 2.5051 | 0.06100 | 309.1633 | 0.15 | 774.50 | (774.35) |
| | | | 01/27/21 | 4.1535 | 0.06100 | 325.3301 | 0.25 | 1,351.27 | (1,351.02) |
| | | | 02/08/21 | 0.5010 | 0.06100 | 271.4408 | 0.03 | 136.00 | (135.97) |
| | | | 02/08/21 | 0.9719 | 0.06100 | 271.4411 | 0.06 | 263.84 | (263.78) |
| | | | 02/08/21 | 1.1022 | 0.06100 | 271.4410 | 0.07 | 299.20 | (299.13) |
| | | | 02/08/21 | 1.5030 | 0.06100 | 271.4410 | 0.09 | 408.00 | (407.91) |
| | | | 02/08/21 | 2.7556 | 0.06100 | 271.4411 | 0.17 | 748.00 | (747.83) |
| | | | 02/08/21 | 3.1865 | 0.06100 | 271.4410 | 0.19 | 864.96 | (864.77) |
| | | | 02/08/21 | 3.2065 | 0.06100 | 271.4410 | 0.20 | 870.40 | (870.20) |
| | | | 04/17/23 | 20.0411 | 0.06100 | 22.9527 | 1.22 | 460.00 | (458.78) |
| | | | 05/01/23 | 40.0823 | 0.06100 | 18.6116 | 2.45 | 746.00 | (743.55) |

$25,647.90