NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor:<br>**META MATERIALS INC** | Case Number:<br>24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

    Jeffrey Pemberton Reed
    24928 103rd Ave SE APT D302
    Kent, WA 98030-5195

    Telephone Number:
    206-294-0967

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**

   DEC 17 2024

   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
████4442

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   See Attached Documentation

   Telephone Number: 800-345-2550

3. Date Equity Interest was acquired:

   See Attached Documentation

4. Total amount of member interest: See Attached Documentation

5. Certificate number(s): --

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor,  ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.) or their authorized agent. (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Jeffrey Pemberton Reed
   Title:
   Company: Address and telephone number (if different from notice address above):

   (Signature)    12/12/2024 (Date)

   Telephone number: 206-294-0967  Email: Ashnar@yahoo.ca

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**Roth Contributory IRA** of

JEFFREY PEMBERTON REED
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Account Nickname
ROTH

Account Number
●●●●-4442

Statement Period
November 1-30, 2024

## Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

## Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

## Online Assistance

 Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

JEFFREY PEMBERTON REED
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
24928 103RD AVE SE APT D302
KENT WA 98030-5195

11/29-00000-ID2251618-103829



Roth Contributory IRA of

JEFFREY PEMBERTON REED
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Account Nickname
ROTH

Statement Period
November 1-30, 2024

## Positions - Summary



| Beginning Value as of 11/01 | Transfer of Securities(In/Out) | Dividends Reinvested | Cash Activity | Change in Market Value | Ending Value as of 11/30 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | ▓ | ▓ | | | ▓ | ▓ | ▓ | | ▓ | ▓ |
| **Total Cash and Cash Investments** | | | | | ▓ | ▓ | | | | |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| MMATQ | META MATLS INC | 10.0000 | 0.06100 | 0.61 | 70.38 | (69.77) | N/A | 0.00 | <1% |
| **Total Equities** | | | | ▓ | ▓ | ▓ | | ▓ | ▓ |

3 of