| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Blaine Benkovics | Case Number: 24-50792 | |
| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):<br><br>Blaine Benkovics<br>106 Summer Morning Ct<br>Lafayette, LA 70508<br><br>Telephone Number: 337-704-8579 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br><br>■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | COURT USE ONLY<br><br>**RECEIVED AND FILED**<br><br>DEC 17 2024<br><br>U.S. BANKRUPTCY COURT<br>MARY A. SCHOTT, CLERK |

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor:<br>Fidelity 235-683790<br>Millenium Trust/Inspira - xxxxx3W65 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated:<br>☐ amends a previously filed Proof of Interest dated: |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br>Blaine Benkovics<br>(Fidelity) - 100 Crosby Parkway, KC1H, Covington, KY 410151.<br>(Millenium/Inspira) - 2001 Spring Rd Ste 700, Oak Brook, IL 60523<br>Telephone Number: Fidelity-800-343-3548 Inspira-877-682-4727 | 3. Date Equity Interest was acquired:<br>Millenium/Inspira - Between June 17, 2021 and December 17, 2021<br>Fidelity - March 2, 2022<br>See attached documentation |
| 4. Total amount of member interest: 34700 shares for $151754.90 | 5. Certificate number(s): See Attached Documentation |

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ● Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
- ■ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor,  ☐ I am a guarantor, surety, endorser, or other codebtor.
    (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
                                                  (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Blaine Benkovics
Title: _____
Company: Address and telephone number (if different from notice address above):

(Signature)                             12/14/2024
                                        (Date)

Telephone number: 337-704-8579         email: prox@usa.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

```
PROOF OF INTEREST SUPPLEMENTAL INFORMATION:
CASE: 24-5072, META MATERIALS, INC.
For: Blaine Benkovics

Broker: Fidelity
Acct #: xxx-xx3790
TRANSACTIONS [Pre-Reverse Split]
03/02/2022      Purchased 500 shares     $2.08580/share   ($1042.90 total invested)

Broker: Millenium Trust/Inspira
06/17/2021      Purchased 1100 shares    $5.00/share($5500.00 total invested)
06/21/2021      Purchased 3400 shares    $9.00/share($30600.00 total invested)
06/25/2021      Purchased 5500 shares    $4.90/share($26950.00 total invested)
07/13/2021      Purchased 8500 shares    $4.04/share($34340.00 total invested)
08/14/2021      Purchased 11500 shares   $3.59/share($41285.00 total invested)
12/17/2021      Purchased 2500 shares    $2.87/share($7175.00 total invested)
12/17/2021      Purchased 1700 shares    $2.86/share($4862.00 total invested)

TOTAL SHARES HELD PRE-REVERSE SPLIT: 34700 shares
TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $151754.90

** See Transaction documentation attached.

Regards,
Blaine Benkovics
```



**MILLENNIUM TRUST COMPANY®**

2001 Spring Road, Suite 700 Oak Brook, Illinois 60523  630.368.5600

01/01/2021 - 12/31/2021
For the Account of: Benkovics IRA/ARP, Blaine
Account #: xxxxx3W65
Account Type: Rollover Traditional IRA

Page 1 of 5

Blaine P Benkovics

## Account Summary

| Portfolio | Price | Market Value |
|---|---|---|
| Meta Materials Inc. | $2.4600 | $84,132.00 |
| ~~redacted~~ | ~~redacted~~ | ~~redacted~~ |
| ~~redacted~~ | ~~redacted~~ | ~~redacted~~ |
| Meta Materials Inc 0.0% Pfd | $1.5100 | $6,795.00 |
| ~~redacted~~ | ~~redacted~~ | ~~redacted~~ |
| ~~redacted~~ | ~~redacted~~ | ~~redacted~~ |
| ~~redacted~~ | ~~redacted~~ | ~~redacted~~ |
| **Ending Balance** | | ~~redacted~~ |

## Account Detail

| Activity | Market Value |
|---|---|
| Beginning Market Value | ~~redacted~~ |
| Contributions/Rollovers | $0.00 |
| Income | ~~redacted~~ |
| Transfers In/Out | $0.00 |
| Distributions | $0.00 |
| Account Fees/Expenses | ~~redacted~~ |
| Taxes Paid | $0.00 |
| Other Activity | $0.00 |
| **Ending Balance** | ~~redacted~~ |

## Transaction History

| Date | Description | Cash Amount |
|---|---|---|
| 01/04/2021 | ~~redacted~~ | ~~redacted~~ |
| 01/04/2021 | ~~redacted~~ | ~~redacted~~ |
| 04/01/2021 | ~~redacted~~ | ~~redacted~~ |
| 06/10/2021 | ~~redacted~~ | ~~redacted~~ |
| 06/11/2021 | ~~redacted~~ | ~~redacted~~ |
| 06/17/2021 | Buy Torchlight Energy Resources, Inc<br>Trade Date: 06/17/21, Settle Date: 06/21/21 1,100.0000 Shares @ 5.00 | ($5,508.00) |
| 06/17/2021 | Meta Materials Inc 0.0% Pfd | $0.00 |
| 06/18/2021 | ~~redacted~~ | ~~redacted~~ |
| 06/21/2021 | Buy Torchlight Energy Resources, Inc<br>Trade Date: 06/21/21, Settle Date: 06/23/21 3,400.0000 Shares @ 9.00 | ($30,651.00) |
| 06/21/2021 | Meta Materials Inc 0.0% Pfd | ~~redacted~~ |
| 06/21/2021 | ~~redacted~~ | ~~redacted~~ |
| 06/24/2021 | ~~redacted~~ | ~~redacted~~ |
| 06/25/2021 | Buy Torchlight Energy Resources, Inc<br>Trade Date: 06/25/21, Settle Date: 06/29/21 5,500.0000 Shares @ 4.90 | ($27,005.00) |
| 06/25/2021 | ~~redacted~~ | ~~redacted~~ |



**MILLENNIUM TRUST COMPANY®**

2001 Spring Road, Suite 700 Oak Brook, Illinois 60523   630.368.5600

01/01/2021 - 12/31/2021  
For the Account of: Benkovics IRA/ARP, Blaine  
Account #: xxxxx3W65  
Account Type: Rollover Traditional IRA

Page 2 of 5

## Transaction History

| Date | Description | Cash Amount |
|---|---|---|
| 06/28/2021 | Torchlight Energy Resources, Inc | $0.00 |
| 06/28/2021 | Torchlight Energy Resources, Inc | $0.00 |
| 06/30/2021 | Buy Meta Materials Inc. Trade Date: 06/30/21, Settle Date: 07/02/21 5,000.0000 Shares @ 7.40 | ($37,075.00) |
| 06/30/2021 | Meta Materials Inc. | |
| 06/30/2021 | | |
| 06/30/2021 | Torchlight Energy Resources, Inc | $0.00 |
| 06/30/2021 | Torchlight Energy Resources, Inc | $0.00 |
| 07/01/2021 | Interest Cash Sweep Account | $0.21 |
| 07/13/2021 | Buy Meta Materials Inc. Trade Date: 07/13/21, Settle Date: 07/15/21 8,500.0000 Shares @ 4.04 | ($34,418.20) |
| 07/13/2021 | | |
| 07/19/2021 | | |
| 08/02/2021 | | |
| 08/11/2021 | Buy Meta Materials Inc. Trade Date: 08/11/21, Settle Date: 08/13/21 11,500.0000 Shares @ 3.59 | ($41,364.35) |
| 08/11/2021 | | |
| 08/17/2021 | | |
| 08/30/2021 | | |
| 08/31/2021 | | |
| 08/31/2021 | | |
| 09/01/2021 | | |
| 09/20/2021 | | |
| 09/30/2021 | | |
| 10/01/2021 | | |
| 10/06/2021 | | |
| 11/01/2021 | | |
| 12/01/2021 | | |
| 12/17/2021 | Buy Meta Materials Inc. Trade Date: 12/17/21, Settle Date: 12/21/21 1,700.0000 Shares @ 2.86 | ($4,868.13) |
| 12/17/2021 | Buy Meta Materials Inc. Trade Date: 12/17/21, Settle Date: 12/21/21 2,500.0000 Shares @ 2.87 | ($7,180.50) |
| 12/17/2021 | | |



**2001 Spring Road, Suite 700 Oak Brook, Illinois 60523  630.368.5600**

MILLENNIUM
TRUST COMPANY®

01/01/2021 - 12/31/2021
For the Account of: Benkovics IRA/ARP, Blaine
Account #: xxxxx3W65
Account Type: Rollover Traditional IRA

Page 3 of 5

**Transaction History**

| Date | Description | Cash Amount |
|---|---|---|
| 12/17/2021 | █████████████████ | ███████ |
| 12/17/2021 | ███████████████████████ | ███████ |



INVESTMENT REPORT
March 1, 2022 - March 31, 2022

## Holdings

Account # 235-683790
**BLAINE P BENKOVICS - TRADITIONAL IRA**

Stocks (continued)

| Description | Beginning Market Value Mar 1, 2022 | Quantity Mar 31, 2022 | Price Per Unit Mar 31, 2022 | Ending Market Value Mar 31, 2022 | Cost | Unrealized Gain/Loss Mar 31, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Preferred Stock** | | | | | | | |
| META MATERIALS INC PFD SER A (MMTLP) | $1,940.00 | 1,650.000 | $1.2200 | $2,013.00 | $2,511.00 | -$498.00 | - |
| Total Preferred Stock (58% of account holdings) | $1,940.00 | | | $2,013.00 | $2,511.00 | -$498.00 | - |
| Total Stocks (98% of account holdings) | $2,338.00 | | | $3,392.75 | $3,938.40 | -$545.65 | - |
| **Total Holdings** | | | | **$3,468.00** | **$3,938.40** | **-$545.65** | **$0.01** |

*All positions held in cash account unless indicated otherwise.*

EAI & EY   *Estimated Annual Income (EAI) & Estimated Yield (EY) - EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* **For calculation details, refer to the "Additional Information and Endnotes" section.**

*Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 03/02 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 500.000 | $2.08580 | - | -$1,042.90 |
| 03/02 | META MATERIALS INC PFD SER A | 59134N203 | You Bought | 650.000 | 1.94000 | - | -1,261.00 |
| | Total Securities Bought | | | | | - | -$2,303.90 |
| | **Net Securities Bought & Sold** | | | | | - | **-$2,303.90** |