NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor: Meta Materials Inc.

Case Number: 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Corey Neal
1510 N Sabin
Wichita, Ks. 67212

Telephone Number: 308-530-3603

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 17 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: See Attached Documentation

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: ____________
☐ amends a previously filed Proof of Interest dated: ____________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

See Attached Documentation

**Telephone Number:**

3. **Date Equity Interest was acquired:**

See Attached Documentation

4. **Total amount of member interest:** See Attached Documentation

5. **Certificate number(s):** See Attached Documentation

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor. ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.) ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Corey Neal
Title:
Company: Address and telephone number (if different from notice address above):
1510 N Sabin St.
Wichita, Ks. 67212

Corey J Neal (Signature) 12-15-2024 (Date)

Telephone number: 3085303603 email: nebcountryman@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

## 5. Certificate Numbers: Documentation

| Ally | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | cusip | |
| 3/11/2021 | Bought | 100 | $2.99 | $349.44 | 59134F101 | For some reason I was charged $349.44, instead of $299 |
| 3/11/2021 | Bought | 10 | $3.00 | $29.98 | 59134F101 | |
| | PRE Reverse Split Merger | 110 | | | | |
| Merger 1.845 Ratio | 1.845 X 110=202.95 | | | | | |
| 7/8/2021 | POST Reverse Split Merger | 202 | | | 59134N104 | |
| 1/26/2024 | 1/100 reverse split | 3 | | | 59134N302 | |
| | | | | | | |
| 12/11/2024 | Total MMAT as of Dec 2024 | 3 | | $379.42 | 59134N302 | |

| Robinhood | | | # shares | Price per | Total | | |
|---|---|---|---|---|---|---|---|
| TRCH | 6/21/2021 | Bought | 25 | $8.90 | $222.50 | 89102U103 | |
| TRCH | 6/21/2021 | Bought | 87 | $8.90 | $774.30 | 89102U103 | |
| TRCH | 6/28/2021 | PRE Reverse Split Merger 1:2 split | 112 | | | 89102U103 | |
| | | | | | | | |
| MMAT | 6/28/2021 | POST Reverse Split Merger 1:2 split | 56 | | | 59134N104 | |
| MMAT | 11/25/2022 | Bought | 200 | $2.00 | $400.00 | 59134N104 | |
| MMAT | 11/25/2022 | Bought | 100 | $2.00 | $200.00 | 59134N104 | |
| MMAT | 11/25/2022 | Bought | 325 | $2.00 | $650.00 | 59134N104 | |
| | 1/29/2024 | Pre 1/100 reverse split share total | 681 | | | | |
| | 1/29/2024 | 1/100 reverse split | 6 | | | 59134N302 | |
| | 1/31/2024 | 1/100 reverse split | 1 | | | 59134N302 | For some reason I did not receive all the reverse split shares on the same day |
| | 12/11/2024 | Total MMAT as of Dec 2024 | 7 | | $2,246.80 | 59134N302 | |

| Webull | | | | | | |
|---|---|---|---|---|---|---|
| TRCH | 12/16/2020 | Bought | 150 | $0.63 | $93.99 | 89102U103 |
| TRCH | 1/21/2021 | Bought | 125 | $1.57 | $196.25 | 89102U103 |
| TRCH | 6/25/2021 | PRE Reverse Split Merger | 275 | | | 89102U103 |
| | | | | | | |
| MMAT | 6/25/2021 | POST Reverse Split Merger | 137 | | | 59134N104 |
| | 7/12/2021 | Cash in leu | .50 shares | $5.94 | $2.97 | 59134N104 |
| | 11/25/2022 | Bought | 35 | $2.03 | $71.05 | 59134N104 |
| | 1/29/2024 | Pre 1/100 reverse split | 172 | | | 59134N104 |
| | 1/29/2024 | Post 1/100 reverse split | 2 | | | 59134N302 |
| | 12/11/2024 | Total MMAT as of Dec 2024 | 2 | | $364.26 | |

Corey J Neal

Corey Neal

1510 N Sabin St

Wichita, Ks. 67212

December 13, 2024

U.S. Bankruptcy Court

District of Nevada

ATTN: Clerk of the Court

First Floor

300 Booth Street

Reno, Nevada 89509

RE: Notice of Redaction. Proof of Interest Form, Case No. 24-50792

To: The Clerk of the Court

My Name is Corey Neal, and I hereby submit this NOTICE OF REDACTION for PROOF OF INTERST FORM in the matter of Meta-Materials, INC. case number 24-50792. Per instructions by The Honorable Hillary L. Barnes, United States Bankruptcy Judge, and out of abundance of caution and concern for the potential misuse of my personal information, I request all but the last four digits of my account numbers be redacted from my Proof of Interest form.

Per instructions, I have included with this filing an unredacted version of the POI, a redacted version of the POI, a detailed explanation of my $MMAT trading records and their documentation, and a form of payment for the $28 processing fee.

Thank you for your consideration in this matter!

Corey J Neal

Corey Neal

1510 N Sabin St

Wichita, Ks. 67212

*January 1, 2021 - March 31, 2021*

PAGE 2 OF 8

ACCOUNT NUMBER [redacted]04-15 RR A14

Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

COREY NEAL

INDIVIDUAL ACCOUNT

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| GR[redacted] COMMON STOCK | | | | | | | | | |
| METAMATERIAL INC COM | MMATF | C | 110 | 2.70 | 297.00 | | N/A | | 7.390 |
| N[redacted] COM NEW | | | | | | | | | |
| NE[redacted] COMMON STOCK | | | | | | | | | |
| **Total Equities** | | | | | [redacted] | | | | 99.996% |
| **Total Cash (Net Portfolio Balance)** | | | | | [redacted] | | | | 0.004% |
| **TOTAL PRICED PORTFOLIO** | | | | | [redacted] | | | | |

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 03/11/21 | C | GR[redacted] COMMON STOCK A[redacted] D[redacted] | | | | |

INDIVIDUAL ACCOUNT

*January 1, 2021 - March 31, 2021*

ACCOUNT NUMBER [redacted]04-15 RR A14

**Ally Invest Securities**
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

**COREY NEAL**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 03/11/21 | C | METAMATERIAL INC COM CUSIP: 59134F101 | 10 | 2.9984 | 29.98 | |
| BOUGHT | 03/11/21 | C | METAMATERIAL INC COM CUSIP: 59134F101 | 100 | 2.9944 | 349.44 | |
| **Total Buy / Sell Transactions** | | | | | | **$499.93** | |

| | |
|---|---|
| **FUNDS PAID AND RECEIVED** | |
| ACH [redacted] | |
| **Total Funds Paid And Received** | [redacted] |

I N D I V I D U A L A C C O U N T

*July 1, 2021 - July 31, 2021*

ACCOUNT NUMBER [redacted]04-15 RR A14

COREY NEAL

ally

Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| GR[redacted] COMMON STOCK | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 202 | 3.50 | 707.00 | | N/A | | 26.110 |
| NX[redacted] COM NEW | | | | | | | | | |
| NE[redacted] COMMON STOCK | | | | | | | | | |
| **Total Equities** | | | | | [redacted] | | | | 99.994% |
| **Total Cash (Net Portfolio Balance)** | | | | | [redacted] | | | | 0.006% |
| **TOTAL PRICED PORTFOLIO** | | | | | [redacted] | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| MERGER | 07/08/21 | C | META MATLS INC COMMON STOCK SHRS RECEIVED THRU MERGER CUSIP: 59134N104 | 202 | | | |

*July 1, 2021 - July 31, 2021*

PAGE 3 OF 8



**Ally Invest Securities**
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

ACCOUNT NUMBER ████04-15 **RR A14**

**COREY NEAL**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **MISCELLANEOUS TRANSACTIONS** (continued) | | | | | | | |
| MERGER | 07/08/21 | C | METAMATERIAL INC COM STOCK MERGER @ 1.845 INTO 59134N104 CUSIP: 59134F101 | -110 | | | |

**Total Miscellaneous Transactions**

INDIVIDUAL ACCOUNT

*January 1, 2024 - January 31, 2024*

ACCOUNT NUMBER [redacted]04-15 RR A14

**COREY NEAL**

ally

Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.599.0563
Member FINRA and SIPC - Ally.com/invest

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| CL[redacted] COMMON STOCK | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| GL[redacted] INC COM | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| GR[redacted] COMMON STOCK | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| GE[redacted] ORDINARY SHARES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| LO[redacted] COMMON STOCK | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| META MATERIALS INC COMMON STOCK | MMAT | C | 3 | 3.82 | 11.46 | | N/A | | 4.431 |
| NE[redacted] COMMON STOCK | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| NEXT B[redacted] - A PRIVATE COMPANY - | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| **Total Equities** | | | | | [redacted] | | | | **93.945%** |
| **Total Cash (Net Portfolio Balance)** | | | | | [redacted] | | | | **6.055%** |
| **TOTAL PRICED PORTFOLIO** | | | | | [redacted] | | | | |

*January 1, 2024 - January 31, 2024*

**ally**

Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

PAGE 3 OF 9

ACCOUNT NUMBER ██████04-15 RR A14

COREY NEAL

**► ACCOUNT ACTIVITY**

**MISCELLANEOUS TRANSACTIONS**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| REV SPLIT | 01/26/24 | C | META MATLS INC<br>COM NEW<br>REVERSE SPLIT @ 1:100<br>FROM 59134N104 TO 59134N302<br>RESULT OF REVERSE SPLIT<br>CUSIP: 59134N302 | 3 | | | |
| REV SPLIT | 01/26/24 | C | META MATLS INC<br>COMMON STOCK<br>REVERSE SPLIT @ 1:100<br>FROM 59134N104 TO 59134N302<br>CUSIP: 59134N104 | -202 | | | |

**Total Miscellaneous Transactions**

*September 1, 2024 - September 30, 2024*

PAGE 2 OF 7



**Ally Invest Securities**
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

ACCOUNT NUMBER ██████04-15  RR A14

COREY NEAL

**INDIVIDUAL ACCOUNT**

▶ **PORTFOLIO SUMMARY**



| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATERIALS INC COMMON STOCK | MMATQ | C | 3 | 0.37 | 1.11 | 1.35 | -18 | | 2.243 |
| **Total Equities** | | | | | | | | | |
| **Total Cash (Net Portfolio Balance)** | | | | | | | | | |
| **TOTAL PRICED PORTFOLIO** | | | | | | | | | |

Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/01/2021 to 06/30/2021
**COREY NEAL** Account [redacted]6170
4947 N Salina Ave, Wichita, KS 672042839

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | [redacted] | [redacted] |
| Total Securities | [redacted] | [redacted] |
| **Portfolio Value** | [redacted] | [redacted] |

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

## Portfolio Allocation

Options
Equities
Cash and Cash Equivalents
Cash and Cash Equivalents 0.03%
Equities 99.97%
Options 0.00%

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 56 | $7.49 | $419.44 | $0.00 | 3.30% |
| Nl[illegible]<br>Es[illegible] | | | | | | | |
| Nx[illegible]<br>Esti[illegible] | | | | | | | |
| To[illegible]<br>Esti[illegible] | | | | | | | |
| Ti[illegible]<br>Esti[illegible] | | | | | | | |
| **Total Securities** | | | | | | | |
| **Brokerage Cash Balance** | | | | | | | 0.03% |
| **Total Priced Portfolio** | | | | | | | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| ADR[redacted] | | | | | | | | |
| AC[redacted] | | | | | | | | |
| AC[redacted] | | | | | | | | |
| Torchlight Energy Resources<br>Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/21/2021 | 25 | $8.90 | $222.50 | |
| Torchlight Energy Resources<br>Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/21/2021 | 87 | $8.90 | $774.30 | |
| Meta Materials<br>Unsolicited, CUSIP: 59134N104 | | Margin | SPR | 06/28/2021 | 56 | | | |
| Torchlight Energy Resources<br>Unsolicited, CUSIP: 89102U103 | | Margin | SPR | 06/28/2021 | 112S | | | |
| **Total Funds Paid and Received** | | | | | | | [redacted] | |

## Executed Trades Pending Settlement

These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Total Executed Trades Pending Settlement** | | | | | | | $0.00 | $0.00 |

Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

11/01/2022 to 11/30/2022
**COREY NEAL** Account ██6170
4947 N Salina Ave, Wichita, KS 672042839

| **Account Summary** | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | ██ | ██ |
| Total Securities | ██ | ██ |
| **Portfolio Value** | ██ | ██ |

| **Income and Expense Summary** | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

**Portfolio Allocation**

Options
Equities
Cash and Cash Equivalents
Cash and Cash Equivalents 11.82%
Equities 88.18%
Options 0.00%

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

## Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |
| [redacted] | | | | | | | |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 681 | $1.90 | $1,293.90 | $0.00 | 48.07% |
| MMAT Preferred Shares<br>Estimated Yield: 0.00% | MMTLP | [redacted] | | | | | |
| [redacted] | | | | | | | 0.00% |
| [redacted] | | | | | | | |
| **Total Securities** | | | | | [redacted] | | |
| **Brokerage Cash Balance** | | | | | [redacted] | | 11.82% |
| **Total Priced Portfolio** | | | | | [redacted] | | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Ti[redacted] CU[redacted] | | | | | | | | |
| Ti[redacted] CU[redacted] | | | | | | | | |
| Crypt[redacted] | | | | | | | | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/25/2022 | 200 | $2.00 | $400.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/25/2022 | 100 | $2.00 | $200.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/25/2022 | 325 | $2.00 | $650.00 | |
| **Total Funds Paid and Received** | | | | | | | [redacted] | $0.00 |

## Executed Trades Pending Settlement

These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Total Executed Trades Pending Settlement** | | | | | | | $0.00 | $0.00 |

**Robinhood**
85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

01/01/2024 to 01/31/2024
**COREY NEAL** Account [redacted]170
1510 N Sabin St, Wichita, KS 67212

| Account Summary | Opening Balance | Closing Balance |
| --- | --- | --- |
| Net Account Balance | [redacted] | |
| Total Securities | [redacted] | |
| **Portfolio Value** | [redacted] | |

**Portfolio Allocation**

Options ■ Equities ■ Cash and Cash Equivalents

- **Cash and Cash Equivalents** 0.88%
- **Equities** 99.12%
- **Options** 0.00%

| Income and Expense Summary | This Period | Year to Date |
| --- | --- | --- |
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF").

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

3357671

**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| AMC<br>Estimated | | | | | | | |
| Cam<br>Estim | | | | | | | |
| Logi<br>Estima | | | | | | | |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 7 | $3.82 | $26.74 | $0.00 | 49.15% |
| Next<br>Estima | | | | | | | |
| Tou<br>Estim | | | | | | | |
| TIM<br>Estim | | | | | | | .02% |
| **Total Securities** | | | | | | | **99.12%** |
| **Brokerage Cash Balance** | | | | | | | **0.88%** |
| **Total Priced Portfolio** | | | | | | | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>CUSIP: 59134N302 | | Margin | SPR | 01/29/2024 | 6 | | | |
| Meta Materials<br>CUSIP: 59134N104 | | Margin | SPR | 01/29/2024 | 681S | | | |
| Meta Materials<br>CUSIP: 59134N302 | | Margin | SPR | 01/31/2024 | 1 | | | |
| **Total Funds Paid and Received** | | | | | | | $0.00 | $0.00 |

**Robinhood**
85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

11/01/2024 to 11/30/2024
**Corey Neal** Account [redacted]6170
1510 N Sabin St, Wichita, KS 67212

| **Account Summary** | **Opening Balance** | **Closing Balance** |
|---|---|---|
| Net Account Balance | [redacted] | [redacted] |
| Total Securities | [redacted] | [redacted] |
| **Portfolio Value** | [redacted] | [redacted] |

**Portfolio Allocation**

Cash and Cash Equivalents
4.38%
Equities
95.62%
Options
0.00%

| **Income and Expense Summary** | **This Period** | **Year to Date** |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF").

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org. 3840999

**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| AM [redacted] | | | | | | | |
| CA [redacted] | | | | | | | |
| Lo [redacted] | | | | | | | |
| Meta Materials<br>Estimated Yield: 0.00% | MMATQ | Margin | 7 | $0.0610 | $0.43 | $0.00 | 3.92% |
| Next Bridge Hydrocarbons Contra<br>Estimated Yield: 0.00% | MMTZZZ [redacted] | | | | | | |
| To [redacted] | | | | | | | |
| **Total Securities** | | | | | [redacted] | | |
| **Brokerage Cash Balance** | | | | | [redacted] | | |
| **Total Priced Portfolio** | | | | | [redacted] | | |

*December 1, 2020 - December 31, 2020*

PAGE 2 OF 11



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER ███54-17 RR WEA

COREY NEAL

**INDIVIDUAL ACCOUNT**



► **PORTFOLIO SUMMARY**

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| TORCHLIGHT ENERGY RESOURCES INC | TRCH | C | 150 | 0.70 | 105.00 | | N/A | | 3.217 |



*December 1, 2020 - December 31, 2020*

ACCOUNT NUMBER [redacted]54-17 RR WEA

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

COREY NEAL

INDIVIDUAL ACCOUNT

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | [redacted] | | IMN[redacted] AN CU | | | | |
| SOLD | [redacted] | | AY[redacted] C CUSI | | | | |
| SOLD | [redacted] | | FISI[redacted] CL CUS | | | | |
| BOUGHT | [redacted] | | AEI[redacted] C CI | | | | |
| BOUGHT | 12/16/20 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 150 | 0.6266 | 93.99 | |
| BOUGHT | [redacted] | C | SU[redacted] CO CU | | | | |
| BOUGHT | [redacted] | C | OC[redacted] C | | | | |
| BOUGHT | [redacted] | | O[redacted] C CUS | | | | |
| BOUGHT | [redacted] | | JA[redacted] C CU | | | | |
| BOUGHT | [redacted] | | OC[redacted] C CU | | | | |



*January 1, 2021 - January 31, 2021*

ACCOUNT NUMBER [redacted]54-17 RR WEA

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

INDIVIDUAL ACCOUNT

**COREY NEAL**

▶ PORTFOLIO SUMMARY (CONTINUED)

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** (continued) | | | | | | | | | |
| [redacted] | | | | | | | | | |
| TORCHLIGHT ENERGY RESOURCES INC | TRCH | C | 275 | 1.65 | 453.75 | 105.00 | 332 | | 9.258 |
| [redacted] CLASS A ORDINARY SHARES | | | | | | | | | |
| **Total Equities** | | | | | [redacted] | | | | |
| **Total Cash (Net Portfolio Balance)** | | | | | [redacted] | | | | |
| **TOTAL PRICED PORTFOLIO** | | | | | [redacted] | | | | |

▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | [redacted] | C | [redacted] | | | | |

*January 1, 2021 - January 31, 2021*

PAGE 4 OF 11

ACCOUNT NUMBER [redacted]54-17 RR WEA

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

INDIVIDUAL ACCOUNT

COREY NEAL

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| [redacted] | [redacted] | | JA[redacted] CO[redacted] CUS[redacted] | | | | |
| [redacted] | [redacted] | | JA[redacted] CO[redacted] CUS[redacted] | | | | |
| [redacted] | [redacted] | C | JA[redacted] CO[redacted] CU[redacted] | | | | |
| [redacted] | [redacted] | C | S[redacted] CO[redacted] CU[redacted] | | | | |
| [redacted] | [redacted] | C | JA[redacted] CO[redacted] CUS[redacted] | | | | |
| [redacted] | [redacted] | C | CI[redacted] CL[redacted] CU[redacted] | | | | |
| BOUGHT | 01/21/21 | C | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 125 | 1.57 | 196.25 | |
| [redacted] | [redacted] | | CIN[redacted] CL[redacted] CUS[redacted] | | | | |
| [redacted] | [redacted] | | IT T[redacted] C[redacted] CU[redacted] | | | | |
| [redacted] | [redacted] | C | CIN[redacted] CLA[redacted] CUSI[redacted] | | | | |



*June 1, 2021 - June 30, 2021*



# Webull Financial LLC
**44 Wall Street, New York, NY 10005**
customerservice@webull.us

PAGE 2 OF 9

ACCOUNT NUMBER        ●54-17  RR WEA

COREY NEAL

ACCOUNT

▶ **PORTFOLIO SUMMARY**



| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AM█ | | | | | | | | | |
| CL A COM | | | | | | | | | |
| AE█ | | | | | | | | | | .020 |
| COMM█ | | | | | | | | | |
| AO█ | | | | | | | | | |
| COMMON STOCK | | | | | | | | | |
| C█ | | | | | | | | | |
| COMMON█ | | | | | | | | | |
| E█ | | | | | | | | | |
| CORP LTD | | | | | | | | | |
| IT█ | | | | | | | | | |
| COMMON STOCK | | | | | | | | | |
| ID█ | | | | | | | | | |
| COMMON STOCK | | | | | | | | | |
| KA█ | | | | | | | | | |
| MI█ | | | | | | | | | |
| META MATLS INC | MMAT | C | 137 | 7.49 | 1,026.13 | | N/A | | 11.963 |
| COMMON STOCK | | | | | | | | | |
| NA█ | | | | | | | | | |
| CO█ | | | | | | | | | |
| PH█ | | | | | | | | | |
| COMMON STOCK | | | | | | | | | |
| SU█ | | | | | | | | | |
| CO█ | | | | | | | | | |

June 1, 2021 - June 30, 2021

ACCOUNT NUMBER [redacted]54-17 RR WEA

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

INDIVIDUAL ACCOUNT

**COREY NEAL**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| REV SPLIT | 06/25/21 | C | META MATLS INC<br>COM<br>RESULT OF REVERSE SPLIT<br>CUSIP: 59134N104 | 137 | | | |
| REV SPLIT | 06/25/21 | C | TORCHLIGHT ENERGY RESOURCES<br>INC<br>REVERSE SPLIT @ 1:2<br>INTO 59134N104<br>CUSIP: 89102U103 | -275 | | | |
| **Total Miscellaneous Transactions** | | | | | | | |



*July 1, 2021 - July 31, 2021*

ACCOUNT NUMBER [redacted]54-17 RR WEA

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

COREY NEAL

INDIVIDUAL ACCOUNT

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AM[redacted] CL A COM | | | | | | | | | |
| AE[redacted] COMMON STOCK | | | | | | | | | |
| AC[redacted] COMMON STOCK | | | | | | | | | |
| CI[redacted] CLASS A COMMON STOCK | | | | | | | | | |
| ELE[redacted] CORP | | | | | | | | | |
| IT [redacted] COMMON STOCK | | | | | | | | | |
| ID[redacted] COMMON STOCK | | | | | | | | | |
| KA[redacted] | | | | | | | | | |
| MI[redacted] CVR COMMON STOCK | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 137 | 3.50 | 479.50 | 1,026.13 | -53 | | 7.384 |
| META MATLS INC PFD SER A | [redacted] | | | | | | | | |
| NA[redacted] ORDINARY SHARES | | | | | | | | | |
| PH[redacted] C | | | | | | | | | |

*July 1, 2021 - July 31, 2021*

PAGE 3 OF 9

ACCOUNT NUMBER [redacted]54-17 RR WEA

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

INDIVIDUAL ACCOUNT

COREY NEAL

▶ PORTFOLIO SUMMARY (CONTINUED)

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** (continued) | | | | | | | | | |
| SU[redacted] C[redacted] | | | | | | | | | |
| TR[redacted] | | | | | | | | | |
| VI[redacted] COMMON STOCK | | | | | | | | | |
| XPE[redacted] ADS [redacted] CLASS A ORDINARY SHARES | | | | | | | | | |
| **Total Equities** | | | | | [redacted] | | | | |
| **Total Cash (Net Portfolio Balance)** | | | | | [redacted] | | | | |
| **TOTAL PRICED PORTFOLIO** | | | | | [redacted] | | | | |

▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 07/08/21 | C | META MATLS INC PFD SER A SPINOFF ON[redacted] TORCHLIGHT [redacted]SOURCES REC 06/24/21 PAY 06/25/21 AS OF 07/07/21 CUSIP: 59134N203 | [redacted] | | | |
| **Total Buy / Sell Transactions** | | | | | | | |



*July 1, 2021 - July 31, 2021*

ACCOUNT NUMBER [redacted]54-17 RR WEA

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**COREY NEAL**

INDIVIDUAL ACCOUNT

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| CASH-LIEU | 07/12/21 | C | META MATLS INC<br>COMMON STOCK<br>CIL ON 0.50000@ 5.94925<br>CUSIP: 59134N104 | | | | $2.97 |
| **Total Miscellaneous Transactions** | | | | | | | **$2.97** |

*November 1, 2022 - November 30, 2022*



# Webull Financial LLC
## 44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 2 OF 9

ACCOUNT NUMBER ████954-17 **RR WEA**

**COREY NEAL**

▶ **PORTFOLIO SUMMARY**

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | C | 172 | 1.90 | 326.80 | 145.22 | 125 | | 8.467 |
| META MATLS INC PFD SER A | MMTL | | | | | | | | |



INDIVIDUAL ACCOUNT

*November 1, 2022 - November 30, 2022*

ACCOUNT NUMBER [redacted]54-17 RR WEA

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

COREY NEAL

## PORTFOLIO SUMMARY (CONTINUED)

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** (continued) | | | | | | | | | |
| [redacted] | | | | | | | | | |
| LIMITED ORDINARY SHARES | | | | | | | | | |
| [redacted] | | | | | | | | | |
| CLASS A ORDINARY SHARES | | | | | | | | | |
| **Total Equities** | | | | | [redacted] | | | | |
| **Total Cash (Net Portfolio Balance)** | | | | | [redacted] | | | | |
| **TOTAL PRICED PORTFOLIO** | | | | | [redacted] | | | | |

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 11/25/22 | C | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 35 | $2.03 | $71.05 | |
| **Total Buy / Sell Transactions** | | | | | | $71.05 | |

 **Statement Period:** 01/01/2024 - 01/31/2024

**Account Name:** Corey Neal

**Account Number:** [redacted]3954

**Account Type:** CASH

**Account Address:** 1510 N Sabin St WICHITA,KS,67212

## PORTFOLIO SUMMARY

This section provides an overview of cash and securities held in your Webull account as well as fully-paid securities you have loaned through your participation in the Apex Clearing Fully-Paid Securities Lending Program and the collateral held through the program's Trustee for your benefit at a bank.

| | Total Cash Balance | Market Value of Securities in Your Account | Market Value of Securities in Long Account | Market Value of Securities in Short Account | Market Value of Fully-Paid Securities Loaned | Collateral Value | Loan Value | Portfolio Market Value |
|---|---|---|---|---|---|---|---|---|
| Opening | [redacted] | | | | | | | |
| Closing | [redacted] | | | | | | | |

Welcome to your Webull Brokerage Account Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Please note that externally held assets are included on the statement solely as a courtesy; information (including valuation) for such externally held assets is derived from external sources for which the member is not responsible; and externally held assets may not be covered by SIPC.

Happy investing with Webull!

**OFFICE SERVING YOU**

Webull Financial LLC
Member FINRA (CRD: 289063), SIPC
44 Wall Street, 2nd Floor
New York, NY 10005
customerservices@webull.us
1 (888) 828-0618

**YOUR CLEARING BROKER**

Apex Clearing Corporation
Member FINRA (CRD: 13071), SIPC
350 N. St. Paul Suite 1300
Dallas, TX 75201
cs@apexclearing.com



| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| CEI | | | | | |
| MCO | | | | | |
| SOL | | | | | |
| CN | | | | | |
| CE | | | | | |
| MMAT | 59134N302 | 2 | 1 | 3.82 | 7.64 |
| XPE | | | | | |
| TRV | | | | | |
| AMC | | | | | |
| VRD | | | | | |
| FN | | | | | |
| SN | | | | | |
| KN | | | | | |
| ITF | | | | | |
| AAD | | | | | |
| MMTLPWB | US8AQ9903 | | | | |
| ACO | | | | | |
| PE | | | | | |

## ACCOUNT ACTIVITY

| Date | Transaction | Currency | Symbol | Cusip | Quantity | Amount | Description | Status |
|---|---|---|---|---|---|---|---|---|
| 01/29/2024 | Corporate Action | | MMAT | 59134N104 | -172 | | META MATERIALS INC — Reverse Split @100:1 — into 59134N302 | |
| 01/29/2024 | Corporate Action | | MMAT | 59134N302 | 2 | | META MATERIALS INC — Reverse Split @100:1 — Result of Reverse Split | |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Pending Dividends: The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future outside of the statement period.
2. Accrued Interest: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.
3. Trades (Sold): Cash from selling securities.
4. Trades (Bought): Cash spent on buying securities.
5. Multiplier(Mult): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying Index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.
6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.
7. The sum of Exchange-related fees, transaction-related fees, stamp duty, withholding tax, contract fees, commissions, or other fees or taxes.
8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.
9. All transactions are based on a First-in, First-out ("FIFO") method.
10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
11. Account Types: C = Cash, M = Margin, S = Short, X = RVP/DVP, and O = Other
12. FPSL: The Apex Clearing Corporation Fully-Paid Securities Lending Program.
13. Market Value of Securities Held Long includes the market value of securities held in non-short account types (i.e. Cash account, Margin account).

 | | |
|---|---|
| **Statement Period:** | 11/01/2024 - 11/30/2024 |
| **Account Name:** | Corey Neal |
| **Account Number:** | 3954 |
| **Account Type:** | CASH |
| **Account Address:** | 1510 N Sabin St WICHITA,KS,67212 |

Welcome to your Webull Summary Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Please note that externally held assets are included on the statement solely as a courtesy; information (including valuation) for such externally held assets is derived from external sources for which the member is not responsible; and externally held assets may not be covered by SIPC. Funds deposited with Program Banks of Webull's Cash Management Program are insured, in aggregate, up to $250,000 per Program Bank, per depositor, for each account ownership category, by the FDIC. For joint accounts, FDIC coverage is available up to $500,000 per Program Bank.

Happy investing with Webull!

**OFFICE SERVING YOU**
Webull Financial LLC
Member FINRA (CRD: 289063), SIPC
44 Wall Street, 2nd Floor
New York, NY 10005
support@webull.us
1 (888) 828-0618

**WEBULL'S CLEARING BROKER**
Apex Clearing Corporation
Member FINRA (CRD: 13071), SIPC
350 N. St. Paul Suite 1300
Dallas, TX 75201
cs@apexclearing.com

## OPEN POSITIONS

### Equities & Options

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| AA | | | | | |
| A | | | | | |
| CE | | | | | |
| C | | | | | |
| CN | | | | | |
| F | | | | | |
| IT | | | | | |
| K | | | | | |
| MC | | | | | |
| MMATQ | 59134N302 | 2 | 1 | 0.0610 | 0.12 |
| MMTLPW | | | | | |
| PH | | | | | |
| SN | | | | | |
| VR | | | | | |
| XP | | | | | |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Accrued Dividends: The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future outside of the statement period.
2. Accrued Balance: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.
3. Trades (Sold): Cash from selling securities.
4. Trades (Bought): Cash spent on buying securities.
5. Multiplier(Mult): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.
6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.
7. The sum of Exchange-related fees, transaction-related fees, stamp duty, withholding tax, contract fees, commissions, or other fees or taxes.
8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.
9. All transactions are based on a First-in, First-out ("FIFO") method.
10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
11. Account Types: C = Cash, M = Margin, S = Short, X = RVP/DVP, and O = Other
12. FPSL: The Apex Clearing Corporation Fully-Paid Securities Lending Program.
13. Market Value of Securities Held Long includes the market value of securities held in non-short account types (i.e. Cash account, Margin account).
14. Market Value of Securities Held Short includes the market value of securities held in the short account type. Bona fide short positions will mark-to-market on a daily basis between the margin and short account types based on prevailing closing prices of the security which was shorted.
15. Market Value of Fully-Paid Securities Loaned. The market value of the fully-paid securities you have loaned through participating in the Apex Clearing Corporation Fully-Paid Securities Lending Program.
16. Collateral Value and Loan Value. Collateral Value and Loan Value are related to the fully-paid securities lent by you under the FPSL program. Collateral Value is the amount of collateral (e.g. cash) held on your behalf through the program's Trustee for your benefit at a bank. Loan Value is the market value of the fully-paid securities you have loaned, subject to rounding convention, through participating in the FPSL Program. See the Master Securities Lending Agreement for Apex Clearing Corporation Fully-Paid Securities Lending Program for complete program details.