NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** META MATERIALS INC.
**Case Number:** 24-50792-hlb

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   MARTHA LUSH
   2400 ROCK HAVEN LUSH LANE
   DOURO-DUMMER, ONTARIO
   CANADA  K0L 2H0

   **Telephone Number:** 905 584-2430

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.
   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtor in this case.
   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   DEC 16 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:** 433360

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   TD DIRECT INVESTING
   3500 Steeles Ave. E., Tower 2, 2nd Floor
   MARKHAM ON L3R 0X1
   **Telephone Number:** 1-800-668-1972

3. **Date Equity Interest was acquired:**
   SEPT 2, 2021 (3700 shares)
   June 2022 (20,000 shares)
   SEPT 2 2022 (5,000 shares)
   SEE ATTACHED

4. **Total amount of member interest:** ~~$8,700.00~~ 28,700 PRE 1 for 100 Reverse Split

5. **Certificate number(s):** See Attached

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   **Print Name:** MARTHA LUSH
   **Title:**
   **Company:** Address and telephone number (if different from notice address above):

   (Signature) Martha Lush    (Date) Dec 13/24
   Telephone number: 905 584-2430   email: lush@uniserve.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]    [ Save Form ]    [ Clear Form ]

Sent from my iPhone



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

# TD Direct Investing

## Transaction Confirmation

MRS. MARTHA E LUSH
2400 ROCK HAVEN LUSH LANE
DOURO-DUMMER ON K0L 2H0

**Account number and type**
433360A - Cash Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 668-1972

## Transaction on September 02, 2021

▶ **For settlement on:** September 07, 2021
▶ **Processed on:** September 02, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | METAMATERIAL EXCHANGECO | 900 | 5.41 | |
| | SD-440165 | 500 | 5.46 | |
| | | 1,400 | | |

Security number: 43666B
CUSIP ID: 59134L108
Trade number: 006923
Trade processed by: 9EON

|  | | |
|---|---|---|
| | Gross transaction amount | CAD 7,599.00 |
| *Plus* | Commission | 9.99 |
| *Equals* | **Net transaction amount** | **CAD $7,608.99** |

*As agent, TD Direct Investing confirms the above purchase on TriAct Match Now for settlement in your account.*

### Important information

**Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.**

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00117946 0000003834 20210902 59134L108 43666B

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

# Transaction Confirmation

MRS. MARTHA E LUSH
2400 ROCK HAVEN LUSH LANE
DOURO-DUMMER ON K0L 2H0

**Account number and type**
433360A - Cash Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 668-1972

## Transaction on September 02, 2021

▸ **For settlement on:** September 07, 2021
▸ **Processed on:** September 02, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | METAMATERIAL EXCHANGECO SD-440165 | 800 | 5.48 | |
| | Gross transaction amount | | | CAD 4,384.00 |
| | **Net transaction amount** | | | **CAD $4,384.00** |

Security number: 43666B
CUSIP ID: 59134L108
Trade number: 006925
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on the CNQ Pure Trading market for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00117948 0000003834 20210902 59134L108 43666B

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

# Transaction Confirmation

MRS. MARTHA E LUSH
2400 ROCK HAVEN LUSH LANE
DOURO-DUMMER ON K0L 2H0

**Account number and type**
433360A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 668-1972

## Transaction on September 02, 2021

▸ **For settlement on:** September 07, 2021
▸ **Processed on:** September 02, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | METAMATERIAL EXCHANGECO SD-440165 | 200 | 5.47 | |
| | Gross transaction amount | | | CAD 1,094.00 |
| | **Net transaction amount** | | | **CAD $1,094.00** |

Security number: 43666B
CUSIP ID: 59134L108
Trade number: 006924
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on CX2 Canada ATS for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00117947 0000003834 20210902 59134L108 43666B

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

## Transaction Confirmation

MRS. MARTHA E LUSH
2400 ROCK HAVEN LUSH LANE
DOURO-DUMMER ON K0L 2H0

**Account number and type**
433360T - TD Waterhouse Self-Directed
RIF/LRIF/LIF/PRIF - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 668-1972

### Transaction on September 02, 2021

▸ **For settlement on:** September 07, 2021
▸ **Processed on:** September 02, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | METAMATERIAL EXCHANGECO | 1,200 | 5.405 | |
| | CB-444501 | 100 | 5.45 | |
| | | 1,300 | | |
| | Gross transaction amount | | | CAD 7,031.00 |
| | *Plus* Commission | | | 9.99 |
| | *Equals* **Net transaction amount** | | | **CAD $7,040.99** |

Security number: 43666B
CUSIP ID: 59134L108
Trade number: 003421
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on TriAct Match Now for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS  = Non-voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS  = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00117949 0000003834 20210902 59134L108 43666B

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

## Transaction Confirmation

MRS. MARTHA E LUSH
2400 ROCK HAVEN LUSH LANE
DOURO-DUMMER ON K0L 2H0

**Account number and type**
433360J - TD Waterhouse Tax-Free Savings
Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 668-1972

### Transaction on June 01, 2022

▶ **For settlement on:** June 03, 2022
▶ **Processed on:** June 01, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | METAMATERIAL EXCHANGECO TR-522280 | 2,000 | 2.14 | |
| | Gross transaction amount | | | CAD 4,280.00 |
| | *Plus* Commission | | | 9.99 |
| | *Equals* Net transaction amount | | | CAD $4,289.99 |

Security number: 43666B
CUSIP ID: 59134L108
Trade number: 005473
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on the CNQ Pure Trading market for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

---

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00085280 0000004026 20220601 59134L108 43666B

Order execution account
No advice or recommendations provided.
Page **1** of **1**



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

## Transaction Confirmation

MRS. MARTHA E LUSH
2400 ROCK HAVEN LUSH LANE
DOURO-DUMMER ON K0L 2H0

**Account number and type**
433360T - TD Waterhouse Self-Directed
RIF/LRIF/LIF/PRIF - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 668-1972

## Transaction on June 10, 2022

▸ **For settlement on:** June 14, 2022
▸ **Processed on:** June 10, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | METAMATERIAL EXCHANGECO LF-527325 | 2,000 | 1.85 | |

|  |  |  |
|---|---|---|
|  | Gross transaction amount | CAD 3,700.00 |
| Security number: 43666B | *Plus* Commission | 9.99 |
| CUSIP ID: 59134L108 | *Equals* **Net transaction amount** | **CAD $3,709.99** |
| Trade number: 005321 | | |
| Trade processed by: 9EON | | |

*As agent, TD Direct Investing confirms the above purchase on the CNQ Pure Trading market for settlement in your account.*

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing**
**TD Direct Investing.**

---

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00111552 0000004033 20220610 59134L108 43666B

**Order execution account**
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

## Transaction Confirmation

MRS. MARTHA E LUSH
2400 ROCK HAVEN LUSH LANE
DOURO-DUMMER ON K0L 2H0

**Account number and type**
433360T - TD Waterhouse Self-Directed
RIF/LRIF/LIF/PRIF - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 668-1972

### Transaction on June 13, 2022

▸ For settlement on: June 15, 2022
▸ Processed on: June 13, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | METAMATERIAL EXCHANGECO LF-527325 | 6,000 | 1.85 | |

|  |  |  |
|---|---|---|
|  | Gross transaction amount | CAD 11,100.00 |
| Security number: 43666B | *Plus* Commission | 9.99 |
| CUSIP ID: 59134L108 | *Equals* Net transaction amount | CAD $11,109.99 |
| Trade number: 005231 | | |
| Trade processed by: 9EON | *As agent, TD Direct Investing confirms the above purchase on the CNQ Pure Trading market for settlement in your account.* | |

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

---

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00128117 0000004034 20220613 59134L108 43666B

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

# Transaction Confirmation

MRS. MARTHA E LUSH
2400 ROCK HAVEN LUSH LANE
DOURO-DUMMER ON K0L 2H0

**Account number and type**
433360A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 668-1972

## Transaction on June 28, 2022

▸ **For settlement on:** June 30, 2022
▸ **Processed on:** June 28, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | METAMATERIAL EXCHANGECO XX-536471 | 5,000 | 1.38 | |

| | | |
|---|---|---|
| | Gross transaction amount | CAD 6,900.00 |
| Security number: 43666B | *Plus* Commission | 9.99 |
| CUSIP ID: 59134L108 | *Equals* **Net transaction amount** | **CAD $6,909.99** |
| Trade number: 003238 | | |
| Trade processed by: 9EON | *As agent, TD Direct Investing confirms the above purchase on the CNQ Pure Trading market for settlement in your account.* | |

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00078812 0000004045 20220628 59134L108 43666B

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

# Transaction Confirmation

MRS. MARTHA E LUSH
2400 ROCK HAVEN LUSH LANE
DOURO-DUMMER ON K0L 2H0

**Account number and type**
433360A - Cash Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 668-1972

## Transaction on June 29, 2022

▸ **For settlement on:** July 04, 2022
▸ **Processed on:** June 29, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | METAMATERIAL EXCHANGECO LZ-536221 | 5,000 | 1.25 | |
| | Gross transaction amount | | | CAD 6,250.00 |
| | *Plus* Commission | | | 9.99 |
| | *Equals* **Net transaction amount** | | | **CAD $6,259.99** |

Security number: 43666B
CUSIP ID: 59134L108
Trade number: 002758
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on the CNQ Pure Trading market for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00066568 0000004046 20220629 59134L108 43666B

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

# Transaction Confirmation

MRS. MARTHA E LUSH
2400 ROCK HAVEN LUSH LANE
DOURO-DUMMER ON K0L 2H0

**Account number and type**
433360A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 668-1972

## Transaction on September 02, 2022

▸ **For settlement on:** September 07, 2022
▸ **Processed on:** September 02, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | METAMATERIAL EXCHANGECO WE-548509 | 5,000 | 1.15 | |
| | Gross transaction amount | | | CAD 5,750.00 |
| | *Plus* Commission | | | 9.99 |
| | *Equals* **Net transaction amount** | | | **CAD $5,759.99** |

Security number: 43666B
CUSIP ID: 59134L108
Trade number: 002159
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on the CNQ Pure Trading market for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00074422 0000004093 20220902 59134L108 43666B

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**

# Your TFSA statement
November 1, 2024 to November 30, 2024

Account number: 433360-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

**Do you have a question?**
If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More' menu, or call the numbers below to speak to an Investment Representative:

| | |
|---|---|
| **English:** | **1-800-668-1972** |
| **French:** | **1-866-211-3847** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

MRS. MARTHA E LUSH
2400 ROCK HAVEN LUSH LANE
DOURO-DUMMER ON
K0L 2H0

## Your account at a glance

**You need to know**
Please see page 3 for important information about your account.

| | This period (Nov 1 - Nov 30, 2024) | Last period (Oct 1 - Oct 31, 2024) | Year to date (Jan 1 - Nov 30, 2024) |
|---|---|---|---|
| Beginning balance | $78,947.07 | $83,161.25 | $72,150.06 |
| Change in your account balance | $1,551.66 | -$4,214.18 | $8,348.67 |
| Ending balance | **$80,498.73** | **$78,947.07** | **$80,498.73** |

▸ US dollars converted to Canadian dollars at **1.4015** as of Nov 30, 2024

## Holdings in your account
on November 30, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Cash** | | | | | | |
| Cash | | | 36,713.17 | 36,713.17 | 0.00 | 45.61% |
| **Equities** | | | | | | |
| **Canadian common shares & equivalents** | | | | | | |
| BLACKBERRY LIMITED (BB) | 1,000 SEG | 3.680 | 13,014.98 | 3,680.00 | -9,334.98 | 4.57% |
| METAMATERIAL EXCHANGE-NEW (MMAX) | 194 SEG | 0.160 | 6,029.99 | 31.04 | -5,998.95 | 0.04% |
| TORONTO DOMINION BANK (TD) | 500 SEG | 79.230 | 40,746.98 | 39,615.00 | -1,131.98 | 49.21% |
| **Total Canadian common shares & equivalents** | | | **$59,791.95** | **$43,326.04** | | **53.82%** |

(continued on next page)

---

**Order-Execution-Only Account.**

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by CIRO**
Canadian Investment
Regulatory Organization

Page 1 of 4



# TD Direct Investing

# Your RIF statement
November 1, 2024 to November 30, 2024

Account number: 433360-T
Account type: Self-Directed RIF
Account currency: Canadian dollars

MRS. MARTHA E LUSH
2400 ROCK HAVEN LUSH LANE
DOURO-DUMMER ON
K0L 2H0

### Do you have a question?
If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More' menu, or call the numbers below to speak to an Investment Representative:

| | |
|---|---|
| **English:** | **1-800-668-1972** |
| **French:** | **1-866-211-3847** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

**ⓘ You need to know**
Please see page 3 for important information about your account.

| | This period (Nov 1 - Nov 30, 2024) | Last period (Oct 1 - Oct 31, 2024) | Year to date (Jan 1 - Nov 30, 2024) |
|---|---|---|---|
| Beginning balance | $628,600.58 | $599,343.15 | $559,754.24 |
| Change in your account balance | $62,898.25 | $29,257.43 | $131,744.59 |
| **Ending balance** | **$691,498.83** | **$628,600.58** | **$691,498.83** |

▶ US dollars converted to Canadian dollars at **1.4015** as of Nov 30, 2024

## Holdings in your account
on November 30, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Cash** | | | | | | |
| Cash | | | 5,511.38 | 5,511.38 | 0.00 | 0.80% |
| **Equities** | | | | | | |
| **Canadian common shares & equivalents** | | | | | | |
| BRE-X MINERALS LTD | 1,000 SEG | N/D | 2,365.50 | N/D | -2,365.50 | 0.00% |
| CAMECO CORP **(CCO)** | 3,700 SEG | 83.850 | 79,553.98(a) | 310,245.00 | 230,691.02 | 44.87% |
| DENISON MINES CORP **(DML)** | 20,000 SEG | 3.370 | 39,219.98 | 67,400.00 | 28,180.02 | 9.75% |
| METAMATERIAL EXCHANGE-NEW **(MMAX)** | 93 SEG | 0.160 | 21,860.97 | 14.88 | -21,846.09 | 0.00% |
| NEPTUNE WELLNESS SOLN-NEW **(NEPTF)** | 8 SEG | 0.020u | 42,677.25 | 0.22 | -42,677.03 | 0.00% |
| NOVEKO INTL INC-A | 433 SEG | N/D | 8,299.89 | N/D | -8,299.89 | 0.00% |

(continued on next page)

**Order-Execution-Only Account.**

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by CIRO**
Canadian Investment
Regulatory Organization

Page 1 of 4