NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:**
**META MATERIALS, INC**

**Case Number:**
**24-50792**

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

JONATHAN GILBERT
3500 SANIBEL CIRCLE UNIT 3518
REHOBOTH BEACH, DE 19971

Telephone Number: 415-810-4167

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 18 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
████3913, ████6T53, ████6T18

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
ACCT #1: Charles Schwab        ACCT #2 & 3: Merrill Edge
19266 Coastal Hwy, Unit 5      11724 Ocean Gateway
Rehoboth Beach, DE 19971       Ocean City, MD 21842
Telephone Number: Charles Schwab: 877-519-1403, Merrill Edge: 877-653-4732

3. **Date Equity Interest was acquired:**
06/21/2021 - 06/14/2024
SEE ATTACHED DOCUMENTATION

4. Total amount of member interest: 835 SHARES + 20 CALLS FOR $72,730.53

5. Certificate number(s): SEE ATTACHED DOCUMENTATION

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
■ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: JONATHAN GILBERT
Title: _____
Company: ____ Address and telephone number (if different from notice address above):
_____
_____
_____

(Signature)        12/16/2024 (Date)

Telephone number: 415-810-4167        email: itriix@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

December 16, 2024

US Bankruptcy Court
District of Nevada
ATTN: Clerk of the Court
First Floor
300 Booth Street
Reno, Nevada 89509

RE: NOTICE OF REDACTION, Proof of Interest Form, Case No. 24-50792

To Clerk of the Court,

My name is Jonathan Gilbert, and I hereby submit this NOTICE OF REDACTION for PROOF
OF INTEREST FORM in the matter of Meta Materials, Inc., case number 24-50792. Per
instructions by The Honorable Hillary L. Barnes, United States Bankruptcy Judge, and out of an
abundance of concern for the potential misuse of my personal information, I request all but the
last four digits of my account numbers be redacted from my Proof of Interest form.

Per instructions, I have included with this filing an unredacted version of the POI, a redacted
version of the POI, a detailed explanation of my $MMAT trading records and their
documentation, and a check for the $28 processing fee.

Thank you for your consideration in this matter.

Jonathan Gilbert

3500 Sanibel Circle Unit 3518
Rehoboth Beach, DE 19971

## PROOF OF INTEREST SUPPLEMENTAL INFORMATION:
## CASE: 24-50792 META MATERIALS, INC.
## FOR: Jonathan Gilbert

NOTE:

Due to the high volume of trades, the following is a summary of key transactions that led to the total amount of shares held and cost per broker and account:

BROKER: CHARLES SCHWAB
ACCT #: **XXXX**-3913
TRANSACTIONS [TRCH to MMAT]

| | | |
|---|---|---|
| 06/21/2021 - 06/28/2021 | Purchased 1,300 TRCH shares | [ $7884.28 ] |
| 06/28/2021: 1/2 Reverse Split | Convert to 650 MMAT shares | |
| 06/28/2021 - 11/06/2023 | Purchased 12,500 MMAT shares | [ $48,647.91 ] |
| 06/28/2021 - 11/06/2023 | Purchased 20 CALL Options | [ $1079.20 ] |

TOTAL SHARES HELD PRE-REVERSE SPLIT: 12,500 shares [125 shares post-reverse split]
TOTAL MONEY INVESTED PRE-REVERSE SPLIT: $49,727.11

01/29/2024 1/100 Reverse Split    Convert to 125 MMAT shares
**TOTAL SHARES HELD POST-REVERSE SPLIT: 125 MMAT shares**
**TOTAL MONEY INVESTED: $49,727.11**

BROKER: MERRILL EDGE
ACCT #: **XXX-X**6T53
TRANSACTIONS [Pre-Reverse Split]:

| | | |
|---|---|---|
| 06/25/2021 - 11/27/2023 | Purchased 44,500 MMAT shares | [ $9,679.34 ] |

TOTAL SHARES HELD PRE-REVERSE SPLIT: 44,500 MMAT shares [445 MMAT shares post-reverse split]
TOTAL MONEY INVESTED PRE-REVERSE SPLIT: $9,679.34

01/29/2024 1/100 Reverse Split    Convert to 445 MMAT shares
**TOTAL SHARES HELD POST-REVERSE SPLIT: 445 MMAT shares**
**TOTAL MONEY INVESTED: $9,679.34**

BROKER: MERRILL EDGE
ACCT #: **XXX-X**6T18
TRANSACTIONS [Pre-Reverse Split]

| | | |
|---|---|---|
| 06/25/2021 - 04/24/2023 | Purchased 16,500 MMAT shares | [ $22,687.41 ] |

TOTAL SHARES HELD PRE-REVERSE SPLIT: 16,500 MMAT shares [165 MMAT shares post-reverse split]

TOTAL MONEY INVESTED PRE-REVERSE SPLIT: $22,687.41

06/28/2021: 1/100 Reverse Split        Convert to 165 MMAT shares

TRANSACTIONS [Post-Reverse Split]
06/14/2024                              Purchased 100 MMAT shares          [ $316.00 ]

**TOTAL SHARES HELD POST-REVERSE SPLIT: 265 shares**
**TOTAL MONEY INVESTED: $23,003.41**


**TOTALS ACROSS ALL ACCOUNTS:**

**TOTAL SHARES ACROSS ALL ACCOUNTS HELD PRE- REVERSE SPLIT: 73,500 shares**
**TOTAL CALL OPTIONS HELD PRE-REVERSE SPLIT: 20**

**TOTAL SHARES ACROSS ALL ACCOUNTS PURCHASED POST-REVERSE SPLIT: 100 shares**

**TOTAL SHARES ACROSS ALL ACCOUNTS HELD POST-REVERSE SPLIT: 835 shares**
**TOTAL CALL OPTIONS HELD POST-REVERSE SPLIT: 20**

**TOTAL MONEY INVESTED: $72,730.53**
**TOTAL VALUE AFTER BANKRUPTCY: $0**

**See Transaction Documentation Attached

CHARLES SCHWAB

## Summary



### Total Value

| Total Value | Day Change | 6-Month Change |
|---|---|---|
| $127.57 | -$0.19 (-0.15%) | -$399.89 (-75.81%) |

Table View    1 Mo    3 Mo    (6 Mo)    YTD    1 Yr    2 Yr

### Accounts

| Account Name | Type | Cash & Cash Investments | Account Value | Day Change $ | Day Change % | |
|---|---|---|---|---|---|---|
| Investment | | | | | | |
| Individual ...913 | Brokerage | $127.56 | $127.57 | -$0.19 | -0.15% | More |
| Investment Total | | $127.56 | $127.57 | -$0.19 | -0.15% | |

⊕ Add a Non-Schwab Account    Learn More

Disclosures

### Positions

#### Equities

| Symbol / Name ▲ | Quantity | Price | Price Change $ \| % | Market Value | Day Change $ \| % | Cost Basis | Gain / Loss ❶ $ \| % | Ratings | Reinvest | % of Holdings |
|---|---|---|---|---|---|---|---|---|---|---|
| MMATQ META MATLS INC CLASS EQUITY | 125 | $0.0001 | +$0.00009 (900%) | $0.01 | +$0.01 (0%) | $48,647.92 | -$48,647.91 (-100%) | — | — | 0.01% |
| Equities Total | | | | $0.01 | +$0.01 (0%) | $48,647.92 | -$48,647.91 (-100%) | | | 0.01% |

#### Options

| Symbol / Name ▲ | Quantity | Price | Price Change $ \| % | Market Value | Day Change $ \| % | Cost Basis | Gain / Loss ❶ $ \| % | Ratings | Reinvest | % of Holdings |
|---|---|---|---|---|---|---|---|---|---|---|
| MMAT1 01/17/2025 0.50 CMMAT1 01/17/2025 0.50 C | 20 | $0.00 | $0.00 (0%) | $0.00 | $0.00 (0%) | $1,079.20 | -$1,079.20 (-100%) | — | — | N/A |
| Options Total | | | | $0.00 | $0.00 (0%) | $1,079.20 | -$1,079.20 (-100%) | | | N/A |

#### Cash & Money Market

| Symbol / Name ▲ | Quantity | Price | Price Change $ \| % | Market Value | Day Change $ \| % | Cost Basis | Gain / Loss ❶ $ \| % | Ratings | Reinvest | % of Holdings |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash & Cash Investments | | | | $127.56 | $0.00 (0%) | — | — | — | — | 99.99% |
| Cash & Money Market Total | | | | $127.56 | $0.00 (0%) | | | | | 99.99% |

Disclosures

0218-8M2M, 0618-8X30J

*Own your tomorrow*

**Transaction History for Individual ...913**

**Transactions found from 12/16/2020 to 12/16/2024**

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|---------------------|----------|-------|-------------|--------|
| 01/29/2024 | Reverse Split | MMAT<br>META MATLS INC | 125 | | | |
| 11/06/2023 | Journaled Shares | MMAT<br>TDA TRAN -<br>TRANSFER OF<br>SECURITY OR<br>OPTION OUT<br>(MMAT) | -12,500 | | | |
| 11/06/2023 | Journaled Shares | MMAT<br>01/17/2025 0.50<br>C<br>TDA TRAN -<br>TRANSFER OF<br>SECURITY OR<br>OPTION OUT<br>(MMAT Jan 17<br>2025 0.5 Call) | -20 | | | |
| 11/06/2023 | Internal Transfer | MMAT<br>META MATLS INC | 12,500 | | | |
| 11/06/2023 | Internal Transfer | MMAT<br>01/17/2025 0.50<br>C<br>CALL META<br>MATLS INC $0.5<br>EXP 01/17/25 | 20 | | | |

Page Total: **$0.00**

Intra-day transactions are subject to change.

Transaction History for Individual ...913

Transactions found from 09/21/2020 to 06/24/2022

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 06/28/2021 | Journaled Shares | TRCH<br>TDA TRAN - MANDATORY REVERSE SPLIT (TRCH) | -1,300 | | | |
| 06/25/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @4.6000 | 100 | $4.60 | | -$460.00 |
| 06/25/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @4.7000 | 100 | $4.70 | | -$470.00 |
| 06/25/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @4.5500 | 100 | $4.55 | | -$455.00 |
| 06/25/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @4.8800 | 100 | $4.88 | | -$488.00 |
| 06/25/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @4.9899 | 100 | $4.9899 | | -$498.99 |
| 06/25/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @5.0875 | 100 | $5.0875 | | -$508.76 |
| 06/25/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @5.3199 | 100 | $5.3199 | | -$531.99 |
| 06/25/2021 | Sell | TRCH<br>TDA TRAN - Sold 100 (TRCH) @5.2400 | 100 | $5.24 | $0.01 | $523.99 |
| 06/25/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @5.1699 | 100 | $5.1699 | | -$516.99 |
| 06/24/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @4.7800 | 100 | $4.78 | | -$478.00 |
| 06/23/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @5.1999 | 100 | $5.1999 | | -$519.99 |
| 06/22/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @7.7400 | 100 | $7.74 | | -$774.00 |
| 06/22/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @9.2500 | 100 | $9.25 | | -$925.00 |
| 06/22/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @9.6766 | 100 | $9.6766 | | -$967.66 |
| 06/22/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @10.0800 | 100 | $10.08 | | -$1,008.00 |
| 06/22/2021 | Sell | TRCH<br>TDA TRAN - Sold 100 (TRCH) @10.5200 | 100 | $10.52 | $0.02 | $1,051.98 |
| 06/22/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @10.4700 | 100 | $10.47 | | -$1,047.00 |
| 06/21/2021 | Buy | TRCH<br>TDA TRAN - Bought 84 (TRCH) @10.4800 | 84 | $10.48 | | -$880.32 |
| 06/21/2021 | Sell | TRCH<br>TDA TRAN - Sold 100 (TRCH) @10.5200 | 100 | $10.52 | $0.02 | $1,051.98 |
| 06/21/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @10.5100 | 100 | $10.51 | | -$1,051.00 |
| 06/21/2021 | Sell | TRCH<br>TDA TRAN - Sold 100 (TRCH) @10.4300 | 100 | $10.43 | $0.02 | $1,042.98 |
| 06/21/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @10.6600 | 100 | $10.66 | | -$1,066.00 |
| 06/21/2021 | Sell | TRCH<br>TDA TRAN - Sold 100 (TRCH) @10.5700 | 100 | $10.57 | $0.02 | $1,056.98 |
| 06/21/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @10.5600 | 100 | $10.56 | | -$1,056.00 |
| 06/21/2021 | Sell | TRCH<br>TDA TRAN - Sold 100 (TRCH) @10.5500 | 100 | $10.55 | $0.02 | $1,054.98 |
| 06/21/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @10.5400 | 100 | $10.54 | | -$1,054.00 |
| 06/21/2021 | Sell | TRCH<br>TDA TRAN - Sold 100 (TRCH) @10.5400 | 100 | $10.54 | $0.02 | $1,053.98 |
| 06/21/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @10.5300 | 100 | $10.53 | | -$1,053.00 |
| 06/21/2021 | Sell | TRCH<br>TDA TRAN - Sold 84 (TRCH) @10.4900 | 84 | $10.49 | $0.01 | $881.15 |
| 06/21/2021 | Sell | TRCH<br>TDA TRAN - Sold 100 (TRCH) @10.5400 | 100 | $10.54 | $0.02 | $1,053.98 |
| 06/21/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @10.5000 | 100 | $10.50 | | -$1,050.00 |
| 06/21/2021 | Sell | TRCH<br>TDA TRAN - Sold 100 (TRCH) @10.4900 | 100 | $10.49 | $0.02 | $1,048.98 |
| 06/21/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @10.4700 | 100 | $10.47 | | -$1,047.00 |
| 06/21/2021 | Sell | TRCH<br>TDA TRAN - Sold 100 (TRCH) @10.4300 | 100 | $10.43 | $0.02 | $1,042.98 |
| 06/21/2021 | Buy | TRCH | 100 | $10.46 | | -$1,046.00 |

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought 100 (TRCH) @10.4600 | | | | |
| 06/21/2021 | Sell | TRCH<br>TDA TRAN - Sold 200 (TRCH) @10.5000 | 200 | $10.50 | $0.03 | $2,099.97 |
| 06/21/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @9.8500 | 100 | $9.85 | | -$985.00 |
| 06/21/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @10.6200 | 100 | $10.62 | | -$1,062.00 |
| 06/21/2021 | Sell | TRCH<br>TDA TRAN - Sold 100 (TRCH) @10.6100 | 100 | $10.61 | $0.02 | $1,060.98 |
| 06/21/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @10.6000 | 100 | $10.60 | | -$1,060.00 |
| 06/21/2021 | Sell | TRCH<br>TDA TRAN - Sold 100 (TRCH) @9.8900 | 100 | $9.89 | $0.02 | $988.98 |
| 06/21/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @9.9300 | 100 | $9.93 | | -$993.00 |
| 06/21/2021 | Sell | TRCH<br>TDA TRAN - Sold 1 (TRCH) @10.0700 | 1 | $10.07 | | $10.07 |
| 06/21/2021 | Buy | TRCH<br>TDA TRAN - Bought 1 (TRCH) @9.9900 | 1 | $9.99 | | -$9.99 |
| 06/21/2021 | Sell | TRCH<br>TDA TRAN - Sold 100 (TRCH) @9.2000 | 100 | $9.20 | $0.01 | $919.99 |
| 06/21/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @9.1498 | 100 | $9.1498 | | -$914.98 |
| 06/21/2021 | Sell | TRCH<br>TDA TRAN - Sold 100 (TRCH) @8.9119 | 100 | $8.9119 | $0.01 | $891.18 |
| 06/21/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @8.9000 | 100 | $8.90 | | -$890.00 |
| 06/21/2021 | Sell | TRCH<br>TDA TRAN - Sold 300 (TRCH) @8.9900 | 300 | $8.99 | $0.05 | $2,696.95 |
| 06/21/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @8.5650 | 100 | $8.565 | | -$856.50 |
| 06/21/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @8.9500 | 100 | $8.95 | | -$895.00 |
| 06/21/2021 | Buy | TRCH<br>TDA TRAN - Bought 100 (TRCH) @9.0700 | 100 | $9.07 | | -$907.00 |

Page Total: -$7,994.29

*Transactions may include Bank Sweep deposit information. Bank Sweep deposits are held at the FDIC-insured depository institution(s) referenced on the Balances detail page, your account statements and disclosed in your account documents. SIPC does not cover balances held in the Bank Sweep feature.

(1123-3U5Y)

Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value

Charles Schwab Bank, SSB, Charles Schwab Premier Bank, SSB, and Charles Schwab Trust Bank (collectively, "Affiliated Banks") and Charles Schwab & Co., Inc. ("Schwab") are separate but affiliated companies and subsidiaries of The Charles Schwab Corporation. Deposit products and services are offered by the Affiliated Banks, Members FDIC. Lending products and services, including the Pledged Asset Line, are offered by Charles Schwab Bank, SSB, Member FDIC and an Equal Housing Lender. The Affiliated Banks are not acting or registered as securities broker-dealers or investment advisors. Bank Sweep deposits are held at one or more FDIC-insured banks (including the Affiliated Banks, and collectively, the "Program Banks"). Funds deposited at Program Banks are insured, in aggregate, up to $250,000 per Program Bank, per depositor, for each account ownership category, by the Federal Deposit Insurance Corporation (FDIC). Brokerage products and services (including uninvested or intra-day cash, net credit or debit balances, and money market funds) offered by Charles Schwab & Co., Inc., Member SIPC, are not insured by the FDIC, are not deposits or obligations of the Program Banks, and are subject to investment risk, including the possible loss of principal invested. © 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.

Account ...913
Today's Date: 11:57 AM ET, 04/23/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN – Bought 100 (MMAT) @7.6282 | | | | |
| 06/28/2021 | Buy | MMAT | 50 | $7.6285 | | -$381.43 |
| | | TDA TRAN – Bought 50 (MMAT) @7.6285 | | | | |
| 06/28/2021 | Buy | MMAT | 50 | $7.72 | | -$386.00 |
| | | TDA TRAN – Bought 50 (MMAT) @7.7200 | | | | |
| 06/28/2021 | Buy | MMAT | 100 | $7.96 | | -$796.00 |
| | | TDA TRAN – Bought 100 (MMAT) @7.9600 | | | | |
| 06/28/2021 | Buy | MMAT | 100 | $8.0093 | | -$800.93 |
| | | TDA TRAN – Bought 100 (MMAT) @8.0093 | | | | |
| 06/28/2021 | Buy | MMAT | 100 | $8.17 | | -$817.00 |
| | | TDA TRAN – Bought 100 (MMAT) @8.1700 | | | | |
| 06/28/2021 | Buy | MMAT | 100 | $8.389 | | -$838.90 |
| | | TDA TRAN – Bought 100 (MMAT) @8.3890 | | | | |
| 06/28/2021 | Buy | MMAT | 25 | $8.5594 | | -$213.99 |
| | | TDA TRAN – Bought 25 (MMAT) @8.5594 | | | | |
| 06/28/2021 | Buy | MMAT | 25 | $8.6595 | | -$216.49 |
| | | TDA TRAN – Bought 25 (MMAT) @8.6595 | | | | |
| 06/28/2021 | Buy | MMAT | 100 | $8.64 | | -$864.00 |
| | | TDA TRAN – Bought 100 (MMAT) @8.6400 | | | | |
| 06/28/2021 | Buy | MMAT | 100 | $8.62 | | -$862.00 |
| | | TDA TRAN – Bought 100 (MMAT) @8.6200 | | | | |
| 06/28/2021 | Buy | MMAT | 100 | $8.9593 | | -$895.93 |
| | | TDA TRAN – Bought 100 (MMAT) @8.9593 | | | | |
| 06/28/2021 | Buy | MMAT | 100 | $9.26 | | -$926.00 |
| | | TDA TRAN – Bought 100 (MMAT) @9.2600 | | | | |
| 06/28/2021 | Buy | MMAT | 100 | $9.5499 | | -$954.99 |
| | | TDA TRAN – Bought 100 (MMAT) @9.5499 | | | | |
| 06/28/2021 | Buy | MMAT | 100 | $9.39 | | -$939.00 |
| | | TDA TRAN – Bought 100 (MMAT) @9.3900 | | | | |
| 06/28/2021 | Buy | MMAT | 100 | $9.75 | | -$975.00 |
| | | TDA TRAN – Bought 100 (MMAT) @9.7500 | | | | |
| 06/28/2021 | Journaled Shares | MMAT | 650 | | | |
| | | TDA TRAN – MANDATORY REVERSE SPLIT (MMAT) | | | | |

Page Total: -$35,067.52

*Transactions may include Bank Sweep deposit information. Bank Sweep deposits are held at the FDIC-insured depository institution(s) referenced on the Balances detail page, your account statements and disclosed in your account documents. SIPC does not cover balances held in the Bank Sweep feature.

(11Z9-3U5Y)

Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value

Charles Schwab Bank, SSB, Charles Schwab Premier Bank, SSB, and Charles Schwab Trust Bank (collectively, "Affiliated Banks") and Charles Schwab & Co., Inc. ("Schwab") are separate but affiliated companies and subsidiaries of The Charles Schwab Corporation. Deposit products and services are offered by the Affiliated Banks, Members FDIC. Lending products and services, including the Pledged Asset Line, are offered by Charles Schwab Bank, SSB, Member FDIC and an Equal Housing Lender. The Affiliated Banks are not acting or registered as securities broker-dealers or investment advisors. Bank Sweep deposits are held at one or more FDIC-insured banks (including the Affiliated Banks, and collectively, the "Program Banks"). Funds deposited at Program Banks are insured, in aggregate, up to $250,000 per Program Bank, per depositor, for each account ownership category, by the Federal Deposit Insurance Corporation (FDIC). Brokerage products and services (including sweep) or intra-day cash, net credit or debit balances, and money market funds) offered by Charles Schwab & Co., Inc., Member SIPC, are not insured by the FDIC, are not deposits or obligations of the Program Banks, and are subject to investment risk, including the possible loss of principal invested. © 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.

Account ...915
Today's Date  11:37 AM ET, 04/22/2024

## META MATERIALS INC, MMATQ

| Total Value As of 12/16/2024 02:52 PM ET | Market Price As of 12/16/2024 02:52 PM ET | Held Since | Quantity | Unrealized Gain/(Loss) As of 12/16/2024 02:52 PM ET |
|---|---|---|---|---|
| **$0.77** | **$0.0001** 0.0001 | **06/25/2021** | **710** | Short Term ($315.99)<br>Long Term ($32,366.73) |

Research | Trade | Transfer |

As of 12/16/2024 02:52 PM ET

Open Lots | Closed Lots

| Account | Quantity | Unit Cost ($) | Cost Basis ($) | Accrued Interest($) | Price($) | Value($) | Gain/Loss ($) | Gain/Loss (%) |
|---|---|---|---|---|---|---|---|---|
| CMA-Edge⬛6T53 | 445 | 21.75 | 9,679.34 | -- | 0.0001 | 0.02 | (9,679.32) | (100.00) |

| Acquisition Date | Quantity | Unit Cost ($) | Cost Basis ($) | | | Value($) | Gain/Loss ($) | Gain/Loss (%) |
|---|---|---|---|---|---|---|---|---|
| 11/22/2023 (Long Term) | 10 | 7.81 | 78.10 | | | -- | (78.10) | (100.00) |
| 11/21/2023 (Long Term) | 10 | 8.65 | 86.50 | | | -- | (86.50) | (100.00) |
| 11/13/2023 (Long Term) | 10 | 9.49 | 94.90 | | | -- | (94.90) | (100.00) |
| 11/10/2023 (Long Term) | 10 | 9.62 | 96.20 | | | -- | (96.20) | (100.00) |
| 11/06/2023 (Long Term) | 10 | 10.10 | 101.00 | | | -- | (101.00) | (100.00) |
| 11/01/2023 (Long Term) | 10 | 10.90 | 109.00 | | | -- | (109.00) | (100.00) |
| 10/31/2023 (Long Term) | 10 | 12.30 | 123.00 | | | -- | (123.00) | (100.00) |
| 10/20/2023 (Long Term) | 20 | 17.50 | 350.00 | | | -- | (350.00) | (100.00) |
| 06/27/2023 (Long Term) | 20 | 17.57 | 351.40 | | | -- | (351.40) | (100.00) |
| 06/23/2023 (Long Term) | 20 | 18.90 | 378.00 | | | -- | (378.00) | (100.00) |
| 04/27/2023 (Long Term) | 20 | 18.10 | 362.00 | | | -- | (362.00) | (100.00) |
| 04/20/2023 (Long Term) | 30 | 19.48 | 584.40 | | | -- | (584.40) | (100.00) |
| 04/20/2023 (Long Term) | 5 | 19.16 | 95.80 | | | -- | (95.80) | (100.00) |
| 04/19/2023 (Long Term) | 20 | 20.58 | 411.60 | | | -- | (411.60) | (100.00) |
| 04/17/2023 (Long Term) | 100 | 22.28 | 2,227.95 | | | 0.01 | (2,227.94) | (100.00) |
| 04/14/2023 (Long Term) | 40 | 21.99 | 879.70 | | | -- | (879.70) | (100.00) |
| 04/14/2023 (Long Term) | 90 | 22.00 | 1,980.00 | | | 0.01 | (1,979.99) | (100.00) |
| 02/17/2023 (Long Term) | 1 | 69.39 | 69.39 | | | -- | (69.39) | (100.00) |
| 12/27/2022 (Long Term) | 5 | 103.80 | 519.00 | | | -- | (519.00) | (100.00) |
| 08/22/2022 (Long Term) | 2.5000 | 83.10 | 207.75 | | | -- | (207.75) | (100.00) |
| 08/22/2022 (Long Term) | 1 | 83.15 | 83.15 | | | -- | (83.15) | (100.00) |
| 06/25/2021 (Long Term) | 0.5000 | 981.00 | 490.50 | | | -- | (490.50) | (100.00) |
| Long Term | | | | | | | (9,679.32) | |

| Roth IRA-Edge⬛6T18 | 265 | 86.81 | 23,003.41 | -- | 0.0001 | 0.01 | (23,003.40) | (100.00) |
|---|---|---|---|---|---|---|---|---|

| Acquisition Date | Quantity | Unit Cost ($) | Cost Basis ($) | | | Value($) | Gain/Loss ($) | Gain/Loss (%) |
|---|---|---|---|---|---|---|---|---|
| 06/14/2024 (Short Term) | 100 | 3.16 | 316.00 | | | 0.01 | (315.99) | (100.00) |
| 04/20/2023 (Long Term) | 5 | 19.22 | 96.11 | | | -- | (96.11) | (100.00) |
| 04/14/2023 (Long Term) | 20 | 22.00 | 440.00 | | | -- | (440.00) | (100.00) |
| 03/28/2023 (Long Term) | 10 | 41.23 | 412.30 | | | -- | (412.30) | (100.00) |
| 03/24/2023 (Long Term) | 10 | 45.97 | 459.70 | | | -- | (459.70) | (100.00) |
| 03/16/2023 (Long Term) | 5 | 49.99 | 249.95 | | | -- | (249.95) | (100.00) |
| 03/10/2023 (Long Term) | 5 | 51.87 | 259.35 | | | -- | (259.35) | (100.00) |

| Account | Quantity | Unit Cost ($) | Cost Basis ($) | Accrued Interest($) | Price($) | Value($) | Gain/Loss ($) | Gain/Loss (%) |
|---|---|---|---|---|---|---|---|---|
| Acquisition Date | Quantity | Unit Cost ($) | Cost Basis ($) | | | Value($) | Gain/Loss ($) | Gain/Loss (%) |
| 03/08/2023 (Long Term) | 5 | 55.40 | 277.00 | | | -- | (277.00) | (100.00) |
| 03/06/2023 (Long Term) | 5 | 59.96 | 299.80 | | | -- | (299.80) | (100.00) |
| 03/01/2023 (Long Term) | 5 | 59.95 | 299.75 | | | -- | (299.75) | (100.00) |
| 03/01/2023 (Long Term) | 5 | 60.02 | 300.10 | | | -- | (300.10) | (100.00) |
| 02/17/2023 (Long Term) | 4 | 69.21 | 276.84 | | | -- | (276.84) | (100.00) |
| 02/17/2023 (Long Term) | 5 | 69.02 | 345.10 | | | -- | (345.10) | (100.00) |
| 02/15/2023 (Long Term) | 5 | 75.27 | 376.35 | | | -- | (376.35) | (100.00) |
| 02/13/2023 (Long Term) | 6.4500 | 76.23 | 491.68 | | | -- | (491.68) | (100.00) |
| 02/13/2023 (Long Term) | 0.9000 | 76.07 | 68.46 | | | -- | (68.46) | (100.00) |
| 02/09/2023 (Long Term) | 10 | 85.99 | 859.90 | | | -- | (859.90) | (100.00) |
| 01/20/2023 (Long Term) | 10 | 96.45 | 964.50 | | | -- | (964.50) | (100.00) |
| 06/30/2022 (Long Term) | 1.5000 | 99.13 | 148.69 | | | -- | (148.69) | (100.00) |
| 06/30/2022 (Long Term) | 2 | 99.16 | 198.32 | | | -- | (198.32) | (100.00) |
| 06/24/2022 (Long Term) | 5 | 117.59 | 587.95 | | | -- | (587.95) | (100.00) |
| 06/24/2022 (Long Term) | 5 | 118.50 | 592.50 | | | -- | (592.50) | (100.00) |
| 04/20/2022 (Long Term) | 2.1500 | 138.99 | 298.83 | | | -- | (298.83) | (100.00) |
| 04/11/2022 (Long Term) | 5 | 148.50 | 742.50 | | | -- | (742.50) | (100.00) |
| 01/21/2022 (Long Term) | 3 | 180.52 | 541.57 | | | -- | (541.57) | (100.00) |
| 01/10/2022 (Long Term) | 10 | 224.50 | 2,245.00 | | | -- | (2,245.00) | (100.00) |
| 07/02/2021 (Long Term) | 1 | 679.00 | 679.00 | | | -- | (679.00) | (100.00) |
| 07/02/2021 (Long Term) | 1 | 684.40 | 684.40 | | | -- | (684.40) | (100.00) |
| 07/02/2021 (Long Term) | 0.7700 | 689.99 | 531.29 | | | -- | (531.29) | (100.00) |
| 07/02/2021 (Long Term) | 1 | 693.93 | 693.93 | | | -- | (693.93) | (100.00) |
| 07/02/2021 (Long Term) | 0.2300 | 681.00 | 156.63 | | | -- | (156.63) | (100.00) |
| 07/02/2021 (Long Term) | 1 | 679.52 | 679.52 | | | -- | (679.52) | (100.00) |
| 07/02/2021 (Long Term) | 1 | 688.50 | 688.50 | | | -- | (688.50) | (100.00) |
| 07/02/2021 (Long Term) | 1 | 706.57 | 706.57 | | | -- | (706.57) | (100.00) |
| 07/02/2021 (Long Term) | 1 | 676.70 | 676.70 | | | -- | (676.70) | (100.00) |
| 07/02/2021 (Long Term) | 1 | 681.43 | 681.43 | | | -- | (681.43) | (100.00) |
| 07/02/2021 (Long Term) | 1 | 683.53 | 683.53 | | | -- | (683.53) | (100.00) |
| 06/29/2021 (Long Term) | 2.5000 | 751.64 | 1,879.10 | | | -- | (1,879.10) | (100.00) |
| 06/28/2021 (Long Term) | 2 | 810.99 | 1,621.98 | | | -- | (1,621.98) | (100.00) |
| 06/25/2021 (Long Term) | 0.5000 | 985.16 | 492.58 | | | -- | (492.58) | (100.00) |
| Long Term | | | | | | | (22,687.41) | |
| Short Term | | | | | | | (315.99) | |

News

No news available.

Learn more about this security

More News »

| Ratings | Fundamentals | Margin Details | |
|---|---|---|---|
| Asset Class | | | Equities |
| Sector | | | Information Technology |
| Industry | | | Semiconductors |
| Size & Style | | | Equities Blend |
| CUSIP | | | 59134N302 |

| Trade Date | Settlement Date | Account | Description | Type | Symbol/CUSIP | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| ████ | ████ | ████ | ████ | | ██ | █ | ██ | ██ |
| ████ | ████ | ██ | ███ | | ██ | █ | ██ | ██ |
| ████ | ████ | ████ | ███ | | ██ | █ | ██ | ██ |
| 06/14/2024 | 06/17/2024 | Roth IRA-Edge ██6T18 | Purchase META MATERIALS INC REGITERED SHS CL... | | MMAT | 100 | $3.16 | -$316.00 |
| ████ | ████ | ████ | █████ | | ██ | █ | ██ | ██ |
| ████ | ████ | ██ | ███ | | ███ | █ | | ██ |
| ████ | ████ | ██ | ███ | | ██ | █ | | ██ |
| ████ | ████ | ██ | ████ | | ██ | █ | ██ | ██ |
| ████ | ████ | ██ | ████ | | ██ | █ | ██ | |
| ████ | | ███ | ████ | | ███ | █ | | |
| ████ | | ██ | ████ | | ██ | █ | | |
| ████ | ████ | ███ | ██ | | ██ | █ | ██ | ██ |
| ████ | ████ | ██ | ███ | | ██ | █ | | ██ |
| ████ | ████ | ██ | ████ | | ██ | █ | ██ | |
| ████ | ████ | ██ | ████ | | ██ | █ | | |
| ████ | ████ | ██ | ██ | | ██ | █ | | ██ |
| ████ | ████ | ██ | ████ | | ██ | █ | ██ | ██ |
| ████ | ████ | ██ | ████ | | ██ | █ | ██ | ██ |
| ████ | ████ | ██ | ████ | | ██ | █ | | ██ |
| ████ | ████ | ██ | ██ | | ██ | █ | ██ | ██ |
| ████ | ████ | ██ | ██ | | ██ | █ | ██ | ██ |
| ████ | ████ | ██ | ██ | | ██ | █ | ██ | ██ |
| ████ | ████ | ██ | ██ | | ██ | █ | ██ | ██ |

| Trade Date | Settlement Date | Account | Description | Symbol/ CUSIP | Type | Quantity Open in Account | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | | | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | | | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | | | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | | | ███ | ███ | ███ |
| 01/29/2024 | 01/29/2024 | CMA-Edge ██6T53 | Exchange META MATERIALS INC REGITERED SHS PA... | MMAT | | 445 | | $0.00 |
| 01/29/2024 | 01/29/2024 | CMA-Edge ██6T53 | Exchange META MATERIALS INC PAY DATE 01/29/2... | 59134N104 | | -44,500 | | $0.00 |
| 01/29/2024 | 01/29/2024 | Roth IRA-Edge ██6T18 | Exchange META MATERIALS INC REGITERED SHS PA... | MMAT | | 165 | | $0.00 |
| 01/29/2024 | 01/29/2024 | Roth IRA-Edge ██6T18 | Exchange META MATERIALS INC PAY DATE 01/29/2... | 59134N104 | | -16,500 | | $0.00 |
| 11/22/2023 | 11/27/2023 | CMA-Edge ██6T53 | Purchase META MATERIALS INC CLIENT ENTERED. ... | MMAT | | 1,000 | $0.08 | -$78.10 |
| 11/21/2023 | 11/24/2023 | CMA-Edge ██6T53 | Purchase META MATERIALS INC CLIENT ENTERED. ... | MMAT | | 1,000 | $0.09 | -$86.50 |
| 11/13/2023 | 11/15/2023 | CMA-Edge ██6T53 | Purchase META MATERIALS INC CLIENT ENTERED. ... | MMAT | | 1,000 | $0.09 | -$94.90 |
| 11/10/2023 | 11/14/2023 | CMA-Edge ██6T53 | Purchase META MATERIALS INC CLIENT ENTERED. ... | MMAT | | 1,000 | $0.10 | -$96.20 |
| 11/06/2023 | 11/08/2023 | CMA-Edge ██6T53 | Purchase META MATERIALS INC CLIENT ENTERED. ... | MMAT | | 1,000 | $0.10 | -$101.00 |
| 11/01/2023 | 11/03/2023 | CMA-Edge ██6T53 | Purchase META MATERIALS INC CLIENT ENTERED. ... | MMAT | | 1,000 | $0.11 | -$109.00 |
| 10/31/2023 | 11/02/2023 | CMA-Edge ██6T53 | Purchase META MATERIALS INC CLIENT ENTERED. ... | MMAT | | 1,000 | $0.12 | -$123.00 |
| 10/20/2023 | 10/24/2023 | CMA-Edge ██6T53 | Purchase META MATERIALS INC CLIENT ENTERED. ... | MMAT | | 2,000 | $0.17 | -$350.00 |
| 06/27/2023 | 06/29/2023 | CMA-Edge ██6T53 | Purchase META MATERIALS INC CLIENT ENTERED. ... | MMAT | | 2,000 | $0.18 | -$351.40 |
| 06/23/2023 | 06/27/2023 | CMA-Edge ██6T53 | Purchase META MATERIALS INC CLIENT ENTERED. ... | MMAT | | 2,000 | $0.19 | -$378.00 |
| 04/27/2023 | 05/01/2023 | CMA-Edge ██6T53 | Purchase META MATERIALS INC CLIENT ENTERED. | MMAT | | 2,000 | $0.18 | -$362.00 |
| 04/20/2023 | 04/24/2023 | CMA-Edge ██6T53 | Purchase META MATERIALS INC CLIENT ENTERED. | MMAT | | 500 | $0.19 | -$95.80 |
| 04/20/2023 | 04/24/2023 | CMA-Edge ██6T53 | Purchase META MATERIALS INC CLIENT ENTERED. | MMAT | | 3,000 | $0.19 | -$584.40 |
| 04/20/2023 | 04/24/2023 | Roth IRA-Edge ██6T18 | Purchase META MATERIALS INC ACTUAL PRICES, R... | MMAT | | 500 | $0.19 | -$96.11 |
| 04/19/2023 | 04/21/2023 | CMA-Edge ██6T53 | Purchase META MATERIALS INC CLIENT ENTERED. | MMAT | | 2,000 | $0.21 | -$411.60 |
| 04/17/2023 | 04/19/2023 | CMA-Edge ██6T53 | Purchase META MATERIALS INC ACTUAL PRICES, R... | MMAT | | 10,000 | $0.22 | -$2,227.95 |

| Trade Date | Settlement Date | Account | Description | Type | Symbol/ CUSIP | Quantity | Open Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 04/14/2023 | 04/18/2023 | CMA-Edge ▮6T53 | Purchase META MATERIALS INC ACTUAL PRICES, R... | | MMAT | 9,000 | $0.22 | -$1,980.00 |
| 04/14/2023 | 04/18/2023 | CMA-Edge ▮6T53 | Purchase META MATERIALS INC ACTUAL PRICES, R... | | MMAT | 4,000 | $0.22 | -$879.70 |
| 04/14/2023 | 04/18/2023 | Roth IRA-Edge ▮6T18 | Purchase META MATERIALS INC CLIENT ENTERED. | | MMAT | 2,000 | $0.22 | -$440.00 |
| 03/28/2023 | 03/30/2023 | Roth IRA-Edge ▮6T18 | Purchase META MATERIALS INC CLIENT ENTERED. | | MMAT | 1,000 | $0.41 | -$412.30 |
| 03/24/2023 | 03/28/2023 | Roth IRA-Edge ▮6T53 | Purchase META MATERIALS INC CLIENT ENTERED. | | MMAT | 1,000 | $0.46 | -$459.70 |
| 03/16/2023 | 03/20/2023 | Roth IRA-Edge ▮6T18 | Purchase META MATERIALS INC CLIENT ENTERED. | | MMAT | 500 | $0.50 | -$249.95 |
| 03/10/2023 | 03/14/2023 | Roth IRA-Edge ▮6T18 | Purchase META MATERIALS INC CLIENT ENTERED. | | MMAT | 500 | $0.52 | -$259.35 |
| 03/08/2023 | 03/10/2023 | Roth IRA-Edge ▮6T18 | Purchase META MATERIALS INC CLIENT ENTERED. | | MMAT | 500 | $0.55 | -$277.00 |
| 03/06/2023 | 03/08/2023 | Roth IRA-Edge ▮6T18 | Purchase META MATERIALS INC CLIENT ENTERED. | | MMAT | 500 | $0.60 | -$299.80 |
| 03/01/2023 | 03/03/2023 | Roth IRA-Edge ▮6T18 | Purchase META MATERIALS INC CLIENT ENTERED. | | MMAT | 500 | $0.60 | -$299.75 |
| 03/01/2023 | 03/03/2023 | Roth IRA-Edge ▮6T18 | Purchase META MATERIALS INC CLIENT ENTERED. | | MMAT | 500 | $0.60 | -$300.10 |
| 02/17/2023 | 02/22/2023 | CMA-Edge ▮6T53 | Purchase META MATERIALS INC CLIENT ENTERED. | | MMAT | 100 | $0.69 | -$69.39 |
| 02/17/2023 | 02/22/2023 | Roth IRA-Edge ▮6T18 | Purchase META MATERIALS INC ACTUAL PRICES, R... | | MMAT | 400 | $0.69 | -$276.84 |
| 02/17/2023 | 02/22/2023 | Roth IRA-Edge ▮6T18 | Purchase META MATERIALS INC CLIENT ENTERED. | | MMAT | 500 | $0.69 | -$345.10 |
| 02/15/2023 | 02/17/2023 | Roth IRA-Edge ▮6T18 | Purchase META MATERIALS INC ACTUAL PRICES, R... | | MMAT | 500 | $0.75 | -$376.35 |
| 02/13/2023 | 02/15/2023 | Roth IRA-Edge ▮6T18 | Purchase META MATERIALS INC CLIENT ENTERED. | | MMAT | 90 | $0.76 | -$68.46 |
| 02/13/2023 | 02/15/2023 | Roth IRA-Edge ▮6T18 | Purchase META MATERIALS INC CLIENT ENTERED. | | MMAT | 645 | $0.76 | -$491.68 |
| 02/09/2023 | 02/13/2023 | Roth IRA-Edge ▮6T18 | Purchase META MATERIALS INC CLIENT ENTERED. | | MMAT | 1,000 | $0.86 | -$859.90 |
| 01/20/2023 | 01/24/2023 | Roth IRA-Edge ▮6T18 | Purchase META MATERIALS INC CLIENT ENTERED. | | MMAT | 1,000 | $0.96 | -$964.50 |
| 12/27/2022 | 12/29/2022 | CMA-Edge ▮6T53 | Purchase META MATERIALS INC CLIENT ENTERED. | | MMAT | 500 | $1.04 | -$519.00 |

Icon legend

Showing 1 - 106 of 106     Display  200 ∨  per page                                 << Prev   1 ∨   Next >>

Total activity from **12/18/2022** to **12/17/2024** | **-$30,450.11**

The data displayed is for informational purposes only. Your account statement is the official record of your holdings and balances.

Pending refunds are not reflected in your available balance. Once funds from the merchant are received, your available balance will be adjusted.

Pending debit transaction(s): The amount may change when the transaction is finalized (i.e. gratuity).