NVB 3001 (Effective 1/21)

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA — PROOF OF INTEREST

**Name of Debtor:** META MATERIALS INC
**Case Number:** 24-50792-hlb

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

1087301 ONTARIO LTD.
C/O MARTHA LUSH
2400 ROCKHAVEN LUSH LANE
DOURO-DUMMER, ONTARIO
CANADA K0L 2H0

**Telephone Number:** 905 584-2430

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 16 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:** 47L668

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
TD DIRECT INVESTING
3500 Steeles Ave E, Tower 2, 2nd
**Telephone Number:** MARKHAM, ON. L3R 1TooR
DX1

**3. Date Equity Interest was acquired:** SEPT 10/21

**4. Total amount of member interest:** 2,000 shares pre 1 for 100 reverse split.

**5. Certificate number(s):** See attached

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☐ I am the creditor. ☑ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.) or their authorized agent. (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** MARTHA LUSH
**Title:** PRESIDENT + CEO
**Company:** Address and telephone number (if different from notice address above):

(Signature) Martha Lush (Date) Dec 13/24
**Telephone number:** 905 584-2430 **email:** lush@uniserve.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]    [ Save Form ]    [ Clear Form ]

Sent from my iPhone



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

## Transaction Confirmation

1087301 ONTARIO LIMITED
ATTN: MARTHA E LUSH
2400 ROCK HAVEN LUSH LANE
DOURO-DUMMER ON K0L 2H0

**Account number and type**
47L668E - Margin Account - CDN

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 668-1972

### Transaction on September 10, 2021

▶ **For settlement on:** September 14, 2021
▶ **Processed on:** September 10, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | METAMATERIAL EXCHANGECO HY-442266 | 2,000 | 5.55 | |
| | Gross transaction amount | | | CAD 11,100.00 |
| Security number: 43666B | *Plus* Commission | | | 9.99 |
| CUSIP ID: 59134L108 | *Equals* **Net transaction amount** | | | **CAD $11,109.99** |
| Trade number: 000132 | | | | |
| Trade processed by: 9EON | | | | |

As agent, TD Direct Investing confirms the above purchase on the CNQ Pure Trading market for settlement in your account.

### Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS    = Restricted shares
NVS  = Non-voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS  = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00134724 0000003839 20210910 59134L108 43666B

Order execution account
No advice or recommendations provided.
Page 1 of 1





**TD Direct Investing**

# Your investment account statement

October 1, 2024 to October 31, 2024

Account number: 47L668
Account type: Direct Trading - CDN
Account currency: Canadian dollars

1087301 ONTARIO LIMITED
ATTN: MARTHA E LUSH
2400 ROCK HAVEN LUSH LANE
DOURO-DUMMER ON
K0L 2H0

### Do you have a question?

If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More' menu, or call the numbers below to speak to an Investment Representative:

| | |
|---|---|
| English: | 1-800-668-1972 |
| French: | 1-866-211-3847 |
| Cantonese: | 1-800-838-3223 option 1 |
| Mandarin: | 1-800-838-3223 option 2 |

## Your account at a glance

> (i) You need to know
> Please see page 2 for important information about your account.

| | This period (Oct 1 - Oct 31, 2024) | Last period (Jul 1 - Sep 30, 2024) | Year to date (Jan 1 - Oct 31, 2024) |
|---|---|---|---|
| Beginning balance | $314,847.11 | $331,063.73 | $303,435.31 |
| Change in your account balance | $41,179.83 | -$16,216.62 | $52,591.63 |
| Ending balance | $356,026.94 | $314,847.11 | $356,026.94 |

▸ US dollars converted to Canadian dollars at **1.3915** as of Oct 31, 2024

## Holdings in your account
on October 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Cash** | | | | | | |
| Cash | | | 83.34 | 83.34 | 0.00 | 0.02% |
| **Equities** | | | | | | |
| **Canadian common shares & equivalents** | | | | | | |
| BLACKBERRY LIMITED (**BB**) | 2,000 SEG | 3.150 | 26,369.98 | 6,300.00 | -20,069.98 | 1.77% |
| CAMECO CORP (**CCO**) | 4,000 SEG | 72.760 | 48,479.97 | 291,040.00 | 242,560.03 | 81.75% |
| DENISON MINES CORP (**DML**) | 20,000 SEG | 2.930 | 31,919.98 | 58,600.00 | 26,680.02 | 16.46% |
| METAMATERIAL EXCHANGE-NEW (**MMAX**) | 20 SEG | 0.160 | 11,109.99 | 3.20 | -11,106.79 | 0.00% |

(continued on next page)

---

**Order-Execution-Only Account.**

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by CIRO**
Canadian Investment
Regulatory Organization