NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor:
**META MATERIALS INC.**

Case Number:
**24- 50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

*TIM STURGEON*
*167 ANGLO ST.*
*BRACEBRIDGE ONT.*
*P1L 2H3*

Telephone Number:
*1-705-641-9009*

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED
AND FILED

DEC 16 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
*471R49A / 471R49B / 471R49K*

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
*TD DIRECT INVESTING*
*3500 STEELES AVE, TOWER 2, 2nd FLOOR*
*MARKHAM, ON, L3R 0X1*
Telephone Number: *1 800 465 5463*

3. Date Equity Interest was acquired:
*BETWEEN JUNE 30/2021 AND DEC 29/2023.*

4. Total amount of member interest: *SOLD 8 SHARES*

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: *I SOLD MY SHARES AT A LOSS BEFORE AUG 9/2024.*

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☐ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *TIM STURGEON*
Title: *INVESTOR*
Company: ___ Address and telephone number (if different from notice address above): _____

*(Signature)*    *Dec 4/2024.*
*(Date)*

Telephone number: *705-641-9009* email: *tim sturgeon tml@gmail.com*

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

*email - tim sturgeon tml@gmail.com*

[ Print Form ]    [ Save Form ]    [ Clear Form ]

Dec. 04/2024

TO COURT REPRESENTATIVE

I was forced to sell my shares before the bankruptcy date of _Aug 9/2024._ at a complete loss.

I submit these documents as proof of my holdings in a company that was attacked by dark forces. Please take me into consideration for a settlement, my family thanks you.

Please reply by mail to me if you have received this package. I've included a self addressed envelope. Thank you

#47IR49B   - us CASH.

BOUGHT   3553 SHARES @ $3326.05

SOD - 3553 SHARES @ $5149.42

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49B - Cash Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

*471R49B - SOLD.*

## Transaction on May 16, 2022

▸ **For settlement on:** May 18, 2022
▸ **Processed on:** May 16, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You sold** | META MATERIALS INC MN-525465 | 250 | 1.5453 | |

| | | |
|---|---|---|
| Ticker symbol: MMAT | Gross transaction amount | USD  386.33 |
| Security number: 43665R | *Less*   Commission | -9.99 |
| CUSIP ID: 59134N104 | *Less*   US tax | -0.01 |
| Trade number: 001062 | *Equals* **Net transaction amount** | **USD $376.33** |
| Trade processed by: 9EON | | |

*As agent, TD Direct Investing confirms the above sale on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. – Member of the Canadian Investor Protection Fund**
00105504 0000004014 20220516 59134N104 43665R

Order execution account
*No advice or recommendations provided.*



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49B – Cash Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 14, 2022

▸ **For settlement on:** November 16, 2022
▸ **Processed on:** November 14, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You sold** | META MATERIALS INC | 303 | 1.535 | |
| | TB-562259 | | | |

| | | |
|---|---|---|
| | Gross transaction amount | USD  465.11 |
| *Less* | Commission | -9.99 |
| *Less* | US tax | -0.02 |
| *Equals* **Net transaction amount** | | **USD $455.10** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 001101 ·
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above sale on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00106995 0000004143 20221114 59134N104 43665R

**Order execution account**
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49B - Cash Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on December 08, 2022

▸ **For settlement on:** December 12, 2022
▸ **Processed on:** December 08, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You sold** | META MATERIALS INC<br>II-569215 | 700 | 1.8201 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005654
Trade processed by: 9EON

|  |  |
|---|---|
| Gross transaction amount | USD  1,274.07 |
| *Less*   Commission | -9.99 |
| *Less*   US tax | -0.03 |
| *Equals* **Net transaction amount** | **USD $1,264.05** |

*As agent, TD Direct Investing confirms the above sale on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00080453 0000004161 20221208 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

## Transaction Confirmation

**Account number and type**
471R49B - Cash Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on December 08, 2022

▸ **For settlement on:** December 12, 2022
▸ **Processed on:** December 08, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You sold** | META MATERIALS INC XV-567679 | 500 | 1.87 | |

|  |  |  |
|---|---|---|
| | Gross transaction amount | USD  935.00 |
| *Less* | Commission | -9.99 |
| *Less* | US tax | -0.03 |
| *Equals* **Net transaction amount** | | **USD $924.98** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002257
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above sale on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. – Member of the Canadian Investor Protection Fund**
00080449 0000004161 20221208 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49B - Cash Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on December 09, 2022

▸ **For settlement on:** December 13, 2022
▸ **Processed on:** December 09, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You sold** | META MATERIALS INC CS-567731 | 800 | 1.38 | |

| | | |
|---|---|---|
| | Gross transaction amount | USD 1,104.00 |
| *Less* | Commission | -9.99 |
| *Less* | US tax | -0.03 |
| *Equals* | **Net transaction amount** | **USD $1,093.98** |

**Ticker symbol:** MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002544
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above sale on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00084275 0000004162 20221209 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49B - Cash Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 12, 2023

▸ **For settlement on:** January 17, 2023
▸ **Processed on:** January 12, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You sold** | META MATERIALS INC VU-576381 | 1,000 | 1.045 | |

| | | |
|---|---|---|
| Gross transaction amount | | USD 1,045.00 |
| *Less* Commission | | -9.99 |
| *Less* US tax | | -0.03 |
| *Equals* **Net transaction amount** | | **USD $1,034.98** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000610
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above sale on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00107354 0000004184 20230112 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49B - Cash Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

*# 471R49B    BOUGHT*

## Transaction on May 13, 2022

▸ **For settlement on:** May 17, 2022
▸ **Processed on:** May 13, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC<br>NL-525815 | 750 | 1.3559 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005698
Trade processed by: 9EON

Gross transaction amount .......................................................... USD  1,016.93
*Plus*   Commission ................................................................................ 9.99
*Equals* **Net transaction amount** **USD $1,026.92**

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00127844 0000004013 20220513 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

## Transaction Confirmation

**Account number and type**
471R49B - Cash Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on June 24, 2022

▸ **For settlement on:** June 28, 2022
▸ **Processed on:** June 24, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC DW-532155 | 40 | 1.345 | |
| | Gross transaction amount | | | USD  53.80 |
| | *Plus*   Commission | | | 9.99 |
| | *Equals* **Net transaction amount** | | | **USD $63.79** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004719
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
0008555S 0000004043 20220624 59134N104 43665R

**Order execution account**
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49B - Cash Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on June 24, 2022

▸ **For settlement on:** June 28, 2022
▸ **Processed on:** June 24, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC VS-532541 | 160 | 1.3579 | |

|  | | |
|---|---|---|
| Gross transaction amount | | USD  217.26 |
| *Plus*     Commission | | 9.99 |
| *Equals* **Net transaction amount** | | **USD $227.25** |

**Ticker symbol:** MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004404
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

---

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00095553 0000004043 20220624 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Transaction Confirmation**

**Account number and type**
471R49B - Cash Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on July 27, 2022

▸ **For settlement on:** July 29, 2022
▸ **Processed on:** July 27, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC OG-536847 | 215 | 0.9065 | |

| | | |
|---|---|---|
| | Gross transaction amount | USD  194.90 |
| *Plus* | Commission | 9.99 |
| *Equals* | **Net transaction amount** | **USD $204.89** |

**Ticker symbol:** MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004246
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00084168 0000004066 20220727 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49B - Cash Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on August 04, 2022

▸ **For settlement on:** August 08, 2022
▸ **Processed on:** August 04, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC DP-544279 | 90 | 0.9099 | |
| | Gross transaction amount | | | USD  81.89 |
| | *Plus*   Commission | | | 9.99 |
| | *Equals* **Net transaction amount** | | | **USD $91.88** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002443
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00108262 0000004072 20220804 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

## Transaction Confirmation

**Account number and type**
471R49B - Cash Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on August 23, 2022

▸ **For settlement on:** August 25, 2022
▸ **Processed on:** August 23, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC SK-545522 | 108 | 0.7963 | |
| | Gross transaction amount | | | USD  86.00 |
| | *Plus* Commission | | | 9.99 |
| | *Equals* **Net transaction amount** | | | **USD $95.99** |

**Ticker symbol:** MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 001593
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00082314 0000004085 20220823 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

## Transaction Confirmation

**Account number and type**
471R49B - Cash Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on August 31, 2022

▸ **For settlement on:** September 02, 2022
▸ **Processed on:** August 31, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 230 | 0.7657 | |
| | ZB-546338 | | | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD  176.11 |
| *Plus* | Commission | | 9.99 |
| | *Equals* **Net transaction amount** | | **USD $186.10** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005608
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00076026 0000004091 20220831 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49B - Cash Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on September 27, 2022

▸ **For settlement on:** September 29, 2022
▸ **Processed on:** September 27, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC TR-551307 | 100 | 0.6664 | |
| | Gross transaction amount | | | USD  66.64 |
| | *Plus*    Commission | | | 9.99 |
| | *Equals* **Net transaction amount** | | | **USD $76.63** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002136
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS  = Non–voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS  = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00080500 0000004109 20220927 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49B - Cash Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on September 29, 2022

▸ **For settlement on:** October 03, 2022
▸ **Processed on:** September 29, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC RH-556374 | 200 | 0.6556 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 001061
Trade processed by: 9EON

| | | |
|---|---|---|
| Gross transaction amount | USD 131.12 |
| *Plus*    Commission | 9.99 |
| *Equals*  **Net transaction amount** | **USD $141.11** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

### Disclosure of sources of revenue
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00082908 0000004111 20220829 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

## Transaction Confirmation

**Account number and type**
471R49B - Cash Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 07, 2022

▸ **For settlement on:** October 12, 2022
▸ **Processed on:** October 07, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC KQ-556313 | 400 | 0.65725 | |

Gross transaction amount .................................................. USD 262.90

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005497
Trade processed by: 9EON

*Plus*   Commission _____ 9.99

*Equals* **Net transaction amount**                              **USD $272.89**

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
C0107662 0000004117 20221007 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

**Transaction Confirmation**

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49B - Cash Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 11, 2022

▸ **For settlement on:** October 13, 2022
▸ **Processed on:** October 11, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC QJ-556993 | 700 | 0.798 | |
| | Gross transaction amount | | | USD  558.60 |
| | *Plus*  Commission | | | 9.99 |
| | *Equals* **Net transaction amount** | | | **USD $568.59** |

**Ticker symbol:** MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005733
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00091197 0000004119 20221011 59134N104 43665R

Order execution account
No advice or recommendations provided.

 **TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49B - Cash Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 12, 2022

▸ **For settlement on:** October 14, 2022
▸ **Processed on:** October 12, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC FL-558806 | 260 | 0.8386 | |
| | Gross transaction amount | | | USD  218.04 |
| | *Plus*    Commission | | | 9.99 |
| | *Equals* **Net transaction amount** | | | **USD $228.03** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003617
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00076074 0000004120 20221012 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49B - Cash Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 18, 2022

▸ **For settlement on:** October 20, 2022
▸ **Processed on:** October 18, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 150 | 0.9054 | |
| | WZ-556565 | | | |

Ticker symbol: **MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002841
Trade processed by: 9EON

Gross transaction amount ............................................... USD  135.81
*Plus*    Commission                                                          9.99
*Equals* **Net transaction amount**                             **USD $145.80**

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

**Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.**

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00085169 0000004124 20221018 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49B - Cash Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 19, 2022

▸ **For settlement on:** October 21, 2022
▸ **Processed on:** October 19, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC WR-560725 | 150 | 0.8799 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 006005
Trade processed by: 9EON

| | | |
|---|---|---|
| Gross transaction amount | | USD  131.99 |
| *Plus*    Commission | | 9.99 |
| *Equals* **Net transaction amount** | | **USD $141.98** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00086880 0000004125 20221019 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1

# 471R49K.        US TFSA.

BOUGHT
17280 SHARES.        @ $8851.30

SOLD - 2330 SHARES @ $3425.52



**TD Direct Investing**

**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49K - TD Waterhouse Tax-Free Savings
Account - US

*#4 71R49K    ~500*

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 27, 2021

▸ **For settlement on:** October 29, 2021
▸ **Processed on:** October 27, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You sold** | META MATERIALS INC BJ-456914 | 100 | 4.465 | |

|  |  |  |
|---|---|---|
| Gross transaction amount | | USD  446.50 |
| *Less*  Commission | | -9.99 |
| *Less*  US tax | | -0.01 |
| *Equals* **Net transaction amount** | | **USD $436.50** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002257
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above sale on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on April 04, 2022

▸ **For settlement on:** April 06, 2022
▸ **Processed on:** April 04, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You sold** | META MATERIALS INC CR-514696 | 1,080 | 1.715 | |

|  |  |  |
|---|---|---|
| Gross transaction amount | | USD  1,852.20 |
| *Less*  Commission | | -9.99 |
| *Less*  US tax | | -0.01 |
| *Equals* **Net transaction amount** | | **USD $1,842.20** |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005727
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above sale on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00121980 0000003985 20220404 59134N104 43665R

Order execution account
No advice or recommendations provided.

 **TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 27, 2023

▸ **For settlement on:** January 31, 2023
▸ **Processed on:** January 27, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You sold** | META MATERIALS INC | 183 | 1.00 | |
| | GR-582205 | 967 | 1.005 | |
| | | 1,150 | | |

Ticker symbol: **MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000573
Trade processed by: 9EON

| | |
|---|---|
| Gross transaction amount | USD  1,154.84 |
| *Less*   Commission | -9.99 |
| *Less*   US tax | -0.03 |
| ***Equals* Net transaction amount** | **USD $1,144.82** |

*As agent, TD Direct Investing confirms the above sale on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00117778 0000004195 20230127 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1

**TD** **TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

## Transaction Confirmation

### Account number and type
471R49K - TD Waterhouse Tax-Free Savings
Account - US

### Questions?
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on June 30, 2021

▸ **For settlement on:** July 02, 2021
▸ **Processed on:** June 30, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC HF-421710 | 20 | 6.7608 | |

| | | |
|---|---|---|
| | Gross transaction amount | USD  135.22 |
| *Plus* | Commission | 9.99 |
| *Equals* | **Net transaction amount** | **USD $145.21** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005013
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

### Abbreviations used in the security descriptions
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

### Disclosure of sources of revenue
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

### Thank you for choosing TD Direct Investing.

**Order execution account**
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on July 07, 2021

▸ **For settlement on:** July 09, 2021
▸ **Processed on:** July 07, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC ZY-424675 | 30 | 6.445 | |
| | Gross transaction amount | | | USD 193.35 |
| | *Plus* Commission | | | 9.99 |
| | *Equals* **Net transaction amount** | | | **USD $203.34** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000686
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
▸ /D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**Order execution account**
No advice or recommendations provided.

 **TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on July 21, 2021

▸ **For settlement on:** July 23, 2021
▸ **Processed on:** July 21, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC RU-427978 | 32 | 4.1429 | |
| | Gross transaction amount | | | USD  132.57 |
| | *Plus*  Commission | | | 9.99 |
| | *Equals* **Net transaction amount** | | | **USD $142.56** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000500
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00115619 0000003603 20210721 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

## Transaction Confirmation

**Account number and type**
471R49K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on July 22, 2021

▸ **For settlement on:** July 26, 2021
▸ **Processed on:** July 22, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 120 | 3.5682 | |
| | LK-429450 | | | |
| | Gross transaction amount | | | USD  428.18 |
| | *Plus*  Commission | | | 9.99 |
| | *Equals* **Net transaction amount** | | | **USD $438.17** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002198
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00107823 0000003804 20210722 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 28, 2021

▸ **For settlement on:** November 01, 2021
▸ **Processed on:** October 28, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC PI-457730 | 100 | 4.535 | |
| | Gross transaction amount | | | USD 453.50 |
| | *Plus* Commission | | | 9.99 |
| | *Equals* **Net transaction amount** | | | **USD $463.49** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000573
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

### Abbreviations used in the security descriptions
RS   = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00156556 C000003873 20211028 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 29, 2021

▸ **For settlement on:** November 02, 2021
▸ **Processed on:** October 29, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 28 | 4.6142 | |
| | OU-459788 | | | |

| | | |
|---|---|---|
| Gross transaction amount | | USD  129.20 |
| *Plus*   Commission | | 9.99 |
| *Equals* **Net transaction amount** | | **USD $139.19** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005042
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00153755 0000000874 20211029 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 31, 2022

▸ **For settlement on:** February 02, 2022
▸ **Processed on:** January 31, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC VY-489294 | 250 | 1.6699 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004666
Trade processed by: 9EON

|  | | |
|---|---|---|
| Gross transaction amount | | USD 417.48 |
| *Plus* Commission | | 9.99 |
| *Equals* **Net transaction amount** | | **USD $427.47** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund in accordance with specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

## Transaction Confirmation

**Account number and type**
471R49K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on March 18, 2022

▸ **For settlement on:** March 22, 2022
▸ **Processed on:** March 18, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC HR-504454 | 98 | 1.8888 | |
| | Gross transaction amount | | | USD  185.10 |
| | *Plus*   Commission | | | 9.99 |
| | *Equals* **Net transaction amount** | | | **USD $195.09** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 001833
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00138546 0000003974 20220318 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on March 30, 2022

▸ **For settlement on:** April 01, 2022
▸ **Processed on:** March 30, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC UM-509246 | 225 | 1.9284 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004056
Trade processed by: 9EON

| | | |
|---|---|---|
| Gross transaction amount | | USD  433.89 |
| *Plus*   Commission | | 9.99 |
| *Equals* **Net transaction amount** | | **USD $443.88** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00128158 0000003982 20220330 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on April 01, 2022

▸ **For settlement on:** April 05, 2022
▸ **Processed on:** April 01, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC OQ-510855 | 227 | 1.685 | |

| | | |
|---|---|---|
| Gross transaction amount | | USD  382.50 |
| *Plus*　　Commission | | 9.99 |
| *Equals* **Net transaction amount** | | **USD $392.49** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002371
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00123230 0000003984 20220401 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 17, 2023

▸ **For settlement on:** January 19, 2023
▸ **Processed on:** January 17, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 1,150 | 1.05 | |
| | XF-575453 | | | |

| | | |
|---|---|---|
| | Gross transaction amount | USD  1,207.50 |
| *Plus* | Commission | 9.99 |
| *Equals* | **Net transaction amount** | **USD $1,217.49** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 006330
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00098962 0000004187 20230117 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on March 23, 2023

▸ **For settlement on:** March 27, 2023
▸ **Processed on:** March 23, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC DX-596073 | 3,000 | 0.4683 | |
| | Gross transaction amount | | | USD 1,404.90 |
| | *Plus* Commission | | | 9.99 |
| | *Equals* Net transaction amount | | | **USD $1,414.89** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003554
Trade processed by: 9EON

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

---

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00092296 0000004234 20230323 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on March 23, 2023

▸ **For settlement on:** March 27, 2023
▸ **Processed on:** March 23, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC UM-593432 | 2,000 | 0.4677 | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 001959
Trade processed by: 9EON

Gross transaction amount ............................................. USD  935.40

*Plus*  Commission .................................................................. 9.99

*Equals* **Net transaction amount**                                          **USD $945.39**

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for
settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00092295 0000004234 20230323 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49K - TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction Confirmation

### Transaction on April 21, 2023

▸ **For settlement on:** April 25, 2023
▸ **Processed on:** April 21, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 1,500 | 0.1988 | |
| | HC-598420 | 1,900 | 0.1989 | |
| | | 2,100 | 0.199 | |
| | | **5,500** | | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 006500
Trade processed by: 9EON

Gross transaction amount ............................................. USD  1,094.01
*Plus*    Commission                                                                                9.99
*Equals* **Net transaction amount**                                           **USD $1,104.00**

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00068924 0000004254 20230421 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

## Transaction Confirmation

**Account number and type**
471R49K – TD Waterhouse Tax-Free Savings
Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on May 30, 2023

▸ **For settlement on:** June 01, 2023
▸ **Processed on:** May 30, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC PA-607764 | 4,500 | 0.2597 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 006686
Trade processed by: 9EON

| | |
|---|---|
| Gross transaction amount | USD  1,168.65 |
| *Plus*    Commission | 9.99 |
| *Equals* **Net transaction amount** | **USD $1,178.64** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important Information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00086432 0000004281 20230530 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1

# 471R49A          CDN. CASH

BOUGHT - 18700 SHARES          @ $4080.62

SOLD - 3700 SHARES          @ $2586.08.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

*# 471R49A    sold*

### Transaction on December 08, 2022

▸ **For settlement on:** December 12, 2022
▸ **Processed on:** December 08, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You sold** | META MATERIALS INC | 700 | 1.87 | |
| | ZC-569189 | | | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003364
Trade processed by: 9EON

| | | |
|---|---|---|
| Gross transaction amount | | USD 1,309.00 |
| *Less* Commission | | -9.99 |
| *Less* US tax | | -0.03 |
| *Plus* Premium on USD Funds converted at 33.81% | | 439.19 |
| ***Equals* Net transaction amount** | | **CAD $1,738.17** |

*As agent, TD Direct Investing confirms the above sale on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS  = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00080447 000000004161 20221208 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

## Transaction Confirmation

**Account number and type**
471R49A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 13, 2023

▸ **For settlement on:** October 17, 2023
▸ **Processed on:** October 13, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You sold** | META MATERIALS INC | 3,000 | 0.2133 | |
| | IC-632528 | | | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 006464
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD  639.90 |
| *Less* | Commission | -9.99 |
| *Less* | US tax | -0.01 |
| *Plus* | Premium on USD Funds converted at 34.61% | 218.01 |
| *Equals* | **Net transaction amount** | **CAD $847.91** |

*As agent, TD Direct Investing confirms the above sale on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing**
**TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00078042 0000004378 20231013 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

**Transaction Confirmation**

**Account number and type**
471R49A - Cash Account - CDN

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

*# 471R49A  Bought.*

## Transaction on December 06, 2022

▸ **For settlement on:** December 08, 2022
▸ **Processed on:** December 06, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC SA-569299 | 700 | 1.665 | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD 1,165.50 |
| **Ticker symbol: MMAT** | *Plus* Commission | | 9.99 |
| Security number: 43665R | *Plus* Premium on USD Funds converted at 38.29% | | 450.10 |
| CUSIP ID: 59134N104 | | | |
| Trade number: 003481 | *Equals* **Net transaction amount** | | **CAD $1,625.59** |
| Trade processed by: 9EON | | | |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00104166 C000004159 20221206 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 17, 2023

▸ **For settlement on:** October 19, 2023

▸ **Processed on:** October 17, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC BV-635096 | 2,300 | 0.2089 | |

| | | | |
|---|---|---|---|
| **Ticker symbol:** MMAT | | Gross transaction amount | USD 480.47 |
| Security number: 43665R | *Plus* | Commission | 9.99 |
| CUSIP ID: 59134N104 | *Plus* | Premium on USD Funds converted at 38.49% | 188.78 |
| Trade number: 001955 | | | |
| Trade processed by: GAGG | *Equals* **Net transaction amount** | | **CAD $679.24** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00067914 0000004380 20231017 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 26, 2023

▸ **For settlement on:** October 30, 2023
▸ **Processed on:** October 26, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC<br>FA-635677 | 700 | 0.1571 | |

**Ticker symbol:** MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003071
Trade processed by: 9EON

|  |  | Amount |
|---|---|---|
| | Gross transaction amount | USD  109.97 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at<br>40.19% | 48.21 |
| *Equals* | **Net transaction amount** | **CAD $168.17** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00074197 0000004387 20231026 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 03, 2023

▸ **For settlement on:** November 07, 2023
▸ **Processed on:** November 03, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC FD-640357 | 1,000 | 0.1108 | |

| | | | |
|---|---|---|---|
| Ticker symbol: MMAT | Gross transaction amount | | USD 110.80 |
| Security number: 43665R | *Plus* Commission | | 9.99 |
| CUSIP ID: 59134N104 | *Plus* Premium on USD Funds converted at | | 46.85 |
| Trade number: 000648 | 38.79% | | |
| Trade processed by: 9EON | *Equals* Net transaction amount | | CAD $167.64 |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00092712 0000004393 20231103 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 09, 2023

▸ **For settlement on:** November 13, 2023
▸ **Processed on:** November 09, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC TU-639465 | 1,000 | 0.1041 | |

| | | | |
|---|---|---|---|
| **Ticker symbol:** MMAT | | Gross transaction amount | USD  104.10 |
| Security number: 43665R | *Plus* | Commission | 9.99 |
| CUSIP ID: 59134N104 | *Plus* | Premium on USD Funds converted at 39.89% | 45.51 |
| Trade number: 004824 | *Equals* | **Net transaction amount** | **CAD $159.60** |
| Trade processed by: 9EON | | | |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00088193 0000004397 20231109 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 22, 2023

▸ **For settlement on:** November 27, 2023
▸ **Processed on:** November 22, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC DE-641320 | 3,000 | 0.0772 | |

| | | | |
|---|---|---|---|
| **Ticker symbol:** MMAT | | Gross transaction amount | USD 231.60 |
| Security number: 43665R | *Plus* | Commission | 9.99 |
| CUSIP ID: 59134N104 | *Plus* | Premium on USD Funds converted at 39.19% | 94.68 |
| Trade number: 004471 | *Equals* | **Net transaction amount** | **CAD $336.27** |
| Trade processed by: 9EON | | | |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. – Member of the Canadian Investor Protection Fund**
00070399 C000004406 20231122 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

### Transaction on December 22, 2023

▸ **For settlement on:** December 27, 2023
▸ **Processed on:** December 22, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS INC | 5,000 | 0.0674 | |
| | XI-648284 | | | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 002924
Trade processed by: 9EON

| | | |
|---|---|---|
| | Gross transaction amount | USD  337.00 |
| *Plus* | Commission | 9.99 |
| *Plus* | Premium on USD Funds converted at 34.79% | 120.72 |
| *Equals* | **Net transaction amount** | **CAD $467.71** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D    = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00089653 0000004428 20231222 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

MR. TIM STURGEON
167 ANGLO ST
BRACEBRIDGE ON  P1L 2H3

**Account number and type**
471R49A - Cash Account - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on December 26, 2023

▸ **For settlement on:** December 28, 2023
▸ **Processed on:** December 26, 2023

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC<br>GB-652512 | 5,000 | 0.0689 | |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 003936
Trade processed by: 9EON

| | | |
|---|---|---|
| Gross transaction amount | | USD  344.50 |
| *Plus* Commission | | 9.99 |
| *Plus* Premium on USD Funds converted at 34.39% | | 121.91 |
| *Equals* **Net transaction amount** | | **CAD $476.40** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important Information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

®The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. – Member of the Canadian Investor Protection Fund**
00028840 0000004429 20231226 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1