NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor:<br>META MATERIALS, INC | Case Number:<br>24-50792 |
|---|---|

| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):<br><br>**Kostas Georgakoulias**<br>**9504 Delamere Creek Lane**<br>**Brentwood, TN 37027**<br><br>Telephone Number: **615-854-4669** | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br><br>☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | RECEIVED AND FILED<br><br>DEC 16 2024<br><br>U.S. BANKRUPTCY COURT<br>MARY A. SCHOTT, CLERK |
|---|---|---|

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor:<br>**Robinhood Account #768586067** | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br>Robinhood<br>850 Willow Rd, Menlo Park, CA 94025<br>Telephone Number: 650-761-7781 | 3. Date Equity Interest was acquired:<br>**SEE ATTACHED**<br>**Purchases from**<br>**Jan 2021 to Feb 16, 2024** |
|---|---|

| 4. Total amount of member interest: 2050 Shares POST SPLIT | 5. Certificate number(s): SEE ATTACHED |
|---|---|

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.　☐ I am the creditor's authorized agent.<br>(Attach copy of power of attorney, if any.)　☐ I am the trustee, or the debtor, or their authorized agent.<br>(See Bankruptcy Rule 3004.)　☐ I am a guarantor, surety, endorser, or other codebtor.<br>(See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Kostas Georgakoulias
Title:
Company: Address and telephone number (if different from notice address above):
_____
_____

(Signature)　(Date) 12/12/2024

Telephone number: 615-854-4669　email: ggkoul@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

PROOF OF INTEREST SUPPLEMENTAL INFORMATION:
CASE: Meta Materials, Inc., Case Number 24-50792

FOR: Kostas Georgakoulias // BROKER: RobinHood  // ACCOUNT: 768586067

QTY OWNED TOTAL – Pre-Reverse 100/1 Split
PURCHASED OVER NUMEROUS TRANSACTIONS FROM
January 2, 2021 to January 31, 2024

<u>See Attached 01/01/2024 to 01/31/2024 Robinhood Statement for Pre-Reverse Split Details</u>

| QTY OWNED AT REVERSE SPLIT DATE |
| --- |
| Meta Material (MMAT) |
| CUSIP: 59134N104 |
| QTY OWNED: 204,505 |

QTY OWNED TOTAL Post Reverse 100/1 Split on 1/31/2024

| QTY 204,505 / 100 = 2045.5 |
| --- |
| Fractional Share Rounding on 1/31/2024<br>Meta Materials MMAT CUSIP: 59134N302<br>01/31/2024 QTY 1 |
| POST R/S QTY OWNED: 2046 Shares |

See Attached <u>02/01/2024 to 02/29/2024</u> Robinhood Statement for <u>Post Reserve Split Details</u>

Last Purchase Transaction
Meta Materials MMAT CUSIP: 59134N302 02/16/2024  QTY 4

| Meta Material (MMAT) |
| --- |
| CUSIP: 59134N104 |
| TODAY QTY OWNED:<br>2050 Shares<br>at average of $74.05 |

US Bankruptcy Court
District of Nevada
ATTN: Clerk of the Court
First Floor
300 Booth Street
Reno, Nevada 89509

RE: NOTICE OF REDACTION
Proof of Interest Form; Meta Materials. Inc, - Case Number 24-50792

To the Clerk of the Court:

My name is Kostas Georgakoulias, and I hereby submit this **Notice of Redaction** for the **Proof of Interest Form** in the matter of **Meta Materials, Inc., Case Number 24-50792**.

Pursuant to the instructions of The Honorable Hilary L. Barnes, United States Bankruptcy Judge, and out of an abundance of caution regarding the potential misuse of my personal information, I respectfully request that all but the last four digits of my account numbers be redacted from my submitted Proof of Interest Form.

Enclosed with this filing, you will find:

1.  An unredacted version of the Proof of Interest (POI) Form,
2.  A redacted version of the POI Form,
3.  A detailed explanation of my **TRCH / MMAT / MMATQ** trading records, including supporting documentation, and
4.  A check in the amount of **$28** for the processing fee.

Thank you for your attention to this matter. Please do not hesitate to contact me should further clarification or documentation be required.

Sincerely,


-Kostas Georgakoulias
9504 Delamere Creek Lane
Brentwood, TN 37027
615-854-4669

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor: <br> META MATERIALS, INC | Case Number: <br> 24-50792 | |
|---|---|---|

| 1.  Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): <br><br> ▬▬▬▬▬▬▬ <br> ▬▬▬▬▬▬▬ <br> ▬▬▬▬▬▬▬ <br><br> Telephone Number: ▬▬▬▬▬ | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars. <br><br> ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case. <br><br> ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | |
|---|---|---|

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor: <br> # Robinhood Account #▬▬▬6067 | Check here if this claim: <br> ☐ replaces a previously filed Proof of Interest dated: _____ <br> ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2.  Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: <br><br> Robinhood <br> 850 Willow Rd, Menlo Park, CA 94025 <br><br> **Telephone Number:** 650-761-7781 | 3.  Date Equity Interest was acquired: <br><br> **SEE ATTACHED** <br> ▬▬▬▬▬▬ <br> ▬▬▬▬▬▬ |
|---|---|

| 4.   Total amount of member interest: ▬▬▬▬▬▬ | 5.   Certificate number(s): SEE ATTACHED _____ |
|---|---|

6.   **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

7.   **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8.   **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor.      ☐ I am the creditor's authorized agent.      ☐ I am the trustee, or the debtor,      ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)      or their authorized agent.      (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _V-G_
Title: _____
Company:___ Address and telephone number (if different from notice address above):
_____
_____

(Signature)      12/12/2024 (Date)

Telephone number: ▬▬▬▬      email: ▬▬▬▬▬

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Robinhood 🪶

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

*Feb/24 1-7* Page

02/01/2024 to 02/29

**KOSTAS GEORGAKOULIAS** Account #: ▮▮▮▮

▨ **Options**    ■ **Equities**    ▨ **Cash and Cash Equivalents**

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| ▮▮▮▮▮▮ | ▮▮ | ▮▮ |
| ▮▮▮▮▮▮ | ▮▮ | ▮▮ |
| ▮▮▮▮ | ▮▮ | ▮▮ |
| ▮▮▮▮ | ▮▮ | ▮▮ |

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮ |

As of the closing date of this statement, the annual percentage yield (APY) for customers enrolled in the brokerage cash sweep program is 1.50% for customers who are not subscribed to Robinhood Gold, 5.00% for Robinhood Gold subscribers, or 5.25% for Robinhood Gold subscribers enrolled in the boosted rate promotion. Program banks pay interest on your swept cash, minus any fees paid to Robinhood. Neither Robinhood Financial LLC nor any of its affiliates banks. Investment products are not FDIC-insured, not bank guaranteed, and may lose value. Uninvested cash swept to the program banks is eligible for FDIC insurance up to applicable limits, subject to FDIC rules. The Securities Inve: Protection Corporation has taken the position that uninvested cash swept to the program banks is not covered by the Securities Investor Protection Act.

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF").

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.



**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| ▬▬▬ ▬▬▬▬▬▬▬ | ▬▬ | ▬▬ | ▮ | ▬▬ | ▬▬ | ▬▬ | ▬▬ |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Cash | 2,050 | ▬▬ | ▬▬▬ | ▬▬ | ▬▬ |
| ▬▬▬▬▬▬▬▬<br>▬▬▬▬▬ | ▬▬▬ | ▬▬ | ▬▬ | ▬▬ | ▬▬ | ▬▬ | ▬▬ |
| ▬▬▬▬▬▬▬<br>▬▬▬▬ | ▬▬ | ▬▬ | ▮ | ▬▬ | ▬▬▬ | ▬▬ | ▬▬ |
| ▬▬▬▬ | | | | | ▬▬▬ | ▬▬ | ▬▬ |
| ▬▬▬▬▬ | | | | | ▬▬ | | ▬▬ |
| ▬▬▬▬▬ | | | | | ▬▬ | | ▬▬ |
| ▬▬▬▬ | | | | | ▬▬▬ | | |

FEB 24

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| ██████████ |  | ██ | ██ | ████████ |  |  | ██ |  |
| ██████ |  | ██ | ██ | ██████ |  |  |  | ███ |
| ██████ |  | ██ | ██ | ██████ |  |  |  | ███ |
| ██████████████ | ███ | ██ | ██ | ██████ | ▌ | ██ | ███ |  |
| ██████████████ | ███ | ██ | ██ | ██████ | ▌ | ███ | ███ |  |
| Meta Materials<br>CUSIP: 59134N302 | MMAT | Cash | Buy | 02/16/2024 | 4 | ███ | ███ |  |
| ████████ |  | ███ | █ | ██████ |  |  |  | ██ |
| ██████████████ |  |  |  |  |  |  | ███ | ███ |

Feb 24

**Executed Trades Pending Settlement**
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| ███████████████ | | | | | | | ████ | ████ |

FEB 24

**Deposit Sweep Program Banks**
These are the program banks where your uninvested cash is held as of 02/29/2024. Balances are insured by FDIC, not SIPC.

**Bank**                                                                    **Balance**

███████                                                   ████

As of the closing date of this statement, the annual percentage yield (APY) for customers enrolled in the brokerage cash sweep program is 1.50% for customers who are not subscribed to Robinhood Gold, 5.00% for Robinhood Gold subscribers, or 5.25% for Robinhood Gold subscribers enrolled in the boosted rate promotion. Program banks pay interest on your swept cash, minus any fees paid to Robinhood. Neither Robinhood Financial LLC nor any of its affiliate: banks. Investment products are not FDIC-insured, not bank guaranteed, and may lose value. Uninvested cash swept to the program banks is eligible for FDIC insurance up to applicable limits, subject to FDIC rules. The Securities Inve: Protection Corporation has taken the position that uninvested cash swept to the program banks is not covered by the Securities Investor Protection Act.

FB3 24

## Deposit Sweep Activity

These transactions reflect movements of uninvested cash to and from program banks.

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| ████████████ | █████ | | | ████ |
| ████ | █████ | ███ | | ████ |
| ████ | █████ | | █████ | ████ |
| ████ | █████ | ████ | | ████ |
| ████ | █████ | ███ | | ███ |
| ██████ | ████ | | ███ | ███ |
| ███████ | █████ | | | ███ |
| ██████ | | ████ | ████ | |



Page

# Important Information

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on debit balances in your account may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the new debit balance.

We are required to report to the Internal Revenue Service all cash dividends and interest credited to your account on securities held for you in our name. All dividends and interest credits should be included in your income tax return.

Information relative to regulatory trading/transaction fees and any other charges incurred in connection with equity or listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of the information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short option positions including those contracts which are subject to exercise. All short American-style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com.

Any free credit balances represent funds payable upon demand which, although properly accounted for on our books and records, is not segregated. and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

RHS acts as clearing agent for your trades. Your account, which was introduced to us by RHF, is established under your name on a "fully disclosed" basis at RHS. You remain a customer of RHF.

Notice to Customers

As required, under SEC rules, both the RHF and RHS Order Routing Reports as well as information regarding specific order routing information is available free of charge upon request.

As a clearing agent, RHS provides securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguarding of funds and securities while in our possession, monitoring compliance with applicable credit Regulation T and RHS internal policies, preparing and making accessible your account records (including transaction confirmations and periodic statements of your account).

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size and net debit balance during the interest period. These rates are subject to revision with appropriate notice. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://rbnhd.co/fees.

Robinhood Gold Card is offered by Robinhood Credit, Inc. ("RCT") and is issued by Coastal Community Bank, Member FDIC, pursuant to a license from Visa U.S.A. Inc. RCT is a financial technology company, not a bank.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email RHF or RHS at help@robinhood.com. RHF must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

A. Tell RHF your name and account number.
B. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
C. Tell RHF the dollar amount of the suspected error.

RHF will investigate your complaint and will correct any error promptly. If take more than ten (10) business days to do this, RHF will credit your acc for the amount you think is in error, so that you will have the use of the m during the time it takes RHF to complete our investigation.

Please see the Robinhood Securities, LLC & Robinhood Financial LLC Ins Network Deposit Sweep Program Disclosures, available at https://rbnhd /ind-disclosure, for the terms and conditions of the sweep program, incl information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority ("FINRA"), and we are required to inform you of the availability of the FIN Investor Brochure, which contains information on FINRA BrokerCheck. Y may contact FINRA at 800-289-9999 or via their website www.finra.org. carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transaction process to your account. Any suspected inaccuracy or discrepancy in yo account statement must be promptly reported to RHS. In order to protec rights, please confirm any oral communications in writing and include yo brokerage account number. General inquiries or concerns regarding you account should be directed to: help@robinhood.com.

The SEC requires all broker-dealers that route orders in equity securities options to make available quarterly reports that present a general overvi their routing practices. The reports must identify the significant venues which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealers relations with such venues. In addition, the Rule (SEC Rule 606) requires broker-dealers to disclose, upon customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact RHF.

All trade confirmations are transmitted on or about the transaction date.

Statement of Financial Condition
Robinhood Securities, LLC. Unaudited Statement of Financial Condition i June 30, 2023 is available on the Company's website at www.robinhood /legal. A paper copy may be requested at no cost by calling 1-(800)-282 1327. On June 30, 2023, Robinhood Securities, LLC. had a net capital of $2,638,629,775, which was $2,567,658,638 in excess of its required ne capital of $70,971,137.

Please retain this statement as it will be helpful in preparing your income returns and may be needed along with subsequent statements to verify interest charges in your account. This statement shall be deemed conclu unless objected to in writing within ten (10) days.

JAN 24
1/10 Page

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

01/01/2024 to 01/31

**KOSTAS GEORGAKOULIAS** Account #: ▉▉

▫ Options          ▪ Equities          ▨ Cash and Cash Equivalents

## Account Summary

| | Opening Balance | Closing Balance |
|---|---|---|
| ▉▉▉▉▉ | ▉ | ▉ |
| ▉▉▉▉▉ | ▉ | ▉ |
| ▉▉▉ | ▉ | ▉ |
| ▉▉▉ | ▉ | ▉ |

## Income and Expense Summary

| | This Period | Year to Date |
|---|---|---|
| ▉ | ▉ | ▉ |
| ▉▉▉▉ | ▉ | ▉ |
| ▉▉ | ▉ | ▉ |

As of the closing date of this statement, the annual percentage yield (APY) for customers enrolled in the brokerage cash sweep program is 1.50% for customers who are not subscribed to Robinhood Gold, 5.00% for Robinhood Gold subscribers, or 5.25% for Robinhood Gold subscribers enrolled in the boosted rate promotion. Program banks pay interest on your swept cash, minus any fees paid to Robinhood. Neither Robinhood Financial LLC nor any of its affiliates banks. Investment products are not FDIC-insured, not bank guaranteed, and may lose value. Uninvested cash swept to the program banks is eligible for FDIC insurance up to applicable limits, subject to FDIC rules. The Securities Inve: Protection Corporation has taken the position that uninvested cash swept to the program banks is not covered by the Securities Investor Protection Act.

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF").

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

JAN 24

**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| ███ ██████████ | ███ | ███ | ▪ | ███ | ███ | ███ | ███ |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Cash | 2,046 | ███ | ███ | ███ | ███ |
| ████████████████<br>████████████ | ██████ | ███ | ████ | ████ | ████ | ███ | ████ |
| ██████████ | | | | | ███████ | ███ | ████ |
| █████████████ | | | | | ███ | | ███ |
| █████████████ | | | | | ██████ | | ███ |
| ████████████ | | | | | ███████ | | |

Jan 24

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| ███████████ | | ██ | ███ | ████████ | | | ████ | |
| ████████ | | ███ | ██ | ████████ | | | | ████ |
| ████████ ███████████ | ████ | ███ | ██ | ████████ | ██ | ███ | ████ | |
| ███████████ | ████ | ███ | ██ | ████████ | ██ | ███ | ████ | |
| ███████ ███████ | ████ | ███ | ██ | ████████ | ██ | ███ | ████ | |
| ███████ ███████ | ████ | ███ | ██ | ████████ | ██ | ████ | ████ | |
| ███████ ███████ | ████ | ███ | ██ | ████████ | ██ | ████ | ████ | |
| ███████ ███████ | ████ | ███ | ██ | ████████ | ██ | ████ | ████ | |
| ███████████████████ | | ██ | ███ | ████████ | ██ | | | |
| ██████████████ | ███ | ███ | ██ | ████████ | ▮ | ████ | | ████ |
| ███████████████ | ███ | ███ | ██ | ████████ | ▮ | ████ | | ████ |
| ██████████████ | ███ | ███ | ██ | ████████ | ▮ | ████ | | ████ |
| ███████ ███████ | ███ | ███ | ██ | ████████ | ▮ | ████ | ████ | |

Jan 24

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| ███████ ███████ | ████ | ███ | ███ | ██████ | ▮ | ████ | ████ | |
| ██████████ ▬ | ████ | ████ | ███ | ███████ | ▪ | ████ | | ████ |
| ██████████ | ████ | ███ | ███ | ██████ | ▪ | ████ | | ████ |
| ██████████ | ████ | ███ | ███ | ██████ | ▪ | ████ | | ████ |
| ██████████ | ████ | ███ | ███ | ██████ | ▪ | ████ | | ████ |
| ██████████ | ████ | ████ | ███ | ███████ | ██ | ████ | | ████ |
| █████████ | ████ | ███ | ███ | ███████ | ▮ | ████ | | ████ |
| ██████████ | ████ | ███ | ███ | ██████ | ██ | ████ | | ████ |
| █████████ | ████ | ███ | ███ | ██████ | ▮ | ████ | | ████ |
| █████████ | ████ | ████ | ███ | ██████ | ██ | ████ | | ████ |
| █████████ | ████ | ████ | ███ | ██████ | ▪ | ████ | | ████ |
| █████████ | ████ | ████ | ███ | ██████ | ▪ | ████ | | ████ |
| ████████53 | ████ | ███ | ███ | ██████ | ██ | ████ | | ██53 |
| Meta Materials CUSIP: 59134N302 | | Cash | SPR | 01/29/2024 | 2,045 | | | |
| Meta Materials CUSIP: 59134N104 | | Cash | SPR | 01/29/2024 | 204,505S | | | |

JAN 24

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| ██████████████ | ███ | ████ | ███ | ████████ | ■ | ███ | ████ | |
| ██████████████ | ███ | ███ | ███ | ███████ | ▮ | ███ | ███ | |
| ██████████████ | ███ | ███ | ███ | ███████ | ▮ | ███ | ███ | |
| ██████████████ | ███ | ███ | ███ | ███████ | ▮ | ███ | ███ | |
| ████████████ | ███ | ███ | ███ | ███████ | ▮ | ███ | | ███ |
| ██████████████ | ███ | ███ | ███ | ███████ | ▮ | ███ | | ███ |
| ██████████████ | ███ | ███ | ███ | ███████ | ▮ | ███ | | ███ |
| ██████████████ | ███ | ███ | ███ | ███████ | ▮ | ███ | | ███ |
| ████████ | | ████ | ██ | ██████ | | | | ███ |
| Meta Materials CUSIP: 59134N302 | | Cash | SPR | 01/31/2024 | 1 | | | |
| ████████████████ | | | | | | | ████ | ████ |

JAN 24

**Executed Trades Pending Settlement**
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| ██████████████ | | | | | | | ███ | ███ |

(JAN 24

**Deposit Sweep Program Banks**
These are the program banks where your uninvested cash is held as of 01/31/2024. Balances are insured by FDIC, not SIPC.

**Bank**                                                                                          **Balance**

█████████                                                              ████████

As of the closing date of this statement, the annual percentage yield (APY) for customers enrolled in the brokerage cash sweep program is 1.50% for customers who are not subscribed to Robinhood Gold, 5.00% for Robinhood Gold subscribers, or 5.25% for Robinhood Gold subscribers enrolled in the boosted rate promotion. Program banks pay interest on your swept cash, minus any fees paid to Robinhood. Neither Robinhood Financial LLC nor any of its affiliates banks. Investment products are not FDIC-insured, not bank guaranteed, and may lose value. Uninvested cash swept to the program banks is eligible for FDIC insurance up to applicable limits, subject to FDIC rules. The Securities Inve: Protection Corporation has taken the position that uninvested cash swept to the program banks is not covered by the Securities Investor Protection Act.

JA 24

## Deposit Sweep Activity
These transactions reflect movements of uninvested cash to and from program banks.

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| ███████████ | ██████ | | | ████ |
| ██████ | ██████ | ████ | | ████ |
| ██████ | ██████ | | █████ | ████ |
| ██████ | ██████ | ████ | | █████ |
| ██████ | ██████ | | ███ | █████ |
| ██████ | ██████ | ███ | | ████ |
| ██████ | ██████ | | █████ | █████ |
| ██████ | ██████ | █████ | | █████ |
| █████████ | ██████ | | ███ | █████ |
| ██████████ | ██████ | | | █████ |
| ████████ | | █████ | ███60 | |

Jan 24
1d/0

# Important Information

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on debit balances in your account may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the new debit balance.

We are required to report to the Internal Revenue Service all cash dividends and interest credited to your account on securities held for you in our name. All dividends and interest credits should be included in your income tax return.

Information relative to regulatory trading/transaction fees and any other charges incurred in connection with equity or listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of the information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com.

Any free credit balances represent funds payable upon demand which, although properly accounted for on our books and records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

RHS acts as clearing agent for your trades. Your account, which was introduced to us by RHF, is established under your name on a "fully disclosed" basis at RHS. You remain a customer of RHF.

Notice to Customers

As required, under SEC rules, both the RHF and RHS Order Routing Reports as well as information regarding specific order routing information is available free of charge upon request.

As a clearing agent, RHS provides securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguarding of funds and securities while in our possession, monitoring compliance with applicable credit Regulation T and RHS internal policies, preparing and making accessible your account records (including transaction confirmations and periodic statements of your account).

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size and net debit balance during the interest period. These rates are subject to revision with appropriate notice. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://rbnhd.co/fees.

We also offer Robinhood Cash Management as an additional feature of your account. Robinhood Cash Management includes debit card access to your account and automatic sweep of uninvested cash to bank deposits. If you participate in Robinhood Cash Management, your use of the debit card, and your rights with respect to debit card transactions, will be governed by the Robinhood Debit Card Agreement, which has been provided to you and is available at https://rbnhd.co/debit-card-agreement.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email RHF or RHS at help@robinhood.com. RHF must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

A. Tell RHF your name and account number.
B. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
C. Tell RHF the dollar amount of the suspected error.

RHF will investigate your complaint and will correct any error promptly. If take more than ten (10) business days to do this, RHF will credit your acc for the amount you think is in error, so that you will have the use of the m during the time it takes RHF to complete our investigation.

Please see the Robinhood Securities, LLC & Robinhood Financial LLC Ins Network Deposit Sweep Program Disclosures, available at https://rbnhd /ind-disclosure, for the terms and conditions of the sweep program, incl information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority ("FINRA"), and we are required to inform you of the availability of the FIN Investor Brochure, which contains information on FINRA BrokerCheck. Y may contact FINRA at 800-289-9999 or via their website www.finra.org. carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transaction process to your account. Any suspected inaccuracy or discrepancy in yo account statement must be promptly reported to RHF. In order to protec rights, please confirm any oral communications in writing and include yo brokerage account number. General inquiries or concerns regarding you account should be directed to: help@robinhood.com.

The SEC requires all broker-dealers that route orders in equity securities options to make available quarterly reports that present a general overvi their routing practices. The reports must identify the significant venues which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealers relations with such venues. In addition, the Rule (SEC Rule 606) requires broker-dealers to disclose, upon customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact RHF.

All trade confirmations are transmitted on or about the transaction date.

Statement of Financial Condition
Robinhood Securities, LLC. Unaudited Statement of Financial Condition June 30, 2023 is available on the Company's website at www.robinhood /legal. A paper copy may be requested at no cost by calling 1-(800)-282 1327. On June 30, 2023, Robinhood Securities, LLC. had a net capital of $2,638,629,775, which was $2,567,658,638 in excess of its required ne capital of $70,971,137.

Please retain this statement as it will be helpful in preparing your income returns and may be needed along with subsequent statements to verify interest charges in your account. This statement shall be deemed conclu unless objected to in writing within ten (10) days.