NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor:
**META MATERIALS, INC**

Case Number:
**24-50792**

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

*Edward A. Castillo*
*910 NW 185TH Terrace*
*Pembroke Pines, FLorida*
*33029*

Telephone Number:
*917-973-4579*

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 16 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
~~E2~~ 652003559

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
*Edward A. Castillo*
*Fidelity Investments PO Box 770001 Cincinnati, OH*
*45277-0002*
Telephone Number: *800-343-3548*

3. Date Equity Interest was acquired:
*06/01/2021 - 05/03/2023*

4. Total amount of member interest: *400 shares for $55,159.22 POST REVERSE SPLIT*

5. Certificate number(s): *See attached documentation*

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: *Investor*

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent.
(See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor.
(See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *Edward A. Castillo*
Title: _____
Company: ___ Address and telephone number (if different from notice address above): _____
_____
_____

*Edward A Castillo*  (Signature)         *12/12/2024* (Date)

Telephone number: *917-974-4579* email: *edjr99@aol.com*

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

FIDELITY
INDIVIDUAL TOD

PRE-REVERSED SPLIT

| Date ⌄ | Description | Amount | Cash Balance |
|---|---|---|---|
| Jun-13-2023 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$934.00 | $189.35 |

| | |
|---|---|
| Date | Jun-13-2023 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +4,000.000 |
| Price | $0.23 |
| Amount | -$934.00 |
| Settlement date | Jun-15-2023 |

MMATQ
META MATERIALS INC COM...
-$0.01 -$934.00
-99.01% -100.00% -$0.0001
Case 24-50792-hlb Doc 1010 Entered 12/XX/2024 14:3X:XX Page 3 of 34
$0.00 0.00% Page 3 of 34
$934.00
$23.35 / Share

# META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 ✕

  **Set Exit Plan**

**Purchase History**    Research

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Jun-13-2023 | Long | -$934.00 | -100% | $0.00 | 40 | $23.35 | $934.00 |


POST REVERSE SPLIT

P8 1-21

| Symbol | Today's Gain/Loss | Total Gain/Loss | Last Price | Current Value | % of Account | Quantity | Cost Basis | 52-W |
|---|---|---|---|---|---|---|---|---|
| **MMATQ** META MATERIALS INC CO... | -$0.04 -99.01% | -$55,159.22 -100.00% | -$0.0001 | $0.00 | 0.00% | 400 | $55,159.22 $137.90 / Share | |

### META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98    ✕

**Buy**   **Sell**   **Set Exit Plan**   **Option Chain**

**Purchase History**    Research

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Jun-29-2023 | Long | -$4,374.30 | -100% | $0.00 | 210 | $20.83 | $4,374.30 |
| Nov-16-2022 | Long | -$6,282.00 | -100% | $0.00 | 36 | $174.50 | $6,282.00 |
| Nov-16-2022 | Long | -$4,290.96 | -100% | $0.00 | 24.59 | $174.50 | $4,290.96 |
| Nov-14-2022 | Long | -$5,034.90 | -100% | $0.00 | 30 | $167.83 | $5,034.90 |
| Jul-21-2021 | Long | -$10,722.04 | -100% | $0.00 | 28 | $382.93 | $10,722.04 |
| Jul-21-2021 | Long | -$766.00 | -100% | $0.00 | 2 | $383.00 | $766.00 |
| Jul-21-2021 | Long | -$3,825.00 | -100% | $0.00 | 10 | $382.50 | $3,825.00 |
| May-06-2021 | Long | -$10,643.40 | -100% | $0.00 | 31.91 | $333.54 | $10,643.40 |
| Mar-24-2021 | Long | -$9,220.62 | -100% | $0.00 | 27.5 | $335.30 | $9,220.62 |

FIDELITY
BROKERAGE LINK ACCOUNT
# 652003559

1

Feb-16-2021

YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash)

-$20,550.00

$159,347.63

| | |
|---|---|
| Date | Feb-16-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 |
| Type | Cash |
| Shares | +5,000.000 |
| Price | $4.11 |
| Amount | -$20,550.00 |
| Settlement date | Feb-18-2021 |

Feb-18-2021    YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash)    -$8,499.75    $136,347.88

| | |
|---|---|
| Date | Feb-18-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 |
| Type | Cash |
| Shares | +2,500.000 |
| Price | $3.40 |
| Amount | -$8,499.75 |
| Settlement date | Feb-22-2021 |

Feb-22-2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | -$8,887.50 | $89,124.40

| Date | Feb-22-2021 |
|---|---|
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 |
| Type | Cash |
| Shares | +2,500.000 |
| Price | $3.56 |
| Amount | -$8,887.50 |
| Settlement date | Feb-24-2021 |

Mar-24-2021 YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash)                              -$10,532.50                                    $20,435.34

| | |
|---|---|
| Date | Mar-24-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 |
| Type | Cash |
| Shares | +5,500.000 |
| Price | $1.92 |
| Amount | -$10,532.50 |
| Settlement date | Mar-26-2021 |

| May-06-2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | -$12,157.71 | $300.06 |
|---|---|---|---|

| | |
|---|---|
| Date | May-06-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 |
| Type | Cash |
| Shares | +6,382.000 |
| Price | $1.91 |
| Amount | -$12,157.71 |
| Settlement date | May-10-2021 |

1

YOU
BOUGHT
META
Jul-MATERIALS
21- INC COM                                    -$10,722.04                      $6,517.22
2021SIN
   US59134N...
   (59134N104)
   (Cash)

| Date | Jul-21-2021 |
|---|---|
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 1 00 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +2,800.000 |
| Price | $3.83 |
| Amount | -$10,722.04 |
| Settlement date | Jul-23-2021 |

Jul-21-2021    YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104)        -$3,825.00        $17,239.26
               (Cash)

| Date | Jul-21-2021 |
|---|---|
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 1 00 R/S INTO META MATERIALS INC |

| Type | Cash |
|---|---|
| Shares | +1,000.000 |
| Price | $3.83 |
| Amount | -$3,825.00 |
| Settlement date | Jul-23-2021 |

YOU
BOUGHT
META
Jul-MATERIALS
21- INC COM                                              -$766.00                        $21,064.26
2021SIN
   US59134N...
   (59134N104)
   (Cash)

| | |
|---|---|
| Date | Jul-21-2021 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 1 00 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +200.000 |
| Price | $3.83 |
| Amount | -$766.00 |
| Settlement date | Jul-23-2021 |

| | | | |
|---|---|---|---|
| Jul-07-2021 | DISTRIBUTION SPIN FROM(89102U103) META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash) | -- | $44,979.24 |

| | |
|---|---|
| Date | Jul-07-2021 |
| Symbol | 59134N203 |
| Symbol description | META MATERIALS INC PFD SER A 0.00000% *EXCHANGED FOR CUSIP 591 994371* |
| Type | Cash |
| Shares | +11,882.000 |

| | | | |
|---|---|---|---|
| Jun 28- 2021 | REVERSE SPLIT R/S TO 59134N104# REOR M0051336480000 TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | -$58,815.90 | $78,797.22 |

| | |
|---|---|
| Date | Jun-28-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 |
| Type | Shares |
| Shares | -11,882.000 |
| Value | -$58,815.90 closing market value on Jun-28-2021 |

| | | | |
|---|---|---|---|
| Jun-28-2021 | REVERSE SPLIT R/S FROM 89102U103#REOR M0051336480001 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | +$47,290.36 | $78,797.22 |

| | |
|---|---|
| Date | Jun-28-2021 |
| Symbol | 59134N104 |

.

.

| | |
|---|---|
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 1 00 R/S INTO META MATERIALS INC |
| Type | Shares |
| Shares | +5,941.000 |
| Value | $47,290.36 closing market value on Jun-28-2021 |

YOU SOLD TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash)

Jun 21- 2021

+$94,999.51                    $95,299.60

| | |
|---|---|
| Date | Jun-21-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 |
| Type | Cash |
| Shares | -10,000.000 |
| Price | $9.50 |
| Amount | $94,999.51 |
| Fees | $0.49 |
| Settlement date | Jun-23-2021 |

YOU
BOUGHT
META
Nov-MATERIALS
16- INC COM                                          -$6,282.00                        $3,969.27
2022 ISIN
US59134N...
(59134N104)
(Cash)

| Date | Nov-16-2022 |
|---|---|
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 1 00 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +3,600.000 |
| Price | $1.75 |
| Amount | -$6,282.00 |
| Settlement date | Nov-18-2022 |

Nov-16-2022    YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104)    -$4,290.96    $10,251.27
(Cash)

| Date | Nov-16-2022 |
|---|---|
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 1 00 R/S INTO META MATERIALS INC |

| | |
|---|---|
| Type | Cash |
| Shares | +2,459.000 |
| Price | $1.75 |
| Amount | -$4,290.96 |
| Settlement date | Nov-18-2022 |

| | | | |
|---|---|---|---|
| Nov-14-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$5,034.90 | $14,542.23 |

| | |
|---|---|
| Date | Nov-14-2022 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 1 00 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +3,000.000 |
| Price | $1.68 |
| Amount | -$5,034.90 |
| Settlement date | Nov-16-2022 |

MERGER
MER FROM
59134N203#
REOR
Dec-M005146694
13-0001 PFD                                          --                          $1,840.27
2022META
MATLS
CONTRA
(591994371)
(Cash)

| Date | Dec-13-2022 |
| Symbol | 591994371 |
| Symbol description | PFD META MATLS CONTRA |
| Type | Cash |
| Shares | +11,882.000 |

| | | | |
|---|---|---|---|
| Dec-29-2022 | MERGER MER FROM 591994371# REOR M005147169 0001 NEXT BRIDGE HYDROCAR BONS INC $0.0001... (78699D491) (Cash) | -- | $2,579.71 |

| | |
|---|---|
| Date | Dec-29-2022 |
| Symbol | 78699D491 |
| Symbol description | NEXT BRIDGE HYDROCARBONS INC $0.0001 NEVADA |
| Type | Cash |
| Shares | +11,882.000 |

---

| | | | |
|---|---|---|---|
| Dec-29-2022 | MERGER MER PAYOUT #REOR M0051471690000 PFD META MATLS CONTRA (591994371) (Cash) | -- | $2,579.71 |

| | |
|---|---|
| Date | Dec-29-2022 |
| Symbol | 591994371 |
| Symbol description | PFD META MATLS CONTRA |
| Type | Cash |
| Shares | -11,882.000 |

YOU
BOUGHT
META
Jun MATERIALS
29- INC COM                                        -$4,374.30                          $20,790.66
2023 ISIN
  US59134N...
  (59134N104)
  (Cash)

| | |
|---|---|
| Date | Jun-29-2023 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 1 00 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +21,000.000 |
| Price | $0.21 |
| Amount | -$4,374.30 |
| Settlement date | Jul-03-2023 |

REVERSE
SPLIT R/S
FROM
59134N104#
REOR
Jan- M005155913 +$2,204.00 $62.13
29- 0001 META
202 MATERIALS
INC COM
NEW ISIN
#US5...
(MMATQ)
(Cash)

| | |
|---|---|
| Date | Jan-29-2024 |
| Symbol | <u>MMATQ</u> |
| Symbol description | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 |
| Type | Shares |
| Shares | +400.000 |
| Value | $2,204.00 closing market value on Jan-29-2024 |

---

| Jan-29-2024 | REVERSE SPLIT R/S TO 59134N302#REOR M0051559130000 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$2,328.00 | $62.13 |
|---|---|---|---|

| | |
|---|---|
| Date | Jan-29-2024 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 1 00 R/S INTO META MATERIALS INC |

Type                        Shares

Shares                      -40,000.000

Value                       -$2,328.00 closing market value on Jan-29-2024

CHARLES SCHWAB
ACC# 6531-5276

# Transaction History

Updated: 03:03:31 PM ET, 12/07/2024    C  ?  ⬇  🖨

Designated Bene Individual                                                      ...276

**Date range**

| All                        ⌄ |

**Symbol (Optional)**

| 🔍 MMAT                    ⊗ |    ☑ Include Options

| Search |

☰  Filter by Transaction Types

## Transactions found from 12/07/2020 to 12/07/2024

Don't see it here? Go to Statements

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|----------------------|----------|-------|-------------|--------|
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 176 | | | |
| 11/06/2023 | Journaled Shares | MMAT TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -17,565 | | | |
| 11/06/2023 | Internal Transfer | MMAT META MATLS INC | 17,565 | | | |
| 10/23/2023 | Journaled Shares | MMAT 10/20/2023 0.50 C | -171 | | | |

SnapTicket ®

|  |  | TDA TRAN -<br>REMOVAL OF<br>OPTION DUE<br>TO<br>EXPIRATION<br>...T.JK30000500) |  |  |  |  |
| --- | --- | --- | --- | --- | --- | --- |
| 08/25/2023 | Buy to Open<br>Trade Details | MMAT<br>10/20/2023 0.50<br>C<br>TDA TRAN -<br>Bought to Open<br>60 (MMAT Oct<br>20 2023 0.5<br>Call) @0.0200 | 60 | $0.02 | $39.66 | -$159.66 |
| 08/23/2023 | Buy to Open<br>Trade Details | MMAT<br>10/20/2023 0.50<br>C<br>TDA TRAN -<br>Bought to Open<br>1 (MMAT Oct 20<br>2023 0.5 Call)<br>@0.0100 | 1 | $0.01 | $0.66 | -$1.66 |
| 06/29/2023 | Buy to Open<br>Trade Details | MMAT<br>10/20/2023 0.50<br>C<br>TDA TRAN -<br>Bought to Open<br>20 (MMAT Oct<br>20 2023 0.5<br>Call) @0.0400 | 20 | $0.04 | $13.20 | -$93.20 |
| 06/29/2023 | Buy to Open<br>Trade Details | MMAT<br>10/20/2023 0.50<br>C<br>TDA TRAN -<br>Bought to Open<br>90 (MMAT Oct<br>20 2023 0.5<br>Call) @0.0400 | 90 | $0.04 | $59.39 | -$419.39 |
| 05/10/2023 | Journaled<br>Shares | MMAT<br>TDA TRAN -<br>INTERNAL | 17,565 |  |  |  |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | TRANSFER BETWEEN ACCOUNTS OR ACCOUNT TYPES (MMAT) |  |  |  |
| 05/10/2023 | Journaled Shares | MMAT TDA TRAN - INTERNAL TRANSFER BETWEEN ACCOUNTS OR ACCOUNT TYPES (MMAT) | -17,565 |  |  |
| 05/03/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 10000 (MMAT) @0.1868 | 10,000 | $0.1868 | -$1,868.00 |
| 11/03/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 1500 (MMAT) @1.4699 | 1,500 | $1.4699 | -$2,204.85 |
| 02/15/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...500 (MMAT) @1.9599 | 500 | $1.9599 | -$979 |
| 02/15/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...800 (MMAT) @1.9592 | 800 | $1.9592 | -$1,567.36 |
| 11/10/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 1000 (MMAT) @4.8285 | 1,000 | $4.8285 | -$4,828.50 |

| 07/19/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 1000<br>(MMAT)<br>@3.4393 | 1,000 | $3.4393 | -$3,439.30 |
|---|---|---|---|---|---|
| 07/14/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 1500<br>(MMAT)<br>@4.3899 | 1,500 | $4.3899 | -$6,584.85 |
| 06/28/2021 | Journaled<br>Shares | MMAT<br>TDA TRAN -<br>MANDATORY<br>REVERSE<br>SPLIT (MMAT) | 1,265 | | |

Page Total: **-$22,146.72**

---

Reverse Split                                                                01/29/2024

MMAT

META MATLS INC

176 quantity

---

Journaled Shares                                                             11/06/2023

MMAT

TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT)

-17,565 quantity

---

Internal Transfer                                                            11/06/2023

MMAT

META MATLS INC

17,565 quantity

---

Journaled Shares                                                             10/23/2023

MMAT 10/20/2023 0.50 C

TDA TRAN - REMOVAL OF OPTION DUE TO EXPIRATION ...T.JK30000500)

-171 quantity

---

Buy to Open                                                                08/25/2023

Trade Details

MMAT 10/20/2023 0.50 C

TDA TRAN - Bought to Open 60 (MMAT Oct 20 2023 0.5 Call) @0.0200

60 quantity

$0.02 price

$39.66 fees & commissions

-$159.66 amount

---

Buy to Open                                                                08/23/2023

Trade Details

MMAT 10/20/2023 0.50 C

TDA TRAN - Bought to Open 1 (MMAT Oct 20 2023 0.5 Call) @0.0100

1 quantity

$0.01 price

$0.66 fees & commissions

-$1.66 amount

---

Buy to Open                                                                06/29/2023

Trade Details

MMAT 10/20/2023 0.50 C

TDA TRAN - Bought to Open 20 (MMAT Oct 20 2023 0.5 Call) @0.0400

20 quantity

$0.04 price

$13.20 fees & commissions

-$93.20 amount

---

Buy to Open                                                                06/29/2023

Trade Details

MMAT 10/20/2023 0.50 C

TDA TRAN - Bought to Open 90 (MMAT Oct 20 2023 0.5 Call) @0.0400

90 quantity

$0.04 price

$59.39 fees & commissions

-$419.39 amount

---

Journaled Shares                                    05/10/2023

MMAT

TDA TRAN - INTERNAL TRANSFER BETWEEN ACCOUNTS OR ACCOUNT TYPES (MMAT)

17,565 quantity

---

Journaled Shares                                    05/10/2023

MMAT

TDA TRAN - INTERNAL TRANSFER BETWEEN ACCOUNTS OR ACCOUNT TYPES (MMAT)

-17,565 quantity

---

Buy                                                 05/03/2023

Trade Details

MMAT

TDA TRAN - Bought 10000 (MMAT) @0.1868

10,000 quantity

$0.1868 price

-$1,868.00 amount

---

Buy                                                 11/03/2022

Trade Details

MMAT

TDA TRAN - Bought 1500 (MMAT) @1.4699

1,500 quantity

$1.4699 price

-$2,204.85 amount

---

Buy                                                 02/15/2022

Trade Details

MMAT

TDA TRAN - Bought ...500 (MMAT) @1.9599

500 quantity

$1.9599 price

-$979.95 amount

---

Buy                                                                              02/15/2022

Trade Details

MMAT

TDA TRAN - Bought ...800 (MMAT) @1.9592

800 quantity

$1.9592 price

-$1,567.36 amount

---

Buy                                                                              11/10/2021

Trade Details

MMAT

TDA TRAN - Bought 1000 (MMAT) @4.8285

1,000 quantity

$4.8285 price

-$4,828.50 amount

---

Buy                                                                              07/19/2021

Trade Details

MMAT

TDA TRAN - Bought 1000 (MMAT) @3.4393

1,000 quantity

$3.4393 price

-$3,439.30 amount

---

Buy                                                                              07/14/2021

Trade Details

MMAT

TDA TRAN - Bought 1500 (MMAT) @4.3899

1,500 quantity

$4.3899 price

-$6,584.85 amount

---

Journaled Shares                                                                    06/28/2021

MMAT

TDA TRAN - MANDATORY REVERSE SPLIT (MMAT)

1,265 quantity

---

Page Total: **-$22,146.72**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

Today's Date: 03:03 PM ET, 12/07/2024

*Own your tomorrow.*

Check the background of Charles Schwab or one of its investment professionals on FINRA'S BrokerCheck.

**Investment and Insurance Products Are: Not FDIC Insured • Not Insured by Any Federal Government Agency • Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or any of its Affiliates • Subject to Investment Risks, Including Possible Loss of Principal Amount Invested**

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC ☑), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products.

This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents ☑, Charles Schwab Hong Kong clients ☑, Charles Schwab UK clients ☑.

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC ☑. Unauthorized access is prohibited. Usage will be monitored.

## Lot Details: MMATQ – META MATLS INC CLASS EQUITY

▣ Cost Basis Calculator  ❔ Help  ⬇ Export  🖶 Print

| Open Date | Quantity | Price | Cost/Share | Market Value | Cost Basis | Gain/Loss $ | Gain/Loss % | Holding Period |
|---|---|---|---|---|---|---|---|---|
| 05/03/2023 | 100.19926 | $0.00 | $18.64 | $0.00 | $1,868.00 | -$1,868.00 | -100% | Long Term |
| 11/03/2022 | 15.029889 | $0.00 | $146.70 | $0.00 | $2,204.85 | -$2,204.85 | -100% | Long Term |
| 02/15/2022 | 8.015941 | $0.00 | $195.53 | $0.00 | $1,567.36 | -$1,567.36 | -100% | Long Term |
| 02/15/2022 | 5.009963 | $0.00 | $195.60 | $0.00 | $979.95 | -$979.95 | -100% | Long Term |
| 11/10/2021 | 10.019926 | $0.00 | $481.89 | $0.00 | $4,828.50 | -$4,828.50 | -100% | Long Term |
| 07/19/2021 | 10.019926 | $0.00 | $343.25 | $0.00 | $3,439.30 | -$3,439.30 | -100% | Long Term |
| 07/14/2021 | 15.029889 | $0.00 | $438.12 | $0.00 | $6,584.85 | -$6,584.85 | -100% | Long Term |
| 06/18/2021 | 3.657273 | $0.00 | $1,267.46 | $0.00 | $4,635.43 | -$4,635.43 | -100% | Long Term |
| 06/15/2021 | 5.009963 | $0.00 | $1,167.67 | $0.00 | $5,850.00 | -$5,850.00 | -100% | Long Term |
| 06/01/2021 | 4.00797 | $0.00 | $502.98 | $0.00 | $2,015.92 | -$2,015.92 | -100% | Long Term |
| **Total** | **176** | | | | **$33,974.16** | **-$33,974.16** | **-100%** | |

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**

**CASE: 24-50792, META MATERIALS, INC.**

**FOR: Edward Castillo**


I provided all transactions from MMTLP from three separate accounts, see attachments and account information below.


BROKER: Fidelity Individual TOD

ACCT #: X78833060


BROKER: Fidelity Brokerage Link

ACCT #: 652003559


BROKER: Charles Schwab (All shares were transferred from TD Ameritrade)

ACCT #: 6531 - 5276