NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: Charles Johnson
Case Number: 24-50792-hlb

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Charles Johnson
121 Regis Drive
Staten Island, NY 10314

Telephone Number: 718-791-4283

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 16 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
**997-12212**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

J.P. Morgan
131 S Dearborn, Floor 4 Chicago, IL, 60603
Telephone Number: (800) 392 5749

**3.** Date Equity Interest was acquired: 10/11/2022

**4.** Total amount of member interest: 4075

**5.** Certificate number(s): _____

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Charles Johnson
Title: Individual
Company: ___ Address and telephone number (if different from notice address above):

(Signature) *Charles C. Johnson*   (Date) 12/14/'24

Telephone number: 718-791-4283   email: Cjohnson121771@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

  

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |

# J.P.Morgan

INDIVIDUAL (Acct # 997-12212)          CHARLES C JOHNSON          Statement Period: December 01 - December 30, 2022

J.P. Morgan Self-Directed Investing

## Holdings

The total cost basis for each security position and the unrealized gain/loss are provided solely for your convenience and may not be used for tax purposes or otherwise relied upon. If you have questions related to the tax treatment of your investments, please consult your tax advisor. Unrealized gain/loss total reflects only those positions for which a cost basis is available or has been provided. J.P. Morgan has not, and cannot, validate the cost basis of positions reported by you or your agent, and are displayed solely for your convenience. Information on this statement related to cost and gain/loss calculations does not include adjustments for wash sales that may have occurred on transactions pending settlement. These wash sale adjustments, if any, will be reflected on your next statement.

### CASH & SWEEP FUNDS

| Description | Acquisition Date | Quantity | Price | Market Value | Unit Cost | Cost Basis | Unrealized Gain/Loss | Est. Accrued Inc. Est. Annual Inc. |
|---|---|---|---|---|---|---|---|---|
| CHASE DEPOSIT SWEEP JPMORGAN CHASE BANK NA EST. 30 DAY AVG YIELD 0.01% AMT DEPOSITED FDIC INSURED SUBJECT TO APPLICABLE LIMITS NOT COVERED BY SIPC Symbol: QACDS | | 418.75 | 1 | 418.75 | | | | — — |
| **TOTAL CASH & SWEEP FUNDS** | | | | **$418.75** | | | | — — |

### EQUITIES

| Description | Acquisition Date | Quantity | Price | Market Value | Unit Cost | Cost Basis | Unrealized Gain/Loss | Est. Accrued Inc. Est. Annual Inc. |
|---|---|---|---|---|---|---|---|---|
| META MATLS PREFERRED STOCK CONTRA CUSIP CUSIP: 591994371 | | *4,075 | Unpriced | | 6.26 | 25,501.28 | ST | — — |
| **TOTAL EQUITIES** | | | | | | **$25,501.28** | | — — |

* A large number of tax lots exist for the securities denoted with an asterisk Individual tax lots are available by calling the appropriate number on the front of this statement.

See additional footnotes on the last page of the Holdings section.

Page 5 of 20

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.