NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor:
Meta Materials Inc.

Case Number:
24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Tso Chien Chou
8F-3, NO. 12, LANE 330,
YANSHOU ST., SONGSHAN DIST.
TAIPEI CITY, 105
TAIWAN

Telephone Number:
+886937891716

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.**

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
1059-8129

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: ____________
☐ amends a previously filed Proof of Interest dated: ____________

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Tso Chien Chou
Charles Schwab & Co., Inc.
Attn: International Account Solutions
P.O. Box 982601
El Paso, TX 79998-2601
**Telephone Number:** 1-877-686-1937

**3. Date Equity Interest was acquired:**
Between 11/24/2021-12/03/2024
See attached document

**4. Total amount of member interest:** 45891 shares for $25647.15

**5. Certificate number(s):** ____________

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor. ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.) ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Tso Chien Chou
Title:
Company:___ Address and telephone number (if different from notice address above):

TSO CHIEN CHOU 12/3/2024
(Signature) (Date)

Telephone number: +886937891716 email: chien000777@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Proof of interest supplemental information:

Case: 24-50792, Meta Materials, INC

For: TSO CHIEN CHOU

Broker: Charles Schwab & Co., Inc.

ACCT #: 1059-8129

Total shares held: 45891 shares

Total money invested: $25647.15

See transaction documentation attached.

Tso Chien Chou

Charles Schwab & Co., Inc. Transactions found from 12/03/2020 to 12/03/2024

| Date | Action | Symbol | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 12/28/2023 | Buy | MMAT | TDA TRAN - Bought 10 (MMAT) @0.0716 | 10 | $0.07 | -$0.72 |
| 12/28/2023 | Buy | MMAT | TDA TRAN - Bought 8200 (MMAT) @0.0724 | 8,200 | $0.07 | -$593.68 |
| 12/22/2023 | Buy | MMAT | TDA TRAN - Bought 2400 (MMAT) @0.0675 | 2,400 | $0.07 | -$162.00 |
| 12/14/2023 | Buy | MMAT | TDA TRAN - Bought 2600 (MMAT) @0.0697 | 2,600 | $0.07 | -$181.22 |
| 09/15/2023 | Buy | MMAT | TDA TRAN - Bought 3817 (MMAT) @0.2219 | 3,817 | $0.22 | -$846.99 |
| 09/14/2023 | Buy | MMAT | TDA TRAN - Bought ...193 (MMAT) @0.2219 | 193 | $0.22 | -$42.83 |
| 07/31/2023 | Buy | MMAT | TDA TRAN - Bought ...280 (MMAT) @0.2421 | 280 | $0.24 | -$67.79 |
| 06/02/2023 | Buy | MMAT | TDA TRAN - Bought ...360 (MMAT) @0.2081 | 360 | $0.21 | -$74.92 |
| 05/24/2023 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @0.2400 | 1,000 | $0.24 | -$240.00 |
| 05/11/2023 | Buy | MMAT | TDA TRAN - Bought 10 (MMAT) @0.2128 | 10 | $0.21 | -$2.13 |
| 05/03/2023 | Buy | MMAT | TDA TRAN - Bought 1750 (MMAT) @0.1857 | 1,750 | $0.19 | -$324.98 |
| 04/25/2023 | Buy | MMAT | TDA TRAN - Bought 5620 (MMAT) @0.1971 | 5,620 | $0.20 | -$1,107.70 |
| 04/11/2023 | Buy | MMAT | TDA TRAN - Bought 1870 (MMAT) @0.4053 | 1,870 | $0.41 | -$757.91 |
| 04/11/2023 | Buy | MMAT | TDA TRAN - Bought 1160 (MMAT) @0.4060 | 1,160 | $0.41 | -$470.96 |
| 04/11/2023 | Buy | MMAT | TDA TRAN - Bought 1350 (MMAT) @0.4081 | 1,350 | $0.41 | -$550.94 |
| 03/17/2023 | Buy | MMAT | TDA TRAN - Bought 90 (MMAT) @0.4944 | 90 | $0.49 | -$44.50 |
| 09/23/2022 | Buy | MMAT | TDA TRAN - Bought 6 (MMAT) @0.6981 | 6 | $0.70 | -$4.19 |
| 09/06/2022 | Buy | MMAT | TDA TRAN - Bought 10 (MMAT) @0.8091 | 10 | $0.81 | -$8.09 |
| 07/14/2022 | Buy | MMAT | TDA TRAN - Bought ...371 (MMAT) @0.9121 | 371 | $0.91 | -$338.39 |
| 07/13/2022 | Buy | MMAT | TDA TRAN - Bought ...630 (MMAT) @0.9400 | 630 | $0.94 | -$592.20 |
| 07/11/2022 | Buy | MMAT | TDA TRAN - Bought 9 (MMAT) @1.0100 | 9 | $1.01 | -$9.09 |
| 07/11/2022 | Buy | MMAT | TDA TRAN - Bought 3070 (MMAT) @1.0100 | 3,070 | $1.01 | -$3,100.70 |
| 07/05/2022 | Buy | MMAT | TDA TRAN - Bought ...190 (MMAT) @1.0200 | 190 | $1.02 | -$193.80 |
| 06/30/2022 | Buy | MMAT | TDA TRAN - Bought 11 (MMAT) @1.0300 | 11 | $1.03 | -$11.33 |
| 06/29/2022 | Buy | MMAT | TDA TRAN - Bought ...195 (MMAT) @1.0500 | 195 | $1.05 | -$204.75 |
| 06/29/2022 | Buy | MMAT | TDA TRAN - Bought 54 (MMAT) @1.0200 | 54 | $1.02 | -$55.08 |
| 06/28/2022 | Buy | MMAT | TDA TRAN - Bought 5 (MMAT) @1.1400 | 5 | $1.14 | -$5.70 |
| 06/27/2022 | Buy | MMAT | TDA TRAN - Bought 2310 (MMAT) @1.1500 | 2,310 | $1.15 | -$2,656.50 |
| 06/27/2022 | Buy | MMAT | TDA TRAN - Bought 2260 (MMAT) @1.1700 | 2,260 | $1.17 | -$2,644.20 |
| 04/27/2022 | Buy | MMAT | TDA TRAN - Bought ...770 (MMAT) @1.1600 | 770 | $1.16 | -$893.20 |
| 04/27/2022 | Buy | MMAT | TDA TRAN - Bought ...470 (MMAT) @1.1700 | 470 | $1.17 | -$549.90 |
| 04/26/2022 | Buy | MMAT | TDA TRAN - Bought 70 (MMAT) @1.2500 | 70 | $1.25 | -$87.50 |
| 04/26/2022 | Buy | MMAT | TDA TRAN - Bought ...441 (MMAT) @1.2587 | 441 | $1.26 | -$555.09 |
| 04/26/2022 | Buy | MMAT | TDA TRAN - Bought 1289 (MMAT) @1.2700 | 1,289 | $1.27 | -$1,637.03 |
| 03/11/2022 | Buy | MMAT | TDA TRAN - Bought ...400 (MMAT) @1.5800 | 400 | $1.58 | -$632.00 |
| 01/21/2022 | Buy | MMAT | TDA TRAN - Bought ...420 (MMAT) @1.7399 | 420 | $1.74 | -$730.76 |
| 01/20/2022 | Buy | MMAT | TDA TRAN - Bought ...200 (MMAT) @2.0300 | 200 | $2.03 | -$406.00 |
| 01/13/2022 | Buy | MMAT | TDA TRAN - Bought ...150 (MMAT) @2.1900 | 150 | $2.19 | -$328.50 |
| 01/13/2022 | Buy | MMAT | TDA TRAN - Bought ...850 (MMAT) @2.1900 | 850 | $2.19 | -$1,861.50 |
| 01/13/2022 | Buy | MMAT | TDA TRAN - Bought ...100 (MMAT) @2.1889 | 100 | $2.19 | -$218.89 |
| 01/13/2022 | Buy | MMAT | TDA TRAN - Bought ...400 (MMAT) @2.2200 | 400 | $2.22 | -$888.00 |
| 01/13/2022 | Buy | MMAT | TDA TRAN - Bought 50 (MMAT) @2.2200 | 50 | $2.22 | -$111.00 |
| 01/05/2022 | Buy | MMAT | TDA TRAN - Bought ...150 (MMAT) @2.5900 | 150 | $2.59 | -$388.50 |
| 12/16/2021 | Buy | MMAT | TDA TRAN - Bought ...100 (MMAT) @2.9000 | 100 | $2.90 | -$290.00 |
| 11/26/2021 | Buy | MMAT | TDA TRAN - Bought 70 (MMAT) @3.8800 | 70 | $3.88 | -$271.60 |
| 11/24/2021 | Buy | MMAT | TDA TRAN - Bought ...130 (MMAT) @3.8799 | 130 | $3.88 | -$504.39 |
| | | | | 45891 | | -$25,647.15 |

| Date | Action | Symbol | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 01/26/2024 | Sell | MMAT | TDA TRAN - Sold 10000 (MMAT) @0.0555 | 10,000 | $0.06 | $553.34 |
| 01/24/2024 | Sell | MMAT | TDA TRAN - Sold 13210 (MMAT) @0.0614 | 13,210 | $0.06 | $808.89 |
| 10/25/2023 | Sell | MMAT | TDA TRAN - Sold 1000 (MMAT) @0.1402 | 1,000 | $0.14 | $140.05 |
| 10/23/2023 | Sell | MMAT | TDA TRAN - Sold 10010 (MMAT) @0.1469 | 10,010 | $0.15 | $1,469.01 |
| 08/08/2023 | Sell | MMAT | TDA TRAN - Sold 3000 (MMAT) @0.2598 | 3,000 | $0.26 | $778.95 |
| 08/03/2023 | Sell | MMAT | TDA TRAN - Sold ...280 (MMAT) @0.2491 | 280 | $0.25 | $69.71 |
| 07/21/2023 | Sell | MMAT | TDA TRAN - Sold ...330 (MMAT) @0.2219 | 330 | $0.22 | $73.18 |
| 06/07/2023 | Sell | MMAT | TDA TRAN - Sold 30 (MMAT) @0.2488 | 30 | $0.25 | $7.46 |
| 05/16/2023 | Sell | MMAT | TDA TRAN - Sold ...760 (MMAT) @0.2039 | 760 | $0.20 | $154.85 |
| 04/28/2023 | Sell | MMAT | TDA TRAN - Sold 2000 (MMAT) @0.1988 | 2,000 | $0.20 | $397.31 |
| 03/14/2023 | Sell | MMAT | TDA TRAN - Sold 4106 (MMAT) @0.5389 | 4,106 | $0.54 | $2,212.10 |
| 07/25/2022 | Sell | MMAT | TDA TRAN - Sold 80 (MMAT) @0.9200 | 80 | $0.92 | $73.59 |
| 07/08/2022 | Sell | MMAT | TDA TRAN - Sold 65 (MMAT) @1.0400 | 65 | $1.04 | $67.59 |
| 03/07/2022 | Sell | MMAT | TDA TRAN - Sold ...400 (MMAT) @1.6300 | 400 | $1.63 | $651.95 |
| 03/07/2022 | Sell | MMAT | TDA TRAN - Sold ...620 (MMAT) @1.5200 | 620 | $1.52 | $942.33 |
| | | | | 45,891 | | $8,400.31 |

**Transaction History for Individual ...129**

**Transactions found from 12/03/2020 to 12/03/2024**

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/26/2024 | Sell | MMAT<br>TDA TRAN - Sold 10000 (MMAT) @0.0555 | 10,000 | $0.0555 | $1.66 | $553.34 |
| 01/24/2024 | Sell | MMAT<br>TDA TRAN - Sold 13210 (MMAT) @0.0614 | 13,210 | $0.0614 | $2.20 | $808.89 |
| 12/28/2023 | Buy | MMAT<br>TDA TRAN - Bought 10 (MMAT) @0.0716 | 10 | $0.0716 | | -$0.72 |
| 12/28/2023 | Buy | MMAT<br>TDA TRAN - Bought 8200 (MMAT) @0.0724 | 8,200 | $0.0724 | | -$593.68 |
| 12/22/2023 | Buy | MMAT<br>TDA TRAN - Bought 2400 (MMAT) @0.0675 | 2,400 | $0.0675 | | -$162.00 |
| 12/14/2023 | Buy | MMAT<br>TDA TRAN - Bought 2600 (MMAT) @0.0697 | 2,600 | $0.0697 | | -$181.22 |
| 10/25/2023 | Sell | MMAT<br>TDA TRAN - Sold 1000 (MMAT) @0.1402 | 1,000 | $0.1402 | $0.15 | $140.05 |
| 10/23/2023 | Sell | MMAT<br>TDA TRAN - Sold 10010 (MMAT) @0.1469 | 10,010 | $0.1469 | $1.46 | $1,469.01 |
| 09/15/2023 | Buy | MMAT<br>TDA TRAN - Bought 3817 (MMAT) @0.2219 | 3,817 | $0.2219 | | -$846.99 |
| 09/14/2023 | Buy | MMAT<br>TDA TRAN - Bought ...193 (MMAT) @0.2219 | 193 | $0.2219 | | -$42.83 |
| 08/08/2023 | Sell | MMAT<br>TDA TRAN - Sold 3000 (MMAT) @0.2598 | 3,000 | $0.2598 | $0.45 | $778.95 |
| 08/03/2023 | Sell | MMAT<br>TDA TRAN - Sold ...280 (MMAT) @0.2491 | 280 | $0.2491 | $0.04 | $69.71 |
| 07/31/2023 | Buy | MMAT<br>TDA TRAN - Bought ...280 (MMAT) @0.2421 | 280 | $0.2421 | | -$67.79 |
| 07/21/2023 | Sell | MMAT<br>TDA TRAN - Sold ...330 (MMAT) @0.2219 | 330 | $0.2219 | $0.05 | $73.18 |
| 06/07/2023 | Sell | MMAT<br>TDA TRAN - Sold 30 (MMAT) @0.2488 | 30 | $0.2488 | | $7.46 |
| 06/02/2023 | Buy | MMAT<br>TDA TRAN - Bought ...360 (MMAT) @0.2081 | 360 | $0.2081 | | -$74.92 |
| 05/24/2023 | Buy | MMAT<br>TDA TRAN - Bought 1000 (MMAT) @0.2400 | 1,000 | $0.24 | | -$240.00 |
| 05/16/2023 | Sell | MMAT<br>TDA TRAN - Sold ...760 (MMAT) @0.2039 | 760 | $0.2039 | $0.11 | $154.85 |
| 05/11/2023 | Buy | MMAT<br>TDA TRAN - Bought 10 (MMAT) @0.2128 | 10 | $0.2128 | | -$2.13 |
| 05/03/2023 | Buy | MMAT<br>TDA TRAN - Bought 1750 (MMAT) @0.1857 | 1,750 | $0.1857 | | -$324.98 |
| 04/28/2023 | Sell | MMAT<br>TDA TRAN - Sold 2000 (MMAT) @0.1988 | 2,000 | $0.1988 | $0.29 | $397.31 |
| 04/25/2023 | Buy | MMAT<br>TDA TRAN - Bought 5620 (MMAT) @0.1971 | 5,620 | $0.1971 | | -$1,107.70 |
| 04/11/2023 | Buy | MMAT<br>TDA TRAN - Bought 1870 (MMAT) @0.4053 | 1,870 | $0.4053 | | -$757.91 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 04/11/2023 | Buy | MMAT<br>TDA TRAN - Bought 1160 (MMAT) @0.4060 | 1,160 | $0.406 | | -$470.96 |
| 04/11/2023 | Buy | MMAT<br>TDA TRAN - Bought 1350 (MMAT) @0.4081 | 1,350 | $0.4081 | | -$550.94 |
| 03/17/2023 | Buy | MMAT<br>TDA TRAN - Bought 90 (MMAT) @0.4944 | 90 | $0.4944 | | -$44.50 |
| 03/14/2023 | Sell | MMAT<br>TDA TRAN - Sold 4106 (MMAT) @0.5389 | 4,106 | $0.5389 | $0.62 | $2,212.10 |
| 09/23/2022 | Buy | MMAT<br>TDA TRAN - Bought 6 (MMAT) @0.6981 | 6 | $0.6981 | | -$4.19 |
| 09/06/2022 | Buy | MMAT<br>TDA TRAN - Bought 10 (MMAT) @0.8091 | 10 | $0.8091 | | -$8.09 |
| 07/25/2022 | Sell | MMAT<br>TDA TRAN - Sold 80 (MMAT) @0.9200 | 80 | $0.92 | $0.01 | $73.59 |
| 07/14/2022 | Buy | MMAT<br>TDA TRAN - Bought ...371 (MMAT) @0.9121 | 371 | $0.9121 | | -$338.39 |
| 07/13/2022 | Buy | MMAT<br>TDA TRAN - Bought ...630 (MMAT) @0.9400 | 630 | $0.94 | | -$592.20 |
| 07/11/2022 | Buy | MMAT<br>TDA TRAN - Bought 9 (MMAT) @1.0100 | 9 | $1.01 | | -$9.09 |
| 07/11/2022 | Buy | MMAT<br>TDA TRAN - Bought 3070 (MMAT) @1.0100 | 3,070 | $1.01 | | -$3,100.70 |
| 07/08/2022 | Sell | MMAT<br>TDA TRAN - Sold 65 (MMAT) @1.0400 | 65 | $1.04 | $0.01 | $67.59 |
| 07/05/2022 | Buy | MMAT<br>TDA TRAN - Bought ...190 (MMAT) @1.0200 | 190 | $1.02 | | -$193.80 |
| 06/30/2022 | Buy | MMAT<br>TDA TRAN - Bought 11 (MMAT) @1.0300 | 11 | $1.03 | | -$11.33 |
| 06/29/2022 | Buy | MMAT<br>TDA TRAN - Bought ...195 (MMAT) @1.0500 | 195 | $1.05 | | -$204.75 |
| 06/29/2022 | Buy | MMAT<br>TDA TRAN - Bought 54 (MMAT) @1.0200 | 54 | $1.02 | | -$55.08 |
| 06/28/2022 | Buy | MMAT<br>TDA TRAN - Bought 5 (MMAT) @1.1400 | 5 | $1.14 | | -$5.70 |
| 06/27/2022 | Buy | MMAT<br>TDA TRAN - Bought 2310 (MMAT) @1.1500 | 2,310 | $1.15 | | -$2,656.50 |
| 06/27/2022 | Buy | MMAT<br>TDA TRAN - Bought 2260 (MMAT) @1.1700 | 2,260 | $1.17 | | -$2,644.20 |
| 04/27/2022 | Buy | MMAT<br>TDA TRAN - Bought ...770 (MMAT) @1.1600 | 770 | $1.16 | | -$893.20 |
| 04/27/2022 | Buy | MMAT<br>TDA TRAN - Bought ...470 (MMAT) @1.1700 | 470 | $1.17 | | -$549.90 |
| 04/26/2022 | Buy | MMAT<br>TDA TRAN - Bought 70 (MMAT) @1.2500 | 70 | $1.25 | | -$87.50 |
| 04/26/2022 | Buy | MMAT<br>TDA TRAN - Bought ...441 (MMAT) @1.2587 | 441 | $1.2587 | | -$555.09 |
| 04/26/2022 | Buy | MMAT<br>TDA TRAN - Bought 1289 (MMAT) @1.2700 | 1,289 | $1.27 | | -$1,637.03 |
| 03/11/2022 | Buy | MMAT<br>TDA TRAN - Bought ...400 (MMAT) @1.5800 | 400 | $1.58 | | -$632.00 |

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 03/07/2022 | Sell | MMAT<br>TDA TRAN - Sold ...400 (MMAT) @1.6300 | 400 | $1.63 | $0.05 | $651.95 |
| 03/07/2022 | Sell | MMAT<br>TDA TRAN - Sold ...620 (MMAT) @1.5200 | 620 | $1.52 | $0.07 | $942.33 |
| 01/21/2022 | Buy | MMAT<br>TDA TRAN - Bought ...420 (MMAT) @1.7399 | 420 | $1.7399 | | -$730.76 |
| 01/20/2022 | Buy | MMAT<br>TDA TRAN - Bought ...200 (MMAT) @2.0300 | 200 | $2.03 | | -$406.00 |
| 01/13/2022 | Buy | MMAT<br>TDA TRAN - Bought ...150 (MMAT) @2.1900 | 150 | $2.19 | | -$328.50 |
| 01/13/2022 | Buy | MMAT<br>TDA TRAN - Bought ...850 (MMAT) @2.1900 | 850 | $2.19 | | -$1,861.50 |
| 01/13/2022 | Buy | MMAT<br>TDA TRAN - Bought ...100 (MMAT) @2.1889 | 100 | $2.1889 | | -$218.89 |
| 01/13/2022 | Buy | MMAT<br>TDA TRAN - Bought ...400 (MMAT) @2.2200 | 400 | $2.22 | | -$888.00 |
| 01/13/2022 | Buy | MMAT<br>TDA TRAN - Bought 50 (MMAT) @2.2200 | 50 | $2.22 | | -$111.00 |
| 01/05/2022 | Buy | MMAT<br>TDA TRAN - Bought ...150 (MMAT) @2.5900 | 150 | $2.59 | | -$388.50 |
| 12/16/2021 | Buy | MMAT<br>TDA TRAN - Bought ...100 (MMAT) @2.9000 | 100 | $2.90 | | -$290.00 |
| 11/26/2021 | Buy | MMAT<br>TDA TRAN - Bought 70 (MMAT) @3.8800 | 70 | $3.88 | | -$271.60 |
| 11/24/2021 | Buy | MMAT<br>TDA TRAN - Bought ...130 (MMAT) @3.8799 | 130 | $3.8799 | | -$504.39 |

Page Total: **-$17,246.84**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)