NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials Inc. | Case Number: 24-50792 | |

| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): WEN FEN LO 8F-3, NO. 12, LANE 330, YANSHOU ST., SONGSHAN DIST. TAIPEI CITY, 105 TAIWAN Telephone Number: +886975077922 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars. ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case. ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | RECEIVED AND FILED DEC 16 2024 U.S. BANKRUPTCY COURT MARY A. SCHOTT, CLERK |

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor: 91385122 | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: WEN FEN LO Firstrade Securities, Inc. 30-50 Whitestone Expwy. Ste. A301, Flushing, NY 11354 Telephone Number: 1-888-889-2818 | 3. Date Equity Interest was acquired: Between 11/01/2021-12/04/2024 See attached document |
| 4. Total amount of member interest: 5420 shares for $7319.79 | 5. Certificate number(s): _____ |

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: WEN FEN LO
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) Wen Fen Lo    12/4/2024 (Date)

Telephone number: +886975077922    email: chien000777@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Proof of interest supplemental information:

Case: 24-50792, Meta Materials, INC

For: WEN FEN LO

Broker: Firstrade Securities Inc.

ACCT #: 91385122

Total shares held: 5420 shares

Total money invested: $7319.79

See transaction documentation attached.

WEN FEN LO
Firstrade Securities Inc.
Account History

| DATE | TRANSACTION | QUANTITY | DESCRIPTION | SYMBOL/CUSIP | PRICE | DBIT |
|---|---|---|---|---|---|---|
| 11/20/2023 | Bought | 290 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 11/22/2023 | MMAT | 0.0916 | -26.56 |
| 04/12/2023 | Bought | 2088 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 04/14/2023 | MMAT | 0.4104 | -856.92 |
| 03/09/2023 | Bought | 2 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 03/13/2023 | MMAT | 0.5588 | -1.12 |
| 02/23/2023 | Bought | 34 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 02/27/2023 | MMAT | 0.668 | -22.71 |
| 06/28/2022 | Bought | 6 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 06/30/2022 | MMAT | 1.08 | -6.48 |
| 04/07/2022 | Bought | 500 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 04/11/2022 | MMAT | 1.54 | -770 |
| 03/04/2022 | Bought | 1380 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 03/08/2022 | MMAT | 1.48 | -2,042.40 |
| 01/20/2022 | Bought | 100 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 01/24/2022 | MMAT | 1.98 | -198 |
| 01/14/2022 | Bought | 20 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 01/19/2022 | MMAT | 2.08 | -41.6 |
| 01/04/2022 | Bought | 200 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 01/06/2022 | MMAT | 2.73 | -546 |
| 12/17/2021 | Bought | 100 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 12/21/2021 | MMAT | 2.86 | -286 |
| 12/03/2021 | Bought | 100 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 12/07/2021 | MMAT | 3.2 | -320 |
| 11/01/2021 | Bought | 600 | META MATLS INC COMMON STOCK UNSOLICITED S/D: | MMAT | 3.67 | -2202 |
| | | 5420 | | | | -7319.79 |

| DATE | TRANSACTION | QUANTITY | DESCRIPTION | SYMBOL/CUSIP | PRICE | DBIT |
|---|---|---|---|---|---|---|
| 01/24/2024 | Sold | -3948 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 01/26/2024 | MMAT | 0.0613 | 242 |
| 01/23/2024 | Sold | -1002 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 01/25/2024 | MMAT | 0.0613 | 61.41 |
| 08/18/2023 | Sold | -470 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 08/22/2023 | MMAT | 0.215 | 101.04 |
| | | -5420 | | | | 404.45 |



30-50 Whitestone Expressway
Ste. A301, Flushing, NY 11354
Client Services: (800) 869-8800
From Overseas: (718) 961-6600

WEN FEN LO

▶ Tax Season is approaching soon,
It is time to plan.
Open an IRA and contribute to your retirement savings!

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| * AGILE THERAPEUTICS INC COM | AGRX | M | 1,000 | $0.63 | $630.00 | | N/A | | 3.205% |
| * AVINGER INC COMMON STOCK | AVGR | M | 6 | 0.582 | 3.49 | 4.22 | -17 | | .018 |
| * BAUDAX BIO INC COMMON STOCK | BXRX | M | 7,629 | 0.377 | 2,873.08 | | N/A | | 14.616 |
| CYREN LTD | CYRN | M | 1,050 | 0.384 | 402.78 | 499.40 | -19 | | 2.049 |
| * COHBAR INC COMMON STOCK | CWBR | M | 1,600 | 0.490 | 783.20 | | N/A | | 3.984 |
| * ECO WAVE POWER GLOBAL AB PUBL AMERICAN DEPOSITARY SHARES | WAVE | M | 19 | 6.64 | 126.16 | 127.30 | -1 | | .642 |
| * GLOBALSTAR INC | GSAT | M | 1,000 | 1.39 | 1,390.00 | 1,650.00 | -16 | | 7.071 |
| * GEE GROUP INC COM | JOB | M | 5,600 | 0.444 | 2,487.52 | 2,665.60 | -7 | | 12.655 |
| ITERUM THERAPEUTICS PLC ORDINARY SHARE | ITRM | M | 7,000 | 0.491 | 3,437.00 | | N/A | | 17.485 |
| * MEDALIST DIVERSIFIED REIT INC COMMON STOCK | MDRR | M | 255.89858 | 1.10 | 281.49 | 299.40 | -6 | 20 | 1.432 |
| * MOLECULAR DATA INC AMERICAN DEPOSITARY SHARES | MKD | M | 3,200 | 0.253 | 809.60 | 1,203.84 | -33 | | 4.119 |
| METEN HOLDING GROUP LTD ORDINARY SHARES | METX | M | 2,750 | 0.347 | 952.88 | 1,700.05 | -44 | | 4.847 |
| ➡ * META MATLS INC COMMON STOCK | MMAT | M | 600 | 3.67 | 2,202.00 | 2,820.00 | -22 | | 11.202 |

\* These securities have been set up for our dividend reinvestment program. Securities eligible for dividend reinvestment include most marginable equities, closed end mutual funds and mandatory reinvestment units. If you would like to change your instructions or add additional securities, please contact your broker.

# FIRSTRADE

Help Center | Symbol or Company | Quick Links | English | 28 | 91385122-Individual... | Log Out

Home | Accounts | Trading | Research & Tools | Retirement | Education | Service

Balances | Positions | Gain/Loss | Portfolio Watchlist | History | Profile | E-Documents | Deposit/Transfer | Tax Center

## Account History   Page Help

**Search Account History** | Download Account History

Showing: ☐ Select All | ☐ Buys ☐ Sells ☐ Dividends ☐ Interest ☐ Deposit ☐ Withdraw ☐ Other
Symbol: mmat    ☐ Exact Match Only
Date Range: Custom    From 12/03/2021    To 12/03/2024    SEARCH    RESET

Note: For records beyond the past three years and within ten years, please refer to your account statements/confirms under E-Documents.

### Search Results

| Date | Transaction | Quantity | Description | Symbol | AcctType | Price | Amount |
|---|---|---|---|---|---|---|---|
| 01/24/2024 | Sold | -3948 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 01/26/2024 | MMAT | Margin | 0.0613 | 242.00 |
| 01/23/2024 | Sold | -1002 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 01/25/2024 | MMAT | Margin | 0.0613 | 61.41 |
| 11/20/2023 | Bought | 290 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 11/22/2023 | MMAT | Margin | 0.0916 | -26.56 |
| 08/18/2023 | Sold | -470 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 08/22/2023 | MMAT | Margin | 0.215 | 101.04 |
| 04/12/2023 | Bought | 2088 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 04/14/2023 | MMAT | Margin | 0.4104 | -856.92 |
| 03/09/2023 | Bought | 2 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 03/13/2023 | MMAT | Margin | 0.5588 | -1.12 |
| 02/23/2023 | Bought | 34 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 02/27/2023 | MMAT | Margin | 0.668 | -22.71 |
| 06/28/2022 | Bought | 6 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 06/30/2022 | MMAT | Margin | 1.08 | -6.48 |
| 04/07/2022 | Bought | 500 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 04/11/2022 | MMAT | Margin | 1.54 | -770.00 |
| 03/04/2022 | Bought | 1380 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 03/08/2022 | MMAT | Margin | 1.48 | -2,042.40 |
| 01/20/2022 | Bought | 100 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 01/24/2022 | MMAT | Margin | 1.98 | -198.00 |
| 01/14/2022 | Bought | 20 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 01/19/2022 | MMAT | Margin | 2.08 | -41.60 |
| 01/04/2022 | Bought | 200 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 01/06/2022 | MMAT | Margin | 2.73 | -546.00 |
| 12/17/2021 | Bought | 100 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 12/21/2021 | MMAT | Margin | 2.86 | -286.00 |
| 12/03/2021 | Bought | 100 | META MATLS INC COMMON STOCK UNSOLICITED S/D: 12/07/2021 | MMAT | Margin | 3.20 | -320.00 |

Showing 1 to 15 of 15 entries

Show 100 entries    First  Previous  1  Next  Last

Home | My Account | Trading | Research & Tools | Retirement & Planning | Education | Customer Service | 繁體 | 简体
Terms & Conditions | FirstradeGPT Terms | Privacy Policy | Disclosures Center | Account Protection | Sitemap |

Proudly serving investors since 1985

System response and access times may vary due to market conditions, system performance, and other factors.
Unauthorized use is prohibited. Usage is monitored. ©2024 Firstrade Securities Inc. All rights reserved. Member FINRA/SIPC.

Feedback