NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor: *MEtA Materials INC.*

Case Number: *24-50792*

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

*Wayne Galjour*
*402 Church St.*
*Lockport LA 70374*

Telephone Number:

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 16 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor: | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
*Wayne Galjour*
*Ameriprise Financial Services*
Telephone Number: *70100 Ameriprise Financial Center*
*Minneapolis MN 55474*

3. Date Equity Interest was acquired:
*7-12-21 To 9-9-21*

*29920133*

4. Total amount of member interest: *2,000 Shares*

5. Certificate number(s): ~~29921~~

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *Wayne Galjour*
Title: *Owner*
Company: ___ Address and telephone number (if different from notice address above):
_____
_____

(Signature) *Wayne Galjour*

*12-5-24*
(Date)

Telephone number: *985 805-0982*   email: *Waynegaljour@Profowi.me*

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |
|---|---|---|

| All transactions ▼ | Custom ▾ | 📅 11/15/2020 – 1/1/2024 |

| Symbol ▼ | 🔍 MMAT | Apply |

Pending Transactions
No pending transaction information to display.

Completed Transactions                                    Showing up to 2 transactions in this range

| Transaction Date ^ | Account | Description ^ | Amount ^ | Quantity |
|---|---|---|---|---|
| 09/09/2021 | AMERIPRISE ONE ACCT (**** 2992 0 133) | BUY - META MATERIALS INC | −$5,416.00 | 1,000.000 |
| 07/12/2021 | AMERIPRISE ONE ACCT (**** 2992 0 133) | BUY - META MATERIALS INC | −$4,728.30 | 1,000.000 |

Showing up to 2 transactions in this range

Does not reflect activity for Ameriprise® Visa Signature® credit card, Ameriprise Bank, FSB or lending accounts, or mutual funds held directly at the mutual fund company.

---

This service is intended for informational purposes only and is not an official report of any of your accounts. For Ameriprise Financial accounts, refer to your official Ameriprise Financial statements. Account values may not reflect account fees or charges that may be assessed on liquidation, surrender or withdrawal, or loan balances. Accuracy, completeness and timeliness cannot be guaranteed. By registering for this service, you have agreed to the **User Agreement**.

**Investment products are not insured by the FDIC, NCUA or any federal agency, are not deposits or obligations of, or guaranteed by any financial institution, and involve investment risks including possible loss of principal and fluctuation in value.**

Investment advisory products and services are made available through Ameriprise Financial Services, LLC, a registered investment adviser.

| | MMAT purchase from Ameriprise Investments | | | | |
|---|---|---|---|---|---|
| | Date: | | Share Number | | Share total price |
| | 7/12/2021 | | 1000 | | $4,728.30 |
| | 9/9/2021 | | 1000 | | $5,416.00 |
| | | | 2000 | | $10,144.30 |
| | I purchased these shares on 7-12-21 and 9-9-21 | | | | |
| | They were purchased for investment only | | | | |

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor:

*META Materials INC*

Case Number:

*24-50792*

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number:

**COURT USE ONLY**

**NOTE:** This form **SHOULD NOT** be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

*Wayne Galjour*
*Fidelity Investments*
Telephone Number: *P.O. Box 770001 Cincinnati, OH 45277-0003*
*800 544-6666*

3. **Date Equity Interest was acquired:**
*From 7-7-21*
*To 12-20-22*

4. **Total amount of member interest:** _____

5. **Certificate number(s):** *XO 640 3660*

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *Wayne Galjour*
Title: *Owner*
Company: _____ Address and telephone number (if different from notice address above):
_____
_____

*Wayne Galjour* (Signature)    *12-15-24* (Date)

Telephone number: *985-805-0982*    email: *Wayneagaljour @protow.me*

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |
|---|---|---|

| MMAT Purchase From 7-7-21 Thru 12-20-22 | | | | | |
|---|---|---|---|---|---|
| Date: | | Share Number | | Share total price | |
| 7/7/2021 | | 200 | | $1,288.00 | |
| 7/15/2021 | | 500 | | $1,980.00 | |
| 7/26/2021 | | 500 | | $1,720.00 | |
| 7/26/2021 | | 1000 | | $3,440.00 | |
| 7/29/2021 | | 500 | | $1,750.00 | |
| 8/3/2021 | | 200 | | $650.00 | |
| 8/4/2021 | | 100 | | $323.00 | |
| 8/5/2021 | | 100 | | $317.50 | |
| 8/9/2021 | | 1000 | | $3,600.00 | |
| 8/13/2021 | | 200 | | $650.00 | |
| 8/16/2021 | | 1000 | | $3,000.00 | |
| 8/23/2021 | | 300 | | $904.00 | |
| 8/26/2021 | | 500 | | $1,749.50 | |
| 9/21/2026 | | 100 | | $488.50 | |
| 10/12/2021 | | 55 | | $286.00 | |
| 10/12/2021 | | 200 | | $714.00 | |
| 11/8/2021 | | 100 | | $512.50 | |
| 11/30/2021 | | 105 | | $393.75 | |
| 12/1/2021 | | 40 | | $148.00 | |
| 12/7/2021 | | 300 | | $1,021.50 | |
| 12/30/2021 | | 100 | | $262.50 | |
| 12/30/2021 | | 50 | | $131.40 | |
| 1/3/2022 | | 350 | | $1,001.00 | |
| 1/3/2022 | | 350 | | $103.77 | |
| 1/10/2022 | | 200 | | $447.00 | |
| 1/19/2022 | | 350 | | $712.25 | |
| 1/20/2022 | | 200 | | $380.00 | |
| 2/10/2022 | | 50 | | $97.00 | |
| 2/17/2022 | | 50 | | $92.50 | |
| 3/4/2022 | | 200 | | $316.00 | |
| 5/3/2022 | | 700 | | $871.43 | |
| 6/26/2022 | | 300 | | $324.00 | |
| 7/26/2022 | | 230 | | $782.00 | |
| 7/26/2022 | | 100 | | $90.50 | |
| 10/12/2022 | | 200 | | $190.00 | |
| 10/17/2022 | | 1000 | | $920.00 | |
| 10/18/2022 | | 1000 | | $910.00 | |
| 10/24/2022 | | 700 | | $630.00 | |
| 11/25/2022 | | 1001 | | $1,901.00 | |
| 12/20/2022 | | 50 | | $62.50 | |
| | | 14,181 | | $35,161.10 | |
| | | | | | |
| These shares were purchased thru Fedility only for investment for Wayne Galjour 12-5-2024 | | | | | |



**Transaction Confirmation**
**Confirm Date: July 7, 2021**

Page 1 of 1

Brokerage Account Number
*****3660 INDIVIDUAL - TOD

**WAYNE A GALJOUR**

9900003237

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

Online                                    Fidelity.com
FAST(sm)-Automated Telephone    800-544-5555
Customer Service                      800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21188-XHHVGA | 1* | WO# | 07-07-21 | 07-09-21 | 59134N104 | 21188-D78HL | | |

You Bought          DESCRIPTION and DISCLOSURES
              200    META MATERIALS INC COM          Principal Amount      1,288.00
     at    6.4400    WE HAVE ACTED AS AGENT.         Settlement Amount     1,288.00
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900003237

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****3660    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0X06403660    00    000



**Transaction Confirmation**
**Confirm Date: July 15, 2021**                              Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3660 INDIVIDUAL - TOD**

**WAYNE A GALJOUR**

9900003199

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

Online                                     Fidelity.com
FAST(sm)-Automated Telephone               800-544-5555
Customer Service                           800-544-6666

| REFERENCE NO.<br>21196-0DK2ND | TYPE<br>1* | REG.REP.<br>WO# | TRADE DATE<br>07-15-21 | SETTLEMENT DATE<br>07-19-21 | CUSIP NO.<br>59134N104 | ORDER NO.<br>21196-D9GCQ | | |
|---|---|---|---|---|---|---|---|---|

You Bought                500           DESCRIPTION and DISCLOSURES
                                        META MATERIALS INC COM                Principal Amount           1,980.00
          at              3.9600        ISIN #US59134N1046 SEDOL #BKSCVX7      Settlement Amount          1,980.00
Symbol:                                 WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                              9900003199

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*3660**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0X06403660    00    000



**Transaction Confirmation**
**Confirm Date: July 26, 2021**

Page 1 of 2

Brokerage Account Number
**\*\*\*\*\*3660 INDIVIDUAL - TOD**

**WAYNE A GALJOUR**

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

9900003204

| | | |
|---|---|---|
| Online | | Fidelity.com |
| FAST(sm)-Automated Telephone | | 800-544-5555 |
| Customer Service | | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21207-0B0G3W | 1* | WO# | 07-26-21 | 07-28-21 | 59134N104 | 21205-FS3LM | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 500 | META MATERIALS INC COM | Principal Amount | 1,720.00 |
| at | 3.4400 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 1,720.00 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21207-0B0JFK | 1* | WO# | 07-26-21 | 07-28-21 | 59134N104 | 21206-CR6MR | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 500 | META MATERIALS INC COM | Principal Amount | 1,720.00 |
| at | 3.4400 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 1,720.00 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900003204

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for investments in your brokerage account \*\*\*\*\*3660   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0X06403660   00   000

**Transaction Confirmation**
**Confirm Date: July 26, 2021**

Page 2 of 2

Brokerage Account Number
*****3660 INDIVIDUAL - TOD

**WAYNE A GALJOUR**

| REFERENCE NO. 21207-0B08CR | TYPE 1* | REG.REP. WO# | TRADE DATE 07-26-21 | SETTLEMENT DATE 07-28-21 | CUSIP NO. 59134N104 | ORDER NO. 21206-FJHTR | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 1,000 | **DESCRIPTION and DISCLOSURES** META MATERIALS INC COM | | Principal Amount | | | 3,440.00 |
| at | | 3.4400 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | | 3,440.00 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900003204

**REMITTANCE COUPON**



**Transaction Confirmation**
**Confirm Date: July 29, 2021**                          Page 1 of 1

Brokerage Account Number
*****3660 INDIVIDUAL - TOD

**WAYNE A GALJOUR**

9900002932

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21210-0DJMJN | 1* | WO# | 07-29-21 | 08-02-21 | 59134N104 | 21210-FFQDV | | |

You Bought
        500              DESCRIPTION and DISCLOSURES
                 META MATERIALS INC COM         Principal Amount       1,750.00
    at      3.5000      ISIN #US59134N1046 SEDOL #BKSCVX7  Settlement Amount     1,750.00
                    WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                          9900002932

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3660 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

099 0X06403660  00  000



**Transaction Confirmation**
**Confirm Date: August 3, 2021**                           Page 1 of 1

Brokerage Account Number
*****3660 INDIVIDUAL - TOD

**WAYNE A GALJOUR**

9900003034

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

Online                              Fidelity.com
FAST(sm)-Automated Telephone        800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | . |
|---|---|---|---|---|---|---|---|---|
| 21215-0C75MN | 1* | WO# | 08-03-21 | 08-05-21 | 59134N104 | 21215-FRH0V | | |

**You Bought**               DESCRIPTION and DISCLOSURES
                             META MATERIALS INC COM              **Principal Amount**        650.00
            200              ISIN #US59134N1046 SEDOL #BKSCVX7    **Settlement Amount**       650.00
   at       3.2500           WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE           9900003034
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****3660   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0X06403660   00   000



**Transaction Confirmation**
**Confirm Date: August 4, 2021**                        Page 1 of 1

Brokerage Account Number
*****3660 INDIVIDUAL - TOD

**WAYNE A GALJOUR**

9900003213

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO.<br>21216-0B07LQ | TYPE<br>1* | REG.REP.<br>WO# | TRADE DATE<br>08-04-21 | SETTLEMENT DATE<br>08-06-21 | CUSIP NO.<br>59134N104 | ORDER NO.<br>21216-B0BXS | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | 100 | | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM | | | Principal Amount | | 323.00 |
| at | 3.2300 | | ISIN #US59134N1046 SEDOL #BKSCVX7<br>WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 323.00 |
| Symbol:<br>MMAT | | | | | | | | |

| REFERENCE NO.<br>21216-0CZ4RR | TYPE<br>1* | REG.REP.<br>WO# | TRADE DATE<br>08-04-21 | SETTLEMENT DATE<br>08-06-21 | CUSIP NO.<br>59134N104 | ORDER NO.<br>21216-FHC4G | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | 100 | | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM | | | Principal Amount | | 313.99 |
| at | 3.1399 | | ISIN #US59134N1046 SEDOL #BKSCVX7<br>WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 313.99 |
| Symbol:<br>MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                        9900003213

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3660 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0X06403660   00   000



**Transaction Confirmation**
**Confirm Date: August 5, 2021**

Brokerage Account Number
*****3660 **INDIVIDUAL - TOD**

**WAYNE A GALJOUR**

9900003171

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21217-0CP5VZ | 1* | WO# | 08-05-21 | 08-09-21 | 59134N104 | 21217-D2B8S | | |

You Bought      100      DESCRIPTION and DISCLOSURES
     at      3.1750      META MATERIALS INC COM
Symbol:     ISIN #US59134N1046 SEDOL #BKSCVX7
MMAT      WE HAVE ACTED AS AGENT.

Principal Amount     317.50
Settlement Amount    317.50

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21217-0CTB0X | 1* | WO# | 08-05-21 | 08-09-21 | 59134N104 | 21217-D9DLX | | |

You Bought      1,500      DESCRIPTION and DISCLOSURES
     at      3.2363      META MATERIALS INC COM
Symbol:     ISIN #US59134N1046 SEDOL #BKSCVX7
MMAT      WE HAVE ACTED AS AGENT.

Principal Amount    4,854.45
Settlement Amount   4,854.45

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE    9900003171

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3660   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

099 0X06403660   00   000



**Transaction Confirmation**
**Confirm Date: August 9, 2021**                                    Page 1 of 1

Brokerage Account Number
*****3660 INDIVIDUAL - TOD

**WAYNE A GALJOUR**

WAYNE A GALJOUR                    9900003275
402 CHURCH ST
LOCKPORT LA 70374-2921

Online                            Fidelity.com
FAST(sm)-Automated Telephone      800-544-5555
Customer Service                  800-544-6666

| REFERENCE NO. 21221-0C6GND | TYPE 1* | REG.REP. WO# | TRADE DATE 08-09-21 | SETTLEMENT DATE 08-11-21 | CUSIP NO. 59134N104 | ORDER NO. 21221-FCTSJ | | |
|---|---|---|---|---|---|---|---|---|

**You Bought** 1,000 at 3.6600

Symbol: MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount      3,660.00
Settlement Amount     3,660.00

| REFERENCE NO. 21221-0FSXDC | TYPE 1* | REG.REP. WO# | TRADE DATE 08-09-21 | SETTLEMENT DATE 08-11-21 | CUSIP NO. 59134N104 | ORDER NO. 21221-HHC9B | | |
|---|---|---|---|---|---|---|---|---|

**You Bought** 1,000 at 3.5400

Symbol: MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount      3,540.00
Settlement Amount     3,540.00

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**                9900003275

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3660 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003



**Transaction Confirmation**                                       Page 1 of 1
**Confirm Date: August 13, 2021**

Brokerage Account Number
*****3660 **INDIVIDUAL - TOD**

**WAYNE A GALJOUR**

WAYNE A GALJOUR                          9900002960
402 CHURCH ST
LOCKPORT LA 70374-2921

Online                          Fidelity.com
FAST(sm)-Automated Telephone    800-544-5555
Customer Service                800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21225-0CXKMV | 1* | WO# | 08-13-21 | 08-17-21 | 59134N104 | 21225-FHVHX | | |

You Bought                  **DESCRIPTION and DISCLOSURES**
                200         META MATERIALS INC COM              **Principal Amount**       650.00
      at    3.2500         ISIN #US59134N1046 SEDOL #BKSCVX7    **Settlement Amount**      650.00
                            WE HAVE ACTED AS AGENT.
Symbol:
MMAT

                    ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900002960

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR            If you are eligible to make a deposit, please use this form for
402 CHURCH ST              investments in your brokerage account *****3660    only.
LOCKPORT LA 70374-2921

                          | AMOUNT OF INVESTMENT | $ |

                          If there are sufficient funds in your brokerage core account
                          (or margin account), Fidelity will use those funds to cover
                          the trade(s) on this confirm. If you wish to deposit
FIDELITY INVESTMENTS      additional money, use this deposit slip and make checks
PO BOX 770001             payable to: NATIONAL FINANCIAL SERVICES LLC.
CINCINNATI OH 45277-0003  Deposits will be made to the account listed above. Please
                          mail checks to the Fidelity address on this form. Refer to the
                          last page for instructions on depositing certificates.



**Transaction Confirmation**
**Confirm Date: August 16, 2021**                  Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3660 INDIVIDUAL - TOD**

**WAYNE A GALJOUR**

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

| Online | Fidelity.com |
|---|---|
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

9900003556

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21228-0CKBWS | 1* | WO# | 08-16-21 | 08-18-21 | 59134N104 | 21228-CZDNQ | | |

You Bought       DESCRIPTION and DISCLOSURES
          1,000    META MATERIALS INC COM         Principal Amount     3,000.00
    at    3.0000    ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount    3,000.00
             WE HAVE ACTED AS AGENT.
Symbol:
MMAT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21228-WK2ZVO | 1* | WO# | 08-16-21 | 08-18-21 | 692732209 | 21226-FD3CZ | | |

You Bought       DESCRIPTION and DISCLOSURES
       20,000    OZOP ENERGY SOLUTIONS INC COM     Principal Amount     1,120.00
    at    .0560    WE HAVE ACTED AS AGENT.       Settlement Amount    1,120.00
Symbol:
OZSC

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900003556

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*3660**  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

099 0X06403660  00  000



**Transaction Confirmation**
**Confirm Date: August 23, 2021**                          Page 1 of 1

Brokerage Account Number
*****3660 INDIVIDUAL - TOD

**WAYNE A GALJOUR**

9900003332

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

Online                                    Fidelity.com
FAST(sm)-Automated Telephone              800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21235-0B4V1K | 1* | WO# | 08-23-21 | 08-25-21 | 59134N104 | 21235-CGLOD | | |

You Bought
         300
    at    3.0151
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount        904.53
Settlement Amount       904.53

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21235-DLL10U | 1* | WO# | 08-23-21 | 08-25-21 | 92859E108 | 21235-DHFTS | | |

You Bought
         100
    at    6.1100
Symbol:
VVOS

DESCRIPTION and DISCLOSURES
VIVOS THERAPEUTICS INC COM
WE HAVE ACTED AS AGENT.

Principal Amount        611.00
Settlement Amount       611.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900003332

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3660  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0X06403660   00   000



**Transaction Confirmation**
**Confirm Date: August 26, 2021**

Page 1 of 1

Brokerage Account Number
*****3660 INDIVIDUAL - TOD

**WAYNE A GALJOUR**

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

9900002554

| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21238-0DG14Q | 1* | WO# | 08-26-21 | 08-30-21 | 59134N104 | 21238-F9Z4B | | |

| You Bought | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| at | 500 | META MATERIALS INC COM | Principal Amount | 1,749.95 |
| | 3.4999 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 1,749.95 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21238-J34GVI | 1* | WO# | 08-26-21 | 08-30-21 | 92859E108 | 21238-DMQRV | | |

| You Bought | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| at | 100 | VIVOS THERAPEUTICS INC COM | Principal Amount | 511.80 |
| | 5.1180 | WE HAVE ACTED AS AGENT. | Settlement Amount | 511.80 |
| Symbol: | | | | |
| VVOS | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900002554

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3660  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0X06403660    00    000



**Transaction Confirmation**
**Confirm Date: September 21, 2021**

Page 1 of 1

Brokerage Account Number
*****3660 INDIVIDUAL - TOD

**WAYNE A GALJOUR**

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

9900002703

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21264-0DN50J | 1* | WO# | 09-21-21 | 09-23-21 | 59134N104 | 21264-GBLPX | | |

**You Bought**                 DESCRIPTION and DISCLOSURES
                100            META MATERIALS INC COM
        at      4.8850         ISIN #US59134N1046 SEDOL #BKSCVX7
Symbol :                       WE HAVE ACTED AS AGENT.
MMAT

| | |
|---|---|
| Principal Amount | 488.50 |
| Settlement Amount | 488.50 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900002703

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3660   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0X06403660   00   000



**Transaction Confirmation**
**Confirm Date: October 12, 2021**                              Page 1 of 2

Brokerage Account Number
*****3660 INDIVIDUAL - TOD

**WAYNE A GALJOUR**

9900002568

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

Online                                    Fidelity.com
FAST(sm)-Automated Telephone              800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21285-0C6ZNB | 1* | WO# | 10-12-21 | 10-14-21 | 59134N104 | 21285-GBHBB | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | |
| | 55 | | META MATERIALS INC COM | | Principal Amount | | 286.00 |
| at | 5.2000 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | 286.00 |
| Symbol : | | | WE HAVE ACTED AS AGENT. | | | | |
| MMAT | | | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21285-0BTBWK | 1* | WO# | 10-12-21 | 10-14-21 | 59134N203 | 21285-B3NJX | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | |
| | 200 | | META MATERIALS INC PFD SER A | | Principal Amount | | 440.00 |
| at | 2.2000 | | WE HAVE ACTED AS AGENT. | | Settlement Amount | | 440.00 |
| Symbol : | | | | | | | |
| MMTLP | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900002568

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****3660   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0X06403660   00   000

**Transaction Confirmation**
**Confirm Date: October 12, 2021**                    Page 2 of 2

Brokerage Account Number
*****3660 INDIVIDUAL - TOD

**WAYNE A GALJOUR**

| REFERENCE NO. 21285-6F7JGU | TYPE 1* | REG.REP. WO# | TRADE DATE 10-12-21 | SETTLEMENT DATE 10-14-21 | CUSIP NO. 92859E108 | ORDER NO. 21285-DCH1B | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 200 | DESCRIPTION and DISCLOSURES VIVOS THERAPEUTICS INC COM | | | Principal Amount | | 714.00 |
| at | | 3.5700 | WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 714.00 |
| Symbol: VVOS | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900002568

**REMITTANCE COUPON**



**Transaction Confirmation**
**Confirm Date: November 8, 2021**                                    Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3660 INDIVIDUAL - TOD**

**WAYNE A GALJOUR**

                                                        9900003945

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

Online                          Fidelity.com
FAST(sm)-Automated Telephone    800-544-5555
Customer Service                800-544-6666

| REFERENCE NO. 21312-0CDW2R | TYPE 1* | REG.REP. WO# | TRADE DATE 11-08-21 | SETTLEMENT DATE 11-10-21 | CUSIP NO. 59134N104 | ORDER NO. 21312-DDXLL | | |
|---|---|---|---|---|---|---|---|---|

**You Bought**                DESCRIPTION and DISCLOSURES
                 100          META MATERIALS INC COM                  **P r i n c i p a l  Amount**      512.50
        **a t**   5.1250       ISIN #US59134N1046 SEDOL #BKSCVX7       **S e t t l e m e n t  Amount**    512.50
**Symbol :**                  WE HAVE ACTED AS AGENT.
**MMAT**

                    **ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**          9900003945

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*3660**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

                    **FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC**

                                        099  0X06403660    00    000



**FIDELITY**
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 30, 2021**                    Page 1 of 1

Brokerage Account Number
*****3660 **INDIVIDUAL - TOD**

**WAYNE A GALJOUR**

9900003922

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

Online                                    Fidelity.com
FAST®-Automated Telephone              800-544-5555
Customer Service                       800-544-6666

| REFERENCE NO. 21334-0B5FXZ | TYPE 1* | REG.REP. WO# | TRADE DATE 11-30-21 | SETTLEMENT DATE 12-02-21 | CUSIP NO. 59134N104 | ORDER NO. 21333-H3P9D | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | 105 | | DESCRIPTION and DISCLOSURES META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT. | | | Principal Amount | | 393.75 |
| at | 3.7500 | | | | | Settlement Amount | | 393.75 |
| Symbol: MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900003922

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****3660    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0X06403660   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 1, 2021**                    Page 1 of 1

Brokerage Account Number
*****3660 INDIVIDUAL - TOD

**WAYNE A GALJOUR**

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

9900004044

Online                          Fidelity.com
FAST®-Automated Telephone       800-544-5555
Customer Service                800-544-6666

| REFERENCE NO. 21335-0B2LVF | TYPE 1* | REG.REP. WO# | TRADE DATE 12-01-21 | SETTLEMENT DATE 12-03-21 | CUSIP NO. 59134N104 | ORDER NO. 21334-JXZQD | | |
|---|---|---|---|---|---|---|---|---|

You Bought
            40
    at   3.7000
Symbol :
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount        148.00
Settlement Amount       148.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE              9900004044

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****3660   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0X06403660   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 7, 2021**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3660 INDIVIDUAL - TOD**

9900003157

**WAYNE A GALJOUR**

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

Online                                      Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                      800-544-6666

| REFERENCE NO. 21341-0DF2NX | TYPE 1* | REG.REP. WO# | TRADE DATE 12-07-21 | SETTLEMENT DATE 12-09-21 | CUSIP NO. 59134N104 | ORDER NO. 21341-GH85J | | |
|---|---|---|---|---|---|---|---|---|

You Bought
at 300
3.4050
Symbol :
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount            1,021.50
Settlement Amount        1,021.50

| REFERENCE NO. 21341-0DF2QN | TYPE 1* | REG.REP. WO# | TRADE DATE 12-07-21 | SETTLEMENT DATE 12-09-21 | CUSIP NO. 59134N104 | ORDER NO. 21341-GH85J | | |
|---|---|---|---|---|---|---|---|---|

You Bought
at 300
3.4044
Symbol :
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount            1,021.32
Settlement Amount        1,021.32

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**          9900003157

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3660**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0X06403660   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 30, 2021**

Page 1 of 1

Brokerage Account Number
*****3660 INDIVIDUAL - TOD

**WAYNE A GALJOUR**

9900003269

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

Online                                        Fidelity.com
FAST®-Automated Telephone     800-544-5555
Customer Service                        800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21364-0CV27N | 1* | WO# | 12-30-21 | 01-03-22 | 59134N104 | 21364-D4N7S | | |

You Bought
       at    100
          2.6250
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount        262.50
Settlement Amount     262.50

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21364-0CWLGR | 1* | WO# | 12-30-21 | 01-03-22 | 59134N104 | 21364-D5RTJ | | |

You Bought
       at    50
          2.6280
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount        131.40
Settlement Amount     131.40

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE     9900003269

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****3660   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0X06403660   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 3, 2022**

Page 1 of 1

Brokerage Account Number
*****3660 INDIVIDUAL - TOD

**WAYNE A GALJOUR**

9900004052

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

Online — Fidelity.com
FAST®-Automated Telephone — 800-544-5555
Customer Service — 800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22003-0DRT7B | 1* | WO# | 01-03-22 | 01-05-22 | 59134N104 | 22003-FT81J | | |

You Bought
    350
at 2.8600

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount     1,001.00
Settlement Amount    1,001.00

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22003-0DZLGN | 1* | WO# | 01-03-22 | 01-05-22 | 59134N104 | 22003-GS8BL | | |

You Bought
    350
at 2.8679

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount     1,003.77
Settlement Amount    1,003.77

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900004052

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3660 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003



**FIDELITY**
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 10, 2022**                    Page 1 of 1

Brokerage Account Number
*****3660 **INDIVIDUAL - TOD**

**WAYNE A GALJOUR**

9900004249

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

Online                          Fidelity.com
FAST®-Automated Telephone       800-544-5555
Customer Service                800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22010-0DC36K | 1* | WO# | 01-10-22 | 01-12-22 | 59134N104 | 22010-GQQXX | | |

**You Bought**        **DESCRIPTION and DISCLOSURES**
                      META MATERIALS INC COM                   **Principal Amount**      447.00
        **200**       ISIN #US59134N1046 SEDOL #BKSCVX7        **Settlement Amount**     447.00
   **at   2.2350**    WE HAVE ACTED AS AGENT.

**Symbol:**
**MMAT**

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900004249

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3660   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

099  0X06403660    00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 19, 2022**

Page 1 of 1

Brokerage Account Number
*****3660 **INDIVIDUAL - TOD**

**WAYNE A GALJOUR**

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

9900003372

Online                           Fidelity.com
FAST®-Automated Telephone        800-544-5555
Customer Service                 800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22019-0FH3TC | 1* | WO# | 01-19-22 | 01-21-22 | 59134N104 | 22019-HWBWV | | |

You Bought

| | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|
| | 350 | META MATERIALS INC COM | Principal Amount | 712.25 |
| at | 2.0350 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 712.25 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | PARTIAL EXECUTION | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22019-0FH3VD | 1* | WO# | 01-19-22 | 01-21-22 | 59134N104 | 22019-HWBWV | | |

You Bought

| | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|
| | 100 | META MATERIALS INC COM | Principal Amount | 203.50 |
| at | 2.0350 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 203.50 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | PARTIAL EXECUTION | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900003372

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3660  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0X06403660   00   000



**Fidelity**
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 20, 2022**                          Page 1 of 1

Brokerage Account Number
*****3660 INDIVIDUAL - TOD

**WAYNE A GALJOUR**

9900003469

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

Online                                    Fidelity.com
FAST®-Automated Telephone                 800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO. 22020-0FMCHS | TYPE 1* | REG.REP. WO# | TRADE DATE 01-20-22 | SETTLEMENT DATE 01-24-22 | CUSIP NO. 59134N104 | ORDER NO. 22018-FM53D | | |
|---|---|---|---|---|---|---|---|---|

You Bought
                    200
         at      1.9000
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          380.00
Settlement Amount         380.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900003469

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3660 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0X06403660   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 10, 2022**                    Page 1 of 1

Brokerage Account Number
*****3660 INDIVIDUAL - TOD

**WAYNE A GALJOUR**

9900003177

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

Online                              Fidelity.com
FAST®-Automated Telephone           800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22041-0CB3KM | 1* | WO# | 02-10-22 | 02-14-22 | 59134N104 | 22041-DMMSX | | |

You Bought

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

|  | 50 | | | **Principal Amount** | 97.00 |
| at | 1.9400 | | | **Settlement Amount** | 97.00 |

Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900003177

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3660   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0X06403660   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 17, 2022**                    Page 1 of 1

Brokerage Account Number
*****3660 INDIVIDUAL - TOD

**WAYNE A GALJOUR**

9900003082

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

Online                          Fidelity.com
FAST®-Automated Telephone       800-544-5555
Customer Service                800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22048-0CQM5K | 1* | WO# | 02-17-22 | 02-22-22 | 59134N104 | 22048-FQCXB | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 50 | META MATERIALS INC COM | Principal Amount | 92.50 |
| at | 1.8500 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 92.50 |
| | | WE HAVE ACTED AS AGENT. | | |
| Symbol: | | | | |
| MMAT | | | | |

#### ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900003082

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3660  only.

| AMOUNT OF INVESTMENT | $ | |
|---|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0X06403660  00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 4, 2022**

Page 1 of 1

Brokerage Account Number
*****3660 INDIVIDUAL - TOD

**WAYNE A GALJOUR**

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

9900003454

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22063-0BX0PT | 1* | WO# | 03-04-22 | 03-08-22 | 59134N104 | 22063-B3KPN | | |

You Bought
      200
   at  1.5800
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    316.00
Settlement Amount   316.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900003454

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3660 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0X06403660   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: May 3, 2022**

Page 1 of 1

Brokerage Account Number
*****3660 INDIVIDUAL - TOD

9900002503

**WAYNE A GALJOUR**

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

Online                                          Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service                       800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22123-0C61QQ | 1* | WO# | 05-03-22 | 05-05-22 | 59134N104 | 22123-HZVMF | | |

You Bought

|  |  |
|---|---|
| 700 | DESCRIPTION and DISCLOSURES |
| at  1.2449 | META MATERIALS INC COM |
| | ISIN #US59134N1046 SEDOL #BKSCVX7 |
| | WE HAVE ACTED AS AGENT. |

Symbol:
MMAT

Principal Amount      871.43
Settlement Amount   871.43

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**

9900002503

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for
investments in your brokerage account  *****3660   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

**FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC**

099  0X06403660   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 29, 2022**

Page 1 of 1

Brokerage Account Number
*****3660 **INDIVIDUAL - TOD**

**WAYNE A GALJOUR**

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

9900002133

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. 22180-0BTWHT | TYPE 1* | REG.REP. WO# | TRADE DATE 06-29-22 | SETTLEMENT DATE 07-01-22 | CUSIP NO. 59134N104 | ORDER NO. 22180-G0GHD | | |
|---|---|---|---|---|---|---|---|---|

**You Bought**              300
        at        1.0800
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

**Principal Amount**          324.00
**Settlement Amount**         324.00

- - - - - - - - - - **ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE** - - - - - - - - - -          9900002133

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3660   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0X06403660   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: July 26, 2022**

Page 1 of 2

Brokerage Account Number
*****3660 **INDIVIDUAL - TOD**

9900002259

**WAYNE A GALJOUR**

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

Online                                        Fidelity.com
FAST®-Automated Telephone         800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22207-LQQX2D | 1* | WO# | 07-26-22 | 07-28-22 | 45579B101 | 22207-G9BCP | | |

| You Bought | 70,000 | DESCRIPTION and DISCLOSURES<br>INDO GLOBAL EXCHANGES PTE LTD COM | Principal Amount | 231.00 |
|---|---|---|---|---|
| at | .0033 | WE HAVE ACTED AS AGENT. | Settlement Amount | 231.00 |
| Symbol:<br>IGEX | | PARTIAL EXECUTION | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22207-MGXGS1 | 1* | WO# | 07-26-22 | 07-28-22 | 45579B101 | 22207-G9BCP | | |

| You Bought | 230,000 | DESCRIPTION and DISCLOSURES<br>INDO GLOBAL EXCHANGES PTE LTD COM | Principal Amount | 782.00 |
|---|---|---|---|---|
| at | .0034 | WE HAVE ACTED AS AGENT. | Settlement Amount | 782.00 |
| Symbol:<br>IGEX | | PARTIAL EXECUTION | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900002259

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****3660    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0X06403660    00    000

**Transaction Confirmation**
**Confirm Date: July 26, 2022**                                    Page 2 of 2

Brokerage Account Number
*****3660 **INDIVIDUAL - TOD**

**WAYNE A GALJOUR**

| REFERENCE NO. 22207-0CHN1V | TYPE 1* | REG.REP. WO# | TRADE DATE 07-26-22 | SETTLEMENT DATE 07-28-22 | CUSIP NO. 59134N104 | ORDER NO. 22207-G951E | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | 100 | | META MATERIALS INC COM | | | Principal Amount | | 90.05 |
| at | .9005 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 90.05 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                 9900002259

**REMITTANCE COUPON**

**Transaction Confirmation**
**Confirm Date: October 12, 2022**                     Page 2 of 2

Brokerage Account Number
*****3660 INDIVIDUAL - TOD

**WAYNE A GALJOUR**

| REFERENCE NO. 22285-0FHFTR | TYPE 1* | REG.REP. WO# | TRADE DATE 10-12-22 | SETTLEMENT DATE 10-14-22 | CUSIP NO. 59134N104 | ORDER NO. 22285-HGONW | | . |
|---|---|---|---|---|---|---|---|---|
| You Bought | 200 | | **DESCRIPTION and DISCLOSURES** META MATERIALS INC COM | | Principal Amount | | | 190.00 |
| at | .9500 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | | 190.00 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900002152

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 17, 2022**                    Page 1 of 1

Brokerage Account Number
*****3660 **INDIVIDUAL - TOD**

**WAYNE A GALJOUR**

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

9900002884

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22290-0B6PLK | 1* | WO# | 10-17-22 | 10-19-22 | 59134N104 | 22289-G0AB2 | | |

**You Bought**             1,000
        **at**             .9200
**Symbol:**
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

**Principal Amount**        920.00
**Settlement Amount**       920.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE            9900002884

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****3660    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0X06403660    00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 18, 2022**                    Page 1 of 1

Brokerage Account Number
*****3660 INDIVIDUAL - TOD

**WAYNE A GALJOUR**

9900002365

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

Online                                    Fidelity.com
FAST®-Automated Telephone            800-544-5555
Customer Service                      800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22291-0CNHHZ | 1* | WO# | 10-18-22 | 10-20-22 | 59134N104 | 22289-G0AFY | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 1,000 | META MATERIALS INC COM | Principal Amount | 910.00 |
| at | .9100 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 910.00 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900002365

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****3660    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0X06403660   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 24, 2022**

Page 1 of 1

Brokerage Account Number
*****3660 **INDIVIDUAL - TOD**

9900002946

**WAYNE A GALJOUR**

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

Online                                         Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service                        800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22297-0BXQQG | 1* | WO# | 10-24-22 | 10-26-22 | 59134N104 | 22295-G3CG8 | | |

You Bought

                700
    at     .9000
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    630.00
Settlement Amount    630.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE    9900002946

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3660  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0X06403660    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 25, 2022**

Page 1 of 1

Brokerage Account Number
*****3660 **INDIVIDUAL - TOD**

9900001523

**WAYNE A GALJOUR**

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

Online                                          Fidelity.com
FAST®-Automated Telephone        800-544-5555
Customer Service                        800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22329-0CTKCB | 1* | WO# | 11-25-22 | 11-29-22 | 59134N104 | 22329-HIJR7 | | |

You Bought
      at
Symbol:
MMAT

1,001
1.8999

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    1,901.80
Settlement Amount   1,901.80

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900001523

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****3660   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0X06403660    00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 20, 2022**                    Page 1 of 1

Brokerage Account Number
*****3660 INDIVIDUAL - TOD

**WAYNE A GALJOUR**

9900002607

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

Online                          Fidelity.com
FAST®-Automated Telephone       800-544-5555
Customer Service                800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22354-0BW0RJ | 1* | WO# | 12-20-22 | 12-22-22 | 59134N104 | 22353-HWFJE | | |

You Bought                DESCRIPTION and DISCLOSURES
                50        META MATERIALS INC COM          Principal Amount        62.50
       at       1.2500    ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount    62.50
Symbol:                   WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900002607

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****3660  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0X06403660    00    000



## Holdings    *Reverse Split*

Account # ████████3660
WAYNE A GALJOUR - INDIVIDUAL - TOD

### Stocks

| Description | Beginning Market Value Jan 1, 2024 | Quantity Jan 31, 2024 | Price Per Unit Jan 31, 2024 | Ending Market Value Jan 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Jan 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| NOVOCURE LTD COM USD0.00(NVCR) | $29.86 | 2.000 | $13.9200 | $27.84 | $369.06 | -$341.22 | - |
| GENIUS GROUP LTD COM NPV(GNS) | 331.45 | 500.000 | 0.3830 | 191.50 | 250.00 | -58.50 | - |
| AGNICO EAGLE MINES LTD COM ISIN #CA0084741085 SEDOL #2009823 (AEM) | 1,737.04 | 31.669 | 49.1600 | 1,556.84 | 1,595.20 | -38.36 | 50.67 3.250 |
| ARCTURUS THERAPEUTICS HLDGS COM (ARCT) | 1,098.31 | 34.834 | 32.9700 | 1,148.47 | 999.98 | 148.49 | - |
| COTERRA ENERGY INC COM(CTRA) | 1,276.00 | 50.000 | 24.8800 | 1,244.00 | 1,347.25 | -103.25 | 58.50 4.700 |
| CAMBER ENERGY INC COM (CEI) | 0.45 | 2.000 | 0.1695 | 0.33 | 77.78 | -77.45 | - |
| CHEVRON CORP NEW COM(CVX) | 2,983.20 | 20.000 | 147.4300 | 2,948.60 | 956.45 | 1,992.15 | 120.80 4.100 |
| DIGITAL WORLD ACQUISITION CORP CLASS A COM (DWAC) | 87.50 | 5.000 | 37.9500 | 189.75 | 450.00 | -260.25 | - |
| GENTECH HOLDINGS INC COM(GTEH) | unavailable | 153,846.000 | - | unavailable | 200.00 | unavailable | S |
| GLOBAL ENTERTAINMENT HOLDINGS INC (GBHL) | 130.00 | 325,000.000 | 0.0004 | 130.00 | 2,862.50 | -2,732.50 | - |
| MICROMOBILITY.COM INC CLASS A COM (MCOM) | 0.07 | 1.000 | 0.0220 | 0.02 | 1,196.50 | -1,196.48 | - |
| HUMBL INC COM (HMBL) | 1.57 | 1,750.000 | 0.0008 | 1.40 | 1,576.13 | -1,574.73 | - |
| ILUSTRATO PICTURES INTERNATIONAL INC (ILUS) | 20.00 | 2,500.000 | 0.0161 | 40.25 | 290.75 | -250.50 | - |
| INDO GLOBAL EXCHANGES PTE LTD COM (IGEX) | 264.00 | 330,000.000 | 0.0009 | 297.00 | 1,165.00 | -869.00 | - |
| MARVELL TECHNOLOGY INC COM (MRVL) | 10,554.25 | 175.000 | 67.7000 | 11,847.50 | 4,700.50 | 7,147.00 | 42.00 0.350 |
| MASTEC INC COM USD0.10(MTZ) | 302.88 | 4.000 | 65.6700 | 262.68 | 84.00 | 178.68 | - |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMAT) | unavailable | 338.000 | 3.8200 | 1,291.16 | 58,150.56 | -56,859.40 | - |

*Reverse* → *Had To*

MR_CE_BPWTMPBBBMWW_BBBB8 20240131



INVESTMENT REPORT
November 1, 2023 - November 30, 2023

## Holdings

Account ⬤⬤⬤⬤8660
**WAYNE A GALJOUR - INDIVIDUAL - TOD**

Stocks (continued)

| Description | Beginning Market Value Nov 1, 2023 | Quantity Nov 30, 2023 | Price Per Unit Nov 30, 2023 | Ending Market Value Nov 30, 2023 | Total Cost Basis | Unrealized Gain/Loss Nov 30, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| CAMBER ENERGY INC COM (CEI) | 0.70 | 2.000 | 0.2442 | 0.48 | 77.78 | -77.30 | - |
| CHEVRON CORP NEW COM (CVX) | 2,914.60 | 20.000 | 143.6000 | 2,872.00 | 956.45 | 1,915.55 | 120.80 |
| | | | | | | | 4.210 |
| DIGITAL WORLD ACQUISITION CORP CLASS A COM (DWAC) | 74.60 | 5.000 | 17.3600 | 86.80 | 450.00 | -363.20 | - |
| GENTECH HOLDINGS INC COM (GTEH) | unavailable | 153,846.000 | - | unavailable | 200.00 | unavailable | - |
| GLOBAL ENTERTAINMENT HOLDINGS INC (GBHL) | 162.50 | 325,000.000 | 0.0004 | 130.00 | 2,882.50 | -2,732.50 | - |
| MICROMOBILITY.COM INC CLASS A COM (MCOM) | 3.89 | 100.000 | 0.0135 | 1.35 | 1,196.50 | -1,195.15 | - |
| HUMBL INC COM (HMBL) | 1.66 | 1,750.000 | 0.0009 | 1.57 | 1,576.13 | -1,574.56 | - |
| ILUSTRATO PICTURES INTERNATIONAL INC (ILUS) | 28.12 | 2,500.000 | 0.0106 | 26.50 | 290.75 | -263.85 | - |
| INDO GLOBAL EXCHANGES PTE LTD COM (IGEX) | 363.00 | 330,000.000 | 0.0013 | 429.00 | 1,166.00 | -737.00 | - |
| MARVELL TECHNOLOGY INC COM (MRVL) | 8,263.50 | 175.000 | 55.7300 | 9,752.75 | 4,700.50 | 5,052.25 | 42.00 |
| | | | | | | | 0.430 |
| MASTEC INC COM USD0.10 (MTZ) | 237.76 | 4.000 | 60.6400 | 242.56 | 84.00 | 158.56 | - |
| META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 2,305.17 | 23,817.444 | 0.0943 | 2,245.98 | 57,357.57 | -55,111.59 | - |
| MULLEN AUTOMOTIVE INC COM (MULN) | 0.53 | 2.000 | 0.1520 | 0.30 | 855.31 | -855.01 | - |
| NEOGENOMICS INC (NEO) | 2,804.00 | 200.000 | 18.1700 | 3,634.00 | 4,680.00 | -1,046.00 | - |
| NIKOLA CORP COM (NKLA) | 5.40 | 5.000 | 0.9724 | 4.86 | 213.29 | -208.43 | - |
| OZOP ENERGY SOLUTIONS INC COM (OZSC) | 91.63 | 35,243.000 | 0.0021 | 74.01 | 2,816.49 | -2,742.48 | - |
| SHELL PLC SPON ADS EA REP 2 ORD SHS (SHEL) | 3,257.00 | 50.000 | 65.8000 | 3,290.00 | 2,693.15 | 596.85 | 123.70 |
| | | | | | | | 3.760 |
| NEXT BRIDGE HYDROCARBONS INC $0.0001 NEVADA | unavailable | 2,700.000 | - | unavailable | 7,816.50 | unavailable | - |

Reverse Split ⟶

MR_CE_BPPI/DFBBBBMWG_BBBB9 20231130



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 19, 2024**                              Page 1 of 1

Brokerage Account Number
*****3660 **INDIVIDUAL - TOD**

9900003274

**WAYNE A GALJOUR**

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

Online                          Fidelity.com
FAST®-Automated Telephone       800-544-5555
Customer Service                800-544-6666

*Reverse Split*

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24019-0DTFJR | 1* | WO# | 01-19-24 | 01-23-24 | 59134N104 | 24019-HIMMD | | |

**DESCRIPTION and DISCLOSURES**

You Bought                                    META METALS INC COM              Principal Amount         790.07
              9,963          ISIN #US59134N1046 SEDOL #BKSCVX7     Settlement Amount        790.07
   at         .0793          WE HAVE ACTED AS AGENT.
Symbol:
MMAT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24019-127574 | 1* | WO# | 01-19-24 | 01-23-24 | 59134N104 | 24019-HIE7R | | |

**DESCRIPTION and DISCLOSURES**

You Bought                                    META METALS INC COM              Principal Amount           2.92
                37           ISIN #US59134N1046 SEDOL #BKSCVX7     Settlement Amount          2.92
   at         .0790          WE HAVE ACTED AS AGENT.
Symbol:                      PARTIAL EXECUTION
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900003274

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****3660  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0X06403660  00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 9, 2023**                    Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*3660 INDIVIDUAL - TOD**

**WAYNE A GALJOUR**

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

9900002732

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

? *Reverse split*

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23313-0C7P4T | 1* | WO# | 11-09-23 | 11-13-23 | 59134N104 | 23313-DNQGJ | | |

You Bought
          .444
   at     .1049
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount          0.05
Settlement Amount         0.05

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23313-149275 | 1* | WO# | 11-09-23 | 11-13-23 | 59134N104 | 23313-DNQGJ | | |

You Bought
          4,766
   at     .1049
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount        499.95
Settlement Amount       499.95

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**          9900002732

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAYNE A GALJOUR
402 CHURCH ST
LOCKPORT LA 70374-2921

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*3660**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

099 0X06403660   00   000