NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor: Meta Materials INC

Case Number: 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Lashounia Elaine Sanders
301 Walter St NW
Rome, GA 30165-2369

Telephone Number: 404-576-4599

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

Account or other number by which Interest holder identifies Debtor: E-Trade 5304-6301 Morgan 299-92421

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: ____________
☐ amends a previously filed Proof of Interest dated: ____________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Extrade from Morgan Stanley PO Box 484 Jersey City, NJ 07303-0484

**Telephone Number:** 1-800-387-2331

3. **Date Equity Interest was acquired:**
12/07/2022 11/18/22
12/06/2022 10/17/22
11/23/2022

4. **Total amount of member interest:** 460 shares

5. **Certificate number(s):** 59134N104

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** ____________

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.
☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Lashounia Elaine Sanders
Title: N/A
Company:__ Address and telephone number (if different from notice address above):
N/A

(Signature) Sanders (Date)

Telephone number: 404-576-4599 email: drlashounia@gmail.com

***Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571***

E*TRADE
from Morgan Stanley



**E*TRADE Securities**
Investment Account

# TRADE CONFIRMATION

**Account Number:** XXXX-6301

**Account Name:**
LASHOUNIA E SANDERS

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/05/22 | 12/07/22 | 6 1 | MMAT | BUY | 11 | $1.85 | Cash | PRINCIPAL | $20.35 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $20.35 |

DETACH HERE

LASHOUNIA E SANDERS
301 WALTER ST NW
ROME GA 30165-2369

DETACH HERE

**Use This Deposit Slip Acct: XXXX-6301**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSIT

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

120520220001 900530463018

E*TRADE
from Morgan Stanley

Type of Transaction
(Market)
1. NYSE
2. NYSE American
3. Other US Registered Exchanges
4. Mutual Funds
5. CBOE
6. Over-the-Counter
7. Underwriting
8. Foreign Exchange or Other

(Capacity in which your broker is acting)
1,2,3,4,5,8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request.
7 As principal
9 As agent and as principal

If the symbol (*) appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof.
If the symbol (F) appears in the security description, it indicates that the security is "Foreign" and may be subject to interest equalization tax.
If the symbol (T) appears in the security description, an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS.

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service.

LASHOUNIA E SANDERS
301 WALTER ST NW
ROME GA 30165-2369

**Terms and Conditions**

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account, please email us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ("ETS"), Member SIPC and a business of Morgan Stanley. Your account is carried by ETS, which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s).

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is selected, it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel, prior to execution, will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.

If required payment or delivery of securities is not made by the settlement date, ETS may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expenses, losses, or other costs incurred.

Investments in securities are not guaranteed by ETS, are not insured by the FDIC, and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment.

The principal amount or commission described on the face hereof may include an Additional Fee* for special services rendered. Other charges may include commissions paid to affiliates of ETS, local taxes, transaction fees, and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated, the amounts provided with respect to principal, interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request.

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers.

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield; complete information will be provided upon request. With respect to a zero coupon issue, you will not receive periodic payments, and the securities may be callable at a price below maturity value. Furthermore, a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered.

For an asset-backed security (e.g., GMO, FNMA, FHLMC, or GMNA), the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield, including estimated yield, weighted average life, and prepayment assumptions, are available upon request.

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable; however, we cannot guarantee their accuracy. Securities for which a rating is not available will be marked "Not Rated." A withdrawn rating "WR" signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark-up or mark-down; both as a dollar and percentage value. The mark-up or mark-down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark-up or mark-down percentage value is calculated as the mark-up or mark-down dollar value divided by the PMP. Trades with a mark-up or mark-down value of "N/A" indicate a negative mark-up (i.e., the sale of the security was at a price lower than the PMP).

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control, be controlled by, or under common control with ETS (i.e., affiliated securities).

*Additional Fees may include a broker-assist fee, an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you.

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market makers, including its affiliate Morgan Stanley & Co. LLC. ETS receives remuneration (generally in the form of per share cash payments or through profit-sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders, whether it will receive cash or non-cash payments for routing order flow, and reciprocal business arrangements.

Trades noted as "AVG PRICE SHOWN-DETAILS ON REQ" are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request.

Structured Products
Structured Products are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset.

Rev 04/21 S1237804

E*TRADE from Morgan Stanley

**E*TRADE Securities**

**Investment Account**

# TRADE CONFIRMATION

**Account Number:** XXXX-6301

**Account Name:**
LASHOUNIA E SANDERS

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/02/22 | 12/06/22 | 6 1 | MMAT | BUY | 35 | $1.83 | Cash | PRINCIPAL | $64.05 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $64.05 |
| 12/02/22 | 12/06/22 | 6 1 | MMTLP | BUY | 25 | $8.11 | Cash | PRINCIPAL | $202.75 |
| META MATLS INC PFD SER A PERPETUAL | | | | | | | | COMMISSION | $6.95 |
| | | | | | | | | NET AMOUNT | $209.70 |

▲ DETACH HERE | DETACH HERE ▲

LASHOUNIA E SANDERS
301 WALTER ST NW
ROME GA 30165-2369

**Use This Deposit Slip Acct: XXXX-6301**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

120220220001 900530463018



from Morgan Stanley

**Terms and Conditions**

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account, please email us through *etrade.com* or call 800-387-2331. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ("ETS"), Member SIPC and a business of Morgan Stanley. Your account is carried by ETS, which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s).

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is selected, it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel, prior to execution, will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.

If required payment or delivery of securities is not made by the settlement date, ETS may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expenses, losses, or other costs incurred.

Investments in securities are not guaranteed by ETS, are not insured by the FDIC, and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment.

The principal amount or commission described on the face hereof may include an Additional Fee* for special services rendered. Other charges may include commissions paid to affiliates of ETS, local taxes, transaction fees, and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated, the amounts provided with respect to principal, interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request.

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers.

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield; complete information will be provided upon request. With respect to a zero coupon issue, you will not receive periodic payments, and the securities may be callable at a price below maturity value. Furthermore, a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered.

For an asset-backed security (e.g., GMO, FNMA, FHLMC, or GMNA), the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield, including estimated yield, weighted average life, and prepayment assumptions, are available upon request.

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable; however, we cannot guarantee their accuracy. Securities for which a rating is not available will be marked "Not Rated." A withdrawn rating "WR" signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark-up or mark-down; both as a dollar and percentage value. The mark-up or mark-down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark-up or mark-down percentage value is calculated as the mark-up or mark-down dollar value divided by the PMP. Trades with a mark-up or mark-down value of "N/A" indicate a negative mark-up (i.e., the sale of the security was at a price lower than the PMP).

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control, be controlled by, or under common control with ETS (i.e., affiliated securities).

*Additional Fees may include a broker-assist fee, an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you.

**Type of Transaction**
(Market)

| | |
|---|---|
| 1. NYSE | 5. CBOE |
| 2. NYSE American | 6. Over-the-Counter |
| 3. Other US Registered Exchanges | 7. Underwriting |
| 4. Mutual Funds | 8. Foreign Exchange or Other |

(Capacity in which your broker is acting)
1,2,3,4,5,8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request.
7 As principal
9 As agent and as principal

If the symbol (*) appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof.

If the symbol (F) appears in the security description, it indicates that the security is "Foreign" and may be subject to interest equalization tax.

If the symbol (T) appears in the security description, an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS.

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service.

**LASHOUNIA E SANDERS**
**301 WALTER ST NW**
**ROME GA 30165-2369**

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market makers, including its affiliate Morgan Stanley & Co. LLC. ETS receives remuneration (generally in the form of per share cash payments or through profit-sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders, whether it will receive cash or non-cash payments for routing order flow, and reciprocal business arrangements.

Trades noted as "AVG PRICE SHOWN-DETAILS ON REQ" are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request.

**Structured Products**
Structured Products are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset.

Rev 04/21 S1237804

E*TRADE from Morgan Stanley



E*TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number:** XXXX-6301

**Account Name:**
LASHOUNIA E SANDERS

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/21/22 | 11/23/22 | 6 1 | MMAT | BUY | 23 | $2.1235 | Cash | PRINCIPAL | $48.84 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $48.84 |
| 11/21/22 | 11/23/22 | 6 1 | MMAT | BUY | 20 | $2.1747 | Cash | PRINCIPAL | $43.49 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $43.49 |

▲ DETACH HERE

LASHOUNIA E SANDERS
301 WALTER ST NW
ROME GA 30165-2369

DETACH HERE ▲

**Use This Deposit Slip Acct: XXXX-6301**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| TOTAL DEPOSIT | |

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

112120220001 900530463018


from Morgan Stanley

**Terms and Conditions**

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account, please email us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ("ETS"), Member SIPC and a business of Morgan Stanley. Your account is carried by ETS, which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s).

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is selected, it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel, prior to execution, will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.

If required payment or delivery of securities is not made by the settlement date, ETS may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expenses, losses, or other costs incurred.

Investments in securities are not guaranteed by ETS, are not insured by the FDIC, and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment.

The principal amount or commission described on the face hereof may include an Additional Fee* for special services rendered. Other charges may include commissions paid to affiliates of ETS, local taxes, transaction fees, and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated, the amounts provided with respect to principal, interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request.

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers.

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield; complete information will be provided upon request. With respect to a zero coupon issue, you will not receive periodic payments, and the securities may be callable at a price below maturity value. Furthermore, a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered.

For an asset-backed security (e.g., GMO, FNMA, FHLMC, or GMNA), the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield, including estimated yield, weighted average life, and prepayment assumptions, are available upon request.

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable; however, we cannot guarantee their accuracy. Securities for which a rating is not available will be marked "Not Rated." A withdrawn rating "WR" signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark-up or mark-down; both as a dollar and percentage value. The mark-up or mark-down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark-up or mark-down percentage value is calculated as the mark-up or mark-down dollar value divided by the PMP. Trades with a mark-up or mark-down value of "N/A" indicate a negative mark-up (i.e., the sale of the security was at a price lower than the PMP).

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control, be controlled by, or under common control with ETS (i.e., affiliated securities).

*Additional Fees may include a broker-assist fee, an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you.

Type of Transaction
(Market)

1. NYSE
2. NYSE American
3. Other US Registered Exchanges
4. Mutual Funds
5. CBOE
6. Over-the-Counter
7. Underwriting
8. Foreign Exchange or Other

(Capacity in which your broker is acting)
1,2,3,4,5,8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request.
7 As principal
9 As agent and as principal

If the symbol () appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof.
If the symbol (F) appears in the security description, it indicates that the security is "Foreign" and may be subject to interest equalization tax.
If the symbol (T) appears in the security description, an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS.

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service.

**LASHOUNIA E SANDERS**
**301 WALTER ST NW**
**ROME GA 30165-2369**

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market makers, including its affiliate Morgan Stanley & Co. LLC. ETS receives remuneration (generally in the form of per share cash payments or through profit-sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders, whether it will receive cash or non-cash payments for routing order flow, and reciprocal business arrangements.

Trades noted as "AVG PRICE SHOWN-DETAILS ON REQ" are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request.

**Structured Products**
Structured Products are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset.

Rev 04/21 S1237804





E*TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number:** XXXX-6301

**Account Name:**
LASHOUNIA E SANDERS

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/16/22 | 11/18/22 | 6 1 | MMAT | BUY | 121 | $1.80 | Cash | PRINCIPAL | $217.80 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $217.80 |

▲ DETACH HERE

DETACH HERE ▲

LASHOUNIA E SANDERS
301 WALTER ST NW
ROME GA 30165-2369

**Use This Deposit Slip Acct: XXXX-6301**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| TOTAL DEPOSIT | |

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

111620220001 900530463018



from Morgan Stanley

**Terms and Conditions**

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account, please email us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ("ETS"), Member SIPC and a business of Morgan Stanley. Your account is carried by ETS, which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s).

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is selected, it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel, prior to execution, will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.

If required payment or delivery of securities is not made by the settlement date, ETS may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expenses, losses, or other costs incurred.

Investments in securities are not guaranteed by ETS, are not insured by the FDIC, and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment.

The principal amount or commission described on the face hereof may include an Additional Fee* for special services rendered. Other charges may include commissions paid to affiliates of ETS, local taxes, transaction fees, and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated, the amounts provided with respect to principal, interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request.

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers.

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield; complete information will be provided upon request. With respect to a zero coupon issue, you will not receive periodic payments, and the securities may be callable at a price below maturity value. Furthermore, a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered.

For an asset-backed security (e.g., GMO, FNMA, FHLMC, or GMNA), the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield, including estimated yield, weighted average life, and prepayment assumptions, are available upon request.

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable; however, we cannot guarantee their accuracy. Securities for which a rating is not available will be marked "Not Rated." A withdrawn rating "WR" signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark-up or mark-down; both as a dollar and percentage value. The mark-up or mark-down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark-up or mark-down percentage value is calculated as the mark-up or mark-down dollar value divided by the PMP. Trades with a mark-up or mark-down value of "N/A" indicate a negative mark-up (i.e., the sale of the security was at a price lower than the PMP).

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control, be controlled by, or under common control with ETS (i.e., affiliated securities).

*Additional Fees may include a broker-assist fee, an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you.

**Type of Transaction**
(Market)

| | |
|---|---|
| 1. NYSE | 5. CBOE |
| 2. NYSE American | 6. Over-the-Counter |
| 3. Other US Registered Exchanges | 7. Underwriting |
| 4. Mutual Funds | 8. Foreign Exchange or Other |

(Capacity in which your broker is acting)
1,2,3,4,5,8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request.
7 As principal
9 As agent and as principal

If the symbol (*) appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof.
If the symbol (F) appears in the security description, it indicates that the security is "Foreign" and may be subject to interest equalization tax.
If the symbol (T) appears in the security description, an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS.

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service.

**LASHOUNIA E SANDERS**
**301 WALTER ST NW**
**ROME GA 30165-2369**

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market makers, including its affiliate Morgan Stanley & Co. LLC. ETS receives remuneration (generally in the form of per share cash payments or through profit-sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders, whether it will receive cash or non-cash payments for routing order flow, and reciprocal business arrangements.

Trades noted as "AVG PRICE SHOWN-DETAILS ON REQ" are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request.

**Structured Products**
Structured Products are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset.

Rev 04/21 S1237B04

E*TRADE
from Morgan Stanley



E*TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number:** XXXX-6301

**Account Name:**
LASHOUNIA E SANDERS

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/13/22 | 10/17/22 | 6 1 | MMAT | BUY | 250 | $1.12 | Cash | PRINCIPAL | $280.00 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $280.00 |

▲ DETACH HERE

LASHOUNIA E SANDERS
301 WALTER ST NW
ROME GA 30165-2369

DETACH HERE ▲

**Use This Deposit Slip** **Acct: XXXX-6301**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **TOTAL DEPOSIT** | |

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

101320220001 900530463018



from Morgan Stanley

**Terms and Conditions**

Please refer to the E*TRADE Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the E*TRADE Customer Agreement or your account, please email us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN THIS CONFIRMATION SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT IN WRITING WITHIN TWO (2) DAYS AFTER THE CONFIRMATION IS FIRST RECEIVED BY YOU. Securities products and services are offered by E*TRADE Securities LLC ("ETS"), Member SIPC and a business of Morgan Stanley. Your account is carried by ETS, which maintains your funds and securities deposited with ETS. An affiliate of ETS may act as a principal or agent in your transaction(s).

Applicable Rules and Regulations. All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's BrokerCheck Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

Securities held on your behalf at ETS or a central clearing facility but not registered in your name are commingled with identical securities held for other customers. In the event that securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. If your security is selected, it will be presented for redemption and your account credited with the proceeds. You have the right to withdraw uncalled, fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restriction.

The responsibility to cancel an existing open order rests with you. Any transaction that results from the execution of any orders that you have not instructed us to cancel, prior to execution, will be recorded in your account. Market orders are subject to immediate execution and are difficult to cancel.

If required payment or delivery of securities is not made by the settlement date, ETS may, at its option and without further notice, charge interest on the amount shown on the face hereof or cancel, sell out, or buy in the subject securities and charge your account for any expenses, losses, or other costs incurred.

Investments in securities are not guaranteed by ETS, are not insured by the FDIC, and will fluctuate with changes in market conditions. When selling a security, you may receive more or less than your original investment.

The principal amount or commission described on the face hereof may include an Additional Fee* for special services rendered. Other charges may include commissions paid to affiliates of ETS, local taxes, transaction fees, and exchange fees, among others. For customers who choose to convert from the currency in which the security or payment thereon is denominated, the amounts provided with respect to principal, interest, dividend and/or yield is subject to fluctuation or applicable foreign currency exchange rates and costs including a markup charged by ETS. Further details are available upon written request. The name of the party with whom this transaction was made and time of execution of the transaction will be furnished upon written request.

Securities purchased by you or held by ETS may be hypothecated and/or commingled with securities carried for other customers.

Call features for bonds may exist and such bonds can be redeemed in whole or in part before maturity and could affect the yield; complete information will be provided upon request. With respect to a zero coupon issue, you will not receive periodic payments, and the securities may be callable at a price below maturity value. Furthermore, a zero coupon issue that is callable and in bearer form may be called without notice by mail to you unless the issue is registered.

For an asset-backed security (e.g., GMO, FNMA, FHLMC, or GMNA), the actual yield may vary according to the rate at which the underlying assets or receivables are prepaid. Information concerning factors that affect yield, including estimated yield, weighted average life, and prepayment assumptions, are available upon request.

The ratings that appear in the description of some fixed-income securities have been obtained from rating services that we believe to be reliable; however, we cannot guarantee their accuracy. Securities for which a rating is not available will be marked "Not Rated." A withdrawn rating "WR" signifies the removal of a rating on either an obligation or issuer. Confirmations related to fixed income transactions may reflect a mark-up or mark-down; both as a dollar and percentage value. The mark-up or mark-down dollar value is calculated as the execution price less the prevailing market price (PMP) multiplied by the quantity. The mark-up or mark-down percentage value is calculated as the mark-up or mark-down dollar value divided by the PMP. Trades with a mark-up or mark-down value of "N/A" indicate a negative mark-up (i.e., the sale of the security was at a price lower than the PMP).

Final prospectus and/or offering documentation is available upon request in connection with your purchase of a security where the issuer is deemed to control, be controlled by, or under common control with ETS (i.e., affiliated securities).

*Additional Fees may include a broker-assist fee, an order handling fee and/or market center charges. ETS will charge a fee if you request to have certificates issued in your name and mailed to you.

**Type of Transaction**
(Market)
1. NYSE
2. NYSE American
3. Other US Registered Exchanges
4. Mutual Funds
5. CBOE
6. Over-the-Counter
7. Underwriting
8. Foreign Exchange or Other

(Capacity in which your broker is acting)
1,2,3,4,5,8 As agent
6 As agent for both buyer and seller. The commission charged to the party on the other side of the transaction will be furnished upon request.
7 As principal
9 As agent and as principal

If the symbol (') appears in the security description on the face hereof, the offering of the described security has been made solely by means of the prospectus relating thereto, a copy of which has been or will be delivered to you, the receipt of which is acknowledged by payment hereof.
If the symbol (F) appears in the security description, it indicates that the security is "Foreign" and may be subject to interest equalization tax.
If the symbol (T) appears in the security description, an officer or employee of ETS is a director of the issuer of the securities involved in this transaction. A control relationship may therefore exist between the issuer and ETS.

Please retain this confirmation for income tax purposes. Federal regulations require brokers to report proceeds from all transactions to the Internal Revenue Service.

**LASHOUNIA E SANDERS**
**301 WALTER ST NW**
**ROME GA 30165-2369**

**Payment for Order Flow Disclosure**
The SEC (as well as FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market makers, including its affiliate Morgan Stanley & Co. LLC. ETS receives remuneration (generally in the form of per share cash payments or through profit-sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS, absent instructions from you to the contrary, takes a number of factors into consideration in determining where to route customers' orders, including the speed of execution, price improvement opportunities (executions at prices superior to the then prevailing inside market), automatic execution guarantees, the availability of efficient and reliable order handling systems, the level of service provided, the cost of executing orders, whether it will receive cash or non-cash payments for routing order flow, and reciprocal business arrangements.

Trades noted as "AVG PRICE SHOWN-DETAILS ON REQ" are executed through an average price account. The price shown may represent an average of multiple executions or may represent a single execution at the price indicated. Details regarding trades done in an average price account are available upon request.

Structured Products
Structured Products are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset.

Rev 04/21 S1237804