NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| **Name of Debtor:** Meta Metarials Inc | **Case Number:** 24-50792-hlb | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   ARBO INC
   3224 Bordeaux Dr
   El Dorado Hills, CA 95762

   Telephone Number: (916) 777-0666

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only):
#2245

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   E*Trade

   Telephone Number: 800-503-9260    800-387-2331

3. Date Equity Interest was acquired:

   06/28/2021

4. Total amount of member interest: 86

5. Certificate number(s): 1

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☒ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** TRCH stock converted to 8549 MMAT stocks on 06/28/21. After multiple reverse splits resulted in 86 final shares without any transactions.

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.

☐ I am the interest holder.    ☒ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Gulsah Akcora
Title: CFO
Company:___ Address and telephone number (if different from notice address above):

(Signature) /s/ Akcora    (Date) 12/08/2024

Telephone number: 916-777-0666    email: gulsah@akcora.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# E*TRADE

**E*TRADE Securities**
**Investment Account**



Account Number: 3825-1200     Statement Period: May 1, 2021 - June 30, 2021     Account Type: CORPORATION - C CORPORATION

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 06/29/21 | Fee | REORG FEE REVERSAL(89102U103) REFID:21179101736119 | | 38.00 |
| **NET WITHDRAWALS & DEPOSITS** | | | | **$38.00** |

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 06/28/21 | META MATLS INC COMMON STOCK RESULT OF REVERSE SPLIT | MMAT | Reverse Splt | 8,549 | | | |
| 06/28/21 | TORCHLIGHT ENERGY RESOURCES INC MANDATORY REORG FEE CHARGED | 89102U103 | Fee | | | 38.00 | |
| 06/28/21 | TORCHLIGHT ENERGY RESOURCES INC REVERSE SPLIT @ 1:2 INTO 59134N104 | 89102U103 | Reverse Splt | -17,098 | | | |
| **TOTAL OTHER ACTIVITY** | | | | | | **$38.00** | |
| **NET OTHER ACTIVITY** | | | | | | **$38.00** | |

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY ( 0.0100% APY/0.0100%APY Earned as of 06/30/21)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 05/01/21 | | OPENING BALANCE | $140,256.77 |
| 05/26/21 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 1.15 |
| 06/08/21 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 6.19 |
| 06/10/21 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 171.92 |
| 06/28/21 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 1.27 |
| 06/30/21 | | CLOSING BALANCE | $140,437.30 |

PAGE 2 OF 3

# E✲TRADE
from Morgan Stanley

CLIENT STATEMENT | For the Period November 1-30, 2024

Page 6 of 8

## Account Detail

Self-Directed Brokerage Account
227-442245-201

ARBO INC

## STOCKS
### COMMON STOCKS

Morgan Stanley & Co. LLC (Morgan Stanley) and Morningstar, Inc.'s equity research ratings are shown for certain securities. These ratings represent the opinions of the research provider and are not representations or guarantees of performance. The applicable research report contains more information regarding the analyst's opinions, analysis, and rating, and you should read the entire research report and not infer its contents. For ease of comparison, Morgan Stanley and Morningstar, Inc.'s equity research ratings have been normalized to a 1 (Buy), 2 (Hold), and 3 (Sell). Refer to your June or December statement for a summary guide describing the ratings. We do not take responsibility for, nor guarantee the accuracy, completeness, or timeliness of research prepared for Morningstar, Inc.

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| AMAZON COM INC (AMZN) | | | | | | — | — |
| Rating: Morgan Stanley: 1, Morningstar: 2; Asset Class: Equities | | | | | | | |
| COINBASE GLOBAL INC CL A (COIN) | | | | | | — | — |
| Rating: Morningstar: 3; Asset Class: Equities | | | | | | | |
| CROWDSTRIKE HLDGS INC CL A (CRWD) | | | | | | — | — |
| Rating: Morgan Stanley: 1, Morningstar: 3; Asset Class: Equities | | | | | | | |
| META MATERIALS INC NEW (MMATQ) | 86.000 | 0.061 | 23,766.22 | 5.25 | (23,760.97) | — | — |
| Asset Class: Equities | | | | | | | |
| MICROSOFT CORP (MSFT) | | | | | | | |
| Rating: Morgan Stanley: 1; Morningstar: 1; Next Dividend Payable 12/12/24; Asset Class: Equities | | | | | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| STOCKS | 85.26% | | | | | | | |

### EXCHANGE-TRADED & CLOSED-END FUNDS

Estimated Annual Income for Exchange Traded Funds, is based upon historical distributions over the preceding 12-month period, while Estimated Annual Income for Closed End Funds may be based upon either (a) the most recent dividend or (b) sum of prior 12 months (depending upon whether there is an announced fixed rate). Current Yield is calculated by dividing the total Estimated Annual Income by the current Market Value of the position, and it is for informational purposes only. Distributions may consist of income, capital gains or the returns of capital distributions. EAI is based upon information provided by an outside vendor and is not verified by us. Depending upon market conditions, Current Yield may differ materially from published yields. Investors should refer to the Fund website for the most recent yield information.

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| GLOBAL X SILVER MINERS ETF (SIL) | | | | | | | |
| Next Dividend Payable 01/2025; Asset Class: Alt | | | | | | | |
| ISHARES SILVER SHARES (SLV) | | | | | | | |
| Asset Class: Alt | | | | | | | |
| VANECK GOLD MINERS ETF (GDX) | | | | | | | |
| Next Dividend Payable 12/2024; Asset Class: Alt | | | | | | | |