NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

Name of Debtor:
**META MATERIALS INC.**

Case Number: **24-50792-hlb**

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

**TIMOTHY HASTMAN
433 HARTFORD AVE.
WINNIPEG, MANITOBA
CANADA R2V 0W9**

Telephone Number: **204-960-2995**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
**665-90460-1-2  4AS**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
**RBC DIRECT INVESTING INC.**
Telephone Number: **800-769-2560**

3. **Date Equity Interest was acquired:**
**JUNE 29, 2021
REVERSE SPLIT EXCHANGE FROM TORCHLIGHT ENERGY RESOURCES TO META MATERIALS INC
1 FOR 2**

4. Total amount of member interest: **2300**

5. Certificate number(s): _____

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description:

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. **INCLUDED**
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent.  ☐ I am a guarantor, surety, endorser, or other codebtor.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **TIMOTHY HASTMAN**
Title: **INDIVIDUAL**
Company: Address and telephone number (if different from notice address above):

(Signature) **Tim Hastman**   (Date) **DEC 13, 2024**

Telephone number: **204-960-2995** email: **TIMCAMAROTIM@GMAIL.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

SEE PAGES
3, 4 & 5

**Order Execution Only**    **JUNE 30**
**Cdn. Dollar Statement**    **2021**
Page 1 of  6

Your Account Number:   665-90460-1-2 4HS

TIMOTHY HASTMAN
433 HARTFORD AVE
WINNIPEG MB  R2V 0W9

Date of Last Statement:   MAY  31, 2021

## RBC Direct Investing Inc.
**Local Calls:**
RC-MANITOBA
800-769-2560

**Postal Address:**
200 Bay Street
P.O. Box 75
Toronto, ON
M5J 2Z5

## For Your Information
Have you checked out the new Trading Dashboard? We built it based on feedback from clients, and we will continue to evolve it to elevate your trading experience. Featuring customizable charts and data, the Trading Dashboard is designed to let you control how you monitor and trade. Experience the power of the new RBC Direct Investing Trading Dashboard today!

## Asset Summary

| | MARKET VALUE AT JUNE 30 | % |
|---|---|---|
| Cash | $13,294.95 | 3.81 % |
| Fixed Income | $0.00 | 0.00 % |
| Preferred Shares | $0.00 | 0.00 % |
| Common Shares | $48,153.47 | 13.80 % |
| Mutual Funds | $0.00 | 0.00 % |
| Foreign Securities | $287,496.13 | 82.39 % |
| Other | $0.00 | 0.00 % |
| **Total on JUNE 30** | **$348,944.55** | 100.00 % |
| Total on MAY 31 | $304,362.78 | |

## Income Summary

| | THIS MONTH | YEAR-TO-DATE |
|---|---|---|
| Dividends | $61.48 | $517.27 |
| Interest | $0.00 | $0.00 |
| **Total Income** | **$61.48** | **$517.27** |

## Cash Balance

| ACCOUNT TYPE | OPENING BALANCE AT MAY 31 | CLOSING BALANCE AT JUNE 30 |
|---|---|---|
| Cash | $948.79 | $13,294.95 |

- CONTINUED ON NEXT PAGE -



Member-Canadian Investor Protection Fund

**Order Execution Only**   **JUNE 30**
**Cdn. Dollar Statement**   **2021**

Your Account Number:    665-90460-1-2    2 of   6

## Asset Review

( Exchange rate 1USD = 1.23935 CAD as of JUNE 30, 2021 )

| SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|

### Common Shares

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| 1LION ELEC CO COM | LEV | 245 245 | 24.210 | 5,501.55 | $5,931.45 |
| 1PLANET 13 HOLDINGS INC COMMON | PLTH | 1,750 1,750 | 8.800 | 8,040.25 | $15,400.00 |
| 1RIOCAN REAL ESTATE INVESTMENT TRUST UNITS | REI.UN | 380 380 | 22.080 | 5,979.90 | $8,390.40 |
| 1ROYAL BANK OF CANADA | RY | 118 118 | 125.590 | 10,018.89 | $14,819.62 |
| 1TITAN MEDICAL INC COM NEW | TMD | 1,720 1,720 | 2.100 | 4,997.95 | $3,612.00 |
| Total Value of Common Shares | | | | 34,538.54 | $48,153.47 |

### Foreign Securities

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| 1ALPHABET INC CLASS C CAPITAL STOCK | GOOG | 3 3 | 3108.036 | 6,234.74 | $9,324.11 |
| 1ALUSSA ENERGY ACQUISITION CORP CLASS A ORDINARY SHARES | ALUS | 400 400 | 12.289 | 6,615.18 | $4,915.60 |
| 1ARTIFICIAL INTELLIGENCE TECHNOLOGY SOLUTIONS | AITX | 50,000 50,000 | 0.073 | 678.63 | $3,650.00 |
| 1APPLE INC | AAPL | 12 12 | 169.841 | 1,844.30 | $2,038.09 |
| 1BURGERFI INTERNATIONAL INC COMMON STOCK | BFI | 350 350 | 12.401 | 5,741.73 | $4,340.35 |
| 1CHURCHILL CAPITAL CORP IV CLASS A COMMON STOCK | CCIV | 308 308 | 35.739 | 6,830.51 | $11,007.61 |
| 1CONTEXTLOGIC INC CLASS A COMMON STOCK | WISH | 450 450 | 16.332 | 7,438.07 | $7,349.40 |
| 1CANOO INC CLASS A COMMON STOCK | GOEV | 800 800 | 12.326 | 11,748.62 | $9,860.80 |
| 1COMSOVEREIGN HOLDING CORP COMMON STOCK | COMS | 1,000 1,000 | 2.877 | 6,441.55 | $2,877.00 |
| 1CLOVER HEALTH INVESTMENTS CORP CLASS A COMMON STOCK | CLOV | 1,500 1,500 | 16.518 | 24,489.13 | $24,777.00 |
| 1CHARGEPOINT HOLDINGS INC CLASS A COMMON STOCK | CHPT | 170 170 | 43.080 | 6,319.73 | $7,323.60 |
| 1COINBASE GLOBAL INC CLASS A COMMON STOCK | COIN | 19 19 | 314.112 | 7,037.29 | $5,968.13 |
| 1DROPBOX INC CLASS A COMMON STOCK | DBX | 311 311 | 37.587 | 8,642.26 | $11,689.56 |
| 1ELINE ENTERTAINMENT GROUP INC COM PAR $0.001 | EEGI | 1,057,000 1,057,000 | 0.004 | 8,107.31 | $4,333.70 |

- CONTINUED ON NEXT PAGE -

**Order Execution Only**      **JUNE 30**
**Cdn. Dollar Statement**      **2021**

Your Account Number:      665-90460-1-2      3 of   6

## Asset Review

( Exchange rate 1USD = 1.23935 CAD as of JUNE 30, 2021 )

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| 1FACEBOOK INC CL A | FB | 14 14 | 431.188 | 4,755.81 | $6,036.63 |
| 1GOLDEN NUGGET ONLINE GAMING INC CLASS A COMMON STOCK | GNOG | 450 450 | 15.823 | 10,149.82 | $7,120.35 |
| 1GENESIS PARK ACQUISITION CORP CLASS A ORDINARY SHARES | GNPK | 300 300 | 12.785 | 4,029.62 | $3,835.50 |
| 1GENIUS SPORTS LIMITED ORDINARY SHARES | GENI | 400 400 | 23.276 | 8,827.23 | $9,310.40 |
| 1ISHARES SILVER SHARES | SLV | 180 180 | 30.035 | 6,486.42 | $5,406.30 |
| 1ITERUM THERAPEUTICS PLC ORDINARY SHARE | ITRM | 5,500 5,500 | 2.865 | 14,035.29 | $15,757.50 |
| 1HYLIION HOLDINGS CORP COMMON STOCK | HYLN | 670 670 | 14.447 | 12,362.35 | $9,679.49 |
| 1KRONOS ADVANCED TECHNOLOGIES INC | KNOS | 17,400 17,400 | 0.070 | 4,046.18 | $1,228.44 |
| 1LORDSTOWN MOTORS CORP CLASS A COMMON STOCK | RIDE | 400 400 | 13.715 | 7,501.30 | $5,486.00 |
| 1MP MATERIALS CORP CLASS A COMMON STOCK | MP | 150 150 | 45.709 | 6,105.21 | $6,856.35 |
| 1META MATLS INC COMMON STOCK | MMAT | 2,300 2,300 | 9.288 | 23,129.63 | $21,362.40 |
| 1NORDIC AMERICAN TANKERS LIMITED | NAT | 2,500 2,500 | 4.067 | 20,385.64 | $10,167.50 |
| 1NETFLIX COM INC | NFLX | 7 7 | 655.022 | 4,991.75 | $4,585.15 |
| 1OPTEC INTERNATIONAL INC COMMON STOCK | OPTI | 25,555 25,555 | 0.073 | 5,148.85 | $1,865.52 |
| 1SPARTAN ACQUISITION CORP II CLASS A COMMON STOCK | SPRQ | 585 585 | 12.388 | 9,600.73 | $7,246.98 |
| 1TILRAY INC CLASS 2 COMMON STOCK | TLRY | 385 385 | 22.380 | 4,347.65 | $8,616.30 |
| 1TATTOOED CHEF INC CLASS A COMMON STOCK | TTCF | 1,200 1,200 | 26.600 | 33,752.66 | $31,920.00 |
| 1VIPER NETWORKS INC | VPER | 719,500 719,500 | 0.014 | 28,009.14 | $10,576.65 |
| 1WHITING PETROLEUM CORPORATION COMMON STOCK | WLL | 46 46 | 67.646 | 1,680.84 | $3,111.72 |
| 1ZYNERBA PHARMACEUTICALS INC COM | ZYNE | 1,200 1,200 | 6.560 | 10,569.57 | $7,872.00 |
| Total Value of Foreign Securities | | | | 328,084.74 | $287,496.13 |

| | | | | | |
|---|---|---|---|---|---|
| Total Value of All Securities | | | | 362,623.28 | $335,649.60 |

- CONTINUED ON NEXT PAGE -

**Order Execution Only**  **JUNE 30**
**Cdn. Dollar Statement**  **2021**

Your Account Number:    665-90460-1-2    4 of  6

## Account Activity

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE \RATE | DEBIT | CREDIT |
|------|----------|-------------|----------|-------------|-------|--------|
| | | Opening Balance (MAY 31, 2021) | | | | $948.79 |
| 1 JUNE 07 | | RIOCAN REAL ESTATE | | 0.08 | | 30.40 |
| | | INVESTMENT TRUST UNITS | | | | |
| | | DIST  ON  380 SHS | | | | |
| | | REC 05/31/21 PAY 06/07/21 | | | | |
| 9 1 JUNE 10 | SOLD | CLOVER HEALTH INVESTMENTS CORP | 750– | 20.69 | | 18,523.76 |
| | | CLASS A COMMON STOCK | | | | |
| | | UNSOLICITED | | | | |
| | | AVG PRICE SHOWN-DETAILS ON REQ | | | | |
| | | CA | | | | |
| | | EXCHANGE RATE    1.19450000 | | | | |
| 9 1 JUNE 16 | SOLD | UPWORK INC | 144– | 50.694 | | 8,731.19 |
| | | COMMON STOCK | | | | |
| | | UNSOLICITED | | | | |
| | | CA | | | | |
| | | EXCHANGE RATE    1.19770000 | | | | |
| 1 JUNE 18 | DIVIDEND | NORDIC AMERICAN TANKERS | | 0.02 | | 61.48 |
| | | LIMITED | | | | |
| | | CASH DIV ON  2500 SHS | | | | |
| | | REC 06/04/21 PAY 06/18/21 | | | | |
| 9 1 JUNE 21 | BOUGHT | TORCHLIGHT ENERGY RESOURCES | 1,200 | 5.027 | 7,562.60 | |
| | | INC | | | | |
| | | UNSOLICITED | | | | |
| | | DA | | | | |
| | | EXCHANGE RATE    1.25140000 | | | | |
| 9 1 JUNE 28 | BOUGHT | CONTEXTLOGIC INC | 150 | 12.818 | 2,415.43 | |
| | | CLASS A COMMON STOCK | | | | |
| | | UNSOLICITED | | | | |
| | | DA | | | | |
| | | EXCHANGE RATE    1.24980000 | | | | |
| 9 1 JUNE 28 | BOUGHT | CONTEXTLOGIC INC | 300 | 13.396 | 5,022.64 | |
| | | CLASS A COMMON STOCK | | | | |
| | | UNSOLICITED | | | | |
| | | DA | | | | |
| | | EXCHANGE RATE    1.24670000 | | | | |
| 1 JUNE 29 | EXCHANGE | META MATLS INC | 2,300 | | | |
| | | COMMON STOCK | | | | |
| | | RESULT OF REVERSE SPLIT | | | | |

- CONTINUED ON NEXT PAGE -

**Order Execution Only**       **JUNE 30**
**Cdn. Dollar Statement**       **2021**

Your Account Number:       665-90460-1-2       5 of   6

## Account Activity

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE \RATE | DEBIT | CREDIT |
|------|----------|-------------|----------|-------------|-------|--------|
| JUNE 29 | EXCHANGE | TORCHLIGHT ENERGY RESOURCES INC<br>TO META MATERIALS INC<br>1 FOR 2 | 4,600– | | | |
| 45 | | Closing Balance (JUNE 30, 2021) | | | | $13,294.95 |

## Trades For Future Settlement

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|------|----------|-------------|----------|-------|--------|
| JULY 02 | BOUGHT | CONTEXTLOGIC INC<br>CLASS A COMMON STOCK | 100 | 13.180 | 1,669.10– |

| Order Execution Only | **JUNE 30** |
|---|---|
| **Cdn. Dollar Statement** | **2021** |

Your Account Number:    665-90460-1-2    6 of    6

**FOOTNOTES** * - Indicates fully paid for securities registered in your name and held by us on your behalf.

    # - Part or all of the Book Cost for this security was obtained from a source other than RBC Direct Investing. As such, RBC Direct Investing is not responsible for the completeness or accuracy of the information provided.

    ¹ - Includes accrued interest.

    ² - Part of or all of the Book Cost on this security position is unknown resulting in the use of market value. The market value applied was September 30, 2015 or later, depending on the transaction activity for this security position. Please contact us to update the statement records.

    ³ - The Book Cost of this security is temporarily unavailable due to a pending corporate event. Please contact us for additional information.

    ¤ - The Book Cost of this security cannot be determined. Please contact us for additional information.

    *** - Converted U.S. dollar contributions or withdrawals are included in your plan summary.

    - This security may be subject to a deferred sales charge at the time that it is sold.

    - There is no active market for this security so its market value has been estimated.

- We may facilitate trades in securities of related issuers and connected issuers of the firm in your account. For a list of such related issuers and connected issuers, refer to the following website: www.rbc.com/issuers-disclosures or contact us.
- Please be advised that if you have set-up an Automatic Investment Plan ("AIP") to purchase one or more mutual funds, you will not receive a copy of the respective Fund Facts when you subsequently purchase securities of the applicable Fund under your AIP. You may at any time request to receive, at no cost to you, the most recently filed Fund Facts by sending us a secure message through the online investing site's Message Centre or by calling or writing to us at the coordinates below. The most recently filed Fund Facts may also be found by visiting either www.sedar.com or the website of the applicable Mutual Fund Manager.
- Market price and Book Cost represent currently available prices. Some securities in your portfolio may not be priced because data was unavailable. Market prices and Book Costs shown are obtained from sources we believe are reliable but we do not guarantee their accuracy.
- In cases where securities in your portfolio display a Market Price of 'UNPRICED', the current market value is not determinable.
- Unless otherwise advised, the Book Cost means: In the case of a long security position, the total amount paid for the security, including any transaction charges related to the purchase, adjusted for reinvested distributions, returns of capital and corporate actions; or In the case of a short security position, the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distributions (other than dividends), returns of capital and corporate actions. Where a book cost is not available on a security position; market value will be used to calculate the book cost.
- Fully paid securities are segregated on the records of our custodian and cannot be used in the normal course of our business. Any free credit balance for non-registered accounts represents funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the normal course of our business.
- A copy of our most recent summary of financial position, a list of directors and senior officers and certain additional information about us including information about commissions, fees and administrative proceedings that may relate to the firm or our staff are available for your personal inspection at our office, or a copy will be mailed to you upon written request.
- Customers accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of the coverage is available upon request.
- Income derived from mutual funds will be included on a T5 or T3 that will be issued by each mutual fund management company. As such, this income is not reported in the "Income Summary" of your account statement.
- With the exception of registered plans, Canadian Income Tax regulations require RBC Direct Investing Inc. to disclose to Canada Revenue Agency on a yearly basis transactions involving the sale, redemption or maturity of securities. Such transactions must be reported on your Annual Income Tax return. This statement should be retained with your Income Tax records as evidence of disposition.
- We or our affiliate act as principal on foreign currency conversions and fixed income transactions and apply discretionary currency conversion rates. The foreign currency conversion rate shown on the confirmation statement includes our or our affiliates' spread-based revenues for performing this function. Spread means the difference between the rate we or our affiliates obtain and the rate you receive.
- RBC Direct Investing Inc. may obtain trade execution and certain other services for client accounts from RBC Dominion Securities Inc.
- Please note that the following security description abbreviations may appear on your statement : NON VTG for non-voting shares; RES VTG for restricted voting shares; SUB VTG for subordinate voting shares; DSC for securities which may be subject to a deferred sales charge; LL, LL2, LL3 or LL4 for securities which may be subject to a low load deferred sales charge.
- RBC Direct Investing Inc. and Royal Bank of Canada are separate corporate entities which are affiliated. RBC Direct Investing Inc. is a wholly owned subsidiary of Royal Bank of Canada and is a member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund. Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc. RBC Direct Investing Inc. does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions. RBC Direct Investing is a business name used by RBC Direct Investing Inc. ® ™Trademark(s) of Royal Bank of Canada. RBC and Royal Bank are registered trademarks of Royal Bank of Canada. Used under licence. © Royal Bank 2016. All rights reserved.
- Please note that RBC Direct Investing Inc.'s trade execution, trade settlement and custody of securities are handled by RBC Dominion Securities Inc., an affiliated company.

If you have a service request or a question about the details of your statement, please contact RBC Direct Investing at 1-800-769-2560 or write to us at:

| 200 Bay Street | GST/HST # R122780893 |
|---|---|
| P.O. Box 75 | QST # R122780893 |
| Toronto, ON | |
| M5J 2Z5 | www.rbcdirectinvesting.com |

Please check this Account Statement without delay and advise us of any error or omission within 30 days of the statement date.