NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials, Inc. | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Renee Jodie Murray
   4003 Buffalo Rd
   Newark, N.Y. 14513

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 16 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

   Telephone Number: 315 398 0326

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
**238-850173-1 & 5517-4256**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   Renee Jodie Murray - Charles Schwab & Co., Inc. - Omaha Operations Center - P O Box 2339 - Omaha NE 68103
   Telephone Number: 888-403-9000

3. Date Equity Interest was acquired:
   10/18/2021 - 8/15/2024
   See Attatched Documentation

4. Total amount of member interest: Estimated loss of $1219.33

5. Certificate number(s): SEE ATTACHED DOCUMENTAION

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Renee Jodie Murray
   Title:
   Company:___ Address and telephone number (if different from notice address above):

   (Signature) *Renee Murray*    (Date) 10/DEC/2024

   Telephone number: 315 389 0326   email: mrs.renee.murray@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Sheet1

**Proof of Interest Supplimental Information**
**Case: 24-50792, Meta Materials, Inc.**
**For: Renee Murray**

Broker: TD Ameritrade
Account #: 238-850173-1
Broker: Charles Schwab
Account #: 5517-4256 (see NOTES)

| Date | Transaction Type | Share amount | Puchase Price | Sale Price | NOTES |
|---|---|---|---|---|---|
| 10/18/21 | BOUGHT | 379 | $1,904.48 | | TD Ameritrade Account #: 238-850173-1 $1904.48 Invested |
| 10/18/21 | SOLD | 379 | | $1,874.10 | $18.10 Invested |
| 11/16/21 | BOUGHT | 1 | $4.40 | | |
| 11/16/21 | BOUGHT | 763 | $1,190.28 | | |
| 10/19/23 | BOUGHT | 10 | $1.96 | | |
| 01/17/24 | BOUGHT | 1 | $1.05 | | NOTE: At this time the TD Ameritrade account had been absorbed by Charles Schwab & Co., Inc. New account #: 5517 - 4256 |
| 01/24/24 | BOUGHT | 1 | $1.45 | | |
| 01/26/24 | BOUGHT | 49 | $2.54 | | $1219.78 Invested |
| 08/15/24 | SOLD | 1 | | $0.67 | NOTE: Only 1 share left after 1:100 reverse split. $1219.11 LOST |

**Proof of Interest Supplimental Information**
**Case: 24-50792, Meta Materials, Inc.**
**For: Renee Murray**

Broker: Charles Schwab & Co., Inc.
Account #: 256-164503-1

| Date | Transaction Type | Share amount | Puchase Price | Sale Price | NOTES |
|---|---|---|---|---|---|

Sheet1

| | | | | | |
|---|---|---|---|---|---|
| 08/15/23 | BOUGHT | 1 | $0.22 | | Share dissapeared during 1:100 reverese split<br>Total loss: $0.22 |



PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

RENEE MURRAY ROLLOVER IRA TD
AMERITRADE CLEARING, CUSTODIAN
4003 BUFFALO RD
NEWARK NY 14513-9319



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 238-850173-1 | | 38082931178 | A | TD AMERITRADE | | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| YOU BOUGHT | 379 | 59134N104 | 5.025 | 1,904.48 | | 0.00 |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | | NET AMOUNT |
| | 10/18/2021 | 10/20/2021 | | 0.00 | | 1,904.48 |

| TRADE DESCRIPTION | | | | SYMBOL | | |
|---|---|---|---|---|---|---|
| META MATERIALS INC COM | | | | MMAT | | |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 238-850173-1 | | 38085626520 | A | TD AMERITRADE | | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| YOU SOLD | 379 | 59134N104 | 4.945 | 1,874.16 | | 0.06 |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | | NET AMOUNT |
| | 10/18/2021 | 10/20/2021 | | 0.00 | | 1,874.10 |

| TRADE DESCRIPTION | | | | SYMBOL | | |
|---|---|---|---|---|---|---|
| META MATERIALS INC COM | | | | MMAT | | |

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.



**Confirmation Notice**
**Account 238-850173**
Page 2 of 2

| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | | |
|---|---|---|---|---|
| 1. Cash | 2. Margin Long | A= Agent    C= Cross Trade    P= Principal    R= Riskless Principal | | |
| 3. Margin Short | 4. Income | Prime Broker if provided (contact the executing broker for further details) | | |
| 5. Withholding | 6. Special | 3= Agent for person other than customer | 4= Agent for both customer and another person | 5= Principal for some executions and agent for other |
| | | 6= Acts as both principal and agent | 7= Acts as principal, agent and agent for another person | 8= Crossing as agent |
| | | 9= Crossing as principal | | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the net amount due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction. In the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.



PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

RENEE MURRAY ROLLOVER IRA TD
AMERITRADE CLEARING, CUSTODIAN
4003 BUFFALO RD
NEWARK NY 14513-9319



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE |
|---|---|---|---|---|
| 238-850173-1 | | 38759273747 | A | TD AMERITRADE |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 1 | 59134N104 | 4.3999 | 4.40 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 11/16/2021 | 11/18/2021 | | 0.00 | 4.40 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC COM | MMAT |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE |
|---|---|---|---|---|
| 238-850173-1 | | 38759297714 | A | TD AMERITRADE |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 763 | 59134N203 | 1.56 | 1,190.28 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 11/16/2021 | 11/18/2021 | | 6.95 | 1,197.23 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC PFD | MMTLP |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.



**Confirmation Notice**
**Account 238-850173**
Page 2 of 2

| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | | |
|---|---|---|---|---|
| 1. Cash | 2. Margin Long | A= Agent    C= Cross Trade    P= Principal    R= Riskless Principal | | |
| 3. Margin Short | 4. Income | Prime Broker if provided (contact the executing broker for further details) | | |
| 5. Withholding | 6. Special | 3= Agent for person other than customer | 4= Agent for both customer and another person | 5= Principal for some executions and agent for other |
| | | 6= Acts as both principal and agent | 7= Acts as principal, agent and agent for another person | 8= Crossing as agent |
| | | 9= Crossing as principal | | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the net amount due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction. In the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.



PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

RENEE MURRAY ROLLOVER IRA TD
AMERITRADE CLEARING, CUSTODIAN
4003 BUFFALO RD
NEWARK NY 14513-9319



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 238-850173-1 | | 56458497913 | A | TD AMERITRADE | | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| YOU BOUGHT | 10 | 59134N104 | .196 | 1.96 | | 0.00 |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT | |
| | 10/19/2023 | 10/23/2023 | | 0.00 | 1.96 | |
| TRADE DESCRIPTION | | | SYMBOL | | | |
| META MATERIALS INC COM | | | MMAT | | | |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



**Confirmation Notice**
**Account 238-850173**
Page 2 of 2

| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | |
|---|---|---|---|
| 1. Cash | 2. Margin Long | A= Agent   C= Cross Trade   P= Principal   R= Riskless Principal | |
| 3. Margin Short | 4. Income | Prime Broker if provided (contact the executing broker for further details) | |
| 5. Withholding | 6. Special | 3= Agent for person other than customer   4= Agent for both customer and another person | 5= Principal for some executions and agent for other |
| | | 6= Acts as both principal and agent   7= Acts as principal, agent and agent for another person | 8= Crossing as agent |
| | | 9= Crossing as principal | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:
1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the net amount due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.

**charles SCHWAB**

Individual Retirement Account of

RENEE JODIE MURRAY
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

Account Number
5517-4256

Trade Confirmation
January 17, 2024

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 1 | ($1.05) | $0.00 | $0.00 | ($1.05) |

| Settle Date | Action | Symbol/CUSIP | Description | Quantity | Price($) | Principal($) | Charges/Interest($) | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 01/19 | Purchase | MMAT 59134N104 | META MATLS INC | 15 | 0.07 | 1.05 | | 1.05 | F2, A1 |

## Disclosures

A1  Schwab acted as your agent.

F2  Payment Type: Cash.

See "Disclosures" section for an explanation of the disclosure codes and symbols on this document.



## Individual Retirement Account of

RENEE JODIE MURRAY
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

Account Number
5517-4256

Trade Confirmation
January 17, 2024

## Terms & Conditions

It is agreed between Charles Schwab & Co., Inc. ("Schwab") and the customer: (1) If you find any errors or omissions on this trade confirmation, please call Schwab immediately using any of the appropriate phone numbers listed above. To protect your rights, you must also notify us in writing. You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation. This confirmation will be deemed conclusive after 10 days. Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error. (2) All transactions are subject to the rules, regulations, requirements and customs of the Federal Reserve Board, the exchange or market (and its clearing agency, if any) where executed, any association whose rules and regulations govern transactions in said market, and your account agreement(s) with Schwab. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to the transaction. Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA, corporate or trustee account. (3) Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers. (4) Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date. We reserve the right to liquidate securities or otherwise cover a position without notice at any time, including prior to settlement date, when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm. You will be held responsible for any resulting loss. (5) Mutual Fund Transaction Fees shown on this confirmation, if applicable, are charged by Schwab. You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee. Please consult the prospectus for information about any other fees which a fund might charge. (6) Call features, in addition to any identified on the face hereof, may exist for certain common stocks, preferred stocks and bonds that could affect yield. For additional information or questions, contact Schwab using any of the appropriate numbers listed above. Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers. In the event securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. Should your security be so selected, it will be presented for redemption and your account credited with the proceeds. Clients have the right to withdraw uncalled, fully paid securities at any time prior to a partial call, and also to withdraw excess margin securities not subject to restrictions. (7) Schwab received remuneration from the broker-dealer or market center through which the transaction was executed. The nature and source of which such remuneration may vary and will be disclosed to you upon written request. (8) If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ("CSC") or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC. (9) Additional Load Fund Breakpoint Information: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations. Please refer to the prospectus or Statement of Additional Information. If you need additional assistance please contact your Schwab investment professional or financial advisor. (10) Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares, and/or fees charged for certain fixed income securities transactions. (11) To obtain electronic copies of notices, offering documents, and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE") and Federal Agency securities, visit the following web sites: Federal Farm Credit Bank (FFCB): http://www.farmcredit-ffcb.com ; Federal Home Loan Bank (FHLB): http://www.fhlb-of.com ; Federal Home Loan Mortgage Corporation (FHLMC): For debt securities: http://www.freddiemac.com/debt , for mortgage securities: http://www.freddiemac.com/mbs ; Federal National Mortgage Association (FNMA): http://www.fanniemae.com ; Government National Mortgage Association (GNMA): http://www.ginniemae.gov. (12) To request a paper copy of an offering document, official statement, or final prospectus, call 888-835-8846. (13) For asset-backed securities, which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be furnished upon request. (14) If this transaction involves a zero-coupon security, no periodic interest payments will be made and, if the security is callable, it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder, unless registered. (0122-11MT)

## Manage Your Account

If you have questions about this report, please contact Schwab at 1-800-435-4000.

RENEE JODIE MURRAY
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
4003 BUFFALO RD
NEWARK NY      14513-9319

01/17-00000-DC51B091 *

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105. Telephone: 1-800-435-4000.    www.schwab.com.
©2023 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Custodial and brokerage services provided by Charles Schwab & Co., Inc. CSA 04726 (0314-0082)

# charles SCHWAB

## Individual Retirement Account of

RENEE JODIE MURRAY
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

Account Number: 5517-4256

Trade Confirmation
January 24, 2024

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 1 | ($1.45) | $0.00 | $0.00 | ($1.45) |

| Settle Date | Action | Symbol/CUSIP | Description | Quantity | Price($) | Principal($) | Charges/Interest($) | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 01/26 | Purchase | MMAT 59134N104 | META MATLS INC | 25 | 0.058 | 1.45 | | 1.45 | F2, A1 |

## Disclosures

A1  Schwab acted as your agent.

F2  Payment Type: Cash.

See "Disclosures" section for an explanation of the disclosure codes and symbols on this document.

2 of 2



Individual Retirement Account of

RENEE JODIE MURRAY
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

Account Number
5517-4256

Trade Confirmation
January 24, 2024

## Terms & Conditions

It is agreed between Charles Schwab & Co., Inc. ("Schwab") and the customer: (1) If you find any errors or omissions on this trade confirmation, please call Schwab immediately using any of the appropriate phone numbers listed above. To protect your rights, you must also notify us in writing. You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation. This confirmation will be deemed conclusive after 10 days. Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error. (2) All transactions are subject to the rules, regulations, requirements and customs of the Federal Reserve Board, the exchange or market (and its clearing agency, if any) where executed, any association whose rules and regulations govern transactions in said market, and your account agreement(s) with Schwab. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to the transaction. Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA, corporate or trustee account. (3) Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers. (4) Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date. We reserve the right to liquidate securities or otherwise cover a position without notice at any time, including prior to settlement date, when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm. You will be held responsible for any resulting loss. (5) Mutual Fund Transaction Fees shown on this confirmation, if applicable, are charged by Schwab. You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee. Please consult the prospectus for information about any other fees which a fund might charge. (6) Call features, in addition to any identified on the face hereof, may exist for certain common stocks, preferred stocks and bonds that could affect yield. For additional information or questions, contact Schwab using any of the appropriate numbers listed above. Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers. In the event securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. Should your security be so selected, it will be presented for redemption and your account credited with the proceeds. Clients have the right to withdraw uncalled, fully paid securities at any time prior to a partial call, and also to withdraw excess margin securities not subject to restrictions. (7) Schwab received remuneration from the broker-dealer or market center through which the transaction was executed. The nature and source of which such remuneration may vary and will be disclosed to you upon written request. (8) If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ("CSC") or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC. (9) Additional Load Fund Breakpoint Information: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations. Please refer to the prospectus or Statement of Additional Information. If you need additional assistance please contact your Schwab investment professional or financial advisor. (10) Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares, and/or fees charged for certain fixed income securities transactions. (11) To obtain electronic copies of notices, offering documents, and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE") and Federal Agency securities, visit the following web sites: Federal Farm Credit Bank (FFCB): http://www.farmcredit-ffcb.com; Federal Home Loan Bank (FHLB): http://www.fhlb-of.com; Federal Home Loan Mortgage Corporation (FHLMC): For debt securities: http://www.freddiemac.com/debt, for mortgage securities: http://www.freddiemac.com/mbs; Federal National Mortgage Association (FNMA): http://www.fanniemae.com; Government National Mortgage Association (GNMA): http://www.ginniemae.gov. (12) To request a paper copy of an offering document, official statement, or final prospectus, call 888-835-8846. (13) For asset-backed securities, which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be furnished upon request. (14) If this transaction involves a zero-coupon security, no periodic interest payments will be made and, if the security is callable, it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder, unless registered. (0122-11MT)

**Manage Your Account**

If you have questions about this report, please contact Schwab at 1-800-435-4000.

RENEE JODIE MURRAY
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
4003 BUFFALO RD
NEWARK NY        14513-9319

01/24-00000-DC585091 *



## Individual Retirement Account of

RENEE JODIE MURRAY
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

Account Number
5517-4256

Trade Confirmation
January 26, 2024

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 2 | ($7.75) | $2.55 | $0.01 | ($5.21) |

| Settle Date | Action | Symbol/CUSIP | Description | Quantity | Price($) | Principal($) | Exchange Processing Fee | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 01/30 | Sale | MMAT 59134N104 | META MATLS INC | 49 | 0.052 | 2.55 | 0.01 | 2.54 | A5, F2, G1, C2 |




## Disclosures

A5  Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.

C2  The cost basis method requested was FIFO. Please view the cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.

A1  Schwab acted as your agent.

G1  The unit price shown is an average price. Details regarding actual prices on the individual transactions are available upon request. Schwab acted as your agent.

F2  Payment Type: Cash.

See "Disclosures" section for an explanation of the disclosure codes and symbols on this document.

2 of 2



## Individual Retirement Account of

RENEE JODIE MURRAY
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

Account Number
5517-4256

Trade Confirmation
January 26, 2024

## Terms & Conditions

It is agreed between Charles Schwab & Co., Inc. ("Schwab") and the customer: (1) If you find any errors or omissions on this trade confirmation, please call Schwab immediately using any of the appropriate phone numbers listed above. To protect your rights, you must also notify us in writing. You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation. This confirmation will be deemed conclusive after 10 days. Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error. (2) All transactions are subject to the rules, regulations, requirements and customs of the Federal Reserve Board, the exchange or market (and its clearing agency, if any) where executed, any association whose rules and regulations govern transactions in said market, and your account agreement(s) with Schwab. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to the transaction. Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA, corporate or trustee account. (3) Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers. (4) Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date. We reserve the right to liquidate securities or otherwise cover a position without notice at any time, including prior to settlement date, when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm. You will be held responsible for any resulting loss. (5) Mutual Fund Transaction Fees shown on this confirmation, if applicable, are charged by Schwab. You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee. Please consult the prospectus for information about any other fees which a fund might charge. (6) Call features, in addition to any identified on the face hereof, may exist for certain common stocks, preferred stocks and bonds that could affect yield. For additional information or questions, contact Schwab using any of the appropriate numbers listed above. Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers. In the event securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. Should your security be so selected, it will be presented for redemption and your account credited with the proceeds. Clients have the right to withdraw uncalled, fully paid securities at any time prior to a partial call, and also to withdraw excess margin securities not subject to restrictions. (7) Schwab received remuneration from the broker-dealer or market center through which the transaction was executed. The nature and source of which such remuneration may vary and will be disclosed to you upon written request. (8) If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ("CSC") or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC. (9) Additional Load Fund Breakpoint Information: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations. Please refer to the prospectus or Statement of Additional Information. If you need additional assistance please contact your Schwab investment professional or financial advisor. (10) Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares, and/or fees charged for certain fixed income securities transactions. (11) To obtain electronic copies of notices, offering documents, and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE") and Federal Agency securities, visit the following web sites: Federal Farm Credit Bank (FFCB): http://www.farmcredit▮▮▮▮.com ; Federal Home Loan Bank (FHLB): http://www.fhlb-of.com; Federal Home Loan Mortgage Corporation (FHLMC): For debt s▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ National Mortgage Association ("FNMA"), http://www.fanniemae.com ; Government National Mortgage Association (GNMA): http://www.ginniemae.gov. (12) To request a paper copy of an offering document, official statement, or final prospectus, call 888-835-8846. (13) For asset-backed securities, which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be furnished upon request. (14) If this transaction involves a zero-coupon security, no periodic interest payments will be made and, if the security is callable, it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder, unless registered. (0122-11MT)

## Manage Your Account

If you have questions about this report, please contact Schwab at 1-800-435-4000.



RENEE JODIE MURRAY
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
4003 BUFFALO RD
NEWARK NY    14513-9319

01/26-00000-DC60B091 *



Individual Retirement Account of

RENEE JODIE MURRAY
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

Account Number
5517-4256

Trade Confirmation
August 15, 2024

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 1 | $0.00 | $0.67 | $0.00 | $0.67 |

| Settle Date | Action | Symbol/ CUSIP | Description | Quantity | Price($) | Principal($) | Charges/ Interest($) | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 08/16 | Sale | MMAT 59134N302 | **META MATLS INC** | 1 | 0.6711 | 0.67 | | 0.67 | F2, A1, C2 |

## Disclosures

C2   The cost basis method requested was FIFO. Please view the cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.

A1   Schwab acted as your agent.

F2   Payment Type: Cash.



Individual Retirement Account of

RENEE JODIE MURRAY
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

Account Number
5517-4256

Trade Confirmation
August 15, 2024

## Terms & Conditions

It is agreed between Charles Schwab & Co., Inc. ("Schwab") and the customer. (1) If you find any errors or omissions on this trade confirmation, please call Schwab immediately using any of the appropriate phone numbers listed above. To protect your rights, you must also notify us in writing. You should notify us immediately upon discovery of the error, but in any event no later than 10 days after you receive the confirmation. This confirmation will be deemed conclusive after 10 days. Schwab will not be liable for any losses that occur because of your failure to promptly notify us of an error. (2) All transactions are subject to the rules, regulations, requirements and customs of the Federal Reserve Board, the exchange or market (and its clearing agency, if any) where executed, any association whose rules and regulations govern transactions in said market, and your account agreement(s) with Schwab. We will furnish, upon written request, the date and time when this transaction took place and the name of the other party to the transaction. Federal regulations require that all brokerage firms report sales transactions to the IRS unless the order was placed through an IRA, corporate or trustee account. (3) Securities purchased by you or held by us may be hypothecated and/or commingled with securities carried for other customers. (4) Payment for all purchases or delivery of securities sold is due promptly and in any event no later than the settlement date. We reserve the right to liquidate securities or otherwise cover a position without notice at any time, including prior to settlement date, when in our judgment the value of the collateral is in jeopardy or the account poses a risk to the firm. You will be held responsible for any resulting loss. (5) Mutual Fund Transaction Fees shown on this confirmation, if applicable, are charged by Schwab. You can choose to buy the shares directly from the fund itself or its principal underwriter or distributor without paying Schwab's transaction fee. Please consult the prospectus for information about any other fees which a fund might charge. (6) Call features, in addition to any identified on the face hereof, may exist for certain common stocks, preferred stocks and bonds that could affect yield. For additional information or questions, contact Schwab using any of the appropriate numbers listed above. Securities held for you at Schwab or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers. In the event securities so held are called by the issuer, the securities to be called will be determined by an impartial and random selection system. Should your security be so selected, it will be presented for redemption and your account credited with the proceeds. Clients have the right to withdraw uncalled, fully paid securities at any time prior to a partial call, and also to withdraw excess margin securities not subject to restrictions. (7) Schwab received remuneration from the broker-dealer or market center through which the transaction was executed. The nature and source of which such remuneration may vary and will be disclosed to you upon written request. (8) If the security described on the front of this confirmation was issued by The Charles Schwab Corporation ("CSC") or an entity controlled by CSC, we are required to disclose that (a) Schwab is controlled by CSC or (b) Schwab and the issuer are under the common control of CSC. (9) Additional Load Fund Breakpoint Information: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations. Please refer to the prospectus or Statement of Additional Information. If you need additional assistance please contact your Schwab investment professional or financial advisor. (10) Transaction Fee - includes fees charged for purchases and sales of certain mutual fund shares, and/or fees charged for certain fixed income securities transactions. (11) To obtain electronic copies of notices, offering documents, and documents incorporated by reference pertaining to Government Sponsored Enterprises ("GSE") and Federal Agency securities, visit the following web sites: Federal Farm Credit Bank (FFCB): http://www.farmcredit-ffcb.com ; Federal Home Loan Bank (FHLB): http://www.fhlb-of.com ; Federal Home Loan Mortgage Corporation (FHLMC): For debt securities: http://www.freddiemac.com/debt , for mortgage securities: http://www.freddiemac.com/mbs ; Federal National Mortgage Association (FNMA): http://www.fanniemae.com ; Government National Mortgage Association (GNMA): http://www.ginniemae.gov.(12) To request a paper copy of an offering document, official statement, or final prospectus, call 888-835-8846. (13) For asset-backed securities, which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be furnished upon request. (14) If this transaction involves a zero-coupon security, no periodic interest payments will be made and, if the security is callable, it may be called below maturity value and if callable and available in bearer form it may be called without notice by mail to the holder, unless registered. (0122-11MT)

### Manage Your Account

If you have questions about this report, please contact Schwab at 1-800-435-4000.

RENEE JODIE MURRAY
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
4003 BUFFALO RD
NEWARK NY      14513-9319

08/15-00000-DC62B091 *

Charles Schwab & Co., Inc., 211 Main Street, San Francisco, CA 94105. Telephone: 1-800-435-4000.    www.schwab.com.
©2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Custodial and brokerage services provided by Charles Schwab & Co., Inc. CSA 04726 (0314-0082)

1 of 2

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

RENEE MURRAY ROTH IRA TD AMERITRADE
CLEARING, CUSTODIAN
4003 BUFFALO RD
NEWARK NY 14513-9319



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 256-164503-1 | | 55358685301 | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 1 | 59134N104 | .218 | 0.22 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 08/15/2023 | 08/17/2023 | | 0.00 | 0.22 | |
| **TRADE DESCRIPTION** | | | **SYMBOL** | | | |
| META MATERIALS INC COM | | | MMAT | | | |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.



**Confirmation Notice**
**Account 256-164503**
Page 2 of 2

| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | |
|---|---|---|---|
| 1. Cash | 2. Margin Long | A= Agent    C= Cross Trade    P= Principal    R= Riskless Principal | |
| 3. Margin Short | 4. Income | Prime Broker if provided (contact the executing broker for further details) | |
| 5. Withholding | 6. Special | 3= Agent for person other than customer    4= Agent for both customer and another person | 5= Principal for some executions and agent for other |
| | | 6= Acts as both principal and agent    7= Acts as principal, agent and agent for another person | 8= Crossing as agent |
| | | 9= Crossing as principal | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the net amount due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and Inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.