NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: **Meta Materials, Inc.** | Case Number: **24-50792** |
|---|---|

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Timothy A Murray & Renee Jodie Murray
4003 Buffalo Rd.
Newark NY 14513

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number: 315 945 4723 / 315 398 0326

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor: **275-546953-1** | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Timothy A Murray & Renee Jodie Murray - Charles Schwab & Co., Inc.
Omaha Operations Center - P.O. Box 2339 - Omaha, NE 68103
Telephone Number: 888-403-9000

3. **Date Equity Interest was acquired:**
6/21/2021 - 6/14/2022
See Attached Documentation

4. **Total amount of member interest:** Estimated loss of $2,820.42

5. **Certificate number(s):** SEE ATTACHED DOCUMENTAION

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Timothy A Murray & Renee Jodie Murray
Title:
Company: __ Address and telephone number (if different from notice address above):

(Signature)

10/DEC/2024
10/DEC/2024
(Date)

Telephone number: 315 945 4723
315-398-0326
email: mr.timothy.a.murray@gmail.com
mrs.renee.murray@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Sheet1

**Proof of Interest Supplimental Information**
**Case: 24-50792, Meta Materials, Inc.**
**For: Timothy A Murray & Renee Jodie Murray**

Broker: Charles Schwab & Co., Inc.
NOTE: Formerly TD Ameritrade
Account #: 275-546953-1

| Date | Transaction Type | Share amount | Puchase Price | Sale Price | NOTES |
|---|---|---|---|---|---|
| 06/21/21 | BOUGHT | 290 | $2,913.02 | | purchased as TRCH before reverse split on June 25th 2021, and held thru merger on June 28, 2021 to obtain 1 for 1 MMAT shares. |
| 06/22/21 | BOUGHT | 70 | $677.60 | | |
| 07/30/21 | BOUGHT | 19 | $65.93 | | |
| 07/30/21 | BOUGHT | 8 | $27.68 | | |
| 08/02/21 | BOUGHT | 3 | $10.71 | | |
| 08/04/21 | BOUGHT | 8 | $25.92 | | |
| 08/05/21 | BOUGHT | 4 | $12.82 | | |
| 08/17/21 | BOUGHT | 6 | $17.76 | | $3751.44 Invested |
| 08/25/21 | SOLD | 228 | | $800.27 | $2951.17 Invested |
| 08/30/21 | BOUGHT | 13 | $71.44 | | $3022.61 Invested |
| 09/02/21 | SOLD | 13 | | $76.96 | $2945.65 Invested |
| 09/16/21 | BOUGHT | 32 | $162.83 | | |
| 09/16/21 | BOUGHT | 201 | $1,029.10 | | $4137.58 Invested |
| 09/27/21 | SOLD | 233 | | $1,286.14 | $2851.44 Invested |
| 11/05/21 | BOUGHT | 250 | $1,221.25 | | $4072.69 Invested |
| 11/08/21 | SOLD | 250 | | $1,283.71 | $2788.98 Invested |
| 04/07/22 | BOUGHT | 70 | $111.99 | | |
| 04/07/22 | BOUGHT | 4 | $6.24 | | $2907.21 Invested |
| 04/13/22 | SOLD | 70 | | $109.20 | |
| 04/13/22 | SOLD | 4 | | $6.28 | $2791.73 Invested |
| 04/18/22 | BOUGHT | 80 | $114.80 | | $2906.53 Invested |

Page 1

Sheet1

| 04/21/22 | SOLD | 80 | | $112.06 | $2794.47 Invested |
| 06/14/22 | BOUGHT | 371 | $563.88 | | $3358.35 Invested |
| 06/14/22 | SOLD | 371 | | $537.93 | **$2820.42 LOST** |

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

TIMOTHY ALAN MURRAY & RENEE JODIE
MURRAY JT TEN
4003 BUFFALO RD
NEWARK NY 14513-9319

## Confirmation Notice



| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 275-546953-1 | | 35611372262 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 290 | 89102U103 | 10.0449 | 2,913.02 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 06/21/2021 | 06/23/2021 | | 0.00 | 2,913.02 | |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| TORCHLIGHT ENERGY RESOURCES IN COM | TRCH |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



**Confirmation Notice**
**Account 275-546953**
Page 2 of 2

| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | | |
|---|---|---|---|---|
| 1.- Cash | 2.- Margin Long | A= Agent        C= Cross Trade        P= Principal        R= Riskless Principal | | |
| 3.- Margin Short | 4.- Income | Prime Broker (if provided (contact the executing broker for further details) | | 5= Principal for some executions and agent for other |
| 5.- Withholding | 6.- Special | 3= Agent for person other than customer        4= Agent for both customer and another person | | 6= Crossing as principal |
| | | 6= Acts as both principal and agent        7= Acts as principal, agent and agent for another person | | 8= Crossing as agent |
| | | 9= Crossing as principal | | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirety in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the net amount due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any option contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker Fees or Special Settlement Fees, where applicable.
11. For Inflation Indexed securities yield to maturity may vary due to inflation adjustments. If the transaction involves callable securities, the call features could affect yield. Complete information will be provided upon request. On zero coupons, interest and multiplier securities, no periodic payments of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment. specific information is available upon request.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and Inverse ETFs entail unique risks, including but not limited to: use of leverage, aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods are likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB) www.farmcreditffcb.com, Federal Home Loan Bank (FHLB) www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac) www.freddiemac.com, Federal National Mortgage Association (Fannie Mae) www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities that you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.



PO BOX 2577 – OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

TIMOTHY ALAN MURRAY & RENEE JODIE
MURRAY JT TEN
4003 BUFFALO RD
NEWARK NY 14513-9319

## Confirmation Notice



| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 275-546953-1 | | 35636331269 | A | TD AMERITRADE | | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 70 | 89102U103 | 9.68 | 677.60 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 06/22/2021 | 06/24/2021 | | 0.00 | 677.60 |

| TRADE DESCRIPTION | | SYMBOL | | | |
|---|---|---|---|---|---|
| TORCHLIGHT ENERGY RESOURCES IN COM | | TRCH | | | |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | | |
|---|---|---|---|---|
| 1. Cash | 2. Margin Long | A= Agent    C= Cross Trade    P= Principal    R= Riskless Principal | | |
| 3. Margin Short | 4. Income | Prime Broker (P provided (contact the executing broker for further details) | | |
| 5. Withholding | 6. Special | 3= Agent for person other than customer | 4= Agent for both customer and another person | 5= Principal for some executions and agent for other |
| | | 6= Acts as both principal and agent | 7= Acts as principal, agent and agent for another person | 8= Crossing as agent |
| | | 9= Crossing as principal | | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the net amount due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. For inflation indexed securities yield to maturity may vary due to inflation adjustments. If the transaction involves callable securities, the call features could affect yield. Complete information will be provided upon request. On zero coupons, interest and multiplier securities, no periodic payments of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and Inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB) www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB) www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac) www.freddiemac.com, Federal National Mortgage Association (Fannie Mae) www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.

 **Ameritrade**

PO BOX 2577 – OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**





TIMOTHY ALAN MURRAY & RENEE JODIE
MURRAY JT TEN
4003 BUFFALO RD
NEWARK NY 14513-9319





**SiPC**

## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 275-546953-1 | | 36471634006 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 19 | 59134N104 | 3.4699 | 65.93 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 07/30/2021 | 08/03/2021 | | 0.00 | 65.93 |

| TRADE DESCRIPTION | | SYMBOL | |
|---|---|---|---|
| META MATERIALS INC COM | | MMAT | |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 275-546953-1 | | | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| | | | | | | |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

| TRADE DESCRIPTION | | SYMBOL | |
|---|---|---|---|
| | | | |

ADR
CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



**Confirmation Notice**
Account 275-546953
Page 2 of 2

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP. CODES | YOUR REPRESENTATIVE |
|---|---|---|---|---|
| 275-546953-1 | ▮▮▮▮▮ | ▮▮▮▮▮▮▮ | A | TD AMERITRADE |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| | | | | | | |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 07/30/2021 | 08/03/2021 | | 0.00 | ▮▮▮▮ |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| | |

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP. CODES | YOUR REPRESENTATIVE |
|---|---|---|---|---|
| 275-546953-1 | | 36474455228 | A | TD AMERITRADE |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 8 | 59134N104 | 3.4599 | 27.68 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 07/30/2021 | 08/03/2021 | | 0.00 | 27.68 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC COM | MMAT |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

TIMOTHY ALAN MURRAY & RENEE JODIE
MURRAY JT TEN
4003 BUFFALO RD
NEWARK NY 14513-9319

## Confirmation Notice

 **SIPC**

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 275-546953-1 | | | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| | | | | | | |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 08/02/2021 | 08/04/2021 | | 0.00 | |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| | |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 275-546953-1 | | | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| | | | | | | |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 08/02/2021 | 08/04/2021 | | 0.00 | |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| | |

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



**TD Ameritrade**

**Confirmation Notice**
Account 275-546953
Page 2 of 2

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP. CODES | YOUR REPRESENTATIVE |
|---|---|---|---|---|
| 275-546953-1 | | 36530462027 | A | TD AMERITRADE |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 3 | 59134N104 | 3.5699 | 10.71 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 08/02/2021 | 08/04/2021 | | 0.00 | 10.71 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC<br>COM | MMAT |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.







 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

TIMOTHY ALAN MURRAY & RENEE JODIE
MURRAY JT TEN
4003 BUFFALO RD
NEWARK NY 14513-9319

## Confirmation Notice



| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 275-546953-1 | | 36584537381 | A | TD AMERITRADE | | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 8 | 59134N104 | 3.24 | 25.92 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 08/04/2021 | 08/06/2021 | | 0.00 | 25.92 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC<br>COM | MMAT |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



**Confirmation Notice**
**Account 275-546953**
Page 2 of 2

| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | | | |
|---|---|---|---|---|---|
| 1. Cash | 2. Margin Long | A= Agent | C= Cross Trade | P= Principal | R= Riskless Principal |
| 3. Margin Short | 4. Income | Prime Broker (if provided) contact the executing broker for further details) | | | |
| 5. Withholding | 6. Special | 3= Agent for person other than customer | | 4= Agent for both customer and another person | 5= Principal for some executions and agent for other |
| | | 6= Acts as both principal and agent | | 7= Acts as principal, agent and agent for another person | 8= Crossing as agent |
| | | 9= Crossing as principal | | | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unqualified.
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the net amount due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non-Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. For inflation indexed securities yield to maturity may vary due to inflation adjustments. If the transaction involves callable securities, the call features could affect yield. Complete information will be provided upon request. On zero coupons, interest and multiplier securities, no periodic payments of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and Inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a non-marketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB) www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB) www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac) www.freddiemac.com, Federal National Mortgage Association (Fannie Mae) www.fanniemae.com, Government National Mortgage Association www.ginniemae.gov, Municipal Bonds www.emmamsrb.org. A copy of the Official Statement can be requested by calling 800-688-3600.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

TIMOTHY ALAN MURRAY & RENEE JODIE
MURRAY JT TEN
4003 BUFFALO RD
NEWARK NY 14513-9319

## Confirmation Notice

 SIPC

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 275-546953-1 | | █████████ | A | TD AMERITRADE | | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| | | | | | | |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT | |
| | 08/05/2021 | 08/09/2021 | | 0.00 | | |
| TRADE DESCRIPTION | | | SYMBOL | | | |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 275-546953-1 | | ██████████ | A | TD AMERITRADE | | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| | | | | | | |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT | |
| | 08/05/2021 | 08/09/2021 | | 0.00 | | |
| TRADE DESCRIPTION | | | SYMBOL | | | |

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



**Confirmation Notice**
**Account 275-546953**
Page 2 of 2

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE |
|---|---|---|---|---|
| 275-546953-1 | | 36614732279 | A | TD AMERITRADE |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 4 | 59134N104 | 3.2059 | 12.82 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 08/05/2021 | 08/09/2021 | | 0.00 | 12.82 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC<br>COM | MMAT |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.









PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

TIMOTHY ALAN MURRAY & RENEE JODIE
MURRAY JT TEN
4003 BUFFALO RD
NEWARK NY 14513-9319

## Confirmation Notice



| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 275-546953-1 | | | A | TD AMERITRADE | | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| | | | | | | |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | | NET AMOUNT |
| | 08/17/2021 | 08/19/2021 | | 0.00 | | |
| TRADE DESCRIPTION | | | | SYMBOL | | |

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 275-546953-1 | | 36836564449 | A | TD AMERITRADE | | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| YOU BOUGHT | 6 | 59134N104 | 2.9599 | 17.76 | | 0.00 |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | | NET AMOUNT |
| | 08/17/2021 | 08/19/2021 | | 0.00 | | 17.76 |
| TRADE DESCRIPTION | | | | SYMBOL | | |

META MATERIALS INC                                              MMAT
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



**Confirmation Notice**
**Account 275-546953**
Page 2 of 2

| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | |
|---|---|---|---|
| 1. Cash  2. Margin Long  3. Margin Short  4. Income  5. Withholding  6. Special | A= Agent  C= Cross Trade  P= Principal  R= Riskless Principal  Prime Broker if provided (contact the executing broker for further details)  3= Agent for person other than customer  4= Agent for both customer and another person  8= Acts as both principal and agent  7= Acts as principal, agent and agent for another person  9= Crossing as principal | | 5= Principal for some executions and agent for other  6= Crossing as agent |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time that trade was placed.
3. You will report any errors immediately and/or notify us if not entirety in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreement between you and us. Wisconsin customers' agency trades are unsolicited.
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the net account due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. For inflation indexed securities yield to maturity may vary due to inflation adjustments. If the transaction involves callable securities, the call features could affect yield. Complete information will be provided upon request. On zero coupons, interest and multiplier securities, no periodic payments of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment specific information is available upon request.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB) www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB) www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac) www.freddiemac.com, Federal National Mortgage Association (Fannie Mae) www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, bonds, www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from this issue that can be combined to reach the minimum denomination.











**TD Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
PO BOX 2209
OMAHA NE 68103-2209







TIMOTHY ALAN MURRAY & RENEE JODIE
MURRAY JT TEN
4003 BUFFALO RD
NEWARK NY 14513-9319





## Confirmation Notice



SIPC

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 275-546953-1 | | | A | TD AMERITRADE | | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| | | | | | | |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT | |
| | 08/25/2021 | 08/27/2021 | | 0.00 | | |
| TRADE DESCRIPTION | | | SYMBOL | | | |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 275-546953-1 | | 36973295227 | A | TD AMERITRADE | | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| YOU SOLD | 228 | 59134N104 | 3.5101 | 800.30 | | 0.03 |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT | |
| | 08/25/2021 | 08/27/2021 | | 0.00 | 800.27 | |
| TRADE DESCRIPTION | | | SYMBOL | | | |

META MATERIALS INC
COM
MMAT

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

 **Ameritrade**

**Confirmation Notice**
**Account 275-546953**
Page 2 of 2

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE |
|---|---|---|---|---|
| 275-546953-1 | | | A | TD AMERITRADE |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC FEES | REG FEES |
|---|---|---|---|---|---|---|

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 08/25/2021 | 08/27/2021 | | 0.00 | |

| TRADE DESCRIPTION | SYMBOL |
|---|---|

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

**ACCOUNT CODE: Type of Account**                                        **CAPACITY CODE:**

1. Cash                 2. Margin Long
3. Margin Short         4. Income
5. Withholding          6. Special

A= Agent          C= Cross Trade          P= Principal          R= Riskless Principal
Prime Broker if provided (contact the executing broker for further details)
3= Agent for person other than customer                4= Agent for both customer and another person
6= Acts as both principal and agent                    7= Acts as principal, agent and agent for another person
8= Crossing as principal

S= Principal for some executions and agent for other
8= Crossing as agent

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. [illegible]
5. The securities described and/or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the net amount due.
6. The name of the other party or broker in this transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8. If payment is not made prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. [illegible] foreign securities (including foreign currency ADRs [illegible] made in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and Inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade may be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and order the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from this issue that can be combined to reach the minimum denomination.

 **Ameritrade**

PO BOX 2577 – OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

TIMOTHY ALAN MURRAY & RENEE JODIE
MURRAY JT TEN
4003 BUFFALO RD
NEWARK NY 14513-9319

## Confirmation Notice

 **SIPC**

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE |
|---|---|---|---|---|
| 275-546953-1 | | | A | TD AMERITRADE |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 08/30/2021 | 09/01/2021 | | 0.00 | |

| TRADE DESCRIPTION | | SYMBOL |
|---|---|---|

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE |
|---|---|---|---|---|
| 275-546953-1 | | 37048506075 | A | TD AMERITRADE |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 13 | 59134N104 | 5.495 | 71.44 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 08/30/2021 | 09/01/2021 | | 0.00 | 71.44 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC COM | MMAT |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



**Confirmation Notice**
**Account 275-546953**
Page 2 of 2

| ACCOUNT CODE: Type of Account | CAPACITY CODE: | | |
|---|---|---|---|
| 1. Cash           2. Margin Long | A= Agent        C= Cross Trade        P= Principal        R= Riskless Principal | | |
| 3. Margin Short   4. Income | Prime Broker if provided (contact the executing broker for further details) | | |
| 5. Withholding    6. Special | 3= Agent for person other than customer | 4= Agent for both customer and another person | 5= Principal for some executions and agent for other |
| | 6= Acts as both principal and agent | 7= Acts as principal, agent and agent for another person | 8= Crossing as agent |
| | 9= Crossing as principal | | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the net amount due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged on an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and Inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. This transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.



 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

TIMOTHY ALAN MURRAY & RENEE JODIE
MURRAY JT TEN
4003 BUFFALO RD
NEWARK NY 14513-9319

## Confirmation Notice



| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 275-546953-1 | | 37164576878 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU SOLD | 13 | 59134N104 | 5.92 | 76.96 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 09/02/2021 | 09/07/2021 | | 0.00 | 76.96 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC<br>COM | MMAT |

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



**Confirmation Notice**
Account 275-546953

Page 2 of 2

| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | |
|---|---|---|---|
| 1. Cash  2. Margin Long<br>3. Margin Short  4. Income<br>5. Withholding  6. Special | A= Agent    C= Cross Trade    P= Principal    R= Riskless Principal<br>Prime Broker if provided (contact the executing broker for further details)<br>3= Agent for person other than customer<br>C= Acts as both principal and agent<br>S= Crossing as principal | 4= Agent for both customer and another person<br>7= Acts as principal, agent and agent for another person | 5= Principal for some executions and agent for other<br>8= Crossing as agent |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for those securities in the net amount due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request. If not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and Inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. This transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

TIMOTHY ALAN MURRAY & RENEE JODIE
MURRAY JT TEN
4003 BUFFALO RD
NEWARK NY 14513-9319



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 275-546953-1 | | 37418942209 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 32 | 59134N104 | 5.0884 | 162.83 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 09/16/2021 | 09/20/2021 | | 0.00 | 162.83 | |
| **TRADE DESCRIPTION** | | | | **SYMBOL** | | |

META MATERIALS INC             MMAT
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 275-546953-1 | | 37418985106 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 201 | 59134N104 | 5.1199 | 1,029.10 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 09/16/2021 | 09/20/2021 | | 0.00 | 1,029.10 | |
| **TRADE DESCRIPTION** | | | | **SYMBOL** | | |

META MATERIALS INC             MMAT
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



**Confirmation Notice**
**Account 275-546953**
Page 2 of 2

| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | |
|---|---|---|---|
| 1. Cash | 2. Margin Long | A= Agent   C= Cross Trade   P= Principal   R= Riskless Principal | |
| 3. Margin Short | 4. Income | Prime Broker if provided (contact the executing broker for further details) | |
| 5. Withholding | 6. Special | 3= Agent for person other than customer    4= Agent for both customer and another person | 5= Principal for some executions and agent for other |
| | | 6= Acts as both principal and agent    7= Acts as principal, agent and agent for another person | 8= Crossing as agent |
| | | 9= Crossing as principal | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the net amount due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. If this transaction involves a debit security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request that a sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

TIMOTHY ALAN MURRAY & RENEE JODIE
MURRAY JT TEN
4003 BUFFALO RD
NEWARK NY 14513-9319

## Confirmation Notice



| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 275-546953-1 | | 37617645498 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU SOLD | 233 | 59134N104 | 5.5201 | 1,286.18 | | 0.04 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 09/27/2021 | 09/29/2021 | | 0.00 | 1,286.14 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC<br>COM | MMAT |

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



**Confirmation Notice**
Account 275-546953
Page 2 of 2

| ACCOUNT CODE: Type of Account | | | CAPACITY CODE: | | |
|---|---|---|---|---|---|
| 1. Cash | 2. Margin Long | A= Agent    C= Cross Trade    P= Principal    R= Riskless Principal | | | |
| 3. Margin Short | 4. Income | Prime Broker if provided (contact the executing broker for further details) | | | |
| 5. Withholding | 6. Special | 3= Agent for person other than customer | 4= Agent for both customer and another person | | |
| | | 6= Acts as both principal and agent | 7= Acts as principal, agent and agent for another person | 5= Principal for some executions and agent for other | |
| | | 9= Crossing as principal | | 8= Crossing as agent | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1.  TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2.  This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3.  You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4.  All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5.  The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for those securities in the net amount due.
6.  The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7.  If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8.  If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9.  Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. This firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and Inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irrevocable and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-fcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.



**Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

TIMOTHY ALAN MURRAY & RENEE JODIE
MURRAY JT TEN
4003 BUFFALO RD
NEWARK NY 14513-9319



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 275-546953-1 | | 38533831465 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 250 | 59134N104 | 4.885 | 1,221.25 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 11/05/2021 | 11/09/2021 | | 0.00 | 1,221.25 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC<br>COM | MMAT |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



| ACCOUNT CODE: Type of Account | CAPACITY CODE: | | |
|---|---|---|---|
| 1. Cash  2. Margin Long<br>3. Margin Short  4. Income<br>5. Withholding  6. Special | A= Agent    C= Cross Trade    P= Principal    R= Riskless Principal<br>Prime Broker (if provided (contact the executing broker for further details)<br>3= Agent for person other than customer<br>6= Acts as both principal and agent<br>9= Crossing as principal | 4= Agent for both customer and another person<br>7= Acts as principal, agent and agent for another person | 5= Principal for some executions and agent for other<br>8= Crossing as agent |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1.   TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2.   This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3.   You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4.   All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5.   The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for those securities in the net amount due.
6.   The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7.   If this transaction is a sale and the securities are not already in our possession end do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8.   If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9.   Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10.  Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11.  If this transaction involves a debit security that is subject to call or redemption before maturity, the debit security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12.  The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13.  Leveraged and Inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14.  Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15.  If you request that the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16.  To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17.  The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from this issue that can be combined to reach the minimum denomination.

 **Ameritrade**

PO BOX 2577 – OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

TIMOTHY ALAN MURRAY & RENEE JODIE
MURRAY JT TEN
4003 BUFFALO RD
NEWARK NY 14513-9319

## Confirmation Notice



| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 275-546953-1 | | 38576337722 | A | TD AMERITRADE | | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU SOLD | 250 | 59134N104 | 5.135 | 1,283.75 | | 0.04 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 11/08/2021 | 11/10/2021 | | 0.00 | 1,283.71 |

| TRADE DESCRIPTION | SYMBOL | | |
|---|---|---|---|
| META MATERIALS INC COM | MMAT | | |

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | |
|---|---|---|---|
| 1. Cash | 2. Margin Long | A= Agent    C= Cross Trade    P= Principal    R= Riskless Principal | |
| 3. Margin Short | 4. Income | Prime Broker if provided (contact the executing broker for further details) | |
| 5. Withholding | 6. Special | 3= Agent for person other than customer | 4= Agent for both customer and another person | 5= Principal for some executions and agent for other |
| | | 6= Acts as both principal and agent | 7= Acts as principal, agent and agent for another person | 8= Crossing as agent |
| | | 9= Crossing as principal | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1.  TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2.  This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3.  You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4.  All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5.  The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the net amount due.
6.  The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7.  If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8.  If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9.  Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request
13. Leveraged and inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irrevocable and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-fcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of this position unless you have other securities from the issue that can be combined to reach the minimum denomination.

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

TIMOTHY ALAN MURRAY & RENEE JODIE
MURRAY JT TEN
4003 BUFFALO RD
NEWARK NY 14513-9319



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 275-546953-1 | | 41929349691 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 70 | 59134N104 | 1.5999 | 111.99 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 04/07/2022 | 04/11/2022 | | 0.00 | 111.99 | |
| **TRADE DESCRIPTION** | | | **SYMBOL** | | | |

META MATERIALS INC
COM                                    MMAT

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 275-546953-1 | | 41929975030 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 4 | 59134N104 | 1.56 | 6.24 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 04/07/2022 | 04/11/2022 | | 0.00 | 6.24 | |
| **TRADE DESCRIPTION** | | | **SYMBOL** | | | |

META MATERIALS INC
COM                                    MMAT

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



**Confirmation Notice**
**Account 275-546953**
Page 2 of 2

| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | |
|---|---|---|---|
| 1. Cash | 2. Margin Long | A= Agent    C= Cross Trade    P= Principal    R= Riskless Principal | |
| 3. Margin Short | 4. Income | Prime Broker if provided (contact the executing broker for further details) | |
| 5. Withholding | 6. Special | 3= Agent for person other than customer | 4= Agent for both customer and another person | 5= Principal for some executions and agent for other |
| | | 6= Acts as both principal and agent | 7= Acts as principal, agent and agent for another person | 8= Crossing as agent |
| | | 9= Crossing as principal | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:
1.  TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2.  This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3.  You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4.  All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5.  The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the net amount due.
6.  The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7.  If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8.  If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9.  Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and Inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irrevocable and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.



**TD Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**





TIMOTHY ALAN MURRAY & RENEE JODIE
MURRAY JT TEN
4003 BUFFALO RD
NEWARK NY 14513-9319



**SIPC**

## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 275-546953-1 | | 42039327954 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU SOLD | 70 | 59134N104 | 1.5601 | 109.21 | | 0.01 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 04/13/2022 | 04/18/2022 | | 0.00 | 109.20 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC COM | MMAT |

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 275-546953-1 | | | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| | | | | | | |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 04/13/2022 | 04/18/2022 | | 0.00 | |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| | |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE |
|---|---|---|---|---|
| 275-546953-1 | | | A | TD AMERITRADE |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| | | | | | | |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 04/13/2022 | 04/18/2022 | | 0.00 | |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| | |

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE |
|---|---|---|---|---|
| 275-546953-1 | | 42045614324 | A | TD AMERITRADE |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU SOLD | 4 | 59134N104 | 1.57 | 6.28 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 04/13/2022 | 04/18/2022 | | 0.00 | 6.28 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC COM | MMAT |

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | |
|---|---|---|---|
| 1. Cash  2. Margin Long | A= Agent  C= Cross Trade  P= Principal  R= Riskless Principal | | |
| 3. Margin Short  4. Income | Prime Broker if provided (contact the executing broker for further details) | | |
| 5. Withholding  6. Special | 3= Agent for person other than customer | 4= Agent for both customer and another person | 5= Principal for same executions and agent for other |
| | 6= Acts as both principal and agent | 7= Acts as principal, agent and agent for another person | 8= Crossing as agent |
| | 9= Crossing as principal | | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:
1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You sell long or buy short (depending solely on how account is designated), and your representative.
4. All transactions are subject to the rules, regulations, requirements including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the exchange or market (as its clearing house) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customers agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the amount due.
6. The name of the other party to the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If the transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for retaining loss.
9. Commission/Fee represents fees commission and any options contract, exercise, and assignment fees. For Mercantile Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transaction of this type. These charges include the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign market or governments, which may be reflected in the price of the security or charged as an independent fee item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupon, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder where the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options or der flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and Inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from this issue that can be combined to reach the minimum denomination.

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

TIMOTHY ALAN MURRAY & RENEE JODIE
MURRAY JT TEN
4003 BUFFALO RD
NEWARK NY 14513-9319

## Confirmation Notice



| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 275-546953-1 | | 42098169808 | A | TD AMERITRADE | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 80 | 59134N104 | 1.435 | 114.80 | | 0.00 |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | NET AMOUNT |
|---|---|---|---|---|---|
| | 04/18/2022 | 04/20/2022 | | 0.00 | 114.80 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC COM | MMAT |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



**Confirmation Notice**
**Account 275-546953**
Page 2 of 2

| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | |
|---|---|---|---|
| 1. Cash | 2. Margin Long | A= Agent    C= Cross Trade    P= Principal    R= Riskless Principal | |
| 3. Margin Short | 4. Income | Prime Broker (if provided (contact the executing broker for further details) | |
| 5. Withholding | 6. Special | 3= Agent for person other than customer | 5= Principal for some executions and agent for other |
| | | 6= Acts as both principal and agent    7= Acts as principal, agent and agent for another person | 8= Crossing as agent |
| | | 9= Crossing as principal | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are uncollected.
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of other customers. Such commingling, if any, ceases upon payment by you for these securities in the net amount due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. This transaction is irrevocable and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.



PO BOX 2577 – OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

TIMOTHY ALAN MURRAY & RENEE JODIE
MURRAY JT TEN
4003 BUFFALO RD
NEWARK NY 14513-9319

## Confirmation Notice



| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 275-546953-1 | | 42169519305 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU SOLD | 80 | 59134N104 | 1.4009 | 112.07 | | 0.01 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | | **NET AMOUNT** |
| | 04/21/2022 | 04/25/2022 | | 0.00 | | 112.06 |
| **TRADE DESCRIPTION** | | | | **SYMBOL** | | |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| META MATERIALS INC COM | MMAT |

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | | |
|---|---|---|---|---|
| 1. Cash | 2. Margin Long | A= Agent    C= Cross Trade    P= Principal    R= Riskless Principal | | |
| 3. Margin Short | 4. Income | Prime Broker if provided (contact the executing broker for further details) | | |
| 5. Withholding | 6. Special | 3= Agent for person other than customer | 4= Agent for both customer and another person | 5= Principal for some executions and agent for other |
| | | 6= Acts as both principal and agent | 7= Acts as principal, agent and agent for another person | 8= Crossing as agent |
| | | 9= Crossing as principal | | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1. TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2. This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3. You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4. All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5. The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, ceases upon payment by you for these securities in the net amount due.
6. The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7. If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8. If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9. Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchases, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For Inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and Inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. The transaction is irrevocable and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association (Ginnie Mae): www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of the Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from this issue that can be combined to reach the minimum denomination.


# Ameritrade

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

TIMOTHY ALAN MURRAY & RENEE JODIE
MURRAY JT TEN
4003 BUFFALO RD
NEWARK  NY  14513-9319

**Confirmation Notice**



| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 275-546953-1 | | 43278078267 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 371 | 59134N104 | 1.5199 | 563.88 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 06/14/2022 | 06/16/2022 | | 0.00 | 563.88 | |
| **TRADE DESCRIPTION** | | | **SYMBOL** | | | |

META MATERIALS INC                    MMAT
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 275-546953-1 | | 43280779621 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU SOLD | 371 | 59134N104 | 1.4501 | 537.99 | | 0.06 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 06/14/2022 | 06/16/2022 | | 0.00 | 537.93 | |
| **TRADE DESCRIPTION** | | | **SYMBOL** | | | |

META MATERIALS INC                    MMAT
COM

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



**Confirmation Notice**
**Account 275-546953**
Page 2 of 2

| ACCOUNT CODE: Type of Account | | CAPACITY CODE: | | |
|---|---|---|---|---|
| 1. Cash | 2. Margin Long | A= Agent  C= Cross Trade  P= Principal  R= Riskless Principal | | |
| 3. Margin Short | 4. Income | Prime Broker if provided (contact the executing broker for further details) | | |
| 5. Withholding | 6. Special | 3= Agent for person other than customer | 4= Agent for both customer and another person | 5= Principal for some executions and agent for other |
| | | 6= Acts as both principal and agent | 7= Acts as principal, agent and agent for another person | 8= Crossing as agent |
| | | 9= Crossing as principal | | |

IT IS AGREED BETWEEN THE EXECUTING BROKER AND THE CUSTOMER NAMED HEREIN THAT:

1.  TD Ameritrade Clearing, Inc., member of FINRA/SIPC acts as the clearing agent.
2.  This confirmation is a transaction advice, not an invoice. Remittance of funds or securities is due on or before settlement date. Certain security information is collected at the time the confirmation is generated and may vary from the information at the time the trade was placed.
3.  You will report any errors immediately and/or notify us if not entirely in accordance with your understanding.
4.  All transactions are subject to the rules, regulations, requirements (including margin requirements) and customs of the Federal Reserve Board, the Securities and Exchange Commission, the Exchange or market (and its clearing house, if any) where executed, and of any association whose rules and regulations govern transactions in said market, and to all the terms of our general customer's agreements between you and us. Wisconsin customers' agency trades are unsolicited.
5.  The securities described are, or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of the other customers. Such commingling, if any, causes upon payment by us for these securities in the net amount due.
6.  The name of the other party or broker in the transaction, the date, the time of execution, source and amount of remuneration will be furnished upon request, if not already displayed.
7.  If this transaction is a sale and the securities are not already in our possession and do not represent a short sale, please forward them immediately to avoid possible payment of premium on securities borrowed.
8.  If payment is not made on or prior to the date required by Regulation T of the Federal Reserve Board, we reserve the right without further notice, to cancel this transaction, or at our option, to sell the securities covered hereby and hold you liable for resulting loss.
9.  Commission/Fee represents base commission and any options contract, exercise, and assignment fees. For Alternative Investments (AI), also called Non Standard Assets (NSA), Commission/Fee represents transaction fees applicable to purchase, capital call processing, and redemptions. TD Ameritrade will charge a Reg Fee on certain transactions. These charges are typically based on fees assessed under various regulations applicable to transactions. It may include any of the following: a sales fee on certain sell transactions (assessed at a rate consistent with Section 31 of the Securities Exchange Act of 1934), the Options Regulatory Fee (applicable to options transactions), and the Trading Activity Fee (assessed at a rate consistent with Section 1 of Schedule A of FINRA's By-Laws), among other charges. Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item on your monthly statement.
10. Misc. Fees will be explained upon request. For transactions involving certain Index Options, TD Ameritrade may charge an Index Option Fee in accordance with the Chicago Board Options Exchange (CBOE) Global Markets, Inc. fee schedule. This fee will be reflected in the Misc. Fee field. A copy of the CBOE Options Exchange Fee Schedule can also be found on www.cboe.com. Other Misc. Fees may include Prime Broker fees or Special Settlement fees, where applicable.
11. If this transaction involves a debt security that is subject to call or redemption before maturity, the debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request. On zero coupons, interest and multiplier securities, no periodic payment of interest or principal are generally made. These securities may be callable, below maturity value, without notice by mail to holder unless the securities are held in registered form. On asset backed debt securities, yields are subject to fluctuation depending on prepayment, specific information is available upon request. For inflation indexed securities yield to maturity may vary due to inflation adjustments.
12. The firm receives compensation for directing listed and over-the-counter securities, and options order flow to selected market centers for execution. The source and nature of payment received in connection with a particular transaction will be furnished upon request.
13. Leveraged and Inverse ETFs entail unique risks, including but not limited to: use of leverage; aggressive and complex investment techniques; and use of derivatives. Leveraged ETFs seek to deliver multiples of the performance of a benchmark. Inverse ETFs seek to deliver the opposite of the performance of a benchmark. Both seek results over periods as short as a single day. Results of both strategies can be affected substantially by compounding. Returns over longer periods will likely differ in amount and even direction. These products require active monitoring and management, as frequently as daily. They are not suitable for all investors.
14. Bonds and/or fixed-income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) marketplace and liquidity may not always exist for you to sell your position prior to maturity.
15. If you request the sale of a nonmarketable or worthless security, TD Ameritrade will be the buyer in the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and TD Ameritrade thereby makes no representation regarding the present or future value of these securities. This transaction is irrevocable and you will have no further claim to the securities and no claim against TD Ameritrade for any losses related to the sale.
16. To access the Official Statement (e.g., prospectus, program disclosure document, information statement, etc.) related to Municipal Bonds, Government Sponsored Enterprise Debt, or Federal Agency Securities, please visit the applicable website and enter the CUSIP: Federal Farm Credit Bank (FFCB): www.farmcredit-ffcb.com, Federal Home Loan Bank (FHLB): www.fhlb-of.com, Federal Home Loan Mortgage Corporation (Freddie Mac): www.freddiemac.com, Federal National Mortgage Association (Fannie Mae): www.fanniemae.com, Government National Mortgage Association: www.ginniemae.gov, Municipal Bonds: www.emma.msrb.org. A copy of this Official Statement can be requested by calling 800-669-3900.
17. The security that you purchased may have a minimum denomination set by the issuer, which may reduce the number of investors willing to purchase the security and, therefore, adversely impact the price that you receive for the security. The quantity of securities you purchased is below the minimum denomination and may adversely affect the liquidity of the position unless you have other securities from the issue that can be combined to reach the minimum denomination.