NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials | Case Number: 24-50792-hlb | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Katie Bennett
   PO Box 67
   Christoval, TX 76935

   Telephone Number: 325-450-1017

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 16 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
Vanguard Acct #36790247

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Vanguard Brokerage Acct.
   PO Box 3009
   Monroe, WI 53566-8309
   Telephone Number: 877-662-7447

3. Date Equity Interest was acquired:
   June 28 2021

4. Total amount of member interest: 857

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature.
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Katie Bennett
Title: MMAT Interest Holder
Company: _____ Address and telephone number (if different from notice address above):

(Signature) Katie Bennett   (Date) 12-13-24
Telephone number: 325-450-1017   email: katiec@wcc.net

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Vanguard®

Client Services: 800-662-2739

## Individual brokerage account—36790247

Katie Bennett

### Account overview

**$25,977.11**
Total account value as of June 30, 2021

**Year-to-date income**

| | |
|---|---:|
| Taxable income | $0.15 |
| Nontaxable income | 0.00 |
| **Total** | **$0.15** |

### Balances and holdings for Vanguard Brokerage Account—36790247

Your securities are held in your cash account, unless otherwise noted. This section only shows securities that were held in the account at the end of the time period indicated.

**Settlement fund**

| Name | Quantity | Price on 06/30/2021 | Balance on 03/31/2021 | Balance on 06/30/2021 |
|---|---:|---:|---:|---:|
| VANGUARD FEDERAL MONEY MARKET FUND<br>7-day SEC Yield: 0.01% | 2,160.2400 | $1.00 | $2,156.60 | $2,160.24 |
| | | | **$2,156.60** | **$2,160.24** |

**Stocks**

| Symbol | Name | Total cost | Quantity | Price on 06/30/2021 | Balance on 03/31/2021 | Balance on 06/30/2021 |
|---|---|---:|---:|---:|---:|---:|
| MMAT | META MATERIALS INC | $2,336.62 | 857.0000 | $7.4900 | - | $6,418.93 |

June 30, 2021, quarter-to-date statement