NVB 3001 (Rev. 12/24)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials Inc

**Case Number:** 24-50792 hlb

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Craig A John
   3909 Buckeye bend
   Melissa TX, 75454
   U.S.A

   **Telephone Number:** 469-682-6434

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 16 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only): 209-407685

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** Fedelity Investments/AST Equiniti (EQ) 1800-544-5555
   **Telephone Number:** 1800-937-5449  1800-544-6666

3. **Date Equity Interest was acquired:** 2/3/2022

4. **Total amount of member interest:** 12,708

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Craig A John
Title: INDIVIDUAL
Company:__ Address and telephone number (if different from notice address above):

(Signature) Craig John    (Date) 12/2/24

Telephone number: 469-682-6434   email: Johnadrian1500@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Craig A John

3909 Buckeye Bend,

Melissa TX 75454 U.S.A

United States Bankruptcy Court,

District Of Nevada, Clerk of the Court,

First Floor, 300 Booth Street, Reno,

Nevada 89509 U.S.A

To whom this may Concern,

                Attach are available documentation for member interest shares, which are held in several different accounts. Shares are been held with broker dealers such as Fidelity Investment, Webull, Robinhood and Equiniti (AST) not all shares are held with agent.

Yours Truly,

Craig A John


AST is now EQ

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101

CRAIG A JOHN
3400 SPRING MOUNTAIN DR
PLANO TX 75025

| | |
|---|---|
| **Statement Date:** | December 3, 2024 |
| **Company Name:** | NEXT BRIDGE HYDROCARBONS INC |
| **Company Number:** | 27067 |
| **Stock Exchange:** | |
| **Company Ticker Symbol:** | |
| **CUSIP:** | 629999590 |
| **Account Number:** | 0000010322 |
| **W9/W8/W8BENE Certified:** | Yes |
| **Dividend Amount Paid YTD:** | $0.00 |

# Balance Summary as of 12/03/2024

| Total Shares | Closing Price Per Share | Estimated Value |
|---|---|---|
| 2,150.000 | $0.000 | $0.00 |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

| | Plan Shares | Certificated Shares | DRS/Book Entry Shares |
|---|---|---|---|
| **Restricted** | | 0.000 | 0.000 |
| **Unrestricted** | 0.000 | 0.000 | 2,150.000 |

If you have questions, please call our office at 800-937-5449. Our representatives are available to assist you Monday through Friday from 8:00 a.m. to 8:00 p.m. Eastern Time. You may also email us by selecting "Contact Us" on www.astfinancial.com


AST01270670000010322


9269.001.001.01245



INVESTMENT REPORT
February 1, 2023 - February 28, 2023

## Holdings

Account # Z09-407685
CRAIG A JOHN - INDIVIDUAL

### Stocks (continued)

| Description | Beginning Market Value Feb 1, 2023 | Quantity Feb 28, 2023 | Price Per Unit Feb 28, 2023 | Ending Market Value Feb 28, 2023 | Total Cost Basis | Unrealized Gain/Loss Feb 28, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| **AYRO INC COM** (AYRO) | 74.49 | 100.000 | 0.6772 | 67.72 | 684.00 | -616.28 | - |
| **ENGLOBAL CORPORATION COM USD0.001** (ENG) | 197.00 | 200.000 | 0.7950 | 159.00 | 1,194.00 | -1,035.00 | - |
| **FUEL TECH INC COM STK USD0.01** (FTEK) | 316.00 | 200.000 | 1.3400 | 268.00 | 761.62 | -493.62 | - |
| **HUMBL INC COM** (HMBL) | 5.28 | 600.000 | 0.0080 | 4.80 | 2,786.35 | -2,781.55 | - |
| **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 2,735.08 | 2,708.000 | 0.6400 | 1,733.12 | 9,155.34 | -7,422.22 | - |
| **ORBITAL INFRASTRUCTURE GRP INC COM** (OIG) | 115.04 | 593.000 | 0.1594 | 94.52 | 3,140.19 | -3,045.67 | - |
| **OZOP ENERGY SOLUTIONS INC COM** (OZSC) | 102.41 | 12,490.000 | 0.0062 | 77.43 | 989.02 | -911.59 | - |
| **POLAR PWR INC COM** (POLA) | 77.85 | 45.000 | 1.6100 | 72.45 | 625.95 | -553.50 | - |
| **SENSEONICS HLDGS INC COM** (SENS) | 113.00 | 100.000 | 1.0400 | 104.00 | 348.50 | -244.50 | - |
| **SOLAR INTEGRATED ROOFING CORP COM** (SIRC) | 6.96 | 200.000 | 0.0303 | 6.06 | 192.00 | -185.94 | - |
| **ST-GEORGES ECO-MINING CORP COM NPV** ISIN #CA85235Q1000 SEDOL #BFM2S60 (SXOOF) | 58.45 | 400.000 | 0.1396 | 55.82 | 223.48 | -167.66 | - |
| Total Common Stock (90% of account holdings) | $4,576.32 | | | $3,521.08 | $23,166.93 | -$19,645.85 | - |
| Total Stocks (90% of account holdings) | $4,576.32 | | | $3,521.08 | $23,166.93 | -$19,645.85 | - |
| **Total Holdings** | | | | $3,909.66 | $23,166.93 | -$19,645.85 | $6.34 |

*All positions held in cash account unless indicated otherwise.*