NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials Inc. (MMATQ) | Case Number: 24-50792-hlb (chapter 7) | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Mark Gordon
   420 EAST 58TH ST. #22B
   New York, NY 10022

   Telephone Number:
   1201 280 6427

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 16 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:

**CMA-EDGE 29Z-85F95**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   Bank of America, Merrill EDGE, P.O. Box 40486
   Jacksonville FL 32203
   Telephone Number: 1-800-637-7455

3. Date Equity Interest was acquired:
   12/08/2021

4. Total amount of member interest: 50 shares MMATQ, $17,247.50

5. Certificate number(s): 50 shares held at Merrill Lynch

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Mark Gordon
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature)    12/5/2024 (Date)

Telephone number: 201-280-6427    email: mennygg53@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials Inc. (MMATQ) | Case Number: 24-50792-hlb (chapter 7) | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Mark Gordon
   420 EAST 58TH ST. #22B
   New York, NY 10022

   Telephone Number: 201 280 6427

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
**CMA-EDGE 29Z-85F95**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Bank of America, Merrill EDGE, P.O. Box 40486
   Jacksonville FL 32203
   Telephone Number: 1-800-637-7455

3. Date Equity Interest was acquired: 12/08/2021

4. Total amount of member interest: 50 shares MMATQ, $17,247.50

5. Certificate number(s): 50 shares held at Merrill Lynch

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Mark Gordon
   Title:
   Company: Address and telephone number (if different from notice address above):

   (Signature)   12/5/2024 (Date)

   Telephone number: 201-280-6427   email: mennygg53@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

META MATERIALS INC, MMATQ

| Total Value As of 12/04/2024 | Market Price As of 12/04/2024 | Held Since | Quantity | Unrealized Gain/(Loss) As of 12/04/2024 | |
|---|---|---|---|---|---|
| $0.01 | $0.0001 | 12/08/2021 | 50 | Short Term | 0.00 |
| | | | | Long Term | ($17,247.49) |

Research | Trade | Transfer

**Open Lots** | Closed Lots

As of 12/04/2024

| Account | Quantity | Unit Cost ($) | Cost Basis ($) | Accrued Interest($) | Price($) | Value($) | Gain/Loss ($) | Gain/Loss (%) |
|---|---|---|---|---|---|---|---|---|
| CMA-Edge 29Z-85F95 | 50 | 344.95 | 17,247.50 | -- | 0.0001 | 0.01 | (17,247.49) | (100.00) |
| **Acquisition Date** | **Quantity** | **Unit Cost ($)** | **Cost Basis ($)** | | | **Value($)** | **Gain/Loss ($)** | **Gain/Loss (%)** |
| 12/08/2021 (Long Term) | 50 | 344.95 | 17,247.50 | | | 0.01 | (17,247.49) | (100.00) |

**News**

No news available.

**Learn more about this security**

More News »

Ratings | **Fundamentals** | Margin Details

| | |
|---|---|
| Asset Class | Equities |
| Sector | Information Technology |
| Industry | Semiconductors |
| Size & Style | Equities Blend |
| CUSIP | 59134N302 |
| Exchange | OTC |
| Previous Close ($) | 0.0001 |
| 52 Week Range ($) | 0.00 - 9.00 |
| Price / Earnings | 0.00 |

The data displayed is for informational purposes only. Your account statement is the official record of your holdings and balances.

Review a description of the third-party ratings methodology.

Please note: None of Bank of America, Merrill or any affiliates, bears any responsibility or liability with respect to third-party research made available. Clients should understand that they assume full responsibility for any trading decisions they make based upon third-party ratings or reports.

Prices, quotes, market values and volumes are based on NASDAQ Basic or consolidated market quote, unless otherwise indicated. Acquisition Costs are not adjusted for stock splits, etc.

Positions are net and cost basis excludes fractional shares. Sector Classifications based on Global Industry Classification Standard ("GICS").

Third-party stock research may be available; select this link to access.

Fixed annuities are classified as fixed income and variable annuities are classified as equities. Life insurance products are classified as other.

The Gain/Loss percentage is provided to help you monitor the performance of specific holdings; because the figure is affected by a particular holding period and transaction history, it should not be used to compare mutual fund performance. Please refer to the fund's prospectus for standardized performance information on each mutual fund in the account. Past performance is no guarantee of future returns.

When there is a Short Position in a classification bucket for a Managed Account or Pooled Investment Product, the market value of this position will show in the Managed Assets Short Allocations balance. This negative balance is not included as an Analyzable Asset.

**Classification of Securities**
For Asset Class, Sector or Size and Style Analysis, securities are generally classified by asset class, sector, size and style and, for Fixed Income, maturity.

Domestic equities are generally classified by size/style category and fixed income (domestic and foreign) classified by maturity. Foreign equities are classified as international.

For Size and Style, security classification is as follows: a capitalization breakpoint of $18.90 billion defines the size (Large Cap or Small/Mid Cap) classification for domestic equity securities. The style (Growth or Value) for these securities is defined by a proprietary procedure, which utilizes a series of quantitative and qualitative metrics (e.g. expected earnings growth, analyst coverage, etc.).

Sector classifications are based on Global Industry Classification Standard ("GICS"). Source: Morgan Stanley Capital International ("MSCI") and Standard & Poor's ("S&P"), a division of the McGraw Hill Companies, Inc.



**MERRILL**
A BANK OF AMERICA COMPANY

MR MARK GORDON                                   Account Number: 29Z-85F95

## YOUR CMA FOR TRUST EQUITY COST BASIS

November 01, 2024 - November 29, 2024

| EQUITIES Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC REGITERED SHS | MMATQ | 12/08/21 | 50.0000 | 344.9500 | 17,247.50 | 0.0610 | 3.05 | (17,244.45) | |
| **TOTAL** | | | | | 17,247.50 | | 3.05 | (17,244.45) | |



**MERRILL**
A BANK OF AMERICA COMPANY

| | | |
|---|---|---|
| Online at: www.merrilledge.com | Account Number: 29Z-85F95 | 24-Hour Assistance: (877) 653-4732 |
| | | Access Code: 33-296-85395 |

MR MARK GORDON
MARK GORDON REVOCABLE TRUST
420 E 58TH ST APT 22B
NEW YORK NY 10022-2348

**Net Portfolio Value:** $11,006.28

**Your Merrill Office:**
Merrill EDGE
FL9-802-03-05
P.O. BOX 40486
JACKSONVILLE, FL 32203

# ■ CMA® FOR TRUST ACCOUNT
This account is enrolled in the Merrill Edge Self-Directed Service

November 01, 2024 - November 29, 2024

| | This Statement | Year to Date |
|---|---|---|
| Opening Value (11/01) | $11,198.73 | |
| Total Credits | 0.05 | 0.97 |
| Total Debits | - | - |
| Securities You Transferred In/Out | - | - |
| Market Gains/(Losses) | (192.50) | (950.43) |
| Closing Value (11/29) | $11,006.28 | |

| ASSETS | November 29 | October 31 |
|---|---|---|
| Cash/Money Accounts | 5,895.23 | 5,895.18 |
| Fixed Income | - | - |
| Equities | 3.05 | 3.55 |
| Mutual Funds | 5,108.00 | 5,300.00 |
| Options | - | - |
| Other | - | - |
| *Subtotal (Long Portfolio)* | *11,006.28* | *11,198.73* |
| **TOTAL ASSETS** | **$11,006.28** | **$11,198.73** |

## LIABILITIES

| | | |
|---|---|---|
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | - | - |
| **NET PORTFOLIO VALUE** | **$11,006.28** | **$11,198.73** |
| MARGIN AVAILABLE CREDIT | 7,938.00 | |

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.
Investment products:   Are Not FDIC Insured   |   Are Not Bank Guaranteed   |   May Lose Value

MR MARK GORDON

Account Number: 29Z-85F95

**24-Hour Assistance:** (877) 653-4732
Access Code: 33-296-85395

# CMA® FOR TRUST ACCOUNT

November 01, 2024 - November 29, 2024

## CASH FLOW

| | This Statement | Year to Date |
|---|---|---|
| **Opening Cash/Money Accounts** | $5,895.18 | |
| **CREDITS** | | |
| Funds Received | - | - |
| Electronic Transfers | - | - |
| Other Credits | - | - |
| *Subtotal* | - | - |
| **DEBITS** | | |
| Electronic Transfers | - | - |
| Margin Interest Charged | - | - |
| Other Debits | - | - |
| Visa Purchases | - | - |
| ATM/Cash Advances | - | - |
| Checks Written/Bill Payment | - | - |
| Advisory and other fees | - | - |
| *Subtotal* | - | - |
| **Net Cash Flow** | - | - |

## OTHER TRANSACTIONS

| | | |
|---|---|---|
| Dividends/Interest Income | 0.05 | 0.97 |
| Security Purchases/Debits | - | (5,731.48) |
| Security Sales/Credits | - | - |
| **Closing Cash/Money Accounts** | $5,895.23 | |

## ASSET ALLOCATION*

* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%; includes the categorical values for the underlying portfolio of individual mutual funds, closed end funds, and UITs.

| | Allocation |
|---|---|
| Cash/Money Accounts | 53.58% |
| Alternative Investments | 46.42% |
| **TOTAL** | **100%** |

## DOCUMENT PREFERENCES THIS PERIOD

| | Mail | Online Delivery |
|---|---|---|
| Statements | | X |
| Performance Reports | | X |
| Trade Confirms | | X |
| Shareholders Communication | | X |
| Prospectus | | X |
| Service Notices | | X |
| Tax Statements | | X |



**MERRILL**
A BANK OF AMERICA COMPANY

MR MARK GORDON                                  Account Number: 29Z-85F95

## YOUR CMA FOR TRUST ASSETS

November 01, 2024 - November 29, 2024

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 0.23 | 0.23 | | .23 | | |
| +ML DIRECT DEPOSIT PROGRAM | 5,895.00 | 5,895.00 | 1.0000 | 5,895.00 | 1 | .01 |
| +FDIC INSURED NOT SIPC COVERED | | | | | | |
| **TOTAL** | | 5,895.23 | | 5,895.23 | 1 | .01 |

| EQUITIES Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC REGITERED SHS | MMATQ | 50.0000 | 17,247.50 | 0.0610 | 3.05 | (17,244.45) | |
| **TOTAL** | | | 17,247.50 | | 3.05 | (17,244.45) | |

Equity Cost Basis details are available on the Statements and Documents page of www.merrilledge.com.

| MUTUAL FUNDS/CLOSED END FUNDS/UITs/ETPs Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| PROSHARES TR II SHS | 200.0000 | 5,731.48 | 25.5400 | 5,108.00 | (623.48) | 5,731 | (623) | |
| PROSHARES ULTRA B  SYMBOL: UCO  Initial Purchase: 10/03/24  Alternative Investments 100% | | | | | | | | |
| *Subtotal (Alternative Investments)* | | | | *5,108.00* | | | | |
| **TOTAL** | | 5,731.48 | | 5,108.00 | (623.48) | | (623) | |

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **TOTAL**   YIELD .01% | 28,874.21 | 11,006.28 | (17,867.93) | | |

**Total Client Investment:** Cost of shares directly purchased and still held. Does not include shares purchased through reinvestment.
**Cumulative Investment Return:** Estimated Market Value minus Total Client Investment. Cumulative Investment Return is the dollar value of the capital appreciation (depreciation) of all shares purchased and still held, including shares acquired through reinvestment of dividends and distributions, which may be greater or less than the actual income distributed.

**Unrealized Gain or (Loss):** Estimated Market Value minus Total Cost Basis (total cost of shares directly purchased and still held, as well as cost of shares acquired through reinvestment). Provided for Tax Planning purposes only and is not applicable to retirement accounts.
**Initial Purchase:** Date of your initial investment in this fund.

+

MR MARK GORDON                                                 Account Number: 29Z-85F95                                                  24-Hour Assistance: (877) 653-4732
                                                                                                                                                       Access Code: 33-296-85395

## YOUR CMA FOR TRUST ASSETS

November 01, 2024 - November 29, 2024

**Market Timing:** Merrill's policies prohibit mutual fund market timing, which involves the purchase and sale of mutual fund shares within short periods of time with the intention of capturing short-term profits resulting from market volatility. Market timing may result in lower returns for long-term fund shareholders because market timers capture short-term gains that would otherwise pass to all shareholders and due to increased transaction costs and fewer assets for investment due to the need to retain cash to satisfy redemptions.

**Sales Charge Discounts or Waivers:** Many funds offer various sales charge discounts or waivers depending on the terms of the prospectus and/or statement of additional information. You should consult a fund's prospectus and/or statement of additional information to determine whether you may qualify for a discount or waiver. Notify your Financial Advisor, Financial Solutions Advisor or Investment Center representative if you believe you qualify for any of these or any other discounts or waivers. Please contact your Financial Advisor, Financial Solutions Advisor or Investment Center representative for further information on available sales charge discounts and waivers.

Bank of America Merrill Lynch Global Research publishes research reports and ratings ("Research Ratings") regarding a select universe of ETFs and ETNs (collectively, "ETPs"). Research Ratings on ETPs are intended to assess the potential for outperformance of ETP peers in the same coverage category. Bank of America Merrill Lynch Global Research and other business areas, including CIO, apply different methodologies in their review of ETPs, and may arrive at different or inconsistent conclusions with respect to one or more ETPs. Neither the CIO review process nor the internal business review performed by product teams will rely on or otherwise use the Research Ratings on ETPs as an input or factor; and the CIO review process and product team's internal business review will determine an ETP's inclusion, status, and availability for solicitation through the Global Wealth & Investment Management area of MLPF&S and its affiliates.

## YOUR CMA FOR TRUST TRANSACTIONS

| DIVIDENDS/INTEREST INCOME TRANSACTIONS | | | | | Income |
|---|---|---|---|---|---|
| Date | Description | Transaction Type | Quantity | Income | Year To Date |
| **Taxable Interest** | | | | | |
| 11/29 | BANK DEPOSIT INTEREST | ¤ Bank Interest | | .05 | |
| | *Subtotal (Taxable Interest)* | | | *.05* | *.97* |
| | **NET TOTAL** | | | **.05** | **.97** |



**MERRILL**
A BANK OF AMERICA COMPANY

Online at: www.merrilledge.com       Account Number: 29Z-85F95       24-Hour Assistance: (877) 653-4732
                                                                      Access Code: 33-296-85395

MR MARK GORDON
MARK GORDON REVOCABLE TRUST                    **Net Portfolio Value:**                  **$ 11,006.28**
420 E 58TH ST APT 22B
NEW YORK NY 10022-2348                          Your Merrill Office:
                                                Merrill EDGE
                                                FL9-802-03-05
                                                P.O. BOX 40486
                                                JACKSONVILLE, FL 32203

# ■ CMA® FOR TRUST ACCOUNT

This account is enrolled in the Merrill Edge Self-Directed Service                    November 01, 2024 - November 29, 2024

|  | This Statement | Year to Date |
|---|---|---|
| Opening Value (11/01) | $11,198.73 |  |
| Total Credits | 0.05 | 0.97 |
| Total Debits | - | - |
| Securities You Transferred In/Out | - | - |
| Market Gains/(Losses) | (192.50) | (950.43) |
| Closing Value (11/29) | $11,006.28 |  |

| ASSETS | November 29 | October 31 |
|---|---|---|
| Cash/Money Accounts | 5,895.23 | 5,895.18 |
| Fixed Income | - | - |
| Equities | 3.05 | 3.55 |
| Mutual Funds | 5,108.00 | 5,300.00 |
| Options | - | - |
| Other | - | - |
| *Subtotal (Long Portfolio)* | *11,006.28* | *11,198.73* |
| **TOTAL ASSETS** | **$ 11,006.28** | **$ 11,198.73** |
| **LIABILITIES** | | |
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | - | - |
| **NET PORTFOLIO VALUE** | **$ 11,006.28** | **$ 11,198.73** |
| MARGIN AVAILABLE CREDIT | 7,938.00 | |

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.
Investment products:   | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

## META MATERIALS INC. MMATQ

| Total Value As of 12/04/2024 | Market Price As of 12/04/2024 | Held Since | Quantity | Unrealized Gain/(Loss) As of 12/04/2024 | |
|---|---|---|---|---|---|
| **$0.01** | **$0.0001** | 12/08/2021 | 50 | Short Term | 0.00 |
| | | | | Long Term | ($17,247.49) |

Research | Trade  Transfer

Open Lots   Closed Lots

As of 12/04/2024

| Account | Quantity | Unit Cost ($) | Cost Basis ($) | Accrued Interest($) | Price($) | Value($) | Gain/Loss ($) | Gain/Loss (%) |
|---|---|---|---|---|---|---|---|---|
| CMA-Edge 29Z-85F95 | 50 | 344.95 | 17,247.50 | — | 0.0001 | 0.01 | (17,247.49) | (100.00) |

| Acquisition Date | Quantity | Unit Cost ($) | Cost Basis ($) | | | Value($) | Gain/Loss ($) | Gain/Loss (%) |
|---|---|---|---|---|---|---|---|---|
| 12/08/2021 (Long Term) | 50 | 344.95 | 17,247.50 | | | 0.01 | (17,247.49) | (100.00) |

**News**

No news available.

Learn more about this security

More News »

| Ratings | Fundamentals | Margin Details |
|---|---|---|

| | |
|---|---|
| Asset Class | Equities |
| Sector | Information Technology |
| Industry | Semiconductors |
| Size & Style | Equities Blend |
| CUSIP | 59134N302 |
| Exchange | OTC |
| Previous Close ($) | 0.0001 |
| 52 Week Range ($) | 0.00 - 9.00 |
| Price / Earnings | 0.00 |

The data displayed is for informational purposes only. Your account statement is the official record of your holdings and balances.

Review a description of the third-party ratings methodology.

Please note: None of Bank of America, Merrill or any affiliates, bears any responsibility or liability with respect to third-party research made available. Clients should understand that they assume full responsibility for any trading decisions they make based upon third-party ratings or reports.

Prices, quotes, market values and volumes are based on NASDAQ Basic or consolidated market quote, unless otherwise indicated. Acquisition Costs are not adjusted for stock splits, etc.

Positions are net and cost basis excludes fractional shares. Sector Classifications based on Global Industry Classification Standard ("GICS").

Third-party stock research may be available; select this link to access.

Fixed annuities are classified as fixed income and variable annuities are classified as equities. Life insurance products are classified as other.

The Gain/Loss percentage is provided to help you monitor the performance of specific holdings; because the figure is affected by a particular holding period and transaction history, it should not be used to compare mutual fund performance. Please refer to the fund's prospectus for standardized performance information on each mutual fund in the account. Past performance is no guarantee of future returns.

When there is a Short Position in a classification bucket for a Managed Account or Pooled Investment Product, the market value of this position will show in the Managed Assets Short Allocations balance. This negative balance is not included as an Analyzable Asset.

**Classification of Securities**
For Asset Class, Sector or Size and Style Analysis, securities are generally classified by asset class, sector, size and style and, for Fixed Income, maturity.

Domestic equities are generally classified by size/style category and fixed income (domestic and foreign) classified by maturity. Foreign equities are classified as international.

For Size and Style, security classification is as follows: a capitalization breakpoint of $18.90 billion defines the size (Large Cap or Small/Mid Cap) classification for domestic equity securities. The style (Growth or Value) for these securities is defined by a proprietary procedure, which utilizes a series of quantitative and qualitative metrics (e.g. expected earnings growth, analyst coverage, etc.).

Sector classifications are based on Global Industry Classification Standard ("GICS"). Source: Morgan Stanley Capital International ("MSCI") and Standard & Poor's ("S&P"), a division of the McGraw Hill Companies, Inc.



**MERRILL**
A BANK OF AMERICA COMPANY

MR MARK GORDON                              Account Number: 29Z-85F95

## YOUR CMA FOR TRUST EQUITY COST BASIS

November 01, 2024 - November 29, 2024

| EQUITIES Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC REGITERED SHS | MMATQ | 12/08/21 | 50.0000 | 344.9500 | 17,247.50 | 0.0610 | 3.05 | (17,244.45) | |
| **TOTAL** | | | | | 17,247.50 | | 3.05 | (17,244.45) | |



**MERRILL**
A BANK OF AMERICA COMPANY

Online at: www.merrilledge.com             Account Number: 29Z-85F95             24-Hour Assistance: (877) 653-4732
                                                                                  Access Code: 33-296-85395

MR MARK GORDON                                                                    **Net Portfolio Value:**                    **$ 11,006.28**
MARK GORDON REVOCABLE TRUST
420 E 58TH ST APT 22B                                                             Your Merrill Office:
NEW YORK NY 10022-2348                                                            Merrill EDGE
                                                                                  FL9-802-03-05
                                                                                  P.O. BOX 40486
                                                                                  JACKSONVILLE, FL 32203

# CMA® FOR TRUST ACCOUNT
This account is enrolled in the Merrill Edge Self-Directed Service                                         November 01, 2024 - November 29, 2024

|                                   | This Statement | Year to Date |
|---|---|---|
| **Opening Value** (11/01)         | $ 11,198.73    |              |
| Total Credits                     | 0.05           | 0.97         |
| Total Debits                      | -              | -            |
| Securities You Transferred In/Out | -              | -            |
| Market Gains/(Losses)             | (192.50)       | (950.43)     |
| **Closing Value** (11/29)         | $ 11,006.28    |              |

| ASSETS                     | November 29 | October 31 |
|---|---|---|
| Cash/Money Accounts        | 5,895.23    | 5,895.18   |
| Fixed Income               | -           | -          |
| Equities                   | 3.05        | 3.55       |
| Mutual Funds               | 5,108.00    | 5,300.00   |
| Options                    | -           | -          |
| Other                      | -           | -          |
| *Subtotal (Long Portfolio)*| *11,006.28* | *11,198.73*|
| **TOTAL ASSETS**           | $ 11,006.28 | $ 11,198.73|

| LIABILITIES             |             |            |
|---|---|---|
| Debit Balance           | -           | -          |
| Short Market Value      | -           | -          |
| **TOTAL LIABILITIES**   | -           | -          |
| **NET PORTFOLIO VALUE** | $ 11,006.28 | $ 11,198.73|
| MARGIN AVAILABLE CREDIT | 7,938.00    |            |

*Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.*
*Investment products:* | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

019                                                                                                                                 8 of 138

MR MARK GORDON                                Account Number: 29Z-85F95                          24-Hour Assistance: (877) 653-4732
                                                                                                  Access Code: 33-296-85395

## YOUR CMA FOR TRUST ASSETS                                                                      November 01, 2024 - November 29, 2024

**Market Timing:** Merrill's policies prohibit mutual fund market timing, which involves the purchase and sale of mutual fund shares within short periods of time with the intention of capturing short-term profits resulting from market volatility. Market timing may result in lower returns for long-term fund shareholders because market timers capture short-term gains that would otherwise pass to all shareholders and due to increased transaction costs and fewer assets for investment due to the need to retain cash to satisfy redemptions.

**Sales Charge Discounts or Waivers:** Many funds offer various sales charge discounts or waivers depending on the terms of the prospectus and/or statement of additional information. You should consult a fund's prospectus and/or statement of additional information to determine whether you may qualify for a discount or waiver. Notify your Financial Advisor, Financial Solutions Advisor or Investment Center representative if you believe you qualify for any of these or any other discounts or waivers. Please contact your Financial Advisor, Financial Solutions Advisor or Investment Center representative for further information on available sales charge discounts and waivers.

Bank of America Merrill Lynch Global Research publishes research reports and ratings ("Research Ratings") regarding a select universe of ETFs and ETNs (collectively, "ETPs"). Research Ratings on ETPs are intended to assess the potential for outperformance of ETP peers in the same coverage category. Bank of America Merrill Lynch Global Research and other business areas, including CIO, apply different methodologies in their review of ETPs, and may arrive at different or inconsistent conclusions with respect to one or more ETPs. Neither the CIO review process nor the internal business review performed by product teams will rely on or otherwise use the Research Ratings on ETPs as an input or factor; and the CIO review process and product team's internal business review will determine an ETP's inclusion, status, and availability for solicitation through the Global Wealth & Investment Management area of MLPF&S and its affiliates.

## YOUR CMA FOR TRUST TRANSACTIONS

### DIVIDENDS/INTEREST INCOME TRANSACTIONS

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|---|---|---|---|---|---|
| **Taxable Interest** | | | | | |
| 11/29 | BANK DEPOSIT INTEREST | ¤ Bank Interest | | .05 | |
| | *Subtotal (Taxable Interest)* | | | .05 | .97 |
| | **NET TOTAL** | | | .05 | .97 |

+

019                                                                                                                          11 of 138



**MERRILL**
A BANK OF AMERICA COMPANY

MR MARK GORDON                                                      Account Number: 29Z-85F95

# YOUR CMA FOR TRUST ASSETS

November 01, 2024 - November 29, 2024

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 0.23 | 0.23 | | .23 | | |
| +ML DIRECT DEPOSIT PROGRAM | 5,895.00 | 5,895.00 | 1.0000 | 5,895.00 | 1 | .01 |
| +FDIC INSURED NOT SIPC COVERED | | | | | | |
| **TOTAL** | | 5,895.23 | | 5,895.23 | 1 | .01 |

| EQUITIES Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC REGITERED SHS | MMATQ | 50.0000 | 17,247.50 | 0.0610 | 3.05 | (17,244.45) | |
| **TOTAL** | | | 17,247.50 | | 3.05 | (17,244.45) | |

Equity Cost Basis details are available on the Statements and Documents page of www.merrilledge.com.

| MUTUAL FUNDS/CLOSED END FUNDS/UITs/ETPs Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| PROSHARES TR II SHS | 200.0000 | 5,731.48 | 25.5400 | 5,108.00 | (623.48) | 5,731 | (623) | |
| PROSHARES ULTRA B  SYMBOL: UCO  Initial Purchase: 10/03/24  Alternative Investments 100% | | | | | | | | |
| Subtotal (Alternative Investments) | | | | 5,108.00 | | | | |
| **TOTAL** | | 5,731.48 | | 5,108.00 | (623.48) | | (623) | |

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **TOTAL**   YIELD .01% | 28,874.21 | 11,006.28 | (17,867.93) | | |

**Total Client Investment:** Cost of shares directly purchased and still held. Does not include shares purchased through reinvestment.
**Cumulative Investment Return:** Estimated Market Value minus Total Client Investment. Cumulative Investment Return is the dollar value of the capital appreciation (depreciation) of all shares purchased and still held, including shares acquired through reinvestment of dividends and distributions, which may be greater or less than the actual income distributed.

**Unrealized Gain or (Loss):** Estimated Market Value minus Total Cost Basis (total cost of shares directly purchased and still held, as well as cost of shares acquired through reinvestment). Provided for Tax Planning purposes only and is not applicable to retirement accounts.
**Initial Purchase:** Date of your initial investment in this fund.

+

019                                                                                                              10 of 138

MR MARK GORDON

Account Number: 29Z-85F95

24-Hour Assistance: (877) 653-4732
Access Code: 33-296-85395

# CMA® FOR TRUST ACCOUNT

November 01, 2024 - November 29, 2024

## CASH FLOW

| | This Statement | Year to Date |
|---|---|---|
| **Opening Cash/Money Accounts** | $5,895.18 | |
| **CREDITS** | | |
| Funds Received | . | . |
| Electronic Transfers | . | . |
| Other Credits | . | . |
| *Subtotal* | . | . |
| **DEBITS** | | |
| Electronic Transfers | . | . |
| Margin Interest Charged | . | . |
| Other Debits | . | . |
| Visa Purchases | . | . |
| ATM/Cash Advances | . | . |
| Checks Written/Bill Payment | . | . |
| Advisory and other fees | . | . |
| *Subtotal* | . | . |
| **Net Cash Flow** | . | . |

## OTHER TRANSACTIONS

| | | |
|---|---|---|
| Dividends/Interest Income | 0.05 | 0.97 |
| Security Purchases/Debits | . | (5,731.48) |
| Security Sales/Credits | . | . |
| **Closing Cash/Money Accounts** | $5,895.23 | |

## ASSET ALLOCATION*

*Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%; Includes the categorical values for the underlying portfolio of individual mutual funds, closed end funds, and UITs.

| | Allocation |
|---|---|
| Cash/Money Accounts | 53.58% |
| Alternative Investments | 46.42% |
| **TOTAL** | **100%** |

## DOCUMENT PREFERENCES THIS PERIOD

| | Mail | Online Delivery |
|---|---|---|
| Statements | | X |
| Performance Reports | | X |
| Trade Confirms | | X |
| Shareholders Communication | | X |
| Prospectus | | X |
| Service Notices | | X |
| Tax Statements | | X |



**MERRILL**
A BANK OF AMERICA COMPANY

Online at: www.merrilledge.com　　　　Account Number: 29Z-85F95　　　　24-Hour Assistance: (877) 653-4732
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Access Code: 33-296-85395

MR MARK GORDON　　　　　　　　　　　　　　　　　　　　　　　　　　**Net Portfolio Value:**　　　　　　　　　　　$ 11,006.28
MARK GORDON REVOCABLE TRUST
420 E 58TH ST APT 22B　　　　　　　　　　　　　　　　　　　　　　　Your Merrill Office:
NEW YORK NY 10022-2348　　　　　　　　　　　　　　　　　　　　　Merrill EDGE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FL9-802-03-05
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. BOX 40486
　　　　　　　　　　　　　　　　　　　　　　　     　　　　　　　　　JACKSONVILLE, FL 32203

# ■ CMA® FOR TRUST ACCOUNT
This account is enrolled in the Merrill Edge Self-Directed Service　　　　　　　　　　　　　　　　　　November 01, 2024 - November 29, 2024

|  | This Statement | Year to Date |
|---|---|---|
| Opening Value (11/01) | $ 11,198.73 | |
| Total Credits | 0.05 | 0.97 |
| Total Debits | - | - |
| Securities You Transferred In/Out | - | - |
| Market Gains/(Losses) | (192.50) | (950.43) |
| Closing Value (11/29) | $ 11,006.28 | |

| ASSETS | November 29 | October 31 |
|---|---|---|
| Cash/Money Accounts | 5,895.23 | 5,895.18 |
| Fixed Income | - | - |
| Equities | 3.05 | 3.55 |
| Mutual Funds | 5,108.00 | 5,300.00 |
| Options | - | - |
| Other | - | - |
| Subtotal (Long Portfolio) | 11,006.28 | 11,198.73 |
| **TOTAL ASSETS** | $ 11,006.28 | $ 11,198.73 |

| LIABILITIES | | |
|---|---|---|
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | - | - |
| **NET PORTFOLIO VALUE** | $ 11,006.28 | $ 11,198.73 |
| MARGIN AVAILABLE CREDIT | 7,938.00 | |

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.
Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |