NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: **META MATERIALS, INC** | Case Number: **24-50792** | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   **Kurt Heath**
   **1026 Armstrong way**
   **Galt, CA 95632**

   Telephone Number: **(707) 333-6378**

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 16 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: **WST-004842** | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   **Kurt Heath**
   **70 S. Lake AVE, suite 700 Pasadena, CA 91101-9540**
   Telephone Number: **(800) 848-9096**

3. Date Equity Interest was acquired:

   **Between 05/01/2018 - 03/18/22**
   **See Attached Documentation**

4. Total amount of member interest: **194 shares for $61886**

5. Certificate number(s): **See Attached Documentation**

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: **INVESTOR**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or othercodebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Kurt Heath**
Title:
Company:___Address and telephone number (if different from notice address above):

(Signature)   **12/11/2024** (Date)

Telephone number: **(707) 333-6378**   email: **kurtheath33@gmail.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: | Case Number: |
|---|---|
| META MATERIALS, INC | 24-50792 |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Kurt Heath
1026 Armstrong way
Galt, CA 95632

Telephone Number: (707) 333-6378

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: **WST-004842**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

Kurt Heath
70 S. Lake AVE, suite 700 Pasadena, CA 91101-9540
Telephone Number: (800) 848-9096

**3.** Date Equity Interest was acquired:
Between 05/01/2018 - 03/18/22
See Attached Documentation

**4.** Total amount of member interest: **194 shares for $61886**

**5.** Certificate number(s): See Attached Documentation

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: **INVESTOR**

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Kurt Heath
Title:
Company: ___Address and telephone number (if different from notice address above):

(Signature) /s/ Kurt Heath      (Date) 12/11/2024

Telephone number: (707) 333-6378   email: kurtheath33@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Statement for the Period November 1, 2024 to November 30, 2024

KURT HEATH - Premiere Select Rollover IRA
Account Number: WST-004842



**WESTERN**
INTERNATIONAL SECURITIES, INC.

# Holdings

The account cost and associated gain (loss) is provided for informational purposes only and should not be used for tax-reporting purposes. Such information is provided to help you estimate and track the change in market value of each position relative to your investment into this security (not including reinvestments). Please refer to Footnotes and Cost Information at the end of this statement for more information.

For additional information regarding your holdings, please refer to the footnotes at the end of the statement.

CASH AND CASH EQUIVALENTS - 0.00% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 11/30/24 | Current Market Value | Estimated Annual Income | | |
|---|---|---|---|---|---|---|---|
| **Cash** | | | | | | | |
| NET CASH POSITION | | | | ($35.00) | | | |
| **Total Cash and Cash Equivalents** | | | | ($35.00) | | | |

HOLDINGS > EQUITIES - 100.00% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 11/30/24 | Current Market Value | Estimated Annual Income | Cost | Net Change |
|---|---|---|---|---|---|---|---|
| **Equity** | | | | | | | |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 Dividend Option Cash Capital Gain Option Cash Average Unit Cost $319.00 | MMATQ CASH | 194 | $0.061 | $11.83 | | $61,886.03 | ($61,874.20) |
| [redacted] | [redacted] CASH | 1 | [redacted] | [redacted] | | [redacted] | [redacted] |
| [redacted] $2.90 | [redacted] CASH | | | | | | |
| **Total Equity** | | | | $14.52 | | $175,646.06 | ($68,128.61) |
| **Total Equities** | | | | $14.52 | | $175,646.06 | ($68,128.61) |

**Statement for the Period November 1, 2024 to November 30, 2024**

KURT HEATH - Premiere Select Rollover IRA
Account Number: WST-004842


WESTERN
INTERNATIONAL SECURITIES, INC.

## HOLDINGS > *continued*

| | | | |
|---|---|---|---|
| Total Securities | $14.52 | $175,646.06 | ($68,128.61) |
| **TOTAL PORTFOLIO VALUE** | ($20.48) | $175,646.06 | ($68,128.61) |

# Activity

The account cost and associated gain (loss) is provided for informational purposes only and should not be used for tax-reporting purposes. Such information is provided to help you estimate and track the change in market value of each position relative to your investment into this security (not including reinvestments). Please refer to Footnotes and Cost Information at the end of this statement for more information.

### TAXES, FEES AND EXPENSES

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Account Fees** | | | | | |
| 11/18/24 | CASH | RETIREMENT FEE CHGD | IRA - FEE CHARGED | | ($35.00) |
| **Total Account Fees** | | | | | ($35.00) |
| **TOTAL TAXES, FEES AND EXPENSES** | | | | | ($35.00) |

# Footnotes and Cost Information

NFS makes no warranties with respect to, and specifically disclaims any liability arising out of your use of, or any position taken in reliance upon, NFS-provided cost and net change information. NFS determines gain (loss) using the first-in, first-out (FIFO) method on all transactions in a retirement account unless an alternative disposal method has been selected by you, or your broker dealer has elected to use another disposal method in the event you do not elect a method. For retirement accounts, gain/loss information should not be used for tax purposes. Cost information for debt securities has not been adjusted for amortization or accretion.

Account carried with National Financial Services LLC, Member NYSE, SIPC