NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: META MATERIALS INC. | Case Number: 24-50792-hlb | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   MARY IRONSIDE
   39 ARBROATH WAY, KINCORTH
   ABERDEEN CITY
   UNITED KINGDOM
   AB12 5PB

   Telephone Number: +44 7972521902

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   DEC 16 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: IVEW2 AND IVEGT

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   IG UK, CANNON BRIDGE HOUSE, 25 DOWGATE HILL, LONDON, UNITED KINGDOM EC4R 2YA
   Telephone Number: +44 8001953100

3. Date Equity Interest was acquired:
   BETWEEN 29TH DECEMBER 2020 TO 11TH DECEMBER 2023 AS SEEN IN ATTACHMENT. ATTACHMENT SHOWS CORPORATE ACTIONS IN 2024

4. Total amount of member interest: 253 SHARES FOR $7830.91

5. Certificate number(s): SEE ATTACHED DOCUMENT

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: MARY IRONSIDE
Title: MRS
Company: Address and telephone number (if different from notice address above):

(Signature) /s/ Mary   (Date) 11/28/2024

Telephone number: +44 7972521902   email: mary.ironside82@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



PROOF ON INTEREST SUPPLEMENTAL INFORMATION
CASE: 24-50792, META MATERIALS, INC
FOR: MARY IRONSIDE
BROKER: IG
ACCOUNT NUMBER - IVEGT (ISA ACCOUNT)
TRANSACTIONS (PRE-REVERSE SPLIT)

| TextDate | Time | Activity | Market | Direction | Quantity | Price | Currency | Considera | Commissi | Charges | Cost/Proc | Conversion rate | Order type | Venue ID | Settled? | Settlement date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21/08/2024 | 10:18:31 | CORPORATE ACTION | Meta Materials Inc | SELL | -253 | 0 | USD | 0 | | 0 | 0 | 0.7640399 | LIMIT | | Y | 21/08/2024 |
| 07/02/2024 | 12:23:10 | CORPORATE ACTION | Meta Materials Inc | SELL | -0.74 | 370 | USD | 2.74 | | 0 | 2.16 | 0.789473 | LIMIT | | Y | 08/02/2024 |
| 07/02/2024 | 12:23:09 | CORPORATE ACTION | Meta Materials Inc | BUY | 0.74 | 0 | USD | 0 | | 0 | 0 | 0.7974074 | LIMIT | | Y | 08/02/2024 |
| 29/01/2024 | 14:05:19 | CORPORATE ACTION | Meta Materials Inc | BUY | 253 | 0 | USD | 0 | | 0 | 0 | 0.7916989 | LIMIT | | Y | 29/01/2024 |
| 29/01/2024 | 13:52:07 | CORPORATE ACTION | Meta Materials Inc | SELL | -25374 | 0 | USD | 0 | | 0 | 0 | 0.7838951 | LIMIT | | Y | 29/01/2024 |
| 11/12/2023 | 20:30:41 | TRADE | Meta Materials Inc | BUY | 5544 | 7 | USD | -388.08 | -10 | 0 | -320.59 | 0.8003195 | LIMIT | XOFF | Y | 13/12/2023 |
| 28/06/2023 | 19:31:06 | TRADE | Meta Materials Inc | BUY | 9396 | 19.9932 | USD | -1878.56 | -10 | 0 | -1502.41 | 0.7944416 | LIMIT | XOFF | Y | 30/06/2023 |
| 23/06/2023 | 20:48:40 | TRADE | Meta Materials Inc | BUY | 3105 | 20 | USD | -621 | -10 | 0 | -500.97 | 0.7906043 | LIMIT | XOFF | Y | 27/06/2023 |
| 16/06/2023 | 15:50:05 | TRADE | Meta Materials Inc | BUY | 2911 | 21.5 | USD | -625.87 | -10 | 0 | -500.97 | 0.7844683 | LIMIT | XOFF | Y | 21/06/2023 |
| 23/09/2022 | 21:00:03 | TRADE | Meta Materials Inc | BUY | 1116 | 67.18 | USD | -749.73 | 0 | 0 | -693.3 | 0.9247378 | LIMIT | XOFF | Y | 27/09/2022 |
| 23/08/2022 | 19:39:06 | TRADE | Meta Materials Inc | BUY | 755 | 78.69 | USD | -594.11 | 0 | 0 | -505.09 | 0.8501657 | LIMIT | XOFF | Y | 25/08/2022 |
| 09/08/2022 | 18:50:37 | TRADE | Meta Materials Inc | BUY | 1368 | 90.4 | USD | -1236.67 | 0 | 0 | -1029.6 | 0.8325539 | LIMIT | XOFF | Y | 11/08/2022 |
| 27/05/2022 | 13:37:17 | CORPORATE ACTION | Meta Materials Inc | BUY | 0.5 | 0 | USD | 0 | | 0 | 0 | 0.8011326 | LIMIT | | Y | 02/06/2022 |
| 27/05/2022 | 13:37:15 | CORPORATE ACTION | Meta Materials Inc | SELL | -0.5 | 353 | USD | 1.77 | | 0 | 1.4 | 0.7931611 | LIMIT | | Y | 02/06/2022 |
| 26/01/2022 | 12:19:58 | TRANSFER | Meta Materials Inc - Pfd 28/12/21 | SELL | -2359 | 0 | USD | 0 | | 0 | 0 | 0.7362177 | LIMIT | | Y | 26/01/2022 |
| 24/11/2021 | 03:50:19 | CORPORATE ACTION | Meta Materials Inc - Pfd 28/12/21 | BUY | 2359 | 0 | USD | 0 | | 0 | 0 | 0.7528837 | LIMIT | | Y | 25/11/2021 |
| 24/11/2021 | 03:49:08 | CORPORATE ACTION | Meta Materials Inc - Spin off proceeds | SELL | -2359 | 0 | USD | 0 | | 0 | 0 | 0.745413 | LIMIT | | Y | 25/11/2021 |
| 28/06/2021 | 07:44:22 | CORPORATE ACTION | Torchlight Energy Resources Inc | BUY | 1179 | 0 | USD | 0 | | 0 | 0 | 0.7225937 | LIMIT | | Y | 28/06/2021 |
| 28/06/2021 | 07:42:54 | CORPORATE ACTION | Torchlight Energy Resources Inc | SELL | -2359 | 0 | USD | 0 | | 0 | 0 | 0.7152582 | LIMIT | | Y | 28/06/2021 |
| 29/12/2020 | 14:50:10 | TRADE | Torchlight Energy Resources Inc | BUY | 175 | 68.99 | USD | -120.73 | 0 | 0 | -89.82 | 0.7439598 | LIMIT | XOFF | Y | 31/12/2020 |
| 29/12/2020 | 14:35:28 | TRADE | Torchlight Energy Resources Inc | BUY | 2184 | 74 | USD | -1616.16 | 0 | 0 | -1202.4 | 0.7439851 | LIMIT | XOFF | Y | 31/12/2020 |

| TOTAL QUANTITY OF SHARES HELD PRE-REVERSE SPLIT | | TOTAL MONIES INVESTED PRE-REVERSE SPLIT ($) | | |
|---|---|---|---|---|
| | 25374 | | USD | 7830.91 |

PROOF ON INTEREST SUPPLEMENTAL INFORMATION
CASE: 24-50792 META MATERIALS INC
FOR: MARY IRONSIDE
BROKER: IG
ACCOUNT NUMBER - IVEW2 (MOVED TO SHARE DEALING ACCOUNT)
TRANSACTIONS (POST-REVERSE SPLIT)

| TextDate | Time | Activity | Market | Direction | Quantity | Price | Currency | Considera | Commissi | Charges | Cost/Proc | Conversion rate | Order type | Venue ID | Settled? | Settlement date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Date | Time | Type | Security | Action | Quantity | | Currency | | | | Price | Order Type | | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21/08/2024 | 10:22:37 | CORPORATE ACTION | Meta Materials Inc | BUY | 253 | 0 | USD | 0 | 0 | 0 | 0.7714808 | LIMIT | Y | 21/08/2024 |
| 13/12/2022 | 12:04:01 | CORPORATE ACTION | Meta Materials Inc - Pfd 31/01/22 | SELL | -2359 | 0 | USD | 0 | 0 | 0 | 0.8097568 | LIMIT | Y | 13/12/2022 |
| 26/01/2022 | 12:21:09 | TRANSFER | Meta Materials Inc - Pfd 28/12/21 | BUY | 2359 | 0 | USD | 0 | 0 | 0 | 0.7436498 | LIMIT | Y | 26/01/2022 |

| | |
|---|---|
| TOTAL QUANTITY OF SHARES HELD POST-REVERSE SPLIT (1:100) | 253 |
| TOTAL MONIES INVESTED POST-REVERSE SPLIT ($) | 7830.91 |

 Gmail                                    Mary Ironside <mary.ironside82@gmail.com>

## IG Trading Services - Meta Materials Inc. position
6 messages

**IG Client Services Helpdesk** <helpdesk.uk@ig.com>                  Wed, Dec 4, 2024 at 4:13 PM
Reply-To: helpdesk.uk@ig.com
To: mary.ironside82@gmail.com

Hello Mary,

With reference to our call from last week, we send you the requested details on your Meta Materials Inc. position.

The total opening cost, as you can see on the attached statement, is 7,830.96 USD. I made necessary corrections in our system, so on future statements, you will see the book cost.

You bought Meta Materials Inc. shares in 2021. You were buying additional shares throughout 2021, 2022 and 2023, so by the beginning of 2024 you had more than 25300 shares.

By the end of January 2024, Meta Materials Inc. had a consolidation 1:100 meaning each 100 shares you had in your trading portfolio were replaced by 1 share, so since the consolidation, you have 253 shares of Meta Materials Inc.

If you have any further queries, please do not hesitate to contact us.

Regards,
Brian

Trading Services

IG



T 0800 409 6789 / +44 (0)20 7896 0079
F 0207 390 3816
E helpdesk.uk@ig.com
🟢 WhatsApp
C community.ig.com

IG.com

All trading involves risk.

Spread bets and CFDs are complex instruments and come with a high risk of losing money rapidly due to leverage. **69% of retail investor accounts lose money when trading spread bets and CFDs with this provider.** You should consider whether you understand how spread bets and CFDs work, and whether you can afford to take the high risk of losing your money.

The value of shares, ETFs and ETCs bought through a share dealing account, a stocks and shares ISA

IG | My Workspace ▼ | +

Total Account Value: £2,652.68
Position: £2,652.6

### Positions

Add to workspace

| MARKET | QUANTITY | AVG PRICE | LATEST | MARKET VALUE | PROFIT/LOSS | |
|---|---|---|---|---|---|---|
| ● Valaris Plc (OTC – Delisted) | 5453 | 0 | 0.068 | US$370.80 | US$370.80 | Market closed |
| ✎ Valaris Limited Warrants | 149 | 0 | 7.85 | US$1,169.65 | US$1,169.65 | Market closed |
| ✎ Fenikso Ltd | 103275 | 0 | 1.4 | £1,445.85 | £1,445.85 | Market closed |
| ✎ Supply@ME Capital PLC Warrants – … | 14815 | 0 | 0 | £0.00 | £0.00 | Market closed |
| ✎ NEXT BRIDGE HYDROCARBONS INC … | 2359 | 0 | 0 | US$0.00 | US$0.00 | Market closed |
| ✎ Meta Materials Inc | 253 | 30.952411 | 0 | US$0.00 | -US$7,830.96 | Market closed |
| Total | | | | £2,652.68 | -£3,482.29 | |

**Sidebar:**
- Search
- Shares
- ETFs
- Investment Trusts
- Indices
- FX
- Commodities
- WATCHLISTS ★

