NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: **META MATERIALS, INC** | Case Number: **24-50792** |
|---|---|

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

**Matthew Haid**
**94 Rosebud Lane**
**Hurricane, WV 25526**

Telephone Number: **304-881-9373**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 16 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
**Charles Schwab #1570-2574**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
**Matthew Haid Charles Schwab & Co., Inc. Omaha Operations Center P.O. Box 2339 Omaha, NE 68103**
Telephone Number: **800-435-4000**

**3.** Date Equity Interest was acquired:
**BETWEEN 07/14/2021- 06/25/2024**
**SEE ATTACHED DOCUMENTATION**
which alternate and custodial brokerages and a detailed purchase history

**4.** Total amount of member interest: **217 SHARES currently held**

**5.** Certificate number(s): **SEE ATTACHED DOCUMENTATION**

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: **INVESTOR**

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9.** Signature:
Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Matthew Haid**
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature) *[signed]*  Date: **12/12/24**

Telephone number: **304-881-9373**   email: **yogi2012@gmail.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

20 Shares held at the Transfer agent Equinity account number 0000010145

## MMAT History from Charles Schwab (Formerly TD Ameritrade) account 1570-2574

| Date | Action | Description | Quantity | Price | Fee | Amount |
|---|---|---|---|---|---|---|
| 06/25/2024 | Sell Trade Details | MMAT META MATLS INC | 500 | $2.8125 | $0.12 | $1,406.13 |
| 06/25/2024 | Sell Trade Details | MMAT META MATLS INC | 500 | $2.934 | $0.12 | $1,466.88 |
| 05/02/2024 | Buy Trade Details | MMAT META MATLS INC | 14 | $3.46 | | -$48.44 |
| 04/17/2024 | Buy Trade Details | MMAT META MATLS INC | 36 | $2.7699 | | -$99.72 |
| 03/21/2024 | Buy Trade Details | MMAT META MATLS INC | 50 | $1.9799 | | -$99.00 |
| 03/07/2024 | Buy Trade Details | MMAT META MATLS INC | 34 | $2.85 | | -$96.90 |
| 02/21/2024 | Buy Trade Details | MMAT META MATLS INC | 69 | $4.2997 | | -$296.68 |
| 02/06/2024 | Buy Trade Details | MMAT META MATLS INC | 2 | $2.735 | | -$5.47 |
| 02/06/2024 | Buy Trade Details | MMAT META MATLS INC | 177 | $2.7999 | | -$495.58 |
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 792 | | | |
| 01/24/2024 | Buy Trade Details | MMAT META MATLS INC | 10,080 | $0.0597 | | -$601.78 |
| 01/22/2024 as of 01/19/2024 | Expired | MMAT 01/19/2024 10.00 C CALL META MATLS INC $10 EXP 01/19/24 | -7 | | | |
| 01/22/2024 as of 01/19/2024 | Expired | MMAT 01/19/2024 2.00 C CALL META MATLS INC $2 EXP 01/19/24 | -2 | | | |
| 01/22/2024 as of 01/19/2024 | Expired | MMAT 01/19/2024 1.50 C CALL META MATLS INC $1.5 EXP 01/19/24 | -1 | | | |
| 01/22/2024 as of | Expired | MMAT 01/19/2024 0.50 C CALL META MATLS INC $0.5 EXP | -4 | | | |

| Date | Action | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| **01/19/2024** | | 01/19/24 | | | |
| **01/11/2024** | Buy Trade Details | MMAT META MATLS INC | 6,546 | $0.0609 | -$398.71 |
| **12/27/2023** | Buy Trade Details | MMAT META MATLS INC | 5,288 | $0.07 | -$370.16 |
| **12/14/2023** | Buy Trade Details | MMAT META MATLS INC | 5,973 | $0.068 | -$406.04 |
| **11/28/2023** | Buy Trade Details | MMAT META MATLS INC | 3,938 | $0.0818 | -$322.03 |
| **11/15/2023** | Buy Trade Details | MMAT META MATLS INC | 429 | $0.0928 | -$39.81 |
| **11/15/2023** | Buy Trade Details | MMAT META MATLS INC | 5,226 | $0.0925 | -$483.15 |
| **11/06/2023** | Journaled Shares | MMAT TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -41,653 | | |
| **11/06/2023** | Journaled Shares | MMAT 01/19/2024 10.00 C TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT Jan 19 2024 10.0 Call) | -7 | | |
| **11/06/2023** | Journaled Shares | MMAT 01/19/2024 2.00 C TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT Jan 19 2024 2.0 Call) | -2 | | |
| **11/06/2023** | Journaled Shares | MMAT 01/19/2024 1.50 C TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT Jan 19 2024 1.5 Call) | -1 | | |
| **11/06/2023** | Journaled Shares | MMAT 01/19/2024 0.50 C TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT Jan 19 2024 0.5 Call) | -4 | | |
| **11/06/2023** | Journaled Shares | MMAT 01/17/2025 5.00 C TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT Jan 17 2025 5.0 Call) | -20 | | |
| **11/06/2023** | Journaled Shares | MMAT 01/17/2025 1.00 C TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT Jan 17 2025 1.0 Call) | -1 | | |
| **11/06/2023** | Journaled Shares | MMAT 01/17/2025 0.50 C TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT Jan 17 2025 0.5 Call) | -6 | | |
| **11/06/2023** | Internal Transfer | MMAT META MATLS INC | 41,653 | | |
| **11/06/2023** | Internal Transfer | MMAT 01/17/2025 0.50 C CALL META MATLS INC $0.5 EXP 01/17/25 | 6 | | |
| **11/06/2023** | Internal Transfer | MMAT 01/17/2025 1.00 C CALL META MATLS INC $1 EXP | 1 | | |

| Date | Action | Description | Quantity | Price | | Amount |
|---|---|---|---|---|---|---|
| 11/06/2023 | Internal Transfer | MMAT 01/17/2025 5.00 C CALL META MATLS INC $5 EXP 01/17/25 | 20 | | | |
| 11/06/2023 | Internal Transfer | MMAT 01/19/2024 0.50 C CALL META MATLS INC $0.5 EXP 01/19/24 | 4 | | | |
| 11/06/2023 | Internal Transfer | MMAT 01/19/2024 1.50 C CALL META MATLS INC $1.5 EXP 01/19/24 | 1 | | | |
| 11/06/2023 | Internal Transfer | MMAT 01/19/2024 2.00 C CALL META MATLS INC $2 EXP 01/19/24 | 2 | | | |
| 11/06/2023 | Internal Transfer | MMAT 01/19/2024 10.00 C CALL META MATLS INC $10 EXP 01/19/24 | 7 | | | |
| 10/25/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 3873 (MMAT) @0.1291 | 3,873 | $0.1291 | | -$500.00 |
| 10/20/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 4 (MMAT) @0.1799 | 4 | $0.1799 | | -$0.72 |
| 10/17/2023 | Buy to Open Trade Details | MMAT 01/17/2025 1.00 C TDA TRAN - Bought to Open 1 (MMAT Jan 17 2025 1.0 Call) @0.0500 | 1 | $0.05 | $0.66 | -$5.66 |
| 10/16/2023 | Buy to Open Trade Details | MMAT 01/17/2025 5.00 C TDA TRAN - Bought to Open 20 (MMAT Jan 17 2025 5.0 Call) @0.0300 | 20 | $0.03 | $13.19 | -$73.19 |
| 10/13/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...462 (MMAT) @0.2163 | 462 | $0.2163 | | -$99.93 |
| 10/13/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 2290 (MMAT) @0.2183 | 2,290 | $0.2183 | | -$499.91 |
| 10/04/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...237 (MMAT) @0.2198 | 237 | $0.2198 | | -$52.09 |
| 10/03/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 1784 (MMAT) @0.2242 | 1,784 | $0.2242 | | -$399.97 |
| 09/29/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 11 (MMAT) @0.2174 | 11 | $0.2174 | | -$2.39 |
| 09/29/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 1 (MMAT) @0.2160 | 1 | $0.216 | | -$0.22 |
| 09/29/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...100 (MMAT) @0.2183 | 100 | $0.2183 | | -$21.83 |
| 09/29/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...300 (MMAT) @0.2186 | 300 | $0.2186 | | -$65.58 |
| 09/29/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 1000 (MMAT) @0.2188 | 1,000 | $0.2188 | | -$218.80 |

| Date | Type | Description | Quantity | Price | | Amount |
|---|---|---|---|---|---|---|
| 09/29/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...100 (MMAT) @0.2191 | 100 | $0.2191 | | -$21.91 |
| 09/29/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...647 (MMAT) @0.2194 | 647 | $0.2194 | | -$141.95 |
| 09/29/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...124 (MMAT) @0.2195 | 124 | $0.2195 | | -$27.22 |
| 09/26/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 1439 (MMAT) @0.2085 | 1,439 | $0.2085 | | -$300.03 |
| 09/20/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...988 (MMAT) @0.2024 | 988 | $0.2024 | | -$199.97 |
| 09/15/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...305 (MMAT) @0.2230 | 305 | $0.223 | | -$68.02 |
| 09/05/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...132 (MMAT) @0.2330 | 132 | $0.233 | | -$30.76 |
| 09/01/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 2174 (MMAT) @0.2300 | 2,174 | $0.23 | | -$500.02 |
| 08/30/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 1 (MMAT) @0.2377 | 1 | $0.2377 | | -$0.24 |
| 08/30/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...840 (MMAT) @0.2378 | 840 | $0.2378 | | -$199.75 |
| 08/25/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 17 (MMAT) @0.2378 | 17 | $0.2378 | | -$4.04 |
| 08/23/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 1 (MMAT) @0.2126 | 1 | $0.2126 | | -$0.21 |
| 08/18/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 22 (MMAT) @0.2159 | 22 | $0.2159 | | -$4.75 |
| 08/18/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...888 (MMAT) @0.2198 | 888 | $0.2198 | | -$195.18 |
| 08/14/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...424 (MMAT) @0.2409 | 424 | $0.2409 | | -$102.14 |
| 08/07/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 12 (MMAT) @0.2325 | 12 | $0.2325 | | -$2.79 |
| 08/07/2023 | Buy to Open Trade Details | MMAT 01/19/2024 0.50 C TDA TRAN - Bought to Open 4 (MMAT Jan 19 2024 0.5 Call) @0.0600 | 4 | $0.06 | $2.64 | -$26.64 |
| 08/07/2023 | Buy to Open Trade Details | MMAT 01/17/2025 0.50 C TDA TRAN - Bought to Open 6 (MMAT Jan 17 2025 0.5 Call) @0.0800 | 6 | $0.08 | $3.96 | -$51.96 |

| Date | | Description | Quantity & Price | Amount |
|---|---|---|---|---|
| 08/01/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 12 (MMAT) @0.2481 | 12 $0.2481 | -$2.98 |
| 08/01/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...797 (MMAT) @0.2475 | 797 $0.2475 | -$197.26 |
| 07/31/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 1202 (MMAT) @0.2494 | 1,202 $0.2494 | -$299.78 |
| 07/21/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...391 (MMAT) @0.2289 | 391 $0.2289 | -$89.50 |
| 07/20/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...873 (MMAT) @0.2002 | 873 $0.2002 | -$174.77 |
| 07/20/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...400 (MMAT) @0.2003 | 400 $0.2003 | -$80.12 |
| 07/18/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 1514 (MMAT) @0.1989 | 1,514 $0.1989 | -$301.13 |
| 07/10/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 7 (MMAT) @0.1909 | 7 $0.1909 | -$1.34 |
| 07/06/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 1121 (MMAT) @0.1902 | 1,121 $0.1902 | -$213.21 |
| 07/03/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 1856 (MMAT) @0.2155 | 1,856 $0.2155 | -$399.97 |
| 06/28/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 22 (MMAT) @0.1944 | 22 $0.1944 | -$4.28 |
| 06/22/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 1593 (MMAT) @0.1997 | 1,593 $0.1997 | -$318.12 |
| 06/13/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...869 (MMAT) @0.2300 | 869 $0.23 | -$199.87 |
| 06/07/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...408 (MMAT) @0.2449 | 408 $0.2449 | -$99.92 |
| 06/06/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...835 (MMAT) @0.2398 | 835 $0.2398 | -$200.23 |
| 05/24/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...747 (MMAT) @0.2677 | 747 $0.2677 | -$199.97 |
| 05/23/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...770 (MMAT) @0.2596 | 770 $0.2596 | -$199.89 |
| 05/15/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 60 (MMAT) @0.2089 | 60 $0.2089 | -$12.53 |
| 05/10/2023 | Buy Trade | MMAT TDA TRAN - Bought 1265 (MMAT) @0.2186 | 1,265 $0.2186 | -$276.53 |

https://mail-attachment.googleusercontent.com/attachment/u/0...2ItbzC0MK1kyLVZMiwdc-3d9SrCQyxTGKwxwOmLsbJoZukYCTB    12/12/24, 12:55 PM
Page 5 of 15

| Date | Action | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | | Details | | | |
| 05/05/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...986 (MMAT) @0.2029 | 986 | $0.2029 | -$200.06 |
| 05/01/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 1781 (MMAT) @0.1829 | 1,781 | $0.1829 | -$325.74 |
| 05/01/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...405 (MMAT) @0.1830 | 405 | $0.183 | -$74.12 |
| 04/26/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 1025 (MMAT) @0.1950 | 1,025 | $0.195 | -$199.88 |
| 04/21/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 5 (MMAT) @0.1973 | 5 | $0.1973 | -$0.99 |
| 04/21/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 2000 (MMAT) @0.2000 | 2,000 | $0.20 | -$400.00 |
| 04/14/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...449 (MMAT) @0.2207 | 449 | $0.2207 | -$99.09 |
| 04/12/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 2 (MMAT) @0.4060 | 2 | $0.406 | -$0.81 |
| 04/12/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...309 (MMAT) @0.4061 | 309 | $0.4061 | -$125.48 |
| 03/31/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 29 (MMAT) @0.4125 | 29 | $0.4125 | -$11.96 |
| 03/27/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...430 (MMAT) @0.4658 | 430 | $0.4658 | -$200.29 |
| 03/21/2023 | Journaled Shares | MMAT TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -2,000 | | |
| 03/17/2023 | Journaled Shares | MMAT TDA TRAN - INTERNAL TRANSFER BETWEEN ACCOUNTS OR ACCOUNT TYPES (MMAT) | 2,000 | | . |
| 03/17/2023 | Journaled Shares | MMAT TDA TRAN - INTERNAL TRANSFER BETWEEN ACCOUNTS OR ACCOUNT TYPES (MMAT) | -2,000 | | |
| 03/15/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 21 (MMAT) @0.5180 | 21 | $0.518 | -$10.88 |
| 03/09/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 23 (MMAT) @0.5729 | 23 | $0.5729 | -$13.18 |
| 03/02/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...251 (MMAT) @0.6000 | 251 | $0.60 | -$150.60 |
| 02/17/2023 | Buy Trade | MMAT TDA TRAN - Bought ...141 (MMAT) @0.7071 | 141 | $0.7071 | -$99.70 |

| Date | Type | Description | Quantity | Price | | Amount |
|---|---|---|---|---|---|---|
| 02/10/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 60 (MMAT) @0.8247 | 60 | $0.8247 | | -$49.48 |
| 02/09/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...114 (MMAT) @0.8804 | 114 | $0.8804 | | -$100.37 |
| 01/31/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...100 (MMAT) @1.0000 | 100 | $1.00 | | -$100.00 |
| 01/09/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 63 (MMAT) @1.2062 | 63 | $1.2062 | | -$75.99 |
| 01/04/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 23 (MMAT) @1.1399 | 23 | $1.1399 | | -$26.22 |
| 12/28/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 90 (MMAT) @1.0899 | 90 | $1.0899 | | -$98.09 |
| 12/20/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...160 (MMAT) @1.2500 | 160 | $1.25 | | -$200.00 |
| 11/09/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...106 (MMAT) @1.4099 | 106 | $1.4099 | | -$149.45 |
| 10/31/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 17 (MMAT) @1.1100 | 17 | $1.11 | | -$18.87 |
| 10/28/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...100 (MMAT) @1.0100 | 100 | $1.01 | | -$101.00 |
| 10/18/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 18 (MMAT) @0.9208 | 18 | $0.9208 | | -$16.57 |
| 10/12/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...101 (MMAT) @0.9989 | 101 | $0.9989 | | -$100.89 |
| 09/30/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 22 (MMAT) @0.6656 | 22 | $0.6656 | | -$14.64 |
| 09/30/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 1 (MMAT) @0.6680 | 1 | $0.668 | | -$0.67 |
| 09/30/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...200 (MMAT) @0.6681 | 200 | $0.6681 | | -$133.62 |
| 09/28/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 2 (MMAT) @0.7194 | 2 | $0.7194 | | -$1.44 |
| 09/27/2022 | Buy to Open Trade Details | MMAT 01/19/2024 10.00 C TDA TRAN - Bought to Open 5 (MMAT Jan 19 2024 10.0 Call) @0.0900 | 5 | $0.09 | $3.30 | -$48.30 |
| 09/14/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 98 (MMAT) @0.7965 | 98 | $0.7965 | | -$78.06 |

| Date | Action | Description | Qty | Price | | Amount |
|---|---|---|---|---|---|---|
| 09/13/2022 | Buy to Open Trade Details | MMAT 01/20/2023 10.00 C TDA TRAN - Bought to Open 6 (MMAT Jan 20 2023 10.0 Call) @0.0300 | 6 | $0.03 | $3.96 | -$21.96 |
| 08/25/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 6 (MMAT) @0.8352 | 6 | $0.8352 | | -$5.01 |
| 08/25/2022 | Buy to Open Trade Details | MMAT 01/19/2024 10.00 C TDA TRAN - Bought to Open 2 (MMAT Jan 19 2024 10.0 Call) @0.0900 | 2 | $0.09 | $1.32 | -$19.32 |
| 08/24/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...137 (MMAT) @0.7990 | 137 | $0.799 | | -$109.46 |
| 08/05/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...108 (MMAT) @0.9252 | 108 | $0.9252 | | -$99.92 |
| 07/25/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 56 (MMAT) @0.9042 | 56 | $0.9042 | | -$50.64 |
| 07/21/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...150 (MMAT) @1.0000 | 150 | $1.00 | | -$150.00 |
| 07/07/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 1 (MMAT) @1.0600 | 1 | $1.06 | | -$1.06 |
| 07/01/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 1 (MMAT) @1.0199 | 1 | $1.0199 | | -$1.02 |
| 06/27/2022 | Buy to Open Trade Details | MMAT 01/19/2024 2.00 C TDA TRAN - Bought to Open 2 (MMAT Jan 19 2024 2.0 Call) @0.5000 | 2 | $0.50 | $1.32 | -$101.32 |
| 06/17/2022 | Buy to Open Trade Details | MMAT 01/19/2024 1.50 C TDA TRAN - Bought to Open 1 (MMAT Jan 19 2024 1.5 Call) @0.9700 | 1 | $0.97 | $0.66 | -$97.66 |
| 06/13/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 51 (MMAT) @1.4799 | 51 | $1.4799 | | -$75.47 |
| 06/10/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 82 (MMAT) @1.5300 | 82 | $1.53 | | -$125.46 |
| 05/27/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...149 (MMAT) @1.6700 | 149 | $1.67 | | -$248.83 |
| 05/12/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 87 (MMAT) @1.1500 | 87 | $1.15 | | -$100.05 |
| 04/28/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...100 (MMAT) @1.2300 | 100 | $1.23 | | -$123.00 |
| 04/25/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 61 (MMAT) @1.2997 | 61 | $1.2997 | | -$79.28 |
| 04/14/2022 | Buy Trade | MMAT TDA TRAN - Bought 35 (MMAT) @1.5099 | 35 | $1.5099 | | -$52.85 |

| Date | Action | Description | Quantity & Price | Amount |
|---|---|---|---|---|
| | Details | | | |
| 04/04/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 36 (MMAT) @1.6200 | 36  $1.62 | -$58.32 |
| 03/25/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 53 (MMAT) @1.8999 | 53 $1.8999 | -$100.69 |
| 03/21/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 28 (MMAT) @1.9899 | 28 $1.9899 | -$55.72 |
| 03/03/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 12 (MMAT) @1.5687 | 12 $1.5687 | -$18.82 |
| 02/03/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 30 (MMAT) @1.6984 | 30 $1.6984 | -$50.95 |
| 01/21/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 1 (MMAT) @1.7399 | 1 $1.7399 | -$1.74 |
| 01/21/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 43 (MMAT) @1.7299 | 43 $1.7299 | -$74.39 |
| 01/03/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 18 (MMAT) @2.8300 | 18   $2.83 | -$50.94 |
| 12/20/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 58 (MMAT) @2.5784 | 58 $2.5784 | -$149.55 |
| 12/20/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 62 (MMAT) @2.8400 | 62   $2.84 | -$176.08 |
| 12/15/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 9 (MMAT) @2.9400 | 9   $2.94 | -$26.46 |
| 12/01/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 57 (MMAT) @3.5298 | 57 $3.5298 | -$201.20 |
| 12/01/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 13 (MMAT) @3.6499 | 13 $3.6499 | -$47.45 |
| 11/22/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 26 (MMAT) @3.9392 | 26 $3.9392 | -$102.42 |
| 11/12/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 13 (MMAT) @4.7482 | 13 $4.7482 | -$61.73 |
| 10/29/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 4 (MMAT) @4.5985 | 4 $4.5985 | -$18.39 |
| 10/19/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 11 (MMAT) @4.9199 | 11 $4.9199 | -$54.12 |
| 10/13/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 6 (MMAT) @5.2299 | 6 $5.2299 | -$31.38 |
| 10/07/2021 | Buy | MMAT TDA TRAN - Bought 9 | 9 $5.2599 | -$47.34 |

| Date | Action | Symbol / Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Trade Details | (MMAT) @5.2599 | | | |
| 09/30/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 20 (MMAT) @5.6200 | 20 | $5.62 | -$112.40 |
| 09/20/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 20 (MMAT) @5.0000 | 20 | $5.00 | -$100.00 |
| 09/15/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 10 (MMAT) @5.1199 | 10 | $5.1199 | -$51.20 |
| 08/27/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 2 (MMAT) @3.8399 | 2 | $3.8399 | -$7.68 |
| 08/19/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 4 (MMAT) @2.9999 | 4 | $2.9999 | -$12.00 |
| 08/10/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 34 (MMAT) @3.5884 | 34 | $3.5884 | -$122.01 |
| 07/16/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 12 (MMAT) @3.6501 | 12 | $3.6501 | $43.80 |
| 07/14/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 12 (MMAT) @3.9799 | 12 | $3.9799 | -$47.76 |

Page Total: **-$14,405.42**

## MMAT History from Charles Schwab (Formerly TD Ameritrade) Custodial account 3343-1728

| Date Sorted Descending | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 11 | | | |
| 11/06/2023 | Journaled Shares | MMAT TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -1,008 | | | |
| 11/06/2023 | Internal Transfer | MMAT META MATLS INC | 1,008 | | | |
| 10/30/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...517 (MMAT) @0.1364 | 517 | $0.1364 | | -$70.52 |
| 01/30/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...100 (MMAT) @0.9922 | 100 | $0.9922 | | -$99.22 |
| 01/03/2023 | Buy Trade | MMAT TDA TRAN - Bought 84 (MMAT) @1.2000 | 84 | $1.20 | | -$100.80 |

| Date | Action | Symbol / Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Details | | | | |
| 12/05/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 21 (MMAT) @1.8500 | 21 | $1.85 | -$38.85 |
| 11/23/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 1 (MMAT) @1.8500 | 1 | $1.85 | -$1.85 |
| 11/23/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 40 (MMAT) @1.8900 | 40 | $1.89 | -$75.60 |
| 11/08/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...245 (MMAT) @1.5900 | 245 | $1.59 | -$389.55 |

Page Total: -$776.39

## MMAT History from Charles Schwab (Formerly TD Ameritrade) Custodial account 4493-8377

| Date Sorted Descending | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 11 | | | |
| 11/06/2023 | Journaled Shares | MMAT TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -1,008 | | | |
| 11/06/2023 | Internal Transfer | MMAT META MATLS INC | 1,008 | | | |
| 10/30/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...696 (MMAT) @0.1457 | 696 | $0.1457 | | -$101.41 |
| 01/30/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...100 (MMAT) @0.9882 | 100 | $0.9882 | | -$98.82 |
| 01/03/2023 | Buy Trade | MMAT TDA TRAN - Bought 84 (MMAT) @1.2000 | 84 | $1.20 | | -$100.80 |

| Date | Type | Description | Qty | Price | Amount |
|---|---|---|---|---|---|
| | Details | | | | |
| 12/05/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 27 (MMAT) @1.8500 | 27 | $1.85 | -$49.95 |
| 11/09/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 20 (MMAT) @1.4079 | 20 | $1.4079 | -$28.16 |
| 11/08/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 81 (MMAT) @1.5900 | 81 | $1.59 | -$128.79 |

Page Total: -$507.93

# Account history from Public account 5LN-88362-10 RR 000
# Broker address: 228 Park Ave S PMB 97716 New York, NY 10003-1502

- Corporate action: MMAT January 31, 2024

  1 shares

  - Date Jan. 31, 2024
  - Status Completed
  - Symbol MMAT
  - Description Reverse split
  - Quantity 1 share

- MMAT market sell January 26, 2024

  $0.76-15 shares

  - Order type Market sell
  - Order status Completed
  - Submitted Jan 26, 2024 at 10:17 AM

- DurationGood for day
- Submitted quantity15 shares
- FilledJan 26, 2024 at 10:17 AM
- Price$0.05
- Filled quantity-15
- SEC & TAF fee$0.02
- Commission$0.00
- Tip$0.00
- Total$0.76

- Corporate action: MMATJanuary 26, 2024

  1 shares

  - DateJan. 26, 2024
  - StatusCompleted
  - SymbolMMAT
  - DescriptionReverse Split
  - Quantity1 share

- Corporate action: PRESPLITMMATJanuary 26, 2024

  14.41898 shares

  - DateJan. 26, 2024
  - StatusCompleted
  - SymbolPRESPLITMMAT
  - DescriptionReverse Split
  - Quantity14.41898 shares

- Corporate action: PRESPLITMMATJanuary 26, 2024

  -15 shares

  - DateJan. 26, 2024
  - StatusCompleted
  - SymbolPRESPLITMMAT
  - DescriptionReverse Split
  - Quantity-15 shares

- Corporate action: MMATJanuary 26, 2024

  -1 shares

  - DateJan. 26, 2024
  - StatusCompleted
  - SymbolMMAT
  - DescriptionReverse Split

- Quantity-1 share

- MMAT market buyApril 25, 2022

  -$2.021.58102 shares

    - Order typeMarket buy
    - Order statusCompleted
    - SubmittedApr 25, 2022 at 9:56 AM
    - DurationGood for day
    - Submitted amount$2.00
    - FilledApr 25, 2022 at 9:56 AM
    - Price$1.26
    - Filled quantity1.58102
    - SEC & TAF fee$0.00
    - Commission$0.00
    - Tip$0.02
    - Total-$2.02

- MMAT market buyAugust 25, 2021

  -$11.423 shares

    - Order typeMarket buy
    - Order statusCompleted
    - SubmittedAug 25, 2021 at 11:00 AM
    - DurationGood for day
    - Submitted quantity3 shares
    - FilledAug 25, 2021 at 11:00 AM
    - Price$3.80
    - Filled quantity3
    - SEC & TAF fee$0.00
    - Commission$0.00
    - Tip$0.00
    - Total-$11.42

MMAT market buyAugust 11, 2021

  -$38.5611 shares

    - Order typeMarket buy
    - Order statusCompleted
    - SubmittedAug 11, 2021 at 2:32 PM
    - DurationGood for day
    - Submitted quantity11 shares

- - Filled Aug 11, 2021 at 2:32 PM
  - Price $3.50
  - Filled quantity 11
  - SEC & TAF fee $0.00
  - Commission $0.00
  - Tip $0.00
  - Total -$38.56

https://mail-attachment.googleusercontent.com/attachment/u/0...2ltbzC0MK1kyLVZMiwdc-3d9SrCQyxTGKwxwOmLsbJoZukYCTB          12/12/24, 12:55 PM
Page 15 of 15