NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor: **META MATERIALS, INC**

Case Number: **24-50792-hlb**

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

NORMANDEAN CATUNGAL

PO BOX 28006,
SEATTLE, WA 98118-1006

Telephone Number: 408 373 6475

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

DEC 16 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
Z 20112730, 652-235214, SL930748

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
FIDELITY BROKERAGE      PUBLIC HOLDINGS, INC.
900 SALEM STREET        100 5th AVENUE, 2nd FLOOR
SMITHFIELD, RI 02917 USA   NEW YORK, NY 10010 USA
Telephone Number:
1-800-343-3548            1-800-940-0585

**3.** Date Equity Interest was acquired:
BETWEEN 3/1/2021 - 8/22/2024
SEE ATTACHED DOCUMENTATION

**4.** Total amount of member interest: 1478 SHARES

**5.** Certificate number(s): _____

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: NORMANDEAN CATUNGAL
Title:
Company:___ Address and telephone number (if different from notice address above):

_____
(Signature)

12/10/2024
(Date)

Telephone number: 408 373 6475   email: NORMANDEANCATUNGAL@GMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Proof Of Interest Supplemental Information:

Case:24-50792, Meta Materials, INC.

For:Normandean Catungal


**Broker:Fidelity**

> *Account #Z20112730 (individual)*

Shares in Total Pre- 100:1 Reverse Split:42658.85

Shares in Total Post- 100:1 Reverse Split:650 (Includes additional shares purchased post split)

Average Cost Per Share: 40.59

Total Loss: -$26,384.38

> *Account #652-235214 (Seattle Children's FMTC Retirement Plan)*

Shares in Total Pre- 100:1 Reverse Split:51085

Shares in Total Post- 100:1 Reverse Split:511

Average Cost Per Share: 41.39

Total Loss: -$21,149.47


**Broker: Public.com/Apex**

> *Account #5LS30748*

Shares in Total Pre- 100:1 Reverse Split:30403.00

Shares in Total Post- 100:1 Reverse Split:317 ( Includes additional shares purchased post split)

Average Cost Per Share: 29.116

Total Loss: -$9,230.02


Total Shares Held Across 3 Accounts/2 Brokers Post Reverse Split & Post Bankruptcy :1478 Shares


**See List of Transactions Summary Documentation Attached.

Proof of Interest Supplemental Information:

Case:24-50792, Meta Materials, INC.

For: Normandean Catungal

Summary of Transactions

Broker: Fidelity

Account # Z20-112730

February 1-28 2022

Securities Purchased

2/28: Bought MMAT - 150 shares & 5 Shares ,price per share:2.0999 & 2.0794

March 1-31 2022

Securities Purchased

3/2: Bought MMAT - 5 shares & 150 Shares,price per share:2.0794 & 2.0999

3/17: Bought MMAT - 27 shares & 100 Shares,price per share:1.41 1.4195

3/25: Bought MMAT - 5 shares,price per share:1.88

3/31: Bought MMAt - 45 Shares,price per share:1.69

April 1-30 2022

Securities Purchased

4/4: Bought MMAT - 45 Shares,price per share:1.69

4/7: Bought MMAT - 10 Shares,price per share:1.785

4/11: Bought MMAT - 69 Shares,price per share:1.55

4/14: Bought MMAT - 21 & 50 Shares Shares,price per share:1.47 & 1.46

4/20: Bought MMAT - 50 Shares & 25 Shares,price per share:1.42 & 1.43

4/21: Bought MMAT - 25 Shares,price per share:1.43

4/22: Bought MMAT - 5 Shares, price per share: 1.38

May 1 2022 - June 30 2022

Securities Purchased

6/10: Bought MMAT - 7 Shares,price per share:1.70

August 1-30th 2022

Securities Transferred into account

8/10: MMAT - 1,185 shares, price per share: 0.952

8/10: MMTLP - 1000 shares, price per share: 1.66

8/12: MMTLP - 2715 shares, price per share: 1.65

Securities Purchased

8/15: Bought MMAT - 103 Shares, price per share: 0.97

8/16: Bought MMAT - 100 Shares, price per share: 0.97

8/17: Bought MMAT - 100 Shares, price per share: 0.97

8/18: Bought MMAT - 100 Shares, price per share: 0.93220

September 1-30 2022

Security Total As of 9/30/2022

MMAT Shares = 2400 at a price per share avg of 0.6491

October 1-31 2022

Securities Purchased

10/14: Bought MMAT - 500 Shares,price per share:0.96

10/17: Bought MMAT - 100 Shares & 200 Shares,price per share: 0.97 & 1.035

10/18: Bought MMAT - 100 Shares,price per share:0.92

10/20: Bought MMAT - 41 Shares & 100 Shares,price per share:0.89 & 0.91

10/20: Bought MMAT - 100 Shares,price per share:0.93

10/21: Bought MMAT - 16 Shares & 100 Shares,price per share:0.861 & 0.888

November 1-30 2022

Securities Purchased

11/1: Bought MMAT - 200 Shares,price per share:0.99

11/2: Bought MMAT - 100 Shares,price per share:1.09

11/3: Bought MMAT - 100 Shares & 300 Shares,price per share:1.15 & 1.125

11/4: Bought MMAT - 50 Shares & 200 Shares,price per share: 1.2777 & 1.325

11/8: Bought MMAT -0.475 Shares & 1 Share,price per share:1.545 & 1.545

11/8: Bought MMAT - 118 Shares,price per share:1.54

11/10: Bought MMAT - 0.832 Shares & 3 Shares,price per share:1.3968 & 1.3955

11/10: Bought MMAT - 1573 Shares,price per share:1.3952

11/18: Bought MMAT - 0.488 Shares & 25 Shares,price per share:1.84 & 1.75

11/18: Bought MMAT - 25 Shares & 50 Shares,price per share:1.79 & 1.76

11/18: Bought MMAT - 50 Shares & 50 Shares,price per share:1.8 & 1.875

11/18: Bought MMAT - 54 Shares,price per share:1.8352

11/21: Bought MMAT - 0.055 Shares & 1 Share,price per share: 1.79 & 1.7837

11/21: Bought MMAT - 50 Shares & 62 Shares,price per share: 1.7987 & 1.7843

11/21: Bought MMAT - 100 Shares & 100 Shares,price per share:1.685 & 1.6944

11/29: Bought MMAT - 100 Shares & 100 Shares,price per share:1.8937 & 1.9152

11/29: Bought MMAT - 100 Shares,price per share: 1.98

11/30: Bought MMAT - 100 Shares,price per share:1.8858

11/30: Bought MMAT - 100 Shares,price per share:1.805


December 1-31 2022

Securities Purchased

12/2: Bought MMAT - 100 Shares,price per share:1.805

12/5: Bought MMAT - 29 Shares,price per share:1.825

12/14: Bought MMAT - 1 Share,price per share: 1.245

12/14: Bought MMAT - 100 Shares & 200 Shares,price per share:1.445 & 1.245

12/15:Bought MMAT - 100 Shares & 100 Shares,price per share:1.3255 & 1.3475

12/15: Bought MMAT - 100 Shares & 115 Shares,price per share:1.35 & 1.3774

12/15: Bought MMAT - 200 Shares & 200 Shares,price per share:1.355 & 1.37

12/15: Bought MMAT - 200 Shares, price per share:1.37

12/21: Bought MMAT - 1 Share &100 Shares ,price per share: 1.32 & 1.325

12/22: Bought MMAT - 99 Shares & 300 Shares,price per share:1.2177 & 1.2176

12/27: Bought MMAT - 50 Shares,price per share:1.115

12/27: Bought MMAT - 50 Shares & 100 Shares,price per share:1.1176 & 1.175

12/29: Bought MMAT 100 Shares price per share:1.0636

Security Total As of 12/31/2022

MMAT Shares = 9,515.850 at a price per share avg of 1.19


January 1-31 2023

Securities Purchased

1/6 :Bought MMAT - 5 Shares & 30 Shares,price per share:1.0762 & 1.0763

1/6 :Bought MMAT - 400 Shares,price per share:1.105

1/9: Bought MMAT - 50 Shares & 115 Shares,price per share:1.155 & 1.155

1/11: Bought MMAT - 50 Shares & 100 Shares,price per share:1.135 & 1.13

1/11: Bought MMAT - 100 Shares & 1.1548

1/13: Bought MMAT - 250 Shares,price per share:1.087

1/23: Bought MMAT - 100 Shares, price per share:0.99564

1/25: Bought MMAT - 100 Shares & 200 Shares,price per share:1.0248 & 1.0254

1/26: Bought MMAT - 50 Shares & 50 Shares,price per share:1.0364 & 1.04

1/27: Bought MMAT - 50 Shares & 50 Shares,price per share: 1.00 & 1.0063

1/27: Bought MMAT - 50 Shares & 100 Shares,price per share:1.015 & 1.0163

1/30: Bought MMAT - 50 Shares & 100 Shares, price per share:0.9949 & 0.9926


February 1-28 2023

Securities Purchased

2/1:Bought MMAT - 100 Shares,price per share:0.9754

2/3:Bought MMAT - 50 Shares,price per share:0.98715

2/8:Bought MMAT - 50 Shares,price per share:0.9398

2/13:Bought MMAT - 3 Shares & 17 Shares,price per share:0.8577 & 0.85819

2/16: Bought MMAT - 50 Shares & 300 Shares,price per share:0.7451 & 0.751

2/21:Bought MMAT - 100 Shares & 100 Shares,price per share:0.7329 & 0.74

2/21: Bought MMAT - 100 Shares,price per share:0.7425

2/22: Bought MMAT - 115 Shares & 300 Shares,price per share:0.6905 & 0.69126

2/23: Bought MMAT - 10 Shares & 30 Shares,price per share:0.6811 & 0.6744

2/28: Bought MMAT - 4 Shares,price per share:0.6376


March 1-31 2023

Securities Purchased

*Fidelity Seattle Childrens Account #652-235214

3/10: Bought MMAT - 910 Shares & 2000 Shares,price per share:0.563 & 0.56479

3/10: Bought MMAT - 2000 Shares,price per share:0.5649

3/17: Bought MMAT - 100 Shares & 200 Shares,price per share:0.522 & 0.531

3/20:Bought MMAT - 200 Shares,price per share:0.4996

3/21: Bought MMAT - 200 Shares,price per share:0.4909

3/23: Bought MMAT - 300 Shares,price per share:0.543

3/24: Bought MMAT - 100 Shares, price per share:0.55481

3/27: Bought MMAT - 250 Shares & 650 Shares,price per share:0.48 & 0.48005

3/29: Bought MMAT - 200 Shares,price per share:0.467

3/30: Bought MMAT - 100 Shares & 200 Shares,price per share:0.4141 & 0.41410


April 1-30 2023

Securities Purchased

Fidelity Indiv Account

4/18: Bought MMAT - 4 Shares,price per share:0.22

4/19: Bought MMAT - 3000 Shares & 3000 Shares, price per share:0.22163 & 0.2239

4/21: Bought MMAT - 152 Shares,price per share:0.2086

4/24: Bought MMAT - 1 Share & 170 Shares,price per share:0.1952 & 0.1956

4/24: Bought MMAT - 500 Shares,price per share:0.1964

*Fidelity Seattle Childrens account#652-235214:

4/5 :Bought MMAT - 15 Shares,price per share:0.41790

As of 4/30/2023 MMAT 12515.00 Shares at 0.1842 prices per shar


July 1-31 2023

Securities Purchased

Fidelity Indiv Account

7/25: Bought MMAT - 60 Shares & 100 Shares,price per share:0.2279 & 0.2284

7/25:Bought MMAT - 4000 Shares & 9000 Shares,price per share:0.215 & 0.2279

7/25:Bought MMAT - 9500 Shares,price per share:0.216

7/31:Bought MMAT - 100 Shares,price per share:0.244

*Fidelity Seattle Childrens account#652-235214:

7/24: Bought MMAT - 1 Share,price per share:0.2095

7/24: Bought MMAT - 34759.00 Shares,price per share:0.21

7/25: Bought MMAT - 10 Shares & 300 Shares,price per share:0.2199 & 0.2199

7/25:Bought MMAT - 500 Shares & 1000 Shares,price per share:0.2235 & 0.2283

7/25:Bought MMAT - 2000 Shares,price per share:0.22


August 1-31 2023

Securities Purchased

8/2:Bought MMAT - 100 Shares,price per share:0.244


January 1-31 2024

100:1 Reverse Split

Fidelity Indiv Account

1/29: MMAT 100:1 Reverse Split - 42658.85 Shares -> 426 Shares

*Fidelity Seattle Childrens account#652-235214

1/29: MMAT 100:1 Reverse Split - 51085 Shares -> 510 Shares

February 1-29 2024

Securities Purchased

2/29: Bought MMAT - 23 Shares,price per share:3.12

August 1-31 2024

Securities Purchased

8/22: Bought MMAT - 200 Shares,price per share:0.555

November 1-30 2024

Fidelity indiv Account: Total MMAT Shares as of 11/30/2024 = 650 Shares

Fidelity Seattle Childrens account#652-235214: Total Shares as of 12/5/2024=511 Shares

Webull: Account # 5NW6283114RR WEA

March1-31st 2021

Securities Purchased

3/3: Bought TRCH - 200 Shares, price per share: 2.60

3/8: Bought TRCH - 30 Shares, price per share: 2.3101

3/10: Bought TRCH - 100 Shares & 200 Shares, price per share: 2.18 & 2.27

3/24: Bought TRCH - 41 Shares, price per share: 2.165

3/26: Bought TRCH - 91 Shares, price per share: 2.009

April 1-30 01

Securities Purchased

4/7: Bought TRCH - 10 Shares & 128 Shares, price per share:1.845 & 1.849902

4/9: Bought TRCH - 200 Shares, price per share:1.86

June 1-30 2021

Spinout/Merger/Reverse Split

6/25: TRCH 1000 Shares -> MMAT 500 Shares & 1000 MMTLP


July 1-31 2021

Securities Purchased

7/8 :Bought MMAT - 50 Shares, price per share: 6.8284


August 1-31st 2021

Securities Purchased

8/30: Bought MMAT - 28 Shares, avg Price: 4.8384


Septermber 1-30 2021

Securities Purchased

9/1: Bought MMAT - 28 Shares, price per share: 4.8384

9/14: Bought MMAT - 100 Shares, price per share: 5.328

9/20: Bought MMAT - 14 Shares, price per share: 5.0179

9/23: Bought MMAT - 10 Shares & 20 Shares, price per share: 4.99 & 5.027

9/29: Bought MMAT - 3 Shares, price per share: 6.30


October 1-31 2021

Securities Purchased

10/1: Bought MMAT - 3 Shares, price per share: 6.30

10/20: Bought MMAT - 1 Share, price per share: 4.96

10/21: Bought MMAT - 20 Shares,price per share: 4.82

10/25: Bought MMAT - 1 Share, price per share: 4.795

10/26: Bought MMAT - 5 Shares,price per share: 4.365

10/28: Bought MMAT - 150 Shares, price per share: 4.5676


November 1-30 2021

Securities Purchased

11/22: Bought MMAT - 24 Shares,price per share:4.20

December 1-31 2021

12/8: Bought MMAT - 4 Shares,price per share:2.85

12/9: Bought MMAT 1 Share,price per share:3.39

January 1-31 2022

As of statement end of Jan 2022 at 931 shares? Opposed to 962 End of DEC 2021

February 1-28 2022

Securities Purchased:

2/18: Bought MMAT - 1 share & 48 shares,price per share: 1.94 & 1.95

2/24: Bought MMAT - 155 shares,price per share:1.63

2/25: Bought MMAT - 1 share & 4 shares,price per share: 1.64 & 1.67

May 1 -31 2022

Securities Purchased

5/5: Bought MMAT - 10 Shares,price per share:1.23

5/6: Bought MMAT - 5 Shares,price per share:1.21

5/9: Bought MMAT - 1 Share,price per share:1.23

June 1-30 2022

Securities Purchased:

6/9: Bought MMAT - 29 Shares,price per share:1.70

August 2022

Securities Transferred to Fidelity

8/10: MMAT Transferred, 1185 Shares

PUBLIC ACCOUNT#5LS30748

December 2021

Securities Purchased

12/31: Bought MMAT - 51.80722 Shares,price per share:???

April 2022

Securities Purchased

4/5 :Bought MMAT - 56.0224 Shares & 60.42296 Shares,price per share:???

4/6: Bought MMAT - 31.84713 Shares & 6.38977 Shares,price per share:???

4/6: Bought MMAT - 4.45859 Shares & 21 Shares,price per share:???

4/21: Bought MMAT - 50 Shares & 50 Shares,price per share:???

4/22: Bought MMAT - 20 Shares & 10 Shares,price per share:???

4/25: Bought MMAT - 20 Shares,price per share:???

4/26: Bought MMAT - 2.33463 Shares,price per share:???

4/27: Bought MMAT - 25 Shares & 20 Shares, price per share:???

4/27: Bought MMAT - 45 Shares & 48.06866 Shares,price per share:???

May 2022

Securities

5/2: Bought MMAT - 25 Shares & 20 Shares,price per share:???

5/4: Bought MMAT - 20 Shares,price per share:???

5/10: Bought MMAT - 30 Shares & 25 Shares

5/12: Bought MMAT - 10 Shares & 10 Shares,price per share:???

5/13: Bought MMAT - 18 Shares,price per share:???

5/18: Bought MMAT - 10 Shares,price per share:???

June 2022

Securities Purchased

6/1: Bought MMAT - 50 Shares & 25 Shares & 50 Shares & 3.71352 Shares,price per share:???

610:Bought MMAT - 61 Shares & 4 Shares,price per share:???

6/13: Bought MMAT - 1 Share,price per share:???

6/15: Bought MMAT - 33.44481 Shares,price per share:???

6/29: Bought MMAT - 100 Shares & 48.30917 Shares & 14.42307 Shares,price per share:???

6/30: Bought MMAT - 25 Shares & 1.97044 Shares,price per share:???


July 2022

Securities Purchased

7/12:Bought MMAT - 104.39503 Shares,price per share:???


August 2022

Securities Purchased

8/12: Bought MMAT - 9.24309 Shares,price per share:???

8/17: Bought MMAT - 109.87803 Shares,price per share:???

8/18: Bought MMAT - 1549.70112 Shares & 89.92506 Shares,price per share:???

8/23: Bought MMAT - 30.60912 Shares,price per share:???

8/25: Bought MMAT - 23.55712 Shares,price per share:???

8/26: Bought MMAT - 24.56097 Shares,price per share:???

8/29: Bought MMAT - 63.15523 Shares,price per share:???

8/30:Bought MMAT - 25.91344 Shares, price per share:???

8/31: Bought MMAT - 31.97339 Shares, price per share:???


September 2022

Securities Purchased

9/1:Bought MMAT - 25 Shares & 21.52443 Shares,price per share:???

9/2: Bought MMAT - 12.98701 Shares,price per share:???

9/7: Bought MMAT - 25 Shares,price per share:???

9/16: Bought MMAT - 126 Shares & 12.78935 Shares,price per share:???

9/21: Bought MMAT - 46 Sharse,price per share:???

9/22:Bought MMAT - 50 Shares & 47.12535 Shares,price per share:???

9/23: Bought MMAT - 35.60746 Shares & 37.07548 Shares,price per share:???

9/29:Bought MMAT - 50 Shares,price per share:???

October 2022

Securities Purchased

10/3:Bought MMAT - 18.05054 Shares,price per share:???

November 2022

Securities Purchased

11/10:Bought MMAT - 5 Shares,price per share:???

11/18:Bought MMAT - 91 Shares,price per share:???

December 2022

Securities Purchased

12/20: Bought MMAT - 1 Shares ,price per share:???

March 2023

Securities Purchased

3/8:Bought MMAT - 13 Shares,price per share:???

May 2023

Securities Purchased

5/2:Bought MMAT - 25 Shares,price per share:???

June 2023

Securities Purchased

6/30:Bought MMAT - 4663.0 Shares,price per share:???

July 2023

Securities Purchased

7/6:Bought MMAT - 4948 Shares & 5000 Shares & 5000 Shares,price per share:???

7/7:Bought MMAT - 3440 Shares & 2116 Shares,price per share:???

7/7: Bought MMAT - 250 Shares & 20 Shares,price per share:???

7/31:Bought MMAT - 23 Shares,price per share:???


September 2023

Securities Purchased

9/29: Bought MMAT - 750 Shares


November 2023

Securities Purchase

11/8:Bought MMAT - 200 Shares,price per share:???

11:29: Bought MMAT - 100 Shares & 60 Shares , price per share:???


January 2024

100:1Reverse Split Corporate Action

1/25:100:1 reverse split 30403 Shares -> 305

1/25:100:1 reverse split 0.28359 Shares -> 1


May 2024

Securities Purchased

5/21:Bought MMAT - 11 Shares,price per share:???


December 2024

Total Shares

12/9: Total Amount of MMAT = 317 Shares

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC
**44 Wall Street, New York, NY 10005**
customerservice@webull.us

*June 1, 2022 - June 30, 2022*

PAGE 1 OF 9

ACCOUNT NUMBER     **5NW-62831-14  RR WEA**

**NORMANDEAN CATUNGAL**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA  98116-4688

(Left margin, vertical text: INDIVIDUAL ACCOUNT)

## ► ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $0.53 | $4.20 |
| NET ACCOUNT BALANCE | 0.53 | 4.20 |
| Securities | 13,637.07 | 11,999.10 |
| TOTAL PRICED PORTFOLIO | 13,637.07 | 11,999.10 |
| **Total Equity Holdings** | **$13,637.60** | **$12,003.30** |

## ► INCOME AND EXPENSE SUMMARY

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Taxable dividends | $1.82 | $185.42 |

## ► PORTFOLIO EQUITY ALLOCATION



Cash
0.035%

Equities
99.965%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

A C C O U N T

I N D I V I D U A L

*June 1, 2022 - June 30, 2022*

PAGE 2 OF 9

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

NORMANDEAN CATUNGAL



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | M | 463 | $13.55 | $6,273.65 | $6,639.42 | -6% | | 52.266% |
| EBET INC COMMON STOCK | EBET | M | 25 | 2.40 | 60.00 | 76.75 | -22 | | .500 |
| ISHARES S&P GLOBAL CLEAN ENERGY INDEX FUND Estimated Yield = 1.21% | ICLN | M | 13 | 19.05 | 247.65 | 258.44 | -4 | 3 | 2.063 |
| INVESCO MORTGAGE CAPITAL INC COMMON STOCK Estimated Yield = 24.54% | IVR | M | 106 | 14.68 | 1,556.08 | | N/A | 382 | 12.964 |
| LONGEVERON INC CLASS A COMMON STOCK | LGVN | M | 20 | 5.93 | 118.60 | 163.40 | -27 | | .988 |
| META MATLS INC COMMON STOCK | MMAT | M | 1,185 | 1.03 | 1,220.55 | 2,219.52 | -45 | | 10.168 |
| META MATLS INC PFD SER A | MMTLP | M | 1,000 | 1.545 | 1,545.00 | 1,280.00 | 21 | | 12.871 |
| BIORA THERAPEUTICS INC COMMON STOCK | BIOR | M | 400 | 0.70 | 280.00 | 336.08 | -17 | | 2.333 |
| SENSEONICS HOLDINGS INC COMMON STOCK $0.001 PAR VALUE | SENS | M | 600 | 1.03 | 618.00 | 696.00 | -11 | | 5.149 |

*June 1, 2022 - June 30, 2022*

PAGE 3 OF 9

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

**NORMANDEAN CATUNGAL**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT

## ▶ PORTFOLIO SUMMARY (CONTINUED)

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** (continued) | | | | | | | | | |
| UNITED STATES ANTIMONY CORP | UAMY | M | 197 | 0.404 | 79.57 | 78.88 | 1 | | .663 |
| **Total Equities** | | | | | **$11,999.10** | | | **$385** | **99.965%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$4.20** | | | | **0.035%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$12,003.30** | | | **$385** | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 06/09/22 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 29 | $1.70 | $49.30 | |
| **Total Buy / Sell Transactions** | | | | | | **$49.30** | |
| **DIVIDENDS AND INTEREST** | | | | | | | |
| DIVIDEND | 06/15/22 | M | ISHARES S&P GLOBAL CLEAN ENERGY INDEX FUND CASH DIV ON  13 SHS REC 06/10/22 PAY 06/15/22 NON-QUALIFIED DIVIDEND CUSIP: 464288224 | | $0.140342 | | $1.82 |
| **Total Dividends And Interest** | | | | | | | **$1.82** |

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*August 1, 2022 - August 31, 2022*

PAGE 1 OF 9

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

**NORMANDEAN CATUNGAL**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA  98116-4688

## ▶ ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $99.60 | $0.00 |
| NET ACCOUNT BALANCE | 99.60 | 0.00 |
| Securities | 12,679.69 | 0.00 |
| TOTAL PRICED PORTFOLIO | 12,679.69 | 0.00 |
| **Total Equity Holdings** | **$12,779.29** | **$0.00** |

## ▶ INCOME AND EXPENSE SUMMARY

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Taxable dividends | $0.00 | $280.82 |

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIFC

*August 1, 2022 - August 31, 2022*

PAGE 2 OF 9

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

NORMANDEAN CATUNGAL



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

## ► ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| FEE | 08/10/22 | C | TRANSFER FEE    $ 75.00 | | | $75.00 | |
| TRANSFER | 08/10/22 | M | TRANSFER TO NATIONAL FINANC ACAT20222170002142 BOS 0226 | | | 99.60 | |
| TRANSFER | 08/10/22 | C | TRANSFER TO NATIONAL FINANC ACAT20222170002142 BOS 0226 | | | | 75.00 |
| **Total Funds Paid And Received** | | | | | | **$174.60** | **$75.00** |
| **SECURITIES RECEIVED AND DELIVERED** | | | | | | | |
| TFO | 08/10/22 | M | AMC ENTERTAINMENT HOLDINGS INC CL A COM TRANSFER TO NATIONAL FINANC ACAT20222170002142 BOS 0226 CUSIP: 00165C104 | -463 | | | |
| TFO | 08/10/22 | M | EBET INC COMMON STOCK TRANSFER TO NATIONAL FINANC ACAT20222170002142 BOS 0226 CUSIP: 278700109 | -25 | | | |
| TFO | 08/10/22 | M | ISHARES S&P GLOBAL CLEAN ENERGY INDEX FUND TRANSFER TO NATIONAL FINANC ACAT20222170002142 BOS 0226 CUSIP: 464288224 | -13 | | | |
| TFO | 08/10/22 | M | INVESCO MORTGAGE CAPITAL INC COMMON STOCK TRANSFER TO NATIONAL FINANC ACAT20222170002142 BOS 0226 CUSIP: 46131B704 | -106 | | | |

*August 1, 2022 - August 31, 2022*

PAGE 3 OF 9

ACCOUNT NUMBER  **5NW-62831-14  RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**NORMANDEAN CATUNGAL**

▶ ACCOUNT ACTIVITY (CONTINUED)

**SECURITIES RECEIVED AND DELIVERED** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| TFO | 08/10/22 | M | LONGEVERON INC<br>CLASS A COMMON STOCK<br>TRANSFER TO NATIONAL FINANC<br>ACAT20222170002142 BOS 0226<br>CUSIP: 54303L104 | -20 | | | |
| TFO | 08/10/22 | M | META MATLS INC<br>COMMON STOCK<br>TRANSFER TO NATIONAL FINANC<br>ACAT20222170002142 BOS 0226<br>CUSIP: 59134N104 | -1,185 | | | |
| TFO | 08/10/22 | M | META MATLS INC<br>PFD SER A<br>TRANSFER TO NATIONAL FINANC<br>ACAT20222170002142 BOS 0226<br>CUSIP: 59134N203 | -1,000 | | | |
| TFO | 08/10/22 | M | BIORA THERAPEUTICS INC<br>COMMON STOCK<br>TRANSFER TO NATIONAL FINANC<br>ACAT20222170002142 BOS 0226<br>CUSIP: 74319F107 | -400 | | | |
| TFO | 08/10/22 | M | SENSEONICS HOLDINGS INC<br>COMMON STOCK $0.001 PAR VALUE<br>TRANSFER TO NATIONAL FINANC<br>ACAT20222170002142 BOS 0226<br>CUSIP: 81727U105 | -600 | | | |
| TFO | 08/10/22 | M | UNITED STATES ANTIMONY CORP<br>TRANSFER TO NATIONAL FINANC<br>ACAT20222170002142 BOS 0226<br>CUSIP: 911549103 | -197 | | | |

**Total Securities Received And Delivered**

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC
**44 Wall Street, New York, NY 10005**
customerservice@webull.us

*May 1, 2022 - May 31, 2022*

PAGE 1 OF 9

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

**NORMANDEAN CATUNGAL**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA  98116-4688

## ▶ ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $92.21 | $0.53 |
| NET ACCOUNT BALANCE | 92.21 | 0.53 |
| Securities | 13,275.02 | 13,637.07 |
| TOTAL PRICED PORTFOLIO | 13,275.02 | 13,637.07 |
| **Total Equity Holdings** | **$13,367.23** | **$13,637.60** |

## ▶ INCOME AND EXPENSE SUMMARY

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Taxable dividends | $0.00 | $183.60 |

## ▶ PORTFOLIO EQUITY ALLOCATION



Cash
0.004%

Equities
99.996%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number.  **This statement should be retained for income tax purposes.**

I N D I V I D U A L A C C O U N T

*May 1, 2022 - May 31, 2022*

ACCOUNT NUMBER **5NW-62831-14 RR WEA**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**NORMANDEAN CATUNGAL**

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | M | 463 | $14.34 | $6,639.42 | $7,083.90 | -6% | | 48.685% |
| EBET INC COMMON STOCK | EBET | M | 25 | 3.07 | 76.75 | | N/A | | .563 |
| ISHARES S&P GLOBAL CLEAN ENERGY INDEX FUND Estimated Yield = 1.16% | ICLN | M | 13 | 19.88 | 258.44 | 244.92 | 6 | 3 | 1.895 |
| INVESCO MORTGAGE CAPITAL INC Estimated Yield = 20.22% | IVR | M | 1,061 | 1.78 | 1,888.58 | 1,774.80 | 6 | 382 | 13.848 |
| LONGEVERON INC CLASS A COMMON STOCK | LGVN | M | 20 | 8.17 | 163.40 | 200.40 | -18 | | 1.198 |
| META MATLS INC COMMON STOCK | MMAT | M | 1,156 | 1.92 | 2,219.52 | 1,368.00 | 62 | | 16.275 |
| META MATLS INC PFD SER A | MMTLP | M | 1,000 | 1.28 | 1,280.00 | 1,260.00 | 2 | | 9.386 |
| BIORA THERAPEUTICS INC COMMON STOCK | BIOR | M | 400 | 0.84 | 336.08 | 334.88 | <1 | | 2.464 |
| SENSEONICS HOLDINGS INC COMMON STOCK $0.001 PAR VALUE | SENS | M | 600 | 1.16 | 696.00 | 840.00 | -17 | | 5.104 |
| UNITED STATES ANTIMONY CORP | UAMY | M | 197 | 0.40 | 78.88 | 76.87 | 3 | | .578 |
| **Total Equities** | | | | | **$13,637.07** | | | **$385** | **99.996%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$0.53** | | | | **0.004%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$13,637.60** | | | **$385** | |

*May 1, 2022 - May 31, 2022*

PAGE 3 OF 9

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

**NORMANDEAN CATUNGAL**

**► ACCOUNT ACTIVITY**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 05/04/22 | M | INVESCO MORTGAGE CAPITAL INC<br>CUSIP: 46131B100 | 30 | $1.74 | $52.20 | |
| BOUGHT | 05/05/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 10 | 1.23 | 12.30 | |
| BOUGHT | 05/06/22 | M | INVESCO MORTGAGE CAPITAL INC<br>CUSIP: 46131B100 | 10 | 1.82 | 18.20 | |
| BOUGHT | 05/06/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 5 | 1.21 | 6.05 | |
| BOUGHT | 05/09/22 | M | INVESCO MORTGAGE CAPITAL INC<br>CUSIP: 46131B100 | 1 | 1.70 | 1.70 | |
| BOUGHT | 05/09/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1 | 1.23 | 1.23 | |
| **Total Buy / Sell Transactions** | | | | | | **$91.68** | |
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| NAME CHG | 05/04/22 | M | EBET INC<br>COM<br>NAME CHANGE @ 1:1<br>INTO 278700109<br>RESULT OF NAME CHANGE<br>CUSIP: 278700109 | 25 | | | |

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*February 1, 2022 - February 28, 2022*

PAGE 1 OF 8

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

**NORMANDEAN CATUNGAL**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA  98116-4688

*(sidebar, rotated text)* INDIVIDUAL ACCOUNT

## ▶ ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $93.74 | $0.41 |
| NET ACCOUNT BALANCE | 93.74 | 0.41 |
| Securities | 16,177.74 | 17,673.51 |
| TOTAL PRICED PORTFOLIO | 16,177.74 | 17,673.51 |
| **Total Equity Holdings** | **$16,271.48** | **$17,673.92** |

## ▶ INCOME AND EXPENSE SUMMARY

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Taxable dividends | $0.00 | $91.80 |

## ▶ PORTFOLIO EQUITY ALLOCATION



Cash
0.002%

Equities
99.998%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number.  This statement should be retained for income tax purposes.

*February 1, 2022 - February 28, 2022*
_____

PAGE 2 OF 8

ACCOUNT NUMBER   **5NW-62831-14  RR WEA**

NORMANDEAN CATUNGAL



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

► **PORTFOLIO SUMMARY**

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | M | 463 | $18.86 | $8,732.18 | $7,435.78 | 17% | | 49.407% |
| ESPORTS TECHNOLOGIES INC COMMON STOCK | EBET | M | 25 | 8.27 | 206.75 | 300.50 | -31 | | 1.170 |
| ISHARES S&P GLOBAL CLEAN ENERGY INDEX FUND Estimated Yield = 1.11% | ICLN | M | 13 | 20.71 | 269.23 | 243.75 | 10 | 3 | 1.523 |
| INVESCO MORTGAGE CAPITAL INC Estimated Yield = 16.50% | IVR | M | 1,020 | 2.18 | 2,223.60 | 2,733.60 | -19 | 367 | 12.581 |
| LONGEVERON INC CLASS A COMMON STOCK | LGVN | M | 20 | 6.76 | 135.20 | 149.40 | -10 | | .765 |
| META MATLS INC COMMON STOCK | MMAT | M | 1,140 | 2.15 | 2,451.00 | 1,554.77 | 58 | | 13.868 |
| META MATLS INC PFD SER A | MMTLP | M | 1,000 | 1.94 | 1,940.00 | 1,300.00 | 49 | | 10.977 |
| PROGENITY INC COMMON STOCK | PROG | M | 400 | 1.35 | 540.00 | 572.00 | -6 | | 3.055 |
| SENSEONICS HOLDINGS INC COMMON STOCK $0.001 PAR VALUE | SENS | M | 600 | 1.80 | 1,080.00 | 1,608.00 | -33 | | 6.111 |
| UNITED STATES ANTIMONY CORP | UAMY | M | 197 | 0.485 | 95.55 | 88.35 | 8 | | .541 |
| **Total Equities** | | | | | **$17,673.51** | | | **$370** | **99.998%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$0.41** | | | | **0.002%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$17,673.92** | | | **$370** | |

*February 1, 2022 - February 28, 2022*

PAGE 3 OF 8

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

**NORMANDEAN CATUNGAL**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ **ACCOUNT ACTIVITY**

**BUY / SELL TRANSACTIONS**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 02/03/22 | M | VIACOMCBS INC<br>CLASS B COMMON STOCK<br>CUSIP: 92556H206 | 5 | $33.5186 | $167.59 | |
| SOLD | 02/03/22 | M | VIACOMCBS INC<br>CLASS B COMMON STOCK<br>CUSIP: 92556H206 | 5 | 34 | | 169.98 |
| BOUGHT | 02/18/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1 | 1.94 | 1.94 | |
| BOUGHT | 02/18/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 48 | 1.95 | 93.60 | |
| BOUGHT | 02/24/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 155 | 1.63 | 252.65 | |
| SOLD | 02/24/22 | M | CASTOR MARITIME INC<br>COMMON SHARES<br>CUSIP: Y1146L125 | 161 | 1.62 | | 260.79 |
| BOUGHT | 02/25/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1 | 1.64 | 1.64 | |
| BOUGHT | 02/25/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 4 | 1.67 | 6.68 | |
| **Total Buy / Sell Transactions** | | | | | | **$524.10** | **$430.77** |

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*December 1, 2021 - December 31, 2021*

PAGE 1 OF 10

ACCOUNT NUMBER  **5NW-62831-14  RR WEA**

**NORMANDEAN CATUNGAL**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA  98116-4688

*(vertical left margin)* INDIVIDUAL ACCOUNT

## ► ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $2.44 | $1.78 |
| NET ACCOUNT BALANCE | 2.44 | 1.78 |
| Securities | 28,226.61 | 23,024.76 |
| TOTAL PRICED PORTFOLIO | 28,226.61 | 23,024.76 |
| **Total Equity Holdings** | **$28,229.05** | **$23,026.54** |

## ► INCOME AND EXPENSE SUMMARY

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Taxable dividends | $1.49 | $247.02 |

## ► PORTFOLIO EQUITY ALLOCATION



Cash 0.008%

Equities 99.992%

ACCOUNT CARRIED BY:
**APEX CLEARING CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number.  **This statement should be retained for income tax purposes.**

*December 1, 2021 - December 31, 2021*

PAGE **2** OF 10

ACCOUNT NUMBER  **5NW-62831-14  RR WEA**

NORMANDEAN CATUNGAL



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ **PORTFOLIO SUMMARY**

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC<br>CL A COM | AMC | M | 463 | $27.20 | $12,593.60 | $15,714.22 | -20% | | 54.692% |
| CASTOR MARITIME INC<br>COMMON SHARES | CTRM | M | 161 | 1.42 | 228.62 | 308.07 | -26 | | .993 |
| ESPORTS TECHNOLOGIES INC<br>COMMON STOCK | EBET | M | 25 | 20.56 | 514.00 | 723.50 | -29 | | 2.232 |
| ISHARES S&P GLOBAL CLEAN<br>ENERGY INDEX FUND<br>Estimated Yield = 1.09% | ICLN | M | 13 | 21.17 | 275.21 | 305.37 | -10 | 3 | 1.195 |
| INVESCO MORTGAGE CAPITAL INC<br>Estimated Yield = 12.94% | IVR | M | 1,020 | 2.78 | 2,835.60 | 3,045.00 | -7 | 367 | 12.314 |
| LONGEVERON INC<br>CLASS A COMMON STOCK | LGVN | M | 20 | 12.07 | 241.40 | | N/A | | 1.048 |
| META MATLS INC<br>COMMON STOCK | MMAT | M | 931 | 2.46 | 2,290.26 | 3,398.42 | -33 | | 9.946 |
| META MATLS INC<br>PFD SER A | MMTLP | M | 1,000 | 1.51 | 1,510.00 | 1,870.00 | -19 | | 6.558 |
| PROGENITY INC<br>COMMON STOCK | PROG | M | 400 | 2.09 | 836.00 | 854.49 | -2 | | 3.631 |
| SENSEONICS HOLDINGS INC<br>COMMON STOCK $0.001 PAR VALUE | SENS | M | 600 | 2.67 | 1,602.00 | 1,884.00 | -15 | | 6.957 |

*December 1, 2021 - December 31, 2021*

PAGE 3 OF 10



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER    **5NW-62831-14 RR WEA**

**NORMANDEAN CATUNGAL**

► PORTFOLIO SUMMARY (CONTINUED)

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** (continued) | | | | | | | | | |
| UNITED STATES ANTIMONY CORP | UAMY | M | 197 | 0.498 | 98.07 | 123.54 | -21 | | .426 |
| **Total Equities** | | | | | **$23,024.76** | | | **$370** | **99.992%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$1.78** | | | | **0.008%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$23,026.54** | | | **$370** | |

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 12/08/21 | M | INVESCO MORTGAGE CAPITAL INC CUSIP: 46131B100 | 4 | $2.9699 | $11.88 | |
| BOUGHT | 12/08/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 4 | 2.85 | 11.40 | |
| BOUGHT | 12/08/21 | M | PROGENITY INC COMMON STOCK CUSIP: 74319F107 | 127 | 2.14 | 271.78 | |
| BOUGHT | 12/09/21 | M | INVESCO MORTGAGE CAPITAL INC CUSIP: 46131B100 | 1 | 3.0999 | 3.10 | |
| BOUGHT | 12/09/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1 | 3.39 | 3.39 | |

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*November 1, 2021 - November 30, 2021*

PAGE 1 OF 9

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

**NORMANDEAN CATUNGAL**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA  98116-4688

## ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $83.94 | $2.44 |
| NET ACCOUNT BALANCE | 83.94 | 2.44 |
| Securities | 29,990.48 | 28,226.61 |
| TOTAL PRICED PORTFOLIO | 29,990.48 | 28,226.61 |
| **Total Equity Holdings** | **$30,074.42** | **$28,229.05** |

## INCOME AND EXPENSE SUMMARY

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Taxable dividends | $0.00 | $245.53 |

## PORTFOLIO EQUITY ALLOCATION



Cash
0.009%

Equities
99.991%

ACCOUNT CARRIED BY:
**APEX CLEARING CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

*November 1, 2021 - November 30, 2021*

PAGE 2 OF 9

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

NORMANDEAN CATUNGAL



# Webull Financial LLC
## 44 Wall Street, New York, NY 10005
customerservice@webull.us

► **PORTFOLIO SUMMARY**

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC<br>CL A COM | AMC | M | 463 | $33.94 | $15,714.22 | $16,376.31 | -4% | | 55.667% |
| CASTOR MARITIME INC<br>COMMON SHARES | CTRM | M | 163 | 1.89 | 308.07 | 385.40 | -20 | | 1.091 |
| ESPORTS TECHNOLOGIES INC<br>COMMON STOCK | EBET | M | 25 | 28.94 | 723.50 | 702.50 | 3 | | 2.563 |
| ISHARES S&P GLOBAL CLEAN ENERGY INDEX FUND<br>Estimated Yield = 0.65% | ICLN | M | 13 | 23.49 | 305.37 | 328.51 | -7 | 2 | 1.082 |
| INVESCO MORTGAGE CAPITAL INC<br>Estimated Yield = 11.98% | IVR | M | 1,015 | 3.00 | 3,045.00 | 3,105.46 | -2 | 365 | 10.787 |
| META MATLS INC<br>COMMON STOCK | MMAT | M | 926 | 3.67 | 3,398.42 | 4,239.40 | -20 | | 12.039 |
| META MATLS INC<br>PFD SER A | MMTLP | M | 1,000 | 1.87 | 1,870.00 | 1,280.00 | 46 | | 6.624 |
| PROGENITY INC<br>COMMON STOCK | PROG | M | 273 | 3.13 | 854.49 | | N/A | | 3.027 |
| SENSEONICS HOLDINGS INC<br>COMMON STOCK $0.001 PAR VALUE | SENS | M | 600 | 3.14 | 1,884.00 | 2,100.00 | -10 | | 6.674 |
| UNITED STATES ANTIMONY CORP | UAMY | M | 197 | 0.627 | 123.54 | 173.08 | -29 | | .438 |
| **Total Equities** | | | | | **$28,226.61** | | | **$367** | **99.991%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$2.44** | | | | **0.009%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$28,229.05** | | | **$367** | |

*November 1, 2021 - November 30, 2021*

PAGE 3 OF 9



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

**NORMANDEAN CATUNGAL**

▶ **ACCOUNT ACTIVITY**

**BUY / SELL TRANSACTIONS**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 11/01/21 | M | INVESCO MORTGAGE CAPITAL INC<br>CUSIP: 46131B100 | 26 | $3.14 | $81.64 | |
| BOUGHT | 11/19/21 | M | PROGENITY INC<br>COMMON STOCK<br>CUSIP: 74319T107 | 50 | 5.05 | 252.50 | |
| BOUGHT | 11/19/21 | M | PROGENITY INC<br>COMMON STOCK<br>CUSIP: 74319T107 | 200 | 5.65 | 1,130.00 | |
| SOLD | 11/19/21 | M | COINBASE GLOBAL INC<br>CLASS A COMMON STOCK<br>CUSIP: 19260Q107 | 1 | 340.175 | | 340.16 |
| SOLD | 11/19/21 | M | COINBASE GLOBAL INC<br>CLASS A COMMON STOCK<br>CUSIP: 19260Q107 | 3 | 339.3605 | | 1,018.06 |
| SOLD | 11/19/21 | M | CASTOR MARITIME INC<br>COMMON SHARES<br>CUSIP: Y1146L125 | 1 | 2.105 | | 2.09 |
| SOLD | 11/19/21 | M | ZYNGA INC<br>CLASS A<br>CUSIP: 98986T108 | 1 | 7.205 | | 7.19 |
| SOLD | 11/19/21 | M | ZYNGA INC<br>CLASS A<br>CUSIP: 98986T108 | 2 | 7.20 | | 14.38 |
| BOUGHT | 11/22/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 24 | 4.20 | 100.80 | |

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*October 1, 2021 - October 31, 2021*

PAGE 1 OF 11

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

**NORMANDEAN CATUNGAL**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA  98116-4688

*(vertical text, left margin: INDIVIDUAL ACCOUNT)*

## ▶ ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $27.64 | $83.94 |
| NET ACCOUNT BALANCE | 27.64 | 83.94 |
| Securities | 29,244.78 | 29,990.48 |
| TOTAL PRICED PORTFOLIO | 29,244.78 | 29,990.48 |
| **Total Equity Holdings** | **$29,272.42** | **$30,074.42** |

## ▶ INCOME AND EXPENSE SUMMARY

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Taxable dividends | $81.91 | $245.53 |

## ▶ PORTFOLIO EQUITY ALLOCATION



Cash
0.279%

Equities
99.721%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

*October 1, 2021 - October 31, 2021*

PAGE 2 OF 11

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

NORMANDEAN CATUNGAL



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ **PORTFOLIO SUMMARY**

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | M | 463 | $35.37 | $16,376.31 | $17,507.60 | -6% | | 54.453% |
| COINBASE GLOBAL INC CLASS A COMMON STOCK | COIN | M | 4 | 319.42 | 1,277.68 | 909.92 | 40 | | 4.248 |
| CASTOR MARITIME INC COMMON SHARES | CTRM | M | 164 | 2.35 | 385.40 | 400.16 | -4 | | 1.281 |
| ESPORTS TECHNOLOGIES INC COMMON STOCK | EBET | M | 25 | 28.10 | 702.50 | 839.25 | -16 | | 2.336 |
| ISHARES S&P GLOBAL CLEAN ENERGY INDEX FUND Estimated Yield = 0.60% | ICLN | M | 13 | 25.27 | 328.51 | 281.45 | 17 | 2 | 1.092 |
| INVESCO MORTGAGE CAPITAL INC Estimated Yield = 11.46% | IVR | M | 989 | 3.14 | 3,105.46 | 2,866.50 | 8 | 356 | 10.326 |
| META MATLS INC COMMON STOCK | MMAT | M | 902 | 4.70 | 4,239.40 | 4,173.16 | 2 | | 14.096 |
| META MATLS INC PFD SER A | MMTLP | M | 1,000 | 1.28 | 1,280.00 | | N/A | | 4.256 |
| SENSEONICS HOLDINGS INC COMMON STOCK $0.001 PAR VALUE | SENS | M | 600 | 3.50 | 2,100.00 | 2,034.00 | 3 | | 6.983 |
| UNITED STATES ANTIMONY CORP | UAMY | M | 197 | 0.879 | 173.08 | 178.46 | -3 | | .576 |

**October 1, 2021 - October 31, 2021**

# Webull Financial LLC
## 44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 3 OF 11

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

NORMANDEAN CATUNGAL

▶ PORTFOLIO SUMMARY  (CONTINUED)

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** (continued) | | | | | | | | | |
| ZYNGA INC CLASS A | ZNGA | M | 3 | 7.38 | 22.14 | 22.59 | -2 | | .074 |
| **Total Equities** | | | | | $29,990.48 | | | $358 | 99.721% |
| **Total Cash (Net Portfolio Balance)** | | | | | $83.94 | | | | 0.279% |
| **TOTAL PRICED PORTFOLIO** | | | | | $30,074.42 | | | $358 | |

▶ **ACCOUNT ACTIVITY**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 10/01/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 3 | $6.30 | $18.90 | |
| BOUGHT | 10/20/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1 | 4.96 | 4.96 | |
| BOUGHT | 10/21/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 20 | 4.82 | 96.40 | |
| BOUGHT | 10/25/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1 | 4.795 | 4.80 | |

*October 1, 2021 - October 31, 2021*

PAGE 4 OF 11



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER   **5NW-62831-14  RR WEA**

**NORMANDEAN CATUNGAL**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 10/26/21 | M | AMC ENTERTAINMENT HOLDINGS INC CL A COM CUSIP: 00165C104 | 3 | 36.97 | 110.91 | |
| BOUGHT | 10/26/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 5 | 4.365 | 21.83 | |
| BOUGHT | 10/28/21 | M | INVESCO MORTGAGE CAPITAL INC CUSIP: 46131B100 | 4 | 3.15 | 12.60 | |
| BOUGHT | 10/28/21 | M | INVESCO MORTGAGE CAPITAL INC CUSIP: 46131B100 | 6 | 3.17 | 19.02 | |
| BOUGHT | 10/28/21 | M | INVESCO MORTGAGE CAPITAL INC CUSIP: 46131B100 | 7 | 3.16 | 22.12 | |
| BOUGHT | 10/28/21 | M | INVESCO MORTGAGE CAPITAL INC CUSIP: 46131B100 | 62 | 3.18 | 197.16 | |
| BOUGHT | 10/28/21 | M | MICROVISION INC DEL CUSIP: 594960304 | 95 | 9.17 | 871.15 | |
| BOUGHT | 10/28/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 150 | 4.5676 | 685.14 | |
| SOLD | 10/28/21 | M | ANTERO RESOURCES CORPORATION CUSIP: 03674X106 | 1 | 21.01 | | 20.99 |
| SOLD | 10/28/21 | M | GENERAL ELECTRIC COMPANY COMMON STOCK CUSIP: 369604301 | 0.125 | 107.4704 | | 13.41 |
| SOLD | 10/28/21 | M | MICROVISION INC DEL CUSIP: 594960304 | 95 | 9 | | 854.98 |
| **Total Buy / Sell Transactions** | | | | | | **$2,064.99** | **$889.38** |

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*September 1, 2021 - September 30, 2021*

PAGE 1 OF 10

ACCOUNT NUMBER     **5NW-62831-14  RR WEA**

**NORMANDEAN CATUNGAL**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA  98116-4688

## ► ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $147.78 | $27.64 |
| NET ACCOUNT BALANCE | 147.78 | 27.64 |
| Securities | 31,620.55 | 29,244.78 |
| TOTAL PRICED PORTFOLIO | 31,620.55 | 29,244.78 |
| **Total Equity Holdings** | **$31,768.33** | **$29,272.42** |

## ► INCOME AND EXPENSE SUMMARY

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Taxable dividends | $0.00 | $163.62 |

## ► PORTFOLIO EQUITY ALLOCATION



Cash
0.094%

Equities
99.906%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

*September 1, 2021 - September 30, 2021*

PAGE 2 OF 10



# Webull Financial LLC
## 44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

NORMANDEAN CATUNGAL

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | M | 460 | $38.06 | $17,507.60 | $21,161.37 | -17% | | 59.809% |
| ANTERO RESOURCES CORPORATION | AR | M | 1 | 18.81 | 18.81 | 13.72 | 37 | | .064 |
| COINBASE GLOBAL INC CLASS A COMMON STOCK | COIN | M | 4 | 227.48 | 909.92 | 1,036.00 | -12 | | 3.108 |
| CASTOR MARITIME INC COMMON SHARES | CTRM | M | 164 | 2.44 | 400.16 | 377.20 | 6 | | 1.367 |
| ESPORTS TECHNOLOGIES INC COMMON STOCK | EBET | M | 25 | 33.57 | 839.25 | 812.25 | 3 | | 2.867 |
| GENERAL ELECTRIC COMPANY COMMON STOCK | GE | M | 0.125 | 103.03 | 12.88 | 13.18 | -2 | | .044 |
| ISHARES S&P GLOBAL CLEAN ENERGY INDEX FUND Estimated Yield = 0.71% | ICLN | M | 13 | 21.65 | 281.45 | 303.29 | -7 | 2 | .961 |
| INVESCO MORTGAGE CAPITAL INC Estimated Yield = 11.44% | IVR | M | 910 | 3.15 | 2,866.50 | 2,808.00 | 2 | 328 | 9.792 |
| META MATLS INC COMMON STOCK | MMAT | M | 722 | 5.78 | 4,173.16 | 2,557.50 | 63 | | 14.256 |
| META MATLS INC PFD SER A | 59134N203 | M | 1,000 | Not Available | | | N/A | | N/A |
| SENSEONICS HOLDINGS INC COMMON STOCK $0.001 PAR VALUE | SENS | M | 600 | 3.39 | 2,034.00 | 2,325.80 | -13 | | 6.949 |
| UNITED STATES ANTIMONY CORP | UAMY | M | 197 | 0.906 | 178.46 | 185.69 | -4 | | .610 |

*September 1, 2021 - September 30, 2021*

PAGE 3 OF 10

ACCOUNT NUMBER   **5NW-62831-14  RR WEA**

NORMANDEAN CATUNGAL.



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ PORTFOLIO SUMMARY (CONTINUED)

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** (continued) | | | | | | | | | |
| ZYNGA INC CLASS A | ZNGA | M | 3 | 7.53 | 22.59 | 26.55 | -15 | | .077 |
| **Total Equities** | | | | | **$29,244.78** | | | **$330** | **99.906%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$27.64** | | | | **0.094%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$29,272.42** | | | **$330** | |

▶ **ACCOUNT ACTIVITY**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 09/01/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 28 | $4.8384 | $135.48 | |
| BOUGHT | 09/14/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 100 | 5.328 | 532.80 | |
| BOUGHT | 09/20/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 14 | 5.0179 | 70.25 | |
| BOUGHT | 09/23/21 | M | AMC ENTERTAINMENT HOLDINGS INC CL A COM CUSIP: 00165C104 | 1 | 41.27 | 41.27 | |

*September 1, 2021 - September 30, 2021*

PAGE 4 OF 10



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

**NORMANDEAN CATUNGAL**

◄ ACCOUNT (sidebar, vertical)

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 09/23/21 | M | AMC ENTERTAINMENT HOLDINGS INC CL A COM CUSIP: 00165C104 | 10 | 38.82 | 388.20 | |
| BOUGHT | 09/23/21 | M | INVESCO MORTGAGE CAPITAL INC CUSIP: 46131B100 | 10 | 3.07 | 30.70 | |
| BOUGHT | 09/23/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 10 | 4.99 | 49.90 | |
| BOUGHT | 09/23/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 20 | 5.027 | 100.54 | |
| BOUGHT | 09/23/21 | M | SENSEONICS HOLDINGS INC COMMON STOCK $0.001 PAR VALUE CUSIP: 81727U105 | 20 | 3.55 | 71.00 | |

**Total Buy / Sell Transactions** — **$1,420.14**

**FUNDS PAID AND RECEIVED**

| ACH | 09/10/21 | M | ACH DEPOSIT SEN(20210910199186) | | | | $600.00 |
| ACH | 09/21/21 | M | ACH DEPOSIT SEN(20210921218305) | | | | 400.00 |
| ACH | 09/21/21 | M | ACH DEPOSIT SEN(20210920521406) | | | | 300.00 |

**Total Funds Paid And Received** — **$1,300.00**

*September 1, 2021 - September 30, 2021*

PAGE 5 OF 10

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

**NORMANDEAN CATUNGAL**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ **EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES**

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 09/29/21 | 10/01/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 3 | $6.30 | $18.90 | |

**Total Executed Trades Pending Settlement**                                                                 **$18.90**

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*August 1, 2021 - August 31, 2021*

PAGE 1 OF 9

ACCOUNT NUMBER  **5NW-62831-14  RR WEA**

**NORMANDEAN CATUNGAL**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA  98116-4688

*(left margin, vertical)* INDIVIDUAL ACCOUNT

## ▶ ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $143.68 | $147.78 |
| NET ACCOUNT BALANCE | 143.68 | 147.78 |
| Securities | 25,453.12 | 31,620.55 |
| TOTAL PRICED PORTFOLIO | 25,453.12 | 31,620.55 |
| **Total Equity Holdings** | **$25,596.80** | **$31,768.33** |

## ▶ INCOME AND EXPENSE SUMMARY

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Taxable dividends | $0.00 | $163.62 |

## ▶ PORTFOLIO EQUITY ALLOCATION



Cash
0.465%

Equities
99.535%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

*August 1, 2021 - August 31, 2021*

PAGE 2 OF 9



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

NORMANDEAN CATUNGAL

A C C O U N T    I N V E S T M E N T

### ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | M | 449 | $47.13 | $21,161.37 | $16,251.78 | 30% | | 66.612% |
| ANTERO RESOURCES CORPORATION | AR | M | 1 | 13.72 | 13.72 | 13.60 | 1 | | .043 |
| COINBASE GLOBAL INC CLASS A COMMON STOCK | COIN | M | 4 | 259.00 | 1,036.00 | 946.32 | 9 | | 3.261 |
| CASTOR MARITIME INC COMMON SHARES | CTRM | M | 164 | 2.30 | 377.20 | 341.12 | 11 | | 1.187 |
| ESPORTS TECHNOLOGIES INC COMMON STOCK | EBET | M | 25 | 32.49 | 812.25 | 568.50 | 43 | | 2.557 |
| GENERAL ELECTRIC COMPANY COMMON STOCK | GE | M | 0.125 | 105.41 | 13.18 | 12.97 | 2 | | .041 |
| ISHARES S&P GLOBAL CLEAN ENERGY INDEX FUND Estimated Yield = 0.65% | ICLN | M | 13 | 23.33 | 303.29 | 295.23 | 3 | 2 | .955 |
| INVESCO MORTGAGE CAPITAL INC Estimated Yield = 11.53% | IVR | M | 900 | 3.12 | 2,808.00 | 3,096.00 | -9 | 324 | 8.839 |
| META MATLS INC COMMON STOCK | MMAT | M | 550 | 4.65 | 2,557.50 | 1,925.00 | 33 | | 8.050 |
| META MATLS INC PFD SER A | 59134N203 | M | 1,000 | Not Available | | | N/A | | N/A |
| SENSEONICS HOLDINGS INC COMMON STOCK $0.001 PAR VALUE | SENS | M | 580 | 4.01 | 2,325.80 | 1,780.60 | 31 | | 7.321 |
| UNITED STATES ANTIMONY CORP | UAMY | M | 197 | 0.943 | 185.69 | 191.70 | -3 | | .585 |

*August 1, 2021 - August 31, 2021*



# Webull Financial LLC
## 44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 3 OF 9

ACCOUNT NUMBER    5NW-62831-14 RR WEA

NORMANDEAN CATUNGAL

▶ PORTFOLIO SUMMARY (CONTINUED)

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** (continued) | | | | | | | | | |
| ZYNGA INC CLASS A | ZNGA | M | 3 | 8.85 | 26.55 | 30.30 | -12 | | .084 |
| **Total Equities** | | | | | **$31,620.55** | | | $326 | 99.535% |
| **Total Cash (Net Portfolio Balance)** | | | | | **$147.78** | | | | 0.465% |
| **TOTAL PRICED PORTFOLIO** | | | | | **$31,768.33** | | | $326 | |

▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 08/09/21 | M | AMC ENTERTAINMENT HOLDINGS INC CL A COM CUSIP: 00165C104 | 10 | $29.5899 | $295.90 | |
| **Total Buy / Sell Transactions** | | | | | | **$295.90** | |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 08/05/21 | M | ACH DEPOSIT SEN(20210805114133) | | | | $300.00 |
| **Total Funds Paid And Received** | | | | | | | **$300.00** |

ACCOUNT | LA DIVIDND|

*August 1, 2021 - August 31, 2021*

PAGE 4 OF 9

ACCOUNT NUMBER   **5NW-62831-14  RR WEA**

**NORMANDEAN CATUNGAL**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**► EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES**

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 08/30/21 | 09/01/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 28 | $4.8384 | $135.48 | |
| **Total Executed Trades Pending Settlement** | | | | | | | **$135.48** | |

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*July 1, 2021 - July 31, 2021*

PAGE 1 OF 10

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

**NORMANDEAN CATUNGAL**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA  98116-4688

## ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $52.42 | $143.68 |
| NET ACCOUNT BALANCE | 52.42 | 143.68 |
| Securities | 35,756.14 | 25,453.12 |
| TOTAL PRICED PORTFOLIO | 35,756.14 | 25,453.12 |
| **Total Equity Holdings** | **$35,808.56** | **$25,596.80** |

## INCOME AND EXPENSE SUMMARY

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Taxable dividends | $81.01 | $163.62 |

## PORTFOLIO EQUITY ALLOCATION



Cash
0.561%

Equities
99.439%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number.  **This statement should be retained for income tax purposes.**

*July 1, 2021 - July 31, 2021*

PAGE **2** OF 10

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

NORMANDEAN CATUNGAL



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ **PORTFOLIO SUMMARY**

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | M | 439 | $37.02 | $16,251.78 | $23,862.28 | -32% | | 63.491% |
| ANTERO RESOURCES CORPORATION | AR | M | 1 | 13.60 | 13.60 | 15.03 | -10 | | .053 |
| COINBASE GLOBAL INC CLASS A COMMON STOCK | COIN | M | 4 | 236.58 | 946.32 | 1,013.20 | -7 | | 3.697 |
| CASTOR MARITIME INC COMMON SHARES | CTRM | M | 164 | 2.08 | 341.12 | 427.22 | -20 | | 1.333 |
| ESPORTS TECHNOLOGIES INC COMMON STOCK | EBET | M | 25 | 22.74 | 568.50 | 526.50 | 8 | | 2.221 |
| GENERAL ELECTRIC COMPANY COMMON STOCK | 369604301 | M | 0.125 | 103.76 | 12.97 | | N/A | | .051 |
| ISHARES S&P GLOBAL CLEAN ENERGY INDEX FUND Estimated Yield = 0.67% | ICLN | M | 13 | 22.71 | 295.23 | 304.98 | -3 | 2 | 1.153 |
| INVESCO MORTGAGE CAPITAL INC Estimated Yield = 10.46% | IVR | M | 900 | 3.44 | 3,096.00 | 3,510.00 | -12 | 324 | 12.095 |
| META MATLS INC COMMON STOCK | MMAT | M | 550 | 3.50 | 1,925.00 | 3,745.00 | -49 | | 7.520 |
| META MATLS INC PFD SER A | 59134N203 | M | 1,000 | Not Available | | | N/A | | N/A |
| SENSEONICS HOLDINGS INC COMMON STOCK $0.001 PAR VALUE | SENS | M | 580 | 3.07 | 1,780.60 | 2,112.00 | -16 | | 6.956 |
| UNITED STATES ANTIMONY CORP | UAMY | M | 197 | 0.973 | 191.70 | 194.58 | -1 | | .749 |

*July 1, 2021 - July 31, 2021*

PAGE 3 OF 10

ACCOUNT NUMBER   **5NW-62831-14 RR WEA**

**NORMANDEAN CATUNGAL**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT

▶ PORTFOLIO SUMMARY (CONTINUED)

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** (continued) | | | | | | | | | |
| ZYNGA INC CLASS A | ZNGA | M | 3 | 10.10 | 30.30 | 31.89 | -5 | | .118 |
| **Total Equities** | | | | | **$25,453.12** | | | **$326** | **99.439%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$143.68** | | | | **0.561%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$25,596.80** | | | **$326** | |

▶ **ACCOUNT ACTIVITY**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 07/07/21 | M | AMC ENTERTAINMENT HOLDINGS INC CL A COM CUSIP: 00165C104 | 1 | $50.38 | $50.38 | |
| BOUGHT | 07/08/21 | M | AMC ENTERTAINMENT HOLDINGS INC CL A COM CUSIP: 00165C104 | 1 | 52.59 | 52.59 | |
| BOUGHT | 07/08/21 | M | AMC ENTERTAINMENT HOLDINGS INC CL A COM CUSIP: 00165C104 | 5 | 53.9393 | 269.70 | |
| BOUGHT | 07/08/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 50 | 6.8284 | 341.42 | |

*July 1, 2021 - July 31, 2021*

PAGE 4 OF 10

ACCOUNT NUMBER **5NW-62831-14 RR WEA**

**NORMANDEAN CATUNGAL**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 07/08/21 | M | META MATLS INC<br>PFD SER A<br>SPINOFF ON  1000 SHS<br>TORCHLIGHT ENERGY RESOURCES<br>REC 06/24/21 PAY 06/25/21<br>AS OF 07/07/21<br>CUSIP: 59134N203 | 1,000 | | | |
| BOUGHT | 07/08/21 | M | SENSEONICS HOLDINGS INC<br>COMMON STOCK $0.001 PAR VALUE<br>CUSIP: 81727U105 | 30 | 3.41 | 102.30 | |
| BOUGHT | 07/09/21 | M | AMC ENTERTAINMENT HOLDINGS INC<br>CL A COM<br>CUSIP: 00165C104 | 1 | 45.3649 | 45.36 | |
| BOUGHT | 07/15/21 | M | AMC ENTERTAINMENT HOLDINGS INC<br>CL A COM<br>CUSIP: 00165C104 | 10 | 39.80 | 398.00 | |
| **Total Buy / Sell Transactions** | | | | | | **$1,259.75** | |
| **DIVIDENDS AND INTEREST** | | | | | | | |
| DIVIDEND | 07/26/21 | M | GENERAL ELECTRIC COMPANY<br>COM<br>CASH DIV ON  1 SHS<br>REC 06/28/21 PAY 07/26/21<br>CUSIP: 369604103 | | $0.01 | | $0.01 |

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*June 1, 2021 - June 30, 2021*

PAGE 1 OF 10

ACCOUNT NUMBER   **5NW-62831-14  RR WEA**

**NORMANDEAN CATUNGAL**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA  98116-4688

## ▶ ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $10.21 | $52.42 |
| NET ACCOUNT BALANCE | 10.21 | 52.42 |
| Securities | 19,708.36 | 35,756.14 |
| TOTAL PRICED PORTFOLIO | 19,708.36 | 35,756.14 |
| **Total Equity Holdings** | **$19,718.57** | **$35,808.56** |

## ▶ INCOME AND EXPENSE SUMMARY

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Taxable dividends | $1.61 | $82.61 |

## ▶ PORTFOLIO EQUITY ALLOCATION



Cash
0.146%

Equities
99.854%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

*June 1, 2021 - June 30, 2021*

PAGE **2** OF 10

ACCOUNT NUMBER  **5NW-62831-14  RR WEA**

NORMANDEAN CATUNGAL



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ **PORTFOLIO SUMMARY**

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | M | 421 | $56.68 | $23,862.28 | $10,578.60 | 126% | | 66.638% |
| ANTERO RESOURCES CORPORATION | AR | M | 1 | 15.03 | 15.03 | | N/A | | .042 |
| COINBASE GLOBAL INC CLASS A COMMON STOCK | COIN | M | 4 | 253.30 | 1,013.20 | 946.16 | 7 | | 2.829 |
| CASTOR MARITIME INC COMMON SHARES | CTRM | M | 164 | 2.605 | 427.22 | 587.94 | -27 | | 1.193 |
| ESPORTS TECHNOLOGIES INC COMMON STOCK | EBET | M | 25 | 21.06 | 526.50 | 557.25 | -6 | | 1.470 |
| GENERAL ELECTRIC COMPANY COM | GE | M | 1 | 13.46 | 13.46 | | N/A | | .038 |
| ISHARES S&P GLOBAL CLEAN ENERGY INDEX FUND Estimated Yield = 0.65% | ICLN | M | 13 | 23.46 | 304.98 | 297.96 | 2 | 2 | .852 |
| INVESCO MORTGAGE CAPITAL INC Estimated Yield = 9.23% | IVR | M | 900 | 3.90 | 3,510.00 | 3,060.00 | 15 | 324 | 9.802 |
| META MATLS INC COMMON STOCK | MMAT | M | 500 | 7.49 | 3,745.00 | | N/A | | 10.458 |
| SENSEONICS HOLDINGS INC COMMON STOCK $0.001 PAR VALUE | SENS | M | 550 | 3.84 | 2,112.00 | 1,133.00 | 86 | | 5.898 |
| UNITED STATES ANTIMONY CORP | UAMY | M | 197 | 0.988 | 194.58 | 167.45 | 16 | | .543 |

*June 1, 2021 - June 30, 2021*

PAGE 5 OF 10



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

**NORMANDEAN CATUNGAL**

▶ ACCOUNT ACTIVITY (CONTINUED)

**MISCELLANEOUS TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| JOURNAL | 06/08/21 | M | ZYNGA INC<br>CLASS A<br>2HH0LQJ0OL3RFI309UI0H8T7VB<br>CUSIP: 98986T108 | 1 | | | |
| JOURNAL | 06/08/21 | M | ZYNGA INC<br>CLASS A<br>2IJS1I2CQ2B3ASEIL29JLSTRRA<br>CUSIP: 98986T108 | 1 | | | |
| REV SPLIT | 06/25/21 | M | META MATLS INC<br>COM<br>RESULT OF REVERSE SPLIT<br>CUSIP: 59134N104 | 500 | | | |
| REV SPLIT | 06/25/21 | M | TORCHLIGHT ENERGY RESOURCES<br>INC<br>REVERSE SPLIT @ 1:2<br>INTO 59134N104<br>CUSIP: 89102U103 | -1,000 | | | |

**Total Miscellaneous Transactions**

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*April 1, 2021 - April 30, 2021*

PAGE 1 OF 10

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

**NORMANDEAN CATUNGAL**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA  98116-4688

## ► ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $75.83 | $95.93 |
| NET ACCOUNT BALANCE | 75.83 | 95.93 |
| Securities | 10,246.28 | 13,152.24 |
| TOTAL PRICED PORTFOLIO | 10,246.28 | 13,152.24 |
| **Total Equity Holdings** | **$10,322.11** | **$13,248.17** |

## ► INCOME AND EXPENSE SUMMARY

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Taxable dividends | $81.00 | $81.00 |

## ► PORTFOLIO EQUITY ALLOCATION



Cash
0.724%

Equities
99.276%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number.  **This statement should be retained for income tax purposes.**

*April 1, 2021 - April 30, 2021*

PAGE **2** OF 10

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

NORMANDEAN CATUNGAL



# Webull Financial LLC
**44 Wall Street, New York, NY 10005**
customerservice@webull.us

▶ **PORTFOLIO SUMMARY**

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | M | 353 | $10.03 | $3,540.59 | $2,858.80 | 24% | | 26.725% |
| CASTOR MARITIME INC COMMON STOCK | CTRM | M | 1,440 | 0.497 | 715.68 | 719.15 | <-1 | | 5.402 |
| COINBASE GLOBAL INC CLASS A COMMON STOCK | COIN | M | 4 | 297.64 | 1,190.56 | | N/A | | 8.987 |
| ESPORTS TECHNOLOGIES INC COMMON STOCK | EBET | M | 24 | 22.25 | 534.00 | | N/A | | 4.031 |
| ISHARES S&P GLOBAL CLEAN ENERGY INDEX FUND Estimated Yield = 0.33% | ICLN | M | 13 | 23.24 | 302.12 | 315.90 | -4 | 1 | 2.280 |
| INVESCO MORTGAGE CAPITAL INC Estimated Yield = 9.23% | IVR | M | 900 | 3.90 | 3,510.00 | 3,609.00 | -3 | 324 | 26.494 |
| SENSEONICS HOLDINGS INC COMMON STOCK $0.001 PAR VALUE | SENS | M | 500 | 2.12 | 1,060.00 | 1,293.60 | -18 | | 8.001 |
| TORCHLIGHT ENERGY RESOURCES INC | TRCH | M | 1,000 | 2.115 | 2,115.00 | 1,211.46 | 75 | | 15.964 |
| UNITED STATES ANTIMONY CORP | UAMY | M | 197 | 0.936 | 184.29 | 238.37 | -23 | | 1.391 |
| **Total Equities** | | | | | **$13,152.24** | | | **$325** | **99.276%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$95.93** | | | | **0.724%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$13,248.17** | | | **$325** | |

ACCOUNT

*April 1, 2021 - April 30, 2021*

PAGE 3 OF 10

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

**NORMANDEAN CATUNGAL**



# Webull Financial LLC
## 44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ **ACCOUNT ACTIVITY**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 04/07/21 | M | CASTOR MARITIME INC<br>COMMON STOCK<br>CUSIP: Y1146L109 | 300 | $0.5737 | $172.11 | |
| BOUGHT | 04/07/21 | M | SENSEONICS HOLDINGS INC<br>COMMON STOCK $0.001 PAR VALUE<br>CUSIP: 81727U105 | 10 | 2.64 | 26.40 | |
| BOUGHT | 04/07/21 | M | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 10 | 1.845 | 18.45 | |
| BOUGHT | 04/07/21 | M | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 128 | 1.849902 | 236.79 | |
| BOUGHT | 04/09/21 | M | AMC ENTERTAINMENT HOLDINGS INC<br>CL A COM<br>CUSIP: 00165C104 | 20 | 10 | 200.00 | |
| BOUGHT | 04/09/21 | M | CASTOR MARITIME INC<br>COMMON STOCK<br>CUSIP: Y1146L109 | 100 | 0.5192 | 51.92 | |
| BOUGHT | 04/09/21 | M | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 200 | 1.86 | 372.00 | |
| SOLD | 04/09/21 | M | CASTOR MARITIME INC<br>COMMON STOCK<br>CUSIP: Y1146L109 | 5 | 0.53 | | 2.63 |
| BOUGHT | 04/15/21 | M | AMC ENTERTAINMENT HOLDINGS INC<br>CL A COM<br>CUSIP: 00165C104 | 50 | 8.63 | 431.50 | |

*April 1, 2021 - April 30, 2021*

PAGE 4 OF 10

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

**NORMANDEAN CATUNGAL**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 04/16/21 | M | COINBASE GLOBAL INC<br>CLASS A COMMON STOCK<br>PRODUCT DESCRIPTION UNDER<br>SEPARATE COVER<br>CUSIP: 19260Q107 | 4 | 332 | 1,328.00 | |
| BOUGHT | 04/20/21 | M | ESPORTS TECHNOLOGIES INC<br>COMMON STOCK<br>PRODUCT DESCRIPTION UNDER<br>SEPARATE COVER<br>CUSIP: 29667L106 | 7 | 26.25 | 183.75 | |
| BOUGHT | 04/20/21 | M | ESPORTS TECHNOLOGIES INC<br>COMMON STOCK<br>PRODUCT DESCRIPTION UNDER<br>SEPARATE COVER<br>CUSIP: 29667L106 | 15 | 34.57 | 518.55 | |
| BOUGHT | 04/21/21 | M | AMC ENTERTAINMENT HOLDINGS INC<br>CL A COM<br>CUSIP: 00165C104 | 1 | 9.48 | 9.48 | |
| BOUGHT | 04/21/21 | M | ESPORTS TECHNOLOGIES INC<br>COMMON STOCK<br>PRODUCT DESCRIPTION UNDER<br>SEPARATE COVER<br>CUSIP: 29667L106 | 1 | 22.46 | 22.46 | |
| BOUGHT | 04/28/21 | M | AMC ENTERTAINMENT HOLDINGS INC<br>CL A COM<br>CUSIP: 00165C104 | 2 | 10.84 | 21.68 | |
| BOUGHT | 04/28/21 | M | CASTOR MARITIME INC<br>COMMON STOCK<br>CUSIP: Y1146L109 | 100 | 0.5027 | 50.27 | |

*April 1, 2021 - April 30, 2021*

PAGE 5 OF 10

ACCOUNT NUMBER   **5NW-62831-14 RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**NORMANDEAN CATUNGAL**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 04/28/21 | M | ESPORTS TECHNOLOGIES INC COMMON STOCK PRODUCT DESCRIPTION UNDER SEPARATE COVER CUSIP: 29667L106 | 1 | 20.17 | 20.17 | |
| **Total Buy / Sell Transactions** | | | | | | **$3,663.53** | **$2.63** |
| **DIVIDENDS AND INTEREST** | | | | | | | |
| DIVIDEND | 04/27/21 | M | INVESCO MORTGAGE CAPITAL INC CASH DIV ON   900 SHS REC 04/09/21 PAY 04/27/21 NON-QUALIFIED DIVIDEND CUSIP: 46131B100 | | $0.09 | | $81.00 |
| **Total Dividends And Interest** | | | | | | | **$81.00** |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 04/05/21 | M | ACH DEPOSIT SEN(20210401380611) | | | | $1,000.00 |
| ACH | 04/12/21 | M | ACH DEPOSIT SEN(20210412178834) | | | | 2,000.00 |
| ACH | 04/14/21 | M | ACH DEPOSIT SEN(20210414190795) | | | | 500.00 |
| ACH | 04/26/21 | M | ACH DEPOSIT SEN(20210426162814) | | | | 100.00 |
| **Total Funds Paid And Received** | | | | | | | **$3,600.00** |

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT INDIVIDUAL

*March 1, 2021 - March 31, 2021*

PAGE 1 OF 11

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

**NORMANDEAN CATUNGAL**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA  98116-4688

## ▶ ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $500.50 | $75.83 |
| NET ACCOUNT BALANCE | 500.50 | 75.83 |
| Securities | 2,334.17 | 10,246.28 |
| TOTAL PRICED PORTFOLIO | 2,334.17 | 10,246.28 |
| **Total Equity Holdings** | **$2,834.67** | **$10,322.11** |

## ▶ PORTFOLIO EQUITY ALLOCATION



Cash
0.735%

Equities
99.265%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

*March 1, 2021 - March 31, 2021*

PAGE 2 OF 11



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER    **5NW-62831-14 RR WEA**

NORMANDEAN CATUNGAL

► **PORTFOLIO SUMMARY**

### EQUITIES / OPTIONS

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | M | 280 | $10.21 | $2,858.80 | $400.50 | 614% | | 27.696% |
| CASTOR MARITIME INC COMMON STOCK | CTRM | M | 945 | 0.761 | 719.15 | 744.26 | -3 | | 6.967 |
| ISHARES S&P GLOBAL CLEAN ENERGY INDEX FUND Estimated Yield = 0.31% | ICLN | M | 13 | 24.30 | 315.90 | 336.05 | -6 | 1 | 3.060 |
| INVESCO MORTGAGE CAPITAL INC Estimated Yield = 7.98% | IVR | M | 900 | 4.01 | 3,609.00 | | N/A | 288 | 34.964 |
| SENSEONICS HOLDINGS INC COMMON STOCK $0.001 PAR VALUE | SENS | M | 490 | 2.64 | 1,293.60 | 581.40 | 122 | | 12.532 |
| TORCHLIGHT ENERGY RESOURCES INC | TRCH | M | 662 | 1.83 | 1,211.46 | | N/A | | 11.737 |
| UNITED STATES ANTIMONY CORP | UAMY | M | 197 | 1.21 | 238.37 | 268.84 | -11 | | 2.309 |
| **Total Equities** | | | | | **$10,246.28** | | | **$289** | **99.265%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$75.83** | | | | **0.735%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$10,322.11** | | | **$289** | |

*March 1, 2021 - March 31, 2021*

PAGE 3 OF 11

ACCOUNT NUMBER   **5NW-62831-14 RR WEA**

**NORMANDEAN CATUNGAL**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ **ACCOUNT ACTIVITY**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 03/01/21 | M | CASTOR MARITIME INC<br>COMMON STOCK<br>CUSIP: Y1146L109 | 100 | $1.02 | $102.00 | |
| BOUGHT | 03/01/21 | M | SENSEONICS HOLDINGS INC<br>COMMON STOCK $0.001 PAR VALUE<br>CUSIP: 81727U105 | 100 | 3.75 | 375.00 | |
| BOUGHT | 03/03/21 | M | SENSEONICS HOLDINGS INC<br>COMMON STOCK $0.001 PAR VALUE<br>CUSIP: 81727U105 | 100 | 3.50 | 350.00 | |
| BOUGHT | 03/03/21 | M | TORCHLIGHT ENERGY RESOURCES<br>INC<br>CUSIP: 89102U103 | 200 | 2.60 | 520.00 | |
| BOUGHT | 03/08/21 | M | AMC ENTERTAINMENT HOLDINGS INC<br>CL A COM<br>CUSIP: 00165C104 | 3 | 7.89 | 23.67 | |
| BOUGHT | 03/08/21 | M | SENSEONICS HOLDINGS INC<br>COMMON STOCK $0.001 PAR VALUE<br>CUSIP: 81727U105 | 20 | 2.93 | 58.60 | |
| BOUGHT | 03/08/21 | M | TORCHLIGHT ENERGY RESOURCES<br>INC<br>CUSIP: 89102U103 | 30 | 2.3101 | 69.30 | |
| BOUGHT | 03/10/21 | M | AMC ENTERTAINMENT HOLDINGS INC<br>CL A COM<br>CUSIP: 00165C104 | 10 | 8.58 | 85.80 | |
| BOUGHT | 03/10/21 | M | CASTOR MARITIME INC<br>COMMON STOCK<br>CUSIP: Y1146L109 | 100 | 0.9348 | 93.48 | |
| BOUGHT | 03/10/21 | M | SENSEONICS HOLDINGS INC<br>COMMON STOCK $0.001 PAR VALUE<br>CUSIP: 81727U105 | 100 | 2.56 | 256.00 | |

*March 1, 2021 - March 31, 2021*

PAGE 4 OF 11

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

**NORMANDEAN CATUNGAL**



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

► ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 03/10/21 | M | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 100 | 2.18 | 218.00 | |
| BOUGHT | 03/10/21 | M | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 200 | 2.27 | 454.00 | |
| BOUGHT | 03/10/21 | M | UNITED STATES ANTIMONY CORP<br>CUSIP: 911549103 | 9 | 1.21 | 10.89 | |
| BOUGHT | 03/17/21 | M | AMC ENTERTAINMENT HOLDINGS INC CL A COM<br>CUSIP: 00165C104 | 2 | 14 | 28.00 | |
| SOLD | 03/17/21 | M | ADT INC<br>COMMON STOCK<br>CUSIP: 00090Q103 | 3 | 8.36 | | 25.06 |
| SOLD | 03/17/21 | M | GENWORTH FINANCIAL INC COM CL A<br>CUSIP: 37247D106 | 1 | 3.54 | | 3.52 |
| BOUGHT | 03/24/21 | M | AMC ENTERTAINMENT HOLDINGS INC CL A COM<br>CUSIP: 00165C104 | 32 | 12.68 | 405.76 | |
| BOUGHT | 03/24/21 | M | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 41 | 2.165 | 88.77 | |
| BOUGHT | 03/26/21 | M | AMC ENTERTAINMENT HOLDINGS INC CL A COM<br>CUSIP: 00165C104 | 80 | 10.28 | 822.40 | |

ACCOUNT

*March 1, 2021 - March 31, 2021*

PAGE 5 OF 11

ACCOUNT NUMBER    **5NW-62831-14  RR WEA**

**NORMANDEAN CATUNGAL**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 03/26/21 | M | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 91 | 2.009 | 182.82 | |
| **Total Buy / Sell Transactions** | | | | | | **$4,144.49** | **$28.58** |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| TRANSFER | 03/05/21 | M | TRANSFER FROM ROBINHOOD SEC<br>ACAT20210620029927 BOS 6769 | | | $75.00 | |
| ACH | 03/01/21 | M | ACH DEPOSIT<br>SEN(20210301488843) | | | | 1,000.00 |
| ACH | 03/05/21 | M | ACH DEPOSIT<br>SEN(20210305386239) | | | | 500.00 |
| ACH | 03/08/21 | M | ACH DEPOSIT<br>SEN(20210308169366) | | | | 455.00 |
| ACH | 03/09/21 | M | ACH DEPOSIT<br>SEN(20210308459939) | | | | 236.24 |
| ACH | 03/22/21 | M | ACH DEPOSIT<br>SEN(20210322124363) | | | | 500.00 |
| ACH | 03/24/21 | M | ACH DEPOSIT<br>SEN(20210324144426) | | | | 1,000.00 |
| **Total Funds Paid And Received** | | | | | | **$75.00** | **$3,691.24** |



**INVESTMENT REPORT**
**January 1, 2022 - January 31, 2022**

Envelope # BLZJRMBBBWBTJ

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA 98116-4688

## Your Portfolio Value: $9,719.57

Portfolio Change from Last Period:                          ▼ $4,140.91

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Portfolio Value** | $13,860.48 | $13,860.48 |
| Additions | 300.00 | 300.00 |
| Change in Investment Value * | -4,440.91 | -4,440.91 |
| **Ending Portfolio Value ** ** | **$9,719.57** | **$9,719.57** |

\*    *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*   *Excludes unpriced securities.*

Contact Information

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

M04931920920220131

MR_CE_BLZJRMBBBWBTJ_BBBB 20220131



## Holdings

Account # Z20-112730
NORMANDEAN CATUNGAL - INDIVIDUAL

### Core Account

| Description | Beginning Market Value Jan 1, 2022 | Quantity Jan 31, 2022 | Price Per Unit Jan 31, 2022 | Ending Market Value Jan 31, 2022 | Total Cost Basis | Unrealized Gain/Loss Jan 31, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| FIDELITY GOVERNMENT MONEY MARKET (SPAXX) -- 7-day yield: 0.01% | $3.26 | 1.290 | $1.0000 | $1.29 | not applicable | not applicable | - |
| Total Core Account (0% of account holdings) | $3.26 | | | $1.29 | | | - |

### Stocks

| Description | Beginning Market Value Jan 1, 2022 | Quantity Jan 31, 2022 | Price Per Unit Jan 31, 2022 | Ending Market Value Jan 31, 2022 | Total Cost Basis | Unrealized Gain/Loss Jan 31, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| CASTOR MARITIME INC SHS NEW ISIN #MHY1146L1258 (CTRM) | $51.12 | 36.000 | $1.1900 | $42.84 | $622.65 | -$579.81 | - |
| AMC ENTERTAINMENT HOLDINGS INC (AMC) | 7,888.00 | 290.000 | 16.0600 | 4,657.40 | 2,770.11 | 1,887.29 | - |
| ALTAIR INTL CORP COM NEW(ATAO) | 20.80 | 800.000 | 0.0329 | 26.28 | 144.00 | -117.72 | - |
| ASIA BROADBAND INC $0.001 NEVADA RESTRICTED | unavailable | 1.000 | - | unavailable | unknown | unknown | - |
| BOOSH PLANT BASED BRANDS INC COM NPV ISIN #CA0994031072 SEDOL #BNYBQJ0 (VGGIF) | 509.83 | 805.000 | 0.4089 | 329.13 | 987.79 | -658.66 | - |
| HEALTHIER CHOICES MGMT CORP COM (HCMC) | 310.50 | 1,035,000.000 | 0.0003 | 310.50 | 1,880.29 | -1,569.79 | - |
| META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 536.28 | 218.000 | 1.6700 | 364.06 | 948.53 | -584.47 | - |
| PROGENITY INC COM(PROG) | 313.50 | 150.000 | 1.4300 | 214.50 | 413.58 | -199.08 | - |
| SENSEONICS HLDGS INC COM(SENS) | 827.70 | 310.000 | 2.6800 | 830.80 | 1,200.55 | -369.75 | - |
| Total Common Stock (94% of account holdings) | $10,457.73 | | | $6,775.51 | $8,967.50 | -$2,191.99 | - |



## Holdings

**Account # Z20-112730**
**NORMANDEAN CATUNGAL - INDIVIDUAL**

### Stocks (continued)

| Description | Beginning Market Value Jan 1, 2022 | Quantity Jan 31, 2022 | Price Per Unit Jan 31, 2022 | Ending Market Value Jan 31, 2022 | Total Cost Basis | Unrealized Gain/Loss Jan 31, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Preferred Stock** | | | | | | | |
| META MATERIALS INC PFD SER A (MMTLP) | $154.02 | 338.000 | $1.3000 | $439.40 | $328.17 | $111.23 | - |
| | | | | | | | - |
| Total Preferred Stock (6% of account holdings) | $154.02 | | | $439.40 | $328.17 | $111.23 | - |
| **Total Stocks (100% of account holdings)** | **$10,611.75** | | | **$7,214.91** | **$9,295.67** | **-$2,080.76** | - |
| **Total Holdings** | | | | **$7,216.20** | **$9,295.67** | **-$2,080.76** | **$0.00** |

*All positions held in cash account unless indicated otherwise.*

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 01/25 | META MATERIALS INC PFD SER A | 59134N203 | You Bought | 1,000 | $1.27000 | - | -$1.27 |
| 01/25 | META MATERIALS INC PFD SER A | 59134N203 | You Bought | 10,000 | 1.27000 | - | -12.70 |
| 01/25 | META MATERIALS INC PFD SER A | 59134N203 | You Bought | 225,000 | 1.28000 | - | -288.00 |
| Total Securities Bought | | | | | | - | -$301.97 |
| **Net Securities Bought & Sold** | | | | | | - | **-$301.97** |

MR_CE_BLZJRMBBBWBTJ_BBBB 20220131



**INVESTMENT REPORT**
**February 1, 2022 - February 28, 2022**

Envelope # BMCNSMBBBVBDB

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA 98116-4688

### Your Portfolio Value: $12,080.19

Portfolio Change from Last Period: ▲ $2,360.62

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Portfolio Value** | **$9,719.57** | **$13,860.48** |
| Additions | 1,730.49 | 2,030.49 |
| Subtractions | -180.48 | -180.48 |
| *Transaction Costs, Fees & Charges* | *-0.03* | *-0.03* |
| Change in Investment Value * | 810.61 | -3,630.30 |
| **Ending Portfolio Value **** | **$12,080.19** | **$12,080.19** |
| Accrued Interest (AI) | - | |
| Ending Portfolio Value incl. AI | $12,080.19 | |

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*  *Excludes unpriced securities.*

#### Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

MR_CE_BMCNSMBBBVBDB_BBBBB 20220228

M04931920920220228



## Holdings

<div style="text-align:right">

**Account # Z20-112730**
**NORMANDEAN CATUNGAL - INDIVIDUAL**

</div>

### Stocks (continued)

| Description | Beginning Market Value Feb 1, 2022 | Quantity Feb 28, 2022 | Price Per Unit Feb 28, 2022 | Ending Market Value Feb 28, 2022 | Total Cost Basis | Unrealized Gain/Loss Feb 28, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| **ALTAIR INTL CORP COM NEW**(ATAO) | 26.28 | 800.000 | 0.0300 | 24.00 | 144.00 | -120.00 | - |
| **ASIA BROADBAND INC $0.001 NEVADA RESTRICTED** | unavailable | 1.000 | - | unavailable | unknown | unknown | - |
| **BOOSH PLANT BASED BRANDS INC COM NPV** ISIN #CA0994031072 SEDOL #BNYBQJ0 (VGGIF) | 329.13 | 805.000 | 0.5282 | 425.23 | 987.79 | -562.56 | - |
| **HEALTHIER CHOICES MGMT CORP COM** (HCMC) | 310.50 | 1,035,000.000 | 0.0002 | 207.00 | 1,880.29 | -1,673.29 | - |
| **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 364.06 | 218.000 | 2.1500 | 468.70 | 948.53 | -479.83 | - |
| **PROGENITY INC COM** (PROG) | 214.50 | 150.000 | 1.3500 | 202.50 | 413.58 | -211.08 | - |
| **SENSEONICS HLDGS INC COM** (SENS) | 830.80 | 310.000 | 1.8000 | 558.00 | 1,200.55 | -642.55 | - |
| Total Common Stock (74% of account holdings) | $6,732.67 | | | $7,354.83 | $8,344.85 | -$990.02 | - |
| **Preferred Stock** | | | | | | | |
| **META MATERIALS INC PFD SER A** (MMTLP) | $439.40 | 1,025.000 | $1.9400 | $1,988.50 | $1,513.06 | $475.44 | - |
| Total Preferred Stock (20% of account holdings) | $439.40 | | | $1,988.50 | $1,513.06 | $475.44 | - |
| **Total Stocks (94% of account holdings)** | **$7,172.07** | | | **$9,343.33** | **$9,857.91** | **-$514.58** | - |
| **Total Holdings** | | | | **$9,954.29** | **$9,857.91** | **-$514.58** | **$0.06** |

*All positions held in cash account unless indicated otherwise.*

MR_CE_BMCNSMBBBVBDB_BBBBB 20220228



INVESTMENT REPORT
**February 1, 2022 - February 28, 2022**

## Holdings

Account # Z20-112730
NORMANDEAN CATUNGAL - INDIVIDUAL

EAI **Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short
& EY positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal
and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the
"Additional Information and Endnotes" section.**

Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 02/10 | META MATERIALS INC PFD SER A | 59134N203 | You Bought | 100.000 | $1.24000 | | - | -$124.00 |
| 02/18 | CASTOR MARITIME INC SHS NEW ISIN #MHY1146L1258 | Y1146L125 | You Sold *Short-term loss: $11.34 Long-term loss: $547.24* | -36.000 | 1.78000 | 622.65f | -0.01 | 64.07 |
| 02/18 | META MATERIALS INC PFD SER A | 59134N203 | You Bought | 62.000 | 1.72000 | | - | -106.64 |
| 02/18 | META MATERIALS INC PFD SER A | 59134N203 | You Bought | 100.000 | 1.70000 | | - | -170.00 |
| 02/22 | META MATERIALS INC PFD SER A | 59134N203 | You Bought | 2.000 | 1.97000 | | - | -3.94 |
| 02/22 | META MATERIALS INC PFD SER A | 59134N203 | You Bought | 64.000 | 1.97000 | | - | -126.08 |
| 02/22 | META MATERIALS INC PFD SER A | 59134N203 | You Bought | 100.000 | 1.99000 | | - | -199.00 |
| 02/25 | META MATERIALS INC PFD SER A | 59134N203 | You Bought | 100.000 | 1.82000 | | - | -182.00 |
| 02/28 | META MATERIALS INC PFD SER A | 59134N203 | You Bought | 25.000 | 1.71000 | | - | -42.75 |
| 02/28 | META MATERIALS INC PFD SER A | 59134N203 | You Bought | 134.000 | 1.72000 | | - | -230.48 |
| **Total Securities Bought** | | | | | | - | - | **-$1,184.89** |
| **Total Securities Sold** | | | | | | $622.65 | -$0.01 | **$64.07** |
| **Net Securities Bought & Sold** | | | | | | | **-$0.01** | **-$1,120.82** |

### Deposits

| Date | Reference | Description | Amount |
|---|---|---|---|
| 02/03 | | Eft Funds Received Er08438830 /web Bank Of America, N.a. ******2817 | $665.00 |
| 02/22 | | Eft Funds Received Er10498386 /web Bank Of America, N.a. ******2817 | 300.00 |
| 02/25 | | Eft Funds Received Er10933268 /web Bank Of America, N.a. ******2817 | 600.00 |

MR_CE_BMCNSMBBVBDB_BBBBB 20220228



INVESTMENT REPORT
**February 1, 2022 - February 28, 2022**

## Activity

Account # Z20-112730
**NORMANDEAN CATUNGAL - INDIVIDUAL**

### Trades Pending Settlement

| Trade Date | Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Amount |
|---|---|---|---|---|---|---|---|---|
| 02/28 | 03/02 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | MMAT | Bought | 150.0000 | $2.09990 | | -$314.99 |
| 02/28 | 03/02 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | MMAT | Bought | 5.0000 | 2.07940 | | -10.40 |
| 02/28 | 03/02 | **META MATERIALS INC PFD SER A** | MMTLP | Bought | 150.0000 | 1.85000 | | -277.50 |
| **Total Trades Pending Settlement** | | | | | | | | **-$602.89** |

*Cost basis and gain/loss information is provided as a service to our customers and is based on standards for filing US Federal Tax Returns as determined by Fidelity. This information is not intended to address tax law or reporting requirements applicable in your country of tax residence.*

f     *FIFO (First-In, First-Out)*

MR_CE_BMCNSMBBBVBDB_BBBBB 20220228



**INVESTMENT REPORT**
**March 1, 2022 - March 31, 2022**

Envelope # BMGBLPBBBFWDS

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA 98116-4688

**Your Portfolio Value:**      **$15,503.87**

Portfolio Change from Last Period:      ▲ $3,423.68

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Portfolio Value** | **$12,080.19** | **$13,860.48** |
| Additions | 2,600.00 | 4,630.49 |
| Subtractions | - | -180.48 |
| *Transaction Costs, Fees & Charges* | - | -0.03 |
| Change in Investment Value * | 823.68 | -2,806.62 |
| **Ending Portfolio Value ** | **$15,503.87** | **$15,503.87** |
| Accrued Interest (AI) | - | |
| Ending Portfolio Value incl. AI | $15,503.87 | |

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*   *Excludes unpriced securities.*

## Contact Information

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

MR_CE_BMGBLPBBBFWDS_BBBB 20220331

M04931920920220331



INVESTMENT REPORT
March 1, 2022 - March 31, 2022

## Holdings

Account # Z20-112730
NORMANDEAN CATUNGAL - INDIVIDUAL

Stocks (continued)

| Description | Beginning Market Value Mar 1, 2022 | Quantity Mar 31, 2022 | Price Per Unit Mar 31, 2022 | Ending Market Value Mar 31, 2022 | Total Cost Basis | Unrealized Gain/Loss Mar 31, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| **ALTAIR INTL CORP COM NEW**(ATAO) | 24.00 | 800.000 | 0.0255 | 20.40 | 144.00 | -123.60 | - |
| **ASIA BROADBAND INC $0.001 NEVADA RESTRICTED** | unavailable | 1.000 | - | unavailable | unknown | unknown | - |
| **BOOSH PLANT BASED BRANDS INC COM NPV** ISIN #CA0994031072 SEDOL #BNYBQJ0 (VGGIF) | 425.23 | 805.000 | 0.4804 | 386.68 | 987.79 | -601.11 | - |
| **HEALTHIER CHOICES MGMT CORP COM** (HCMC) | 207.00 | 1,035,000.000 | 0.0003 | 258.75 | 1,880.29 | -1,621.54 | - |
| **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 468.70 | 505.000 | 1.6700 | 843.35 | 1,463.34 | -619.99 | - |
| **PROGENITY INC COM** (PROG) | 202.50 | 150.000 | 1.1600 | 174.00 | 413.58 | -239.58 | - |
| **SENSEONICS HLDGS INC COM**(SENS) | 558.00 | 310.000 | 1.9700 | 610.70 | 1,200.55 | -589.85 | - |
| Total Common Stock (74% of account holdings) | $7,354.83 | | | $9,562.68 | $8,928.38 | $634.30 | - |
| **Preferred Stock** | | | | | | | |
| **META MATERIALS INC PFD SER A** (MMTLP) | $1,988.50 | 2,420.000 | $1.2200 | $2,952.40 | $3,738.30 | -$785.90 | - |
| Total Preferred Stock (23% of account holdings) | $1,988.50 | | | $2,952.40 | $3,738.30 | -$785.90 | - |
| **Total Stocks (97% of account holdings)** | **$9,343.33** | | | **$12,515.08** | **$12,666.68** | **-$151.60** | |
| **Total Holdings** | | | | **$12,917.27** | **$12,666.68** | **-$151.60** | **$0.04** |

*All positions held in cash account unless indicated otherwise.*

MR_CE_BMGBLPBBBFWDS_BBBBB 20220331



INVESTMENT REPORT
March 1, 2022 - March 31, 2022

## Holdings

Account # Z20-112730
**NORMANDEAN CATUNGAL - INDIVIDUAL**

EAI   *Estimated Annual Income (EAI) & Estimated Yield (EY)- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY  *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal*
*and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. For calculation details, refer to the*
*"Additional Information and Endnotes" section.*

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 03/02 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 5.000 | $2.07940 | - | -$10.40 |
| 03/02 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 150.000 | 2.09990 | - | -314.99 |
| 03/02 | **META MATERIALS INC PFD SER A** | 59134N203 | You Bought | 150.000 | 1.85000 | - | -277.50 |
| 03/09 | **META MATERIALS INC PFD SER A** | 59134N203 | You Bought | 100.000 | 1.77000 | - | -177.00 |
| 03/14 | **META MATERIALS INC PFD SER A** | 59134N203 | You Bought | 15.000 | 1.76000 | - | -26.40 |
| 03/15 | **META MATERIALS INC PFD SER A** | 59134N203 | You Bought | 2.000 | 1.72000 | - | -3.44 |
| 03/17 | **AMC ENTERTAINMENT HOLDINGS INC** | 00165C104 | You Bought | 1.000 | 13.45000 | - | -13.45 |
| 03/17 | **AMC ENTERTAINMENT HOLDINGS INC** | 00165C104 | You Bought | 1.000 | 13.78000 | - | -13.78 |
| 03/17 | **AMC ENTERTAINMENT HOLDINGS INC** | 00165C104 | You Bought | 3.000 | 13.82930 | - | -41.49 |
| 03/17 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 27.000 | 1.41000 | - | -38.07 |
| 03/17 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 1.41950 | - | -141.95 |
| 03/17 | **META MATERIALS INC PFD SER A** | 59134N203 | You Bought | 50.000 | 1.58000 | - | -79.00 |
| 03/17 | **META MATERIALS INC PFD SER A** | 59134N203 | You Bought | 108.000 | 1.60000 | - | -172.80 |
| 03/22 | **META MATERIALS INC PFD SER A** | 59134N203 | You Bought | 100.000 | 1.53000 | - | -153.00 |
| 03/22 | **META MATERIALS INC PFD SER A** | 59134N203 | You Bought | 550.000 | 1.59000 | - | -874.50 |
| 03/23 | **META MATERIALS INC PFD SER A** | 59134N203 | You Bought | 300.000 | 1.44000 | - | -432.00 |
| 03/25 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 5.000 | 1.88000 | - | -9.40 |
| 03/25 | **META MATERIALS INC PFD SER A** | 59134N203 | You Bought | 20.000 | 1.48000 | - | -29.60 |
| **Total Securities Bought** | | | | | | - | **-$2,808.77** |
| **Net Securities Bought & Sold** | | | | | | - | **-$2,808.77** |



INVESTMENT REPORT
March 1, 2022 - March 31, 2022

## Activity

Account # Z20-112730
NORMANDEAN CATUNGAL - INDIVIDUAL

### Core Fund Activity (continued)

*For more information about the operation of your core account, please refer to your Customer Agreement.*

**Settlement Account**

| Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|------|------|-------------|-------------|----------|-------|--------|---------|
| 03/28 | CASH | You Bought | **FIDELITY GOVERNMENT MONEY MARKET** @ 1 | 400.000 | 1.0000 | 400.00 | 402.19 |
| **Total Core Fund Activity** | | | | | | -$208.77 | |

### Trades Pending Settlement

| Trade Date | Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|------------|-----------------|---------------|---------------|-------------|----------|-------|--------|
| 03/30 | 04/01 | **META MATERIALS INC PFD SER A** | MMTLP | Bought | 200.0000 | $1.44000 | -$288.00 |
| 03/31 | 04/04 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | MMAT | Bought | 45.0000 | 1.69000 | -76.05 |
| 03/31 | 04/04 | **META MATERIALS INC PFD SER A** | MMTLP | Bought | 25.0000 | 1.34000 | -33.50 |
| 03/31 | 04/04 | **META MATERIALS INC PFD SER A** | MMTLP | Bought | 3.0000 | 1.32000 | -3.96 |
| **Total Trades Pending Settlement** | | | | | | | -$401.51 |

MR_CE_BMGBLPBBBFWDS_BBBBB 20220331



**INVESTMENT REPORT**
**April 1, 2022 - April 30, 2022**

Envelope # BMJMFHBBBDPMJ

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA 98116-4688

### Your Portfolio Value: $11,925.27

**Portfolio Change from Last Period:** ▼ $3,578.60

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Portfolio Value** | $15,503.87 | $13,860.48 |
| Additions | 756.91 | 5,387.40 |
| Subtractions | - | -180.48 |
| *Transaction Costs, Fees & Charges* | - | -0.03 |
| Change in Investment Value * | -4,335.51 | -7,142.13 |
| **Ending Portfolio Value** ** | $11,925.27 | $11,925.27 |
| Accrued Interest (AI) | - | |
| Ending Portfolio Value incl. AI | $11,925.27 | |

\*  *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\* *Excludes unpriced securities.*

### Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

MR_CE_BMJMFHBBBDPMJ_BBBB 20220429

M04931920920220430



## Holdings

**Account # Z20-112730**
**NORMANDEAN CATUNGAL - INDIVIDUAL**

### Stocks (continued)

| Description | Beginning Market Value Apr 1, 2022 | Quantity Apr 30, 2022 | Price Per Unit Apr 30, 2022 | Ending Market Value Apr 30, 2022 | Total Cost Basis | Unrealized Gain/Loss Apr 30, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| **ALTAIR INTL CORP COM NEW**(ATAO) | 20.40 | 800.000 | 0.0222 | 17.76 | 144.00 | -126.24 | - |
| **ASIA BROADBAND INC $0.001 NEVADA RESTRICTED** | unavailable | 1.000 | - | unavailable | unknown | unknown | - |
| **BOOSH PLANT BASED BRANDS INC COM NPV** ISIN #CA0994031072 SEDOL #BNYBQJ0 (VGGIF) | 386.68 | 805.000 | 0.3130 | 251.94 | 987.79 | -735.85 | - |
| **HEALTHIER CHOICES MGMT CORP COM** (HCMC) | 258.75 | 1,035,000.000 | 0.0002 | 207.00 | 1,880.29 | -1,673.29 | - |
| **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 843.35 | 805.000 | 1.2000 | 966.00 | 1,917.46 | -951.46 | - |
| **BIORA THERAPEUTICS INC COM** (PROG) | 174.00 | 150.000 | 0.8372 | 125.58 | 413.58 | -288.00 | - |
| **SENSEONICS HLDGS INC COM**(SENS) | 610.70 | 320.000 | 1.4000 | 448.00 | 1,218.25 | -770.25 | - |
| Total Common Stock (64% of account holdings) | $9,562.68 | | | $6,545.08 | $9,417.98 | -$2,872.90 | - |
| **Preferred Stock** | | | | | | | |
| **META MATERIALS INC PFD SER A** (MMTLP) | $2,952.40 | 2,900.000 | $1.2600 | $3,654.00 | $4,372.22 | -$718.22 | - |
| Total Preferred Stock (36% of account holdings) | $2,952.40 | | | $3,654.00 | $4,372.22 | -$718.22 | - |
| **Total Stocks (100% of account holdings)** | **$12,515.08** | | | **$10,199.08** | **$13,790.20** | **-$3,591.12** | - |

### Other

| Description | Beginning Market Value Apr 1, 2022 | Quantity Apr 30, 2022 | Price Per Unit Apr 30, 2022 | Ending Market Value Accrued Interest (AI) Apr 30, 2022 | Total Cost Basis | Unrealized Gain/Loss Apr 30, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **INVESCO MORTGAGE CAPITAL INC** (IVR) | unavailable | 18.000 | $1.7400 | $31.32 - | $35.21 | -$3.89 | $6.48 20.690% |

MR_CE_BMJMFHBBBDPMJ_BBBB 20220429



## Holdings

**Account # Z20-112730**
**NORMANDEAN CATUNGAL - INDIVIDUAL**

### Other (continued)

| Description | Beginning Market Value Apr 1, 2022 | Quantity Apr 30, 2022 | Price Per Unit Apr 30, 2022 | Ending Market Value Accrued Interest (AI) Apr 30, 2022 | Total Cost Basis | Unrealized Gain/Loss Apr 30, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Total Other (0% of account holdings)** | unavailable | | | **$31.32** | **$35.21** | **-$3.89** | **$6.48** |
| **Total Holdings** | | | | **$10,230.77** | **$13,825.41** | **-$3,595.01** | **$6.48** |

*All positions held in cash account unless indicated otherwise.*

EAI    ***Estimated Annual Income (EAI) & Estimated Yield (EY)***- *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY  *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal*
*and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* ***For calculation details, refer to the***
***"Additional Information and Endnotes" section.***

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 04/01 | META MATERIALS INC PFD SER A | 59134N203 | You Bought | 200.000 | $1.44000 | - | -$288.00 |
| 04/04 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 45.000 | 1.69000 | - | -76.05 |
| 04/04 | META MATERIALS INC PFD SER A | 59134N203 | You Bought | 3.000 | 1.32000 | - | -3.96 |
| 04/04 | META MATERIALS INC PFD SER A | 59134N203 | You Bought | 25.000 | 1.34000 | - | -33.50 |
| 04/07 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 10.000 | 1.78500 | - | -17.85 |
| 04/07 | META MATERIALS INC PFD SER A | 59134N203 | You Bought | 25.000 | 1.23000 | - | -30.75 |
| 04/07 | META MATERIALS INC PFD SER A | 59134N203 | You Bought | 27.000 | 1.23000 | - | -33.21 |
| 04/07 | META MATERIALS INC PFD SER A | 59134N203 | You Bought | 50.000 | 1.20000 | - | -60.00 |
| 04/11 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 69.000 | 1.55000 | - | -106.95 |
| 04/11 | META MATERIALS INC PFD SER A | 59134N203 | You Bought | 50.000 | 1.21000 | - | -60.50 |
| 04/11 | META MATERIALS INC PFD SER A | 59134N203 | You Bought | 100.000 | 1.24000 | - | -124.00 |
| 04/13 | AMC ENTERTAINMENT HOLDINGS INC | 00165C104 | You Bought | 1.000 | 17.78220 | - | -17.78 |

MR_CE _BNJMFHBBBDPMJ_BBBBB 20220429



Envelope # BMPCHKBBBFWPC

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA 98116-4688

## Your Portfolio Value: $11,526.77

Portfolio Change from Last Period: ▼$398.50

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Portfolio Value** | **$11,925.27** | **$13,860.48** |
| Additions | - | 5,387.40 |
| Subtractions | - | -180.48 |
| *Transaction Costs, Fees & Charges* | - | -0.03 |
| Change in Investment Value * | -398.50 | -7,540.63 |
| **Ending Portfolio Value \*\*** | **$11,526.77** | **$11,526.77** |
| Accrued Interest (AI) | - | |
| Ending Portfolio Value incl. AI | $11,526.77 | |

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*  *Excludes unpriced securities.*

### Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*



M04931920920220630



INVESTMENT REPORT
May 1, 2022 - June 30, 2022

## Holdings

Account # Z20-112730
NORMANDEAN CATUNGAL - INDIVIDUAL

### Stocks (continued)

| Description | Beginning Market Value May 1, 2022 | Quantity Jun 30, 2022 | Price Per Unit Jun 30, 2022 | Ending Market Value Jun 30, 2022 | Total Cost Basis | Unrealized Gain/Loss Jun 30, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| **BOOSH PLANT BASED BRANDS INC COM NPV** ISIN #CA0994031072 SEDOL #BNYBQJ0 (VGGIF) | 251.94 | 805.000 | 0.1628 | 131.04 | 987.79 | -856.75 | - |
| **HEALTHIER CHOICES MGMT CORP COM** (HCMC) | 207.00 | 1,035,000.000 | 0.0002 | 207.00 | 1,880.29 | -1,673.29 | - |
| **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 966.00 | 812.000 | 1.0300 | 836.36 | 1,929.36 | -1,093.00 | - |
| **BIORA THERAPEUTICS INC COM**(BIOR) | 125.58 | 150.000 | 0.7000 | 105.00 | 413.58 | -308.58 | - |
| **SENSEONICS HLDGS INC COM**(SENS) | 448.00 | 320.000 | 1.0300 | 329.60 | 1,218.25 | -888.65 | - |
| Total Common Stock (56% of account holdings) | $6,545.08 | | | $5,633.40 | $9,429.88 | -$3,796.48 | - |
| **Preferred Stock** | | | | | | | |
| **META MATERIALS INC PFD SER A** (MMTLP) | $3,654.00 | 2,900.000 | $1.5450 | $4,480.50 | $4,372.22 | $108.28 | - |
| Total Preferred Stock (44% of account holdings) | $3,654.00 | | | $4,480.50 | $4,372.22 | $108.28 | - |
| **Total Stocks (100% of account holdings)** | **$10,199.08** | | | **$10,113.90** | **$13,802.10** | **-$3,688.20** | - |

### Other

| Description | Beginning Market Value May 1, 2022 | Quantity Jun 30, 2022 | Price Per Unit Jun 30, 2022 | Ending Market Value Accrued Interest (AI) Jun 30, 2022 | Total Cost Basis | Unrealized Gain/Loss Jun 30, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **INVESCO MORTGAGE CAPITAL INC COM** (IVR) | unavailable | 1.000 | $14.6800 | $14.68 - | $19.56 | -$4.88 | $3.60 24.520% |
| **Total Other (0% of account holdings)** | **unavailable** | | | **$14.68** | **$19.56** | **-$4.88** | **$3.60** |
| **Total Holdings** | | | | **$10,131.02** | **$13,821.66** | **-$3,693.08** | **$3.60** |

MR_CE _BMPCHKBBBFWPC_BBBBB 20220630



INVESTMENT REPORT
May 1, 2022 - June 30, 2022

## Holdings

Account # Z20-112730
NORMANDEAN CATUNGAL - INDIVIDUAL

*All positions held in cash account unless indicated otherwise.*

EAI   **Estimated Annual Income (EAI) & Estimated Yield (EY)**- *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY   *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal*
*and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. For calculation details, refer to the*
***"Additional Information and Endnotes" section.***

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/10 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 7.000 | $1.70000 | | - | -$11.90 |
| **Total Securities Bought** | | | | | | - | - | -$11.90 |
| **Net Securities Bought & Sold** | | | | | | | - | -$11.90 |

### Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/06 | INVESCO MORTGAGE CAPITAL INC 1 FOR 10 R/S INTO INVESCO MORTGAGE CAPITAL INC COM USD0.01 R/S TO 46131B704 #REOR M0051419770000 | 46131B100 | Reverse Split | -18.000 | - | | - | - |
| 06/06 | INVESCO MORTGAGE CAPITAL INC COM LEU PAYOUT 46131B704 #REORLM0051419770001 | 46131B704 | In Lieu Of Frx Share | - | - | 15.65 [f] | - | 13.97 |
| **Total Other Activity In** | | | | | | | - | $13.97 |

MR_CE_BMPCHKBBBFWPC_BBBBB 20220630



**INVESTMENT REPORT**
**August 1, 2022 - August 31, 2022**

Envelope # BMTXRTBBBDPJJ

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA 98116-4688

### Your Portfolio Value: $28,652.56

Portfolio Change from Last Period: ▲ $17,163.41

|                                         | This Period | Year-to-Date |
|-----------------------------------------|------------:|------------:|
| **Beginning Portfolio Value**           | **$11,489.15** | **$13,860.48** |
| Additions                               | 22,906.57  | 28,293.97   |
| Subtractions                            | -200.00    | -380.48     |
| *Transaction Costs, Fees & Charges*     | -          | -0.03       |
| Change in Investment Value *            | -5,543.16  | -13,121.41  |
| **Ending Portfolio Value ***            | **$28,652.56** | **$28,652.56** |
| Accrued Interest (AI)                   | -          |             |
| Ending Portfolio Value incl. AI         | $28,652.56 |             |

### Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

\*  *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\* *Excludes unpriced securities.*



*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

M04931920920220831



INVESTMENT REPORT
August 1, 2022 - August 31, 2022

## Holdings

Account # Z20-112730
NORMANDEAN CATUNGAL - INDIVIDUAL

### Exchange Traded Products

*Includes exchange-traded funds (ETFs), exchange-traded notes (ETNs), and other exchange-traded vehicles.*

| Description | Beginning Market Value Aug 1, 2022 | Quantity Aug 31, 2022 | Price Per Unit Aug 31, 2022 | Ending Market Value Aug 31, 2022 | Total Cost Basis | Unrealized Gain/Loss Aug 31, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Equity ETPs** | | | | | | | |
| **ISHARES TR GL CLEAN ENE ETF**(ICLN) | unavailable | 13.000 | $22.1800 | $288.34 | $344.76† | -$56.42 | $2.31 0.800% |
| Total Equity ETPs(1% of account holdings) | unavailable | | | 288.34 | 344.76 | -56.42 | 2.31 |
| **Total Exchange Traded Products (1% of account holdings)** | **unavailable** | | | **$288.34** | **$344.76** | **-$56.42** | **$2.31** |

### Stocks

| Description | Beginning Market Value Aug 1, 2022 | Quantity Aug 31, 2022 | Price Per Unit Aug 31, 2022 | Ending Market Value Aug 31, 2022 | Total Cost Basis | Unrealized Gain/Loss Aug 31, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| **AMC ENTERTAINMENT HOLDINGS INC** (AMC) | $4,309.76 | 760.000 | $9.1200 | $6,931.20 | $6,166.04† | $765.16 | - |
| **ALTAIR INTL CORP COM NEW**(ATAO) | 15.12 | 800.000 | 0.0238 | 19.04 | 144.00 | -124.96 | - |
| **ASIA BROADBAND INC $0.001 NEVADA RESTRICTED** | unavailable | 1.000 | - | unavailable | unknown | unknown | - |
| **BOOSH PLANT BASED BRANDS INC COM NPV** ISIN #CA0994031072 SEDOL #BNYBQJ0 (VGGIF) | 94.23 | 805.000 | 0.0611 | 49.16 | 987.79 | -938.63 | - |
| **EBET INC COM**(EBET) | unavailable | 25.000 | 1.8400 | 46.00 | 768.53† | -722.53 | - |
| **HEALTHIER CHOICES MGMT CORP COM** (HCMC) | 207.00 | 1,035,000.000 | 0.0002 | 207.00 | 1,880.29 | -1,673.29 | - |
| **LONGEVERON INC COM**(LGVN) | unavailable | 20.000 | 4.7850 | 95.70 | 448.80† | -353.10 | - |
| **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 730.80 | 2,400.000 | 0.8650 | 2,076.00 | 7,080.02† | -5,004.02 | - |

MR_CE _BMTXRTBBBDPJJ_BBBBB 20220831



## Holdings

Account # Z20-112730
NORMANDEAN CATUNGAL - INDIVIDUAL

EAI    **Estimated Annual Income (EAI) & Estimated Yield (EY)**- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short
& EY   positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal
       and/or capital gains; which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the**
       **"Additional Information and Endnotes" section.**

       Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.

t      Third-party provided

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 08/15 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 103.000 | $0.97000 | - | -$99.91 |
| 08/16 | **AMC ENTERTAINMENT HOLDINGS INC WITH DUE BILLS** | 00165C104 | You Bought | 1.000 | 25.47000 | - | -25.47 |
| 08/16 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 0.97000 | - | -97.00 |
| 08/17 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 0.97000 | - | -97.00 |
| 08/18 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 0.93220 | - | -93.22 |
| **Total Securities Bought** | | | | | | - | **-$412.60** |
| **Net Securities Bought & Sold** | | | | | | - | **-$412.60** |

### Securities Transferred In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 08/10 | **AMC ENTERTAINMENT HOLDINGS INC** ACAT RECEIVE VALUE OF TRANSACTION $10,959.21 | 00165C104 | Transfer Of Assets | 463.000 | $23.6700 | - |
| 08/10 | **BIORA THERAPEUTICS INC COM** ACAT RECEIVE VALUE OF TRANSACTION $404.00 | 74319F107 | Transfer Of Assets | 400.000 | 1.0100 | - |



INVESTMENT REPORT
August 1, 2022 - August 31, 2022

## Activity

Account # Z20-112730
NORMANDEAN CATUNGAL - INDIVIDUAL

### Securities Transferred In (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 08/10 | EBET INC COM ACAT RECEIVE VALUE OF TRANSACTION $60.50 | 278700109 | Transfer Of Assets | 25.000 | 2.4200 | - |
| 08/10 | INVESCO MORTGAGE CAPITAL INC COM ACAT RECEIVE VALUE OF TRANSACTION $1,839.10 | 46131B704 | Transfer Of Assets | 106.000 | 17.3500 | - |
| 08/10 | ISHARES TR GL CLEAN ENE ETF ACAT RECEIVE VALUE OF TRANSACTION $306.93 | 464288224 | Transfer Of Assets | 13.000 | 23.6100 | - |
| 08/10 | LONGEVERON INC COM ACAT RECEIVE VALUE OF TRANSACTION $122.00 | 54303L104 | Transfer Of Assets | 20.000 | 6.1000 | - |
| 08/10 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 ACAT RECEIVE VALUE OF TRANSACTION $1,128.12 | 59134N104 | Transfer Of Assets | 1,185.000 | 0.9520 | - |
| 08/10 | META MATERIALS INC PFD SER A ACAT RECEIVE VALUE OF TRANSACTION $1,660.00 | 59134N203 | Transfer Of Assets | 1,000.000 | 1.6600 | - |
| 08/10 | SENSEONICS HLDGS INC COM ACAT RECEIVE VALUE OF TRANSACTION $1,236.00 | 81727U105 | Transfer Of Assets | 600.000 | 2.0600 | - |
| 08/10 | UNITED STATES ANTIMONY CORP COM ACAT RECEIVE VALUE OF TRANSACTION $100.67 | 911549103 | Transfer Of Assets | 197.000 | 0.5110 | - |
| 08/12 | META MATERIALS INC PFD SER A ACAT RECEIVE VALUE OF TRANSACTION $4,479.75 | 59134N203 | Transfer Of Assets | 2,715.000 | 1.6500 | - |
| **Total Securities Transferred In** | | | | | | - |

MR_CE_BMTXRTBBBDPJJ_BBBBB 20220831



**INVESTMENT REPORT**
**August 1, 2022 - August 31, 2022**

# Activity

**Account # Z20-112730**
**NORMANDEAN CATUNGAL - INDIVIDUAL**

## Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 08/22 | AMC ENTMT HLDGS INC PFD EQT UNIT SPINOFF FROM:(AMC ) | 00165C203 | Distribution | 760.000 | - | - |
| 08/31 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | - | - | 0.16 |
| **Total Dividends, Interest & Other Income** | | | | | | **$0.16** |

## Deposits

| Date | Reference | Description | Amount |
|---|---|---|---|
| 08/09 | | Eft Funds Received Er28634582 /web Bank Of America, N.a. ******2817 | $500.00 |
| 08/10 | Transfer Of Assets | Acat Receive | 99.60 |
| 08/12 | Transfer Of Assets | Acat Receive | 10.69 |
| **Total Deposits** | | | **$610.29** |

## Withdrawals

| Date | Reference | Description | Amount |
|---|---|---|---|
| 08/10 | Transfer Of Assets | ACAT RECEIVE | -$75.00 |
| 08/12 | Transfer Of Assets | ACAT RECEIVE | -125.00 |
| **Total Withdrawals** | | | **-$200.00** |

## Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

**Settlement Account**

| Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 08/09 | CASH | You Bought | FIDELITY GOVERNMENT MONEY MARKET @ 1 | 500.000 | $1.0000 | $500.00 | $503.34 |
| 08/10 | CASH | You Bought | FIDELITY GOVERNMENT MONEY MARKET @ 1 | 24.600 | 1.0000 | 24.60 | 527.94 |

MR_CE _BMTXRTBBBDPJJ_BBBBB 20220831

10 of 16



INVESTMENT REPORT
October 1, 2022 - October 31, 2022

Envelope # BNBNKFBBBDNNX

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA 98116-4688

## Your Portfolio Value: $61,399.82

Portfolio Change from Last Period: ▲ $37,662.06

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Portfolio Value** | **$23,737.76** | **$13,860.48** |
| Additions | 2,400.00 | 30,694.17 |
| Subtractions | - | -380.48 |
| *Transaction Costs, Fees & Charges* | - | -0.03 |
| Change in Investment Value * | 35,262.06 | 17,225.65 |
| **Ending Portfolio Value** ** | **$61,399.82** | **$61,399.82** |
| Accrued Interest (AI) | - | |
| Ending Portfolio Value incl. AI | $61,399.82 | |

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*  *Excludes unpriced securities.*

### Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

MR_CE_BNBNKFBBBDNNX_BBBB 20221031

M04931920920221031



INVESTMENT REPORT
October 1, 2022 - October 31, 2022

## Holdings

Account # Z20-112730
NORMANDEAN CATUNGAL - INDIVIDUAL

### Exchange Traded Products

*Includes exchange-traded funds (ETFs), exchange-traded notes (ETNs), and other exchange-traded vehicles.*

| Description | Beginning Market Value Oct 1, 2022 | Quantity Oct 31, 2022 | Price Per Unit Oct 31, 2022 | Ending Market Value Oct 31, 2022 | Total Cost Basis | Unrealized Gain/Loss Oct 31, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Equity ETPs** | | | | | | | |
| **ISHARES TR GL CLEAN ENE ETF**(ICLN) | $248.17 | 13.000 | $18.8900 | $245.57 | $344.76 † | -$99.19 | $2.31 0.940% |
| Total Equity ETPs(0% of account holdings) | $248.17 | | | 245.57 | 344.76 | -99.19 | 2.31 |
| **Total Exchange Traded Products (0% of account holdings)** | $248.17 | | | $245.57 | $344.76 | -$99.19 | $2.31 |

### Stocks

| Description | Beginning Market Value Oct 1, 2022 | Quantity Oct 31, 2022 | Price Per Unit Oct 31, 2022 | Ending Market Value Oct 31, 2022 | Total Cost Basis | Unrealized Gain/Loss Oct 31, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| **AMC ENTERTAINMENT HOLDINGS INC** (AMC) | $5,297.20 | 760.000 | $6.6600 | $5,061.60 | $6,166.04 † | -$1,104.44 | - |
| **ALTAIR INTL CORP COM NEW**(ATAO) | 15.20 | 800.000 | 0.0157 | 12.56 | 144.00 | -131.44 | - |
| **ASIA BROADBAND INC $0.001 NEVADA RESTRICTED** | unavailable | 1.000 | - | unavailable | unknown | unknown | - |
| **BOOSH PLANT BASED BRANDS INC COM NPV** ISIN #CA0994031072 SEDOL #BNYBQJ0 (VGGIF) | 29.28 | 805.000 | 0.0367 | 29.50 | 987.79 | -958.29 | - |
| **EBET INC COM**(EBET) | 30.50 | 25.000 | 0.9400 | 23.50 | 768.53 † | -745.03 | - |
| **HEALTHIER CHOICES MGMT CORP COM** (HCMC) | 207.00 | 1,035,000.000 | 0.0002 | 155.25 | 1,880.29 | -1,725.04 | - |
| **LONGEVERON INC COM**(LGVN) | 74.00 | 20.000 | 3.6200 | 72.40 | 448.80 † | -376.40 | - |
| **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 1,557.84 | 3,657.000 | 1.0600 | 3,876.42 | 8,279.09 † | -4,402.67 | - |

MR_CE _BNBNKFBBBDNNX_BBBBB 20221031



INVESTMENT REPORT
October 1, 2022 - October 31, 2022

## Holdings

Account # Z20-112730
NORMANDEAN CATUNGAL - INDIVIDUAL

EAI   **Estimated Annual Income (EAI) & Estimated Yield (EY)** - *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY   *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal*
       *and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the***
       ***"Additional Information and Endnotes"** section.*

       *Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

t      *Third-party provided*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 10/14 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 500.000 | $0.96000 | - | -$480.00 |
| 10/17 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 0.97000 | - | -97.00 |
| 10/17 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 200.000 | 1.03500 | - | -207.00 |
| 10/18 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 0.92000 | - | -92.00 |
| 10/20 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 41.000 | 0.89000 | - | -36.49 |
| 10/20 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 0.91000 | - | -91.00 |
| 10/20 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 0.93000 | - | -93.00 |
| 10/21 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 16.000 | 0.86100 | - | -13.78 |
| 10/21 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 0.88800 | - | -88.80 |
| **Total Securities Bought** | | | | | | - | -$1,199.07 |
| **Net Securities Bought & Sold** | | | | | | - | -$1,199.07 |

MR_CE_BNBNKFBBBDNNX_BBBBB 20221031




INVESTMENT REPORT
November 1, 2022 - November 30, 2022

Envelope # BNDTPWBBBDLBM

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA 98116-4688

**Your Portfolio Value:** **$78,450.46**

Portfolio Change from Last Period: ▲ $17,050.64

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Portfolio Value** | **$61,399.82** | **$13,860.48** |
| Additions | 4,200.00 | 34,894.17 |
| Subtractions | - | -380.48 |
| *Transaction Costs, Fees & Charges* | - | *-0.03* |
| Change in Investment Value * | 12,850.64 | 30,076.29 |
| **Ending Portfolio Value **** | **$78,450.46** | **$78,450.46** |
| Accrued Interest (AI) | - | |
| Ending Portfolio Value incl. AI | $78,450.46 | |

Contact Information

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

\*  *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\* *Excludes unpriced securities.*

MR_CE_BNDTPWBBBDLBM_BBBBB 20221130

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

M04931920920221130



## Holdings

Account # Z20-112730
NORMANDEAN CATUNGAL - INDIVIDUAL

### Exchange Traded Products

*Includes exchange-traded funds (ETFs), exchange-traded notes (ETNs), and other exchange-traded vehicles.*

| Description | Beginning Market Value Nov 1, 2022 | Quantity Nov 30, 2022 | Price Per Unit Nov 30, 2022 | Ending Market Value Nov 30, 2022 | Total Cost Basis | Unrealized Gain/Loss Nov 30, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Equity ETPs** | | | | | | | |
| **ISHARES TR GL CLEAN ENE ETF(ICLN)** | $245.57 | 13.000 | $21.1600 | $275.08 | $344.76† | -$69.68 | $2.31 0.840% |
| Total Equity ETPs(0% of account holdings) | $245.57 | | | 275.08 | 344.76 | -69.68 | 2.31 |
| **Total Exchange Traded Products (0% of account holdings)** | **$245.57** | | | **$275.08** | **$344.76** | **-$69.68** | **$2.31** |

### Stocks

| Description | Beginning Market Value Nov 1, 2022 | Quantity Nov 30, 2022 | Price Per Unit Nov 30, 2022 | Ending Market Value Nov 30, 2022 | Total Cost Basis | Unrealized Gain/Loss Nov 30, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| **AMC ENTERTAINMENT HOLDINGS INC** (AMC) | $5,061.60 | 760.000 | $7.2300 | $5,494.80 | $6,166.04† | -$671.24 | - - |
| **ALTAIR INTL CORP COM NEW(ATAO)** | 12.56 | 800.000 | 0.0135 | 10.80 | 144.00 | -133.20 | - - |
| **ASIA BROADBAND INC $0.001 NEVADA RESTRICTED** | unavailable | 1.000 | - | unavailable | unknown | unknown | - - |
| **BOOSH PLANT BASED BRANDS INC COM NPV** ISIN #CA0994031072 SEDOL #BNYBQJ0 (VGGIF) | 29.50 | 805.000 | 0.0295 | 23.74 | 987.79 | -964.05 | - - |
| **EBET INC COM (EBET)** | 23.50 | 25.000 | 0.6600 | 16.50 | 768.53† | -752.03 | - - |
| **HEALTHIER CHOICES MGMT CORP COM** (HCMC) | 155.25 | 1,035,000.000 | - | unavailable | 1,880.29 | unavailable | - - |
| **LONGEVERON INC COM(LGVN)** | 72.40 | 20.000 | 3.8800 | 77.60 | 448.80† | -371.20 | - - |
| **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 3,876.42 | 7,270.850 | 1.9000 | 13,814.61 | 13,519.59† | 295.02 | - - |

MR_CE _BNDTPWBBBDLBM_BBBBB 20221130



INVESTMENT REPORT
November 1, 2022 - November 30, 2022

# Holdings

Account # Z20-112730
NORMANDEAN CATUNGAL - INDIVIDUAL

## Stocks (continued)

| Description | Beginning Market Value Nov 1, 2022 | Quantity Nov 30, 2022 | Price Per Unit Nov 30, 2022 | Ending Market Value Nov 30, 2022 | Total Cost Basis | Unrealized Gain/Loss Nov 30, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| BIORA THERAPEUTICS INC COM(BIOR) | 209.66 | 550.000 | 0.2450 | 134.75 | 2,166.30† | -2,031.55 | - |
| SENSEONICS HLDGS INC COM(SENS) | 1,085.60 | 920.000 | 1.1100 | 1,021.20 | 3,250.43† | -2,229.23 | - |
| UNITED STATES ANTIMONY CORP COM (UAMY) | 74.86 | 197.000 | 0.3620 | 71.31 | 311.33† | -240.02 | - |
| Total Common Stock (27% of account holdings) | $10,601.35 | | | $20,665.31 | $29,643.10 | -$7,097.50 | - |
| **Preferred Stock** | | | | | | | |
| AMC ENTMT HLDGS INC PFD EQT UNIT (APE) | $1,558.00 | 760.000 | $0.9718 | $738.56 | $3,536.90† | -$2,798.34 | - |
| META MATERIALS INC PFD SER A 0.00000% (MMTLP) | 45,312.75 | 6,615.000 | 8.1700 | 54,044.55 | unknown | unknown | - |
| Total Preferred Stock (71% of account holdings) | $46,870.75 | | | $54,783.11 | $3,536.90 | -$2,798.34 | - |
| **Total Stocks (98% of account holdings)** | $57,472.10 | | | $75,448.42 | $33,180.00 | -$9,895.84 | - |

## Other

| Description | Beginning Market Value Nov 1, 2022 | Quantity Nov 30, 2022 | Price Per Unit Nov 30, 2022 | Ending Market Value Accrued Interest (AI) Nov 30, 2022 | Total Cost Basis | Unrealized Gain/Loss Nov 30, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| INVESCO MORTGAGE CAPITAL INC COM (IVR) | $1,252.97 | 107.000 | $13.1300 | $1,404.91 - | $3,967.31† | -$2,562.40 | $331.70 23.610% |
| Total Other (2% of account holdings) | $1,252.97 | | | $1,404.91 | $3,967.31 | -$2,562.40 | $331.70 |
| **Total Holdings** | | | | $77,362.35 | $37,492.07 | -$12,527.92 | $335.71 |

*All positions held in cash account unless indicated otherwise.*



## Holdings

**Account # Z20-112730**
**NORMANDEAN CATUNGAL - INDIVIDUAL**

EAI  **Estimated Annual Income (EAI) & Estimated Yield (EY)**- *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY  *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal*
*and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the***
***"Additional Information and Endnotes" section.***

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

t  *Third-party provided*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 11/01 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 200.000 | $0.99000 | - | -$198.00 |
| 11/02 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 1.09000 | - | -109.00 |
| 11/03 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 1.15000 | - | -115.00 |
| 11/03 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 300.000 | 1.12500 | - | -337.50 |
| 11/04 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 50.000 | 1.27770 | - | -63.89 |
| 11/04 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 200.000 | 1.32500 | - | -265.00 |
| 11/08 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 0.475 | 1.54500 | - | -0.73 |
| 11/08 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 1.000 | 1.54500 | - | -1.55 |
| 11/08 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 118.000 | 1.54000 | - | -181.72 |
| 11/10 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 0.832 | 1.39680 | - | -1.16 |
| 11/10 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 3.000 | 1.39550 | - | -4.19 |
| 11/10 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 1,573.000 | 1.39520 | - | -2,194.65 |

MR_CE_BNDTPWBBBDLBM_BBBBB 20221130



INVESTMENT REPORT
November 1, 2022 - November 30, 2022

## Activity

Account # Z20-112730
NORMANDEAN CATUNGAL - INDIVIDUAL

### Securities Bought & Sold (continued)

| Settlement Date | Security Name CUSIP | Symbol/ | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 11/18 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 0.488 | 1.84000 | - | -0.90 |
| 11/18 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 25.000 | 1.75000 | - | -43.75 |
| 11/18 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 25.000 | 1.79000 | - | -44.75 |
| 11/18 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 50.000 | 1.76000 | - | -88.00 |
| 11/18 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 50.000 | 1.80000 | - | -90.00 |
| 11/18 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 50.000 | 1.87500 | - | -93.75 |
| 11/18 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 54.000 | 1.83520 | - | -99.10 |
| 11/21 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 0.055 | 1.79000 | - | -0.10 |
| 11/21 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 1.000 | 1.78370 | - | -1.78 |
| 11/21 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 50.000 | 1.79870 | - | -89.94 |
| 11/21 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 62.000 | 1.78430 | - | -110.63 |
| 11/21 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 1.68500 | - | -168.50 |
| 11/21 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 1.69440 | - | -169.44 |
| 11/29 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 1.89370 | - | -189.37 |
| 11/29 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 1.91520 | - | -191.52 |
| 11/29 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 1.98000 | - | -198.00 |
| 11/30 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 1.88580 | - | -188.58 |
| **Total Securities Bought** | | | | | | - | -$5,240.50 |
| **Net Securities Bought & Sold** | | | | | | - | -$5,240.50 |

MR_CE_BNDTPWBBBDLBM_BBBBB 20221130



**INVESTMENT REPORT**
November 1, 2022 - November 30, 2022

## Activity

Account # Z20-112730
**NORMANDEAN CATUNGAL - INDIVIDUAL**

### Core Fund Activity (continued)

*For more information about the operation of your core account, please refer to your Customer Agreement.*

**Settlement Account**

| Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|------|------|-------------|-------------|----------|-------|--------|---------|
| 11/10 | CASH | You Sold | FIDELITY GOVERNMENT MONEY MARKET MORNING TRADE @ 1 | -2,200.000 | 1.0000 | -2,200.00 | 0.64 |
| 11/15 | CASH | You Bought | FIDELITY GOVERNMENT MONEY MARKET @ 1 | 1,000.000 | 1.0000 | 1,000.00 | 1,000.64 |
| 11/18 | CASH | You Sold | FIDELITY GOVERNMENT MONEY MARKET MORNING TRADE @ 1 | -460.250 | 1.0000 | -460.25 | 540.39 |
| 11/21 | CASH | You Sold | FIDELITY GOVERNMENT MONEY MARKET MORNING TRADE @ 1 | -540.390 | 1.0000 | -540.39 | - |
| 11/23 | CASH | You Bought | FIDELITY GOVERNMENT MONEY MARKET @ 1 | 1,000.000 | 1.0000 | 1,000.00 | 1,000.00 |
| 11/29 | CASH | You Sold | FIDELITY GOVERNMENT MONEY MARKET MORNING TRADE @ 1 | -578.890 | 1.0000 | -578.89 | 421.11 |
| 11/30 | CASH | Reinvestment | FIDELITY GOVERNMENT MONEY MARKET REINVEST @ $1.000 | 1.410 | 1.0000 | 1.41 | 422.52 |
| 11/30 | CASH | You Sold | FIDELITY GOVERNMENT MONEY MARKET MORNING TRADE @ 1 | -188.580 | 1.0000 | -188.58 | 233.94 |

**Total Core Fund Activity**      -$1,039.09

### Trades Pending Settlement

| Trade Date | Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|------------|-----------------|---------------|---------------|-------------|----------|-------|--------|
| 11/30 | 12/02 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | MMAT | Bought | 100.0000 | $1.80500 | -$180.50 |

**Total Trades Pending Settlement**      -$180.50

MR_CE_BND TPWBBBDLBM_BBBBB 20221130



INVESTMENT REPORT
December 1, 2022 - December 31, 2022

Envelope # BNHBDMBBBFXFL

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA 98116-4688

## Your Portfolio Value: $19,442.32

Portfolio Change from Last Period:                          ▼ $59,008.14

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Portfolio Value** | **$78,450.46** | **$13,860.48** |
| Additions | 4,332.00 | 39,226.17 |
| Subtractions | -0.07 | -380.55 |
| *Transaction Costs, Fees & Charges* | *-0.07* | *-0.10* |
| Change in Investment Value * | -63,340.07 | -33,263.78 |
| **Ending Portfolio Value ** ** | **$19,442.32** | **$19,442.32** |
| Accrued Interest (AI) | - | |
| Ending Portfolio Value incl. AI | $19,442.32 | |

## Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*  *Excludes unpriced securities.*

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

MR_CE_BNHBDMBBBFXFL_BBBBB 20221230

M04931920920221231



INVESTMENT REPORT
December 1, 2022 - December 31, 2022

## Holdings

Account # Z20-112730
NORMANDEAN CATUNGAL - INDIVIDUAL

### Stocks

| Description | Beginning Market Value Dec 1, 2022 | Quantity Dec 31, 2022 | Price Per Unit Dec 31, 2022 | Ending Market Value Dec 31, 2022 | Total Cost Basis | Unrealized Gain/Loss Dec 31, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC (AMC) | $5,494.80 | 760.000 | $4.0700 | $3,093.20 | $6,170.51ᵗ | -$3,077.31 | - |
| ASIA BROADBAND INC $0.001 NEVADA RESTRICTED | unavailable | 1.000 | - | unavailable | unknown | unknown | - |
| BOOSH PLANT BASED BRANDS INC COM NPV ISIN #CA0994031072 SEDOL #BNYBQJ0 (VGGIF) | 23.74 | 805.000 | 0.0221 | 17.82 | 987.79 | -969.97 | - |
| EBET INC COM (EBET) | 16.50 | 25.000 | 0.6302 | 15.75 | 768.53ᵗ | -752.78 | - |
| HEALTHIER CHOICES MGMT CORP COM (HCMC) | unavailable | 1,035,000.000 | 0.0002 | 207.00 | 1,880.29 | -1,673.29 | - |
| META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 13,814.61 | 9,515.850 | 1.1900 | 11,323.86 | 16,482.61ᵗ | -5,158.75 | - |
| BIORA THERAPEUTICS INC COM(BIOR) | 134.75 | 550.000 | 0.1317 | 72.43 | 2,166.30ᵗ | -2,093.87 | - |
| NEXT BRIDGE HYDROCARBONS INC $0.001 NEVADA | unavailable | 7,001.000 | - | unavailable | unknown | unknown | - |
| SENSEONICS HLDGS INC COM(SENS) | 1,021.20 | 900.000 | 1.0300 | 927.00 | 3,171.03ᵗ | -2,244.03 | - |
| Total Common Stock (84% of account holdings) | $20,505.60 | | | $15,657.06 | $31,627.06 | -$15,970.00 | - |
| **Preferred Stock** | | | | | | | |
| AMC ENTMT HLDGS INC PFD EQT UNIT (APE) | $738.56 | 760.000 | $1.4100 | $1,071.60 | $3,536.90ᵗ | -$2,465.30 | |
| Total Preferred Stock (6% of account holdings) | $738.56 | | | $1,071.60 | $3,536.90 | -$2,465.30 | |
| **Total Stocks (90% of account holdings)** | **$21,244.16** | | | **$16,728.66** | **$35,163.96** | **-$18,435.30** | |

MR_CE_BNHBDM/BBBFXRL_BBBBB 20221230



INVESTMENT REPORT
December 1, 2022 - December 31, 2022

## Holdings

Account # Z20-112730
NORMANDEAN CATUNGAL - INDIVIDUAL

### Other

| Description | Beginning Market Value Dec 1, 2022 | Quantity Dec 31, 2022 | Price Per Unit Dec 31, 2022 | Ending Market Value *Accrued Interest (AI)* Dec 31, 2022 | Total Cost Basis | Unrealized Gain/Loss Dec 31, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **INVESCO MORTGAGE CAPITAL INC COM** (IVR) | $1,404.91 | 107.000 | $12.7300 | $1,362.11 — | $3,967.31† | -$2,605.20 | $313.87 23.040% |
| **Total Other (7% of account holdings)** | **$1,404.91** | | | **$1,362.11** | **$3,967.31** | **-$2,605.20** | **$313.87** |
| **Total Holdings** | | | | **$18,571.12** | **$39,131.27** | **-$21,040.50** | **$318.63** |

*All positions held in cash account unless indicated otherwise.*

EAI **Estimated Annual Income (EAI) & Estimated Yield (EY)-** *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* **For calculation details, refer to the "Additional Information and Endnotes" section.**

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

t     *Third-party provided*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/02 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | $1.80500 | — | | -$180.50 |
| 12/05 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 29.000 | 1.82500 | — | | -52.93 |
| 12/12 | **ALTAIR INTL CORP COM NEW** | 02138A207 | You Sold *Long-term loss: $133.97* | -800.000 | 0.01255 | 144.00† | -0.01 | 10.03 |



INVESTMENT REPORT
December 1, 2022 - December 31, 2022

## Activity

Account # Z20-112730
**NORMANDEAN CATUNGAL - INDIVIDUAL**

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| t 12/12 | AMC ENTERTAINMENT HOLDINGS INC | 00165C104 | You Sold<br>*Long-term loss: $50.76*<br>*Long-term disallowed loss: $50.76*<br>*Wash sale of: 12/08/2022*<br>*$50.76* | -15.000 | 6.03440 | 141.27 f | -0.01 | 90.51 |
| t 12/12 | AMC ENTERTAINMENT HOLDINGS INC | 00165C104 | You Sold<br>*Long-term loss: $16.73*<br>*Long-term disallowed loss: $16.73*<br>*Wash sale of: 12/08/2022*<br>*$16.73* | -5.000 | 6.07440 | 47.09 f | -0.01 | 30.36 |
| 12/12 | ISHARES TR GL CLEAN ENE ETF | 464288224 | You Sold<br>*Long-term loss: $77.23* | -13.000 | 20.58010 | 344.76 f | -0.01 | 267.53 |
| 12/12 | LONGEVERON INC COM | 54303L104 | You Sold<br>*Short-term loss: $379.16* | -20.000 | 3.48260 | 448.80 f | -0.01 | 69.64 |
| 12/12 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 3.000 | 2.95000 | | - | -8.85 |
| 12/12 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 3.000 | 3.65000 | | - | -10.95 |
| 12/12 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 7.000 | 2.98000 | | - | -20.86 |
| 12/12 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 6.000 | 3.53000 | | - | -21.18 |
| 12/12 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 11.000 | 2.93000 | | - | -32.23 |
| 12/12 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 31.000 | 2.91000 | | - | -90.21 |
| 12/12 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 25.000 | 4.77000 | | - | -119.25 |
| 12/12 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 25.000 | 4.99000 | | - | -124.75 |
| 12/12 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 35.000 | 3.98000 | | - | -139.30 |
| 12/12 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 50.000 | 4.00000 | | - | -200.00 |
| 12/12 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 70.000 | 3.55000 | | - | -248.50 |

MR_CE _BNHBDMBBBFXFL_BBBBB 20221230



INVESTMENT REPORT
December 1, 2022 - December 31, 2022

## Activity

Account # Z20-112730
**NORMANDEAN CATUNGAL - INDIVIDUAL**

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/12 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 50.000 | 5.50000 | | – | -275.00 |
| 12/12 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 70.000 | 4.00000 | | – | -280.00 |
| 12/12 | SENSEONICS HLDGS INC COM | 81727U105 | You Sold<br>*Long-term loss: $58.14* | -20.000 | 1.06370 | 79.40 f | -0.01 | 21.26 |
| 12/12 | UNITED STATES ANTIMONY CORP COM | 911549103 | You Sold<br>*Long-term loss: $229.35* | -197.000 | 0.41620 | 311.33 f | -0.01 | 81.98 |
| 12/14 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 1.000 | 1.24500 | | – | -1.25 |
| 12/14 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 1.44500 | | – | -144.50 |
| 12/14 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 200.000 | 1.24500 | | – | -249.00 |
| 12/15 | AMC ENTERTAINMENT HOLDINGS INC | 00165C104 | You Bought | 20.000 | 6.26680 | | – | -125.34 |
| 12/15 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 1.32550 | | – | -132.55 |
| 12/15 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 1.34750 | | – | -134.75 |
| 12/15 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 1.35000 | | – | -135.00 |
| 12/15 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 115.000 | 1.37740 | | – | -158.40 |
| 12/15 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 200.000 | 1.35500 | | – | -271.00 |
| 12/15 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 200.000 | 1.37000 | | – | -274.00 |
| 12/15 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 200.000 | 1.37000 | | – | -274.00 |
| 12/21 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 1.000 | 1.32000 | | – | -1.32 |
| 12/21 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 1.32500 | | – | -132.50 |
| 12/22 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 99.000 | 1.21770 | | – | -120.55 |
| 12/22 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 300.000 | 1.21760 | | – | -365.28 |
| 12/27 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 50.000 | 1.11500 | | – | -55.75 |

MR_CE_BNHBDMBBBFXFL_BBBBB 20221230



INVESTMENT REPORT
December 1, 2022 – December 31, 2022

## Activity

**Account # Z20-112730**
**NORMANDEAN CATUNGAL - INDIVIDUAL**

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/27 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 50.000 | 1.11760 | | - | -55.88 |
| 12/27 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 1.17500 | | - | -117.50 |
| 12/29 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 1.06360 | | - | -106.36 |
| **Total Securities Bought** | | | | | | - | - | **-$4,659.44** |
| **Total Securities Sold** | | | | | | $1,516.65 | -$0.07 | **$571.31** |
| **Net Securities Bought & Sold** | | | | | | | -$0.07 | **-$4,088.13** |

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 12/30 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | - | - | $2.54 |
| **Total Dividends, Interest & Other Income** | | | | | | **$2.54** |

### Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/13 | PFD META MATLS CONTRA MER FROM  59134N203 #REOR M0051466940001 | 591994371 | Merger | 7,001.000 | - | | - | - |
| 12/29 | NEXT BRIDGE HYDROCARBONS INC $0.001 NEVADA MER FROM  591994371 #REOR M0051471690001 | 78699D491 | Merger | 7,001.000 | - | | - | - |
| **Total Other Activity In** | | | | | | | - | - |

MR_CE_BNHBDMBBBFXFL_BBBBB 20221230



INVESTMENT REPORT
**January 1, 2023 - March 31, 2023**

Envelope # BNRJGWBBDQBZW

FMTC
NORMANDEAN CATUNGAL
339 BURNETT AVE S APT 110
RENTON WA 98057-7504

BROKERAGELINK                                    FMTC - TRUSTEE - SEATTLE
CHLDRNS 401A FOR THE BENEFIT OF NORMANDEAN CATUNGAL
▶ **Account Number: 652-235214**

### Your Account Value:                          **$5,102.35**

Change from Last Period:                         ▼ $955.81

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | **$6,058.16** | **$6,058.16** |
| Additions | 4,000.00 | 4,000.00 |
| Change in Investment Value * | -4,955.81 | -4,955.81 |
| **Ending Account Value \*\*** | **$5,102.35** | **$5,102.35** |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $5,102.35 | |

### Contact Information

| Online | Fidelity.com |
|---|---|
| BrokerageLink Accounts | (866) 956-3193 |
| 8:30am - 8pm ET, Mon - Fri | |

For information and assistance please call your retirement plan's toll free number.

Save on your tax preparation services. Learn more at
Fidelity.com/taxprep. 1064976.1.0

\*    Reflects appreciation or depreciation of your holdings due to price changes, transactions
     from Other Activity In or Out or Multi-currency transactions, plus any distribution and
     income earned during the statement period.
\*\*   Excludes unpriced securities.

S

MR_CE_BNRJGWBBDQBZW_BBBBB 20230331

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

H03086033720230331



INVESTMENT REPORT
January 1, 2023 - March 31, 2023

## Activity

Account # 652-235214
SEATTLE CHLDRNS 401A - NON-PROTOTYPE

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 03/10 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 910.000 | $0.56300 | - | -$512.33 |
| 03/10 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 2,000.000 | 0.56479 | - | -1,129.60 |
| 03/10 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 2,000.000 | 0.56490 | - | -1,129.80 |
| 03/17 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 0.52200 | - | -52.20 |
| 03/17 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 200.000 | 0.53100 | - | -106.20 |
| 03/20 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 200.000 | 0.49960 | - | -99.92 |
| 03/21 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 200.000 | 0.49090 | - | -98.18 |
| 03/23 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 300.000 | 0.54300 | - | -162.90 |
| 03/24 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 0.55481 | - | -55.48 |
| 03/27 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 250.000 | 0.48000 | - | -120.00 |
| 03/27 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 650.000 | 0.48005 | - | -312.04 |
| 03/29 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 200.000 | 0.46700 | - | -93.40 |
| 03/30 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 0.41410 | - | -41.41 |
| 03/30 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 200.000 | 0.41410 | - | -82.82 |
| **Total Securities Bought** | | | | | | - | **-$3,996.28** |
| **Net Securities Bought & Sold** | | | | | | - | **-$3,996.28** |

MR_CE_BNRJGWBBDQB2W_BBBBB 20230331



INVESTMENT REPORT
January 1, 2023 - January 31, 2023

Envelope # BNLVNPBBBDKLD

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA 98116-4688

## Your Portfolio Value: $21,692.27

Portfolio Change from Last Period: ▲ $2,249.95

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Portfolio Value** | **$19,442.32** | **$19,442.32** |
| Additions | 1,800.00 | 1,800.00 |
| Change in Investment Value * | 449.95 | 449.95 |
| **Ending Portfolio Value ** | **$21,692.27** | **$21,692.27** |
| Accrued Interest (AI) | - |  |
| Ending Portfolio Value incl. AI | $21,692.27 |  |

\*    *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*    *Excludes unpriced securities.*

## Contact Information

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

Save on your tax preparation services. Learn more at Fidelity.com/taxprep.

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

MR_CE_BNLVNPBBBDKLD_BBBBB 20230131

M04931920920230131



INVESTMENT REPORT
January 1, 2023 - January 31, 2023

## Holdings

**Account # Z20-112730**
**NORMANDEAN CATUNGAL - INDIVIDUAL**

### Stocks (continued)

| Description | Beginning Market Value Jan 1, 2023 | Quantity Jan 31, 2023 | Price Per Unit Jan 31, 2023 | Ending Market Value Jan 31, 2023 | Total Cost Basis | Unrealized Gain/Loss Jan 31, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 11,323.86 | 11,515.850 | 1.0100 | 11,631.00 | 18,622.49t | -6,991.49 | - |
| | | | | | | | - |
| **BIORA THERAPEUTICS INC COM NEW** (BIOR) | unavailable | 22.000 | 4.1700 | 91.74 | 2,166.30t | -2,074.56 | - |
| | | | | | | | - |
| **NEXT BRIDGE HYDROCARBONS INC** $0.0001 NEVADA | unavailable | 7,001.000 | - | unavailable | unknown | unknown | - |
| | | | | | | | - |
| **SENSEONICS HLDGS INC COM(SENS)** | 927.00 | 900.000 | 1.1300 | 1,017.00 | 3,171.03t | -2,154.03 | - |
| | | | | | | | - |
| Total Common Stock (82% of account holdings) | $15,584.63 | | | $16,999.70 | $33,766.94 | -$16,767.24 | - |
| **Preferred Stock** | | | | | | | |
| **AMC ENTMT HLDGS INC PFD EQT UNIT** (APE) | $1,071.60 | 760.000 | $2.4200 | $1,839.20 | $3,536.90t | -$1,697.70 | - |
| Total Preferred Stock (9% of account holdings) | $1,071.60 | | | $1,839.20 | $3,536.90 | -$1,697.70 | - |
| **Total Stocks (91% of account holdings)** | $16,656.23 | | | $18,838.90 | $37,303.84 | -$18,464.94 | |

### Other

| Description | Beginning Market Value Jan 1, 2023 | Quantity Jan 31, 2023 | Price Per Unit Jan 31, 2023 | Ending Market Value Accrued Interest (AI) Jan 31, 2023 | Total Cost Basis | Unrealized Gain/Loss Jan 31, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **INVESCO MORTGAGE CAPITAL INC COM (IVR)** | $1,362.11 | 107.000 | $14.6900 | $1,571.83 | $3,936.55t | -$2,364.72 | $313.87 19.970% |
| | | | | - | | | |
| Total Other (8% of account holdings) | $1,362.11 | | | $1,571.83 | $3,936.55 | -$2,364.72 | $313.87 |
| **Total Holdings** | - - | | | $20,622.22 | $41,240.39 | -$20,829.66 | $316.62 |

*All positions held in cash account unless indicated otherwise.*

MR_CE_BNLVNPBBBDKLD_BBBB 20230131



INVESTMENT REPORT
January 1, 2023 - January 31, 2023

## Holdings

Account # Z20-112730
NORMANDEAN CATUNGAL - INDIVIDUAL

EAI   **Estimated Annual Income (EAI) & Estimated Yield (EY)** - *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY  *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal*
      *and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the***
      ***"Additional Information and Endnotes" section.***

      *Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

t     *Third-party provided*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 01/06 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 5.000 | $1.07620 | - | -$5.38 |
| 01/06 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 30.000 | 1.07630 | - | -32.29 |
| 01/06 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 400.000 | 1.10500 | - | -442.00 |
| 01/09 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 50.000 | 1.15500 | - | -57.75 |
| 01/09 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 115.000 | 1.15500 | - | -132.83 |
| 01/11 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 50.000 | 1.13500 | - | -56.75 |
| 01/11 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 1.13000 | - | -113.00 |
| 01/11 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 1.15480 | - | -115.48 |
| 01/13 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 250.000 | 1.08700 | - | -271.75 |
| 01/23 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 0.99564 | - | -99.56 |
| 01/25 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 1.02480 | - | -102.48 |
| 01/25 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 200.000 | 1.02540 | - | -205.08 |

MR_CE_BNLVNPBBBDXLD_BBBB9 20230131



INVESTMENT REPORT
January 1, 2023 - January 31, 2023

## Activity

Account # Z20-112730
NORMANDEAN CATUNGAL - INDIVIDUAL

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 01/26 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 50.000 | 1.03640 | - | -51.82 |
| 01/26 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 50.000 | 1.04000 | - | -52.00 |
| 01/27 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 50.000 | 1.00000 | - | -50.00 |
| 01/27 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 50.000 | 1.00630 | - | -50.32 |
| 01/27 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 50.000 | 1.01500 | - | -50.75 |
| 01/27 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 1.01630 | - | -101.63 |
| 01/30 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 50.000 | 0.99490 | - | -49.75 |
| 01/30 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 0.99260 | - | -99.26 |
| **Total Securities Bought** | | | | | | - | **-$2,139.88** |
| **Net Securities Bought & Sold** | | | | | | - | **-$2,139.88** |

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 01/27 | INVESCO MORTGAGE CAPITAL INC COM | 46131B704 | Dividend Received | - | - | $69.55 |
| 01/31 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | - | - | 1.47 |
| **Total Dividends, Interest & Other Income** | | | | | | **$71.02** |

MR_CE_BNLVNPBBBDKLD_BBBBB 20230131



## Activity

Account # Z20-112730
NORMANDEAN CATUNGAL - INDIVIDUAL

### Trades Pending Settlement

| Trade Date | Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| 01/30 | 02/01 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | MMAT | Bought | 100.0000 | $0.97540 | -$97.54 |
| **Total Trades Pending Settlement** | | | | | | | **-$97.54** |

### Estimated Cash Flow *(Rolling as of January 31, 2023)*

| Month | Bond & CD Income | Bond & CD Principal | Stock Income | ETP Income | Mutual Fund Income | Other Income | Total Est. Cash Flow |
|---|---|---|---|---|---|---|---|
| February 2023 | -- | -- | -- | -- | -- | -- | -- |
| March | -- | -- | -- | -- | -- | -- | -- |
| April | -- | -- | -- | -- | -- | 78 | 78 |
| May | -- | -- | -- | -- | -- | -- | -- |
| June | -- | -- | -- | -- | -- | -- | -- |
| July | -- | -- | -- | -- | -- | 78 | 78 |
| August | -- | -- | -- | -- | -- | -- | -- |
| September | -- | -- | -- | -- | -- | -- | -- |
| October | -- | -- | -- | -- | -- | 78 | 78 |
| November | -- | -- | -- | -- | -- | -- | -- |
| December | -- | -- | -- | -- | -- | -- | -- |
| January 2024 | -- | -- | -- | -- | -- | 78 | 78 |
| **Total** | -- | -- | -- | -- | -- | **$312** | **$312** |

This table presents the estimated monthly interest and dividend income and return of principal that your current holdings may generate over the next rolling 12 months. The cash flows displayed are estimates provided for informational purposes only and there is no guarantee that you will actually receive any of the amounts displayed. These estimates should not be relied upon for making investment, trading or tax decisions. The estimates for fixed income are calculated using the security's coupon rate. The estimates for all other securities are calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. IADs are sourced from third party vendors believed to be reliable, but no assurance can be made as to accuracy. There are circumstances in which these estimates will not be presented for a specific security you hold.   **Please refer to Help/Glossary on Fidelity.com for additional information on these calculations.**

**Bond & CD Income** includes interest payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Bond & CD Principal** includes maturing principal payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

MR_CE _BNLVNPBBBDKLD _BBBB 20230131



INVESTMENT REPORT
**February 1, 2023 - February 28, 2023**

Envelope # BNNXVKBBBDMSD

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA 98116-4688

## Your Portfolio Value:                              $18,735.33

Portfolio Change from Last Period:                   ▼ $2,956.94

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Portfolio Value** | $21,692.27 | $19,442.32 |
| Additions | 800.00 | 2,600.00 |
| Change in Investment Value * | -3,756.94 | -3,306.99 |
| **Ending Portfolio Value ** ** | $18,735.33 | $18,735.33 |
| Accrued Interest (AI) | - | |
| Ending Portfolio Value incl. AI | $18,735.33 | |

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*  *Excludes unpriced securities.*

### Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

Save on your tax preparation services. Learn more at
Fidelity.com/taxprep.

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

MR_CE_BNNXVKBBBDMSD_BBBBB 20230228

M04931920920230228



INVESTMENT REPORT
**February 1, 2023 - February 28, 2023**

## Holdings

Account # Z20-112730
**NORMANDEAN CATUNGAL - INDIVIDUAL**

### Stocks (continued)

| Description | Beginning Market Value Feb 1, 2023 | Quantity Feb 28, 2023 | Price Per Unit Feb 28, 2023 | Ending Market Value Feb 28, 2023 | Total Cost Basis | Unrealized Gain/Loss Feb 28, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 11,631.00 | 12,844.850 | 0.6400 | 8,220.70 | 19,633.75t | -11,413.05 | - |
| **BIORA THERAPEUTICS INC COM NEW (BIOR)** | 91.74 | 22.000 | 3.0600 | 67.32 | 2,166.30t | -2,098.98 | - |
| **NEXT BRIDGE HYDROCARBONS INC** $0.0001 NEVADA | unavailable | 7,001.000 | - | unavailable | unknown | unknown | - |
| **SENSEONICS HLDGS INC COM(SENS)** | 1,017.00 | 900.000 | 1.0400 | 936.00 | 3,171.03t | -2,235.03 | - |
| Total Common Stock (83% of account holdings) | $16,999.70 | | | $14,701.85 | $34,778.20 | -$18,196.06 | - |
| **Preferred Stock** | | | | | | | |
| **AMC ENTMT HLDGS INC PFD EQT UNIT (APE)** | $1,839.20 | 760.000 | $2.0700 | $1,573.20 | $3,536.90t | -$1,963.70 | - |
| Total Preferred Stock (9% of account holdings) | $1,839.20 | | | $1,573.20 | $3,536.90 | -$1,963.70 | - |
| **Total Stocks (92% of account holdings)** | $18,838.90 | | | $16,275.05 | $38,315.10 | -$20,159.76 | |

### Other

| Description | Beginning Market Value Feb 1, 2023 | Quantity Feb 28, 2023 | Price Per Unit Feb 28, 2023 | Ending Market Value Accrued Interest (AI) Feb 28, 2023 | Total Cost Basis | Unrealized Gain/Loss Feb 28, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **INVESCO MORTGAGE CAPITAL INC COM (IVR)** | $1,571.83 | 107.000 | $12.5300 | $1,340.71 - | $3,936.55t | -$2,595.84 | $313.87 23.410% |
| **Total Other (8% of account holdings)** | $1,571.83 | | | $1,340.71 | $3,936.55 | -$2,595.84 | $313.87 |
| **Total Holdings** | | | | $17,616.68 | $42,251.65 | -$22,755.60 | $313.88 |

*All positions held in cash account unless indicated otherwise.*

MR_CE _BNNXVKBBBDMSD_BBBBB 20230228



INVESTMENT REPORT
**February 1, 2023 - February 28, 2023**

## Holdings

**Account # Z20-112730**
**NORMANDEAN CATUNGAL - INDIVIDUAL**

EAI    **Estimated Annual Income (EAI) & Estimated Yield (EY)-** *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY    *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal*
*and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. For calculation details, refer to the*
*"Additional Information and Endnotes" section.*

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

t    *Third-party provided*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 02/01 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | $0.97540 | - | -$97.54 |
| 02/03 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 50.000 | 0.98715 | - | -49.36 |
| 02/08 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 50.000 | 0.93980 | - | -46.99 |
| 02/13 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 3.000 | 0.85770 | - | -2.57 |
| 02/13 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 17.000 | 0.85819 | - | -14.59 |
| 02/16 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 50.000 | 0.74510 | - | -37.26 |
| 02/16 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 300.000 | 0.75010 | - | -225.03 |
| 02/21 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 0.73290 | - | -73.29 |
| 02/21 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 0.74000 | - | -74.00 |
| 02/21 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 0.74250 | - | -74.25 |
| 02/22 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 115.000 | 0.69050 | - | -79.41 |
| 02/22 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 300.000 | 0.69126 | - | -207.38 |

MR_CE _BNNXVKBBBDMSD_BBBBB 20230228



INVESTMENT REPORT
**February 1, 2023 - February 28, 2023**

## Activity

**Account # Z20-112730**
**NORMANDEAN CATUNGAL - INDIVIDUAL**

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 02/23 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 10.000 | 0.68110 | - | -6.81 |
| 02/23 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 30.000 | 0.67440 | - | -20.23 |
| 02/28 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 4.000 | 0.63760 | - | -2.55 |
| Total Securities Bought | | | | | | - | -$1,011.26 |
| **Net Securities Bought & Sold** | | | | | | - | **-$1,011.26** |

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 02/28 | **FIDELITY GOVERNMENT MONEY MARKET** | 31617H102 | Dividend Received | - | - | $0.69 |
| **Total Dividends, Interest & Other Income** | | | | | | **$0.69** |

### Deposits

| Date | Reference | Description | Amount |
|---|---|---|---|
| 02/10 | | Eft Funds Received Er48372555 /web Bank Of America, N.a. ******2817 | $300.00 |
| 02/14 | | Eft Funds Received Er48968257 /web Bank Of America, N.a. ******2817 | 500.00 |
| **Total Deposits** | | | **$800.00** |

MR_CE_BNNXVKBBBDMSD_BBBBB 20230228



**INVESTMENT REPORT**
**March 1, 2023 - March 31, 2023**

Envelope # BNRJCZBBBFXCX

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA 98116-4688

### Your Portfolio Value: $12,861.09

Portfolio Change from Last Period: ▼ $5,874.24

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Portfolio Value** | $18,735.33 | $19,442.32 |
| Additions | - | 2,600.00 |
| Change in Investment Value * | -5,874.24 | -9,181.23 |
| **Ending Portfolio Value ** ** | $12,861.09 | $12,861.09 |
| Accrued Interest (AI) | - |  |
| Ending Portfolio Value incl. AI | $12,861.09 |  |

\*    Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.
\*\*   Excludes unpriced securities.

## Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

Save on your tax preparation services. Learn more at
Fidelity.com/taxprep. 1064976.1.0

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

MR_CE_BNRJCZBBBFXCX_BBBBB 20230331

M04931920920230331



INVESTMENT REPORT
March 1, 2023 - March 31, 2023

## Holdings

Account # Z20-112730
NORMANDEAN CATUNGAL - INDIVIDUAL

### Stocks (continued)

| Description | Beginning Market Value Mar 1, 2023 | Quantity Mar 31, 2023 | Price Per Unit Mar 31, 2023 | Ending Market Value Mar 31, 2023 | Total Cost Basis | Unrealized Gain/Loss Mar 31, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 8,220.70 | 12,844.850 | 0.4076 | 5,235.56 | 19,633.75† | -14,398.19 | - |
| BIORA THERAPEUTICS INC COM NEW (BIOR) | 67.32 | 22.000 | 2.7700 | 60.94 | 2,166.30† | -2,105.36 | - |
| NEXT BRIDGE HYDROCARBONS INC $0.0001 NEVADA | unavailable | 7,001.000 | - | unavailable | 20,267.90 | unavailable | - |
| SENSEONICS HLDGS INC COM(SENS) | 936.00 | 900.000 | 0.7100 | 639.00 | 3,171.03† | -2,532.03 | - |
| Total Common Stock (81% of account holdings) | $14,701.85 | | | $9,780.14 | $55,046.10 | -$23,117.77 | - |
| **Preferred Stock** | | | | | | | |
| AMC ENTMT HLDGS INC PFD EQT UNIT (APE) | $1,573.20 | 760.000 | $1.4700 | $1,117.20 | $3,536.90† | -$2,419.70 | - |
| Total Preferred Stock (9% of account holdings) | $1,573.20 | | | $1,117.20 | $3,536.90 | -$2,419.70 | - |
| **Total Stocks (90% of account holdings)** | **$16,275.05** | | | **$10,897.34** | **$58,583.00** | **-$25,537.47** | |

### Other

| Description | Beginning Market Value Mar 1, 2023 | Quantity Mar 31, 2023 | Price Per Unit Mar 31, 2023 | Ending Market Value Accrued Interest (AI) Mar 31, 2023 | Total Cost Basis | Unrealized Gain/Loss Mar 31, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| INVESCO MORTGAGE CAPITAL INC COM (IVR) | $1,340.71 | 107.000 | $11.0900 | $1,186.63 - | $3,936.55† | -$2,749.92 | $278.20 23.440% |
| Total Other (10% of account holdings) | $1,340.71 | | | $1,186.63 | $3,936.55 | -$2,749.92 | $278.20 |
| **Total Holdings** | | | | **$12,084.89** | **$62,519.55** | **-$28,287.39** | **$278.22** |

*All positions held in cash account unless indicated otherwise.*

MR_CE_BNRJ_C2BBBFXCX_BBBBB 20230331



**INVESTMENT REPORT**
**April 1, 2023 - April 30, 2023**

Envelope # BNTQHRBBBDPPX

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA 98116-4688

### Your Portfolio Value: $11,513.00

Portfolio Change from Last Period:                     ▼ $1,348.09

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Portfolio Value** | $12,861.09 | $19,442.32 |
| Additions | 1,500.00 | 4,100.00 |
| Change in Investment Value * | -2,848.09 | -12,029.32 |
| **Ending Portfolio Value **   ** | **$11,513.00** | **$11,513.00** |
| Accrued Interest (AI) | – | |
| Ending Portfolio Value incl. AI | $11,513.00 | |

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out or Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*  *Excludes unpriced securities.*

## Contact Information

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

MR_CE_BNTQHRBBBDPPX_BBBB 20230428

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

1 of 14

M04931920920230430



**INVESTMENT REPORT**
**April 1, 2023 - April 30, 2023**

## Holdings

Account # Z20-112730
**NORMANDEAN CATUNGAL - INDIVIDUAL**

### Stocks (continued)

| Description | Beginning Market Value Apr 1, 2023 | Quantity Apr 30, 2023 | Price Per Unit Apr 30, 2023 | Ending Market Value Apr 30, 2023 | Total Cost Basis | Unrealized Gain/Loss Apr 30, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 5,235.56 | 19,671.850 | 0.1842 | 3,623.55 | 21,134.58 t | -17,511.03 | - |
| **BIORA THERAPEUTICS INC COM NEW** (BIOR) | 60.94 | 22.000 | 2.4300 | 53.46 | 2,166.30 t | -2,112.84 | - |
| **NEXT BRIDGE HYDROCARBONS INC** $0.0001 NEVADA | unavailable | 7,001.000 | - | unavailable | 20,267.90 | unavailable | - |
| **SENSEONICS HLDGS INC COM**(SENS) | 639.00 | 900.000 | 0.5951 | 535.59 | 3,171.03 t | -2,635.44 | - |
| Total Common Stock (78% of account holdings) | $9,780.14 | | | $8,441.81 | $56,546.93 | -$27,837.22 | - |
| **Preferred Stock** | | | | | | | |
| **AMC ENTMT HLDGS INC PFD EQT UNIT** (APE) | $1,117.20 | 760.000 | $1.5000 | $1,140.00 | $3,536.90 t | -$2,396.90 | - |
| Total Preferred Stock (11% of account holdings) | $1,117.20 | | | $1,140.00 | $3,536.90 | -$2,396.90 | - |
| **Total Stocks (89% of account holdings)** | **$10,897.34** | | | **$9,581.81** | **$60,083.83** | **-$30,234.12** | |

### Other

| Description | Beginning Market Value Apr 1, 2023 | Quantity Apr 30, 2023 | Price Per Unit Apr 30, 2023 | Ending Market Value Accrued Interest (AI) Apr 30, 2023 | Total Cost Basis | Unrealized Gain/Loss Apr 30, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **INVESCO MORTGAGE CAPITAL INC COM** (IVR) | $1,186.63 | 107.000 | $10.6100 | $1,135.27 | $3,936.55 t | -$2,801.28 | $278.20 24.510% |
| Total Other (11% of account holdings) | $1,186.63 | | | $1,135.27 | $3,936.55 | -$2,801.28 | $278.20 |
| **Total Holdings** | | | | **$10,760.45** | **$64,020.38** | **-$33,035.40** | **$279.20** |

*All positions held in cash account unless indicated otherwise.*

MR_CE_BNTQHRBBBDPPX_BBBBB 20230428



**INVESTMENT REPORT**
**April 1, 2023 - April 30, 2023**

## Holdings

Account # Z20-112730
NORMANDEAN CATUNGAL - INDIVIDUAL

EAI    *Estimated Annual Income (EAI) & Estimated Yield (EY)- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY    *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal*
*and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. For calculation details, refer to the*
*"Additional Information and Endnotes" section.*

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

t    *Third-party provided*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 04/18 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 4.000 | $0.22000 | - | -$0.88 |
| 04/19 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 3,000.000 | 0.22163 | - | -664.89 |
| 04/19 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 3,000.000 | 0.22390 | - | -671.70 |
| 04/21 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 152.000 | 0.20860 | - | -31.71 |
| 04/24 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 1.000 | 0.19520 | - | -0.20 |
| 04/24 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 170.000 | 0.19560 | - | -33.25 |
| 04/24 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 500.000 | 0.19640 | - | -98.20 |
| **Total Securities Bought** | | | | | | - | -$1,500.83 |
| **Net Securities Bought & Sold** | | | | | | - | -$1,500.83 |



**INVESTMENT REPORT**
April 1, 2023 - April 30, 2023

BROKERAGELINK                    FMTC - TRUSTEE - SEATTLE
CHLDRNS 401A FOR THE BENEFIT OF NORMANDEAN CATUNGAL
▶ **Account Number: 652-235214**

Envelope # BNTQNZBBCQNTH

FMTC
NORMANDEAN CATUNGAL
339 BURNETT AVE S APT 110
RENTON WA 98057-7504

### Your Account Value: $2,306.35

Change from Last Period:                          ▼ $2,796.00

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | **$5,102.35** | **$6,058.16** |
| Additions | - | 4,000.00 |
| Change in Investment Value * | -2,796.00 | -7,751.81 |
| **Ending Account Value ** | **$2,306.35** | **$2,306.35** |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $2,306.35 | |

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*  *Excludes unpriced securities.*

## Contact Information

| Online | Fidelity.com |
|---|---|
| BrokerageLink Accounts | (866) 956-3193 |
| 8:30am - 8pm ET, Mon - Fri | |

For information and assistance please call your retirement plan's toll free number.

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

MR_CE_BNTQNZBBCQNTH_BBBBB 20230428

H03086033720230430

**Fidelity**
INVESTMENTS®

<div align="right">

INVESTMENT REPORT
April 1, 2023 - April 30, 2023

</div>

## Holdings

<div align="right">

Account # 652-235214
SEATTLE CHLDRNS 401A - NON-PROTOTYPE

</div>

### Core Account

| Description | Beginning Market Value Apr 1, 2023 | Quantity Apr 30, 2023 | Price Per Unit Apr 30, 2023 | Ending Market Value Apr 30, 2023 | Cost | Unrealized Gain/Loss Apr 30, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| FIDELITY GOVERNMENT CASH RESERVES  (FDRXX) − 7-day yield: 4.5% | $7.35 | 1.090 | $1.0000 | $1.09 | not applicable | not applicable | $0.03 2.750% |
| **Total Core Account (0% of account holdings)** | **$7.35** | | | **$1.09** | | | **$0.03** |

### Stocks

| Description | Beginning Market Value Apr 1, 2023 | Quantity Apr 30, 2023 | Price Per Unit Apr 30, 2023 | Ending Market Value Apr 30, 2023 | Cost | Unrealized Gain/Loss Apr 30, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | $5,095.00 | 12,515.000 | $0.1842 | $2,305.26 | $13,001.65 | -$10,696.39 | - |
| Total Common Stock (100% of account holdings) | $5,095.00 | | | $2,305.26 | $13,001.65 | -$10,696.39 | - |
| **Total Stocks (100% of account holdings)** | **$5,095.00** | | | **$2,305.26** | **$13,001.65** | **-$10,696.39** | **-** |
| **Total Holdings** | | | | **$2,306.35** | **$13,001.65** | **-$10,696.39** | **$0.03** |

EAI
& EY

*Estimated Annual Income (EAI) & Estimated Yield (EY)*- *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* **For calculation details, refer to the** **"Additional Information and Endnotes" section.**

*All positions held in cash account unless indicated otherwise.*

*Total Cost  does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

MR_CE _BNTQN2BBCONTH_BBBBB 20230428



<div style="text-align:right">

INVESTMENT REPORT
**April 1, 2023 - April 30, 2023**

</div>

## Activity

<div style="text-align:right">

**Account # 652-235214**
SEATTLE CHLDRNS 401A - NON-PROTOTYPE

</div>

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 04/05 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 15.000 | $0.41790 | - | -$6.27 |
| Total Securities Bought | | | | | | - | -$6.27 |
| Net Securities Bought & Sold | | | | | | - | -$6.27 |

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 04/28 | FIDELITY GOVERNMENT CASH RESERVES | 316067107 | Dividend Received | - | - | $0.01 |
| Total Dividends, Interest & Other Income | | | | | | $0.01 |

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

| Settlement Account Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 04/05 | CASH | You Sold | FIDELITY GOVERNMENT CASH RESERVES MORNING TRADE @ 1 | -6.270 | $1.0000 | -$6.27 | $1.08 |
| 04/28 | CASH | Reinvestment | FIDELITY GOVERNMENT CASH RESERVES REINVEST @  $1.000 | 0.010 | 1.0000 | 0.01 | 1.09 |
| Total Core Fund Activity | | | | | | -$6.26 | |

## Additional Information and Endnotes

► Please go to fidelity.com/disclosures to review important legal and regulatory disclosures.    1080017.1.0

<div style="text-align:right">4 of 6</div>



**INVESTMENT REPORT**
**July 1, 2023 - July 31, 2023**

Envelope # BPDLQKBBBDQHM

NORMANDEAN CATUNGAL
4710 40TH AVE SW UNIT 414
SEATTLE WA 98116-4688

**Your Portfolio Value:**        **$19,094.03**

Portfolio Change from Last Period:        ▲ $7,350.50

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Portfolio Value** | **$11,743.53** | **$19,442.32** |
| Additions | 5,200.00 | 9,300.00 |
| Change in Investment Value * | 2,150.50 | -9,648.29 |
| **Ending Portfolio Value **  | **$19,094.03** | **$19,094.03** |
| Accrued Interest (AI) | - |  |
| Ending Portfolio Value incl. AI | $19,094.03 |  |

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*   *Excludes unpriced securities.*

## Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

MR_CE_BPDLQKBBBDQHM_BBBBB 20230731

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

1 of 14

M04931920920230731



INVESTMENT REPORT
July 1, 2023 - July 31, 2023

## Holdings

Account # Z20-112730
NORMANDEAN CATUNGAL - INDIVIDUAL

### Stocks (continued)

| Description | Beginning Market Value Jul 1, 2023 | Quantity Jul 31, 2023 | Price Per Unit Jul 31, 2023 | Ending Market Value Jul 31, 2023 | Total Cost Basis | Unrealized Gain/Loss Jul 31, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 4,282.23 | 42,558.850 | 0.2485 | 10,575.87 | 26,177.22† | -15,601.35 | - |
| **BIORA THERAPEUTICS INC COM NEW** (BIOR) | 84.70 | 22.000 | 3.8300 | 84.26 | 2,166.30† | -2,082.04 | - |
| **NEXT BRIDGE HYDROCARBONS INC** $0.0001 NEVADA | unavailable | 7,001.000 | - | unavailable | 20,267.90 | unavailable | - |
| **SENSEONICS HLDGS INC COM**(SENS) | 686.79 | 900.000 | 0.9059 | 815.31 | 3,171.03† | -2,355.72 | - |
| **Total Common Stock (84% of account holdings)** | $8,412.83 | | | $15,260.51 | $61,589.57 | -$24,180.87 | - |
| **Preferred Stock** | | | | | | | |
| **AMC ENTMT HLDGS INC PFD EQT UNIT** (APE) | $1,322.40 | 760.000 | $1.8500 | $1,406.00 | $3,536.90† | -$2,130.90 | - |
| **Total Preferred Stock (8% of account holdings)** | $1,322.40 | | | $1,406.00 | $3,536.90 | -$2,130.90 | - |
| **Total Stocks (92% of account holdings)** | $9,735.23 | | | $16,666.51 | $65,126.47 | -$26,311.77 | - |

### Other

| Description | Beginning Market Value Jul 1, 2023 | Quantity Jul 31, 2023 | Price Per Unit Jul 31, 2023 | Ending Market Value Accrued Interest (AI) Jul 31, 2023 | Total Cost Basis | Unrealized Gain/Loss Jul 31, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **INVESCO MORTGAGE CAPITAL INC COM** (IVR) | $1,227.29 | 107.000 | $12.0100 | $1,285.07 - | $3,936.55† | -$2,651.48 | $256.80 19.980% |
| **Total Other (7% of account holdings)** | $1,227.29 | | | $1,285.07 | $3,936.55 | -$2,651.48 | $256.80 |
| **Total Holdings** | | | | $18,197.78 | $69,063.02 | -$28,963.25 | $265.15 |

*All positions held in cash account unless indicated otherwise.*

MR_CE_BPDLQKBBBDOHM_BBBBB 20230731



**INVESTMENT REPORT**
July 1, 2023 - July 31, 2023

## Holdings

**Account # Z20-112730**
**NORMANDEAN CATUNGAL - INDIVIDUAL**

EAI   **Estimated Annual Income (EAI) & Estimated Yield (EY)** - *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY  *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal*
*and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* **For calculation details, refer to the**
**"Additional Information and Endnotes" section.**

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

t     *Third-party provided*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 07/25 | META MATERIALS INC COM | 59134N104 | You Bought | 60.000 | $0.22790 | - | -$13.68 |
|  | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | | | | |
| 07/25 | META MATERIALS INC COM | 59134N104 | You Bought | 100.000 | 0.22840 | - | -22.84 |
|  | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | | | | |
| 07/25 | META MATERIALS INC COM | 59134N104 | You Bought | 4,000.000 | 0.21500 | - | -860.00 |
|  | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | | | | |
| 07/25 | META MATERIALS INC COM | 59134N104 | You Bought | 9,000.000 | 0.22790 | - | -2,051.10 |
|  | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | | | | |
| 07/25 | META MATERIALS INC COM | 59134N104 | You Bought | 9,500.000 | 0.21600 | - | -2,052.00 |
|  | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | | | | |
| **Total Securities Bought** | | | | | | - | -$4,999.62 |
| **Net Securities Bought & Sold** | | | | | | - | -$4,999.62 |

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 07/27 | INVESCO MORTGAGE CAPITAL INC COM | 46131B704 | Dividend Received | - | - | $42.80 |
| 07/31 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | - | - | 2.66 |
| **Total Dividends, Interest & Other Income** | | | | | | $45.46 |

MR_CE_BPDLQKBBBDQHM_BBBB 20230731



INVESTMENT REPORT
July 1, 2023 - July 31, 2023

## Activity

Account # Z20-112730
NORMANDEAN CATUNGAL - INDIVIDUAL

### Deposits

| Date | Reference | Description | Amount |
|------|-----------|-------------|--------|
| 07/20 | | Eft Funds Received Er67876502 /web Bank Of America, N.a. ******2817 | $1,650.00 |
| 07/20 | | Eft Funds Received Er67876642 /web Bank Of America, N.a. ******2817 | 1,650.00 |
| 07/20 | | Eft Funds Received Er67945266 /web Bank Of America, N.a. ******2817 | 1,700.00 |
| 07/28 | | Eft Funds Received Er68684981 /web Bank Of America, N.a. ******2817 | 200.00 |
| **Total Deposits** | | | **$5,200.00** |

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

**Settlement Account**

| Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|------|------|-------------|-------------|----------|-------|--------|---------|
| 07/20 | CASH | You Bought | FIDELITY GOVERNMENT MONEY MARKET @ 1 | 5,000.000 | $1.0000 | $5,000.00 | $5,000.36 |
| 07/25 | CASH | You Sold | FIDELITY GOVERNMENT MONEY MARKET MORNING TRADE @ 1 | -4,999.620 | 1.0000 | -4,999.62 | 0.74 |
| 07/27 | CASH | You Bought | FIDELITY GOVERNMENT MONEY MARKET MORNING TRADE @ 1 | 42.800 | 1.0000 | 42.80 | 43.54 |
| 07/28 | CASH | You Bought | FIDELITY GOVERNMENT MONEY MARKET @ 1 | 200.000 | 1.0000 | 200.00 | 243.54 |
| 07/31 | CASH | Reinvestment | FIDELITY GOVERNMENT MONEY MARKET REINVEST @   $1.000 | 2.660 | 1.0000 | 2.66 | 246.20 |
| **Total Core Fund Activity** | | | | | | **$245.84** | |

### Trades Pending Settlement

| Trade Date | Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|------------|-----------------|---------------|---------------|-------------|----------|-------|--------|
| 07/31 | 08/02 | INVESCO MORTGAGE CAPITAL INC COM | IVR | Bought | 1.0000 | $11.99940 | -$12.00 |
| 07/31 | 08/02 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | MMAT | Bought | 100.0000 | 0.24400 | -24.40 |
| **Total Trades Pending Settlement** | | | | | | | **-$36.40** |

MR_CE_BPDLQKBBDQHM_BBBBB 20230731



**INVESTMENT REPORT**
**January 1, 2024 - January 31, 2024**

Envelope # BPWPBFBBCNNCD

FMTC
NORMANDEAN CATUNGAL
PO BOX 28006
SEATTLE WA 98118-1006

BROKERAGELINK                    FMTC - TRUSTEE - SEATTLE
CHLDRNS 401A FOR THE BENEFIT OF NORMANDEAN CATUNGAL
▶ **Account Number: 652-235214**

### Your Account Value:                    **$1,948.47**

**Change from Last Period:**                    ▼ $1,423.41

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $3,371.88 | $3,371.88 |
| Change in Investment Value * | -1,423.41 | -1,423.41 |
| **Ending Account Value ** | $1,948.47 | $1,948.47 |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $1,948.47 | |

\*    *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*   *Excludes unpriced securities.*

### Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| BrokerageLink Accounts | (866) 956-3193 |
| 8:30am - 8pm ET, Mon - Fri | |

For information and assistance please call your retirement plan's toll free number.

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

MR_CE_BPWPBFBBCNNCD_BBBBB 20240131

H03086033720240131



INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Holdings

**Account # 652-235214**
**SEATTLE CHLDRNS 401A - NON-PROTOTYPE**

### Stocks

| Description | Beginning Market Value Jan 1, 2024 | Quantity Jan 31, 2024 | Price Per Unit Jan 31, 2024 | Ending Market Value Jan 31, 2024 | Cost | Unrealized Gain/Loss Jan 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| **META MATERIALS INC COM NEW** ISIN #US59134N3026 SEDOL #BQ67J98 (MMAT) | unavailable | 510.000 | $3.8200 | $1,948.20 | $21,149.47 | -$19,201.27 | - - |
| Total Common Stock (100% of account holdings) | unavailable | | | $1,948.20 | $21,149.47 | -$19,201.27 | - |
| **Total Stocks (100% of account holdings)** | unavailable | | | $1,948.20 | $21,149.47 | -$19,201.27 | - |
| **Total Holdings** | | | | $1,948.47 | $21,149.47 | -$19,201.27 | $0.01 |

EAI   *Estimated Annual Income (EAI) & Estimated Yield (EY)*- *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* **For calculation details, refer to the** **"Additional Information and Endnotes" section.**

*All positions held in cash account unless indicated otherwise.*

*Total Cost  does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

MR_CE_BPWPBFBBCNNCD_BBBBB 20240131

**FIDELITY**
INVESTMENTS®

<div align="right">

**INVESTMENT REPORT**
**January 1, 2024 - January 31, 2024**

</div>

## Activity

<div align="right">

**Account # 652-235214**
**SEATTLE CHLDRNS 401A - NON-PROTOTYPE**

</div>

### Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 01/29 | **META MATERIALS INC COM** ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC R/S TO    59134N302 #REOR M0051559130000 | 59134N104 | Reverse Split | -51,085.000 | - | - | - |
| **Total Other Activity In** | | | | | | - | - |

### Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 01/29 | **META MATERIALS INC COM NEW** ISIN #US59134N3026 SEDOL #BQ67J98 R/S FROM   59134N104 #REOR M0051559130001 | 59134N302 | Reverse Split | 510.000 | - | - | - |
| **Total Other Activity Out** | | | | | | - | - |

## Additional Information and Endnotes

**Estimated Annual Income (EAI) & Estimated Yield (EY)**   - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.   **Please refer to the Help/Glossary on Fidelity.com for additional information regarding these calculations.**

MR_CE_BPWPBFBBCNNCD_BBBBB 20240131



INVESTMENT REPORT
January 1, 2024 - January 31, 2024

Envelope # BPWNRHBBBDKQV

NORMANDEAN CATUNGAL
PO BOX 28006
SEATTLE WA 98118-1006

### Your Portfolio Value: $4,423.11

Portfolio Change from Last Period: ▽ $1,529.32

| | This Period | Year-to-Date |
|---|---|---|
| Beginning Portfolio Value | $5,952.43 | $5,952.43 |
| Change in Investment Value * | -1,529.32 | -1,529.32 |
| Ending Portfolio Value ** | $4,423.11 | $4,423.11 |
| Accrued Interest (AI) | - | |
| Ending Portfolio Value incl. AI | $4,423.11 | |

\*    *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*   *Excludes unpriced securities.*

### Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

MR_CE_BPWNRHBBBDKQV_BBBBB 20240131

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

M04931920920240131



## Holdings

**Account # Z20-112730**
**NORMANDEAN CATUNGAL - INDIVIDUAL**

### Core Account

| Description | Beginning Market Value Jan 1, 2024 | Quantity Jan 31, 2024 | Price Per Unit Jan 31, 2024 | Ending Market Value Jan 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Jan 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| FIDELITY GOVERNMENT MONEY MARKET  (SPAXX) — 7-day yield:  4.98% | $259.33 | 303.660 | $1.0000 | $303.66 | not applicable | not applicable | $14.20 4.680% |
| **Total Core Account (7% of account holdings)** | **$259.33** | | | **$303.66** | | | **$14.20** |

### Stocks

| Description | Beginning Market Value Jan 1, 2024 | Quantity Jan 31, 2024 | Price Per Unit Jan 31, 2024 | Ending Market Value Jan 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Jan 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| AMC ENTMT HLDGS INC CL A NEW (AMC) | $991.44 | 162.000 | $4.0500 | $656.10 | $9,707.41† | -$9,051.31 | - |
| ASIA BROADBAND INC $0.001 NEVADA RESTRICTED | unavailable | 1.000 | - | unavailable | unknown | unknown | - |
| BOOSH PLANT BASED BRANDS INC COM NPV ISIN #CA0994031072 SEDOL #BNYBQJ0 (VGGIF) | 6.10 | 805.000 | 0.0075 | 6.02 | 987.79 | -981.77 | - |
| EBET INC COM NEW (EBET) | 0.16 | 1.000 | 0.3225 | 0.32 | 768.53† | -768.21 | - |
| HEALTHIER CHOICES MGMT CORP COM (HCMC) | unavailable | 1,035,000.000 | - | unavailable | 1,880.29 | unavailable | - |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMAT) | unavailable | 426.000 | 3.8200 | 1,627.32 | 26,201.62† | -24,574.30 | - |
| BIORA THERAPEUTICS INC COM NEW (BIOR) | 29.70 | 22.000 | 0.9400 | 20.68 | 2,166.30† | -2,145.62 | - |
| SENSEONICS HLDGS INC COM (SENS) | 513.09 | 900.000 | 0.5622 | 505.98 | 3,171.03† | -2,665.05 | - |
| Total Common Stock (69% of account holdings) | $1,540.49 | | | $2,816.42 | $44,882.97 | -$40,186.26 | - |
| **Total Stocks (69% of account holdings)** | **$1,540.49** | | | **$2,816.42** | **$44,882.97** | **-$40,186.26** | - |

MR_CE_BPWNRHBBBDKQV_BBBBB 20240131



**INVESTMENT REPORT**
**January 1, 2024 - January 31, 2024**

## Holdings

Account # Z20-112730
**NORMANDEAN CATUNGAL - INDIVIDUAL**

### Other

| Description | Beginning Market Value Jan 1, 2024 | Quantity Jan 31, 2024 | Price Per Unit Jan 31, 2024 | Ending Market Value Accrued Interest (AI) Jan 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Jan 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| INVESCO MORTGAGE CAPITAL INC COM (IVR) | $956.88 | 108.000 | $8.8100 | $951.48 - | $3,948.55t | -$2,997.07 | $194.40 20.430% |
| Total Other (23% of account holdings) | $956.88 | | | $951.48 | $3,948.55 | -$2,997.07 | $194.40 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Holdings | | | | $4,071.56 | $48,831.52 | -$43,183.33 | $208.60 |

*All positions held in cash account unless indicated otherwise.*

EAI   ***Estimated Annual Income (EAI) & Estimated Yield (EY)**- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY  *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the "Additional Information and Endnotes" section.***

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

t    *Third-party provided*

## Activity

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 01/26 | INVESCO MORTGAGE CAPITAL INC COM | 46131B704 | Dividend Received | - | - | $43.20 |
| 01/31 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | - | - | 1.13 |
| Total Dividends, Interest & Other Income | | | | | | $44.33 |

MR_CE_BPWNRHBBBDKQV_BBBBB 20240131



INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Activity

**Account # Z20-112730**
**NORMANDEAN CATUNGAL - INDIVIDUAL**

### Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 01/29 | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC R/S TO 59134N302 #REOR M0051559130000 | 59134N104 | Reverse Split | -42,658.850 | - | - | - |
| **Total Other Activity In** | | | | | | - | - |

### Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 01/29 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 R/S FROM 59134N104 #REOR M0051559130001 | 59134N302 | Reverse Split | 426.000 | - | - | - |
| **Total Other Activity Out** | | | | | | - | - |

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

**Settlement Account**

| Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 01/26 | CASH | You Bought | FIDELITY GOVERNMENT MONEY MARKET MORNING TRADE @ 1 | 43.200 | $1.0000 | $43.20 | $302.53 |
| 01/31 | CASH | Reinvestment | FIDELITY GOVERNMENT MONEY MARKET REINVEST @ $1.000 | 1.130 | 1.0000 | 1.13 | 303.66 |
| **Total Core Fund Activity** | | | | | | $44.33 | |

MR_CE_BPWNRHBBBDKGV_BBBBB_20240131  S



INVESTMENT REPORT
**February 1, 2024 - February 29, 2024**

Envelope # BPZQHZBBBDKHZ

NORMANDEAN CATUNGAL
PO BOX 28006
SEATTLE WA 98118-1006

### Your Portfolio Value: **$4,336.40**

Portfolio Change from Last Period: ▼ **$86.71**

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Portfolio Value** | **$4,423.11** | **$5,952.43** |
| Change in Investment Value * | -86.71 | -1,616.03 |
| **Ending Portfolio Value ** ** | **$4,336.40** | **$4,336.40** |
| Accrued Interest (AI) | - | |
| Ending Portfolio Value incl. AI | $4,336.40 | |

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*   *Excludes unpriced securities.*

### Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

MR_CE_BPZQHZBBBDKHZ_BBBBB 20240229

S

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

M04931920920240229



INVESTMENT REPORT
February 1, 2024 - February 29, 2024

## Holdings

Account # Z20-112730
NORMANDEAN CATUNGAL - INDIVIDUAL

### Other

| Description | Beginning Market Value Feb 1, 2024 | Quantity Feb 29, 2024 | Price Per Unit Feb 29, 2024 | Ending Market Value Accrued Interest (AI) Feb 29, 2024 | Total Cost Basis | Unrealized Gain/Loss Feb 29, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| INVESCO MORTGAGE CAPITAL INC COM (IVR) | $951.48 | 108.000 | $9.0300 | $975.24 – | $3,948.55† | -$2,973.31 | $194.40 19.930% |
| Total Other (25% of account holdings) | $951.48 | | | $975.24 | $3,948.55 | -$2,973.31 | $194.40 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Holdings | | | | $3,911.57 | $48,903.28 | -$43,344.51 | $205.51 |

*All positions held in cash account unless indicated otherwise.*

EAI & EY    **Estimated Annual Income (EAI) & Estimated Yield (EY)**- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the "Additional Information and Endnotes" section.**

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

†    *Third-party provided*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 02/29 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 | 59134N302 | You Bought | 23.000 | $3.12000 | – | -$71.76 |
| Total Securities Bought | | | | | | – | -$71.76 |
| Net Securities Bought & Sold | | | | | | – | -$71.76 |

S

MR_CE_BPZQHZBBBDXHZ_BBBBB 20240229



## Activity

**Account # Z20-112730**
**NORMANDEAN CATUNGAL - INDIVIDUAL**

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 02/29 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | - | - | $1.19 |
| **Total Dividends, Interest & Other Income** | | | | | | **$1.19** |

### Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 02/08 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 REV PAYOUT 59134N104 ROUNDUP PAYOUT #REORRM0051559130001 | 59134N302 | Reverse Split | 1.000 | - | - | - |
| **Total Other Activity Out** | | | | | | - | - |

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

| Settlement Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 02/29 | CASH | You Sold | FIDELITY GOVERNMENT MONEY MARKET MORNING TRADE @ 1 | -71.760 | $1.0000 | -$71.76 | $231.90 |
| 02/29 | CASH | Reinvestment | FIDELITY GOVERNMENT MONEY MARKET REINVEST @ $1.000 | 1.190 | 1.0000 | 1.19 | 233.09 |
| **Total Core Fund Activity** | | | | | | **-$70.57** | |

MR_CE_BPZQHZBBBDXHZ_BBBBB 20240229 S



INVESTMENT REPORT
**February 1, 2024 - February 29, 2024**

Envelope # BPZQMMBBCMWZN

FMTC
NORMANDEAN CATUNGAL
PO BOX 28006
SEATTLE WA 98118-1006

BROKERAGELINK                    FMTC - TRUSTEE - SEATTLE
CHLDRNS 401A FOR THE BENEFIT OF NORMANDEAN CATUNGAL
▶ **Account Number: 652-235214**

## Your Account Value:                    **$1,517.94**

**Change from Last Period:**                    ▼ $430.53

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | **$1,948.47** | **$3,371.88** |
| Change in Investment Value * | -430.53 | -1,853.94 |
| **Ending Account Value ** ** | **$1,517.94** | **$1,517.94** |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $1,517.94 | |

\*     *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*    *Excludes unpriced securities.*

### Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| BrokerageLink Accounts | (866) 956-3193 |
| 8:30am - 8pm ET, Mon - Fri | |

For information and assistance please call your retirement plan's toll free number.

MR_CE_BPZQMMBBCMWZN_BBBBB 20240229

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

H03086033720240229



INVESTMENT REPORT
**February 1, 2024 - February 29, 2024**

## Holdings

**Account # 652-235214**
**SEATTLE CHLDRNS 401A - NON-PROTOTYPE**

### Stocks

| Description | Beginning Market Value Feb 1, 2024 | Quantity Feb 29, 2024 | Price Per Unit Feb 29, 2024 | Ending Market Value Feb 29, 2024 | Cost | Unrealized Gain/Loss Feb 29, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| **META MATERIALS INC COM NEW**<br>ISIN #US59134N3026 SEDOL #BQ67J98 (MMAT) | $1,948.20 | 511.000 | $2.9700 | $1,517.67 | $21,149.47 | -$19,631.80 | - |
| Total Common Stock (100% of account holdings) | $1,948.20 | | | $1,517.67 | $21,149.47 | -$19,631.80 | - |
| **Total Stocks (100% of account holdings)** | **$1,948.20** | | | **$1,517.67** | **$21,149.47** | **-$19,631.80** | **-** |
| **Total Holdings** | | | | **$1,517.94** | **$21,149.47** | **-$19,631.80** | **$0.01** |

EAI & EY    *Estimated Annual Income (EAI) & Estimated Yield (EY)-* EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the "Additional Information and Endnotes" section.**

All positions held in cash account unless indicated otherwise.

Total Cost  does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.

## Activity

### Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 02/08 | **META MATERIALS INC COM NEW**<br>ISIN #US59134N3026 SEDOL #BQ67J98<br>REV PAYOUT 59134N104 ROUNDUP<br>PAYOUT #REORRM0051559130001 | 59134N302 | Reverse Split | 1.000 | - | - | - |
| **Total Other Activity Out** | | | | | | **-** | **-** |

MR_CE_BPZQMMBBCMWZN_BBBBB 20240229



INVESTMENT REPORT
**March 1, 2024 - March 31, 2024**

BROKERAGELINK                          FMTC - TRUSTEE - SEATTLE
CHLDRNS 401A FOR THE BENEFIT OF NORMANDEAN CATUNGAL
▶ **Account Number: 652-235214**

Envelope # BQCRZPBBDNSNX

FMTC
NORMANDEAN CATUNGAL
PO BOX 28006
SEATTLE WA 98118-1006

## Your Account Value:                              **$1,569.04**

Change from Last Period:                              ▲ $51.10

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | **$1,517.94** | **$3,371.88** |
| Change in Investment Value * | 51.10 | -1,802.84 |
| **Ending Account Value \*\*** | **$1,569.04** | **$1,569.04** |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $1,569.04 | |

\*    *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*   *Excludes unpriced securities.*

### Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| BrokerageLink Accounts | (866) 956-3193 |
|    8:30am - 8pm ET, Mon – Fri | |

For information and assistance please call your retirement plan's toll free number.

Save on your tax preparation services; Fidelity is pleased to offer special discounts to help you prepare your tax return. Learn more at Fidelity.com/taxprep.   1064976.1.0

MR_CE_BQCRZPBBDNSNX_BBBBB 20240328

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

H03086033720240331



<div align="right">

INVESTMENT REPORT
March 1, 2024 - March 31, 2024

</div>

## Holdings

<div align="right">

Account # 652-235214
SEATTLE CHLDRNS 401A - NON-PROTOTYPE

</div>

### Stocks

| Description | Beginning Market Value Mar 1, 2024 | Quantity Mar 31, 2024 | Price Per Unit Mar 31, 2024 | Ending Market Value Mar 31, 2024 | Cost | Unrealized Gain/Loss Mar 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| **META MATERIALS INC COM NEW** ISIN #US59134N3026 SEDOL #BQ67J98 (MMAT) | $1,517.67 | 511.000 | $3.0700 | $1,568.77 | $21,149.47 | -$19,580.70 | - - |
| Total Common Stock (100% of account holdings) | $1,517.67 | | | $1,568.77 | $21,149.47 | -$19,580.70 | - |
| **Total Stocks (100% of account holdings)** | **$1,517.67** | | | **$1,568.77** | **$21,149.47** | **-$19,580.70** | - |
| **Total Holdings** | | | | **$1,569.04** | **$21,149.47** | **-$19,580.70** | **$0.01** |

EAI *Estimated Annual Income (EAI) & Estimated Yield (EY)- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. For calculation details, refer to the "Additional Information and Endnotes" section.*

*All positions held in cash account unless indicated otherwise.*

*Total Cost  does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

## Additional Information and Endnotes

► Fidelity is required by the Securities Exchange Act of 1934 to provide certain financial information from the Statement of Financial Condition of National Financial Services LLC (NFS). At December 31, 2023, NFS, an affiliate of Fidelity Brokerage Services LLC, had net capital of $9,866 million, which was 25.08% of aggregate debit items and exceeded its minimum requirement by $9,079 million. To acquire the Statement of Financial Condition of National Financial Services LLC (NFS), go to Fidelity.com/customer-service/nfs-statement-financial-condition. If you wish to obtain a copy of this document at no cost, or have any questions regarding its contents, please call Fidelity at 800-343-3548.     457389.42.0

► Important information about your telephone conversations with Fidelity. Telephone conversations made with/to Fidelity may be monitored and/or recorded without further notice or disclosure. 570303.1.0

MR_CE_BOCRZPBBDNSNX_BBBBB 20240328

S



**INVESTMENT REPORT**
**July 1, 2024 - September 30, 2024**

BROKERAGELINK                   FMTC - TRUSTEE - SEATTLE
CHLDRNS 401A FOR THE BENEFIT OF NORMANDEAN CATUNGAL
▶ **Account Number: 652-235214**

Envelope # BQTJNRBBBMZSD

FMTC
NORMANDEAN CATUNGAL
PO BOX 28006
SEATTLE WA 98118-1006

## Your Account Value:                              $189.34

**Change from Last Period:**                   ▽ $1,349.04

| | This Period | Year-to-Date |
|---|---|---|
| Beginning Account Value | $1,538.38 | $3,371.88 |
| Change in Investment Value * | -1,349.04 | -3,182.54 |
| Ending Account Value ** | $189.34 | $189.34 |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $189.34 | |

\*    *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*  *Excludes unpriced securities.*

## Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| BrokerageLink Accounts | (866) 956-3193 |
| 8:30am - 8pm ET, Mon - Fri | |

For information and assistance please call your retirement plan's toll free number.

MR_CE_BQTJNRBBBMZSD_BBBBB 20240930

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

1 of 6

H03086033720240930



# Holdings

**Account # 652-235214**
**SEATTLE CHLDRNS 401A - NON-PROTOTYPE**

## Stocks

| Description | Beginning Market Value Jul 1, 2024 | Quantity Sep 30, 2024 | Price Per Unit Sep 30, 2024 | Ending Market Value Sep 30, 2024 | Cost | Unrealized Gain/Loss Sep 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| **META MATERIALS INC COM NEW** ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | $1,538.11 | 511.000 | $0.3700 | $189.07 | $21,149.47 | -$20,960.40 | - |
| | | | | | | | - |
| Total Common Stock (100% of account holdings) | $1,538.11 | | | $189.07 | $21,149.47 | -$20,960.40 | - |
| **Total Stocks (100% of account holdings)** | **$1,538.11** | | | **$189.07** | **$21,149.47** | **-$20,960.40** | - |
| | | | | | | | |
| **Total Holdings** | | | | **$189.34** | **$21,149.47** | **-$20,960.40** | **$0.01** |

EAI *Estimated Annual Income (EAI) & Estimated Yield (EY) - EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. For calculation details, refer to the "Additional Information and Endnotes" section.*

*All positions held in cash account unless indicated otherwise.*

*Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*



INVESTMENT REPORT
November 1, 2024 - November 30, 2024

## Holdings

Account # Z20-112730
NORMANDEAN CATUNGAL - INDIVIDUAL

### Stocks (continued)

| Description | Beginning Market Value Nov 1, 2024 | Quantity Nov 30, 2024 | Price Per Unit Nov 30, 2024 | Ending Market Value Nov 30, 2024 | Total Cost Basis | Unrealized Gain/Loss Nov 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| **HEALTHY CHOICE CONTRA RESTRICTED** | unavailable | 14.000 | - | unavailable | unknown | unknown | - |
| **HEALTHIER CHOICES MGMT CORP COM** (HCMC) | 51.75 | 1,035,000.000 | - | unavailable | 71.91 | unavailable | - |
| **HEALTHY CHOICE WELLNESS CORP CL A** (HCWC) | 6.88 | 4.000 | 1.6400 | 6.56 | 1,456.02 | -1,449.46 | - |
| **META MATERIALS INC COM NEW** ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 46.15 | 650.000 | 0.0610 | 39.65 | 26,384.38t | -26,344.73 | - |
| **BIORA THERAPEUTICS INC COM** (BIOR) | 6.86 | 2.000 | 1.9500 | 3.90 | 1,969.36t | -1,965.46 | - |
| **SENSEONICS HLDGS INC COM** (SENS) | 304.47 | 900.000 | 0.3114 | 280.26 | 3,171.03t | -2,890.77 | - |
| **SUPER MICRO COMPUTER INC COM NEW** (SMCI) | unavailable | 120.000 | 32.6400 | 3,916.80 | 3,088.08 | 828.72 | - |
| Total Common Stock (75% of account holdings) | $1,240.32 | | | $5,195.76 | $47,735.48 | -$41,699.28 | - |
| **Total Stocks (75% of account holdings)** | **$1,240.32** | | | **$5,195.76** | **$47,735.48** | **-$41,699.28** | |

### Other

| Description | Beginning Market Value Nov 1, 2024 | Quantity Nov 30, 2024 | Price Per Unit Nov 30, 2024 | Ending Market Value Accrued Interest (AI) Nov 30, 2024 | Total Cost Basis | Unrealized Gain/Loss Nov 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **INVESCO MORTGAGE CAPITAL INC COM** (IVR) | $871.56 | 211.000 | $8.3500 | $1,761.85 | $4,797.78t | -$3,035.93 | $337.60 19.160% |
| **Total Other (25% of account holdings)** | **$871.56** | | | **$1,761.85** | **$4,797.78** | **-$3,035.93** | **$337.60** |
| **Total Holdings** | | | | **$6,966.88** | **$52,533.26** | **-$44,735.21** | **$338.06** |

*All positions held in cash account unless indicated otherwise.*

MR_CE _BOZZCZBBBLZVG_BBBBB 20241129



## Holdings

**Account # Z20-112730**
**NORMANDEAN CATUNGAL - INDIVIDUAL**

EAI    *Estimated Annual Income (EAI) & Estimated Yield (EY)*- *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY   *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal*
       *and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* **For calculation details, refer to the**
       **"Additional Information and Endnotes" section.**

       *Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

t      *Third-party provided*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 11/13 | INVESCO MORTGAGE CAPITAL INC COM | 46131B704 | You Bought | 100.000 | $8.25000 | - | -$825.00 |
| 11/21 | INVESCO MORTGAGE CAPITAL INC COM | 46131B704 | You Bought | 3.000 | 8.07500 | - | -24.23 |
| 11/21 | SUPER MICRO COMPUTER INC COM NEW | 86800U302 | You Bought | 5.000 | 25.71000 | - | -128.55 |
| 11/21 | SUPER MICRO COMPUTER INC COM NEW | 86800U302 | You Bought | 115.000 | 25.73500 | - | -2,959.53 |
| **Total Securities Bought** | | | | | | - | **-$3,937.31** |
| **Net Securities Bought & Sold** | | | | | | - | **-$3,937.31** |

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 11/29 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | - | - | $1.49 |
| **Total Dividends, Interest & Other Income** | | | | | | **$1.49** |

### Deposits

| Date | Reference | Description | Amount |
|---|---|---|---|
| 11/20 | | Eft Funds Received Er48371271 /web Bank Of America, N.a. ******2817 | $3,000.00 |
| **Total Deposits** | | | **$3,000.00** |

MR_CE_BQZZCZBBBLZVG_BBBBB 20241129



INVESTMENT REPORT
**August 1, 2024 - August 31, 2024**

## Holdings

**Account # Z20-112730**
**NORMANDEAN CATUNGAL - INDIVIDUAL**

### Core Account

| Description | Beginning Market Value Aug 1, 2024 | Quantity Aug 31, 2024 | Price Per Unit Aug 31, 2024 | Ending Market Value Aug 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Aug 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| FIDELITY GOVERNMENT MONEY MARKET (SPAXX) − 7-day yield: 4.96% | $998.39 | 891.450 | $1.0000 | $891.45 | not applicable | not applicable | $44.45 4.990% |
| Total Core Account (26% of account holdings) | $998.39 | | | $891.45 | | | $44.45 |

### Stocks

| Description | Beginning Market Value Aug 1, 2024 | Quantity Aug 31, 2024 | Price Per Unit Aug 31, 2024 | Ending Market Value Aug 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Aug 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| AMC ENTMT HLDGS INC CL A NEW (AMC) | $860.22 | 162.000 | $4.8200 | $780.84 | $9,707.41 t | -$8,926.57 | - |
| ASIA BROADBAND INC $0.001 NEVADA RESTRICTED | unavailable | 1.000 | - | unavailable | unknown | unknown | - |
| BOOSH PLANT BASED BRANDS INC COM NPV ISIN #CA0994031072 SEDOL #BNYBQJ0 (VGGIF) | 2.89 | 805.000 | 0.0044 | 3.54 | 987.79 | -984.25 | - |
| EBET INC COM NEW (EBET) | 0.08 | 1.000 | 0.0600 | 0.06 | 768.53 t | -768.47 | - |
| GAMESTOP CORPORATION COM USD0.001 CLASS A (GME) | 113.35 | 5.000 | 23.4200 | 117.10 | 130.97 | -13.87 | - |
| HEALTHIER CHOICES MGMT CORP COM (HCMC) | 51.75 | 1,035,000.000 | 0.0001 | 51.75 | 1,880.29 | -1,828.54 | - |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 1,044.00 | 650.000 | 0.4500 | 292.50 | 26,384.38 t | -26,091.88 | - |
| BIORA THERAPEUTICS INC COM NEW (BIOR) | 14.74 | 22.000 | 0.6969 | 15.33 | 2,166.30 t | -2,150.97 | - |
| SENSEONICS HLDGS INC COM (SENS) | 381.78 | 900.000 | 0.3891 | 350.19 | 3,171.03 t | -2,820.84 | - |
| Total Common Stock (47% of account holdings) | $2,468.81 | | | $1,611.31 | $45,196.70 | -$43,585.39 | - |

MR_CE_BQRFOZBBBMPNX_BBBBB 20240830



<div align="right">

INVESTMENT REPORT
August 1, 2024 - August 31, 2024

</div>

## Holdings

<div align="right">

Account # Z20-112730
NORMANDEAN CATUNGAL - INDIVIDUAL

</div>

### Stocks (continued)

| Description | Beginning Market Value Aug 1, 2024 | Quantity Aug 31, 2024 | Price Per Unit Aug 31, 2024 | Ending Market Value Aug 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Aug 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| Total Stocks (47% of account holdings) | $2,468.81 | | | $1,611.31 | $45,196.70 | -$43,585.39 | - |

### Other

| Description | Beginning Market Value Aug 1, 2024 | Quantity Aug 31, 2024 | Price Per Unit Aug 31, 2024 | Ending Market Value Accrued Interest (AI) Aug 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Aug 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| INVESCO MORTGAGE CAPITAL INC COM (IVR) | $980.64 | 108.000 | $8.7700 | $947.16 - | $3,948.55t | -$3,001.39 | $172.80 18.240% |
| Total Other (27% of account holdings) | $980.64 | | | $947.16 | $3,948.55 | -$3,001.39 | $172.80 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Holdings | | | | $3,449.92 | $49,145.25 | -$46,586.78 | $217.25 |

*All positions held in cash account unless indicated otherwise.*

EAI   **Estimated Annual Income (EAI) & Estimated Yield (EY)**- *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY  *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal*
      *and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the***
      ***"Additional Information and Endnotes" section.***

      *Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

t     *Third-party provided*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 08/22 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 | 59134N302 | You Bought | 200.000 | $0.55500 | - | -$111.00 |



1:05

100%

< History

Type ∨    Date ∨    Status ∨

Clear all    Buy ✕    MMAT ✕

| | | |
|---|---|---|
| MMAT limit buy | -$25.40 | |
| Apr 22, 2022 | 20 shares | > |
| MMAT limit buy | -$64.50 | |
| Apr 21, 2022 | 50 shares | > |
| MMAT limit buy | -$65.50 | |
| Apr 21, 2022 | 50 shares | > |
| MMAT limit buy | -$32.76 | |
| Apr 06, 2022 | 21 shares | > |
| MMAT market buy | -$7.00 | |
| Apr 06, 2022 | 4.45859 shares | > |
| MMAT market buy | -$10.00 | |
| Apr 06, 2022 | 6.38977 shares | > |
| MMAT market buy | -$50.00 | |
| Apr 06, 2022 | 31.84713 shares | > |
| Canceled | | |
| MMAT limit buy | $1.56 | |
| Apr 06, 2022 | 30 shares | > |
| MMAT market buy | -$100.00 | |
| Apr 05, 2022 | 60.42296 shares | > |
| MMAT market buy | -$100.00 | |
| Apr 05, 2022 | 56.0224 shares | > |
| MMAT market buy | -$129.00 | |
| Dec 31, 2021 | 51.80722 shares | > |







1:06

**History**

Type ∨    Date ∨    Status ∨

Clear all    Buy ✕    MMAT ✕

**MMAT market buy** — -$15.00
Jun 29, 2022 — 14.42307 shares ›

**MMAT market buy** — -$50.00
Jun 28, 2022 — 48.30917 shares ›

**MMAT limit buy** — -$107.00
Jun 29, 2022 — 100 shares ›

**MMAT market buy** — -$50.00
Jun 15, 2022 — 33.44481 shares ›

**MMAT market buy** — -$1.41
Jun 13, 2022 — 1 share ›

**MMAT market buy** — -$6.02
Jun 10, 2022 — 4 shares ›

**MMAT limit buy** — -$92.72
Jun 10, 2022 — 61 shares ›

**MMAT market buy** — -$7.00
Jun 01, 2022 — 3.71352 shares ›

**MMAT limit buy** — -$94.50
Jun 01, 2022 — 50 shares ›

**MMAT limit buy** — -$49.13
Jun 01, 2022 — 25 shares ›

**MMAT limit buy** — -$99.50
Jun 01, 2022 — 50 shares ›



1:06    📶 100%

< History

Type ∨    Date ∨    Status ∨

Clear all    Buy ✕    MMAT ✕

In this space to conceal himself, It was a request from the other three, and he had to stay this way.

**MMAT market buy**                        -$20.00    >
Aug 26, 2022                        24.56097 shares

**MMAT market buy**                        -$20.00    >
Aug 25, 2022                        23.55712 shares

**MMAT market buy**                        -$25.00    >
Aug 23, 2022                        30.60912 shares

**MMAT market buy**                        -$81.00    >
Aug 18, 2022                        89.92506 shares

**MMAT market buy**                     -$1,400.00    >
Aug 18, 2022                      1,549.70112 shares

**MMAT market buy**                       -$100.00    >
Aug 17, 2022                       109.87803 shares

**MMAT market buy**                         -$9.00    >
Aug 12, 2022                         9.24309 shares

**MMAT market buy**                       -$100.00    >
Jul 12, 2022                       104.39503 shares

**MMAT market buy**                         -$2.00    >
Jun 30, 2022                         1.97044 shares

**MMAT market buy**                        -$25.25    >
Jun 30, 2022                              25 shares

**MMAT market buy**                        -$15.00    >
Jun 29, 2022                        14.42307 shares



**History**

Type ⌄    Date ⌄    Status ⌄

( Clear all )    Buy ✕    MMAT ✕

| | |
|---|---|
| **MMAT limit buy** | **-$39.00** |
| Sep 22, 2022 | 50 shares |
| **MMAT limit buy** | **-$36.52** |
| Sep 21, 2022 | 46 shares |
| **MMAT market buy** | **-$10.15** |
| Sep 16, 2022 | 12.78935 shares |
| **MMAT limit buy** | **-$99.54** |
| Sep 16, 2022 | 126 shares |
| **MMAT limit buy** | **-$19.75** |
| Sep 07, 2022 | 25 shares |
| **MMAT market buy** | **-$10.00** |
| Sep 02, 2022 | 12.98701 shares |
| **MMAT market buy** | **-$17.00** |
| Sep 01, 2022 | 21.52443 shares |
| **MMAT limit buy** | **-$19.75** |
| Sep 01, 2022 | 25 shares |
| **MMAT market buy** | **-$25.00** |
| Aug 31, 2022 | 31.97339 shares |
| **MMAT market buy** | **-$20.00** |
| Aug 30, 2022 | 25.91344 shares |
| **MMAT market buy** | **-$50.00** |
| Aug 29, 2022 | 63.15523 shares |



1:07

History

Type ⌄    Date ⌄    Status ⌄

Clear all    Buy ✕    MMAT ✕

May 02, 2023                              25 shares ›

**MMAT market buy**                      -$7.57
Mar 08, 2023                             13 shares ›

**MMAT market buy**                      -$1.23
Dec 20, 2022                              1 share ›

**MMAT market buy**                    -$148.79
Nov 18, 2022                             91 shares ›

**MMAT limit buy**                       -$6.63
Nov 10, 2022                              5 shares ›

Canceled
**MMAT limit buy**                        $1.39
Nov 08, 2022                              5 shares ›

**MMAT market buy**                     -$12.00
Oct 03, 2022                       18.05054 shares ›

**MMAT limit buy**                      -$33.00
Sep 29, 2022                             50 shares ›

**MMAT market buy**                     -$25.00
Sep 23, 2022                       37.07548 shares ›

**MMAT market buy**                     -$25.00
Sep 23, 2022                       35.60748 shares ›

**MMAT market buy**                     -$35.00
Sep 22, 2022                       47.12535 shares ›



1:07

100%

‹ History

Type ⌄   Date ⌄   Status ⌄

Clear all    Buy ✕    MMAT ✕

MMAT market buy
Jul 31, 2023                                    23 shares                    ›

MMAT market buy                          -$3.78
Jul 07, 2023                                    20 shares                    ›

MMAT market buy                          -$47.35
Jul 07, 2023                                    250 shares                   ›

MMAT market buy                          -$400.56
Jul 07, 2023                                    2,116 shares                 ›

Canceled
MMAT limit buy                            $0.18
Jul 07, 2023                                    2,500 shares                 ›

MMAT market buy                          -$651.19
Jul 07, 2023                                    3,440 shares                 ›

MMAT market buy                          -$948.74
Jul 06, 2023                                    5,000 shares                 ›

MMAT limit buy                            -$950.00
Jul 06, 2023                                    5,000 shares                 ›

MMAT market buy                          -$998.06
Jul 06, 2023                                    4,948 shares                 ›

MMAT market buy                          -$1,000.21
Jun 30, 2023                                    4,663 shares                 ›

MMAT market buy                          -$4.74
May 02, 2023                                    25 shares                    ›



