NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: **META MATERIALS, INC** | Case Number: **24-50792** |
|---|---|

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY, WA 98503

Telephone Number:  360-878-1025

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 16 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**COURT USE ONLY**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: **244118152 and Z19468492** | Check here if this claim: <br> ☐ replaces a previously filed Proof of Interest dated: _____ <br> ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| **2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: <br> Fidelity Investmemts <br><br> Telephone Number: | **3.** Date Equity Interest was acquired: <br><br> **BETWEEN 06/01/2021-04/03/2024** |
|---|---|

| **4.** Total amount of member interest: 600 SHARES FOR $27,694.81 | **5.** Certificate number(s): SEE ATTACHED DOCUMENTATION |
|---|---|

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Ricky Osborne
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature)    12/12/2024 (Date)

Telephone number: 360-878-1025  email: RickyOsborndhoto@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]    [ Save Form ]    [ Clear Form ]

# Robinhood 

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/01/2021 to 06/30/2021
**RICKY OSBORNE** Account #:775963309
7602 Union Mills Rd SE, Olympia, WA 98503

□ Options    □ Equities    ■ Cash and Cash Equivalents

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $131.26 | $80.48 |
| Total Securities | $12,641.45 | $15,445.10 |
| **Portfolio Value** | **$12,772.71** | **$15,525.58** |

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

## Portfolio Allocation



○ Cash and Cash Equivalents 0.52%

▨ Equities 99.48%

○ Options 0.00%

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| AcelRx Pharmaceuticals<br>Estimated Yield: 0.00% | ACRX | Margin | 550 | $1.38 | $759.00 | $0.00 | 4.89% |
| Ashford Hospitality Trust<br>Estimated Yield: 0.00% | AHT | Margin | 180 | $4.56 | $820.80 | $0.00 | 5.29% |
| Atossa Therapeutics<br>Estimated Yield: 0.00% | ATOS | Margin | 505 | $6.32 | $3,191.60 | $0.00 | 20.56% |
| BioHiTech Global<br>Estimated Yield: 0.00% | BHTG | Margin | 500 | $1.45 | $725.00 | $0.00 | 4.67% |
| Chiasma<br>Estimated Yield: 0.00% | CHMA | Margin | 200 | $4.73 | $946.00 | $0.00 | 6.09% |
| Clover Health Investments<br>Estimated Yield: 0.00% | CLOV | Margin | 66 | $13.32 | $879.12 | $0.00 | 5.66% |
| Digital Ally<br>Estimated Yield: 0.00% | DGLY | Margin | 10 | $1.80 | $18.00 | $0.00 | 0.12% |
| Ault Global Holdings<br>Estimated Yield: 0.00% | DPW | Margin | 105 | $2.82 | $296.10 | $0.00 | 1.91% |
| Fubo TV<br>Estimated Yield: 0.00% | FUBO | Margin | 32 | $32.11 | $1,027.52 | $0.00 | 6.62% |
| Gores Holdings VI<br>Estimated Yield: 0.00% | GHVI | Margin | 80 | $16.21 | $1,296.80 | $0.00 | 8.35% |
| Ideanomics<br>Estimated Yield: 0.00% | IDEX | Margin | 2 | $2.84 | $5.68 | $0.00 | 0.04% |
| Lion Group<br>Estimated Yield: 0.00% | LGHL | Margin | 100 | $2.08 | $208.00 | $0.00 | 1.34% |
| Lipocine<br>Estimated Yield: 0.00% | LPCN | Margin | 100 | $1.40 | $140.00 | $0.00 | 0.90% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 200 | $7.49 | $1,498.00 | $0.00 | 9.65% |
| Predictive Oncology<br>Estimated Yield: 0.00% | POAI | Margin | 300 | $1.31 | $393.00 | $0.00 | 2.53% |
| Paysafe<br>Estimated Yield: 0.00% | PSFE | Margin | 17 | $12.11 | $205.87 | $0.00 | 1.33% |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Ashford Hospitality Trust Unsolicited, CUSIP: 044103877 | AHT | Margin | Buy | 06/07/2021 | 4 | $5.36 | $21.44 | |
| Ashford Hospitality Trust Unsolicited, CUSIP: 044103877 | AHT | Margin | Buy | 06/07/2021 | 2 | $5.32 | $10.64 | |
| Ashford Hospitality Trust Unsolicited, CUSIP: 044103877 | AHT | Margin | Buy | 06/07/2021 | 4 | $5.30 | $21.20 | |
| Ashford Hospitality Trust, Unsolicited, CUSIP: 044103877 | AHT | Margin | Buy | 06/07/2021 | 4 | $5.28 | $21.11 | |
| Korea Electric Power Unsolicited, CUSIP: 500631106 | KEP | Margin | Sell | 06/07/2021 | 5 | $12.20 | | $61.00 |
| Korea Electric Power Unsolicited, CUSIP: 500631106 | KEP | Margin | Sell | 06/07/2021 | 35 | $12.19 | | $426.65 |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/07/2021 | 10 | $3.16 | $31.60 | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/07/2021 | 10 | $3.16 | $31.58 | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/07/2021 | 5 | $3.15 | $15.75 | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/07/2021 | 1 | $3.12 | $3.13 | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/07/2021 | 1 | $3.12 | $3.12 | |
| ViacomCBS Unsolicited, CUSIP: 92556H206 | VIAC | Margin | Sell | 06/07/2021 | 6 | $41.56 | | $249.36 |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/10/2021 | 3 | $2.96 | $8.88 | |
| Atossa Therapeutics Unsolicited, CUSIP: 04962H506 | ATOS | Margin | Buy | 06/11/2021 | 10 | $4.26 | $42.57 | |
| Atossa Therapeutics Unsolicited, CUSIP: 04962H506 | ATOS | Margin | Buy | 06/11/2021 | 1 | $4.25 | $4.25 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Atossa Therapeutics<br>Unsolicited, CUSIP: 04962H506 | ATOS | Margin | Buy | 06/11/2021 | 9 | $4.25 | $38.25 | |
| Atossa Therapeutics<br>Unsolicited, CUSIP: 04962H506 | ATOS | Margin | Buy | 06/11/2021 | 5 | $4.28 | $21.40 | |
| Atossa Therapeutics<br>Unsolicited, CUSIP: 04962H506 | ATOS | Margin | Buy | 06/11/2021 | 5 | $4.43 | $22.15 | |
| Atossa Therapeutics<br>Unsolicited, CUSIP: 04962H506 | ATOS | Margin | Buy | 06/11/2021 | 5 | $4.30 | $21.50 | |
| Atossa Therapeutics<br>Unsolicited, CUSIP: 04962H506 | ATOS | Margin | Buy | 06/11/2021 | 5 | $4.28 | $21.39 | |
| Atossa Therapeutics<br>Unsolicited, CUSIP: 04962H506 | ATOS | Margin | Buy | 06/11/2021 | 10 | $4.27 | $42.70 | |
| Clover Health Investments<br>Unsolicited, CUSIP: 18914F103 | CLOV | Margin | Buy | 06/14/2021 | 1 | $15.56 | $15.56 | |
| Clover Health Investments<br>Unsolicited, CUSIP: 18914F103 | CLOV | Margin | Buy | 06/14/2021 | 1 | $14.99 | $14.99 | |
| Drive Shack<br>Unsolicited, CUSIP: 262077100 | DS | Margin | Sell | 06/14/2021 | 5 | $3.86 | | $19.31 |
| Drive Shack<br>Unsolicited, CUSIP: 262077100 | DS | Margin | Sell | 06/14/2021 | 5 | $3.91 | | $19.55 |
| Torchlight Energy Resources<br>Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/14/2021 | 10 | $3.51 | $35.10 | |
| Torchlight Energy Resources<br>Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/14/2021 | 5 | $3.52 | $17.60 | |
| Clover Health Investments<br>Unsolicited, CUSIP: 18914F103 | CLOV | Margin | Buy | 06/15/2021 | 1 | $14.32 | $14.32 | |
| Clover Health Investments<br>Unsolicited, CUSIP: 18914F103 | CLOV | Margin | Buy | 06/15/2021 | 2 | $14.42 | $28.84 | |
| Clover Health Investments<br>Unsolicited, CUSIP: 18914F103 | CLOV | Margin | Buy | 06/15/2021 | 2 | $13.90 | $27.80 | |

# Robinhood 

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

03/01/2021 to 03/31/2021
**Ricky Osborne** Account #:775963309
1818 Fairview ST NE, Olympia, WA 98506

☑ Options            ☑ Equities            ☑ Cash and Cash Equivalents

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $126.14 | $499.95 |
| Total Securities | $14,440.75 | $12,037.17 |
| **Portfolio Value** | **$14,566.89** | **$12,537.12** |

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

## Portfolio Allocation



- Cash and Cash Equivalents 3.99%
- Equities 96.01%
- Options 0.00%

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Nokia<br>Estimated Yield: 0.00% | NOK | Margin | 50 | $3.96 | $198.00 | $0.00 | 1.58% |
| Novan<br>Estimated Yield: 0.00% | NOVN | Margin | 28 | $1.56 | $43.68 | $0.00 | 0.35% |
| Predictive Oncology<br>Estimated Yield: 0.00% | POAI | Margin | 260 | $1.21 | $314.60 | $0.00 | 2.51% |
| PolarityTE<br>Estimated Yield: 0.00% | PTE | Margin | 200 | $1.11 | $222.00 | $0.00 | 1.77% |
| Score Media and Gaming<br>Estimated Yield: 0.00% | SCR | Margin | 4 | $26.88 | $107.52 | $0.00 | 0.86% |
| Shift Technologies<br>Estimated Yield: 0.00% | SFT | Margin | 75 | $8.32 | $624.00 | $0.00 | 4.98% |
| Sunworks<br>Estimated Yield: 0.00% | SUNW | Margin | 25 | $14.68 | $367.00 | $0.00 | 2.93% |
| Timber Pharmaceuticals<br>Estimated Yield: 0.00% | TMBR | Margin | 56 | $2.03 | $113.68 | $0.00 | 0.91% |
| Titan Medical<br>Estimated Yield: 0.00% | TMDI | Margin | 45 | $1.70 | $76.50 | $0.00 | 0.61% |
| Torchlight Energy Resources<br>Estimated Yield: 0.00% | TRCH | Margin | 300 | $1.83 | $549.00 | $0.00 | 4.38% |
| T2 Biosystems<br>Estimated Yield: 0.00% | TTOO | Margin | 550 | $1.62 | $891.00 | $0.00 | 7.11% |
| Ur-Energy<br>Estimated Yield: 0.00% | URG | Margin | 200 | $1.10 | $220.00 | $0.00 | 1.75% |
| ViacomCBS<br>Estimated Yield: 2.06% | VIAC | Margin | 2 | $45.10 | $90.20 | $1.86 | 0.72% |
| Viking Therapeutics<br>Estimated Yield: 0.00% | VKTX | Margin | 1 | $6.32 | $6.33 | $0.00 | 0.05% |
| 22nd Century Group<br>Estimated Yield: 0.00% | XXII | Margin | 100 | $3.29 | $329.00 | $0.00 | 2.62% |
| Zomedica<br>Estimated Yield: 0.00% | ZOM | Margin | 60 | $1.58 | $94.80 | $0.00 | 0.76% |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Aridis Pharmaceuticals<br>Unsolicited, CUSIP: 04033410 4 | ARDS | Margin | Sell | 02/25/2021 | 75 | $6.46 | | $484.12 |
| Zomedica<br>Unsolicited, CUSIP: 98980M109 | ZOM | Margin | Buy | 02/25/2021 | 25 | $1.90 | $47.38 | |
| 22nd Century Group<br>Unsolicited, CUSIP: 90137F103 | XXII | Margin | Buy | 03/01/2021 | 40 | $3.36 | $134.40 | |
| AcelRx Pharmaceuticals<br>Unsolicited, CUSIP: 00444T100 | ACRX | Margin | Buy | 03/01/2021 | 65 | $1.94 | $126.10 | |
| Antero Resources<br>Unsolicited, CUSIP: 03674X106 | AR | Margin | Sell | 03/01/2021 | 60 | $9.82 | | $589.48 |
| BioHiTech Global<br>Unsolicited, CUSIP: 09074B107 | BHTG | Margin | Buy | 03/01/2021 | 50 | $1.98 | $99.00 | |
| Clover Health Investments<br>Unsolicited, CUSIP: 18914F103 | CLOV | Margin | Buy | 03/01/2021 | 5 | $10.52 | $52.63 | |
| Enveric Biosciences<br>Unsolicited, CUSIP: 29405E109 | ENVB | Margin | Buy | 03/01/2021 | 12 | $3.60 | $43.19 | |
| Timber Pharmaceuticals<br>Unsolicited, CUSIP: 88708010 9 | TMBR | Margin | Sell | 03/01/2021 | 45 | $2.17 | | $97.70 |
| Torchlight Energy Resources<br>Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 03/01/2021 | 75 | $2.63 | $197.25 | |
| Assertio<br>Unsolicited, CUSIP: 04546C106 | ASRT | Margin | Buy | 03/02/2021 | 100 | $1.09 | $108.72 | |
| Predictive Oncology<br>Unsolicited, CUSIP: 74039M200 | POAI | Margin | Buy | 03/02/2021 | 250 | $1.67 | $417.40 | |
| Assertio<br>Unsolicited, CUSIP: 04546C106 | ASRT | Margin | Sell | 03/03/2021 | 100 | $1.11 | | $110.99 |
| Atossa Therapeutics<br>Unsolicited, CUSIP: 04962H506 | ATOS | Margin | Buy | 03/03/2021 | 20 | $2.54 | $50.80 | |
| Zomedica<br>Unsolicited, CUSIP: 98980M109 | ZOM | Margin | Buy | 03/03/2021 | 10 | $2.01 | $20.10 | |

MAY 2021

**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Lion Group<br>Estimated Yield: 0.00% | LGHL | Margin | 100 | $2.34 | $234.00 | $0.00 | 1.83% |
| Lipocine<br>Estimated Yield: 0.00% | LPCN | Margin | 100 | $1.22 | $122.00 | $0.00 | 0.96% |
| Nokia<br>Estimated Yield: 0.00% | NOK | Margin | 25 | $5.16 | $129.00 | $0.00 | 1.01% |
| Predictive Oncology<br>Estimated Yield: 0.00% | POAI | Margin | 300 | $1.18 | $354.00 | $0.00 | 2.77% |
| Paysafe<br>Estimated Yield: 0.00% | PSFE | Margin | 17 | $11.22 | $190.74 | $0.00 | 1.49% |
| PolarityTE<br>Estimated Yield: 0.00% | PTE | Margin | 200 | $1.14 | $228.00 | $0.00 | 1.79% |
| Score Media and Gaming<br>Estimated Yield: 0.00% | SCR | Margin | 5 | $16.77 | $83.85 | $0.00 | 0.66% |
| Shift Technologies<br>Estimated Yield: 0.00% | SFT | Margin | 85 | $7.08 | $601.80 | $0.00 | 4.71% |
| Summit Therapeutics<br>Estimated Yield: 0.00% | SMMT | Margin | 20 | $7.82 | $156.40 | $0.00 | 1.22% |
| Sunworks<br>Estimated Yield: 0.00% | SUNW | Margin | 27 | $8.66 | $233.82 | $0.00 | 1.83% |
| Taseko Mines<br>Estimated Yield: 0.00% | TGB | Margin | 100 | $2.47 | $247.00 | $0.00 | 1.93% |
| Tilray<br>Estimated Yield: 0.00% | TLRY | Margin | 33 | $16.67 | $550.11 | $0.00 | 4.31% |
| Titan Medical<br>Estimated Yield: 0.00% | TMDI | Margin | 45 | $1.92 | $86.40 | $0.00 | 0.68% |
| Torchlight Energy Resources<br>Estimated Yield: 0.00% | TRCH | Margin | 325 | $2.38 | $773.50 | $0.00 | 6.06% |
| Vector<br>Estimated Yield: 0.00% | VACQ | Margin | 35 | $9.98 | $349.30 | $0.00 | 2.73% |
| ViacomCBS<br>Estimated Yield: 2.26% | VIAC | Margin | 6 | $42.42 | $254.52 | $5.76 | 1.99% |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Ault Global Holdings CUSIP: 05150X104 | CLOV | Margin | Buy | 09/20/2021 | 10 | $2.36 | $23.60 | |
| BioHiTech Global CUSIP: 09061B107 | BHTG | Margin | Buy | 09/20/2021 | 10 | $1.44 | $14.38 | |
| Clover Health Investments CUSIP: 18914F103 | CLOV | Margin | Buy | 09/20/2021 | | $7.80 | $39.01 | |
| Clover Health Investments CUSIP: 18914F103 | CLOV | Margin | Buy | 09/20/2021 | 5 | $7.79 | $38.96 | |
| Clover Health Investments CUSIP: 18914F103 | CLOV | Margin | Buy | 09/20/2021 | 10 | $7.78 | $77.80 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/20/2021 | 15 | $4.94 | $74.10 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/20/2021 | 4 | $4.94 | $19.78 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/20/2021 | 10 | $4.88 | $48.80 | |
| Sunworks CUSIP: 867901107 | SUNW | Margin | Buy | 09/20/2021 | 2 | $6.32 | $12.63 | |
| Clover Health Investments CUSIP: 18914F103 | CLOV | Margin | Buy | 09/21/2021 | 5 | $7.74 | $38.68 | |
| Matterport CUSIP: 577401102 | MTTR | Margin | Sell | 09/21/2021 | 10 | $22.02 | | $220.21 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/21/2021 | 10 | $4.89 | $48.90 | |
| Hippo CUSIP: 433539103 | HIPO | Margin | Buy | 09/22/2021 | 10 | $4.96 | $49.60 | |
| Hippo CUSIP: 433539103 | HIPO | Margin | Buy | 09/22/2021 | 5 | $4.96 | $24.80 | |
| Nordstrom CUSIP: 655664100 | JWN | Margin | Sell | 09/22/2021 | 1 | $28.62 | | $28.62 |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| ADMA Biologics CUSIP: 000899104 | ADMA | Margin | Sell | 09/15/2021 | 100 | $1.20 | | $119.99 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/15/2021 | 1 | $4.99 | $4.99 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/15/2021 | 2 | $4.93 | $9.86 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/15/2021 | 1 | $4.94 | $4.94 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/15/2021 | 4 | $4.94 | $19.76 | |
| Ault Global Holdings CUSIP: | DPW | Margin | Buy | 09/16/2021 | 5 | | $13.45 | |
| Clover Health Investments CUSIP: | CLOV | Margin | Buy | 09/16/2021 | 1 | $3.15 | | |
| Hippo CUSIP: 433353103 | HIPO | Margin | Buy | 09/16/2021 | 5 | $5.20 | $26.00 | |
| Ashford Hospitality Trust CUSIP: 044103509 | AHT | Margin | Sell | 09/17/2021 | 10 | | | $255.09 |
| Hippo CUSIP: 433353103 | HIPO | Margin | Buy | 09/17/2021 | 5 | $4.99 | $24.95 | |
| Hippo CUSIP: 433353103 | HIPO | Margin | Buy | 09/17/2021 | 30 | | $149.39 | |
| Ideanomics CUSIP: | IDEX | Margin | Sell | 09/17/2021 | 2 | $2.23 | | $4.47 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/17/2021 | 1 | $4.98 | $4.98 | |
| Acutus Medical CUSIP: 005111109 | AFIB | Margin | Sell | 09/20/2021 | 20 | | | $203.42 |
| Acutus Medical CUSIP: 005111109 | AFIB | Margin | Sell | 09/20/2021 | 10 | $10.22 | | $102.21 |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Digital Ally<br>CUSIP: 25382P208 | DGLY | Margin | Sell | 08/30/2021 | 9 | $1.39 | | $12.51 |
| Digital Ally<br>CUSIP: 25382P208 | DGLY | Margin | Sell | 08/30/2021 | 1 | $1.39 | | $1.39 |
| Clover Health Investments<br>CUSIP: 18914F103 | CLOV | Margin | Buy | 09/01/2021 | 2 | $8.46 | $16.93 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 09/01/2021 | 10 | $4.51 | $45.10 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 09/01/2021 | 1 | $4.59 | $4.59 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 09/08/2021 | 1 | $5.07 | $5.07 | |
| Clover Health Investments<br>CUSIP: 18914F103 | CLOV | Margin | Buy | 09/09/2021 | 5 | $9.59 | $47.95 | |
| Clover Health Investments<br>CUSIP: 18914F103 | CLOV | Margin | Buy | 09/09/2021 | 5 | $9.56 | $47.80 | |
| Clover Health Investments<br>CUSIP: 18914F103 | CLOV | Margin | Buy | 09/09/2021 | 5 | $9.45 | $47.25 | |
| Clover Health Investments<br>CUSIP: 18914F103 | CLOV | Margin | Buy | 09/09/2021 | 25 | $9.31 | $232.75 | |
| Clover Health Investments<br>CUSIP: 18914F103 | CLOV | Margin | Buy | 09/09/2021 | 5 | $9.08 | $45.40 | |
| Matterport<br>CUSIP: 577096100 | MTTR | Margin | Sell | 09/09/2021 | 20 | $17.90 | | $357.90 |
| Rocket Lab USA<br>CUSIP: 773122106 | RKLB | Margin | Sell | 09/09/2021 | 20 | $19.38 | | $387.60 |
| Clover Health Investments<br>CUSIP: 18914F103 | CLOV | Margin | Buy | 09/10/2021 | 1 | $8.97 | $8.97 | |
| Clover Health Investments<br>CUSIP: 18914F103 | CLOV | Margin | Buy | 09/10/2021 | 4 | $8.96 | $35.86 | |

# Robinhood 

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

09/01/2021 to 09/30/2021
**RICKY OSBORNE** Account #:775963309
7602 Union Mills Rd SE, Olympia, WA 98503

⊡ Options    ⊡ Equities    ■ Cash and Cash Equivalents

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $127.50 | $159.19 |
| Total Securities | $11,697.52 | $11,956.90 |
| **Portfolio Value** | **$11,825.02** | **$12,116.09** |

## Portfolio Allocation



○ Cash and Cash
  Equivalents
  1.31%

● Equities
  98.69%

◉ Options
  0.00%

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

**2021**   **Sept 1 → Sept. 30**

**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| AcelRx Pharmaceuticals<br>Estimated Yield: 0.00% | ACRX | Margin | 550 | $1.02 | $561.00 | $0.00 | 4.63% |
| Atossa Therapeutics<br>Estimated Yield: 0.00% | ATOS | Margin | 10 | $3.26 | $32.60 | $0.00 | 0.27% |
| BioHiTech Global<br>Estimated Yield: 0.00% | BHTG | Margin | 520 | $1.38 | $717.60 | $0.00 | 5.92% |
| Clover Health Investments<br>Estimated Yield: 0.00% | CLOV | Margin | 305 | $7.39 | $2,253.95 | $0.00 | 18.60% |
| Ault Global Holdings<br>Estimated Yield: 0.00% | DPW | Margin | 150 | $2.43 | $364.50 | $0.00 | 3.01% |
| Fubo TV<br>Estimated Yield: 0.00% | FUBO | Margin | 32 | $23.98 | $766.72 | $0.00 | 6.33% |
| Hippo<br>Estimated Yield: 0.00% | HIPO | Margin | 125 | $4.68 | $585.00 | $0.00 | 4.83% |
| Lipocine<br>Estimated Yield: 0.00% | LPCN | Margin | 100 | $1.09 | $109.00 | $0.00 | 0.90% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 650 | $5.78 | $3,757.00 | $0.00 | 31.01% |
| MMAT Preferred Shares<br>Estimated Yield: 0.00% | MMAT-A | Margin | 385 | $0.01 | $3.85 | $0.00 | 0.03% |
| Matterport<br>Estimated Yield: 0.00% | MTTR | Margin | 40 | $18.91 | $756.40 | $0.00 | 6.24% |
| Predictive Oncology<br>Estimated Yield: 0.00% | POAI | Margin | 320 | $1.33 | $425.60 | $0.00 | 3.51% |
| Paysafe<br>Estimated Yield: 0.00% | PSFE | Margin | 17 | $7.75 | $131.75 | $0.00 | 1.09% |
| PolarityTE<br>Estimated Yield: 0.00% | PTE | Margin | 200 | $0.65 | $129.40 | $0.00 | 1.07% |
| Rocket Lab USA<br>Estimated Yield: 0.00% | RKLB | Margin | 10 | $16.13 | $161.30 | $0.00 | 1.33% |
| Score Media and Gaming<br>Estimated Yield: 0.00% | SCR | Margin | 5 | $34.23 | $171.15 | $0.00 | 1.41% |

**Executed Trades Pending Settlement**
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>CUSIP: 59134N104 | Margin | Buy | 10/28/2021 | 11/01/2021 | 5 | $4.42 | $22.10 | |
| Paysafe<br>CUSIP: G6964L107 | Margin | Buy | 10/28/2021 | 11/01/2021 | 3 | $7.44 | $22.32 | |
| AcelRx Pharmaceuticals<br>CUSIP: 00444T100 | Margin | Buy | 10/28/2021 | 11/01/2021 | 5 | $0.89 | $4.45 | |
| Lipocine<br>CUSIP: 53630X104 | Margin | Sell | 10/28/2021 | 11/01/2021 | 100 | $1.04 | | $104.00 |
| PolarityTE<br>CUSIP: 731094108 | Margin | Sell | 10/28/2021 | 11/01/2021 | 100 | $0.55 | | $54.99 |
| Matterport<br>CUSIP: 577096100 | Margin | Sell | 10/29/2021 | 11/02/2021 | 5 | $21.96 | | $109.80 |
| Meta Materials<br>CUSIP: 59134N104 | Margin | Buy | 10/29/2021 | 11/02/2021 | 5 | $4.50 | $22.50 | |
| Matterport<br>CUSIP: 577096100 | Margin | Sell | 10/29/2021 | 11/02/2021 | 5 | $22.25 | | $111.25 |
| Meta Materials<br>CUSIP: 59134N104 | Margin | Buy | 10/29/2021 | 11/02/2021 | 5 | $4.51 | $22.54 | |
| Atossa Therapeutics<br>CUSIP: 04962H506 | Margin | Buy | 10/29/2021 | 11/02/2021 | 5 | $2.56 | $12.80 | |
| Atossa Therapeutics<br>CUSIP: 04962H506 | Margin | Buy | 10/29/2021 | 11/02/2021 | 5 | $2.58 | $12.89 | |
| **Total Executed Trades Pending Settlement** | | | | | | | **$119.60** | **$380.04** |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/26/2021 | 2 | $4.59 | $9.18 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/27/2021 | 1 | $4.35 | $4.35 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/27/2021 | 2 | $4.33 | $8.66 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/27/2021 | 2 | $4.34 | $8.69 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/27/2021 | 5 | $4.41 | $22.05 | |
| Total Funds Paid and Received | | | | | | | $1,033.44 | $900.80 |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Acorda Pharmaceuticals CUSIP: 00434H~~~ | ACRX | Margin | Buy | 10/21/2021 | 5 | $0.47 | $4.35 | |
| Fubo TV CUSIP: 35953D104 | FUBO | Margin | Sell | 10/21/2021 | 5 | $30.04 | | $150.20 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/21/2021 | 25 | $4.74 | $118.38 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/21/2021 | 5 | $4.78 | $23.90 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/21/2021 | 5 | $4.82 | $24.10 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/21/2021 | 5 | $4.84 | $24.18 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/22/2021 | 15 | $4.40 | $65.93 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/22/2021 | 5 | $4.40 | $21.98 | |
| Marpai TF CUSIP: 731094108 | PTF | Margin | Sell | 10/22/2021 | 100 | $0.55 | | $55.00 |
| Titan CUSIP: 88830X819 | TMDI | Margin | Sell | 10/22/2021 | 45 | $1.58 | | $71.10 |
| BioNTech CUSIP: 09074B107 | BNTG | Margin | Buy | 10/25/2021 | | $1.26 | $6.29 | |
| CIL on 0.199 @ $77.97 - PENN CUSIP: | PENN | Margin | CIL | 10/28/2021 | | | | $15.52 |
| Clover Health Investments CUSIP: 18914F103 | CLOV | Margin | Buy | 10/26/2021 | 2 | $7.25 | $14.76 | |
| Clover Health Investments CUSIP: 18914F103 | CLOV | Margin | Buy | 10/26/2021 | | $7.48 | $22.44 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/26/2021 | 3 | $4.48 | $13.44 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Cash received thru Merger 5 shares at $17 | SCR | Margin | MRGC | 10/20/2021 | | | | $85.00 |
| Fubo TV CUSIP: 35953D104 | FUBO | Margin | ~~Sell~~ | ~~10/18/2021~~ | | ~~$29.78~~ | | $89.34 |
| Fubo TV CUSIP: 35953D104 | FUBO | Margin | Sell | 10/18/2021 | 2 | $29.55 | | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/18/2021 | 3 | $4.85 | $14.55 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/18/2021 | 5 | $4.88 | $24.40 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/18/2021 | 5 | $4.92 | $24.60 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/18/2021 | 5 | $4.96 | $24.80 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/18/2021 | 4 | $4.96 | $19.82 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/18/2021 | 1 | $5.00 | $5.00 | |
| ~~Score Media and Gaming~~ CUSIP: 707569109 | | Margin | MRGS | 10/20/2021 | 1 | | | |
| Score Media and Gaming CUSIP: 707569109 | | Margin | MRGS | 10/20/2021 | 55 | | | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/19/2021 | 2 | $4.87 | $9.74 | |
| Clover Health Investments CUSIP: 18914F103 | CLOV | Margin | Buy | 10/20/2021 | 5 | $7.89 | $39.45 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/20/2021 | 5 | $4.79 | $23.95 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/20/2021 | 5 | $4.80 | $24.00 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Rocket Lab USA<br>CUSIP: 773122108 | RKLB | Margin | Sell | 10/08/2021 | 9 | $14.24 | | $128.16 |
| Atossa Therapeutics<br>CUSIP: 04962H506 | ATOS | Margin | Buy | 10/13/2021 | 5 | $2.99 | $14.95 | |
| Hippo<br>CUSIP: 433539103 | HIPO | Margin | Buy | 10/13/2021 | 5 | $4.15 | $20.75 | |
| Atossa Therapeutics<br>CUSIP: 04962H506 | ATOS | Margin | Buy | 10/14/2021 | 2 | $2.94 | $5.88 | |
| Atossa Therapeutics<br>CUSIP: 04962H506 | ATOS | Margin | Buy | 10/14/2021 | 8 | $2.94 | $23.50 | |
| Atossa Therapeutics<br>CUSIP: 04962H506 | ATOS | Margin | Buy | 10/14/2021 | 4 | $2.98 | $11.91 | |
| Atossa Therapeutics<br>CUSIP: 04962H506 | ATOS | Margin | Buy | 10/14/2021 | 6 | $2.99 | $17.94 | |
| Sunworks<br>CUSIP: 86803X204 | SUNW | Margin | Buy | 10/14/2021 | 5 | $6.42 | $32.08 | |
| Clover Health Investments<br>CUSIP: 18914F103 | CLOV | Margin | Buy | 10/15/2021 | 5 | $7.92 | $39.60 | |
| Clover Health Investments<br>CUSIP: 18914F103 | CLOV | Margin | Buy | 10/15/2021 | 4 | $7.97 | $31.88 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 10/15/2021 | 5 | $4.99 | $24.95 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 10/15/2021 | 1 | $5.03 | $5.03 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 10/15/2021 | 1 | $5.04 | $5.04 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 10/15/2021 | 3 | $5.05 | $15.15 | |
| Taseko Mines<br>CUSIP: 876511106 | TGB | Margin | Sell | 10/15/2021 | 10 | $2.29 | | $22.90 |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Clover Health Investments<br>CUSIP: 18914F103 | CLOV | Margin | Buy | 09/29/2021 | 5 | $7.40 | $37.00 | |
| Clover Health Investments<br>CUSIP: 18914F103 | CLOV | Margin | Buy | 09/29/2021 | 5 | $7.44 | $37.20 | |
| Clover Health Investments<br>CUSIP: 18914F103 | CLOV | Margin | Buy | 10/01/2021 | 1 | $7.37 | $7.37 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 10/04/2021 | 4 | $5.06 | $20.24 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 10/04/2021 | 1 | $5.06 | $5.07 | |
| Predictive Oncology<br>CUSIP: 74039M200 | POAI | Margin | Buy | 10/04/2021 | 10 | $1.33 | $13.29 | |
| Predictive Oncology<br>CUSIP: 74039M200 | POAI | Margin | Buy | 10/05/2021 | 5 | $1.07 | $5.35 | |
| Atossa Therapeutics<br>CUSIP: 04962H506 | ATOS | Margin | Sell | 10/06/2021 | 5 | $3.10 | | $15.51 |
| Fubo TV<br>CUSIP: 359530104 | FUBO | Margin | Sell | 10/06/2021 | 5 | $24.15 | | $120.75 |
| Fubo TV<br>CUSIP: 359530104 | FUBO | Margin | Sell | 10/06/2021 | 2 | $23.61 | | $47.22 |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 10/06/2021 | 5 | $4.99 | $24.95 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 10/06/2021 | 4 | $4.99 | $19.96 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 10/06/2021 | 1 | $5.02 | $5.02 | |
| Zomedica<br>CUSIP: 98980M109 | ZOM | Margin | Sell | 10/06/2021 | 80 | $0.52 | | $41.28 |
| Predictive Oncology<br>CUSIP: 74039M200 | POAI | Margin | Buy | 10/07/2021 | 5 | $1.17 | $5.84 | |

# Robinhood 

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

10/01/2021 to 10/31/2021
**RICKY OSBORNE** Account #:775963309
7602 Union Mills Rd SE, Olympia, WA 98503

☐ Options          ☑ Equities          ☑ Cash and Cash Equivalents

## Portfolio Allocation

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $159.19 | $26.55 |
| Total Securities | $11,956.90 | $11,879.30 |
| **Portfolio Value** | **$12,116.09** | **$11,905.85** |



- Cash and Cash Equivalents 0.22%
- Equities 99.78%
- Options 0.00%

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| AcelRx Pharmaceuticals<br>Estimated Yield: 0.00% | ACRX | Margin | 555 | $0.88 | $488.40 | $0.00 | 4.10% |
| Atossa Therapeutics<br>Estimated Yield: 0.00% | ATOS | Margin | 30 | $2.57 | $77.10 | $0.00 | 0.65% |
| BioHiTech Global<br>Estimated Yield: 0.00% | BHTG | Margin | 525 | $1.19 | $624.75 | $0.00 | 5.25% |
| Clover Health Investments<br>Estimated Yield: 0.00% | CLOV | Margin | 335 | $7.50 | $2,512.50 | $0.00 | 21.10% |
| Ault Global Holdings<br>Estimated Yield: 0.00% | DPW | Margin | 150 | $2.31 | $346.50 | $0.00 | 2.91% |
| Fubo TV<br>Estimated Yield: 0.00% | FUBO | Margin | 15 | $29.81 | $447.15 | $0.00 | 3.76% |
| Hippo<br>Estimated Yield: 0.00% | HIPO | Margin | 130 | $4.25 | $552.50 | $0.00 | 4.64% |
| Lipocine<br>Estimated Yield: 0.00% | LPCN | Margin | 100 | $1.04 | $104.00 | $0.00 | 0.87% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 785 | $4.70 | $3,689.50 | $0.00 | 30.99% |
| MMAT Preferred Shares<br>Estimated Yield: 0.00% | MMTLP | Margin | 385 | $1.28 | $492.80 | $0.00 | 4.14% |
| Matterport<br>Estimated Yield: 0.00% | MTTR | Margin | 40 | $22.45 | $898.00 | $0.00 | 7.54% |
| Penn National Gaming<br>Estimated Yield: 0.00% | PENN | Margin | 1 | $71.60 | $71.60 | $0.00 | 0.60% |
| Predictive Oncology<br>Estimated Yield: 0.00% | POAI | Margin | 340 | $1.26 | $428.40 | $0.00 | 3.60% |
| Paysafe<br>Estimated Yield: 0.00% | PSFE | Margin | 17 | $7.80 | $132.60 | $0.00 | 1.11% |
| PolarityTE<br>Estimated Yield: 0.00% | PTE | Margin | 100 | $0.56 | $56.00 | $0.00 | 0.47% |
| Rocket Lab USA<br>Estimated Yield: 0.00% | RKLB | Margin | 1 | $14.05 | $14.05 | $0.00 | 0.12% |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Summit Therapeutics<br>Unsolicited, CUSIP: 86627T108 | SMMT | Margin | Buy | 05/24/2021 | 10 | $7.74 | $77.42 | |
| AcelRx Pharmaceuticals<br>Unsolicited, CUSIP: 00444T100 | ACRX | Margin | Buy | 05/25/2021 | 5 | $1.26 | $6.30 | |
| Allied Esports Entertainment<br>Unsolicited, CUSIP: 019170109 | AESE | Margin | Sell | 05/25/2021 | 55 | $2.29 | | $126.09 |
| Ault Global Holdings<br>Unsolicited, CUSIP: 05150X104 | DPW | Margin | Buy | 05/25/2021 | 5 | $2.56 | $12.80 | |
| FinVolution Group<br>Unsolicited, CUSIP: 31810T101 | FINV | Margin | Buy | 05/25/2021 | 5 | $7.59 | $37.95 | |
| FinVolution Group<br>Unsolicited, CUSIP: 31810T101 | FINV | Margin | Buy | 05/25/2021 | 5 | $7.59 | $37.95 | |
| Fubo TV<br>Unsolicited, CUSIP: 359530104 | FUBO | Margin | Buy | 05/25/2021 | 1 | $20.79 | $20.79 | |
| Fubo TV<br>Unsolicited, CUSIP: 359530104 | FUBO | Margin | Buy | 05/25/2021 | 1 | $20.76 | $20.76 | |
| Torchlight Energy Resources<br>Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 05/25/2021 | 5 | $2.33 | $11.64 | |
| Torchlight Energy Resources<br>Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 05/25/2021 | 5 | $2.28 | $11.40 | |
| Chembio<br>Unsolicited, CUSIP: 163572209 | CEMI | Margin | Sell | 05/26/2021 | 10 | $3.14 | | $31.40 |
| Gores Holdings VI<br>Unsolicited, CUSIP: 38286R105 | GHVI | Margin | Buy | 05/26/2021 | 1 | $14.32 | $14.32 | |
| Gores Holdings VI<br>Unsolicited, CUSIP: 38286R105 | GHVI | Margin | Buy | 05/26/2021 | 1 | $14.29 | $14.29 | |
| **Total Funds Paid and Received** | | | | | | | **$1,277.91** | **$803.92** |

Page 1 of 12

# Robinhood 

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

11/01/2021 to 11/30/2021
**RICKY OSBORNE** Account #:775963309
7602 Union Mills Rd SE, Olympia, WA 98503

▣ Options        ▪ Equities        ▪ Cash and Cash Equivalents

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $26.55 | $215.17 |
| Total Securities | $11,879.30 | $10,584.81 |
| **Portfolio Value** | **$11,905.85** | **$10,799.98** |

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

## Portfolio Allocation



Cash and Cash
Equivalents
1.99%

Equities
98.01%

Options
0.00%

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| AcelRx Pharmaceuticals<br>Estimated Yield: 0.00% | ACRX | Margin | 600 | $0.65 | $391.08 | $0.00 | 3.62% |
| Atossa Therapeutics<br>Estimated Yield: 0.00% | ATOS | Margin | 40 | $2.27 | $90.80 | $0.00 | 0.84% |
| BioHiTech Global<br>Estimated Yield: 0.00% | BHTG | Margin | 535 | $0.90 | $481.45 | $0.00 | 4.46% |
| Clover Health Investments<br>Estimated Yield: 0.00% | CLOV | Margin | 380 | $4.96 | $1,884.80 | $0.00 | 17.45% |
| Ault Global Holdings<br>Estimated Yield: 0.00% | DPW | Margin | 150 | $1.78 | $267.00 | $0.00 | 2.47% |
| Fubo TV<br>Estimated Yield: 0.00% | FUBO | Margin | 15 | $19.62 | $294.30 | $0.00 | 2.73% |
| Hippo<br>Estimated Yield: 0.00% | HIPO | Margin | 140 | $3.66 | $512.40 | $0.00 | 4.74% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 1,120 | $3.67 | $4,110.40 | $0.00 | 38.06% |
| MMAT Preferred Shares<br>Estimated Yield: 0.00% | MMTLP | Margin | 385 | $1.87 | $719.95 | $0.00 | 6.67% |
| Matterport<br>Estimated Yield: 0.00% | MTTR | Margin | 15 | $32.38 | $485.70 | $0.00 | 4.50% |
| Penn National Gaming<br>Estimated Yield: 0.00% | PENN | Margin | 1 | $51.23 | $51.23 | $0.00 | 0.47% |
| Predictive Oncology<br>Estimated Yield: 0.00% | POAI | Margin | 340 | $1.03 | $350.20 | $0.00 | 3.24% |
| Paysafe<br>Estimated Yield: 0.00% | PSFE | Margin | 40 | $3.63 | $145.20 | $0.00 | 1.34% |
| Sunworks<br>Estimated Yield: 0.00% | SUNW | Margin | 40 | $4.58 | $183.20 | $0.00 | 1.70% |
| Taseko Mines<br>Estimated Yield: 0.00% | TGB | Margin | 150 | $2.09 | $313.50 | $0.00 | 2.90% |
| Tilray<br>Estimated Yield: 0.00% | TLRY | Margin | 30 | $10.12 | $303.60 | $0.00 | 2.81% |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| AcelRx Pharmaceuticals CUSIP: 00444T100 | ACRX | Margin | Buy | 10/28/2021 | 5 | $0.89 | $4.45 | |
| Lipocine CUSIP: 53630X104 | LPCN | Margin | Sell | 10/28/2021 | 100 | $1.04 | | $104.00 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/28/2021 | 5 | $4.42 | $22.10 | |
| Paysafe CUSIP: G6964L107 | PSFE | Margin | Buy | 10/28/2021 | 3 | $7.44 | $22.32 | |
| PolarityTE CUSIP: 731094108 | PTE | Margin | Sell | 10/28/2021 | 100 | $0.55 | | $54.99 |
| Atossa Therapeutics CUSIP: 04962H506 | ATOS | Margin | Buy | 10/29/2021 | 5 | $2.58 | $12.89 | |
| Atossa Therapeutics CUSIP: 04962H506 | ATOS | Margin | Buy | 10/29/2021 | 5 | $2.56 | $12.80 | |
| Matterport CUSIP: 577096100 | MTTR | Margin | Sell | 10/29/2021 | 5 | $21.96 | | $109.80 |
| Matterport CUSIP: 577096100 | MTTR | Margin | Sell | 10/29/2021 | 5 | $22.25 | | $111.25 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/29/2021 | 5 | $4.51 | $22.54 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/29/2021 | 5 | $4.50 | $22.50 | |
| Clover Health Investments CUSIP: 18914F103 | CLOV | Margin | Buy | 11/02/2021 | 5 | $7.53 | $37.65 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/02/2021 | 5 | $4.92 | $24.58 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/02/2021 | 5 | $4.91 | $24.55 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/02/2021 | 5 | $4.88 | $24.40 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| CUSIP: 59134N104 | | | | | | | | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/03/2021 | 5 | $4.87 | $24.35 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/03/2021 | 5 | $4.84 | $24.20 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/03/2021 | 5 | $4.84 | $24.20 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/03/2021 | 5 | $4.88 | $24.40 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/03/2021 | 5 | $4.87 | $24.35 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/04/2021 | 5 | $4.87 | $24.35 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/04/2021 | 1 | $4.86 | $4.86 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/04/2021 | 5 | $4.85 | $24.25 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/04/2021 | 4 | $4.88 | $19.52 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/04/2021 | 3 | $4.87 | $14.61 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/04/2021 | 1 | $4.88 | $4.88 | |
| Rocke... CUSIP: | | | | | | | | $15.75 |
| Clos... Cro... | | | | | | | | |
| Me... CUSIP: 57096100 | MTTR | Margin | | | | | | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/05/2021 | 1 | $4.83 | $4.83 | |
| ACH Deposit | | Margin | ACH | 11/12/2021 | | | | $400.00 |
| ~~CUSIP: 18914F103~~ | ~~GEO~~ | Margin | | | | | | |
| Matterport CUSIP: 577096100 | | | | | | | | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/11/2021 | 2 | $4.73 | $9.46 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/11/2021 | 2 | $4.72 | $9.44 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/11/2021 | 1 | $4.71 | $4.71 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/10/2021 | 3 | $4.90 | $14.72 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/10/2021 | 2 | $4.79 | $9.58 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/10/2021 | 10 | $4.80 | $48.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/10/2021 | 5 | $4.77 | $23.85 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/10/2021 | 5 | $4.73 | $23.65 | |
| ACH Deposit | | Margin | ACH | 11/16/2021 | | | | $300.00 |
| ACH Deposit | | Margin | ACH | 11/16/2021 | | | | $500.00 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/12/2021 | 10 | $4.77 | $47.70 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Paysafe CUSIP: 70904L107 | PSFE | Margin | Buy | 11/12/2021 | 10 | $4.78 | $47.80 | |
| AcelRx Pharmaceuticals CUSIP: 00447A307 | ACRX | Margin | Buy | 11/15/2021 | 10 | $0.72 | $20.34 | |
| Clover Health Investments CUSIP: 18914F103 | CLOV | Margin | Buy | 11/15/2021 | | $6.92 | $10.04 | |
| Clover Health Investments CUSIP: 18914F103 | CLOV | Margin | | 11/15/2021 | | | | |
| Hippo CUSIP: | HIPO | Margin | | 11/15/2021 | 10 | $3.87 | $38.70 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/15/2021 | 5 | $4.80 | $24.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/15/2021 | 5 | $4.76 | $23.83 | |
| Paysafe CUSIP: 70904L107 | PSFE | | Buy | 11/15/2021 | 10 | $4.40 | $44.00 | |
| Clover Health Investments CUSIP: 18914F103 | CLOV | Margin | | 11/16/2021 | | | | |
| Clover Health Investments CUSIP: 18914F103 | CLOV | Margin | Buy | 11/16/2021 | | | $24.00 | |
| Clover Health Investments CUSIP: 18914F103 | CLOV | Margin | | 11/16/2021 | 5 | $6.94 | $34.70 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/16/2021 | 10 | $4.36 | $43.60 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/16/2021 | 10 | $4.39 | $43.90 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/16/2021 | 20 | $4.42 | $88.39 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/16/2021 | 10 | $4.40 | $44.05 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/16/2021 | 20 | $4.48 | $89.60 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/16/2021 | 10 | $4.46 | $44.65 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/16/2021 | 10 | $4.58 | $45.85 | |
| ██████████ | | | | | | | | |
| ██████████ | | | | | | | | |
| ██████████ | | | | | | | | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/17/2021 | 5 | $4.49 | $22.45 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/17/2021 | 5 | $4.41 | $22.05 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/17/2021 | 6 | $4.40 | $26.40 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/17/2021 | 4 | $4.39 | $17.56 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/17/2021 | 2 | $4.37 | $8.74 | |
| ██████████ | | | | | | | | |
| ██████████ | | | | | | | | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/18/2021 | 3 | $4.29 | $12.87 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/18/2021 | 5 | $4.29 | $21.45 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/18/2021 | 5 | $4.20 | $21.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/19/2021 | 5 | $4.19 | $20.95 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/19/2021 | 3 | $4.17 | $12.51 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/19/2021 | 2 | $4.16 | $8.32 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/22/2021 | 5 | $4.05 | $20.25 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/22/2021 | 5 | $4.02 | $20.10 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/22/2021 | 10 | $3.97 | $39.70 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/22/2021 | 1 | $3.90 | $3.90 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/22/2021 | 1 | $3.88 | $3.88 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/22/2021 | 3 | $3.97 | $11.91 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/23/2021 | 5 | $3.78 | $18.90 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/23/2021 | 5 | $3.75 | $18.75 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/23/2021 | 8 | $3.72 | $29.76 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/23/2021 | 2 | $3.69 | $7.38 | |
| Me~~ta~~ CUSIP: 577036100 | ~~MMAT~~ | ~~~~ | ~~Sell~~ | 11/24/2021 | | | | ~~~~ |
| ACH Deposit | | Margin | ACH | 11/30/2021 | | | | $150.00 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/26/2021 | 5 | $3.93 | $19.65 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/26/2021 | 6 | $3.92 | $23.52 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/26/2021 | 9 | $3.90 | $35.10 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/26/2021 | 1 | $3.89 | $3.89 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/26/2021 | 1 | $3.89 | $3.89 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/26/2021 | 4 | $3.89 | $15.56 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/26/2021 | 4 | $3.86 | $15.44 | |
| **Total Funds Paid and Received** | | | | | | | **$2,038.37** | **$2,226.99** |

**Executed Trades Pending Settlement**
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | Margin | Buy | 11/29/2021 | 12/01/2021 | 10 | $3.77 | $37.70 | |
| Meta Materials CUSIP: 59134N104 | Margin | Buy | 11/29/2021 | 12/01/2021 | 3 | $3.74 | $11.24 | |
| Meta Materials CUSIP: 59134N104 | Margin | Buy | 11/30/2021 | 12/02/2021 | 2 | $3.55 | $7.10 | |
| Meta Materials CUSIP: 59134N104 | Margin | Buy | 11/30/2021 | 12/02/2021 | 5 | $3.51 | $17.54 | |
| Meta Materials CUSIP: 59134N104 | Margin | Buy | 11/30/2021 | 12/02/2021 | 5 | $3.49 | $17.45 | |
| Total Executed Trades Pending Settlement | | | | | | | $91.03 | $0.00 |



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 12, 2022**                    Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8492 INDIVIDUAL**

**RICKY  OSBORNE**

9900162337

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. 22012-0DHVVN | TYPE 1* | REG.REP. WO# | TRADE DATE 01-12-22 | SETTLEMENT DATE 01-14-22 | CUSIP NO. 59134N104 | ORDER NO. 22012-F708V | | |
|---|---|---|---|---|---|---|---|---|

| | | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|---|
| You Bought | 10 | | META MATERIALS INC COM | Principal Amount | 22.80 |
| at | 2.2800 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 22.80 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900162337

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8492**  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z19468492   00   000

**Transaction Confirmation**
**Confirm Date: January 5, 2022**

Page 2 of 2

Brokerage Account Number
**\*\*\*\*\*8492 INDIVIDUAL**

**RICKY  OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22005-0FN78F | 1* | WO# | 01-05-22 | 01-07-22 | 59134N104 | 22005-HC08D | | |

You Bought

at

Symbol:
MMAT

10

2.6200

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount
Settlement Amount

26.20
26.20

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900241106

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 5, 2022**

Page 1 of 2

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY OSBORNE**

9900241106

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

Online                                        Fidelity.com
FAST®-Automated Telephone        800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22005-0DG4VV | 1* | WO# | 01-05-22 | 01-07-22 | 59134N104 | 22005-FSP5S | | |

You Bought      35

at      2.7000

Symbol:
MMAT

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount      94.50
Settlement Amount      94.50

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22005-0FF3XG | 1* | WO# | 01-05-22 | 01-07-22 | 59134N104 | 22005-GLRMN | | |

You Bought      15

at      2.6600

Symbol:
MMAT

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount      39.90
Settlement Amount      39.90

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900241106

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8492   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z19468492  00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 6, 2022**                          Page 1 of 1

Brokerage Account Number
*****8492 **INDIVIDUAL**

9900206468

**RICKY OSBORNE**

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

Online                                  Fidelity.com
FAST®-Automated Telephone               800-544-5555
Customer Service                        800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22006-0FZ6HJ | 1* | WO# | 01-06-22 | 01-10-22 | 59134N104 | 22006-HQ1CN | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 25 | META MATERIALS INC COM | Principal Amount | 62.25 |
| at | 2.4900 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 62.25 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE              9900206468

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8492 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z19468492    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 14, 2022**

Page 1 of 1

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY OSBORNE**

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

9900198083

Online                                     Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service                     800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22014-0C9WJB | 1* | WO# | 01-14-22 | 01-19-22 | 59134N104 | 22014-GNHJQ | | |

|  |  |  |  |
|---|---|---|---|
| You Bought | 30 | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM | Principal Amount     61.44 |
| at | 2.0480 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount    61.44 |
| Symbol: |  | WE HAVE ACTED AS AGENT. |  |
| MMAT |  |  |  |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900198083

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8492 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z19468492  00  000

**Transaction Confirmation**
**Confirm Date: July 12, 2022**                                          Page 2 of 2

Brokerage Account Number
**\*\*\*\*\*8492 INDIVIDUAL**

**RICKY  OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22193-0CPJ3P | 1* | L## | 07-12-22 | 07-14-22 | 59134N104 | 22193-DVG26 | | |

You Bought                      DESCRIPTION and DISCLOSURES       Principal Amount        140.00
                 140         META MATERIALS INC COM            Settlement Amount       140.00
       at       1.0000       ISIN #US59134N1046 SEDOL #BKSCVX7
Symbol:                      WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900115097

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: July 18, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8492 INDIVIDUAL**

**RICKY  OSBORNE**

9900163950

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

Online                                              Fidelity.com
FAST®-Automated Telephone        800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO. 22199-0CZTSF | TYPE 1* | REG.REP. L## | TRADE DATE 07-18-22 | SETTLEMENT DATE 07-20-22 | CUSIP NO. 59134N104 | ORDER NO. 22199-DSVVB | | |
|---|---|---|---|---|---|---|---|---|

You Bought

50

at

.9900

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          49.50
Settlement Amount       49.50

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900163950

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*8492**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z19468492    00   000



**Fidelity**
INVESTMENTS®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 17, 2022**

Page 1 of 1

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY OSBORNE**

9900121012

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22321-ODQPKL | 1* | WZ# | 11-17-22 | 11-21-22 | 59134N104 | 22321-HDY89 | | |

You Bought

|  | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|
| 10 | META MATERIALS INC COM | Principal Amount | 16.80 |
| at   1.6800 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 16.80 |
|  | WE HAVE ACTED AS AGENT. | | |

Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900121012

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8492  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z19468492  00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 17, 2022**                                    Page 1 of 1

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY  OSBORNE**

9900121012

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22321-ODQPKL | 1* | WZ# | 11-17-22 | 11-21-22 | 59134N104 | 22321-HDY89 | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 10 | META MATERIALS INC COM | Principal Amount | 16.80 |
| at | 1.6800 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 16.80 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900121012

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8492    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 16, 2022**

Page 1 of 1

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY  OSBORNE**

9900152606

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22320-0F8MZM | 1* | L## | 11-16-22 | 11-18-22 | 59134N104 | 22320-HT86S | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 10 | META MATERIALS INC COM | Principal Amount | 17.70 |
| at | 1.7700 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 17.70 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900152606

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8492   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z19468492   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 18, 2022**

Page 1 of 1

Brokerage Account Number
*****8492 INDIVIDUAL

9900269932

**RICKY  OSBORNE**

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

Online                                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service               800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22018-ODDX7V | 1* | WO# | 01-18-22 | 01-20-22 | 59134N104 | 22018-FOQ6V | | |

DESCRIPTION and DISCLOSURES

You Bought
   20
 at 2.0900
Symbol:
MMAT

META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal  Amount  41.80
Settlement Amount  41.80

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22018-ODMVZN | 1* | WO# | 01-18-22 | 01-20-22 | 59134N104 | 22018-GL87X | | |

DESCRIPTION and DISCLOSURES

You Bought
   10
 at 2.0600
Symbol:
MMAT

META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal  Amount  20.60
Settlement Amount  20.60

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE  9900269932

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8492    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z19468492   00   000



**Fidelity**
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 29, 2022**                    Page 1 of 1

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY OSBORNE**

9900117092

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

Online                                    Fidelity.com
FAST®-Automated Telephone                 800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22180-OCLKDM | 1* | L## | 06-29-22 | 07-01-22 | 59134N104 | 22180-HDD4X | | |

You Bought          30          DESCRIPTION and DISCLOSURES
                                META MATERIALS INC COM              Principal Amount          30.90
          at       1.0300       ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount         30.90
Symbol:                         WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                        9900117092

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE                          If you are eligible to make a deposit, please use this form for
1816 FAIRVIEW ST NE                    investments in your brokerage account *****8492    only.
OLYMPIA WA 98506-3488

| AMOUNT OF INVESTMENT | $ |
|---|---|

                                       If there are sufficient funds in your brokerage core account
                                       (or margin account), Fidelity will use those funds to cover
                                       the trade(s) on this confirm. If you wish to deposit
FIDELITY INVESTMENTS                   additional money, use this deposit slip and make checks
PO BOX 770001                          payable to: NATIONAL FINANCIAL SERVICES LLC.
CINCINNATI OH  45277-0003              Deposits will be made to the account listed above. Please
                                       mail checks to the Fidelity address on this form. Refer to the
                                       last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

                                                    099  0Z19468492   00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 9, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8492 INDIVIDUAL**

**RICKY OSBORNE**

9900132765

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22160-0CVMPF | 1* | L## | 06-09-22 | 06-13-22 | 59134N104 | 22160-HJWYM | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 5 | META MATERIALS INC COM | Principal Amount | 7.85 |
| at | 1.5700 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 7.85 |
| Symbol : | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900132765

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*8492**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z19468492  00  000



**Fidelity**
INVESTMENTS®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 5, 2022**                  Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8492 INDIVIDUAL**

**RICKY OSBORNE**

9900164747

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

Online                                      Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service                      800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22339-0FWCKL | 1* | WZ# | 12-05-22 | 12-07-22 | 59134N104 | 22339-HP4FM | | |

| | DESCRIPTION and DISCLOSURES | |
|---|---|---|
| You Bought            2 | META MATERIALS INC COM | Principal Amount            3.36 |
| at      1.6800 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount          3.36 |
| Symbol : | WE HAVE ACTED AS AGENT. | |
| MMAT | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                  9900164747

---

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8492**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z19468492  00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 16, 2022**    Page 1 of 1

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY OSBORNE**

9900152606

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

Online                                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                     800-544-6666

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22320-0F8MZM | 1* | L## | 11-16-22 | 11-18-22 | 59134N104 | 22320-HT86S | | |

You Bought        10
       at   1.7700
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount        17.70
Settlement Amount        17.70

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900152606

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8492    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z19468492   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 5, 2022**

Page 1 of 1

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY OSBORNE**

9900164747

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

Online                                    Fidelity.com
FAST®-Automated Telephone        800-544-5555
Customer Service                      800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22339-OFWCKL | 1* | WZ# | 12-05-22 | 12-07-22 | 59134N104 | 22339-HP4FM | | |

You Bought            2
           at    1.6800
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount                3.36
Settlement Amount              3.36

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE.

9900164747

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8492    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z19468492    00   000



**Fidelity**
**INVESTMENTS**

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 7, 2022**

Page 1 of 1

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY OSBORNE**

9900189497

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

Online                              Fidelity.com
FAST®-Automated Telephone           800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22038-0FDK4V | 1* | WO# | 02-07-22 | 02-09-22 | 59134N104 | 22038-FPMWL | | |

| | | | DESCRIPTION and DISCLOSURES | | | | |
|---|---|---|---|---|---|---|---|
| You Bought | 5 | | META MATERIALS INC COM | | Principal Amount | | 8.30 |
| at | 1.6600 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | 8.30 |
| Symbol : | | | WE HAVE ACTED AS AGENT. | | | | |
| MMAT | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900189497

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8492   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z19468492   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 1, 2022**                     Page 1 of 1

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY OSBORNE**

9900207632

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

Online                            Fidelity.com
FAST®-Automated Telephone         800-544-5555
Customer Service                  800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22060-0D2MGF | 1* | WO# | 03-01-22 | 03-03-22 | 59134N104 | 22060-HKKCS | | |

DESCRIPTION and DISCLOSURES

You Bought              10        META MATERIALS INC COM          Principal Amount          21.00
         at        2.1000        ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount          21.00
Symbol:                          WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900207632

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE                    If you are eligible to make a deposit, please use this form for
1816 FAIRVIEW ST NE              investments in your brokerage account *****8492   only.
OLYMPIA WA 98506-3488

AMOUNT OF INVESTMENT | $

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
FIDELITY INVESTMENTS             additional money, use this deposit slip and make checks
PO BOX 770001                    payable to: NATIONAL FINANCIAL SERVICES LLC.
CINCINNATI OH  45277-0003        Deposits will be made to the account listed above.  Please
                                 mail checks to the Fidelity address on this form. Refer to the
                                 last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z19468492   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 14, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8492 INDIVIDUAL**

9900167300

**RICKY OSBORNE**

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

| Online | Fidelity.com |
|--------|--------------|
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22045-0C7G6S | 1* | WO# | 02-14-22 | 02-16-22 | 59134N104 | 22045-F1ZXJ | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 44.13 |
| at | 25 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 44.13 |
| | 1.7650 | WE HAVE ACTED AS AGENT. | | |
| Symbol : | | | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900167300

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*8492**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z19468492   00  000



**Fidelity**
INVESTMENTS®

PO Box 28019
Albuquerque, NM 87125-8019

9900180458

**Transaction Confirmation**
**Confirm Date: February 10, 2022**

Page 1 of 1

Brokerage Account Number
*****8492 **INDIVIDUAL**

**RICKY OSBORNE**

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22041-OD5XDW | 1* | WO# | 02-10-22 | 02-14-22 | 59134N104 | 22041-JHT1D | | |

|  |  | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 40 | META MATERIALS INC COM | Principal Amount | 74.67 |
| at | 1.8668 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 74.67 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900180458

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8492    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z19468492   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 13, 2022**

Page 1 of 1

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY OSBORNE**

9900186434

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

Online                                      Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22013-0C3SRC | 1* | WO# | 01-13-22 | 01-18-22 | 59134N104 | 22013-F8XTX | | |

You Bought       10    DESCRIPTION and DISCLOSURES
                      META MATERIALS INC COM
     at     2.1800     ISIN #US59134N1046 SEDOL #BKSCVX7
Symbol:            WE HAVE ACTED AS AGENT.
MMAT

Principal Amount       21.80
Settlement Amount    21.80

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE     9900186434

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8492   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z19468492   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 19, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8492 INDIVIDUAL**

9900197287

**RICKY  OSBORNE**

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

Online                                           Fidelity.com
FAST®-Automated Telephone          800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22019-OD8HFX | 1* | WO# | 01-19-22 | 01-21-22 | 59134N104 | 22019-GHKSX | | |

| | DESCRIPTION and DISCLOSURES | |
|---|---|---|
| You Bought        20 | META MATERIALS INC COM | Principal Amount         40.60 |
|              at   2.0300 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount         40.60 |
| Symbol : | WE HAVE ACTED AS AGENT. | |
| MMAT | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900197287

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8492**  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z19468492   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 20, 2022**                      Page 1 of 2

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY OSBORNE**

9900199904

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

Online                          Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service               800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22020-ODBG1D | 1* | WO# | 01-20-22 | 01-24-22 | 59134N104 | 22020-F79KB | | |

You Bought                  25         DESCRIPTION and DISCLOSURES
                                       META MATERIALS INC COM            Principal Amount          50.75
      at          2.0300    ISIN #US59134N1046 SEDOL #BKSCVX7  Settlement Amount         50.75
Symbol:                                WE HAVE ACTED AS AGENT.
MMAT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22020-ODMOGP | 1* | WO# | 01-20-22 | 01-24-22 | 59134N104 | 22020-GKQFQ | | |

You Bought                  10         DESCRIPTION and DISCLOSURES
                                       META MATERIALS INC COM            Principal Amount          20.20
      at          2.0200    ISIN #US59134N1046 SEDOL #BKSCVX7  Settlement Amount         20.20
Symbol:                                WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE            9900199904

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8492   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z19468492    00   000

**Transaction Confirmation**
**Confirm Date: January 20, 2022**                    Page 2 of 2

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY  OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22020-0DPP7J | 1* | WO# | 01-20-22 | 01-24-22 | 59134N104 | 22020-GQXWB | | |

| | | | DESCRIPTION and DISCLOSURES | | | | |
|---|---|---|---|---|---|---|---|
| You Bought | | 15 | META MATERIALS INC COM | | Principal Amount | | 30.15 |
| at | | 2.0100 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | 30.15 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | |
| MMAT | | | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22020-0DWNQR | 1* | WO# | 01-20-22 | 01-24-22 | 59134N104 | 22020-G1FND | | |

| | | | DESCRIPTION and DISCLOSURES | | | | |
|---|---|---|---|---|---|---|---|
| You Bought | | 25 | META MATERIALS INC COM | | Principal Amount | | 49.75 |
| at | | 1.9900 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | 49.75 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | |
| MMAT | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9800199904

**REMITTANCE COUPON**



**Fidelity**
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 21, 2022**

Page 1 of 1

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY OSBORNE**

9900273829

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22021-0FCC8M | 1* | WO# | 01-21-22 | 01-25-22 | 59134N104 | 22021-JWN1B | | |

| DESCRIPTION and DISCLOSURES | |
|---|---|
| You Bought      20 | META MATERIALS INC COM | Principal Amount      35.40 |

You Bought      20
        at      1.7699
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount      35.40
Settlement Amount      35.40

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22021-0FCZLH | 1* | WO# | 01-21-22 | 01-25-22 | 59134N104 | 22021-JXG6Q | | |

You Bought      55
        at      1.7600
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount      96.80
Settlement Amount      96.80

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900273829

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8492    only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z19468492    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 25, 2022**

Page 1 of 1

Brokerage Account Number
*****8492 **INDIVIDUAL**

**RICKY OSBORNE**

9900195423

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22025-0DBCVB | 1* | WO# | 01-25-22 | 01-27-22 | 59134N104 | 22025-FS8KN | | |

|  | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|
| You Bought | 5 | META MATERIALS INC COM | Principal Amount | 8.30 |
|  |  | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 8.30 |
| at | 1.6600 | WE HAVE ACTED AS AGENT. | | |
| Symbol: | | | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900195423

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8492   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z19468492   00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 22, 2023**

Page 1 of 1

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY OSBORNE**

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

9900157199

Online                                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23326-OF7ZLH | 1* | WO# | 11-22-23 | 11-27-23 | 59134N104 | 23326-DTJQP | | |

|  |  | DESCRIPTION and DISCLOSURES |  |  |
|---|---|---|---|---|
| You Bought | 150 | META MATERIALS INC COM | Principal Amount | 11.82 |
|  | .0788 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 11.82 |
| at | | WE HAVE ACTED AS AGENT. | | |
| Symbol: | | | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE              9900157199

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8492    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z19468492    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 6, 2023**                    Page 1 of 1

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY OSBORNE**

9900144645

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                         Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service               800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23340-0DN4SG | 1* | WO# | 12-06-23 | 12-08-23 | 59134N104 | 23340-DTS23 | | |

You Bought                DESCRIPTION and DISCLOSURES
                320       META MATERIALS INC COM              Principal Amount      20.06
        at    .0627       ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount     20.06
Symbol:                   WE HAVE ACTED AS AGENT.
MMAT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23340-0FJCKF | 1* | WO# | 12-06-23 | 12-08-23 | 59134N104 | 23340-DSTY6 | | |

You Bought                DESCRIPTION and DISCLOSURES
                500       META MATERIALS INC COM              Principal Amount      31.85
        at    .0637       ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount     31.85
Symbol:                   WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900144645

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8492   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z19468492   00   000



**Fidelity**
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 4, 2023**                    Page 1 of 1

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY OSBORNE**

9900134507

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                    Fidelity.com
FAST®-Automated Telephone                 800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO. 23277-OD8SSS | TYPE 1* | REG.REP. WO# | TRADE DATE 10-04-23 | SETTLEMENT DATE 10-06-23 | CUSIP NO. 59134N104 | ORDER NO. 23277-HHLS8 | | |
|---|---|---|---|---|---|---|---|---|

**DESCRIPTION and DISCLOSURES**

You Bought         3         META MATERIALS INC COM          Principal Amount          0.65
                             ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount        0.65
         at     .2175        WE HAVE ACTED AS AGENT.
Symbol:
MMAT

| REFERENCE NO. 23277-OD9GVX | TYPE 1* | REG.REP. WO# | TRADE DATE 10-04-23 | SETTLEMENT DATE 10-06-23 | CUSIP NO. 59134N104 | ORDER NO. 23277-HHRPX | | |
|---|---|---|---|---|---|---|---|---|

**DESCRIPTION and DISCLOSURES**

You Bought        20         META MATERIALS INC COM          Principal Amount          4.34
                             ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount        4.34
         at     .2172        WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900134507

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8492   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z19468492  00  000



**Fidelity**
*INVESTMENTS*®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 5, 2023**                    Page 1 of 1

Brokerage Account Number
\*\*\*\*\*8492 INDIVIDUAL

**RICKY OSBORNE**

9900129043

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY, WA 98503-1864

Online                          Fidelity.com
FAST®-Automated Telephone        800-544-5555
Customer Service                 800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | $ |
|---|---|---|---|---|---|---|---|
| 23278-0D42DW | 1* | WO# | 10-05-23 | 10-10-23 | 59134N104 | 23278-HA392 | |

**You Bought**     20    .2166    at

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    4.33
Settlement Amount    4.33

Symbol:
MMAT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | $ |
|---|---|---|---|---|---|---|---|
| 23278-0D466T | 1* | WO# | 10-05-23 | 10-10-23 | 59134N104 | 23278-HA5JG | |

**You Bought**     300    .216599    at

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    64.98
Settlement Amount    64.98

Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE    9900129043

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account \*\*\*\*\*8492   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z19468492    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 16, 2023**                    Page 1 of 1

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY OSBORNE**

9900157874

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                Fidelity.com
FAST®-Automated Telephone             800-544-5555
Customer Service                      800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23289-0FS4XR | 1* | WO# | 10-16-23 | 10-18-23 | 59134N104 | 23289-HBLJK | | |

You Bought

    5

at   .2200

Symbol:
MMAT

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    1.10
Settlement Amount    1.10

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900157874

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8492   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z19468492  00  000



**Fidelity**
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

9900144246

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

**Transaction Confirmation**
**Confirm Date: October 20, 2023**

Page 1 of 1

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY OSBORNE**

Online                          Fidelity.com
FAST®-Automated Telephone       800-544-5555
Customer Service                800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23293-0HSTBR | 1* | WO# | 10-20-23 | 10-24-23 | 59134N104 | 23293-HLE01 | | |

You Bought

|  |  | DESCRIPTION and DISCLOSURES |  |  |
|---|---|---|---|---|

You Bought          10      META MATERIALS INC COM            Principal Amount        1.75
         at         .1748   ISIN #US59134N1046 SEDOL #BKSCVX7  Settlement Amount       1.75
Symbol :                    WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900144246

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8492 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z19468492   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 23, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8492 INDIVIDUAL**

**RICKY OSBORNE**

9900148980

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                           Fidelity.com
FAST®-Automated Telephone       800-544-5555
Customer Service                        800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23296-0G202N | 1* | WO# | 10-23-23 | 10-25-23 | 59134N104 | 23296-HEBDH | | |

| | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 0.74 |
| | 5 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 0.74 |
| at | .1477 | WE HAVE ACTED AS AGENT. | | |
| Symbol : | | | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                          9900148980

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8492** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z19468492   00 000

**Transaction Confirmation**
**Confirm Date: November 2, 2023**

Page 2 of 2

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23306-0JMQNQ | 1* | WO# | 11-02-23 | 11-06-23 | 59134N104 | 23306-HICN1 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| You Bought | | | DESCRIPTION and DISCLOSURES | | Principal Amount | 54.92 |
| | 505 | | META MATERIALS INC COM | | Settlement Amount | 54.92 |
| at | .10875 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | |
| MMAT | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900164379

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 2, 2023**

Page 1 of 2

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY  OSBORNE**

9900154379

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23306-0D9PPW | 1* | WO# | 11-02-23 | 11-06-23 | 59134N104 | 23306-DSWNC | | |

You Bought

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

| | |
|---|---|
| Principal Amount | 7.31 |
| Settlement Amount | 7.31 |

65
at
.1125

Symbol :
MMAT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23306-0D9XMD | 1* | WO# | 11-02-23 | 11-06-23 | 59134N104 | 23306-DSNHV | | |

You Bought

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

| | |
|---|---|
| Principal Amount | 135.00 |
| Settlement Amount | 135.00 |

1,200
at
.1125

Symbol :
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900154379

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8492   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z19468492  00  000



**Fidelity**
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 3, 2023**

Page 1 of 2

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY OSBORNE**

9900155854

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                     800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23307-0F2DSP | 1* | WO# | 11-03-23 | 11-07-23 | 59134N104 | 23307-DTRL7 | | |

You Bought             **DESCRIPTION and DISCLOSURES**
                 505        META MATERIALS INC COM              Principal Amount            55.05
        at      .1090     ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount           55.05
Symbol :                  WE HAVE ACTED AS AGENT.
MMAT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23307-147822 | 1* | WO# | 11-03-23 | 11-07-23 | 59134N104 | 23307-DVL82 | | |

You Bought             **DESCRIPTION and DISCLOSURES**
                 505        META MATERIALS INC COM              Principal Amount            54.79
        at      .1085     ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount           54.79
Symbol :                  WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900155854

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8492   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks

FIDELITY INVESTMENTS     payable to: NATIONAL FINANCIAL SERVICES LLC.
PO BOX 770001            Deposits will be made to the account listed above.  Please
CINCINNATI OH  45277-0003  mail checks to the Fidelity address on this form. Refer to the
                         last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z19468492   00   000

**Transaction Confirmation**
**Confirm Date: November 3, 2023**                    Page 2 of 2

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY  OSBORNE**

| REFERENCE NO. 23307-147823 | TYPE 1* | REG.REP. WO# | TRADE DATE 11-03-23 | SETTLEMENT DATE 11-07-23 | CUSIP NO. 59134N104 | ORDER NO. 23307-DVLTT | | |
|---|---|---|---|---|---|---|---|---|

You Bought       DESCRIPTION and DISCLOSURES
             505    META MATERIALS INC COM        Principal Amount    55.90
        at    .1107    ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount    55.90
Symbol :               WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE      9900155854

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 6, 2023**                    Page 1 of 1

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY OSBORNE**

9900159696

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                              Fidelity.com
FAST®-Automated Telephone                           800-544-5555
Customer Service                                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23310-0H504W | 1* | WO# | 11-06-23 | 11-08-23 | 59134N104 | 23310-DS89R | | |

You Bought                      DESCRIPTION and DISCLOSURES
                    800         META MATERIALS INC COM                Principal Amount          80.04
        at        .100053       ISIN #US59134N1046 SEDOL #BKSCVX7     Settlement Amount         80.04
Symbol :                        WE HAVE ACTED AS AGENT.
MMAT                            PARTIAL EXECUTION

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23310-133570 | 1* | WO# | 11-06-23 | 11-08-23 | 59134N104 | 23310-DS89R | | |

You Bought                      DESCRIPTION and DISCLOSURES
                    200         META MATERIALS INC COM                Principal Amount          20.02
        at         .10005       ISIN #US59134N1046 SEDOL #BKSCVX7     Settlement Amount         20.02
Symbol :                        WE HAVE ACTED AS AGENT.
MMAT                            PARTIAL EXECUTION

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900159696

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE                   If you are eligible to make a deposit, please use this form for
7602 UNION MILLS RD SE          investments in your brokerage account *****8492   only.
LACEY WA 98503-1864

                                | AMOUNT OF INVESTMENT | $                          |

                                If there are sufficient funds in your brokerage core account
                                (or margin account), Fidelity will use those funds to cover
                                the trade(s) on this confirm. If you wish to deposit
FIDELITY INVESTMENTS            additional money, use this deposit slip and make checks
PO BOX 770001                   payable to: NATIONAL FINANCIAL SERVICES LLC.
CINCINNATI OH  45277-0003       Deposits will be made to the account listed above. Please
                                mail checks to the Fidelity address on this form. Refer to the
                                last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z19468492   00   000



**Fidelity**
INVESTMENTS®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 22, 2023**

Page 1 of 1

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY OSBORNE**

9900157199

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                              Fidelity.com
FAST®-Automated Telephone           800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23326-0F7ZLH | 1* | WO# | 11-22-23 | 11-27-23 | 59134N104 | 23326-DTJQP | | |

|  | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 11.82 |

You Bought          150           META MATERIALS INC COM        Principal Amount         11.82
                                  ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount        11.82
       at          .0788          WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900157199

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8492   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z19468492   00   000


**Fidelity**
INVESTMENTS®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: November 30, 2023                    Page 1 of 1

Brokerage Account Number
*****8492 INDIVIDUAL

9900143893

**RICKY  OSBORNE**

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                  Fidelity.com
FAST®-Automated Telephone               800-544-5555
Customer Service                        800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23334-0GRCFX | 1* | WO# | 11-30-23 | 12-04-23 | 59134N104 | 23334-DRS7G | | |

DESCRIPTION and DISCLOSURES

You Bought          10        META MATERIALS INC COM          Principal Amount          0.96
      at         .0964      ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount        0.96
Symbol:                      WE HAVE ACTED AS AGENT.
MMAT

                    ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900143893

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8492   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

                                        099 0Z19468492   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 5, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8492 INDIVIDUAL**

**RICKY OSBORNE**

9900154295

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                          Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service                       800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23339-0FDC7B | 1* | WO# | 12-05-23 | 12-07-23 | 59134N104 | 23339-DRSCD | | |

DESCRIPTION and DISCLOSURES

| You Bought | | | | | |
|---|---|---|---|---|---|
| | 1,000 | META MATERIALS INC COM | | Principal Amount | 70.00 |
| at | .0700 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | 70.00 |
| Symbol : | | WE HAVE ACTED AS AGENT. | | | |
| MMAT | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                         9900154295

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*8492** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z19468492    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 12, 2023**

Page 1 of 1

Brokerage Account Number
*****8492 **INDIVIDUAL**

**RICKY OSBORNE**

9900131684

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23285-0HZJ4C | 1* | WO# | 10-12-23 | 10-16-23 | 59134N104 | 23285-HJXBH | | |

You Bought                    DESCRIPTION and DISCLOSURES
                    50        META MATERIALS INC COM                    Principal Amount                    10.84
          at        .2168    ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount                    10.84
Symbol :                      WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900131684

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8492    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z19468492    00    000



**Fidelity**
INVESTMENTS®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: October 13, 2023

Page 1 of 1

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY OSBORNE**

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

`9900130661

| | | Online | Fidelity.com |
|---|---|---|---|
| | | FAST®-Automated Telephone | 800-544-5555 |
| | | Customer Service | 800-544-6666 |

| REFERENCE NO. 23286-0FPVGL | TYPE 1* | REG.REP. WO# | TRADE DATE 10-13-23 | SETTLEMENT DATE 10-17-23 | CUSIP NO. 59134N104 | ORDER NO. 23286-HHL6A | | |
|---|---|---|---|---|---|---|---|---|

You Bought

50

at

.2139

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          10.70
Settlement Amount         10.70

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900130661

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8492   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z19468492   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 23, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

9900279518

**RICKY OSBORNE**

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                              Fidelity.com
FAST®-Automated Telephone          800-544-5555
Customer Service                              800-544-6666

| REFERENCE NO. 22327-0DQPLX | TYPE 1* | REG.REP. WO# | TRADE DATE 11-23-22 | SETTLEMENT DATE 11-28-22 | CUSIP NO. 59134N104 | ORDER NO. 22327-HOMYG | | |
|---|---|---|---|---|---|---|---|---|

You Bought

25

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM

Principal Amount          45.25
Settlement Amount        45.25

at        1.8100          ISIN #US59134N1046 SEDOL #BKSCVX7
                                   WE HAVE ACTED AS AGENT.

Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900279518

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00    000

**Transaction Confirmation**
**Confirm Date: November 18, 2022**

Page 2 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22322-0GXXZR | 1* | WO# | 11-18-22 | 11-22-22 | Y8162K204 | 22322-IBKR6 | | |

You Sold

DESCRIPTION and DISCLOSURES

STAR BULK CARRIERS CORP

at 19.5101

Principal Amount  409.71
0.01
Settlement Amount  409.70

Symbol:
SBLK

INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22322-0GXX0C | 1* | WO# | 11-18-22 | 11-22-22 | Y8162K204 | 22322-IBKR6 | | |

You Sold

DESCRIPTION and DISCLOSURES

STAR BULK CARRIERS CORP

at 19.5101

SPECIFIC SHARES

Principal Amount  12.06
Activity Assessment Fee  0.01
Settlement Amount  12.05

Symbol:
SBLK

INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22322-0G1XJZ | 1* | WO# | 11-18-22 | 11-22-22 | 59134N104 | 22322-HTLH0 | | |

You Bought

5

DESCRIPTION and DISCLOSURES

META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

at 1.6500

Principal Amount  8.25
Settlement Amount  8.25

Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900289902

**REMITTANCE COUPON**

**Transaction Confirmation**
**Confirm Date: November 28, 2022**                    Page 2 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22332-0FQ5GT | 1* | WO# | 11-28-22 | 11-30-22 | 59134N104 | 22332-HJ83W | | |

You Bought                DESCRIPTION and DISCLOSURES
       10    META MATERIALS INC COM          Principal Amount        18.30
   at  1.8297    ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount       18.30
Symbol:            WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE              9900344456

**REMITTANCE COUPON**



**Fidelity**
I N V E S T M E N T S ®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 30, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

9900337276

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                          Fidelity.com
FAST®-Automated Telephone          800-544-5555
Customer Service                        800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22334-0GVW7L | 1* | WO# | 11-30-22 | 12-02-22 | 59134N104 | 22334-HWTBC | | |

You Bought              5
       at       1.8650
Symbol :
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount                    9.33
Settlement Amount              9.33

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900337276

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*8152**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

**Transaction Confirmation**
**Confirm Date: December 1, 2022**                Page 2 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

| REFERENCE NO.<br>22335-QLOHLN | TYPE<br>1* | REG.REP.<br>WO# | TRADE DATE<br>12-01-22 | SETTLEMENT DATE<br>12-05-22 | CUSIP NO.<br>59134N104 | ORDER NO.<br>22335-HLKAQ | | |
|---|---|---|---|---|---|---|---|---|

You Bought                      DESCRIPTION and DISCLOSURES
                    5          META MATERIALS INC COM              Principal Amount          9.35
        at      1.8700         ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount         9.35
Symbol:                        WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE              9900388680

**REMITTANCE COUPON**

**Transaction Confirmation**
**Confirm Date: June 3, 2022**

Page 2 of 3

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

| REFERENCE NO. 22154-MF8TY8 | TYPE 1* | REG.REP. L## | TRADE DATE 06-03-22 | SETTLEMENT DATE 06-07-22 | CUSIP NO. 185899101 | ORDER NO. 22154-HYN72 | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 20 | DESCRIPTION and DISCLOSURES CLEVELAND-CLIFFS INC NEW COM | | Principal Amount | | | 455.00 |
| at | | 22.7500 | WE HAVE ACTED AS AGENT. | | Settlement Amount | | | 455.00 |
| Symbol: CLF | | | | | | | | |

| REFERENCE NO. 22154-JG3NVW | TYPE 1* | REG.REP. L## | TRADE DATE 06-03-22 | SETTLEMENT DATE 06-07-22 | CUSIP NO. 46817M107 | ORDER NO. 22154-HTTYC | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 5 | DESCRIPTION and DISCLOSURES JACKSON FINANCIAL INC COM CL A | | Principal Amount | | | 174.45 |
| at | | 34.8900 | WE HAVE ACTED AS AGENT. | | Settlement Amount | | | 174.45 |
| Symbol: JXN | | | | | | | | |

| REFERENCE NO. 22154-JVOSQX | TYPE 1* | REG.REP. L## | TRADE DATE 06-03-22 | SETTLEMENT DATE 06-07-22 | CUSIP NO. 577096100 | ORDER NO. 22154-HOK42 | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 25 | DESCRIPTION and DISCLOSURES MATTERPORT INC COM CL A | | Principal Amount | | | 137.25 |
| at | | 5.4900 | WE HAVE ACTED AS AGENT. | | Settlement Amount | | | 137.25 |
| Symbol: MTTR | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900310529

**REMITTANCE COUPON**

**Transaction Confirmation**
Confirm Date: June 3, 2022

Page 3 of 3

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22154-OCVXLZ | 1* | L## | 06-03-22 | 06-07-22 | 59134N104 | 22154-HVL86 | | |

You Bought          25
at   1.8400

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          46.00
Settlement Amount          46.00

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22154-OC758R | 1* | L## | 06-03-22 | 06-07-22 | 59134N104 | 22154-HTCGK | | |

You Bought          25
at   1.8000

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          45.00
Settlement Amount          45.00

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22154-KCK5DX | 1* | L## | 06-03-22 | 06-07-22 | 69608A108 | 22154-HODAO | | |

You Bought          25
at   8.9999

Symbol:
PLTR

DESCRIPTION and DISCLOSURES
PALANTIR TECHNOLOGIES INC CL A
WE HAVE ACTED AS AGENT.

Principal Amount          225.00
Settlement Amount          225.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900310529



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 6, 2022**                    Page 1 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY OSBORNE**

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                              Fidelity.com
FAST®-Automated Telephone          800-544-5555
Customer Service                              800-544-6666

9900387507

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22157-K70850 | 1* | L## | 06-06-22 | 06-08-22 | 037833100 | 22157-H11X2 | | |

You Bought
        2
   at   146.8300
Symbol:
AAPL

DESCRIPTION and DISCLOSURES
APPLE INC
WE HAVE ACTED AS AGENT.

Principal Amount     293.66
Settlement Amount   293.66

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22157-0CN94X | 1* | L## | 06-06-22 | 06-08-22 | 59134N104 | 22157-HT21F | | |

You Bought
     50
   at   1.7463
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount     87.32
Settlement Amount   87.32

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900387507

---

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00    000

**Transaction Confirmation**
**Confirm Date: September 16, 2022**                    Page 2 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

| REFERENCE NO. 22259-ODCDWK | TYPE 1* | REG.REP. L## | TRADE DATE 09-16-22 | SETTLEMENT DATE 09-20-22 | CUSIP NO. 59134N104 | ORDER NO. 22259-HJ8VW | | |
|---|---|---|---|---|---|---|---|---|

You Bought          DESCRIPTION and DISCLOSURES
          10          META MATERIALS INC COM                   Principal Amount          7.80
   at     .7800     ISIN #US59134N1046 SEDOL #BKSCVX7     Settlement Amount          7.80
Symbol :                  WE HAVE ACTED AS AGENT.
MMAT

| REFERENCE NO. 22259-LDFNGD | TYPE 1* | REG.REP. L## | TRADE DATE 09-16-22 | SETTLEMENT DATE 09-20-22 | CUSIP NO. 69608A108 | ORDER NO. 22259-HJY4C | | |
|---|---|---|---|---|---|---|---|---|

You Bought          DESCRIPTION and DISCLOSURES
         5          PALANTIR TECHNOLOGIES INC CL A          Principal Amount          39.00
   at     7.8000     WE HAVE ACTED AS AGENT.                 Settlement Amount          39.00
Symbol :
PLTR

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900374744

**REMITTANCE COUPON**



**Fidelity**
**INVESTMENTS**
PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: September 14, 2022**                    Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

9900305894                    **RICKY OSBORNE**

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                    Fidelity.com
FAST®-Automated Telephone              800-544-5555
Customer Service                       800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22257-HCMRNX | 1* | L## | 09-14-22 | 09-16-22 | 185899101 | 22257-HGBKZ | | |

You Bought                  DESCRIPTION and DISCLOSURES                    Principal Amount        46.65
                            CLEVELAND-CLIFFS INC NEW COM                   Settlement Amount       46.65
                            WE HAVE ACTED AS AGENT.
   at         15.5500
Symbol:
CLF

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22257-0C2C2F | 1* | L## | 09-14-22 | 09-16-22 | 59134N104 | 22257-HFYED | | |

You Bought          50      DESCRIPTION and DISCLOSURES                    Principal Amount        39.51
                            META MATERIALS INC COM                        Settlement Amount       39.51
                            ISIN #US59134N1046 SEDOL #BKSCVX7
   at         .7902         WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900305894

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00    000

**Transaction Confirmation**
**Confirm Date: November 7, 2022**

Page 2 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

| REFERENCE NO. 22311-0GW2JL | TYPE 1* | REG.REP. L## | TRADE DATE 11-07-22 | SETTLEMENT DATE 11-09-22 | CUSIP NO. 59134N104 | ORDER NO. 22311-HMNPN | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 25 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | Principal Amount | | | 36.50 |
| at | | 1.4600 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | | 36.50 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900394494

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 7, 2022**

Page 1 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY OSBORNE**

9900394494

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                      Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                   800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | |
|---|---|---|---|---|---|---|---|
| 22311-H5VRCK | 1* | L## | 11-07-22 | 11-09-22 | 577096100 | 22311-HQ28Y | |

DESCRIPTION and DISCLOSURES

You Bought        10     MATTERPORT...     Principal Amount     29.10

at    2.9100    WE HAVE ACTED AS AGENT.    Settlement Amount     29.10

Symbol:
MTTR

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | |
|---|---|---|---|---|---|---|---|
| 22311-0FVXSF | 1* | L## | 11-07-22 | 11-09-22 | 59134N104 | 22311-HKIOI | |

DESCRIPTION and DISCLOSURES

You Bought        25     META MATERIALS INC COM     Principal Amount     39.00

at    1.5600    ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount     39.00

          WE HAVE ACTED AS AGENT.

Symbol:
MMAT

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**

9900394494

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00   000

**Transaction Confirmation**
**Confirm Date: December 1, 2022**                        Page 2 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22335-OLOHLN | 1* | WO# | 12-01-22 | 12-05-22 | 59134N104 | 22335-HLKAQ | | |

You Bought          DESCRIPTION and DISCLOSURES
            5    META MATERIALS INC COM      Principal Amount      9.35
     at   1.8700   ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount      9.35
Symbol:          WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE      9900388680

**REMITTANCE COUPON**



**Fidelity**
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 9, 2022**

Page 1 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

9900330480

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                  Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                  800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22313-LKJ6XN | 1* | WO# | 11-09-22 | 11-14-22 | 577096100 | 22313-HRJB3 | | |

Bought ~~5~~ ~~2.6500~~ ~~MATERIAL INC COM CL A~~ ~~WE HAVE ACTED AS AGENT~~  Principal Amount 13.25 / Settlement Amount 13.25

Symbol :
MTTR

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22313-0FXL3K | 1* | WO# | 11-09-22 | 11-14-22 | 59134N104 | 22313-HYLHE | | |

**DESCRIPTION and DISCLOSURES**

You Bought          25          META MATERIALS INC COM                Principal Amount          34.88
at          1.3950          ISIN #US59134N1046 SEDOL #BKSCVX7          Settlement Amount          34.88
Symbol :                     WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                                        9900330480

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.



**Fidelity**
INVESTMENTS ®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: December 5, 2022

Page 1 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900396800

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22339-0FV9XP | 1* | WZ# | 12-05-22 | 12-07-22 | Y2066G104 | 22339-HPY8K | | |

DESCRIPTION and DISCLOSURES

You Bought    DIANA SHIPPING INC     Principal Amount    17.60
     WE HAVE ACTED AS AGENT.    Settlement Amount    17.60

Symbol:
DSX

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22339-0FT9BT | 1* | WZ# | 12-05-22 | 12-07-22 | 59134N104 | 22339-HPM0E | | |

DESCRIPTION and DISCLOSURES

You Bought      5     META MATERIALS INC COM     Principal Amount    8.45
     at    1.6900    ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount    8.45
                  WE HAVE ACTED AS AGENT.

Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900396800

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 3, 2022**

Page 1 of 3

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY OSBORNE**

9900310529

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                      Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                      800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | |
|---|---|---|---|---|---|---|---|
| 22154-H5MPCX | 1* | L## | 06-03-22 | 06-07-22 | 037833100 | 22154-HVVNK | |

You Bought
          2
  at  145.9100
Symbol:
AAPL

DESCRIPTION and DISCLOSURES
APPLE INC
WE HAVE ACTED AS AGENT.

Principal Amount                 291.82
Settlement Amount            291.82

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | |
|---|---|---|---|---|---|---|---|
| 22154-J5CLMO | 1* | L## | 06-03-22 | 06-07-22 | 185899101 | 22154-HY70A | |

You Bought
         10
  at  22.7890
Symbol:
CLF

DESCRIPTION and DISCLOSURES
CLEVELAND-CLIFFS INC NEW COM
WE HAVE ACTED AS AGENT.

Principal Amount                 227.89
Settlement Amount            227.89

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE
9900310529

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*8152** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 5, 2022**

Page 1 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

9900396800

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22339-0FV9XP | 1* | WZ# | 12-05-22 | 12-07-22 | Y2066G104 | 22339-HPY8K | | |

DESCRIPTION and DISCLOSURES

You ~~...~~                                    ~~Principal Amount~~   17.60
      at      3.5200          ~~... AGENT.~~    ~~Settlement Amount~~   17.60
Symbol :
DSX

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22339-0FT9BT | 1* | WZ# | 12-05-22 | 12-07-22 | 59134N104 | 22339-HPMOE | | |

DESCRIPTION and DISCLOSURES

You Bought         5    META MATERIALS INC COM          Principal Amount      8.45
      at      1.6900      ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount     8.45
Symbol :                 WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900396800

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account  *****8152   only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 7, 2022**

Page 1 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900375169

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                  Fidelity.com
FAST®-Automated Telephone   800-544-5555
Customer Service                  800-544-6666

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | |
|---|---|---|---|---|---|---|---|
| 22280-KPQ8B7 | 1* | L## | 10-07-22 | 10-12-22 | 037833100 | 22280-DQ91J | |

DESCRIPTION and DISCLOSURES

You Bought ~~1~~ APPLE INC
WE HAVE ACTED AS AGENT

~~at~~ ~~140.0500~~

Symbol:
AAPL

Principal Amount          140.05
Settlement Amount       140.05

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | |
|---|---|---|---|---|---|---|---|
| 22280-OD683W | 1* | L## | 10-07-22 | 10-12-22 | 59134N104 | 22280-HMDQG | |

DESCRIPTION and DISCLOSURES

You Bought      45      META MATERIALS INC COM
                              ISIN #US59134N1046 SEDOL #BKSCVX7
       at    .6573     WE HAVE ACTED AS AGENT.

Symbol:
MMAT

Principal Amount           29.58
Settlement Amount        29.58

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900375169

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152   00   000

Transaction Confirmation
Confirm Date: November 18, 2022                    Page 2 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22322-0GXXZR | 1* | WO# | 11-18-22 | 11-22-22 | Y8162K204 | 22322-IBKR6 | | |

DESCRIPTION and DISCLOSURES
You ~~~~~~~~~~~~~~~~~~~~~~~~ STAR BULK CARRIERS CORP      Principal Amount     409.71
at   19.5101   WE HAVE ACTED AS AGENT      Activity Assessment Fee     0.01
Symbol:      LOTS ~~~~~      Settlement Amount     409.70
SBLK      JUST ~~~~~ WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22322-0GXX0C | 1* | WO# | 11-18-22 | 11-22-22 | Y8162K204 | 22322-IBKR6 | | |

DESCRIPTION and DISCLOSURES
~~~~~~~~~~~~~~~~~~~~~~~~ STAR BULK CARRIERS CORP      Principal Amount     12.06
at ~~~~~ WE HAVE ACTED AS AGENT      Activity Assessment Fee     0.01
Symbol:      ~~~~~ Amount     12.05
SBLK      INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22322-0G1XJZ | 1* | WO# | 11-18-22 | 11-22-22 | 59134N104 | 22322-HTLH0 | | |

DESCRIPTION and DISCLOSURES
You Bought      5      META MATERIALS INC COM      Principal Amount     8.25
at   1.6500   ISIN #US59134N1046 SEDOL #BKSCVX7      Settlement Amount     8.25
Symbol:      WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE     9900289902

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 1, 2022**                    Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

9900348753

**RICKY  OSBORNE**

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                          Fidelity.com
FAST®-Automated Telephone       800-544-5555
Customer Service                800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | $ |
|---|---|---|---|---|---|---|---|---|
| 22152-HOSMRZ | 1* | L## | 06-01-22 | 06-03-22 | 037833100 | 22152-H1E74 | | |

DESCRIPTION and DISCLOSURES

Y̶ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Principal Amount    148.59
at      148.5900 ▓▓▓▓▓▓▓▓ Settlement Amount    148.59
Symbol :
AAPL

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22152-ODBV6M | 1* | L## | 06-01-22 | 06-03-22 | 59134N104 | 22152-HV2DW | | |

You Bought              DESCRIPTION and DISCLOSURES
                        META MATERIALS INC COM        Principal Amount      46.00
       25               ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount   ,  46.00
at     1.8400           WE HAVE ACTED AS AGENT.
Symbol :
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900348753

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account \*\*\*\*\*8152    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152   00   000

**Transaction Confirmation**
**Confirm Date: May 31, 2022**                                        Page 2 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22151-MYQGO9 | 1* | L## | 05-31-22 | 06-02-22 | 577096100 | 22151-HRCY8 | | |
| | | | DESCRIPTION and DISCLOSURES | | | | | |

You ████████ ████████ ████████ ████████ ████████ ████████ 37.50
████████████████████████████████████████████████████████████ 37.50

Symbol:
MTTR

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22151-OCQNNM | 1* | L## | 05-31-22 | 06-02-22 | 59134N104 | 22151-HOCFI | | |
| | | | DESCRIPTION and DISCLOSURES | | | | | |

You Bought       META MATERIALS INC COM      Principal Amount     47.50
       25       ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount    47.50
      at     1.9000     WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE      9900383748

**REMITTANCE COUPON**

**Transaction Confirmation**
**Confirm Date: June 14, 2022**

Page 2 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22165-0C9R1N | 1* | L## | 06-14-22 | 06-16-22 | 59134N104 | 22165-HJX28 | | |

|  | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 36.25 |
|  | 25 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 36.25 |
| at | 1.4500 | WE HAVE ACTED AS AGENT. | | |
| Symbol: | | | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900347321

**REMITTANCE COUPON**

**Transaction Confirmation**
**Confirm Date: June 13, 2022**

Page 2 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22164-ODJNCC | 1* | L## | 06-13-22 | 06-15-22 | 59134N104 | 22164-HT7ZS | | |

|  |  |  | DESCRIPTION and DISCLOSURES |  |  |  |
|---|---|---|---|---|---|---|

You Bought
         25      META MATERIALS INC COM      Principal Amount     35.50
   at    1.4200     ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount    35.50
Symbol:          WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE     9900533090

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 10, 2022**                          Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

9900416867

**RICKY OSBORNE**

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                              Fidelity.com
FAST®-Automated Telephone           800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22161-0CNHRW | 1* | L## | 06-10-22 | 06-14-22 | 59134N104 | 22161-HL30Q | | |

DESCRIPTION and DISCLOSURES

You Bought

at

Symbol:
MMAT

25

1.5050

META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          37.63
Settlement Amount         37.63

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                  9900416867

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 30, 2022**                        Page 1 of 1

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY  OSBORNE**

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

9900132314

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22181-0CST4V | 1* | L## | 06-30-22 | 07-05-22 | 59134N104 | 22181-HJ22I | | |

| | | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|---|
| You Bought | 10 | | META MATERIALS INC COM | | Principal Amount | 10.40 |
| at | 1.0400 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | 10.40 |
| Symbol : | | | WE HAVE ACTED AS AGENT. | | | |
| MMAT | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                        9900132314

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
1816 FAIRVIEW ST NE
OLYMPIA WA 98506-3488

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8492   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z19468492   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 28, 2022**                    Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900284730

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22179-0C1DSL | 1* | L## | 06-28-22 | 06-30-22 | 59134N104 | 22179-HGN1G | | |

You Bought
            25
    at    1.0752

Symbol :
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount        26.88
Settlement Amount       26.88

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22179-0C4FWD | 1* | L## | 06-28-22 | 06-30-22 | 59134N104 | 22179-HGG0L | | |

You Bought
            25
    at    1.0700

Symbol :
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount        26.75
Settlement Amount       26.75

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900284730

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152   00   000

**Transaction Confirmation**
**Confirm Date: June 24, 2022**

Page 2 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

| REFERENCE NO.<br>22175-0F87WX | TYPE<br>1* | REG.REP.<br>L## | TRADE DATE<br>06-24-22 | SETTLEMENT DATE<br>06-28-22 | CUSIP NO.<br>59134N104 | ORDER NO.<br>22175-HSEPA | | |
|---|---|---|---|---|---|---|---|---|

You Bought

Symbol:
MMAT

at

50
1.1600

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount                58.00
Settlement Amount               58.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900301695

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 24, 2022**

Page 1 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900301695

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                   Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                   800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22175-0D9ZTZ | 1* | L## | 06-24-22 | 06-28-22 | 59134N104 | 22175-HML7S | | |

You Bought                125
        at              1.3000

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount            162.50
Settlement Amount           162.50

Symbol:
MMAT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22175-0FQ90B | 1* | L## | 06-24-22 | 06-28-22 | 59134N104 | 22175-H001J | | |

You Bought                100
        at              1.3100

**DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount            131.00
Settlement Amount           131.00

Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900301695

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8152  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 17, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY OSBORNE**

9900323492

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22168-0DZL5W | 1* | L## | 06-17-22 | 06-22-22 | 59134N104 | 22168-HWIB4 | | |

| You Bought | | 50 | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM | | Principal Amount | 71.35 |
| | at | 1.4269 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | 71.35 |
| Symbol:<br>MMAT | | | WE HAVE ACTED AS AGENT. | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22168-0D5STQ | 1* | L## | 06-17-22 | 06-22-22 | 59134N104 | 22168-HYA68 | | |

| You Bought | | 25 | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM | | Principal Amount | 35.25 |
| | at | 1.4100 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | 35.25 |
| Symbol:<br>MMAT | | | WE HAVE ACTED AS AGENT. | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900323492

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account \*\*\*\*\*8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152   00 · 000

**Transaction Confirmation**
**Confirm Date: June 16, 2022**

Page 2 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

| REFERENCE NO. 22167-0C1X9M | TYPE 1* | REG.REP. L## | TRADE DATE 06-16-22 | SETTLEMENT DATE 06-21-22 | CUSIP NO. 59134N104 | ORDER NO. 22167-HNT3H | | |
|---|---|---|---|---|---|---|---|---|

You Bought
at 25
1.4767
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount     36.92
Settlement Amount    36.92

| REFERENCE NO. 22167-JFWDW4 | TYPE 1* | REG.REP. L## | TRADE DATE 06-16-22 | SETTLEMENT DATE 06-21-22 | CUSIP NO. 69608A108 | ORDER NO. 22167-HR5T6 | | |
|---|---|---|---|---|---|---|---|---|

You Bought
at 50
7.6566
Symbol:
PLTR

PALANTIR TECHNOLOGIES INC CL A
WE HAVE ACTED AS AGENT.

Principal Amount    382.83
Settlement Amount   382.83

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900425557

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: July 22, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

9900329993

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                          Fidelity.com
FAST®-Automated Telephone     800-544-5555
Customer Service                      800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22203-0CQ31P | 1* | L## | 07-22-22 | 07-26-22 | 59134N104 | 22203-DVEBL | | |

DESCRIPTION and DISCLOSURES

| You Bought | | META MATERIALS INC COM | Principal Amount | 45.68 |
|---|---|---|---|---|
| | 50 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 45.68 |
| at | .9136 | WE HAVE ACTED AS AGENT. | | |

Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900329993

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: July 15, 2022**

Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

9900308956

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22196-0CHBXR | 1* | L## | 07-15-22 | 07-19-22 | 59134N104 | 22196-DRF5R | | |

**You Bought**    **DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM    **Principal Amount**    92.64
    **at**    100    ISIN #US59134N1046 SEDOL #BKSCVX7    **Settlement Amount**    92.64
      .9264    WE HAVE ACTED AS AGENT.
Symbol:
MMAT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22196-0C3XMF | 1* | L## | 07-15-22 | 07-19-22 | 59134N104 | 22196-DT4N2 | | |

**You Bought**    **DESCRIPTION and DISCLOSURES**
META MATERIALS INC COM    **Principal Amount**    94.30
    **at**    100    ISIN #US59134N1046 SEDOL #BKSCVX7    **Settlement Amount**    94.30
      .9430    WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900308956

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152   00   000

**Transaction Confirmation**
**Confirm Date: August 8, 2022**                    Page 2 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22220-0D944G | 1* | L## | 08-08-22 | 08-10-22 | 59134N104 | 22220-H0085 | | |

You Bought          DESCRIPTION and DISCLOSURES
                50   META MATERIALS INC COM              Principal Amount          47.50
        at    .9499  ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount         47.50
Symbol:              WE HAVE ACTED AS AGENT.
MMAT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22220-0FL52P | 1* | L## | 08-08-22 | 08-10-22 | 59134N104 | 22220-HRXXQ | | |

You Bought          DESCRIPTION and DISCLOSURES
               100   META MATERIALS INC COM              Principal Amount          95.09
        at    .9509  ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount         95.09
Symbol:              WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE            9900414737

**REMITTANCE COUPON**



**Fidelity**
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: August 8, 2022**

Page 1 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY OSBORNE**

9900414737

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                             Fidelity.com
FAST®-Automated Telephone          800-544-5555
Customer Service                   800-544-6666

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22220-LCVZY7 | 1* | L## | 08-08-22 | 08-10-22 | 023135106 | 22220-HNJAJ | | |

You bought    DESCRIPTION and DISCLOSURES    Principal Amount    139.43
1    WE HAVE ~~ACTED AS AGENT~~    ~~Settlement~~ Amount    139.43
at    139.4300
Symbol:
AMZN

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22220-0D1S8X | 1* | L## | 08-08-22 | 08-10-22 | 59134N104 | 22220-HLE7X | | |

You Bought    DESCRIPTION and DISCLOSURES    Principal Amount    46.65
50    META MATERIALS INC COM    Settlement Amount    46.65
at    .9329    ISIN #US59134N1046 SEDOL #BKSCVX7
Symbol:    WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE    9900414737

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: September 8, 2022**                          Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY OSBORNE**

9900269672

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22251-ODND2S | 1* | WZ# | 09-08-22 | 09-12-22 | 59134N104 | 22251-HHSVS | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 67 | META MATERIALS INC COM | Principal Amount | 53.59 |
| at | .799899 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 53.59 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                          9900269672

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*8152** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: August 12, 2022**                    Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900344213

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                              Fidelity.com
FAST®-Automated Telephone           800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22224-ODC56Q | 1* | L## | 08-12-22 | 08-16-22 | 59134N104 | 22224-HM76A | | |

|  |  | DESCRIPTION and DISCLOSURES | | | | | |
|---|---|---|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | | | Principal Amount | | 24.69 |
| | 25 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 24.69 |
| at | .9875 | WE HAVE ACTED AS AGENT. | | | | | |
| Symbol: | | | | | | | |
| MMAT | | | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22224-ODGKRL | 1* | L## | 08-12-22 | 08-16-22 | 59134N104 | 22224-HOMYV | | |

|  |  | DESCRIPTION and DISCLOSURES | | | | | |
|---|---|---|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | | | Principal Amount | | 32.62 |
| | 33 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 32.62 |
| at | .9885 | WE HAVE ACTED AS AGENT. | | | | | |
| Symbol: | | | | | | | |
| MMAT | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900344213

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: August 9, 2022**

Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

9900318046

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22221-M6HG80 | 1* | L## | 08-09-22 | 08-11-22 | 18914F103 | 22221-H07C4 | | |

You Bought          20
at      2.7738
Symbol:
CLOV

DESCRIPTION and DISCLOSURES
~~CLOVER HEALTH INVSTMNTS CORP COM CL A~~        Principal Amount          55.48
~~WE HAVE ACTED AS AGENT~~                      Settlement Amount         55.48

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22221-0DL57F | 1* | L## | 08-09-22 | 08-11-22 | 59134N104 | 22221-H04LH | | |

You Bought          25
at      .9038
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM                    Principal Amount          22.59
ISIN #US59134N1046 SEDOL #BKSCVX7          Settlement Amount         22.59
WE HAVE ACTED AS AGENT.

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900318046

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8152    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: September 23, 2022

Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900445009

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22266-0G8SZQ | 1* | WO# | 09-23-22 | 09-27-22 | Y2066G104 | 22266-H54M7 | | |

DESCRIPTION and DISCLOSURES
You Bought          DIANA SHIPPING INC                    Principal Amount          8.45
                         WE HAVE ACTED AS AGENT            Settlement Amount       8.45
           at    4.2250

Symbol:
DSX

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22266-0HFRPP | 1* | WO# | 09-23-22 | 09-27-22 | 59134N104 | 22266-H6P3N | | |

DESCRIPTION and DISCLOSURES
You Bought          5          META MATERIALS INC COM                Principal Amount          3.36
                                   ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount       3.36
           at    .6718          WE HAVE ACTED AS AGENT.

Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900445009

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8152    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: September 22, 2022**

Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900354970

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22265-LKZ5PS | 1* | L## | 09-22-22 | 09-26-22 | 02079K305 | 22265-HODZZ | | |

**DESCRIPTION and DISCLOSURES**

You Bought ~~ALPHABET INC CAP STK CL A~~ ~~Principal Amount~~ 99.90
~~WE HAVE ACTED AS AGENT.~~ ~~Settlement Amount~~ 99.90
~~at   99.9000~~
Symbol :
GOOGL

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22265-OFK4RF | 1* | L## | 09-22-22 | 09-26-22 | 59134N104 | 22265-HMOV4 | | |

**DESCRIPTION and DISCLOSURES**

You Bought      40   META MATERIALS INC COM        Principal Amount     28.00
ISIN #US59134N1046 SEDOL #BKSCVX7        Settlement Amount    28.00
at   .7000   WE HAVE ACTED AS AGENT.
Symbol :
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                   9900354970

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152   00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 11, 2022**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

9900288771

**RICKY OSBORNE**

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22284-ODG8BL | 1* | WO# | 10-11-22 | 10-13-22 | 59134N104 | 22284-HJT52 | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 50 | META MATERIALS INC COM | Principal Amount | 39.50 |
| at | .7900 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 39.50 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900288771

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152   00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 9, 2023**                    Page 1 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900425445

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23009-0GR1ZP | 1* | WO# | 01-09-23 | 01-11-23 | M9T951109 | 23009-HP6T0 | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 1 | ZIM INTEGRATED SHIPPING SERVCES LTD COM NPV | Principal Amount | 17.41 |
| at | 17.4100 | WE HAVE ACTED AS AGENT. | Settlement Amount | 17.41 |
| Symbol: ZIM | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23009-0GZRDL | 1* | WO# | 01-09-23 | 01-11-23 | 59134N104 | 23009-HRK3E | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 5 | META MATERIALS INC COM | Principal Amount | 5.80 |
| at | 1.1598 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 5.80 |
| Symbol: MMAT | | WE HAVE ACTED AS AGENT. | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900425445

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8152    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152   00  000

**Transaction Confirmation**
**Confirm Date: January 9, 2023**                          Page 2 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23009-LQ7Z42 | 1* | WO# | 01-09-23 | 01-11-23 | 72919P202 | 23009-HP95C | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | PLUG POWER INC | Principal Amount | 28.70 |
| at | 2<br>14.3500 | WE HAVE ACTED AS AGENT. | Settlement Amount | 28.70 |
| Symbol:<br>PLUG | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE              9900425445

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 9, 2023**                                    Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

9900387282

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                    Fidelity.com
FAST®-Automated Telephone              800-544-5555
Customer Service                        800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23040-0HD82C | 1* | WO# | 02-09-23 | 02-13-23 | 229663109 | 23040-HOSTA | | |

DESCRIPTION and DISCLOSURES
CUBESMART

You Bought ~~...~~

~~at~~

Symbol:
CUBE

~~Principal Amount~~    ~~46.38~~
~~Settlement Amount~~    46.38

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23040-0J2MFB | 1* | WO# | 02-09-23 | 02-13-23 | 59134N104 | 23040-HOQFS | | |

DESCRIPTION and DISCLOSURES
You Bought                META MATERIALS INC COM          Principal Amount          21.50
          25        ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount          21.50
     at   .8600      WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900387282

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 8, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY OSBORNE**

9900357203

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                    Fidelity.com
FAST®-Automated Telephone     800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23039-0FOG4B | 1* | WO# | 02-08-23 | 02-10-23 | 229663109 | 23039-HX2X5 | | |

You Bought

DESCRIPTION and DISCLOSURES
CUBESMART

Principal Amount          95.28
Settlement Amount        95.28

Symbol:
CUBE

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23039-0FG8ZJ | 1* | WO# | 02-08-23 | 02-10-23 | 59134N104 | 23039-HQ6DP | | |

You Bought            25

at            .9100

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          22.75
Settlement Amount        22.75

Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900357203

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account \*\*\*\*\*8152  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 3, 2023**                    Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

9900436110

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                          Fidelity.com
FAST®-Automated Telephone        800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO. 23034-0FTKDJ | TYPE 1* | REG.REP. WO# | TRADE DATE 02-03-23 | SETTLEMENT DATE 02-07-23 | CUSIP NO. 59134N104 | ORDER NO. 23034-HZQET | | |
|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION and DISCLOSURES | | | | | |
| You Bought | 30 | | META MATERIALS INC COM | | Principal Amount | | | 29.40 |
| at | .9800 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | | 29.40 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900436110

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152   00  000



**Fidelity** INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 19, 2023**

Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900319787

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                            Fidelity.com
FAST®-Automated Telephone         800-544-5555
Customer Service                  800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | |
|---|---|---|---|---|---|---|---|
| 23019-0GG9DD | 1* | WO# | 01-19-23 | 01-23-23 | Y2066G104 | 23019-HQFL6 | |

DESCRIPTION and DISCLOSURES
You Bought    DIANA SHIPPING INC             Principal Amount       11.34
        at  3.7800                           Settlement Amount      11.34
Symbol:
DSX

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | |
|---|---|---|---|---|---|---|---|
| 23019-0GCCKR | 1* | WO# | 01-19-23 | 01-23-23 | 59134N104 | 23019-HQBIM | |

DESCRIPTION and DISCLOSURES
You Bought        10   META MATERIALS INC COM      Principal Amount        9.75
        at    .9753   ISIN #US59134N1046 SEDOL #BKSCVX7  Settlement Amount   9.75
Symbol:              WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900319787

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152  00  000

**Transaction Confirmation**
**Confirm Date: February 13, 2023**                    Page 2 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23044-0GTTRF | 1* | W4# | 02-13-23 | 02-15-23 | 59134N104 | 23044-ICRVQ | | |

You Bought                            DESCRIPTION and DISCLOSURES
                    50          META MATERIALS INC COM          Principal Amount          37.00
        at    .7400          JSIN #US59134N1046 SEDOL #BKSCVX7          Settlement Amount          37.00
Symbol:                            WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900373513

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 13, 2023**

Page 1 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY OSBORNE**

9900373513

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                                      Fidelity.com
FAST®-Automated Telephone       800-544-5555
Customer Service                               800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23044-0DT96S | 1* | WO# | 02-13-23 | 02-15-23 | 59134N104 | 23044-G7BIR | | |

You Bought

|  |  | DESCRIPTION and DISCLOSURES |  |  |
|---|---|---|---|---|
|  | 50 | META MATERIALS INC COM | Principal Amount | 39.00 |
| at | .7800 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 39.00 |
| Symbol: |  | WE HAVE ACTED AS AGENT. |  |  |
| MMAT |  |  |  |  |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23044-0D36PG | 1* | WO# | 02-13-23 | 02-15-23 | 59134N104 | 23044-G7ED4 | | |

You Bought

|  |  | DESCRIPTION and DISCLOSURES |  |  |
|---|---|---|---|---|
|  | 50 | META MATERIALS INC COM | Principal Amount | 38.50 |
| at | .7700 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 38.50 |
| Symbol: |  | WE HAVE ACTED AS AGENT. |  |  |
| MMAT |  |  |  |  |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900373513

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 16, 2023**

Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

9900384704

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                          Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service                         800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23047-0J2GTL | 1* | WO# | 02-16-23 | 02-21-23 | 59134N104 | 23047-H3N31 | | |

You Bought                5
at            .7300
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount                  3.65
Settlement Amount              3.65

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23047-ML952P | 1* | WO# | 02-16-23 | 02-21-23 | 69608A10~ | ~~~ | | |

DESCRIPTION and DISCLOSURES

at         9.6600
Symbol:
PLTR

Principal Amount                  48.30
Settlement Amount              48.30

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900384704

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 6, 2023**                    Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900425512

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                    Fidelity.com
FAST®-Automated Telephone                 800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23065-0G42TS | 1* | WQ# | 03-06-23 | 03-08-23 | 59134N104 | 23065-HT2B5 | | |

You Bought          DESCRIPTION and DISCLOSURES
                 50    META MATERIALS INC COM          Principal Amount           29.55
              at       ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount          29.55
           .5910       WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900425512

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152   00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 24, 2023**                    Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA**

9900374108                    **RICKY  OSBORNE**

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE                    Online                    Fidelity.com
7602 UNION MILLS RD SE                    FAST®-Automated Telephone    800-544-5555
LACEY WA 98503-1864                    Customer Service              800-544-6666

| REFERENCE NO.<br>23055-0FVT3G | TYPE<br>1* | REG.REP.<br>WO# | TRADE DATE<br>02-24-23 | SETTLEMENT DATE<br>02-28-23 | CUSIP NO.<br>59134N104 | ORDER NO.<br>23055-HYPFX | | |
|---|---|---|---|---|---|---|---|---|

You Bought          75    DESCRIPTION and DISCLOSURES
                          META MATERIALS INC COM          Principal Amount      47.73
        at      .6364     ISIN #US59134N1046 SEDOL #BKSCVX7  Settlement Amount     47.73
Symbol:                   WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900374108

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA          If you are eligible to make a deposit, please use this form for
FBO RICKY OSBORNE                  investments in your brokerage account  *****8152   only.
7602 UNION MILLS RD SE
LACEY WA 98503-1864
                                   | AMOUNT OF INVESTMENT | $ |
                                   |---|---|

                                   If there are sufficient funds in your brokerage core account
                                   (or margin account), Fidelity will use those funds to cover
                                   the trade(s) on this confirm.  If you wish to deposit
                                   additional money, use this deposit slip and make checks
FIDELITY INVESTMENTS               payable to: NATIONAL FINANCIAL SERVICES LLC.
PO BOX 770001                      Deposits will be made to the account listed above.  Please
CINCINNATI OH  45277-0003          mail checks to the Fidelity address on this form. Refer to the
                                   last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152   00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 21, 2023**

Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900492748

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                      800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23052-QH5F8N | 1* | WO# | 02-21-23 | 02-23-23 | 59134N104 | 23052-HZV30 | | |

You Bought

25
at .6630

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          16.58
Settlement Amount      16.58

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900492748

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8152    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 17, 2023**                    Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY OSBORNE**

9900379252

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                          Fidelity.com
FAST®-Automated Telephone        800-544-5555
Customer Service                 800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23048-0F7NBC | 1* | WO# | 02-17-23 | 02-22-23 | 59134N104 | 23048-HXW30 | | |

You Bought    45
at   .7130
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    32.09
Settlement Amount    32.09

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23048-0GNWQG | 1* | WO# | 02-17-23 | 02-22-23 | 59134N104 | 23048-H2W3B | | |

You Bought    50
at   .7100
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    35.50
Settlement Amount    35.50

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE            9900379252

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152  00  000



**Fidelity**
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: May 9, 2023**                     Page 1 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY OSBORNE**

9900307032

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                    Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service                     800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23129-MVM3PH | 1* | W4# | 05-09-23 | 05-11-23 | 46817M107 | 23129-IF01S | | |

You Bought                    DESCRIPTION and DISCLOSURES
                                        JACKSON FINANCIAL INC COM CL A          Principal Amount              28.57
                    1               WE HAVE ACTED AS AGENT.                    Settlement Amount           28.57
        at        28.5700
Symbol:
JXN

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23129-0DTKPV | 1* | WO# | 05-09-23 | 05-11-23 | 59134N104 | 23129-HH15X | | |

You Bought                    DESCRIPTION and DISCLOSURES
                    5               META MATERIALS INC COM               Principal Amount              1.11
                                        ISIN #US59134N1046 SEDOL #BKSCVX7      Settlement Amount           1.11
        at        .2219      WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900307032

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00   000



**Fidelity**
INVESTMENTS®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: May 3, 2023                    Page 1 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

9900360050

Online                          Fidelity.com
FAST®-Automated Telephone       800-544-5555
Customer Service                800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23123-0DLVZR | 1* | WO# | 05-03-23 | 05-05-23 | Y2066G104 | 23123-HGSVW | | |

You Bought                DESCRIPTION and DISCLOSURES              Principal Amount        14.64
                          DIANA SHIPPING INC                      Settlement Amount       14.64
         4                WE HAVE ACTED AS AGENT.
      at    3.6600
Symbol :
DSX

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23123-0DLS2L | 1* | WO# | 05-03-23 | 05-05-23 | 59134N104 | 23123-HGQXN | | |

You Bought                DESCRIPTION and DISCLOSURES              Principal Amount        37.22
                          META MATERIALS INC COM                  Settlement Amount       37.22
       200                ISIN #US59134N1046 SEDOL #BKSCVX7
      at   .1861          WE HAVE ACTED AS AGENT.
Symbol :
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900360050

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA                If you are eligible to make a deposit, please use this form for
FBO RICKY OSBORNE                        investments in your brokerage account *****8152   only.
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

**Transaction Confirmation**
**Confirm Date: May 3, 2023**                                   Page 2 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

| REFERENCE NO. 23123-ODTQ8K | TYPE 1* | REG.REP. WO# | TRADE DATE 05-03-23 | SETTLEMENT DATE 05-05-23 | CUSIP NO. 59134N104 | ORDER NO. 23123-HICH1 | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 50 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 9.29 |
| at | | .1858 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 9.29 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

| REFERENCE NO. 23123-ODVHOB | TYPE 1* | REG.REP. WO# | TRADE DATE 05-03-23 | SETTLEMENT DATE 05-05-23 | CUSIP NO. 59134N104 | ORDER NO. 23123-HI8IX | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 50 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 9.28 |
| at | | .1856 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 9.28 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900360050

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: May 15, 2023**                    Page 1 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

9900420937

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                          Fidelity.com
FAST®-Automated Telephone       800-544-5555
Customer Service                800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23135-0G8RNM | 1* | WO# | 05-15-23 | 05-17-23 | 59134N104 | 23135-HIBJ2 | | |

You Bought              25        DESCRIPTION and DISCLOSURES
                                  META MATERIALS INC COM              Principal Amount              5.07
    at        .202756             ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount             5.07
                                  WE HAVE ACTED AS AGENT.
Symbol:
MMAT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23135-0G8XCP | 1* | WO# | 05-15-23 | 05-17-23 | 59134N104 | 23135-HIDOF | | |

You Bought              25        DESCRIPTION and DISCLOSURES
                                  META MATERIALS INC COM              Principal Amount              5.07
    at        .2028               ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount             5.07
                                  WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900420937

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA                If you are eligible to make a deposit, please use this form for
FBO RICKY OSBORNE                        investments in your brokerage account *****8152  only.
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
FIDELITY INVESTMENTS                     additional money, use this deposit slip and make checks
PO BOX 770001                            payable to: NATIONAL FINANCIAL SERVICES LLC.
CINCINNATI OH  45277-0003                Deposits will be made to the account listed above.  Please
                                         mail checks to the Fidelity address on this form. Refer to the
                                         last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152    00   000

**Transaction Confirmation**
**Confirm Date: May 15, 2023**                    Page 2 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

| REFERENCE NO. 23135-0G9RHC | TYPE 1* | REG.REP. WO# | TRADE DATE 05-15-23 | SETTLEMENT DATE 05-17-23 | CUSIP NO. 59134N104 | ORDER NO. 23135-HIRM1 | | |
|---|---|---|---|---|---|---|---|---|

| | | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|---|

You Bought
        50     META MATERIALS INC COM      Principal Amount      10.16
    at  .2031   ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount    10.16
Symbol:        WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE    9900420937

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: May 12, 2023**                    Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900326375

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                          Fidelity.com
FAST®-Automated Telephone                       800-544-5555
Customer Service                                800-544-6666

| REFERENCE NO. | TYPE. | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23132-0D686G | 1* | WO# | 05-12-23 | 05-16-23 | 59134N104 | 23132-HKEHC | | |

You Bought

|  | 45 | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM | Principal Amount | 9.03 |
|---|---|---|---|---|
| at | .2006 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 9.03 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900326375

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: May 19, 2023**

Page 1 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900339204

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23139-OC7MCV | 1* | W4# | 05-19-23 | 05-23-23 | 59134N104 | 23139-HKBZ6 | | |

You Bought 145 .2329

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

at

Symbol:
MMAT

Principal Amount 33.77
Settlement Amount 33.77

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23139-ODS1TQ | 1* | WO# | 05-19-23 | 05-23-23 | 59134N104 | 23139-HLPCT | | |

You Bought 100 .2394

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

at

Symbol:
MMAT

Principal Amount 23.94
Settlement Amount 23.94

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900339204

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8152 only.

| AMOUNT OF INVESTMENT | $ |

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152. 00  000

**Transaction Confirmation**
**Confirm Date: May 19, 2023**

Page 2 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

| REFERENCE NO. 23139-0DTJXL | TYPE 1* | REG.REP. WO# | TRADE DATE 05-19-23 | SETTLEMENT DATE 05-23-23 | CUSIP NO. 59134N104 | ORDER NO. 23139-HL5EK | | |
|---|---|---|---|---|---|---|---|---|

You Bought

at

Symbol:
MMAT

100

.2382

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          23.82
Settlement Amount         23.82

| REFERENCE NO. 23139-0DT5BH | TYPE 1* | REG.REP. WO# | TRADE DATE 05-19-23 | SETTLEMENT DATE 05-23-23 | CUSIP NO. 59134N104 | ORDER NO. 23139-HMHM3 | | |
|---|---|---|---|---|---|---|---|---|

You Bought

at

Symbol:
MMAT

900

.2381

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount         214.29
Settlement Amount        214.29

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900339204

**REMITTANCE COUPON**


**Fidelity**
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: May 17, 2023**

Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900342069

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. 23137-OGJXOW | TYPE 1* | REG.REP. WO# | TRADE DATE 05-17-23 | SETTLEMENT DATE 05-19-23 | CUSIP NO. 59134N104 | ORDER NO. 23137-HREAO | | |
|---|---|---|---|---|---|---|---|---|

**DESCRIPTION and DISCLOSURES**

You Bought        5        META MATERIALS INC COM        Principal Amount        1.12
                                 ISIN #US59134N1046 SEDOL #BKSCVX7        Settlement Amount        1.12
        at    .2237        WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE            9900342069

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 13, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

9900331500

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                               Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. 23103-OGZWWW | TYPE 1* | REG.REP. WZ# | TRADE DATE 04-13-23 | SETTLEMENT DATE 04-17-23 | CUSIP NO. 59134N104 | ORDER NO. 23103-IPMOW | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | 300 | | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | Principal Amount | | | 95.37 |
| at | .3179 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | | 95.37 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900331500

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 14, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

9900353696

**RICKY  OSBORNE**

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                   Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23104-0FVJ2D | 1* | WO# | 04-14-23 | 04-18-23 | 59134N104 | 23104-HKWZC | | |

You Bought
at
Symbol:
MMAT

1,500
.2281

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount                342.15
Settlement Amount            342.15

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23104-0GPJWZ | 1* | WO# | 04-14-23 | 04-18-23 | 59134N104 | 23104-HPJ7L | | |

You Bought
at
Symbol:
MMAT

1,500
.2348

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount                352.20
Settlement Amount            352.20

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900353696

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*8152**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 24, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

9900376995

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                   Fidelity.com
FAST®-Automated Telephone   800-544-5555
Customer Service                  800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23114-0FFVNC | 1* | WO# | 04-24-23 | 04-26-23 | 59134N104 | 23114-HP2OM | | |

You Bought            **DESCRIPTION and DISCLOSURES**
                1,000      META MATERIALS INC COM              Principal Amount              204.60
                .2046      ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount              204.60
Symbol:                   WE HAVE ACTED AS AGENT.
MMAT
at

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23114-KND49S | 1* | WO# | 04-24-23 | 04-26-23 | 78464A763 | 23114-HPRL3 | | |

You Bought            **DESCRIPTION and DISCLOSURES**
                1          SPDR SER TR S&P DIVID ETF              Principal Amount              124.41
                           WE HAVE ACTED AS AGENT.               Settlement Amount             124.41
Symbol:
SDY
at        124.4100

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE        9900376995

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 21, 2023**

Page 1 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

9900329548

**RICKY OSBORNE**

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23111-ODNNOM | 1* | WO# | 04-21-23 | 04-25-23 | 59134N104 | 23111-HMJO8 | | |

| | | | DESCRIPTION and DISCLOSURES | | | | |
|---|---|---|---|---|---|---|---|
| You Bought | | | META MATERIALS INC COM | | Principal Amount | 200.90 |
| at | 1,000 .2009 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | 200.90 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23111-OD81BJ | 1* | WO# | 04-21-23 | 04-25-23 | 59134N104 | 23111-HSSM8 | | |

| | | | DESCRIPTION and DISCLOSURES | | | | |
|---|---|---|---|---|---|---|---|
| You Bought | | | META MATERIALS INC COM | | Principal Amount | 199.40 |
| at | 1,000 .1994 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | 199.40 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE        9900329548

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

**Transaction Confirmation**
**Confirm Date: April 21, 2023**

Page 2 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

| REFERENCE NO. 23111-0FH20F | TYPE 1* | REG.REP. WO# | TRADE DATE 04-21-23 | SETTLEMENT DATE 04-25-23 | CUSIP NO. 59134N104 | ORDER NO. 23111-HWBCB | | |
|---|---|---|---|---|---|---|---|---|

You Bought

at 1,000 .1972

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount         197.20
Settlement Amount        197.20

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900329548

**REMITTANCE COUPON**

**Transaction Confirmation**
**Confirm Date: April 6, 2023**

Page 2 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23096-OFWXMM | 1* | WO# | 04-06-23 | 04-11-23 | 59134N104 | 23096-HQ646 | | |

| | | | DESCRIPTION and DISCLOSURES | | | | |
|---|---|---|---|---|---|---|---|
| You Bought | | 50 | META MATERIALS INC COM | | Principal Amount | | 20.97 |
| at | | .4194 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | 20.97 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | |
| MMAT | | | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23096-K4QVW8 | 1* | WO# | 04-06-23 | 04-11-23 | 72919P202 | 23096-HMYYN | | |

| | | | DESCRIPTION and DISCLOSURES | | | | |
|---|---|---|---|---|---|---|---|
| | | | ~~POWER INC~~ | | Principal Amount | | 74.32 |
| at | | 9.2900 | | | Settlement Amount | | 74.32 |
| Symbol: | | | | | | | |
| PLUG | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900328339

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 5, 2023**                                    Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

9900357421

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                              Fidelity.com
FAST®-Automated Telephone           800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23095-0FQSHF | 1* | WO# | 04-05-23 | 04-10-23 | 59134N104 | 23095-HNEFW | | |

DESCRIPTION and DISCLOSURES

| | | | | |
|---|---|---|---|---|
| You Bought | 250 | META MATERIALS INC COM | Principal Amount | 102.50 |
| at | .4100 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 102.50 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23095-LZKMRW | 1* | WO# | 04-05-23 | 04-10-23 | 69608A108 | 23095-HN3S5 | | |

| | | | | |
|---|---|---|---|---|
| You Bought | | | Principal Amount | 240.30 |
| | 8.0100 | WE HAVE ACTED AS AGENT. | Settlement Amount | 240.30 |
| Symbol: | | | | |
| PLTR | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900357421

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152**  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 10, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY OSBORNE**

9900434071

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                   Fidelity.com
FAST®-Automated Telephone       800-544-5555
Customer Service                  800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23100-0FZMPM | 1* | WO# | 04-10-23 | 04-12-23 | 59134N104 | 23100-HJ3XM | | |

You Bought
at
Symbol:
MMAT

100
.4131

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          41.31
Settlement Amount      41.31

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23100-MCBKML | 1* | WO# | 04-10-23 | 04-12-23 | 72919P202 | 23100-HKLHR | | |

DESCRIPTION and DISCLOSURES

at
Symbol:
PLUG

9.0500

Principal Amount          45.25
Settlement Amount      45.25

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900434071

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*8152**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152  00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 7, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

9900359110

**RICKY OSBORNE**

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23066-JCFHR4 | 1* | WO# | 03-07-23 | 03-09-23 | 03524A108 | 23066-HLYGH | | |

DESCRIPTION and DISCLOSURES

~~You Bought~~
~~1~~ ~~ANHEUSER BUSCH INBV~~ **Principal Amount** 60.05
at 60.0450 ~~SANV AURLA DRP (ORD NV)~~ **Settlement Amount** 60.05
~~WE HAVE ACTED AS AGENT.~~
Symbol :
BUD

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23066-0DTH1G | 1* | WO# | 03-07-23 | 03-09-23 | 59134N104 | 23066-HLR9J | | |

DESCRIPTION and DISCLOSURES

You Bought
25 META MATERIALS INC COM **Principal Amount** 14.38
at .5750 ISIN #US59134N1046 SEDOL #BKSCVX7 **Settlement Amount** 14.38
WE HAVE ACTED AS AGENT.
Symbol :
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                 9900359110

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account \*\*\*\*\*8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 12, 2023**

Page 1 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

9900316164

**RICKY  OSBORNE**

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                              Fidelity.com
FAST®-Automated Telephone     800-544-5555
Customer Service               800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23102-0DGN9R | 1* | WO# | 04-12-23 | 04-14-23 | 59134N104 | 23102-HH85P | | |

|  | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 38.52 |
| at | 100 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 38.52 |
| Symbol : | .3852 | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23102-0FSQNW | 1* | WO# | 04-12-23 | 04-14-23 | 59134N104 | 23102-HS6WL | | |

|  | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 38.02 |
| at | 100 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 38.02 |
| Symbol : | .3802 | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900316164

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account  **\*\*\*\*\*8152**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00    000

**Transaction Confirmation**
**Confirm Date: April 12, 2023**

Page 2 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23102-OFTXNR | 1* | WO# | 04-12-23 | 04-14-23 | 59134N104 | 23102-HTPF7 | | |

You Bought
           100
    at    .3802
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount      38.02
Settlement Amount   38.02

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900316164

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 8, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

9900317225

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                  Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                  800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23067-QFFXCR | 1* | WO# | 03-08-23 | 03-10-23 | 59134N104 | 23061-HZ16K | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 55.00 |
| | 100 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 55.00 |
| at | .5500 | WE HAVE ACTED AS AGENT. | | |
| Symbol : | | | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                     9900317225

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00    000

**Transaction Confirmation**
**Confirm Date: March 9, 2023**

Page 2 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23068-0FR0RR | 1* | WO# | 03-09-23 | 03-13-23 | 59134N104 | 23068-HPKP6 | | |

You Bought
at
Symbol:
MMAT

25
.5448

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          13.62
Settlement Amount         13.62

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23068-0G0QTX | 1* | WO# | 03-09-23 | 03-13-23 | 59134N104 | 23068-HXWM1 | | |

You Bought
at
Symbol:
MMAT

25
.5400

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          13.50
Settlement Amount         13.50

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23068-J68D8P | | WO# | 03-09-23 | 03-13-23 | 88160R101 | 23068-HPBQW | | |

Y
at
Symbol:
TSLA

1
175.9800

DESCRIPTION and DISCLOSURES
WE HAVE ACTED

Principal Amount          175.98
Settlement Amount         175.98

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900371813

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 10, 2023**

Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

9900450135

**RICKY  OSBORNE**

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                   800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23069-0GJ8DN | 1* | WO# | 03-10-23 | 03-14-23 | 59134N104 | 23069-HVEN1 | | |

You Bought
           25
    at    .5200
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount      13.00
Settlement Amount    13.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900450135

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 16, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY OSBORNE**

9900400483

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                        Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                        800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23075-OKOCDB | 1* | WO# | 03-16-23 | 03-20-23 | 59134N104 | 23075-H3RZQ | | |

DESCRIPTION and DISCLOSURES

You Bought                    5          META MATERIALS INC COM                  Principal Amount            2.50
                                                 ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount        2.50
        at        .4999      WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900400483

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 23, 2023**

Page 1 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900353360

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23082-0KD9PH | 1* | WO# | 03-23-23 | 03-27-23 | Y2066G104 | 23082-HV192 | | |

DESCRIPTION and DISCLOSURES

You ~~~~~~~ 7 ~~~~~~~~~~~~~ Principal Amount 27.37
at   3.9100   ~~WE HAVE ACTED AS AGENT~~ Settlement Amount 27.37
Symbol:
DSX

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23082-0J2T8Z | 1* | WO# | 03-23-23 | 03-27-23 | 59134N104 | 23082-HTWN7 | | |

DESCRIPTION and DISCLOSURES

You Bought       45       META MATERIALS INC COM          Principal Amount      20.88
at   .4641       ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount    20.88
Symbol:          WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900353360

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00   000

**Transaction Confirmation**
**Confirm Date: March 23, 2023**                                    Page 2 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23082-0J8QOD | 1* | WO# | 03-23-23 | 03-27-23 | 59134N104 | 23082-HWXZE | | |

You Bought                    DESCRIPTION and DISCLOSURES
                              META MATERIALS INC COM          Principal Amount         93.68
        200                   ISIN #US59134N1046 SEDOL #BKSCVX7  Settlement Amount       93.68
    at  .4684                 WE HAVE ACTED AS AGENT.
Symbol :
MMAT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23082-0KRG4X | 1* | WO# | 03-23-23 | 03-27-23 | 59134N104 | 23082-HZWIS | | |

You Bought                    DESCRIPTION and DISCLOSURES
                              META MATERIALS INC COM          Principal Amount         93.02
        200                   ISIN #US59134N1046 SEDOL #BKSCVX7  Settlement Amount       93.02
    at  .4651                 WE HAVE ACTED AS AGENT.
Symbol :
MMAT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23082-0J2HLT | 1* | WO# | 03-23-23 | 03-27-23 | 95040Q104 | 23082-H8W3Z | | |

You Sold                     DESCRIPTION and DISCLOSURES
                              WELLTOWER INC COM              Principal Amount        658.80
        10                    WE HAVE ACTED AS AGENT.        Commission              0.01
    65.8800                                                 Settlement Amount       658.79
Symbol :
WELL

Specific Share Identification For Cost Basis Information Tracking

| Date Acquired | Quantity of Shares | Cost Basis/Share | Date Acquired | Quantity of Shares | Cost Basis/Share |
|---|---|---|---|---|---|
| 03/10/17 | 10 | 65.86 | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900353360

**REMITTANCE COUPON**

**Transaction Confirmation**
**Confirm Date: May 1, 2023**

Page 3 of 3

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23121-KMTLPL | 1* | WO# | 05-01-23 | 05-03-23 | 29786A106 | 23121-HR6AG | | |

You Bought ~~ETSY INC COM~~   Principal Amount  96.36
at 1 96.3600   ~~WE HAVE ACTED AS AGENT.~~   Settlement Amount  96.36
Symbol:
ETSY

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23121-0D1LKN | 1* | WO# | 05-01-23 | 05-03-23 | 59134N104 | 23121-HII16 | | |

You Bought   META MATERIALS INC COM   Principal Amount  4.64
at 25 .1854   ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount  4.64
Symbol:   WE HAVE ACTED AS AGENT.
MMAT

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23121-0F8X3R | 1* | WO# | 05-01-23 | 05-03-23 | 59134N104 | 23121-HQIZ6 | | |

You Bought   META MATERIALS INC COM   Principal Amount  9.29
at 50 .1858   ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount  9.29
Symbol:   WE HAVE ACTED AS AGENT.
MMAT

| REFERENCE NO. | TYPE | REG. REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23121-LB3L62 | 1* | WO# | 05-01-23 | 05-03-23 | 72919P202 | 23121-HR6KR | | |

You Bought ~~PLUG POWER INC~~   Principal Amount  17.64
at 2 8.8200   ~~WE HAVE ACTED AS AGENT.~~   Settlement Amount  17.64
Symbol:
PLUG

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900481212

**Transaction Confirmation**
**Confirm Date: May 2, 2023**                                    Page 2 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

| REFERENCE NO.<br>23122-OD1K8T | TYPE<br>1* | REG.REP.<br>WO# | TRADE DATE<br>05-02-23 | SETTLEMENT DATE<br>05-04-23 | CUSIP NO.<br>59134N104 | ORDER NO.<br>23122-HJ9TT | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | 5 | | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM | | | Principal Amount | | 0.93 |
| at | .1865 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 0.93 |
| Symbol:<br>MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

| REFERENCE NO.<br>23122-OF7WQM | TYPE<br>1* | REG.REP.<br>WO# | TRADE DATE<br>05-02-23 | SETTLEMENT DATE<br>05-04-23 | CUSIP NO.<br>59134N104 | ORDER NO.<br>23122-HWG73 | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | 45 | | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM | | | Principal Amount | | 8.45 |
| at | .1878 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 8.45 |
| Symbol:<br>MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

| REFERENCE NO.<br>23122-OGBT7N | TYPE<br>1* | REG.REP.<br>WO# | TRADE DATE<br>05-02-23 | SETTLEMENT DATE<br>05-04-23 | CUSIP NO.<br>59134N104 | ORDER NO.<br>23122-HXKDM | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | 150 | | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM | | | Principal Amount | | 28.19 |
| at | .1879 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 28.19 |
| Symbol:<br>MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900389850

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 27, 2023**                    Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY OSBORNE**

9900372405

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                              Fidelity.com
FAST®-Automated Telephone           800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23117-OHD57C | 1* | WO# | 04-27-23 | 05-01-23 | 59134N104 | 23117-HXJ3G | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 25 | META MATERIALS INC COM | Principal Amount | 4.72 |
| at | .1887 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 4.72 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900372405

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152  00  000

Transaction Confirmation
Confirm Date: May 31, 2023

Page 2 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23151-0D7FRT | 1* | WO# | 05-31-23 | 06-02-23 | 59134N104 | 23151-HNRVP | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 54.75 |
| | 250 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 54.75 |
| at | .2190 | WE HAVE ACTED AS AGENT. | | |
| Symbol: | | | | |
| MMAT | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23151-0FL3HH | 1* | WO# | 05-31-23 | 06-02-23 | 59134N104 | 23151-HPYAB | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 54.03 |
| | 250 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 54.03 |
| at | .2161 | WE HAVE ACTED AS AGENT. | | |
| Symbol: | | | | |
| MMAT | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23151-0FSSBN | 1* | WO# | 05-31-23 | 06-02-23 | 59134N104 | 23151-HP7FW | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 21.55 |
| | 100 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 21.55 |
| at | .2155 | WE HAVE ACTED AS AGENT. | | |
| Symbol: | | | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900395148

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: May 31, 2023**

Page 1 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

9900395148

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                   Fidelity.com
FAST®-Automated Telephone   800-544-5555
Customer Service                   800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23151-0DRFZL | 1* | WO# | 05-31-23 | 06-02-23 | 59134N104 | 23151-HIJWP | | |

| | | | **DESCRIPTION and DISCLOSURES** | | | | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 450 | META MATERIALS INC COM | | | Principal Amount | | 96.89 |
| at | | .2153 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 96.89 |
| Symbol : | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23151-0D2SSQ | 1* | WO# | 05-31-23 | 06-02-23 | 59134N104 | 23151-HLSEG | | |

| | | | **DESCRIPTION and DISCLOSURES** | | | | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 500 | META MATERIALS INC COM | | | Principal Amount | | 109.05 |
| at | | .2181 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 109.05 |
| Symbol : | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900395148

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00   000

**Transaction Confirmation**
**Confirm Date: May 25, 2023**

Page 3 of 3

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

| REFERENCE NO. 23145-0GGX5T | TYPE 1* | REG.REP. WO# | TRADE DATE 05-25-23 | SETTLEMENT DATE 05-30-23 | CUSIP NO. 59134N104 | ORDER NO. 23145-HNID4 | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | .50 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | Principal Amount | | | 11.21 |
| at | | .224241 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | | 11.21 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900402716



**Fidelity**
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: May 24, 2023**                    Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900328510

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                          Fidelity.com
FAST®-Automated Telephone        800-544-5555
Customer Service                 800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23144-ODSMSW | 1* | WO# | 05-24-23 | 05-26-23 | 59134N104 | 23144-HLNMR | | |

| | | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|---|
| You Bought | | 100 | META MATERIALS INC COM | | Principal Amount | 23.72 |
| | | .2372 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | 23.72 |
| at | | | WE HAVE ACTED AS AGENT. | | | |
| Symbol: | | | | | | |
| MMAT | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900328510

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152   00   000

**Transaction Confirmation**
**Confirm Date: May 23, 2023**

Page 3 of 3

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

| REFERENCE NO. 23143-OGL5JQ | TYPE 1* | REG.REP. WO# | TRADE DATE 05-23-23 | SETTLEMENT DATE 05-25-23 | CUSIP NO. 59134N104 | ORDER NO. 23143-HV6M9 | | |
|---|---|---|---|---|---|---|---|---|

You Bought
                   100
        at   .2620
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount     26.20
Settlement Amount    26.20

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900383264

**Transaction Confirmation**
**Confirm Date: May 23, 2023**

Page 2 of 3

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23143-0FKL4S | 1* | WO# | 05-23-23 | 05-25-23 | M9T951109 | 23143-DP70B | | |

DESCRIPTION and DISCLOSURES

Principal Amount  6.44
Activity Assessment Fee  0.01
Settlement Amount  6.43

FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23143-0FS75B | 1* | WO# | 05-23-23 | 05-25-23 | 59134N104 | 23143-HNK0I | | |

DESCRIPTION and DISCLOSURES

You Bought
    200
at
    .2705
Symbol:
MMAT

META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount  54.10
Settlement Amount  54.10

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23143-0GDX0F | 1* | WO# | 05-23-23 | 05-25-23 | 59134N104 | 23143-HS4RW | | |

DESCRIPTION and DISCLOSURES

You Bought
    100
at
    .26615
Symbol:
MMAT

META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount  26.62
Settlement Amount  26.62

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900383264

**REMITTANCE COUPON**

**Transaction Confirmation**
**Confirm Date: June 7, 2023**                    Page 2 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

RICKY  OSBORNE

| REFERENCE NO. 23158-0FF54P | TYPE 1* | REG.REP. WO# | TRADE DATE 06-07-23 | SETTLEMENT DATE 06-09-23 | CUSIP NO. 59134N104 | ORDER NO. 23158-HWIEI | | |
|---|---|---|---|---|---|---|---|---|

You Bought

        450

    at   .2428

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount      109.26
Settlement Amount    109.26

| REFERENCE NO. 23158-0FN86F | TYPE 1* | REG.REP. WO# | TRADE DATE 06-07-23 | SETTLEMENT DATE 06-09-23 | CUSIP NO. 59134N104 | ORDER NO. 23158-HX9BZ | | |
|---|---|---|---|---|---|---|---|---|

You Bought

        450

    at   .2400

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount      108.00
Settlement Amount    108.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900391567

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 7, 2023**

Page 1 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900391567

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                          Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23158-0DKBCM | 1* | WO# | 06-07-23 | 06-09-23 | 59134N104 | 23158-HL056 | | |

You Bought
            150
   at
     .2467
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount      37.01
Settlement Amount    37.01

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23158-0D74XQ | 1* | WO# | 06-07-23 | 06-09-23 | 59134N104 | 23158-HS02H | | |

You Bought
            700
   at
     .2475
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    173.25
Settlement Amount   173.25

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE    9900391567

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8152 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152    00    000

**Transaction Confirmation**
**Confirm Date: June 30, 2023**                    Page 2 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

| REFERENCE NO. 23181-0F3KKH | TYPE 1* | REG.REP. WO# | TRADE DATE 06-30-23 | SETTLEMENT DATE 07-05-23 | CUSIP NO. 59134N104 | ORDER NO. 23181-HR6J5 | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| at | 100 .2145 | | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Principal Amount Settlement Amount | | 21.45 21.45 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE            9900415229

**REMITTANCE COUPON**

**Transaction Confirmation**
**Confirm Date: July 13, 2023**

Page 2 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23194-OD6HOL | 1* | WO# | 07-13-23 | 07-17-23 | 59134N104 | 23194-HJWGR | | |

DESCRIPTION and DISCLOSURES

You Bought

at 250
.1884

Symbol:
MMAT

META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount        47.10
Settlement Amount       47.10

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23194-OD77WB | 1* | WO# | 07-13-23 | 07-17-23 | 59134N104 | 23194-HLCJ2 | | |

DESCRIPTION and DISCLOSURES

You Bought

at 500
.1883

Symbol:
MMAT

META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount        94.15
Settlement Amount       94.15

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900417370

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: July 13, 2023

Page 1 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900417370

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23194-LMCXRL | 1* | WO# | 07-13-23 | 07-17-23 | 577096100 | 23194-HJTWO | | |

DESCRIPTION and DISCLOSURES
~~MATERIALS INC COM CL A~~
WE HAVE ACTED AS AGENT.

Principal Amount 18.13
Settlement Amount 18.13

at        3.6250

Symbol:
MTTR

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23194-0D39XN | 1* | WO# | 07-13-23 | 07-17-23 | 59134N104 | 23194-HJYJA | | |

DESCRIPTION and DISCLOSURES

You Bought          250       META MATERIALS INC COM                Principal Amount      47.13
                              ISIN #US59134N1046 SEDOL #BKSCVX7     Settlement Amount     47.13
at        .1885      WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900417370

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152   00  000



**Fidelity**
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: July 12, 2023**                    Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900416296

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                          Fidelity.com
FAST®-Automated Telephone        800-544-5555
Customer Service                 800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23193-0FZLMR | 1* | WO# | 07-12-23 | 07-14-23 | 59134N104 | 23193-HZYEZ | | |

DESCRIPTION and DISCLOSURES

| You Bought | | 250 | META MATERIALS INC COM | Principal Amount | 46.73 |
| at | | .1869 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 46.73 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900416296

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152   00   000

Transaction Confirmation
Confirm Date: July 6, 2023

Page 3 of 3

Brokerage Account Number
*****8152 ROTH IRA

RICKY OSBORNE

| REFERENCE NO. 23187-0DX14P | TYPE 1* | REG.REP. WO# | TRADE DATE 07-06-23 | SETTLEMENT DATE 07-10-23 | CUSIP NO. 59134N104 | ORDER NO. 23187-HG6E0 | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 90 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | Principal Amount | | | 16.88 |
| at | | .1876 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | | 16.88 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. PARTIAL EXECUTION | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900413108

**Transaction Confirmation**
**Confirm Date: July 6, 2023**                          Page 2 of 3

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23187-0DZP8Q | 1* | WO# | 07-06-23 | 07-10-23 | Y6430L202 | 23187-DP1F2 | | |

You Sold                     DESCRIPTION and DISCLOSURES
OCEANPAL INC ORD USD0.01 (POST REV      Principal Amount            14.15
                                        Settlement Amount           14.15
Symbol:          LOTS WITHOUT SPECIFIC SHARES
OP               INSTRUCTIONS WILL BE DEPLETED USING
                 FIRST IN, FIRST OUT METHOD.

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23187-KCBOTQ | 1* | WO# | 07-06-23 | 07-10-23 | 25179M103 | 23187-HHAXI | | |

                              DESCRIPTION and DISCLOSURES
Yo                                      Principal Amount            46.77
         at   46.7700                                               46.77
Symbol:
DVN

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23187-0DX1XG | 1* | WO# | 07-06-23 | 07-10-23 | 59134N104 | 23187-HG6E0 | | |

You Bought                    DESCRIPTION and DISCLOSURES
              910             META MATERIALS INC COM        Principal Amount           170.72
              .1876           ISIN #US59134N1046 SEDOL #BKSCVX7  Settlement Amount      170.72
Symbol:                       WE HAVE ACTED AS AGENT.
MMAT                          PARTIAL EXECUTION
         at

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900413108

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: July 7, 2023**                    Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900386537

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                              Fidelity.com
FAST®-Automated Telephone           800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23188-0GDPWK | 1* | WO# | 07-07-23 | 07-11-23 | 59134N104 | 23188-HMD5M | | |

DESCRIPTION and DISCLOSURES

You Bought                META MATERIALS INC COM              Principal Amount          46.43
          250             ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount         46.43
     at   .1857           WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                         9900386537

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: July 19, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

9900413597

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                     800-544-6666

| REFERENCE NO. 23200-0FTKNS | TYPE 1* | REG.REP. WO# | TRADE DATE 07-19-23 | SETTLEMENT DATE 07-21-23 | CUSIP NO. 59134N104 | ORDER NO. 23200-HSL5E | | |
|---|---|---|---|---|---|---|---|---|

You Bought

at

Symbol:
MMAT

25

.1976

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount             4.94
Settlement Amount        4.94

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                                    9900413597

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*8152**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152    00   000

**Transaction Confirmation**
**Confirm Date: July 18, 2023**

Page 2 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

| REFERENCE NO. 23199-OD5F4C | TYPE 1* | REG.REP. WO# | TRADE DATE 07-18-23 | SETTLEMENT DATE 07-20-23 | CUSIP NO. 59134N104 | ORDER NO. 23199-HH9Z9 | | |
|---|---|---|---|---|---|---|---|---|

You Bought            **DESCRIPTION and DISCLOSURES**

              25      META MATERIALS INC COM        Principal Amount      4.81

     at     .1925     ISIN #US59134N1046 SEDOL #BKSCVX7     Settlement Amount      4.81

Symbol:              WE HAVE ACTED AS AGENT.

MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900451710

**REMITTANCE COUPON**


**Fidelity**
INVESTMENTS®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: July 18, 2023**

Page 1 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900451710

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                          Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service                        800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23199-0DVC6H | 1* | WO# | 07-18-23 | 07-20-23 | 59134N104 | 23199-HH8PQ | | |

You Bought                     DESCRIPTION and DISCLOSURES
                                        META MATERIALS INC COM               Principal Amount          4.84
            25                      ISIN #US59134N1046 SEDOL #BKSCVX7     Settlement Amount        4.84
      at      .1937                WE HAVE ACTED AS AGENT.
Symbol:
MMAT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23199-0D406Z | 1* | WO# | 07-18-23 | 07-20-23 | 59134N104 | 23199-HLJCT | | |

You Bought                     DESCRIPTION and DISCLOSURES
                                        META MATERIALS INC COM               Principal Amount          4.86
            25                      ISIN #US59134N1046 SEDOL #BKSCVX7     Settlement Amount        4.86
      at      .1943                WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE            9900451710

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
Confirm Date: July 17, 2023

Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900532052

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23198-0F91RH | 1* | WO# | 07-17-23 | 07-19-23 | 59134N104 | 23198-H1KX4 | | |

DESCRIPTION and DISCLOSURES

You Bought
      50
    at
     .1884
Symbol :
MMAT

META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    9.42
Settlement Amount    9.42

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE    9900532052

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152  00  000

**Transaction Confirmation**
**Confirm Date: July 27, 2023**

Page 4 of 5

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

| REFERENCE NO. 23208-0FLGXJ | TYPE 1* | REG.REP. WO# | TRADE DATE 07-27-23 | SETTLEMENT DATE 07-31-23 | CUSIP NO. 59134N104 | ORDER NO. 23208-HNTQJ | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 15 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 3.13 |
| at | | .2085 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 3.13 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

| REFERENCE NO. 23208-0FMBTZ | TYPE 1* | REG.REP. WO# | TRADE DATE 07-27-23 | SETTLEMENT DATE 07-31-23 | CUSIP NO. 59134N104 | ORDER NO. 23208-HRCAV | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 10 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 2.08 |
| at | | .2081 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 2.08 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

| REFERENCE NO. 23208-0FQK7T | TYPE 1* | REG.REP. WO# | TRADE DATE 07-27-23 | SETTLEMENT DATE 07-31-23 | CUSIP NO. 59134N104 | ORDER NO. 23208-HSLJD | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 75 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 15.59 |
| at | | .2078 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 15.59 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

| REFERENCE NO. 23208-0FQN3C | TYPE 1* | REG.REP. WO# | TRADE DATE 07-27-23 | SETTLEMENT DATE 07-31-23 | CUSIP NO. 59134N104 | ORDER NO. 23208-HSM7W | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 10 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 2.07 |
| at | | .2072 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 2.07 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

| REFERENCE NO. 23208-0FQQ1Z | TYPE 1* | REG.REP. WO# | TRADE DATE 07-27-23 | SETTLEMENT DATE 07-31-23 | CUSIP NO. 59134N104 | ORDER NO. 23208-HSOZ4 | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | 100 | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 20.66 |
| at | | .2066 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 20.66 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900434677

**Transaction Confirmation**
**Confirm Date: July 27, 2023**

Page 5 of 5

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

| REFERENCE NO. 23208-0FQ60J | TYPE 1* | REG.REP. WO# | TRADE DATE 07-27-23 | SETTLEMENT DATE 07-31-23 | CUSIP NO. 59134N104 | ORDER NO. 23208-HSZDZ | | |
|---|---|---|---|---|---|---|---|---|

You Bought          200
   at       .2066
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount       41.32
Settlement Amount    41.32

| REFERENCE NO. 23208-0F1QTP | TYPE 1* | REG.REP. WO# | TRADE DATE 07-27-23 | SETTLEMENT DATE 07-31-23 | CUSIP NO. 59134N104 | ORDER NO. 23208-HXMKW | | |
|---|---|---|---|---|---|---|---|---|

You Bought          50
   at       .2030
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount       10.15
Settlement Amount    10.15

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900434677



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: August 2, 2023**                    Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY OSBORNE**

9900472922

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                              Fidelity.com
FAST®-Automated Telephone           800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23214-0JFTKM | 1* | WO# | 08-02-23 | 08-04-23 | 59134N104 | 23214-H4812 | | |

You Bought                DESCRIPTION and DISCLOSURES
                          META MATERIALS INC COM                  Principal Amount              12.10
        50                ISIN #US59134N1046 SEDOL #BKSCVX7        Settlement Amount             12.10
    at  .241999           WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                              9900472922

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152   00   000

**Transaction Confirmation**
**Confirm Date: August 4, 2023**

Page 2 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23216-0FNNPT | 1* | WO# | 08-04-23 | 08-08-23 | 229663109 | 23216-HVK1T | | |

You Bought
1
at
40.3700

~~DESCRIPTION and DISCLOSURES~~
~~CUBESMART~~
~~WILL HAVE ACTED AS AGENT.~~

Principal Amount          40.37
Settlement Amount         40.37

Symbol:
CUBE

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23216-0FNC4K | 1* | WO# | 08-04-23 | 08-08-23 | 59134N104 | 23216-HVE90 | | |

You .Bought
505
at
.2438

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN.#US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount         123.12
Settlement Amount        123.12

Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900456205

**REMITTANCE COUPON**



P.O. Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: August 7, 2023**                    Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900488108

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                              Fidelity.com
FAST®-Automated Telephone           800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23219-0GNF2H | 1* | WO# | 08-07-23 | 08-09-23 | 59134N104 | 23219-HE864 | | |

You Bought              95
     at         .231699
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount            22.01
Settlement Amount           22.01

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900488108

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152   00   000

**Transaction Confirmation**
Confirm Date: July 14, 2023                                        Page 2 of 3

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23195-J975PT | 1* | WO# | 07-14-23 | 07-18-23 | 25179M103 | 23195-HJRN9 | | |

DESCRIPTION and DISCLOSURES
DEVON ENERGY CORP
WE HAVE ACTED AS AGENT.

Principal Amount    49.38
Settlement Amount   49.38

at    49.3844

Symbol:
DVN

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23195-KVC6V2 | 1* | WO# | 07-14-23 | 07-18-23 | 577096100 | 23195-HKTEQ | | |

DESCRIPTION and DISCLOSURES
WE HAVE ACTED

Principal Amount    17.70
                   17.70

5
at    3.5400

Symbol:
MTTR

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23195-0FK8NW | 1* | WO# | 07-14-23 | 07-18-23 | 59134N104 | 23195-HKDA1 | | |

You Bought

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

250

Principal Amount    46.68
Settlement Amount   46.68

at    .1867

Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE              9900458550

**REMITTANCE COUPON**

**Transaction Confirmation**
**Confirm Date: July 14, 2023**                    Page 3 of 3

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23195-0FQDMW | 1* | WO# | 07-14-23 | 07-18-23 | 59134N104 | 23195-HLP5R | | |

You Bought
  250
    at
  .1854
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          46.35
Settlement Amount         46.35

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23195-0FQ17C | 1* | WO# | 07-14-23 | 07-18-23 | 59134N104 | 23195-HL1ZZ | | |

You Bought
  500
    at
  .1854
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          92.70
Settlement Amount         92.70

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900458550

**Transaction Confirmation**
**Confirm Date: July 27, 2023**

Page 2 of 5

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23208-JSSFOK | 1* | WO# | 07-27-23 | 07-31-23 | 577096100 | 23208-HPNVJ | | |

You Bought

DESCRIPTION and DISCLOSURES
MATTERPORT INC COM CL A
WE HAVE ACTED AS AGENT

Principal Amount    3.22
Settlement Amount   3.22

at    3.2200

Symbol:
MTTR

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23208-LWYPN6 | 1* | WO# | 07-27-23 | 07-31-23 | 577096100 | 23208-HMQSO | | |

You Bought

DESCRIPTION and DISCLOSURES
MATTERPORT INC COM CL A
WE HAVE ACTED AS AGENT

Principal Amount    16.35
Settlement Amount   16.35

at    3.2699

Symbol:
MTTR

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23208-0D3BBB | 1* | WO# | 07-27-23 | 07-31-23 | 59134N104 | 23208-HKW20 | | |

You Bought    5

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    1.06
Settlement Amount   1.06

at    .2110

Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900434677

**REMITTANCE COUPON**

**Transaction Confirmation**
**Confirm Date: July 27, 2023**

Page 3 of 5

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23208-0D6JVR | 1* | WO# | 07-27-23 | 07-31-23 | 59134N104 | 23208-HKZXD | | |

You Bought
at
Symbol:
MMAT

5
.2080

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          1.04
Settlement Amount         1.04

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23208-0D695X | 1* | WO# | 07-27-23 | 07-31-23 | 59134N104 | 23208-HMNP4 | | |

You Bought
at
Symbol:
MMAT

5
.212399

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          1.06
Settlement Amount         1.06

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23208-0D8LGV | 1* | WO# | 07-27-23 | 07-31-23 | 59134N104 | 23208-HM774 | | |

You Bought
at
Symbol:
MMAT

5
.2101

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          1.05
Settlement Amount         1.05

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23208-0D92GN | 1* | WO# | 07-27-23 | 07-31-23 | 59134N104 | 23208-HNY7F | | |

You Bought
at
Symbol:
MMAT

100
.208758

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          20.88
Settlement Amount         20.88

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23208-0FF5PK | 1* | WO# | 07-27-23 | 07-31-23 | 59134N104 | 23208-HPMSA | | |

You Bought
at
Symbol:
MMAT

5
.2100

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          1.05
Settlement Amount         1.05

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900434677



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: September 12, 2023**                    Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900345175

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. WO# | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23255-0DN0HJ | 1* | WO# | 09-12-23 | 09-14-23 | 59134N104 | 23255-HH15E | | |

| | | | | |
|---|---|---|---|---|
| You Bought | | DESCRIPTION and DISCLOSURES | | |
| | 100 | META MATERIALS INC COM | Principal Amount | 21.10 |
| at | .2110 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 21.10 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900345175

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152   00   000

**Transaction Confirmation**
**Confirm Date: September 5, 2023**

Page 2 of 3

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23248-0GBFZJ | 1* | WO# | 09-05-23 | 09-07-23 | 56501R106 | 23248-HK6FB | | |

You Bought 1 at 18.6000

DESCRIPTION and DISCLOSURES
MANULIFE FINANCIAL CORP COM NPV
ISIN #CA56501R106 SEDOL #242519
WE HAVE ACTED AS AGENT.

Principal Amount    18.60
Settlement Amount   18.60

Symbol:
MFC

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23248-H2R3R5 | 1* | WO# | 09-05-23 | 09-07-23 | 577096100 | 23248-HLAB6 | | |

You Bought 4 at 2.6200

DESCRIPTION and DISCLOSURES
MATTERPORT INC COM CL A
WE HAVE ACTED AS AGENT.

Principal Amount    10.48
Settlement Amount   10.48

Symbol:
MTTR

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23248-0F964W | 1* | WO# | 09-05-23 | 09-07-23 | 59134N104 | 23248-HK5EL | | |

You Bought 100 at .2340

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    23.40
Settlement Amount   23.40

Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900494785

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: August 9, 2023**          Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900367534

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23221-RKW9HN | 1* | WO# | 08-09-23 | 08-11-23 | 577096100 | 23221-HVLN2 | | |

DESCRIPTION and DISCLOSURES

You ~~...~~                                    Principal Amount     8.12
     at       2.7053      WE HAVE ACTED AS AGENT                      8.12
Symbol:
MTTR

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23221-0F0Q9B | 1* | WO# | 08-09-23 | 08-11-23 | 59134N104 | 23221-HVJW6 | | |

DESCRIPTION and DISCLOSURES

You Bought        200    META MATERIALS INC COM         Principal Amount     49.46
     at     .2473   ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount    49.46
Symbol:             WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                     9900367534

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits are to be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152   00   000

**Transaction Confirmation**
**Confirm Date: August 8, 2023**

Page 3 of 3

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

| REFERENCE NO. 23220-0FQQSH | TYPE 1* | REG.REP. WO# | TRADE DATE 08-08-23 | SETTLEMENT DATE 08-10-23 | CUSIP NO. 59134N104 | ORDER NO. 23220-HM8OB | | |
|---|---|---|---|---|---|---|---|---|

**You Bought**

600 .2661

Symbol: MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount      159.66
Settlement Amount      159.66

at

| REFERENCE NO. 23220-LL1CWM | TYPE 1* | REG.REP. WO# | TRADE DATE 08-08-23 | SETTLEMENT DATE 08-10-23 | CUSIP NO. 72919P202 | ORDER NO. 23220-HKKFX | | |
|---|---|---|---|---|---|---|---|---|

Yo████████████

at 10.6360

Symbol: PLUG

DESCRIPTION and DISCLOSURES
████████████
WE HAVE ACTED AS AGENT.

Principal Amount      21.27
Settlement Amount      21.27

| REFERENCE NO. 23220-K8L5MS | TYPE 1* | REG.REP. WO# | TRADE DATE 08-08-23 | SETTLEMENT DATE 08-10-23 | CUSIP NO. 78464A763 | ORDER NO. 23220-HKS16 | | |
|---|---|---|---|---|---|---|---|---|

Yo████████████

at 123.5900

Symbol: SDY

DESCRIPTION and DISCLOSURES
████ SER TR S&P DIVID ETF
████████████

Principal Amount      123.59
Settlement Amount      123.59

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900403475



**Fidelity**
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: September 22, 2023**                    Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900348588

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                          Fidelity.com
FAST®-Automated Telephone        800-544-5555
Customer Service                        800-544-6666

| REFERENCE NO. 23265-0HB1FZ | TYPE 1* | REG.REP. WO#. | TRADE DATE 09-22-23 | SETTLEMENT DATE 09-26-23 | CUSIP NO. 59134N104 | ORDER NO. 23265-HPEWP | | |
|---|---|---|---|---|---|---|---|---|

**DESCRIPTION and DISCLOSURES**

You Bought          7          META MATERIALS INC COM          Principal Amount          1.44
          at    .206099          ISIN #US59134N1046 SEDOL #BKSCVX7          Settlement Amount          1.44
Symbol:                              WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900348588

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: September 19, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

9900324919

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23262-0D3W5V | 1* | WO# | 09-19-23 | 09-21-23 | 59134N104 | 23262-H083Q | | |

**DESCRIPTION and DISCLOSURES**

You Bought

        25

    at  .2033

Symbol:
MMAT

META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount        5.08
Settlement Amount      5.08

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE    9900324919

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152**  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: September 18, 2023**                Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900444572

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. 23261-OH6XKF | TYPE 1* | REG.REP. WO# | TRADE DATE 09-18-23 | SETTLEMENT DATE 09-20-23 | CUSIP NO. 59134N104 | ORDER NO. 23261-HOYOJ | | |
|---|---|---|---|---|---|---|---|---|

You Bought      50      **DESCRIPTION and DISCLOSURES**

at  .2067

Symbol:
MMAT

META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount      10.34
Settlement Amount     10.34

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE    9900444572

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8152 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152   00 000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 4, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

9900525361

**RICKY OSBORNE**

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                          Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                       800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23338-0DFXPV | 1* | WO# | 12-04-23 | 12-06-23 | 59134N104 | 23338-DSRZK | | |

You Bought

     2

  at  .0750

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount     0.15
Settlement Amount    0.15

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900525361

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 1, 2023**

Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

9900427307

Online                                              Fidelity.com
FAST®-Automated Telephone        800-544-5555
Customer Service                            800-544-6666

| REFERENCE NO. 23060-0D56KL | TYPE 1* | REG.REP. WO# | TRADE DATE 03-01-23 | SETTLEMENT DATE 03-03-23 | CUSIP NO. 59134N104 | ORDER NO. 23060-HOL0J | | |
|---|---|---|---|---|---|---|---|---|

You Bought

50
at                .5999

Symbol :
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount                30.00
Settlement Amount             30.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900427307

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 3, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

9900363061

**RICKY OSBORNE**

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                              Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service              800-544-6666

| REFERENCE NO. 23062-0FLDHB | TYPE 1* | REG.REP. WO# | TRADE DATE 03-03-23 | SETTLEMENT DATE 03-07-23 | CUSIP NO. 59134N104 | ORDER NO. 23062-HW1MX | | |
|---|---|---|---|---|---|---|---|---|

You Bought

|  |  |  |
|---|---|---|
| | 50 | **DESCRIPTION and DISCLOSURES** |
| | | META MATERIALS INC COM |
| at | .6314 | ISIN #US59134N1046 SEDOL #BKSCVX7 |
| Symbol: | | WE HAVE ACTED AS AGENT. |
| MMAT | | |

Principal Amount          31.57
Settlement Amount         31.57

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                              9900363061

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*8152** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152   00   000

**Transaction Confirmation**
**Confirm Date: March 28, 2023**

Page 2 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY OSBORNE**

| REFERENCE NO. 23087-0FNP6C | TYPE 1* | REG.REP. WO# | TRADE DATE 03-28-23 | SETTLEMENT DATE 03-30-23 | CUSIP NO. 59134N104 | ORDER NO. 23087-HMCYC | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | 500 | | META MATERIALS INC COM | | | Principal Amount | | 206.85 |
| at | .4137 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 206.85 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900296141

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 28, 2023**

Page 1 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

9900296141

**RICKY OSBORNE**

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                 Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                  800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23087-0DWVJR | 1* | WO# | 03-28-23 | 03-30-23 | 59134N104 | 23087-HILVV | | |

You Bought          250
                at    .4210
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount        105.25
Settlement Amount      105.25

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23087-0FFPHR | 1* | WO# | 03-28-23 | 03-30-23 | 59134N104 | 23087-HI574 | | |

You Bought          250
                at    .4160
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount        104.00
Settlement Amount      104.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900296141

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 .0244118152    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 25, 2023**

Page 1 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY OSBORNE**

9900353570

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                      Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                     800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23115-0FR1HC | 1* | WO# | 04-25-23 | 04-27-23 | 59134N104 | 23115-HNC15 | | |

DESCRIPTION and DISCLOSURES

| You Bought | | | META MATERIALS INC COM | | Principal Amount | 196.30 |
|---|---|---|---|---|---|---|
| at | 1,000 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | 196.30 |
| | .1963 | | WE HAVE ACTED AS AGENT. | | | |

Symbol:
MMAT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23115-0FXJVN | 1* | WO# | 04-25-23 | 04-27-23 | 59134N104 | 23115-HPKBB | | |

DESCRIPTION and DISCLOSURES

| You Bought | | | META MATERIALS INC COM | | Principal Amount | 96.75 |
|---|---|---|---|---|---|---|
| at | 500 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | 96.75 |
| | .1935 | | WE HAVE ACTED AS AGENT. | | | |

Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900353570

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*8152** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152   00   000

**Transaction Confirmation**
**Confirm Date: April 25, 2023**

Page 2 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

| REFERENCE NO. 23115-MPTMVK | TYPE 1* | REG.REP. WO# | TRADE DATE 04-25-23 | SETTLEMENT DATE 04-27-23 | CUSIP NO. 69608A108 | ORDER NO. 23115-HNI8R | | |
|---|---|---|---|---|---|---|---|---|

You Bought

5

at    7.8000

Symbol:
PLTR

DESCRIPTION and DISCLOSURES
PALANTIR TECHNOLOGIES INC CL A
WE HAVE ACTED AS AGENT.

Principal Amount                39.00
Settlement Amount            39.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900353570

**REMITTANCE COUPON**



**Fidelity**
I N V E S T M E N T S®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 26, 2023**                    Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

9900353826

**RICKY OSBORNE**

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                    Fidelity.com
FAST®-Automated Telephone                 800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23116-0FWQ3D | 1* | WO# | 04-26-23 | 04-28-23 | 59134N104 | 23116-HONGA | | |

|  | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 94.75 |
| | 500 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 94.75 |
| at | .1895 | WE HAVE ACTED AS AGENT. | | |
| Symbol: | | | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900353826

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 2, 2023**

Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900447021

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23153-0HPBVB | 1* | WO# | 06-02-23 | 06-06-23 | 59134N104 | 23153-H2YWO | | |

|  | DESCRIPTION and DISCLOSURES |  |  |
|---|---|---|---|
| You Bought | META MATERIALS INC COM | Principal Amount | 10.46 |
| 50 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 10.46 |
| at .2092 | WE HAVE ACTED AS AGENT. | | |
| Symbol:<br>MMAT | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900447021

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00  000



**Fidelity**
INVESTMENTS

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: July 26, 2023**

Page 1 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900364516

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23207-HRNRRH | 1* | WO# | 07-26-23 | 07-28-23 | 185899101 | 23207-HJYRX | | |

DESCRIPTION and DISCLOSURES

You Bought
CLEVELAND-CLIFFS INC NEW COM
WE HAVE ACTED AS AGENT.

Principal Amount    17.13
Settlement Amount   17.13

at      1
   17.1300

Symbol:
CLF

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23207-ODRCMP | 1* | WO# | 07-26-23 | 07-28-23 | 59134N104 | 23207-HJZMX | | |

DESCRIPTION and DISCLOSURES

You Bought
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount    1.06
Settlement Amount   1.06

at      5
    .2120

Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900364516

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8152 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: July 3, 2023**                                    Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY OSBORNE**

9900449882

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                   Fidelity.com
FAST®-Automated Telephone                800-544-5555
Customer Service                         800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23184-0D5J2H | 1* | WO# | 07-03-23 | 07-06-23 | 59134N104 | 23184-HIPCO | | |

|  |  | DESCRIPTION and DISCLOSURES |  |  |
|---|---|---|---|---|

You Bought                DESCRIPTION and DISCLOSURES
                          META MATERIALS INC COM           Principal Amount        100.45
          500             ISIN #US59134N1046 SEDOL #BKSCVX7  Settlement Amount      100.45
      at  .2009           WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900449882

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00    000

**Transaction Confirmation**
**Confirm Date: July 25, 2023**

Page 2 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

| REFERENCE NO. 23206-0DZ9VD | TYPE 1\* | REG.REP. WO# | TRADE DATE 07-25-23 | SETTLEMENT DATE 07-27-23 | CUSIP NO. 59134N104 | ORDER NO. 23206-HJQY2 | | |
|---|---|---|---|---|---|---|---|---|

You Bought
      at
Symbol:
MMAT

5.
.2177

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount        1.09
Settlement Amount       1.09

| REFERENCE NO. 23206-M9PCB8 | TYPE 1\* | REG.REP. WO# | TRADE DATE 07-25-23 | SETTLEMENT DATE 07-27-23 | CUSIP NO. 681919106 | ORDER NO. 23206-HOP07 | | |
|---|---|---|---|---|---|---|---|---|

You Bought
      at
Symbol:
OMC

1
82.4000

DESCRIPTION and DISCLOSURES
OMNICOM ~~...~~
~~...~~ WE HAVE ACTED AS AGENT.

                          82.40
Settlement Amount       82.40

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900379680

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: July 25, 2023**                    Page 1 of 2

Brokerage Account Number
*****8152 **ROTH IRA**

9900379680

**RICKY  OSBORNE**

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                          Fidelity.com
FAST®-Automated Telephone        800-544-5555
Customer Service                 800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23206-JXS9NN | 1* | WO# | 07-25-23 | 07-27-23 | 00287Y109 | 23206-H0OH0 | | |

| You Bought | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| | 1 | ABBVIE INC COM USD0.01 | Principal Amount | 141.78 |
| at | 141.7814 | WE HAVE ACTED AS AGENT. | Settlement Amount | 141.78 |

Symbol:
ABBV

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23206-0D0DFW | 1* | WO# | 07-25-23 | 07-27-23 | 229663109 | 23206-HJPOP | | |

| You Bought | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| | 1 | CUBESMART | Principal Amount | 44.35 |
| at | 44.3500 | WE HAVE ACTED AS AGENT. | Settlement Amount | 44.35 |

Symbol:
CUBE

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900379680

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152   00   000

**Transaction Confirmation**
**Confirm Date: July 26, 2023**

Page 2 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

| REFERENCE NO. 23207-0FK2CG | TYPE 1* | REG.REP. WO# | TRADE DATE 07-26-23 | SETTLEMENT DATE 07-28-23 | CUSIP NO. 59134N104 | ORDER NO. 23207-HLGY6 | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 1.04 |
| at | 5 .2073 | | ISIN #US59134N1046 SEDOL #BKSCVX7 WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 1.04 |
| Symbol: MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900364516

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 9, 2023**

Page 1 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY OSBORNE**

9900335128

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                              Fidelity.com
FAST®-Automated Telephone          800-544-5555
Customer Service                   800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23282-0H057S | 1* | WO# | 10-09-23 | 10-11-23 | Y2066G104 | 23282-HAHVQ | | |

You Bought     DESCRIPTION and DISCLOSURES
~~DIANA SHIPPING INC~~     Principal Amount     3.45
WE HAVE ACTED AS AGENT.     Settlement Amount     3.45
at     3.4482
Symbol:
DSX

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23282-0H03HQ | 1* | WO# | 10-09-23 | 10-11-23 | 59134N104 | 23282-HAGCN | | |

You Bought     DESCRIPTION and DISCLOSURES
                27     META MATERIALS INC COM     Principal Amount     5.67
                       ISIN #US59134N1046 SEDOL #BKSCVX7     Settlement Amount     5.67
at     .2099     WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE     9900335128

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152**    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 17, 2023**          Page 1 of 1

Brokerage Account Number
*****8492 **INDIVIDUAL**

9900129872

**RICKY OSBORNE**

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                         Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service               800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23290-115737 | 1* | WO# | 10-17-23 | 10-19-23 | 59134N104 | 23290-HF1EA | | |

**DESCRIPTION and DISCLOSURES**

You Bought

| | 95 | META MATERIALS INC COM | | Principal Amount | 19.31 |
|---|---|---|---|---|---|
| at | .2033 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | 19.31 |
| Symbol: | | WE HAVE ACTED AS AGENT. | | | |
| MMAT | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900129872

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8492   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z19468492  00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 18, 2022**

Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900285739

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                 Fidelity.com
FAST®-Automated Telephone   800-544-5555
Customer Service               800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22291-0FX5JS | 1* | WO# | 10-18-22 | 10-20-22 | 59134N104 | 22291-HQ8N2 | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|

You Bought      25
     at    .897249
Symbol:
MMAT

META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount      22.43
Settlement Amount    22.43

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE    9900285739

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8152 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152    00    000



**Fidelity**
INVESTMENTS ®

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 18, 2023**

Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900342933

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                               Fidelity.com
FAST®-Automated Telephone            800-544-5555
Customer Service                     800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23291-0C5R8Q | 1* | WO# | 10-18-23 | 10-20-23 | 59134N104 | 23291-HAJYP | | |

| | | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|---|
| You Bought | | 5 | META MATERIALS INC COM | | Principal Amount | 1.00 |
| | at | .1997 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | 1.00 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | |
| MMAT | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900342933

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 18, 2023**                    Page 1 of 1

Brokerage Account Number
*****8492 INDIVIDUAL

**RICKY OSBORNE**

9900127771

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23291-0C54BC | 1* | WO# | 10-18-23 | 10-20-23 | 59134N104 | 23291-HAMHX | | |

DESCRIPTION and DISCLOSURES

| | | | |
|---|---|---|---|
| You Bought | 20 | META MATERIALS INC COM | Principal Amount  3.99 |
| at | .1995 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount  3.99 |
| Symbol: | | WE HAVE ACTED AS AGENT. | |
| MMAT | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900127771

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8492   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z19468492   00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 4, 2023**                          Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900353522

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                    Fidelity.com
FAST®-Automated Telephone        800-544-5555
Customer Service                      800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23277-0F26GB | 1* | WO# | 10-04-23 | 10-06-23 | 59134N104 | 23277-HMECD | | |

You Bought                1
          at      .218699
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          0.22
Settlement Amount         0.22

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900353522

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152  00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 17, 2023**

Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900341921

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23290-0FDLKT | 1* | WO# | 10-17-23 | 10-19-23 | 59134N104 | 23290-HGCLK | | |

| | | | DESCRIPTION and DISCLOSURES | | | |
|---|---|---|---|---|---|---|
| You Bought | 5 | | META MATERIALS INC COM | | Principal Amount | 1.02 |
| at | .2033 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | 1.02 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | |
| MMAT | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE               9900341921

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 16, 2023**                    Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

9900439621

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23289-0FS3CP | 1* | WO# | 10-16-23 | 10-18-23 | 59134N104 | 23289-HBKOT | | |

DESCRIPTION and DISCLOSURES

You Bought              META MATERIALS INC COM                    Principal Amount              1.10
                  5      ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount              1.10
        at    .2200     WE HAVE ACTED AS AGENT.
Symbol :
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900439621

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152**  only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152   00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 20, 2023**                     Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

9900384910

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                          Fidelity.com
FAST®-Automated Telephone       800-544-5555
Customer Service                800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23293-0GBQ9G | 1* | WO# | 10-20-23 | 10-24-23 | 59134N104 | 23293-HE8VX | | |

You Bought

| | 2 | DESCRIPTION and DISCLOSURES |
|---|---|---|

META MATERIALS INC COM

        at     .1799

ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount          0.36
Settlement Amount         0.36

Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900384910

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152   00   000

**Transaction Confirmation**
**Confirm Date: October 23, 2023**                              Page 2 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

| REFERENCE NO. 23296-0DW65B | TYPE 1* | REG.REP. WO# | TRADE DATE 10-23-23 | SETTLEMENT DATE 10-25-23 | CUSIP NO. 59134N104 | ORDER NO. 23296-HD2VH | | |
|---|---|---|---|---|---|---|---|---|

You Bought
     473       at
  .147668

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount      69.85
Settlement Amount      69.85

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900404872

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 9, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

9900371093

**RICKY OSBORNE**

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                         Fidelity.com
FAST®-Automated Telephone      800-544-5555
Customer Service                      800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23313-0H86NF | 1* | WO# | 11-09-23 | 11-13-23 | 59134N104 | 23313-DSBPE | | |

DESCRIPTION and DISCLOSURES

You Bought          META MATERIALS INC COM                Principal Amount         10.27
          100           ISIN #US59134N1046 SEDOL #BKSCVX7      Settlement Amount        10.27
     at     .1027    WE HAVE ACTED AS AGENT.
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                      9900371093

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*8152** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 13, 2023**                Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

9900402656

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                    Fidelity.com
FAST®-Automated Telephone                 800-544-5555
Customer Service                          800-544-6666

| REFERENCE NO.<br>23317-0GS85N | TYPE<br>1* | REG.REP.<br>WO# | TRADE DATE<br>11-13-23 | SETTLEMENT DATE<br>11-15-23 | CUSIP NO.<br>59134N104 | ORDER NO.<br>23317-DQK60 | | |
|---|---|---|---|---|---|---|---|---|
| You Bought<br><br>at<br>Symbol:<br>MMAT | | 100<br>.0937 | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7<br>WE HAVE ACTED AS AGENT. | | | Principal Amount<br>Settlement Amount | | 9.37<br>9.37 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900402656

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account. *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00    000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 14, 2023**

Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900424292

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                      Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                     800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23318-0DOSTJ | 1* | WO# | 11-14-23 | 11-16-23 | 59134N104 | 23318-DTPW5 | | |

You Bought        50       **DESCRIPTION and DISCLOSURES**
                      META MATERIALS INC COM
     at     .0904   ISIN #US59134N1046 SEDOL #BKSCVX7
Symbol:               WE HAVE ACTED AS AGENT.
MMAT

Principal Amount      4.52
Settlement Amount    4.52

**ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE**

9900424292

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm.  If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 17, 2023**                                Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

9900365815

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                              Fidelity.com
FAST®-Automated Telephone                           800-544-5555
Customer Service                                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23321-0C9KOW | 1* | WO# | 11-17-23 | 11-21-23 | 59134N104 | 23321-DP473 | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 2 | META MATERIALS INC COM | Principal Amount | 0.18 |
| at | .0921 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 0.18 |
| Symbol : | | WE HAVE ACTED AS AGENT. | | |
| MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900365815

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 23, 2022**

Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

9900279518

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                      Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                     800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22327-0DQPLX | 1* | WO# | 11-23-22 | 11-28-22 | 59134N104 | 22327-HOMYG | | |

|  |  | DESCRIPTION and DISCLOSURES |  |  |
|---|---|---|---|---|
| You Bought | 25 | META MATERIALS INC COM | Principal Amount | 45.25 |
|  |  | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 45.25 |
| at | 1.8100 | WE HAVE ACTED AS AGENT. |  |  |
| Symbol: |  |  |  |  |
| MMAT |  |  |  |  |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900279518

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. .If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 4, 2023**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY OSBORNE**

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

9900525361

Online                                    Fidelity.com
FAST®-Automated Telephone    800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. 23338-0DFXPV | TYPE 1* | REG.REP. WO# | TRADE DATE 12-04-23 | SETTLEMENT DATE 12-06-23 | CUSIP NO. 59134N104 | ORDER NO. 23338-DSRZK | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | 2 | | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | Principal Amount | | | 0.15 |
| at | .0750 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | Settlement Amount | | | 0.15 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900525361

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*8152**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152    00    000

**Transaction Confirmation**
**Confirm Date: December 6, 2023**

Page 2 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

| REFERENCE NO. 23340-OFMGMS | TYPE 1* | REG.REP. WO# | TRADE DATE 12-06-23 | SETTLEMENT DATE 12-08-23 | CUSIP NO. 59134N104 | ORDER NO. 23340-DX7GG | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| at | 746 .0628 | | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Principal Amount Settlement Amount | | 46.85 46.85 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900393626

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 29, 2023**                    Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY OSBORNE**

9900477016

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                          Fidelity.com
FAST®-Automated Telephone        800-544-5555
Customer Service                 800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23363-0FZB2V | 1* | WO# | 12-29-23 | 01-03-24 | 59134N104 | 23363-HGJLJ | | |

You Bought

         33

   at    .0666

Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount     2.20
Settlement Amount    2.20

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900477016

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152    00    000

**Transaction Confirmation**
**Confirm Date: December 18, 2023**

Page 2 of 3

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23352-N05CTB | 1* | WO# | 12-18-23 | 12-20-23 | 15961R105 | 23352-DS643 | | |

DESCRIPTION and DISCLOSURES
CHARGEPOINT HOLDINGS INC COM CL A

at    2.6600

Principal Amount    26.60
Settlement Amount    26.60

Symbol:
CHPT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23352-N16NTL | 1* | WO# | 12-18-23 | 12-20-23 | 577096100 | 23352-DSYQH | | |

DESCRIPTION and DISCLOSURES
MATTERPORT INC COM CL

You Bought

2.6185

Amount    78.50
Settlement A    78.50

Symbol:
MTTR

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23352-OGTWHN | 1* | WO# | 12-18-23 | 12-20-23 | 59134N104 | 23352-DT4TK | | |

DESCRIPTION and DISCLOSURES

You Bought    505    META MATERIALS INC COM    Principal Amount    37.02
at    .0733    ISIN #US59134N1046 SEDOL #BKSCVX7,    Settlement Amount    37.02
    WE HAVE ACTED AS AGENT.

Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900557054

**REMITTANCE COUPON**

**Transaction Confirmation**
**Confirm Date: December 18, 2023**                    Page 3 of 3

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. WO# | TRADE DATE 12-18-23 | SETTLEMENT DATE 12-20-23 | CUSIP NO. 59134N104 | ORDER NO. 23352-DSZNO | | |
|---|---|---|---|---|---|---|---|---|
| 23352-141019 | 1* | | | | | | | |

You Bought                          DESCRIPTION and DISCLOSURES
                495       META MATERIALS INC COM              Principal Amount          36.09
       at      .0729      ISIN #US59134N1046 SEDOL #BKSCVX7    Settlement Amount         36.09
Symbol :                   WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900557054

**Transaction Confirmation**
**Confirm Date: December 15, 2023**

Page 3 of 3

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

| REFERENCE NO. 23349-RMBBFL | TYPE 1* | REG.REP. WO# | TRADE DATE 12-15-23 | SETTLEMENT DATE 12-19-23 | CUSIP NO. 459200101 | ORDER NO. 23349-DVX3D | | |
|---|---|---|---|---|---|---|---|---|
| You Sold | | | DESCRIPTION and DISCLOSURES INTERNATIONAL BUS MACH CORP COM USD0.20 | | | Principal Amount | | 162.66 |
| at 162.6600 | | | WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 162.66 |
| Symbol: IBM | | | LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING FIRST IN, FIRST OUT METHOD. PARTIAL EXECUTION | | | | | |

| REFERENCE NO. 23349-R2W7VH | TYPE 1* | REG.REP. WO# | TRADE DATE 12-15-23 | SETTLEMENT DATE 12-19-23 | CUSIP NO. 459200101 | ORDER NO. 23349-DVX3D | | |
|---|---|---|---|---|---|---|---|---|
| You Sold | | | DESCRIPTION and DISCLOSURES INTERNATIONAL BUS MACH CORP COM USD0.20 | | | Principal Amount | | 133.55 |
| at 162.6700 | | | WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 133.55 |
| Symbol: IBM | | | LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING FIRST IN, FIRST OUT METHOD. PARTIAL EXECUTION | | | | | |

| REFERENCE NO. 23349-0FNSHD | TYPE 1* | REG.REP. WO# | TRADE DATE 12-15-23 | SETTLEMENT DATE 12-19-23 | CUSIP NO. 59134N104 | ORDER NO. 23349-DWVGD | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 73.80 |
| at 1,000 .0738 | | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 73.80 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

| REFERENCE NO. 23349-0GDLXF | TYPE 1* | REG.REP. WO# | TRADE DATE 12-15-23 | SETTLEMENT DATE 12-19-23 | CUSIP NO. 59134N104 | ORDER NO. 23349-HI83M | | |
|---|---|---|---|---|---|---|---|---|
| You Bought | | | DESCRIPTION and DISCLOSURES META MATERIALS INC COM | | | Principal Amount | | 73.95 |
| at 1,000 .07395 | | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 73.95 |
| Symbol: MMAT | | | WE HAVE ACTED AS AGENT. | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900492737



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 2, 2024**

Page 1 of 3

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

9900717956

**RICKY OSBORNE**

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                              Fidelity.com
FAST®-Automated Telephone           800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24002-OD3K4W | 1* | WO# | 01-02-24 | 01-04-24 | Y2066G104 | 24002-DWKJ8 | | |

You Bought     10
at     2.9957
Symbol:
DSX

DESCRIPTION and DISCLOSURES
DIANA SHIPPING INC
WE HAVE ACTED AS AGENT.

Principal Amount     29.96
Settlement Amount     29.96

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24002-QDTYY7 | 1* | WO# | 01-02-24 | 01-04-24 | 15961R105 | 24002-DOKPL | | |

You Bought     5
at     2.2000
Symbol:
CHPT

DESCRIPTION and DISCLOSURES
CHARGEPOINT HOLDINGS INC COM CL A
WE HAVE ACTED AS AGENT.

Principal Amount     11.00
Settlement Amount     11.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE     9900717956

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*8152** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152  00  000

**Transaction Confirmation**
**Confirm Date: January 2, 2024**

Page 2 of 3

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24002-ROH8PF | 1* | WO# | 01-02-24 | 01-04-24 | 185899101 | 24002-DYPDM | | |

You Bought
        1
  at
  19.9300
Symbol:
CLF

DESCRIPTION and DISCLOSURES
CLEVELAND-CLIFFS INC NEW COM
WE HAVE ACTED AS AGENT.

Principal Amount    19.93
Settlement Amount    19.93

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24002-SCBX3B | 1* | WO# | 01-02-24 | 01-04-24 | 25179M103 | 24002-DVMKY | | |

You Bought
        2
  at
  46.3900
Symbol:
DVN

DESCRIPTION and DISCLOSURES
DEVON ENERGY CORP NEW
WE HAVE ACTED AS AGENT.

Principal Amount    92.78
Settlement Amount    92.78

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24002-0FBMLD | 1* | WO# | | 01-04-24 | 26441C204 | 24002-DX2MI | | |

You Bought
        2
  at
  98.1100
Symbol:
DUK

DESCRIPTION and DISCLOSURES
DUKE ENERGY CORP NEW COM NEW
ISIN #US26441C2044 SEDOL #B7JZSK0
WE HAVE ACTED AS AGENT.

Principal Amount   196.22
Settlement Amount   196.22

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900717956

**REMITTANCE COUPON**

**Transaction Confirmation**
**Confirm Date: January 2, 2024**

Page 3 of 3

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY OSBORNE**

| REFERENCE NO. 24002-0GGPCL | TYPE 1* | REG.REP. WO# | TRADE DATE 01-02-24 | SETTLEMENT DATE 01-04-24 | CUSIP NO. 26441C204 | ORDER NO. 24002-DZEBR | | |
|---|---|---|---|---|---|---|---|---|

You Bought
          1
at
97.5200
Symbol:
DUK

DESCRIPTION and DISCLOSURES
DUKE ENERGY CORP NEW COM NEW
ISIN #US26441C2044 SEDOL #B7JZSK0
WE HAVE ACTED AS AGENT.

Principal Amount      97.52
Settlement Amount     97.52

| REFERENCE NO. 24002-0FN8PV | TYPE 1* | REG.REP. WO# | TRADE DATE 01-02-24 | SETTLEMENT DATE 01-04-24 | CUSIP NO. 56501R106 | ORDER NO. 24002-HE4DR | | |
|---|---|---|---|---|---|---|---|---|

You Bought
          1
at
21.8400
Symbol:
MFC

DESCRIPTION and DISCLOSURES
MANULIFE FINANCIAL CORP COM NPV
ISIN #CA56501R1064 SEDOL #2492519
WE HAVE ACTED AS AGENT.

Principal Amount      21.84
Settlement Amount     21.84

| REFERENCE NO. 24002-RZ203X | TYPE 1* | REG.REP. WO# | TRADE DATE 01-02-24 | SETTLEMENT DATE 01-04-24 | CUSIP NO. 577096100 | ORDER NO. 24002-DZV5T | | |
|---|---|---|---|---|---|---|---|---|

You Bought
        10
at
2.5800
Symbol:
MTTR

DESCRIPTION and DISCLOSURES
MATTERPORT INC COM CL A
WE HAVE ACTED AS AGENT.

Principal Amount      25.80
Settlement Amount     25.80

| REFERENCE NO. 24002-0GF2MH | TYPE 1* | REG.REP. WO# | TRADE DATE 01-02-24 | SETTLEMENT DATE 01-04-24 | CUSIP NO. 59134N104 | ORDER NO. 24002-D381X | | |
|---|---|---|---|---|---|---|---|---|

You Bought
       300
at
.0690
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

Principal Amount      20.70
Settlement Amount     20.70

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900717956

**Transaction Confirmation**
**Confirm Date: February 2, 2024**                    Page 3 of 3

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

| REFERENCE NO. 24033-0D1V2Q | TYPE 1* | REG.REP. WO# | TRADE DATE 02-02-24 | SETTLEMENT DATE 02-06-24 | CUSIP NO. 59134N302 | ORDER NO. 24033-DZ8VM | | i |
|---|---|---|---|---|---|---|---|---|

You Bought       7      DESCRIPTION and DISCLOSURES

```
You Bought          7        META MATERIALS INC COM NEW        Principal Amount        23.86
        at       3.4091     ISIN #US59134N3026 SEDOL #BQ67J98   Settlement Amount       23.86
Symbol:                     WE HAVE ACTED AS AGENT.
MMAT
```

| REFERENCE NO. 24033-MBSHPR | TYPE 1* | REG.REP. WO# | TRADE DATE 02-02-24 | SETTLEMENT DATE 02-06-24 | CUSIP NO. 72919P202 | ORDER NO. 24033-DZP69 | | |
|---|---|---|---|---|---|---|---|---|

```
Yo  ught          7        DESCRIPTION and DISCLOSURES
                            PLUG POWER INC                     Principal Amount        27.72
        at       4.6200                                        Settlement Amount       27.72
Symbol:
PLUG
```

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 5, 2024**

Page 1 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY OSBORNE**

9900640355

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. WO# | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24036-0FVHHC | 1* | WO# | 02-05-24 | 02-07-24 | Y2066G104 | 24036-DZ3HB | | |

You Bought | DESCRIPTION and DISCLOSURES | | |
| | DIANA SHIPPING INC | Principal Amount | 11.49 |
at 4 2.8734 | WE HAVE ACTED AS AGENT. | Settlement Amount | 11.49 |
Symbol:
DSX

| REFERENCE NO. | TYPE | REG.REP. WO# | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24036-KDTCM8 | 1* | WO# | 02-05-24 | 02-07-24 | 25179M103 | 24036-DY5ZD | | |

You Bought | DESCRIPTION and DISCLOSURES | | |
| | DEVON ENERGY CORP NEW | Principal Amount | 40.80 |
at 1 40.7950 | WE HAVE ACTED AS AGENT. | Settlement Amount | 40.80 |
Symbol:
DVN

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900640355

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account **\*\*\*\*\*8152** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152   00   000

**Transaction Confirmation**
**Confirm Date: February 5, 2024**

Page 2 of 2

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

| REFERENCE NO. 24036-0FT5ZP | TYPE 1* | REG.REP. WO# | TRADE DATE 02-05-24 | SETTLEMENT DATE 02-07-24 | CUSIP NO. 59134N302 | ORDER NO. 24036-DZL2S | | |
|---|---|---|---|---|---|---|---|---|

You Bought          5          DESCRIPTION and DISCLOSURES
   at          2.9699       META MATERIALS INC COM NEW
                            ISIN #US59134N3026 SEDOL #BQ67J98       Principal Amount          14.85
Symbol:                     WE HAVE ACTED AS AGENT.                 Settlement Amount         14.85
MMAT

| REFERENCE NO. 24036-HN7HJS | TYPE 1* | REG.REP. WO# | TRADE DATE 02-05-24 | SETTLEMENT DATE 02-07-24 | CUSIP NO. 69608A108 | ORDER NO. 24036-D00ZD | | |
|---|---|---|---|---|---|---|---|---|

You Bought          2          DESCRIPTION and DISCLOSURES
   at          16.7450      PALANTIR TECHNOLOGIES INC CL A
                            WE HAVE ACTED AS AGENT.               Principal Amount          33.49
Symbol:                                                           Settlement Amount         33.49
PLTR

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900640355

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 8, 2024**

Page 1 of 1

Brokerage Account Number
**\*\*\*\*\*8152 ROTH IRA**

**RICKY  OSBORNE**

9900497892

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                              Fidelity.com
FAST®-Automated Telephone          800-544-5555
Customer Service                   800-544-6666

| REFERENCE NO. 24039-0DQ4SH | TYPE 1* | REG.REP. WO# | TRADE DATE 02-08-24 | SETTLEMENT DATE 02-12-24 | CUSIP NO. 59134N302 | ORDER NO. 24039-DXR3W | | |
|---|---|---|---|---|---|---|---|---|

You Bought            15            META MATERIALS INC COM NEW        Principal Amount          41.70
        at        2.7800        ISIN #US59134N3026 SEDOL #BQ67J98    Settlement Amount         41.70
Symbol :                          WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900497892

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account **\*\*\*\*\*8152**   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152   00  000

**Transaction Confirmation**
**Confirm Date: February 20, 2024**

Page 3 of 3

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24051-QKXX8D | 1* | WO# | 02-20-24 | 02-22-24 | 25179M103 | 24051-DZ38R | | |

You Bought    DESCRIPTION and DISCLOSURES
DEVON ENERGY ~~~~    Principal Amount    43.34
~~~~    Settlement Amount    43.34
Symbol:
DVN

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24051-J17Q7D | 1* | WO# | 02-20-24 | 02-22-24 | 577096100 | 24051-HLGG0 | | |

You Bought    MATTERPORT INC COM CL A    Principal Amount    22.90
~~~~    Settlement Amount    ~~~~
Symbol:
MTTR

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24051-OFOLXX | 1* | WO# | 02-20-24 | 02-22-24 | 59134N302 | 24051-DOB6S | | |

You Bought    39    META MATERIALS INC COM NEW    Principal Amount    169.26
    at    4.3400    ISIN #US59134N3026 SEDOL #BQ67J98    Settlement Amount    169.26
WE HAVE ACTED AS AGENT.
Symbol:
MMAT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24051-PP7XZ9 | 1* | WO# | 02-20-24 | 02-22-24 | 69608A108 | 24051-DYRDH | | |

    DESCRIPTION and DISCLOSURES
~~~~    Principal Amount    466.00
    at    23.3000    LOTS WITHOUT SPECIFIC SHARES    Settlement Amount    466.00
Symbol:    INSTRUCTIONS WILL BE DEPLETED USING
PLTR    FIRST IN, FIRST OUT METHOD.

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24051-QJO78Q | 1* | WO# | 02-20-24 | 02-22-24 | 72919P202 | 24051-DY01M | | |

You Bought    DESCRIPTION and DISCLOSURES
~~~~    Principal Amount    11.22
~~~~    Settlement Amount    11.22
Sym~~~~
PLUG

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900679742



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 21, 2024**

Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

9900499717

**RICKY OSBORNE**

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

Online                                          Fidelity.com
FAST®-Automated Telephone          800-544-5555
Customer Service                            800-544-6666

| REFERENCE NO. | TYPE | REG:REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24052-0GKWLX | 1* | WO# | 02-21-24 | 02-23-24 | 59134N302 | 24052-HH3NH | | |

You Bought                10          META MATERIALS INC COM NEW          Principal Amount          39.40
          at      3.9398          ISIN #US59134N3026 SEDOL #BQ67J98          Settlement Amount          39.40
Symbol:                                    WE HAVE ACTED AS AGENT.
MMAT

**DESCRIPTION and DISCLOSURES**

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                9900499717

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152   00   000



**Fidelity**
*INVESTMENTS®*

PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 6, 2024**

Page 1 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

9900542217

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24066-SYB8GD | 1* | WO# | 03-06-24 | 03-08-24 | 037833100 | 24066-D094A | | |

DESCRIPTION and DISCLOSURES
~~AAPL INC~~
~~WE HAVE ACTED AS AGENT.~~

Principal Amount       169.00
Settlement Amount      169.00

at      169.0000

Symbol:
AAPL

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24066-OGVNWQ | 1* | WO# | 03-06-24 | 03-08-24 | 59134N302 | 24066-DY8IM | | |

You Bought         45

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM NEW
ISIN #US59134N3026 SEDOL #BQ67J98
WE HAVE ACTED AS AGENT.

Principal Amount       119.70
Settlement Amount      119.70

at      2.6600

Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE        9900542217

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8152   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0244118152    00    000

**Transaction Confirmation**
**Confirm Date: March 25, 2024**                    Page 2 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY  OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24085-S043XK | 1* | WO# | 03-25-24 | 03-27-24 | 343928107 | 24085-DSSYD | | |

Y~~...~~                            DESCRIPTION ~~...~~               Principal Amount      476.69
                    ~~ACTED AS AGENT~~          Settlement Amount     476.69
          at    6.8099     LOTS WITHOUT SPECIFIC SHARES
Symbol:                    INSTRUCTIONS WILL BE DEPLETED USING
FLY~~...~~                  FIRST IN FIRST OUT METHOD.

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24085-0D69FD | 1* | WO# | 03-25-24 | 03-27-24 | 59134N302 | 24085-DWMLA | | |

You Bought                DESCRIPTION and DISCLOSURES        Principal Amount       12.45
              5           META MATERIALS INC COM NEW         Settlement Amount      12.45
          at  2.4900      ISIN #US59134N3026 SEDOL #BQ67J98
Symbol:                   WE HAVE ACTED AS AGENT.
MMAT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24085-PJ7PV6 | 1* | WO# | 03-25-24 | 03-27-24 | 67066G104 | 24085-DVXK0 | | |

                          DESCRIPTION and DISCLOSURES        Principal Amount      957.90
          ~~...~~ COM                                                              957.90
          at  957.9000
Symbol:
NVDA

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900579861

**REMITTANCE COUPON**

**Transaction Confirmation**
**Confirm Date: March 26, 2024**                    Page 2 of 2

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24086-XBJ58J | 1* | WO# | 03-26-24 | 03-28-24 | 59134N302 | 24086-DYC08 | | |

You Bought     DESCRIPTION and DISCLOSURES
         10    META MATERIALS INC COM NEW     Principal Amount     22.00
     at   2.2000    ISIN #US59134N3026 SEDOL #BQ67J98    Settlement Amount    22.00
Symbol:             WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE     9900498422

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 3, 2024**

Page 1 of 1

Brokerage Account Number
*****8152 ROTH IRA

**RICKY OSBORNE**

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

9900509854

Online                                          Fidelity.com
FAST®-Automated Telephone       800-544-5555
Customer Service                         800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24094-0FK2XB | 1* | WO# | 04-03-24 | 04-05-24 | 59134N302 | 24094-DYEY9 | | |

You Bought
            30
    at   3.4301
Symbol:
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM NEW
ISIN #US59134N3026 SEDOL #BQ67J98
WE HAVE ACTED AS AGENT.

Principal Amount     102.90
Settlement Amount   102.90

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900509854

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO RICKY OSBORNE
7602 UNION MILLS RD SE
LACEY WA 98503-1864

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8152    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above. Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0244118152    00    000

December 12th, 2024

To Whom it May Concern,

I am providing the courts with all of my statements pertaining to my ownership and purchases of Meta Materials shares (MMAT).

I have never sold a single share of Meta Materials to this date. I currently hold a total of 600 shares between two Fidelity accounts. My Roth IRA currently holds 500 shares of Meta Materials (MMAT). My individual account currently holds 100 shares of Meta Materials (MMAT). I made my first purchase of Meta Materials (MMAT) on 6/28/2021 with Robinhood Investments. Prior to that, I began purchasing Torchlight Energy (TRCH) on 2/16/2022, which would eventually become Meta Materials. On March 31, 2022, I transferred my entire Robinhood account to Fidelity where my holdings currently reside.

As of today, my weighted average cost of Meta Materials per share is $45.25. At 600 shares, the total amount of money I put into purchasing Meta Materials shares since 2021 is $27,147.81.

To reiterate, I have never sold a single share of Meta Materials, either before or after any reverse splits. I still currently hold 600 shares of Meta Materials stock.

I have enclosed a self addressed envelope for the court to send me proof recorded.

I sincerely thank you for your time, energy, and efforts on this difficult and complicated matter. Please do not hesitate to contact me for any questions you may have.

Thank you,
Ricky Osborne