NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor:
**META MATERIALS INC**

Case Number:
**24-50792**

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Rampant Gryphon Trust
24928 103rd Ave SE APT D302
Kent, WA 98030-5195

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number:
206-294-0967

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK
DEC 17 2024
RECEIVED AND FILED

COURT USE ONLY

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
**SEE ATTACHED DOCUMENTATION**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
SEE ATTACHED DOCUMENTATION

Telephone Number: SEE ATTACHED DOCUMENTATION

3. **Date Equity Interest was acquired:**
See Attached Documentation

4. **Total amount of member interest:** SEE ATTACHED DOCUMENTATION

5. **Certificate number(s):** ‑‑

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☐ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☒ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Jeffrey Pemberton Reed
Title: Trustee
Company: ___ Address and telephone number (if different from notice address above):
_____
_____

(Signature)

12/12/2024
(Date)

Telephone number: _____    email: _____

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

PROOF OF INTEREST SUPPLEMENTAL INFORMATION:
CASE: 24-50792, META MATERIALS, INC.
FOR: RAMPANT GRYPHON TRUST

**#2 Institutions**

ACCOUNT#: ████5757
Charles Schwab & Co., Inc.
Omaha Operations Center
P.O. Box 2339
Omaha, NE 68103
Phone: 800-345-2550F

ACCOUNT#: ███-9335
Charles Schwab & Co., Inc.
Omaha Operations Center
P.O. Box 2339
Omaha, NE 68103
Phone: 800-345-2550F

ACCOUNT# ████0169
AST/Equiniti Trust Company, LLC
Operations Center
P.O. Box 500
Newark, NJ 07101

**#3**

Between 8/25/2021 and 11/30/2024

#4

ACCOUNT#: ███-5757
 20 shares at a cost of ($24.69)

ACCOUNT#: ████-9335
280 shares at a cost of $926.85

ACCOUNT# █████0169
369 shares at a cost of $46,337.61



## Schwab One® Trust Account of

JEFFREY PEMBERTON REED TTEE
RAMPART GRYPHON TRUST
U/A DTD 04/21/2021

**Account Nickname**
Cash

Account Number
4817-9335

Statement Period
November 1-30, 2024

# Account Summary

## Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account
visit schwab.com/login. Statements are
archived up to 10 years online.

## Commitment to Transparency

Client Relationship Summaries and Best Interest
disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

## Online Assistance

 Visit us online at schwab.com

Visit schwab.com/stmt to explore the features
and benefits of this statement.

JEFFREY PEMBERTON REED TTEE
RAMPART GRYPHON TRUST
U/A DTD 04/21/2021
24928 103RD AVE SE APT D302
KENT WA 98030-5195

11/29-00000-ID2171618-103912

**Schwab One® Trust Account** of

JEFFREY PEMBERTON REED TTEE
RAMPART GRYPHON TRUST
U/A DTD 04/21/2021

Account Nickname
**Cash**

Statement Period
**November 1-30, 2024**

## Positions - Equities (continued)

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|--------|-------------|----------|----------|-----------------|---------------|---------------------------|------------|-----------------------|-----------|
| MATQ | META MATLS INC | 280.0000 | 0.06100 | 17.08 | 2,225.41 | (2,208.33) | N/A | 0.00 | <1% |

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION**
**CASE: 23-50792, META MATERIALS, INC.**
**FOR: RAMPANT GRYPHON TRUST**
**INSTITUTION: CHARLES SCHWAB & CO, INC**
**ACCOUNT#: 4817-9335**
**Date: December 8, 2024**
**Page: 1 of 3**

**This spreadsheet is and an accounting for all trades of MMAT leading to and resulting in shares held in the Schwab Cash acocunt**

| Brokerage | Transaction Trade Date | Shares | Price/Share (Average) | Cost | Runing Share count | Running Cost | Notes |
|---|---|---|---|---|---|---|---|
| Webull | 8/25/2021 | 1 | $2.90 | $2.90 | 1 | $2.90 | |
| Webull | 9/1/2021 | 100 | $5.05 | $505.00 | 101 | $507.90 | |
| Webull | 9/1/2021 | 100 | $4.92 | $492.00 | 201 | $999.90 | |
| Webull | 9/2/2021 | 100 | $4.14 | $414.00 | 301 | $1,413.90 | |
| Webull | 9/2/2021 | 100 | $4.13 | $413.00 | 401 | $1,826.90 | |
| Webull | 9/9/2021 | 200 | $5.51 | $1,102.00 | 601 | $2,928.90 | |
| Webull | 9/9/2021 | 200 | $5.53 | $1,106.00 | 801 | $4,034.90 | |
| Webull | 9/17/2021 | 100 | $5.17 | $517.00 | 901 | $4,551.90 | |
| Webull | 9/17/2021 | 100 | $5.07 | $506.99 | 1001 | $5,058.89 | |
| Webull | 9/17/2021 | 100 | $5.01 | $500.99 | 1101 | $5,559.88 | |
| Webull | 9/21/2021 | 100 | $4.97 | $496.84 | 1201 | $6,056.72 | |
| Webull | 9/22/2021 | 100 | $4.97 | $497.00 | 1301 | $6,553.72 | |
| Webull | 9/27/2021 | 100 | $5.27 | $527.00 | 1401 | $7,080.72 | |
| Webull | 9/27/2021 | 200 | $5.13 | $1,025.98 | 1601 | $8,106.70 | |
| Webull | 9/27/2021 | 100 | $5.13 | $512.50 | 1701 | $8,619.20 | |
| Webull | 10/4/2021 | 900 | $5.58 | $5,021.91 | 2601 | $13,641.11 | |
| Webull | 10/5/2021 | 200 | $5.55 | $1,109.50 | 2801 | $14,750.61 | |
| Webull | 10/8/2021 | 100 | $5.00 | $499.56 | 2901 | $15,250.17 | |
| Webull | 10/19/2021 | 100 | $5.00 | $500.00 | 3001 | $15,750.17 | |
| Webull | 10/19/2021 | 100 | $8.00 | $800.00 | 3101 | $16,550.17 | |
| Webull | 10/19/2021 | 200 | $6.00 | $1,200.00 | 3301 | $17,750.17 | |
| Webull | 10/28/2021 | 100 | $4.53 | $453.00 | 3401 | $18,203.17 | |
| Webull | 10/28/2021 | 100 | $4.62 | $462.00 | 3501 | $18,665.17 | |
| Webull | 11/23/2021 | 400 | $5.00 | $2,000.00 | 3901 | $20,665.17 | |
| Webull | 12/3/2021 | 200 | $3.77 | $753.80 | 4101 | $21,418.97 | |
| Webull | 12/30/2021 | 315 | $2.55 | $803.25 | 4416 | $22,222.22 | |
| Webull | 1/25/2022 | 200 | $6.00 | $1,200.00 | 4616 | $23,422.22 | |
| Webull | 2/28/2022 | 600 | $1.54 | $924.00 | 5216 | $24,346.22 | |
| Webull | 3/22/2022 | 300 | $2.00 | $600.00 | 5516 | $24,946.22 | |
| **Transfer to TD Ameritrade Cash Account** | 4/21/2022 | -5516 | | -$24,946.22 | | $0.00 | Shares transfered over to TD Ameritrade Cash Account |
| Webull Account Closed | 4/21/2022 | 0 | | $0.00 | | $0.00 | Ending Balance |

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION**
**CASE: 23-50792,  META MATERIALS, INC.**
**FOR: RAMPANT GRYPHON TRUST**
**INSTITUTION: CHARLES SCHWAB & CO, INC**
**ACCOUNT#: 4817-9335**
**Date: December 8, 2024**
**Page: 2 of 3**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TD Ameritrade Cash Account | 4/21/2022 | 5516 | | $24,946.22 | 5516 | $24,946.22 | Shares transferred in from Webull Account |
| TD Ameritrade Cash Account | 8/22/2022 | 10 | $0.81 | $8.10 | 5526 | $24,954.32 | |
| TD Ameritrade Cash Account | 1/12/2023 | 4 | $1.06 | $4.24 | 5530 | $24,958.56 | |
| TD Ameritrade Cash Account | 3/16/2023 | 20 | $0.50 | $9.93 | 5550 | $24,968.49 | |
| TD Ameritrade Cash Account | 3/23/2023 | 15 | $0.46 | $6.97 | 5565 | $24,975.46 | |
| TD Ameritrade Cash Account | 10/6/2023 | 30000 | | $21,253.41 | 35565 | $46,228.87 | Shares transferred in from TD Ameritrade Margin account |
| TD Ameritrade Cash Account | 10/6/2023 | 35 | $0.22 | $7.60 | 35600 | $46,236.47 | |
| TD Ameritrade Cash Account | 11/22/2023 | 1300 | $0.08 | $101.14 | 36900 | $46,337.61 | |
| TD Ameritrade Cash Account | 1/5/2024 | -36900 | | -$46,337.61 | 0 | $0.00 | Shares Direct Register with the transfer agent AST/Equiniti |
| TD Ameritrade Cash Account | 3/12/2024 | 1 | $2.12 | $2.12 | 1 | $2.12 | |
| TD Ameritrade Cash Account | 3/13/2024 | 1 | $2.13 | $2.13 | 2 | $4.25 | |
| TD Ameritrade Cash Account | 3/14/2024 | 1 | $2.02 | $2.02 | 3 | $6.27 | |
| TD Ameritrade Cash Account | 3/14/2024 | 2 | $1.96 | $3.92 | 5 | $10.19 | |
| TD Ameritrade Cash Account | 3/14/2024 | 2 | $1.89 | $3.78 | 7 | $13.97 | |
| TD Ameritrade Cash Account | 3/26/2024 | 3 | $2.21 | $6.63 | 10 | $20.60 | |
| TD Ameritrade Cash Account | 4/2/2024 | 2 | $3.80 | $7.60 | 12 | $28.20 | |
| TD Ameritrade Cash Account | 4/3/2024 | 1 | $3.77 | $3.77 | 13 | $31.97 | |
| TD Ameritrade Cash Account | 4/3/2024 | 1 | $3.54 | $3.54 | 14 | $35.51 | |
| TD Ameritrade Cash Account | 5/3/2024 | 1 | $3.47 | $3.47 | | $38.98 | |
| **TD Ameritrade Cash Account** | **5/13/2024** | **-15** | | **-$38.98** | | **$0.00** | **Shares transferred over to Schwab Cash Accont** |
| TD Ameritrade Cash Account Closed | | 0 | | $0.00 | | | Ending Balance |

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION**
**CASE: 23-50792,  META MATERIALS, INC.**
**FOR: RAMPANT GRYPHON TRUST**
**INSTITUTION: CHARLES SCHWAB & CO, INC**
**ACCOUNT#: 4817-9335**
**Date: December 8, 2024**
**Page: 3 of 3**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Schwab Cash Account | 5/13/2024 | 15 | $0.00 | $38.98 | 15 | $38.98 | Shares transferd in from TD Ameritrade Cash account |
| Schwab Cash Account | 5/23/2024 | 2 | $3.17 | $6.34 | 17 | $45.32 | |
| Schwab Cash Account | 5/23/2024 | 10 | $3.18 | $31.80 | 27 | $77.12 | |
| Schwab Cash Account | 5/29/2024 | 231 | $0.00 | $772.26 | 258 | $849.38 | Shares transferred in from Schwab Margin Account |
| Schwab Cash Account | 5/31/2024 | 10 | $3.46 | $34.60 | 268 | $883.98 | |
| Schwab Cash Account | 6/5/2024 | 1 | $3.96 | $3.96 | 269 | $887.94 | |
| Schwab Cash Account | 6/5/2024 | 1 | $3.91 | $3.91 | 270 | $891.85 | |
| Schwab Cash Account | 6/5/2024 | 5 | $3.68 | $18.40 | 275 | $910.25 | |
| Schwab Cash Account | 6/6/2024 | 2 | $3.34 | $6.68 | 277 | $916.93 | |
| Schwab Cash Account | 6/10/2024 | 1 | $3.55 | $3.55 | 278 | $920.48 | |
| Schwab Cash Account | 6/11/2024 | 1 | $3.40 | $3.40 | 279 | $923.88 | |
| Schwab Cash Account | 6/25/2024 | 1 | $2.97 | $2.97 | 280 | $926.85 | |
| **Schwab Cash Account** | **11/30/2024** | **280** | | **$926.85** | | | **Holding held in Schwab Cash Account date 11/30/2024** |



**Schwab One® Trust Account** of

JEFFREY PEMBERTON REED TTEE
RAMPANT GRYPHON TRUST
U/A DTD 04/21/2021

Account Number
9623-5757

Account Nickname
**Margin**

Statement Period
**November 1-30, 2024**

## Account Summary

**Manage Your Account**

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account
visit schwab.com/login.  Statements are
archived up to 10 years online.

**Commitment to Transparency**

Client Relationship Summaries and Best Interest
disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

**Online Assistance**

   Visit us online at schwab.com

Visit schwab.com/stmt  to explore the features
and benefits of this statement.

JEFFREY PEMBERTON REED TTEE
RAMPANT GRYPHON TRUST
U/A DTD 04/21/2021
24928 103RD AVE SE APT D302
KENT WA          98030-5195

1/29-00000-ID2311618-103655



**Schwab One® Trust Account** of

JEFFREY PEMBERTON REED TTEE
RAMPANT GRYPHON TRUST
U/A DTD 04/21/2021

Account Nickname
Margin

Statement Period
November 1-30, 2024

## Gain or (Loss) Summary (continued)

| | Short-Term (ST) | | | Long-Term (LT) | | |
|---|---|---|---|---|---|---|
| | Gain | (Loss) | Net | Gain | (Loss) | Net |

Values may not reflect all of your gains/losses and may be rounded up to the nearest dollar; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Positions - Summary

| Beginning Value as of 11/01 | Transfer of Securities(In/Out) | Dividends Reinvested | Cash Activity | Change in Market Value | Ending Value as of 11/30 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % o Acc |
|---|---|---|---|---|---|---|---|---|---|---|
| ▬▬▬ | | | | | ▬▬▬ | ▬▬▬ | ▬▬▬ | | 0▬ | |
| **Total Cash and Cash Investments** | | | | | ▬▬▬ | ▬▬▬ | ▬▬▬ | | | ▬ |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % Ac |
|---|---|---|---|---|---|---|---|---|---|
| MMATQ | META MATLS INC | 20.0000 | 0.06100 | 1.22 | 42.95 | (41.73) | N/A | 0.00 | 3 |
| **Total Equities** | | | | ▬▬▬ | ▬▬▬ | ▬▬▬ | | ▬▬▬ | |

3 o

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION**
**CASE: 23-50792, META MATERIALS, INC.**
**FOR: RAMPANT GRYPHON TRUST**
**INSTITUTION: CHARLES SCHWAB & CO, INC**
**ACCOUNT#: 9623-5757**
**Date: December 8, 2024**
**Page: 1 of 4**

**This spreadsheet is and an accounting for all trades of MMAT leading to and resulting in shares held in the Schwab Margin account**

| Brokerage | Transaction Trade Date | Shares | Price/Share (Average) | Cost | Runing Share count | Running Cost | Notes |
|---|---|---|---|---|---|---|---|
| TD Ameritrade Margin Account | 3/21/2022 | 100 | $2.00 | $200.00 | 100 | $200.00 | |
| TD Ameritrade Margin Account | 5/13/2022 | 746 | $1.34 | $99.64 | 846 | $299.64 | |
| TD Ameritrade Margin Account | 6/24/2022 | 380 | $1.34 | $508.67 | 1226 | $808.31 | |
| TD Ameritrade Margin Account | 6/24/2022 | 425 | $1.15 | $488.75 | 1651 | $1,297.06 | |
| TD Ameritrade Margin Account | 7/5/2022 | 775 | $1.03 | $798.25 | 2426 | $2,095.31 | |
| TD Ameritrade Margin Account | 7/8/2022 | 800 | $1.03 | $823.76 | 3226 | $2,919.07 | |
| TD Ameritrade Margin Account | 7/8/2022 | 96 | $1.04 | $99.78 | 3322 | $3,018.85 | |
| TD Ameritrade Margin Account | 7/22/2022 | 1075 | $0.93 | $994.81 | 4397 | $4,013.66 | |
| TD Ameritrade Margin Account | 8/5/2022 | 500 | $0.91 | $455.00 | 4897 | $4,468.66 | |
| TD Ameritrade Margin Account | 8/19/2022 | 1000 | $0.88 | $879.90 | 5897 | $5,348.56 | |
| TD Ameritrade Margin Account | 9/9/2022 | 1191 | $0.84 | $998.18 | 7088 | $6,346.74 | |
| TD Ameritrade Margin Account | 9/12/2022 | 1209 | $0.83 | $998.88 | 8297 | $7,345.62 | |
| TD Ameritrade Margin Account | 9/14/2022 | 2531 | $0.79 | $1,999.49 | 10828 | $9,345.11 | |
| TD Ameritrade Margin Account | 9/16/2022 | 500 | $0.81 | $403.20 | 11328 | $9,748.31 | |
| TD Ameritrade Margin Account | 9/16/2022 | 500 | $0.81 | $402.95 | 11828 | $10,151.26 | |
| TD Ameritrade Margin Account | 9/19/2022 | 200 | $1.00 | $200.00 | 12028 | $10,351.26 | |
| TD Ameritrade Margin Account | 10/17/2022 | 500 | $0.92 | $460.00 | 12528 | $10,811.26 | |
| TD Ameritrade Margin Account | 11/9/2022 | 3450 | $1.43 | $4,933.16 | 15978 | $15,744.42 | |
| TD Ameritrade Margin Account | 11/14/2022 | 200 | $1.50 | $300.00 | 16178 | $16,044.42 | |
| TD Ameritrade Margin Account | 12/7/2022 | -4000 | $2.12 | -$8,479.29 | 12178 | $7,565.13 | |
| TD Ameritrade Margin Account | 12/7/2022 | 0 | $0.00 | $0.71 | 12178 | $7,565.84 | Regulatory Fee |
| TD Ameritrade Margin Account | 12/7/2022 | 3800 | $2.12 | $8,055.62 | 15978 | $15,621.46 | |
| TD Ameritrade Margin Account | 12/7/2022 | 200 | $2.12 | $423.00 | 16178 | $16,044.46 | |
| TD Ameritrade Margin Account | 1/19/2023 | 22 | $0.99 | $21.78 | 16200 | $16,066.24 | |
| TD Ameritrade Margin Account | 1/19/2023 | 40 | $0.97 | $38.92 | 16240 | $16,105.16 | |
| TD Ameritrade Margin Account | 1/27/2023 | 100 | $1.00 | $99.89 | 16340 | $16,205.05 | |
| TD Ameritrade Margin Account | 1/30/2023 | 300 | $0.99 | $298.20 | 16640 | $16,503.25 | |
| TD Ameritrade Margin Account | 2/3/2023 | 70 | $0.97 | $67.90 | 16710 | $16,571.15 | |
| TD Ameritrade Margin Account | 2/17/2023 | 142 | $0.70 | $99.40 | 16852 | $16,670.55 | |
| TD Ameritrade Margin Account | 2/21/2023 | 148 | $0.67 | $99.13 | 17000 | $16,769.68 | |
| TD Ameritrade Margin Account | 2/21/2023 | 100 | $0.66 | $66.13 | 17100 | $16,835.81 | |
| TD Ameritrade Margin Account | 2/21/2023 | 149 | $0.67 | $99.83 | 17249 | $16,935.64 | |

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION**
**CASE: 23-50792,  META MATERIALS, INC.**
**FOR: RAMPANT GRYPHON TRUST**
**INSTITUTION: CHARLES SCHWAB & CO, INC**
**ACCOUNT#: 9623-5757**
**Date: December 8, 2024**
**Page: 2 of 4**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TD Ameritrade Margin Account | 2/22/2023 | 153 | $0.66 | $100.98 | 17402 | $17,036.62 | |
| TD Ameritrade Margin Account | 4/13/2023 | 1548 | $0.32 | $492.11 | 18950 | $17,528.73 | |
| TD Ameritrade Margin Account | 4/13/2023 | 953 | $0.32 | $302.86 | 19903 | $17,831.59 | |
| TD Ameritrade Margin Account | 4/13/2023 | -2251 | $0.32 | -$719.08 | 17652 | $17,112.51 | |
| TD Ameritrade Margin Account | 4/13/2023 | 0 | $0.00 | $0.34 | 17652 | $17,112.85 | Regulatory fee |
| TD Ameritrade Margin Account | 4/14/2023 | 1164 | $0.21 | $247.93 | 18816 | $17,360.78 | |
| TD Ameritrade Margin Account | 4/14/2023 | 1136 | $0.21 | $241.29 | 19952 | $17,602.07 | |
| TD Ameritrade Margin Account | 4/28/2023 | 2688 | $0.19 | $499.43 | 22640 | $18,101.50 | |
| TD Ameritrade Margin Account | 5/18/2023 | 100 | $1.00 | $100.00 | 22740 | $18,201.50 | |
| TD Ameritrade Margin Account | 5/31/2023 | 460 | $0.22 | $99.87 | 23200 | $18,301.37 | |
| TD Ameritrade Margin Account | 5/31/2023 | 500 | $0.20 | $100.00 | 23700 | $18,401.37 | |
| TD Ameritrade Margin Account | 6/12/2023 | 1000 | $0.23 | $234.90 | 24700 | $18,636.27 | |
| TD Ameritrade Margin Account | 6/20/2023 | 495 | $0.20 | $99.99 | 25195 | $18,736.26 | |
| TD Ameritrade Margin Account | 6/22/2023 | 500 | $0.19 | $96.10 | 25695 | $18,832.36 | |
| TD Ameritrade Margin Account | 6/22/2023 | 500 | $0.19 | $95.20 | 26195 | $18,927.56 | |
| TD Ameritrade Margin Account | 6/23/2023 | 529 | $0.19 | $99.98 | 26724 | $19,027.54 | |
| TD Ameritrade Margin Account | 6/27/2023 | 555 | $0.18 | $99.90 | 27279 | $19,127.44 | |
| TD Ameritrade Margin Account | 6/29/2023 | 600 | $0.50 | $300.00 | 27879 | $19,427.44 | |
| TD Ameritrade Margin Account | 7/3/2023 | 1000 | $0.20 | $200.80 | 28879 | $19,628.24 | |
| TD Ameritrade Margin Account | 7/6/2023 | 1000 | $0.20 | $195.00 | 29879 | $19,823.24 | |
| TD Ameritrade Margin Account | 7/7/2023 | 521 | $0.19 | $97.64 | 30400 | $19,920.88 | |
| TD Ameritrade Margin Account | 7/11/2023 | 1000 | $0.19 | $190.00 | 31400 | $20,110.88 | |
| TD Ameritrade Margin Account | 7/17/2023 | 400 | $0.50 | $200.00 | 31800 | $20,310.88 | |
| TD Ameritrade Margin Account | 7/21/2023 | -1000 | $0.22 | -$219.85 | 30800 | $20,091.03 | |
| TD Ameritrade Margin Account | 7/21/2023 | 0 | $0.00 | $0.15 | 30800 | $20,091.18 | Regulatory Fee |
| TD Ameritrade Margin Account | 7/21/2023 | -1000 | $0.22 | -$219.95 | 29800 | $19,871.23 | |
| TD Ameritrade Margin Account | 7/21/2023 | 0 | $0.00 | $0.15 | 29800 | $19,871.38 | Regulatory Fee |
| TD Ameritrade Margin Account | 7/21/2023 | 2000 | $0.22 | $439.80 | 31800 | $20,311.18 | |
| TD Ameritrade Margin Account | 7/21/2023 | 1000 | $0.22 | $219.90 | 32800 | $20,531.08 | |
| TD Ameritrade Margin Account | 7/21/2023 | 800 | $0.22 | $175.84 | 33600 | $20,706.92 | |
| TD Ameritrade Margin Account | 7/21/2023 | -1500 | $0.22 | -$333.53 | 32100 | $20,373.39 | |
| TD Ameritrade Margin Account | 7/21/2023 | 0 | $0.00 | $0.22 | 32100 | $20,373.61 | Regulatory Fee |
| TD Ameritrade Margin Account | 7/24/2023 | 3000 | $0.22 | $659.40 | 35100 | $21,033.01 | |
| TD Ameritrade Margin Account | 9/18/2023 | 500 | $0.21 | $103.70 | 35600 | $21,136.71 | |
| TD Ameritrade Margin Account | 10/3/2023 | 500 | $0.23 | $116.70 | 36100 | $21,253.41 | |
| TD Ameritrade Margin Account | 10/6/2023 | -30000 | $0.00 | -$21,253.41 | 6100 | $0.00 | Transfer to TD Ameritrade Cash Account |
| TD Ameritrade Margin Account | 10/23/2023 | 1000 | $0.15 | $149.90 | 7100 | $149.90 | |

PROOF OF INTEREST SUPPLEMENTAL INFORMATION
CASE: 23-50792, META MATERIALS, INC.
FOR: RAMPANT GRYPHON TRUST
INSTITUTION: CHARLES SCHWAB & CO, INC
ACCOUNT#: 9623-5757
Date: December 8, 2024
Page: 3 of 4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TD Ameritrade Margin Account | 12/5/2023 | 2000 | $0.07 | $139.90 | 9100 | $289.80 | |
| TD Ameritrade Margin Account | 1/8/2024 | 10 | $0.07 | $0.67 | 9110 | $290.47 | |
| TD Ameritrade Margin Account | 1/9/2024 | 10 | $0.06 | $0.63 | 9120 | $291.10 | |
| TD Ameritrade Margin Account | 1/10/2024 | 10 | $0.06 | $0.62 | 9130 | $291.72 | |
| TD Ameritrade Margin Account | 1/11/2024 | 10 | $0.06 | $0.59 | 9140 | $292.31 | |
| TD Ameritrade Margin Account | 1/12/2024 | 10 | $0.06 | $0.61 | 9150 | $292.92 | |
| TD Ameritrade Margin Account | 1/16/2024 | 10 | $0.06 | $0.60 | 9160 | $293.52 | |
| TD Ameritrade Margin Account | 1/17/2024 | 10 | $0.07 | $0.71 | 9170 | $294.23 | |
| TD Ameritrade Margin Account | 1/18/2024 | 10 | $0.08 | $0.77 | 9180 | $295.00 | |
| TD Ameritrade Margin Account | 1/19/2024 | 10 | $0.08 | $0.78 | 9190 | $295.78 | |
| TD Ameritrade Margin Account | 1/22/2024 | 10 | $0.07 | $0.70 | 9200 | $296.48 | |
| TD Ameritrade Margin Account | 1/22/2024 | 10 | $0.07 | $0.68 | 9210 | $297.16 | |
| TD Ameritrade Margin Account | 1/23/2024 | 100 | $0.07 | $6.67 | 9310 | $303.83 | |
| TD Ameritrade Margin Account | 1/24/2024 | 90 | $0.06 | $5.45 | 9400 | $309.28 | |
| TD Ameritrade Margin Account | 1/25/2024 | 100 | $0.06 | $5.51 | 9500 | $314.79 | |
| TD Ameritrade Margin Account | 1/29/2024 | -9500 | $0.00 | $0.00 | 0 | $314.79 | Reverse Split @ 1:100 -- 100 out |
| TD Ameritrade Margin Account | 1/29/2024 | 95 | $0.00 | $0.00 | 95 | $314.79 | Reverse Split @ 1:100 -- 1 in |
| TD Ameritrade Margin Account | 1/29/2024 | 1 | $5.31 | $5.31 | 96 | $320.10 | |
| TD Ameritrade Margin Account | 1/30/2024 | 1 | $5.06 | $5.06 | 97 | $325.16 | |
| TD Ameritrade Margin Account | 1/31/2024 | 1 | $4.06 | $4.06 | 98 | $329.22 | |
| TD Ameritrade Margin Account | 1/31/2024 | 1 | $3.77 | $3.77 | 99 | $332.99 | |
| TD Ameritrade Margin Account | 1/31/2024 | 1 | $3.82 | $3.82 | 100 | $336.81 | |
| TD Ameritrade Margin Account | 2/2/2024 | 1 | $3.45 | $3.45 | 101 | $340.26 | |
| TD Ameritrade Margin Account | 2/2/2024 | 2 | $3.44 | $6.88 | 103 | $347.14 | |
| TD Ameritrade Margin Account | 2/5/2024 | 1 | $3.19 | $3.19 | 104 | $350.33 | |
| TD Ameritrade Margin Account | 2/5/2024 | 1 | $3.03 | $3.03 | 105 | $353.36 | |
| TD Ameritrade Margin Account | 2/6/2024 | 1 | $2.74 | $2.74 | 106 | $356.10 | |
| TD Ameritrade Margin Account | 2/7/2024 | 1 | $2.75 | $2.75 | 107 | $358.85 | |
| TD Ameritrade Margin Account | 2/8/2024 | 1 | $2.79 | $2.79 | 108 | $361.64 | |
| TD Ameritrade Margin Account | 2/9/2024 | 1 | $3.48 | $3.48 | 109 | $365.12 | |
| TD Ameritrade Margin Account | 2/12/2024 | 1 | $3.45 | $3.45 | 110 | $368.57 | |
| TD Ameritrade Margin Account | 2/13/2024 | 1 | $2.97 | $2.97 | 111 | $371.54 | |
| TD Ameritrade Margin Account | 2/14/2024 | 1 | $3.37 | $3.37 | 112 | $374.91 | |
| TD Ameritrade Margin Account | 2/15/2024 | 1 | $4.36 | $4.36 | 113 | $379.27 | |
| TD Ameritrade Margin Account | 2/16/2024 | 1 | $4.35 | $4.35 | 114 | $383.62 | |
| TD Ameritrade Margin Account | 2/20/2024 | 1 | $4.48 | $4.48 | 115 | $388.10 | |
| TD Ameritrade Margin Account | 2/20/2024 | 1 | $4.19 | $4.19 | 116 | $392.29 | |
| TD Ameritrade Margin Account | 2/21/2024 | 1 | $4.29 | $4.29 | 117 | $396.58 | |

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION**
**CASE: 23-50792, META MATERIALS, INC.**
**FOR: RAMPANT GRYPHON TRUST**
**INSTITUTION: CHARLES SCHWAB & CO, INC**
**ACCOUNT#: 9623-5757**
**Date: December 8, 2024**
**Page: 4 of 4**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TD Ameritrade Margin Account | 2/22/2024 | 1 | $4.00 | $4.00 | 118 | $400.58 | |
| TD Ameritrade Margin Account | 2/22/2024 | 1 | $3.70 | $3.70 | 119 | $404.28 | |
| TD Ameritrade Margin Account | 2/22/2024 | 1 | $3.60 | $3.60 | 120 | $407.88 | |
| TD Ameritrade Margin Account | 2/22/2024 | 1 | $3.38 | $3.38 | 121 | $411.26 | |
| TD Ameritrade Margin Account | 2/23/2024 | 1 | $3.29 | $3.29 | 122 | $414.55 | |
| TD Ameritrade Margin Account | 2/23/2024 | 1 | $3.16 | $3.16 | 123 | $417.71 | |
| TD Ameritrade Margin Account | 2/23/2024 | 1 | $3.04 | $3.04 | 124 | $420.75 | |
| TD Ameritrade Margin Account | 2/23/2024 | 1 | $3.11 | $3.11 | 125 | $423.86 | |
| TD Ameritrade Margin Account | 2/28/2024 | 2 | $2.90 | $5.80 | 127 | $429.66 | |
| TD Ameritrade Margin Account | 2/29/2024 | 101 | $2.86 | $288.86 | 228 | $718.52 | |
| TD Ameritrade Margin Account | 3/4/2024 | 2 | $2.87 | $5.74 | 230 | $724.26 | |
| TD Ameritrade Margin Account | 3/15/2024 | 10 | $1.84 | $18.40 | 240 | $742.66 | |
| TD Ameritrade Margin Account | 3/19/2024 | 1 | $1.92 | $1.92 | 241 | $744.58 | |
| TD Ameritrade Margin Account | 3/21/2024 | 1 | $1.97 | $1.97 | 242 | $746.55 | |
| TD Ameritrade Margin Account | 3/22/2024 | 1 | $1.95 | $1.95 | 243 | $748.50 | |
| TD Ameritrade Margin Account | 4/5/2024 | 1 | $3.05 | $3.05 | 244 | $751.55 | |
| TD Ameritrade Margin Account | 4/16/2024 | 1 | $2.86 | $2.86 | 245 | $754.41 | |
| TD Ameritrade Margin Account | 4/19/2026 | 1 | $2.62 | $2.62 | 246 | $757.03 | |
| TD Ameritrade Margin Account | 5/1/2024 | 2 | $3.50 | $7.00 | 248 | $764.03 | |
| TD Ameritrade Margin Account | 5/1/2024 | 1 | $3.28 | $3.28 | 249 | $767.31 | |
| TD Ameritrade Margin Account | 5/6/2024 | 1 | $2.67 | $2.67 | 250 | $769.98 | |
| TD Ameritrade Margin Account | 5/8/2024 | 1 | $2.28 | $2.28 | 251 | $772.26 | |
| **TD Ameritrade Margin Account** | **5/13/2024** | **-251** | **$0.00** | **-$772.26** | **0** | **$0.00** | **Shares transferred over to Schwab Margin account** |
| TD Ameritrade Margin Account Closed | | 0 | | $0.00 | | | Ending Balance |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Schwab Margin Account | 5/13/2024 | 251 | | $772.26 | 251 | $772.26 | Shares transfered in from TD Ameritrade Margin account |
| Schwab Margin Account | 5/29/2024 | -231 | $3.45 | -$796.95 | 20 | -$24.69 | Shares transfered over to TD Ameritrade Cash account |
| **Schwab Margin Account** | **11/30/2024** | **20** | | **-$24.69** | | | **Holdings in Schwab Margin account as of Statement dated 11/30/2024** |



AST is now EQ

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101

JEFFREY P REED TR
FBO RAMPART GRYPHON TRUST
UA 04-21-2021
24928 103RD AVE SE APT D302
KENT WA 98030-5195

| | |
|---|---|
| Statement Date: | January 30, 2024 |
| Company Name: | META MATERIALS INC (NEW) |
| Company Number: | 27756 |
| Stock Exchange: | NASD |
| Company Ticker Symbol: | MMAT |
| CUSIP: | 59134N302 |
| Account Number: | 0000010169 |

www.astfinancial.com
help@equiniti.com
800-937-5449

## Transaction Advice

**IMPORTANT: Retain this statement for your investment and tax records.**

| Account Balance | Restricted | Unrestricted | Total | | Account Value | |
|---|---|---|---|---|---|---|
| DRS/Book Entry Shares | | 369.000 | 369.000 | | Market Value Date | 01/30/2024 |
| Plan Shares | | | | | Market Value Price | $4.870 |
| Certificated Shares | | | | | Total Market Value | $1,797.03 |
| Total Shares | | | 369.000 | | | |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

## Transaction Details:

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| | | SHARES EXCHANGED (#24438) | |
| 01/30/2024 | BK 0000173 | Exchange Company: META MATERIALS INC | 369.000 |

5183.001.001.00175

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION**
**CASE: 23-50792,  META MATERIALS, INC.**
**FOR: RAMPANT GRYPHON TRUST**
**INSTITUTION: AST/EQUINITI**
**ACCOUNT#: 0000010169**
**Date: December 8, 2024**
**Page: 1 of 1**

| Brokerage | Transaction Trade Date | Shares | Price/Share (Average) | Cost | Runing Share count | Running Cost | Notes |
|---|---|---|---|---|---|---|---|
| AST/Equiniti | 1/5/2024 | 36900 | | $46,337.61 | 36900 | $46,337.61 | Shares transfered in from TD Ameritrade Cash account |
| AST/Equiniti | 1/29/2024 | -36900 | | $0.00 | 0 | | Reverse Split 1:100 – 100 out |
| AST/Equiniti | 1/29/2024 | 369 | | $0.00 | 369 | | Reverse Split 1:100 – 1 in |
| **AST/Equiniti** | **1/30/2024** | **369** | | **$46,337.61** | | | **Holding in AST/Equiniti as of Statement dated 1/29/2024** |



**Schwab One® Trust Account** of

JEFFREY PEMBERTON REED TTEE
RAMPART GRYPHON TRUST
U/A DTD 04/21/2021

Account Number
⬛9335

Account Nickname
**Cash**

Statement Period
November 1-30, 2024

# Account Summary

## Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account
visit schwab.com/login. Statements are
archived up to 10 years online.

## Commitment to Transparency

Client Relationship Summaries and Best Interest
disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

## Online Assistance

 Visit us online at schwab.com

Visit schwab.com/stmt to explore the features
and benefits of this statement.

JEFFREY PEMBERTON REED TTEE
RAMPART GRYPHON TRUST
U/A DTD 04/21/2021
24928 103RD AVE SE APT D302
KENT WA    98030-5195

11/29-00000-ID2171618-103912

PROOF OF INTEREST SUPPLEMENTAL INFORMATION
CASE: 23-50792, META MATERIALS, INC.
FOR: RAMPANT GRYPHON TRUST
INSTITUTION: CHARLES SCHWAB & CO, INC
ACCOUNT#: ███-9335
Date: December 8, 2024
Page: 1 of 3

This spreadsheet is and an accounting for all trades of MMAT leading to and resulting in shares held in the Schwab Cash acocunt

| Brokerage | Transaction Trade Date | Shares | Price/Share (Average) | Cost | Runing Share count | Running Cost | Notes |
|---|---|---|---|---|---|---|---|
| Webull | 8/25/2021 | 1 | $2.90 | $2.90 | 1 | $2.90 | |
| Webull | 9/1/2021 | 100 | $5.05 | $505.00 | 101 | $507.90 | |
| Webull | 9/1/2021 | 100 | $4.92 | $492.00 | 201 | $999.90 | |
| Webull | 9/2/2021 | 100 | $4.14 | $414.00 | 301 | $1,413.90 | |
| Webull | 9/2/2021 | 100 | $4.13 | $413.00 | 401 | $1,826.90 | |
| Webull | 9/9/2021 | 200 | $5.51 | $1,102.00 | 601 | $2,928.90 | |
| Webull | 9/9/2021 | 200 | $5.53 | $1,106.00 | 801 | $4,034.90 | |
| Webull | 9/17/2021 | 100 | $5.17 | $517.00 | 901 | $4,551.90 | |
| Webull | 9/17/2021 | 100 | $5.07 | $506.99 | 1001 | $5,058.89 | |
| Webull | 9/17/2021 | 100 | $5.01 | $500.99 | 1101 | $5,559.88 | |
| Webull | 9/21/2021 | 100 | $4.97 | $496.84 | 1201 | $6,056.72 | |
| Webull | 9/22/2021 | 100 | $4.97 | $497.00 | 1301 | $6,553.72 | |
| Webull | 9/27/2021 | 100 | $5.27 | $527.00 | 1401 | $7,080.72 | |
| Webull | 9/27/2021 | 200 | $5.13 | $1,025.98 | 1601 | $8,106.70 | |
| Webull | 9/27/2021 | 100 | $5.13 | $512.50 | 1701 | $8,619.20 | |
| Webull | 10/4/2021 | 900 | $5.58 | $5,021.91 | 2601 | $13,641.11 | |
| Webull | 10/5/2021 | 200 | $5.55 | $1,109.50 | 2801 | $14,750.61 | |
| Webull | 10/8/2021 | 100 | $5.00 | $499.56 | 2901 | $15,250.17 | |
| Webull | 10/19/2021 | 100 | $5.00 | $500.00 | 3001 | $15,750.17 | |
| Webull | 10/19/2021 | 100 | $8.00 | $800.00 | 3101 | $16,550.17 | |
| Webull | 10/19/2021 | 200 | $6.00 | $1,200.00 | 3301 | $17,750.17 | |
| Webull | 10/28/2021 | 100 | $4.53 | $453.00 | 3401 | $18,203.17 | |
| Webull | 10/28/2021 | 100 | $4.62 | $462.00 | 3501 | $18,665.17 | |
| Webull | 11/23/2021 | 400 | $5.00 | $2,000.00 | 3901 | $20,665.17 | |
| Webull | 12/3/2021 | 200 | $3.77 | $753.80 | 4101 | $21,418.97 | |
| Webull | 12/30/2021 | 315 | $2.55 | $803.25 | 4416 | $22,222.22 | |
| Webull | 1/25/2022 | 200 | $6.00 | $1,200.00 | 4616 | $23,422.22 | |
| Webull | 2/28/2022 | 600 | $1.54 | $924.00 | 5216 | $24,346.22 | |
| Webull | 3/22/2022 | 300 | $2.00 | $600.00 | 5516 | $24,946.22 | |
| Transfer to TD Ameritrade Cash Account | 4/21/2022 | -5516 | | -$24,946.22 | | $0.00 | Shares transfered over to TD Ameritrade Cash Account |
| Webull Account Closed | 4/21/2022 | 0 | | $0.00 | | $0.00 | Ending Balance |

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION**
**CASE: 23-50792,  META MATERIALS, INC.**
**FOR: RAMPANT GRYPHON TRUST**
**INSTITUTION: CHARLES SCHWAB & CO, INC**
**ACCOUNT#:** ▓▓▓-9335
**Date: December 8, 2024**
**Page: 2 of 3**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TD Ameritrade Cash Account | 4/21/2022 | 5516 | | $24,946.22 | 5516 | $24,946.22 | Shares transfered in from Webull Account |
| TD Ameritrade Cash Account | 8/22/2022 | 10 | $0.81 | $8.10 | 5526 | $24,954.32 | |
| TD Ameritrade Cash Account | 1/12/2023 | 4 | $1.06 | $4.24 | 5530 | $24,958.56 | |
| TD Ameritrade Cash Account | 3/16/2023 | 20 | $0.50 | $9.93 | 5550 | $24,968.49 | |
| TD Ameritrade Cash Account | 3/23/2023 | 15 | $0.46 | $6.97 | 5565 | $24,975.46 | |
| TD Ameritrade Cash Account | 10/6/2023 | 30000 | | $21,253.41 | 35565 | $46,228.87 | Shares transferred in from TD Ameritrade Margin account |
| TD Ameritrade Cash Account | 10/6/2023 | 35 | $0.22 | $7.60 | 35600 | $46,236.47 | |
| TD Ameritrade Cash Account | 11/22/2023 | 1300 | $0.08 | $101.14 | 36900 | $46,337.61 | |
| TD Ameritrade Cash Account | 1/5/2024 | -36900 | | -$46,337.61 | 0 | $0.00 | Shares Direct Register with the transfer agent AST/Equiniti |
| TD Ameritrade Cash Account | 3/12/2024 | 1 | $2.12 | $2.12 | 1 | $2.12 | |
| TD Ameritrade Cash Account | 3/13/2024 | 1 | $2.13 | $2.13 | 2 | $4.25 | |
| TD Ameritrade Cash Account | 3/14/2024 | 1 | $2.02 | $2.02 | 3 | $6.27 | |
| TD Ameritrade Cash Account | 3/14/2024 | 2 | $1.96 | $3.92 | 5 | $10.19 | |
| TD Ameritrade Cash Account | 3/14/2024 | 2 | $1.89 | $3.78 | 7 | `$13.97 | |
| TD Ameritrade Cash Account | 3/26/2024 | 3 | $2.21 | $6.63 | 10 | $20.60 | |
| TD Ameritrade Cash Account | 4/2/2024 | 2 | $3.80 | $7.60 | 12 | $28.20 | |
| TD Ameritrade Cash Account | 4/3/2024 | 1 | $3.77 | $3.77 | 13 | $31.97 | |
| TD Ameritrade Cash Account | 4/3/2024 | 1 | $3.54 | $3.54 | 14 | $35.51 | |
| TD Ameritrade Cash Account | 5/3/2024 | 1 | $3.47 | $3.47 | | $38.98 | |
| **TD Ameritrade Cash Account** | **5/13/2024** | **-15** | | **-$38.98** | | **$0.00** | **Shares transfered over to Schwab Cash Accont** |
| TD Ameritrade Cash Account Closed | | 0 | | $0.00 | | | Ending Balance |

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION**
**CASE: 23-50792,  META MATERIALS, INC.**
**FOR: RAMPANT GRYPHON TRUST**
**INSTITUTION: CHARLES SCHWAB & CO, INC**
**ACCOUNT#⬛⬛-9335**
Date: December 8, 2024
Page: 3 of 3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Schwab Cash Account | 5/13/2024 | 15 | $0.00 | $38.98 | 15 | $38.98 | Shares transferd in from TD Ameritrade Cash account |
| Schwab Cash Account | 5/23/2024 | 2 | $3.17 | $6.34 | 17 | $45.32 | |
| Schwab Cash Account | 5/23/2024 | 10 | $3.18 | $31.80 | 27 | $77.12 | |
| Schwab Cash Account | 5/29/2024 | 231 | $0.00 | $772.26 | 258 | $849.38 | Shares transferd in from Schwab Margin Account |
| Schwab Cash Account | 5/31/2024 | 10 | $3.46 | $34.60 | 268 | $883.98 | |
| Schwab Cash Account | 6/5/2024 | 1 | $3.96 | $3.96 | 269 | $887.94 | |
| Schwab Cash Account | 6/5/2024 | 1 | $3.91 | $3.91 | 270 | $891.85 | |
| Schwab Cash Account | 6/5/2024 | 5 | $3.68 | $18.40 | 275 | $910.25 | |
| Schwab Cash Account | 6/6/2024 | 2 | $3.34 | $6.68 | 277 | $916.93 | |
| Schwab Cash Account | 6/10/2024 | 1 | $3.55 | $3.55 | 278 | $920.48 | |
| Schwab Cash Account | 6/11/2024 | 1 | $3.40 | $3.40 | 279 | $923.88 | |
| Schwab Cash Account | 6/25/2024 | 1 | $2.97 | $2.97 | 280 | $926.85 | |
| **Schwab Cash Account** | **11/30/2024** | **280** | | **$926.85** | | | **Holding held in Schwab Cash Account date 11/30/2024** |

3



## Schwab One® Trust Account of

JEFFREY PEMBERTON REED TTEE
RAMPANT GRYPHON TRUST
U/A DTD 04/21/2021

**Account Number**
███-5757

**Account Nickname**
Margin

**Statement Period**
November 1-30, 2024

# Account Summary

## Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account
visit schwab.com/login. Statements are
archived up to 10 years online.

## Commitment to Transparency

Client Relationship Summaries and Best Interest
disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

## Online Assistance

 Visit us online at schwab.com

Visit schwab.com/stmt to explore the features
and benefits of this statement.

JEFFREY PEMBERTON REED TTEE
RAMPANT GRYPHON TRUST
U/A DTD 04/21/2021
24928 103RD AVE SE APT D302
KENT WA 98030-5195

1/29-00000-ID2311618-103655

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION**
**CASE: 23-50792,  META MATERIALS, INC.**
**FOR: RAMPANT GRYPHON TRUST**
**INSTITUTION: CHARLES SCHWAB & CO, INC**
**ACCOUNT#: ██-5757**
**Date: December 8, 2024**
**Page: 1 of 4**

**This spreadsheet is and an accounting for all trades of MMAT leading to and resulting in shares held in the Schwab Margin account**

| Brokerage | Transaction Trade Date | Shares | Price/Share (Average) | Cost | Runing Share count | Running Cost | Notes |
|---|---|---|---|---|---|---|---|
| TD Ameritrade Margin Account | 3/21/2022 | 100 | $2.00 | $200.00 | 100 | $200.00 | |
| TD Ameritrade Margin Account | 5/13/2022 | 746 | $1.34 | $99.64 | 846 | $299.64 | |
| TD Ameritrade Margin Account | 6/24/2022 | 380 | $1.34 | $508.67 | 1226 | $808.31 | |
| TD Ameritrade Margin Account | 6/24/2022 | 425 | $1.15 | $488.75 | 1651 | $1,297.06 | |
| TD Ameritrade Margin Account | 7/5/2022 | 775 | $1.03 | $798.25 | 2426 | $2,095.31 | |
| TD Ameritrade Margin Account | 7/8/2022 | 800 | $1.03 | $823.76 | 3226 | $2,919.07 | |
| TD Ameritrade Margin Account | 7/8/2022 | 96 | $1.04 | $99.78 | 3322 | $3,018.85 | |
| TD Ameritrade Margin Account | 7/22/2022 | 1075 | $0.93 | $994.81 | 4397 | $4,013.66 | |
| TD Ameritrade Margin Account | 8/5/2022 | 500 | $0.91 | $455.00 | 4897 | $4,468.66 | |
| TD Ameritrade Margin Account | 8/19/2022 | 1000 | $0.88 | $879.90 | 5897 | $5,348.56 | |
| TD Ameritrade Margin Account | 9/9/2022 | 1191 | $0.84 | $998.18 | 7088 | $6,346.74 | |
| TD Ameritrade Margin Account | 9/12/2022 | 1209 | $0.83 | $998.88 | 8297 | $7,345.62 | |
| TD Ameritrade Margin Account | 9/14/2022 | 2531 | $0.79 | $1,999.49 | 10828 | $9,345.11 | |
| TD Ameritrade Margin Account | 9/16/2022 | 500 | $0.81 | $403.20 | 11328 | $9,748.31 | |
| TD Ameritrade Margin Account | 9/16/2022 | 500 | $0.81 | $402.95 | 11828 | $10,151.26 | |
| TD Ameritrade Margin Account | 9/19/2022 | 200 | $1.00 | $200.00 | 12028 | $10,351.26 | |
| TD Ameritrade Margin Account | 10/17/2022 | 500 | $0.92 | $460.00 | 12528 | $10,811.26 | |
| TD Ameritrade Margin Account | 11/9/2022 | 3450 | $1.43 | $4,933.16 | 15978 | $15,744.42 | |
| TD Ameritrade Margin Account | 11/14/2022 | 200 | $1.50 | $300.00 | 16178 | $16,044.42 | |
| TD Ameritrade Margin Account | 12/7/2022 | -4000 | $2.12 | -$8,479.29 | 12178 | $7,565.13 | |
| TD Ameritrade Margin Account | 12/7/2022 | 0 | $0.00 | $0.71 | 12178 | $7,565.84 | Regulatory Fee |
| TD Ameritrade Margin Account | 12/7/2022 | 3800 | $2.12 | $8,055.62 | 15978 | $15,621.46 | |
| TD Ameritrade Margin Account | 12/7/2022 | 200 | $2.12 | $423.00 | 16178 | $16,044.46 | |
| TD Ameritrade Margin Account | 1/19/2023 | 22 | $0.99 | $21.78 | 16200 | $16,066.24 | |
| TD Ameritrade Margin Account | 1/19/2023 | 40 | $0.97 | $38.92 | 16240 | $16,105.16 | |
| TD Ameritrade Margin Account | 1/27/2023 | 100 | $1.00 | $99.89 | 16340 | $16,205.05 | |
| TD Ameritrade Margin Account | 1/30/2023 | 300 | $0.99 | $298.20 | 16640 | $16,503.25 | |
| TD Ameritrade Margin Account | 2/3/2023 | 70 | $0.97 | $67.90 | 16710 | $16,571.15 | |
| TD Ameritrade Margin Account | 2/17/2023 | 142 | $0.70 | $99.40 | 16852 | $16,670.55 | |
| TD Ameritrade Margin Account | 2/21/2023 | 148 | $0.67 | $99.13 | 17000 | $16,769.68 | |
| TD Ameritrade Margin Account | 2/21/2023 | 100 | $0.66 | $66.13 | 17100 | $16,835.81 | |
| TD Ameritrade Margin Account | 2/21/2023 | 149 | $0.67 | $99.83 | 17249 | $16,935.64 | |

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION**
**CASE: 23-50792,  META MATERIALS, INC.**
**FOR: RAMPANT GRYPHON TRUST**
**INSTITUTION: CHARLES SCHWAB & CO, INC**
**ACCOUNT#:** ██-5757
**Date: December 8, 2024**
**Page: 2 of 4**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TD Ameritrade Margin Account | 2/22/2023 | 153 | $0.66 | $100.98 | 17402 | $17,036.62 | |
| TD Ameritrade Margin Account | 4/13/2023 | 1548 | $0.32 | $492.11 | 18950 | $17,528.73 | |
| TD Ameritrade Margin Account | 4/13/2023 | 953 | $0.32 | $302.86 | 19903 | $17,831.59 | |
| TD Ameritrade Margin Account | 4/13/2023 | -2251 | $0.32 | -$719.08 | 17652 | $17,112.51 | |
| TD Ameritrade Margin Account | 4/13/2023 | 0 | $0.00 | $0.34 | 17652 | $17,112.85 | Regulatory fee |
| TD Ameritrade Margin Account | 4/14/2023 | 1164 | $0.21 | $247.93 | 18816 | $17,360.78 | |
| TD Ameritrade Margin Account | 4/14/2023 | 1136 | $0.21 | $241.29 | 19952 | $17,602.07 | |
| TD Ameritrade Margin Account | 4/28/2023 | 2688 | $0.19 | $499.43 | 22640 | $18,101.50 | |
| TD Ameritrade Margin Account | 5/18/2023 | 100 | $1.00 | $100.00 | 22740 | $18,201.50 | |
| TD Ameritrade Margin Account | 5/31/2023 | 460 | $0.22 | $99.87 | 23200 | $18,301.37 | |
| TD Ameritrade Margin Account | 5/31/2023 | 500 | $0.20 | $100.00 | 23700 | $18,401.37 | |
| TD Ameritrade Margin Account | 6/12/2023 | 1000 | $0.23 | $234.90 | 24700 | $18,636.27 | |
| TD Ameritrade Margin Account | 6/20/2023 | 495 | $0.20 | $99.99 | 25195 | $18,736.26 | |
| TD Ameritrade Margin Account | 6/22/2023 | 500 | $0.19 | $96.10 | 25695 | $18,832.36 | |
| TD Ameritrade Margin Account | 6/22/2023 | 500 | $0.19 | $95.20 | 26195 | $18,927.56 | |
| TD Ameritrade Margin Account | 6/23/2023 | 529 | $0.19 | $99.98 | 26724 | $19,027.54 | |
| TD Ameritrade Margin Account | 6/27/2023 | 555 | $0.18 | $99.90 | 27279 | $19,127.44 | |
| TD Ameritrade Margin Account | 6/29/2023 | 600 | $0.50 | $300.00 | 27879 | $19,427.44 | |
| TD Ameritrade Margin Account | 7/3/2023 | 1000 | $0.20 | $200.80 | 28879 | $19,628.24 | |
| TD Ameritrade Margin Account | 7/6/2023 | 1000 | $0.20 | $195.00 | 29879 | $19,823.24 | |
| TD Ameritrade Margin Account | 7/7/2023 | 521 | $0.19 | $97.64 | 30400 | $19,920.88 | |
| TD Ameritrade Margin Account | 7/11/2023 | 1000 | $0.19 | $190.00 | 31400 | $20,110.88 | |
| TD Ameritrade Margin Account | 7/17/2023 | 400 | $0.50 | $200.00 | 31800 | $20,310.88 | |
| TD Ameritrade Margin Account | 7/21/2023 | -1000 | $0.22 | -$219.85 | 30800 | $20,091.03 | |
| TD Ameritrade Margin Account | 7/21/2023 | 0 | $0.00 | $0.15 | 30800 | $20,091.18 | Regulatory Fee |
| TD Ameritrade Margin Account | 7/21/2023 | -1000 | $0.22 | -$219.95 | 29800 | $19,871.23 | |
| TD Ameritrade Margin Account | 7/21/2023 | 0 | $0.00 | $0.15 | 29800 | $19,871.38 | Regulatory Fee |
| TD Ameritrade Margin Account | 7/21/2023 | 2000 | $0.22 | $439.80 | 31800 | $20,311.18 | |
| TD Ameritrade Margin Account | 7/21/2023 | 1000 | $0.22 | $219.90 | 32800 | $20,531.08 | |
| TD Ameritrade Margin Account | 7/21/2023 | 800 | $0.22 | $175.84 | 33600 | $20,706.92 | |
| TD Ameritrade Margin Account | 7/21/2023 | -1500 | $0.22 | -$333.53 | 32100 | $20,373.39 | |
| TD Ameritrade Margin Account | 7/21/2023 | 0 | $0.00 | $0.22 | 32100 | $20,373.61 | Regulatory Fee |
| TD Ameritrade Margin Account | 7/24/2023 | 3000 | $0.22 | $659.40 | 35100 | $21,033.01 | |
| TD Ameritrade Margin Account | 9/18/2023 | 500 | $0.21 | $103.70 | 35600 | $21,136.71 | |
| TD Ameritrade Margin Account | 10/3/2023 | 500 | $0.23 | $116.70 | 36100 | $21,253.41 | |
| TD Ameritrade Margin Account | 10/6/2023 | -30000 | $0.00 | -$21,253.41 | 6100 | $0.00 | Transfer to TD Ameritrade Cash Account |
| TD Ameritrade Margin Account | 10/23/2023 | 1000 | $0.15 | $149.90 | 7100 | $149.90 | |

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION**
**CASE: 23-50792, META MATERIALS, INC.**
**FOR: RAMPANT GRYPHON TRUST**
**INSTITUTION: CHARLES SCHWAB & CO, INC**
**ACCOUNT#: ██████5757**
**Date: December 8, 2024**
**Page: 3 of 4**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TD Ameritrade Margin Account | 12/5/2023 | 2000 | $0.07 | $139.90 | 9100 | $289.80 | |
| TD Ameritrade Margin Account | 1/8/2024 | 10 | $0.07 | $0.67 | 9110 | $290.47 | |
| TD Ameritrade Margin Account | 1/9/2024 | 10 | $0.06 | $0.63 | 9120 | $291.10 | |
| TD Ameritrade Margin Account | 1/10/2024 | 10 | $0.06 | $0.62 | 9130 | $291.72 | |
| TD Ameritrade Margin Account | 1/11/2024 | 10 | $0.06 | $0.59 | 9140 | $292.31 | |
| TD Ameritrade Margin Account | 1/12/2024 | 10 | $0.06 | $0.61 | 9150 | $292.92 | |
| TD Ameritrade Margin Account | 1/16/2024 | 10 | $0.06 | $0.60 | 9160 | $293.52 | |
| TD Ameritrade Margin Account | 1/17/2024 | 10 | $0.07 | $0.71 | 9170 | $294.23 | |
| TD Ameritrade Margin Account | 1/18/2024 | 10 | $0.08 | $0.77 | 9180 | $295.00 | |
| TD Ameritrade Margin Account | 1/19/2024 | 10 | $0.08 | $0.78 | 9190 | $295.78 | |
| TD Ameritrade Margin Account | 1/22/2024 | 10 | -$0.07 | $0.70 | 9200 | $296.48 | |
| TD Ameritrade Margin Account | 1/22/2024 | 10 | $0.07 | $0.68 | 9210 | $297.16 | |
| TD Ameritrade Margin Account | 1/23/2024 | 100 | $0.07 | $6.67 | 9310 | $303.83 | |
| TD Ameritrade Margin Account | 1/24/2024 | 90 | $0.06 | $5.45 | 9400 | $309.28 | |
| TD Ameritrade Margin Account | 1/25/2024 | 100 | $0.06 | $5.51 | 9500 | $314.79 | |
| TD Ameritrade Margin Account | 1/29/2024 | -9500 | $0.00 | $0.00 | 0 | $314.79 | Reverse Split @ 1:100 -- 100 out |
| TD Ameritrade Margin Account | 1/29/2024 | 95 | $0.00 | $0.00 | 95 | $314.79 | Reverse Split @ 1:100 -- 1 in |
| TD Ameritrade Margin Account | 1/29/2024 | 1 | $5.31 | $5.31 | 96 | $320.10 | |
| TD Ameritrade Margin Account | 1/30/2024 | 1 | $5.06 | $5.06 | 97 | $325.16 | |
| TD Ameritrade Margin Account | 1/31/2024 | 1 | $4.06 | $4.06 | 98 | $329.22 | |
| TD Ameritrade Margin Account | 1/31/2024 | 1 | $3.77 | $3.77 | 99 | $332.99 | |
| TD Ameritrade Margin Account | 1/31/2024 | 1 | $3.82 | $3.82 | 100 | $336.81 | |
| TD Ameritrade Margin Account | 2/2/2024 | 1 | $3.45 | $3.45 | 101 | $340.26 | |
| TD Ameritrade Margin Account | 2/2/2024 | 2 | $3.44 | $6.88 | 103 | $347.14 | |
| TD Ameritrade Margin Account | 2/5/2024 | 1 | $3.19 | $3.19 | 104 | $350.33 | |
| TD Ameritrade Margin Account | 2/5/2024 | 1 | $3.03 | $3.03 | 105 | $353.36 | |
| TD Ameritrade Margin Account | 2/6/2024 | 1 | $2.74 | $2.74 | 106 | $356.10 | |
| TD Ameritrade Margin Account | 2/7/2024 | 1 | $2.75 | $2.75 | 107 | $358.85 | |
| TD Ameritrade Margin Account | 2/8/2024 | 1 | $2.79 | $2.79 | 108 | $361.64 | |
| TD Ameritrade Margin Account | 2/9/2024 | 1 | $3.48 | $3.48 | 109 | $365.12 | |
| TD Ameritrade Margin Account | 2/12/2024 | 1 | $3.45 | $3.45 | 110 | $368.57 | |
| TD Ameritrade Margin Account | 2/13/2024 | 1 | $2.97 | $2.97 | 111 | $371.54 | |
| TD Ameritrade Margin Account | 2/14/2024 | 1 | $3.37 | $3.37 | 112 | $374.91 | |
| TD Ameritrade Margin Account | 2/15/2024 | 1 | $4.36 | $4.36 | 113 | $379.27 | |
| TD Ameritrade Margin Account | 2/16/2024 | 1 | $4.35 | $4.35 | 114 | $383.62 | |
| TD Ameritrade Margin Account | 2/20/2024 | 1 | $4.48 | $4.48 | 115 | $388.10 | |
| TD Ameritrade Margin Account | 2/20/2024 | 1 | $4.19 | $4.19 | 116 | $392.29 | |
| TD Ameritrade Margin Account | 2/21/2024 | 1 | $4.29 | $4.29 | 117 | $396.58 | |

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION**
**CASE: 23-50792, META MATERIALS, INC.**
**FOR: RAMPANT GRYPHON TRUST**
**INSTITUTION: CHARLES SCHWAB & CO, INC**
**ACCOUNT#:** ████-5757
**Date: December 8, 2024**
**Page: 4 of 4**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TD Ameritrade Margin Account | 2/22/2024 | 1 | $4.00 | $4.00 | 118 | $400.58 | |
| TD Ameritrade Margin Account | 2/22/2024 | 1 | $3.70 | $3.70 | 119 | $404.28 | |
| TD Ameritrade Margin Account | 2/22/2024 | 1 | $3.60 | $3.60 | 120 | $407.88 | |
| TD Ameritrade Margin Account | 2/22/2024 | 1 | $3.38 | $3.38 | 121 | $411.26 | |
| TD Ameritrade Margin Account | 2/23/2024 | 1 | $3.29 | $3.29 | 122 | $414.55 | |
| TD Ameritrade Margin Account | 2/23/2024 | 1 | $3.16 | $3.16 | 123 | $417.71 | |
| TD Ameritrade Margin Account | 2/23/2024 | 1 | $3.04 | $3.04 | 124 | $420.75 | |
| TD Ameritrade Margin Account | 2/23/2024 | 1 | $3.11 | $3.11 | 125 | $423.86 | |
| TD Ameritrade Margin Account | 2/28/2024 | 2 | $2.90 | $5.80 | 127 | $429.66 | |
| TD Ameritrade Margin Account | 2/29/2024 | 101 | $2.86 | $288.86 | 228 | $718.52 | |
| TD Ameritrade Margin Account | 3/4/2024 | 2 | $2.87 | $5.74 | 230 | $724.26 | |
| TD Ameritrade Margin Account | 3/15/2024 | 10 | $1.84 | $18.40 | 240 | $742.66 | |
| TD Ameritrade Margin Account | 3/19/2024 | 1 | $1.92 | $1.92 | 241 | $744.58 | |
| TD Ameritrade Margin Account | 3/21/2024 | 1 | $1.97 | $1.97 | 242 | $746.55 | |
| TD Ameritrade Margin Account | 3/22/2024 | 1 | $1.95 | $1.95 | 243 | $748.50 | |
| TD Ameritrade Margin Account | 4/5/2024 | 1 | $3.05 | $3.05 | 244 | $751.55 | |
| TD Ameritrade Margin Account | 4/16/2024 | 1 | $2.86 | $2.86 | 245 | $754.41 | |
| TD Ameritrade Margin Account | 4/19/2026 | 1 | $2.62 | $2.62 | 246 | $757.03 | |
| TD Ameritrade Margin Account | 5/1/2024 | 2 | $3.50 | $7.00 | 248 | $764.03 | |
| TD Ameritrade Margin Account | 5/1/2024 | 1 | $3.28 | $3.28 | 249 | $767.31 | |
| TD Ameritrade Margin Account | 5/6/2024 | 1 | $2.67 | $2.67 | 250 | $769.98 | |
| TD Ameritrade Margin Account | 5/8/2024 | 1 | $2.28 | $2.28 | 251 | $772.26 | |
| **TD Ameritrade Margin Account** | **5/13/2024** | **-251** | **$0.00** | **-$772.26** | **0** | **$0.00** | **Shares transferred over to Schwab Margin account** |
| TD Ameritrade Margin Account Closed | | 0 | | $0.00 | | | Ending Balance |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Schwab Margin Account | 5/13/2024 | 251 | | $772.26 | 251 | $772.26 | Shares transferred in from TD Ameritrade Margin account |
| Schwab Margin Account | 5/29/2024 | -231 | $3.45 | -$796.95 | 20 | -$24.69 | Shares transferred over to TD Ameritrade Cash account |
| **Schwab Margin Account** | **11/30/2024** | **20** | | **-$24.69** | | | **Holdings in Schwab Margin account as of Statement dated 11/30/2024** |



**EQUINITI TRUST COMPANY, LLC**
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101

JEFFREY P REED TR
FBO RAMPART GRYPHON TRUST
UA 04-21-2021
24928 103RD AVE SE APT D302
KENT WA 98030-5195

| | |
|---|---|
| Statement Date: | January 30, 2024 |
| Company Name: | META MATERIALS INC (NEW) |
| Company Number: | 27756 |
| Stock Exchange: | NASD |
| Company Ticker Symbol: | MMAT |
| CUSIP: | 59134N302 |
| Account Number: | ████0169 |

www.astfinancial.com
help@equiniti.com
800-937-5449

# Transaction Advice

**IMPORTANT: Retain this statement for your investment and tax records.**

| Account Balance | Restricted | Unrestricted | Total | | Account Value | |
|---|---|---|---|---|---|---|
| DRS/Book Entry Shares | | 369.000 | 369.000 | | Market Value Date | 01/30/2024 |
| Plan Shares | | | | | Market Value Price | $4.870 |
| Certificated Shares | | | | | Total Market Value | $1,797.03 |
| Total Shares | | | 369.000 | | | |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

# Transaction Details:

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| | | SHARES EXCHANGED (#24438) | |
| 01/30/2024 | BK*0000173 | Exchange Company: META MATERIALS INC | 369.000 |



5183.001.001.00175

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION**
**CASE: 23-50792, META MATERIALS, INC.**
**FOR: RAMPANT GRYPHON TRUST**
**INSTITUTION: AST/EQUINITI**
**ACCOUNT#:** ███████0169
**Date: December 8, 2024**
**Page: 1 of 1**

| Brokerage | Transaction Trade Date | Shares | Price/Share (Average) | Cost | Runing Share count | Running Cost | Notes |
|---|---|---|---|---|---|---|---|
| AST/Equinitl | 1/5/2024 | 36900 | | $46,337.61 | 36900 | $46,337.61 | Shares transfered in from TD Ameritrade Cash account |
| AST/Equinitl | 1/29/2024 | -36900 | | $0.00 | 0 | | Reverse Split 1:100 -- 100 out |
| AST/Equinitl | 1/29/2024 | 369 | | $0.00 | 369 | | Reverse Split 1:100 -- 1 in |
| **AST/Equinitl** | **1/30/2024** | **369** | | **$46,337.61** | | | **Holding in AST/Equinitl as of Statement dated 1/29/2024** |