NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor:<br>**METAL MATERIALS, INC.** | Case Number:<br>**24-50792** | |
|---|---|---|
| **1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):<br><br>**SARAH DODDS**<br>**302 W. GOFORTH RD.**<br>**BUDA, TX 78610**<br><br>Telephone Number: **(512) 665 - 9500** | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br><br>☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | **RECEIVED<br>AND FILED**<br><br>**DEC 17 2024**<br><br>**U.S. BANKRUPTCY COURT<br>MARY A. SCHOTT, CLERK** |

| NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein. | **COURT USE ONLY** |
|---|---|

| Account or other number by which Interest holder identifies Debtor:<br>Fidelity #Z09328412          Fidelity Roth IRA #241568327<br>Robinhood #106837578      Public Investing #5LU44886<br>Webull Financial #5NX 56002 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| **2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br>FIDELITY  PO BOX 770001 CINCINNATI, OH 45277-0002 / (800) 343-3548<br>ROBINHOOD  85 WILLOW RD, MENLO PARK, CA 94025 / (888) 275-8523<br>WEBULL  44 WALL STREET, NEW YORK CITY / (888) 828-0618<br>Telephone Number:      PUBLIC 228 PARK AVENUE SOUTH, SUITE 97716<br>                                     NEW YORK, NY 10003 / (212) 401-6946 | **3.** Date Equity Interest was acquired:<br><br>**BETWEEN  6/22/21 - 5/19/24**<br><br>**SEE ATTACHED DOCUMENTATION** |
|---|---|

| **4.** Total amount of member interest: __65557 shares for $37119__ | **5.** Certificate number(s): **SEE ATTACHED DOCUMENTATION** |
|---|---|

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description:     **INVESTOR**

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.     ☐ I am the creditor's authorized agent.     ☐ I am the trustee, or the debtor,     ☐ I am a guarantor, surety, endorser, or other codebtor.
                              (Attach copy of power of attorney, if any.)     or their authorized agent.     (See Bankruptcy Rule 3005.)
                                                                                 (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  **SARAH DODDS**
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature)                              **12/01/2024**
                                                (Date)

Telephone number: **(512) 665-9500**     email: **sarah@sarahdodds.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

## PROOF OF INTEREST SUPPLEMENTAL INFORMATION:

**Case: 24-50792, Meta Materials, INC.**
**For: SARAH DODDS**

**BROKER:** **FIDELITY**
ACCT#    Z09328412
PURCHASED: 6/28/21 - 9/29/23

TRANSACTIONS *(SEE ATTACHED DOCUMENTS)*

PURCHASED:          **31308 SHARES** / INVESTED **$24,015**
SOLD:               **31301 SHARES** / RECOVERED **$6,774** / REMAINING LOSS OF **$14,101**

TORCHLIGHT:         Held **9 SHARES** of TORCHLIGHT into 6/25/21 REV/MERG.
*Rev/Merge/Split*          - Left me with **4 SHARES** MMAT aquired after REV/SPLIT on 6/28/21.
REVERSE SPLIT:      Held **11.46 SHARES** of MMAT into 1/29/24 REV/SPLIT.
                           - Left me with **1 SHARES** MMAT after that date.

**SHARES STILL HELD: 1 IN FIDELITY**


**BROKER:** **FIDELITY ROTH IRA**
ACCT#    241568327
PURCHASED: 6/28/21 - 9/29/23

TRANSACTIONS *(SEE ATTACHED DOCUMENTS)*

PURCHASED::         **6120 SHARES** / INVESTED **$909**
SOLD:               **6120 SHARES** / RECOVERED **$823** / REMAINING LOSS OF **$86**


**BROKER:** **ROBINHOOD**
ACCT#    106837578
PURCHASED: 6/22/21 - 8/16/24

TRANSACTIONS *(SEE ATTACHED DOCUMENTS)*

PURCHASED:          **11148 SHARES** / INVESTED **$6,143**
SOLD:               **11096 SHARES** / RECOVERED **$2,658** / REMAINING LOSS OF **$3,485**

TORCHLIGHT:         Held **1 SHARE** of TORCHLIGHT into 6/25/21 REV/MERG.
*Rev/Merge/Split*          - Left me with **1 SHARE** MMAT aquired after REV/SPLIT on 6/28/21.
                           *(not included in purchased share total above)*
REVERSE SPLIT:      Held **52 SHARES** of MMAT into 1/29/24 REV/SPLIT.
                           - Left me with **1 SHARE** after that date.
PURCHASED:          **150 SHARES** purchased on 8/16/24 AFTER 1/29/24 REV/SPLIT.
                           *(included in purchased share total above)*

**SHARES STILL HELD: 151 IN ROBINHOOD**

**BROKER:** **WEBULL FINANCIAL**
ACCT#    5NX 56002
PURCHASED: 1/09/23 - 6/26/23

TRANSACTIONS *(SEE ATTACHED DOCUMENTS)*

PURCHASED:          **12732 SHARES** / INVESTED **$4104**
SOLD:               **12732 SHARES** / RECOVERED **$521** / REMAINING LOSS OF **$3,584**


**BROKER:** **PUBLIC INVESTING**
ACCT#    5LU44886
PURCHASED: 11/21/22 - 11/01/23

TRANSACTIONS *(SEE ATTACHED DOCUMENTS)*

PURCHASED:          **4251 SHARES** / INVESTED **$1948**
SOLD:               **4251 SHARES** / RECOVERED **$563** / REMAINING LOSS OF **$1,385**


**TOTAL:**          **65557 SHARES PURCHASED** / INVESTED **$37,119** / RECOVERED **$11,339**
                    **LOST $25,780** / **STILL HOLDING 152 SHARES**

*(I did my very best)* ☺

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**

**Case: 24-50792, Meta Materials, INC.**
**For: SARAH DODDS**

BROKER: **FIDELITY**
ACCT#    Z09328412
PURCHASED: 6/28/21 - 9/29/23

TRANSACTIONS *(SEE ATTACHED DOCUMENTS)*

| | |
|---|---|
| PURCHASED: | **31308 SHARES /** INVESTED **$24,015** |
| SOLD: | **31301 SHARES /** RECOVERED **$6,774 /** REMAINING LOSS OF **$14,101** |

TORCHLIGHT:          Held **9 SHARES** of TORCHLIGHT into 6/25/21 SPIN-OFF.
*Rev/Merge/Spin-off*      - Left me with **4 SHARES** MMAT aquired after SPIN-OFF on 6/28/21.
REVERSE SPLIT:      Held **11.46 SHARES** of MMAT into 1/29/24 REV/SPLIT.
                              - Left me with **1 SHARES** MMAT after that date.

**SHARES STILL HELD: 1 IN FIDELITY**


BROKER: **FIDELITY ROTH IRA**
ACCT#    241568327
PURCHASED: 6/28/21 - 9/29/23

TRANSACTIONS *(SEE ATTACHED DOCUMENTS)*

| | |
|---|---|
| PURCHASED:: | **6120 SHARES /** INVESTED **$909** |
| SOLD: | **6120 SHARES /** RECOVERED **$823 /** REMAINING LOSS OF **$86** |


BROKER: **ROBINHOOD**
ACCT#    106837578
PURCHASED: 6/22/21 - 8/16/24

TRANSACTIONS *(SEE ATTACHED DOCUMENTS)*

| | |
|---|---|
| PURCHASED: | **11148 SHARES /** INVESTED **$6,143** |
| SOLD: | **11096 SHARES /** RECOVERED **$2,658 /** REMAINING LOSS OF **$3,485** |

TORCHLIGHT:          Held **1 SHARE** of TORCHLIGHT into 6/25/21 SPIN-OFF.
*Rev/Merge/Spin-off*      - Left me with **1 SHARE** MMAT aquired after SPIN-OFF on 6/28/21.
                              *(not included in purchased share total above)*
REVERSE SPLIT:      Held **52 SHARES** of MMAT into 1/29/24 REV/SPLIT.
                              - Left me with **1 SHARE** after that date.
PURCHASED:          **150 SHARES** purchased on 8/16/24 **AFTER** 1/29/24 REVERSE SPLIT.
                              *(included in purchased share total above)*

**SHARES STILL HELD: 151 IN ROBINHOOD**

BROKER: **WEBULL FINANCIAL**
ACCT#    5NX 56002
PURCHASED: 1/09/23 - 6/26/23

TRANSACTIONS *(SEE ATTACHED DOCUMENTS)*

| | |
|---|---|
| PURCHASED: | **12732 SHARES /** INVESTED **$4104** |
| SOLD: | **12732 SHARES /** RECOVERED **$521 /** REMAINING LOSS OF **$3,584** |


BROKER: **PUBLIC INVESTING**
ACCT#    5LU44886
PURCHASED: 11/21/22 - 11/01/23

TRANSACTIONS *(SEE ATTACHED DOCUMENTS)*

| | |
|---|---|
| PURCHASED: | **4251 SHARES /** INVESTED **$1948** |
| SOLD: | **4251 SHARES /** RECOVERED **$563 /** AT A TOTAL LOSS OF **$1,385** |


**TOTAL:          65557 SHARES PURCHASED /** INVESTED **$37,119 /** RECOVERED **$11,339**
            **LOST $25,780 / STILL HOLDING 152 SHARES**


STILL HOLDING: 152 SHARES OF MMATQ

_Torchlight Rev/Merge/Split Afterwards_

## Stocks

| Description | Beginning Market Value Jun 1, 2021 | Quantity Jun 30, 2021 | Price Per Unit Jun 30, 2021 | Ending Market Value Jun 30, 2021 | Total Cost Basis | Unrealized Gain/Loss Jun 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| **USD0.001 CLASS A (GME)** | | | | | | | |
| **META MATERIALS INC COM (MMAT)** | unavailable | 4.000 | 7.4900 | 29.96 | 74.42 | -44.46 | |

MMAT Held 6/30/21 = 4

# FIDELITY 2024

01/01/2024 - 11/05/2024 ▾    Orders    History    Transfers    ⇄ More filters

⚠ Due to high traffic, in progress transfers and deposits may not be displayed. Check for transfers

**January 1, 2024 - November 5, 2024**

| Date ▾ | Description | Amount | Cash Balance |
|---|---|---|---|
| Feb-08-2024 | REVERSE SPLIT REV PAYOUT 59134N104ROUNDUP PAYOUT #REORRM0051559130001 META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | +$2.82 | $0.43 |

| | |
|---|---|
| Date | Feb-08-2024 |
| Symbol | MMATQ |
| Symbol description | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 |
| Type | Shares |
| Shares | +1.000 |
| Value | $2.82 closing market value on Feb-08-2024 |

| Date | Description | Amount | Cash Balance |
|---|---|---|---|
| Jan-29-2024 | REVERSE SPLIT R/S TO 59134N302#REOR M0051559130000 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$0.66 | $4,323.76 |

| | |
|---|---|
| Date | Jan-29-2024 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Shares |
| Shares | -11.460 |
| Value | -$0.66 closing market value on Jan-29-2024 |

| Date | Description | Amount | Cash Balance |
|---|---|---|---|
| Jan-24-2024 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | +$9.00 | $9.00 |

| | |
|---|---|
| Date | Jan-24-2024 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | -150.000 |
| Price | $0.06 |
| Amount | $9.00 |
| Settlement date | Jan-26-2024 |

Fidelity Purchases

NOT WASH SALES

# 2023 Fidelity

Copy B for Recipient OMB No. 1545-0715

**FORM 1099-B**    **2023 Proceeds from Broker and Barter Exchange Transactions**

**Short-term transactions for which basis is reported to the IRS --report on Form 8949 with Box A checked and/or Schedule D, Part I**
Proceeds are reported as **gross proceeds** unless otherwise indicated (a). (This Label is a Substitute for Boxes 2, 5, 6 & 12)

(IRS Form 1099-B box numbers are shown below in **bold type**)

| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State 16 State Tax Withheld |
|---|---|---|---|---|---|---|---|---|---|---|
| **META MATERIALS INC COM ISIN #US59134N104, MMAT, 59134N104** | | | | | | | | | | |
| Sale | 1.000 | 11/23/22 | 02/02/23 | 1.05 | 1.85 | | 0.80 | -0.80 | | |
| Sale | 1.000 | 11/23/22 | 02/02/23 | 1.05 | 1.85 | | 0.80 | -0.80 | | |
| Sale | 0.450 | 11/23/22 | 02/02/23 | 0.48 | 0.85 | | 0.37 | -0.37 | | |
| Sale | 2.000 | 11/23/22 | 02/02/23 | 2.08 | 3.88 | | 1.80 | -1.80 | | |
| Sale | 45.000 | 12/05/22 | 02/02/23 | 47.08 | 82.80 | | 35.72 | -35.72 | | |
| **META MATERIALS INC COM ISIN #US59134N104, MMAT, 59134N104** | | | | | | | | | | |
| Sale | 3.000 | 12/07/22 | 02/02/23 | 3.14 | 6.78 | | 3.64 | -3.64 | | |
| Sale | 48.460 | 12/07/22 | 02/02/23 | 50.40 | 98.85 | | 48.45 | -48.45 | | |
| Sale | 42.540 | 12/14/22 | 02/02/23 | 44.50 | 58.93 | | 14.43 | -14.43 | | |
| Sale | 42.540 | 12/14/22 | 02/02/23 | 44.24 | 58.93 | | 14.69 | -14.69 | | |
| Sale | 2.000 | 11/23/22 | 02/03/23 | 1.98 | 4.24 | | 2.26 | -2.26 | | |
| Sale | 48.460 | 12/07/22 | 02/03/23 | 48.20 | 99.33 | | 51.13 | -51.13 | | |
| Sale | 42.540 | 12/14/22 | 02/03/23 | 42.33 | 58.93 | | 16.60 | -16.60 | | |
| Sale | 2.000 | 11/23/22 | 02/06/23 | 1.86 | 4.36 | | 2.50 | -2.50 | | |
| Sale | 48.460 | 12/07/22 | 02/06/23 | 45.24 | 101.53 | | 56.29 | -56.29 | | |
| Sale | 142.540 | 12/14/22 | 02/06/23 | 133.06 | 197.46 | | 64.40 | -64.40 | | |
| Sale | 2.000 | 11/27/22 | 06/02/23 | 0.42 | 4.14 | | 3.72 | -3.72 | | |
| Sale | 1,824.840 | 12/14/22 | 06/02/23 | 377.74 | 2,527.95 | | 2,150.21 | -2,150.21 | | |
| Sale | 8.000 | 12/14/22 | 06/02/23 | 1.66 | 11.08 | | 9.42 | -9.42 | | |
| Sale | 42.540 | 12/14/22 | 06/02/23 | 8.81 | -66.32 | --- | 57.51 | -57.51 | | |
| Sale | 38.000 | 12/14/22 | 06/02/23 | 7.87 | 59.49 | | 51.62 | -51.62 | | |
| Sale | 4.540 | 12/14/22 | 06/02/23 | 0.94 | 6.34 | | 5.40 | -5.40 | | |
| Sale | 42.540 | 12/14/22 | 06/02/23 | 8.81 | 61.27 | | 52.46 | -52.46 | | |
| Sale | 191.000 | 12/14/22 | 06/02/23 | 39.54 | 321.24 | | 281.70 | -281.70 | | |
| Sale | 14.000 | 12/15/22 | 06/02/23 | 2.90 | 18.90 | | 16.00 | -16.00 | | |
| Sale | 173.000 | 12/28/22 | 06/02/23 | 35.81 | 197.22 | | 161.41 | -161.41 | | |
| Sale | 4.460 | 01/18/23 | 06/02/23 | 0.92 | 4.68 | | 3.76 | -3.76 | | |
| Sale | 492.540 | 02/10/23 | 06/02/23 | 101.95 | 401.90 | | 299.95 | -299.95 | | |
| Sale | 90.000 | 02/10/23 | 06/02/23 | 18.63 | 72.90 | | 54.27 | -54.27 | | |
| | | 3484.54 | | | | | | | | |
| **META MATERIALS INC COM ISIN #US59134N104, MMAT, 59134N104** | | | | | | | | | | |
| Sale | 2.000 | 02/10/23 | 06/02/23 | 0.41 | 1.62 | | 1.21 | -1.21 | | |
| Sale | 300.000 | 02/16/23 | 06/02/23 | 62.10 | 221.70 | | 159.60 | -159.60 | | |
| Sale | 90.000 | 02/16/23 | 06/02/23 | 18.63 | 67.92 | | 49.29 | -49.29 | | |
| Sale | 180.000 | 02/16/23 | 06/02/23 | 37.26 | 135.00 | | 97.74 | -97.74 | | |
| Sale | 90.000 | 02/16/23 | 06/02/23 | 18.63 | 67.50 | | 48.87 | -48.87 | | |
| Sale | 1,650.000 | 02/21/23 | 06/02/23 | 341.55 | 1,099.89 | | 758.34 | -758.34 | | |
| Sale | 250.000 | 02/21/23 | 06/02/23 | 51.75 | 165.45 | | 113.70 | -113.70 | | |
| Sale | 600.000 | 04/05/23 | 06/02/23 | 124.20 | 241.86 | | 117.66 | -117.66 | | |
| Sale | 1,000.000 | 04/06/23 | 06/02/23 | 207.00 | 411.90 | | 204.90 | -204.90 | | |
| Sale | 535.000 | 04/14/23 | 06/02/23 | 110.74 | 115.08 | | 4.34 | -4.34 | | |
| Sale | 1,528.540 | 04/14/23 | 06/02/23 | 316.38 | 335.82 | | 19.44 | -19.44 | | |
| Sale | 993.000 | 12/14/22 | 07/17/23 | 191.15 | 1,418.88 | | 1,227.73 | -1,227.73 | | |
| Sale | 93.000 | 12/14/22 | 07/17/23 | 17.93 | 178.13 | | | -160.20 | | |
| Sale | 4,300.000 | 02/21/23 | 07/17/23 | 827.71 | 3,976.66 | | 3,111.07 | -3,148.95 | | |
| Sale | 1,000.000 | 04/06/23 | 07/17/23 | 192.50 | 457.72 | | | -265.22 | | |
| Sale | 300.000 | 04/06/23 | 07/17/23 | 57.75 | 124.47 | | | -66.72 | | |
| Sale | 471.460 | 04/14/23 | 07/17/23 | 90.76 | 103.58 | | | -12.82 | | |
| Sale | 1,000.000 | 04/14/23 | 07/17/23 | 192.50 | 311.40 | | | -118.90 | | |
| Sale | 118.540 | 04/14/23 | 07/17/23 | 22.85 | 25.88 | | | -3.03 | | |
| Sale | 1,500.000 | 12/14/22 | 08/10/23 | 345.00 | 2,107.92 | | | -1,762.92 | | |
| Sale | 1,200.000 | 02/10/23 | 08/10/23 | 275.28 | 1,366.15 | | | -1,090.87 | | |
| Sale | 200.000 | 02/16/23 | 08/10/23 | 45.86 | 159.39 | | | -113.53 | | |
| Sale | 100.000 | 02/16/23 | 08/10/23 | 22.97 | 75.43 | | | -52.46 | | |
| | | 1777.54 | | | | | | | | |

| Sale | 1,200.000 | 02/16/23 | 08/10/23 | 274.44 | | | | -113.53 | |
| Sale | 200.000 | 02/16/23 | 08/10/23 | 45.86 | 159.39 | | | -113.53 | |
| Sale | 100.000 | 02/16/23 | 08/10/23 | 22.97 | 75.43 | | | -52.46 | |

*Ficklin 2023*

**FORM 1099-B**    **2023 Proceeds from Broker and Barter Exchange Transactions**    Copy B for Recipient OMB No. 1545-0715

**Short-term transactions for which basis is reported to the IRS** –report on Form 8949 with Box A checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a). (This Label is a Substitute for Boxes 2, 5, 6 & 12)

(IRS Form 1099-B box numbers are shown below in **bold** type)

| 1a Description of property, Stock or Other Symbol, CUSIP | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Action** | **Quantity** | **1b Date Acquired** | **1c Date Sold or Disposed** | **1d Proceeds** | **1e Cost or Other Basis (b)** | **1f Accrued Market Discount** | **1g Wash Sale Loss Disallowed** | **Gain/Loss (-)** | **4 Federal Income Tax Withheld    14 State 16 State Tax Withheld** |
| META MATERIALS INC COM ISIN #US59134N104, MMAT, 59134N104 | | | | | | | | | |
| Sale | 1,900.000 | 02/21/23 | 09/11/23 | 404.70 | 1,310.56 | | | -905.86 | |
| Sale | 20.000 | 02/21/23 | 09/11/23 | 4.26 | 13.53 | | | -9.27 | |
| Sale | 200.000 | 02/21/23 | 09/11/23 | 42.60 | 132.54 | | | -89.94 | |
| Sale | 381.460 | 04/14/23 | 09/11/23 | 81.25 | 83.14 | | | -1.89 | |
| Sale | 1,060.000 | 04/14/23 | 09/11/23 | 225.78 | 231.42 | | | -5.64 | |
| Sale | 2,438.540 | 05/16/23 | 09/11/23 | 519.39 | 501.36 | | | 18.03 | |
| Sale | 501.460 | 05/16/23 | 09/29/23 | 106.81 | 103.10 | | | 3.71 | |
| Sale | 3,000.000 | 05/18/23 | 09/29/23 | 638.99 | 683.10 | | | -44.11 | |
| Sale | 498.540 | 05/18/23 | 09/29/23 | 106.19 | 113.46 | | | -7.27 | |
| Subtotals | | | | 6,773.57 | 20,875.56 | | 9,375.20 | | |

10000

3484.54

17771.54

10000

31,256.08 shares
+  11
     41
_____
31308.08

-3484.54
+11
3495.54

+41
3536.54

← 2022
11 shares
cost 41.49

← 2021
41 shares 69.60



9/29/21    6 shares
8/22/22    5 shares

Bought  9/29/21 →  9/29/23
                    SOLD  1/24/24

# FIDELITY 2022

*(handwritten)* Bought 8/20/21 - 9/29/23
# Z09328412
*(handwritten)* Sold 1/24/24 LAST

| FORM 1099-B* | 2022 Proceeds from Broker and Barter Exchange Transactions | Copy B for Recipient OMB No. 1545-0715 |
|---|---|---|

**Short-term transactions for which basis is reported** to the IRS —report on Form 8949 with Box A checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes 2, 5, 6 & 12)

*(IRS Form 1099-B box numbers are shown below in bold type)*

**1a Description of property, Stock or Other Symbol, CUSIP**

| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State 16 State Tax Withheld |
|---|---|---|---|---|---|---|---|---|---|---|
| ADDENTAX GROUP CORP COM USD0.001(POST RE, ATXG, 00653L202 | | | | | | | | | | |
| Sale | 1.000 | 08/31/22 | 08/31/22 | 762.18 | 164.00 | | | -598.18 | | |
| AMC ENTERTAINMENT HOLDINGS INC, AMC, 00165C104 | | | | | | | | | | |
| Sale | 12.000 | 01/07/22 | 12/14/22 | 68.40 | 180.73 | | | -112.33 | | |
| Sale | 5.000 | 05/09/22 | 12/14/22 | 28.50 | 39.56 | | | -11.06 | | |
| Sale | 57.000 | 08/23/22 | 12/14/22 | 324.89 | 545.97 | | | -221.08 | | |
| Sale | 75.000 | 08/23/22 | 12/14/22 | 427.49 | 714.75 | | | -287.26 | | |
| Sale | 100.000 | 08/23/22 | 12/14/22 | 569.99 | 986.00 | | | -416.01 | | |
| Sale | 16.000 | 08/23/22 | 12/14/22 | 91.20 | 156.32 | | | -65.12 | | |
| Sale | 155.000 | 08/24/22 | 12/14/22 | 883.48 | 1,464.75 | | | -581.27 | | |
| Sale | 30.000 | 08/24/22 | 12/14/22 | 171.00 | 292.20 | | | -121.20 | | |
| Sale | 22.000 | 08/26/22 | 12/14/22 | 125.40 | 201.30 | | | -75.90 | | |
| Sale | 1.000 | 08/26/22 | 12/14/22 | 5.70 | 9.15 | | | -3.45 | | |
| Sale | 38.000 | 09/01/22 | 12/14/22 | 216.58 | 319.20 | | | -102.62 | | |
| Subtotals | | | | 2,912.63 | 4,909.93 | | | | | |
| META MATERIALS INC COM ISIN #US59134N104, MMAT, 59134N104 | | | | | | | | | | |
| Sale | 6.000 | 09/29/21 | 08/31/22 | 4.93 | 37.20 | | | -32.27 | | |
| Sale | 5.000 | 09/29/21 | 08/31/22 | 4.11 | 4.29 | | | -0.18 | | |
| Subtotals | | | | 9.04 | 41.49 | | | | | |
| PFD META MATLS CONTRA, 591994371 | | | | | | | | | | |
| Merger | 1,339.000 | 12/13/22 | 12/29/22 | 0.00 | 0.00 | | | 0.00 | | |

*(handwritten notes on table)* Cost 29.58 / 20.55 — 11 Shares Sold — MMTLP



*(handwritten notes:)*

2021  +6
80 9/29  +6
        +9
       +13
        13

@ 4.93
@ 6.20
@ 3.60
3.15
3.85

July 7, 2021 SPIN OFF
+9
July 28, 2021 RS
+4
54 Shares    41?

-29.58
-37.20
-32.40
-40.95
-50.05
-160.60  190.1

Closing Value $ 31.04  7/28/21



**FIDELITY** 2021

Acct # 209328412

Transaction List 2021

∨ January 1, 2021 - December 1, 2021

| Date ∨ | Account | Description | Amount |
|---|---|---|---|
| › Sep-29-2021 | Individual - TOD ***8412 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$37.20 |
| › Aug-26-2021 | Individual - TOD ***8412 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$32.40 |
| › Aug-16-2021 | Individual - TOD ***8412 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$40.95 |
| › Jul-14-2021 | Individual - TOD ***8412 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$50.05 |
| › Jul-07-2021 | Individual - TOD ***8412 | DISTRIBUTION SPIN FROM(89102U103) META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash) | -- |
| › Jun-28-2021 | Individual - TOD ***8412 | REVERSE SPLIT R/S FROM 89102U103#REOR M0051336480001 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | +$31.84 |
| › Jun-28-2021 | Individual - TOD ***8412 | IN LIEU OF FRX SHARE LEU PAYOUT 89102U103#REORLM0051336480001 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | +$4.09 |

# FIDELITY 2021 *transaction Breakdowns*

  

06/01/2021 - 06/30/2021 ▾    Orders    History    Transfers    ⇌ More filters

⚠ Due to high traffic, in progress transfers and deposits may not be displayed. Check for transfers

⌄ **June 1, 2021 - June 30, 2021**

| Date ▾ | Account | Description | Amount |
|---|---|---|---|

**RS**

⌄ Jun-28-2021   Individual - TOD ***8412   ✗ REVERSE SPLIT R/S TO 59134N104REOR M0051336480000
TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash)   **-$44.55**

| | |
|---|---|
| Date | Jun-28-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 C USIP #59134N104 |
| Type | Shares |
| Shares | -9.000 |
| Value | -$44.55 closing market value on Jun-28-2021 |

⌄ Jun-22-2021   Individual - TOD ***8412   YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO...
(89102U103) (Cash)   **-$58.11**

**Torch**

| | |
|---|---|
| Date | Jun-22-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 C USIP #59134N104 |
| Type | Cash |
| Shares | +6.000 |
| Price | $9.69 |
| Amount | -$58.11 |
| Settlement date | Jun-24-2021 |

**Torchlight**

⌄ Jun-22-2021   Individual - TOD ***8412   YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO...
(89102U103) (Cash)   **-$15.51**

| | |
|---|---|
| Date | Jun-22-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 C USIP #59134N104 |
| Type | Cash |
| Shares | +2.000 |
| Price | $7.76 |
| Amount | -$15.51 |
| Settlement date | Jun-24-2021 |

**Torchlight**

⌄ Jun-22-2021   Individual - TOD ***8412   YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO...
(89102U103) (Cash)   **-$10.10**

| | |
|---|---|
| Date | Jun-22-2021 |
| Symbol | 89102U103 |
| Symbol description | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 C USIP #59134N104 |
| Type | Cash |
| Shares | +1.000 |
| Price | $10.10 |
| Amount | -$10.10 |
| Settlement date | Jun-24-2021 |

**Don't see the activity you're looking for?**

**FIDELITY** 2021

🔍 meta materials ✕                                                As of Dec-08-2024 9:26 PM ET 🗘 🖨 ⬇

**05/01/2021 → 08/30/2021 ▾**    ( Orders )  ( History )  ( Transfers )  ( ⇄ More filters )

⚠ Due to high traffic, in-progress transfers and deposits may not be displayed. Check for transfers

⌄ **May 1, 2021 - August 30, 2021**

| Date ⌄ | Account | Description | Amount |
|---|---|---|---|

⌄ **Aug-26-2021   Individual - TOD ***8412**    YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash)    -$32.40

| | |
|---|---|
| Date | Aug-26-2021 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +9.000 |
| Price | $3.60 |
| Amount | -$32.40 |
| Settlement date | Aug-30-2021 |

⌄ **Aug-16-2021   Individual - TOD ***8412**    YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash)    -$40.95

| | |
|---|---|
| Date | Aug-16-2021 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +13.000 |
| Price | $3.15 |
| Amount | -$40.95 |
| Settlement date | Aug-18-2021 |

⌄ **Jul-14-2021   Individual - TOD ***8412**    YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash)    -$50.05

| | |
|---|---|
| Date | Jul-14-2021 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +13.000 |
| Price | $3.85 |
| Amount | -$50.05 |
| Settlement date | Jul-16-2021 |

⌄ **Jul-07-2021   Individual - TOD ***8412**    DISTRIBUTION SPIN FROM(89102U103) META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash)

| | |
|---|---|
| Date | Jul-07-2021 |
| Symbol | 59134N203 |
| Symbol description | META MATERIALS INC PFD SER A 0.00000% *EXCHANGED FOR CUSIP 591994371* |
| Type | Cash |
| Shares | +9.000 |

*MMTLP* (handwritten)

⌄ **Jun-28-2021   Individual - TOD ***8412**    REVERSE SPLIT R/S FROM 89102U103#REOR M0051336480001 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash)    +$31.84

| | |
|---|---|
| Date | Jun-28-2021 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Shares |
| Shares | +4.000 |
| Value | $31.84 closing market value on Jun-28-2021 |

*Pay-out* (handwritten)

⌄ **Jun-28-2021   Individual - TOD ***8412**    IN LIEU OF FRX SHARE LEU PAYOUT 89102U103#REORLM0051336480001 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash)    +$4.09

| | |
|---|---|
| Date | Jun-28-2021 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Amount | $4.09 |

 **2021**

| Date ⌄ | Account | Description | Amount |
|---|---|---|---|
| Sep-29-2021 | Individual - TOD ***8412 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$37.20 |

| | |
|---|---|
| Date | Sep-29-2021 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +6.000 |
| Price | $6.20 |
| Amount | -$37.20 |
| Settlement date | Oct-01-2021 |

# FIDELITY 2021

*June Statement 2021*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 1.000 | 10.10000 | - | | -10.10 |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 2.000 | 7.75510 | - | | -15.51 |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 6.000 | 9.68500 | - | | -58.11 |
| Total Securities Bought | | | | | | | - | -$83.91 |
| Net Securities Bought & Sold | | | | | | | - | -$83.84 |

*Cost 83.72*

## Activity

Account # Z09-328412
SARAH PAIGE DODDS - INDIVIDUAL

### Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/28 | META MATERIALS INC COM LEU PAYOUT 89102U103 #REORLM0051336480001 | 59134N104 | In Lieu Of Frx Share | - | | $9.30 | | $4.09 |
| 06/28 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 R/S TO 59134N104 #REOR M0051336480000 | 89102U103 | Reverse Split | -9.000 | | | | |
| Total Other Activity In | | | | | | | - | $4.09 |

*Pay out*

### Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/28 | META MATERIALS INC COM R/S FROM 89102U103 #REOR M0051336480001 | 59134N104 | Reverse Split | 4.000 | | | | |
| Total Other Activity Out | | | | | | | - | - |

*Had 9 shares Torchlight*
*— reverse split — 6/28*
*— 9 MMTLP*
*— 4 MMAT*



Fidelity Roth IRA
# 241568327

| MMAT | | | $909.28 | $823.00 | – | –$86.28 | –$86.28 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| META MATERIALS INC COM ISIN US... | | | | | | | |

**META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC**  ☒

| Acquired | Date Sold | Quantity | Cost Basis | Cost Basis Per Share | Proceeds | Proceeds Per Share | Short-Term Gain/Loss | Long-Term Gain/Loss |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Nov-01-2023 | Nov-03-2023 | 3,720 | $409.20 | $0.11 | $412.18 | $0.11 | – | +$2.98 |
| Jul-06-2023 | Nov-03-2023 | 1 | $0.19 | $0.19 | $0.11 | $0.11 | – | –$0.08 |
| Jul-06-2023 | Oct-20-2023 | 49 | $9.26 | $0.19 | $8.39 | $0.17 | – | –$0.87 |
| May-16-2023 | Oct-20-2023 | 350 | $71.44 | $0.20 | $59.92 | $0.17 | – | –$11.52 |
| May-05-2023 | Oct-20-2023 | 141 | $29.54 | $0.21 | $24.14 | $0.17 | – | –$5.40 |
| May-05-2023 | Oct-20-2023 | 1,859 | $389.65 | $0.21 | $318.26 | $0.17 | – | –$71.39 |

| **Account Total** | | | $909.28 | $823.00 | $0.00 | –$86.28 | –$86.28 |
| --- | --- | --- | --- | --- | --- | --- | --- |

*TRCH - MMAT - MMATQ*

*Robinhood 2020-2024*

*# 106837578*

*150 ← Lost price*

*1 share*

*1 memory*

**MMAT Robinhood 2020-2024**

| Activity Date | Process Date | Settle Date | Instrument | Description | Trans Code | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/16/2024 | 8/16/2024 | 8/19/2024 | MMATQ | Meta Materials CUSIP: 59134N | Buy | 150 | $0.55 | ($82.81) |
| 6/6/2024 | 6/6/2024 | 6/7/2024 | MMATQ | Meta Materials CUSIP: 59134N | Sell | 50 | $3.59 | $195.00 |
| 2/5/2024 | 2/5/2024 | 2/7/2024 | MMATQ | Meta Materials CUSIP: 59134N | Buy | 50 | $2.93 | ($145.90) |
| 1/31/2024 | 1/31/2024 | 1/31/2024 | MMATQ | Meta Materials CUSIP: 59134N | SPR | 1 | | |
| 1/25/2024 | 1/25/2024 | 1/25/2024 | MMAT | Meta Materials CUSIP: 59134N | SPR | 15 | | |
| 1/23/2024 | 1/23/2024 | 1/25/2024 | MMAT | Meta Materials CUSIP: 59134N | Buy | 37 | $0.03 | ($3.30) |
| 1/17/2024 | 1/17/2024 | 1/19/2024 | MMAT | Meta Materials CUSIP: 59134N | Buy | 205 | $0.05 | ($12.80) |
| 1/17/2024 | 1/17/2024 | 1/19/2024 | MMAT | Meta Materials CUSIP: 59134N | Buy | 15 | $0.08 | ($1.27) |
| 1/17/2024 | 1/17/2024 | 1/19/2024 | MMAT | Meta Materials CUSIP: 59134N | Buy | 525 | $0.09 | ($46.90) |
| 12/6/2024 | 12/6/2023 | 12/12/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 40 | $0.11 | ($4.44) |
| 11/1/2024 | 11/1/2023 | 11/9/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 15 | $0.10 | ($1.49) |
| 10/20/2023 | 10/20/2023 | 10/24/2023 | MMAT | Meta Materials CUSIP: 59134N | Sell | 746 | | |
| 10/20/2023 | 10/20/2023 | 10/24/2023 | MMAT | Meta Materials CUSIP: 59134N | Sell | 1119 | $0.18 | $199.57 |
| 10/20/2023 | 10/20/2023 | 10/24/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 505 | $0.18 | ($91.55) |
| 11/6/2023 | 11/6/2023 | 11/9/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 430 | $0.20 | ($69.16) |
| 5/16/2023 | 5/16/2023 | 5/18/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 1 | $0.42 | ($0.42) |
| 5/11/2023 | 5/11/2023 | 5/15/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 569 | $0.42 | ($233.93) |
| 7/24/2023 | 7/24/2023 | 7/26/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 4 | $0.51 | ($2.04) |
| 9/11/2023 | 9/11/2023 | 9/13/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 370 | $0.59 | ($216.88) |
| 11/20/2023 | 11/20/2023 | 11/24/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 15 | $0.22 | ($3.34) |
| 11/20/2023 | 11/20/2023 | 11/24/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 222 | $0.22 | ($24.57) |
| 11/20/2023 | 11/20/2023 | 11/24/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 1255 | $0.23 | ($285.78) |
| 4/14/2023 | 4/14/2023 | 4/18/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 6000 | $0.21 | $1,277.71 |
| 4/14/2023 | 4/14/2023 | 4/18/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 1130 | $0.18 | ($200.64) |
| 5/16/2023 | 5/16/2023 | 5/18/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 600 | $0.20 | ($135.50) |
| 4/14/2023 | 4/14/2023 | 4/18/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 80 | $0.23 | ($18.22) |
| 4/14/2023 | 4/14/2023 | 4/18/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 45 | $0.23 | ($10.30) |
| 4/5/2023 | 4/5/2023 | 4/5/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 1 | $0.42 | ($0.42) |
| 4/5/2023 | 4/5/2023 | 4/5/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 4 | $0.51 | ($2.04) |
| 4/5/2023 | 4/5/2023 | 4/5/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 569 | $0.42 | ($233.93) |
| 4/5/2023 | 4/5/2023 | 4/5/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 442 | $0.42 | ($183.64) |
| 3/28/2023 | 3/28/2023 | 3/30/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 25 | $0.42 | ($10.48) |

Robin hood

| Trade Date | Settle Date | Dealer | Security | B/S | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|
| 3/29/2023 | 3/30/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 100 | $0.42 | ($42.50) |
| 3/28/2023 | 3/30/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 100 | $0.42 | ($42.50) |
| 3/28/2023 | 3/30/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 50 | $0.42 | ($21.25) |
| 3/29/2023 | 3/30/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 90 | $0.42 | ($38.25) |
| 3/28/2023 | 3/30/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 60 | $0.42 | ($25.50) |
| 3/28/2023 | 3/30/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 100 | $0.42 | ($42.50) |
| 3/23/2023 | 3/27/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 220 | $0.47 | ($103.40) |
| 3/17/2023 | 3/21/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 100 | $0.49 | ($49.21) |
| 3/14/2023 | 3/16/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 65 | $0.53 | ($35.00) |
| 3/7/2023 | 3/9/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 270 | $0.56 | ($152.28) |
| 3/7/2023 | 3/9/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 200 | $0.57 | ($114.00) |
| 2/17/2023 | 2/21/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 100 | $0.70 | ($69.84) |
| 2/14/2023 | 2/16/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 65 | $0.74 | ($43.19) |
| 2/10/2023 | 2/14/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 4 | $0.82 | ($3.26) |
| 2/10/2023 | 2/14/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 354 | $0.82 | ($297.02) |
| 2/10/2023 | 2/14/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 57 | $0.82 | ($46.51) |
| 2/10/2023 | 2/14/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 3 | $0.82 | ($2.46) |
| 2/9/2023 | 2/13/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 100 | $0.87 | ($87.04) |
| 2/9/2023 | 2/13/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 30 | $0.88 | ($26.33) |
| 2/9/2023 | 2/13/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 100 | $0.87 | ($87.04) |
| 2/7/2023 | 2/9/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 10 | $0.91 | ($9.11) |
| 2/6/2023 | 2/8/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 200 | $0.94 | ($187.24) |
| 2/6/2023 | 2/7/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 100 | $0.89 | ($89.49) |
| 1/30/2023 | 2/1/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 100 | $0.98 | ($98.00) |
| 1/30/2023 | 2/1/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 100 | $0.98 | ($98.00) |
| 1/30/2023 | 2/1/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 257 | $0.99 | ($254.43) |
| 1/30/2023 | 2/1/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 500 | $0.99 | ($495.00) |
| 1/27/2023 | 1/31/2023 | MMAT | Meta Materials CUSIP: 59134N | Sell | 500 | $1.00 | $501.05 |
| 1/25/2023 | 1/27/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 143 | $1.02 | ($145.86) |
| 1/23/2023 | 1/25/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 100 | $1.02 | ($102.50) |
| 1/23/2023 | 1/24/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 100 | $1.04 | ($104.50) |
| 1/20/2023 | 1/24/2023 | MMAT | Meta Materials CUSIP: 59134N | Buy | 300 | $1.05 | ($315.50) |

2

Robinhood

3

Bought
Still own 151 MMATQ

6/22/21 — 8/16/24

Loss 3529.14

| Date | | | Ticker | Description | Type | Qty | Amount |
|---|---|---|---|---|---|---|---|
| 12/22/2023 | | | MMAT | Meta Materials CUSIP:59134N | Buy | 110 | $1.04 | ($105.54) |
| 1/9/2023 | 1/9/2023 | 1/10/2023 | MMAT | Meta Materials CUSIP:59134N | Buy | 15 | $0.99 | ($14.91) |
| 1/9/2023 | | | MMAT | Meta Materials CUSIP:59134N | Buy | 189 | $1.16 | ($219.10) |
| 1/8/2023 | 1/9/2023 | 1/9/2023 | MMAT | Meta Materials CUSIP:59134N | Buy | 7 | $1.20 | ($8.41) |
| 1/4/2023 | 1/4/2023 | 1/11/2023 | MMAT | Meta Materials CUSIP:59134N | Buy | 57 | $1.12 | ($63.57) |
| 1/4/2023 | 1/4/2023 | 1/6/2023 | MMAT | Meta Materials CUSIP:59134N | Buy | 270 | $1.11 | ($259.43) |
| 12/28/2022 | 12/28/2022 | 12/29/2022 | MMAT | Meta Materials CUSIP:59134N | Buy | 77 | $1.24 | ($95.40) |
| 12/27/2022 | 12/21/2022 | 12/22/2022 | MMAT | Meta Materials CUSIP:59134N | Buy | 33 | $1.30 | ($41.94) |
| 12/19/2022 | 12/19/2022 | 12/13/2022 | MMAT | Meta Materials CUSIP:59134N | Buy | 2 | $1.35 | ($2.70) |
| 12/9/2022 | 12/9/2022 | 12/13/2022 | MMAT | Meta Materials CUSIP:59134N | Buy | 37 | $1.33 | ($51.93) |
| 12/8/2022 | 12/8/2022 | 12/12/2022 | MMAT | Meta Materials CUSIP:59134N | Buy | 25 | $1.45 | ($36.19) |
| 12/7/2022 | 12/14/2022 | 12/14/2022 | MMAT | Meta Materials CUSIP:59134N | Buy | 2 | $1.45 | ($2.90) |
| 12/13/2022 | 12/13/2022 | 12/13/2022 | MMTLP | MMAT Preferred MRES | | −1 | −$ | −$ |
| 12/2/2022 | 12/2/2022 | 12/5/2022 | MMAT | Meta Materials CUSIP:59134N | Buy | 48 | $1.92 | ($92.16) |
| 11/23/2021 | | | TROH | Torchlight Energy SFR CUSIP:89102D | | 3 | $2.19 | ($6.57) |
| 7/1/2021 | 7/1/2021 | 7/1/2021 | MMTLP | MMAT Preferred SDFF CUSIP:59134N | | 1 | | |
| | | 6/28/2021 | TROH | Torchlight Energy SFR CUSIP:89102D | | −1 | | |
| | | 6/26/2021 | META | CUSIP:30606 | BUGHT | | | |
| | | | | | SOLD | | |
| | | | | | BUGHT | | |
| | | | | | SOLD | 48 | ($0.27) |
| | | | | | STILL OWN | 151 | |

PUBLIC    ACCT# 5LU44886

MMAT SOLD

 **Sarah**
@artburn

## Manage account

**Account** ∧

Account information

Account balances

Connected applications

Margin management

Options

Funding methods

Premium membership    ( Upgrade )

History

Cost basis / tax lots

# History



🔍 Search by name or ticker        Date ∨        Asset class ∨

Amount ∨        Type ∨        Status ∨

( Clear all )    ( Stocks & ETFs ✕ )    ( MMAT ✕ )    ( Sell ✕ )

( Completed ✕ )

## Older

**MMAT market sell**                                    $286.19  ∨
November 3, 2023                              -2,600.54271 shares

**MMAT limit sell**                                     $277.26  ∨
October 20, 2023                                    -1,650 shares

ACCT# 5LU44886
**MMAT PURCHASED 11/21/23 - 11/1/23**

**Sarah**
@artburn

## Manage account

**Account**  ∧

 Account information

 Account balances

 Connected applications

 Margin management

 Options

 Funding methods

 Premium membership    ( Upgrade )

 History

 Cost basis / tax lots

**Transfers**  ∧

 Deposit funds

 Recurring deposits

 Transfer my stocks to Public

 Withdraw funds

**Documents**  ∨

**Social**  ∨

**Dark Mode (beta)** ◯

 Contact support

 Disclosures

 Privacy Policy

 Close account

 Log out

# History

🔍 Search by name or ticker       Date ∨      Asset class ∨

Amount ∨    Type ∨    Status ∨

( Clear all )  ( Stocks & ETFs ✕ )  ( MMAT ✕ )  ( Buy ✕ )

( Completed ✕ )

## Older

| | | |
|---|---|---|
| **MMAT limit buy** | | −$283.25 |
| November 1, 2023 | | 2,575 shares ∨ |
| **MMAT limit buy** | | −$87.28 |
| July 21, 2023 | | 370 shares ∨ |
| **MMAT market buy** | | −$10.03 |
| February 10, 2023 | | 12 shares ∨ |
| **MMAT market buy** | | −$56.68 |
| January 9, 2023 | | 47 shares ∨ |
| **MMAT market buy** | | −$49.14 |
| January 6, 2023 | | 42 shares ∨ |
| **MMAT market buy** | | −$104.40 |
| January 6, 2023 | | 90 shares ∨ |
| **MMAT market buy** | | −$766.70 |
| January 6, 2023 | | 647 shares ∨ |
| **MMAT market buy** | | −$319.60 |
| January 5, 2023 | | 272 shares ∨ |
| **MMAT market buy** | | −$165.20 |
| January 5, 2023 | | 140 shares ∨ |
| **MMAT market buy** | | −$38.30 |
| November 30, 2022 | | 20 shares ∨ |
| **MMAT market buy** | | −$50.22 |
| November 23, 2022 | | 27 shares ∨ |
| **MMAT market buy** | | −$17.20 |
| November 21, 2022 | | 8.54271 shares ∨ |

*Webull 2023*    # 5NX 56002

Webull_Orders_Records

| Name | Symbol | Side | Status | Filled | Total Qty | Price | Avg Price | Time-In-Force | Placed Time | Filled Time |
|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials Inc | MMATQ | Sell | Filled | 1806 | 1806 | @0.174 | 0.174 | GTC  314.24 | 10/20/2023 17:39:53 EDT | 10/20/2023 17:39:53 EDT |
| Meta Materials Inc | MMATQ | Sell | Cancelled | 1000 | 2806 | @0.1777 | 0.1777 | GTC | 10/20/2023 17:34:22 EDT | 10/20/2023 17:39:11 EDT |
| Meta Materials Inc | MMATQ | Sell | Cancelled | 0 | 2806 | @0.1799 | | GTC | 10/20/2023 17:32:12 EDT | |
| Meta Materials Inc | MMATQ | Buy | Filled | 500 | 500 | @0.1879 | 0.1879 | GTC  93.95 | 09/28/2023 14:56:48 EDT | 09/28/2023 14:56:51 EDT |
| Meta Materials Inc | MMATQ | Sell | Filled | 10000 | 10000 | @0.207 | 0.207 | GTC  207 | 08/02/2023 10:47:14 EDT | 08/02/2023 10:47:14 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 220 | 220 | @0.2277 | 0.2277 | GTC  50.094 | 05/16/2023 17:10:41 EDT | 05/16/2023 17:10:41 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 400 | 400 | @0.2056 | 0.2056 | GTC  82.24 | 05/16/2023 16:46:24 EDT | 05/16/2023 16:50:30 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 200 | 200 | @0.2056 | 0.2056 | GTC  41.12 | 05/16/2023 16:33:16 EDT | 05/16/2023 16:34:32 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 6200 | 6200 | @0.2056 | 0.2056 | GTC  1274.72 | 05/16/2023 16:46:46 EDT | 05/16/2023 16:46:46 EDT |
| Meta Materials Inc | MMATQ | Buy | Cancelled | 0 | 2000 | @0.116 | | GTC | 04/27/2023 11:16:20 EDT | |
| Meta Materials Inc | MMATQ | Buy | Filled | 178 | 178 | @0.1916 | 0.1916 | GTC  34.087 | 04/26/2023 13:20:44 EDT | 04/26/2023 16:32:06 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 3450 | 3450 | @0.4228 | 0.4228 | GTC  1458.66 | 04/06/2023 19:05:44 EDT | 04/06/2023 16:10:03 EDT |
| Meta Materials Inc | MMATQ | Buy | Filled | 1000 | 1000 | @0.640 | 0.640 | GTC  640 | 02/24/2023 16:12:00 EST | 02/24/2023 16:56:45 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 530 | 530 | @0.690 | 0.690 | GTC  365.7 | 02/22/2023 11:28:16 EST | 02/23/2023 16:51:11 EST |
| Meta Materials Inc | MMATQ | Buy | Filled | 54 | 54 | @1.19 | 1.19 | GTC  64.26 | 01/09/2023 11:10:49 EST | 01/09/2023 11:43:33 EST |
| | | | BOUGHT | ~~12732~~ 12730 | | | 4104.831 | | | |
| | | | SOLD | 11806 | | | 521.244 | | | |
| | | | LOSS | | | | $3583.587 | | | |

Bought 1/9/23 — 6/26/23
SOLD LAST 10/20/23