NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor:
Meta Materials Inc.

Case Number:
24-50792-HLB

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Thomas Beckner
26119 Rock St. SW
Westernport MD 21562

Telephone Number:
301-707-5204

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

DEC 17 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
Charles Schwab 6248/Webull 0708

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
← Schwab/Webull Address
Turn to other side
Telephone Number:

3. Date Equity Interest was acquired:
11/4/2022 - 8/9/2024

4. Total amount of member interest: 23761

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Thomas E. Beckner
Title:
Company: _____ Address and telephone number (if different from notice address above):
26119 Rock St SW
Westernport MD 21562

(Signature) Thomas E. Beckner

(Date) 12/14/2024

Telephone number: 301-707-5204   email: Triller89@msn.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Charles Schwab & Co., Inc
Omaha Operations Center
P.O. Box 2339
Omaha, NE 68103
Phone number: 1-800-435-4000


Webull Financial LLC
44 wall Street, 2nd Floor,
New York, NY 10005
Phone number: 1-888-828-0618

## Transaction History for Designated Bene Joint ...248

## Transactions found from 12/13/2020 to 12/13/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 08/09/2024 | Sell | MMAT META MATLS INC | 25 | $0.9053 | | $22.63 |
| 05/20/2024 | Buy | MMAT META MATLS INC | 25 | $3.85 | | -$96.25 |
| 05/31/2023 | Sell | MMAT TDA TRAN - Sold ...500 (MMAT) @0.2171 | 500 | $0.2171 | $0.07 | $108.48 |
| 05/22/2023 | Buy | MMAT TDA TRAN - Bought ...500 (MMAT) @0.2600 | 500 | $0.26 | | -$130.00 |
| 04/20/2023 | Sell | MMAT TDA TRAN - Sold 11100 (MMAT) @0.1883 | 11,100 | $0.1883 | $1.63 | $2,088.50 |
| 04/14/2023 | Buy | MMAT TDA TRAN - Bought 4800 (MMAT) @0.2276 | 4,800 | $0.2276 | | -$1,092.24 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 04/14/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought ...600<br>(MMAT)<br>@0.2188 | 600 | $0.2188 | | -$131.28 |
| 04/14/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought ...900<br>(MMAT)<br>@0.2199 | 900 | $0.2199 | | -$197.91 |
| 04/12/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought ...300<br>(MMAT)<br>@0.3776 | 300 | $0.3776 | | -$113.28 |
| 04/03/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought ...600<br>(MMAT)<br>@0.5101 | 600 | $0.5101 | | -$306.06 |
| 04/03/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought 1300<br>(MMAT)<br>@0.4881 | 1,300 | $0.4881 | | -$634.53 |
| 04/03/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought ...400<br>(MMAT)<br>@0.4586 | 400 | $0.4586 | | -$183.44 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 03/10/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought 1000<br>(MMAT)<br>@0.5385 | 1,000 | $0.5385 | | -$538.50 |
| 01/20/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought ...600<br>(MMAT)<br>@0.9801 | 600 | $0.9801 | | -$588.06 |
| 01/19/2023 | Buy | MMAT<br>TDA TRAN -<br>Bought ...600<br>(MMAT)<br>@0.9600 | 600 | $0.96 | | -$576.00 |
| 12/12/2022 | Sell | MMAT<br>TDA TRAN -<br>Sold 8950<br>(MMAT)<br>@1.2901 | 8,950 | $1.2901 | $1.42 | $11,544.98 |
| 12/09/2022 | Buy | MMAT<br>TDA TRAN -<br>Bought 2900<br>(MMAT)<br>@1.3999 | 2,900 | $1.3999 | | -$4,059.71 |
| 11/23/2022 | Buy | MMAT<br>TDA TRAN -<br>Bought ...400<br>(MMAT)<br>@1.8000 | 400 | $1.80 | | -$720.00 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 11/23/2022 | Buy | MMAT<br>TDA TRAN -<br>Bought ...600<br>(MMAT)<br>@1.8000 | 600 | $1.80 | | -$1,080.00 |
| 11/23/2022 | Buy | MMAT<br>TDA TRAN -<br>Bought ...550<br>(MMAT)<br>@1.8500 | 550 | $1.85 | | -$1,017.50 |
| 11/21/2022 | Buy | MMAT<br>TDA TRAN -<br>Bought ...500<br>(MMAT)<br>@2.1000 | 500 | $2.10 | | -$1,050.00 |
| 11/21/2022 | Buy | MMAT<br>TDA TRAN -<br>Bought ...200<br>(MMAT)<br>@2.1600 | 200 | $2.16 | | -$432.00 |
| 11/21/2022 | Buy | MMAT<br>TDA TRAN -<br>Bought ...500<br>(MMAT)<br>@2.1900 | 500 | $2.19 | | -$1,095.00 |
| 11/21/2022 | Buy | MMAT<br>TDA TRAN -<br>Bought 1000<br>(MMAT)<br>@1.9600 | 1,000 | $1.96 | | -$1,960.00 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|---------------------|----------|-------|-------------|--------|
| 11/15/2022 | Buy | MMAT<br>TDA TRAN -<br>Bought ...500<br>(MMAT)<br>@1.8500 | 500 | $1.85 | | -$925.00 |
| 11/09/2022 | Buy | MMAT<br>TDA TRAN -<br>Bought ...800<br>(MMAT)<br>@1.2700 | 800 | $1.27 | | -$1,016.00 |
| 11/09/2022 | Buy | MMAT<br>TDA TRAN -<br>Bought ...700<br>(MMAT)<br>@1.4299 | 700 | $1.4299 | | -$1,000.93 |
| 11/04/2022 | Buy | MMAT<br>TDA TRAN -<br>Bought ...300<br>(MMAT)<br>@1.4700 | 300 | $1.47 | | -$441.00 |

**Page Total: -$5,620.10**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account: ...248
Today's Date: 08:06 PM ET,
12/13/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products. This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-