NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: Meta Materials Inc.
Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Susan Galjour
   402 Church St.
   Lockport, La. 70374

   Telephone Number: 985-870-7737

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.
   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.
   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC 17 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: 96429157

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   Susan Galjour  Charles Schwab
   3000 Schwab Way
   West Lake, Texas 76262
   Telephone Number: 1-866-435-4000

3. Date Equity Interest was acquired:
   Between June 28, 2021 to Oct. 11, 2024 See Attached document

4. Total amount of member interest: ~~45 shares $45,000~~
   Oct 11, 1007 shares $45,182
   pre-merger 45,000 shares

5. Certificate number(s): see Attached document

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or othercodebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Susan Galjour
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) Susan Galjour    (Date) 12/12/2024

Telephone number: 985-870-7237   email: susangaljour@outlook.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

4. total Amt of member interest
pre reverse split 45,000 shares $43,784.48
post reverse split 450 shares + 579 bought in Oct.

Grand total post reverse split 1,007 shares
total spent $45,073.09

US Bankruptcy Court
District of Nevada
Cáse 24-50792
Charles Schwab broker
Account 96429157

Susan Galjour  985-870-7737

⬤ Proof of interest supplemental information

June 2021 I had TRCH with Amerirade which merged with Schwab
MMAT did a reverse merger
I had the following shares below. I'm not going to document every time I bought shares because I don't buy a lot at one time. I bought every time I had extra money. It would be 500 pages

---

⬤ January 1-31   2024 statement page
450,000 shares pre 1:00 reverse split
450 shares post reverse split
***cost basis 43,784.48
⬤ total cost of MMAT
$44,843.90 from June 20, 2021 to present
on Gain loss page #original payment
I had to go to Gates Keeper due to Ameritrade merging into Charles Schwab

---

⬤Statement page November 1-30 2024
MMATQ  555 shares
MMATQ  452 shares

⬤⬤. History page ***
October 10, 2024   127 shares.   $48.20
October 10,2024    218. Shares.   $92.39
October 11,2024.  107. Shares  $42.80.
October 11,2024   127 shares.  $45.80
total shares bought in October**579
***total spent $229.19

⬤MMAT shares post reverse split  450
      sub total cost  $44,843.90
plus $229.19 for MMATQ =$45,073.09 grand total

Lost everything in hurricane. The official page is a little off. Im typing this on my iPhone. 3 computers are gone.



Schwab One® Account of

SUSAN MARIE GALJOUR

Statement Period
January 1-31, 2024

## Positions - Summary

| Beginning Value as of 01/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 01/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $3,015.09 | | $0.00 | | $0.00 | | $0.06 | | ($1,262.67) | | $1,752.48 | $73,737.67 | ($45,247.09) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | 0.00 | 0.06 | 0.06 | 0.00 | | <1% |
| **Total Cash and Cash Investments** | | | | | **$0.00** | **$0.06** | **$0.06** | | | **<1%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| BLSP | BLUE SPHERE CORP | 259,489.0000 | 0.00000 | 0.00 | 1,577.76 | (1,577.76) | N/A | 0.00 | |
| BOMO | BOWMO INC | 420.0000 | 0.01605 | 6.74 | 216.95 | (210.21) | N/A | 0.00 | <1% |
| ILUS | ILUSTRATO PICTRS INTL | 1,657.0000 | 0.01610 | 26.68 | 606.78 | (580.10) | N/A | 0.00 | 2% |
| MMAT | META MATLS INC (M) | 450.0000 | 3.82000 | 1,719.00 | 43,784.48 | (42,065.48) | N/A | 0.00 | 98% |
| PLYZ | PLYZER TECHNOLOGIES INC | 1,000,000.0000 | 0.00000 | 0.00 | 813.54 | (813.54) | N/A | 0.00 | |
| **Total Equities** | | | | **$1,752.42** | **$46,999.51** | **($45,247.09)** | | **$0.00** | **100%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 3,350.0000 | | | 26,738.16 | | N/A | |
| **Total Unpriced Securities** | | | | **$0.00** | **$26,738.16** | **$0.00** | | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.



Schwab One® Account of

SUSAN MARIE GALJOUR

Statement Period
January 1-31, 2024

## Transactions - Summary

| Beginning Cash* as of 01/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Fees | = | Ending Cash* as of 01/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | | $400.00 | | ($399.94) | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.06 |

Other Activity  $0.00    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 01/23 | Deposit | MoneyLink Txn | | Tfr CAPITAL ONE NATION, MISS SUSAN GALJO | | | | 400.00 | |
| 01/29 | Withdrawal | MoneyLink Txn | | Tfr CAPITAL ONE NATION, MISS SUSAN GALJO | | | | (399.94) | |
| | Other Activity | Reverse Split | MMAT | META MATLS INC | 450.0000 | | | | |
| | Other Activity | Reverse Split | | META MATLS INC    XXX REVERSE SPLIT | (45,000.0000) | | | | |
| **Total Transactions** | | | | | | | | **$0.06** | **$0.00** |

Date column represents the Settlement/Process date for each transaction.

## Endnotes For Your Account

W    Excluding unpriced securities (see Investment Detail).

(M)    Denotes a security that is marginable. Some mutual fund or ETF investments may not be immediately marginable.

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:** This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement. **Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your Account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account. **AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request. **Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest. **Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage Account(s). Deposit accounts held through these bank sweep features constitute direct obligations of one or more FDIC insured banks ("Program Banks") that are not obligations of Schwab. Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage Account or remitted to you as provided

| | Realized Gain / Loss | × | | GainsKeeper | × | + |

stda.gainskeeper.com

Use Rebaseline:

**Realized Sell Activity** | Tax Reports | Logout

## Realized Sell Activity  237704104

Summary | Period: Custom date | From: 6/1/2021 | To: 12/16/2024 | Section 6045g: All | Security Type: All | Security ID: Symbol: MMAT

Realized Sale Activity Summary 6/1/2021 – 12/16/2024 Created: 12/16/2024 12:55:18 AM

| Security | Security Name / Symbol | Units | Orig Cost | WS Adj | Cost Basis | Proceeds | ST Gain/Loss | LT Gain/Loss | % Change |
|---|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC (MMAT) | | 20,264.1 | $44,843.90 | $30,110.62 | $27,947.69 | $29,536.07 | $1,588.38 | | 5.68 |
| TOTAL (1 security) | | | $44,843.90 | $30,110.62 | $27,947.69 | $29,536.07 | $1,588.38 | | 3.54 |

web15; 2024-12-16 00:55:18 ; 00:00:509

**Important Disclaimer:** We are providing you access to your historical Realized Gain/Loss information as of the date your account(s) was transitioned from TD Ameritrade to Charles Schwab & Co., Inc. ("Schwab"). The information contained here reflects gain/loss information at TD Ameritrade only.

We are providing you this historical realized Gain/Loss information via GainsKeeper®, a service provided by Wolters Kluwer Financial Services, Inc. ("WKFS") and is made available for general reference and educational purposes only. Neither Schwab nor TD Ameritrade are responsible for the reliability or suitability of the information. Schwab and TD Ameritrade are required to provide accurate tax lot basis information in connection with 1099-B reporting for "covered" securities and utilizes the GainsKeeper system. Schwab and Ameritrade are responsible for the accuracy of tax lot basis information it makes available to its clients for "covered" securities, whether through the GainsKeeper system or otherwise. Neither Schwab nor TD Ameritrade provides tax advice and you should consider consulting independent sources with respect to tax lot and performance reporting. Your use of the information constitutes your acceptance of the GainsKeeper Terms of Usage. WKFS is not affiliated with Schwab or TD Ameritrade and Schwab and TD Ameritrade are not responsible for WKFS services or policies. GainsKeeper is the registered trademark of Wolters Kluwer Financial Services, Inc.

GainsKeeper is a product offered by Wolters Kluwer Financial Services ("WKFS"). WKFS does not provide tax advice. No portion of this web page or report can be construed as tax advice and is not intended or written by WKFS to be used as tax advice. Recipients should consult their own tax advisors. WKFS relies on data from a variety of sources and such data is not verified by WKFS. WKFS is not responsible for inaccuracies in its calculations that directly or indirectly result from incorrect or inaccurate data. In cases where data is incomplete or insufficient, WKFS may make various assumptions in order to make calculations. The data reported by WKFS on web pages or in reports do not necessarily take into account potentially important considerations to specific persons or entities. All information provided by WKFS must be considered by users in light of their specific circumstances and judgment as to applicability and correctness, and in light of any subsequent developments and/or other events. WKFS determinations and calculations are based on our understanding of the tax law as available and in effect as of the date of the design of the currently implemented WKFS system. Such tax law is subject to change, possibly with retroactive effect; and such changes may not be taken into account by WKFS. WKFS performs calculations that are affected by investor elections, including elections that relate to special tax calculation rules for debt instruments. WKFS does not verify that elections have been properly made or revoked. WKFS makes no representation or warranty as to the correctness, accuracy or completeness of any investor election or revocation of election, tax classification, amount, or other determination and assumes no liability for damages resulting from elections or revocation of elections, determinations of taxability, tax classification, or other attributes, including any collateral or consequential damages including but not limited to taxes or tax related penalties, nor does it provide any assurance of the accuracy of any data used to make such determinations.

02.23-20NJ



# Transaction History

Updated: 12:41:20 AM ET, 12/16/2024

**Individual — ...157**

Date range: Last 6 Months
Symbol (Optional): MMATQ
☐ Include Options    [Search]

Filter by Transaction Types

## Transactions found from 06/16/2024 to 12/16/2024
Don't see it here? Go to Statements

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 10/11/2024 as of 10/10/2024 | Buy Trade Details | MMATQ META MATLS INC CLASS EQUITY | 127 | $0.3795 | | -$48.20 |
| 10/11/2024 as of 10/10/2024 | Cancel Buy Trade Details | MMATQ META MATLS INC CLASS EQUITY | 127 | $0.3795 | $6.95 | $55.15 |
| 10/11/2024 | Buy Trade Details | MMATQ META MATLS INC CLASS EQUITY | 107 | $0.40 | | -$42.80 |
| 10/10/2024 | Buy Trade Details | MMATQ META MATLS INC CLASS EQUITY | 218 | $0.3919 | $6.95 | -$92.39 |
| 10/10/2024 | Buy Trade Details | MMATQ META MATLS INC CLASS EQUITY | 127 | $0.3795 | $6.95 | -$55.15 |

Page Total: **-$183.39**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)



Schwab One® Account of

SUSAN MARIE GALJOUR

Statement Period
November 1-30, 2024

## Positions - Summary

| Beginning Value as of 11/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 11/30 | | Cost Basis | | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $235.60 | | $0.00 | | $0.00 | | $0.00 | | ($26.13) | | $209.47 | | $74,491.82 | | ($47,544.19) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| BLSP | BLUE SPHERE CORP | 259,489.0000 | 0.00010 | 25.95 | 1,577.76 | (1,551.81) | N/A | 0.00 | 12% |
| BOMO | BOWMO INC | 420.0000 | 0.00230 | 0.97 | 216.95 | (215.98) | N/A | 0.00 | <1% |
| ILUS | ILUSTRATO PICTURES INTL | 1,657.0000 | 0.00309 | 5.12 | 606.78 | (601.66) | N/A | 0.00 | 2% |
| MMATQ | META MATLS INC | 555.0000 | 0.06100 | 33.86 | | | | | 16% |
| MMATQ | META MATLS INC | 452.0000 | 0.06100 | 27.57 | 44,361.62 | (44,300.19) | N/A | 0.00 | 13% |
| PLYZ | PLYZER TECHNOLOGIES INC | 1,000,000.0000 | 0.00000 | 0.00 | 813.54 | (813.54) | N/A | 0.00 | |
| DJT | TRUMP MEDIA & TECHNO (M) | 3.0000 | 31.60000 | 94.80 | 154.03 | (59.23) | N/A | 0.00 | 45% |
| **Total Equities** | | | | **$188.27** | **$47,730.68** | **($47,542.41)** | | **$0.00** | **90%** |

## Positions - Other Assets

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| DJTWW | TRUMP MEDIA & TEC 29 WTS (M) | 1.0000 | 21.20000 | 21.20 | 22.98 | (1.78) | N/A | N/A | 10% |
| **Total Other Assets** | | | | **$21.20** | **$22.98** | **($1.78)** | | **$0.00** | **10%** |



Schwab One® Account of

SUSAN MARIE GALJOUR

Account Number: 9642-9157

Trade Confirmation: October 11, 2024

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 3 | ($42.80) | $0.00 | ($6.95) | ($35.85) |

| Settle Date | Action | Symbol/CUSIP | Description | Quantity | Price($) | Principal($) | Commission | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 10/15 | Purchase | MMATQ 59134N302 | **META MATLS INC Equity** | 107 | 0.40 | 42.80 | | 42.80 | F2, A1 |
| **Trade Date : October 10, 2024** | | | | | | | | | |
| 10/11 | Purchase | MMATQ 59134N302 | **META MATLS INC Equity** | 127 | 0.3795 | 48.20 | | 48.20 | F2, G1 |
| | Purchase Cancel | MMATQ 59134N302 | **META MATLS INC Equity** | 127 | 0.3795 | 48.20 | 6.95 | 55.15 | F2, G1 |

## Disclosures

G1  The unit price shown is an average price. Details regarding actual prices on the individual transactions are available upon request. Schwab acted as your agent.

A1  Schwab acted as your agent.

F2  Payment Type: Cash.



Schwab One® Account of

SUSAN MARIE GALJOUR

Account Number: 9642-9157
Trade Confirmation: October 10, 2024

| Total Trades | Total Purchases | Total Sales | Net Charges and/or Interest | Net Amount |
|---|---|---|---|---|
| 2 | ($133.64) | $0.00 | $13.90 | ($147.54) |

| Settle Date | Action | Symbol/CUSIP | Description | Quantity | Price($) | Principal($) | Commission | Amount($) | Disclosure |
|---|---|---|---|---|---|---|---|---|---|
| 10/11 | Purchase | MMATQ 59134N302 | **META MATLS INC Equity** | 127 | 0.3795 | 48.20 | 6.95 | 55.15 | F2, G1 |
| | | | | 218 | 0.3919 | 85.44 | 6.95 | 92.39 | F2, G1 |
| | | | | 345 | | 133.64 | 13.90 | 147.54 | |

## Disclosures

G1  The unit price shown is an average price. Details regarding actual prices on the individual transactions are available upon request. Schwab acted as your agent.

F2  Payment Type: Cash.

From: US Bankruptcy Court
District of Nevada
ATTN: Clerk of the Court
First Floor
300 Booth Street
Reno, Nevada
     89509

    To: Susan Galjour
       402 Church St
       Lockport , La.
         70374

*on envelope*