NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: **Meta Materials**

Case Number: **24-50792**

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Roy Sessions
558 N. 1120 E
Orem, Utah
84097

Telephone Number:

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 17 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:

~~PC PACO~~ -F9C- 004986

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Kestra Investments Services LLC
5707 Southwest Parkway Bld 2 Suite 400
Austin, Texas 78735
Telephone Number: 801-804-3405

**3. Date Equity Interest was acquired:**
1-29-2024

**4. Total amount of member interest:** MMATQ 156 hares

**5. Certificate number(s):** See attached documents

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Roy Sessions
Title: Individule
Company: ___ Address and telephone number (if different from notice address above):

(Signature) Roy Sessions   (Date) 12-14-2024

Telephone number: 801-225-7528   email: elainesessions@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

As of 14-Dec-2024 4:57:27 PM ET

## MMATQ | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| F9C-004986 | SESSIONS, ROY<br>Joint - With Rights of Survivorship - Transfer on Death (TODJ) | Account Source<br>NFS |
|---|---|---|
| **Recent Market Value**<br>$0.00 | **Closing Market Value**<br>$0.00 | **Change Since Last Close**<br>-- (--) | **Cost**<br>$9,966.50 | **Gain/Loss**<br>-$9,966.50 (-100.00%) |

| | | | |
|---|---|---|---|
| Recent Quantity | 15.000 | Security Type | Common Stock/ETF |
| Recent Price | $0.00001$^{cp}$ | Security ID | MMATQ |
| Closing Quantity | 15.000 | Symbol | MMATQ |
| Closing Price | $0.00001 | CUSIP | 59134N302 |
| Settlement Date Quantity | 15.000 | SEDOL | -- |
| Closing House Req | n/a (n/a) | ISIN | -- |
| Chg Since Last Close/Share | $0.00 | Account Type | Cash |
| | | Position Type | Long |
| Average Cost | $664.43 | Dividend Instruction | DEPOSIT TO CORE ACCOUNT |
| Cost Method | IDCost | Capital Gain Instruction | DEPOSIT TO CORE ACCOUNT |
| Cost Source | NFS | Account Tax Status | Taxable |
| Market Gain/Loss | n/a | | |
| Translation Gain/Loss | n/a | Shares With Redemption Fees | 0.000 |
| Maturity Date | n/a | Shares With No Redemption Fees | 0.000 |
| State Issued | n/a | | |
| Current Face | n/a | Accruals Amount | -- |
| Factor/Inflation Factor | n/a | 0% | -- |
| Moody's | S&P Rating | -- | -- | 1% | -- |
| | | 2% | -- |
| | | 3% | -- |

$^{cp}$ Closing Price

Statement for the Period January 1, 2024 to January 31, 2024

ROY SESSIONS & ELAINE SESSIONS - Joint WROS TOD
Account Number: F9C-004986


KESTRA
INVESTMENT SERVICES

## ACTIVITY *continued*

| | Amount |
|---|---|
| **TOTAL ADDITIONS AND WITHDRAWALS** | $996.00 |

## ACTIVITY >MISC. & CORPORATE ACTIONS

This section includes miscellaneous and corporate action transactions such as mergers, acquisitions, currency conversion, shares delivered or received in-kind, with a zero dollar amount at the time the transaction occurred. It also includes Return of Principal transactions. The transaction value (TRAN VAL) is calculated based on the price as of the end of business day on settlement date. Pricing Information is obtained from sources that may include pricing vendors and may not reflect the current fair market value and/or may not be readily marketable or redeemable at the prices shown. The TRAN VAL may not display when the associated price of transaction is not available to NFS or applicable to the type of activity. The total for this section reflects sum of all the TRAN VALs, when available, and any non-zero value in the Amount column for activities reported within this section.

| Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| 01/29/24 | CASH | REVERSE SPLIT | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC R/S TO 59134N302 #REOR M0051559130000 | (1,500) | $0.00 | | |
| 01/29/24 | CASH | REVERSE SPLIT | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 R/S FROM 59134N104 #REOR M0051559130001 | 15 | $0.00 | $0.00 | $0.00 |

| **TOTAL MISC. & CORPORATE ACTIONS** | | | | | $0.00 | | |