NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials | Case Number: 24-50792 | |

| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): <br><br> Clinton Sessions <br> 537 s 1100 w <br> Orem, Ut 84058 <br><br><br> Telephone Number: 801-369-7267 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars. <br><br> ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case. <br><br> ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | **COURT USE ONLY** <br><br> RECEIVED AND FILED <br><br> DEC 17 2024 <br><br> U.S. BANKRUPTCY COURT <br> MARY A. SCHOTT, CLERK |

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: <br> 908949639 | Check here if this claim: <br> ☐ replaces a previously filed Proof of Interest dated: <br> ☐ amends a previously filed Proof of Interest dated: |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: <br><br> **Robinhood** <br><br> **Robinhood, 85 Willow Road, Menlo Park, CA 94025** <br><br> Telephone Number: 1-650-761-7789 | 3. Date Equity Interest was acquired: 2/11/21 to 12/16/22 <br> · 1-28-2024 = 88 shares       8800 shares <br><br> See attached Documents |
| 4. Total amount of member interest: 8800 Pre split <br>                                   88 Current shares | 5. Certificate number(s): See Attached Documentaion |

6. Type of Equity Interest:
    Please indicate the type of Equity Interest you hold:
    ☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
    ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
    Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent.
☐ I am the trustee, or the debtor,
(Attach copy of power of attorney, if any.) or their authorized agent.
☐ I am a guarantor, surety, endorser, or other codebtor.
(See Bankruptcy Rule 3004.) (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Clinton Sessions
Title: Individual
Company:_Address and telephone number (if different from notice address above):
(Signature) (Date)  Telephone number: email:    12/13/2024    clint12us@yahoo.com

*Clinton Sessions* (signature)

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Reverse split

## Meta Materials

**Account**
Individual

**Date received**
Jan 28, 2024

**Split amount**
1 for 100

**Previous shares**
8,800

**New shares**
88

A stock split occurs when a company divides its existing shares to either increase (forward split) or decrease (reverse split) the number of shares it has on the market. As a result, the number of shares you own has changed, but the overall market value of your position







Our powerful, new trading platform is here—at no extra cost. Try Robinhood Legend

| | Rewards | Investing | Crypto | Spending | Retirement | Notifications | Account |

Q t

# Investing

▼ $172.13 (2.81%) Today
▼ $2.73 (0.05%) After-hours

3 days left

**Stocks**

MMATQ    $0.00
88 Shares    -100.00%

MMTZZZ    $0.00
2,500 Shares

1D  1W  1M  3M  YTD  1Y  ALL

**Lists**    +

○ Options Watchlist    ∧

Buying power ⓘ

SPY

Lumber    ∧

## Discover more ⓘ

**Explore Gold Monday deals**
Only from December 9-16

**Margin Investing**
Rates from 6% to as low as 4.95%

**Transfer accounts in**
Consolidate assets

**Joint accounts**
Invest together

**Lend your stocks**
Potential to earn

## Trending lists ⓘ

Show More

| Robinhood Securities LLC | Proceeds from Broker and Barter Exchange Transactions | Account 908949639 |
|---|---|---|
| 2021  1099-B*  OMB No. 1545-0715 | (continued) | 02/11/2022 |

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

1a- Description of property/CUSIP/Symbol

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|

02/11/21
META MATERIALS INC COMMON STOCK / CUSIP: 59134N104 / Symbol:
32 transactions for 07/12/21. Total proceeds and cost reported to the IRS.

| | 6.000 | 28.62 | 03/30/21 | 21.09 | ... | 7.53 | 1 of 32 - Sale [25] |
| | 9.000 | 42.93 | 03/30/21 | 31.63 | ... | 11.30 | 2 of 32 - Sale [25] |
| | 10.000 | 47.70 | 03/30/21 | 35.15 | ... | 12.55 | 3 of 32 - Sale [25] |

\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).

| Robinhood Securities LLC | | | | | Account 908949639 | | |
|---|---|---|---|---|---|---|---|
| | | **Proceeds from Broker and Barter Exchange Transactions** | | | | | |
| 2021  1099-B*  OMB No. 1545-0715 | | | (continued) | | 02/11/2022 | | |

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

**1a- Description of property/CUSIP/Symbol**

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC. COMMON STOCK / CUSIP: 59134N104 / Symbol: (cont'd) | | | | | | | |
| | 1.000 | 4.77 | 04/12/21 | 3.68 | ... | 1.09 | 4 of 32 - Sale [25] |
| | 2.000 | 9.54 | 04/12/21 | 7.35 | ... | 2.19 | 5 of 32 - Sale [25] |
| | 12.500 | 59.62 | 04/12/21 | 42.50 | ... | 17.12 | 6 of 32 - Sale [25] |
| | 12.500 | 59.62 | 04/12/21 | 42.25 | ... | 17.37 | 7 of 32 - Sale [25] |
| | 50.000 | 238.49 | 04/12/21 | 175.89 | ... | 62.60 | 8 of 32 - Sale [25] |
| | 122.000 | 581.92 | 04/12/21 | 448.65 | ... | 133.27 | 9 of 32 - Sale [25] |
| | 125.000 | 596.23 | 04/13/21 | 406.95 | ... | 189.28 | 10 of 32 - Sale [25] |
| | 12.500 | 59.62 | 04/15/21 | 38.94 | ... | 20.68 | 11 of 32 - Sale [25] |
| | 16.500 | 78.70 | 04/15/21 | 52.44 | ... | 26.26 | 12 of 32 - Sale [25] |
| | 46.000 | 219.41 | 04/15/21 | 146.19 | ... | 73.22 | 13 of 32 - Sale [25] |
| | 62.500 | 298.12 | 04/15/21 | 202.24 | ... | 95.88 | 14 of 32 - Sale [25] |
| | 12.500 | 59.62 | 04/16/21 | 32.88 | ... | 26.74 | 15 of 32 - Sale [25] |
| | 125.000 | 596.23 | 04/16/21 | 329.63 | ... | 266.60 | 16 of 32 - Sale [25] |
| | 125.000 | 596.23 | 04/21/21 | 390.00 | ... | 206.23 | 17 of 32 - Sale [25] |
| | 25.000 | 119.25 | 04/22/21 | 86.50 | ... | 32.75 | 18 of 32 - Sale [25] |
| | 2.500 | 11.92 | 04/23/21 | 9.00 | ... | 2.92 | 19 of 32 - Sale [25] |
| | 5.000 | 23.85 | 04/23/21 | 18.30 | ... | 5.55 | 20 of 32 - Sale [25] |
| | 20.000 | 95.40 | 04/23/21 | 71.60 | ... | 23.80 | 21 of 32 - Sale [25] |
| | 35.000 | 166.95 | 04/23/21 | 125.87 | ... | 41.08 | 22 of 32 - Sale [25] |
| | 37.500 | 178.87 | 04/23/21 | 136.88 | ... | 41.99 | 23 of 32 - Sale [25] |
| | 75.000 | 357.74 | 04/23/21 | 272.25 | ... | 85.49 | 24 of 32 - Sale [25] |
| | 12.500 | 59.62 | 04/28/21 | 55.88 | ... | 3.74 | 25 of 32 - Sale [25] |
| | 12.500 | 59.62 | 04/29/21 | 55.00 | ... | 4.62 | 26 of 32 - Sale [25] |
| | 7.500 | 35.77 | 04/30/21 | 28.77 | ... | 7.00 | 27 of 32 - Sale [25] |
| | 10.000 | 47.70 | 05/06/21 | 38.20 | ... | 9.50 | 28 of 32 - Sale [25] |
| | 75.000 | 357.74 | 05/11/21 | 292.16 | ... | 65.58 | 29 of 32 - Sale [25] |
| | 7.500 | 35.77 | 05/13/21 | 26.93 | ... | 8.84 | 30 of 32 - Sale [25] |
| | 125.000 | 596.24 | 05/13/21 | 449.60 | ... | 146.64 | 31 of 32 - Sale [25] |
| | 25.000 | 119.25 | 05/25/21 | 116.96 | ... | 2.29 | 32 of 32 - Sale [25] |
| 07/12/21 | 1,225.000 | 5,843.06 | Various | 4,191.36 | ... | 1,651.70 | Total of 32 transactions |
| 9 transactions for 07/12/21. Total proceeds and cost reported to the IRS. | | | | | | | |
| | 4.000 | 19.08 | 06/14/21 | 28.16 | 9.08 W | 0.00 | 1 of 9 - Sale [25] |
| | 20.000 | 95.40 | 06/15/21 | 206.33 | 110.93 W | 0.00 | 2 of 9 - Sale [25] |
| | 1.000 | 4.77 | 06/15/21 | 10.38 | 5.61 W | 0.00 | 3 of 9 - Sale [25] |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).

**Robinhood Securities LLC**  
**Proceeds from Broker and Barter Exchange Transactions**  
**(continued)**  
Account 908949639  
2021   1099-B*  OMB No. 1545-0715  
02/11/2022

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*  
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. *(Line 12)*  
"Gain or loss (-)" is NOT reported to the IRS.

**1a- Description of property/CUSIP/Symbol**

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC. COMMON STOCK / CUSIP: 59134N104 / Symbol: (cont'd) | | | | | | | |
| | 125.000 | 596.24 | 06/23/21 | 1,189.75 | 593.51 W | 0.00 | 4 of 9 - Sale [25] |
| | 37.500 | 178.87 | 06/25/21 | 352.50 | 173.63 W | 0.00 | 5 of 9 - Sale [25] |
| | 37.500 | 178.87 | 06/25/21 | 352.50 | 173.63 W | 0.00 | 6 of 9 - Sale [25] |
| | 50.000 | 238.49 | 06/30/21 | 318.37 | 79.88 W | 0.00 | 7 of 9 - Sale [25] |
| | 10.000 | 47.70 | 07/07/21 | 68.48 | 20.78 W | 0.00 | 8 of 9 - Sale [25] |
| | 7.000 | 33.39 | 07/07/21 | 42.47 | 9.08 W | 0.00 | 9 of 9 - Sale [25] |
| 07/12/21 | 292.000 | 1,392.81 | Various | 2,568.94 | 1,176.13 W | 0.00 | Total of 9 transactions |
| *9 transactions for 08/25/21. Total proceeds and cost reported to the IRS.* | | | | | | | |
| | 4.000 | 14.85 | 07/07/21 | 33.35 | 18.50 W | 0.00 | 1 of 9 - Sale [25] |
| | 1.000 | 3.71 | 07/07/21 | 11.68 | 7.97 W | 0.00 | 2 of 9 - Sale [25] |
| | 20.000 | 74.25 | 07/07/21 | 232.26 | 158.01 W | 0.00 | 3 of 9 - Sale [25] |
| | 6.000 | 22.27 | 07/07/21 | 64.88 | 42.61 W | 0.00 | 4 of 9 - Sale [25] |
| | 100.000 | 371.23 | 07/09/21 | 955.76 | 584.53 W | 0.00 | 5 of 9 - Sale [25] |
| | 19.000 | 70.53 | 07/09/21 | 181.59 | 111.06 W | 0.00 | 6 of 9 - Sale [25] |
| | 8.500 | 31.55 | 07/09/21 | 80.24 | 48.69 W | 0.00 | 7 of 9 - Sale [25] |
| | 37.500 | 139.21 | 07/09/21 | 353.99 | 214.78 W | 0.00 | 8 of 9 - Sale [25] |
| | 13.000 | 48.26 | 07/14/21 | 109.07 | 60.81 W | 0.00 | 9 of 9 - Sale [25] |
| 08/25/21 | 209.000 | 775.86 | Various | 2,022.82 | 1,246.96 W | 0.00 | Total of 9 transactions |
| *12 transactions for 08/27/21. Total proceeds and cost reported to the IRS.* | | | | | | | |
| | 108.000 | 410.57 | 07/14/21 | 406.02 | ... | 4.55 | 1 of 12 - Sale [25] |
| | 37.500 | 160.12 | 08/05/21 | 338.11 | ... | -177.99 | 2 of 12 - Sale [25] |
| | 19.000 | 81.13 | 08/05/21 | 173.54 | ... | -92.41 | 3 of 12 - Sale [25] |
| | 16.000 | 68.32 | 08/05/21 | 146.14 | ... | -77.82 | 4 of 12 - Sale [25] |
| | 13.000 | 55.51 | 08/05/21 | 103.56 | ... | -48.05 | 5 of 12 - Sale [25] |
| | 8.500 | 36.29 | 08/05/21 | 76.64 | ... | -40.35 | 6 of 12 - Sale [25] |
| | 11.000 | 46.97 | 08/05/21 | 86.64 | ... | -39.67 | 7 of 12 - Sale [25] |
| | 6.000 | 25.62 | 08/05/21 | 54.80 | ... | -29.18 | 8 of 12 - Sale [25] |
| | 4.000 | 17.08 | 08/05/21 | 44.04 | ... | -26.96 | 9 of 12 - Sale [25] |
| | 5.000 | 21.35 | 08/05/21 | 39.38 | ... | -18.03 | 10 of 12 - Sale [25] |
| | 26.000 | 111.02 | 08/05/21 | 125.94 | ... | -14.92 | 11 of 12 - Sale [25] |
| | 4.000 | 17.08 | 08/05/21 | 30.92 | ... | -13.84 | 12 of 12 - Sale [25] |
| 08/27/21 | 258.000 | 1,051.06 | Various | 1,625.73 | ... | -574.67 | Total of 12 transactions |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).

| Robinhood Securities LLC | | | | | | Account 908949689 | |
|---|---|---|---|---|---|---|---|
| | | **Proceeds from Broker and Barter Exchange Transactions** | | | | | |
| 2021   1099-B*   OMB No. 1545-0715 | | | (continued) | | | 02/11/2022 | |

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

1a- Description of property/CUSIP/Symbol

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC. COMMON STOCK / CUSIP: 59134N104 / Symbol: (cont'd) | | | | | | | |
| | *11 transactions for 08/27/21. Total proceeds and cost reported to the IRS.* | | | | | | |
| | 16.000 | 60.83 | 07/14/21 | 134.23 | 73.40 W | 0.00 | 1 of 11 - Sale [25] |
| | 50.000 | 190.08 | 07/14/21 | 267.85 | 77.77 W | 0.00 | 2 of 11 - Sale [25] |
| | 7.000 | 26.61 | 07/14/21 | 35.40 | 8.79 W | 0.00 | 3 of 11 - Sale [25] |
| | 10.000 | 38.02 | 07/14/21 | 58.38 | 20.36 W | 0.00 | 4 of 11 - Sale [25] |
| | 4.000 | 15.21 | 07/26/21 | 32.98 | 17.77 W | 0.00 | 5 of 11 - Sale [25] |
| | 1.000 | 3.80 | 07/26/21 | 11.59 | 7.79 W | 0.00 | 6 of 11 - Sale [25] |
| | 20.000 | 76.03 | 07/26/21 | 230.41 | 154.38 W | 0.00 | 7 of 11 - Sale [25] |
| | 6.000 | 22.81 | 07/26/21 | 64.33 | 41.52 W | 0.00 | 8 of 11 - Sale [25] |
| | 4.000 | 15.21 | 07/26/21 | 37.86 | 22.65 W | 0.00 | 9 of 11 - Sale [25] |
| | 5.000 | 19.01 | 07/28/21 | 45.72 | 26.71 W | 0.00 | 10 of 11 - Sale [25] |
| | 69.000 | 262.31 | 08/05/21 | 630.24 | 90.65 W | -277.28 | 11 of 11 - Sale [25] |
| 08/27/21 | 192.000 | 729.92 | Various | 1,548.99 | 541.79 W | -277.28 | Total of 11 transactions |
| | **Security total:** | **9,792.71** | | **11,957.84** | **2,964.88 W** | **799.75** | |

| | | | | | | | Page 4 of 14 |
|---|---|---|---|---|---|---|---|
| Robinhood Markets Inc. as agent for Robinhood Securities LLC | | **Proceeds from Broker and Barter Exchange Transactions** | | | | Account | 908949639 |
| 2022   1099-B*  OMB No. 1545-0715 | | (continued) | | | | 02/13/2023 | |

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

1a- Description of property/CUSIP/Symbol

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| ~~10/2022 CALL ~~ | | | | | | | |
| 12/0~~~~ | 1.000 | ~~~~ | ~~~~ | ~~~ | ... | 0.~ | ~~~~ ~~~~ to close-call 25 |
| | ~~~~ | 0.00 | | | ... | ~~~ | of 2 - ~~~~ |
| 11/25/~~ | ~~~~ | ~~ | ~ 1.95 | ~~ | ... | | ~~~~ of 2 transactions |
| 10~~~~ | 1.000 | 0.00 | 10/19/22 | 1.00 | ... | -1.00 | Option expiration- long call |
| MMAT 01/19/2024 CALL $10.00 / CUSIP:  / Symbol: | | | | | | | |
| 11/14/22 | 1.000 | 35.98 | 11/01/22 | 14.00 | ... | 21.98 | Option sale to close-call 25 |
| MMAT 11/18/2022 CALL $2.00 / CUSIP:  / Symbol: | | | | | | | |
| 11/14/22 | 2.000 | 15.98 | 11/02/22 | 12.00 | ... | 3.98 | Option sale to close-call 25 |
| MMAT 11/25/2022 CALL $2.50 / CUSIP:  / Symbol: | | | | | | | |
| 11/25/22 | 1.000 | 0.00 | 11/23/22 | 1.00 | ... | -1.00 | Option expiration- long call |
| MMAT 11/25/2022 CALL $3.00 / CUSIP:  / Symbol: | | | | | | | |
| | 2 transactions for 11/21/22. Total proceeds and cost reported to the IRS. | | | | | | |
| | 1.000 | 3.98 | 11/21/22 | 4.00 | ... | -0.02 | 1 of 2 - Option sale to close-call 25 |
| | 1.000 | 3.98 | 11/21/22 | 4.00 | ... | -0.02 | 2 of 2 - Option sale to close-call 25 |
| 11/21/22 | 2.000 | 7.96 | Various | 8.00 | ... | -0.04 | Total of 2 transactions |
| MMAT 11/25/2022 CALL $3.50 / CUSIP:  / Symbol: | | | | | | | |
| 11/21/22 | 1.000 | 3.98 | 11/18/22 | 2.00 | ... | 1.98 | Option sale to close-call 25 |
| MMAT 12/02/2022 CALL $3.50 / CUSIP:  / Symbol: | | | | | | | |
| 12/02/22 | 5.000 | 0.00 | 11/23/22 | 20.00 | ... | -20.00 | Option expiration- long call |
| MMAT 12/02/2022 PUT $1.50 / CUSIP:  / Symbol: | | | | | | | |
| 11/29/22 | 2.000 | 1.98 | 11/28/22 | 8.00 | ... | -6.02 | Option sale to close-put 25 |
| MMAT 12/09/2022 CALL $3.00 / CUSIP:  / Symbol: | | | | | | | |
| 12/09/22 | 5.000 | 0.00 | 11/28/22 | 35.00 | ... | -35.00 | Option expiration- long call |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).

Page 5 of 14

| Robinhood Markets Inc. as agent for Robinhood Securities LLC | | | Account 908949639 | | | | |
|---|---|---|---|---|---|---|---|
| 2022  1099-B*  OMB No. 1545-0715 | | Proceeds from Broker and Barter Exchange Transactions (continued) | | | | 02/13/2023 | |

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

1a- Description of property/CUSIP/Symbol

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional Information |
|---|---|---|---|---|---|---|---|
| MMAT 12/16/2022 CALL $2.00 / CUSIP:  / Symbol: | | | | | | | |
| | *4 transactions for 12/06/22. Total proceeds and cost reported to the IRS.* | | | | | | |
| | 2.000 | 55.99 | 12/06/22 | 20.00 | ... | 35.99 | 1 of 4 - Option sale to close-call [25] |
| | 4.000 | 111.99 | 12/06/22 | 40.00 | ... | 71.99 | 2 of 4 - Option sale to close-call [25] |
| | 4.000 | 111.99 | 12/06/22 | 40.00 | ... | 71.99 | 3 of 4 - Option sale to close-call [25] |
| | 10.000 | 279.97 | 12/06/22 | 120.00 | ... | 159.97 | 4 of 4 - Option sale to close-call [25] |
| 12/06/22 | 20.000 | 559.94 | Various | 220.00 | ... | 339.94 | Total of 4 transactions |
| MMAT 12/16/2022 CALL $2.50 / CUSIP:  / Symbol: | | | | | | | |
| | *2 transactions for 12/06/22. Total proceeds and cost reported to the IRS.* | | | | | | |
| | 1.000 | 16.00 | 12/02/22 | 8.00 | ... | 8.00 | 1 of 2 - Option sale to close-call [25] |
| | 5.000 | 79.98 | 12/06/22 | 25.00 | ... | 54.98 | 2 of 2 - Option sale to close-call [25] |
| 12/06/22 | 6.000 | 95.98 | Various | 33.00 | ... | 62.98 | Total of 2 transactions |
| | *3 transactions for 12/16/22. Total proceeds and cost reported to the IRS.* | | | | | | |
| | 11.000 | 0.00 | 12/07/22 | 187.00 | ... | -187.00 | 1 of 3 - Option expiration- long call |
| | 10.000 | 0.00 | 12/07/22 | 160.00 | ... | -160.00 | 2 of 3 - Option expiration- long call |
| | 9.000 | 0.00 | 12/07/22 | 153.00 | ... | -153.00 | 3 of 3 - Option expiration- long call |
| 12/16/22 | 30.000 | 0.00 | Various | 500.00 | ... | -500.00 | Total of 3 transactions |
| | **Security total:** | **95.98** | | **533.00** | ... | **-437.02** | |
| MMAT 12/16/2022 CALL $3.00 / CUSIP:  / Symbol: | | | | | | | |
| 11/21/22 | 3.000 | 53.98 | 11/18/22 | 27.00 | ... | 26.98 | Option sale to close-call [25] |
| | *2 transactions for 12/16/22. Total proceeds and cost reported to the IRS.* | | | | | | |
| | 4.000 | 0.00 | 12/07/22 | 56.00 | ... | -56.00 | 1 of 2 - Option expiration- long call |
| | 1.000 | 0.00 | 12/07/22 | 14.00 | ... | -14.00 | 2 of 2 - Option expiration- long call |
| 12/16/22 | 5.000 | 0.00 | Various | 70.00 | ... | -70.00 | Total of 2 transactions |
| | **Security total:** | **53.98** | | **97.00** | ... | **-43.02** | |
| MMAT 12/16/2022 CALL $3.50 / CUSIP:  / Symbol: | | | | | | | |
| 12/06/22 | 1.000 | 6.98 | 12/02/22 | 5.00 | ... | 1.98 | Option sale to close-call [25] |
| MMAT 12/16/2022 CALL $4.00 / CUSIP:  / Symbol: | | | | | | | |
| | *5 transactions for 12/16/22. Total proceeds and cost reported to the IRS.* | | | | | | |
| | 3.000 | 0.00 | 11/30/22 | 15.00 | ... | -15.00 | 1 of 5 - Option expiration- long call |
| | 2.000 | 0.00 | 11/30/22 | 10.00 | ... | -10.00 | 2 of 5 - Option expiration- long call |

\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).

Page 6 of 14

| Robinhood Markets Inc. as agent for Robinhood Securities LLC | Proceeds from Broker and Barter Exchange Transactions | Account 908949639 |
|---|---|---|
| 2022   1099-B*   OMB No. 1545-0715 | (continued) | 02/13/2023 |

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

1a- Description of property/CUSIP/Symbol

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| MMAT 12/16/2022 CALL $4.00 / CUSIP: / Symbol: (cont'd) | | | | | | | |
|  | 1.000 | 0.00 | 11/30/22 | 5.00 | ... | -5.00 | 3 of 5 - Option expiration- long call |
|  | 9.000 | 0.00 | 12/07/22 | 72.00 | ... | -72.00 | 4 of 5 - Option expiration- long call |
|  | 1.000 | 0.00 | 12/07/22 | 8.00 | ... | -8.00 | 5 of 5 - Option expiration- long call |
| 12/16/22 | 16.000 | 0.00 | Various | 110.00 | ... | -110.00 | Total of 5 transactions |
| MMAT 12/23/2022 PUT $1.00 / CUSIP: / Symbol: | | | | | | | |
| 12/16/22 | 1.000 | 5.98 | 12/16/22 | 5.00 | ... | 0.98 | Option sale to close-put [25] |