NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: META MATERIALS, INC

Case Number: 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

KENNETH ROSEN
7706 APACHE PLUME
HOUSTON TX 77071

Telephone Number: 713-729-6997

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 17 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: Z19-614260

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: ____________
☐ amends a previously filed Proof of Interest dated: ____________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

FIDELITY INVESTMENTS

**Telephone Number:** 1-800-343-

3. **Date Equity Interest was acquired:** SEE ATTACHED

4. **Total amount of member interest:** 45,000 BEFORE 100/1 REVERSE

5. **Certificate number(s):** SEE ATTACHED

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.
☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: KENNETH ROSEN
Title:
Company:__ Address and telephone number (if different from notice address above):

(Signature) [signature] (Date) 12/15/24

Telephone number: email:

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Symbol (CUSIP) | Security Description | Quantity | Date Acquired | Date Sold | Proceeds | Cost Basis | Short-Term Gain/Loss | Long-Term Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | -- |
| [redacted] | [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | -- |
| [redacted] | [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | -- |
| MMAT 59134N104 | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC | 90,000.0000 | | | $141,554.86 | (W) $168,789.88 | -$27,235.02 | -- |
| ↳ | | 1,800.0000 | Jul-28-2022 | Dec-09-2022 | $2,447.94 | $1,611.36 | +$836.58 | -- |
| ↳ | | 2,500.0000 | Jul-28-2022 | Dec-09-2022 | $3,399.92 | $2,228.13 | +$1,171.79 | -- |
| ↳ | | 10,000.0000 | Aug-29-2022 | Dec-09-2022 | $13,599.69 | $8,140.00 | +$5,459.69 | -- |
| ↳ | | 3,723.0000 | Jul-12-2022 | Dec-09-2022 | $5,063.53 | $3,759.86 | +$1,303.67 | -- |
| ↳ | | 1,392.0000 | Jul-12-2022 | Dec-09-2022 | $1,893.21 | $1,398.97 | +$494.24 | -- |
| ↳ | | 700.0000 | Jul-28-2022 | Dec-09-2022 | $952.05 | $626.64 | +$325.41 | -- |
| ↳ | | 146.0000 | Jul-12-2022 | Dec-09-2022 | $198.70 | $147.45 | +$51.25 | -- |
| ↳ | | 2,766.0000 | Jul-12-2022 | Dec-09-2022 | $3,789.33 | $2,793.66 | +$995.67 | -- |
| ↳ | | 1,973.0000 | Jul-12-2022 | Dec-09-2022 | $2,702.95 | $1,992.53 | +$710.42 | -- |
| ↳ | | 2,500.0000 | May-06-2022 | Dec-06-2022 | $4,234.15 | $2,968.25 | +$1,265.90 | -- |
| ↳ | | 100.0000 | Apr-21-2022 | Dec-06-2022 | $166.00 | $127.50 | +$38.50 | -- |
| ↳ | | 2,400.0000 | Apr-21-2022 | Dec-06-2022 | $3,983.90 | $3,060.00 | +$923.90 | -- |
| ↳ | | 3,000.0000 | Apr-21-2022 | Dec-06-2022 | $4,949.89 | $3,860.40 | +$1,089.49 | -- |
| ↳ | | 2,000.0000 | Apr-21-2022 | Dec-06-2022 | $3,299.92 | $2,567.40 | +$732.52 | -- |
| ↳ | | 500.0000 | Aug-13-2021 | Jun-09-2022 | $794.98 | $1,529.30 | -$734.32 | -- |
| ↳ | | 500.0000 | Aug-15-2021 | Jun-09-2022 | $794.98 | $1,534.51 | -$739.53 | -- |
| ↳ | | 2,000.0000 | Aug-12-2021 | Jun-09-2022 | $3,179.93 | $6,208.02 | -$3,028.09 | -- |
| ↳ | | 1,000.0000 | Aug-23-2021 | Jun-09-2022 | $1,589.96 | $2,981.21 | -$1,391.25 | -- |
| ↳ | | 1,000.0000 | Aug-16-2021 | Jun-09-2022 | $1,589.96 | $2,924.51 | -$1,334.55 | -- |
| ↳ | | 5,000.0000 | Apr-21-2022 | Jun-09-2022 | $7,949.82 | $6,536.50 | +$1,413.32 | -- |
| ↳ | | 5,000.0000 | Apr-21-2022 | Jun-09-2022 | $7,949.82 | $6,527.50 | +$1,422.32 | -- |
| ↳ | | 500.0000 | Aug-12-2021 | Jun-09-2022 | $802.48 | $1,552.00 | -$749.52 | -- |

| Symbol (CUSIP) | Security Description | Quantity | Date Acquired | Date Sold | Proceeds | Cost Basis | Short-Term Gain/Loss | Long-Term Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| ↳ | | 5,000.0000 | Jul-27-2021 | Jun-09-2022 | $7,999.82 | $16,229.00 | -$8,229.18 | -- |
| ↳ | | 3,000.0000 | Jul-30-2021 | Jun-09-2022 | $4,799.89 | $10,303.80 | -$5,503.91 | -- |
| ↳ | | 2,000.0000 | Aug-05-2021 | Jun-09-2022 | $3,199.93 | $6,352.60 | -$3,152.67 | -- |
| ↳ | | 3,194.0000 | Aug-12-2021 | Jun-09-2022 | $5,110.28 | $10,030.15 | -$4,919.87 | -- |
| ↳ | | 88.0000 | Aug-12-2021 | Jun-09-2022 | $140.80 | $278.43 | -$137.63 | -- |
| ↳ | | 1,218.0000 | Aug-12-2021 | Jun-09-2022 | $1,948.75 | $3,841.58 | -$1,892.83 | -- |
| ↳ | | 2,500.0000 | Aug-03-2021 | Jun-09-2022 | $3,999.90 | $13,555.07 | -$9,555.17 | -- |
| ↳ | | 2,500.0000 | Aug-06-2021 | Jun-09-2022 | $3,999.91 | $8,199.53 | -$4,199.62 | -- |
| ↳ | | 500.0000 | (W) Jul-13-2021 | Mar-31-2022 | $842.49 | $842.49 | $0.00 | -- |
| ↳ | | 2,000.0000 | (W) Jul-16-2021 | Mar-31-2022 | $3,369.98 | $3,369.98 | $0.00 | -- |
| ↳ | | 1,000.0000 | (W) Jul-01-2021 | Mar-31-2022 | $1,689.99 | $1,689.99 | $0.00 | -- |
| ↳ | | 1,500.0000 | (W) Jul-13-2021 | Mar-31-2022 | $2,534.98 | $2,534.98 | $0.00 | -- |
| ↳ | | 1,000.0000 | (W) Jul-23-2021 | Mar-28-2022 | $1,764.99 | $1,764.99[S] | $0.00 | -- |
| ↳ | | 1,000.0000 | (W) Jul-30-2021 | Mar-28-2022 | $1,764.99 | $1,764.99[S] | $0.00 | -- |
| ↳ | | 2,500.0000 | (W) Jul-19-2021 | Mar-28-2022 | $4,427.48 | $4,427.48[S] | $0.00 | -- |
| ↳ | | 1,718.0000 | (W) Jul-22-2021 | Mar-28-2022 | $3,042.56 | $3,042.56[S] | $0.00 | -- |
| ↳ | | 88.0000 | (W) Jul-22-2021 | Mar-28-2022 | $155.85 | $155.85[S] | $0.00 | -- |
| ↳ | | 3,194.0000 | (W) Jul-22-2021 | Mar-28-2022 | $5,668.36 | $5,668.36[S] | $0.00 | -- |
| ↳ | | 500.0000 | (W) Jul-23-2021 | Mar-28-2022 | $887.35 | $887.35[S] | $0.00 | -- |
| ↳ | | 5,000.0000 | Feb-22-2022 | Mar-28-2022 | $8,873.45 | $8,775.00[S] | +$98.45 | -- |
| [redacted] | [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| 5[redacted] | [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] COM FOR [redacted] O [redacted] SPLIT) | [redacted] | | | [redacted] | [redacted] | [redacted] | -- |
| 731[redacted] | [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | -- |
| 75724T[redacted] | REDBOX [redacted] COM [redacted] FOR .87 [redacted] | [redacted] | | | [redacted] | [redacted] | [redacted] | -- |

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week R |
|---|---|---|---|---|---|---|---|---|

**META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98**

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Tota |
|---|---|---|---|---|---|---|---|
| Apr-21-2023 | Long | -$1,947.00 | -100% | $0.00 | 100 | $19.47 | $1,947.0( |
| Apr-14-2023 | Long | -$1,144.00 | -100% | $0.00 | 50 | $22.88 | $1,144.0( |
| Feb-09-2023 | Long | -$4,274.50 | -100% | $0.00 | 50 | $85.49 | $4,274.5( |
| Jan-09-2023 | Long | -$18,283.50 | -100% | $0.00 | 150 | $121.89 | $18,283.5( |
| Jan-09-2023 | Long | -$12,300.00 | -100% | $0.00 | 100 | $123.00 | $12,300.0( |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] Share | $366.50 $4 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 0.91% | [illegible] | [illegible] | $4.20 $ |

**Account Total** [illegible]

Securities Priced [illegible] Today

Securities Not Priced Today **$0.00**

Some securities, such as mutual funds, are not priced until after the market closes.

## Important Information

◥ Indicates that the security has not priced today. Some securities, such as mutual funds, are not priced until after the market closes.

c The Cost basis information shown includes information that has been provided by you, or the security has changed ownership and the cost basis relies on the accuracy of customer gift or inheritance designations. Customer-provided basis is not a tax reportable attribute.



Fidelity INVESTMENTS

2023 YEAR-END INVESTMENT REPORT
**January 1, 2023 - December 31, 2023**

# Holdings

**Account # Z19-614260**
**SANDRA G ROSEN ESTATE TRUST - TRUST: UNDER AGREEMENT**

## Core Account

| Description | Quantity | Price Per Unit | Total Market Value | Total Cost Basis | Unrealized Gain/Loss | Income Earned |
|---|---|---|---|---|---|---|
| **FIDELITY GOVERNMENT MONEY MARKET (SPAXX)** – 7-day yield: 5.0% | [redacted] | | | | | |
| **Total Core Account (0% of account holdings)** | | | **$384.86** | | | [redacted] |

## Stocks

| Description | Quantity | Price Per Unit | Total Market Value | Total Cost Basis | Unrealized Gain/Loss | Income Earned |
|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | - |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | - |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | - |
| [redacted] | [redacted] | - | unavailable | unknown | unknown | - |
| [redacted] (GTII) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | - |
| [redacted] | [redacted] | - | unavailable | unknown | unknown | - |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | - |
| **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 45,000.000 | 0.0660 | 2,970.00 | 37,949.00 | -34,979.00 | - |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] **INC** [redacted] | [redacted] | - | unavailable | 43,425.00 | unavailable | - |
| Total Common Stock (51% of account holdings) | | | [redacted] | [redacted] | [redacted] | [redacted] |
| **Total Stocks (51% of account holdings)** | | | [redacted] | | | |

YR_CE_BPTGHCBBBJQGZ_BBBBB 20240109 S