# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: Metamaterials, inc | Case Number: 24-50792 | |
|---|---|---|
| **1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):<br><br>Trevor Smullen<br>Ballymahon<br>Co. Longford<br>Ireland<br><br>Telephone Number: 087 4833015 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br><br>✓ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | **COURT USE ONLY**<br><br>**RECEIVED AND FILED**<br><br>**DEC 17 2024**<br><br>**U.S. BANKRUPTCY COURT**<br>**MARY A. SCHOTT, CLERK** |

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor:<br>Davy Stockbrokers<br>Dublin<br>Ireland<br>Ac. 0197329 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated:<br>☐ amends a previously filed Proof of Interest dated: |
|---|---|
| **2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**<br>Trevor Smullen<br>Davy Stockbrokers<br>Dublin<br>Ireland<br><br><br>Telephone Number: +353 1 6148778 | **3. Date Equity Interest was acquired:**<br><br>24/5/2022 |
| **4. Total amount of member interest:** 51616 | **5. Certificate number(s):** see attached documents |

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold: Investor
✓ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:**

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
   ✔ I am the creditor. ☐ I am the creditor's authorized agent.
                                                         ☐ I am the trustee, or the debtor,
                                                                                                  ☐ I am a guarantor, surety, endorser, or other codebtor.
                  (Attach copy of power of attorney, if any.)
                                                      or their authorized agent.
                                                                             (See Bankruptcy Rule 3005.)
                                                     (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Trevor Smullen
Title: Mr
Company: Address and telephone number (if different from notice address above): (Signature) (Date) Telephone number: +353 87 4833015 email: smith12421@mail.com

*Trevor Smullen*    04/12/2024

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



Mr Trevor Smullen
Creevaghbeg
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:   Trevor Smullen Personal Retirement Bond

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 27/03/2023 | US59134N1046 XS 28/06/2021 | 0197329 | 98923C30315 | 29/03/2023 |

We are pleased to confirm that we have SOLD on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 15:21:00  +01 | 2000 | 0.4464787  LIM | 892.96  USD |

This is an average price

| | TOTAL | 2000 | | 822.29 EUR |
|---|---|---|---|---|

| CHARGES | | |
|---|---|---|
| Commission | | Nil  EUR |
| Custody charge (web) | | 25.00  EUR |
| Overseas charges | | 0.50  EUR |

FX Transaction Charge 5.75 EUR

**TOTAL**   796.79  EUR

E.&O.E.

Conversion Rate USD/EUR 1.085949
SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext. Registered in Ireland No. 106680. VAT registration number 4800408E.

**IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE**

Trade Reference:            98923C30315

Client Account Number:      0197329

Payment Credited:   *        796.79  EUR

* Please refer overleaf

## Important Information regarding your transaction

### Settlement of your trade

We must receive any amounts you owe us for purchases no later than the date shown on the contract note issued to you. However, we can ask you to pay before we accept or act on your purchase orders.

You may pay any amount you owe to us by cheque; by direct payment to our bank account; from funds placed on deposit on your behalf by Davy; or, in certain circumstances, by direct debit from your bank account. If you pay us by direct debit, your account will be debited on the settlement date set out on your contract or fee note. We may pay any amount we owe to you by cheque or by electronic transfer or funds can be placed on deposit on your behalf. We reserve the right not to accept and/or to make third party payments.

If the share certificate and/or transfer forms that we receive from you in relation to a sale order are not valid, complete or received by us ahead of the intended settlement date, this shall be an event of default as defined in the Terms and Conditions.

If you have elected to fund a purchase by Electronic Funds transfer, Davy will request funds from your bank account so that we can receive them on the intended settlement date shown on your contract note.

For details of Davy's bank account please contact our Client Support Unit on +353 1 614 8900.

### Event of Default

Failure to pay for purchases by the due date specified on a contract note, or failure by you to return a valid, complete and within the settlement timeframe, share certificate and/or transfer forms in connection with a sale order shall be an Event of Default under the Terms and Conditions. Where an Event of Default occurs we can immediately, without further demand or notice to you, add a late settlement surcharge to your account. The current surcharge we may levy, and the basis upon which this is calculated, is displayed in our scale of fees and charges at www.davy.ie. In such circumstances you will also be liable for any excess cost or loss in value that might arise.

### Costs and charges

**Custody Charge.** This refers to the foreign transaction custody charge per trade applicable for each instrument listed outside of Ireland and the UK.

**Overseas charges.** Where we execute a trade in an instrument listed outside of Ireland or the UK, this will incur an additional charge applied by the executing broker. The charge will vary depending upon the market.

Please refer to the fees and charges schedule for further information.

### Code Definitions
**ISIN.** The security identifier

**Agency cross.** A trade where we match the buy and sell orders of two or more persons for whom we are acting as agent.

**Acting as Principal or Agent.** Acting as Principal means trading for our own account by selling the investment concerned to you or buying it from you.

**Venue** - The market identifier on which the trade was dealt.
**Off Market** - A trade not dealt directly on a venue but subject to the rules of a Regulated Market or a Multilateral trading facility (MTF).
**MKT** - Market Order          **LIM** - Limit Order
**TIME +/-** illustrates the offset to Coordinated Universal Time (UTC).
**ISIN Codes**

| Code | Definition |
| --- | --- |
| XD | Ex Dividend |
| XP | Ex Capital Return/Distribution |
| XB | Ex Capitalisation |
| XS | Ex Stock Split |
| XR | Ex Rights |
| XA | Ex All (2 or more of the above) |

For further information please refer to the Terms and Conditions, which can be found on www.davy.ie. If you have any queries in relation to this contract note please contact Client Support Unit on +353 1 614 8900 or by email to csu@davy.ie.

J&E Davy, trading as Davy, is regulated by the Central Bank of Ireland. In the UK, Davy is authorised by the Central Bank of Ireland and authorised and subject to limited regulation by the Financial Conduct Authority. Details about the extent of our authorisation and regulation by the Financial Conduct Authority are available from us on request. The Central Bank of Ireland reference number is C775 and the Financial Conduct Authority reference number is 211884. Davy is a member of the Irish Stock Exchange and the London Stock Exchange. Davy is registered in Ireland with the Companies Registration Office under number 106680.

The registered office is 49 Dawson Street, Dublin 2. Davy's VAT number is 4800408E. The UK Branch registration number is NF004182. The VAT number is 240872609.



Mr Trevor Smullen  
Creevaghbeg  
Ballymahon  
Co Longford  
Ireland

Davy House  
49 Dawson Street  
Dublin 2, Ireland  
Website: www.davy.ie

**For orders, please contact:**  
Davy Dealing Desk  
Tel: +353 1 614 9000  
Hrs: 8am-9pm

**For queries, please contact:**  
Client Support Unit  
Tel: +353 1 614 9900  
Email: csu@davy.ie

For the a/c of:    Trevor Smullen Personal Retirement Bond

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 02/06/2022 | US59134N1046 XS 28/06/2021 | 0197329 | 98922S62513 | 06/06/2022 |

We are pleased to confirm that we have BOUGHT on your behalf as agents  
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 14:53:00 +01 | 17169 | 1.9261 LIM | 33,069.21 USD |

| | | | |
|---|---|---|---|
| **TOTAL** | 17169 | | 30,967.39 EUR |

**CHARGES**  
Commission                            Nil EUR  
Custody charge (web)             25.00 EUR  
Overseas charges                   18.59 EUR

FX Transaction Charge 216.78 EUR

**TOTAL**    31,010.98 EUR

E.&O.E.

Conversion Rate USD/EUR 1.067872  
SUBJECT TO THE RULES OF A REGULATED MARKET  
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext. Registered in Ireland No. 106680. VAT registration number 4800408E.

IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE

Trade Reference:            98922S62513

Client Account Number:    0197329

Payment Due:    *         31,010.98 EUR

* Please refer overleaf

**Important Information regarding your transaction**

**Settlement of your trade**

We must receive any amounts you owe us for purchases no later than the date shown on the contract note issued to you. However, we can ask you to pay before we accept or act on your purchase orders.

You may pay any amount you owe to us by cheque; by direct payment to our bank account; from funds placed on deposit on your behalf by Davy; or, in certain circumstances, by direct debit from your bank account. If you pay us by direct debit, your account will be debited on the settlement date set out on your contract or fee note. We may pay any amount we owe to you by cheque or by electronic transfer or funds can be placed on deposit on your behalf. We reserve the right not to accept and/or to make third party payments.

If the share certificate and/or transfer forms that we receive from you in relation to a sale order are not valid, complete or received by us ahead of the intended settlement date, this shall be an event of default as defined in the Terms and Conditions.

If you have elected to fund a purchase by Electronic Funds transfer, Davy will request funds from your bank account so that we can receive them on the intended settlement date shown on your contract note.

For details of Davy's bank account please contact our Client Support Unit on +353 1 614 8900.

**Event of Default**

Failure to pay for purchases by the due date specified on a contract note, or failure by you to return a valid, complete and within the settlement timeframe, share certificate and/or transfer forms in connection with a sale order shall be an Event of Default under the Terms and Conditions. Where an Event of Default occurs we can immediately, without further demand or notice to you, add a late settlement surcharge to your account. The current surcharge we may levy, and the basis upon which this is calculated, is displayed in our scale of fees and charges at www.davy.ie. In such circumstances you will also be liable for any excess cost or loss in value that might arise.

**Costs and charges**

**Custody Charge.** This refers to the foreign transaction custody charge per trade applicable for each instrument listed outside of Ireland and the UK.

**Overseas charges.** Where we execute a trade in an instrument listed outside of Ireland or the UK, this will incur an additional charge applied by the executing broker. The charge will vary depending upon the market.

Please refer to the fees and charges schedule for further information.

**Code Definitions**
**ISIN.** The security identifier

**Agency cross.** A trade where we match the buy and sell orders of two or more persons for whom we are acting as agent.

**Acting as Principal or Agent.** Acting as Principal means trading for our own account by selling the investment concerned to you or buying it from you.

**Venue** - The market identifier on which the trade was dealt.
**Off Market** - A trade not dealt directly on a venue but subject to the rules of a Regulated Market or a Multilateral trading facility (MTF).
**MKT** - Market Order        **LIM** - Limit Order
**TIME +/-** illustrates the offset to Coordinated Universal Time (UTC).
**ISIN Codes**

| Code | Definition |
|---|---|
| XD | Ex Dividend |
| XP | Ex Capital Return/Distribution |
| XB | Ex Capitalisation |
| XS | Ex Stock Split |
| XR | Ex Rights |
| XA | Ex All (2 or more of the above) |

For further information please refer to the Terms and Conditions, which can be found on www.davy.ie. If you have any queries in relation to this contract note please contact Client Support Unit on +353 1 614 8900 or by email to csu@davy.ie.

J&E Davy, trading as Davy, is regulated by the Central Bank of Ireland. In the UK, Davy is authorised by the Central Bank of Ireland and authorised and subject to limited regulation by the Financial Conduct Authority. Details about the extent of our authorisation and regulation by the Financial Conduct Authority are available from us on request. The Central Bank of Ireland reference number is C775 and the Financial Conduct Authority reference number is 211884. Davy is a member of the Irish Stock Exchange and the London Stock Exchange. Davy is registered in Ireland with the Companies Registration Office under number 106680.

The registered office is 49 Dawson Street, Dublin 2. Davy's VAT number is 4800408E. The UK Branch registration number is NF004182. The VAT number is 240872609.



Mr Trevor Smullen
Creevaghbeg
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:     Trevor Smullen Personal Retirement Bond

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 02/06/2022 | US59134N1046 XS 28/06/2021 | 0197329 | 98922S62513 | 06/06/2022 |

We are pleased to confirm that we have BOUGHT on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 14:53:00  +01 | 17169 | 1.9261  LIM | 33,069.21  USD |

| | TOTAL | 17169 | | 30,967.39  EUR |

| CHARGES | |
|---|---|
| Commission | Nil EUR |
| Custody charge (web) | 25.00 EUR |
| Overseas charges | 18.59 EUR |

FX Transaction Charge 216.78 EUR

TOTAL    31,010.98  EUR

E.&O.E.

Conversion Rate USD/EUR 1.067872
SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext. Registered in Ireland No. 106680. VAT registration number 4800408E.

**IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE**

Trade Reference:         98922S62513

Client Account Number:   0197329

Payment Due:   *         31,010.98  EUR

* Please refer overleaf

## Important Information regarding your transaction

### Settlement of your trade

We must receive any amounts you owe us for purchases no later than the date shown on the contract note issued to you. However, we can ask you to pay before we accept or act on your purchase orders.

You may pay any amount you owe to us by cheque; by direct payment to our bank account; from funds placed on deposit on your behalf by Davy; or, in certain circumstances, by direct debit from your bank account. If you pay us by direct debit, your account will be debited on the settlement date set out on your contract or fee note. We may pay any amount we owe to you by cheque or by electronic transfer or funds can be placed on deposit on your behalf. We reserve the right not to accept and/or to make third party payments.

If the share certificate and/or transfer forms that we receive from you in relation to a sale order are not valid, complete or received by us ahead of the intended settlement date, this shall be an event of default as defined in the Terms and Conditions.

If you have elected to fund a purchase by Electronic Funds transfer, Davy will request funds from your bank account so that we can receive them on the intended settlement date shown on your contract note.

For details of Davy's bank account please contact our Client Support Unit on +353 1 614 8900.

### Event of Default

Failure to pay for purchases by the due date specified on a contract note, or failure by you to return a valid, complete and within the settlement timeframe, share certificate and/or transfer forms in connection with a sale order shall be an Event of Default under the Terms and Conditions. Where an Event of Default occurs we can immediately, without further demand or notice to you, add a late settlement surcharge to your account. The current surcharge we may levy, and the basis upon which this is calculated, is displayed in our scale of fees and charges at www.davy.ie. In such circumstances you will also be liable for any excess cost or loss in value that might arise.

### Costs and charges

**Custody Charge.** This refers to the foreign transaction custody charge per trade applicable for each instrument listed outside of Ireland and the UK.

**Overseas charges.** Where we execute a trade in an instrument listed outside of Ireland or the UK, this will incur an additional charge applied by the executing broker. The charge will vary depending upon the market.

Please refer to the fees and charges schedule for further information.

### Code Definitions
**ISIN.** The security identifier

**Agency cross.** A trade where we match the buy and sell orders of two or more persons for whom we are acting as agent.

**Acting as Principal or Agent.** Acting as Principal means trading for our own account by selling the investment concerned to you or buying it from you.

**Venue** - The market identifier on which the trade was dealt.
**Off Market** - A trade not dealt directly on a venue but subject to the rules of a Regulated Market or a Multilateral trading facility (MTF).
**MKT** - Market Order        **LIM** - Limit Order
**TIME +/-** illustrates the offset to Coordinated Universal Time (UTC).
### ISIN Codes

| Code | Definition |
| --- | --- |
| XD | Ex Dividend |
| XP | Ex Capital Return/Distribution |
| XB | Ex Capitalisation |
| XS | Ex Stock Split |
| XR | Ex Rights |
| XA | Ex All (2 or more of the above) |

For further information please refer to the Terms and Conditions, which can be found on www.davy.ie. If you have any queries in relation to this contract note please contact Client Support Unit on +353 1 614 8900 or by email to csu@davy.ie.

J&E Davy, trading as Davy, is regulated by the Central Bank of Ireland. In the UK, Davy is authorised by the Central Bank of Ireland and authorised and subject to limited regulation by the Financial Conduct Authority. Details about the extent of our authorisation and regulation by the Financial Conduct Authority are available from us on request. The Central Bank of Ireland reference number is C775 and the Financial Conduct Authority reference number is 211884. Davy is a member of the Irish Stock Exchange and the London Stock Exchange. Davy is registered in Ireland with the Companies Registration Office under number 106680.

The registered office is 49 Dawson Street, Dublin 2. Davy sVAT number is 4800408E. The UK Branch registration number is NF004182. The VAT number is 240872609.



Mr Trevor Smullen
Creevaghbeg
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:    Trevor Smullen Personal Retirement Bond

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 20/05/2022 | US59134N1046 XS 28/06/2021 | 0197329 | 98922S38231 | 24/05/2022 |

We are pleased to confirm that we have BOUGHT on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 20:41:00 +01 | 6791 | 1.8150 LIM | 12,325.67 USD |
| **TOTAL** | 6791 | | 11,704.43 EUR |

**CHARGES**
Commission                          Nil EUR
Custody charge (web)          25.00 EUR
Overseas charges                 7.03 EUR

FX Transaction Charge 81.93 EUR

**TOTAL**    11,736.46 EUR

E.&O.E.

Conversion Rate USD/EUR 1.053077
SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext. Registered in Ireland No. 106680. VAT registration number 4800408E.

**IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE**

Trade Reference:           98922S38231

Client Account Number:     0197329

Payment Due:    *          11,736.46 EUR

* Please refer overleaf

**Important Information regarding your transaction**

### Settlement of your trade

We must receive any amounts you owe us for purchases no later than the date shown on the contract note issued to you. However, we can ask you to pay before we accept or act on your purchase orders.

You may pay any amount you owe to us by cheque; by direct payment to our bank account; from funds placed on deposit on your behalf by Davy; or, in certain circumstances, by direct debit from your bank account. If you pay us by direct debit, your account will be debited on the settlement date set out on your contract or fee note. We may pay any amount we owe to you by cheque or by electronic transfer or funds can be placed on deposit on your behalf. We reserve the right not to accept and/or to make third party payments.

If the share certificate and/or transfer forms that we receive from you in relation to a sale order are not valid, complete or received by us ahead of the intended settlement date, this shall be an event of default as defined in the Terms and Conditions.

If you have elected to fund a purchase by Electronic Funds transfer, Davy will request funds from your bank account so that we can receive them on the intended settlement date shown on your contract note.

For details of Davy s bank account please contact our Client Support Unit on +353 1 614 8900.

### Event of Default

Failure to pay for purchases by the due date specified on a contract note, or failure by you to return a valid, complete and within the settlement timeframe, share certificate and/or transfer forms in connection with a sale order shall be an Event of Default under the Terms and Conditions. Where an Event of Default occurs we can immediately, without further demand or notice to you, add a late settlement surcharge to your account. The current surcharge we may levy, and the basis upon which this is calculated, is displayed in our scale of fees and charges at www.davy.ie. In such circumstances you will also be liable for any excess cost or loss in value that might arise.

### Costs and charges

**Custody Charge.** This refers to the foreign transaction custody charge per trade applicable for each instrument listed outside of Ireland and the UK.

**Overseas charges.** Where we execute a trade in an instrument listed outside of Ireland or the UK, this will incur an additional charge applied by the executing broker. The charge will vary depending upon the market.

Please refer to the fees and charges schedule for further information.

### Code Definitions
**ISIN.** The security identifier

**Agency cross.** A trade where we match the buy and sell orders of two or more persons for whom we are acting as agent.

**Acting as Principal or Agent.** Acting as Principal means trading for our own account by selling the investment concerned to you or buying it from you.

**Venue** - The market identifier on which the trade was dealt.
**Off Market** - A trade not dealt directly on a venue but subject to the rules of a Regulated Market or a Multilateral trading facility (MTF).
**MKT** - Market Order       **LIM** - Limit Order
**TIME +/-** illustrates the offset to Coordinated Universal Time (UTC).
**ISIN Codes**

| Code | Definition |
| --- | --- |
| XD | Ex Dividend |
| XP | Ex Capital Return/Distribution |
| XB | Ex Capitalisation |
| XS | Ex Stock Split |
| XR | Ex Rights |
| XA | Ex All (2 or more of the above) |

For further information please refer to the Terms and Conditions, which can be found on www.davy.ie. If you have any queries in relation to this contract note please contact Client Support Unit on +353 1 614 8900 or by email to csu@davy.ie.

J&E Davy, trading as Davy, is regulated by the Central Bank of Ireland. In the UK, Davy is authorised by the Central Bank of Ireland and authorised and subject to limited regulation by the Financial Conduct Authority. Details about the extent of our authorisation and regulation by the Financial Conduct Authority are available from us on request. The Central Bank of Ireland reference number is C775 and the Financial Conduct Authority reference number is 211884. Davy is a member of the Irish Stock Exchange and the London Stock Exchange. Davy is registered in Ireland with the Companies Registration Office under number 106680.

The registered office is 49 Dawson Street, Dublin 2. Davy sVAT number is 4800408E. The UK Branch registration number is NF004182. The VAT number is 240872609.



Mr Trevor Smullen
Creevaghbeg
Ballymahon
Co Longford
Ireland

Davy House
49 Dawson Street
Dublin 2, Ireland
Website: www.davy.ie

**For orders, please contact:**
Davy Dealing Desk
Tel: +353 1 614 9000
Hrs: 8am-9pm

**For queries, please contact:**
Client Support Unit
Tel: +353 1 614 9900
Email: csu@davy.ie

For the a/c of:    Trevor Smullen Personal Retirement Bond

| TRADE DATE | ISIN | CLIENT A/C NO. | TRADE REF. | SETT. DATE |
|---|---|---|---|---|
| 23/05/2022 | US59134N1046 XS 28/06/2021 | 0197329 | 98922S40679 | 25/05/2022 |

We are pleased to confirm that we have BOUGHT on your behalf as agents
META MATLS INC COM USD0.001

| TIME | QUANTITY | PRICE | CONSIDERATION |
|---|---|---|---|
| 16:48:00 +01 | 7092 | 1.8667569 LIM | 13,239.04 USD |

This is an average price

| | TOTAL | 7092 | | 10,603.11 GBP |
|---|---|---|---|---|

| CHARGES | |
|---|---|
| Commission | Nil GBP |
| Custody charge (web) | 21.38 GBP |
| Overseas charges | 6.37 GBP |

FX Transaction Charge 74.23 GBP

E.&O.E.

TOTAL    10,630.86 GBP

Conversion Rate USD/GBP 1.248600
SUBJECT TO THE RULES OF A REGULATED MARKET
VENUE WAS OFF MARKET

J & E Davy Unlimited Company, trading as Davy, is regulated by the Central Bank of Ireland. . Davy is a member of the Irish Stock Exchange, the London Stock Exchange and Euronext. Registered in Ireland No. 106680. VAT registration number 4800408E.

IF WRITING TO US ABOUT THE ABOVE TRADE, PLEASE DETACH THIS SLIP AND RETURN IT WITH YOUR CORRESPONDENCE

Trade Reference:          98922S40679

Client Account Number:    0197329

Payment Due: *            10,630.86 GBP

* Please refer overleaf

## Important Information regarding your transaction

### Settlement of your trade

We must receive any amounts you owe us for purchases no later than the date shown on the contract note issued to you. However, we can ask you to pay before we accept or act on your purchase orders.

You may pay any amount you owe to us by cheque; by direct payment to our bank account; from funds placed on deposit on your behalf by Davy; or, in certain circumstances, by direct debit from your bank account. If you pay us by direct debit, your account will be debited on the settlement date set out on your contract or fee note. We may pay any amount we owe to you by cheque or by electronic transfer or funds can be placed on deposit on your behalf. We reserve the right not to accept and/or to make third party payments.

If the share certificate and/or transfer forms that we receive from you in relation to a sale order are not valid, complete or received by us ahead of the intended settlement date, this shall be an event of default as defined in the Terms and Conditions.

If you have elected to fund a purchase by Electronic Funds transfer, Davy will request funds from your bank account so that we can receive them on the intended settlement date shown on your contract note.

For details of Davy's bank account please contact our Client Support Unit on +353 1 614 8900.

### Event of Default

Failure to pay for purchases by the due date specified on a contract note, or failure by you to return a valid, complete and within the settlement timeframe, share certificate and/or transfer forms in connection with a sale order shall be an Event of Default under the Terms and Conditions. Where an Event of Default occurs we can immediately, without further demand or notice to you, add a late settlement surcharge to your account. The current surcharge we may levy, and the basis upon which this is calculated, is displayed in our scale of fees and charges at www.davy.ie. In such circumstances you will also be liable for any excess cost or loss in value that might arise.

## Costs and charges

**Custody Charge.** This refers to the foreign transaction custody charge per trade applicable for each instrument listed outside of Ireland and the UK.

**Overseas charges.** Where we execute a trade in an instrument listed outside of Ireland or the UK, this will incur an additional charge applied by the executing broker. The charge will vary depending upon the market.

Please refer to the fees and charges schedule for further information.

### Code Definitions
**ISIN.** The security identifier

**Agency cross.** A trade where we match the buy and sell orders of two or more persons for whom we are acting as agent.

**Acting as Principal or Agent.** Acting as Principal means trading for our own account by selling the investment concerned to you or buying it from you.

**Venue** - The market identifier on which the trade was dealt.
**Off Market** - A trade not dealt directly on a venue but subject to the rules of a Regulated Market or a Multilateral trading facility (MTF).
**MKT** - Market Order     **LIM** - Limit Order
**TIME +/-** illustrates the offset to Coordinated Universal Time (UTC).
**ISIN Codes**

| Code | Definition |
| --- | --- |
| XD | Ex Dividend |
| XP | Ex Capital Return/Distribution |
| XB | Ex Capitalisation |
| XS | Ex Stock Split |
| XR | Ex Rights |
| XA | Ex All (2 or more of the above) |

For further information please refer to the Terms and Conditions, which can be found on www.davy.ie. If you have any queries in relation to this contract note please contact Client Support Unit on +353 1 614 8900 or by email to csu@davy.ie.

J&E Davy, trading as Davy, is regulated by the Central Bank of Ireland. In the UK, Davy is authorised by the Central Bank of Ireland and authorised and subject to limited regulation by the Financial Conduct Authority. Details about the extent of our authorisation and regulation by the Financial Conduct Authority are available from us on request. The Central Bank of Ireland reference number is C775 and the Financial Conduct Authority reference number is 211884. Davy is a member of the Irish Stock Exchange and the London Stock Exchange. Davy is registered in Ireland with the Companies Registration Office under number 106680.

The registered office is 49 Dawson Street, Dublin 2. Davy's VAT number is 4800408E. The UK Branch registration number is NF004182. The VAT number is 240872609.