NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** META MATERIALS INC.

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   YOLANDA S. JIAO
   7466 LAUREL CANYON BLVD.
   APT. 101
   NORTH HOLLYWOOD, CA 91605-3180

   **Telephone Number:** 818-219-1157

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 17 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**
ACCOUNT NUMBER # 345-813265

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   YOLANDA S. JIAO
   FIDELITY INVESTMENT
   2900 W. ALAMEDA AVE. STE 150 BURBANK, CA 91505
   **Telephone Number:** 1-800-835-5097

3. **Date Equity Interest was acquired:**
   04/16/2021 THRU 07/07/2021
   SEE ATTACHED DOCUMENTATION

4. **Total amount of member interest:** 150 SHARES FOR $76,115.93

5. **Certificate number(s):** SEE ATTACHED DOCUMENTATION

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** INVESTOR

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** YOLANDA S. JIAO
**Title:**
**Company:** Address and telephone number (if different from notice address above):

(Signature)   12/12/2024 (Date)

**Telephone number:** 818-219-1157   **email:** yjiao1246@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form     Save Form     Clear Form

YOLANDA S. JIAO
7460 LAUREL CANYON BLVD.
# 101
NORTH HOLLYWOOD CA 91605

DECEMBER 15, 2024

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA, CLERK OF THE COURT, FIRST FLOOR
300 BOOTH STREET
RENO, NEVADA 89509

DEAR: SIR/MADAM

HERE ARE THE FOLLOWING HISTORY AND ATTACHED BACK-UP OF MY STATEMENT OF ACCOUNT REGARDING MY (MMAT) META MATERIALS, INC. SHARES OF STOCKS.

| COMPANY NAME | DATE PURCHASE | QUANTITY OF SHARES | DESCRIPTION |
|---|---|---|---|
| TORCHLIGHT ENERGY RESOURCE | APRIL 16, 2021 THRU JUNE 22, 2021 | 26,200 | SHARES ACQUIRED DIRECTLY FROM TORCHLIGHT ENERGY RESOURCE, Inc. |
| TORCHLIGHT/META MATERIALS | JUNE 28, 2021 | 13,100 | UPON MERGER REVERSED SPLIT WAS EXECUTED IN HALF $\frac{26,200}{2} = 13,100$ |
| META MATERIALS | JUNE 29, 2021 THRU JULY 07, 2021 | 15,006 | ADDITIONAL 1900 SHARES WERE ADDED |
| META MATERIALS | JAN. 29, 2024 | 150 | MMAT WAS REVERSELY SPLIT BY 100 TIMES $\frac{15,000}{100} = 150$ |

ATTACHED, SELF ADDRESS MAIL ENVELOPE IF YOU NEED TO SEND ME ANY INFORMATION OR RECEIPT.

YOLANDA S. JIAO       CEL # 818-219-1157
FIDELITY INVESTMENT   # 1-800-835-5097

THANK YOU FOR YOUR KIND ASSISTANCE IN THIS MATTER.

SINCERELY

*[signature]*
YOLANDA S. JIAO



INVESTMENT REPORT
March 1, 2024 - March 31, 2024

FIDELITY
PREMIUM SERVICES℠

Account # 345-813255
YOLANDA JIAO - TRADITIONAL IRA

## Holdings

### Stocks

| Description | Beginning Market Value Mar 1, 2024 | Quantity Mar 31, 2024 | Price Per Unit Mar 31, 2024 | Ending Market Value Mar 31, 2024 | Cost | Unrealized Gain/Loss Mar 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| IONLINE BK LTD SPON ADS EACH REPR 15 ORD SHS (BLRX) | $1,330.00 | 1,000.000 | $1.1200 | $1,120.00 | $4,039.00 | -$2,919.00 | |
| META MATERIALS INC COM NEW ISIN #US59134N8025 SEDOL #BQ87J54 (MMAT) | 445.50 | 150.000 | 3.0700 | 460.50 | 76,125.00 | -75,664.50 | |
| NEXT BRIDGE HYDROCARBONS INC $00001 NEVADA | unavailable | 20,200.000 | | unavailable | 76,849.00 | unavailable | |
| Total Common Stock (100% of account holdings) | $1,775.50 | | | $1,580.50 | $156,013.00 | -$78,583.58 | |
| Total Stocks (70% of account holdings) | $1,775.50 | | | $1,580.50 | $156,013.00 | -$78,583.58 | |

**Total Holdings** | | | | $85,230.02 | $103,058.00 | -$71,238.22 | $139.28

All positions held in cash account unless indicated otherwise.

EAI    Estimated Annual Income (EAI) & Estimated Yield (EY) - EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short
& EY   positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal
       and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. For calculation details, refer to the
       "Additional Information and Endnotes" section.

Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.

6:35

< Inbox    **MMAT - Details**    ∧  ∨



**MMATQ**  $0.0610
Meta Materials  +$0.0000 (0.0000%)

Overview    Research    **Positions**

# TRADITIONAL IRA

**Details**

| | |
|---|---|
| Total value | $9.15 |
| Shares owned | 150 |
| Average cost | $507.50 |
| Total gain/loss | -$76,115.93 (-99.99%) |
| Today's gain/loss | $0.00 (0.00%) |

As of Dec-02-2024 11:48 p.m. ET

**Purchase history**

| Acquired ▲ | Quantity | Average cost | |
|---|---|---|---|
| Apr-16-2021 | 25 | $248.28 | -$6,20 |
| May-04-2021 | 25 | $313.30 | -$7,83 |
| May-12-2021 | 25 | $330.04 | -$8,24 |

[ Buy ]    [ Sell ]

Sent from my iPhone

6:35

&lt; Inbox     **MMAT - Details**    ∧ ∨
         3 Messages

**MMATQ**             $0.0610
Meta Materials     +$0.0000 (0.0000%)

| Overview | Research | Positions | |
|---|---|---|---|
| Jun-02-2021 | 30 | $478.71 | -$14,359.4 |
| Jun-14-2021 | 5 | $606.81 | -$3,033.7 |
| Jun-16-2021 | 5 | $1,047.03 | -$5,234.8 |
| Jun-17-2021 | 10 | $886.83 | -$8,867.6 |
| Jun-21-2021 | 1.75 | $1,738.06 | -$3,041.49 |
| Jun-22-2021 | 3.25 | $1,682.31 | -$5,467.30 |
| Jun-22-2021 | 1 | $1,245.76 | -$1,245.70 |
| Jun-29-2021 | 1 | $705.50 | -$705.4 |
| Jul-02-2021 | 1 | $678.50 | -$678.4 |
| Jul-02-2021 | 1 | $676.50 | -$676.4 |

[ Buy ]     [ Sell ]

   

Outlook

(No subject)

From: AC <anmc2654@yahoo.com>
Date: Tue 12/3/2024 8:37 AM
To: Amanda Capuno <ACapuno@dm.recovery.gov>

CAUTION: External Email. Proceed Responsibly.

6:34

< Inbox    3 Messages
MMAT - Details

✕    MMATQ

**MMATQ**    $0.0610
Meta Materials    +$0.0000 (0.0000%)

Overview    Research    **Positions**

| Date | Research | Price | Change |
|---|---|---|---|
| Jul-02-2021 | 1 | $676.50 | -$676.4 |
| Jul-02-2021 | 1 | $678.99 | -$678.9 |
| Jul-02-2021 | 3 | $688.50 | -$2,065.3 |
| Jul-02-2021 | 4 | $685.00 | -$2,739.7 |
| Jul-02-2021 | 2 | $673.47 | -$1,346.8 |
| Jul-07-2021 | 1 | $608.00 | -$607.9 |
| Jul-07-2021 | 5 | $616.19 | -$3,080.6 |

Content and data provided by various third parties at Fidelity

Additional important information



