NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor: Meta Materials, Inc

Case Number: 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):
Hiep Phan
150 Canal PL.
Fayetteville, GA. 30215

Telephone Number: (404) 542-1224

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 17 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.**

Account or other number by which Interest holder identifies Debtor: 5KU-81126-16

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: ____________
☐ amends a previously filed Proof of Interest dated: ____________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Webull Financial LLC
44 Wall Street, 2nd Floor
New York, NY. 10005

**Telephone Number:** 1(888) 828-0618

3. **Date Equity Interest was acquired:**
6/1/2021 - 1/31/2024
See Attached Documentation

4. **Total amount of member interest:** 112,500.00 Shares
$ 220,972.80 Lost

5. **Certificate number(s):** ____________

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor.
☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Hiep Phan
Title:
Company:__ Address and telephone number (if different from notice address above):

(Signature) [signature] (Date) 12/12/2024

Telephone number: (404) 542-1224 email: hiep1982@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form Save Form Clear Form

I N D I V I D U A L A C C O U N T

*June 1, 2021 - June 30, 2021*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**



Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**HIEP PHAN**

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| CLOVER HEALTH INVESTMENTS CORP CLASS A COMMON STOCK | CLOV | M | 438 | $13.32 | $5,834.16 | | N/A | | 3.258% |
| CASTOR MARITIME INC COMMON SHARES | CTRM | M | 1,000 | 2.605 | 2,605.00 | 3,585.00 | -27 | | 1.455 |
| DELTA AIR LINES INC DEL COM | DAL | M | 43 | 43.26 | 1,860.18 | 2,050.24 | -9 | | 1.039 |
| GENIUS BRANDS INTERNATIONAL INC COMMON STOCK | GNUS | M | 372 | 1.84 | 684.48 | 654.72 | 5 | | .382 |
| META MATLS INC COMMON STOCK | MMAT | M | 12,500 | 7.49 | 93,625.00 | | N/A | | 52.284 |
| NANO DIMENSION LTD AMERICAN DEPOSITARY SHARES | NNDM | M | 3,251 | 8.24 | 26,788.24 | 23,082.10 | 16 | | 14.960 |
| PALANTIR TECHNOLOGIES INC CLASS A COMMON STOCK | PLTR | M | 330 | 26.36 | 8,698.80 | 7,711.20 | 13 | | 4.858 |
| WTS OASIS PETE INC NEW WARRANT EXP 11/19/2024 | OASPW | M | 151 | 22.00 | 3,322.00 | 2,491.50 | 33 | | 1.855 |
| TARONIS TECHNOLOGIES INC COMMON STOCK | TRNX | M | 9,017 | 0.031 | 281.33 | 217.76 | 29 | | .157 |
| **Total Equities** | | | | | **$143,699.19** | | | | **80.248%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$-35,369.89** | | | | **19.752%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$108,329.30** | | | | |

*June 1, 2021 - June 30, 2021*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**HIEP PHAN**

INDIVIDUAL ACCOUNT

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 06/18/21 | M | AMC ENTERTAINMENT HOLDINGS INC CL A COM CUSIP: 00165C104 | 300 | 55.17 | 16,551.00 | |
| BOUGHT | 06/18/21 | M | TORCHLIGHT ENERGY RESOURCES. INC CUSIP: 89102U103 | 3,000 | 5.561023 | 16,683.07 | |
| SOLD | 06/18/21 | M | AMC ENTERTAINMENT HOLDINGS INC CL A COM CUSIP: 00165C104 | 600 | 55.25 | | 33,149.76 |
| BOUGHT | 06/21/21 | M | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 2,000 | 5.02 | 10,040.00 | |
| BOUGHT | 06/21/21 | M | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 2,000 | 4.96915 | 9,938.30 | |
| BOUGHT | 06/21/21 | M | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 2,000 | 5.17 | 10,340.00 | |
| BOUGHT | 06/21/21 | M | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 2,000 | 5.16 | 10,320.00 | |
| BOUGHT | 06/21/21 | M | URBAN ONE INC CLASS A COMMON STOCK CUSIP: 91705J105 | 2,000 | 13.26485 | 26,529.70 | |
| SOLD | 06/21/21 | M | AMC ENTERTAINMENT HOLDINGS INC CL A COM CUSIP: 00165C104 | 600 | 56.0518 | | 33,630.83 |
| SOLD | 06/21/21 | M | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 5,000 | 5.28 | | 26,399.26 |

*June 1, 2021 - June 30, 2021*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**HIEP PHAN**

INDIVIDUAL ACCOUNT

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 06/24/21 | M | AMC ENTERTAINMENT HOLDINGS INC<br>CL A COM<br>CUSIP: 00165C104 | 900 | 58.08 | | 52,271.62 |
| **Total Buy / Sell Transactions** | | | | | | **1,271,856.60** | **1,163,257.99** |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 06/22/21 | M | ACH DEPOSIT<br>SEN(20210622082879) | | | | $15,000.00 |
| ACH | 06/28/21 | M | ACH DEPOSIT<br>SEN(20210628161332) | | | | 20,000.00 |
| **Total Funds Paid And Received** | | | | | | | **$35,000.00** |
| **DEBIT INTEREST** | | | | | | | |
| INTEREST | 06/16/21 | M | FROM 05/16 THRU 06/15 @ 5.450%<br>BAL 23,357 AVBAL 38,326 | | | $179.87 | |
| **Total Debit Interest** | | | | | | **$179.87** | |
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| REV SPLIT | 06/25/21 | M | META MATLS INC<br>COM<br>RESULT OF REVERSE SPLIT<br>CUSIP: 59134N104 | 12,500 | | | |

I N D I V I D U A L   A C C O U N T

*June 1, 2021 - June 30, 2021*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**

**HIEP PHAN**



Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **MISCELLANEOUS TRANSACTIONS** (continued) | | | | | | | |
| REV SPLIT | 06/25/21 | M | TORCHLIGHT ENERGY RESOURCES INC REVERSE SPLIT @ 1:2 INTO 59134N104 CUSIP: 89102U103 | -25,000 | | | |
| **Total Miscellaneous Transactions** | | | | | | | |

INDIVIDUAL ACCOUNT

*February 1, 2022 - February 28, 2022*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**HIEP PHAN**

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC<br>COMMON STOCK | MMAT | M | 19,170 | $2.15 | $41,215.50 | $20,875.00 | 97% | | 41.764% |
| META MATLS INC<br>PFD SER A | MMTLP | M | 25,000 | 1.94 | 48,500.00 | 32,500.00 | 49 | | 49.146 |
| TARONIS TECHNOLOGIES INC<br>COMMON STOCK | TRNX | M | 9,017 | 0.001 | 8.12 | 0.90 | 802 | | .008 |
| VINCO VENTURES INC<br>COMMON STOCK | BBIG | M | 3,500 | 2.56 | 8,960.00 | 11,515.00 | -22 | | 9.079 |
| CALL BBIG 03/04/22 5.50<br>VINCO VENTURES INC<br>EXP 03/04/2022 | 9GPHMHO | M | -35 | 0.00 | -0.35 | | N/A | | .000 |
| **Total Equities** | | | | | **$98,683.62** | | | | **99.998%** |
| **Total Options** | | | | | **$-0.35** | | | | |
| **Total Cash (Net Portfolio Balance)** | | | | | **$1.56** | | | | **0.002%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$98,684.83** | | | | |

INDIVIDUAL ACCOUNT

*February 1, 2022 - February 28, 2022*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**HIEP PHAN**

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 02/07/22 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 85 | $1.69 | $143.65 | |
| BOUGHT | 02/07/22 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 500 | 1.70 | 850.00 | |
| BOUGHT | 02/07/22 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 2,900 | 1.69 | 4,901.00 | |
| SOLD | 02/11/22 | M | CALL BBIG 02/18/22 6.50 VINCO VENTURES INC OPEN CONTRACT Security Number: 9NRNQS3 | 35 | 0.06 | | 208.19 |
| BOUGHT | 02/15/22 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 15 | 1.8778 | 28.17 | |
| BOUGHT | 02/15/22 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 104 | 1.745 | 181.48 | |
| SOLD | 02/23/22 | M | CALL BBIG 03/04/22 5.50 VINCO VENTURES INC OPEN CONTRACT Security Number: 9GPHMH0 | 35 | 0.049143 | | 170.19 |
| BOUGHT | 02/24/22 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 8 | 1.6799 | 13.44 | |
| BOUGHT | 02/24/22 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 99 | 1.7199 | 170.27 | |

*February 1, 2022 - February 28, 2022*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**HIEP PHAN**

INDIVIDUAL ACCOUNT

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 02/24/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 2,959 | 1.685 | 4,985.92 | |
| **Total Buy / Sell Transactions** | | | | | | **$11,273.93** | **$378.38** |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 02/03/22 | M | ACH DEPOSIT<br>SEN(20220203055060) | | | | $5,000.00 |
| ACH | 02/22/22 | M | ACH DEPOSIT<br>SEN(20220222198150) | | | | 5,000.00 |
| **Total Funds Paid And Received** | | | | | | | **$10,000.00** |
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| EXPIRED | 02/18/22 | M | CALL BBIG 02/18/22 6.50<br>VINCO VENTURES INC<br>OPTION EXPIRATION - EXPIRED<br>Security Number: 9NRNQS3 | 35 | | | |
| **Total Miscellaneous Transactions** | | | | | | | |

I N D I V I D U A L   A C C O U N T

*May 1, 2022 - May 31, 2022*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**

**HIEP PHAN**



Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | M | 23,519 | $1.92 | $45,156.48 | $23,008.80 | 96% | | 52.795% |
| CALL MMAT 07/15/22 8 META MATLS INC EXP 07/15/2022 | 9KHPTS2 | M | -230 | 0.01 | -234.60 | | N/A | | .274 |
| META MATLS INC PFD SER A | MMTLP | M | 25,000 | 1.28 | 32,000.00 | 31,500.00 | 2 | | 37.413 |
| MOLECULAR DATA INC AMERICAN DEPOSITARY SHARES | MKD | M | 104 | 0.864 | 89.80 | | N/A | | .105 |
| VINCO VENTURES INC COMMON STOCK | BBIG | M | 3,500 | 2.30 | 8,050.00 | 8,680.00 | -7 | | 9.412 |
| **Total Equities** | | | | | **$85,296.28** | | | | **99.726%** |
| **Total Options** | | | | | **$-234.60** | | | | **0.274%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$0.18** | | | | |
| **TOTAL PRICED PORTFOLIO** | | | | | **$85,061.86** | | | | |

INDIVIDUAL ACCOUNT

*May 1, 2022 - May 31, 2022*

PAGE 3 OF 10

ACCOUNT NUMBER **5KU-81126-16 RR WEA**

**HIEP PHAN**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| SOLD | 05/03/22 | M | CALL BBIG 05/13/22 6<br>VINCO VENTURES INC<br>OPEN CONTRACT<br>Security Number: 9SPZGN9 | 35 | $0.03 | | $103.19 |
| BOUGHT | 05/06/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 87 | 1.1882 | 103.37 | |
| BOUGHT | 05/09/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 2,083 | 1.2099 | 2,520.22 | |
| BOUGHT | 05/12/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 2,175 | 1.1392 | 2,477.76 | |
| SOLD | 05/13/22 | M | CALL MMAT 07/15/22 8<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 9KHPTS2 | 230 | 0.03 | | 678.19 |
| SOLD | 05/17/22 | M | CALL BBIG 05/27/22 6<br>VINCO VENTURES INC<br>OPEN CONTRACT<br>AVERAGE PRICE TRADE<br>DETAILS AVAILABLE UPON REQUEST<br>Security Number: 9SPJZX4 | 35 | 0.07657143 | | 266.19 |
| **Total Buy / Sell Transactions** | | | | | | **$5,101.35** | **$1,047.57** |

INDIVIDUAL ACCOUNT

*June 1, 2022 - June 30, 2022*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**

**HIEP PHAN**



Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMAZON.COM INC | AMZN | M | 50 | $106.21 | $5,310.50 | | N/A | | 6.498% |
| META MATLS INC COMMON STOCK | MMAT | M | 28,519 | 1.03 | 29,374.57 | 45,156.48 | -35 | | 35.941 |
| CALL MMAT 07/15/22 8 META MATLS INC EXP 07/15/2022 | 9KHPTS2 | M | -230 | 0.006 | -128.80 | -234.60 | 45 | | .158 |
| META MATLS INC PFD SER A | MMTLP | M | 25,000 | 1.545 | 38,625.00 | 32,000.00 | 21 | | 47.259 |
| MOLECULAR DATA INC AMERICAN DEPOSITARY SHARES | MKD | M | 104 | 0.561 | 58.34 | 89.80 | -35 | | .071 |
| VINCO VENTURES INC COMMON STOCK | BBIG | M | 3,500 | 1.38 | 4,830.00 | 8,050.00 | -40 | | 5.910 |
| **Total Equities** | | | | | **$78,908.91** | | | | **96.547%** |
| **Total Options** | | | | | **$-128.80** | | | | **0.158%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$-2,693.22** | | | | **3.295%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$76,086.89** | | | | |

*June 1, 2022 - June 30, 2022*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**HIEP PHAN**

INDIVIDUAL ACCOUNT

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 06/09/22 | M | AMAZON.COM INC<br>CUSIP: 023135106 | 100 | $122.1182 | $12,211.82 | |
| BOUGHT | 06/14/22 | M | AMAZON.COM INC<br>CUSIP: 023135106 | 50 | 110.21 | 5,510.50 | |
| BOUGHT | 06/28/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 2,000 | 1.16 | 2,320.00 | |
| BOUGHT | 06/28/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 3,000 | 1.3899 | 4,169.70 | |
| SOLD | 06/28/22 | M | AMAZON.COM INC<br>CUSIP: 023135106 | 100 | 115.2405 | | 11,523.77 |
| **Total Buy / Sell Transactions** | | | | | | **$24,212.02** | **$11,523.77** |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 06/07/22 | M | ACH DEPOSIT<br>SEN(20220607438255) | | | | $10,000.00 |
| **Total Funds Paid And Received** | | | | | | | **$10,000.00** |
| **DEBIT INTEREST** | | | | | | | |
| INTEREST | 06/16/22 | M | FROM 05/16 THRU 06/15 @ 6.990%<br>BAL 7,722 AVBAL 854 | | | $5.15 | |
| **Total Debit Interest** | | | | | | **$5.15** | |

*July 1, 2022 - July 31, 2022*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**

**HIEP PHAN**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

I N D I V I D U A L A C C O U N T

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| CRYPTYDE INC COMMON STOCK | TYDE | M | 350 | $1.11 | $388.50 | | N/A | | .586% |
| META MATLS INC COMMON STOCK | MMAT | M | 30,000 | 0.90 | 27,000.00 | 29,374.57 | -8 | | 40.720 |
| META MATLS INC PFD SER A | MMTLP | M | 25,000 | 1.38 | 34,500.00 | 38,625.00 | -11 | | 52.031 |
| MOLECULAR DATA INC AMERICAN DEPOSITARY SHARES | MKD | M | 104 | 0.486 | 50.56 | 58.34 | -13 | | .076 |
| VINCO VENTURES INC COMMON STOCK | BBIG | M | 3,500 | 0.76 | 2,660.00 | 4,830.00 | -45 | | 4.012 |
| **Total Equities** | | | | | **$64,599.06** | | | | **97.426%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$1,706.95** | | | | **2.574%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$66,306.01** | | | | |

INDIVIDUAL ACCOUNT

*July 1, 2022 - July 31, 2022*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**HIEP PHAN**

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 07/05/22 | M | CRYPTYDE INC<br>COMMON STOCK<br>SPINOFF ON 3500 SHS<br>VINCO VENTURES INC<br>REC 05/18/22 PAY 06/29/22<br>CUSIP: 22890A104 | 350 | | | |
| BOUGHT | 07/20/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1,481 | 0.9624 | 1,425.31 | |
| SOLD | 07/20/22 | M | AMAZON.COM INC<br>CUSIP: 023135106 | 50 | 117.05 | | 5,852.35 |
| **Total Buy / Sell Transactions** | | | | | | **$1,425.31** | **$5,852.35** |
| **DEBIT INTEREST** | | | | | | | |
| INTEREST | 07/18/22 | M | FROM 06/16 THRU 07/15 @ 6.990%<br>BAL 2,693 AVBAL 4,706 | | | $27.42 | |
| **Total Debit Interest** | | | | | | **$27.42** | |
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| EXPIRED | 07/15/22 | M | CALL MMAT 07/15/22 8<br>META MATLS INC<br>OPTION EXPIRATION - EXPIRED<br>Security Number: 9KHPTS2 | 230 | | | |

*October 1, 2022 - October 31, 2022*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**

**HIEP PHAN**



Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

INDIVIDUAL ACCOUNT

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | M | 1,000 | $6.66 | $6,660.00 | $7,667.00 | -13% | | 2.513% |
| AMERICAN VIRTUAL CLOUD TECHNOLOGIES INC COM NEW | AVCT | M | 2,000 | 1.18 | 2,360.00 | 6,048.00 | -61 | | .890 |
| META MATLS INC COMMON STOCK | MMAT | M | 37,000 | 1.06 | 39,220.00 | 19,473.00 | 101 | | 14.797 |
| META MATLS INC PFD SER A | MMTLP | M | 25,000 | 6.85 | 171,250.00 | 38,500.00 | 345 | | 64.610 |
| MULLEN AUTOMOTIVE INC COMMON STOCK | MULN | M | 10,000 | 0.477 | 4,764.00 | | N/A | | 1.797 |
| NEWAGE INC COMMON STOCK | NBEVQ | M | 25,000 | 0.007 | 175.00 | 250.00 | -30 | | .066 |
| SMILEDIRECTCLUB INC CLASS A COMMON STOCK | SDC | M | 8,000 | 0.72 | 5,760.80 | 7,243.20 | -20 | | 2.173 |
| TESLA INC COMMON STOCK | TSLA | M | 100 | 227.54 | 22,754.00 | | N/A | | 8.585 |
| VINCO VENTURES INC COMMON STOCK | BBIG | M | 3,500 | 0.912 | 3,190.60 | 3,259.20 | -2 | | 1.204 |
| **Total Equities** | | | | | **$256,134.40** | | | | **96.636%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$-8,916.93** | | | | **3.364%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$247,217.47** | | | | |

INDIVIDUAL ACCOUNT

*October 1, 2022 - October 31, 2022*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**

**HIEP PHAN**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 10/03/22 | M | TESLA INC COMMON STOCK CUSIP: 88160R101 | 78 | $267.95 | $20,900.10 | |
| BOUGHT | 10/03/22 | M | TESLA INC COMMON STOCK CUSIP: 88160R101 | 78 | 268.23 | 20,921.94 | |
| SOLD | 10/03/22 | M | TESLA INC COMMON STOCK CUSIP: 88160R101 | 78 | 268.64 | | 20,953.43 |
| SOLD | 10/03/22 | M | TESLA INC COMMON STOCK CUSIP: 88160R101 | 78 | 268.613077 | | 20,951.33 |
| BOUGHT | 10/04/22 | M | TESLA INC COMMON STOCK CUSIP: 88160R101 | 20 | 266.81 | 5,336.20 | |
| BOUGHT | 10/04/22 | M | TESLA INC COMMON STOCK CUSIP: 88160R101 | 30 | 268.0699 | 8,042.10 | |
| BOUGHT | 10/04/22 | M | TESLA INC COMMON STOCK CUSIP: 88160R101 | 30 | 266.76 | 8,002.80 | |
| BOUGHT | 10/04/22 | M | TESLA INC COMMON STOCK CUSIP: 88160R101 | 40 | 266.70 | 10,668.00 | |
| BOUGHT | 10/04/22 | M | TESLA INC COMMON STOCK CUSIP: 88160R101 | 40 | 265.2277 | 10,609.11 | |
| SOLD | 10/04/22 | M | TESLA INC COMMON STOCK CUSIP: 88160R101 | 40 | 267.91 | | 10,716.14 |

*October 1, 2022 - October 31, 2022*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**HIEP PHAN**

INDIVIDUAL ACCOUNT

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 10/04/22 | M | TESLA INC COMMON STOCK CUSIP: 88160R101 | 40 | 267.55 | | 10,701.74 |
| BOUGHT | 10/05/22 | M | TESLA INC COMMON STOCK CUSIP: 88160R101 | 50 | 246.58 | 12,329.00 | |
| BOUGHT | 10/07/22 | M | TESLA INC COMMON STOCK CUSIP: 88160R101 | 12 | 234.6299 | 2,815.56 | |
| BOUGHT | 10/18/22 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1,000 | 0.8914 | 891.40 | |
| BOUGHT | 10/18/22 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 5,000 | 0.9601 | 4,800.50 | |
| BOUGHT | 10/21/22 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1,000 | 0.89 | 890.00 | |
| BOUGHT | 10/28/22 | M | MULLEN AUTOMOTIVE INC COMMON STOCK CUSIP: 62526P109 | 100 | 0.4922 | 49.22 | |
| BOUGHT | 10/28/22 | M | MULLEN AUTOMOTIVE INC COMMON STOCK CUSIP: 62526P109 | 267 | 0.4924 | 131.47 | |
| BOUGHT | 10/28/22 | M | MULLEN AUTOMOTIVE INC COMMON STOCK CUSIP: 62526P109 | 1,000 | 0.4922 | 492.20 | |
| BOUGHT | 10/28/22 | M | MULLEN AUTOMOTIVE INC COMMON STOCK CUSIP: 62526P109 | 1,000 | 0.5049 | 504.90 | |

I N D I V I D U A L A C C O U N T

*October 1, 2022 - October 31, 2022*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**HIEP PHAN**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 10/28/22 | M | MULLEN AUTOMOTIVE INC COMMON STOCK CUSIP: 62526P109 | 2,000 | 0.4807 | 961.40 | |
| BOUGHT | 10/28/22 | M | MULLEN AUTOMOTIVE INC COMMON STOCK CUSIP: 62526P109 | 2,633 | 0.483 | 1,271.74 | |
| BOUGHT | 10/28/22 | M | MULLEN AUTOMOTIVE INC COMMON STOCK CUSIP: 62526P109 | 3,000 | 0.4839 | 1,451.70 | |
| SOLD | 10/28/22 | M | AMC ENTERTAINMENT HOLDINGS INC CL A COM CUSIP: 00165C104 | 100 | 6.8301 | | 682.98 |
| SOLD | 10/28/22 | M | TESLA INC COMMON STOCK CUSIP: 88160R101 | 1 | 224.2011 | | 224.18 |
| SOLD | 10/28/22 | M | TESLA INC COMMON STOCK CUSIP: 88160R101 | 10 | 229.4401 | | 2,294.33 |
| SOLD | 10/28/22 | M | TESLA INC COMMON STOCK CUSIP: 88160R101 | 11 | 224.14 | | 2,465.47 |
| SOLD | 10/28/22 | M | TESLA INC COMMON STOCK CUSIP: 88160R101 | 20 | 227.76 | | 4,555.08 |
| **Total Buy / Sell Transactions** | | | | | | **$111,069.34** | **$73,544.68** |

*October 1, 2022 - October 31, 2022*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**



Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**HIEP PHAN**

INDIVIDUAL ACCOUNT

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 10/03/22 | M | ACH DEPOSIT SEN(20221003261040) | | | | $8,000.00 |
| ACH | 10/11/22 | M | ACH DEPOSIT SEN(20221010367869) | | | | 1,000.00 |
| ACH | 10/12/22 | M | ACH DEPOSIT SEN(20221011302254) | | | | 1,000.00 |
| ACH | 10/12/22 | M | ACH DEPOSIT SEN(20221012148484) | | | | 1,000.00 |
| ACH | 10/14/22 | M | ACH DEPOSIT SEN(20221014346702) | | | | 5,000.00 |
| ACH | 10/21/22 | M | ACH DEPOSIT SEN(20221021140635) | | | | 1,000.00 |
| **Total Funds Paid And Received** | | | | | | | **$17,000.00** |
| **DEBIT INTEREST** | | | | | | | |
| INTEREST | 10/17/22 | M | FROM 09/16 THRU 10/15 @ 6.990% BAL 8,662 AVBAL 5,534 | | | $32.24 | |
| **Total Debit Interest** | | | | | | **$32.24** | |

▶ EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 10/28/22 | 11/01/22 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1,000 | $0.9968 | $996.80 | |

*October 1, 2022 - October 31, 2022*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**

**HIEP PHAN**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

INDIVIDUAL ACCOUNT

▶ EXECUTED TRADES PENDING SETTLEMENT (CONTINUED)

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 10/28/22 | 11/01/22 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 2,000 | 1.0191 | 2,038.20 | |
| BOUGHT | 10/28/22 | 11/01/22 | M | MULLEN AUTOMOTIVE INC COMMON STOCK CUSIP: 62526P109 | 1,000 | 0.4933 | 493.30 | |
| BOUGHT | 10/28/22 | 11/01/22 | M | MULLEN AUTOMOTIVE INC COMMON STOCK CUSIP: 62526P109 | 2,000 | 0.4741 | 948.20 | |
| BOUGHT | 10/28/22 | 11/01/22 | M | MULLEN AUTOMOTIVE INC COMMON STOCK CUSIP: 62526P109 | 2,000 | 0.4833 | 966.60 | |
| SOLD | 10/28/22 | 11/01/22 | M | TESLA INC COMMON STOCK CUSIP: 88160R101 | -10 | 227.53 | | 2,275.23 |
| SOLD | 10/28/22 | 11/01/22 | M | TESLA INC COMMON STOCK CUSIP: 88160R101 | -20 | 225.72 | | 4,514.28 |
| **Total Executed Trades Pending Settlement** | | | | | | | **$5,443.10** | **$6,789.51** |

*November 1, 2022 - November 30, 2022*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

INDIVIDUAL ACCOUNT

**HIEP PHAN**

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | M | 1,000 | $7.23 | $7,230.00 | $6,660.00 | 9% | | 2.338% |
| AMERICAN VIRTUAL CLOUD TECHNOLOGIES INC COM NEW | AVCT | M | 2,000 | 1.12 | 2,240.00 | 2,360.00 | -5 | | .724 |
| HUADI INTERNATIONAL GROUP CO LTD ORDINARY SHARES | HUDI | M | 200 | 8.00 | 1,600.00 | | N/A | | .517 |
| META MATLS INC COMMON STOCK | MMAT | M | 44,069 | 1.90 | 83,731.10 | 39,220.00 | 113 | | 27.080 |
| META MATLS INC PFD SER A | MMTLP | M | 25,000 | 8.17 | 204,250.00 | 171,250.00 | 19 | | 66.058 |
| MULLEN AUTOMOTIVE INC COMMON STOCK | MULN | M | 15,000 | 0.192 | 2,881.50 | 4,764.00 | -40 | | .932 |
| NEWAGE INC COMMON STOCK | NBEVQ | M | 25,000 | 0.002 | 50.00 | 175.00 | -71 | | .016 |
| SMILEDIRECTCLUB INC CLASS A COMMON STOCK | SDC | M | 8,000 | 0.608 | 4,864.80 | 5,760.80 | -16 | | 1.573 |
| VINCO VENTURES INC COMMON STOCK | BBIG | M | 3,500 | 0.67 | 2,347.10 | 3,190.60 | -26 | | .759 |
| **Total Equities** | | | | | **$309,194.50** | | | | **100.000%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$1.16** | | | | |
| **TOTAL PRICED PORTFOLIO** | | | | | **$309,195.66** | | | | |

*November 1, 2022 - November 30, 2022*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**HIEP PHAN**

INDIVIDUAL ACCOUNT

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 11/01/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1,000 | $0.9968 | $996.80 | |
| BOUGHT | 11/01/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 2,000 | 1.0191 | 2,038.20 | |
| BOUGHT | 11/01/22 | M | MULLEN AUTOMOTIVE INC<br>COMMON STOCK<br>CUSIP: 62526P109 | 1,000 | 0.4933 | 493.30 | |
| BOUGHT | 11/01/22 | M | MULLEN AUTOMOTIVE INC<br>COMMON STOCK<br>CUSIP: 62526P109 | 2,000 | 0.4741 | 948.20 | |
| BOUGHT | 11/01/22 | M | MULLEN AUTOMOTIVE INC<br>COMMON STOCK<br>CUSIP: 62526P109 | 2,000 | 0.4833 | 966.60 | |
| SOLD | 11/01/22 | M | TESLA INC<br>COMMON STOCK<br>CUSIP: 88160R101 | 10 | 227.53 | | 2,275.23 |
| SOLD | 11/01/22 | M | TESLA INC<br>COMMON STOCK<br>CUSIP: 88160R101 | 20 | 225.72 | | 4,514.28 |
| SOLD | 11/03/22 | M | TESLA INC<br>COMMON STOCK<br>CUSIP: 88160R101 | 20 | 235.93 | | 4,718.48 |
| BOUGHT | 11/09/22 | M | HUADI INTERNATIONAL GROUP<br>CO LTD ORDINARY SHARES<br>CUSIP: G4645E105 | 100 | 16 | 1,600.00 | |
| BOUGHT | 11/09/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 500 | 1.4297 | 714.85 | |

INDIVIDUAL ACCOUNT

*November 1, 2022 - November 30, 2022*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**



Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**HIEP PHAN**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 11/09/22 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1,000 | 1.3993 | 1,399.30 | |
| BOUGHT | 11/09/22 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1,500 | 1.53 | 2,295.00 | |
| SOLD | 11/09/22 | M | TESLA INC COMMON STOCK CUSIP: 88160R101 | 20 | 199.2103 | | 3,984.10 |
| SOLD | 11/09/22 | M | TESLA INC COMMON STOCK CUSIP: 88160R101 | 30 | 199.25 | | 5,977.35 |
| BOUGHT | 11/10/22 | M | HUADI INTERNATIONAL GROUP CO LTD ORDINARY SHARES CUSIP: G4645E105 | 100 | 16.01 | 1,601.00 | |
| BOUGHT | 11/10/22 | M | HUADI INTERNATIONAL GROUP CO LTD ORDINARY SHARES CUSIP: G4645E105 | 100 | 16.3325 | 1,633.25 | |
| SOLD | 11/10/22 | M | HUADI INTERNATIONAL GROUP CO LTD ORDINARY SHARES CUSIP: G4645E105 | 100 | 19.21 | | 1,920.94 |
| SOLD | 11/10/22 | M | HUADI INTERNATIONAL GROUP CO LTD ORDINARY SHARES CUSIP: G4645E105 | 100 | 18 | | 1,799.94 |
| BOUGHT | 11/14/22 | M | HUADI INTERNATIONAL GROUP CO LTD ORDINARY SHARES CUSIP: G4645E105 | 100 | 11.8117 | 1,181.17 | |

*November 1, 2022 - November 30, 2022*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**

**HIEP PHAN**



Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

INDIVIDUAL ACCOUNT

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 11/14/22 | M | CALL AMC 11/25/22 12<br>AMC ENTERTAINMENT HOLDINGS INC<br>OPEN CONTRACT<br>Security Number: 9719410 | 10 | 0.10 | | 99.59 |
| BOUGHT | 11/15/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 300 | 1.3092 | 392.76 | |
| BOUGHT | 11/22/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 700 | 1.6199 | 1,133.93 | |
| BOUGHT | 11/29/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 69 | 1.9292 | 133.11 | |
| **Total Buy / Sell Transactions** | | | | | | **$17,527.47** | **$25,289.91** |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 11/18/22 | M | ACH DEPOSIT<br>SEN(20221118333134) | | | | $1,200.00 |
| **Total Funds Paid And Received** | | | | | | | **$1,200.00** |
| **DEBIT INTEREST** | | | | | | | |
| INTEREST | 11/16/22 | M | FROM 10/16 THRU 11/15 @ 6.990%<br>BAL 112- AVBAL 7,367 | | | $44.35 | |
| **Total Debit Interest** | | | | | | **$44.35** | |

*April 1, 2023 - April 30, 2023*

PAGE 2 OF 14

ACCOUNT NUMBER **5KU-81126-16 RR WEA**

**HIEP PHAN**



Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

INDIVIDUAL ACCOUNT

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | M | 1,000 | $5.50 | $5,500.00 | $5,010.00 | 10% | | 21.590% |
| AMERICAN VIRTUAL CLOUD TECHNOLOGIES INC | AVCTQ | M | 2,000 | 0.195 | 390.00 | 236.20 | 65 | | 1.531 |
| MICROMOBILITY COM INC CLASS A COMMON STOCK | MCOM | M | 220 | 1.15 | 253.00 | 1,283.70 | -80 | | .993 |
| META MATLS INC COMMON STOCK | MMAT | M | 50,680 | 0.184 | 9,335.26 | 17,962.52 | -48 | | 36.645 |
| MULLEN AUTOMOTIVE INC COMMON STOCK | MULN | M | 15,000 | 0.077 | 1,153.50 | 1,969.50 | -41 | | 4.528 |
| NEWAGE INC COMMON STOCK | NBEVQ | M | 25,000 | 0.00 | 2.50 | | N/A | | .010 |
| SMILEDIRECTCLUB INC CLASS A COMMON STOCK | SDC | M | 8,000 | 0.40 | 3,199.20 | 3,440.00 | -7 | | 12.558 |
| VINCO VENTURES INC COMMON STOCK | BBIG | M | 3,500 | 0.183 | 641.20 | 1,124.55 | -43 | | 2.517 |
| NEXT BRIDGE HYDROCARBONS INC - A PRIVATE COMPANY - | 8AQ9903 | M | 25,000 | Not Available | | | N/A | | N/A |
| **Total Equities** | | | | | **$20,474.66** | | | | **80.372%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$5,000.16** | | | | **19.628%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$25,474.82** | | | | |

INDIVIDUAL ACCOUNT

*April 1, 2023 - April 30, 2023*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**



Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**HIEP PHAN**

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 04/05/23 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 300 | $0.462 | $138.60 | |
| BOUGHT | 04/05/23 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 5,631 | 0.4573 | 2,575.06 | |
| SOLD | 04/05/23 | M | GENIUS GROUP LIMITED<br>ORDINARY SHARES<br>CUSIP: Y3005A109 | 1 | 1.52 | | 1.50 |
| BOUGHT | 04/06/23 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 680 | 0.4549 | 309.33 | |
| **Total Buy / Sell Transactions** | | | | | | **$3,022.99** | **$1.50** |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 04/03/23 | M | ACH DEPOSIT<br>SEN(20230403452528) | | | | $3,000.00 |
| ACH | 04/27/23 | M | ACH DEPOSIT<br>SEN(20230427209635) | | | | 2,000.00 |
| ACH | 04/27/23 | M | ACH DEPOSIT<br>SEN(20230427210418) | | | | 3,000.00 |
| **Total Funds Paid And Received** | | | | | | | **$8,000.00** |

INDIVIDUAL ACCOUNT

*April 1, 2023 - April 30, 2023*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**

**HIEP PHAN**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** | | | | | | | |
| JOURNAL | 04/14/23 | O | AMC ENTERTAINMENT HOLDINGS INC CL A COM TO TYPE 7 FROM TYPE 2 FFS(215046519) CUSIP: 00165C104 | 1,000 | | | |
| JOURNAL | 04/14/23 | O | AMERICAN VIRTUAL CLOUD TECHNOLOGIES INC TO TYPE 7 FROM TYPE 2 FFS(215046520) CUSIP: 030382204 | 2,000 | | | |
| JOURNAL | 04/14/23 | O | MICROMOBILITY COM INC CLASS A COMMON STOCK TO TYPE 7 FROM TYPE 2 FFS(215046521) CUSIP: 42309B402 | 220 | | | |
| JOURNAL | 04/14/23 | O | META MATLS INC COMMON STOCK TO TYPE 7 FROM TYPE 2 FFS(215046522) CUSIP: 59134N104 | 50,680 | | | |
| JOURNAL | 04/14/23 | O | MULLEN AUTOMOTIVE INC COMMON STOCK TO TYPE 7 FROM TYPE 2 FFS(215046523) CUSIP: 62526P109 | 15,000 | | | |
| JOURNAL | 04/14/23 | O | SMILEDIRECTCLUB INC CLASS A COMMON STOCK TO TYPE 7 FROM TYPE 2 FFS(215046524) CUSIP: 83192H106 | 8,000 | | | |

INDIVIDUAL ACCOUNT

*April 1, 2023 - April 30, 2023*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**HIEP PHAN**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 04/14/23 | O | VINCO VENTURES INC<br>COMMON STOCK<br>TO TYPE 7 FROM TYPE 2<br>FFS(215046525)<br>CUSIP: 927330100 | 3,500 | | | |
| JOURNAL | 04/19/23 | M | AMC ENTERTAINMENT HOLDINGS INC<br>CL A COM<br>TFR TO TYPE 2<br>CUSIP: 00165C104 | 1,000 | | | |
| JOURNAL | 04/19/23 | M | AMERICAN VIRTUAL CLOUD<br>TECHNOLOGIES INC<br>TFR TO TYPE 2<br>CUSIP: 030382204 | 2,000 | | | |
| JOURNAL | 04/19/23 | M | MICROMOBILITY COM INC<br>CLASS A COMMON STOCK<br>TFR TO TYPE 2<br>CUSIP: 42309B402 | 220 | | | |
| JOURNAL | 04/19/23 | M | META MATLS INC<br>COMMON STOCK<br>TFR TO TYPE 2<br>CUSIP: 59134N104 | 50,680 | | | |
| JOURNAL | 04/19/23 | M | MULLEN AUTOMOTIVE INC<br>COMMON STOCK<br>TFR TO TYPE 2<br>CUSIP: 62526P109 | 15,000 | | | |
| JOURNAL | 04/19/23 | M | SMILEDIRECTCLUB INC<br>CLASS A COMMON STOCK<br>TFR TO TYPE 2<br>CUSIP: 83192H106 | 8,000 | | | |

*April 1, 2023 - April 30, 2023*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**HIEP PHAN**

INDIVIDUAL ACCOUNT

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 04/19/23 | M | VINCO VENTURES INC<br>COMMON STOCK<br>TFR TO TYPE 2<br>CUSIP: 927330100 | 3,500 | | | |
| JOURNAL | 04/14/23 | M | AMC ENTERTAINMENT HOLDINGS INC<br>CL A COM<br>FROM TYPE 2 TO TYPE 7<br>FFS(215046519)<br>CUSIP: 00165C104 | -1,000 | | | |
| JOURNAL | 04/14/23 | M | AMERICAN VIRTUAL CLOUD<br>TECHNOLOGIES INC<br>FROM TYPE 2 TO TYPE 7<br>FFS(215046520)<br>CUSIP: 030382204 | -2,000 | | | |
| JOURNAL | 04/14/23 | M | MICROMOBILITY COM INC<br>CLASS A COMMON STOCK<br>FROM TYPE 2 TO TYPE 7<br>FFS(215046521)<br>CUSIP: 42309B402 | -220 | | | |
| JOURNAL | 04/14/23 | M | META MATLS INC<br>COMMON STOCK<br>FROM TYPE 2 TO TYPE 7<br>FFS(215046522)<br>CUSIP: 59134N104 | -50,680 | | | |
| JOURNAL | 04/14/23 | M | MULLEN AUTOMOTIVE INC<br>COMMON STOCK<br>FROM TYPE 2 TO TYPE 7<br>FFS(215046523)<br>CUSIP: 62526P109 | -15,000 | | | |

*April 1, 2023 - April 30, 2023*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**HIEP PHAN**

INDIVIDUAL ACCOUNT

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 04/14/23 | M | SMILEDIRECTCLUB INC CLASS A COMMON STOCK FROM TYPE 2 TO TYPE 7 FFS(215046524) CUSIP: 83192H106 | -8,000 | | | |
| JOURNAL | 04/14/23 | M | VINCO VENTURES INC COMMON STOCK FROM TYPE 2 TO TYPE 7 FFS(215046525) CUSIP: 927330100 | -3,500 | | | |
| JOURNAL | 04/19/23 | O | AMC ENTERTAINMENT HOLDINGS INC CL A COM TFR FROM TYPE 7 CUSIP: 00165C104 | -1,000 | | | |
| JOURNAL | 04/19/23 | O | AMERICAN VIRTUAL CLOUD TECHNOLOGIES INC TFR FROM TYPE 7 CUSIP: 030382204 | -2,000 | | | |
| JOURNAL | 04/19/23 | O | MICROMOBILITY COM INC CLASS A COMMON STOCK TFR FROM TYPE 7 CUSIP: 42309B402 | -220 | | | |
| JOURNAL | 04/19/23 | O | META MATLS INC COMMON STOCK TFR FROM TYPE 7 CUSIP: 59134N104 | -50,680 | | | |
| JOURNAL | 04/19/23 | O | MULLEN AUTOMOTIVE INC COMMON STOCK TFR FROM TYPE 7 CUSIP: 62526P109 | -15,000 | | | |

INDIVIDUAL ACCOUNT

*April 1, 2023 - April 30, 2023*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**HIEP PHAN**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| JOURNAL | 04/19/23 | O | SMILEDIRECTCLUB INC CLASS A COMMON STOCK TFR FROM TYPE 7 CUSIP: 83192H106 | -8,000 | | | |
| JOURNAL | 04/19/23 | O | VINCO VENTURES INC COMMON STOCK TFR FROM TYPE 7 CUSIP: 927330100 | -3,500 | | | |
| **Total Securities Received And Delivered** | | | | | | | |

▶ EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 04/28/23 | 05/02/23 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 9,320 | $0.1923 | $1,792.24 | |
| **Total Executed Trades Pending Settlement** | | | | | | | **$1,792.24** | |

I N D I V I D U A L   A C C O U N T

*May 1, 2023 - May 31, 2023*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**HIEP PHAN**

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | M | 1,000 | $4.50 | $4,500.00 | $5,500.00 | -18% | | 18.273% |
| AMERICAN VIRTUAL CLOUD TECHNOLOGIES INC | 030382204 | M | 2,000 | 0.18 | 360.00 | 390.00 | -8 | | 1.462 |
| MICROMOBILITY COM INC CLASS A COMMON STOCK | MCOM | M | 220 | 0.342 | 75.24 | 253.00 | -70 | | .306 |
| META MATLS INC COMMON STOCK | MMAT | M | 70,000 | 0.21 | 14,700.00 | 9,335.26 | 57 | | 59.690 |
| MULLEN AUTOMOTIVE INC COMMON STOCK | MULN | M | 600 | 0.726 | 435.60 | | N/A | | 1.769 |
| NEWAGE INC COMMON STOCK | 650194103 | M | 25,000 | Not Available | | 2.50 | N/A | | N/A |
| SMILEDIRECTCLUB INC CLASS A COMMON STOCK | SDC | M | 8,000 | 0.355 | 2,840.80 | 3,199.20 | -11 | | 11.535 |
| VINCO VENTURES INC COMMON STOCK | BBIG | M | 175 | 2.18 | 381.50 | | N/A | | 1.549 |
| NEXT BRIDGE HYDROCARBONS INC - A PRIVATE COMPANY - | 8AQ9903 | M | 25,000 | Not Available | | | N/A | | N/A |
| **Total Equities** | | | | | **$23,293.14** | | | | **94.583%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$1,334.00** | | | | **5.417%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$24,627.14** | | | | |

*May 1, 2023 - May 31, 2023*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**

**HIEP PHAN**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

INDIVIDUAL ACCOUNT

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 05/02/23 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 9,320 | $0.1923 | $1,792.24 | |
| BOUGHT | 05/03/23 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 10,000 | 0.189747 | 1,897.47 | |
| **Total Buy / Sell Transactions** | | | | | | **$3,689.71** | |
| **DIVIDENDS AND INTEREST** | | | | | | | |
| INTEREST | 05/12/23 | C | FULLYPAID LENDING REBATE<br>DUE 12/31/35<br>Apr2023 REBATE<br>Security Number: 8S87337 | | | | $23.55 |
| **Total Dividends And Interest** | | | | | | | **$23.55** |
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| REV SPLIT | 05/03/23 | M | MULLEN AUTOMOTIVE INC<br>COM NEW<br>REVERSE SPLIT @ 1:25<br>FROM 62526P109 TO 62526P208<br>RESULT OF REVERSE SPLIT<br>CUSIP: 62526P208 | 600 | | | |
| REV SPLIT | 05/03/23 | M | MULLEN AUTOMOTIVE INC<br>COMMON STOCK<br>REVERSE SPLIT @ 1:25<br>FROM 62526P109 TO 62526P208<br>CUSIP: 62526P109 | -15,000 | | | |

*October 1, 2023 - October 31, 2023*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**

Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**HIEP PHAN**

INDIVIDUAL ACCOUNT

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CLASS A COMMON STOCK | AMC | M | 113 | $10.68 | $1,206.84 | $902.87 | 34% | | 10.400% |
| MICROMOBILITY COM INC CLASS A COMMON STOCK | MCOM | M | 220 | 0.039 | 8.56 | 12.96 | -34 | | .074 |
| META MATLS INC COMMON STOCK | MMAT | M | 80,000 | 0.121 | 9,680.00 | 14,833.00 | -35 | | 83.420 |
| MULLEN AUTOMOTIVE INC COMMON STOCK | MULN | M | 67 | 0.267 | 17.90 | 30.42 | -41 | | .154 |
| NEWAGE INC COMMON STOCK | 650194103 | M | 25,000 | Not Available | | | N/A | | N/A |
| SMILEDIRECTCLUB INC CLASS A COMMON STOCK | SDCCQ | M | 8,000 | 0.046 | 366.00 | 3,320.00 | -89 | | 3.154 |
| VINCO VENTURES INC COMMON STOCK | BBIG | M | 175 | 0.023 | 4.03 | 16.63 | -76 | | .035 |
| NEXT BRIDGE HYDROCARBONS INC - A PRIVATE COMPANY - | 8AQ9903 | M | 25,000 | Not Available | | | N/A | | N/A |
| **Total Equities** | | | | | **$11,283.33** | | | | **97.237%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$320.56** | | | | **2.763%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$11,603.89** | | | | |

I N D I V I D U A L A C C O U N T

*October 1, 2023 - October 31, 2023*

PAGE 3 OF 8

ACCOUNT NUMBER **5KU-81126-16 RR WEA**

**HIEP PHAN**



Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | COMMISSION |
|---|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | | |
| BOUGHT | 10/11/23 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 10,000 | $0.213041 | $2,130.41 | | |
| **Total Buy / Sell Transactions** | | | | | | **$2,130.41** | | |

INDIVIDUAL ACCOUNT

*January 1, 2024 - January 31, 2024*



ACCOUNT NUMBER **5KU-81126-16 RR WEA**



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**HIEP PHAN**

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CLASS A COMMON STOCK | AMC | M | 113 | $4.05 | $457.65 | $691.56 | -34% | | 9.655% |
| MICROMOBILITY COM INC CLASS A COMMON STOCK | MCOM | M | 2 | 0.022 | 0.04 | 0.15 | -73 | | .001 |
| MULLEN AUTOMOTIVE INC COMMON STOCK | MULN | M | 1 | 7.02 | 7.02 | 14.29 | -51 | | .148 |
| META MATERIALS INC COMMON STOCK | MMAT | M | 1,000 | 3.82 | 3,820.00 | | N/A | | 80.594 |
| NEWAGE INC COMMON STOCK | 650194103 | M | 25,000 | Not Available | | | N/A | | N/A |
| SMILEDIRECTCLUB INC CLASS A COMMON STOCK | SDCCQ | M | 8,000 | 0.005 | 36.80 | 48.00 | -23 | | .776 |
| VINCO VENTURES INC COMMON STOCK | BBIG | M | 175 | 0.01 | 1.75 | 1.05 | 67 | | .037 |
| NEXT BRIDGE HYDROCARBONS INC - A PRIVATE COMPANY - | 8AQ9903 | M | 25,000 | Not Available | | | N/A | | N/A |
| **Total Equities** | | | | | **$4,323.26** | | | | **91.211%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$416.56** | | | | **8.789%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$4,739.82** | | | | |

INDIVIDUAL ACCOUNT

*January 1, 2024 - January 31, 2024*

PAGE 3 OF 9

ACCOUNT NUMBER **5KU-81126-16 RR WEA**



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**HIEP PHAN**

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 01/24/24 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 20,000 | $0.0702 | $1,404.00 | |
| **Total Buy / Sell Transactions** | | | | | | **$1,404.00** | |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 01/17/24 | M | ACH DEPOSIT<br>SEN(20240117323961) | | | | $1,500.00 |
| **Total Funds Paid And Received** | | | | | | | **$1,500.00** |
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| REV SPLIT | 01/26/24 | M | META MATLS INC<br>COM NEW<br>REVERSE SPLIT @ 1:100<br>FROM 59134N104 TO 59134N302<br>RESULT OF REVERSE SPLIT<br>CUSIP: 59134N302 | 1,000 | | | |
| REV SPLIT | 01/26/24 | M | META MATLS INC<br>COMMON STOCK<br>REVERSE SPLIT @ 1:100<br>FROM 59134N104 TO 59134N302<br>CUSIP: 59134N104 | -100,000 | | | |
| **Total Miscellaneous Transactions** | | | | | | | |