NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: **Meta Materials Inc.** | Case Number: **24-50792** |
|---|---|

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Dana Baker
283 Lowe ln
Friday Harbor Wa 98250

Telephone Number: 360-317-8680

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED

DEC 17 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: **354-119288-206** | Check here if this claim: <br> ☐ replaces a previously filed Proof of Interest dated: _____ <br> ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

Etrade
P.O. Box 484
Jersey City N.J 07303-0484
Telephone Number: 1-800-387-2331

**3.** Date Equity Interest was acquired: 09-21-2021 ~ 10-17-2023
Final sell 8-16-2024

| **4.** Total amount of member interest: **See Attached** | **5.** Certificate number(s): **See Attached** |
|---|---|

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: **Investor**

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Dana Baker
Title:
Company: ___ Address and telephone number (if different from notice address above):
_____
_____

Dana Bak   (Signature)   12-15-2024   (Date)

Telephone number: 360-317-8680   email: dana@thelectricd.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**2024 MMAT TRADING DATA**

| Trade Date | Order Type | Security | Cusip | Transaction Description | Quantity | Executed P | Commission | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 8/16/2024 | Sell | MMAT | 59134N302 | META MATERIALS INC NEW UNSOLICITED TRADE | 433 | 0.6447 | 0.01 | $ 279.08 |
| | | | | **TOTAL SHARES AFTER REVERSE MERGER SOLD** | 433 | | | |



from Morgan Stanley

Your Account Number: 354-XXX288-206
Account Type - Cash

DANA L BAKER TOD
SUBJECT TO STA RULES
283 LOWE LN
FRIDAY HARBOR WA 98250

E*TRADE from Morgan Stanley
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 08/16/2024 | 08/19/2024 | 433 | 0.6447 | Principal | $279.16 |
| | | | | FINRA TAF | $0.07 |
| **Transaction Type: Sold** | | | | Supplemental Transaction Fee | $0.01 |
| **Description: META MATERIALS INC NEW** | | | | Net Amount | **$279.08** |

Symbol / CUSIP / ISIN: MMAT / 59134N302 / US59134N3026
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.

| 2023 MMAT TRADING DATA | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Trade Date | Order Type | Security | Cusip | Transaction Description | Quantity | Executed Price | Commission | Net Amount |
| 4/14/2023 | Buy | MMAT | 59134N104 | META MATLS INC          COMMON STOCK | 2000 | 0.2192 | 0 | $  438.40 |
| 4/14/2023 | Buy | MMAT | 59134N104 | META MATLS INC          COMMON STOCK | 1000 | 0.2193 | 0 | $  219.30 |
| 4/14/2023 | Buy | MMAT | 59134N104 | META MATLS INC          COMMON STOCK | 3000 | 0.2359 | 0 | $  707.70 |
| 7/20/2023 | Buy | MMAT | 59134N104 | META MATLS INC.          COMMON STOCK | 4000 | 0.212 | 0 | $  848.00 |
| 10/17/2023 | Buy | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 7000 | 0.2057 | 0 | $  1,439.90 |
| 10/17/2023 | Buy | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 3000 | 0.2058 | 0 | $  617.40 |
| | | | | **TOTAL BOUGHT** | 20000 | | | $  4,270.70 |
| 12/29/2023 | Sell | MMAT | 59134N104 | META MATERIALS INC UNSOLICITED TRADE | 2451 | 0.0691 | 0.01 | $  168.99 |
| | | | | **TOTAL 2023** | 17549 | | | $  4,101.71 |

Page 1 of 2

# E✱TRADE
## from Morgan Stanley

**E✱TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number: XXXX-6493**

**Account Name:**
DANA BAKER

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
All your tax info in one place. Forms 1099 for 2022, FAQs, key deadlines, cost basis info, and more–find them all in our Tex Center at etrade.com/tax.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/14/23 | 04/18/23 | 6 1 | MMAT | BUY | 2,000 | $.2192 | Cash | PRINCIPAL | $438.40 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $438.40 |
| 04/14/23 | 04/18/23 | 6 1 | MMAT | BUY | 1,000 | $.2193 | Cash | PRINCIPAL | $219.30 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $219.30 |
| 04/14/23 | 04/18/23 | 6 1 | MMAT | BUY | 3,000 | $.2359 | Cash | PRINCIPAL | $707.70 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $707.70 |
| 04/ | /18/23 | 6 1 | ~~PLUS~~ | | | | | FINRA TAF | $0.10 |
| | | | | | | | | | $0.08 |

▲ DETACH HERE

DANA BAKER
283 LOWE LN
FRIDAY HARBOR WA  98250-6806

DETACH HERE ▲

**Use This Deposit Slip     Acct: XXXX-6493**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

**TOTAL DEPOSIT**

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ  07303-0484

041420230001  900457064930

Page 1 of 2



from Morgan Stanley

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-6493**

**Account Name:**

DANA BAKER

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Invest to make an impact. Learn how sustainable investing offers growth potential while
supporting your values at us.etrade.com/knowledge/sustainable-investing.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/20/23 | 07/24/23 | 6 1 | MMAT | BUY | 4,000 | $.212 | Cash | PRINCIPAL | $848.00 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $848.00 |

▲ DETACH HERE
DANA BAKER
283 LOWE LN
FRIDAY HARBOR WA 98250-6808

DETACH HERE ▲

**Use This Deposit Slip**    **Acct: XXXX-6493**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

072020230001  900457064930



Your Account Number: 354-XXX288-206
Account Type - Cash

DANA L BAKER TOD
SUBJECT TO STA RULES
283 LOWE LN
FRIDAY HARBOR WA 98250

E*TRADE from Morgan Stanley
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*These transactions are confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 10/17/2023 | 10/19/2023 | 3,000 | 0.2058 | Principal | $617.40 |
| **Transaction Type: Bought** | | | | Net Amount | $617.40 |

**Description: META MATERIALS INC**
Symbol / CUSIP / ISIN: MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.
**Applicable disclosures are listed here by number(s):** None.

| 10/17/2023 | 10/19/2023 | 7,000 | 0.2057 | Principal | $1,439.90 |
|---|---|---|---|---|---|
| **Transaction Type: Bought** | | | | Net Amount | $1,439.90 |

**Description: META MATERIALS INC**
Symbol / CUSIP / ISIN: MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.
**Applicable disclosures are listed here by number(s):** None.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.



Your Account Number: 354-XXX288-206
Account Type - Cash

DANA L BAKER TOD
SUBJECT TO STA RULES
283 LOWE LN
FRIDAY HARBOR WA 98250

E*TRADE from Morgan Stanley
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 12/29/2023 | 01/03/2024 | 2,451 | 0.0691 | Principal | $169.36 |
| **Transaction Type: Sold** | | | | FINRA TAF | $0.36 |
| | | | | Supplemental Transaction Fee | $0.01 |
| **Description: META MATERIALS INC** | | | | **Net Amount** | **$168.99** |

Symbol / CUSIP / ISIN: MMAT / 59134N104 / US59134N1046
Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.

### 2022 MMAT TRADING DATA

| Trade Date | Order Type | Security | Cusip | Transaction Description | | Quantity | Executed Price | Commission | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1/24/2022 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 1500 | 1.7851 | 0 | $ 2,677.65 |
| 5/13/2022 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 5000 | 1.349 | 0 | $ 6,745.00 |
| 6/24/2022 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 5000 | 1.306 | 0 | $ 6,530.00 |
| 11/21/2022 | Buy | MMAT | 59134N104 | META MATLS INC | COMMON STOCK | 8500 | 1.99 | 0 | $ 16,915.00 |
| | | | | **TOTAL BOUGHT 2022** | | 20000 | | | $ 32,867.65 |

Page 1 of 2

# E✳TRADE
from Morgan Stanley

**E✳TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number: XXXX-6493**

**Account Name:**
DANA BAKER

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Tax questions? No problem. Get helpful tips, tools, and key dates in the Tax Center. Visit etrade.com/tax today.

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/24/22 | 01/26/22 | 6 1 | MMAT | BUY | 1,500 | $1.7851 | Cash | PRINCIPAL | $2,677.65 |
| **META MATLS INC COMMON STOCK** | | | | | | | | **NET AMOUNT** | **$2,677.65** |

▲ DETACH HERE

DANA BAKER
283 LOWE LN
FRIDAY HARBOR WA 98250-6808

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-6493**

**Please do not send cash**

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

012420220001  900457064930

# E✳TRADE
from Morgan Stanley

**E✳TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number: XXXX-6493**

**Account Name:** _____

DANA BAKER

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Invest to make an impact. Learn how sustainable investing offers growth potential while
supporting your values at us.etrade.com/knowledge/sustainable-investing.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/13/22 | 05/17/22 | 6 1 | MMAT | BUY | 5,000 | $1.349 | Cash | PRINCIPAL | $6,745.00 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $6,745.00 |

▲ DETACH HERE                                                                 DETACH HERE ▲

DANA BAKER
283 LOWE LN
FRIDAY HARBOR WA 98250-6808

**Use This Deposit Slip     Acct: XXXX-6493**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

051320220001  900457064930

# E✱TRADE

from Morgan Stanley

## E✱TRADE Securities

Investment Account

## TRADE CONFIRMATION

**Account Number: XXXX-6493**

**Account Name:**
DANA BAKER

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Invest to make an impact. Learn how sustainable investing offers growth potential while
supporting your values at us.etrade.com/knowledge/sustainable-investing.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/24/22 | 06/28/22 | 6 1 | MMAT | BUY | 5,000 | $1.306 | Cash | PRINCIPAL | $6,530.00 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $6,530.00 |

▲ DETACH HERE

DANA BAKER
283 LOWE LN
FRIDAY HARBOR WA 98250-8808

DETACH HERE ▲

**Use This Deposit Slip**   **Acct: XXXX-6493**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

⑈062420220001⑈ 900457064930

# E✳TRADE
from Morgan Stanley

## E✳TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-6493**

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Account Name:**
DANA BAKER

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/21/22 | 11/23/22 | 6 1 | MMAT | BUY | 8,500 | $1.99 | Cash | PRINCIPAL | $16,915.00 |
| | | | | | | | | NET AMOUNT | $16,915.00 |

**META MATLS INC COMMON STOCK**

▲ DETACH HERE
DANA BAKER
283 LOWE LN
FRIDAY HARBOR WA 98250-8808

DETACH HERE ▲

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

| Use This Deposit Slip | Acct: XXXX-6493 |
|---|---|

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

112120220001 900457064930

**2021 MMAT TRADING DATA**

| Trade Date | Order Type | Security | Cusip | Transaction Description | Quantity | Executed Price | Commission | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 12/21/2021 | BUY | MMAT | 59134N302 | META MATERIALS INC UNSOLICITED TRADE | 1,500 | 2.755 | 0 | $ 4,132.50 |
| 11/12/2021 | BUY | MMAT | 59134N302 | META MATERIALS INC UNSOLICITED TRADE | 750 | 4.7594 | 0 | $ 3,569.55 |
| 10/19/2021 | BUY | MMAT | 59134N302 | META MATERIALS INC UNSOLICITED TRADE | 1000 | 4.8385 | | $ 4,838.50 |
| 10/6/2021 | BUY | MMAT | 59134N302 | META MATERIALS INC UNSOLICITED TRADE | 500 | 5.0367 | | $ 2,518.35 |
| 9/21/2021 | BUY | MMAT | 59134N302 | META MATERIALS INC UNSOLICITED TRADE | 2000 | 4.9086 | | $ 9,817.20 |
| | | | | **TOTAL BOUGHT 2021** | 5,750 | | | $ 24,876.10 |

Page 1 of 2

# E✳TRADE
# FINANCIAL®
Trading  •  Investing  •  Banking

### E✳TRADE Securities

Investment Account

## TRADE CONFIRMATION

**Account Number: XXXX-6493**

**Account Name:**
DANA BAKER

**E✳TRADE Securities LLC**
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Keep your information up to date. Check that your profile is current and correct for security purposes. Visit etrade.com/myprofile to review your account info.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/21/21 | 12/23/21 | 6 1 | MMAT | BUY | 1,500 | $2.755 | Cash | PRINCIPAL | $4,132.50 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $4,132.50 |

▲ DETACH HERE
DANA BAKER
283 LOWE LN
FRIDAY HARBOR WA  98250-6808

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-6493**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ  07303-0484

⑈122120210001⑈ ⑆900457064930⑆

Page 1 of 2

# E✱TRADE
# FINANCIAL®
Trading • Investing • Banking

**E✱TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number: XXXX-6493**

**Account Name:**

DANA BAKER

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**

Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/12/21 | 11/16/21 | 6 1 | MMAT | BUY | 750 | $4.7594 | Cash | PRINCIPAL | $3,569.55 |
| **META MATLS INC COMMON STOCK** | | | | | | | | NET AMOUNT | $3,569.55 |

▲ DETACH HERE

DANA BAKER
283 LOWE LN
FRIDAY HARBOR WA 98250-6808

DETACH HERE ▲

**Use This Deposit Slip**    **Acct: XXXX-6493**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

111220210001  900457064930

# E✱TRADE
# FINANCIAL®
Trading • Investing • Banking

## E✱TRADE Securities
**Investment Account**

## TRADE CONFIRMATION

**Account Number: XXXX-6493**

**Account Name:**
DANA BAKER

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/19/21 | 10/21/21 | 6 1 | MMAT | BUY | 1,000 | $4.8385 | Cash | PRINCIPAL | $4,838.50 |
| **META MATLS INC COMMON STOCK** | | | | | | | | **NET AMOUNT** | **$4,838.50** |
| | | | | | | | | FINRA TAF | $0.12 |
| | | | | | | | | FEE | $0.04 |

DANA BAKER
283 LOWE LN
FRIDAY HARBOR WA 98250-6808

**Use This Deposit Slip    Acct: XXXX-6493**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

101920210001 900457064930

# E✱TRADE
# FINANCIAL®
Trading • Investing • Banking

## E✱TRADE Securities
__Investment Account__

## TRADE CONFIRMATION

**Account Number: XXXX-6493**

**Account Name:**
DANA BAKER

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/06/21 | 10/08/21 | 6 1 | MMAT | BUY | 500 | $5.0367 | Cash | PRINCIPAL | $2,518.35 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $2,518.35 |

▲ DETACH HERE

DANA BAKER
283 LOWE LN
FRIDAY HARBOR WA 98250-6808

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-6493**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

⑆100620210001⑆ ⑈900457064930⑈

# E✱TRADE
# FINANCIAL®
Trading  •  Investing  •  Banking

## E✱TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-6493**

**Account Name:**
DANA BAKER

E*TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/21/21 | 09/23/21 | 6 1 | MMAT | BUY | 2,000 | $4.9086 | Cash | PRINCIPAL | $9,817.20 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $9,817.20 |

▲  DETACH HERE

DANA BAKER
283 LOWE LN
FRIDAY HARBOR WA  98250-6808

DETACH HERE  ▲

**Use This Deposit Slip**   **Acct: XXXX-6493**

**Please do not send cash**

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

092120210001  900457064930