NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials Inc. | Case Number: 24-50792-hlb | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

    Brandon Berglund
    2405 Birch St. NE
    Tacoma WA 98422

    Telephone Number: 617 959 3790

    ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

    ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

    ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

    RECEIVED AND FILED
    DEC 17 2024
    U.S. BANKRUPTCY COURT
    MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
238-097190-1 and 988945556

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
    TD AMERITRADE → SCHWAB and Robinhood
    Telephone Number: TD: 8006693900   Robin: 6507617789
    SCHWAB: 8775191403

3. Date Equity Interest was acquired: please see attachment.
    1st purchase MMAT: 12/03/21
    MMAT MERGE: 06/28/21
    TRCH BUY: 06/15/21

4. Total amount of member interest: AS OF 01/29/24 8,338.6599
    435

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Brandon Berglund
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) [signed]
(Date) 12/14/24

Telephone number: 617 959 3790   email: berglundbrandon@yahoo.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

|  Print Form  |  Save Form  |  Clear Form  |



| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 238-097190-1 | | 46488604306 | A | TD AMERITRADE | | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| YOU BOUGHT | 5 | 59134N104 | 2.04 | 10.20 | | 0.00 |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | | NET AMOUNT |
| | 11/22/2022 | 11/25/2022 | | 0.00 | | 10.20 |
| TRADE DESCRIPTION | | | SYMBOL | | | |

META MATERIALS INC                                    MMAT
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 238-097190-1 | | 46488604689 | A | TD AMERITRADE | | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| YOU BOUGHT | 1 | 59134N104 | 2.04 | 2.04 | | 0.00 |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | | NET AMOUNT |
| | 11/22/2022 | 11/25/2022 | | 0.00 | | 2.04 |
| TRADE DESCRIPTION | | | SYMBOL | | | |

META MATERIALS INC                                    MMAT
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 238-097190-1 | | 46488608162 | A | TD AMERITRADE | | |
| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | MISC. FEES | REG FEES |
| YOU BOUGHT | 25 | 59134N104 | 2.03 | 50.75 | | 0.00 |
| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION/FEE | | NET AMOUNT |
| | 11/22/2022 | 11/25/2022 | | 0.00 | | 50.75 |
| TRADE DESCRIPTION | | | SYMBOL | | | |

META MATERIALS INC                                    MMAT
COM

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

# Ameritrade

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

BRANDON BERGLUND
2405 BIRCH ST NE
TACOMA WA 98422-1039



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 238-097190-1 | | 46488353968 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 100 | 59134N104 | 2.0187 | 201.87 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 11/22/2022 | 11/25/2022 | | 0.00 | 201.87 | |
| **TRADE DESCRIPTION** | | | **SYMBOL** | | | |

META MATERIALS INC
COM                                                                                      MMAT

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| 238-097190-1 | | 46488436389 | A | TD AMERITRADE | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 2,300 | 59134N104 | 2.0487 | 4,712.01 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** | |
| | 11/22/2022 | 11/25/2022 | | 0.00 | 4,712.01 | |
| **TRADE DESCRIPTION** | | | **SYMBOL** | | | |

META MATERIALS INC
COM                                                                                      MMAT

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security
that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole
or in part before maturity which could affect its yield. Additional information is available upon request.



85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

End date: 12/12/2024
**BRANDON BERGLUND** Account #:988945556
2405 Birch St NE, Tacoma, WA 98422

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | | Margin | SPR | 01/29/2024 | 8,338.659943S | | | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/02/2023 | 1,091 | $0.1100 | $120.01 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/30/2023 | 1,009 | $0.1300 | $131.17 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/14/2023 | 963 | $0.2300 | $221.49 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/14/2023 | 100 | $0.2287 | $22.87 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/14/2023 | 118 | $0.2287 | $26.99 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/14/2023 | 100 | $0.2287 | $22.87 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/14/2023 | 100 | $0.2287 | $22.87 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/14/2023 | 100 | $0.2287 | $22.87 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/14/2023 | 100 | $0.2287 | $22.87 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/14/2023 | 100 | $0.2287 | $22.87 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/14/2023 | 100 | $0.2287 | $22.87 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/14/2023 | 100 | $0.2287 | $22.87 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/14/2023 | 100 | $0.2287 | $22.87 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/14/2023 | 100 | $0.2287 | $22.87 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/14/2023 | 100 | $0.2287 | $22.87 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 01/30/2023 | 62 | $0.9800 | $60.76 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 01/30/2023 | 38 | $0.9800 | $37.24 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/30/2022 | 554 | $1.8050 | $999.97 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/30/2022 | 0.01662 | $1.8050 | $0.03 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/28/2022 | 265.34901 | $1.8796 | $498.75 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/28/2022 | 0.666666 | $1.8750 | $1.25 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/28/2022 | 524 | $1.9050 | $998.22 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/28/2022 | 0.934383 | $1.9050 | $1.78 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/23/2022 | 84.765363 | $1.7900 | $151.73 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/23/2022 | 0.019607 | $1.7850 | $0.03 | |

Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/21/2022 | 32.953402 | $2.0881 | $68.81 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/21/2022 | 0.573141 | $2.0850 | $1.19 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/16/2022 | 58 | $1.7150 | $99.47 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/16/2022 | 0.443148 | $1.7150 | $0.76 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/09/2022 | 71.459196 | $1.3994 | $100.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/24/2022 | 0.011361 | $0.8802 | $0.01 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/24/2022 | 113.604089 | $0.8802 | $99.99 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/21/2022 | 113 | $0.8691 | $98.21 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/21/2022 | 2.054938 | $0.8692 | $1.79 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/19/2022 | 0.01173 | $0.8525 | $0.01 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/19/2022 | 117 | $0.8525 | $99.74 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/19/2022 | 0.295173 | $0.8526 | $0.25 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/14/2022 | 110.991957 | $0.8952 | $99.36 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/14/2022 | 0.71312 | $0.8952 | $0.64 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/13/2022 | 98.592944 | $1.0092 | $99.50 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/13/2022 | 0.502487 | $1.0050 | $0.50 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/13/2022 | 5.462588 | $1.0398 | $5.68 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/12/2022 | 118 | $0.8387 | $98.97 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/12/2022 | 104 | $0.8309 | $86.41 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/11/2022 | 13 | $0.7732 | $10.05 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/11/2022 | 13 | $0.7815 | $10.16 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/11/2022 | 121 | $0.7803 | $94.42 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/11/2022 | 121 | $0.7808 | $94.48 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/29/2022 | 4 | $0.6532 | $2.61 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/29/2022 | 73 | $0.6496 | $47.42 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/29/2022 | 4 | $0.6483 | $2.59 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/26/2022 | 74 | $0.6775 | $50.13 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/16/2022 | 60 | $0.7885 | $47.31 | |

Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/22/2022 | 0.010778 | $0.9278 | $0.01 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/22/2022 | 48 | $0.9278 | $44.53 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/22/2022 | 0.499218 | $0.9279 | $0.46 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/18/2022 | 21.349274 | $0.9368 | $20.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/13/2022 | 53.54364 | $0.9447 | $50.58 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/06/2022 | 94.777746 | $1.0551 | $100.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 06/29/2022 | 100 | $1.0364 | $103.64 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 06/24/2022 | 41 | $1.1550 | $47.36 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 06/24/2022 | 59 | $1.1550 | $68.15 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 06/24/2022 | 100 | $1.1550 | $115.50 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/27/2022 | 41.827044 | $1.1899 | $49.77 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 04/27/2022 | 0.194092 | $1.1850 | $0.23 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 03/07/2022 | 66 | $1.5150 | $99.99 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 03/07/2022 | 0.0066 | $1.5150 | $0.01 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 03/02/2022 | 53.86497 | $1.8396 | $99.09 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 03/02/2022 | 0.615803 | $1.8350 | $1.13 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 01/21/2022 | 10.840108 | $1.8450 | $20.00 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 12/13/2021 | 31.96306 | $3.1186 | $99.68 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 12/13/2021 | 0.102728 | $3.1150 | $0.32 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 12/03/2021 | 31.949206 | $3.1500 | $100.64 | |
| Meta Materials<br>CUSIP: 59134N104 | MMAT | Margin | Buy | 12/03/2021 | 1.694753 | $3.1450 | $5.33 | |
| CIL on 0.499 @ $9.34 - MMAT | MMAT | Margin | CIL | 07/06/2021 | | | | $4.66 |
| Meta Materials<br>CUSIP: 59134N104 | | Margin | SPR | 06/28/2021 | 340 | | | |

## Important Information

Robinhood does not provide tax or legal advice. Please consult your tax advisor for questions regarding your specific tax situation. This information is provided as a courtesy for informational purposes only. It represents a snapshot in time and is not intended to be a comprehensive representation of account activity for tax or reporting purposes. Your brokerage account is with Robinhood Financial LLC and allows trading of equities and options, while digital assets trading is done through an account with Robinhood Crypto, LLC. Digital assets are not stocks and Robinhood Crypto is not a member of FINRA or the SIPC. Your digital asset investments are not covered by either FDIC or SIPC insurance.



85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

End date: 12/12/2024
**BRANDON BERGLUND** Account #:988945556
2405 Birch St NE, Tacoma, WA 98422

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources CUSIP: 89102U103 | | Margin | SPR | 06/28/2021 | 680.997145S | | | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/17/2021 | 100.797204 | $4.9799 | $501.96 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/17/2021 | 99.900099 | $5.0050 | $500.00 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/15/2021 | 182 | $5.0500 | $919.10 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/15/2021 | 185.610844 | $5.3999 | $1,002.28 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/15/2021 | 103 | $5.5950 | $576.29 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/15/2021 | 0.184092 | $5.5950 | $1.03 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/15/2021 | 9.504906 | $5.6050 | $53.27 | |

## Important Information

Robinhood does not provide tax or legal advice. Please consult your tax advisor for questions regarding your specific tax situation. This information is provided as a courtesy for informational purposes only. It represents a snapshot in time and is not intended to be a comprehensive representation of account activity for tax or reporting purposes. Your brokerage account is with Robinhood Financial LLC and allows trading of equities and options, while digital assets trading is done through an account with Robinhood Crypto, LLC. Digital assets are not stocks and Robinhood Crypto is not a member of FINRA or the SIPC. Your digital asset investments are not covered by either FDIC or SIPC insurance.

1762825