NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

**Name of Debtor:** META MATERIALS    **Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

    HAWESTA HAWA
    3529 SEAGRASS LN
    LAUREL MD 20724

    ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

    ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

    ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

    **RECEIVED AND FILED**
    DEC 17 2024
    U.S. BANKRUPTCY COURT
    MARY A. SCHOTT, CLERK

    **COURT USE ONLY**

    **Telephone Number:** 301/523/4382

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor** (last 4 digits only): ROBINHOOD 83691995 / WEBUL 555-24366-10

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
    85 WILLOW RD        44 WALL ST
    MENLO PARK CA 94025   NYNY, 10005
    **Telephone Number:** 650-761-7784 / 888-828-0618

3. **Date Equity Interest was acquired:**
    04/16/2021 — 12/31/2021
    SEE ATTACHED DOCUMENTATION

4. **Total amount of member interest:** 22

5. **Certificate number(s):** SEE ATTACHED DOCUMENTS

6. **Type of Equity Interest:**
    Please indicate the type of Equity Interest you hold:
    ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
    ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
    **Description:** INVESTOR

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
    DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
    Check the appropriate box.
    ☐ I am the interest holder.
    ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
    ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: HAWESTA HAWA
Title: _____
Company: ___ Address and telephone number (if different from notice address above): _____

(Signature)    12/16/24 (Date)
Telephone number: (301)523/4382    email: hawa_h08@yahoo.

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

  

4/16/21-6:21/21

Purchased 2,716 TRCH shares

6/25/21 reverse merger MMAT

Shares went from 2.716 to 1,345

6/12 /2021 transfer to Webull from Robinhood 1,348 shares

bought 1110 of MMAT on Webull

2,458 total shares

Sold 258 shares

2,200 total shares remained

January 29 2024 Meta did a 100 to one reverse split

22 total shares remaining

Case 24-50792-hlb    Doc 1070    Entered 12/18/24 16:00:29    Page 3 of 4





### December 1, 2021 - December 31, 2021

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER: 5JS-24366-10 RR WEA

HANESTA HALIMA HAWA

#### PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | C | 137 | $27.20 | $3,726.40 | $4,643.78 | -20% | | 29.427% |
| AQUESTIVE THERAPEUTICS INC COMMON STOCK | AQST | C | 3 | 3.89 | 11.67 | 17.70 | -34 | | .092 |
| ASSET TECHNOLOGY INC AMERICAN DEPOSITARY SHARES | ASTE | C | 1 | 1.52 | 1.52 | 2.14 | -29 | | .012 |
| CEMEX S A B DE C V SPONSOR ADR REP 10 ORD SHARES CPTS OF CEMEX S A DE C V | CX | C | 1 | 6.74 | 6.73 | 6.15 | 10 | | .054 |
| GENWORTH FINANCIAL INC COM CL A | GNW | C | 1 | 4.05 | 4.05 | 3.82 | 6 | | .032 |
| GAMESTOP CORP CLASS A | GME | C | 14 | 148.39 | 2,077.46 | 2,746.94 | -24 | | 16.405 |
| LUOKUNG TECHNOLOGY CORP ORDINARY SHARES | LKCO | C | 4 | 0.605 | 2.42 | 3.44 | -30 | | .019 |
| META MATLS INC COMMON STOCK | MMAT | C | 1,110 | 2.46 | 2,730.60 | 4,070.03 | -33 | | 21.563 |
| META MATLS INC PFD SER A | MMTLP | C | 2,710 | 1.51 | 4,101.15 | 5,078.92 | 19 | | 32.386 |
| **Total Equities** | | | | | **$12,662.06** | | | | **99.989%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$1.34** | | | | **0.011%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$12,663.40** | | | | |



### December 1, 2021 - December 31, 2021

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER: 5JS-24366-10 RR WEA

HANESTA HALIMA HAWA

#### ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 12/09/21 | C | META MATLS INC COMMON STOCK CUSIP 59134N104 | 1 | $3.3681 | $3.37 | |
| **Total Buy / Sell Transactions** | | | | | | **$3.37** | |

ROBINHOOD

9:09

# Investing
**$20,948.32**

Live  1D  1W  1M  3M  1Y  All

Buying Power     $10.84

⌄ After-Hours Movement  21m    12

FTFT is down 3.27% to $3.55 in after-hours trading.

**VIEW FTFT**

## Stocks

**GME**
14.0 shares    +$113.61

**TRCH**
2.52K shares    +$7,299.91

**AMC**
76.92 shares    +$1,391.56

**IVR**
2 shares    +$1.18