# PROOF OF INTEREST

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**

**Name of Debtor:** META MATERIALS INC

**Case Number:** 24-50792-hlb

**RECEIVED AND FILED**
**DEC 17 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**1. Name of holder of the Equity Security Interest** (The person or entity holding an Equity Security Interest in the Debtor. Referred to hereinafter as the "Interest Holder"):

DURMON CARTER
7238 IVERSON TRAIL
LITHONIA, GA 30058

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**Name and address where notices should be sent:**
DURMON CARTER
7238 IVERSON TRAIL
LITHONIA GA 30058
**Telephone Number** 770-833-3737

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Security Interest in the Debtor. An Equity Security Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.

THIS SPACE IS FOR COURT USE ONLY

**Account or other number by which Interest Holder identifies Debtor:**
9861-8319

Check here if this claim:
☐ replaces a previously filed Proof of Interest    dated:
☐ amends a previously filed Proof of Interest    dated:

**2. Name and Address of any person or entity that is the record holder for the Equity Security Interest asserted in this Proof of Interest:**
CHARLES SCHWAB
1945 Northwestern Drive
El Paso, TX 79912-1108
**Telephone Number** 877-519-1403 / 855 694 5208

**3. Date Equity Security Interest was acquired:**
6/21/21 - TRCH
6/29/21 - MMAT (DUE TO REVERSE SPLIT)

**4. Total amount of member interest:**
TRCH 380 shares Reverse Split to 190 shares MMAT

**5. Certificate number(s):** *(See 7)

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
Common Stock

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain.
*CHARLES SCHWAB WAS NOT ABLE TO READILY PROVIDE THE DOCUMENTS OVER TWO YEARS OLD.

**8. Signature:** Durmon Carter

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information and reasonable belief.

**DATE:** 12.15.24

**SIGN** and print the name and title, if any, of the Interest Holder or other person authorized to file this proof of interest (attach copy of power of attorney, if any):
Durmon Carter, Individual

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571