NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:** META MATERIALS, INC

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   SHANNON CONNELL
   1100 JEFFERSON RD SUITE 12
   PMB # 1087
   ROCHESTER, NY., 14623

   **Telephone Number:** 585-902-9959 (DEAF RELAY)
   585-451-0777 (MOBILE/TEXT)

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 17 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:**
TRADITIONAL IRA 233660223

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   FIDELITY BROKERAGE SERVICES LLC,
   900 SALEM ST, SMITHFIELD, RI 02917

   **Telephone Number:**

3. **Date Equity Interest was acquired:**
   BETWEEN 12/27/2023 - 07/16/2024

4. **Total amount of member interest:** 600 SHARES

5. **Certificate number(s):** SEE DOCUMENTATION

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** INVESTOR

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   **Print Name:** SHANNON CONNELL
   **Title:**
   **Company:** Address and telephone number (if different from notice address above):
   _____

   (Signature)   **Date:** 12-12-2024

   **Telephone number:**   **email:** CONNELL.SHANNON@GMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[Print Form]   [Save Form]   [Clear Form]



PO Box 28019
Albuquerque, NM 87125-8019

Transaction Confirmation
Confirm Date: December 27, 2023

Page 1 of 1

Brokerage Account Number
*****0223 IRA

**SHANNON D D CONNELL**

FMT CO CUST IRA
FBO SHANNON D D CONNELL
6 1/2 WERNER PARK
ROCHESTER NY 14620-1643

9900361735

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23361-1CLFHJ | 1* | WO# | 12-27-23 | 12-29-23 | 59134N104 | 23361-AE5T4 | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | 434 | | META MATERIALS INC COM | | | Principal Amount | | 29.92 |
| at | .06895 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 29.92 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23361-132201 | 1* | WO# | 12-27-23 | 12-29-23 | 59134N104 | 23361-HOOW6 | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | 49,566 | | META MATERIALS INC COM | | | Principal Amount | | 3,415.10 |
| at | .0689 | | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 3,415.10 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900361735

FMT CO CUST IRA
FBO SHANNON D D CONNELL
6 1/2 WERNER PARK
ROCHESTER NY 14620-1643

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****0223 only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0233660223   00   000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: January 9, 2024**

Page 1 of 1

Brokerage Account Number
*****0223 IRA

**SHANNON D D CONNELL**

9900365170

FMT CO CUST IRA
FBO SHANNON D D CONNELL
6 1/2 WERNER PARK
ROCHESTER NY 14620-1643

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24009-134349 | 1* | WO# | 01-09-24 | 01-11-24 | 59134N104 | 24009-A0R08 | | |
| You Bought | | | DESCRIPTION and DISCLOSURES | | | | | |
| | | 9,000 | META MATERIALS INC COM | | | Principal Amount | | 569.70 |
| at | | .0633 | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | Settlement Amount | | 569.70 |
| Symbol: | | | WE HAVE ACTED AS AGENT. | | | | | |
| MMAT | | | | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900365170

FMT CO CUST IRA
FBO SHANNON D D CONNELL
6 1/2 WERNER PARK
ROCHESTER NY 14620-1643

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****0223   only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0233660223  00  000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: July 16, 2024**

Page 1 of 1

Brokerage Account Number
*****0223 IRA

**SHANNON D D CONNELL**

9900516632

FMT CO CUST IRA
FBO SHANNON D D CONNELL
6 1/2 WERNER PARK
ROCHESTER NY 14620-1643

| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24198-1C6QNH | 1* | WO# | 07-16-24 | 07-17-24 | 59134N302 | 24198-AKLL3 | | |
| You Bought | | | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM NEW | | | Principal Amount | | 21.14 |
| at<br>Symbol:<br>MMAT | | 7<br>3.0200 | ISIN #US59134N3026 SEDOL #BQ67J98<br>WE HAVE ACTED AS AGENT. | | | Settlement Amount | | 21.14 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE    9900516632

FMT CO CUST IRA
FBO SHANNON D D CONNELL
6 1/2 WERNER PARK
ROCHESTER NY 14620-1643

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****0223    only.

| AMOUNT OF INVESTMENT | $ |

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0233660223    00    000