NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| **Name of Debtor:** Meta Materials, Inc. | **Case Number:** 24-50792-hlb | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   OSCAR NOEL JR EREDIANO LLOSE

   605 ELIAS ROAD ELIAS VIEW #09-198
   Singapore 510605

   Telephone Number:

   +65 8790-2022

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   FILED
   DEC 17 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   **COURT USE ONLY**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only): 6172 | Check here if this Proof of Interest:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

   Moomoo Financial Singapore Pte. Ltd.

   Telephone Number: +65 6439 1100

3. **Date Equity Interest was acquired:**

   Dec. 2022, Feb. 2023, and Apr. 2023

4. **Total amount of member interest:** 1,500 shares

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☑ I am the interest holder.    ☐ I am the interest holder's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety,
   (Attach copy of power of attorney, if any.)    or their authorized agent.    endorser, or other
   (See Bankruptcy Rule 3004.)    codebtor.
   (see Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: OSCAR NOEL JR EREDIANO LLOSE
   Title: _____
   Company: ___ Address and telephone number (if different from notice address above): _____

   (Signature)    December 15, 2024
   Telephone number: +65 8790-2022    email: onellose@gmail.com

***Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571***

Oscar Noel Jr Llose - Moomoo Financial Singapore Pte. Ltd.

Statement of MMAT shares (1,500) as of December 15, 2024



## Oscar Noel Jr Llose - Moomoo Financial Singapore Pte. Ltd.

## Transaction History (Dec. 2022)

**moomoo** — Monthly Statement of Universal Account – Securities, Dec 2022

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | | | | | 0.00 | | | 0.00 | | 0.00 | | 0.00 |

### Changes in Position Value

| | | | Starting | | | Ending | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Symbol | Exchange | Currency | Quantity | Closing Price | Position Value | Quantity | Closing Price | Position Value | Changes in Position Value | Buy Quantity | Sell Quantity | Transfer In | Transfer Out |
| Moomest IV3 | SGX | SGD | 3,100 | 0.1620 | 502.20 | 3,100 | 0.1620 | 502.20 | 0.00 | 0 | 0 | 0 | 0 |
| **SGD Total** | | | | | 502.20 | | | 502.20 | 0.00 | | | | |

| Symbol | Exchange | Currency | Quantity | Closing Price | Position Value | Quantity | Closing Price | Position Value | Changes in Position Value | Buy Quantity | Sell Quantity | Transfer In | Transfer Out |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GoldSpring GLDG | US | USD | 0 | - | 0.00 | 20 | 1.1300 | 22.60 | +22.60 | 0 | 0 | +20 | 0 |
| GameStop GME | US | USD | 0 | - | 0.00 | 1,740 | 18.4600 | 32,120.40 | +32,120.40 | 0 | 0 | +1,740 | 0 |
| Know Labs KNW | US | USD | 0 | - | 0.00 | 590 | 1.6000 | 944.00 | +944.00 | 0 | 0 | +590 | 0 |
| Koss Corp KOSS | US | USD | 0 | - | 0.00 | 10 | 4.9500 | 49.50 | +49.50 | 0 | 0 | +10 | 0 |
| Mmat Meta Mtrls MMAT | US | USD | 0 | - | 0.00 | [117,923] | 1.1900 | 140,328.37 | +140,328.37 | 0 | 0 | +117,923 | 0 |
| Pfizer PFE | US | USD | 0 | - | 0.00 | 2 | 51.2400 | 102.48 | +102.48 | 0 | 0 | +2 | 0 |
| **USD Total** | | | | | 0.00 | | | 173,567.35 | +173,567.35 | | | | |

### Trades - Securities

| Direction | Symbol | Exchange | Currency | Date/Time | Price | Quantity | Amount |
|---|---|---|---|---|---|---|---|
| Buy to Open | GLOBAL TECH INDUSTRIES GROUP INC GTII | US | USD | 2022/12/23 00:30:19 | 1.6500 | 100 | 165.00 |
| Subtotal: 0.32 TAF: 0.00 | Number of Transactions: 1 GST: 0.02 | Transaction Amount: 165.00 | Net Transaction Amount: -165.32 | Commission: 0.00 | Platform Fee: 0.00 | Settlement Fee: 0.30 | SEC Fee: 0.00 |
| Sell to Close | GLOBAL TECH INDUSTRIES GROUP INC GTII | US | USD | 2022/12/28 00:56:07 | 1.7000 | 100 | 170.00 |
| Subtotal: 0.34 TAF: 0.01 | Number of Transactions: 1 GST: 0.02 | Transaction Amount: 170.00 | Net Transaction Amount: 169.66 | Commission: 0.00 | Platform Fee: 0.00 | Settlement Fee: 0.30 | SEC Fee: 0.01 |
| **USD Total** | | | | | | | |

## Oscar Noel Jr Llose - Moomoo Financial Singapore Pte. Ltd.

## Transaction History (Feb. 2023)

moomoo

Monthly Statement of Universal Account - Securities
Feb 2023

**Changes in Position Value**

| Symbol | Exchange | Currency | Starting Quantity | Starting Closing Price | Starting Position Value | Ending Quantity | Ending Closing Price | Ending Position Value | Changes in Position Value | Buy Quantity | Sell Quantity | Transfer In | Transfer Out |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Moonest IV3 | SGX | SGD | 3,100 | 0.1330 | 412.30 | 3,100 | 0.1570 | 486.70 | +74.40 | 0 | 0 | 0 | 0 |
| **SGD Total** | | | | | **412.30** | | | **486.70** | **+74.40** | | | | |

| Symbol | Exchange | Currency | Starting Quantity | Starting Closing Price | Starting Position Value | Ending Quantity | Ending Closing Price | Ending Position Value | Changes in Position Value | Buy Quantity | Sell Quantity | Transfer In | Transfer Out |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Creatd CRTD | US | USD | 2,000 | 0.8599 | 1,319.80 | 2,000 | 0.3710 | 342.00 | -877.80 | 0 | 0 | 0 | 0 |
| GoldMining GLDG | US | USD | 20 | 1.1800 | 23.60 | 20 | 1.0700 | 21.40 | -2.20 | 0 | 0 | 0 | 0 |
| GameStop GME | US | USD | 740 | 21.8700 | 16,183.80 | 740 | 19.2300 | 14,230.20 | -1,953.60 | 0 | 0 | 0 | 0 |
| GLOBAL TECH INDUSTRIES GROUP INC GTII | US | USD | 0 | - | 0.00 | 5,000 | 1.3599 | 6,799.50 | +6,799.50 | +5,000 | 0 | 0 | 0 |
| Inow Land KNW | US | USD | 590 | 1.2700 | 749.30 | 590 | 1.0300 | 607.70 | -141.60 | 0 | 0 | 0 | 0 |
| Koss Corp KOSS | US | USD | 10 | 5.4271 | 54.27 | 10 | 5.0189 | 50.19 | -4.08 | 0 | 0 | 0 | 0 |
| Meta Materials MMAT | US | USD | 117,923 | 1.0100 | 119,102.23 | 128,423 | 0.6400 | 82,589.44 | -30,512.79 | +10,500 | 0 | 0 | 0 |
| Pfizer PFE | US | USD | 2 | 44.1600 | 88.32 | 2 | 40.5700 | 81.14 | -7.18 | 0 | 0 | 0 | 0 |
| **USD Total** | | | | | **137,523.32** | | | **110,721.57** | **-26,801.75** | | | | |

**Trades - Securities**

| Direction | Symbol | Exchange | Currency | Date/Time | Price | Quantity | Amount |
|---|---|---|---|---|---|---|---|
| Buy to Open | Meta Materials MMAT | US | USD | 2023/02/04 04:44:36 | 0.9529 | 10,000 | 9,529.00 |
| Subtotal: 12.40 TAX: 0.00 | Number of Transactions: 1 GST: 2.40 | Transaction Amount: 9,588.00 | Net Transaction Amount: -9,601.40 | Commission: 0.00 | Platform Fee: 0.00 | Settlement Fee: 38.00 | SLC Fee: 0.00 |
| Buy to Open | Meta Materials MMAT | US | USD | 2023/02/04 04:45:29 | 0.9590 | 400 | 383.60 |
| | | | | 2023/02/04 04:45:29 | 0.9590 | 800 | 767.20 |

Preparation Date: 2023/03/02
Account Name: OSCAR NOEL JR EPEDIANO LLOSE    Account Number: 1008200198506172

Page 2 of 6

## Oscar Noel Jr Llose - Moomoo Financial Singapore Pte. Ltd.

## Transaction History (Apr. 2023)

🐮 moomoo                                                                                                             Monthly Statement of Universal Account - Securities
                                                                                                                                                              Apr 2023

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | | | | | -6.20 | | -30,891.52 | | 0.00 | | 0.00 |
| + changes in assets in transit | | | | | SGD | | USD | | HKD | | CNH |
| Total | | | | | 0.00 | | 0.00 | | 0.00 | | 0.00 |

### Changes in Position Value

| | | | | Starting | | Ending | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Symbol | Exchange | Currency | Quantity | Closing Price | Position Value | Quantity | Closing Price | Position Value | Changes in Position Value | Buy Quantity | Sell Quantity | Transfer In | Transfer Out |
| Moomeast INJ | SGX | SGD | 3,100 | 0.1580 | 489.80 | 3,100 | 0.1560 | 483.60 | -6.20 | 0 | 0 | 0 | 0 |
| **SGD Total** | | | | | **489.80** | | | **483.60** | **-6.20** | | | | |

| | | | | Starting | | Ending | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Symbol | Exchange | Currency | Quantity | Closing Price | Position Value | Quantity | Closing Price | Position Value | Changes in Position Value | Buy Quantity | Sell Quantity | Transfer In | Transfer Out |
| Bed Bath & Beyond Inc BBBY | US | USD | 0 | - | 0.00 | 18,500 | 0.1072 | 1,983.20 | +1,983.20 | +57,350 | -38,850 | 0 | 0 |
| Credo CRTD | US | USD | 2,000 | 0.1950 | 390.00 | 0 | - | 0.00 | -390.00 | 0 | 0 | 0 | -2,000 |
| GoldMining GLDG | US | USD | 20 | 1.2100 | 24.20 | 20 | 1.0400 | 20.80 | -3.40 | 0 | 0 | 0 | 0 |
| GameStop GME | US | USD | 740 | 23.02/00 | 17,034.80 | 740 | 19.2900 | 14,274.60 | -2,760.20 | 0 | 0 | 0 | 0 |
| GLOBAL TECH INDUSTRIES GROUP INC GTII | US | USD | 5,000 | 1.8300 | 9,150.00 | 5,000 | 1.5800 | 7,900.00 | -1,250.00 | 0 | 0 | 0 | 0 |
| Know Labs KNW | US | USD | 5,000 | 0.8902 | 4,451.00 | 5,000 | 0.9100 | 4,550.00 | +99.00 | 0 | 0 | 0 | 0 |
| Loes Corp LOES | US | USD | 10 | 4.6200 | 46.20 | 10 | 4.2300 | 42.30 | -3.90 | 0 | 0 | 0 | 0 |
| Meta Materials MMAT | US | USD | 139,112 | 0.4076 | 56,420.40 | 150,000 | 0.1847 | 27,880.00 | -28,790.40 | +11,579 | 0 | 0 | 0 |
| Pfizer PFE | US | USD | 2 | 40.8000 | 81.60 | 2 | 38.8900 | 77.78 | -3.82 | 0 | 0 | 0 | 0 |
| Oncled VOCL | US | USD | 0 | - | 0.00 | 2,000 | 0.1140 | 228.00 | +228.00 | 0 | 0 | +2,000 | 0 |
| **USD Total** | | | | | **87,598.20** | | | **56,706.68** | **-30,891.52** | | | | |

### Trades - Securities

| Direction | Symbol | Exchange | Currency | Date/Time | Price | Quantity | Amount |
|---|---|---|---|---|---|---|---|

Preparation Date: 2023/05/02                                                                                                                                  Page 2 of 8
Account Name: OSCAR NOEL JR EREDIANO LLOSE    Account Number: 10082001062506172