NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials, Inc | Case Number: 24-50792-hlb | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Sawtooth Properties, LLLP
   8449 Greenwood Dr
   Niwot CO 80503

   Telephone Number: 303-884-5112

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.
   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.
   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   DEC 17 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor: 815-09841 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Amir Rathore Carter Terry Atlanta
   Telephone Number: 403-364-2063

3. Date Equity Interest was acquired:
   2016

4. Total amount of member interest: 140

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: R. Kenneth Dulin
Title: General Partner
Company: Address and telephone number (if different from notice address above):

(Signature) R. Kenneth Dulin   (Date) 12/15/24

Telephone number: 303-884-5112   email: sawtoothprop@aol.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



# CARTER TERRY

3060 Peachtree Road NW Suite 1200 Atlanta, Georgia 30305
Phone 404-364-2070 Fax 404-364-2079 • Toll free 1-800-848-9555

SAWTOOTH PROPERTIES LLLP        U70AT
R KENNETH DULIN                 A54
8449 GREENWOOD DRIVE
NIWOT CO  80503-7245

**Partnership Account / Sawtooth Properties**

**Your Financial Professional**
Amer Rathore
3060 Peachtree RD NW
Suite 1200
Atlanta GA 30305
Telephone:    (404) 364-2063 or (800) 848-9555
Fax:          (404) 364-2079



## ACCOUNT STATEMENT
JULY 1, 2024 - SEPTEMBER 30, 2024

Account number:
09841
Page 1 of 5

### ACCOUNT VALUE SUMMARY

|  | THIS PERIOD | THIS YEAR |
|---|---|---|
| Beginning account value | ▓ | ▓ |
| Deposits | 0.00 | |
| Change in asset value | | |
| Ending account value | ▓ | ▓ |

### YOUR MESSAGE BOARD

*Important cost basis requirements remain effective as part of the overall Form 1099 reporting changes that began in 2011. For more information about these regulation changes, please visit www.rbcclearingandcustody.com and select the "Legal" link at the bottom of the home page, followed by "Cost Basis Updates". Check back regularly for updates.*

*Whether you want to build, preserve, enjoy, or share your hard-earned wealth, we're here to help. For questions about your account, please contact your financial professional, who will be happy to assist you.*

*Accounts carried by RBC Clearing & Custody, a division of RBC Capital Markets,LLC, Member NYSE/FINRA/SIPC*

SAWTOOTH PROPERTIES LLLP
R KENNETH DULIN



# ACCOUNT STATEMENT
JULY 1, 2024 - SEPTEMBER 30, 2024

Account number:
⬛⬛09841
Page 4 of 5

## ASSET DETAIL

*The Estimated Annualized Income ("EAI") for certain securities could include a return of principal or capital gains, in which case EAI depicted on this account statement would be overstated. EAI is only an estimate of income generated by the investment and the actual income may be higher or lower. In the event the investment matures, is sold or called, the full EAI may not be realized.*

*\* The Unrealized Gain/Loss may not reflect your investments' total return. Specifically, the net cost may include dividend and capital gains distributions which have been reinvestedAdditionally, the information that appears in these columns may be based on information provided by you or at your direction. RBC has not verified such data. Please see "About Your Statement" on page 2 for further information.*

Your Financial Professional has elected to display Asset Detail with the following options:asset purchases (tax lots) consolidated.

### EQUITY

**Alternative and Other Equity**

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | MARKET PRICE | MARKET VALUE | NET COST * | UNREALIZED GAIN/LOSS * | ESTIMATED ANNUALIZED INCOME |
|---|---|---|---|---|---|---|---|
| ████████ | ████ | ████ | ████ | ████ | ████ | ████ | |
| **TOTAL Alternative and Other Equity** | | | | $0.00 | ████ | ████ | |

**US Small Cap Equity**

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | MARKET PRICE | MARKET VALUE | NET COST * | UNREALIZED GAIN/LOSS * | ESTIMATED ANNUALIZED INCOME |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC COMMON STOCK | MMATQ | 140.000 | $0.370 | $51.80 | $17,843.33 | -$17,791.53 | |
| **TOTAL US Small Cap Equity** | | | | $51.80 | $17,843.33 | -$17,791.53 | |
| **TOTAL EQUITY** | | | | ████ | ████ | ████ | |
| **TOTAL ASSETS** | | | | ████ | | | $0.00 |

## ACTIVITY DETAIL

*Realized gain/loss column includes fees and commissions. It does not include accrued interest.*

*\* Information that appears in these columns may be based on information provided by you or at your direction; RBC has not verified such data. Please see "About Your Statement" on page 2 for further information.*

No activity this period.