NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:** Meta Materials, Inc

**Case Number:** 24-50792-hlb

**RECEIVED AND FILED**
**DEC 17 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Pine River Ranch, LLC
8449 Greenwood Dr
Niwot CO 80503

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**Telephone Number:** 303-884-5112

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:** 431-02420

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Magrav Shums Merrill Lynch / BofA

**Telephone Number:** 800-876-5505

**3. Date Equity Interest was acquired:**
Various company investments between 2011 to 2020

**4. Total amount of member interest:** 1,041

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** R. Kenneth Orlin
**Title:** Managing Member
**Company:** Address and telephone number (if different from notice address above):

(Signature) _____    (Date) 12/15/24

Telephone number: 303-884-5112    email: sawtoothprop@aol.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**MERRILL**
A BANK OF AMERICA COMPANY

Online at: www.mymerrill.com          Account Number: ████02420          24-Hour Assistance: (866) 4MLBUSINESS

PINE RIVER RANCH, LLC
PLEDGED TO ML LENDER
8449 GREENWOOD DR
NIWOT CO 80503-7245

**Net Portfolio Value:** 

Your Financial Advisor:
SHAMS AND ASSOCIATES II
370 17TH STREET SUITE 5500
DENVER CO    80202-5656
1-800-876-5505

# ■ PRR

November 01, 2024 - November 29, 2024

|  | This Statement | Year to Date |
|---|---|---|
| **Opening Value (11/01)** | ███ | ███ |
| Total Credits | ███ | ███ |
| Total Debits | ███ | ███ |
| Securities You Transferred In/Out | ███ | ███ |
| Market Gains/(Losses) | ███ | ███ |
| **Closing Value (11/29)** | ███ | ███ |

This account is pledged as collateral to the LMA for ███
LMA Closing Monthly Loan Balance ███

| ASSETS | November 29 | October 31 |
|---|---|---|
| Cash/Money Accounts | ███ | ███ |
| Fixed Income | - | - |
| Equities | ███ | ███ |
| Mutual Funds | - | - |
| Options | - | - |
| Other | - | - |
| Alternative Investments ☆ | ███ | ███ |
| Subtotal (Long Portfolio) | ███ | ███ |
| **TOTAL ASSETS** | ███ | ███ |

| LIABILITIES | | |
|---|---|---|
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | - | - |
| **NET PORTFOLIO VALUE** | ███ | ███ |

☆Amount includes alternative investments. Unless otherwise noted, alternative investments are not registered in the name of nor held by MLPF&S or its nominees and alternative investment amounts are provided for informational purposes only.

This statement is eligible for online delivery. Go to ml.com/gopaperless or scan this code with your phone's camera to get started.

**\*NOTICE TO PLEDGORS:** If the Borrower does not pay the debt, your pledged assets may be liquidated and the proceeds used to pay the Borrower's debt.

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.
Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

PRR  Account Number: ███-02420  24-Hour Assistance: (866) 4MLBUSINESS

## YOUR WCMA ASSETS

November 01, 2024 - November 29, 2024

| EQUITIES (continued) Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| META MATERIALS INC REGITERED SHS | MMATQ | 1,041.0000 | N/A÷ | 0.0610 | 63.50 | N/A | |