NVB 3001 (Rev. 12/24)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| | |
|---|---|
| **Name of Debtor:** Meta Materials Inc. | **Case Number:** 24-50792 |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

*Thurman Investments, Inc.*
c/o William R. Stuart
4962 El Camino Real #201
Los Altos, CA 94022
Direct: 650-799-6179
Email: wsmilestone@gmail.com

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 18 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only): **0344-205**

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
E Trade, PO Box 484, Jersey City, NJ 07303

Telephone Number: 800-387-2331

**3. Date Equity Interest was acquired:**
Multiple purchases on or after October 6, 2021

**4. Total amount of member interest:** 147,000 shares for $214,123

**5. Certificate number(s):** SEE ATTACHED

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☐ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☑ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: William R. Stuart
Title: President
Company: Address and telephone number (if different from notice address above): _____

(Signature) *[signed]*
Telephone number: 650-799-6179    email: wsmilestone@gmai.com
(Date) 12-15-2024

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# E*TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period September 1-30, 2024

## Account Detail

Self-Directed Brokerage Account  
10344-205

THURMAN INVESTMENTS  
C/O WILLIAM R STUART

## STOCKS

### COMMON STOCKS

*Morgan Stanley & Co. LLC (Morgan Stanley) and Morningstar, Inc.'s equity research ratings are shown for certain securities. These ratings represent the opinions of the research provider and are not representations or guarantees of performance. The applicable research report contains more information regarding the analyst's opinions, analysis, and rating, and you should read the entire research report and not infer its contents. For ease of comparison, Morgan Stanley and Morningstar, Inc.'s equity research ratings have been normalized to a 1 (Buy), 2 (Hold), and 3 (Sell). Refer to your June or December statement for a summary guide describing the ratings. We do not take responsibility for, nor guarantee the accuracy, completeness, or timeliness of research prepared for Morningstar, Inc.*

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| DSG GLOBAL INC (DSGT) *Asset Class: Equities* | 226,950.000 | $0.000 | $15,668.86 | $0.23 | $(15,655.53) | — | — |
| EDITAS MEDICINE INC (EDIT) *Rating: Morgan Stanley: 2; Asset Class: Equities* | 14,200.000 | 3.410 | 357,080.30 | 48,422.00 | (308,658.30) | — | — |
| FINGERMOTION INC (FNGR) *Asset Class: Equities* | 2,000.000 | 2.180 | 10,069.81 | 4,360.00 | (5,709.81) | — | — |
| GENIUS GROUP LTD NEW (GNS) *Asset Class: Equities* | 1,600.000 | 0.908 | 22,926.06 | 1,452.80 | (21,473.25) | — | — |
| ILUSTRATO PICTURES INTL INC (ILUS) *Asset Class: Equities* | 230,000.000 | 0.004 | 30,496.95 | 805.00 | (29,691.95) | — | — |
| META MATERIALS INC NEW (MMATO) *Asset Class: Equities* | 1,470.000 (handwritten: 147,000) | 0.370 | 214,123.33 | 543.90 | (213,579.43) | — | — |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| **STOCKS** | 94.56% | | $650,365.31 | $55,583.93 | $(594,768.27) | — | — |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|
| **TOTAL VALUE** | 100.00% | | $650,365.31 | $58,781.33 | $(594,768.27) | $0.32 | — |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

T.D. Ameritrade
Thurman Investments Inc.

**Statement for Account #: ....6173**
04/01/23 - 04/30/23

### Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| IDA Interest | $ 10.39 | $ 41.56 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| DSG GLOBAL INC COM | DSGT | 226,950 | $ 0.0291 | $6,604.25 | 08/15/22 | $ 15,668.86 | $ 0.07 | $ (9,064.61) | $ - | - |
| EDITAS MEDICINE INC COM | EDIT | 14,200 | 8.16 | 115,872.00 | 12/23/21 | 357,080.30 | 25.15 | (241,208.30) | - | - |
| ILUSTRATO PICTURES INTL INC COM | ILUS | 230,000 | 0.0361 | 8,303.00 | 02/18/22 | 30,496.95 | 0.13 | (22,193.95) | - | - |
| META MATERIALS INC COM | MMAT | 147,000 | 0.1842 | 27,077.40 | 03/03/22 | 214,123.33 | 1.46 | (187,045.93) | - | - |
| NEXT BRIDGE HYDROCARBONS COM | 6DA993019 | 2,320,146 | NA | NA | 11/26/21 | 4,669,749.97 | 2.01 | (4,669,749.97) | - | - |
| **Total Stocks** | | | | $157,856.65 | | $5,287,119.41 | | $(5,129,262.76) | $0.00 | 0.0% |
| **Total Cash Account** | | | | $157,856.65 | | $5,287,119.41 | | $(5,129,262.76) | $0.00 | 0.0% |

### Insured Deposit Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 04/01/23 | $ 36,188.27 | 30 | 0.3494 | $ 10.39 | $ 10.39 | $ 10.39 |
| **Total Interest Income** | | | | | | $10.39 |

page 2 of 3