NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

| Name of Debtor: Meta Materials Inc. | Case Number: 24-50792 | |
|---|---|---|

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   c/o Julia Stuart Roth IRA
   William R. Stuart
   4962 El Camino Real # 201
   Los Altos, CA 94022
   Direct: 650-799-6179
   Email: wsmilestone@gmail.com

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   AM AND F.
   DEC 18 2024
   S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   **COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only): -9283

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Charles Schwab Inc.

   Telephone Number: 26,400 shares for $86,209.50

3. Date Equity Interest was acquired:
   On or after June 30, 2021

4. Total amount of member interest: 6,550 for $98,430

5. Certificate number(s): SEE ATTACHED

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: INVESTOR

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☐ I am the interest holder.   ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)   ■ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: William R. Stuart
Title: Authorized Person (father)
Company:___ Address and telephone number (if different from notice address above):

(Signature)   12-15-2024 (Date)

Telephone number: 650-799-6179   email: wsmilestone@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

*Julia Smart Roth IRA*

**Statement for Account #: 49244**
03/01/23 - 03/31/23

### Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Interest Income Credit Balance | $ 0.36 | $ 0.36 |
| IDA Interest | 0.66 | 0.77 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| NEXT BRIDGE HYDROCARBONS COM | 6DA993019 | 68,640 | $ NA | $ NA | 12/07/21 | $ 114,880.34 | $ 1.67 | $ (114,880.34) | $ - | - |
| **Stocks - Margin** | | | | | | | | | | |
| META MATERIALS INC COM | MMAT | 26,400 | $ 0.4076 | $10,760.64 | 06/30/21 | $ 86,209.50 | $ 3.27 | $ (75,448.86) | $ - | - |
| **Total Stocks** | | | | $10,760.64 | | $201,089.84 | | $(190,329.20) | $0.00 | 0.0% |
| **Total Cash Account** | | | | $0.00 | | $114,880.34 | | $(114,880.34) | $0.00 | 0.0% |
| **Total Margin Account** | | | | $10,760.64 | | $86,209.50 | | $(75,448.86) | $0.00 | 0.0% |
| **Total Positions** | | | | $10,760.64 | | $201,089.84 | | $(190,329.20) | | |

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | $ 0.00 |
| 03/24/23 | 03/24/23 | Margin | Cash Rec'd - Contributions | CASH RECEIPT ROTH CONTRIBUTION PREVIOUS YEAR CHECK603 Personal Check | - | - | $ 0.00 | $ 6,000.00 | 6,000.00 |
| 03/24/23 | 03/24/23 | Margin | Cash Rec'd - Contributions | CASH RECEIPT ROTH CONTRIBUTION CURRENT YEAR CHECK604 Personal Check | - | - | 0.00 | 6,500.00 | 12,500.00 |