NVB 3001 (Rev. 12/24)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials Inc.
**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   c/o BBV Profit Sharing Plan
   William R. Stuart
   4962 El Camino Real #201
   Los Altos, CA 94022
   Direct: 650-799-6179
   Email: wsmilestone@gmail.com

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC 18 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   **COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor (last 4 digits only):** )2473

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   TD c/o Charles Schwab Inc.
   PO Box 982600, El Paso, TX 79998
   **Telephone Number:** 800-435-4000

3. **Date Equity Interest was acquired:**
   Multiple purchases or after October 6, 2021

4. **Total amount of member interest:** 1,062,900 shares for $4,477,578

5. **Certificate number(s):** SEE ATTACHED

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☐ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
■ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: William R. Stuart
Title: Trustee
Company:___ Address and telephone number (if different from notice address above):
_____

(Signature) 12-15-2024 (Date)
Telephone number: 650-799-6179    email: wsmilestone@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**William R. Stuart**
**4962 El Camino Real #201**
**Los Altos, CA 94022**
wsmilesilestone@gmail.com
650-799-6179

December 17, 2024


US Bankruptcy Court
Foley Federal Building and
U.S. Courthouse
Attn: Clerk of the Court
300 Las Vegas Blvd South
Las Vegas, Nevada 89101

RE:   **CASE 24-50792**
      **NOTICE OF REDACTION, Proof of Interest Forms**

To Clerk of the Court,

My name is **William Stuart** and I hereby submit this NOTICE OF REDACTION for PROOF OF INTEREST FORM in the matter of Meta Materials, Inc. case number 24-50792. Per instructions by The Honorable Hilary L. Barnes. United States Bankruptcy Judge and out of an abundance of concern for the potential misuse of my personal information, I request all but the last four digits of my account numbers be redacted from my Proof of Interest form.

The Stuart family has **2,611,197 shares of MMAT held within 14 accounts**. Many shares were acquired at different times through TD Ameritrade, which has since been acquired by Charles Schwab Inc. We are still working on getting statements from Schwab.

Per Instructions, I have included with this filing an unredacted version of the POI's, a redacted version of the POI's for each of the 14 accounts.

I have enclosed a postage paid envelope to return a date-stamped copy of each POI.

Please feel free to email me with any questions using the email address first written above.

Thank you for your consideration in the matter,

*/s/ William Stuart*
_____
William Stuart

| | MMAT # SHARES | BROKER | IBK # | TD ACCT # | SCHWAB ACCT # | COST |
|---|---|---|---|---|---|---|
| BBV PSP | 1062600 | TD/SC | | )2473 | 6222592 | $4,477,577.91 |
| BBV PSP | 2500 | IB | 52734 | | | $4,977.28 |
| Carolyn ROTH | 207800 | TD/SC | | )3387 | | $796,124.21 |
| Carolyn WALT | 146878 | TD/SC | | :7488 | | $658,446.04 |
| Cheyenne | 204000 | ET | | )0361-202 | | $468,494.21 |
| DRV Inc | 308100 | TD/SC | | :7942 | 7250 | $474,442.29 |
| Haystack | 47000 | TD/SC | | ,9605 | -4404 | $62,039.90 |
| Julia | 6550 | TD/SC | | 47588 | -3879 | $93,430.50 |
| Julia ROTH | 26400 | TD/SC | | -9283 | -9283 | $86,209.50 |
| Thurman | 147000 | ET | | 10344-205 | | $214,123.33 |
| Will MPS | 61270 | TD/SC | | 6951 | | $333,301.45 |
| Will ROTH1 | 386150 | ET | | +2966-207 | | $1,639,496.71 |
| Will ROTH2 | 870 | ET | | 53683-204 | | $65,978.00 |
| Hilltop | 4079 | ET | | 0348-209 | | $2,265,398.74 |
| **TOTALS** | **2611197** | | | | | **$11,640,040.07** |

* Shares are pre-reversal stock split of 1:10
Questions: Email Will Stuart: wsmilestone@gmail.com

Statement for Account # 4    2473
01/01/23 - 01/31/23

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Interest Income Credit Balance | $ 0.01 | $ 0.01 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| DSG GLOBAL INC COM | DSGT | 4,347,778 | $ 0.056 | $243,475.57 | 06/27/22 | $ 427,027.46 | $ 0.10 | $ (183,551.89) | $ - | - |
| META MATERIALS INC COM | MMAT | 1,062,900 | 1.01 | 1,073,529.00 | 06/22/21 | 4,477,577.91 | 4.21 | (3,404,048.91) | - | - |
| NEXT BRIDGE HYDROCARBONS COM | 6DA993019 | 4,877,775 | NA | NA | - | - | - | - | - | - |
| **Total Stocks** | | | | $1,317,004.57 | | $4,904,605.37 | | $(3,587,600.80) | $0.00 | 0.0% |
| **Total Cash Account** | | | | $1,317,004.57 | | $4,904,605.37 | | $(3,587,600.80) | $0.00 | 0.0% |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$32.80** |
| 01/06/23 | 01/06/23 | Cash | Delivered - Other | NEXT BRIDGE HYDROCARBONS COM MOVE TO RESTRICTED Auto Reorg#624344|REMOVE WORTHLESS | 6DA993019 | 4,877,775- | $ 0.00 | $ - | 32.80 |
| 01/06/23 | 01/06/23 | Cash | Received - Other | NEXT BRIDGE HYDROCARBONS COM MOVE TO RESTRICTED | 6DA993019 | 4,877,775 | 0.00 | - | 32.80 |
| 01/31/23 | 01/31/23 | Cash | Div/Int - Income | INTEREST CREDIT Payable: 01/31/2023 | - | - | 0.00 | 0.01 | 32.81 |
| **Closing Balance** | | | | | | | | | **$32.81** |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## BBV Profit Sharing Plan
## Account QuickReport
**All Transactions**

| Type | Date | Num | Amount | Balance |
|---|---|---|---:|---:|
| **1-STOCKS & MUTUAL FUNDS - Schw** | | | | |
| **MMAT** | | | | |
| General Journal | 08/31/2021 | | 2,453,494.77 | 2,453,494.77 |
| General Journal | 09/30/2021 | | 12,598.80 | 2,466,093.57 |
| General Journal | 10/31/2021 | | 69,167.55 | 2,535,261.12 |
| General Journal | 11/30/2021 | | 1,215,733.30 | 3,750,994.42 |
| General Journal | 12/31/2021 | | 540,201.86 | 4,291,196.28 |
| General Journal | 01/31/2022 | JAN 2... | 48,260.00 | 4,339,456.28 |
| General Journal | 03/31/2022 | MAR ... | -112,143.65 | 4,227,312.63 |
| General Journal | 04/29/2022 | Apr2022 | 17,997.00 | 4,245,309.63 |
| General Journal | 05/31/2022 | MAY ... | 303,367.00 | 4,548,676.63 |
| General Journal | 06/30/2022 | JUN C... | 43,550.00 | 4,592,226.63 |
| General Journal | 07/29/2022 | JUL C... | 19,034.00 | 4,611,260.63 |
| General Journal | 09/30/2022 | SEP C... | 11,882.50 | 4,623,143.13 |
| General Journal | 11/30/2022 | Cst N... | -145,565.22 | 4,477,577.91 |
| **Total MMAT** | | | **4,477,577.91** | **4,477,577.91** |
| **Total 1-STOCKS & MUTUAL FUNDS - Schw** | | | **4,477,577.91** | **4,477,577.91** |
| **TOTAL** | | | **4,477,577.91** | **4,477,577.91** |