NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor:
**Meta Materials, Inc.**

Case Number:
**24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

John C. Pervel Jr.
3 Veeda Court
River Ridge, LA 70123

Telephone Number: 504-858-1589

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED

DEC 19 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
Z05758445

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

John C. Pervel, Fidelity Investments
P.O. Box 770001, Cincinatti, OH 45277
Telephone Number: 800-544-6666

3. Date Equity Interest was acquired:
Between 5/17/21 thru 7/26/21, A quantity of 1,200 shares purchased @ $16,060.28. None Sold. Refer to brokerage info attached.

4. Total amount of member interest: 1,200 shares @ $16,060.28    Certificate number(s): Refer to brokerage info attached.

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
■ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or othercodebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: John C. Pervel Jr.
Title:
Company: ___ Address and telephone number (if different from notice address above):
_____
_____

(Signature) John C. Pervel Jr.   (Date) 12/16/24

Telephone number: 504-858-1589   Email: JohnCPerveljr@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

PROOF OF INTEREST SUPPLEMENTAL INFORMATION:                                    Page #1 of 3        Unredacted

CASE: 24-50792, META MATERIALS, INC.

FOR:        John C. Pervet

BROKER:   FIDELITY INVESTMENTS

ACCT #:    Z05758445

| Run Date | Account | Action | Symbol/ CUSIP | Description | Type | QTY | Price Each | Total Value | Settlement Date | Trade Ref # | Trade Order # | Attachment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/13/2021 | Z05758445 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 20 | $1.90 | -$38.00 | 5/17/2021 | 21133-1CHMF | 21133-DFW7H | attached #1B |
| 06/22/2021 | Z05758445 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 22 | $7.63 | -$167.75 | 6/24/2021 | 21173-NJPP2E | 21173-G9PHH | attached #2C |
| 06/22/2021 | Z05758445 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 46 | $7.72 | -$355.12 | 6/24/2021 | 21173-2G68VO | 21173-G4VH | attached #2C |
| 06/22/2021 | Z05758445 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 18 | $7.59 | -$136.62 | 6/24/2021 | 21173-1DV2UG | 21173-F4NCP | attached #2C |
| 06/22/2021 | Z05758445 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 44 | $7.94 | -$349.36 | 6/24/2021 | 21173-1D67BM | 21173-GKHW | attached #2C |
| 06/22/2021 | Z05758445 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 50 | $7.73 | -$386.45 | 6/24/2021 | 21173-8Q29HE | 21173-G65Z | attached #2D |
| 06/23/2021 | Z05758445 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 200 | $4.96 | -$991.98 | 6/25/2021 | 21174-1CNJMT | 21174-DX0TF | attached #3 |
| 06/28/2021 | Z05758445 | *REVERSE SPLIT R/S TO 59134N104#REOR M00S133648000 TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash)* | 89102U103 | *TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2* | Cash | -400 | | $1,980.00 | | | | *attached brokerage stmt.#7E, 7F,7G.* |
| 06/28/2021 | Z05758445 | *REVERSE SPLIT R/S FROM 89102U103#REOR M00S133648000 01 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash)* | 59134N104 | *META MATERIALS INC COM ISIN US59134N104* | Cash | 200 | | $1,592.00 | | | | *attached brokerage stmt.#7E, 7F,7G.* |

PROOF OF INTEREST SUPPLEMENTAL INFORMATION:
CASE: 24-50792, META MATERIALS, INC.
FOR:  John C. Pervel

BROKER:  FIDELITY INVESTMENTS
ACCT #:  Z05758445

Page #2 of 3    Unredacted

| Run Date | Account | Action | Symbol/ CUSIP | Description | Type | QTY | Price Each | Total Value | Settlement Date | Trade Ref # | Trade Order # | Attachment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/07/2021 | Z05758445 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104)(Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 300 | $6.09 | -$1,827.00 | 7/9/2021 | 21188-0GB83B | 21188-H8XFF | attached #4B |
| 07/16/2021 | Z05758445 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104)(Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 106 | $3.64 | -$385.84 | 7/20/2021 | 21197-0F4BCW | 21197-HR86R | attached #5A |
| 07/16/2021 | Z05758445 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104)(Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 19 | $3.64 | -$69.16 | 7/20/2021 | 21197-0F4BHQ | 21197-HR9NC | attached #5B |
| 07/16/2021 | Z05758445 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104)(Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 300 | $3.64 | -$1,092.00 | 7/20/2021 | 21197-0F4JTM | 21197-HSL3T | attached #5B |
| 07/22/2021 | Z05758445 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104)(Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 75 | $3.48 | -$261.00 | 7/26/2021 | 21203-0FV13W | 21203-HHPPZ | attached #6 |
| 01/29/2024 | Z05758445 | REVERSE SPLIT R/S TO 59134N202#REOR M00515591300000 META MATERIALS INC COM ISIN US59134N... (59134N104)(Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | -1000 | | -$58.20 | | | | attached brokerage statement #8D, 8F, |
| 01/29/2024 | Z05758445 | REVERSE SPLIT R/S FROM 59134N104#REOR M00515591300001 META MATERIALS INC COM NEW ISIN #US5913 | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | Cash | 10 | | $55.10 | | | | attached brokerage statement #8D, 8F, |
| | | | | | 10 Shares post splits | | | | | | | |
| | | | | | 10shares = $0.00 Value Remains | | | | | | | |

| | |
|---|---|
| Total Shares Held Pre-Reverse Split @ | 1,200 shares |
| Total Shares Sold @ | 0 |
| Total Monies Invested Pre-Reverse Split @ | $6,060.28 |
| Transactions Post-Reverse Split @ | 0 |
| Total Shares Held Post-Reverse Split @ | 10 |

*Yes, I'm aware it doesn't match the Fidelity total gain/loss on the screenshot below but original receipts attached. Fidelity would not correct gain/loss.

PROOF OF INTEREST SUPPLEMENTAL INFORMATION:

CASE: 24-50792, META MATERIALS, INC.

FOR:    John C. Pervel

BROKER:    FIDELITY INVESTMENTS

ACCT #    Z05758445

Page #3 of 3    Unredacted

As of Dec-15-2021 1:44 p.m. ET

Overview

| Symbol | Quantity | Average Cost Basis | Last Price | Cost Basis Total | Current Value | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | % of Account | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MMATQ | 18 | $568.18 | -- | $5,881.77 | | $0.00 | $0.00 | 0.00% | -$5,881.77 | -100.00% | 0.00% | |

META MATERIALS INC COM NEW ISIN #US5913434N3026 SEDOL #BQ67J98

Purchase History    Research

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | $ Today's Gain/Loss | % Today's Gain/Loss | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|---|---|
| Jun-22-2021 | Long | -$261.00 | -100% | $0.00 | 0.75 | $0.00 | | $348.00 | $261.00 |
| Jun-19-2021 | Long | -$1,092.00 | -100% | $0.00 | 3 | $0.00 | | $364.00 | $1,092.00 |
| Jul-16-2021 | Long | -$69.16 | -100% | $0.00 | 0.19 | $0.00 | | $364.00 | $69.16 |
| Jul-16-2021 | Long | -$385.84 | -100% | $0.00 | 1.06 | $0.00 | | $364.00 | $385.84 |
| Jul-16-2021 | Long | -$1,827.00 | -100% | $0.00 | 3 | $0.00 | | $600.00 | $1,827.00 |
| Jul-07-2021 | Long | -$991.98 | -100% | $0.00 | 1 | $0.00 | | $991.98 | $991.98 |
| Jun-23-2021 | Long | -$146.86 | -100% | $0.00 | 0.11 | $0.00 | | $1,335.09 | $146.86 |
| Jun-22-2021 | Long | -$338.32 | -100% | $0.00 | 0.25 | $0.00 | | $1,335.28 | $338.32 |
| Jun-22-2021 | Long | -$310.89 | -100% | $0.00 | 0.23 | $0.00 | | $1,351.70 | $310.89 |
| Jun-22-2021 | Long | -$300.85 | -100% | $0.00 | 0.22 | $0.00 | | $1,390.23 | $300.85 |
| Jun-22-2021 | Long | -$119.60 | -100% | $0.00 | 0.09 | $0.00 | | $1,328.89 | $119.60 |
| May-19-2021 | Long | -$333.27 | -100% | $0.00 | 0.1 | $0.00 | | $332.70 | $333.27 |



# ☉ Fidelity
INVESTMENTS

\# IA

**Transaction Confirmation**
**Confirm Date: May 13, 2021**                    Page 1 of 2

Brokerage Account Number
*****8445 INDIVIDUAL

990019T007

**JOHN CHRIST PERVEL JR.**

JOHN CHRIST PERVEL JR
3 VEEDA CT
RIVER RIDGE LA 70123-2082

Online                              Fidelity.com
FAST(sm)-Automated Telephone        800-544-5555
Customer Service                    800-544-6666



| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION and DISCLOSURES | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION and DISCLOSURES | | | | | |

990019T007

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

JOHN CHRIST PERVEL JR
3 VEEDA CT
RIVER RIDGE LA 70123-2082

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8445    only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z05758445  00  000

#1B

**Transaction Confirmation**
Confirm Date: May 13, 2021

Page 2 of 2

Brokerage Account Number
*****8445 INDIVIDUAL

JOHN CHRIST PERVEL JR.

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓ | ▓ | ▓▓ | ▓▓ | ▓▓▓ | ▓▓▓▓ | ▓▓▓▓▓ | | |
| | | | DESCRIPTION and DISCLOSURES | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21133-1CHMJF | 1* | WY# | 05-13-21 | 05-17-21 | 89102U103 | 21133-DFW7H | | |

You Bought        DESCRIPTION and DISCLOSURES
          20      TORCHLIGHT ENERGY RESOURCES INC          Principal Amount          38.00
     at           WE HAVE ACTED AS AGENT.                  Settlement Amount         38.00
1.9000
Symbol:
TRCH

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900193007

**REMITTANCE COUPON**



#2A

**Transaction Confirmation**
**Confirm Date: June 22, 2021**                    Page 1 of 4

Brokerage Account Number
*****8445 INDIVIDUAL

**JOHN CHRIST PERVEL JR.**

JOHN CHRIST PERVEL JR
3 VEEDA CT
RIVER RIDGE LA 70123-2082

9900154764

Online                              Fidelity.com
FAST(sm)-Automated Telephone        800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION and DISCLOSURES | | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900154764

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN CHRIST PERVEL JR          If you are eligible to make a deposit, please use this form for
3 VEEDA CT                     investments in your brokerage account *****8445  only.
RIVER RIDGE LA 70123-2082

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
FIDELITY INVESTMENTS         the trade(s) on this confirm.  If you wish to deposit
PO BOX 770001                additional money, use this deposit slip and make checks
CINCINNATI OH  45277-0003    payable to: NATIONAL FINANCIAL SERVICES LLC.
                             Deposits will be made to the account listed above.  Please
                             mail checks to the Fidelity address on this form. Refer to the
                             last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z05758445   00   000

#2B

Transaction Confirmation
Confirm Date: June 22, 2021                    Page 2 of 4

Brokerage Account Number
*****8445 INDIVIDUAL
JOHN CHRIST PERVEL JR.



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900154764

REMITTANCE COUPON

#2C

**Transaction Confirmation**
Confirm Date: June 22, 2021                     Page 3 of 4

Brokerage Account Number
*****8445 INDIVIDUAL

JOHN CHRIST PERVEL JR.

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION and DISCLOSURES | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21173-NJPP2E | 1* | WO# | 06-22-21 | 06-24-21 | 89102U103 | 21173-G9FMH | | |

You Bought 22
at 7.6250

DESCRIPTION and DISCLOSURES
TORCHLIGHT ENERGY RESOURCES INC
WE HAVE ACTED AS AGENT.

Symbol:
TRCH

Principal Amount        167.75
Settlement Amount       167.75

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21173-ZG68V0 | 1* | WO# | 06-22-21 | 06-24-21 | 89102U103 | 21173-G4JVH | | |

You Bought 46
at 7.7200

DESCRIPTION and DISCLOSURES
TORCHLIGHT ENERGY RESOURCES INC
WE HAVE ACTED AS AGENT.

Symbol:
TRCH

Principal Amount        355.12
Settlement Amount       355.12

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21173-1DV2JG | 1* | WY# | 06-22-21 | 06-24-21 | 89102U103 | 21173-F4NCP | | |

You Bought 18
at 7.5900

DESCRIPTION and DISCLOSURES
TORCHLIGHT ENERGY RESOURCES INC
WE HAVE ACTED AS AGENT.

Symbol:
TRCH

Principal Amount        136.62
Settlement Amount       136.62

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21173-1D67BM | 1* | WY# | 06-22-21 | 06-24-21 | 89102U103 | 21173-GKHVW | | |

You Bought 44
at 7.9400

DESCRIPTION and DISCLOSURES
TORCHLIGHT ENERGY RESOURCES INC
WE HAVE ACTED AS AGENT.

Symbol:
TRCH

Principal Amount        349.36
Settlement Amount       349.36

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE        990014764

#2D

**Transaction Confirmation**
**Confirm Date: June 22, 2021**                    Page 4 of 4

Brokerage Account Number
*****8445 INDIVIDUAL

**JOHN CHRIST PERVEL JR.**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21173-8029HE | 1* | WO# | 06-22-21 | 06-24-21 | 89102U103 | 21173-G6J5Z | | |

|  | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|
| You Bought | TORCHLIGHT ENERGY RESOURCES INC | Principal Amount | 386.45 |
| 50 | WE HAVE ACTED AS AGENT. | Settlement Amount | 386.45 |
| at | | | |
| 7.7290 | | | |
| Symbol: | | | |
| TRCH | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE          9900114764



#3

**Transaction Confirmation**
Confirm Date: June 23, 2021                    Page 1 of 1

Brokerage Account Number
*****8445 INDIVIDUAL

**JOHN CHRIST PERVEL JR.**

Online                          Fidelity.com
FAST(sm)-Automated Telephone    800-544-5555
Customer Service                800-544-6666

JOHN CHRIST PERVEL JR
3 VEEDA CT
RIVER RIDGE LA 70123-2082

9900148530

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21174-1CNJMT | 1* | WY# | 06-23-21 | 06-25-21 | 89102U103 | 21174-DXOTF | | |

DESCRIPTION and DISCLOSURES

| | | | |
|---|---|---|---|
| You Bought | | TORCHLIGHT ENERGY RESOURCES INC | Principal Amount    991.98 |
| | 200 | WE HAVE ACTED AS AGENT. | Settlement Amount    991.98 |
| at | 4.9599 | | |
| Symbol: | | | |
| TRCH | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                    9900148530

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN CHRIST PERVEL JR
3 VEEDA CT
RIVER RIDGE LA 70123-2082

If you are eligible to make a deposit, please use this form for
investments in your brokerage account *****8445   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account
(or margin account), Fidelity will use those funds to cover
the trade(s) on this confirm. If you wish to deposit
additional money, use this deposit slip and make checks
payable to: NATIONAL FINANCIAL SERVICES LLC.
Deposits will be made to the account listed above.  Please
mail checks to the Fidelity address on this form. Refer to the
last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099  0Z05758445   00   000



# 4A

**Transaction Confirmation**
**Confirm Date: July 7, 2021**

Page 1 of 2

Brokerage Account Number
*****8445 INDIVIDUAL

**JOHN CHRIST PERVEL JR.**

9900176718

JOHN CHRIST PERVEL JR
3 VEEDA CT
RIVER RIDGE LA 70123-2082

Online                              Fidelity.com
FAST(sm)-Automated Telephone        800-544-5555
Customer Service                    800-544-6666



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900176718

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN CHRIST PERVEL JR
3 VEEDA CT
RIVER RIDGE LA 70123-2082

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****8445 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z05758445  00  000

#4B

**Transaction Confirmation**
**Confirm Date: July 7, 2021**                    Page 2 of 2

Brokerage Account Number
*****8445 INDIVIDUAL

**JOHN CHRIST PERVEL JR.**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21188-OGBB3B | 1* | WK# | 07-07-21 | 07-09-21 | 59134N104 | 21188-H8XFF | | |

You Bought                    DESCRIPTION and DISCLOSURES
              300             META MATERIALS INC COM              Principal Amount    1,827.00
        at    6.0900          WE HAVE ACTED AS AGENT.             Settlement Amount   1,827.00
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE              9S00176718

**REMITTANCE COUPON**

#5A

 **Fidelity** INVESTMENTS

**Transaction Confirmation**                                              Page 1 of 2
Confirm Date: July 16, 2021

Brokerage Account Number
*****8445 INDIVIDUAL

**JOHN CHRIST PERVEL JR.**

JOHN CHRIST PERVEL JR                9900164693
3 VEEDA CT                                    Online                    Fidelity.com
RIVER RIDGE LA 70123-2082          FAST(sm)-Automated Telephone    800-544-5555
                                               Customer Service         800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION and DISCLOSURES | | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21197-0F4BCW | 1* | WY# | 07-16-21 | 07-20-21 | 59134N104 | 21197-HRB6R | | |

DESCRIPTION and DISCLOSURES
You Bought         106       META MATERIALS INC COM        Principal Amount      385.84
         at    3.6400        ISIN #US59134N1046 SEDOL #BKSCVX7   Settlement Amount    385.84
Symbol :                     WE HAVE ACTED AS AGENT.
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE              9900164693

JOHN CHRIST PERVEL JR              If you are eligible to make a deposit, please use this form for
3 VEEDA CT                         investments in your brokerage account *****8445  only.
RIVER RIDGE LA 70123-2082

| AMOUNT OF INVESTMENT | $ |
|---|---|

                                    If there are sufficient funds in your brokerage core account
                                    (or margin account), Fidelity will use those funds to cover
FIDELITY INVESTMENTS                the trade(s) on this confirm.  If you wish to deposit
PO BOX 770001                       additional money, use this deposit slip and make checks
CINCINNATI OH  45277-0003           payable to: NATIONAL FINANCIAL SERVICES LLC.
                                    Deposits will be made to the account listed above.  Please
                                    mail checks to the Fidelity address on this form. Refer to the
                                    last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

                    099  0Z05758445  00  000

#5B

Transaction Confirmation
Confirm Date: July 16, 2021

Page 2 of 2

Brokerage Account Number
*****8445 INDIVIDUAL

JOHN CHRIST PERVEL JR.

| REFERENCE NO. 21197-OF4BMQ | TYPE 1* | REG.REP. WY# | TRADE DATE 07-16-21 | SETTLEMENT DATE 07-20-21 | CUSIP NO. 59134N104 | ORDER NO. 21197-HR9NC | | |
|---|---|---|---|---|---|---|---|---|

You Bought

|  | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|
|  | META MATERIALS INC COM | Principal Amount | 69.16 |
| 19 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 69.16 |
| at 3.6400 | WE HAVE ACTED AS AGENT. | | |

Symbol:
MMAT

| REFERENCE NO. 21197-OF4JTM | TYPE 1* | REG.REP. WY# | TRADE DATE 07-16-21 | SETTLEMENT DATE 07-20-21 | CUSIP NO. 59134N104 | ORDER NO. 21197-HSL3T | | |
|---|---|---|---|---|---|---|---|---|

You Bought

|  | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|
|  | META MATERIALS INC COM | Principal Amount | 1,092.00 |
| 300 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 1,092.00 |
| at 3.6400 | WE HAVE ACTED AS AGENT. | | |

Symbol:
MMAT

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|

DESCRIPTION and DISCLOSURES

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9000164693

REMITTANCE COUPON



#6

**Transaction Confirmation**
Confirm Date: July 22, 2021                    Page 1 of 1

Brokerage Account Number
*****8445 INDIVIDUAL

**JOHN CHRIST PERVEL JR.**

JOHN CHRIST PERVEL JR
3 VEEDA CT
RIVER RIDGE LA 70123-2082

9900124043

Online                              Fidelity.com
FAST(sm)-Automated Telephone        800-544-5555
Customer Service                    800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21203-0FV13W | 1* | WY# | 07-22-21 | 07-26-21 | 59134N104 | 21203-IRHPPZ | | 261.00 |

You Bought          DESCRIPTION and DISCLOSURES              Principal Amount        261.00
                    META MATERIALS INC COM                   Settlement Amount       261.00
          75        ISIN #US59134N1046 SEDOL #BKSCVX7
   at               WE HAVE ACTED AS AGENT.
   3.4800
Symbol:
MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE        9900124043

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN CHRIST PERVEL JR            If you are eligible to make a deposit, please use this form for
3 VEEDA CT                       investments in your brokerage account *****8445  only.
RIVER RIDGE LA 70123-2082

| AMOUNT OF INVESTMENT | $ |
|---|---|

                                 If there are sufficient funds in your brokerage core account
                                 (or margin account), Fidelity will use those funds to cover
                                 the trade(s) on this confirm. If you wish to deposit
FIDELITY INVESTMENTS             additional money, use this deposit slip and make checks
PO BOX 770001                    payable to: NATIONAL FINANCIAL SERVICES LLC.
CINCINNATI OH  45277-0003        Deposits will be made to the account listed above. Please
                                 mail checks to the Fidelity address on this form. Refer to the
                                 last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z05758445  00  000

#7A

**Fidelity**
INVESTMENTS

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

Fidelity Account JOHN C PERVEL JR. - INDIVIDUAL
► **Account Number: Z05-758445**

Envelope # BLCKBRBBCKCLC

JOHN CHRIST PERVEL JR.
3 VEEDA CT
RIVER RIDGE LA 70123-2082

|  | This Period | Year-to-Date |
|---|---|---|

Contact Information

| Online | Fidelity.com |
|---|---|
| FAST(SM) Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

\*   Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.
\*\*   Excludes unpriced securities.

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666, Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

H0163368732021O630

1 of 14

#7B



**INVESTMENT REPORT**
June 1, 2021 – June 30, 2021

## Account Summary

Account # 205-758445
JOHN CHRIST PERVEL JR. - INDIVIDUAL

### Account Holdings



Total Account Trades Jul 2020 - Jun 2021: 0

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*

### Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| | | |

*Please note that, due to rounding, percentages may not add to 100%.*

### Core Account and Credit Balance Cash Flow
Core Account: *FIDELITY GOVERNMENT MONEY MARKET*

| | This Period | Year-to-Date |
|---|---|---|
| | | |

### Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| | | |

#7C

**Fidelity**

INVESTMENT REPORT
June 1, 2021 – June 30, 2021

Account # Z05-758445
JOHN CHRIST PERVEL JR. - INDIVIDUAL



D   Includes dividend reinvestments.

## Holdings



### Stocks

| Description | Beginning Market Value Jun 1, 2021 | Quantity Jun 30, 2021 | Price Per Unit Jun 30, 2021 | Ending Market Value Jun 30, 2021 | Total Cost Basis | Unrealized Gain/Loss Jun 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |

3 of 14

#7D



INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Holdings

Account # Z05-758445
JOHN CHRIST PERVEL JR. - INDIVIDUAL

Stocks (continued)

| Description | Beginning Market Value Jun 1, 2021 | Quantity Jun 30, 2021 | Price Per Unit Jun 30, 2021 | Ending Market Value Jun 30, 2021 | Total Cost Basis | Unrealized Gain/Loss Jun 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| Common Stock (continued) | | | | | | | |

#7E

**Fidelity**
INVESTMENTS

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Holdings

Account # Z05-758445
JOHN CHRIST PERVEL JR. - INDIVIDUAL

Stocks (continued)

| Description | Beginning Market Value Jun 1, 2021 | Quantity Jun 30, 2021 | Price Per Unit Jun 30, 2021 | Ending Market Value Jun 30, 2021 | Total Cost Basis | Unrealized Gain/Loss Jun 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ |
| META MATERIALS INC COM (MMAT) | unavailable | 200.000 | 7.4900 | 1,498.00 | 2,425.28 | -927.28 | |
| ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | |
| ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | |
| ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | |
| ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | |
| ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | |
| ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | |
| ▮▮▮▮▮ | ▮▮▮▮▮ | | | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | |
| ▮▮▮▮▮ | ▮▮▮▮▮ | | | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | |
| ▮▮▮▮▮ | | | | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | |

#7F



## INVESTMENT REPORT
June 1, 2021 - June 30, 2021

### Holdings

Account # Z65-758445
JOHN CHRIST PERVEL JR. - INDIVIDUAL

All positions held in cash account unless indicated otherwise.

EAI    Estimated Annual Income (EAI) & Estimated Yield (EY)- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short
& EY   positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal
and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. For calculation details, refer to the
"Additional Information and Endnotes" section.

Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.

### Activity

Securities Bought & Sold



| Settlement Date | Security Name | Symbol CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 18.000 | 7.59000 | - | - | -136.62 |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 22.000 | 7.62500 | - | - | -167.75 |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 44.000 | 7.94000 | - | - | -349.36 |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 46.000 | 7.72000 | - | - | -355.12 |
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 50.000 | 7.72900 | - | - | -386.45 |
| 06/25 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 200.000 | 4.95990 | - | - | -991.98 |

Total Securities Bought

6 of 14

#7Ca



INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Activity

Account # Z05-758445
JOHN CHRIST PERVEL JR. - INDIVIDUAL

**Securities Bought & Sold** (continued)

**Dividends, Interest & Other Income**

*(includes dividend reinvestment)*

### Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/28 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 R/S INTO META MATLS INC COM USD0.001 CUSIP #59134N104 R/S TO 59134N104 #RECR M055133648D000 | 89102U103 | Reverse Split | -400.000 | | | | |
| **Total Other Activity In** | | | | | | | | |

### Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/28 | META MATERIALS INC COM R/S FROM 89102U103 #RECR M055133648D001 | 59134N104 | Reverse Split | 200.000 | | | | |
| **Total Other Activity Out** | | | | | | | | |

7 of 14

# 7H



INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Activity

Account # 205-788445
JOHN CHRIST PERVEL JR. - INDIVIDUAL

Deposits

### Core Fund Activity

For more information about the operation of your core account, please refer to your Customer Agreement.



Cost basis and gain/loss information is provided as a service to our customers and is based on standards for filing US Federal Tax Returns as determined by Fidelity. This information is not intended to address tax law or reporting requirements applicable in your country of tax residence.

† FIFO (First-In, First-Out)

8 of 14

#7I

**Fidelity** INVESTMENTS

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

Account # Z05-758445
JOHN CHRIST PERVEL JR. - INDIVIDUAL



This table presents the estimated monthly interest and dividend income and return of principal that your current holdings may generate over the next rolling 12 months. The cash flows displayed are estimates provided for informational purposes only and there is no guarantee that you will actually receive any of the amounts displayed. These estimates should not be relied upon for making investment, trading or tax decisions. The estimates for fixed income are calculated using the security's coupon rate. The estimates for all other securities are calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. IADs are sourced from third party vendors believed to be reliable, but no assurance can be made as to accuracy. There are circumstances in which these estimates will not be presented for a specific security you hold.   **Please refer to Help/Glossary on Fidelity.com for additional information on these calculations.**

**Bond & CD Income** includes interest payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Bond & CD Principal** includes maturing principal payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Stock Income** includes estimated dividend payments for common stocks, preferred stocks, ADRs, closed-end mutual funds, and MLPs.

**ETP Income** includes estimated dividend payments for Exchange Traded Funds (ETFs) and Exchange Traded Notes (ETNs).

**Mutual Fund Income** includes estimated dividend payments for Fidelity and non-Fidelity mutual funds.

**Other Income** includes, but is not limited to estimated dividend payments for Unit Investment Trusts (UITs), REITs, and LPs.

This table does not include cash flow from foreign denominated fixed income.

-- not available





INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Additional Information and Endnotes

Account # Z05-758445
JOHN CHRIST PERVEL JR. - INDIVIDUAL

▶ We've updated the Fidelity Customer Agreement to provide information and disclosures about the risks of trading in the extended hours (outside of the standard market hours, generally 9:30 a.m. to 4:00 p.m. ET). The risks, which may be greater than the risks you take when you trade during standard market hours, are summarized below. You should review and understand these risks prior to engaging in extended-hours trading.

Extended-hours trading disclosures: 1) Liquidity, volatility, and price spreads. Prices are based on the supply and demand created by other sellers and buyers. Because there are generally less participants trading during the extended-hours sessions, there may be wider price spreads, reduced liquidity, and higher volatility. These conditions may prevent your orders from being executed, in whole or in part, or you may receive a less favorable price than you might receive during standard market hours. The prices of investments traded in extended-hours trading may not reflect the prices at the end of regular trading hours, or at opening the next morning. 2) Communication delays. If there is a high volume of orders, increased number of communications being sent, or other computer system problems, you may experience delays or failures in communication that cause delays in or prevent access to current information about the investments you're considering, or in executing your order.

3) Time and price priority of orders. Orders in the extended-hours sessions are generally handled in a price/time priority manner. Orders are first prioritized according to price, with orders at the same price ranked based on the time the order was submitted. There is no trade through protection during the extended-hours sessions, so price/time priority is set by each market center, not across market centers. This may prevent your order from being executed, in whole or in part, or prevent you from receiving as favorable a price as you might receive during standard market hours. If you change your order, your change is treated as a cancellation and replacement, which may cause it to lose its time priority.

4) Access to other markets and market information. Not all market centers are connected in extended-hours trading sessions, and not all market centers offer extended-hours trading during the same time periods. This means there may be greater liquidity or a more favorable price for a particular security in another market center. Access to quotes and trading information in other market centers may be limited during extended-hours sessions. Normally, issuers make news announcements that may affect the price of their securities after regular trading hours. Similarly, important financial information is frequently announced outside of regular trading hours. Keep in mind that news stories and related announcements, coupled with lower liquidity and higher volatility, may cause an exaggerated and unsustainable effect on the price of a security.

5) Trading options securities. Risk of Lack of Calculation or Dissemination of Underlying Index Value or Intraday Indicative Value ("IIV") and Lack of Regular Trading in Securities Underlying Indexes. For certain products, an updated underlying index, portfolio value, or IIV will not be calculated or publicly disseminated during extended trading hours. Since the underlying index or portfolio value and IIV are not calculated or widely circulated during extended trading hours, an investor who is unable to calculate implied values for certain products during extended trading hours may be at a disadvantage to market professionals. Additionally, securities underlying the indexes or portfolios will not be regularly trading as they are during regular trading hours, or may not be trading at all. This may cause prices during extended trading hours to not reflect the prices of those securities when they open for trading.

▶ We've updated the Fidelity Customer Agreement to provide information about the risks of trading penny stocks. Low priced securities, or penny stocks, generally trade for less than $5 per share and have a relatively small market capitalization. Before engaging in penny stock trading, you should carefully review and consider the following risks, which can be exacerbated in periods of market volatility:

1) Lack of public information. Reliable, publicly available information about the penny stock you're considering may not be available or as accessible as information

10 of 14



# 7K



INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Additional Information and Endnotes

Account # 205-755445
JOHN CHRIST PERVEL JR. - INDIVIDUAL

about securities that trade on major exchanges. This can include information about the management, operations, financials, and other aspects of a company. As a result, it is less likely that quote prices will be based on full and accurate information about the company. 2) No minimum listing standards. Companies that trade on major exchanges like the New York Stock Exchange or Nasdaq must meet minimum standards for the amount of net assets they have and the numbers of shareholders invested in their companies. In contrast, companies that trade as penny stocks in the OTC market may be subject to reduced or no minimum listing standards.

3) Liquidity risk. Demand may not be constant for penny stocks, which means you may not be able to sell when you want to. You should carefully consider that you may have difficulty selling the stock, and that this could impact the sale price. 4) High volatility. Penny stocks are susceptible to and can experience large price swings in a short amount of time. These swings may be exacerbated during periods of overall market volatility. 5) Fraud. Since reliable, publicly available information on penny stock is often limited and there is generally less liquidity and trading volume, these stocks can be a target for price or volume manipulation and other fraudulent activity.

► We've updated the Fidelity Customer Agreement to include information about the risks of trading foreign stocks and currencies. Trading in foreign securities, including direct investments in foreign markets, involves various investment risks, including foreign exchange risk (the possibility that foreign currency will fluctuate in value against the U.S. dollar); increased volatility as compared to U.S. markets; political, economic, and social events that may influence foreign markets or affect the prices of foreign securities; lack of liquidity (foreign markets may have lower trading volumes and fewer listed companies, shorter trading hours, and restrictions on the types of securities that foreign investors may buy and sell); and less access to information about foreign companies. Trading in foreign securities also may be subject to various credit, settlement, operational, financial, and legal risks. Emerging markets, in particular, can be subject to greater social, economic, regulatory, and political uncertainties, and can be extremely volatile.

Before trading in foreign currencies, you should carefully review the unique risks, which are including but not limited to the fact that currency trading is speculative and volatile, and the risk of loss in trading foreign currency can be substantial. You could suffer currency losses from unfavorable exchange movements; it can be difficult or impossible to liquidate foreign currencies in certain market conditions; there could be wide spreads in quotes for foreign currencies, especially when there are high levels of volatility; and any foreign currency balances may or may not earn interest. Fidelity acts as agent rather than principal in foreign currency transactions and will impose a commission or markup to the price received from the interbank market, which could result in a price that's less favorable to you.

► Please review our Customer Relationship Summary (CRS) disclosure outlining our responsibility and commitment to you. This document explains the relationships and services our firm offers to retail investors, including fees and costs, conflicts of interest, and standards of conduct.

If you are receiving your statement by U.S. mail, this disclosure is included with your statement. If you are receiving your statement electronically, the link to this document is included in the email that we send when your new statement is available online.

You can also view this disclosure online at: Fidelity.com/fbs-fpwa-crs.

**Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not

11 of 14

#7L

**Fidelity**
INVESTMENTS

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Additional Information and Endnotes

Account # 205-758445
JOHN CHRIST PERVEL JR. - INDIVIDUAL

be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.  **Please refer to the Help/Glossary on Fidelity.com for additional information regarding these calculations.**

For more information about your statement, please refer to our  **Frequently Asked Questions** document at **Fidelity.com/statements** .

#7M



**Fidelity**
INVESTMENTS

## Information About Your Fidelity Statement

## Additional Information About Your Brokerage Account, If Applicable

588130.45.0

13 of 14

#7N

**Fidelity**
INVESTMENTS

This page intentionally left blank

# 8A

**Fidelity**
*INVESTMENTS*

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

FIDELITY ACCOUNT JOHN C PERVEL JR. - INDIVIDUAL
▶ **Account Number: Z05-758445**

Envelope # BPWTQR8BBCPTZ

JOHN CHRIST PERVEL JR.
3 VEEDA CT
RIVER RIDGE LA 70123-2082

\*   Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.
\*\*  Excludes unpriced securities.

## Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

H0163368730324D131

#8B

**Fidelity**
INVESTMENTS

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Account Summary

Account # Z05-758445
JOHN CHRIST PERVEL JR. - INDIVIDUAL

Account Holdings



Total Account Trades Feb 2023 - Jan 2024: 3

• Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.

#8C

**Fidelity**
INVESTMENTS

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Holdings

Account # 205-758445
JOHN CHRIST PERVEL JR. - INDIVIDUAL

### Core Account

| Description | Beginning Market Value Jan 1, 2024 | Quantity Jan 31, 2024 | Price Per Unit Jan 31, 2024 | Ending Market Value Jan 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Jan 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| ▓▓▓▓▓ | | | | ▓▓▓ | | | ▓▓▓ |

### Stocks

| Description | Beginning Market Value Jan 1, 2024 | Quantity Jan 31, 2024 | Price Per Unit Jan 31, 2024 | Ending Market Value Jan 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Jan 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | |
| ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | |
| ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | |
| ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓ |

#8D



INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Holdings

Account # Z05-758445
JOHN CHRIST PERVEL JR. - INDIVIDUAL

Stocks (continued)

| Description | Beginning Market Value Jan 1, 2024 | Quantity Jan 31, 2024 | Price Per Unit Jan 31, 2024 | Ending Market Value Jan 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Jan 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock (continued)** | | | | | | | |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMAT) | unavailable | 10.000 | 3.8200 | 38.20 | 5,881.77 | -5,843.57 | |

4 of 12

#8E

**Fidelity**
INVESTMENTS

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Holdings

Account # 265-758445
JOHN CHRIST PERVEL JR. - INDIVIDUAL

### Stocks (continued)

| Description | Beginning Market Value Jan 1, 2024 | Quantity Jan 31, 2024 | Price Per Unit Jan 31, 2024 | Ending Market Value Jan 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Jan 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### Other

| Description | Beginning Market Value Jan 1, 2024 | Quantity Jan 31, 2024 | Price Per Unit Jan 31, 2024 | Ending Market Value Accrued Interest (AI) Jan 31, 2024 | Total Cost Basis | Unrealized Gain/Loss Jan 31, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

All positions held in cash account unless indicated otherwise.

EAI   **Estimated Annual Income (EAI) & Estimated Yield (EY)**- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short
& EY   positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal
and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the**
**"Additional Information and Endnotes" section.**

Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.

5 of 12

#8F

**Fidelity**

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Activity

Account # Z65-758445
JOHN CHRIST PERVEL JR. - INDIVIDUAL

### Dividends, Interest & Other Income

(Includes dividend reinvestment)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| ▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓ | | | ▓▓▓ |

### Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 01/29 | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO NITO META MATERIALS INC R/S TO    59134N302 #REOR M00515591300000 | 59134N104 | Reverse Split | -1,000.000 | | | |

**Total Other Activity In**

### Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 01/29 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL 4BQ57J88 R/S FROM    59134N104 #REOR M00515591300001 | 59134N302 | Reverse Split | 10.000 | | | |

**Total Other Activity Out**

### Fees and Charges

| ▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓▓▓ | | ▓▓▓ |
|---|---|---|---|---|---|
| ▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓ | | | | ▓▓▓ |

#8G



**INVESTMENT REPORT**
January 1, 2024 - January 31, 2024

## Activity

Account # 205-758445
JOHN CHRIST PERVEL JR. - INDIVIDUAL

### Core Fund Activity

For more information about the operation of your core account, please refer to your Customer Agreement.



### Estimated Cash Flow (Rolling as of January 31, 2024)



This table presents the estimated monthly interest and dividend income and return of principal that your current holdings may generate over the next rolling 12 months. The cash flows displayed are estimates provided for informational purposes only and there is no guarantee that you will actually receive any of the amounts displayed. These estimates should not be relied upon for making investment, trading or tax decisions. The estimates for fixed income are calculated using the security's coupon rate. The estimates for all other securities are calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next

#8 H



INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Estimated Cash Flow *(Rolling as of January 31, 2024)*

Account # 205-758445
JOHN CHRIST PERVEL JR. - INDIVIDUAL

12 months calculated based on prior and/or declared dividends for that security. IADs are sourced from third party vendors believed to be reliable, but no assurance can be made as to accuracy. There are circumstances in which these estimates will not be presented for a specific security you hold.  **Please refer to Help/Glossary on Fidelity.com for additional information on these calculations.**

**Bond & CD Income** includes interest payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Bond & CD Principal** includes maturing principal payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Stock Income** includes estimated dividend payments for common stocks, preferred stocks, ADRs, closed-end mutual funds, and MLPs.

**ETP Income** includes estimated dividend payments for Exchange Traded Funds (ETFs) and Exchange Traded Notes (ETNs).

**Mutual Fund Income** includes estimated dividend payments for Fidelity and non-Fidelity mutual funds.

**Other Income** includes, but is not limited to estimated dividend payments for Unit Investment Trusts (UITs), REITs, and LPs.

This table does not include cash flow from foreign denominated fixed income.

-- *not available*

## Additional Information and Endnotes

**The following interested party information is on file for your account:**

▓▓▓▓▓▓▓▓▓▓▓▓▓

#8 I

**Fidelity**
INVESTMENTS

INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Additional Information and Endnotes

Account # 265-758445
JOHN CHRIST PERVEL JR. - INDIVIDUAL

► Electronic Funds Transfer Notice: The following notice is required by the Bureau of Consumer Financial Protection's Regulation E and applies to electronic funds transfers (EFTs) made by consumers. However, it doesn't apply to all EFTs. Generally, EFTs in nonretirement accounts, aside from those made for the purchase or sale of securities, are subject to Regulation E (each a "Covered Transfer").

Error Resolution: In the case of errors or questions about a Covered Transfer, promptly call or write Fidelity using the contact information listed below. You must call or write Fidelity if you think that your statement is wrong or if you need more information about a Covered Transfer on the statement. Fidelity must hear from you no later than 60 days after Fidelity sent the FIRST statement on which the problem or error appeared. You will need to tell Fidelity your name and account number, describe the error or Covered Transfer that you are unsure about, explain as clearly as you can why you believe that it is an error or why you need more information, and tell Fidelity the dollar amount of the suspected error.

If you notify Fidelity orally, Fidelity may require that you send your complaint or question in writing to 10 business days. Fidelity will tell you the results of its investigation within 10 business days of hearing from you and will correct any error promptly. If Fidelity needs more time, however, it may take up to 45 days to investigate your complaint or question. If Fidelity decides to do this, it will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes Fidelity to complete its investigation. If Fidelity asks you to put your request or question in writing and doesn't receive it within 10 business days, or if your account is a brokerage account subject to Regulation T of the Board of Governors of the Federal Reserve System (Credit by Brokers and Dealers, 12 CFR 220), Fidelity may not credit your account.

For questions involving new accounts, or point-of-sale or foreign-initiated transactions, Fidelity may take up to 90 days to investigate your complaint or question. For new accounts, Fidelity may take up to 20 days to credit your account for the amount you think is in error. Fidelity will inform you of the results of its investigation within three business days of its completion. If Fidelity decides that there was no error, Fidelity will send you a written explanation. You may ask for copies of the documents that Fidelity used in the investigation.

Contact Information: You can contact Fidelity by mail at Fidelity Investments, PO Box 770001, Cincinnati, OH, 45277-0002, or by phone at 800-544-6666.
707063.2.0

**Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness. **Please refer to the Help/Glossary on Fidelity.com for additional information regarding these calculations.**

# ☐ 8 J



INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Additional Information and Endnotes

Account # 265-758445
JOHN CHRIST PERVEL JR. - INDIVIDUAL

**Copyright 2022, S&P Global Market Intelligence.**  Reproduction of any information, data or material, including ratings ("Content") in any form is prohibited except with the prior written permission of the relevant party. Such party, its affiliates and suppliers ("Content Providers") do not guarantee the accuracy, adequacy, completeness, timeliness or availability of any Content and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such Content. In no event shall Content Providers be liable for any damages, costs, expenses, legal fees, or losses (including lost income or lost profit and opportunity costs) in connection with any use of the Content. A reference to a particular investment or security, a rating or any observation concerning an investment that is part of the Content is not a recommendation to buy, sell or hold such investment or security, does not address the suitability of an investment or security and should not be relied on as investment advice. Credit ratings are statements of opinions and are not statements of fact.

**Moody's© Copyright 2022, Moody's Investors Service, Inc.**  ("Moody's"). Moody's ratings ("Ratings") are proprietary to Moody's or its affiliates and are protected by copyright and other intellectual property laws. Ratings are licensed to Licensee by Moody's. RATINGS MAY NOT BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. Moody's® is a registered trademark.

Please go to Fidelity.com/disclosures to review important legal and regulatory disclosures. Historical statements, confirms and other regulatory documents are available to access and download at Fidelity.com/statements.

For more information about your statement, please refer to our  **Frequently Asked Questions**  document at  **Fidelity.com/statements** .



#8K

**Fidelity**
INVESTMENTS

**Information About Your Fidelity Statement**

**Additional Information About Your Brokerage Account, If Applicable**

#8 L

**Fidelity**
INVESTMENTS

This page intentionally left blank