NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials, Inc. | Case Number: 24-50792 | |
| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): James S. McClendon 320 Arrowhead Lane Covington, LA 70435 USA<br>Telephone Number: 504-416-3936 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br>☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | RECEIVED AND FILED DEC 18 2024 AM U.S. BANKRUPTCY COURT MARY A. SCHOTT, CLERK |
| NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein. | | COURT USE ONLY |
| Account or other number by which Interest holder identifies Debtor: Z2Q-287424 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: ______<br>☐ amends a previously filed Proof of Interest dated: ______ | |
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: James McClendon, Fidelity Investments P.O. Box 770001, CINCINNATI, OH 45277<br>Telephone Number: 800-544-6666 | 3. Date Equity Interest was acquired: 11/30/22; Please refer to the attached Brokerage Documents | |
| 4. Total amount of member interest: 9 shares for $16.55 | 5. Certificate number(s): Please refer to attached Brokerage documentation. | |

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor. ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.) ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: James S. McClendon
Title:
Company: __ Address and telephone number (if different from notice address above):

(Signature) [signature] (Date) 12-17-24

Telephone number: 504-416-3936 email: mcclendonJames@Bellsouth.net

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:** **BROKER:** **FIDELITY INVESTMENTS** **Page #1 of 2** **Unredacted**
**CASE: 24-50792, META MATERIALS, INC.** **ACCT #** Z20287424
**FOR:** **James Sherwood McClendon**

| Run Date | Account | Action | Symbol/ CUSIP | Description | Type | QTY | Price Each | Total Value | Settlement Date | Trade Ref # | Trade Order # | Attachment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/30/2022 | Z20287424 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 9 | $1.84 | -$16.55 | 12/2/2022 | 22334-0GKTLW | 22334-HSDJF | attachment #1 |
| *01/29/2024* | *Z20287424* | *REVERSE SPLIT R/S TO 59134N302#REOR M0051559130000 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash)* | *59134N104* | *META MATERIALS INC COM ISIN US59134N104* | *Cash* | *-9* | | *-$0.52* | | | | |
| *02/08/2024* | *Z20287424* | *REVERSE SPLIT REV PAYOUT 59134N104ROUNDUP PAYOUT #REORRM0051559130001 META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash)* | *MMATQ* | *META MATERIALS INC COM NEW ISIN #US5913* | *Cash* | *1* | | *$2.82* | | | | *attached brokerage statement* #2 B, C, D, |

| | | |
|---|---|---|
| **Total Shares Held Pre-Reverse Split @** | 9 shares | (1 Share post reverse split) |
| **Total Shares Sold @** | 0 | |
| **Total Monies Invested Pre-Reverse Split @** | $16.55 | |

| | | |
|---|---|---|
| **Transactions Post-Reverse Split @** | 0 | |
| **Total Shares Held Post-Reverse Split @** | 1 | 1/share = $16.55 Investment |

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:** **BROKER:** FIDELITY INVESTMENTS **Page #2 of 2** **Unredacted**
**CASE: 24-50792, META MATERIALS, INC.** **ACCT #** Z20287424
**FOR:** James Sherwood McClendon

Overview

As of Dec-10-2024 8:34 p.m. ET

| Symbol | Last Price | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | Current Value | % of Account | Quantity | Average Cost Basis | Cost Basis Total | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **James & Dawn Invest** Z20287424 Manage Dividends | | | | | | | | | | | | |
| **MMATQ** META MATERIALS INC COM NEW ISIN #... | – | $0.00 | $0.00 | 0.00% | -$16.55 | -100.00% | $0.00 | 0.00% | 1 | $16.55 | $16.55 | – |

**META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98**

Buy Sell Set Exit Plan

Purchase History Research

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Nov-30-2022 | Long | -$16.55 | -100% | $0.00 | 1 | $16.55 | $16.55 |

#1

Fidelity INVESTMENTS
PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 30, 2022**

Page 1 of 1

Brokerage Account Number
*****7424 INDIVIDUAL - TOD

JAMES SHERWOOD MCCLENDON

9900148455

JAMES SHERWOOD MCCLENDON
320 ARROWHEAD LN
COVINGTON LA 70435-8807

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22334-OGKTLW | 1* | WO# | 11-30-22 | 12-02-22 | 59134N104 | 22334-HSDJF | | |

DESCRIPTION and DISCLOSURES

You Bought 9 at 1.8391
Symbol: MMAT

META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

| | |
|---|---|
| Principal Amount | 16.55 |
| Settlement Amount | 16.55 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | |

DESCRIPTION and DISCLOSURES

[redacted]

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900148455

COPIES SENT PER INSTRUCTIONS

JAMES SHERWOOD MCCLENDON
320 ARROWHEAD LN
COVINGTON LA 70435-8807

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****7424 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20287424 00 000

#2A

**Fidelity** INVESTMENTS

INVESTMENT REPORT
**February 1, 2024 - February 29, 2024**

FIDELITY ACCOUNT JAMES S MCCLENDON - INDIVIDUAL TOD
► **Account Number: Z20-287424**

Envelope # BPZWSTBBBFQKX

JAMES SHERWOOD MCCLENDON
320 ARROWHEAD LN
COVINGTON LA 70435-8807

* *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
** *Excludes unpriced securities.*

Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

S

MR_CE _BPZWSTBBBFQKX_BBBBB 20240229

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*

Fidelity INVESTMENTS

INVESTMENT REPORT
February 1, 2024 - February 29, 2024

#2B

Account # Z20-287424
JAMES SHERWOOD MCCLENDON - INDIVIDUAL - TOD

## Account Summary



Total Account Trades Mar 2023 - Feb 2024: 0

* *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*

### Account Holdings

### Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| Meta Materials INC Com New Isin #Us59134N3026 Sedol #Bq67J98 | 2 | 1 |
| [redacted] | [redacted] | [redacted] |

*Please note that, due to rounding, percentages may not add to 100%.*



Fidelity INVESTMENTS

INVESTMENT REPORT
February 1, 2024 - February 29, 2024

#2C

Account # Z20-287424
JAMES SHERWOOD MCCLENDON - INDIVIDUAL - TOD

## Holdings

### Stocks

| Description | Beginning Market Value Feb 1, 2024 | Quantity Feb 29, 2024 | Price Per Unit Feb 29, 2024 | Ending Market Value Feb 29, 2024 | Total Cost Basis | Unrealized Gain/Loss Feb 29, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMAT) | unavailable | 1.000 | 2.9700 | 2.97 | 16.55 | -13.58 | - |

*All positions held in cash account unless indicated otherwise.*

MR_CE _BPZWSTBBBFQKX_BBBBB 20240229 S

Fidelity INVESTMENTS

INVESTMENT REPORT
**February 1, 2024 - February 29, 2024**

#2D

**Account # Z20-287424**
**JAMES SHERWOOD MCCLENDON - INDIVIDUAL - TOD**

## Holdings

EAI & EY ***Estimated Annual Income (EAI) & Estimated Yield (EY)*** *- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* ***For calculation details, refer to the "Additional Information and Endnotes" section.***

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

## Activity

### Other Activity In

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | - | - | - |
| | | | | | | - | - |

### Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 02/08 | **META MATERIALS INC COM NEW**<br>ISIN #US59134N3026 SEDOL #BQ67J98<br>REV PAYOUT 59134N104 ROUNDUP<br>PAYOUT #REORRM0051559130001 | 59134N302 | Reverse Split | 1.000 | - | - | - |
| | | | | | - | - | - |
| | | | | | | - | - |

Fidelity INVESTMENTS

INVESTMENT REPORT
**February 1, 2024 - February 29, 2024**

#2E

**Account # Z20-287424**
**JAMES SHERWOOD MCCLENDON - INDIVIDUAL - TOD**

## Additional Information and Endnotes

**The following interested party information is on file for your account:**

**Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness. **Please refer to the Help/Glossary on Fidelity.com for additional information regarding these calculations.**

**Copyright 2022, S&P Global Market Intelligence.** Reproduction of any information, data or material, including ratings ("Content") in any form is prohibited except with the prior written permission of the relevant party. Such party, its affiliates and suppliers ("Content Providers") do not guarantee the accuracy, adequacy, completeness, timeliness or availability of any Content and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such Content. In no event shall Content Providers be liable for any damages, costs, expenses, legal fees, or losses (including lost income or lost profit and opportunity costs) in connection with any use of the Content. A reference to a particular investment or security, a rating or any observation concerning an investment that is part of the Content is not a recommendation to buy, sell or hold such investment or security, does not address the suitability of an investment or security and should not be relied on as investment advice. Credit ratings are statements of opinions and are not statements of fact.

**Moody's© Copyright 2022, Moody's Investors Service, Inc.** ("Moody's"). Moody's ratings ("Ratings") are proprietary to Moody's or its affiliates and are protected by copyright and other intellectual property laws. Ratings are licensed to Licensee by Moody's. RATINGS MAY NOT BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. Moody's® is a registered trademark.

Please go to Fidelity.com/disclosures to review important legal and regulatory disclosures. Historical statements, confirms and other regulatory documents are available to access and download at Fidelity.com/statements.

For more information about your statement, please refer to our **Frequently Asked Questions** document at **Fidelity.com/statements** .

Fidelity INVESTMENTS

#2F

## Information About Your Fidelity Statement

**Lost or Stolen Cards** For 24-Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.
**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.
**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.
**Cost Basis, Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account receives mark-to-market reporting). Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.
**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method if shares were purchased at different times or prices. **Statement Mailing** We deliver statements at least four times during the calendar year for any account with a balance.
**Statement Discrepancies Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-1138.** Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA).
**Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).
**Mutual Funds and Performance Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**
**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with (i) access to, purchase, sale, exchange or redemption of, and/or maintenance of positions in mutual funds, ETFs and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the prospectus as well as additional compensation for shareholder services, start-up fees, platform support and maintenance, and marketing, engagement and analytics programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other Assets, which may be reported on your statement, including insurance products that are distributed by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements. **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date. **Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available promptly upon request. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666. **Equity Dividend Reinvestment** Shares credited to your account resulted from transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC). **Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places but the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. In certain situations, a price may be derived from a single market participant, also known as a "single broker quote". The prices provided are not firm bids or offers. Certain securities may reflect as N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision or placing an order.
**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations.
**SIPC** Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.
**Fidelity Investments** Fidelity Distributors Company LLC (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC.** Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC.
**FPWA Services** Fidelity Go®, Fidelity Managed FidFolios SM and Fidelity® Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® International Equity Strategy, the Fidelity® Tax-Managed International Equity Index Strategy, the Fidelity® Intermediate Municipal Strategy and the Fidelity® Core Bond Strategy. Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. **These advisory services are provided for a fee.** FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.
**Miscellaneous** Mutual fund shares, other securities held in your account, and insurance products are neither deposits nor obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

588130.55.0