NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: METHA MATERIALS, INC

Case Number: 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Kent + Whitney Hogan
615 View Park Drive
Knoxville, TN 37920

Telephone Number: (423) 231-8522

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AM
AND FILED
DEC 18 2024
. BANKRUPTCY COURT
RY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
SEE ATTACHED DOCUMENTATION

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
National Financial Services LLC    The Charles Schwab
245 Summer Street                  Corporation
Boston, MA 02210                   PO Box 982600
Telephone Number:                  El Paso, TX 79998
800 752 7053    800 435 4000

**3.** Date Equity Interest was acquired:
SEE ATTACHED DOCUMENTATION

**4.** Total amount of member interest: 443 shares $470,924.79

**5.** Certificate number(s): SEE ATTACHED DOCUMENTATION

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Kent Hogan
Title:
Company:__ Address and telephone number (if different from notice address above):

(Signature) Kent H_____   (Date) 12/17/2024
Telephone number: (423) 231-8522   email: kent.win.hogan@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[Print Form]   [Save Form]   [Clear Form]

December 17, 2024
U.S. Bankruptcy Court Foley Federal Building and U.S. Courthouse
Attn: Clerk of Court
300 Las Vegas Blvd. South Las Vegas, Nevada 89101

RE: NOTICE OF REDACTION, Proof of Interest Form, Case No. 24-50792

To Clerk of the Court,

My name is Kent Hogan, and I hereby submit this NOTICE OF REDACTION for PROOF OF INTEREST FORM in the matter of Meta Materials, Inc., case number 24-50792. Per instructions by The Honorable Hillary L. Barnes, United States Bankruptcy Judge, and out of an abundance of concern for the potential misuse of my personal information, I request all but the last four digits of my account numbers be redacted from my Proof of Interest form.

Per instructions, I have included with this filing an unredacted version of the POI, a redacted version of the POI, a detailed explanation of my $MMAT trading records and their documentation, and a check for the $28 processing fee.

Thank you for your consideration in this matter.

*Kent Hogan* (signature)

Kent Hogan
615 View Park Drive
Knoxville, TN 37920

# PROOF OF INTEREST SUPPLEMENTAL INFORMATION: CASE: 24-50792, META MATERIALS, INC.

FOR: Kent Hogan
BROKER: National Financial Services LLC (NFS)

ACCT #: XXXXX9670
06/30/2021 Purchased 22,314 shares $8.40/share [$187,437.60 total invested]
01/29/2024 REVERSE SPLIT (1 for 100) (223 shares)
02/08/2024 ROUNDUP REVERSE SPLIT (1 additional share)
TOTAL SHARES HELD PRE-REVERSE SPLIT: 22,314 SHARES
TOTAL SHARES HELD POST REVERSE SPLIT: 224 SHARES
TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $187,437.60


ACCT #: XXXXX0937
06/24/2021 Purchased 12,004 shares $9.02/share [$108,276.08 total invested]
06/28/2021 REVERSE SPLIT (1 for 2) (6,002 shares)
07/06/2021 Sold 1 share $7.215/share (7.21)
07/19/2021 Purchased 2,277 shares $3.77/share [$8,584.29 total invested]
01/29/2024 REVERSE SPLIT (1 for 100) (82 shares)
02/08/2024 ROUNDUP REVERSE SPLIT (1 additional share)
TOTAL SHARES HELD PRE-REVERSE SPLIT: 8,278 SHARES
TOTAL SHARES HELD POST REVERSE SPLIT: 83 SHARES
TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $116,849.54


ACCT #: XXXXX9877
06/24/2021 Purchased 9,905 shares $8.94920/share [$88,641.83 total invested]
06/28/2021 REVERSE SPLIT (1 for 2) (4,952 shares)
01/29/2024 REVERSE SPLIT (1 for 100) (49 shares)
02/08/2024 ROUNDUP REVERSE SPLIT (1 additional share)
TOTAL SHARES HELD PRE-REVERSE SPLIT: 4,952 SHARES
TOTAL SHARES HELD POST REVERSE SPLIT: 50 SHARES
TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $88,637.74


FOR: Whitney Hogan
BROKER: National Financial Services LLC (NFS)

ACCT #: XXXXX0885
06/29/2021 Purchased 13,189 shares $5.25/share [$69,242.25 total invested]
06/29/2021 REVERSE SPLIT (1 for 2) (6,549 shares)
01/29/2024 REVERSE SPLIT (1 for 100) (65 shares)
02/08/2024 ROUNDUP REVERSE SPLIT (1 additional share)
TOTAL SHARES HELD PRE-REVERSE SPLIT: 6,549 SHARES
TOTAL SHARES HELD POST REVERSE SPLIT: 66 SHARES
TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $69,238.16

FOR: Kent Hogan
BROKER: The Charles Schwab Corporation

ACCT #: XXXXX8590
06/25/2021 Purchased 770 shares $4.90/share [$3,773 total invested]
06/28/2021 REVERSE SPLIT (1 for 2) (385 shares)
07/20/2021 Purchased 1,535 shares $3.25/share [$4,988.75 total invested]
01/29/2024 REVERSE SPLIT (1 for 100) (20 shares)
TOTAL SHARES HELD PRE-REVERSE SPLIT: 1,920 SHARES
TOTAL SHARES HELD POST REVERSE SPLIT: 20 SHARES
TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $8,761.75

**See Transaction documentation attached.

Accounts_History-2

| Run Date | Account | Action | Symbol | Description | Type | Quantity | Price ($) | Commission ($) | Fees ($) | Accrued Interest ($) | Amount ($) | Settlement Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/31/2021 | BrokerageLink 662 139440 | REINVESTMENT FIDELITY GOVERNMENT CASH RESERVES (FDRXX) (Cash) | FDRXX | FIDELITY GOVERNMENT CASH RESERVES | Cash | 0.01 | 1 | | | | -0.01 | |
| 08/31/2021 | BrokerageLink 662 139440 | DIVIDEND RECEIVED FIDELITY GOVERNMENT CASH RESERVES (FDRXX) (Cash) | FDRXX | FIDELITY GOVERNMENT CASH RESERVES | Cash | 0.000 | | | | | 0.01 | |
| 08/31/2021 | BrokerageLink Roth 653059877 | REINVESTMENT FIDELITY GOVERNMENT CASH RESERVES (FDRXX) (Cash) | FDRXX | FIDELITY GOVERNMENT CASH RESERVES | Cash | 0.01 | 1 | | | | -0.01 | |
| 08/31/2021 | BrokerageLink Roth 653059877 | DIVIDEND RECEIVED FIDELITY GOVERNMENT CASH RESERVES (FDRXX) (Cash) | FDRXX | FIDELITY GOVERNMENT CASH RESERVES | Cash | 0.000 | | | | | 0.01 | |
| 08/31/2021 | Joint WROS X34919670 | REINVESTMENT CASH (3159941003) (Cash) | 3159941003 | CASH | Cash | 0.04 | 1 | | | | -0.04 | |
| 08/31/2021 | BrokerageLink 662 139440 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 439.34 | |
| 08/31/2021 | BrokerageLink Roth 653059877 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 219.67 | |
| 08/31/2021 | Joint WROS X34919670 | INTEREST EARNED CASH (3159941003) (Cash) | 3159941003 | CASH | Cash | 0.000 | | | | | 0.04 | |
| 08/26/2021 | TVA 401K 66059 | Contributions | | BROKERAGELINK | | 669.01 | | | | | 669.01 | |
| 08/26/2021 | TVA 401K 66059 | Contributions | | TARGET RETIRE 2050 | | 0.466 | | | | | 6.66 | |
| 08/27/2021 | BrokerageLink 662 139440 | YOU SOLD 212 3900THV MAXLINEAR INC COM (MXL) (Cash) | MXL | MAXLINEAR INC COM | Cash | -82 | 62.49 | | 0.02 | | 3262.6 | 03/31/2021 |
| 08/17/2021 | BrokerageLink 662 139440 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 439.34 | |
| 08/17/2021 | BrokerageLink Roth 653059877 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 219.67 | |
| 08/16/2021 | TVA 401K 66059 | Contributions | | BROKERAGELINK | | 669.01 | | | | | 669.01 | |
| 08/16/2021 | TVA 401K 66059 | Contributions | | TARGET RETIRE 2050 | | 0.471 | | | | | 6.66 | |
| 08/03/2021 | BrokerageLink 662 139440 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 439.34 | |
| 08/03/2021 | BrokerageLink Roth 653059877 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 219.67 | |
| 08/02/2021 | TVA 401K 66059 | Contributions | | BROKERAGELINK | | 669.01 | | | | | 669.01 | |
| 08/02/2021 | TVA 401K 66059 | Contributions | | TARGET RETIRE 2050 | | 0.474 | | | | | 6.66 | |
| 07/29/2021 | BrokerageLink 662 139440 | REINVESTMENT FIDELITY GOVERNMENT CASH RESERVES (FDRXX) (Cash) | FDRXX | FIDELITY GOVERNMENT CASH RESERVES | Cash | 0.04 | 1 | | | | -0.04 | |
| 07/29/2021 | Joint WROS X34919670 | REINVESTMENT CASH (3159941003) (Cash) | 3159941003 | CASH | Cash | 0.02 | 1 | | | | -0.02 | |
| 07/29/2021 | BrokerageLink 662 139440 | DIVIDEND RECEIVED FIDELITY GOVERNMENT CASH RESERVES (FDRXX) (Cash) | FDRXX | FIDELITY GOVERNMENT CASH RESERVES | Cash | 0.000 | | | | | 0.04 | |
| 07/29/2021 | Joint WROS X34919670 | INTEREST EARNED CASH (3159941003) (Cash) | 3159941003 | CASH | Cash | 0.000 | | | | | 0.02 | |
| 07/26/2021 | BrokerageLink 662 139440 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 439.34 | |
| 07/26/2021 | BrokerageLink Roth 653059877 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 219.67 | |
| 07/15/2021 | TVA 401K 66059 | Contributions | | BROKERAGELINK | | 669.01 | | | | | 669.01 | |
| 07/15/2021 | TVA 401K 66059 | Contributions | | TARGET RETIRE 2050 | | 0.466 | | | | | 6.66 | |
| 07/15/2021 | BrokerageLink 662 139440 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N104... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 2277 | 3.77 | | | | -8584.29 | 07/19/2021 |
| 07/12/2021 | BrokerageLink 662 139440 | FEE CHARGED VOXELJET AG SPON ADS EACH REPR 1 ORD... (VJTY) (Cash) | VJTY | VOXELJET AG SPON ADS EACH REPR 1 ORD SH | Cash | 0.000 | | | | | -0.95 | |
| 07/12/2021 | Joint WROS X34919670 | DIVIDEND RECEIVED PHILIP MORRIS INTERNATIONAL INC COM NEW (PM) (Cash) | PM | PHILIP MORRIS INTERNATIONAL INC COM NEW | Cash | 0.000 | | | | | 902.4 | |
| 07/09/2021 | Joint WROS X34919670 | DIVIDEND RECEIVED ALTRIA GROUP INC (MO) (Cash) | MO | ALTRIA GROUP INC | Cash | 0.000 | | | | | 336.41 | |
| 07/07/2021 | BrokerageLink 662 139440 | DISTRIBUTION SPIN FROM (69102U103) META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash) | 59134N203 | META MATERIALS INC PFD SER A 0.00000 N * | Cash | 12004 | | | | | 0.00 | |
| 07/07/2021 | BrokerageLink Roth 653059877 | DISTRIBUTION SPIN FROM (69102U103) META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash) | 59134N203 | META MATERIALS INC PFD SER A 0.00000 N * | Cash | 9905 | | | | | 0.00 | |
| 07/07/2021 | BrokerageLink 662 139440 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 439.34 | |
| 07/07/2021 | BrokerageLink Roth 653059877 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 219.67 | |
| 07/06/2021 | TVA 401K 66059 | Contributions | | BROKERAGELINK | | 669.01 | | | | | 669.01 | |
| 07/06/2021 | TVA 401K 66059 | Contributions | | TARGET RETIRE 2050 | | 0.477 | | | | | 6.66 | |
| 07/01/2021 | BrokerageLink 662 139440 | YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | -1 | 7.22 | | 0.01 | | 7.21 | 07/06/2021 |
| 07/01/2021 | TVA 401K 66059 | Realized Gain/Loss | | TARGET RETIRE 2050 | | 0.000 | | | | | 2.88 | |
| 07/01/2021 | TVA 401K 66059 | RECORDKEEPING FEE | | TARGET RETIRE 2050 | | -0.791 | | | | | -11 | |
| 06/30/2021 | Joint WROS X34919670 | REINVESTMENT CASH (3159941003) (Cash) | 3159941003 | CASH | Cash | 0.16 | 1 | | | | -0.16 | |
| 06/30/2021 | Joint WROS X34919670 | INTEREST EARNED CASH (3159941003) (Cash) | 3159941003 | CASH | Cash | 0.000 | | | | | 0.16 | |
| 06/30/2021 | BrokerageLink 662 139440 | REINVESTMENT FIDELITY GOVERNMENT CASH RESERVES (FDRXX) (Cash) | FDRXX | FIDELITY GOVERNMENT CASH RESERVES | Cash | 0.68 | 1 | | | | -0.68 | |
| 06/30/2021 | BrokerageLink Roth 653059877 | REINVESTMENT FIDELITY GOVERNMENT CASH RESERVES (FDRXX) (Cash) | FDRXX | FIDELITY GOVERNMENT CASH RESERVES | Cash | 0.4 | 1 | | | | -0.4 | |
| 06/30/2021 | BrokerageLink 662 139440 | DIVIDEND RECEIVED FIDELITY GOVERNMENT CASH RESERVES (FDRXX) (Cash) | FDRXX | FIDELITY GOVERNMENT CASH RESERVES | Cash | 0.000 | | | | | 0.68 | |
| 06/30/2021 | BrokerageLink Roth 653059877 | DIVIDEND RECEIVED FIDELITY GOVERNMENT CASH RESERVES (FDRXX) (Cash) | FDRXX | FIDELITY GOVERNMENT CASH RESERVES | Cash | 0.000 | | | | | 0.4 | |
| 06/29/2021 | Joint WROS X34919670 | DIVIDEND RECEIVED GILEAD SCIENCES INC COM USD0.001 (GILD) (Cash) | GILD | GILEAD SCIENCES INC COM USD0.001 | Cash | 0.000 | | | | | 158.15 | |
| 06/29/2021 | BrokerageLink Roth 653059877 | REVERSE SPLIT R/S TO 59134N104REOR M00513054800C0 TORCHLIGHT ENERGY RESOURCES INC 1 FO... (69102U103) (Cash) | 69102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | -9905 | | | | | -49029.75 | |
| 06/29/2021 | BrokerageLink 662 139440 | REVERSE SPLIT R/S TO 59134N104REOR M00513054800C0 TORCHLIGHT ENERGY RESOURCES INC 1 FO... (69102U103) (Cash) | 69102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | -12004 | | | | | -59419.8 | |
| 06/29/2021 | BrokerageLink Roth 653059877 | REVERSE SPLIT R/S FROM 69102U103REOR M00513054800C1 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 4952 | | | | | 39417.92 | |
| 06/29/2021 | Joint WROS X34919670 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 22014 | 8.4 | | | | -187427.8 | 06/30/2021 |
| 06/29/2021 | BrokerageLink 662 139440 | REVERSE SPLIT R/S FROM 69102U103REOR M00513054800C1 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 6002 | | | | | 47775.92 | |
| 06/29/2021 | BrokerageLink Roth 653059877 | IN LIEU OF FRX SHARE LIEU PAYOUT 69102U103REORLM00513054800C01 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | 0.000 | | | | | 4.09 | |
| 06/29/2021 | Joint WROS X34919670 | YOU SOLD ALTRIA GROUP INC (MO) (Cash) | MO | ALTRIA GROUP INC | Cash | -3505 | 47.5 | | 0.95 | | 166911.54 | 06/06/2021 |
| 06/25/2021 | BrokerageLink 662 139440 | DIVIDEND RECEIVED GUESS INC COM USD0.01 (GES) (Cash) | GES | GUESS INC COM USD0.01 | Cash | 0.000 | | | | | 5.29 | |
| 06/25/2021 | BrokerageLink 662 139440 | YOU SOLD VOXELJET AG SPON ADS EACH REPR 1 ORD... (VJTY) (Cash) | VJTY | VOXELJET AG SPON ADS EACH REPR 1 ORD SH | Cash | -49 | 14.62 | | 0.01 | | 701.75 | 06/29/2021 |
| 06/25/2021 | BrokerageLink 662 139440 | YOU SOLD TASEKO MINES LTD COM ISIN CA8766111... (TGB) (Cash) | TGB | TASEKO MINES LTD COM ISIN CA8766111064 | Cash | -1057 | 2.15 | | 0.02 | | 2294.60 | 06/29/2021 |
| 06/25/2021 | BrokerageLink 662 139440 | YOU SOLD GUESS INC COM USD0.01 (GES) (Cash) | GES | GUESS INC COM USD0.01 | Cash | -47 | 27.15 | | 0.01 | | 1276.04 | 06/29/2021 |
| 06/25/2021 | BrokerageLink 662 139440 | YOU SOLD GOPRO INC COM USD0.0001 CLASS A (GPRO) (Cash) | GPRO | GOPRO INC COM USD0.0001 CLASS A | Cash | -005 | 11.52 | | 0.02 | | 5869.18 | 06/29/2021 |
| 06/25/2021 | Joint WROS X34919670 | DIVIDEND RECEIVED KRAFT HEINZ CO COM (KHC) (Cash) | KHC | KRAFT HEINZ CO COM | Cash | 0.000 | | | | | 522 | |
| 06/22/2021 | BrokerageLink 662 139440 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (69102U103) (Cash) | 69102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 12004 | 9.02 | | | | -108276.08 | 06/24/2021 |
| 06/22/2021 | BrokerageLink Roth 653059877 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (69102U103) (Cash) | 69102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 9905 | 8.95 | | | | -88641.83 | 06/24/2021 |
| 06/22/2021 | BrokerageLink 662 139440 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 439.34 | |
| 06/22/2021 | BrokerageLink Roth 653059877 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 219.67 | |
| 06/21/2021 | TVA 401K 66059 | Contributions | | BROKERAGELINK | | 669.01 | | | | | 669.01 | |
| 06/21/2021 | TVA 401K 66059 | Contributions | | TARGET RETIRE 2050 | | 0.433 | | | | | 6.66 | |
| 06/17/2021 | BrokerageLink 662 139440 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (69102U103) (Cash) | 69102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 21255 | 4.94 | | | | -105049.1 | 06/21/2021 |
| 06/17/2021 | BrokerageLink 662 139440 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (69102U103) (Cash) | 69102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 21052 | 4.98 | | | | -104878.96 | 06/21/2021 |
| 06/17/2021 | BrokerageLink 662 139440 | YOU SOLD 2115EOJVB TORCHLIGHT ENERGY RESOURCES INC 1 FO... (69102U103) (Cash) | 69102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | -300 | 6.02 | | 0.01 | | 1806.29 | 06/21/2021 |
| 06/17/2021 | BrokerageLink 662 139440 | YOU SOLD 2115EOJVB TORCHLIGHT ENERGY RESOURCES INC 1 FO... (69102U103) (Cash) | 69102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | -1641 | 5.61 | | 0.06 | | 9203.95 | 06/21/2021 |
| 06/17/2021 | BrokerageLink 662 139440 | YOU SOLD 2115EOJVB TORCHLIGHT ENERGY RESOURCES INC 1 FO... (69102U103) (Cash) | 69102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | -2300 | 6.02 | | 0.08 | | 14065.92 | 06/21/2021 |
| 06/17/2021 | BrokerageLink 662 139440 | YOU SOLD 2115EOJVB TORCHLIGHT ENERGY RESOURCES INC 1 FO... (69102U103) (Cash) | 69102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | -18004 | 6 | | 0.42 | | 81819.59 | 06/21/2021 |
| 06/17/2021 | BrokerageLink 662 139440 | YOU SOLD 2115EHOZMG TORCHLIGHT ENERGY RESOURCES INC 1 FO... (69102U103) (Cash) | 69102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | -21052 | 6.05 | | 0.55 | | 106312.05 | 06/21/2021 |
| 06/17/2021 | BrokerageLink Roth 653059877 | YOU SOLD CLEAN ENERGY FUELS CORP (CLNE) (Cash) | CLNE | CLEAN ENERGY FUELS CORP | Cash | -7725 | 11.44 | | 0.45 | | 88373.54 | 06/21/2021 |
| 06/14/2021 | BrokerageLink 662 139440 | YOU BOUGHT 2115EFOLBB CLOVER HEALTH INVESTMENTS CORP COM CL A (CLOV) (Cash) | CLOV | CLOVER HEALTH INVESTMENTS CORP COM CL A | Cash | -8744 | 15.57 | | 0.54 | | 106060.54 | 06/16/2021 |
| 06/14/2021 | BrokerageLink Roth 653059877 | YOU SOLD CLEAN ENERGY FUELS CORP (CLNE) (Cash) | CLNE | CLEAN ENERGY FUELS CORP | Cash | 7726 | 11.24 | | | | -86790.09 | 06/16/2021 |
| 06/14/2021 | Joint WROS X34919670 | YOU BOUGHT BLACKBERRY LTD COM ISIN #CA09228F103... (BB) (Cash) | BB | BLACKBERRY LTD COM ISIN #CA09228F103B B | Cash | 2862 | 14 | | | | -40058 | 06/16/2021 |
| 06/11/2021 | BrokerageLink Roth 653059877 | YOU BOUGHT CLOVER HEALTH INVESTMENTS CORP COM CL A (CLOV) (Cash) | CLOV | CLOVER HEALTH INVESTMENTS CORP COM CL A | Cash | 8744 | 14.99 | | | | -15112291 | 06/16/2021 |
| 06/10/2021 | BrokerageLink 662 139440 | DIVIDEND RECEIVED INTERNATIONAL BUS MACH CORP COM USD0.20 (IBM) (Cash) | IBM | INTERNATIONAL BUS MACH CORP COM USD0.20 | Cash | 0.000 | | | | | 120 | |
| 06/10/2021 | Joint WROS X34919670 | DIVIDEND RECEIVED EXXON MOBIL CORP COM (XOM) (Cash) | XOM | EXXON MOBIL CORP COM | Cash | 0.000 | | | | | 1935.75 | |
| 06/09/2021 | BrokerageLink 662 139440 | YOU BOUGHT CLEAN ENERGY FUELS CORP (CLNE) (Cash) | CLNE | CLEAN ENERGY FUELS CORP | Cash | 7192 | 13 | | | | -93496 | 06/11/2021 |
| 06/09/2021 | BrokerageLink 662 139440 | YOU SOLD CLEAN ENERGY FUELS CORP (CLNE) (Cash) | CLNE | CLEAN ENERGY FUELS CORP | Cash | -7192 | 14.05 | | 0.52 | | 101047.08 | 06/11/2021 |
| 06/04/2021 | BrokerageLink 662 139440 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 439.34 | |
| 06/04/2021 | BrokerageLink Roth 653059877 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 219.67 | |
| 06/07/2021 | BrokerageLink Roth 653059877 | YOU BOUGHT 2115217FPV BLACKBERRY LTD COM ISIN #CA09228F103... (BB) (Cash) | BB | BLACKBERRY LTD COM ISIN #CA09228F103B B | Cash | -4525 | 15.4 | | 0.45 | | 69624.55 | 06/09/2021 |
| 06/07/2021 | Joint WROS X34919670 | YOU SOLD 21159X31WQ BLACKBERRY LTD COM ISIN #CA09228F103... (BB) (Cash) | BB | BLACKBERRY LTD COM ISIN #CA09228F103B B | Cash | -2400 | 15.89 | | 0.2 | | 39135.8 | 06/09/2021 |
| 06/07/2021 | TVA 401K 66059 | Contributions | | BROKERAGELINK | | 669.01 | | | | | 669.01 | |
| 06/07/2021 | TVA 401K 66059 | Contributions | | TARGET RETIRE 2050 | | 0.48 | | | | | 6.66 | |
| 06/10/2021 | BrokerageLink Roth 653059877 | YOU BOUGHT BLACKBERRY LTD COM ISIN #CA09228F103... (BB) (Cash) | BB | BLACKBERRY LTD COM ISIN #CA09228F103B B | Cash | 5525 | 14.49 | | | | -81450 | 06/06/2021 |
| 06/04/2021 | Joint WROS X34919670 | YOU BOUGHT BLACKBERRY LTD COM ISIN #CA09228F103... (BB) (Cash) | BB | BLACKBERRY LTD COM ISIN #CA09228F103B B | Cash | 2400 | 15.43 | | | | -37104 | 06/08/2021 |
| 06/03/2021 | BrokerageLink 662 139440 | YOU BOUGHT AMC ENTERTAINMENT HOLDINGS INC 1 FOR... (00165C104) (Cash) | 00165C104 | AMC ENTERTAINMENT HOLDINGS INC 1 FOR 10 | Cash | 1526 | 49.89 | | | | -76601.15 | 06/07/2021 |
| 06/03/2021 | BrokerageLink 662 139440 | YOU SOLD 2115 64UDFV AMC ENTERTAINMENT HOLDINGS INC 1 FOR... (00165C104) (Cash) | 00165C104 | AMC ENTERTAINMENT HOLDINGS INC 1 FOR 10 | Cash | -1526 | 60.52 | | 0.49 | | 92900.84 | 06/07/2021 |

The data and information in this spreadsheet is provided to you solely for your use and is not for distribution. The spreadsheet is provided for informational purposes only, and is not intended to provide advice, nor should it be construed as an offer to sell, a solicitation of an offer to buy or a recommendation for any security or insurance product by Fidelity or any third party. Data and information shown is based on information known to Fidelity as of the date it was exported and is subject to change. It should not be used in place of your account statements or trade confirmations and is not intended for tax reporting purposes. For more information on the data included in this spreadsheet, including any limitations thereof, go to Fidelity.com.

Brokerage services are provided by Fidelity Brokerage Services LLC (FBS), 900 Salem Street, Smithfield, RI 02917. Custody and other services provided by National Financial Services LLC (NFS). Both are Fidelity Investment companies and members SIPC, NYSE. Insurance products at Fidelity are distributed by Fidelity Insurance Agency, Inc., and, for certain products, by Fidelity Brokerage Services, Member NYSE, SIPC.

Date downloaded 12/17/2024 2:15 pm

The image shows a low-resolution scan of a spreadsheet titled "Accounts_History-3" with columns: Run Date, Account, Action, Symbol, Description, Type, Quantity, Price ($), Commission ($), Fees ($), Accrued Interest ($), Amount ($), Settlement Date. The text is largely illegible due to image quality.

| Run Date | Account | Action | Symbol | Description | Type | Quantity | Price ($) | Commission ($) | Fees ($) | Accrued Interest ($) | Amount ($) | Settlement Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/1/2024 | Joint WROS X04819670 | DIVIDEND RECEIVED as of Mar-29-2024 KRAFT HEINZ CO COM (KHC) (Cash) | KHC | KRAFT HEINZ CO COM | Cash | 0.000 | | | | | 5.00 | |
| 4/1/2024 | Joint WROS X04819670 | REINVESTMENT CASH (315994103) (Cash) | 315994103 | CASH | Cash | 0.03 | 1 | | | | -0.03 | |
| 4/1/2024 | Joint WROS X04819670 | INTEREST EARNED CASH (315994103) (Cash) | 315994103 | CASH | Cash | 0.000 | | | | | 0.03 | |
| 4/1/2024 | TVA 401K 59059 | Realized Gain/Loss | | TARGET RETIRE 2050 | | 0.000 | | | | | 3.22 | |
| 4/1/2024 | TVA 401K 59059 | RECORDKEEPING FEE | | TARGET RETIRE 2050 | | -0.704 | | | | | -.11 | |
| 3/28/2024 | Joint WROS X04819670 | DIVIDEND RECEIVED GILEAD SCIENCES INC COM USD0.001 (GILD) (Cash) | GILD | GILEAD SCIENCES INC COM USD0.001 | Cash | 0.000 | | | | | 204.05 | |
| 3/28/2024 | BrokerageLink 662139440 | REINVESTMENT FIDELITY GOVERNMENT CASH RESERVES (FDRXX) (Cash) | FDRXX | FIDELITY GOVERNMENT CASH RESERVES | Cash | 159.05 | 1 | | | | -159.05 | |
| 3/28/2024 | BrokerageLink Roth 663059877 | REINVESTMENT FIDELITY GOVERNMENT CASH RESERVES (FDRXX) (Cash) | FDRXX | FIDELITY GOVERNMENT CASH RESERVES | Cash | 72.76 | 1 | | | | -72.76 | |
| 3/28/2024 | Joint WROS X04819670 | REINVESTMENT CASH (315994103) (Cash) | 315994103 | CASH | Cash | 347.42 | 1 | | | | -347.42 | |
| 3/28/2024 | BrokerageLink 662139440 | DIVIDEND RECEIVED FIDELITY GOVERNMENT CASH RESERVES (FDRXX) (Cash) | FDRXX | FIDELITY GOVERNMENT CASH RESERVES | Cash | 0.000 | | | | | 159.05 | |
| 3/28/2024 | BrokerageLink Roth 663059877 | DIVIDEND RECEIVED FIDELITY GOVERNMENT CASH RESERVES (FDRXX) (Cash) | FDRXX | FIDELITY GOVERNMENT CASH RESERVES | Cash | 0.000 | | | | | 72.76 | |
| 3/28/2024 | Joint WROS X04819670 | INTEREST EARNED CASH (315994103) (Cash) | 315994103 | CASH | Cash | 0.000 | | | | | 347.42 | |
| 3/26/2024 | BrokerageLink 662139440 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 479.14 | |
| 3/26/2024 | BrokerageLink Roth 663059877 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 239.57 | |
| 3/25/2024 | TVA 401K 59059 | Contributions | | BROKERAGELINK | | 719.71 | | | | | 719.71 | |
| 3/25/2024 | TVA 401K 59059 | Contributions | | TARGET RETIRE 2050 | | 0.468 | | | | | 7.26 | |
| 3/12/2024 | BrokerageLink 662139440 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 479.14 | |
| 3/12/2024 | BrokerageLink Roth 663059877 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 239.57 | |
| 3/11/2024 | BrokerageLink 662139440 | DIVIDEND RECEIVED as of Mar-09-2024 INTERNATIONAL BUS MACH CORP COM USD0.20 (IBM) (Cash) | IBM | INTERNATIONAL BUS MACH CORP COM USD0.20 | Cash | 0.000 | | | | | 124.5 | |
| 3/11/2024 | Joint WROS X04819670 | DIVIDEND RECEIVED EXXON MOBIL CORP COM (XOM) (Cash) | XOM | EXXON MOBIL CORP COM | Cash | 0.000 | | | | | 2113.75 | |
| 3/11/2024 | TVA 401K 59059 | Contributions | | BROKERAGELINK | | 719.71 | | | | | 719.71 | |
| 3/11/2024 | TVA 401K 59059 | Contributions | | TARGET RETIRE 2050 | | 0.474 | | | | | 7.26 | |
| 2/29/2024 | BrokerageLink 662139440 | REINVESTMENT FIDELITY GOVERNMENT CASH RESERVES (FDRXX) (Cash) | FDRXX | FIDELITY GOVERNMENT CASH RESERVES | Cash | 151.32 | 1 | | | | -151.32 | |
| 2/29/2024 | BrokerageLink Roth 663059877 | REINVESTMENT FIDELITY GOVERNMENT CASH RESERVES (FDRXX) (Cash) | FDRXX | FIDELITY GOVERNMENT CASH RESERVES | Cash | 64.99 | 1 | | | | -64.99 | |
| 2/29/2024 | Joint WROS X04819670 | REINVESTMENT CASH (315994103) (Cash) | 315994103 | CASH | Cash | 32.18 | 1 | | | | -32.18 | |
| 2/29/2024 | BrokerageLink 662139440 | DIVIDEND RECEIVED FIDELITY GOVERNMENT CASH RESERVES (FDRXX) (Cash) | FDRXX | FIDELITY GOVERNMENT CASH RESERVES | Cash | 0.000 | | | | | 151.32 | |
| 2/29/2024 | BrokerageLink Roth 663059877 | DIVIDEND RECEIVED FIDELITY GOVERNMENT CASH RESERVES (FDRXX) (Cash) | FDRXX | FIDELITY GOVERNMENT CASH RESERVES | Cash | 0.000 | | | | | 64.99 | |
| 2/29/2024 | Joint WROS X04819670 | INTEREST EARNED CASH (315994103) (Cash) | 315994103 | CASH | Cash | 0.000 | | | | | 32.18 | |
| 2/27/2024 | BrokerageLink 662139440 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 479.14 | |
| 2/27/2024 | BrokerageLink Roth 663059877 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 239.57 | |
| 2/26/2024 | TVA 401K 59059 | Contributions | | BROKERAGELINK | | 719.71 | | | | | 719.71 | |
| 2/26/2024 | TVA 401K 59059 | Contributions | | TARGET RETIRE 2050 | | 0.49 | | | | | 7.26 | |
| 2/13/2024 | BrokerageLink 662139440 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 479.14 | |
| 2/13/2024 | BrokerageLink Roth 663059877 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 239.57 | |
| 2/12/2024 | TVA 401K 59059 | Contributions | | BROKERAGELINK | | 719.71 | | | | | 719.71 | |
| 2/12/2024 | TVA 401K 59059 | Contributions | | TARGET RETIRE 2050 | | 0.495 | | | | | 7.26 | |
| 2/9/2024 | BrokerageLink 662139440 | REVERSE SPLIT R/V PAYOUT 59134N104 ROUNDUP PAYOUT #REOR #M0051559100001 META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | Cash | 1 | | | | | 2.82 | |
| 2/9/2024 | BrokerageLink Roth 663059877 | REVERSE SPLIT R/V PAYOUT 59134N104 ROUNDUP PAYOUT #REOR #M0051559100001 META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | Cash | 1 | | | | | 2.82 | |
| 2/9/2024 | Joint WROS X04819670 | REVERSE SPLIT R/V PAYOUT 59134N104 ROUNDUP PAYOUT #REOR #M0051559100001 META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | Cash | 1 | | | | | 2.82 | |
| 2/1/2024 | BrokerageLink 662139440 | REINVESTMENT FIDELITY GOVERNMENT CASH RESERVES (FDRXX) (Cash) | FDRXX | FIDELITY GOVERNMENT CASH RESERVES | Cash | 153.2 | 1 | | | | -153.2 | |
| 2/1/2024 | BrokerageLink Roth 663059877 | REINVESTMENT FIDELITY GOVERNMENT CASH RESERVES (FDRXX) (Cash) | FDRXX | FIDELITY GOVERNMENT CASH RESERVES | Cash | 67.83 | 1 | | | | -67.83 | |
| 2/1/2024 | Joint WROS X04819670 | REINVESTMENT CASH (315994103) (Cash) | 315994103 | CASH | Cash | 342.68 | 1 | | | | -342.68 | |
| 2/1/2024 | BrokerageLink 662139440 | DIVIDEND RECEIVED FIDELITY GOVERNMENT CASH RESERVES (FDRXX) (Cash) | FDRXX | FIDELITY GOVERNMENT CASH RESERVES | Cash | 0.000 | | | | | 153.2 | |
| 2/1/2024 | BrokerageLink Roth 663059877 | DIVIDEND RECEIVED FIDELITY GOVERNMENT CASH RESERVES (FDRXX) (Cash) | FDRXX | FIDELITY GOVERNMENT CASH RESERVES | Cash | 0.000 | | | | | 67.83 | |
| 2/1/2024 | Joint WROS X04819670 | INTEREST EARNED CASH (315994103) (Cash) | 315994103 | CASH | Cash | 0.000 | | | | | 342.68 | |
| 1/29/2024 | BrokerageLink 662139440 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 479.14 | |
| 1/29/2024 | BrokerageLink Roth 663059877 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 239.57 | |
| 1/29/2024 | BrokerageLink 662139440 | REVERSE SPLIT R/S FROM 59134N104 #REOR M0051559100001 META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | Cash | 82 | | | | | 451.82 | |
| 1/29/2024 | BrokerageLink Roth 663059877 | REVERSE SPLIT R/S FROM 59134N104 #REOR M0051559100001 META MATERIALS INC COM NEW ISIN #US5913 (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | Cash | 49 | | | | | 269.99 | |
| 1/29/2024 | Joint WROS X04819670 | REVERSE SPLIT R/S FROM 59134N104 #REOR M0051559100001 META MATERIALS INC COM NEW ISIN #US5913 (MMATQ) (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US5913 | Cash | 223 | | | | | 1228.73 | |
| 1/29/2024 | BrokerageLink 662139440 | REVERSE SPLIT R/S TO 59134N002 #REOR M0051559100000 META MATERIALS INC COM ISIN US59134N104... 59134N104 (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | -8278 | | | | | -451.77 | |
| 1/29/2024 | BrokerageLink Roth 663059877 | REVERSE SPLIT R/S TO 59134N002 #REOR M0051559100000 META MATERIALS INC COM ISIN US59134N104... 59134N104 (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | -4952 | | | | | -269.2 | |
| 1/29/2024 | Joint WROS X04819670 | REVERSE SPLIT R/S TO 59134N002 #REOR M0051559100000 META MATERIALS INC COM ISIN US59134N104... 59134N104 (Cash) | 59134N104 | META MATERIALS INC COM ISIN US59134N104 | Cash | -22314 | | | | | -1229.57 | |
| 1/29/2024 | TVA 401K 59059 | Contributions | | BROKERAGELINK | | 719.71 | | | | | 719.71 | |
| 1/29/2024 | TVA 401K 59059 | Contributions | | TARGET RETIRE 2050 | | 0.492 | | | | | 7.26 | |
| 1/17/2024 | BrokerageLink 662139440 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 479.14 | |
| 1/17/2024 | BrokerageLink Roth 663059877 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 239.57 | |
| 1/16/2024 | TVA 401K 59059 | Contributions | | BROKERAGELINK | | 719.71 | | | | | 719.71 | |
| 1/16/2024 | TVA 401K 59059 | Contributions | | TARGET RETIRE 2050 | | 0.524 | | | | | 7.26 | |
| 1/16/2024 | Joint WROS X04819670 | DIVIDEND RECEIVED PHILIP MORRIS INTERNATIONAL INC COM NPV (PM) (Cash) | PM | PHILIP MORRIS INTERNATIONAL INC COM NPV | Cash | 0.000 | | | | | 977.6 | |
| 1/3/2024 | BrokerageLink 662139440 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 479.14 | |
| 1/3/2024 | BrokerageLink Roth 663059877 | TRANSFERRED FROM TO BROKERAGE OPTION (Cash) | | No Description | Cash | 0.000 | | | | | 239.57 | |
| 1/2/2024 | TVA 401K 59059 | Contributions | | BROKERAGELINK | | 719.71 | | | | | 719.71 | |
| 1/2/2024 | TVA 401K 59059 | Contributions | | TARGET RETIRE 2050 | | 0.501 | | | | | 7.26 | |
| 1/2/2024 | TVA 401K 59059 | Realized Gain/Loss | | TARGET RETIRE 2050 | | 0.000 | | | | | 2.67 | |
| 1/2/2024 | TVA 401K 59059 | RECORDKEEPING FEE | | TARGET RETIRE 2050 | | -0.759 | | | | | -.11 | |

The data and information in this spreadsheet is provided to you solely for your use and is not for distribution. The spreadsheet is provided for informational purposes only, and is not intended to provide advice, nor should it be construed as an offer to sell, a solicitation of an offer to buy or a recommendation for a ny security or insurance product by Fidelity or any third party. Data and information shown is based on information known to Fidelity as of the date it was reported and is subject to change. It should not be used in place of your account statements or trade confirmations and is not intended for tax reporting purposes. For more information on the data included in this spreadsheet, including any limitations thereof, go to Fidelity.com.

Brokerage services are provided by Fidelity Brokerage Services LLC (FBS), 900 Salem Street, Smithfield, RI 02917. Custody and other services provided by National Financial Services LLC (NFS). Both are Fidelity Investments companies and members SIPC, NYSE. Insurance products at Fidelity are distributed by Fidelity Insurance Agency, Inc., and, for certain products, by Fidelity Brokerage Services, Member NYSE, SIPC.

Date downloaded: 12/17/2024 12:47 pm

History_for_Account_225262866

| Run Date | Action | Symbol | Description | Type | Quantity | Price ($) | Commission ($) | Fees ($) | Accrued Interest ($) | Amount ($) | Cash Balance ($) | Settlement Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/31/2021 | INTEREST EARNED FDIC INSURED DEPOSIT AT UMB BANK (RA... QUMAQ) (Cash) | QUMAQ | FDIC INSURED DEPOSIT AT UMB BANK (RA NO | Cash | 0.000 | | | | | 0.40 | 6700.76 | |
| 07/30/2021 | INTEREST EARNED FDIC INSURED DEPOSIT AT UMB BANK (RA... QUMAQ) (Cash) | QUMAQ | FDIC INSURED DEPOSIT AT UMB BANK (RA NO | Cash | 0.000 | | | | | 0.06 | 6700.78 | |
| 07/27/2021 | CONTRIBUTION SEP CONTRIBUTION (REF#2021/074 /WEB) (Cash) | | No Description | Cash | 0.000 | | | | | 6700 | 6700.72 | |
| 06/24/2021 | INTEREST EARNED FDIC INSURED DEPOSIT AT UMB BANK (RA... QUMAQ) (Cash) | QUMAQ | FDIC INSURED DEPOSIT AT UMB BANK (RA NO | Cash | 0.000 | | | | | 0.51 | 7.22 | |
| 06/29/2021 | REVERSE SPLIT R/S TO 6/29/2021 0 1/4 #ROR M00010348050 TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | -10190 | | | | | -46205.55 | 6.71 | |
| 06/29/2021 | REVERSE SPLIT R/S FROM 6/29/201/COM#ROR M00010348001 META MATERIALS INC COM ISIN US5910/01N104... (59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US5910/01N104 | Cash | 5094 | | | | | 46205.62 | 6.71 | |
| 06/29/2021 | IN LIEU OF FRB SHARE LIEU PAYOUT 89102U103#ROR M00010348001 META MATERIALS INC COM ISIN US5910/01N... 59134N104) (Cash) | 59134N104 | META MATERIALS INC COM ISIN US5910/01N104 | Cash | 0.000 | | | | | 4.09 | 6.71 | |
| 06/29/2021 | YOU BOUGHT TORCHLIGHT ENERGY RESOURCES INC 1 FO... (89102U103) (Cash) | 89102U103 | TORCHLIGHT ENERGY RESOURCES INC 1 FOR 2 | Cash | 10109 | 6.25 | | | | -63242.25 | 2.62 | 06/06/2021 |
| 06/03/2021 | YOU SOLD AMC ENTERTAINMENT HOLDINGS INC 1 FOR 10 (00165C104) (Cash) | 00165C104 | AMC ENTERTAINMENT HOLDINGS INC 1 FOR 10 | Cash | -101 | 62.7 | | 0.04 | | 6904.87 | 69244.87 | 06/07/2021 |
| 06/01/2021 | YOU BOUGHT AMC ENTERTAINMENT HOLDINGS INC 1 FOR... (00165C104) (Cash) | 00165C104 | AMC ENTERTAINMENT HOLDINGS INC 1 FOR 10 | Cash | 100 | 61.05 | | | | -6105 | 62674.91 | 06/03/2021 |

The data and information in this spreadsheet is provided to you solely for your own use and is not for distribution. The spreadsheet is provided for informational purposes only, and is not intended to provide advice, nor should it be construed as an offer to sell, a solicitation of an offer to buy or a recommendation for any security or insurance product by Fidelity or any third party. Data and information viewed or used on information known to Fidelity as of the date it was exported and is subject to change. It would not be used in place of your account statements or trade confirmations and is not intended for tax reporting purposes. For more information on the data included in this spreadsheet, including any disclaimers thereof, go to Fidelity.com.

Brokerage services are provided by Fidelity Brokerage Services LLC (FBS), 900 Salem Street, Smithfield, RI 02917. Custody and other services provided by National Financial Services LLC (NFS). Both are Fidelity Investment companies and members SIPC, NYSE. Insurance products at Fidelity are distributed by Fidelity Insurance Agency, Inc., and, for certain products, by Fidelity Brokerage Services, Member NYSE, SIPC.

Date downloaded 12/17/2024 2:07 pm

1

History_for_Account_Z39269080-2

| Run Date | Action | Symbol | Description | Type | Quantity | Price ($) | Commission ($) | Fees ($) | Accrued Interest ($) | Amount ($) | Cash Balance ($) | Settlement Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/29/2024 | INTEREST EARNED FDIC INSURED DEPOSIT AT TRUIST BANK... (QPXCI) (Cash) | QPXCI | FDIC INSURED DEPOSIT AT TRUIST BANK NA | Cash | 0.000 | | | | | 0.1 | 6300.03 | |
| 02/29/2024 | INTEREST EARNED FDIC INSURED DEPOSIT AT UMB BANK NA... (QUMAQ) (Cash) | QUMAQ | FDIC INSURED DEPOSIT AT UMB BANK NA NO | Cash | 0.000 | | | | | 125.69 | 6300.03 | |
| 02/29/2024 | INTEREST EARNED FDIC INSURED DEPOSIT AT TRUIST BANK... (QPXCI) (Cash) | QPXCI | FDIC INSURED DEPOSIT AT TRUIST BANK NA | Cash | 0.000 | | | | | 0.09 | 6917.22 | |
| 02/29/2024 | INTEREST EARNED FDIC INSURED DEPOSIT AT UMB BANK... (QPXCI) (Cash) | QPXCI | FDIC INSURED DEPOSIT AT UMB BANK NA NO | Cash | 0.000 | | | | | 125.75 | 6917.11 | |
| 02/29/2024 | INTEREST EARNED FDIC INSURED DEPOSIT AT UMB BANK RA... (QUMAQ) (Cash) | QUMAQ | META MATERIALS INC COM NEW ISIN #US59134N3026 | MMATQ | | | | | | 2.52 | 6044.20 | |
| 02/06/2024 | REVERSE SPLIT REV PAYOUT f/o/CMKS ROUNDUP PAYOUT #RCORAR201501/102001 META MATERIALS INC COM NEW ISIN AU2313... (MMAT2) (Cash) | MMATQ | FDIC INSURED DEPOSIT AT TRUIST BANK RA | Cash | 0.000 | | | | | 0.1 | 6044.20 | |
| 01/31/2024 | INTEREST EARNED FDIC INSURED DEPOSIT AT TRUIST BANK... (QPXCI) (Cash) | QPXCI | FDIC INSURED DEPOSIT AT UMB BANK NA NO | Cash | 0.000 | | | | | 124.49 | 6044.20 | |
| 01/31/2024 | INTEREST EARNED FDIC INSURED DEPOSIT AT UMB BANK NA... (QUMAQ) (Cash) | QUMAQ | META MATERIALS INC COM NEW ISIN AU2313... | Cash | .05 | | | | | 250.16 | 6900.78 | |
| 01/29/2024 | REVERSE SPLIT RCD FROM #SHOAH/CMII SECR #00015D0150010001 META MATERIALS INC COM NEW ISIN #US59134N... (S31OAH/CH (Cash) | MMATQ | META MATERIALS INC COM NEW ISIN #US59134N3026 | Cash | 46284 | | | | | 200.77 | 6900.78 | |
| 01/29/2024 | REVERSE SPLIT RXD TO #010H/CCDHTECR/A M0015D100001 META MATERIALS INC COM NEW ISIN #US59134N... (S31OAH/CH (Cash) | | | | | | | | | | | | |

The data and information in this spreadsheet is provided to you solely for your use and is not for distribution. The spreadsheet is provided for informational purposes only and is not intended to provide advice, nor should it be construed as an offer to sell, a solicitation of an offer to buy or a recommendation for any security or insurance product by Fidelity or any third party. Data and information shown is based on information known to Fidelity as of the date it was exported and is subject to change. It should not be used in place of your account statements or tax confirmations and is not intended for tax reporting purposes. For more information on the data included in this spreadsheet, including any limitation thereof, go to Fidelity.com.

Brokerage services are provided by Fidelity Brokerage Services LLC (FBS), 900 Salem Street, Smithfield, RI 02917. Custody and other services provided by National Financial Services LLC (NFS), both are Fidelity Investments companies and members SIPC, NYSE. Insurance products at Fidelity are distributed by Fidelity Insurance Agency, Inc., and, for certain products, by Fidelity Brokerage Services, Member NYSE, SIPC.

Date downloaded 12/17/2024 1:26 pm

1

## Transaction History for HSA Brokerage ...590

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 09/30/2024 | Journal | JOURNAL TO ...393 | | | | -$11.26 |
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 20 | | | |
| 01/29/2024 | Reverse Split | 59134N104 META MATLS INC XXXREVERSE SPLIT EFF: 01/29/24 | -1,920 | | | |
| 09/05/2023 | Journaled Shares | TDA TRAN - CASH MOVEMENT OF OUTGOING ACCOUNT TRANSFER | | | | -$11.26 |
| 09/05/2023 | Journaled Shares | MMAT TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -1,920 | | | |
| 09/05/2023 | Internal Transfer | MMAT META MATLS INC | 1,920 | | | |
| 09/05/2023 | Internal Transfer | TDA TO CS&CO TRANSFER | | | | $11.26 |
| 09/05/2023 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA2) BANK SWEEP WITHDRAWAL | | | | -$11.26 |

| Date | Type | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 07/30/2021 | Journaled Shares | MMDA2<br>TDA TRAN - CASH ALTERNATIVES INTEREST (MMDA2) | | | 0.01 |
| 07/22/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA2) BANK SWEEP WITHDRAWAL | | | -$4,988.75 |
| 07/20/2021 | Buy | MMAT<br>TDA TRAN - Bought 1535 (MMAT) @3.2500 | 1,535 | $3.25 | -$4,988.75 |
| 07/16/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA2) BANK SWEEP DEPOSIT | | | $5,000.00 |
| 07/15/2021 | Journaled Shares | TDA TRAN - CORE ACCOUNT MONEY TRANSFER | | | $5,017.40 |
| 06/29/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES REDEMPTION (MMDA2) BANK SWEEP WITHDRAWAL | | | -$394.12 |
| 06/28/2021 | Journaled Shares | MMAT<br>TDA TRAN - MANDATORY REVERSE SPLIT (MMAT) | 385 | | |
| 06/28/2021 | Journaled Shares | TRCH<br>TDA TRAN - MANDATORY | -770 | | |

| Date | Type | Description | Qty | Price | | Amount |
|---|---|---|---|---|---|---|
| | | REVERSE SPLIT (TRCH) | | | | |
| 06/28/2021 | Journaled Shares | TDA TRAN - MANDATORY REORGANIZATION FEE (TRCH) | | | | -$20.00 |
| 06/25/2021 | Buy | TRCH TDA TRAN - Bought ...770 (TRCH) @4.9000 | 770 | $4.90 | | -$3,773.00 |
| 06/25/2021 | Sell | NTIP TDA TRAN - Sold ...983 (NTIP) @3.4401 | 983 | $3.4401 | $0.14 | $3,381.48 |
| 03/31/2021 | Journaled Shares | TDA TRAN - CASH ALTERNATIVES PURCHASE (MMDA2) BANK SWEEP DEPOSIT | | | | $49.15 |
| 03/31/2021 | Qual Div Reinvest | TDA TRAN - QUALIFIED DIVIDEND (NTIP) | | | | $49.15 |

**Page Total: -$689.96**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account: ...590
Today's Date: 03:37 PM ET, 12/17/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products. This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients. © 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.