NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: Meta Materials, Inc

Case Number: 24-50792-hlb

RECEIVED AND FILED
DEC 17 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Piscadero Energy, LLLP
8449 Greenwood Dr
Nuvot CO 80503

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number: 303-478-3901

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
431-02442

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Mujtar Shams Merrill Lynch/BofA
Telephone Number: 800-876-5505

3. Date Equity Interest was acquired:
Various market transactions between 2010 - 2015

4. Total amount of member interest: 131

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Sarah S. Dylin
Title: General Partner
Company: Address and telephone number (if different from notice address above):

(Signature) Sarah S. Dylin    (Date) 12/15/2024

Telephone number: 303-478-3901    email: dulinmob@aol.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



# MERRILL
### A BANK OF AMERICA COMPANY

Online at: www.mymerrill.com     Account Number: ●●●02442     24-Hour Assistance: (866) 4MLBUSINESS

PESCADERO ENERGY, LLLP
PLEDGED TO ML LENDER
8449 GREENWOOD DR
NIWOT CO 80503-7245

**Net Portfolio Value:**            **$ 748,389.32**

Your Financial Advisor:
SHAMS AND ASSOCIATES II
370 17TH STREET SUITE 5500
DENVER CO       80202-5656
1-800-876-5505

## ■ PESCADERO

November 01, 2024 - November 29, 2024

|  | This Statement | Year to Date |
|---|---|---|
| **Opening Value (11/01)** | | |
| Total Credits | | |
| Total Debits | | |
| Securities You Transferred In/Out | | |
| Market Gains/(Losses) | | |
| **Closing Value (11/29)** | | |

This account is pledged as collateral for Loan Management Account # ●●●●

| ASSETS | November 29 | October 31 |
|---|---|---|
| Cash/Money Accounts | | |
| Fixed Income | | |
| Equities | | |
| Mutual Funds | | |
| Options | | |
| Other | | |
| Alternative Investments ☆ | | |
| Subtotal (Long Portfolio) | | |
| **TOTAL ASSETS** | | |

| LIABILITIES | | |
|---|---|---|
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | - | - |
| **NET PORTFOLIO VALUE** | | |

☆Amount includes alternative investments. Unless otherwise noted, alternative investments are not registered in the name of nor held by MLPF&S or its nominees and alternative investment amounts are provided for informational purposes only.

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.
Investment products:  | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

PESCADERO ENERGY, LLLP                    Account Number: ●●●02442          24-Hour Assistance: (866) 4MLBUSINESS

## YOUR WCMA ASSETS

November 01, 2024 - November 29, 2024

**EQUITIES**

| Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC REGITERED SHS | MMATQ | 131.0000 | 126,281.84 | 0.0610 | 7.99 | (126,273.85) | |
| **TOTAL** | | | 126,281.84 | | 7.99 | (126,273.85) | |

Equity Cost Basis details are available on the Statements and Documents page of www.mymerrill.com.

**ALTERNATIVE INVESTMENTS (NOT HELD IN THE NAME OF MLPF&S ☆)**



| Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| TOTAL | | | | | | | | |

**LONG PORTFOLIO**

| | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| TOTAL   YIELD .08% | | | | | |

**Total Client Investment:** Cost of shares directly purchased and still held. Does not include shares purchased through reinvestment.
**Cumulative Investment Return:** Estimated Market Value minus Total Client Investment. Cumulative Investment Return is the dollar value of the capital appreciation (depreciation) of all shares purchased and still held, including shares acquired through reinvestment of dividends and distributions, which may be greater or less than the actual income distributed.

**Unrealized Gain or (Loss):** Estimated Market Value minus Total Cost Basis (total cost of shares directly purchased and still held, as well as cost of shares acquired through reinvestment). Provided for Tax Planning purposes only and is not applicable to retirement accounts.
**Initial Purchase:** Date of your initial investment in this fund.

**Market Timing:** Merrill's policies prohibit mutual fund market timing, which involves the purchase and sale of mutual fund shares within short periods of time with the intention of capturing short-term profits resulting from market volatility. Market timing may result in lower returns for long-term fund shareholders because market timers capture short-term gains that would otherwise pass to all shareholders and due to increased transaction costs and fewer assets for investment due to the need to retain cash to satisfy redemptions.

**Sales Charge Discounts or Waivers:** Many funds offer various sales charge discounts or waivers depending on the terms of the prospectus and/or statement of additional information. You should consult a fund's prospectus and/or statement of additional information to determine whether you may qualify for a discount or waiver. Notify your Financial Advisor, Financial Solutions Advisor or Investment Center representative if you believe you qualify for any of these or any other discounts or waivers. Please contact your Financial Advisor, Financial Solutions Advisor or Investment Center representative for further information on available sales charge discounts and waivers.