NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor:<br>META MATERIALS, INC | Case Number:<br>24-50792 | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   JEFFREY WAYNE MAcNEILL
   127 THOMPSON SHORE ROAD
   MALPEQUE, PE, CANADA
   C0B 1M0

   Telephone Number:
   1-613-818-6703

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   DEC 18 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   COURT USE ONLY

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor:<br>496-85244, 545-22727, 286233111 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Jeffrey Wayne MacNeill
   Scotia iTrade, 44 King St.W, Toronto, ON M5W 1H1 Canada
   Telephone Number: 1-888-872-3388

3. Date Equity Interest was acquired: 06/21/2021
   THRough 17/10/2023

4. Total amount of member interest: $89,469.89

5. Certificate number(s): See attached documents

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy**: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
            (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
            (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name:  Jeffrey Wayne MacNeill
   Title:  _____
   Company:  Address and telephone number (if different from notice address above):

   (Signature)  Dec 7/2024  (Date)

   Telephone number: 6138186703    email: jeffrey.macneill@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |

## Broker Transaction History, Meta Materials (MMAT):

### Scotia iTrade LRSP Account (496-85244)

| Description | Symbol | Transaction Date | Settlement Date | Account Currency | Type | Quantity | Price | Settlement Amount |
|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC COMMON STOCK RESULT OF REVERSE SPLIT | MMAT | Jan. 29, 2024 | Jan. 29, 2024 | USD | REVERSE | 250 | 0.000 | 0.00 |
| META MATLS INC COMMON STOCK | MMAT | Feb. 17, 2023 | Feb. 22, 2023 | USD | BUY | 15.000 | 0.770 | -11,562.99 |
| META MATLS INC COMMON STOCK | MMAT | Feb. 16, 2023 | Feb. 21, 2023 | USD | BUY | 3,888 | 0.748 | -2,919.09 |
| META MATLS INC COMMON STOCK CASH IN LIEU OF FRAC SHARES 2.14 CS CNV .78957757 59134N104000 | MMAT | Jul. 22, 2021 | Jul. 22, 2021 | USD | CASHINLIEU | 0 | 0.000 | 1.68 |
| META MATLS INC COMMON STOCK SHRS RECEIVED THRU MERGER IMMED GAIN/LOSS | MMAT | Jul. 6, 2021 | Jul. 6, 2021 | USD | MERGER | 4,612 | 0.000 | -44,932.90 |
| META MATLS INC COMMON STOCK RESULT OF REVERSE SPLIT | MMAT | Jun. 29, 2021 | Jun. 29, 2021 | USD | REVERSE | 1,500 | 0.000 | 0.00 |

| Description | Symbol | Transaction Date | Settlement Date | Account Currency | Type | Quantity | Price | Settlement Amount |
|---|---|---|---|---|---|---|---|---|
| METAMATERIAL INC COM | MMATF | Jun. 21, 2021 | Jun. 23, 2021 | USD | BUY | 2,500 | 10.930 | -27,334.99 |

### Scotia iTrade TFSA Account (545-22727)

| Description | Symbol | Transaction Date | Settlement Date | Account Currency | Type | Quantity | Price | Settlement Amount |
|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC COMMON STOCK RESULT OF REVERSE SPLIT | MMAT | Jan. 29, 2024 | Jan. 29, 2024 | CAD | REVERSE | 20 | 0.000 | 0.00 |
| META MATLS INC COMMON STOCK | MMAT | Oct. 11, 2022 | Oct. 13, 2022 | CAD | BUY | 2,000 | 0.800 | -2,249.96 |

### Questrade Margin Account (286233111)

Account #: 28623111    Type: margin    Dealer: Questrade, Inc.    Client: Jeffrey MacNeill

Order execution only account

| Trade Date | Settlement date | Trade # | Action | Quantity | Symbol | TB | EX | Price (USD) | Gross amount (USD) | Comm (USD) | SEC fees (USD) | Interest amount (USD) | Net amount (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21-11-22 | 23-11-22 | 71399E | Buy | 500 | MMAT | A | NY | 1.99 | (995.00) | (5.00) | 0.00 | 0.00 | (1,000.00) |

Description: META MATLS INC, COMMON STOCK

## Torchlight (TRCH):

### Scotia iTrade LRSP Account (496-85244)

| Description | Symbol | Transaction Date | Settlement Date | Account Currency | Type | Quantity | Price | Settlement Amount |
|---|---|---|---|---|---|---|---|---|
| TORCHLIGHT ENERGY RESOURCES INC | TRCH | Jun. 21, 2021 | Jun. 23, 2021 | USD | BUY | 3,000 | 9.247 | -27,751.90 |

OVER →