NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: **META MATERIALS, INC** | Case Number: **24-50792** |
|---|---|

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Russell Gene Seekatz
6837 E. Osborn Rd
Unit G
Scottsdale, AZ 85251

Telephone Number: 678-296-9181

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AM
AND FILED
DEC 18 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

| Account or other number by which Interest holder identifies Debtor: **\*\*\*\*6406** | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| **2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br>Russell Gene Seekatz @ J.P. MORGAN SECURITIES LLC, 4 Chase Metrotech Center, Brooklyn, New York 11245-0001<br>**Telephone Number:** (800) 392 5749 | **3.** Date Equity Interest was acquired: 06/20/2021<br>10/31/2024<br>SEE ATTACHED DOCS |
|---|---|

| **4.** Total amount of member interest: 5000 shares for $18,843.27 | **5.** Certificate number(s): SEE ATTACHED DOCUMENTATION |
|---|---|

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☐ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Russell Gene Seekatz
Title:
Company:\_\_ Address and telephone number (if different from notice address above):
_____
_____

(Signature)   12/16/24 (Date)

Telephone number: 678-296-9181   email: seekastar@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

*All pages are Double Sided PRINT*

**December 16th, 2024**

U.S. Bankruptcy Court Foley Federal Building and U.S. Courthouse
Attn: Clerk of Court
300 Las Vegas Blvd. South Las Vegas, Nevada 89101

RE: NOTICE OF REDACTION, Proof of Interest Form, Case No. 24-50792 To Clerk of the Court,

My name is **Russell Gene Seekatz**, and I hereby submit this NOTICE OF REDACTION for PROOF OF INTEREST FORM in the matter of Meta Materials, Inc., case number 24-50792. Per instructions by The Honorable Hillary L. Barnes, United States Bankruptcy Judge, and out of an abundance of concern for the potential misuse of my personal information, I request all but the last four digits of my account numbers be redacted from my Proof of Interest form.

Per instructions, I have included with this filing an unredacted version of the POI, a redacted version of the POI, a detailed explanation of my $MMAT trading records and their documentation, and a check for the $28 processing fee.

Thank you for your consideration in this matter.

**Russ Seekatz**

**6837 E Osborn Road, Unit G, Scottsdale, AZ 85251**



## TRANSACTIONS [Post-Reverse Split 1/100]:3?

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| M | MMAT1 CALL 01/16/26 $.50 | > | META MATERIALS INC CALL 01/16/26 $.50 ADJ 1:100 REV SPLIT D:1 MMAT | ⓘ | 0.05 | -3.67 -1.21% | 300.00 | 60 | 303.67 |
| M | MMAT1 CALL 01/17/25 $.50 | > | META MATERIALS INC CALL 01/17/25 $.50 ADJ 1:100 REV SPLIT D:1 MMAT | ⓘ | 0.05 | -40.04 -34.81% | 75.00 | 15 | 115.04 |
| M | MMATQ | > | META MATERIALS INC COMMON STOCK | | 0.0001 0.00 (900.00%) | -18,843.27 -100.00% | 0.01 +0.01 | 68 | 18,843.28 |

**TOTAL SHARES HELD POST-REVERSE SPLIT: 68**

**TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $18,843.27**

**See Transaction documentation attached.

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

Processing Date
Account Number

Page 1 of 1

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND EXCHANGE LISTED OPTIONS**

Investment products are: • Not i
obligation of, or guaranteed by, .
affiliates • Subject to investmen
principal amount invested.

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|
| 06/22/21 | 06/24/21 | Bought | TORCHLIGHT ENERGY RESOURCES INC<br>UNSOLICITED<br>J.P. MORGAN SECURITIES LLC<br>MAKES A MARKET IN THIS<br>SECURITY<br>ROME: WHIPANYAAA21062214320 | TRCH<br>89102U103 | 100 | 9.6384 | Principal<br>NET AMOUNT |

Investment products and services, including brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC**, member FINRA and JPMorgan Chase Bank, N.A. are affiliated companies under the common control of JPMorgan Chase & Co.

**\*In the event that the meaning of a code referenced above (and such code's definition on the back of this confirmation) conflicts with other wording on the front of this confirmation, the wording on the front of this confirmation shall control.**

If you have any questions about your statement or concerns about your account, please call us at the toll free number provided above.

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

Processing Date
Account Number

Page 1 of 1

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

Investment products are: • Not i
obligation of, or guaranteed by, .
affiliates • Subject to investmen
principal amount invested.

**EQUITIES AND EXCHANGE LISTED OPTIONS**

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|
| 06/30/21 | 07/02/21 | Bought | **META MATLS INC** COMMON STOCK UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: WHIPANYAAF21063091750 | MMAT 59134N104 | 200 | 7.45 | Principal NET AMOUNT |

Investment products and services, including brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC**, member FINRA and JPMorgan Chase Bank, N.A. are affiliated companies under the common control of JPMorgan Chase & Co.

**\*In the event that the meaning of a code referenced above (and such code's definition on the back of this confirmation) conflicts with other wording on the front of this confirmation, the wording on the front of this confirmation shall control.**

If you have any questions about your statement or concerns about your account, please call us at the toll free number provided above.

2021/07/01    21:33:08

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
800-392-5749

ACCOUNT NUMBER: 990-66406-1-1
NAME:   RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

| TRADE DATE SETTLE DATE | ISO CODE | BOUGHT/ SOLD | SYMBOL/ CUSIP | DESCRIPTION | QUANTITY | PRICE | MIDDLE |
|---|---|---|---|---|---|---|---|
| 06/24/21 07/01/21 | USD | CANCEL BOUGHT | 89102U202 | TORCHLIGHT ENERGY RES INC PFD SER A SPINOFF   ON    100 SHS TORCHLIGHT ENERGY RESOURCES REC 06/24/21 PAY 06/25/21 CANCEL PAYMENT | 100 | 0.00 | |

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

Processing Date
Account Number

Page 1 of 1

# CONFIRMATION
## WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

Investment products are: • Not i
obligation of, or guaranteed by, .
affiliates • Subject to investmen
principal amount invested.

## EQUITIES AND EXCHANGE LISTED OPTIONS

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|
| 07/07/21 | 07/09/21 | Bought | **META MATLS INC** COMMON STOCK UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: WHIPANYAAB21070790062 | MMAT 59134N104 | 160 | 6.30 | Principal NET AMOUNT |

Investment products and services, including brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC**, member FINRA and JPMorgan Chase Bank, N.A. are affiliated companies under the common control of JPMorgan Chase & Co.

**\*In the event that the meaning of a code referenced above (and such code's definition on the back of this confirmation) conflicts with other wording on the front of this confirmation, the wording on the front of this confirmation shall control.**

If you have any questions about your statement or concerns about your account, please call us at the toll free number provided above.

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

Processing Date
Account Number

Page 1 of 1

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

Investment products are: • Not i
obligation of, or guaranteed by, .
affiliates • Subject to investmen
principal amount invested.

**EQUITIES AND EXCHANGE LISTED OPTIONS**

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|
| 07/12/21 | 07/14/21 | Bought | **META MATLS INC** COMMON STOCK UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: WHIPANYAAC21071208156 | MMAT 59134N104 | 400 | 4.01 | Principal NET AMOUNT |

Investment products and services, including brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC**, member FINRA and JPMorgan Chase Bank, N.A. are affiliated companies under the common control of JPMorgan Chase & Co.

**\*In the event that the meaning of a code referenced above (and such code's definition on the back of this confirmation) conflicts with other wording on the front of this confirmation, the wording on the front of this confirmation shall control.**

If you have any questions about your
statement or concerns about your
account, please call us at the toll
free number provided above.

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

Processing Date
Account Number

Page 1 of 1

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

Investment products are: • Not i
obligation of, or guaranteed by, .
affiliates • Subject to investmen
principal amount invested.

**EQUITIES AND EXCHANGE LISTED OPTIONS**

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|
| 08/06/21 | 08/10/21 | Bought | AMC ENTERTAINMENT HOLDINGS INC CL A COM UNSOLICITED ROME: WHIPANYAAD21080694306 | AMC 00165C104 | 100 | 32.51 | Principal NET AMOUNT |
| 08/06/21 | 08/10/21 | Bought | META MATLS INC COMMON STOCK UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: WHIPANYAAG21080679655 | MMAT 59134N104 | 100 | 3.2891 | Principal NET AMOUNT |

Investment products and services, including brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC**, member FINRA and JPMorgan Chase Bank, N.A. are affiliated companies under the common control of JPMorgan Chase & Co.

**\*In the event that the meaning of a code referenced above (and such code's definition on the back of this confirmation) conflicts with other wording on the front of this confirmation, the wording on the front of this confirmation shall control.**

If you have any questions about your
statement or concerns about your
account, please call us at the toll
free number provided above.

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

Processing Date
Account Number

Page 1 of 1

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

Investment products are: • Not i
obligation of, or guaranteed by, .
affiliates • Subject to investmen
principal amount invested.

**EQUITIES AND EXCHANGE LISTED OPTIONS**

| Trade Date | Settlement Date | Bought/ Sold | Description | | Symbol/ CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|---|
| 08/10/21 | 08/11/21 | Bought | CALL MMAT  08/20/21 | 5 | 8NYNDX3 | 1 | 0.21 | Principal |
| | | | META MATLS INC | | | | | Comm/Comm Equiv |
| | | | UNSOLICITED | | | | | Options Fee |
| | | | OPEN CONTRACT | | | | | NET AMOUNT |
| | | | Exchange Listed Option | | | | | |
| | | | ROME: WHIPANYAAB21081030867 | | | | | |

Investment products and services, including brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC**, member FINRA and JPMorgan Chase Bank, N.A. are affiliated companies under the common control of JPMorgan Chase & Co.

**\*In the event that the meaning of a code referenced above (and such code's
definition on the back of this confirmation) conflicts with other wording on the
front of this confirmation, the wording on the front of this confirmation shall control.**

If you have any questions about your
statement or concerns about your
account, please call us at the toll
free number provided above.

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

Processing Date
Account Number

Page 1 of 1

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

Investment products are: • Not i
obligation of, or guaranteed by, .
affiliates • Subject to investmen
principal amount invested.

**EQUITIES AND EXCHANGE LISTED OPTIONS**

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|
| 08/11/21 | 08/13/21 | Bought | **META MATLS INC** COMMON STOCK UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: WHIPANYAAF21081169420 | MMAT 59134N104 | 450 | 3.635 | Principal NET AMOUNT |
| 08/11/21 | 08/12/21 | Bought | **CALL MMAT  01/21/22    3** META MATLS INC UNSOLICITED OPEN CONTRACT Exchange Listed Option ROME: WHIPANYAAF21081165506 | 8NYNFH5 | 1 | 1.62 | Principal Comm/Comm Equiv Options Fee NET AMOUNT |

Investment products and services, including brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC**, member FINRA and JPMorgan Chase Bank, N.A. are affiliated companies under the common control of JPMorgan Chase & Co.

**\*In the event that the meaning of a code referenced above (and such code's definition on the back of this confirmation) conflicts with other wording on the front of this confirmation, the wording on the front of this confirmation shall control.**

If you have any questions about your
statement or concerns about your
account, please call us at the toll
free number provided above.

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

Processing Date
Account Number

Page 1 of 1

# CONFIRMATION

## WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

Investment products are: • Not i
obligation of, or guaranteed by, .
affiliates • Subject to investmen
principal amount invested.

**EQUITIES AND EXCHANGE LISTED OPTIONS**

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|
| 08/17/21 | 08/19/21 | Bought | META MATLS INC COMMON STOCK UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: WHIPANYAAE21081796985 | MMAT 59134N104 | 200 | 2.90 | Principal |
| | | | | | | | NET AMOUNT |

Investment products and services, including brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC**, member FINRA and JPMorgan Chase Bank, N.A. are affiliated companies under the common control of JPMorgan Chase & Co.

**\*In the event that the meaning of a code referenced above (and such code's definition on the back of this confirmation) conflicts with other wording on the front of this confirmation, the wording on the front of this confirmation shall control.**

If you have any questions about your
statement or concerns about your
account, please call us at the toll
free number provided above.

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

Processing Date
Account Number

Page 1 of 1

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

Investment products are: • Not i
obligation of, or guaranteed by, .
affiliates • Subject to investmen
principal amount invested.

**EQUITIES AND EXCHANGE LISTED OPTIONS**

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|
| 12/01/21 | 12/02/21 | Bought | CALL MMAT1 01/21/22  2.50 | 8NYDMQ3 | 7 | 1.45 | Principal |
| | | | META MATERIALS INC | | | | Comm/Comm Equiv |
| | | | FA 1:2 R/S D:50 MMAT,100 SHRS | | | | Options Fee |
| | | | UNSOLICITED | | | | NET AMOUNT |
| | | | OPEN CONTRACT | | | | |
| | | | AVG PRICE SHOWN-DETAILS  ON REQ | | | | |
| | | | Exchange Listed Option | | | | |
| | | | ROME: WHIPANYAAJ21120159290 | | | | |

Investment products and services, including brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC**, member FINRA and JPMorgan Chase Bank, N.A. are affiliated companies under the common control of JPMorgan Chase & Co.

**\*In the event that the meaning of a code referenced above (and such code's definition on the back of this confirmation) conflicts with other wording on the front of this confirmation, the wording on the front of this confirmation shall control.**

If you have any questions about your
statement or concerns about your
account, please call us at the toll
free number provided above.

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

Processing Date
Account Number

Page 1 of 1

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND EXCHANGE LISTED OPTIONS**

Investment products are: • Not i
obligation of, or guaranteed by, .
affiliates • Subject to investmen
principal amount invested.

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|
| 12/02/21 | 12/06/21 | Bought | META MATLS INC COMMON STOCK J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY A/E 8NYDMQ3 EXERCISED 10 CALL MMAT1 01/21/22  2.500 | MMAT 59134N104 | 500 | 4.75 | Principal NET AMOUNT |
| 12/02/21 | 12/06/21 | Bought | META MATLS INC PFD SER A A/E 8NYDMQ3 EXERCISED 10 CALL MMAT1 01/21/22  2.500 | MMTLP 59134N203 | 1,000 | 0.125 | Principal NET AMOUNT |

Investment products and services, including brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC**, member FINRA and JPMorgan Chase Bank, N.A. are affiliated companies under the common control of JPMorgan Chase & Co.

**\*In the event that the meaning of a code referenced above (and such code's definition on the back of this confirmation) conflicts with other wording on the front of this confirmation, the wording on the front of this confirmation shall control.**

If you have any questions about your
statement or concerns about your
account, please call us at the toll
free number provided above.

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

Processing Date
Account Number

Page 1 of 1

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND EXCHANGE LISTED OPTIONS**

Investment products are: • Not i
obligation of, or guaranteed by, .
affiliates • Subject to investmen
principal amount invested.

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|
| 01/10/22 | 01/11/22 | Bought | CALL MMAT1 01/21/22   2.50<br>META MATERIALS INC<br>FA 1:2 R/S D:50 MMAT,100 SHRS<br>UNSOLICITED<br>OPEN CONTRACT<br>Exchange Listed Option<br>ROME: WHIPANYAAC22011080751 | 8NYDMQ3 | 6 | 0.31 | Principal<br>Comm/Comm Equiv<br>Options Fee<br>NET AMOUNT |

Investment products and services, including brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC**, member FINRA and JPMorgan Chase Bank, N.A. are affiliated companies under the common control of JPMorgan Chase & Co.

**\*In the event that the meaning of a code referenced above (and such code's definition on the back of this confirmation) conflicts with other wording on the front of this confirmation, the wording on the front of this confirmation shall control.**

If you have any questions about your
statement or concerns about your
account, please call us at the toll
free number provided above.

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

Processing Date
Account Number

Page 1 of 2

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND EXCHANGE LISTED OPTIONS**

Investment products are: • Not i
obligation of, or guaranteed by, .
affiliates • Subject to investmen
principal amount invested.

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|
| 01/12/22 | 01/14/22 | Bought | META MATLS INC<br>COMMON STOCK<br>J.P. MORGAN SECURITIES LLC<br>MAKES A MARKET IN THIS<br>SECURITY<br>A/E 8NYDMQ3 EXERCISED 6<br>CALL MMAT1 01/21/22   2.500 | MMAT<br>59134N104 | 300 | 4.75 | Principal<br>NET AMOUNT |
| 01/12/22 | 01/14/22 | Bought | META MATLS INC<br>PFD SER A<br>    PERPETUAL<br>A/E 8NYDMQ3 EXERCISED 6<br>CALL MMAT1 01/21/22   2.500 | MMTLP<br>59134N203 | 600 | 0.125 | Principal<br>NET AMOUNT |

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

Processing Date
Account Number

Page 2 of 2

## EQUITIES AND EXCHANGE LISTED OPTIONS
(continued)

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|
| 01/14/22 | 01/18/22 | Bought | CALL MMAT1 01/21/22    2.50<br>META MATERIALS INC<br>FA 1:2 R/S D:50 MMAT,100 SHRS<br>UNSOLICITED<br>OPEN CONTRACT<br>Exchange Listed Option<br>ROME: WHIPANYAAH22011450968 | 8NYDMQ3 | 6 | 0.20 | Principal<br>Comm/Comm Equiv<br>Options Fee<br>NET AMOUNT |

Investment products and services, including brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC**, member FINRA and JPMorgan Chase Bank, N.A. are affiliated companies under the common control of JPMorgan Chase & Co.

**\*In the event that the meaning of a code referenced above (and such code's definition on the back of this confirmation) conflicts with other wording on the front of this confirmation, the wording on the front of this confirmation shall control.**

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

Processing Date
Account Number

Page 1 of 2

# CONFIRMATION
## WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND EXCHANGE LISTED OPTIONS**

Investment products are: • Not i
obligation of, or guaranteed by, .
affiliates • Subject to investmen
principal amount invested.

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|
| 01/14/22 | 01/19/22 | Bought | META MATLS INC<br>COMMON STOCK<br>J.P. MORGAN SECURITIES LLC<br>MAKES A MARKET IN THIS<br>SECURITY<br>A/E 8NYDMQ3 EXERCISED 6<br>CALL MMAT1 01/21/22  2.500 | MMAT<br>59134N104 | 300 | 4.75 | Principal<br>NET AMOUNT |
| 01/14/22 | 01/19/22 | Bought | META MATLS INC<br>PFD SER A<br>PERPETUAL<br>A/E 8NYDMQ3 EXERCISED 6<br>CALL MMAT1 01/21/22  2.500 | MMTLP<br>59134N203 | 600 | 0.125 | Principal<br>NET AMOUNT |

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

████████████████████

Processing Date
Account Number

Page 2 of 2

## EQUITIES AND EXCHANGE LISTED OPTIONS
(continued)

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|
| 01/20/22 | 01/21/22 | Bought | CALL MMAT1 01/21/22    2.50 META MATERIALS INC FA 1:2 R/S D:50 MMAT,100 SHRS UNSOLICITED OPEN CONTRACT Exchange Listed Option ROME: WHIPANYAAE22012022145 | 8NYDMQ3 | 4 | 0.10 | Principal Comm/Comm Equiv Options Fee NET AMOUNT |

Investment products and services, including brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC**, member FINRA and JPMorgan Chase Bank, N.A. are affiliated companies under the common control of JPMorgan Chase & Co.

**\*In the event that the meaning of a code referenced above (and such code's definition on the back of this confirmation) conflicts with other wording on the front of this confirmation, the wording on the front of this confirmation shall control.**

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

Processing Date
Account Number

Page 1 of 2

# CONFIRMATION
## WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND EXCHANGE LISTED OPTIONS**

Investment products are: • Not i
obligation of, or guaranteed by, .
affiliates • Subject to investmen
principal amount invested.

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|
| 01/20/22 | 01/24/22 | Bought | GAMESTOP CORP CLASS A UNSOLICITED ROME: WHIPANYAAB22012054118 | GME 36467W109 | 10 | 110.49 | Principal NET AMOUNT |
| 01/20/22 | 01/24/22 | Bought | META MATLS INC COMMON STOCK J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY A/E 8NYDMQ3 EXERCISED 4 CALL MMAT1 01/21/22   2.500 | MMAT 59134N104 | 200 | 4.75 | Principal NET AMOUNT |
| 01/20/22 | 01/24/22 | Bought | META MATLS INC PFD SER A PERPETUAL A/E 8NYDMQ3 EXERCISED 4 CALL MMAT1 01/21/22   2.500 | MMTLP 59134N203 | 400 | 0.125 | Principal NET AMOUNT |

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

Processing Date
Account Number

Page 2 of 3

## EQUITIES AND EXCHANGE LISTED OPTIONS
(continued)

| Trade Date | Settlement Date | Bought/ Sold | Description | | Symbol/ CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|---|
| 01/21/22 | 01/24/22 | Bought | CALL MMAT  04/14/22  3 | | 8G36183 | 4 | 0.26 | Principal |
| | | | META MATLS INC | | | | | Comm/Comm Equiv |
| | | | UNSOLICITED | | | | | Options Fee |
| | | | OPEN CONTRACT | | | | | NET AMOUNT |
| | | | Exchange Listed Option | | | | | |
| | | | ROME: WHIPANYAAL22012129691 | | | | | |

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

Processing Date
Account Number

Page 1 of 3

# CONFIRMATION
## WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND EXCHANGE LISTED OPTIONS**

Investment products are: • Not i
obligation of, or guaranteed by, .
affiliates • Subject to investmen
principal amount invested.

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|
| 01/21/22 | 01/25/22 | Bought | META MATLS INC COMMON STOCK UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: WHIPANYAAC22012114349 | MMAT 59134N104 | 200 | 1.7796 | Principal NET AMOUNT |

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

Processing Date
Account Number

Page 1 of 2

# CONFIRMATION
## WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

### EQUITIES AND EXCHANGE LISTED OPTIONS

Investment products are: • Not i
obligation of, or guaranteed by, .
affiliates • Subject to investmen
principal amount invested.

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|
| 01/25/22 | 01/26/22 | Bought | CALL VXX  02/11/22   40<br>IPATH SRS B S&P 500 VIX SHRT<br>UNSOLICITED<br>OPEN CONTRACT<br>Exchange Listed Option<br>ROME: WHIPANYAAL22012570429 | 8BTBHX3 | 2 | 0.50 | Principal<br>Comm/Comm Equiv<br>Options Fee<br>NET AMOUNT |
| 01/25/22 | 01/26/22 | Bought | CALL MMAT  04/14/22    3<br>META MATLS INC<br>UNSOLICITED<br>OPEN CONTRACT<br>Exchange Listed Option<br>ROME: WHIPANYAAG22012540568 | 8G36183 | 10 | 0.23 | Principal<br>Comm/Comm Equiv<br>Options Fee<br>NET AMOUNT |

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

Processing Date
Account Number

Page 1 of 2

# CONFIRMATION
## WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND EXCHANGE LISTED OPTIONS**

Investment products are: • Not i
obligation of, or guaranteed by, .
affiliates • Subject to investmen
principal amount invested.

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|
| 03/04/22 | 03/08/22 | Bought | GAMESTOP CORP CLASS A UNSOLICITED ROME: WHIPANYAAC22030447611 | GME 36467W109 | 10 | 115.26 | Principal NET AMOUNT |
| 03/04/22 | 03/07/22 | Bought | CALL MMAT  07/15/22    9 META MATLS INC UNSOLICITED OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ Exchange Listed Option ROME: WHIPANYAAF22030494535 | 8KHPXK7 | 50 | 0.09 | Principal Comm/Comm Equiv Options Fee NET AMOUNT |

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

Processing Date
Account Number

Page 1 of 2

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND EXCHANGE LISTED OPTIONS**

Investment products are: • Not i
obligation of, or guaranteed by, .
affiliates • Subject to investmen
principal amount invested.

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|
| 03/04/22 | 03/08/22 | Bought | GAMESTOP CORP CLASS A UNSOLICITED ROME: WHIPANYAAC22030447611 | GME 36467W109 | 10 | 115.26 | Principal |
| | | | | | | | NET AMOUNT |
| 03/04/22 | 03/07/22 | Bought | CALL MMAT  07/15/22   9 META MATLS INC UNSOLICITED OPEN CONTRACT AVG PRICE SHOWN-DETAILS ON REQ Exchange Listed Option ROME: WHIPANYAAF22030494535 | 8KHPXK7 | 50 | 0.09 | Principal |
| | | | | | | | Comm/Comm Equiv |
| | | | | | | | Options Fee |
| | | | | | | | NET AMOUNT |

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

Processing Date
Account Number

Page 1 of 3

# CONFIRMATION

### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

Investment products are: • Not i
obligation of, or guaranteed by, .
affiliates • Subject to investmen
principal amount invested.

### EQUITIES AND EXCHANGE LISTED OPTIONS

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|
| 03/14/22 | 03/16/22 | Bought | BED BATH & BEYOND INC UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: WHIPANYAAB22031479002 | BBBY 075896100 | 100 | 19.87 | Principal NET AMOUNT |
| 03/14/22 | 03/16/22 | Bought | GAMESTOP CORP CLASS A UNSOLICITED ROME: WHIPANYAAP22031430575 PART OF    20 SHR | GME 36467W109 | 10 | 77.77 | Principal NET AMOUNT |
| 03/14/22 | 03/16/22 | Bought | GAMESTOP CORP CLASS A UNSOLICITED ROME: WHIPANYAAD22031452327 PART OF    20 SHR | GME 36467W109 | 10 | 86.2986 | Principal NET AMOUNT |
| 03/14/22 | 03/16/22 | Bought | META MATLS INC COMMON STOCK UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: WHIPANYAAH22031415887 | MMAT 59134N104 | 900 | 1.43 | Principal NET AMOUNT |

If you have any questions about your
statement or concerns about your
account, please call us at the toll
free number provided above.

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

Processing Date
Account Number

Page 1 of 1

# CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

Investment products are: • Not i
obligation of, or guaranteed by, .
affiliates • Subject to investmen
principal amount invested.

## EQUITIES AND EXCHANGE LISTED OPTIONS

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|
| 03/28/22 | 03/29/22 | Bought | **CALL BBIG  01/20/23    4**<br>VINCO VENTURES INC<br>UNSOLICITED<br>OPEN CONTRACT<br>Exchange Listed Option<br>ROME: WHIPANYAAB22032894474 | 8NYJFT8 | 5 | 0.59 | Principal<br>Comm/Comm Equiv<br>Options Fee<br>NET AMOUNT |
| 03/28/22 | 03/29/22 | Bought | **CALL MMAT  01/20/23    3**<br>META MATLS INC<br>UNSOLICITED<br>OPEN CONTRACT<br>Exchange Listed Option<br>ROME: WHIPANYAAA22032874152 | 8SDWBH3 | 10 | 0.59 | Principal<br>Comm/Comm Equiv<br>Options Fee<br>NET AMOUNT |

Investment products and services, including brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC**, member FINRA and JPMorgan Chase Bank, N.A. are affiliated companies under the common control of JPMorgan Chase & Co.

**\*In the event that the meaning of a code referenced above (and such code's definition on the back of this confirmation) conflicts with other wording on the front of this confirmation, the wording on the front of this confirmation shall control.**

If you have any questions about your
statement or concerns about your
account, please call us at the toll
free number provided above.

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

Processing Date
Account Number

Page 1 of 2

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND EXCHANGE LISTED OPTIONS**

Investment products are: • Not i
obligation of, or guaranteed by, .
affiliates • Subject to investmen
principal amount invested.

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|
| 04/18/22 | 04/20/22 | Bought | META MATLS INC COMMON STOCK UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: WHIPANYAAA22041824003 | MMAT 59134N104 | 40 | 1.46 | Principal NET AMOUNT |

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

Processing Date
Account Number

Page 1 of 2

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

### EQUITIES AND EXCHANGE LISTED OPTIONS

Investment products are: • Not i
obligation of, or guaranteed by, .
affiliates • Subject to investmen
principal amount invested.

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|
| 05/06/22 | 05/10/22 | Bought | META MATLS INC COMMON STOCK UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: WHIPANYAAI22050614814 | MMAT 59134N104 | 1,000 | 1.17 | Principal NET AMOUNT |
| 05/06/22 | 05/10/22 | Bought | META MATLS INC PFD SER A         PERPETUAL UNSOLICITED AVG PRICE SHOWN-DETAILS  ON REQ ROME: WHIPANYAAC22050606641 | MMTLP 59134N203 | 160 | 1.28 | Principal NET AMOUNT |

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

Processing Date
Account Number

Page 1 of 2

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND EXCHANGE LISTED OPTIONS**

Investment products are: • Not i
obligation of, or guaranteed by, .
affiliates • Subject to investmen
principal amount invested.

| Trade Date | Settlement Date | Bought/Sold | Description | Symbol/CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|
| 06/24/22 | 06/27/22 | Bought | CALL MMAT  01/20/23   2<br>META MATLS INC<br>UNSOLICITED<br>OPEN CONTRACT<br>Exchange Listed Option<br>ROME: WHIPANYAAG22062400680 | 8SDWBH1 | 10 | 0.27 | Principal<br>Comm/Comm Equiv<br>Options Fee<br>NET AMOUNT |
| 06/24/22 | 06/27/22 | Bought | CALL MMAT  01/20/23   3<br>META MATLS INC<br>UNSOLICITED<br>OPEN CONTRACT<br>Exchange Listed Option<br>ROME: WHIPANYAAF22062475116 | 8SDWBH3 | 20 | 0.17 | Principal<br>Comm/Comm Equiv<br>Options Fee<br>NET AMOUNT |
| 06/24/22 | 06/27/22 | Bought | CALL MMAT  01/20/23   7<br>META MATLS INC<br>UNSOLICITED<br>OPEN CONTRACT<br>Exchange Listed Option<br>ROME: WHIPANYAAG22062408622 | 8SDWBH9 | 20 | 0.07 | Principal<br>Comm/Comm Equiv<br>Options Fee<br>NET AMOUNT |

22CS0009086406S0010

# J.P.Morgan

Statement Period

## December 01 - December 30, 2022

Account Number

**990-66406**

02729 BDS 079 021 36522 - YYNNNNNNNNNNN

**RUSSELL G SEEKATZ**
1700 E RIVER RD 64561
TUCSON AZ 85718-5881

## Questions?

*For Online Investing Accounts, Call Client Services*

📞 (800) 392 5749

131 S Dearborn, Floor 4
Chicago, IL 60603

More contact information on page 13

www.chase.com

# Investment Statement

## Account Value with Accruals

| Account Description | Previous Period | This Period |
|---|---|---|
| Brokerage | 105,907.98 | 43,744.07 |
| **ACCOUNT VALUE [2]** | **$105,907.98** | **$43,744.07** |

See page 3 for footnotes and more detail.



**Account Value with Accruals**
(May 2021 to December 2022)

If you have any questions about your statement or concerns about your account, please call us at the toll free number provided above.

INVESTMENT AND INSURANCE PRODUCTS ARE: · NOT FDIC INSURED · NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
· NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES
· SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |
|---|---|---|

Account is held at J.P. Morgan Securities LLC (JPMS), member Financial Industry Regulatory Authority (FINRA) and Securities Investor Protection Corporation (SIPC). **This statement summary is provided for convenience purposes only.** For information about your JPMS account(s), please refer to your official JPMS account statement(s), which follows this statement summary. Neither this statement summary nor your official JPMS account statement(s) should be used for tax reporting purposes.

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

RUSSELL G SEEKATZ
1700 E RIVER RD 64561
TUCSON AZ  85718-5881

Processing Date
Account Number

Page 1 of 2

# CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

Investment products are: • Not i
obligation of, or guaranteed by, .
affiliates • Subject to investmen
principal amount invested.

## EQUITIES AND EXCHANGE LISTED OPTIONS

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type |
|---|---|---|---|---|---|---|---|
| 08/02/22 | 08/04/22 | Bought | **META MATLS INC** PFD SER A PERPETUAL UNSOLICITED ROME: WHIPANYAAF22080271717 | MMTLP 59134N203 | 462 | 1.36 | Principal NET AMOUNT |
| 08/02/22 | 08/03/22 | Bought | **CALL REV  11/18/22    15** REVLON INC UNSOLICITED OPEN CONTRACT Exchange Listed Option ROME: WHIPANYAAD22080279488 | 8KDCRV8 | 1 | 1.25 | Principal Comm/Comm Equiv Options Fee NET AMOUNT |
| 08/02/22 | 08/03/22 | Bought | **PUT REV  08/05/22     5** REVLON INC UNSOLICITED OPEN CONTRACT AVG PRICE SHOWN-DETAILS  ON REQ Exchange Listed Option ROME: WHIPANYAAA22080212671 | 8LQJXH3 | 5 | 0.12 | Principal Comm/Comm Equiv Options Fee NET AMOUNT |
| 08/02/22 | 08/03/22 | Bought | **CALL REV  08/19/22    10.50** REVLON INC UNSOLICITED OPEN CONTRACT Exchange Listed Option ROME: WHIPANYAAG22080252427 | 8LZBZS6 | 1 | 1.45 | Principal Comm/Comm Equiv Options Fee NET AMOUNT |

If you have any questions about your
statement or concerns about your
account, please call us at the toll
free number provided above.