NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| | |
|---|---|
| Name of Debtor: Meta Materials Inc | Case Number: 24-50792 |

AM

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   ERIC TRUJILLO
   4024 THORN HILL WAY
   MODESTO CA, 95356

   Telephone Number: 209 416-7404

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 18 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: 5NA19683 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

   Eric Trujillo
   44 Wall Street. 2nd floor. New York. NY 10005. United States
   Telephone Number: 888 828-0618

3. **Date Equity Interest was acquired:**

   BETWEEN 07/07/21 - 10/26/21
   SEE ATTACHED DOCUMENTATION

4. **Total amount of member interest:** 41,300 shares for $244,958.33

5. **Certificate number(s):** see attached documentation

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ■ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Eric Trujillo
Title:
Company:___Address and telephone number (if different from notice address above):

(Signature)  12/15/24 (Date)

Telephone number: 209 416-7404   email: eric.trujillo32@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

APEX CLEARING        WEBULL **Proceeds from Broker and Barter Exchange Transactions**        2021 Form 1099-B*

5NA19683        (continued)        01/31/2022

        OMB No. 1545-0715

# SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-Term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)        **Box 6:** Gross (unless indicated as Net in Additional Notes Column)        **Box 12:** Basis Reported to the IRS

The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.

Description of property | CUSIP | Symbol(Box 1a)

| Date Sold or Disposed (Box 1c) | Quantity | Proceeds (Box 1d) | Date Acquired (Box 1b) | Cost or Other Basis (Box 1e) | Accrued Market Discount (M)(Box 1f) & Disallowed Wash Sale Loss (D)(Box 1g) | Gain or Loss(-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| ***SOS LTD | | | | AMERICAN DPSTRY SHRS ECH RPRSNTNG TEN CL A SHARES | CUSIP: 83587W106 | Symbol(Box 1a): SOS | |
| 01/14/2021 | 6,983.00 | 19,901.11 | Various | 13,459.26 | 0.00 | 6,441.85 | Sale |
| 01/19/2021 | 68.00 | 156.87 | 01/14/2021 | 198.81 | 0.00 | -41.94 | Sale |
| 01/19/2021 | 1.00 | 2.29 | 01/14/2021 | 2.92 | 0.00 | -0.63 | Sale |
| 01/19/2021 | 3,585.00 | 8,181.80 | 01/14/2021 | 10,481.57 | 0.00 | -2,299.77 | Sale |
| **Security Totals:** | | 32,487.05 | | 27,425.28 | | 5,061.77 | |
| ***PLATINUM GROUP METAL LTD | | | | COM NO PAR 2018 | CUSIP: 72765Q882 | Symbol(Box 1a): PLG | |
| 01/04/2021 | 16.00 | 73.26 | 12/10/2020 | 78.24 | 0.00 | -4.98 | Sale |
| META MATLS INC | | | | COMMON STOCK | CUSIP: 59134N104 | Symbol(Box 1a): MMAT | |
| 07/07/2021 | 44,751.00 | 266,360.66 | Various | 218,924.08 | 25036.74 D | 72,473.32 | Sale |
| 09/27/2021 | 47,851.00 | 266,569.67 | Various | 291,450.39 | 34094.48 D | 9,213.76 | Sale |
| 10/01/2021 | 1,000.00 | 5,549.95 | Various | 7,884.27 | 2334.32 D | 0.00 | Sale |
| 10/04/2021 | 2,000.00 | 10,199.70 | Various | 16,340.20 | 6140.50 D | 0.00 | Sale |
| 10/06/2021 | 1,000.00 | 4,979.85 | Various | 8,674.69 | 3694.84 D | 0.00 | Sale |
| 10/06/2021 | 4,000.00 | 19,959.41 | Various | 36,479.17 | 16519.76 D | 0.00 | Sale |
| 10/26/2021 | 1,000.00 | 4,479.95 | 09/29/2021 | 9,144.24 | 4664.29 D | 0.00 | Sale |
| **Security Totals:** | | 578,099.19 | | 588,897.04 | | 81,687.08 | |
| BSQUARE CORPORATION | | | | CUSIP: 11776U300 | Symbol(Box 1a): BSQR | | |
| 02/10/2021 | 1,273.00 | 12,729.56 | Various | 4,922.54 | 0.00 | 7,807.02 | Sale |
| BIOCRYST PHARMACEUTICALS INC | | | | CUSIP: 09058V103 | Symbol(Box 1a): BCRX | | |
| 01/19/2021 | 1,498.00 | 13,151.96 | Various | 11,622.77 | 0.00 | 1,529.19 | Sale |
| ROKU INC | | | | CLASS A COMMON STOCK | CUSIP: 77543R102 | Symbol(Box 1a): ROKU | |
| 01/14/2021 | 2.00 | 836.17 | 01/08/2021 | 784.60 | 0.00 | 51.57 | Sale |

*This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.