NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

**Name of Debtor:** META MATERIALS INC.

**Case Number:** 24-50792-hlb

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

    8873 STANWELL ST, SAN DIEGO, CA, 92126

- ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.
- ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.
- ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 17 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**Telephone Number:** 858 205 4490

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:** 5IU 28602

Check here if this claim:
- ☐ replaces a previously filed Proof of Interest dated: _____
- ☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Webull Financial LLC, 44 WALL STREET, 2nd Floor, New York, NY 10005
   **Telephone Number:** 1(888) 828-0618

3. Date Equity Interest was acquired: 11/21/2022, 11/23/2022, 3/09/2023, 01/23/2024

4. Total amount of member interest: 63

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: UMESH MOHANAN NAIR
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) *signed*   (Date) 12/16/2024
Telephone number: 8582054490  email: umnnair01@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



| | |
|---|---|
| **Statement Period:** | 10/01/2024 - 10/31/2024 |
| **Account Name:** | Umesh Nair |
| **Account Number:** | 5IU28602 |
| **Account Type:** | MARGIN |
| **Account Address:** | 10491 Brookhurst Ave SAN DIEGO,CA,92126 |

Welcome to your Webull Summary Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Please note that externally held assets are included on the statement solely as a courtesy; information (including valuation) for such externally held assets is derived from external sources for which the member is not responsible; and externally held assets may not be covered by SIPC. Funds deposited with Program Banks of Webull's Cash Management Program are insured, in aggregate, up to $250,000 per Program Bank, per depositor, for each account ownership category, by the FDIC. For joint accounts, FDIC coverage is available up to $500,000 per Program Bank.

Happy Investing with Webull!

**OFFICE SERVING YOU**
Webull Financial LLC
Member FINRA (CRD: 289063), SIPC
44 Wall Street, 2nd Floor
New York, NY 10005
support@webull.us
1 (888) 828-0618

**WEBULL'S CLEARING BROKER**
Apex Clearing Corporation
Member FINRA (CRD: 13071), SIPC
350 N. St. Paul Suite 1300
Dallas, TX 75201
cs@apexclearing.com

## OPEN POSITIONS

### Equities & Options

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| COMS | 205650401 | 63 | 1 | 0.0008 | 0.05 |
| FRZA | 34988N104 | 121 | 1 | 0.2500 | 30.25 |
| GMBL | 29667K603 | 1 | 1 | 0.2750 | 0.28 |
| MMATQ | 59134N302 | 63 | 1 | 0.0710 | 4.47 |
| MULN | 62526P505 | 1 | 1 | 2.05 | 2.05 |
| PSTV | 72941H509 | 33 | 1 | 1.32 | 43.40 |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Accrued Dividends: The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future outside of the statement period.
2. Accrued Balance: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.
3. Trades (Sold): Cash from selling securities.
4. Trades (Bought): Cash spent on buying securities.
5. Multiplier(Mult): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.
6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.
7. The sum of Exchange-related fees, transaction-related fees, stamp duty, withholding tax, contract fees, commissions, or other fees or taxes.
8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.
9. All transactions are based on a First-in, First-out ("FIFO") method.
10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
11. Account Types: C = Cash, M = Margin, S = Short, X = RVP/DVP, and O = Other
12. FPSL: The Apex Clearing Corporation Fully-Paid Securities Lending Program.
13. Market Value of Securities Held Long includes the market value of securities held in non-short account types (i.e. Cash account, Margin account).
14. Market Value of Securities Held Short includes the market value of securities held in the short account type. Bona fide short positions will mark-to-market on a daily basis between the margin and short account types based on prevailing closing prices of the security which was shorted.
15. Market Value of Fully-Paid Securities Loaned. The market value of the fully-paid securities you have loaned through participating in the Apex Clearing Corporation Fully-Paid Securities Lending Program.
16. Collateral Value and Loan Value. Collateral Value and Loan Value are related to the fully-paid securities lent by you under the FPSL program. Collateral Value is the amount of collateral (e.g. cash) held on your behalf through the program's Trustee for your benefit at a bank. Loan Value is the market value of the fully-paid securities you have loaned, subject to rounding convention, through participating in the FPSL Program. See the Master Securities Lending Agreement for Apex Clearing Corporation Fully-Paid Securities Lending Program for complete program details.
17. Portfolio Market Value. The sum of the cash in your account (i.e. Total Cash Value), the securities in your account (i.e. Market Value of Securities in Your Account), and the market value of the fully-paid securities on loan (i.e. Market Value of Fully-Paid Securities Loaned)
18. Payment in Lieu. Cash distributions paid on fully-paid securities on loan in the Securities Lending Income Program will be credited to your Webull account in the form of a "cash-in-lieu" payment. Receipt of cash-in-lieu payments may have different taxable consequences than receipt of the actual dividends from the issuer.
19. SIPC Cash Balance. Cash held in the brokerage account.
20. FDIC Cash Balance. Cash swept into Program Banks through the bank sweep program.

### IMPORTANT INFORMATION

1. Webull carries your account on an omnibus basis with Apex Clearing Corporation, which acts as the clearing broker.
2. If there are any material changes regarding your contact information, investment objectives, or financial situation, advise Webull promptly by updating your information using the Webull platform or by contacting support@webull.us.

3. If this is a margin account and we maintain a special memorandum account for you, this is a combined statement of your general account and special memorandum account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special memorandum account as required by Regulation T is available for your inspection at your request.
4. The interest charged on the debit balance in your account is shown on this statement. Interest on debit balances is calculated for each calendar day and charged monthly. The interest settlement cycle begins from the prior month's settlement date to the latest settlement date before the 15th of each month. The margin rate is variable and is determined by the size of the margin loan. The margin rate is set at Webull's discretion and is subject to change without notice. The daily interest charge is calculated by multiplying the debit balance by the margin interest rate divided by a 360 calendar year. When calculating margin interest, the free credit balance in the account will offset any debit in the margin account and the interest will be charged on the net debit balance.
5. We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. All dividends and interest credits should be included in your income tax return. Webull's policy is to pay all dividends and interest in US Dollars. Webull will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).
6. Information related to fees and other charges incurred in connection with listed options transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are randomly allocated among customer short positions. A more detailed description of our random allocation procedure is available upon request.
7. SIPC Coverage: Webull is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org. Deposits held away from Webull may not qualify under SIPC protection.
8. Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.
9. Rate on Customer Collateral represents the interest paid on the collateral posted to the customer's account and received from lending stock. A positive rate indicates a benefit to the lender.
10. Fixed Income. Bond transactions are executed by our clearing broker, Apex, who charges a mark-up or mark-down on the trade. Apex shares a negotiated portion of this markup with its vendor, Moment, and with Webull. A mark-up and mark-down will impact the price you pay for a bond transaction and may impact your effective yield on the bond. Call features for bonds, preferred stocks, and other convertible securities may affect the yield on your investment. For zero coupon, compound interest and multiplier securities, there are no periodic payments and securities may be callable below maturity value without notice to a holder unless registered. Redeeming or selling your position prior to maturity may reduce the yield or result in a loss. For additional information regarding bond yield, please contact support@webull.us.
11. Fixed income securities carry various risks including interest rate risk, inflation risk, callable risk, liquidity, and default risk. If the debt security is unrated by a nationally recognized statistical rating organization, it may pose a high risk of default. You should consult a financial advisor to determine whether unrated bonds are appropriate for your portfolio considering your goals and your financial circumstances. Additional information regarding the risk of bond trading is available at www.webull.com/policy.
12. Investors should be aware that money market mutual funds are not guaranteed, their share value may fluctuate, and there is a risk of loss, including the possible loss of principal. See additional details in the Mutual Fund Risk Disclosure on www.webull.com/policy.

## NOTICE TO CUSTOMERS

1. Webull utilizes the service of Apex Clearing Corporation ("Apex") as a custodian to hold clients' assets in omnibus accounts. Apex, a full-service broker-dealer, is a member of FINRA and SIPC. As custodian, Apex is responsible for holding, maintaining, and handling assets in the manner instructed by Webull as per the clients' direction. As a clearing agent, Apex provides securities clearance and may order execution based on Webull instructions. By opening an account at Webull, you have agreed to Webull's use of an omnibus account with Apex as custodian.
2. You are a customer of Webull. Apex is not involved with or has any responsibility for decisions regarding securities transactions in your account. Webull is responsible for opening, approving, and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through Webull.
3. Interest charges to your account may be based on the size and net debit balance during the interest period. These rates are subject to revision. For more complete information regarding interest charges to customers, consult the Webull Fee Schedule, available at webull.com/pricing.
4. Fully Paid Lending Program: Customers participating in the Fully Paid Securities Lending Program should be aware that shares on loan are not covered by SIPC. Cash collateralizing fully-paid securities loaned are held at Wilmington Trust and are not subject to SIPC protections. Please consult the Master Securities Lending Agreement for additional information, available at webull.com/policy.
5. In case of errors or questions about your electronic transfers, if you think your statement or receipt is wrong, or if you need more information about a transaction listed, email support@webull.us. Webull must hear from you no later than 60 days after you were sent the first statement on which the problem or error appeared. When reaching out, please include your name, account number, a description of the item you are unsure about, a clear explanation as to why you believe it is an error, and the dollar amount of the suspected error.
6. Webull will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, Webull will credit your account for the amount you think is in error, so that you will have the use of the funds during the time it takes Webull to complete our investigation.
7. FINRA Investor Brochure: Webull is a member of FINRA and we are required to inform you of the availability of the FINRA Investor Brochure which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website www.finra.org. Webull carries your account and acts as your custodian for funds and Apex acts as your custodian for securities. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to Webull. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to Webull. Account positions and balance inquires, or concerns should be directed to Webull via the Help Center.
8. The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspect of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact Webull.
9. All trade confirmations are transmitted on or about the transaction date. For certain Index Options Webull charges a per-contract fee, referred to as the Webull Index Option Contract Fee. The Tax/Fee column is an aggregate of the following fees: the Webull Index Option Contract Fee, the Proprietary Index Option Fee, the OCC fee, the Regulatory Transaction (SEC) Fee, Trading Activity Fee (TAF), and Options Regulatory Fee (ORF), whenever applicable. For more details please visit www.webull.com/pricing
10. Cost Basis for Foreign Account Statements. Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).
11. Please retain this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify interest charges in your account. This statement shall be deemed conclusive unless objected to in writing within 10 days of the statement closing date. Mutual funds and other securities are not insured by FDIC, are not deposits, obligations of Webull.
12. A financial statement of Webull Financial LLC is available for your personal inspection at www.webull.com or a copy of it can be mailed to you upon your written request.
13. Please contact Webull Financial LLC ("Webull") customer service to report any inaccuracy or discrepancy in this statement via in-App ticket, email at support@webull.us, or by phone at 1 (888) 828-0618.

**STATEMENT OF FINANCIAL CONDITION**

1. Pursuant to the Securities Exchange Act of 1934, Webull Financial LLC ("Webull") is required to provide clients with certain financial information. The unaudited Statement of Financial Condition of Webull Financial LLC as of June 30, 2024 is available on the Webull website at www.webull.com/policy. A copy of this document may also be obtained at no cost by calling Webull at 1 (868) 828-0618.
2. On June 30, 2024, Webull Financial LLC had net capital of $142,347,631 which exceeded its required net capital of $4,079,266 by $138,268,365.