NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: **Meta Materials Inc.**  
Case Number: **24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   **Umar Baporia**
   **43 Miwok Way, Mill Valley CA 94941**

   Telephone Number: **(415) 272-8165**

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 17 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: **117252182**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   Robinhood 85 Willow Rd, Menlo Park, CA 94025 help@robinhood.com

   Telephone Number:

3. Date Equity Interest was acquired:

   **Between 02/08/2021 - 04/14/2023**

4. Total amount of member interest: **600 shares for $73,446.226**

5. Certificate number(s): **See Attached documentation**

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: **Investor**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Umar Baporia**
Title: _____
Company: ___ Address and telephone number (if different from notice address above): _____

(Signature)   **12/16/2024** (Date)

Telephone number: **(415) 272-8165**   email: **Umarbaporia@gmail.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**
**CASE: 24-50792, META MATERIALS, INC.**
**FOR: UMAR BAPORIA**

BROKER: ROBINHOOD
ACCT #: 117252189

02/08/2021 (TRCH converted to MMAT) Purchased 3,205 Shares  $1.56/share  ($4,999.80 invested)
06/21/2021 (TRCH converted to MMAT) Purchased 950 Shares  $9.89/share  ($9,395.50 invested)
06/22/2021 (TRCH converted to MMAT) Purchased 60 Shares  $9.10/share  ($546 invested)
06/23/2021 (TRCH converted to MMAT) Purchased 1,000 Shares  $9.89/share  ($4,960 invested)
08/16/2021 MMAT Purchased 8,701.65 Shares  $3.05/share  ($26,540 invested)
04/21/2022 MMAT Purchased 3,755 Shares  $1.33/share  ($4,994.15 invested)
11/07/2022 MMAT Purchased 1,393.43 Shares  $1.43/share  ($2,000 invested)
03/22/2023 MMAT Purchased 18,500 Shares  $0.54/share  ($9,989.50 invested)
03/29/2023 MMAT Purchased 65 Shares  $0.42/share  ($27.93 invested)
04/14/2023 MMAT Purchased 20,000 Shares  $0.23/share  ($4,600 invested)

10/01/2024 MMAT Sold 8 shares 0.38/share
See attached documents

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

02/08/2021
**Umar Baporia** Account #:117252189
14 Miwok Way, Mill Valley, CA 94941

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 02/08/2021 | 02/10/2021 | M | $1.5600 | 3,205 | $4,999.80 | $0.00 | $0.00 | $4,999.80 | OTC | 1 | U |

| | | | | | |
|---|---|---|---|---|---|
| **Total Quantity Bought:** | | 3,205 | **Total Dollars Bought:** | | $4,999.80 |
| **Total Quantity Sold:** | | 0 | **Total Dollars Sold:** | | $0.00 |



85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/21/2021
**Umar Baporia** Account #:117252189
14 Miwok Way, Mill Valley, CA 94941

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/21/2021 | 06/23/2021 | M | $9.8900 | 950 | $9,395.50 | $0.00 | $0.00 | $9,395.50 | OTC | 1 | U |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Quantity Bought:** | | 950 | | **Total Dollars Bought:** | | $9,395.50 |
| **Total Quantity Sold:** | | 0 | | **Total Dollars Sold:** | | $0.00 |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/22/2021
**Umar Baporia** Account #:117252189
14 Miwok Way, Mill Valley, CA 94941

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/22/2021 | 06/24/2021 | M | $9.1000 | 60 | $546.00 | $0.00 | $0.00 | $546.00 | OTC | 1 | U |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Quantity Bought:** | | 60 | | **Total Dollars Bought:** | | $546.00 |
| **Total Quantity Sold:** | | 0 | | **Total Dollars Sold:** | | $0.00 |



85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/23/2021
**Umar Baporia** Account #:117252189
14 Miwok Way, Mill Valley, CA 94941

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/23/2021 | 06/25/2021 | M | $4.9600 | 200 | $992.00 | $0.00 | $0.00 | $992.00 | OTC | 1 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/23/2021 | 06/25/2021 | M | $4.9600 | 300 | $1,488.00 | $0.00 | $0.00 | $1,488.00 | OTC | 1 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/23/2021 | 06/25/2021 | M | $4.9600 | 200 | $992.00 | $0.00 | $0.00 | $992.00 | OTC | 1 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/23/2021 | 06/25/2021 | M | $4.9600 | 300 | $1,488.00 | $0.00 | $0.00 | $1,488.00 | OTC | 1 | U |

**Total Quantity Bought:** 1,000   **Total Dollars Bought:** $4,960.00
**Total Quantity Sold:** 0   **Total Dollars Sold:** $0.00

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

08/16/2021
**UMAR BAPORIA** Account #:117252189
14 Miwok Way, Mill Valley, CA 94941

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jaguar Health<br>JAGX CUSIP: 47010C409 | S | 08/16/2021 | 08/18/2021 | M | $1.1750 | 0.284262 | $0.33 | $0.00 | $0.00 | $0.33 | OTC | 3 | U |
| Jaguar Health<br>JAGX CUSIP: 47010C409 | S | 08/16/2021 | 08/18/2021 | M | $1.1700 | 22,608 | $26,451.36 | $0.00 | $2.83 | $26,448.53 | OTC | 3 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 08/16/2021 | 08/18/2021 | M | $3.0450 | 4.92775 | $15.00 | $0.00 | $0.00 | $15.00 | OTC | 3 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 08/16/2021 | 08/18/2021 | M | $3.0500 | 946 | $2,885.30 | $0.00 | $0.00 | $2,885.30 | OTC | 3 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 08/16/2021 | 08/18/2021 | M | $3.0500 | 2,270 | $6,923.50 | $0.00 | $0.00 | $6,923.50 | OTC | 3 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 08/16/2021 | 08/18/2021 | M | $3.0500 | 2,426 | $7,399.30 | $0.00 | $0.00 | $7,399.30 | OTC | 3 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 08/16/2021 | 08/18/2021 | M | $3.0500 | 3,054.721311 | $9,316.90 | $0.00 | $0.00 | $9,316.90 | OTC | 3 | U |

**Total Quantity Bought:** 8,701.649061    **Total Dollars Bought:** $26,540.00

**Total Quantity Sold:** 22,608.284262    **Total Dollars Sold:** $26,448.86


**Robinhood**

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

04/21/2022
**UMAR BAPORIA** Account #:117252189
14 Miwok Way, Mill Valley, CA 94941

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/21/2022 | 04/25/2022 | M | $1.3300 | 271 | $360.43 | $0.00 | $0.00 | $360.43 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/21/2022 | 04/25/2022 | M | $1.3300 | 584 | $776.72 | $0.00 | $0.00 | $776.72 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/21/2022 | 04/25/2022 | M | $1.3300 | 382 | $508.06 | $0.00 | $0.00 | $508.06 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/21/2022 | 04/25/2022 | M | $1.3300 | 2,518 | $3,348.94 | $0.00 | $0.00 | $3,348.94 | OTC | 1 | U |

**Total Quantity Bought:** 3,755        **Total Dollars Bought:** $4,994.15
**Total Quantity Sold:** 0              **Total Dollars Sold:** $0.00

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

11/07/2022
**UMAR BAPORIA** Account #:117252189
14 Miwok Way, Mill Valley, CA 94941

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials.<br>MMAT CUSIP: 59134N104 | B | 11/07/2022 | 11/09/2022 | M | $1.4353 | 1,393.436912 | $2,000.00 | $0.00 | $0.00 | $2,000.00 | OTC | 3 | U |

| | | | |
|---|---|---|---|
| **Total Quantity Bought:** | 1,393.436912 | **Total Dollars Bought:** | $2,000.00 |
| **Total Quantity Sold:** | 0 | **Total Dollars Sold:** | $0.00 |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

03/22/2023
**UMAR BAPORIA** Account #:117252189
14 Miwok Way, Mill Valley, CA 94941

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 03/22/2023 | 03/24/2023 | M | $0.5390 | 100 | $53.90 | $0.00 | $0.00 | $53.90 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 03/22/2023 | 03/24/2023 | M | $0.5390 | 400 | $215.60 | $0.00 | $0.00 | $215.60 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 03/22/2023 | 03/24/2023 | M | $0.5400 | 1,200 | $648.00 | $0.00 | $0.00 | $648.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 03/22/2023 | 03/24/2023 | M | $0.5400 | 3,700 | $1,998.00 | $0.00 | $0.00 | $1,998.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 03/22/2023 | 03/24/2023 | M | $0.5400 | 200 | $108.00 | $0.00 | $0.00 | $108.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 03/22/2023 | 03/24/2023 | M | $0.5400 | 100 | $54.00 | $0.00 | $0.00 | $54.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 03/22/2023 | 03/24/2023 | M | $0.5400 | 2,700 | $1,458.00 | $0.00 | $0.00 | $1,458.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 03/22/2023 | 03/24/2023 | M | $0.5400 | 3,900 | $2,106.00 | $0.00 | $0.00 | $2,106.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 03/22/2023 | 03/24/2023 | M | $0.5400 | 3,600 | $1,944.00 | $0.00 | $0.00 | $1,944.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 03/22/2023 | 03/24/2023 | M | $0.5400 | 2,600 | $1,404.00 | $0.00 | $0.00 | $1,404.00 | OTC | 1 | U |

**Total Quantity Bought:** 18,500  **Total Dollars Bought:** $9,989.50

**Total Quantity Sold:** 0  **Total Dollars Sold:** $0.00



85 Willow Rd, Menlo Park, CA 94025  
help@robinhood.com

03/29/2023  
**UMAR BAPORIA** Account #:117252189  
14 Miwok Way, Mill Valley, CA 94941

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 03/29/2023 | 03/31/2023 | M | $0.4297 | 65 | $27.93 | $0.00 | $0.00 | $27.93 | OTC | 1 | U |

| **Total Quantity Bought:** | | | 65 | | | **Total Dollars Bought:** | | | | | | | $27.93 |
| **Total Quantity Sold:** | | | 0 | | | **Total Dollars Sold:** | | | | | | | $0.00 |



**Robinhood**

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

04/14/2023
**UMAR BAPORIA** Account #:117252189
14 Miwok Way, Mill Valley, CA 94941

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 400 | $92.00 | $0.00 | $0.00 | $92.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 2,500 | $575.00 | $0.00 | $0.00 | $575.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 400 | $92.00 | $0.00 | $0.00 | $92.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 2,500 | $575.00 | $0.00 | $0.00 | $575.00 | OTC | 1 | U |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

04/14/2023
**UMAR BAPORIA** Account #:117252189
14 Miwok Way, Mill Valley, CA 94941

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 1,600 | $368.00 | $0.00 | $0.00 | $368.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 500 | $115.00 | $0.00 | $0.00 | $115.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 97 | $22.31 | $0.00 | $0.00 | $22.31 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 97 | $22.31 | $0.00 | $0.00 | $22.31 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 545 | $125.35 | $0.00 | $0.00 | $125.35 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 61 | $14.03 | $0.00 | $0.00 | $14.03 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 2,400 | $552.00 | $0.00 | $0.00 | $552.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 200 | $46.00 | $0.00 | $0.00 | $46.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |


**Robinhood**

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

04/14/2023
**UMAR BAPORIA** Account #:117252189
14 Miwok Way, Mill Valley, CA 94941

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 200 | $46.00 | $0.00 | $0.00 | $46.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 200 | $46.00 | $0.00 | $0.00 | $46.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 200 | $46.00 | $0.00 | $0.00 | $46.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 200 | $46.00 | $0.00 | $0.00 | $46.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 300 | $69.00 | $0.00 | $0.00 | $69.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 200 | $46.00 | $0.00 | $0.00 | $46.00 | OTC | 1 | U |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

04/14/2023
**UMAR BAPORIA** Account #:117252189
14 Miwok Way, Mill Valley, CA 94941

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 500 | $115.00 | $0.00 | $0.00 | $115.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 200 | $46.00 | $0.00 | $0.00 | $46.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 300 | $69.00 | $0.00 | $0.00 | $69.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 200 | $46.00 | $0.00 | $0.00 | $46.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 200 | $46.00 | $0.00 | $0.00 | $46.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 200 | $46.00 | $0.00 | $0.00 | $46.00 | OTC | 1 | U |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

04/14/2023
**UMAR BAPORIA** Account #:117252189
14 Miwok Way, Mill Valley, CA 94941

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 1,000 | $230.00 | $0.00 | $0.00 | $230.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 100 | $23.00 | $0.00 | $0.00 | $23.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 300 | $69.00 | $0.00 | $0.00 | $69.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 600 | $138.00 | $0.00 | $0.00 | $138.00 | OTC | 1 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2300 | 600 | $138.00 | $0.00 | $0.00 | $138.00 | OTC | 1 | U |

**Total Quantity Bought:** 20,000    **Total Dollars Bought:** $4,600.00

**Total Quantity Sold:** 0    **Total Dollars Sold:** $0.00

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

08/16/2021
**UMAR BAPORIA** Account #:117252189
14 Miwok Way, Mill Valley, CA 94941

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jaguar Health JAGX CUSIP: 47010C409 | S | 08/16/2021 | 08/18/2021 | M | $1.1750 | 0.284262 | $0.33 | $0.00 | $0.00 | $0.33 | OTC | 3 | U |
| Jaguar Health JAGX CUSIP: 47010C409 | S | 08/16/2021 | 08/18/2021 | M | $1.1700 | 22,608 | $26,451.36 | $0.00 | $2.83 | $26,448.53 | OTC | 3 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 08/16/2021 | 08/18/2021 | M | $3.0450 | 4.92775 | $15.00 | $0.00 | $0.00 | $15.00 | OTC | 3 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 08/16/2021 | 08/18/2021 | M | $3.0500 | 946 | $2,885.30 | $0.00 | $0.00 | $2,885.30 | OTC | 3 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 08/16/2021 | 08/18/2021 | M | $3.0500 | 2,270 | $6,923.50 | $0.00 | $0.00 | $6,923.50 | OTC | 3 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 08/16/2021 | 08/18/2021 | M | $3.0500 | 2,426 | $7,399.30 | $0.00 | $0.00 | $7,399.30 | OTC | 3 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 08/16/2021 | 08/18/2021 | M | $3.0500 | 3,054.721311 | $9,316.90 | $0.00 | $0.00 | $9,316.90 | OTC | 3 | U |

**Total Quantity Bought:** 8,701.649061           **Total Dollars Bought:** $26,540.00
**Total Quantity Sold:** 22,608.284262           **Total Dollars Sold:** $26,448.86


**Robinhood**

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

10/01/2024
**UMAR BAPORIA** Account #:117252189
43 Miwok Way, Mill Valley, CA 94941

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMATQ CUSIP: 59134N302 | S | 10/01/2024 | 10/02/2024 | M | $0.3800 | 8.060183 | $3.06 | $0.00 | $0.00 | $3.06 | OTC | 3 | U |

| | | |
|---|---|---|
| **Total Quantity Bought:** 0 | **Total Dollars Bought:** | $0.00 |
| **Total Quantity Sold:** 8.060183 | **Total Dollars Sold:** | $3.06 |