NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials | Case Number: 24-50792 | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   NIKOLAY TYNDA
   1608 SNYDER AVE
   MODESTO, CA 95356

   Telephone Number: 209 918-1937

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   DEC 18 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: **5NI75303**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   NIKOLAY TYNDA
   44 WALL STREET 2ND FLOOR NEW YORK NY 10005
   UNITED STATES
   Telephone Number: 888 828-0618

3. Date Equity Interest was acquired:
   BETWEEN 072821 - 112122
   SEE ATTACHED DOCUMENTS

4. Total amount of member interest: **15,800 Shares for $80,841**

5. Certificate number(s): **see attached ducumentation**

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Nikolay Tynda
Title:
Company: Address and telephone number (if different from notice address above):

(Signature)    12/16/24 (Date)

Telephone number: 209 918-1937    email: nikoly.tynda@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# MMATQ
Meta Materials Inc

**Filled**

| | |
|---|---|
| Side | Buy |
| Total Quantity | 2,186 |
| Filled Quantity | 2,186 |
| Average Fill Price | $2.000 |
| Order Filled | 11/21/2022 09:27:58 EST |
| Order Type | LIMIT |
| Limit Price | $2.000 |
| Time-in-Force | Day |
| Trading Hours | Include Extended Hours |
| Order Placed | 11/21/2022 09:27:57 EST |
| Account | Individual(5NI75303) |
| Last Price | 0.1000 0.00% |



## MMATQ
Meta Materials Inc



| | |
|---|---|
| Side | Buy |
| Total Quantity | 3,000 |
| Filled Quantity | 3,000 |
| Average Fill Price | $5.26 |
| Order Filled | 10/07/2021 12:28:19 EDT |
| Order Type | LIMIT |
| Limit Price | $5.26 |
| Time-in-Force | Day |
| Trading Hours | Include Extended Hours |
| Order Placed | 10/07/2021 12:28:19 EDT |
| Account | Individual(5NI75303) |

APEX CLEARING
ONE DALLAS CENTER
350 NORTH ST PAUL SUITE 1300
DALLAS, TX 75201

NIKOLAY TYNDA
1608 SNYDER AVE
MODESTO, CA 95356-8790

IN ACCOUNT WITH
**WEBULL FINANCIAL LLC**
917-725-2448

## IMPORTANT YEAR END MESSAGES

This document includes your Consolidated Form 1099 that we are required to provide to you and contains information that we are providing to the Internal Revenue Service and additional information that may be helpful to you for filing your tax return. You may wish to seek the advice of a tax professional when preparing your return.

Please verify your personal information for accuracy and contact us to correct any discrepancies. If you own Mutual Funds, Real Estate Trusts (REITs), REMIC Securities or certain fixed investment trusts (WHFITs), income distributions may be reclassified by the issuer after the original 1099 is sent. If you hold these securities or another security that is subject to a reclassification event, you may receive a corrected Form 1099.

| | |
|---|---|
| **APEX CLEARING**<br>ONE DALLAS CENTER<br>350 NORTH ST PAUL SUITE 1300<br>DALLAS, TX 75201<br>Customer Service: 214-765-1009<br><br>PAYER'S Federal ID No: 13-2967453<br><br>IN ACCOUNT WITH<br><br>**WEBULL FINANCIAL LLC**<br>**(917) 725-2448**<br><br>FATCA filing requirement [ ] | **Form 1099 Composite 2021**<br><br>Statement Date: 01/31/2022 |
| Account 5NI75303 | |
| NIKOLAY TYNDA<br>1608 SNYDER AVE<br>MODESTO, CA 95356-8790 | |
| RECIPIENT'S ID No: XXX-XX-9664 | |

## Tax Reporting Statement

| DIVIDENDS AND DISTRIBUTIONS | 2021 Form 1099-DIV* | OMB No. 1545-0110 |
|---|---|---|
| 1a- Total Ordinary Dividends (includes amount shown on 1b, 2e) | | 0.00 |
| 1b- Qualified Dividends | | 0.00 |
| 2a- Total Capital Gain Distributions (includes lines 2b, 2c, 2d, 2f) | | 0.00 |
| 2b- Unrecaptured Section 1250 gain | | 0.00 |
| 2c- Section 1202 Gain | | 0.00 |
| 2d- Collectibles (28%) Gain | | 0.00 |
| 2e- Section 897 Ordinary Dividends | | 0.00 |
| 2f- Section 897 Capital Gain | | 0.00 |
| 3- Nondividend Distributions | | 0.00 |
| 4- Federal Income Tax Withheld | | **0.00** |
| 5- Section 199A Dividends | | 0.00 |
| 6- Investment Expenses | | 0.00 |
| 7- Foreign tax Paid | | 0.00 |
| 8- Foreign country or US Possession | | |
| 9- Cash Liquidation Distributions | | 0.00 |
| 10- Noncash Liquidation Distribution | | 0.00 |
| 11- Exempt-Interest Dividends | | 0.00 |
| 12- Specified Private Activity Bond Interest Dividends | | 0.00 |

| INTEREST INCOME | 2021 Form 1099-INT* | OMB No. 1545-0112 |
|---|---|---|
| 1- Interest Income | | 475.87 |
| 2- Early Withdrawal Penalty | | 0.00 |
| 3- Interest on U.S. Savings Bonds & Treasury Obligations | | 0.00 |
| 4- Federal Income Tax Withheld | | **0.00** |
| 5- Investment Expenses | | 0.00 |
| 6- Foreign Tax Paid | | 0.00 |
| 7- Foreign Country or U.S. Possession | | |
| 8- Tax-Exempt Interest (includes box 9) | | 0.00 |
| 9- Specified Private Activity Bond Interest | | 0.00 |
| 10- Market Discount | | 0.00 |
| 11- Bond Premium | | 0.00 |
| 12- Bond Premium on Treasury Obligations | | 0.00 |
| 13- Bond Premium on Tax-Exempt Bonds | | 0.00 |
| 14- Tax-Exempt and Tax Credit Bond CUSIP no. | | |

| REGULATED FUTURES CONTRACTS & SECTION 1256 OPTIONS | | |
|---|---|---|
| | 2021 Form 1099-B* | OMB No. 1545-0715 |
| 8- Profit or (loss) realized in 2021 on closed contracts | | 0.00 |
| 9- Unrealized profit or (loss) on open contracts - 12/31/2020 | | 0.00 |
| 10- Unrealized profit or (loss) on open contracts – 12/31/2021 | | 0.00 |
| 11- Aggregate profit or (loss) on contracts | | 0.00 |

As applicable, proceeds from other sale transactions are summarized below and details are provided in subsequent sections of this document. More details on futures and section 1256 options transactions are also provided in other sections of this document.

| MISCELLANEOUS INFORMATION | 2021 Form 1099-MISC* | OMB No. 1545-0115 |
|---|---|---|
| 2- Royalties | | 0.00 |
| 3- Other Income | | 17.46 |
| 4- Federal Income Tax Withheld | | 0.00 |
| 8- Substitute Payments in Lieu of Dividends or Interest | | 0.00 |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns. This may require us to provide you an amended tax form. Dividends may be reclassified for tax purposes after the original Form 1099 is sent in certain cases where information from issuers is received late.

APEX CLEARING

5NI75303

## Tax Summary

2021

01/31/2022

## Summary Of Sale Proceeds

Proceeds from sales of securities are reported individually by trade to the Internal Revenue Service. Please refer to the Proceeds from Broker and Barter Exchange Transactions details sections to determine correct amounts to include in your tax return. The summary transaction amounts shown below are for informational purposes.

| Section | Total Proceeds | Total Cost Basis | Total Market Discount | Total Wash Sale Loss Disallowed | Total Net Gain or Loss(-) |
|---|---|---|---|---|---|
| Short-term transactions for covered tax lots | 22,240.13 | 23,023.14 | 0.00 | 0.00 | -783.01 |
| Short-term transactions for noncovered tax lots | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Short-term** | **22,240.13** | **23,023.14** | **0.00** | **0.00** | **-783.01** |
| Long-term transactions for covered tax lots | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Long-term transactions for noncovered tax lots | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Long-term** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| Undetermined transactions for noncovered tax lots | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Undetermined-term** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

| ORIGINAL ISSUE DISCOUNT SUMMARY* | |
|---|---|
| Original Issue Discount (Non-US Treasury Obligations) | 0.00 |
| Original Issue Discount on U.S. Treasury Obligations | 0.00 |
| Other Periodic Interest | 0.00 |
| Market Discount – Covered Positions | 0.00 |
| Acquisition Premium – Covered Positions | 0.00 |
| Bond Premium – Covered Positions | 0.00 |
| Tax-Exempt OID – Covered Positions | 0.00 |
| Tax-Exempt OID – Specified Private Activity Bonds – Covered Positions | 0.00 |
| Investment Expenses | 0.00 |

*Amounts shown in this section are summary totals for your reference. For bond-by-bond detail, use the OID section of this document.

| FEDERAL TAX WITHHELD | |
|---|---|
| Form | Federal Income Tax Withheld |
| 1099-B Total (aggregate): | 0.00 |
| 1099-DIV Total: | 0.00 |
| 1099-INT Total: | 0.00 |
| 1099-MISC Total: | 0.00 |
| 1099-OID Total: | 0.00 |



# MMATQ
Meta Materials Inc

**Open P&L(USD)**
-80,825.50 -99.98%

**Day's P&L(USD)**
0.00 0.00%

**Market Value**
15.80

**Total Cost**
80,841.30

**Average Price**
511.65

**Quantity**
158

**Position Ratio** ⓘ
98.48%

**Last Price**
0.1000

## Filled Records

| Side/Qty | Filled Price/Amount | Filled Time |
|---|---|---|
| Buy 2,186 | 2.00 / 4,372.00 | 11/21/2022 09:27:58 EST |
| Buy 3,000 | 5.26 / 15,765.00 | 10/07/2021 12:28:19 EDT |
| Buy 2,000 | 5.60 / 11,198.00 | 10/01/2021 15:29:54 EDT |
| Buy 40 | 3.47 / 138.73 | 07/28/2021 14:24:15 EDT |
| Buy 1,585 | 2.81 / 4,453.85 | 06/07/2021 05:21:32 EDT |
| Buy | 2.08 | 05/17/2021 |