NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor: META MATERIALS INC

Case Number: 24 50792 hlb

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):
DAVID JR + SAMANTHA SESOK
6640 CARMEL DR
MACUNGIE PA 18062

Telephone Number: 908 217 1295

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 17 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: Z09394004 + Z20213740

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: ____________
☐ amends a previously filed Proof of Interest dated: ____________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** DAVID JR + SAMANTHA SESOK C/O FIDELITY INVESTMENTS
900 SALEM ST
SMITHFIELD RI 02917
Telephone Number: 1800 343 3548

3. **Date Equity Interest was acquired:**
6-2-21 TO 6-21-21
8-12-21, 9-1-21, 11-1-22

4. **Total amount of member interest:** 117 SHARES AT $274.38
SEE ATTACHED $31,553

5. **Certificate number(s):** SEE ATTACHED

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.
☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: DAVID JR + SAMANTHA SESOK
Title:
Company:__ Address and telephone number (if different from notice address above):

(Signature) [signatures] (Date) 12/15/2024 12/15/2024

Telephone number: email:

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

BOUGHT MMATF AND TRCH

ACQUIRED MMAT SHARES AFTER MERGER

FINAL HOLDINGS AFTER

REVERSE SPLITS

117 SHARES AT $274,38 PER SHARE

FOR OVER $32000 LOSS



# Positions




# All accounts

Overview

As of Dec-14-2024 8:18 p.m. ET

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|---|---|---|---|---|---|---|---|---|
| **TRADING** Z09394004 | | | | | | | | |
| **FCASH** HELD IN FCASH | | | | $6.47 | 52.64% | | | |
| **MMATQ** META MATERIALS INC... | – $0.00 | $0.00 0.00% | -$31,553.94 -100.00% | $0.00 | 0.00% | 115 | $31,553.94 $274.38 / Share | – |
| **EEENF** 88 ENERGY LTD ISIN #... | $0.0006 $0.00 | $0.00 0.00% | -$134.93 -98.38% | $2.22 | 18.06% | 3,500 | $137.15 $0.04 / Share | $0.00 $0.01 |
| **AMTD** AMTD IDEA GROUP S... | $1.20 +$0.05 | +$0.15 +4.34% | -$154.07 -97.72% | $3.60 | 29.29% | 3 | $157.67 $52.56 / Share | $1.10 $2.00 |
| **78699D491** NEXT BRIDGE HYDRO... | – – | – – | – – | – | 0.00% | 4,000 | $11,580.00 $2.90 / Share | – |
| **04599D597** ASIA BROADBAND IN... | – – | – – | – – | – | 0.00% | 5 | – – | – |
| **Account Total** | | +$0.15 +1.24% | -$31,842.94 -99.98% | $12.29 | | | | |

Securities Priced Today **$0.00**

Securities Not Priced Today **+$0.15**

Some securities, such as mutual funds, are not priced until after the market closes.

Feedback

**CHECKING** Z20213740

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|---|---|---|---|---|---|---|---|---|
| **MMATQ** META MATERIALS INC... | – $0.00 | $0.00 0.00% | -$398.16 -100.00% | $0.00 | – | 2 | $398.16 $199.08 / Share | – |
| **Account Total** | | $0.00 0.00% | -$398.16 -100.00% | $0.00 | | | | |

Securities Priced Today **$0.00**

Securities Not Priced Today **$0.00**

Some securities, such as mutual funds, are not priced until after the market closes.

| | | | | |
|---|---|---|---|---|
| **Grand Total** | | **+$0.15 +1.24%** | **-$32,241.10 -99.98%** | **$12.29** |

Securities Priced Today **$0.00**

Securities Not Priced Today **+$0.15**

Some securities, such as mutual funds, are not priced until after the market closes.

### Important Information

Indicates that the security has not priced today. Some securities, such as mutual funds, are not priced until after the market closes.

E Indicates an Earnings event exists within 5 calendar days. Earnings beat or miss is based on the actual earnings compared to the I/B/E/S consensus estimate.

D Indicates a Dividend or Capital Gains Distribution exists.

Indicates that the security has not priced today. Some securities, such as mutual funds, are not priced until after the market closes.

Content and data provided by various third parties and Fidelity. Terms of Use

**Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted, and investors should visit the performance page for most recent month-end performance.**

**Transaction Confirmation**
**Confirm Date: August 30, 2021**



Brokerage Account Number
*****4004 JOINT - WITH RIGHTS OF SURVIVORSHIP

SAMANTHA SESOK

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21242-0CKKNG | 1* | WO# | 08-30-21 | 09-01-21 | 59134N104 | 21242-DM3WD | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 212.94 |
| | 42 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 212.94 |
| at | 5.0700 | WE HAVE ACTED AS AGENT. | | |

Symbol: MMAT

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900200895

REMITTANCE COUPON



**Transaction Confirmation**
**Confirm Date: October 28, 2022**



Brokerage Account Number
*******4004 JOINT - WITH RIGHTS OF SURVIVORSHIP**

**SAMANTHA SESOK**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22301-1BLQQH | 1* | WZ# | 10-28-22 | 11-01-22 | 00165C203 | 22301-G4MLV | | |

You Sold 472 at 2.1450
Symbol : APE

DESCRIPTION and DISCLOSURES
AMC ENTMT HLDGS INC PFD EQT UNIT
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING FIRST IN, FIRST OUT METHOD.

| | |
|---|---|
| Principal Amount | 1,012.44 |
| Activity Assessment Fee | 0.03 |
| Settlement Amount | 1,012.41 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22301-1BSR8G | 1* | WZ# | 10-28-22 | 11-01-22 | 59134N104 | 22301-G7HEO | | |

You Bought 400 at 1.0150
Symbol : MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

| | |
|---|---|
| Principal Amount | 406.00 |
| Settlement Amount | 406.00 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22301-1BSSDG | 1* | WZ# | 10-28-22 | 11-01-22 | 59134N104 | 22301-G7HEO | | |

You Bought 3,400 at 1.0176
Symbol : MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

| | |
|---|---|
| Principal Amount | 3,459.84 |
| Settlement Amount | 3,459.84 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900156955

**REMITTANCE COUPON**



**Transaction Confirmation**
**Confirm Date: August 12, 2021**



Brokerage Account Number
*****3740 JOINT - WITH RIGHTS OF SURVIVORSHIP ~~Z09-39~~ Z20213740
SAMANTHA SESOK

9900184622

SAMANTHA SESOK
DAVID JR SESOK
6640 CARMEL DR
MACUNGIE PA 18062-8763

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21224-0B2LXN | 1* | WO# | 08-12-21 | 08-16-21 | 59134N104 | 21224-B83FD | | |

You Bought 112
at 3.5550
Symbol :
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

| | |
|---|---|
| Principal Amount | 398.16 |
| Settlement Amount | 398.16 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900184622

SAMANTHA SESOK
DAVID JR SESOK
6640 CARMEL DR
MACUNGIE PA 18062-8763

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3740 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.



099 0Z20213740 00 000



**Transaction Confirmation**
**Confirm Date: June 17, 2021**



Brokerage Account Number
*******4004 JOINT - WITH RIGHTS OF SURVIVORSHIP**

**SAMANTHA SESOK**

9900208489

SAMANTHA SESOK
DAVID JR SESOK
6640 CARMEL DR
MACUNGIE PA 18062-8763

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21168-0B2GSX | 1* | WO# | 06-17-21 | 06-21-21 | 59134F101 | 21168-B8BGS | | |

DESCRIPTION and DISCLOSURES

| | | | | |
|---|---|---|---|---|
| You Bought | | METAMATERIAL INC COM NPV | Principal Amount | 4,920.00 |
| | 800 | ISIN #CA59134F1018 SEDOL #BLNM4X0 | Commission / Fees | 50.00 |
| at | 6.1500 | WE HAVE ACTED AS AGENT. | Settlement Amount | 4,970.00 |
| Symbol : MMATF | | $50 CHARGE FOR FOREIGN (ORDINARY) STOCK ORDERS INCLUDED | | |
| | | PARTIAL EXECUTION | | |

9900208489 ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

SAMANTHA SESOK
DAVID JR SESOK
6640 CARMEL DR
MACUNGIE PA 18062-8763

If you are eligible to make a deposit, please use this form for investments in your brokerage account *******4004** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

**Transaction Confirmation**
**Confirm Date: June 17, 2021**



Brokerage Account Number
*****4004 JOINT - WITH RIGHTS OF SURVIVORSHIP

SAMANTHA SESOK

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21168-0B2H7D | 1* | WO# | 06-17-21 | 06-21-21 | 59134F101 | 21168-B8BGS | | |

You Bought 502 at 6.1500
Symbol: MMATF

DESCRIPTION and DISCLOSURES
METAMATERIAL INC COM NPV
ISIN #CA59134F1018 SEDOL #BLNM4X0
WE HAVE ACTED AS AGENT.
$50 CHARGE FOR FOREIGN (ORDINARY) STOCK
ORDERS INCLUDED
PARTIAL EXECUTION

Principal Amount 3,087.30
Settlement Amount 3,087.30

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21168-0B1M6C | 1* | WO# | 06-17-21 | 06-21-21 | 89102U103 | 21168-B60SJ | | |

You Bought 368 at 5.3350
Symbol: TRCH

DESCRIPTION and DISCLOSURES
TORCHLIGHT ENERGY RESOURCES INC
WE HAVE ACTED AS AGENT.

Principal Amount 1,963.28
Settlement Amount 1,963.28

9900208489

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

**REMITTANCE COUPON**

**Transaction Confirmation**
**Confirm Date: June 2, 2021**



Brokerage Account Number
*****4004 JOINT - WITH RIGHTS OF SURVIVORSHIP

SAMANTHA SESOK

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 21153-0F1GBR | 1* | WK# | 06-02-21 | 06-04-21 | 59134F101 | 21153-H5H8Q |

You Bought 100 at 3.5253
Symbol : MMATF

DESCRIPTION and DISCLOSURES
METAMATERIAL INC COM NPV
ISIN #CA59134F1018 SEDOL #BLNM4X0
WE HAVE ACTED AS AGENT.
$50 CHARGE FOR FOREIGN (ORDINARY) STOCK ORDERS INCLUDED
PARTIAL EXECUTION

| | |
|---|---|
| Principal Amount | 352.53 |
| Commission / Fees | 50.00 |
| Settlement Amount | 402.53 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 21153-0F1GBV | 1* | WK# | 06-02-21 | 06-04-21 | 59134F101 | 21153-H5H8Q |

You Bought 120 at 3.5253
Symbol : MMATF

DESCRIPTION and DISCLOSURES
METAMATERIAL INC COM NPV
ISIN #CA59134F1018 SEDOL #BLNM4X0
WE HAVE ACTED AS AGENT.
$50 CHARGE FOR FOREIGN (ORDINARY) STOCK ORDERS INCLUDED
PARTIAL EXECUTION

| | |
|---|---|
| Principal Amount | 423.04 |
| Settlement Amount | 423.04 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 21153-0FZW6L | 1* | WK# | 06-02-21 | 06-04-21 | 64112L203 | 21153-H3DHN |

You Sold 5,000 at .0103
Symbol : NSAV

DESCRIPTION and DISCLOSURES
NSAV HOLDING INC
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING FIRST IN, FIRST OUT METHOD.

| | |
|---|---|
| Principal Amount | 51.50 |
| Activity Assessment Fee | 0.01 |
| Settlement Amount | 51.49 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 21153-0FZ55W | 1* | WK# | 06-02-21 | 06-04-21 | 83362T104 | 21153-H3VDL |

You Sold 30,000 at .00955
Symbol : WDLF

DESCRIPTION and DISCLOSURES
SOCIAL LIFE NETWORK INC COM
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING FIRST IN, FIRST OUT METHOD.

| | |
|---|---|
| Principal Amount | 286.50 |
| Activity Assessment Fee | 0.01 |
| Settlement Amount | 286.49 |



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

**Transaction Confirmation**
**Confirm Date: June 2, 2021**



Brokerage Account Number
*****4004 JOINT - WITH RIGHTS OF SURVIVORSHIP

SAMANTHA SESOK

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21153-0F03QW | 1* | WK# | 06-02-21 | 06-04-21 | 89102U103 | 21153-H4ZJX | | |

DESCRIPTION and DISCLOSURES

| | | | | |
|---|---|---|---|---|
| You Bought | 100 | TORCHLIGHT ENERGY RESOURCES INC | Principal Amount | 284.74 |
| at | 2.8474 | WE HAVE ACTED AS AGENT. | Settlement Amount | 284.74 |
| Symbol : TRCH | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21153-0FZZHN | 1* | WK# | 06-02-21 | 06-04-21 | 92762R105 | 21153-H3GQQ | | |

DESCRIPTION and DISCLOSURES

| | | | | |
|---|---|---|---|---|
| You Sold | 16,000 | VIPER NETWORKS INC | Principal Amount | 187.20 |
| at | .0117 | WE HAVE ACTED AS AGENT. | Activity Assessment Fee | 0.01 |
| Symbol : VPER | | LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING FIRST IN, FIRST OUT METHOD. | Settlement Amount | 187.19 |



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE



**Transaction Confirmation**
**Confirm Date: June 7, 2021**



Brokerage Account Number
*****3740 JOINT - WITH RIGHTS OF SURVIVORSHIP

SAMANTHA SESOK

9900257682

SAMANTHA SESOK
DAVID JR SESOK
6640 CARMEL DR
MACUNGIE PA 18062-8763

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 21158-0BW53X | 1* | WZ# | 06-07-21 | 06-09-21 | 89102U103 | 21158-BXD4S |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 747 | TORCHLIGHT ENERGY RESOURCES INC | Principal Amount | 2,151.36 |
| at | 2.8800 | WE HAVE ACTED AS AGENT. | Settlement Amount | 2,151.36 |
| Symbol : TRCH | | PARTIAL EXECUTION | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 21158-0BW59G | 1* | WZ# | 06-07-21 | 06-09-21 | 89102U103 | 21158-BXD4S |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 586 | TORCHLIGHT ENERGY RESOURCES INC | Principal Amount | 1,681.82 |
| at | 2.8700 | WE HAVE ACTED AS AGENT. | Settlement Amount | 1,681.82 |
| Symbol : TRCH | | PARTIAL EXECUTION | | |

9900257682

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

SAMANTHA SESOK
DAVID JR SESOK
6640 CARMEL DR
MACUNGIE PA 18062-8763

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3740 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

**Transaction Confirmation**
**Confirm Date: June 7, 2021**



Brokerage Account Number
*******3740 JOINT - WITH RIGHTS OF SURVIVORSHIP**

**SAMANTHA SESOK**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21158-0BXJ6F | 1* | WZ# | 06-07-21 | 06-09-21 | 89102U103 | 21158-BXKXS | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | TORCHLIGHT ENERGY RESOURCES INC | Principal Amount | 163.59 |
| | 57 | WE HAVE ACTED AS AGENT. | Settlement Amount | 163.59 |
| at | 2.8700 | | | |
| Symbol : TRCH | | | | |

9900257682

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

**REMITTANCE COUPON**



**Transaction Confirmation**
**Confirm Date: June 14, 2021**



Brokerage Account Number
*****4004 JOINT - WITH RIGHTS OF SURVIVORSHIP

9900232139

SAMANTHA SESOK

SAMANTHA SESOK
DAVID JR SESOK
6640 CARMEL DR
MACUNGIE PA 18062-8763

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 21165-0B3P9B | 1* | WO# | 06-14-21 | 06-16-21 | 59134F101 | 21165-BWV3Z |

You Bought 1,500 at 4.5586

Symbol : MMATF

DESCRIPTION and DISCLOSURES
METAMATERIAL INC COM NPV
ISIN #CA59134F1018 SEDOL #BLNM4X0
WE HAVE ACTED AS AGENT.
$50 CHARGE FOR FOREIGN (ORDINARY) STOCK ORDERS INCLUDED
PARTIAL EXECUTION

| | |
|---|---|
| Principal Amount | 6,837.90 |
| Commission / Fees | 50.00 |
| Settlement Amount | 6,887.90 |

9900232139 ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

SAMANTHA SESOK
DAVID JR SESOK
6640 CARMEL DR
MACUNGIE PA 18062-8763

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****4004 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

**Transaction Confirmation**
**Confirm Date: June 14, 2021**

Brokerage Account Number
*****4004 JOINT - WITH RIGHTS OF SURVIVORSHIP

SAMANTHA SESOK

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21165-0B3QSD | 1* | WO# | 06-14-21 | 06-16-21 | 59134F101 | 21165-BWV3Z | | |

You Bought 11 at 4.5586

Symbol: MMATF

DESCRIPTION and DISCLOSURES
METAMATERIAL INC COM NPV
ISIN #CA59134F1018 SEDOL #BLNM4X0
WE HAVE ACTED AS AGENT.
$50 CHARGE FOR FOREIGN (ORDINARY) STOCK ORDERS INCLUDED
PARTIAL EXECUTION

Principal Amount 50.14
Settlement Amount 50.14

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21165-0BV49T | 1* | WO# | 06-14-21 | 06-16-21 | 89102U103 | 21165-BV86H | | |

You Bought 2,121 at 3.3000

Symbol: TRCH

DESCRIPTION and DISCLOSURES
TORCHLIGHT ENERGY RESOURCES INC
WE HAVE ACTED AS AGENT.

Principal Amount 6,999.30
Settlement Amount 6,999.30

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21165-0B377S | 1* | WZ# | 06-14-21 | 06-16-21 | 89102U103 | 21165-B688D | | |

You Bought 14 at 3.3740

Symbol: TRCH

DESCRIPTION and DISCLOSURES
TORCHLIGHT ENERGY RESOURCES INC
WE HAVE ACTED AS AGENT.

Principal Amount 47.24
Settlement Amount 47.24

9900232139

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

**REMITTANCE COUPON**

**Transaction Confirmation**
**Confirm Date: June 14, 2021**



Brokerage Account Number
*******4004 JOINT - WITH RIGHTS OF SURVIVORSHIP**

**SAMANTHA SESOK**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21165-0B5D7P | 1* | WZ# | 06-14-21 | 06-16-21 | 89102U103 | 21165-B8GXL | | |

You Bought 7 at 3.4156

Symbol : TRCH

DESCRIPTION and DISCLOSURES
TORCHLIGHT ENERGY RESOURCES INC
WE HAVE ACTED AS AGENT.

Principal Amount 23.91
Settlement Amount 23.91



ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE