NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: **Meta Materials** | Case Number: **24-50792** | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

    YANINA GALAN
    4024 THORN HILL WAY
    MODESTO, CA 95356

    Telephone Number: 209 247-9617

    ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

    ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

    ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

    AM
    RECEIVED AND FILED
    DEC 18 2024
    U.S. BANKRUPTCY COURT
    MARY A. SCHOTT, CLERK

    COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: **5NI75303** | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

    Yanina Galan
    85 willow road, menlo park, CA 94025
    Telephone Number: 650-940-2700

3. **Date Equity Interest was acquired:**

    BETWEEN JUNE 29 2021 - NOV 8 2023

4. Total amount of member interest: **51,500 shares for $65,703.36**
5. Certificate number(s): **see attached ducumentation**

6. **Type of Equity Interest:**
    Please indicate the type of Equity Interest you hold:
    ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
    ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
    Description: **investor**

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
    DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Yanina Galan
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature) _Yn Gn_   (Date) 12-14-24

Telephone number: 209 247-9617   email: yaninagalan@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

MMATQ - $0.00 | Robinhood

urce=lists_section_position

ding platform is here—at no extra cost. **Try Robinhood Legend**

Rewards  Investing  Crypto  Spending  Retirement  No

Buy MMATQ  **Sell MM**

You can close out your p
but you cannot purchas

$0.65 buying

Individ

+ Add

r average cost

**27.58**

res                                              515

tfolio diversity                          0.00%

**Enroll in Stock Lending Program**



1D  1W  1M  3M  YTD  1Y  5Y  MAX

Your market value

**$0.00**

Today's return                                      -$51.50 (-100.00%)

Total return                                        -$65,703.36 (-100.00%)

Your ave

$127.

Shares

Portfoli

# Stock Lending

Robinhood Markets Inc
85 Willow Road
Menlo Park, CA 94025
650-940-2700



Yanina Galan
4024 Thornhill Way
Modesto, CA 95356

**Master Account Number for Import:**
501497143
**Document ID for Import:**
Q5GJ4Y9EJZR

**Enclosed is your 2022 Consolidated Tax Statement. 1099 Tax Forms for the following accounts are included in this package:**

    501497143 - Robinhood Securities LLC

**New for 2022 Tax Year** - Where applicable, 1099 Tax Forms for Robinhood Securities, Robinhood Crypto, and Robinhood Money are being consolidated into one package and reported under our parent entity, Robinhood Markets Inc. We have done this to ensure all forms that you need are provided at the same time in this consolidated package.

**Important** - Please utilize the Master Account Number and Document ID listed above if filing through tax service providers such as TurboTax or H&R Block. The Document ID is necessary in order to directly import your 1099 data into the tax software so that you do not need to manually enter each transaction. This year there is only one Master Account Number and Document ID that needs to be used to import all of your data across all accounts and 1099s (including crypto). Please note that tax software providers may have limits on the total number of transactions that can be directly imported using the Document ID.

**CSVs** - In addition, a CSV file which includes the same information that is reported on your 1099 forms will be provided. The CSV is not a separate 1099. It is being provided as a supplement in a format that may be more helpful if you have a large number of transactions or if you are not using the Document ID to import all of your Securities, Crypto and Money activity. Tax software providers may have limits on the total number of transactions that can be uploaded and CSV files may not be compatible with tax service providers such as TurboTax or H&R Block.

**Robinhood Retirements Accounts** - If you had any reportable distributions or contributions within a Robinhood Retirement account, your 2022 tax forms 1099-R and/or 5498 will be delivered separately. Retirement accounts will be reported under Robinhood Securities LLC and will have their own unique Doc IDs for import to tax software providers such as TurboTax or H&R Block.

Robinhood Markets Inc. as agent for
Robinhood Securities LLC

Account: 501497143

## Non-Reportable Actions

**2022**                                                                                 02/01/2023

| Security Description | CUSIP and/or symbol | Date | Quantity | Amount | Transaction type | Notes |
|---|---|---|---|---|---|---|
| META METALS INC PREFERRED (SERIES A) | 59134N203 | 12/13/22 | -5,492.00 | 0.00 | Merger | |
| NEXT BRIDGE HYDROCARBONS INC. | 59194371 | 12/13/22 | 5,492.00 | 0.00 | Merger | |

# Robinhood Securities LLC

## Non-Reportable Actions

Account 501497143    02/11/2022

### 2021

| Security Description | CUSIP and/or symbol | Date | Quantity | Amount | Transaction type | Notes |
|---|---|---|---|---|---|---|
| META METALS INC PREFERRED (SERIES A) | 59134N203 | 07/07/21 | 5,492.00 | 0.00 | Stock spinoff | |
| WPX ENERGY, INC. | 98212B103 | 01/07/21 | -1.00 | 0.00 | Merger | |

| Robinhood Securities LLC | | Proceeds Not Reported to the IRS | | | | Account  501497143 02/11/2022 |
|---|---|---|---|---|---|---|

**2021**

*This section of your tax information statement provides proceeds transactions that are not reported to the IRS, but may have a tax impact. They are grouped by term (long, short or undetermined). For tax lots whose term is undetermined, use your historical documents to establish the cost basis and date of purchase.*

*Several columns include both an amount and a qualifying notation to its right. Where proceeds are the result of an option exercise or assignment, there is indication of whether the amount is N (net of option premium) or G (Gross). Accrued Market Discount and Wash Sale Loss Disallowed appear in the same column, identified by the letters D or W, respectively. Where you are not permitted to recognize a loss, an indication of X (change in control or capital structure) or Z (other corporate action) is used.*

*Some tax lots may have notations in the column of additional information because they require special treatment on your tax returns. Sales of securities such as Contingent Payment Debt Instruments (CPDI) are marked as "Ordinary" because gains and losses on these instruments generally do not qualify as short- or long-term capital transactions. Similarly, sales of collectibles, noted as "3 - Proceeds from Collectibles [X]" are handled distinctly under the tax code. You may wish to consult with your tax advisor; the IRS or your state tax authority regarding the proper treatment for these scenarios. With further regard to Box 3, there is also a checkmark to indicate the proceeds of sale are from a Qualified Opportunity Zone Fund investment - a QOF. If the proceeds are from a QOF the Additional information column will reflect the following - "3 - [X] Proceeds from QOF." The tax treatment for QOF investments can be complex and you may wish to consult your tax advisor about such sales.*

**SHORT TERM TRANSACTIONS [Ordinary gains or losses are identified in the Additional information column]**
Report on Form 8949, Part I, with Box C checked.

| Description of property Date sold or disposed | Quantity | Proceeds & Reported (G)ross or (N)et | Date acquired | Cost or other basis | Accrued mkt disc (D) & Wash sale loss disallowed (W) | Gain or loss(-) & Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| DEVON ENERGY CORPORATION / CUSIP: 25179M103 / Symbol: | | | | | | | |
| 01/13/21 | 0.517 | 9.41 | 04/20/20 | 3.81 | ... | 5.60 | Gain or loss |
| META MATERIALS INC. COMMON STO CK / CUSIP: 59134N104 / Symbol: | | | | | | | |
| 07/06/21 | 0.042 | 0.39 | 05/17/21 | 0.17 | ... | 0.22 | Gain or loss |
| META METALS INC PREFERRED (SER IES A) / CUSIP: 59134N203 / Symbol: | | | | | | | |
| 10/15/21 | 0.569 | 0.50 | 05/17/21 | 0.00 | ... | 0.50 | Gain or loss |
| Totals: | | 10.30 | | 3.98 | ... | 6.32 | |