NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: Meta Materials, Inc

Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Randi Cherill
   6 Highland Blvd
   East Hampton NY 11937

   Telephone Number: 631 375 4626

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 17 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
Merrill Edge:
CMA - Edge 5F598691 ; Roth IRA - Edge 5F5-99R19

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Randi Cherill
   Merrill Document Processing / PO Box 31024
   Tampa FL 33631-3024
   Telephone Number: (877) 653 4732

3. Date Equity Interest was acquired:
   Between 2/9/2021 - 4/12/23
   * Please see Attached Documentation

4. Total amount of member interest: 242 shares for $42,953.27
   21 shares for $11,656.52

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Randi Cherill
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature)  12/5/24  (Date)

Telephone number: 631 375 4626   email: rcherill413@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

## META MATERIALS INC, MMATQ

| Total Value As of 12/13/2024 | Market Price As of 12/13/2024 | Held Since | Quantity | Unrealized Gain/(Loss) As of 12/13/2024 | |
|---|---|---|---|---|---|
| $0.00 | $0.00 | 02/09/2021 | 263 | Short Term | 0.00 |
| | | | | Long Term | 0.00 |

Research | Trade | Transfer

Open Lots | Closed Lots

As of 12/13/2024

| Account | Quantity | Unit Cost ($) | Cost Basis ($) | Accrued Interest($) | Price($) | Value($) | Gain/Loss ($) | Gain/Loss (%) |
|---|---|---|---|---|---|---|---|---|
| Roth IRA Roth IRA-Edge 5F5-99R19 | 21 | 555.07 | 11,656.52 | -- | 0.00 | -- | -- | -- |

| Acquisition Date | Quantity | Unit Cost ($) | Cost Basis ($) | | | Value($) | Gain/Loss ($) | Gain/Loss (%) |
|---|---|---|---|---|---|---|---|---|
| 11/21/2022 | 5.2366 | 193.45 | 1,013.00 | | | -- | -- | -- |
| 06/21/2021 | 0.7856 | 1,695.51 | 1,331.99 | | | -- | -- | -- |
| 06/17/2021 | 2.9327 | 965.50 | 2,831.53 | | | -- | -- | -- |
| 04/21/2021 | 0.0471 | 305.73 | 14.40 | | | -- | -- | -- |
| 04/21/2021 | 0.2619 | 305.46 | 80.00 | | | -- | -- | -- |
| 04/21/2021 | 3.6659 | 305.52 | 1,120.00 | | | -- | -- | -- |
| 04/21/2021 | 0.7384 | 305.53 | 225.60 | | | -- | -- | -- |
| 02/17/2021 | 7.3318 | 687.42 | 5,040.00 | | | -- | -- | -- |

| Account | Quantity | Unit Cost ($) | Cost Basis ($) | Accrued Interest($) | Price($) | Value($) | Gain/Loss ($) | Gain/Loss (%) |
|---|---|---|---|---|---|---|---|---|
| BROKERAGE RC CMA-Edge 5F5-98691(Wash Sale) | 242 | 177.49 | 42,953.27 | -- | 0.00 | -- | -- | -- |

### News

No news available.

**Learn more about this security**

More News »

Ratings | **Fundamentals** | Margin Details

| | |
|---|---|
| Asset Class | Equities |
| Sector | Information Technology |
| Industry | Semiconductors |
| Size & Style | Equities Blend |
| CUSIP | 59134N302 |
| Exchange | OTC |
| Previous Close ($) | 0.00 |
| 52 Week Range ($) | 0.00 - 9.00 |
| Price / Earnings | 0.00 |

The data displayed is for informational purposes only. Your account statement is the official record of your holdings and balances.

Review a description of the third-party ratings methodology.

Please note: None of Bank of America, Merrill or any affiliates, bears any responsibility or liability with respect to third-party research made available. Clients should understand that they assume full responsibility for any trading decisions they make based upon third-party ratings or reports.

Prices, quotes, market values and volumes are based on NASDAQ Basic or consolidated market quote, unless otherwise indicated. Acquisition Costs are not adjusted for stock splits, etc.

Positions are net and cost basis excludes fractional shares. Sector Classifications based on Global Industry Classification Standard ("GICS").

Third-party stock research may be available; select this link to access.

The Gain/Loss percentage is provided to help you monitor the performance of specific holdings; because the figure is affected by a particular holding period and transaction history, it should not be used to compare mutual fund performance. Please refer to the fund's prospectus for standardized performance information on each mutual fund in the account. Past performance is no guarantee of future returns.

When there is a Short Position in a classification bucket for a Managed Account or Pooled Investment Product, the market value of this position will show in the Managed Assets Short Allocations balance. This negative balance is not included as an Analyzable Asset.

| META MATERIALS INC, MMATQ | | | | |
|---|---|---|---|---|
| Total Value<br>As of 12/13/2024 | Market Price<br>As of 12/13/2024 | Held Since | Quantity | Unrealized Gain/(Loss)<br>As of 12/13/2024 |
| $0.00 | $0.00 | 02/09/2021 | 263 | Short Term  0.00<br>Long Term  0.00 |

Research | Trade | Transfer

Open Lots | Closed Lots

As of 12/13/2024

| Account | Quantity | Unit Cost ($) | Cost Basis ($) | Accrued Interest($) | Price($) | Value($) | Gain/Loss ($) | Gain/Loss (%) |
|---|---|---|---|---|---|---|---|---|
| Roth IRA<br>Roth IRA-Edge 5F5-99R19 | 21 | 555.07 | 11,656.52 | -- | 0.00 | -- | -- | -- |
| BROKERAGE RC<br>CMA-Edge 5F5-98691(Wash Sale) | 242 | 177.49 | 42,953.27 | -- | 0.00 | -- | -- | -- |

| Acquisition Date | Quantity | Unit Cost ($) | Cost Basis ($) | Value($) | Gain/Loss ($) | Gain/Loss (%) |
|---|---|---|---|---|---|---|
| 04/12/2023 | 30.1158 | 37.85 | 1,140.00 | -- | -- | -- |
| 04/03/2023 | 30.1200 | 41.80 | 1,258.95 | -- | -- | -- |
| 03/28/2023 | 25.1000 | 42.48 | 1,066.25 | -- | -- | -- |
| 02/10/2023 | 5.0200 | 82.82 | 415.75 | -- | -- | -- |
| 02/10/2023<br>Cost Basis adjusted for Wash Sale | 20.0800 | 90.99 | 1,827.14 | -- | -- | -- |
| 01/27/2023 | 15.0600 | 99.47 | 1,498.05 | -- | -- | -- |
| 11/21/2022 | 15.0600 | 203.19 | 3,060.00 | -- | -- | -- |
| 10/12/2022 | 10.0400 | 85.56 | 859.00 | -- | -- | -- |
| 08/18/2022 | 10.0400 | 87.83 | 881.80 | -- | -- | -- |
| 08/02/2022 | 10.0400 | 88.17 | 885.20 | -- | -- | -- |
| 07/08/2022 | 10.0400 | 103.13 | 1,035.46 | -- | -- | -- |
| 05/31/2022 | 2.0080 | 182.77 | 367.00 | -- | -- | -- |
| 05/03/2022 | 5.0200 | 123.01 | 617.50 | -- | -- | -- |
| 02/24/2022 | 5.0200 | 155.14 | 778.82 | -- | -- | -- |
| 01/14/2022 | 2.0080 | 213.65 | 429.00 | -- | -- | -- |
| 12/30/2021 | 2.0080 | 261.70 | 525.50 | -- | -- | -- |
| 12/03/2021 | 2.0080 | 315.74 | 634.00 | -- | -- | -- |
| 11/30/2021 | 3.0120 | 353.06 | 1,063.41 | -- | -- | -- |
| 10/29/2021 | 1.0040 | 468.63 | 470.50 | -- | -- | -- |
| 10/15/2021 | 2.0080 | 504.48 | 1,013.00 | -- | -- | -- |
| 10/15/2021 | 4.0160 | 568.38 | 2,282.60 | -- | -- | -- |
| 10/13/2021 | 2.0080 | 520.82 | 1,045.80 | -- | -- | -- |
| 09/17/2021 | 3.0120 | 483.72 | 1,456.95 | -- | -- | -- |
| 07/23/2021 | 2.0080 | 338.16 | 679.02 | -- | -- | -- |
| 07/14/2021 | 2.5100 | 374.18 | 939.20 | -- | -- | -- |
| 06/25/2021 | 1.6566 | 932.27 | 1,544.40 | -- | -- | -- |
| 06/25/2021 | 0.8534 | 977.09 | 833.85 | -- | -- | -- |
| 06/25/2021 | 1.7570 | 991.00 | 1,741.18 | -- | -- | -- |
| 06/17/2021 | 0.7530 | 1,002.66 | 755.00 | -- | -- | -- |
| 06/16/2021 | 0.8032 | 1,194.22 | 959.20 | -- | -- | -- |
| 06/14/2021 | 1.5060 | 780.88 | 1,176.00 | -- | -- | -- |

| Account | Quantity | Unit Cost ($) | Cost Basis ($) | Accrued Interest($) | Price($) | Value($) | Gain/Loss ($) | Gain/Loss (%) |
|---|---|---|---|---|---|---|---|---|
| Acquisition Date | Quantity | Unit Cost ($) | Cost Basis ($) | | | Value($) | Gain/Loss ($) | Gain/Loss (%) |
| 06/04/2021 | 0.2761 | 551.54 | 152.28 | | | -- | -- | -- |
| 06/04/2021 | 0.5221 | 565.10 | 295.04 | | | -- | -- | -- |
| 06/04/2021 | 0.5221 | 563.72 | 294.32 | | | -- | -- | -- |
| 05/18/2021 | 2.4347 | 436.23 | 1,062.10 | | | -- | -- | -- |
| 02/16/2021 | 7.5300 | 834.66 | 6,285.00 | | | -- | -- | -- |
| 02/09/2021 | 5.0200 | 323.71 | 1,625.00 | | | -- | -- | -- |

**News**

No news available.

**Learn more about this security**

More News »

Ratings | **Fundamentals** | Margin Details

| | |
|---|---|
| Asset Class | Equities |
| Sector | Information Technology |
| Industry | Semiconductors |
| Size & Style | Equities Blend |
| CUSIP | 59134N302 |
| Exchange | OTC |
| **Previous Close ($)** | **0.00** |
| 52 Week Range ($) | 0.00 - 9.00 |
| Price / Earnings | 0.00 |

The data displayed is for informational purposes only. Your account statement is the official record of your holdings and balances.

Review a description of the third-party ratings methodology.

Please note: None of Bank of America, Merrill or any affiliates, bears any responsibility or liability with respect to third-party research made available. Clients should understand that they assume full responsibility for any trading decisions they make based upon third-party ratings or reports.

Prices, quotes, market values and volumes are based on NASDAQ Basic or consolidated market quote, unless otherwise indicated. Acquisition Costs are not adjusted for stock splits, etc.

Positions are net and cost basis excludes fractional shares. Sector Classifications based on Global Industry Classification Standard ("GICS").

Third-party stock research may be available; select this link to access.

The Gain/Loss percentage is provided to help you monitor the performance of specific holdings; because the figure is affected by a particular holding period and transaction history, it should not be used to compare mutual fund performance. Please refer to the fund's prospectus for standardized performance information on each mutual fund in the account. Past performance is no guarantee of future returns.

When there is a Short Position in a classification bucket for a Managed Account or Pooled Investment Product, the market value of this position will show in the Managed Assets Short Allocations balance. This negative balance is not included as an Analyzable Asset.

**Classification of Securities**
For Asset Class, Sector or Size and Style Analysis, securities are generally classified by asset class, sector, size and style and, for Fixed Income, maturity.

Domestic equities are generally classified by size/style category and fixed income (domestic and foreign) classified by maturity. Foreign equities are classified as international.

For Size and Style, security classification is as follows: a capitalization breakpoint of $18.90 billion defines the size (Large Cap or Small/Mid Cap) classification for domestic equity securities. The style (Growth or Value) for these securities is defined by a proprietary procedure, which utilizes a series of quantitative and qualitative metrics (e.g. expected earnings growth, analyst coverage, etc.).

Sector classifications are based on Global Industry Classification Standard ("GICS"). Source: Morgan Stanley Capital International ("MSCI") and Standard & Poor's ("S&P"), a division of the McGraw Hill Companies, Inc.