NVB 3601 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor: **META Materials INC**

Case Number: **24-50792**

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

**Robert Kalina
7168 Cliffrose Dr.
Colorado Springs CO
80925**

Telephone Number: **719-358-3642**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED
DEC 17 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: **See Attached**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

**Robert Kalina**
Telephone Number: **WEBULL 888-828-0618
Schwab 877-519-1403**

**3.** Date Equity Interest was acquired:

**Between 06/01/2021-current
Please see attached**

**4.** Total amount of member interest: **3,000**

**5.** Certificate number(s):

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: **Investor**

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Robert Kalina**
Title:
Company:___ Address and telephone number (if different from notice address above):
_____
_____

(Signature) **R Kalina**    (Date) **12-15-24**
Telephone number: **719-358-3642**    email: **lotuselise1@gmail.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

< **Individual Cash**

**Assets**　P&L　Orders(0)　Transfers　Histor



**Invest with as little as $5**　✕

Start with $5 👆

**My Positions(7)** ⌄　⚒ Trade

| Stocks & Options | t Value/Qty | Open P&L | ⌄ |
|---|---|---|---|
| | 20.34 6 | 3.39 $31.57 | |
| | 1.59 1 | 1.59 $648.79 | |
| | 1.54 1 | 1.54 $32.00 | |
| MMATQ Meta Materials... | 1.90 19 | 0.1000 $198.17 | |
| | 0.34 27 | 0.0127 $28.45 | |
| | 0.00 12 | 0.0003 $33.96 | |
| | 0.00 | 0.0001 | |

Currently
In
CASH
Account
CUS8UD35
WEBULL

Robert
Kalina

*June 1, 2021 - June 30, 2021*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 2 OF 9

ACCOUNT NUMBER    **5MX-82977-15  RR WEA**

**ROBERT KALINA**

## ◤ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | O | 1.086 | $7.49 | $8,134.14 | | N/A | | 99.913% |
| **Total Equities** | | | | | **$8,134.14** | | | | **99.913%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$7.10** | | | | **0.087%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$8,141.24** | | | | |

## ◤ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 06/18/21 | M | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 19 | $6.1595 | $117.03 | |
| **Total Buy / Sell Transactions** | | | | | | **$117.03** | |
| **DIVIDENDS AND INTEREST** | | | | | | | |
| INTEREST | 06/14/21 | C | FULLYPAID LENDING REBATE DUE 12/31/35 May2021 REBATE Security Number: 8587337 | | | | $5.28 |
| **Total Dividends And Interest** | | | | | | | **$5.28** |

Robert Kalina

WEBULL

| Name | Symbol | Side | Status | Filled | Total Qty | Price | Avg Price | Time-in-Force | Placed Time | Filled Time |
|------|--------|------|--------|--------|-----------|-------|-----------|---------------|-------------|-------------|
| Meta Materials Inc | MMATQ | Buy | Filled | 530 | 530 | @0.188 | 0.188 | DAY | 07/06/2023 13:41:25 EDT | 07/06/2023 13:41:25 EDT |



## Schwab One® Account of

ROBERT A KALINA

| Account Number | Statement Period |
|---|---|
| 1251-6995 | November 1-30, 2024 |

### Account Summary



| | | Ending Account Value as of 11/30 | Beginning Account Value as of 11/01 |
|---|---|---|---|
| | | $169.07 | $142.94 |

| | This Statement | YTD |
|---|---|---|
| Beginning Value | $142.94 | $540.16 |
| Deposits | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 |
| Dividends and Interest | 0.00 | 0.00 |
| Transfer of Securities | 0.00 | 0.00 |
| Market Appreciation/(Depreciation) | 26.13 | (371.09) |
| Expenses | 0.00 | 0.00 |
| **Ending Value** ʷ | **$169.07** | **$169.07** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

### Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
-800-435-4000
4/7 Customer Service

For the most current records on your account
visit schwab.com/login. Statements are
archived up to 10 years online.

### Commitment to Transparency

Client Relationship Summaries and Best Interest
disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

### Online Assistance

Visit us online at schwab.com

Visit schwab.com/stmt to explore the features
and benefits of this statement.

/29-00000-ID2061610-103516

ROBERT A KALINA
7168 CLIFFROSE DR
COLORADO SPRINGS CO

80925-9413

1 of



**Schwab One® Account** of

ROBERT A KALINA

Statement Period
November 1-30, 2024

## Positions - Summary

| Beginning Value as of 11/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 11/30 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $142.94 | | $0.00 | | $0.00 | | $0.00 | | $26.13 | | $169.07 | $8,337.04 i | ($5,011.78) i |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acc |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK USA NA x,z | | | 10.18 | 10.18 | 0.00 | | 0.10% | 6% |
| **Total Cash and Cash Investments** | | | | | **$10.18** | **$10.18** | **$0.00** | | | 6% |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acc |
|---|---|---|---|---|---|---|---|---|---|
| | F | 1.0000 | 15.88000 | 15.88 | 3.24 | 12.64 | N/A | 0.00 | 9% |
| | | 4,350.0000 | 0.00080 | 3.48 | 110.05 | (106.57) | N/A | 0.00 | 2% |
| | | 5.0000 | 0.03010 | 0.15 | 0.00 | 0.15 | N/A | 0.00 | <1% |
| | | 50.0000 | 0.03010 | 1.51 | 95.60 | (94.09) | N/A | 0.00 | <1% |
| | INTL | 16,663.0000 | 0.00309 | 51.49 | 2,041.65 | (1,990.16) | N/A | 0.00 | 30% |
| MMATQ | META MATLS INC | 20.0000 | 0.06100 | 1.22 | 2,549.07 | (2,547.85) | N/A | 0.00 | <1% |
| | | 300.0000 | 0.28386 | 85.16 | 264.86 | (179.70) | N/A | 0.00 | 50% |
| | | 142,000.0000 | 0.00000 | 0.00 | 106.20 | (106.20) | N/A | 0.00 | |
| **Total Equities** | | | | **$158.89** | **$5,170.67** | **($5,011.78)** | | **$0.00** | 94% |

Robert
Kalina

Schwab-TDA          Acct 1251-6995

"Date","Action","Symbol","Description","Quantity","Price","Fees & Comm","Amc
"01/29/2024","Reverse Split","MMAT","META MATLS INC","20","","",""
"02/21/2023","Journaled Shares","MMAT","TDA TRAN - TRANSFER OF
SECURITY OR OPTION OUT (MMAT)","-1,941","","",""
"02/21/2023","Internal Transfer","MMAT","META MATLS INC","1,941","","",""
"05/13/2022","Buy","MMAT","TDA TRAN - Bought 24 (MMAT)
@1.4199","24","$1.4199","","-$34.08"
"04/29/2022","Buy","MMAT","TDA TRAN - Bought 4 (MMAT)
@1.2299","4","$1.2299","","-$4.92"
"04/29/2022","Buy","MMAT","TDA TRAN - Bought ...130 (MMAT)
@1.2689","130","$1.2689","","-$164.96"
"04/04/2022","Buy","MMAT","TDA TRAN - Bought 2 (MMAT)
@1.6099","2","$1.6099","","-$3.22"
"03/11/2022","Buy","MMAT","TDA TRAN - Bought 1 (MMAT)
@1.6059","1","$1.6059","","-$1.61"
"01/12/2022","Buy","MMAT","TDA TRAN - Bought 1 (MMAT)
@2.2945","1","$2.2945","","-$2.29"
"01/06/2022","Buy","MMAT","TDA TRAN - Bought 2 (MMAT)
@2.5041","2","$2.5041","","-$5.01"
"08/17/2021","Buy","MMAT","TDA TRAN - Bought 1 (MMAT)
@2.9899","1","$2.9899","","-$2.99"
"08/16/2021","Buy","MMAT","TDA TRAN - Bought 1 (MMAT)
@3.0455","1","$3.0455","","-$3.05"
"07/09/2021","Journaled Shares","MMAT","TDA TRAN - MANDATORY -
EXCHANGE (MMAT)","1,765","","",""
"06/28/2021","Journaled Shares","MMAT","TDA TRAN - MANDATORY
REVERSE SPLIT (MMAT)","10","","",""

**Take a break, Tour a home**

*Robert Kalina     TDA Account*

**Statement for Account # 235-014128**
02/01/21 - 02/28/21

## Online Cash Services Summary

| Description | Current | | Year To Date |
|---|---|---|---|
| **CREDITS** | | | |
| Electronic Transfer | $ 2,000.00 | | $ 2,000.00 |
| *Subtotal* | 2,000.00 | | 2,000.00 |
| **TOTAL** | 2,000.00 | | 2,000.00 |

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| METAMATERIAL INC COM | MMATF | 853 | $ 2.6606 | $2,269.47 | 02/16/21 | $ 1,968.15 | $ 2.31 | $ 301.32 | $ - | - |
| TORCHLIGHT ENERGY RESOURCES IN COM | TRCH | 9 | 2.48 | 22.32 | 02/17/21 | 30.44 | 3.38 | (8.12) | - | - |
| **Total Stocks** | | | | $2,291.79 | | $1,998.59 | | $293.20 | $0.00 | 0.0% |
| **Total Cash Account** | | | | $2,291.79 | | $1,998.59 | | $293.20 | $0.00 | 0.0% |

## Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| **CREDITS** | | | |
| Electronic Transfer | 02/16/2021 | ACH IN | $ 1,000.00 |
| | 02/19/2021 | ACH IN | 1,000.00 |
| *Subtotal* | | | 2,000.00 |
| **TOTAL** | | | 2,000.00 |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$ 0.00** |
| 02/12/21 | 02/16/21 | Cash | - Funds Deposited | ACH IN | - | - | $ 0.00 | $ 1,000.00 | 1,000.00 |
| 02/16/21 | 02/16/21 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (1,000.00) | 0.00 |

**page 2 of 4**