NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: METE MATERIALS INC. | Case Number: 24-50792-hlb | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   JEFF LANE
   10 SOUTHRIDGE DR
   STANDISH, ME 04084

   Telephone Number: 207-776-5575

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 17 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
1776-5453

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   Charles Schwab
   Telephone Number: 800-435-4000

3. Date Equity Interest was acquired:
   2024 - see enclosed for specific dates

4. Total amount of member interest: 200

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: JEFF LANE
Title: INDIVIDUAL
Company: ___ Address and telephone number (if different from notice address above):

(Signature) Jeff Lane   (Date) 12/13/2024

Telephone number: 207-776-5575   email: mrjbL1967@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

## Lot Details: MMATQ - META MATLS INC CLASS EQUITY

☑ Show Transaction Cost  🔘 Cost Basis Calculator  ❓ Help  ⬇ Export  🖨 Print

| Open Date<br>*Transaction Open* | Quantity | Price | Cost/Share<br>*Transaction CPS* | Market Value | Cost Basis<br>*Transaction CB* | Gain/Loss $<br>*Transaction G/L $* | Gain/Loss %<br>*Transaction G/L %* | Holding Period |
|---|---|---|---|---|---|---|---|---|
| 05/20/2024 | 64 | $0.00 | $4.47 | $0.00 | $286.22 | -$286.22 | -100% | Short Term |
| 04/09/2024 | 2 | $0.00 | $3.97 | $0.00 | $7.94 | -$7.94 | -100% | Short Term |
| 04/08/2024 | 88 | $0.00 | $4.04 | $0.00 | $355.87 | -$355.87 | -100% | Short Term |
| 04/08/2024 | 34 | $0.00 | $4.18 | $0.00 | $142.12 | -$142.12 | -100% | Short Term |
| 04/08/2024[1]<br>*04/08/2024* | 11 | $0.00 | $5.92<br>*$4.18* | $0.00 | $65.16<br>*$45.98* | -$65.16<br>*-$45.98* | -100%<br>*-100%* | Short Term<br>*Disallowed Loss $19.18* |
| 01/08/2024[1]<br>*04/08/2024* | 1 | $0.00 | $6.55<br>*$4.04* | $0.00 | $6.55<br>*$4.04* | -$6.55<br>*-$4.04* | -100%<br>*-100%* | Short Term<br>*Disallowed Loss $2.51* |
| **Total** | **200** | | | | **$863.86** | **-$863.86** | **-100%** | |

1. Wash Sale activity has adjusted this cost. For additional information, click here.