NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: Meta materials , INC | Case Number: 24-50792 |
|---|---|

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Aimen Sarsour
3440 greenview ter E
Margate Fl 33063

Telephone Number: 9549183694

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED

DEC 18 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

AM

COURT USE ONLY

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.**

Account or other number by which Interest holder identifies Debtor:
Webull #5NO14795    Etrade 49846273
Robinhood #556767143    Td ****8083

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Aimen sarsour
Webull 44 wallstreet 2nd floor
NY,NY 10005    18888280618
Robinhood 85 willow rd
Menlo Park ,CA 94025
(888) 275-8523
**Telephone Number:** Td 200 s 108th ave

**3. Date Equity Interest was acquired:**
06-1-2022- 12/1/2022

**4. Total amount of member interest:** 80,000

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, ifany.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Aimen sarsour
Title:
Company:___ Address and telephone number (if different from notice address above):
_____

(Signature)

(Date)

Telephone number: 9549183694    email: Aimen64@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]    [ Save Form ]    [ Clear Form ]

Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, TX  75201

 **Webull**
Webull Financial LLC

Account Number: 5NO-14795

OFFICE SERVING YOU
WEBULL FINANCIAL LLC - HOUSE
917-725-2448

AIMEN SARSOUR
871 NW 85TH TER
FORT LAUDERDALE FL  33324-1249

## Transaction Confirmation

THANK YOU for letting Apex Clearing Corporation ("Apex") serve you (the "Customer", "you", or "your") directly or through your brokerage firm (the "Introducing Broker") or registered investment advisor ("RIA"). Amounts or securities due must be received in Apex's office on or before the settlement date shown.

1. All orders are received and executed subject to the rules, regulations and customs of the SEC, FINRA, MSRB, FRB and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934 and Apex, if any.

2. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which will permit the commingling thereof with securities of other customers, all without further notice to the Customer.

3. If shares loaned for a short sale are no longer available, Apex reserves the right to decide, by random selection, which positions will be subject to a buy-in.

4. Upon written request and where available, further details of items herein may be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of any commissions and fees and the remuneration details, if any, to Apex, or your Introducing Broker or RIA for directing orders to select market centers or market participants.

5. To the extent any bonds, asset backed, preferred, or other securities mentioned herein have provisions that may cause a call or prepayment, the details and the effect on the yield shown here are available on written request. In addition, zero coupon bonds do not have periodic payments, may be callable below maturity value and if callable and in bearer form, are callable without notice by mail unless registered.

6. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise on this trade confirmation.

7. Any ratings data (which is subject to change) that may be provided, has been obtained from ratings services which Apex believes to be reliable, however, there is no guarantee of accuracy or completeness.

8. Good Till Cancel ("GTC") orders are "live" during regular trading hours. GTC orders are canceled by Apex each business day (canceled at the exchange or market center) at 4:00pm EDT, with the exception of certain broad based ETF options that trade until 4:15pm EDT. GTC orders are resubmitted by Apex at the start of each trading day (prior to 9:30am EDT). Time Priority will be reset each day as the order arrives at the exchange or market center. If a GTC order receives a partial execution and is not fully executed, the order quantity will adjust to the remaining quantity for the next business day. Commissions may be charged each day that the order receives one or more partial executions. Please contact Apex,your Introducing Broker or RIA for more specific details. Until cancellation of the GTC order, all open orders will be considered good. When entering a substitute order or changing an existing order, the responsibility for cancelling the original GTC order rests upon the Customer, Introducing Broker or RIA with discretionary trading authority. Therefore, if a Customer, Introducing Broker or RIA with discretionary trading authority fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) may be entered into Customer's account.

9. Failure of Customer to notify Apex in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

10. Mutual Funds: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. Upon selling your shares, you may pay a sales charge. For more detailed information and other data on fees etc. see the Prospectus, the Statement of Additional Information or contact your Introducing Broker or RIA.

11. The default Cost Basis Election or tax relief method used by Apex for tax reporting is First-In-First-Out ("FIFO") for Equities and Bonds and Average cost for Mutual Funds. Please contact your Introducing Broker if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Underwriting (market 7): the securities described herein are being sold pursuant to a registration statement or where prospectus is required.

13. Market Maker: where the phrase "Market Maker" (or similar language) appears on the front of this confirmation, your Introducing Broker is making a market in this security, i.e. buying or selling such security for its own account on a regular or continuous basis. It may, however, discontinue the maintenance of such market at any time, without notice.

14. Asset-Backed Securities: the actual yield received may vary according to the rate at which the underlying receivable or other financial assets are prepaid. Information concerning the factors that affect yield, including the estimated yield, the weighted average life and the prepayment assumptions underlying the yield, will be provided by your Introducing Broker or RIA upon written request.

15. Mortgage-Backed Securities transactions are subject to the PSA "Uniform Practices for Clearance and Settlement of Mortgage-Backed Securities".

16. Apex receives remuneration for directing orders to particular broker/dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transaction may be disclosed upon written request. Your Introducing Broker, that clears trades through Apex, will share in such payments or may directly receive payment for order flow for certain transactions. Details may be furnished upon written request.

17. Backup Withholding – If you have not provided us with your correct social security number / tax ID number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

18. Broker-dealers are assessed fees by various market centers on certain securities transactions and Apex charges transaction fees to cover these assessments. While Apex endeavors to collect amounts roughly equivalent to what Apex expect Apex's assessments to be, the actual amounts Apex charges as fees may be different than the amounts Apex is assessed by those market centers. Specific details regarding these fees may be available upon written request.

19. If the official statement/Prospectus is available, you can view them at emma.msrb.org.  In the event the official statement/Prospectus is not available on EMMA your Introducing Broker and/or Apex has an obligation to provide you with information during the primary offering period but no later than settlement date.

20. Payment of Interest to holders of Municipal Securities- you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes: | Account Types | Currency Codes: | CAP=Capacity in which your Introducing Broker or Apex has acted: |
|---|---|---|---|---|
| 1-New York Stock Exchange | 7-Underwriting | B = Buy | 1-Cash | AUD: Australian $ | 1-2, 4-5, 8 – As AGENT |
| 2-NYSE American | 8-Foreign Exchanges, Money Funds, | S = Sell | 2-Margin | CAD: Canadian $ | 3-As PRINCIPAL, your broker or Apex has bought from you or sold |
| 3-Other US Exchanges | Stock Dividends, Redemptions, | XFB = Cancel Buy | 3-Income | EUR: Euros | to you and may have received a profit or loss on the transaction |
| 4-Mutual Funds | "Reorgs" or Tenders | X#S = Cancel Sell | 4- Non-Negotiable | GBP: British Pounds | 6-As AGENT for both buyer and seller. |
| 5-Options | 9-Other | | 5-Short | HKD: Hong Kong $ | 7-As PRINCIPAL, your Broker or Apex has bought from you or sold |
| 6-Over-the-Counter/NASDAQ | | | 6-Special Subscription | JPY: Japan Yen | to you and may have received a profit or loss on the transaction |
| | | | 7-Description Available on Req. | MXN: Mexican Peso | 9-Other |
| ACCOUNTS CARRIED BY APEX CLEARING CORPORATION | | | 8-Descriotion Available on Req. | NZD: New Zealand $ | 0-Multiiele can./two or more of agent. principal. & agent for another) |
| MEMBER FINRA. SIPC & NYSE (214) 765-1055  TAX ID #13-2967453 | | | | | |



# Webull
Webull Financial LLC

Account cleared by
Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, Texas 75201

## Account Name: AIMEN SARSOUR

**Account Number: 5NO-14795**

| ct pe | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Tag Number | Net Amount | Trade# | M K T | C A P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | B | 06/06/22 | 06/08/22 | 800 | MMAT | 1.7799000 | 1,423.92 | 0.00 | 0.00 | 0.00 | P2624 | 1,423.92 | WEA0608 | 6 | 1 |
| sc: | META MATLS INC COMMON STOCK | | | | | | | | | Interest/STTax: | 0.00 | CUSIP: | 59134N104 | | |
| rrency: USD | | | ReportedPX: | | | | | | MarkUp/Down: | | | | | | |
| iller: | | | | | | | | | | | | | | | |
| | B | 06/06/22 | 06/08/22 | 43 | MMAT | 1.7800000 | 76.54 | 0.00 | 0.00 | 0.00 | Q6617 | 76.54 | WEA0608 | 6 | 1 |
| sc: | META MATLS INC COMMON STOCK | | | | | | | | | Interest/STTax: | 0.00 | CUSIP: | 59134N104 | | |
| rrency: USD | | | ReportedPX: | | | | | | MarkUp/Down: | | | | | | |
| iller: | | | | | | | | | | | | | | | |

SUMMARY FOR CURRENT TRADE DATE:     06/06/22
TOTAL SHARES BOUGHT:     843.00     TOTAL DOLLARS BOUGHT:     -1,500.46
TOTAL SHARES SOLD:     0.00     TOTAL DOLLARS SOLD:     0.00

Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, TX 75201



**Webull**
Webull Financial LLC

Account Number: 5NO-14795

OFFICE SERVING YOU
WEBULL FINANCIAL LLC - HOUSE
917-725-2448

AIMEN SARSOUR
871 NW 85TH TER
FORT LAUDERDALE FL  33324-1249

## Transaction Confirmation

THANK YOU for letting Apex Clearing Corporation ("Apex") serve you (the "Customer", "you", or "your") directly or through your brokerage firm (the "Introducing Broker") or registered investment advisor ("RIA"). Amounts or securities due must be received in Apex's office on or before the settlement date shown.
1. All orders are received and executed subject to the rules, regulations and customs of the SEC, FINRA, MSRB, FRB and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934 and Apex, if any.
2. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which will permit the commingling thereof with securities of other customers, all without further notice to the Customer.
3. If shares loaned for a short sale are no longer available, Apex reserves the right to decide, by random selection, which positions will be subject to a buy-in.
4. Upon written request and where available, further details of items herein may be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of any commissions and fees and the remuneration details, if any, to Apex, or your Introducing Broker or RIA for directing orders to select market centers or market participants.
5. To clear any bonds, asset backed, preferred, or other securities mentioned herein have provisions that may cause a call or prepayment, the details and the effect on the yield shown here are available on written request. In addition, zero coupon bonds do not have periodic payments, may be callable below maturity value and if callable and in bearer form, are callable without notice by mail unless registered.
6. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise on this trade confirmation.
7. Any ratings data (which is subject to change) that may be provided, has been obtained from ratings services which Apex believes to be reliable, however, there is no guarantee of accuracy or completeness.
8.Good Till Cancel ("GTC") orders are "live" during regular trading hours. GTC orders are canceled by Apex each business day (canceled at the exchange or market center) at 4:00pm EDT, with the exception of certain broad based ETF options that trade until 4:15pm EDT. GTC orders are resubmitted by Apex at the start of each trading day (prior to 9:30am EDT). Time Priority will be reset each day as the order arrives at the exchange or market center. If a GTC order receives a partial execution and is not fully executed, the order quantity will adjust to the remaining quantity for the next business day. Commissions may be charged each day that the order receives one or more partial executions. Please contact Apex, your Introducing Broker or RIA for more specific details. Until cancellation of the GTC order, all open orders will be considered good. When entering a substitute order or changing an existing order, the responsibility for cancelling the original GTC order rests upon the Customer, Introducing Broker or RIA with discretionary trading authority. Therefore, if a Customer, Introducing Broker or RIA with discretionary trading authority fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) may be entered into Customer's account.
9. Failure of Customer to notify Apex in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.
10. Mutual Funds: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. Upon selling your shares, you may pay a sales charge. For more detailed information and other data on fees etc. see the Prospectus, the Statement of Additional Information or contact your Introducing Broker or RIA.
11. The default Cost Basis Election or tax relief method used by Apex for tax reporting is First-In-First-Out ("FIFO") for Equities and Bonds and Average cost for Mutual Funds. Please contact your Introducing Broker if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.
12. Underwriting (market 7): the securities described herein are being sold pursuant to a registration statement or when prospectus is required.
13. Market Maker: where the phrase "Market Maker" (or similar language) appears on the front of this confirmation, your Introducing Broker is making a market in this security, i.e. buying or selling such security for its own account on a regular or continuous basis. It may, however, discontinue the maintenance of such market at any time, without notice.
14. Asset-Backed Securities: the actual yield received may vary according to the rate at which the underlying receivable or other financial assets are prepaid. Information concerning the factors that affect yield, including the estimated yield, the weighted average life and the prepayment assumptions underlying the yield, will be provided by your Introducing Broker or RIA upon written request.
15. Mortgage-Backed Securities transactions are subject to the PSA "Uniform Practices for Clearance and Settlement of Mortgage-Backed Securities".
16. Apex receives remuneration for directing orders to particular broker/dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transaction may be disclosed upon written request. Your Introducing Broker, that clears trades through Apex, will share in such payments or may directly receive payment for order flow for certain transactions. Details may be furnished upon written request.
17. Backup Withholding – If you have not provided us with your correct social security number / tax ID number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.
18. Broker-dealers are assessed fees by various market centers on certain securities transactions and Apex charges transaction fees to cover these assessments. While Apex endeavors to collect amounts roughly equivalent to what Apex expect Apex's assessments to be, the actual amounts Apex charges as fees may be different than the amounts Apex is assessed by those market centers. Specific details regarding these fees may be available upon written request.
19. If the official statement/Prospectus is available, you can view them at emma.msrb.org. In the event the official statement/Prospectus is not available on EMMA your Introducing Broker or Apex has an obligation to provide you with information during the primary offering period but no later than settlement date.
20. Payment of Interest to holders of Municipal Securities- you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | Currency Codes | CAP=Capacity in which your Introducing Broker or Apex has acted: |
|---|---|---|---|---|
| 1-New York Stock Exchange | 7-Underwriting | B = Buy | 1-Cash | AUD: Australian $ | 1-2, 4-5, 8 – As AGENT |
| 2-NYSE American | 8-Foreign Exchanges, Money Funds, | S = Sell | 2-Margin | CAD: Canadian $ | 3-As PRINCIPAL, your broker or Apex has bought from you or sold |
| 3-Other US Exchanges | Stock Dividends, Redemptions, | X#B = Cancel Buy | 3-Income | EUR: Euros | to you and may have received a profit or loss on the transaction |
| 4-Mutual Funds | "Reorgs" or Tenders | X#S = Cancel Sell | 4- Non-Negotiable | GBP: British Pounds | 6-As AGENT for both buyer and seller. |
| 5-Options | 9-Other | | 5-Short | HKD: Hong Kong $ | 7-As PRINCIPAL, your Broker or Apex has bought from you or sold |
| 6-Over-the-Counter/NASDAQ | | | 6-Special Subscription | JPY: Japan Yen | to you and may have received a profit or loss on the transaction |
| | | | 7-Description Available on Req. | MXN: Mexican Peso | 9-Other |
| | | | 8-Descrition Available on Req. | NZD: New Zealand $ | 0-Multiple one,(two or more of agent, principal, & agent for another) |

**ACCOUNTS CARRIED BY APEX CLEARING CORPORATION**
**MEMBER FINRA. SIPC & NYSE (214) 765-1055   TAX ID #13-2967453**

# Webull
Webull Financial LLC

**Account Number: 5NO-14795**  **Account Name: AIMEN SARSOUR**

Account cleared by
Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, Texas 75201

| Acct Type | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Tag Number | Net Amount | Trade# | M K T | C A P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | B | 08/16/22 | 08/18/22 | 100 | BBBY BED BATH & BEYOND INC ReportedPx: | 26.9000000 | 2,690.00 | 0.00 | 0.00 MarkUp/Down: | 0.00 Interest/STTax: | C1893 | 2,690.00 CUSIP: | 075896100 WEA0818 | 6 | 1 |
| | B | 08/16/22 | 08/18/22 | 100 | BBBY BED BATH & BEYOND INC ReportedPx: | 27.4700000 | 2,747.00 | 0.00 | 0.00 MarkUp/Down: | 0.00 Interest/STTax: | X7694 | 2,747.00 CUSIP: | 075896100 WEA0818 | 6 | 1 |
| | B | 08/16/22 | 08/18/22 | 100 | BBBY BED BATH & BEYOND INC ReportedPx: | 26.1800000 | 2,618.00 | 0.00 | 0.00 MarkUp/Down: | 0.00 Interest/STTax: | Y4468 | 2,618.00 CUSIP: | 075896100 WEA0818 | 6 | 1 |
| | S | 08/16/22 | 08/18/22 | 100 | BBBY BED BATH & BEYOND INC ReportedPx: | 21.3500000 | 2,135.00 | 0.00 | 0.06 MarkUp/Down: | 0.00 Interest/STTax: | A5112 | 2,134.94 CUSIP: | 075896100 WEA0818 | 6 | 1 |
| | S | 08/16/22 | 08/18/22 | 100 | BBBY BED BATH & BEYOND INC ReportedPx: | 25.0000000 | 2,500.00 | 0.00 | 0.07 MarkUp/Down: | 0.00 Interest/STTax: | G5202 | 2,499.93 CUSIP: | 075896100 WEA0818 | 6 | 1 |
| | S | 08/16/22 | 08/18/22 | 188 | BBBY BED BATH & BEYOND INC ReportedPx: | 23.9900000 | 4,510.12 | 0.00 | 0.13 MarkUp/Down: | 0.00 Interest/STTax: | J4513 | 4,509.99 CUSIP: | 075896100 WEA0818 | 6 | 1 |
| | S | 08/16/22 | 08/18/22 | 100 | BBBY BED BATH & BEYOND INC ReportedPx: | 25.2201000 | 2,522.01 | 0.00 | 0.07 MarkUp/Down: | 0.00 Interest/STTax: | T3989 | 2,521.94 CUSIP: | 075896100 WEA0818 | 6 | 1 |
| | S | 08/16/22 | 08/18/22 | 498 | MMAT META MATLS INC COMMON STOCK ReportedPx: | 0.9321000 | 464.19 | 0.00 | 0.00 MarkUp/Down: | 0.00 Interest/STTax: | X4403 | 464.19 CUSIP: | 59134N104 WEA0818 | 6 | 1 |

ProcessDate:08/16/2022

Currency: USD

## Account Number: 5NO-14795 — Account Name: AIMEN SARSOUR

| Product Type | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Tag Number | Net Amount | Trade# | M C / K A / T P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | B | 08/16/22 | 08/18/22 | 1,000 | MMAT | 0.9321000 | 932.10 | 0.00 | 0.00 | 0.00 | X3328 | 932.10 | WEA0818 | 6 1 |

rrency: USD
sc: META MATLS INC COMMON STOCK
ReportedPx:    MarkUp/Down:    Interest/STTax: 0.00    CUSIP: 59134N104

| | S | 08/16/22 | 08/18/22 | 290 | MMAT | 0.9390000 | 272.31 | 0.00 | 0.05 | 0.00 | L6362 | 272.26 | WEA0818 | 6 1 |

rrency: USD
sc: META MATLS INC COMMON STOCK
ReportedPx:    MarkUp/Down:    Interest/STTax: 0.00    CUSIP: 59134N104

SUMMARY FOR CURRENT TRADE DATE: 08/16/22
TOTAL SHARES BOUGHT: 1,798.00    TOTAL DOLLARS BOUGHT: -9,451.29
TOTAL SHARES SOLD: -778.00    TOTAL DOLLARS SOLD: 11,939.06

PAGE 1 OF 8

**December 1, 2022 - December 31, 2022**
Account Number:    4948-6273
Account Type:      INDIVIDUAL
Account Status:    Pro Elite

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-387-2331   etrade.com
Member SIPC

**Customer Update:**

**When to expect your 2022 tax documents**
Visit *etrade.com/tax* to see when you'll receive
1099s, 5498s, and other tax documents.

**Why not get your statements, confirmations, and
tax documents online?** Enroll for paperless delivery
today at *etrade.com/paperless*.

AIMEN SARSOUR
6172 N STATE ROAD 7
APT 308
COCONUT CREEK FL  33073-3657

E*TRADE Pro Elite
Investment Account

---

**Account At A Glance**

$17,193.75

$2,485.03

As of 11/30/22        As of 12/31/22

**Net Change:**                    **$-14,708.72**

---



DETACH HERE ▲

AIMEN SARSOUR
6172 N STATE ROAD 7
APT 308
COCONUT CREEK FL  33073-3657

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip     Acct: 4948-6273**

**Please do not send cash**

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL DEPOSIT** |  |

**E\*TRADE Pro Elite Investment Account**

**E\*TRADE from Morgan Stanley**

Please refer to the E\*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member SIPC. Your account is carried by ETS, Member SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-387-2331 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, processing needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/l/options-uninvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options.

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a

bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of options transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statement. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-387-2331 immediately or in writing at E\*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is a subsidiary of Morgan Stanley. If you have a complaint, please call 800-387-2331, or write to: E\*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
**\*\*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-387-2331 with any questions.

S1RB240 - 01/22

# E✱TRADE®
from Morgan Stanley

## E✱TRADE Pro Elite
### Investment Account

**Account Number:** 4948-6273

**Statement Period :** December 1, 2022 - December 31, 2022

**Account Type:** INDIVIDUAL

### Customer Update:

**Tax questions? No problem.**
Get helpful tips, tools, and key dates in the Tax Center. Visit *etrade.com/tax* today.

## ACCOUNT OVERVIEW

**Last Statement Date:** November 30, 2022

| | |
|---|---|
| Beginning Account Value (On 11/30/22): | $ 17,193.75 |
| Ending Account Value (On 12/31/22): | $ 2,485.03 |
| Net Change: | $ -14,708.72 |

For current rates, please visit etrade.com/rates

## ASSET ALLOCATION (AS OF 12/31/22)



4.37% - Cash & Equivalents

95.63% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 12/31/22 | | AS OF 11/30/22 | | % CHANGE |
|---|---|---|---|---|---|
| Cash & Equivalents | $ | 108.60 | $ | 18.38 | 490.86% |
| **Total Cash/Margin Debt** | **$** | **108.60** | **$** | **18.38** | **490.86%** |
| Stocks, Options & ETF (Long) | $ | 2,376.43 | $ | 100.07 | 2,274.77% |
| Preferred Stocks (Long) | $ | 0.00 | $ | 17,075.30 | -100.00% |
| **Total Value of Securities** | **$** | **2,376.43** | **$** | **17,175.37** | **-86.16%** |
| **Net Account Value** | **$** | **2,485.03** | **$** | **17,193.75** | **-85.55%** |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC.
Sweep deposits may be swept to Morgan Stanley Bank, N.A., and/or Morgan Stanley Private Bank,
National Association, Members FDIC, and depending on the sweep program may also be swept to
third party banks. Subject to other funds a customer might maintain at the recipient bank, sweep
funds will receive a maximum of $250,000 in FDIC insurance coverage at each federally insured
depository institution to which funds are swept. Securities products and cash balances other than
sweep deposits are not FDIC insured, not guaranteed deposits or obligations of Morgan Stanley
Bank, Morgan Stanley Private Bank, or any third party bank to which they might be swept, and are
subject to investment risk, including possible loss of the principal invested.

E*TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

# E✳TRADE®
from Morgan Stanley

## E✳TRADE Pro Elite
Investment Account

**Account Number:** 4948-6273

**Statement Period :** December 1, 2022 - December 31, 2022

**Account Type:** INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END

| | | |
|---|---|---|
| $20,000 | | |
| $18,000 | | 55.41% |
| $16,000 | 37.85% -0.09% | |
| $14,000 | | 225.19% |
| $12,000 | -10.36% | |
| $10,000 | | -85.55% |
| $8,000 | 19.85% | |
| $6,000 | -63.28% -8.02% | |
| $4,000 | -30.87% -11.84% -0.23% -8.87% | |
| $2,000 | | |
| $0 | DEC-21 JAN-22 FEB-22 MAR-22 APR-22 MAY-22 JUN-22 JUL-22 AUG-22 SEP-22 OCT-22 NOV-22 DEC-22 | |

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | | YEAR TO DATE | |
|---|---|---|---|---|
| Securities Purchased | $ | -16,132.06 | $ | -29,120.19 |
| Securities Sold | $ | 5,298.27 | $ | 13,298.89 |
| Interest Received | | | | |
| Taxable | $ | 0.01 | $ | 0.01 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 12/31/22)



4.37% - CASH EQUIV

95.63% - MMAT

# E✱TRADE®
from Morgan Stanley

**E✱TRADE Pro Elite**
Investment Account

Account Number: 4948-6273

Statement Period : December 1, 2022 - December 31, 2022

Account Type: INDIVIDUAL

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (4.37% of Holdings)

| DESCRIPTION | | | | | PORTFOLIO % | AMOUNT |
|---|---|---|---|---|---|---|
| **Extended Insurance Sweep Deposit Account** | | | | | | |
| Opening Balance | | | | | | 18.38 |
| Closing Balance | | | | | 4.37 | 108.60 |
| Average Balance | | | | | | 1,265.43 |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of December 31, 2022** | | | | | | 108.60 |
| CITIBANK N.A | | | | | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdisagreement or call us at 1-800-387-2331.

| TOTAL CASH & CASH EQUIVALENTS | | | | | 4.37% | $108.60 |
|---|---|---|---|---|---|---|

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (95.63% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| FUTURELAND CORP COM | FUTL | Cash | 1,000,666 | | 0.00 | 0.00 | | |
| META MATLS INC COMMON STOCK | MMAT | Cash | 1,997 | 1.1900 | 2,376.43 | 95.63 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$2,376.43** | **95.63%** | | |

### PREFERRED STOCKS (0.00% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| META MATLS INC PFD SER A | 59134N203 | Cash | | 2.8950 | 0.00 | 0.00 | | |
| META MATLS PREFERRED STOCK CONTRA CUSIP | 591994371 | Cash | 3,723 | | 0.00 | 0.00 | | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 12/31/22)** | | | | | **$2,485.03** | | | |

E*TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

# E✳TRADE®
from Morgan Stanley

## E✳TRADE Pro Elite
Investment Account

**Account Number:** 4948-6273

**Statement Period :** December 1, 2022 - December 31, 2022

**Account Type:** INDIVIDUAL

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 11/30/22 12:34 | 12/02/22 | META MATLS INC PFD SER A | MMTLP | Bought | 1 | 8.7100 | 13.66 | |
| 12/06/22 10:39 | 12/08/22 | META MATLS INC PFD SER A | MMTLP | Bought | 1,000 | 5.5150 | 5,519.95 | |
| 12/07/22 13:35 | 12/09/22 | META MATLS INC PFD SER A | MMTLP | Bought | 2 | 7.9000 | 20.75 | |
| 12/07/22 09:32 | 12/09/22 | META MATLS INC PFD SER A | MMTLP | Bought | 48 | 9.4000 | 456.15 | |
| 12/08/22 11:12 | 12/12/22 | META MATLS INC PFD SER A | MMTLP | Bought | 82 | 4.8200 | 400.19 | |
| 12/08/22 11:09 | 12/12/22 | META MATLS INC PFD SER A | MMTLP | Bought | 500 | 4.7150 | 2,362.45 | |
| 12/13/22 09:30 | 12/15/22 | COSMOS HOLDINGS INC COMMON STOCK | COSM | Bought | 7,260 | 0.2946 | 2,138.80 | |
| 12/19/22 09:32 | 12/21/22 | CAMBER ENERGY INC COMMON STOCK | CEI | Bought | 8,109 | 0.1291 | 1,046.87 | |
| 12/19/22 09:32 | 12/21/22 | CAMBER ENERGY INC COMMON STOCK | CEI | Bought | 12,100 | 0.1300 | 1,573.00 | |
| 12/19/22 10:12 | 12/21/22 | CAMBER ENERGY INC COMMON STOCK | CEI | Sold | -2,700 | 0.1271 | | 342.81 |
| 12/19/22 10:12 | 12/21/22 | CAMBER ENERGY INC COMMON STOCK | CEI | Sold | -17,509 | 0.1262 | | 2,207.30 |
| 12/19/22 09:33 | 12/21/22 | COSMOS HEALTH INC COMMON STOCK | COSM | Bought | 10 | 9.4000 | 94.00 | |
| 12/19/22 09:31 | 12/21/22 | COSMOS HEALTH INC COMMON STOCK | COSM | Sold | -291 | 9.2500 | | 2,691.64 |
| 12/20/22 11:26 | 12/22/22 | COSMOS HEALTH INC COMMON STOCK | COSM | Sold | -10 | 5.6531 | | 56.52 |
| 12/21/22 10:52 | 12/23/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 1,997 | 1.2560 | 2,506.24 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$16,132.06** | **$5,298.27** |

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 12/27/22 | Interest | EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT INTEREST | | | 0.01 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | **$0.01** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$0.01** |

# E✳TRADE®
from Morgan Stanley

## E✳TRADE Pro Elite
### Investment Account

**Account Number:** 4948-6273    **Statement Period :** December 1, 2022 - December 31, 2022    **Account Type:** INDIVIDUAL

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|------|------|------|------|------|
| 12/06/22 | Deposit | ACH DEPOSIT REFID:6813198790 6; | | 6,000.00 |
| 12/08/22 | Deposit | ACH DEPOSIT REFID:6829872690 6; | | 5,000.00 |

**NET WITHDRAWALS & DEPOSITS** | | | | **$11,000.00**

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|------|------|------|------|------|------|------|------|
| 12/13/22 | META MATLS INC PFD SER A | 59134N203 | Fee | | | 38.00 | |
| 12/13/22 | META MATLS INC PFD SER A MANDATORY REORG FEE CHARGED REORGANIZATION @ 1:1 FROM 59134N203 TO 591994371 | 59134N203 | Merger | -3,723 | | | |
| 12/13/22 | META MATLS PREFERRED STOCK CONTRA CUSIP REORGANIZATION @ 1:1 FROM 59134N203 TO 591994371 SHRS RECEIVED THRU MERGER | 591994371 | Merger | 3,723 | | | |
| 12/16/22 | COSMOS HOLDINGS INC COMMON STOCK MANDATORY REORG FEE CHARGED | 221413206 | Fee | | | 38.00 | |
| 12/16/22 | COSMOS HOLDINGS INC COMMON STOCK REVERSE SPLIT @ 1:25 FROM 221413206 TO 221413305 | 221413206 | Reverse Split | -7,260 | | | |
| 12/16/22 | COSMOS HEALTH INC COMMON STOCK REVERSE SPLIT @ 1:25 FROM 221413206 TO 221413305 RESULT OF REVERSE SPLIT | COSM | Reverse Split | 291 | | | |

**TOTAL OTHER ACTIVITY** | | | | | | **$76.00** |
**NET OTHER ACTIVITY** | | | | | | **$76.00** |

E*TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

# E✶TRADE®

from Morgan Stanley

## E✶TRADE Pro Elite
## Investment Account

**Account Number:** 4948-6273

**Statement Period :** December 1, 2022 - December 31, 2022

**Account Type:** INDIVIDUAL

### EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY   ( 0.0100 % APY /0.0100 % APY Earned as of  12/31/22)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 12/01/22 | | OPENING BALANCE | $18.38 |
| 12/02/22 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -13.66 |
| 12/07/22 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 6,000.00 |
| 12/08/22 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -5,519.95 |
| 12/09/22 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 4,523.10 |
| 12/12/22 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -2,762.64 |
| 12/14/22 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -38.00 |
| 12/15/22 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -2,138.80 |
| 12/19/22 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -38.00 |
| 12/21/22 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -22.23 |
| 12/22/22 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 2,606.63 |
| 12/23/22 | Withdrawal | EXTND INS SWEEP ACCT(FDIC-INS) | -2,506.24 |
| 12/27/22 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 0.01 |
| 12/31/22 | | CLOSING BALANCE | $108.60 |

**E\*TRADE Pro Elite Investment Account**

**E\*TRADE® from Morgan Stanley**

Please refer to the E\*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/crs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member SIPC. Your account is carried by ETS, Member SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-387-2331 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge based on activity. In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of SEC Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the ( 1 ) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS, the applicable margin rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" and be paid no interest, may be described at: https://us.etrade.com/l/options-uninvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options.

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statements if your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-387-2331 immediately or in writing at E\*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is a subsidiary of Morgan Stanley. If you have a complaint, please call 800-387-2331, or write to: E\*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
**\*\*\*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-387-2331 with any questions.

S1R0240 - 01/22

# E✶TRADE®
from Morgan Stanley

**E✶TRADE Pro Elite**
Investment Account

**Statement Period :** October 1, 2022 - October 31, 2022

**Account Type:** INDIVIDUAL

**Account Number:** 4948-6273

## ACCOUNT OVERVIEW

Last Statement Date:                                    September 30, 2022

| | |
|---|---|
| Beginning Account Value (On 09/30/22): | $   3,402.19 |
| Ending Account Value (On 10/31/22): | $  11,063.50 |
| Net Change: | $   7,661.31 |

For current rates, please visit etrade.com/rates

## ASSET ALLOCATION  (AS OF 10/31/22)

0.15% - Cash & Equivalents

0.90% - Stocks, Options & ETF (Long)

98.94% - Preferred Stocks (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 10/31/22 | | AS OF 09/30/22 | | % CHANGE |
|---|---|---|---|---|---|
| Cash & Equivalents | $ | 17.13 | $ | -0.34 | 5,138.24% |
| **Total Cash/Margin Debt** | **$** | **17.13** | **$** | **-0.34** | **5,138.24%** |
| Stocks, Options & ETF (Long) | $ | 100.07 | $ | 1,696.21 | -94.10% |
| Preferred Stocks (Long) | $ | 10,946.30 | $ | 1,706.32 | 541.52% |
| **Total Value of Securities** | **$** | **11,046.37** | **$** | **3,402.53** | **224.65%** |
| **Net Account Value** | **$** | **11,063.50** | **$** | **3,402.19** | **225.19%** |

Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC.
Sweep deposits may be swept to Morgan Stanley Bank, N.A., and/or Morgan Stanley Private Bank,
National Association, Members FDIC, and depending on the sweep program may also be swept to
third party banks. Subject to other funds a customer might maintain at the recipient bank, sweep
funds will receive a maximum of $250,000 in FDIC insurance coverage at each federally insured
depository institution to which funds are swept. Securities products and cash balances other than
sweep deposits are not FDIC insured, not guaranteed deposits or obligations of Morgan Stanley
Bank, Morgan Stanley Private Bank, or any third party bank to which they might be swept, and are
subject to investment risk, including possible loss of the principal invested.

E*TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

# E✳TRADE®
from Morgan Stanley

## E✳TRADE Pro Elite
Investment Account

**Account Number:** 4948-6273

**Statement Period:** October 1, 2022 - October 31, 2022

**Account Type:** INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END



| | OCT-21 | NOV-21 | DEC-21 | JAN-22 | FEB-22 | MAR-22 | APR-22 | MAY-22 | JUN-22 | JUL-22 | AUG-22 | SEP-22 | OCT-22 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 3.73% | -5.68% | -10.36% | 37.85% | -0.09% | -63.28% | -8.02% | 19.85% | -30.87% | -11.84% | -0.23% | -8.87% | 225.19% |

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | | YEAR TO DATE | |
| --- | --- | --- | --- | --- |
| Securities Purchased | $ | -2,195.25 | $ | -7,989.38 |
| Securities Sold | $ | 2,212.72 | $ | 8,000.62 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 10/31/22)



1.06% - OTHER

98.94% - MMTLP

E*TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

# E*TRADE Pro Elite
## Investment Account

from Morgan Stanley

**Account Number:** 4948-6273

**Statement Period :** October 1, 2022 - October 31, 2022

**Account Type:** INDIVIDUAL

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.15% of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **CASH BALANCE** | | |
| Opening Balance | | -0.34 |
| Closing Balance | | 0.00 |
| **Extended Insurance Sweep Deposit Account** | 0.00 | |
| Opening Balance | | 0.00 |
| Closing Balance | 0.15 | 17.13 |
| Average Balance | | |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of October 31, 2022** | | 17.13 |
| MORGAN STANLEY BANK NA | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

| TOTAL CASH & CASH EQUIVALENTS | | | | | | 0.15% | $17.13 |
|---|---|---|---|---|---|---|---|

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (0.90% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| FUTURELAND CORP COM | FUTL | Cash | 1,000,666 | 0.0001 | 100.07 | 0.90 | | |
| META MATLS INC COMMON STOCK | MMAT | Cash | | 1.0600 | 0.00 | 0.00 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$100.07** | **0.90%** | | |

### PREFERRED STOCKS (98.94% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| META MATLS INC PFD SER A | MMTLP | Cash | 1,598 | 6.8500 | 10,946.30 | 98.94 | | |
| **TOTAL PREFERRED STOCKS** | | | | | **$10,946.30** | **98.94%** | | |

| TOTAL PRICED PORTFOLIO HOLDINGS (ON 10/31/22) | | | | | $11,063.50 | | | |
|---|---|---|---|---|---|---|---|---|

E*TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

# E✳TRADE®

from Morgan Stanley

**E✳TRADE Pro Elite**
Investment Account

**Account Number:** 4948-6273

**Statement Period :** October 1, 2022 - October 31, 2022

**Account Type:** INDIVIDUAL

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 10/24/22 09:30 | 10/26/22 | META MATLS INC COMMON STOCK | MMAT | Sold | -2,459 | 0.9000 | | 2,212.72 |
| 10/24/22 09:39 | 10/26/22 | META MATLS INC PFD SER A | MMTLP | Bought | 490 | 4.4700 | 2,195.25 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$2,195.25** | **$2,212.72** |

### EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY ( 0.0100% APY/0.0100%APY Earned as of 10/31/22)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 10/01/22 | | OPENING BALANCE | $0.00 |
| 10/26/22 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 17.13 |
| 10/31/22 | | CLOSING BALANCE | $17.13 |



**E*TRADE Pro Elite**
Investment Account

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through *etrade.com* or call 800-387-2331. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member SIPC. Your account is carried by ETS, Member SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-387-2331 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or *www.finra.org*.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to date figures shown on your statement reflects these amounts classified to the best of our current knowledge based on activity.
In certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit *www.sipc.org* or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at *https://us.etrade.com/customer-service/faq*. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as

bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/sweepoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short *option contracts are allocated among customer short option positions in accordance with* a random allocation method. A detailed description of ETS's random allocation method is available at *etrade.com* and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at *etrade.com* or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statements. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-387-2331 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting *etrade.com*, if you think your statement or receipt is wrong or if you *need more information about a transfer on the statement or receipt. The information contained* in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our

DE an Stanley

# E✳TRADE
from Morgan Stanley

**E✳TRADE Pro Elite**
Investment Account

Account Number: 4948-6273

Statement Period : October 1, 2022 - October 31, 2022

Account Type: INDIVIDUAL

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | September 30, 2022 |
| Beginning Account Value (On 09/30/22): | $ 3,402.19 |
| Ending Account Value (On 10/31/22): | $ 11,063.50 |
| Net Change: | $ 7,661.31 |

For current rates, please visit etrade.com/rates

## ASSET ALLOCATION (AS OF 10/31/22)

0.15% - Cash & Equivalents
0.90% - Stocks, Options & ETF (Long)

98.94% - Preferred Stocks (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 10/31/22 | AS OF 09/30/22 | % CHANGE |
|---|---|---|---|
| Cash & Equivalents | $ 17.13 | $ -0.34 | 5,138.24% |
| Total Cash/Margin Debt | $ 17.13 | $ -0.34 | 5,138.24% |
| Stocks, Options & ETF (Long) | $ 100.07 | $ 1,696.21 | -94.10% |
| Preferred Stocks (Long) | $ 10,946.30 | $ 1,706.32 | 541.52% |
| Total Value of Securities | $ 11,046.37 | $ 3,402.53 | 224.65% |
| **Net Account Value** | **$ 11,063.50** | **$ 3,402.19** | **225.19%** |

Securities products and services are offered by E✳TRADE Securities LLC, Member FINRA/SIPC.
Sweep deposits may be swept to Morgan Stanley Bank, N.A., and/or Morgan Stanley Private Bank,
National Association, Members FDIC, and depending on the sweep program may also be swept to
third party banks.  Subject to other funds a customer might maintain at the recipient bank, sweep
funds will receive a maximum of $250,000 in FDIC insurance coverage at each federally insured
depository institution to which funds are swept. Securities products and cash balances other than
sweep deposits are not FDIC insured, not guaranteed deposits or obligations of Morgan Stanley
Bank, Morgan Stanley Private Bank, or any third party bank to which they might be swept, and are
subject to investment risk, including possible loss of the principal invested.

E✳TRADE Securities LLC • P.O. Box 484, Jersey City,NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC



# E✳TRADE®
from Morgan Stanley

**E✳TRADE Pro Elite**
Investment Account

Account Number: 4948-6273

Statement Period : October 1, 2022 - October 31, 2022

Account Type: INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END

| Month | % |
|---|---|
| OCT-21 | |
| NOV-21 | 3.73% |
| DEC-21 | -5.68% |
| JAN-22 | -10.38% |
| FEB-22 | 37.85% -0.09% |
| MAR-22 | |
| APR-22 | -63.28% |
| MAY-22 | -8.02% |
| JUN-22 | 19.85% |
| JUL-22 | -30.87% |
| AUG-22 | -11.84% -4.23% |
| SEP-22 | -8.87% |
| OCT-22 | 225.19% |

Values: $0, $2,000, $4,000, $6,000, $8,000, $10,000, $12,000, $14,000, $16,000, $18,000, $20,000

## TOP 10 ACCOUNT HOLDINGS  (AS OF 10/31/22)



1.06% - OTHER

98.94% - MMTLP

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $    -2,195.25 | $    -7,989.38 |
| Securities Sold | $     2,212.72 | $     8,000.62 |



# E✱TRADE
## from Morgan Stanley

**E✱TRADE Pro Elite**
**Investment Account**

**Account Number:** 4948-6273

**Statement Period :** October 1, 2022 - October 31, 2022

**Account Type:** INDIVIDUAL

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.15% of Holdings)

| DESCRIPTION | | | | | PORTFOLIO % | AMOUNT |
|---|---|---|---|---|---|---|
| CASH BALANCE | | | | | | |
| Opening Balance | | | | | | 0.00 |
| Closing Balance | | | | | | 0.00 |
| Extended Insurance Sweep Deposit Account | | | | | | |
| Opening Balance | | | | | | 0.00 |
| Closing Balance | | | | | | 0.15 |
| Average Balance | | | | | | 17.13 |

**Extended Insurance Sweep Deposit Account Balance by Bank as of October 31, 2022**

MORGAN STANLEY BANK NA — 17.13

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

**TOTAL CASH & CASH EQUIVALENTS** — 0.15%

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (0.90% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| FUTURELAND CORP COM | FUTL | Cash | 1,000,666 | 0.0001 | 100.07 | 0.90 | | |
| META MATLS INC COMMON STOCK | MMAT | Cash | | 1.0600 | 0.00 | 0.00 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$100.07** | **0.90%** | | |

### PREFERRED STOCKS (98.94 % of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| META MATLS INC PFD SER A | MMTLP | Cash | 1,598 | 6.8500 | 10,946.30 | 98.94 | | |
| **TOTAL PREFERRED STOCKS** | | | | | **$10,946.30** | **98.94%** | | |

| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 10/31/22)** | | | | | **$11,063.50** | | **$17.13** | |



**E\*TRADE** from Morgan Stanley

**E\*TRADE Pro Elite**
Investment Account

Account Number: 4948-6273

Statement Period : October 1, 2022 - October 31, 2022

Account Type: INDIVIDUAL

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 10/24/22 09:30 | 10/26/22 | META MATLS INC COMMON STOCK | MMAT | Sold | -2,459 | 0.9000 | | 2,212.72 |
| 10/24/22 09:39 | 10/26/22 | META MATLS INC PFD SER A | MMTLP | Bought | 490 | 4.4700 | 2,195.25 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$2,195.25** | **$2,212.72** |

### EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY   ( 0.0100% APY/0.0100%APY Earned as of 10/31/22)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 10/01/22 | | OPENING BALANCE | $0.00 |
| 10/26/22 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 17.13 |
| 10/31/22 | | CLOSING BALANCE | $17.13 |

PAGE 1 OF 6

**October 1, 2022 - October 31, 2022**
Account Number:    **4948-6273**
Account Type:       **INDIVIDUAL**
Account Status:     **Pro Elite**

**E*TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-387-2331  etrade.com
Member SIPC

Making a donation to your favorite charity has never
been easier with our new online donation experience.
Learn more at etrade.com/donations.

## Customer Update:

**Want to get important documents faster?**
Get your statements, confirms, and tax forms online with
paperless delivery. Enroll at etrade.com/paperless.

AIMEN SARSOUR
6172 N STATE ROAD 7
APT 308
COCONUT CREEK FL  33073-3657

---

## Account At A Glance



$11,063.50

$3,402.19

| As of 09/30/22 | As of 10/31/22 |
|---|---|

| Net Change: | $7,661.31 |
|---|---|

---



▲ DETACH HERE
AIMEN SARSOUR
6172 N STATE ROAD 7
APT 308
COCONUT CREEK FL  33073-3657

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip**      **Acct: 4948-6273**

**Please do not send cash**

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**TOTAL DEPOSIT** | | |

E*TRADE Pro Elite Investment Account

E*TRADE from Morgan Stanley

Please refer to the E*TRADE Securities LLC ("ETS") Customer Agreement (the "Customer Agreement") at www.etrade.com/custagree for a complete discussion of the terms and conditions governing your account and the Relationship Summary at www.etrade.com/formcrs for information about ETS services. If you have questions regarding the Customer Agreement, your account, or positions and balances please contact us through etrade.com or call 800-387-2331. THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU.

Securities products and services are offered by ETS, Member SIPC. Your account is carried by ETS, Member SIPC, which maintains your funds and securities deposited with ETS directly by you or your advisor firm. Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-387-2331 within five (5) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by ETS or its agents, including ETS affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization. For information about FINRA's Broker Check Program, including an investor brochure, please contact FINRA at 800-289-9999 or www.finra.org.

**Securities Pricing.** The amounts printed in the total market value column of the Account Holdings section, or any amounts derived therefrom, are based on US month end prices and are provided by outside quotation services for the securities held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for guidance purposes. Prices used are based on the last reported transaction known to the quotation services or the yields or values that are calculated on the basis of these prices. Value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market. Bonds and/or fixed income securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over-the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of instruments prior to maturity may result in a loss of principal.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge based on activity in certain circumstances, payments may be subject to reclassification, such reclassifications will be reflected to the Internal Revenue Service on your Form 1099. Your statement may not reflect all adjustments required for tax purposes, please refer to your tax documents.

**SIPC and Other Insurance Coverage.** ETS is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently provides assets in each of your securities accounts at ETS up to $500,000 (including $250,000 for claims for cash). Visit www.sipc.org or call 202-371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are considered securities rather than cash.) Additional protection for ETS has been secured through an independent insurer, more information about which can be found at https://us.etrade.com/customer-service/faq. The market risks associated with investing and any resulting losses are not covered by SIPC or the additional protection.

**Payment for Order Flow.** The SEC (and FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's (collectively, "market centers")). Consistent with the overriding principle of best execution, ETS routes orders to various market centers. ETS receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. ETS posts SEC Rule 606 quarterly reports that include order routing disclosures including the material aspects of the firms relationships with outside market centers at www.etrade.com. In addition, on request, ETS may provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or nondirected orders, and the time of the transactions, if any, that resulted from such orders. ETS regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price dis-improvement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Margin Accounts.** The amount of margin required will be the greater of the (1) amount required by applicable laws, regulations, rules of applicable self-regulatory organizations and clearinghouses, or (2) amount required by ETS in its sole discretion. You will be charged interest on a daily basis on all debit balances that you owe to ETS and on credit extended to you by ETS for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. Except as otherwise agreed by you and ETS the applicable interest rate for margin loans will be determined by adding the prevailing base rate and the applicable sliding scale percentage rate, which is in turn determined by your average daily debit balance. Your stated interest rate is subject to change without notice during each period in accordance with fluctuations in your average daily debit balance and changes to the base rate that are attributable to a change in the Federal Funds rate. ETS will provide you with at least 30 days' prior written notice before changing your stated interest rate for any other reason. Information about ETS's base rate is available upon written request to ETS. For more information on how ETS calculates interest, please see the Customer Agreement. If you have a margin account, this statement is a combined statement for both your margin account and special memorandum account. The permanent record of the separate account as required by Regulation T of the Federal Reserve Board is available for your inspection.

**Free Credit Balances.** Any cash balances in your securities account, which represent an obligation of ETS, are payable to you upon demand and referred to as free credit balances. Your free credit cash balances: 1) can be maintained in the securities account and will earn interest through the "Cash Balance Program" as more fully described at https://us.etrade.com/l/options-uninvested-cash, and 2) as such are held unsegregated and may be used by ETS in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. Your free credit cash balances can alternatively be directed to other cash balance options.

**Other Cash Balance Option.** In addition to the Cash Balance Program you may have the option to have free credit balances in your securities account automatically transferred to a bank sweep product, which is an account at a bank (or banks, collectively, "Program Banks") whose deposits are insured by the FDIC, but which are not obligations of ETS. Accounts opened prior to May 10, 2018 may also be eligible to have their free credit balances transferred to certain money market mutual funds. For information about the products available for free credit balances go to www.etrade.com/freeeoptions ("Sweep Program"). The products available under the Sweep Program may change at any time. Notification of changes will be provided to the extent required by applicable law. Additionally, you may at any time change your selection among the products available in the Sweep Program. You may elect, subject to any limitation set forth in any Sweep Program agreement or, with respect to an account at a bank, under federal banking laws (which includes, without limitation, program banks' potential requirement of seven days' notice before permitting a withdrawal or transfer of funds from such account) that the balance in the bank deposit account be returned, or shares of the money market mutual fund in which you have a beneficial interest be liquidated and the proceeds returned, as applicable, to the securities account or remitted to you. With respect to your decision to participate in a bank sweep product, please remember you are responsible for monitoring the cash balance of your bank sweep accounts deposited with the Program Banks to determine whether you have total deposit balances held in the same capacity at any Program Bank in excess of the $250,000 FDIC deposit insurance limit.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETS of any material changes in your investment objectives or financial situation. Additionally, further information regarding commissions and other charges related to the execution of option transactions has been included in the confirmations of such transactions previously provided to you. Such information will also be made available promptly upon request.

**Random Allocation of Options Assignment Notices.** Assignment notices for short option contracts are allocated among customer short option positions in accordance with a random allocation method. A detailed description of ETS's random allocation method is available at etrade.com and a hard copy of the allocation procedures is available upon request.

**Financial Statement.** A financial statement of ETS is available for your inspection at its offices or at etrade.com or will be mailed to you upon your written request.

**Valuation of Certain Alternative Investments (including DPP and REIT securities).** Account statements may include valuations for alternative investments. The values of such investments are estimated and reflect either the most recent valuation provided to ETS by the issuer of the investment, or a valuation provided by an independent third party, which ETS will obtain as part of its services, on an annual or more frequent basis. ETS does not provide a guarantee of the value or the appropriateness of the appraisal methodology applied by the independent third party in providing a value and ETS assumes no responsibility for verifying the accuracy of any valuation presented. Failure of the issuer to provide a timely valuation is your sole responsibility. The investment may reflect no value if a valuation was unavailable or is inaccurate. Investment in non-publicly traded securities, which includes alternative investments, often involves higher risk and less liquidity than other investments. Because there is generally no secondary market for alternative investments, the values reported to you should not be relied upon as any indication of market value. You may be able to sell your interests in the alternative investments held in your account, if at all, only for amounts that are substantially less than their purchase price or the estimated values on your account statement. If your statement reflects a distribution that included a return of capital on Direct Participation Programs and/or REITs, please note that said distributions are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

In case of errors or questions about your Electronic Fund Transfers please contact us at 800-387-2331 immediately or in writing at E*TRADE Securities LLC, PO Box 484, Jersey City, NJ 07303-0484 or by visiting etrade.com, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

ETS is a subsidiary of Morgan Stanley. If you have a complaint, please call 800-387-2331, or write to: E*TRADE Securities LLC, P.O. Box 484, Jersey City, NJ 07303-0484.

**Definitions:**
**Activity/Trade Date.** Trade date or transaction date of other entries.
**Total Portfolio Percent.** Percentage of your holding by issue of security.
**DIV/CPN% Yield.** Annual dividend or bond % yield.
**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.
**Symbol/CUSIP.** The symbol or identification number for each security.
*** Denotes a security where either the country of issue or country of incorporation of the issuer is outside the US.

**Pending and Unsettled Transactions.** Based on the timing of statement generation, the value of certain unsettled trades and/or pending transactions (e.g., transactions that take place or settle after the last business day of the month) may not be reflected on your statement. Please e-mail us through etrade.com or call 800-387-2331 with any questions.

S1RB240 - 01/22

# E✱TRADE®
from Morgan Stanley

## E✱TRADE Pro Elite
### Investment Account

**Account Number: 4948-6273**

**Statement Period :** October 1, 2022 - October 31, 2022

**Account Type:** INDIVIDUAL

## ACCOUNT OVERVIEW

Last Statement Date:                                    September 30, 2022

Beginning Account Value (On 09/30/22):    $      3,402.19
Ending Account Value (On 10/31/22):           $    11,063.50
Net Change:                                                    $      7,661.31

For current rates, please visit etrade.com/rates

## ASSET ALLOCATION (AS OF 10/31/22)

0.15% - Cash & Equivalents
0.90% - Stocks, Options & ETF (Long)

98.94% - Preferred Stocks (Long)

## ACCOUNT VALUE SUMMARY

|                                        | AS OF 10/31/22 | AS OF 09/30/22 | % CHANGE |
|----------------------------------------|---------------:|---------------:|---------:|
| Cash & Equivalents                     | $      17.13   | $     -0.34    | 5,138.24% |
| Total Cash/Margin Debt                 | $      17.13   | $     -0.34    | 5,138.24% |
| Stocks, Options & ETF (Long)           | $     100.07   | $  1,696.21    | -94.10% |
| Preferred Stocks (Long)                | $  10,946.30   | $  1,706.32    | 541.52% |
| Total Value of Securities              | $  11,046.37   | $  3,402.53    | 224.65% |
| **Net Account Value**                  | $  11,063.50   | $  3,402.19    | 225.19% |

**Securities products and services are offered by E*TRADE Securities LLC, Member FINRA/SIPC.**
Sweep deposits may be swept to Morgan Stanley Bank, N.A., and/or Morgan Stanley Private Bank,
National Association, Members FDIC, and depending on the sweep program may also be swept to
third party banks. Subject to other funds a customer might maintain at the recipient bank, sweep
funds will receive a maximum of $250,000 in FDIC insurance coverage at each federally insured
depository institution to which funds are swept. Securities products and cash balances other than
sweep deposits are not FDIC insured, not guaranteed deposits or obligations of Morgan Stanley
Bank, Morgan Stanley Private Bank, or any third party bank to which they might be swept, and are
subject to investment risk, including possible loss of the principal invested.

E*TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

# E✳TRADE®
from Morgan Stanley

**E✳TRADE Pro Elite**
Investment Account

Account Number: 4948-6273

**Statement Period :** October 1, 2022 - October 31, 2022

**Account Type:** INDIVIDUAL

## NET ACCOUNT VALUE BY MONTH END



| | OCT-21 | NOV-21 | DEC-21 | JAN-22 | FEB-22 | MAR-22 | APR-22 | MAY-22 | JUN-22 | JUL-22 | AUG-22 | SEP-22 | OCT-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

3.73%  -5.68%  -10.36%  37.85% -0.09%  -63.28%  -8.02%  19.85%  -30.87%  -11.84% -0.23%  225.19%  -8.87%

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $   -2,195.25 | $   -7,989.38 |
| Securities Sold | $    2,212.72 | $    8,000.62 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 10/31/22)



1.06% - OTHER

98.94% - MMTLP

E*TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

# E*TRADE Pro Elite
## Investment Account

from Morgan Stanley

**Account Number:** 4948-6273     **Statement Period :** October 1, 2022 - October 31, 2022     **Account Type:** INDIVIDUAL

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.15% of Holdings)

| DESCRIPTION | | | | | PORTFOLIO % | AMOUNT |
|---|---|---|---|---|---|---|
| **CASH BALANCE** | | | | | | |
| Opening Balance | | | | | | -0.34 |
| Closing Balance | | | | | | 0.00 |
| **Extended Insurance Sweep Deposit Account** | | | | | 0.00 | |
| Opening Balance | | | | | | 0.00 |
| Closing Balance | | | | | 0.15 | 17.13 |
| Average Balance | | | | | | 17.13 |
| **Extended Insurance Sweep Deposit Account Balance by Bank as of October 31, 2022** | | | | | | 17.13 |
| MORGAN STANLEY BANK NA | | | | | | |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

| TOTAL CASH & CASH EQUIVALENTS | | | | | 0.15% | $17.13 |
|---|---|---|---|---|---|---|

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (0.90% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| FUTURELAND CORP COM | FUTL | Cash | 1,000,666 | 0.0001 | 100.07 | 0.90 | | |
| META MAT'LS INC COMMON STOCK | MMAT | Cash | | 1.0600 | 0.00 | 0.00 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$100.07** | **0.90%** | | |

### PREFERRED STOCKS (98.94% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| META MAT'LS INC PFD SER A | MMTLP | Cash | 1,598 | 6.8500 | 10,946.30 | 98.94 | | |
| **TOTAL PREFERRED STOCKS** | | | | | **$10,946.30** | **98.94%** | | |

| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 10/31/22)** | | | | | **$11,063.50** | | | |
|---|---|---|---|---|---|---|---|---|

E*TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

# E✱TRADE®
from Morgan Stanley

**E✱TRADE Pro Elite**
Investment Account

**Account Number:** 4948-6273

**Statement Period :** October 1, 2022 - October 31, 2022

**Account Type:** INDIVIDUAL

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 10/24/22 09:30 | 10/26/22 | META MATLS INC COMMON STOCK | MMAT | Sold | -2,459 | 0.9000 | | 2,212.72 |
| 10/24/22 09:39 | 10/26/22 | META MATLS INC PFD SER A | MMTLP | Bought | 490 | 4.4700 | 2,195.25 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$2,195.25** | **$2,212.72** |

**EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY   ( 0.0100% APY/0.0100%APY Earned as of  10/31/22)**
Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of $500,000 for individual accounts and $1,000,000 for joint accounts. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-387-2331.

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 10/01/22 | | OPENING BALANCE | $0.00 |
| 10/26/22 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 17.13 |
| 10/31/22 | | CLOSING BALANCE | $17.13 |

E*TRADE Securities LLC • P.O. Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-387-2331 • Member FINRA/SIPC

Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, TX  75201


**Webull**
Webull Financial LLC

Account Number: 5NO-14795

OFFICE SERVING YOU
WEBULL FINANCIAL LLC - HOUSE
917-725-2448

AIMEN SARSOUR
871 NW 85TH TER
FORT LAUDERDALE FL  33324-1249

## Transaction Confirmation

THANK YOU for letting Apex Clearing Corporation ("Apex") serve you (the "Customer", "you", or "your") directly or through your brokerage firm (the "Introducing Broker") or registered investment advisor ("RIA"). Amounts or securities due must be received in Apex's office on or before the settlement date shown.
1. All orders are received and executed subject to the rules, regulations and customs of the SEC, FINRA, MSRB, FRB and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934 and Apex, if any.
2. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which will permit the commingling thereof with securities of other customers, all without further notice to the Customer.
3. If shares loaned for a short sale are no longer available, Apex reserves the right to decide, by random selection, which positions will be subject to a buy-in.
4. Upon written request and where available, further details of items herein may be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of any commissions and fees and the remuneration details, if any, to Apex, or your Introducing Broker or RIA for directing orders to select market centers or market participants.
5. To the extent any bonds, asset backed, preferred, or other securities mentioned herein have provisions that may cause a call or prepayment, the details and the effect on the yield shown here are available on written request. In addition, zero coupon bonds do not have periodic payments, may be callable below maturity value and if callable and in bearer form, are callable without notice by mail unless registered.
6. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise on this trade confirmation.
7. Any ratings data (which is subject to change) that may be provided, has been obtained from ratings services which Apex believes to be reliable, however, there is no guarantee of accuracy or completeness.
8. Good Till Cancel ("GTC") orders are "live" during regular trading hours. GTC orders are canceled by Apex each business day (canceled at the exchange or market center) at 4:00pm EDT, with the exception of certain broad based ETF options that trade until 4:15pm EDT. GTC orders are resubmitted by Apex at the start of each trading day (prior to 9:30am EDT). Time Priority will be reset each day as the order arrives at the exchange or market center. If a GTC order receives a partial execution and is not fully executed, the order quantity will adjust to the remaining quantity for the next business day. Commissions may be charged each day that the order receives one or more partial executions. Please contact Apex,your Introducing Broker or RIA for more specific details. Until cancellation of the GTC order, all open orders will be considered good. When entering a substitute order or changing an existing order, the responsibility for cancelling the original GTC order rests upon the Customer, Introducing Broker or RIA with discretionary trading authority. Therefore, if a Customer, Introducing Broker or RIA with discretionary trading authority fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) may be entered into Customer's account.
9. Failure of Customer to notify Apex in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.
10. Mutual Funds: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. Upon selling your shares, you may pay a sales charge. For more detailed information and other data on fees etc. see the Prospectus, the Statement of Additional Information or contact your Introducing Broker or RIA.
11. The default Cost Basis Election or tax relief method used by Apex for tax reporting is First-In-First-Out ("FIFO") for Equities and Bonds and Average cost for Mutual Funds. Please contact your Introducing Broker if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.
12. Underwriting (market 7): the securities described herein are being sold pursuant to a registration statement or where prospectus is required.
13. Market Maker: where the phrase "Market Maker" (or similar language) appears on the front of this confirmation, your Introducing Broker is making a market in this security, i.e. buying or selling such security for its own account on a regular or continuous basis. It may, however, discontinue the maintenance of such market at any time, without notice.
14. Asset-Backed Securities: the actual yield received may vary according to the rate at which the underlying receivable or other financial assets are prepaid. Information concerning the factors that affect yield, including the estimated yield, the weighted average life and the prepayment assumptions underlying the yield, will be provided by your Introducing Broker or RIA upon written request.
15. Mortgage-Backed Securities transactions are subject to the PSA "Uniform Practices for Clearance and Settlement of Mortgage-Backed Securities".
16. Apex receives remuneration for directing orders to particular broker/dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transaction may be disclosed upon written request. Your Introducing Broker, that clears trades through Apex, will share in such payments or may directly receive payment for order flow for certain transactions. Details may be furnished upon written request.
17. Backup Withholding – If you have not provided us with your correct social security number / tax ID number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.
18. Broker-dealers are assessed fees by various market centers on certain securities transactions and Apex charges transaction fees to cover these assessments. While Apex endeavors to collect amounts roughly equivalent to what Apex expect Apex's assessments to be, the actual amounts Apex charges as fees may be different than the amounts Apex is assessed by those market centers. Specific details regarding these fees may be available upon written request.
19. If the official statement/Prospectus is available, you can view them at emma.msrb.org.  In the event the official statement/Prospectus is not available on EMMA your Introducing Broker and/or Apex has an obligation to provide you with information during the primary offering period but no later than settlement date.
20. Payment of Interest to holders of Municipal Securities- you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | Currency Codes | CAP=Capacity in which your Introducing Broker or Apex has acted: |
|---|---|---|---|---|
| 1-New York Stock Exchange | 7-Underwriting | B = Buy | 1-Cash | AUD: Australian $ | 1-2, 4-5, 8 – As AGENT |
| 2-NYSE American | 8-Foreign Exchanges, Money Funds, | S = Sell | 2-Margin | CAD: Canadian $ | 3-As PRINCIPAL, your broker or Apex has bought from you or sold |
| 3-Other US Exchanges | Stock Dividends, Redemptions, | X#B = Cancel Buy | 3-Income | EUR: Euros | to you and may have received a profit or loss on the transaction |
| 4-Mutual Funds | "Reorgs" or Tenders | X#S = Cancel Sell | 4-Non-Negotiable | GBP: British Pounds | 6-As AGENT for both buyer and seller. |
| 5-Options | 9-Other | | 5-Short | HKD: Hong Kong $ | 7-As PRINCIPAL, your Broker or Apex has bought from you or sold |
| 6-Over-the-Counter/NASDAQ | | | 6-Special Subscription | JPY: Japan Yen | to you and may have received a profit or loss on the transaction |
| | | | 7-Description Available on Req. | MXN: Mexican Peso | 9-Other |
| | | | 8-Description Available on Req. | NZD: New Zealand $ | 0-Multiple cap.(two or more of agent, principal, & agent for another) |

ACCOUNTS CARRIED BY APEX CLEARING CORPORATION
MEMBER FINRA. SIPC & NYSE (214) 765-1055  TAX ID #13-2967453

# Webull
Webull Financial LLC

Account cleared by
Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, Texas 75201

**Account Number: 5NO-14795**

**Account Name: AIMEN SARSOUR**

| ct pe | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Tag Number | Net Amount | Trade# | M K T | C A P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | B | 12/16/22 | 12/20/22 | 26 | MMAT | 1.3750000 | 35.75 | 0.00 | 0.00 | 0.00 | W1298 | 35.75 | WEA1220 | 6 | 1 |

sc: META MATLS INC COMMON STOCK

rency: USD        ReportedPX:        MarkUp/Down:        Interest/STTax:    0.00    CUSIP:    59134N104

iler:

SUMMARY FOR CURRENT TRADE DATE:    12/16/22

TOTAL SHARES BOUGHT:    26.00    TOTAL DOLLARS BOUGHT:    -35.75

TOTAL SHARES SOLD:    0.00    TOTAL DOLLARS SOLD:    0.00

Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, TX  75201



Account Number: 5NO-14795

OFFICE SERVING YOU
WEBULL FINANCIAL LLC - HOUSE
917-725-2448

AIMEN SARSOUR
871 NW 85TH TER
FORT LAUDERDALE FL  33324-1249

## Transaction Confirmation

THANK YOU for letting Apex Clearing Corporation ("Apex") serve you (the "Customer", "you", or "your") directly or through your brokerage firm (the "Introducing Broker") or registered investment advisor ("RIA"). Amounts or securities due must be received in Apex's office on or before the settlement date shown.
1. All orders are received and executed subject to the rules, regulations and customs of the SEC, FINRA, MSRB, FRB and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934 and Apex, if any.
2. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which will permit the commingling thereof with securities of other customers, all without further notice to the Customer.
3. If shares loaned for a short sale are no longer available, Apex reserves the right to decide, by random selection, which positions will be subject to a buy-in.
4. Upon written request and where available, further details of items herein may be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of any commissions and fees and the remuneration details, if any, to Apex, or your Introducing Broker or RIA for directing orders to select market centers or market participants.
5. To the extent any bonds, asset backed, preferred, or other securities mentioned herein have provisions that may cause a call or prepayment, the details and the effect on the yield shown here are available on written request. In addition, zero coupon bonds do not have periodic payments, may be callable below maturity value and if callable and in bearer form, are callable without notice by mail unless registered.
6. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise on this trade confirmation.
7. Any ratings data (which is subject to change) that may be provided, has been obtained from ratings services which Apex believes to be reliable, however, there is no guarantee of accuracy or completeness.
8.Good Till Cancel ("GTC") orders are "live" during regular trading hours. GTC orders are canceled by Apex each business day (canceled at the exchange or market center) at 4:00pm EDT, with the exception of certain broad based ETF options that trade until 4:15pm EDT. GTC orders are resubmitted by Apex at the start of each trading day (prior to 9:30am EDT). Time Priority will be reset each day as the order arrives at the exchange or market center. If a GTC order receives a partial execution and is not fully executed, the order quantity will adjust to the remaining quantity for the next business day. Commissions may be charged each day that the order receives one or more partial executions. Please contact Apex,your Introducing Broker or RIA for more specific details. Until cancellation of the GTC order, all open orders will be considered good. When entering a substitute order or changing an existing order, the responsibility for cancelling the original GTC order rests upon the Customer, Introducing Broker or RIA with discretionary trading authority. Therefore, if a Customer, Introducing Broker or RIA with discretionary trading authority fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) may be entered into Customer's account.
9. Failure of Customer to notify Apex in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.
10. Mutual Funds: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. Upon selling your shares, you may pay a sales charge. For more detailed information and other data on fees etc. see the Prospectus, the Statement of Additional Information or contact your Introducing Broker or RIA.
11. The default Cost Basis Election or tax relief method used by Apex for tax reporting is First-In-First-Out ("FIFO") for Equities and Bonds and Average cost for Mutual Funds. Please contact your Introducing Broker if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.
12. Underwriting (market 7): the securities described herein are being sold pursuant to a registration statement or where prospectus is required.
13. Market Maker: where the phrase "Market Maker" (or similar language) appears on the front of this confirmation, your Introducing Broker is making a market in this security, i.e. buying or selling such security for its own account on a regular or continuous basis. It may, however, discontinue the maintenance of such market at any time, without notice.
14. Asset-Backed Securities: the actual yield received may vary according to the rate at which the underlying receivable or other financial assets are prepaid. Information concerning the factors that affect yield, including the estimated yield, the weighted average life and the prepayment assumptions underlying the yield, will be provided by your Introducing Broker or RIA upon written request.
15. Mortgage-Backed Securities transactions are subject to the PSA "Uniform Practices for Clearance and Settlement of Mortgage-Backed Securities".
16. Apex receives remuneration for directing orders to particular broker/dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transaction may be disclosed upon written request. Your Introducing Broker, that clears trades through Apex, will share in such payments or may directly receive payment for order flow for certain transactions. Details may be furnished upon written request.
17. Backup Withholding – If you have not provided us with your correct social security number / tax ID number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.
18. Broker-dealers are assessed fees by various market centers on certain securities transactions and Apex charges transaction fees to cover these assessments. While Apex endeavors to collect amounts roughly equivalent to what Apex expect Apex's assessments to be, the actual amounts Apex charges as fees may be different than the amounts Apex is assessed by those market centers. Specific details regarding these fees may be available upon written request.
19. If the official statement/Prospectus is available, you can view them at emma.msrb.org.  In the event the official statement/Prospectus is not available on EMMA your Introducing Broker or Apex has an obligation to provide you with information during the primary offering period but no later than settlement date.
20. Payment of Interest to holders of Municipal Securities- you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | Currency Codes | CAP=Capacity in which your Introducing Broker or Apex has acted: |
|---|---|---|---|---|
| 1-New York Stock Exchange  7-Underwriting | B = Buy | 1-Cash | AUD: Australian $ | 1-2, 4-5, 8 – As AGENT |
| 2-NYSE American  8-Foreign Exchanges, Money Funds, | S = Sell | 2-Margin | CAD: Canadian $ | 3-As PRINCIPAL, your broker or Apex has bought from you or sold |
| 3-Other US Exchanges  Stock Dividends, Redemptions, | XFB = Cancel Buy | 3-Income | EUR: Euros | to you and may have received a profit or loss on the transaction |
| 4-Mutual Funds  "Reorgs" or Tenders | XFS = Cancel Sell | 4-Non-Negotiable | GBP: British Pounds | 6-As AGENT for both buyer and seller. |
| 5-Options | | 5-Short | HKD: Hong Kong $ | 7-As PRINCIPAL, your Broker or Apex has bought from you or sold |
| 6-Over-the-Counter/NASDAQ | | 6-Special Subscription | JPY: Japan Yen | to you and may have received a profit or loss on the transaction |
| | | 7-Description Available on Req. | MXN: Mexican Peso | 9-Other |
| | | 8-Description Available on Req. | NZD: New Zealand $ | 0-Multiple cap.(two or more of agent, principal, & agent for another) |

**ACCOUNTS CARRIED BY APEX CLEARING CORPORATION**
**MEMBER FINRA. SIPC & NYSE (214) 765-1055  TAX ID #13-2967453**



# Webull
Webull Financial LLC

Account cleared by
Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, Texas 75201

## Account Name: AIMEN SARSOUR

**Account Number: 5NO-14795**

| Product Type | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Tag Number | Net Amount | Trade# | M C K A T P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | B | 10/04/22 | 10/06/22 | 643 | MMAT | 0.6795000 | 436.92 | 0.00 | 0.00 | 0.00 | L8356 | 436.92 | WEA1006 | 6 1 |
| sc: META MATLS INC COMMON STOCK | | | | | | | | | | Interest/STTax: | | | 59134N104 | |
| rrency: USD | | ReportedPX: | | | | | | | MarkUp/Down: | | CUSIP: | | | |
| iler: | | | | | | | | | | | | | | |
| | B | 10/04/22 | 10/06/22 | 2,302 | MMAT | 0.6795000 | 1,564.21 | 0.00 | 0.00 | 0.00 | M0510 | 1,564.21 | WEA1006 | 6 1 |
| sc: META MATLS INC COMMON STOCK | | | | | | | | | | Interest/STTax: | | | 59134N104 | |
| rrency: USD | | ReportedPX: | | | | | | | MarkUp/Down: | | CUSIP: | | | |
| iler: | | | | | | | | | | | | | | |

SUMMARY FOR CURRENT TRADE DATE: 10/04/22
TOTAL SHARES BOUGHT:    2,945.00    TOTAL DOLLARS BOUGHT:    -2,001.13
TOTAL SHARES SOLD:    0.00    TOTAL DOLLARS SOLD:    0.00

Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, TX 75201



**Webull**
Webull Financial LLC

Account Number: 5NO-14795

OFFICE SERVING YOU
WEBULL FINANCIAL LLC - HOUSE
917-725-2448

AIMEN SARSOUR
871 NW 85TH TER
FORT LAUDERDALE FL 33324-1249

## Transaction Confirmation

THANK YOU for letting Apex Clearing Corporation ("Apex") serve you (the "Customer", "you", or "your") directly or through your brokerage firm (the "Introducing Broker") or registered investment advisor ("RIA"). Amounts or securities due must be received in Apex's office on or before the settlement date shown.
1. All orders are received and executed subject to the rules, regulations and customs of the SEC, FINRA, MSRB, FRB and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934 and Apex, if any.
2. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which will permit the commingling thereof with securities of other customers, all without further notice to the Customer.
3. If shares loaned for a short sale are no longer available, Apex reserves the right to decide, by random selection, which positions will be subject to a buy-in.
4. Upon written request and where available, further details of items herein may be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of any commissions and fees and the remuneration details, if any, to Apex, or your Introducing Broker or RIA for directing orders to select market centers or market participants.
5. To the extent any bonds, asset backed, preferred, or other securities mentioned herein have provisions that may cause a call or prepayment, the details and the effect on the yield shown here are available on written request. In addition, zero coupon bonds do not have periodic payments, may be callable below maturity value and if callable and in bearer form, are callable without notice by mail unless registered.
6. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise on this trade confirmation.
7. Any ratings data (which is subject to change) that may be provided, has been obtained from ratings services which Apex believes to be reliable, however, there is no guarantee of accuracy or completeness.
8. Good Till Cancel ("GTC") orders are "live" during regular trading hours. GTC orders are canceled by Apex each business day (canceled at the exchange or market center) at 4:00pm EDT, with the exception of certain broad based ETF options that trade until 4:15pm EDT. GTC orders are resubmitted by Apex at the start of each trading day (prior to 9:30am EDT). Time Priority will be reset each day as the order arrives at the exchange or market center. If a GTC order receives a partial execution and is not fully executed, the order quantity will adjust to the remaining quantity for the next business day. Commissions may be charged each day that the order receives one or more partial executions. Please contact Apex,your Introducing Broker or RIA for more specific details. Until cancellation of the GTC order, all open orders will be considered good. When entering a substitute order or changing an existing order, the responsibility for cancelling the original GTC order rests upon the Customer, Introducing Broker or RIA with discretionary trading authority. Therefore, if a Customer, Introducing Broker or RIA with discretionary trading authority fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) may be entered into Customer's account.
9. Failure of Customer to notify Apex in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.
10. Mutual Funds: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. Upon selling your shares, you may pay a sales charge. For more detailed information and other data on fees etc. see the Prospectus, the Statement of Additional Information or contact your Introducing Broker or RIA.
11. The default Cost Basis Election or tax relief method used by Apex for tax reporting is First-In-First-Out ("FIFO") for Equities and Bonds and Average cost for Mutual Funds. Please contact your Introducing Broker if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.
12. Underwriting (market 7): the securities described herein are being sold pursuant to a registration statement or where prospectus is required.
13. Market Maker: where the phrase "Market Maker" (or similar language) appears on the front of this confirmation, your Introducing Broker is making a market in this security, i.e. buying or selling such security for its own account on a regular or continuous basis. It may, however, discontinue the maintenance of such market at any time, without notice.
14. Asset-Backed Securities: the actual yield received may vary according to the rate at which the underlying receivable or other financial assets are prepaid. Information concerning the factors that affect yield, including the estimated yield, the weighted average life and the prepayment assumptions underlying the yield, will be provided by your Introducing Broker or RIA upon written request.
15. Mortgage-Backed Securities transactions are subject to the PSA "Uniform Practices for Clearance and Settlement of Mortgage-Backed Securities".
16. Apex receives remuneration for directing orders to particular broker/dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transaction may be disclosed upon written request. Your Introducing Broker, that clears trades through Apex, will share in such payments or may directly receive payment for order flow for certain transactions. Details may be furnished upon written request.
17. Backup Withholding – If you have not provided us with your correct social security number / tax ID number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.
18. Broker-dealers are assessed fees by various market centers on certain securities transactions and Apex charges transaction fees to cover these assessments. While Apex endeavors to collect amounts roughly equivalent to what Apex expect Apex's assessments to be, the actual amounts Apex charges as fees may be different than the amounts Apex is assessed by those market centers. Specific details regarding these fees may be available upon written request.
19. If the official statement/Prospectus is available, you can view them at emma.msrb.org. In the event the official statement/Prospectus is not available on EMMA your Introducing Broker and/or Apex has an obligation to provide you with information during the primary offering period but no later than settlement date.
20. Payment of Interest to holders of Municipal Securities- you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | Currency Codes | CAP=Capacity in which your Introducing Broker or Apex has acted: |
|---|---|---|---|---|
| 1-New York Stock Exchange | 7-Underwriting | B – Buy | 1-Cash | AUD: Australian $ | 1-2, 4-5, 8 – As AGENT |
| 2-NYSE American | 8-Foreign Exchanges, Money Funds, | S = Sell | 2-Margin | CAD: Canadian $ | 3-As PRINCIPAL, your broker or Apex has bought from you or sold |
| 3-Other US Exchanges | Stock Dividends, Redemptions, | XFB = Cancel Buy | 3-Income | EUR: Euros | to you and may have received a profit or loss on the transaction |
| 4-Mutual Funds | "Reorgs" or Tenders | X#S = Cancel Sell | 4- Non-Negotiable | GBP: British Pounds | 6-As AGENT for both buyer and seller. |
| 5-Options | 9-Other | | 5-Short | HKD: Hong Kong $ | 7-As PRINCIPAL, your Broker or Apex has bought from you or sold |
| 6-Over-the-Counter/NASDAQ | | | 6-Special Subscription | JPY: Japan Yen | to you and may have received a profit or loss on the transaction |
| | | | 7-Description Available on Req. | MXN: Mexican Peso | 9-Other |
| ACCOUNTS CARRIED BY APEX CLEARING CORPORATION | | | 8-Description Available on Req. | NZD: New Zealand $ | 0-Multiple cap.(two or more of agent, principal, & agent for another) |
| MEMBER FINRA, SIPC & NYSE (214) 765-1055  TAX ID #13-2967453 | | | | | |

# Webull
Webull Financial LLC

Account cleared by
Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, Texas 75201

## Account Name: AIMEN SARSOUR

### Account Number: 5NO-14795

| ct pe | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Tag Number | Net Amount | Trade# | M K T | C A P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | B | 09/22/22 | 09/26/22 | 1,380 | MMAT | 0.7239000 | 998.98 | 0.00 | | 0.00 | Q8654 | 998.98 | WEA0926 | 6 | 1 |

sc: META MATLS INC COMMON STOCK

ReportedPX:    MarkUp/Down:    Interest/STTax: 0.00    CUSIP: 5913N4N104

rrency: USD

iler:

SUMMARY FOR CURRENT TRADE DATE:    09/22/22

TOTAL SHARES BOUGHT:    1,380.00    TOTAL DOLLARS BOUGHT:    -998.98

TOTAL SHARES SOLD:    0.00    TOTAL DOLLARS SOLD:    0.00

cessDate:09/22/2022

Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, TX 75201



**Webull**
Webull Financial LLC

Account Number: 5NO-14795

OFFICE SERVING YOU
WEBULL FINANCIAL LLC - HOUSE
917-725-2448

AIMEN SARSOUR
871 NW 85TH TER
FORT LAUDERDALE FL 33324-1249

## Transaction Confirmation

THANK YOU for letting Apex Clearing Corporation ("Apex") serve you (the "Customer", "you", or "your") directly or through your brokerage firm (the "Introducing Broker") or registered investment advisor ("RIA"). Amounts or securities due must be received in Apex's office on or before the settlement date shown.

1. All orders are received and executed subject to the rules, regulations and customs of the SEC, FINRA, MSRB, FRB and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934 and Apex, if any.

2. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which will permit the commingling thereof with securities of other customers, all without further notice to the Customer.

3. If shares loaned for a short sale are no longer available, Apex reserves the right to decide, by random selection, which positions will be subject to a buy-in.

4. Upon written request and where available, further details of items herein may be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of any commissions and fees and the remuneration details, if any, to Apex, or your Introducing Broker or RIA for directing orders to select market centers or market participants.

5. To the extent any bonds, asset backed, preferred, or other securities mentioned herein have provisions that may cause a call or prepayment, the details and the effect on the yield shown here are available on written request. In addition, zero coupon bonds do not have periodic payments, may be callable below maturity value and if callable and in bearer form, are callable without notice by mail unless registered.

6. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise on this trade confirmation.

7. Any ratings data (which is subject to change) that may be provided, has been obtained from ratings services which Apex believes to be reliable, however, there is no guarantee of accuracy or completeness.

8. Good Till Cancel ("GTC") orders are "live" during regular trading hours. GTC orders are canceled by Apex each business day (canceled at the exchange or market center) at 4:00pm EDT, with the exception of certain broad based ETF options that trade until 4:15pm EDT. GTC orders are resubmitted by Apex at the start of each trading day (prior to 9:30am EDT). Time Priority will be reset each day as the order arrives at the exchange or market center. If a GTC order receives a partial execution and is not fully executed, the order quantity will adjust to the remaining quantity for the next business day. Commissions may be charged each day that the order receives one or more partial executions. Please contact Apex,your Introducing Broker or RIA for more specific details. Until cancellation of the GTC order, all open orders will be considered good. When entering a substitute order or changing an existing order, the responsibility for cancelling the original GTC order rests upon the Customer, Introducing Broker or RIA with discretionary trading authority. Therefore, if a Customer, Introducing Broker or RIA with discretionary trading authority fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) may be entered into Customer's account.

9. Failure of Customer to notify Apex in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

10. Mutual Funds: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. Upon selling your shares, you may pay a sales charge. For more detailed information and other data on fees etc. see the Prospectus, the Statement of Additional Information or contact your Introducing Broker or RIA.

11. The default Cost Basis Election or tax relief method used by Apex for tax reporting is First-In-First-Out ("FIFO") for Equities and Bonds and Average cost for Mutual Funds. Please contact your Introducing Broker if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Underwriting (market 7): the securities described herein are being sold pursuant to a registration statement or where prospectus is required.

13. Market Maker: where the phrase "Market Maker" (or similar language) appears on the front of this confirmation, your Introducing Broker is making a market in this security, i.e. buying or selling such security for its own account on a regular or continuous basis. It may, however, discontinue the maintenance of such market at any time, without notice.

14. Asset-Backed Securities: the actual yield received may vary according to the rate at which the underlying receivable or other financial assets are prepaid. Information concerning the factors that affect yield, including the estimated yield, the weighted average life and the prepayment assumptions underlying the yield, will be provided by your Introducing Broker or RIA upon written request.

15. Mortgage-Backed Securities transactions are subject to the PSA "Uniform Practices for Clearance and Settlement of Mortgage-Backed Securities".

16. Apex receives remuneration for directing orders to particular broker/dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transaction may be disclosed upon written request. Your Introducing Broker, that clears trades through Apex, will share in such payments or may directly receive payment for order flow for certain transactions. Details may be furnished upon written request.

17. Backup Withholding – If you have not provided us with your correct social security number / tax ID number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

18. Broker-dealers are assessed fees by various market centers on certain securities transactions and Apex charges transaction fees to cover these assessments. While Apex endeavors to collect amounts roughly equivalent to what Apex expect Apex's assessments to be, the actual amounts Apex charges as fees may be different than the amounts Apex is assessed by those market centers. Specific details regarding these fees may be available upon written request.

19. If the official statement/Prospectus is available, you can view them at emma.msrb.org. In the event the official statement/Prospectus is not available on EMMA your Introducing Broker and/or Apex has an obligation to provide you with information during the primary offering period but no later than settlement date.

20. Payment of Interest to holders of Municipal Securities- you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | Currency Codes | CAP=Capacity in which your Introducing Broker or Apex has acted: |
|---|---|---|---|---|
| 1-New York Stock Exchange | 7-Underwriting | B = Buy | 1-Cash | AUD: Australian $ | 1-2, 4-5, 8 – As AGENT |
| 2-NYSE American | 8-Foreign Exchanges, Money Funds, | S = Sell | 2-Margin | CAD: Canadian $ | 3-As PRINCIPAL, your broker or Apex has bought from or sold |
| 3-Other US Exchanges | Stock Dividends, Redemptions, | X#B = Cancel Buy | 3-Income | EUR: Euros | to you and may have received a profit or loss on the transaction |
| 4-Mutual Funds | "Reorgs" or Tenders | X#S = Cancel Sell | 4-Non-Negotiable | GBP: British Pounds | 6-As AGENT for both buyer and seller. |
| 5-Options | 9-Other | | 5-Short | HKD: Hong Kong $ | 7-As PRINCIPAL, your Broker or Apex has bought from or sold |
| 6-Over-the-Counter/NASDAQ | | | 6-Special Subscription | JPY: Japan Yen | to you and may have received a profit or loss on the transaction |
| | | | 7-Description Available on Req. | MXN: Mexican Peso | 9-Other |
| **ACCOUNTS CARRIED BY APEX CLEARING CORPORATION** | | | 8-Descrition Available on Req. | NZD: New Zealand $ | 0-Multiple cap.(two or more of agent, principal, & agent for another) |
| **MEMBER FINRA. SIPC & NYSE (214) 765-1055   TAX ID #13-2967453** | | | | | |



# Webull
Webull Financial LLC

Account cleared by
Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, Texas 75201

## Account Name: AIMEN SARSOUR

**Account Number: 5NO-14795**

| ct Type | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Tag Number | Net Amount | Trade# | MKT | CAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sc: | B | 08/08/22 | 08/10/22 | 120 | BBBY | 11.6099000 | 1,393.19 | 0.00 | 0.00 | 0.00 | P6960 | 1,393.19 | WEA0810 075896100 | 6 | 1 |
| | BED BATH & BEYOND INC | | | | | | | | | Interest/STTax: | 0.00 | CUSIP: | | | |
| rrency: USD | | | ReportedPX: | | | | | | MarkUp/Down: | | | | | | |
| iler: | | | | | | | | | | | | | | | |
| sc: | S | 08/08/22 | 08/10/22 | 120 | BBBY | 11.2311000 | 1,347.73 | 0.00 | 0.06 | 0.00 | R3382 | 1,347.67 | WEA0810 075896100 | 6 | 1 |
| | BED BATH & BEYOND INC | | | | | | | | | Interest/STTax: | 0.00 | CUSIP: | | | |
| rrency: USD | | | ReportedPX: | | | | | | MarkUp/Down: | | | | | | |
| iler: | | | | | | | | | | | | | | | |
| sc: | B | 08/08/22 | 08/10/22 | 1,019 | MMAT | 0.9365000 | 954.29 | 0.00 | 0.00 | 0.00 | R2782 | 954.29 | 59134N104 | 6 | 1 |
| | META MATLS INC COMMON STOCK | | | | | | | | | Interest/STTax: | 0.00 | CUSIP: | | | |
| rrency: USD | | | ReportedPX: | | | | | | MarkUp/Down: | | | | | | |
| iler: | | | | | | | | | | | | | | | |

SUMMARY FOR CURRENT TRADE DATE: 08/08/22
TOTAL SHARES BOUGHT: 1,139.00    TOTAL DOLLARS BOUGHT:    -2,347.48
TOTAL SHARES SOLD: -120.00    TOTAL DOLLARS SOLD:    1,347.67

Page: 1

cessDate:08/08/2022

Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, TX 75201

 **Webull**
Webull Financial LLC

Account Number: 5NO-14795

OFFICE SERVING YOU
WEBULL FINANCIAL LLC - HOUSE
917-725-2448

AIMEN SARSOUR
871 NW 85TH TER
FORT LAUDERDALE FL 33324-1249

## Transaction Confirmation

THANK YOU for letting Apex Clearing Corporation ("Apex") serve you (the "Customer", "you", or "your") directly or through your brokerage firm (the "Introducing Broker") or registered investment advisor ("RIA"). Amounts or securities due must be received in Apex's office on or before the settlement date shown.

1. All orders are received and executed subject to the rules, regulations and customs of the SEC, FINRA, MSRB, FRB and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934 and Apex, if any.

2. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which will permit the commingling thereof with securities of other customers, all without further notice to the Customer.

3. If shares loaned for a short sale are no longer available, Apex reserves the right to decide, by random selection, which positions will be subject to a buy-in.

4. Upon written request and where available, further details of items herein may be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of any commissions and fees and the remuneration details, if any, to Apex, or your Introducing Broker or RIA for directing orders to select market centers or market participants.

5. To the extent any bonds, asset backed, preferred, or other securities mentioned herein have provisions that may cause a call or prepayment, the details and the effect on the yield shown here are available on written request. In addition, zero coupon bonds do not have periodic payments, may be callable below maturity value and if callable and in bearer form, are callable without notice by mail unless registered.

6. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise on this trade confirmation.

7. Any ratings data (which is subject to change) that may be provided, has been obtained from ratings services which Apex believes to be reliable, however, there is no guarantee of accuracy or completeness.

8. Good Till Cancel ("GTC") orders are "live" during regular trading hours. GTC orders are canceled by Apex each business day (canceled at the exchange or market center) at 4:00pm EDT, with the exception of certain broad based ETF options that trade until 4:15pm EDT. GTC orders are resubmitted by Apex at the start of each trading day (prior to 9:30am EDT). Time Priority will be reset each day as the order arrives at the exchange or market center. If a GTC order receives a partial execution and is not fully executed, the order quantity will adjust to the remaining quantity for the next business day. Commissions may be charged each day that the order receives one or more partial executions. Please contact Apex,your Introducing Broker or RIA for more specific details. Until cancellation of the GTC order, all open orders will be considered good. When entering a substitute order or changing an existing order, the responsibility for cancelling the original GTC order rests upon the Customer, Introducing Broker or RIA with discretionary trading authority. Therefore, if a Customer, Introducing Broker or RIA with discretionary trading authority fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) may be entered into Customer's account.

9. Failure of Customer to notify Apex in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

10. Mutual Funds: You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. Upon selling your shares, you may pay a sales charge. For more detailed information and other data on fees etc. see the Prospectus, the Statement of Additional Information or contact your Introducing Broker or RIA.

11. The default Cost Basis Election or tax relief method used by Apex for tax reporting is First-In-First-Out ("FIFO") for Equities and Bonds and Average cost for Mutual Funds. Please contact your Introducing Broker if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Underwriting (market 7): the securities described herein are being sold pursuant to a registration statement or where prospectus is required.

13. Market Maker: where the phrase "Market Maker" (or similar language) appears on the front of this confirmation, your Introducing Broker is making a market in this security, i.e. buying or selling such security for its own account on a regular or continuous basis. It may, however, discontinue the maintenance of such market at any time, without notice.

14. Asset-Backed Securities: the actual yield received may vary according to the rate at which the underlying receivable or other financial assets are prepaid. Information concerning the factors that affect yield, including the estimated yield, the weighted average life and the prepayment assumptions underlying the yield, will be provided by your Introducing Broker or RIA upon written request.

15. Mortgage-Backed Securities transactions are subject to the PSA "Uniform Practices for Clearance and Settlement of Mortgage-Backed Securities".

16. Apex receives remuneration for directing orders to particular broker/dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transaction may be disclosed upon written request. Your Introducing Broker, that clears trades through Apex, will share in such payments or may directly receive payment for order flow for certain transactions. Details may be furnished upon written request.

17. Backup Withholding – If you have not provided us with your correct social security number / tax ID number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

18. Broker-dealers are assessed fees by various market centers on certain securities transactions and Apex charges transaction fees to cover these assessments. While Apex endeavors to collect amounts roughly equivalent to what Apex expect Apex's assessments to be, the actual amounts Apex charges as fees may be different than the amounts Apex is assessed by those market centers. Specific details regarding these fees may be available upon written request.

19. If the official statement/Prospectus is available, you can view them at emma.msrb.org. In the event the official statement/Prospectus is not available on EMMA your Introducing Broker and/or Apex has no obligation to provide you with information during the primary offering period but no later than settlement date.

20. Payment of Interest to holders of Municipal Securities- you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

| MKT = Market in which transaction was Executed/Cleared | Buy/Sell Codes | Account Types | Currency Codes | CAP=Capacity in which your Introducing Broker or Apex has acted: |
|---|---|---|---|---|
| 1-New York Stock Exchange | 7-Underwriting | B = Buy | 1-Cash | AUD: Australian $ | 1-2, 4-5, 8 – As AGENT |
| 2-NYSE American | 8-Foreign Exchanges, Money Funds, | S = Sell | 2-Margin | CAD: Canadian $ | 3-As PRINCIPAL, your broker or Apex has bought from you or sold |
| 3-Other US Exchanges | Stock Dividends, Redemptions, | X#B = Cancel Buy | 3-Income | EUR: Euros | to you and may have received a profit or loss on the transaction |
| 4-Mutual Funds | "Reorgs" or Tenders | X#S = Cancel Sell | 4-Non-Negotiable | GBP: British Pounds | 6-As AGENT for both buyer and seller. |
| 5-Options | 9-Other | | 5-Short | HKD: Hong Kong $ | 7-As PRINCIPAL, your Broker or Apex has bought from you or sold |
| 6-Over-the-Counter/NASDAQ | | | 6-Special Subscription | JPY: Japanese Yen | to you and may have received a profit or loss on the transaction |
| | | | 7-Description Available on Req. | MXN: Mexican Peso | 9-Other |
| | | | 8-Description Available on Req. | NZD: New Zealand $ | 0-Multiple cap.(two or more of agent, principal, & agent for another) |

ACCOUNTS CARRIED BY APEX CLEARING CORPORATION
MEMBER FINRA. SIPC & NYSE (214) 765-1055   TAX ID #13-2967453

# Webull

Webull Financial LLC

**Account Number: 5NO-14795**

**Account Name: AIMEN SARSOUR**

Account cleared by
Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, Texas 75201

| Acct Type | B/S | Trade Date | Settle Date | QTY | SYM | PRICE | Principal | COMM | Tran Fee | Add'l Fees | Tag Number | Net Amount | Trade# | M C K A T P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | B | 06/17/22 | 06/22/22 | 22 | MMAT | 1.5299000 | 33.66 | 0.00 | 0.00 | 0.00 | U4707 | 33.66 | WEA0622 | 6  1 |

Desc: META MATLS INC COMMON STOCK   ReportedPX:

Currency: USD    MarkUp/Down:

Interest/STTax: 0.00    CUSIP: 59134N104

Filer:

SUMMARY FOR CURRENT TRADE DATE: 06/17/22

TOTAL SHARES BOUGHT: 22.00    TOTAL DOLLARS BOUGHT: -33.66

TOTAL SHARES SOLD: 0.00    TOTAL DOLLARS SOLD: 0.00

Page: 1

# E✳TRADE
from Morgan Stanley

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

Make checks payable to E*TRADE Securities LLC

## TOTAL DEPOSIT

| Dollars | Cents |
|---------|-------|
|         |       |
|         |       |
|         |       |
|         |       |
|         |       |
|         |       |

Please do not send cash

**Use This Deposit Slip    Acct: 4948-6273**

▼ DETACH HERE

▼ DETACH HERE

AIMEN SARSOUR
6172 N STATE ROAD 7
APT 308
COCONUT CREEK FL 33073-3657

## Account At A Glance

| | Net Change: | $7,661.31 |
|---|---|---|

| As of 09/30/22 | As of 10/31/22 |
|---|---|
| $3,402.19 | $11,063.50 |

**E✳TRADE Pro Elite**
Investment Account

Making a donation to your favorite charity has never been easier with our new online donation experience. Learn more at etrade.com/donations.

AIMEN SARSOUR
6172 N STATE ROAD 7
APT 308
COCONUT CREEK FL 33073-3657

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-387-2331  etrade.com
Member SIPC

October 1, 2022 - October 31, 2022
**Account Number:** 4948-6273
**Account Type:** INDIVIDUAL
**Account Status:** Pro Elite

**Customer Update:**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.