NVB 3001 (Rev. 12/24)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Kwo Quai Hong
   21 Woodlawn Rd, Randolph, MA 02368

   **Telephone Number:** 617-686-0433

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   DEC 17 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   **COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor (last 4 digits only):** Fidelity

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   Kwo Quai Hong
   50 Derby St, Hingham, MA
   **Telephone Number:** 781-356-8728

3. **Date Equity Interest was acquired:**
   Between June 25, 21 - Dec 23

4. **Total amount of member interest:** 69,000 shares

5. **Certificate number(s):** See attached

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the interest holder.
   ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
   ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Kwo Quai Hong
Title: _____
Company: Address and telephone number (if different from notice address above): _____

(Signature) Hong    (Date) 12/11/24
Telephone number: 617-686-433    email: Johnhog@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



2023 YEAR-END INVESTMENT REPORT
January 1, 2023 - December 31, 2023

## Account Summary

Account # 226-419735
KWO Q HONG - ROLLOVER IRA

| | |
|---|---|
| **Account Value:** | **$2,323.92** |
| Change Since January 1 | ▼ $39,577.15 |
| Beginning Account Value as of Jan 1, 2023 | $41,901.07 |
| Change in Investment Value * | -39,577.15 |
| **Ending Account Value as of Dec 31, 2023** | **$2,323.92** |

Total Account Trades Jan 2023 - Dec 2023: 0

* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.

### Account Holdings

Jan 1, 2023



100% Stocks

Dec 31, 2023



100% Stocks

| Holding Type | Value Jan 1 | % of Portfolio Jan 1 | Value Dec 31 | % of Portfolio Dec 31 |
|---|---|---|---|---|
| Stocks | $41,901 | 100% | $2,323 | 100% |
| **Total** | **$41,901** | **100%** | **$2,323** | **100%** |

## Holdings

### Stocks

| Description | Quantity | Price Per Unit | Total Market Value | Cost | Unrealized Gain/Loss |
|---|---|---|---|---|---|
| **Common Stock** | | | | | |
| **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 35,210.991 | $0.0660 | $2,323.92 | $101,355.02 | -$99,031.10 |



## Holdings

Account # 226-419735
KWO Q HONG - ROLLOVER IRA

### Stocks (continued)

| Description | Quantity | Price Per Unit | Total Market Value | Cost | Unrealized Gain/Loss |
|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | |
| Total Common Stock (100% of account holdings) | | | $2,323.92 | $101,355.02 | -$99,031.10 |
| **Total Stocks (100% of account holdings)** | | | **$2,323.92** | **$101,355.02** | **-$99,031.10** |
| **Total Holdings** | | | **$2,323.92** | **$101,355.02** | **-$99,031.10** |

*All positions held in cash account unless indicated otherwise.*

*Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*



**2023 YEAR-END INVESTMENT REPORT**
January 1, 2023 - December 31, 2023

Envelope # BPVMWFBBBDGNN

KWO Q HONG
21 WOODLAWN RD
RANDOLPH MA 02368-5548

FIDELITY ROLLOVER IRA KWO Q HONG - ROLLOVER IRA - FIDELITY MANAGEMENT TRUST CO - CUSTODIAN
▶ **Account Number: 226-419735**

| **Your Account Value:** | **$2,323.92** |
|---|---|
| Change Since January 1: | ▼ $39,577.15 |
| Beginning Account Value as of Jan 1, 2023 | $41,901.07 |
| Change in Investment Value * | -39,577.15 |
| Ending Account Value as of Dec 31, 2023 ** | $2,323.92 |

**FOR YOUR INFORMATION**
This statement is not a replacement for your tax forms and may not reflect all adjustments necessary for your tax reporting purposes. Refer to your IRS tax forms including your Form(s) 1099 and Form(s) 5498, which will be mailed to you under separate cover.

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*  *Excludes unpriced securities.*

| Contact Information | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

YR_CE_BPVMWFBBBDGNN_BBBB 20240122

1 of 4



**2023 YEAR-END INVESTMENT REPORT**
January 1, 2023 - December 31, 2023

Envelope # BPTJVPBBBPKMW

KWO Q HONG
21 WOODLAWN RD
RANDOLPH MA 02368-5548

FIDELITY ACCOUNT KWO Q HONG - INDIVIDUAL TOD
▶ Account Number: X96-222677

| | |
|---|---:|
| **Your Account Value:** | **$2,246.91** |
| Change Since January 1: | ▼ $38,265.59 |
| Beginning Account Value as of Jan 1, 2023 | $40,512.50 |
| Change in Investment Value * | -38,265.59 |
| Ending Account Value as of Dec 31, 2023 ** | $2,246.91 |

**FOR YOUR INFORMATION**
This statement is not a replacement for your tax forms and may not reflect all adjustments necessary for your tax reporting purposes. Refer to your IRS tax forms including your Form(s) 1099 and Form(s) 5498, which will be mailed to you under separate cover.

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*  *Excludes unpriced securities.*

## Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.



YR_CE_BPTJVPBBBPKMW_BBBBB 20240109



2023 YEAR-END INVESTMENT REPORT
January 1, 2023 - December 31, 2023

Account # X96-222677
KWO Q HONG - INDIVIDUAL - TOD

## Account Summary

**Account Value:** $2,246.91

**Change Since January 1** ▼ $38,265.59

| | |
|---|---:|
| Beginning Account Value as of Jan 1, 2023 | $40,512.50 |
| Change in Investment Value * | -38,265.59 |
| Ending Account Value as of Dec 31, 2023 | $2,246.91 |

Total Account Trades Jan 2023 - Dec 2023: 0

\* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.

### Account Holdings

Jan 1, 2023 — 100% Stocks

Dec 31, 2023 — 100% Stocks

| Holding Type | Value Jan 1 | % of Portfolio Jan 1 | Value Dec 31 | % of Portfolio Dec 31 |
|---|---:|---:|---:|---:|
| Stocks | $40,512 | 100% | $2,246 | 100% |
| **Total** | **$40,512** | **100%** | **$2,246** | **100%** |

## Holdings

### Stocks

| Description | Quantity | Price Per Unit | Total Market Value | Total Cost Basis | Unrealized Gain/Loss | Income Earned |
|---|---:|---:|---:|---:|---:|---:|
| **Common Stock** | | | | | | |
| META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 34,044.118 | $0.0660 | $2,246.91 | $127,115.00 | -$124,868.09 | - |



2023 YEAR-END INVESTMENT REPORT
January 1, 2023 - December 31, 2023

## Holdings

Account # X96-222677
KWO Q HONG - INDIVIDUAL - TOD

### Stocks (continued)

| Description | Quantity | Price Per Unit | Total Market Value | Total Cost Basis | Unrealized Gain/Loss | Income Earned |
|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | |
| Total Common Stock (100% of account holdings) | | | $2,246.91 | $127,115.00 | -$124,868.09 | - |
| **Total Stocks (100% of account holdings)** | | | $2,246.91 | $127,115.00 | -$124,868.09 | - |
| **Total Holdings** | | | $2,246.91 | $127,115.00 | -$124,868.09 | $0.00 |

*All positions held in cash account unless indicated otherwise.*

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*