NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: **META MATERIALS** | Case Number: **24-50792-hlb** | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

    **Douglas Dixon**
    **367 Greeley Loop**
    **Davenport, FL 33897**

    Telephone Number: **407-925-9549**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 17 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only): **5MT-XXXX3-10** | Check here if this Proof of Interest:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br>**WEBULL FINANCIAL LLC**<br>**44 WALL ST, NEW YORK, NY 10005**<br>**(917)725-2448**<br>Telephone Number: | 3. Date Equity Interest was acquired:<br>**TRCH - 02/10/2021, 02/12/2021, 02/22/2021**<br>**MMAT - 09/27/2021, 11/01/2021, 01/04/2022**<br>**MMAT (CALLS) - 08/20/2021,**<br>**10/15/2021, 10/31/2022, 04/11/2023**<br>**SEE ATTACHED DOCUMENTATION** |
| 4. Total amount of member interest: **4,200 Shares, 61 Options** | 5. Certificate number(s): **SEE ATTACHED DOCUMENTATION** |

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: **INVESTOR**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the interest holder.
   ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
   ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Douglas Dixon
Title:
Company: Address and telephone number (if different from notice address above):
367 Greeley Loop
Davenport, FL 33897

(Signature)    12/16/2024
(Date)
Telephone number: (407)925-9549    email: dugdixonstocks@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Webull Financial LLC    **Proceeds from Broker and Barter Exchange Transactions**    2023 Form 1099-B*

████████113    (continued)    2024-02-16    OMB No. ██████

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.
**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)
**Box 5:** Box Not Checked (Covered Security)    **Box 6:** Gross (unless indicated as Net in Additional Notes Column)    **Box 12:** Basis Reported to the IRS

| 1a - Description of property \| CUSIP \| Symbol | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1c - Date Sold or Disposed | Quantity | 1d - Proceeds | 1b - Date Acquired | 1e – Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
| 2023-10-20 | 7 | 0.00 | 2023-09-18 | ██████ | ██████ | ██████ | |
| 2023-11-17 | 14 | 0.00 | 2023-07-07 | ██████ | 0.00 | ██████ | |
| 2023-06-14 | 3 | ██████ | 2023-05-24 | ██████ | 0.00 | ██████ | |
| MMAT 230421C00001500 \| CUSIP: MMAT230421C00001500 \| Symbol: MMAT230421C00001500 | | | | | | | |
| 2023-04-21 | 21 | 0.00 | 2022-10-31 | 736.03 | 0.00 | -736.03 | |
| MMAT 231020C00000500 \| CUSIP: MMAT231020C00000500 \| Symbol: MMAT231020C00000500 | | | | | | | |
| 2023-10-20 | 23 | 0.00 | 2023-04-11 | 369.11 | 0.00 | -369.11 | |
| **Totals:** | | **154.39** | | ██████ | | ██████ | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

Apex Clearing | **Proceeds from Broker and Barter Exchange Transactions** | 2023 Form 1099-B*

████████113 | | 2024-01-31    OMB No. 1545-0715

The following information is being provided to assist in your review and the preparation of your tax return.

This Form 1099-B - Proceeds from Broker and Barter Exchange Transactions provides information relating to sales of securities in your account. The sales details are organized into potentially five separate sections depending on your holding period in the security for the sale (short-term vs long-term) and whether the security is considered a "covered security" for tax reporting purpose. For covered securities, cost basis (adjusted as required under tax regulations) is being reported to the Internal Revenue Service (IRS), whereas for noncovered securities, cost basis if set forth below is provided only for your information.

A separate category is provided for sales of securities for which we do not know your holding period. For such tax lots, you will need to use your historical documents to determine your holding period (whether short-term or long-term) and your tax basis.

Unless noted otherwise under the column "Additional Notes", cost basis and corresponding gain or loss is determined by treating tax lots acquired first as being sold first. We have also assumed that you have made an election to amortize premium on the purchase of taxable bonds.

As brokers, we are only required to apply wash sales loss disallowance rules to securities with the same CUSIP or identifier and purchased and sold within the same account. We are also not required to apply wash sales rules across covered and noncovered securities. You as the taxpayer, however, generally have broader obligations under the wash sales rules to determine disallowed losses, and you may wish to consult with a tax adviser as to the application of such rules to you.

Sales of certain contingent payment debt instruments give rise to ordinary income rather than short-term or long-term capital gain or loss. Such ordinary income treatment is indicated in the Additional Notes column as "Box 2 - Ordinary." In addition, certain assets classified as collectibles are subject to special tax treatment. Any such classification is noted in the Additional Notes column as "Box 3 - Collectibles Box Checked." Loss disallowed for certain transactions involving change in control or capital structure is noted in the Additional Notes column as "Box 7 - Loss Disallowed Box Checked." Disposition of a QOF investment is noted in the Additional Notes column as "Box 3 - QOF."

Information in the transaction detail sections below that have a Box number is being transmitted to the IRS, whereas additional information that is not being transmitted to the IRS is not headed by a Box number. Such additional information may be helpful to you in the preparation of your tax return. Remember that taxpayers are ultimately responsible for the accuracy of their tax returns.

FATCA filing requirement [ ]

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.
**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)
**Box 5:** Box Not Checked (Covered Security)   **Box 6:** Gross (unless indicated as Net in Additional Notes Column)   **Box 12:** Basis Reported to the IRS

| 1a - Description of property \| CUSIP \| Symbol | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1c - Date Sold or Disposed | Quantity | 1d - Proceeds | 1b - Date Acquired | 1e - Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
| CALL MMAT  01/20/23 | 2 META MATLS INC  \| CUSIP: *8SDWBH1 \| Symbol: MMAT--230120C00002000 | | | | | | |
| 2023-01-20 | 15.0 | 0.00 | 2022-10-31 | 225.74 | 0.00 | -225.74 | |
| Totals: | | 0.00 | | 225.74 | | -225.74 | |

*This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

| Robinhood Securities LLC | Proceeds from Broker and Barter Exchange Transactions | Account ●●●●●●06 |
|---|---|---|
| 2021  1099-B*  OMB No. ●●●●●●● | (continued) | 02/11/2022 |

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

**1a- Description of property/CUSIP/Symbol**

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|

TORCHLIGHT ENERGY RESOURCES, INC. COMMON STOCK / CUSIP: 89102U103 / Symbol:

| 1c- Date | Quantity | Proceeds | 1b- Date acquired | Cost basis | Wash sale | Gain/loss | Additional info |
|---|---|---|---|---|---|---|---|
| 02/12/21 | 30.000 | 84.74 | 01/15/21 | 42.30 | ... | 42.44 | Sale [25] |
| | 3 transactions for 02/12/21. Total proceeds and cost reported to the IRS. | | | | | | |
| | 55.000 | 155.37 | 02/10/21 | 161.15 | 5.78 W | 0.00 | 1 of 3 - Sale [25] |
| | 30.000 | 84.74 | 02/10/21 | 88.20 | 3.46 W | 0.00 | 2 of 3 - Sale [25] |
| | 515.000 | 1,454.79 | 02/10/21 | 1,514.10 | 59.31 W | 0.00 | 3 of 3 - Sale [25] |
| 02/12/21 | 600.000 | 1,694.90 | Various | 1,763.45 | 68.55 W | 0.00 | Total of 3 transactions |
| | Security total: | 1,779.64 | | 1,805.75 | 68.55 W | 42.44 | |

---

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).

*May 1, 2021 - May 31, 2021*

PAGE **2** OF 11

ACCOUNT NUMBER ████13-10 RR WEA

**DOUGLAS DIXON**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| ▓▓▓ | ▓▓▓ | C | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| ▓▓▓ | ▓▓▓ | C | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| ▓▓▓ | ▓▓▓ | C | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| ▓▓▓ | ▓▓▓ | C | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| ▓▓▓ | ▓▓▓ | C | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| ▓▓▓ | ▓▓▓ | C | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| ▓▓▓ | ▓▓▓ | C | ▓▓▓ | ▓▓▓ | ▓▓▓ | | N/A | | ▓▓▓ |
| ▓▓▓ | ▓▓▓ | C | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| TORCHLIGHT ENERGY RESOURCES INC | TRCH | C | 1,200 | 2.38 | 2,856.00 | 634.50 | 350 | | 26.650 |
| ▓▓▓ | ▓▓▓ | C | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| ▓▓▓ | ▓▓▓ | C | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | | ▓▓▓ |

*May 1, 2021 - May 31, 2021*



PAGE 3 OF 11

ACCOUNT NUMBER ███████3-10 RR WEA

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**DOUGLAS DIXON**

▶ PORTFOLIO SUMMARY (CONTINUED)

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** (continued) | | | | | | | | | |
| ███████ | ███ | C | ██36█ | ██░█ | ████30█░ | ████56█ | ██2██ | | ██░█████ |
| **Total Equities** | | | | | ██░462█░ | | | ██░ | ██26█ |
| **Total Cash (Net Portfolio Balance)** | | | | | ██░░39░ | | | | ██74░ |
| **TOTAL PRICED PORTFOLIO** | | | | | ██░716.83██ | | | ██░░ | |

▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | |
|---|---|---|---|---|---|---|---|---|
| **FUNDS PAID AND RECEIVED** | | | | | | | | |
| TRANSFER | 05/20/21 | M | TRANSFER FROM ROBINHOOD SEC ACAT20211380000231 BOS 6769 | | | ██░██ | | |
| TRANSFER | 05/20/21 | M | TRANSFER FROM ROBINHOOD SEC ACAT20211380000231 BOS 6769 | | | | ██░██ | |
| ██████ | ██░██░21 | C | ██████ ████████ | | | | ██░██ | |
| TRANSFER | 05/25/21 | M | TRANSFER FROM ROBINHOOD SEC ACAT20211440029975 BOS 6769 10MISCELLANEOUS | | | | ██░██░ | |
| **Total Funds Paid And Received** | | | | | | ██░01░ | ██░░██ | |

*May 1, 2021 - May 31, 2021*

PAGE 4 OF 11

ACCOUNT NUMBER ████████113-10 RR WEA

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**DOUGLAS DIXON**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** | | | | | | | |
| ████ | ██/██/21 | ██ | ████ | ████ | | | |
| TRANSFER | 05/20/21 | M | TORCHLIGHT ENERGY RESOURCES INC<br>TRANSFER FROM ROBINHOOD SEC<br>ACAT20211380000231 BOS 6769<br>CUSIP: 89102U103 | 900 | | | |
| ████ | ████ | ███ | ████ ROBINHOOD SEC ████ | ████ | | | |

**Total Securities Received And Delivered**

**MISCELLANEOUS TRANSACTIONS**

| ████ | ████ | C | ████ | ████ | | ████ | |
| ████ | ████ | C | ████ SSA COMMON STOCK ████ | | | | |
| ████ | ████ | C | ████ COMMON STOCK ████ | ████ | | | |

Case 24-50792-hlb    Doc 1131    Entered 12/19/24 12:05:50    Page 8 of 14

*May 1, 2021 - May 31, 2021*

ACCOUNT NUMBER ▓▓▓▓▓▓113-10  RR WEA          PAGE 5 OF 11



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**DOUGLAS DIXON**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **MISCELLANEOUS TRANSACTIONS** (continued) | | | | | | | |
| MERGER | 05/21/21 | M | [redacted] | [redacted] | | | |
| JOURNAL | 05/21/21 | M | [redacted] | | | | [redacted] |
| JOURNAL | 05/21/21 | M | [redacted] | [redacted] | | | |
| MERGER | 05/21/21 | M | [redacted] | [redacted] | | | |
| JOURNAL | 05/21/21 | M | [redacted] | [redacted] | | | |
| JOURNAL | 05/24/21 | C | [redacted] | [redacted] | | | |
| JOURNAL | 05/24/21 | C | TORCHLIGHT ENERGY RESOURCES INC<br>TRANSFER TO T1<br>CUSIP: 89102U103 | 900 | | | |
| JOURNAL | 05/24/21 | M | [redacted] | [redacted] | | | |

*May 1, 2021 - May 31, 2021*

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER ███-█3113-10 RR WEA

PAGE 6 OF 11

**DOUGLAS DIXON**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **MISCELLANEOUS TRANSACTIONS** (continued) | | | | | | | |
| JOURNAL | 05/24/21 | C | ███████ | -80 | | | |
| JOURNAL | 05/24/21 | M | ███████ | -80 | | | |
| JOURNAL | 05/24/21 | M | TORCHLIGHT ENERGY RESOURCES INC TRANSFER FROM T2 CUSIP: 89102U103 | -900 | | | |
| JOURNAL | 05/26/21 | M | ███████ | | | ███████ | |
| JOURNAL | 05/26/21 | C | ███████ | | | | ███████ |
| **Total Miscellaneous Transactions** | | | | | | ███████ | ███████ |

APEX CLEARING

░░░53113

**Proceeds from Broker and Barter Exchange Transactions**

2021 Form 1099-B*

01/31/2022    OMB No ░░░░

The following information is being provided to assist in your review and the preparation of your tax return.

This Form 1099-B – Proceeds from Broker and Barter Exchange Transactions provides information relating to sales of securities in your account. The sales details are organized into potentially five separate sections depending on your holding period in the security for these (short-term vs long-term) and whether the security is considered a "covered security" for tax reporting purpose. For covered securities, cost basis (adjusted as required under tax regulations) is being reported to the Internal Revenue Service (IRS), whereas for noncovered securities, cost basis if set forth below is provided only for your information.

A separate category is provided for sales of securities for which we do not know your holding period. For such tax lots, you will need to use your historical documents to determine your holding period (whether short-term or long-term) and your tax basis.

Unless noted otherwise under the column "Additional Notes", cost basis and corresponding gain or loss is determined by treating tax lots acquired first as being sold first. We have also assumed that you have made an election to amortize premium on the purchase of taxable bonds.

As brokers, we are only required to apply wash sales loss disallowance rules to securities with the same CUSIP or identifier and purchased and sold within the same account. We are also not required to apply wash sales rules across covered and noncovered securities. You as the taxpayer, however, generally have broader obligations under the wash sales rules to determine disallowed losses, and you may wish to consult with a tax adviser as to the application of such rules to you.

Sales of certain contingent payment debt instruments give rise to ordinary income rather than short-term or long-term capital gain or loss. Such ordinary income treatment is indicated in the Additional Notes column as "Box 2 – Ordinary." In addition, certain assets classified as collectibles are subject to special tax treatment. Any such classification is noted in the Additional Notes column as "Box 3 – Collectibles Box Checked." Loss disallowed for certain transactions involving change in control or capital structure is noted in the Additional Notes column as "Box 7 – Loss Disallowed Box Checked." Disposition of a QOF investment is noted in the Additional Notes column as Box 3 – QOF."

Information in the transaction detail sections below that have a Box number is being transmitted to the IRS, whereas additional information that is not being transmitted to the IRS is not headed by a Box number. Such additional information may be helpful to you in the preparation of your tax return. Remember that taxpayers are ultimately responsible for the accuracy of their tax returns.

FATCA filing requirement [ ]

## SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-Term   (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)    **Box 6:** Gross unless indicated as Net in Additional Notes Column)    **Box 12:** Basis Reported to the IRS

The 1099-B data referenced by a Box Number is reported to the IRS. The additional information that is not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.

**Description of property | CUSIP | Symbol (Box 1a)**

| Date Sold or Disposed (Box 1c) | Quantity | Proceeds (Box 1d) | Date Acquired (Box 1b) | Cost or Other Basis (Box 1e) | Accrued Market Discount (M)(Box 1f) & Wash Sale Loss Disallowed (D)(Box 1g) | | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| META MATL INC | COMMON STOCK | CUSIP: 59134N104 | Symbol(Box 1a): MMAT | | | | | |
| 09/27/2021 | 1,200.00 | 6,977.32 | Various | 8,203.60 | 13.03 | D | -1,213.25 | Sale |
| 11/01/2021 | 100.00 | 527.98 | Various | 513.03 | 0.00 | | 14.95 | Sale |
| **Security Totals:** | | 7,505.30 | | 8,716.63 | | | **-1,198.30** | |
| ░░░░░░ | ░░░░ | ░░░░ | ░░░░ | ░░░░ | ░░░░ | | ░░░░ | ░░░░ |
| 06/17/2021 | ░░░░ | ░░░░ | Various | ░░░░ | ░░░░ | | ░░░░ | ░░░░ |
| ░░░░░░ | ░░░░ | ░░░░ | ░░░░ | ░░░░ | ░░░░ | | ░░░░ | ░░░░ |
| 01/07/2021 | ░░░░ | ░░░░ | Various | ░░░░ | ░░░░ | | ░░░░ | ░░░░ |

APEX CLEARING 

**Proceeds from Broker and Barter Exchange Transactions**    2021 Form 1099-B*

5MT53▓▓▓     (continued)     01/31/2022    OMB No. ▓

## SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-Term (unless indicated as Ordinary in Additional Notes Column)
**Box 5:** Box Not Checked (Covered Security)    **Box 6:** Gross (unless indicated as Net in Additional Notes Column)    **Box 12:** Basis Reported to the IRS

The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.

Description of property | CUSIP | Symbol(Box 1a)

| Date Sold or Disposed (Box 1c) | Quantity | Proceeds (Box 1d) | Date Acquired (Box 1b) | Cost or Other Basis (Box 1e) | Accrued Market Discount (M)(Box 1f) & Wash Sale Loss Disallowed (D)(Box 1g) | Gain or Loss(-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| ▓▓▓ AMERICAN ▓▓ DEPOSITARY SHARES ▓ CUSIP: ▓▓▓▓▓▓▓ Symbol(Box 1a): ▓▓▓ | | | | | | | |
| ▓▓/▓▓/2021 | 5.00 | ▓▓▓▓ | ▓▓/22/20 | ▓▓▓.▓▓ | ▓.00 | ▓▓▓.▓▓ | ▓▓ |
| 06/26/2021 | ▓00 | ▓▓▓▓ | ▓▓/▓▓/2021 | ▓0.00 | ▓.00 | ▓▓.▓▓ | ▓▓ |
| **Security Totals:** | | | | ▓▓0.▓▓ | | ▓▓▓.▓▓ | |
| ▓▓▓ ▓▓▓▓▓▓▓ | | | | | | | |
| 06/16/2021 | ▓▓ | 1099.▓▓ | ▓▓/▓▓/▓▓ | ▓▓▓▓ | ▓00.▓▓ | ▓▓▓.▓▓ | ▓▓▓▓ |
| 07/08/2021 | ▓100 | ▓▓▓ | ▓▓ | ▓▓▓▓.▓ | ▓00.▓ | ▓▓▓.▓▓ | Sale |
| 06/17/2021 | ▓000 | ▓72▓ | ▓▓0▓.▓▓ | ▓▓▓0.▓ | ▓0.▓▓ | ▓▓▓.▓▓ | Sale |
| 11/08/2021 | ▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓0▓ | ▓▓▓.▓▓ | ▓▓▓.▓▓ | |
| COMMON STOCK ▓▓▓▓▓▓▓▓▓▓▓ ▓ ▓▓▓▓▓▓▓ | | | | | | | |
| 01/15/2021 | ▓▓ | ▓▓▓▓ | ▓▓ | 1▓100.▓ | ▓▓▓.▓▓ | 24▓.▓▓ | |
| TORCHLIGHT ENERGY RESOURCES INC | CUSIP: 89102U103 | Symbol(Box 1a): TRCH | | | | | | |
| 02/10/2021 | 100.00 | 254.98 | 01/26/2021 | 199.00 | 0.00 | 55.98 | Sale |
| 02/12/2021 | 48.00 | 112.78 | 01/26/2021 | 93.12 | 0.00 | 19.66 | Sale |
| 02/12/2021 | 52.00 | 151.30 | 01/26/2021 | 100.88 | 0.00 | 50.42 | Sale |
| 02/12/2021 | 200.00 | 463.96 | Various | 394.50 | 0.00 | 69.46 | Sale |
| 02/22/2021 | 100.00 | 388.98 | 01/26/2021 | 194.00 | 0.00 | 194.98 | Sale |
| **Security Totals:** | | 1,372.00 | | 981.50 | | 390.50 | |
| ▓▓▓ ▓▓▓▓▓ ▓▓▓▓ ▓▓▓ ▓▓▓▓▓▓▓▓▓ | | | | | | | |
| 01/29/2021 | ▓▓00.▓ | ▓▓.00 | 01/26/20▓ | 1▓▓.▓ | 0.00 | ▓▓▓.▓▓ | Sale |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

| APEX CLEARING | | Proceeds from Broker and Barter Exchange Transactions | | | | 2021 Form 1099-B* | |
|---|---|---|---|---|---|---|---|
| ▓▓▓113 | | (continued) | | | | 01/31/2022 | OMB No. ▓▓▓ |

## SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-Term (unless indicated as Ordinary in Additional Notes Column)
**Box 5:** Box Not Checked (Covered Security)     **Box 6:** Gross (unless indicated as Net in Additional Notes Column)     **Box 12:** Basis Reported to the IRS

The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.

Description of property | CUSIP | Symbol(Box 1a)

| Date Sold or Disposed (Box 1c) | Quantity | Proceeds (Box 1d) | Date Acquired (Box 1b) | Cost or Other Basis (Box 1e) | Accrued Market Discount (M)(Box 1f) & Wash Sale Loss Disallowed (D)(Box 1g) | Gain or Loss(-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| 01/29/2021 | ▓▓▓ | ▓▓▓ | Various | ▓▓▓ | ▓▓▓ | ▓▓▓ | Sale |
| Security Totals: | | ▓▓▓ | | ▓▓▓ | | ▓▓▓ | |
| 01/28/2021 | ▓▓▓ | ▓▓▓ | Various | ▓▓▓ | ▓▓▓ D | ▓▓▓ | Sale |
| 02/22/2021 | ▓▓▓ | ▓▓▓ | Various | ▓▓▓ | 0.00 | ▓▓▓ | Sale |
| Security Totals: | | ▓▓▓ | | ▓▓▓ | | ▓▓▓ | |

CALL MMAT  08/20/21  6.  META MATLS INC | CUSIP:  | Symbol(Box 1a): MMAT210820C00006000

| 08/20/2021 | 1.00 | ▓▓▓ | 06/30/2021 | 270.05 | 0.00 | -270.05 | Expiration |
|---|---|---|---|---|---|---|---|

▓▓▓ | Symbol(Box 1a): BIOL

| 02/11/2021 | ▓▓▓ | ▓▓▓ | 01/27/2021 | ▓▓▓ | 0.00 | ▓▓▓ | Sale |
|---|---|---|---|---|---|---|---|
| 01/26/2021 | ▓▓▓ | ▓▓▓ | Various | ▓▓▓ | 0.00 | ▓▓▓ | Sale |
| 06/15/2021 | ▓▓▓ | ▓▓▓ | Various | ▓▓▓ | 0.00 | ▓▓▓ | Sale |
| 03/02/2021 | ▓▓▓ | ▓▓▓ | Various | ▓▓▓ | 0.00 | ▓▓▓ | Sale |
| 02/12/2021 | ▓▓▓ | ▓▓▓ | Various | ▓▓▓ | 0.00 | ▓▓▓ | Sale |

▓▓▓.50  GENIUS BRANDS INTRNTNL INC | CUSIP: | Symbol(Box 1a): ▓▓▓

| ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | Sell to Close |

CALL MMAT  10/15/21  8  META MATLS INC | CUSIP:  | Symbol(Box 1a): MMAT211015C00008000

| 10/15/2021 | 1.00 | 0.00 | 07/06/2021 | 255.05 | 0.00 | -255.05 | Expiration |
|---|---|---|---|---|---|---|---|

| 02/22/2021 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | Sale |
|---|---|---|---|---|---|---|---|
| ▓▓▓ | ▓▓▓ | ▓▓▓ | Various | ▓▓▓ | ▓▓▓ | ▓▓▓ | Sale |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

Apex Clearing  **Proceeds from Broker and Barter Exchange Transactions**  2022 Form 1099-B*

▓▓▓▓63113                                                                                                                            02/08/2023    OMB No 1545-0715

The following information is being provided to assist in your review and the preparation of your tax return.

This Form 1099-B - Proceeds from Broker and Barter Exchange Transactions provides information relating to sales of securities in your account. The sales details are organized into potentially five separate sections depending on your holding period in the security for the sale (short-term vs long-term) and whether the security is considered a "covered security" for tax reporting purpose. For covered securities, cost basis (adjusted as required under tax regulations) is being reported to the Internal Revenue Service (IRS), whereas for noncovered securities, cost basis if set forth below is provided only for your information.

A separate category is provided for sales of securities for which we do not know your holding period. For such tax lots, you will need to use your historical documents to determine your holding period (whether short-term or long-term) and your tax basis.

Unless noted otherwise under the column "Additional Notes", cost basis and corresponding gain or loss is determined by treating tax lots acquired first as being sold first. We have also assumed that you have made an election to amortize premium on the purchase of taxable bonds.

As brokers, we are only required to apply wash sales loss disallowance rules to securities with the same CUSIP or identifier and purchased and sold within the same account. We are to not required to apply wash sales rules across covered and noncovered securities. You as the taxpayer, however, generally have broader obligations under the wash sales rules to determine disallowed losses, and you may wish to consult with a tax adviser as to the application of such rules to you.

Sales of certain contingent payment debt instruments give rise to ordinary income rather than short-term or long-term capital gain or loss. Such ordinary income treatment is indicated in the Additional Notes column as "Box 2 - Ordinary." In addition, certain assets classified as collectibles are subject to special tax treatment. Any such classification is noted in the Additional Notes column as "Box 3 - Collectibles Box Checked." Loss disallowed for certain transactions involving change in control or capital structure is noted in the Additional Notes column as "Box - Loss Disallowed Box Checked." Disposition of a QOF investment is noted in the Additional Notes column as "Box 3 - QOF."

Information in the transaction detail sections below that have a Box number is being transmitted to the IRS, whereas additional information that is not being transmitted to the IRS is not headed by a Box number. Such additional information may be helpful to you in the preparation of your tax return. Remember that taxpayers are ultimately responsible for the accuracy of their tax returns.

FATCA filing requirement [ ]

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)       **Box 6:** Gross (unless indicated as Net in Additional Notes Column)       **Box 12:** Basis Reported to the IRS

The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.

| 1a - Description of property \| CUSIP \| Symbol | | | | | | |
|---|---|---|---|---|---|---|
| 1c - Date Sold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-)   Additional Notes |
| META MATLS INC PFD SER A \| CUSIP: 59134N203 \| Symbol: #M067998 | | | | | | |
| 2022-01-04 | 1500.000000 | 2,264.78 | Various | 0.00 | 0.00 | 2,264.78 |
| 2022-10-31 | ▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓ | ▓▓▓▓ |
| 2022-10-31 | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓▓ |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*May 1, 2021 - May 31, 2021*

PA 1 OF 11

ACCOUNT NUMBER **5MT-53113-10 RR WEA**

**DOUGLAS DIXON**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

DOUAS DIXON
36 REELEY LOOP
DAVPORT FL 33897-5654

## ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Cash account | ▓▓▓ | ▓▓▓ |
| NET ACCOUNT BALANCE | ▓▓▓ | ▓▓▓ |
| Securities | ▓▓▓ | ▓▓▓ |
| TOTAL PRICED PORTFOLIO | ▓▓▓ | ▓▓▓ |
| **Total Equity Holdings** | ▓▓▓ | ▓▓▓ |



## PORTFOLIO EQUITY ALLOCATION



Cash

Equities

ACCOT CARRIED BY:
APEX CLEARING
CORPORATION
MEMB FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the officer icing your account. Kindly mention your account number. This statement should be retained for income tax purposes.