NYB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| **Name of Debtor:** METAMATERIALS | **Case Number:** 24-50792-hlb | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Douglas Dixon
   367 Greeley Loop
   Davenport, FL
   33897

   Telephone Number:
   407-925-9549

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC 17 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   **COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only): **5NT-XXXX2-13** | Check here if this Proof of Interest: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br>WEBULL FINANCIAL LLC<br>44 WALL ST, NEW YORK, NY 10005<br>(917)725-2448<br>Telephone Number: | 3. Date Equity Interest was acquired:<br>MMAT - 10/28/2022, 10/31/2022<br>SEE ATTACHED DOCUMENTATION |
| 4. Total amount of member interest: 2,100 Shares | 5. Certificate number(s): SEE ATTACHED DOCUMENTATION |

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: INVESTOR

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.

☒ I am the interest holder.   ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Douglas Dixon
Title:
Company:  Address and telephone number (if different from notice address above):
367 Greeley Loop
Davenport, FL 33897

(Signature)   12/16/2024 (Date)
Telephone number: (407)925-9549   email: dugdixonstocks@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

*October 1, 2022 - October 31, 2022*

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 2 OF 8

ACCOUNT NUMBER ███████62-13 RR WEA

**DOUGLAS DIXON**

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | M | 1,700 | 1.06 | 1,802.00 | | N/A | | 55.966 |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | | ███ |
| **Total Equities** | | | | | ███ | | | | ███ |
| **Total Cash (Net Portfolio Balance)** | | | | | ███ | | | | ███ |
| **TOTAL PRICED PORTFOLIO** | | | | | ███ | | | | |

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 10/28/22 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1,700 | 1.01 | 1,717.00 | |

*October 1, 2022 - October 31, 2022*

PAGE 3 OF 8

ACCOUNT NUMBER ▓▓▓▓▓62-13  RR WEA

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**DOUGLAS DIXON**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| ▓▓▓ | ▓▓▓ | ▓▓ | ▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| **Total Buy / Sell Transactions** | | | | | | $1,780.60 | ▓▓▓ |

▶ **EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES**

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 10/31/22 | 11/02/22 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 400 | $1.07 | $428.00 | |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓ | ▓▓▓▓▓ COMMON STOCK ▓▓▓ | ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| **Total Executed Trades Pending Settlement** | | | | | | | ▓▓▓ | ▓▓▓ |



| | |
|---|---|
| Statement Period: | 11/01/2024 - 11/30/2024 |
| Account Name: | DOUGLAS DIXON |
| Account Number: | ●●●●●●62 |
| Account Type: | MARGIN |
| Account Address: | 367 Greeley Loop DAVENPORT,FL,33897 |

Welcome to your Webull Summary Statement!

This document provides a comprehensive overview of your investment activities and holdings within your Webull brokerage account. It serves as a record of your transactions, portfolio performance, and important account details. Details regarding participation in fully-paid securities lending are also provided here. A glossary of key definitions and important terms are provided at the end of the document.

Please note that this statement is for informational purposes only and does not provide personalized investment advice. If you have any questions or need assistance, our customer support team is available to help.

Please note that externally held assets are included on the statement solely as a courtesy; information (including valuation) for such externally held assets is derived from external sources for which the member is not responsible; and externally held assets may not be covered by SIPC. Funds deposited with Program Banks of Webull's Cash Management Program are insured, in aggregate, up to $250,000 per Program Bank, per depositor, for each account ownership category, by the FDIC. For joint accounts, FDIC coverage is available up to $500,000 per Program Bank.

Happy investing with Webull!

**OFFICE SERVING YOU**
Webull Financial LLC
Member FINRA (CRD: 289063), SIPC
44 Wall Street, 2nd Floor
New York, NY 10005
support@webull.us
1 (888) 828-0618

**WEBULL'S CLEARING BROKER**
Apex Clearing Corporation
Member FINRA (CRD: 13071), SIPC
350 N. St. Paul Suite 1300
Dallas, TX 75201
cs@apexclearing.com

## OPEN POSITIONS

### Equities & Options

| Symbol | Cusip | Quantity | Multi | Closing Price | Amount |
|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ |
| MMATQ | 59134N302 | 21 | 1 | 0.0610 | 1.28 |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |

## NOTES

### KEY DEFINITIONS AND TERMS

1. Accrued Dividends: The pending dividend section includes unpaid cash dividends that the shareholder is entitled to receive but have not been distributed in the statement period. Most often due to the declared payment date being in the future outside of the statement period.
2. Accrued Balance: Interest is charged monthly, so this section will be the total interest incurred by the user in the statement period, rather than the portion of the interest charged. Additional detail provided in the important information section below.
3. Trades (Sold): Cash from selling securities.
4. Trades (Bought): Cash spent on buying securities.
5. Multiplier(Mult): In an individual stock option, the value of the contract is expressed as the product of a certain monetary amount and the underlying index. The certain monetary amount is fixed by the contract, which is referred to as the contract multiplier. At present, the stock is 1 by default and the individual stock option is 100.
6. Closing Price: Last traded price on the last trading date of the month. Note, closing prices are indicative and may be from third-party sources. Webull does not warrant the accuracy of the prices provided by third-party sources.
7. The sum of Exchange-related fees, transaction-related fees, stamp duty, withholding tax, contract fees, commissions, or other fees or taxes.
8. Webull does not charge any fees for currency exchanges. Exchange rate is prone to be impacted by the market exchange rates. Please take exchange rates on market as reference.
9. All transactions are based on a First-in, First-out ("FIFO") method.
10. Trade Records: Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
11. Account Types: C = Cash, M = Margin, S = Short, X = RVP/DVP, and O = Other
12. FPSL: The Apex Clearing Corporation Fully-Paid Securities Lending Program.
13. Market Value of Securities Held Long includes the market value of securities held in non-short account types (i.e. Cash account, Margin account).
14. Market Value of Securities Held Short includes the market value of securities held in the short account type. Bona fide short positions will mark-to-market on a daily basis between the margin and short account types based on prevailing closing prices of the security which was shorted.
15. Market Value of Fully-Paid Securities Loaned. The market value of the fully-paid securities you have loaned through participating in the Apex Clearing Corporation Fully-Paid Securities Lending Program.
16. Collateral Value and Loan Value. Collateral Value and Loan Value are related to the fully-paid securities lent by you under the FPSL program. Collateral Value is the amount of collateral (e.g. cash) held on your behalf through the program's Trustee for your benefit at a bank. Loan Value is the market value of the fully-paid securities you have loaned, subject to rounding convention, through participating in the FPSL Program. See the Master Securities Lending Agreement for Apex Clearing Corporation Fully-Paid Securities Lending Program for complete program details.
17. Portfolio Market Value. The sum of the cash in your account (i.e. Total Cash Value), the securities in your account (i.e. Market Value of Securities in Your Account), and the market value of the fully-paid securities on loan (i.e. Market Value of Fully-Paid Securities Loaned)
18. Payment in Lieu. Cash distributions paid on fully-paid securities on loan in the Securities Lending Income Program will be credited to your Webull account in the form of a "cash-in-lieu" payment. Receipt of cash-in-lieu payments may have different taxable consequences than receipt of the actual dividends from the issuer.
19. SIPC Cash Balance. Cash held in the brokerage account.
20. FDIC Cash Balance. Cash swept into Program Banks through the bank sweep program.

### IMPORTANT INFORMATION

1. Webull carries your account on an omnibus basis with Apex Clearing Corporation, which acts as the clearing broker.
2. If there are any material changes regarding your contact information, investment objectives, or financial situation, advise Webull promptly by updating your information using the Webull platform or by contacting support@webull.us.
3. If this is a margin account and we maintain a special memorandum account for you, this is a combined statement of your general account and special memorandum account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special memorandum account as required by Regulation T is available for your inspection at your request.
4. The interest charged on the debit balance in your account is shown on this statement. Interest on debit balances is calculated for each calendar day and charged monthly. The interest settlement cycle begins from the prior month's settlement date to the latest settlement date before the 15th of each month. The margin rate is variable and is determined by the size of the margin loan. The margin rate is set at Webull's discretion and is subject to change without notice. The daily interest charge is

PROOF OF INTEREST SUPPLEMENTAL INFORMATION:

CASE: 24-50792-hlb

FOR: Douglas Dixon

# BROKER: Webull Financial LLC

ACCT# 5nt-XXXX2-13

## TRANSACTIONS (Pre-Reverse Split)

$MMAT

10/28/2022 Purchased - 1,700 Shares @ $1.01 - $1,717.00
10/31/2022 Purchased -   400 Shares @ 1.07    - $ 428.00

Total Shares:           - 2,100              - $2,145.00


BROKER: Webull Financial LLC

ACCT# 5mt-XXXX3-10

TRANSACTIONS (Pre-Reverse Split)

$TRCH

02/10/2021 Purchased – 100 Shares @ $1.99     -$199.00

02/12/2021 Purchased – 48 Shares @ $1.94      – $93.12

02/12/2021 Purchased – 52 Shares @ $1.94      – $100.88

02/12/2021 Purchased – 200 Shares @ $1.9725 – $394.50

02/22/2021 Purchased – 100 Shares @ $1.94     – $194.00

05/20/2021 Transfer – 1,200 Shares  @ $1.5064 - $1,805.00

           (Robinhood)

Total Shares:          1,700                  - $2,786.50


$MMAT (OPTIONS)

08/20/2021 Purchased – 1 Call Option    @ $270.05 - Expiration

10/15/2024 Purchased – 1 Call Option    @ $255.05 - Expiration

01/20/2023 Purchased – 15 Call Options @ $225.74

04/21/2023 Purchased – 21 Call Options @ $736.03

10/20/2023 Purchased – 23 Call Options @ $369.11

Total Purchased:                                - $1,855.98

TOTAL INVESTMENT:                         - $6,787.48

**SEE TRANSACTION DOCUMENTATION ATTACHED.