NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor:<br>**META MATERIALS, INC** | Case Number:<br>**24-50792** | |
|---|---|---|

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

**Canalp Caner & Guillermo S. Lucerofabbi**
**1693 2nd Ave N Apt 6**
**Saint Petersburg, FL 33713**

Telephone Number: **(917) 549-2417**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 17 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor:<br>**xxxx-0859** | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| **2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br>CHARLES SCHWAB & CO., INC.<br>211 Main Street, San Fransisco, CA 94105 ⊞<br>Telephone Number: (800) 435-4000 | **3.** Date Equity Interest was acquired:<br>**Between 03/26/2021 - 01/26/2024**<br>**(See Attached Documentation)** |
|---|---|

| **4.** Total amount of member interest: _1011 SHARES_ | **5.** Certificate number(s): N/A (See Attached Documentation) |
|---|---|

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: JOINT TENANTS

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor. ☐ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.) or their authorized agent. (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Canalp Caner & Guillermo S. Lucerofabbi
Title: Joint Tenants
Company:___ Address and telephone number (if different from notice address above):
_____
_____

(Signature)

Telephone number: (917) 549-2417    email: canalp@gmail.com    (Date) **12/12/2024**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Lot Details: MMATQ – META MATLS INC CLASS EQUITY

🖶 Cost Basis Calculator    ❷ Help    ⬓ Export    🖶 Print

| Open Date | Quantity | Price | Cost/Share | Market Value | Cost Basis | Gain/Loss $ | Gain/Loss % | Holding Period |
|---|---|---|---|---|---|---|---|---|
| 01/26/2024 | 0.02002 | $0.10 | $5.49 | $0.00 | $0.11 | -$0.11 | -100% | Short Term |
| 05/16/2023 | 2.222176 | $0.10 | $20.48 | $0.22 | $45.51 | -$45.29 | -99.52% | Long Term |
| 05/09/2023 | 4.444352 | $0.10 | $21.72 | $0.44 | $96.53 | -$96.09 | -99.54% | Long Term |
| 05/05/2023 | 2.00196 | $0.10 | $20.72 | $0.20 | $41.49 | -$41.29 | -99.52% | Long Term |
| 05/05/2023 | 0.800784 | $0.10 | $20.78 | $0.08 | $16.64 | -$16.56 | -99.52% | Long Term |
| 05/05/2023 | 0.340333 | $0.10 | $20.74 | $0.03 | $7.06 | -$7.03 | -99.58% | Long Term |
| 05/05/2023 | 0.200196 | $0.10 | $20.83 | $0.02 | $4.17 | -$4.15 | -99.52% | Long Term |
| 05/03/2023 | 9.809606 | $0.10 | $18.63 | $0.98 | $182.77 | -$181.79 | -99.46% | Long Term |
| 05/03/2023 | 0.100098 | $0.10 | $18.58 | $0.01 | $1.86 | -$1.85 | -99.46% | Long Term |
| 04/14/2023 | 151.848695 | $0.10 | $21.97 | $15.18 | $3,335.88 | -$3,320.70 | -99.54% | Long Term |
| 04/14/2023 | 0.090088 | $0.10 | $23.09 | $0.01 | $2.08 | -$2.07 | -99.52% | Long Term |
| 04/05/2023 | 1.00098 | $0.10 | $42.02 | $0.10 | $42.06 | -$41.96 | -99.76% | Long Term |
| 04/05/2023 | 1.00098 | $0.10 | $43.67 | $0.10 | $43.71 | -$43.61 | -99.77% | Long Term |
| 04/04/2023 | 5.004901 | $0.10 | $42.95 | $0.50 | $214.95 | -$214.45 | -99.77% | Long Term |
| 04/04/2023 | 0.770755 | $0.10 | $42.71 | $0.08 | $32.92 | -$32.84 | -99.76% | Long Term |
| 04/04/2023 | 0.150147 | $0.10 | $54.88 | $0.02 | $8.24 | -$8.22 | -99.76% | Long Term |
| 03/31/2023 | 0.380372 | $0.10 | $40.62 | $0.04 | $15.45 | -$15.41 | -99.74% | Long Term |
| 03/28/2023 | 21.140702 | $0.10 | $43.91 | $2.11 | $928.22 | -$926.11 | -99.77% | Long Term |
| 03/02/2023 | 0.800784 | $0.10 | $59.64 | $0.08 | $47.76 | -$47.68 | -99.83% | Long Term |
| 03/01/2023 | 3.973891 | $0.10 | $60.27 | $0.40 | $239.51 | -$239.11 | -99.83% | Long Term |
| 03/01/2023 | 3.002941 | $0.10 | $59.95 | $0.30 | $180.03 | -$179.73 | -99.83% | Long Term |
| 02/27/2023 | 0.220216 | $0.10 | $66.93 | $0.02 | $14.74 | -$14.72 | -99.86% | Long Term |
| 02/03/2023 | 0.01001 | $0.10 | $96.90 | $0.00 | $0.97 | -$0.97 | -100% | Long Term |
| 01/26/2023 | 0.570559 | $0.10 | $98.89 | $0.06 | $56.42 | -$56.36 | -99.89% | Long Term |
| 01/26/2023 | 0.030029 | $0.10 | $99.90 | $0.00 | $3.00 | -$3.00 | -100% | Long Term |
| 01/24/2023 | 0.200196 | $0.10 | $102.90 | $0.02 | $20.60 | -$20.58 | -99.9% | Long Term |
| 12/21/2022 | 0.090088 | $0.10 | $119.88 | $0.01 | $10.80 | -$10.79 | -99.91% | Long Term |
| 11/23/2022 | 10.009802 | $0.10 | $179.82 | $1.00 | $1,800.00 | -$1,799.00 | -99.94% | Long Term |
| 11/23/2022 | 9.949743 | $0.10 | $182.82 | $0.99 | $1,819.02 | -$1,818.03 | -99.95% | Long Term |
| 11/23/2022 | 0.060059 | $0.10 | $182.82 | $0.01 | $10.98 | -$10.97 | -99.91% | Long Term |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/10/2022 | 2.232186 | $0.10 | $129.87 | $0.22 | $289.90 | -$289.68 | -99.92% | Long Term |
| 11/09/2022 | 2.992931 | $0.10 | $135.87 | $0.30 | $406.64 | -$406.34 | -99.93% | Long Term |
| 11/09/2022 | 2.00196 | $0.10 | $138.86 | $0.20 | $278.00 | -$277.80 | -99.93% | Long Term |
| 11/09/2022 | 1.00098 | $0.10 | $138.63 | $0.10 | $138.77 | -$138.67 | -99.93% | Long Term |
| 11/09/2022 | 1.00098 | $0.10 | $139.86 | $0.10 | $140.00 | -$139.90 | -99.93% | Long Term |
| 10/27/2022 | 0.070069 | $0.10 | $102.90 | $0.01 | $7.21 | -$7.20 | -99.86% | Long Term |
| 10/18/2022 | 0.710696 | $0.10 | $90.28 | $0.07 | $64.16 | -$64.09 | -99.89% | Long Term |
| 10/14/2022 | 2.222176 | $0.10 | $87.93 | $0.22 | $195.40 | -$195.18 | -99.89% | Long Term |
| 10/06/2022 | 10.019812 | $0.10 | $66.60 | $1.00 | $667.27 | -$666.27 | -99.85% | Long Term |
| 10/06/2022 | 10.019812 | $0.10 | $66.94 | $1.00 | $670.77 | -$669.77 | -99.85% | Long Term |
| 10/06/2022 | 9.999792 | $0.10 | $66.27 | $1.00 | $662.64 | -$661.64 | -99.85% | Long Term |
| 10/06/2022 | 9.999792 | $0.10 | $66.59 | $1.00 | $665.93 | -$664.93 | -99.85% | Long Term |
| 10/06/2022 | 9.999792 | $0.10 | $66.92 | $1.00 | $669.23 | -$668.23 | -99.85% | Long Term |
| 10/06/2022 | 9.999792 | $0.10 | $67.18 | $1.00 | $671.83 | -$670.83 | -99.85% | Long Term |
| 10/06/2022 | 7.787626 | $0.10 | $66.00 | $0.78 | $514.02 | -$513.24 | -99.85% | Long Term |
| 08/05/2022 | 0.080078 | $0.10 | $91.91 | $0.01 | $7.36 | -$7.35 | -99.86% | Long Term |
| 06/24/2022 | 19.619212 | $0.10 | $129.87 | $1.96 | $2,548.00 | -$2,546.04 | -99.92% | Long Term |
| 06/24/2022 | 10.009802 | $0.10 | $115.89 | $1.00 | $1,160.00 | -$1,159.00 | -99.91% | Long Term |
| 06/24/2022 | 9.60941 | $0.10 | $116.46 | $0.96 | $1,119.07 | -$1,118.11 | -99.91% | Long Term |
| 06/24/2022 | 5.004901 | $0.10 | $114.89 | $0.50 | $575.00 | -$574.50 | -99.91% | Long Term |
| 06/24/2022 | 3.002941 | $0.10 | $112.89 | $0.30 | $339.00 | -$338.70 | -99.91% | Long Term |
| 06/24/2022 | 2.00196 | $0.10 | $112.89 | $0.20 | $226.00 | -$225.80 | -99.91% | Long Term |
| 06/24/2022 | 0.400392 | $0.10 | $125.88 | $0.04 | $50.40 | -$50.36 | -99.92% | Long Term |
| 05/26/2022 | 5.084979 | $0.10 | $165.84 | $0.51 | $843.28 | -$842.77 | -99.94% | Long Term |
| 05/26/2022 | 0.220216 | $0.10 | $167.84 | $0.02 | $36.96 | -$36.94 | -99.95% | Long Term |
| 05/26/2022 | 0.080078 | $0.10 | $164.84 | $0.01 | $13.20 | -$13.19 | -99.92% | Long Term |
| 05/26/2022 | 0.030029 | $0.10 | $169.17 | $0.00 | $5.08 | -$5.08 | -100% | Long Term |
| 05/25/2022 | 20.009594 | $0.10 | $168.83 | $2.00 | $3,378.31 | -$3,376.31 | -99.94% | Long Term |
| 05/25/2022 | 9.999792 | $0.10 | $165.84 | $1.00 | $1,658.34 | -$1,657.34 | -99.94% | Long Term |
| 05/25/2022 | 9.999792 | $0.10 | $168.83 | $1.00 | $1,688.31 | -$1,687.31 | -99.94% | Long Term |
| 05/25/2022 | 2.222176 | $0.10 | $168.83 | $0.22 | $375.18 | -$374.96 | -99.94% | Long Term |
| 05/25/2022 | 0.99097 | $0.10 | $178.82 | $0.10 | $177.21 | -$177.11 | -99.94% | Long Term |
| 05/25/2022 | 0.490489 | $0.10 | $175.82 | $0.05 | $86.24 | -$86.19 | -99.94% | Long Term |
| 05/25/2022 | 0.49048 | $0.10 | $176.83 | $0.05 | $86.73 | -$86.68 | -99.94% | Long Term |
| 05/25/2022 | 0.49048 | $0.10 | $178.82 | $0.05 | $87.71 | -$87.66 | -99.94% | Long Term |

| Date | Quantity | | Cost/Share | | Value | Gain/Loss | % | Term |
|---|---|---|---|---|---|---|---|---|
| 05/25/2022 | 0.330323 | $0.10 | $174.83 | $0.03 | $57.75 | -$57.72 | -99.95% | Long Term |
| 05/12/2022 | 0.940921 | $0.10 | $121.38 | $0.09 | $114.21 | -$114.12 | -99.92% | Long Term |
| 04/22/2022 | 1.01099 | $0.10 | $125.88 | $0.10 | $127.26 | -$127.16 | -99.92% | Long Term |
| 04/22/2022 | 0.99097 | $0.10 | $125.88 | $0.10 | $124.74 | -$124.64 | -99.92% | Long Term |
| 04/21/2022 | 25.014495 | $0.10 | $132.87 | $2.50 | $3,323.67 | -$3,321.17 | -99.92% | Long Term |
| 04/21/2022 | 25.014495 | $0.10 | $135.87 | $2.50 | $3,398.64 | -$3,396.14 | -99.93% | Long Term |
| 04/21/2022 | 25.014495 | $0.10 | $137.86 | $2.50 | $3,448.62 | -$3,446.12 | -99.93% | Long Term |
| 04/21/2022 | 5.04494 | $0.10 | $129.87 | $0.50 | $655.20 | -$654.70 | -99.92% | Long Term |
| 04/21/2022 | 4.994891 | $0.10 | $131.87 | $0.50 | $658.68 | -$658.18 | -99.92% | Long Term |
| 04/21/2022 | 4.994891 | $0.10 | $138.86 | $0.50 | $693.61 | -$693.11 | -99.93% | Long Term |
| 04/21/2022 | 4.994891 | $0.10 | $139.86 | $0.50 | $698.60 | -$698.10 | -99.93% | Long Term |
| 04/21/2022 | 1.01099 | $0.10 | $128.87 | $0.10 | $130.29 | -$130.19 | -99.92% | Long Term |
| 04/21/2022 | 1.00098 | $0.10 | $127.87 | $0.10 | $128.00 | -$127.90 | -99.92% | Long Term |
| 04/21/2022 | 0.01001 | $0.10 | $138.86 | $0.00 | $1.39 | -$1.39 | -100% | Long Term |
| 04/21/2022 | 0.01001 | $0.10 | $139.86 | $0.00 | $1.40 | -$1.40 | -100% | Long Term |
| 03/14/2022 | 2.50245 | $0.10 | $156.85 | $0.25 | $392.50 | -$392.25 | -99.94% | Long Term |
| 03/14/2022 | 2.50245 | $0.10 | $158.84 | $0.25 | $397.50 | -$397.25 | -99.94% | Long Term |
| 02/23/2022 | 0.090088 | $0.10 | $163.84 | $0.01 | $14.76 | -$14.75 | -99.93% | Long Term |
| 02/17/2022 | 1.00098 | $0.10 | $187.82 | $0.10 | $188.00 | -$187.90 | -99.95% | Long Term |
| 02/16/2022 | 8.007842 | $0.10 | $192.81 | $0.80 | $1,544.00 | -$1,543.20 | -99.95% | Long Term |
| 02/16/2022 | 3.333264 | $0.10 | $195.81 | $0.33 | $652.68 | -$652.35 | -99.95% | Long Term |
| 02/16/2022 | 3.333264 | $0.10 | $192.80 | $0.33 | $642.66 | -$642.33 | -99.95% | Long Term |
| 02/16/2022 | 3.002941 | $0.10 | $192.81 | $0.30 | $579.00 | -$578.70 | -99.95% | Long Term |
| 02/16/2022 | 2.672617 | $0.10 | $199.79 | $0.27 | $533.97 | -$533.70 | -99.95% | Long Term |
| 02/16/2022 | 2.00196 | $0.10 | $192.81 | $0.20 | $386.00 | -$385.80 | -99.95% | Long Term |
| 02/16/2022 | 1.00098 | $0.10 | $192.81 | $0.10 | $193.00 | -$192.90 | -99.95% | Long Term |
| 02/16/2022 | 0.49048 | $0.10 | $196.81 | $0.05 | $96.53 | -$96.48 | -99.95% | Long Term |
| 02/16/2022 | 0.360353 | $0.10 | $192.81 | $0.04 | $69.48 | -$69.44 | -99.94% | Long Term |
| 02/16/2022 | 0.210206 | $0.10 | $189.81 | $0.02 | $39.90 | -$39.88 | -99.95% | Long Term |
| 01/20/2022 | 1.131108 | $0.10 | $195.81 | $0.11 | $221.48 | -$221.37 | -99.95% | Long Term |
| 01/20/2022 | 1.00098 | $0.10 | $192.81 | $0.10 | $193.00 | -$192.90 | -99.95% | Long Term |
| 01/20/2022 | 1.00098 | $0.10 | $195.81 | $0.10 | $196.00 | -$195.90 | -99.95% | Long Term |
| 01/20/2022 | 1.00098 | $0.10 | $198.81 | $0.10 | $199.00 | -$198.90 | -99.95% | Long Term |
| 01/20/2022 | 0.180176 | $0.10 | $188.82 | $0.02 | $34.02 | -$34.00 | -99.94% | Long Term |
| 01/19/2022 | 1.00098 | $0.10 | $202.80 | $0.10 | $203.00 | -$202.90 | -99.95% | Long Term |

| 01/19/2022 | 1.00098 | $0.10 | $205.80 | $0.10 | $206.00 | -$205.90 | -99.95% | Long Term |
| 01/19/2022 | 1.00098 | $0.10 | $202.80 | $0.10 | $203.00 | -$202.90 | -99.95% | Long Term |
| 01/19/2022 | 0.870853 | $0.10 | $205.79 | $0.09 | $179.21 | -$179.12 | -99.95% | Long Term |
| 01/18/2022 | 7.367214 | $0.10 | $205.80 | $0.74 | $1,516.16 | -$1,515.42 | -99.95% | Long Term |
| 01/18/2022 | 5.004901 | $0.10 | $208.80 | $0.50 | $1,045.00 | -$1,044.50 | -99.95% | Long Term |
| 01/18/2022 | 4.884783 | $0.10 | $208.80 | $0.49 | $1,019.92 | -$1,019.43 | -99.95% | Long Term |
| 01/18/2022 | 4.404313 | $0.10 | $211.79 | $0.44 | $932.80 | -$932.36 | -99.95% | Long Term |
| 01/14/2022 | 0.030029 | $0.10 | $205.80 | $0.00 | $6.18 | -$6.18 | -100% | Long Term |
| 01/14/2022 | 0.030029 | $0.10 | $208.80 | $0.00 | $6.27 | -$6.27 | -100% | Long Term |
| 01/12/2022 | 2.232186 | $0.10 | $229.77 | $0.22 | $512.90 | -$512.68 | -99.96% | Long Term |
| 01/12/2022 | 1.021 | $0.10 | $227.78 | $0.10 | $232.56 | -$232.46 | -99.96% | Long Term |
| 01/12/2022 | 0.99097 | $0.10 | $225.78 | $0.10 | $223.74 | -$223.64 | -99.96% | Long Term |
| 01/12/2022 | 0.99097 | $0.10 | $227.78 | $0.10 | $225.72 | -$225.62 | -99.96% | Long Term |
| 01/12/2022 | 0.330323 | $0.10 | $227.78 | $0.03 | $75.24 | -$75.21 | -99.96% | Long Term |
| 01/12/2022 | 0.300294 | $0.10 | $227.78 | $0.03 | $68.40 | -$68.37 | -99.96% | Long Term |
| 01/03/2022 | 3.002941 | $0.10 | $287.72 | $0.30 | $864.00 | -$863.70 | -99.97% | Long Term |
| 01/03/2022 | 0.440431 | $0.10 | $280.73 | $0.04 | $123.64 | -$123.60 | -99.97% | Long Term |
| 12/27/2021 | 0.120118 | $0.10 | $278.73 | $0.01 | $33.48 | -$33.47 | -99.97% | Long Term |
| 12/27/2021 | 0.080078 | $0.10 | $276.73 | $0.01 | $22.16 | -$22.15 | -99.95% | Long Term |
| 12/22/2021 | 0.100098 | $0.10 | $268.74 | $0.01 | $26.90 | -$26.89 | -99.96% | Long Term |
| 12/17/2021 | 2.00196 | $0.10 | $287.72 | $0.20 | $576.00 | -$575.80 | -99.97% | Long Term |
| 12/17/2021 | 1.00098 | $0.10 | $284.72 | $0.10 | $285.00 | -$284.90 | -99.96% | Long Term |
| 12/17/2021 | 1.00098 | $0.10 | $288.72 | $0.10 | $289.00 | -$288.90 | -99.97% | Long Term |
| 12/17/2021 | 0.99097 | $0.10 | $278.73 | $0.10 | $276.21 | -$276.11 | -99.96% | Long Term |
| 12/17/2021 | 0.420412 | $0.10 | $276.73 | $0.04 | $116.34 | -$116.30 | -99.97% | Long Term |
| 12/15/2021 | 4.214127 | $0.10 | $279.73 | $0.42 | $1,178.80 | -$1,178.38 | -99.96% | Long Term |
| 12/15/2021 | 0.420412 | $0.10 | $279.73 | $0.04 | $117.60 | -$117.56 | -99.97% | Long Term |
| 12/13/2021 | 1.881843 | $0.10 | $339.67 | $0.19 | $639.20 | -$639.01 | -99.97% | Long Term |
| 12/13/2021 | 1.111088 | $0.10 | $308.70 | $0.11 | $342.99 | -$342.88 | -99.97% | Long Term |
| 12/13/2021 | 1.111088 | $0.10 | $319.69 | $0.11 | $355.20 | -$355.09 | -99.97% | Long Term |
| 12/13/2021 | 0.970951 | $0.10 | $335.67 | $0.10 | $325.92 | -$325.82 | -99.97% | Long Term |
| 12/13/2021 | 0.300294 | $0.10 | $332.67 | $0.03 | $99.90 | -$99.87 | -99.97% | Long Term |
| 12/13/2021 | 0.180176 | $0.10 | $329.68 | $0.02 | $59.40 | -$59.38 | -99.97% | Long Term |
| 12/10/2021 | 0.330323 | $0.10 | $308.70 | $0.03 | $101.97 | -$101.94 | -99.97% | Long Term |
| 12/10/2021 | 0.250245 | $0.10 | $311.69 | $0.03 | $78.00 | -$77.97 | -99.96% | Long Term |

| Date | Quantity | Price | Cost | | Value | Gain/Loss | Gain/Loss % | Term |
|------|----------|-------|------|--|-------|-----------|-------------|------|
| 12/08/2021 | 0.220216 | $0.10 | $329.68 | $0.02 | $72.60 | -$72.58 | -99.97% | Long Term |
| 12/08/2021 | 0.190186 | $0.10 | $336.67 | $0.02 | $64.03 | -$64.01 | -99.97% | Long Term |
| 12/08/2021 | 0.040039 | $0.10 | $345.66 | $0.00 | $13.84 | -$13.84 | -100% | Long Term |
| 12/07/2021 | 0.060059 | $0.10 | $335.67 | $0.01 | $20.16 | -$20.15 | -99.95% | Long Term |
| 12/07/2021 | 0.02002 | $0.10 | $335.66 | $0.00 | $6.72 | -$6.72 | -100% | Long Term |
| 12/06/2021 | 2.00196 | $0.10 | $287.72 | $0.20 | $576.00 | -$575.80 | -99.97% | Long Term |
| 12/06/2021 | 1.341313 | $0.10 | $288.72 | $0.13 | $387.26 | -$387.13 | -99.97% | Long Term |
| 12/01/2021 | 9.999792 | $0.10 | $332.67 | $1.00 | $3,326.67 | -$3,325.67 | -99.97% | Long Term |
| 11/29/2021 | 0.070069 | $0.10 | $379.63 | $0.01 | $26.60 | -$26.59 | -99.96% | Long Term |
| 11/26/2021 | 10.009802 | $0.10 | $391.61 | $1.00 | $3,919.90 | -$3,918.90 | -99.97% | Long Term |
| 11/26/2021 | 10.009802 | $0.10 | $387.62 | $1.00 | $3,880.00 | -$3,879.00 | -99.97% | Long Term |
| 11/26/2021 | 7.307155 | $0.10 | $388.61 | $0.73 | $2,839.63 | -$2,838.90 | -99.97% | Long Term |
| 11/26/2021 | 3.002941 | $0.10 | $399.61 | $0.30 | $1,200.00 | -$1,199.70 | -99.98% | Long Term |
| 11/26/2021 | 3.002941 | $0.10 | $402.61 | $0.30 | $1,209.00 | -$1,208.70 | -99.98% | Long Term |
| 11/26/2021 | 3.002941 | $0.10 | $399.61 | $0.30 | $1,200.00 | -$1,199.70 | -99.98% | Long Term |
| 11/26/2021 | 1.00098 | $0.10 | $395.61 | $0.10 | $396.00 | -$395.90 | -99.97% | Long Term |
| 11/26/2021 | 1.00098 | $0.10 | $398.61 | $0.10 | $399.00 | -$398.90 | -99.97% | Long Term |
| 11/26/2021 | 0.820804 | $0.10 | $392.60 | $0.08 | $322.25 | -$322.17 | -99.98% | Long Term |
| 11/26/2021 | 0.360353 | $0.10 | $403.60 | $0.04 | $145.44 | -$145.40 | -99.97% | Long Term |
| 11/26/2021 | 0.270265 | $0.10 | $403.60 | $0.03 | $109.08 | -$109.05 | -99.97% | Long Term |
| 11/26/2021 | 0.180176 | $0.10 | $392.62 | $0.02 | $70.74 | -$70.72 | -99.97% | Long Term |
| 11/22/2021 | 10.009802 | $0.10 | $395.61 | $1.00 | $3,960.00 | -$3,959.00 | -99.97% | Long Term |
| 11/22/2021 | 6.676538 | $0.10 | $385.62 | $0.67 | $2,574.62 | -$2,573.95 | -99.97% | Long Term |
| 11/22/2021 | 5.004901 | $0.10 | $398.61 | $0.50 | $1,995.00 | -$1,994.50 | -99.97% | Long Term |
| 11/22/2021 | 5.004901 | $0.10 | $395.61 | $0.50 | $1,980.00 | -$1,979.50 | -99.97% | Long Term |
| 11/22/2021 | 3.002941 | $0.10 | $398.61 | $0.30 | $1,197.00 | -$1,196.70 | -99.97% | Long Term |
| 11/22/2021 | 0.030029 | $0.10 | $403.61 | $0.00 | $12.12 | -$12.12 | -100% | Long Term |
| 09/03/2021 | 10.009802 | $0.10 | $578.32 | $1.00 | $5,788.90 | -$5,787.90 | -99.98% | Long Term |
| 09/03/2021 | 5.004901 | $0.10 | $565.45 | $0.50 | $2,830.00 | -$2,829.50 | -99.98% | Long Term |
| 09/03/2021 | 5.004901 | $0.10 | $565.45 | $0.50 | $2,830.00 | -$2,829.50 | -99.98% | Long Term |
| 09/03/2021 | 0.300294 | $0.10 | $538.47 | $0.03 | $161.70 | -$161.67 | -99.98% | Long Term |
| 09/02/2021 | 5.004901 | $0.10 | $510.50 | $0.50 | $2,555.00 | -$2,554.50 | -99.98% | Long Term |
| 09/02/2021 | 5.004901 | $0.10 | $548.46 | $0.50 | $2,745.00 | -$2,744.50 | -99.98% | Long Term |
| 08/30/2021 | 10.009802 | $0.10 | $538.47 | $1.00 | $5,390.00 | -$5,389.00 | -99.98% | Long Term |
| 08/30/2021 | 10.009802 | $0.10 | $498.51 | $1.00 | $4,990.00 | -$4,989.00 | -99.98% | Long Term |

| 08/30/2021 | 10.009802 | $0.10 | $487.52 | $1.00 | $4,880.00 | -$4,879.00 | -99.98% | Long Term |
| 08/30/2021 | 8.708528 | $0.10 | $443.57 | $0.87 | $3,862.80 | -$3,861.93 | -99.98% | Long Term |
| 08/30/2021 | 8.007842 | $0.10 | $532.48 | $0.80 | $4,264.00 | -$4,263.20 | -99.98% | Long Term |
| 08/30/2021 | 2.00196 | $0.10 | $480.53 | $0.20 | $962.00 | -$961.80 | -99.98% | Long Term |
| 08/30/2021 | 1.301274 | $0.10 | $468.54 | $0.13 | $609.70 | -$609.57 | -99.98% | Long Term |
| 08/26/2021 | 10.009802 | $0.10 | $338.67 | $1.00 | $3,390.00 | -$3,389.00 | -99.97% | Long Term |
| 08/26/2021 | 10.009802 | $0.10 | $342.66 | $1.00 | $3,430.00 | -$3,429.00 | -99.97% | Long Term |
| 08/26/2021 | 7.807645 | $0.10 | $348.66 | $0.78 | $2,722.20 | -$2,721.42 | -99.97% | Long Term |
| 08/25/2021 | 1.981941 | $0.10 | $366.64 | $0.20 | $726.66 | -$726.46 | -99.97% | Long Term |
| 08/24/2021 | 7.527371 | $0.10 | $358.65 | $0.75 | $2,699.68 | -$2,698.93 | -99.97% | Long Term |
| 08/24/2021 | 7.277126 | $0.10 | $352.65 | $0.73 | $2,566.31 | -$2,565.58 | -99.97% | Long Term |
| 08/24/2021 | 1.00098 | $0.10 | $352.65 | $0.10 | $353.00 | -$352.90 | -99.97% | Long Term |
| 08/24/2021 | 0.740725 | $0.10 | $351.66 | $0.07 | $260.48 | -$260.41 | -99.97% | Long Term |
| 08/23/2021 | 0.360353 | $0.10 | $332.67 | $0.04 | $119.88 | -$119.84 | -99.97% | Long Term |
| 08/20/2021 | 2.322274 | $0.10 | $287.72 | $0.23 | $668.16 | -$667.93 | -99.97% | Long Term |
| 08/20/2021 | 1.101078 | $0.10 | $287.72 | $0.11 | $316.80 | -$316.69 | -99.97% | Long Term |
| 08/19/2021 | 3.663587 | $0.10 | $298.71 | $0.37 | $1,094.34 | -$1,093.97 | -99.97% | Long Term |
| 08/19/2021 | 2.922862 | $0.10 | $295.71 | $0.29 | $864.32 | -$864.03 | -99.97% | Long Term |
| 08/18/2021 | 3.243176 | $0.10 | $287.72 | $0.32 | $933.12 | -$932.80 | -99.97% | Long Term |
| 08/17/2021 | 0.080078 | $0.10 | $295.71 | $0.01 | $23.68 | -$23.67 | -99.96% | Long Term |
| 08/16/2021 | 7.187038 | $0.10 | $302.70 | $0.72 | $2,175.54 | -$2,174.82 | -99.97% | Long Term |
| 08/16/2021 | 1.981941 | $0.10 | $308.70 | $0.20 | $611.82 | -$611.62 | -99.97% | Long Term |
| 08/16/2021 | 0.040039 | $0.10 | $316.69 | $0.00 | $12.68 | -$12.68 | -100% | Long Term |
| 08/13/2021 | 3.743666 | $0.10 | $318.69 | $0.37 | $1,193.06 | -$1,192.69 | -99.97% | Long Term |
| 08/12/2021 | 6.306175 | $0.10 | $338.67 | $0.63 | $2,135.70 | -$2,135.07 | -99.97% | Long Term |
| 08/12/2021 | 4.444352 | $0.10 | $334.67 | $0.44 | $1,487.40 | -$1,486.96 | -99.97% | Long Term |
| 08/12/2021 | 2.642588 | $0.10 | $335.67 | $0.26 | $887.04 | -$886.78 | -99.97% | Long Term |
| 08/12/2021 | 0.300294 | $0.10 | $342.66 | $0.03 | $102.90 | -$102.87 | -99.97% | Long Term |
| 08/12/2021 | 0.060059 | $0.10 | $340.67 | $0.01 | $20.46 | -$20.45 | -99.95% | Long Term |
| 08/11/2021 | 17.006653 | $0.10 | $354.65 | $1.70 | $6,031.45 | -$6,029.75 | -99.97% | Long Term |
| 08/11/2021 | 9.809606 | $0.10 | $348.66 | $0.98 | $3,420.20 | -$3,419.22 | -99.97% | Long Term |
| 08/11/2021 | 6.996852 | $0.10 | $348.66 | $0.70 | $2,439.51 | -$2,438.81 | -99.97% | Long Term |
| 08/11/2021 | 6.005881 | $0.10 | $348.66 | $0.60 | $2,094.00 | -$2,093.40 | -99.97% | Long Term |
| 08/11/2021 | 3.002941 | $0.10 | $338.67 | $0.30 | $1,017.00 | -$1,016.70 | -99.97% | Long Term |
| 08/11/2021 | 2.642588 | $0.10 | $352.65 | $0.26 | $931.92 | -$931.66 | -99.97% | Long Term |

| 08/11/2021 | 0.140137 | $0.10 | $354.65 | $0.01 | $49.70 | -$49.69 | -99.98% | Long Term |
| 08/10/2021 | 5.805685 | $0.10 | $358.65 | $0.58 | $2,082.20 | -$2,081.62 | -99.97% | Long Term |
| 08/06/2021 | 0.580569 | $0.10 | $310.70 | $0.06 | $180.38 | -$180.32 | -99.97% | Long Term |
| 08/06/2021 | 0.200196 | $0.10 | $328.68 | $0.02 | $65.80 | -$65.78 | -99.97% | Long Term |
| 08/05/2021 | 3.903823 | $0.10 | $318.69 | $0.39 | $1,244.10 | -$1,243.71 | -99.97% | Long Term |
| 08/05/2021 | 2.302254 | $0.10 | $319.69 | $0.23 | $736.00 | -$735.77 | -99.97% | Long Term |
| 08/05/2021 | 1.661627 | $0.10 | $338.67 | $0.17 | $562.74 | -$562.57 | -99.97% | Long Term |
| 08/03/2021 | 3.263195 | $0.10 | $321.68 | $0.33 | $1,049.72 | -$1,049.39 | -99.97% | Long Term |
| 08/02/2021 | 10.690468 | $0.10 | $338.67 | $1.07 | $3,620.52 | -$3,619.45 | -99.97% | Long Term |
| 08/02/2021 | 10.009802 | $0.10 | $338.67 | $1.00 | $3,390.00 | -$3,389.00 | -99.97% | Long Term |
| 08/02/2021 | 3.062999 | $0.10 | $340.67 | $0.31 | $1,043.46 | -$1,043.15 | -99.97% | Long Term |
| 08/02/2021 | 2.922862 | $0.10 | $338.67 | $0.29 | $989.88 | -$989.59 | -99.97% | Long Term |
| 08/02/2021 | 1.761725 | $0.10 | $350.66 | $0.18 | $617.76 | -$617.58 | -99.97% | Long Term |
| 08/02/2021 | 1.561529 | $0.10 | $350.66 | $0.16 | $547.56 | -$547.40 | -99.97% | Long Term |
| 08/02/2021 | 0.080078 | $0.10 | $336.67 | $0.01 | $26.96 | -$26.95 | -99.96% | Long Term |
| 07/30/2021 | 3.002941 | $0.10 | $346.66 | $0.30 | $1,041.00 | -$1,040.70 | -99.97% | Long Term |
| 07/30/2021 | 0.300294 | $0.10 | $346.66 | $0.03 | $104.10 | -$104.07 | -99.97% | Long Term |
| 07/30/2021 | 0.100098 | $0.10 | $346.66 | $0.01 | $34.70 | -$34.69 | -99.97% | Long Term |
| 07/29/2021 | 9.929723 | $0.10 | $365.64 | $0.99 | $3,630.72 | -$3,629.73 | -99.97% | Long Term |
| 07/28/2021 | 2.702647 | $0.10 | $328.68 | $0.27 | $888.30 | -$888.03 | -99.97% | Long Term |
| 07/28/2021 | 0.660647 | $0.10 | $329.68 | $0.07 | $217.80 | -$217.73 | -99.97% | Long Term |
| 07/26/2021 | 1.901862 | $0.10 | $338.67 | $0.19 | $644.10 | -$643.91 | -99.97% | Long Term |
| 07/26/2021 | 0.660647 | $0.10 | $358.65 | $0.07 | $236.94 | -$236.87 | -99.97% | Long Term |
| 07/23/2021 | 4.284195 | $0.10 | $342.66 | $0.43 | $1,468.04 | -$1,467.61 | -99.97% | Long Term |
| 07/23/2021 | 1.681647 | $0.10 | $348.66 | $0.17 | $586.32 | -$586.15 | -99.97% | Long Term |
| 07/22/2021 | 0.700686 | $0.10 | $368.64 | $0.07 | $258.30 | -$258.23 | -99.97% | Long Term |
| 07/22/2021 | 0.50049 | $0.10 | $350.66 | $0.05 | $175.50 | -$175.45 | -99.97% | Long Term |
| 07/22/2021 | 0.400392 | $0.10 | $348.66 | $0.04 | $139.60 | -$139.56 | -99.97% | Long Term |
| 07/22/2021 | 0.240235 | $0.10 | $366.64 | $0.02 | $88.08 | -$88.06 | -99.98% | Long Term |
| 07/21/2021 | 1.201176 | $0.10 | $318.69 | $0.12 | $382.80 | -$382.68 | -99.97% | Long Term |
| 07/21/2021 | 0.260255 | $0.10 | $376.63 | $0.03 | $98.02 | -$97.99 | -99.97% | Long Term |
| 07/21/2021 | 0.220216 | $0.10 | $398.61 | $0.02 | $87.78 | -$87.76 | -99.98% | Long Term |
| 07/21/2021 | 0.180176 | $0.10 | $394.61 | $0.02 | $71.10 | -$71.08 | -99.97% | Long Term |
| 07/20/2021 | 1.241215 | $0.10 | $348.66 | $0.12 | $432.76 | -$432.64 | -99.97% | Long Term |
| 07/20/2021 | 1.101078 | $0.10 | $332.67 | $0.11 | $366.30 | -$366.19 | -99.97% | Long Term |

| 07/19/2021 | 1.761725 | $0.10 | $338.67 | $0.18 | $596.64 | -$596.46 | -99.97% | Long Term |
| 07/19/2021 | 0.240235 | $0.10 | $348.66 | $0.02 | $83.76 | -$83.74 | -99.98% | Long Term |
| 07/16/2021 | 5.56545 | $0.10 | $363.64 | $0.56 | $2,023.84 | -$2,023.28 | -99.97% | Long Term |
| 07/15/2021 | 5.56545 | $0.10 | $419.59 | $0.56 | $2,335.20 | -$2,334.64 | -99.98% | Long Term |
| 07/15/2021 | 2.222176 | $0.10 | $420.59 | $0.22 | $934.62 | -$934.40 | -99.98% | Long Term |
| 07/15/2021 | 1.221196 | $0.10 | $424.58 | $0.12 | $518.50 | -$518.38 | -99.98% | Long Term |
| 07/15/2021 | 1.111088 | $0.10 | $398.61 | $0.11 | $442.89 | -$442.78 | -99.98% | Long Term |
| 07/15/2021 | 1.111088 | $0.10 | $406.60 | $0.11 | $451.77 | -$451.66 | -99.98% | Long Term |
| 07/15/2021 | 0.50049 | $0.10 | $391.62 | $0.05 | $196.00 | -$195.95 | -99.97% | Long Term |
| 07/15/2021 | 0.380372 | $0.10 | $386.62 | $0.04 | $147.06 | -$147.02 | -99.97% | Long Term |
| 07/15/2021 | 0.340333 | $0.10 | $389.62 | $0.03 | $132.60 | -$132.57 | -99.98% | Long Term |
| 07/14/2021 | 1.00098 | $0.10 | $432.58 | $0.10 | $433.00 | -$432.90 | -99.98% | Long Term |
| 07/13/2021 | 1.081059 | $0.10 | $390.62 | $0.11 | $422.28 | -$422.17 | -99.97% | Long Term |
| 07/13/2021 | 0.50049 | $0.10 | $397.61 | $0.05 | $199.00 | -$198.95 | -99.97% | Long Term |
| 07/13/2021 | 0.100098 | $0.10 | $359.65 | $0.01 | $36.00 | -$35.99 | -99.97% | Long Term |
| 07/12/2021 | 0.600588 | $0.10 | $394.61 | $0.06 | $237.00 | -$236.94 | -99.97% | Long Term |
| 07/12/2021 | 0.50049 | $0.10 | $398.61 | $0.05 | $199.50 | -$199.45 | -99.97% | Long Term |
| 07/12/2021 | 0.060059 | $0.10 | $419.59 | $0.01 | $25.20 | -$25.19 | -99.96% | Long Term |
| 07/09/2021 | 0.600588 | $0.10 | $521.49 | $0.06 | $313.20 | -$313.14 | -99.98% | Long Term |
| 07/07/2021 | 0.240235 | $0.10 | $598.41 | $0.02 | $143.76 | -$143.74 | -99.99% | Long Term |
| 07/07/2021 | 0.100098 | $0.10 | $698.32 | $0.01 | $69.90 | -$69.89 | -99.99% | Long Term |
| 07/06/2021 | 0.800784 | $0.10 | $705.31 | $0.08 | $564.80 | -$564.72 | -99.99% | Long Term |
| 07/06/2021 | 0.50049 | $0.10 | $798.08 | $0.05 | $399.43 | -$399.38 | -99.99% | Long Term |
| 07/06/2021 | 0.50049 | $0.10 | $687.33 | $0.05 | $344.00 | -$343.95 | -99.99% | Long Term |
| 07/06/2021 | 0.060059 | $0.10 | $781.23 | $0.01 | $46.92 | -$46.91 | -99.98% | Long Term |
| 07/02/2021 | 0.900882 | $0.10 | $676.34 | $0.09 | $609.30 | -$609.21 | -99.99% | Long Term |
| 06/28/2021 | 0.630618 | $0.10 | $791.22 | $0.06 | $498.96 | -$498.90 | -99.99% | Long Term |
| 06/21/2021 | 1.671637 | $0.10 | $1,768.27 | $0.17 | $2,955.90 | -$2,955.73 | -99.99% | Long Term |
| 06/21/2021 | 1.391362 | $0.10 | $1,764.27 | $0.14 | $2,454.74 | -$2,454.60 | -99.99% | Long Term |
| 06/21/2021 | 0.25525 | $0.10 | $1,762.27 | $0.03 | $449.82 | -$449.79 | -99.99% | Long Term |
| 06/21/2021 | 0.070069 | $0.10 | $1,764.26 | $0.01 | $123.62 | -$123.61 | -99.99% | Long Term |
| 06/21/2021 | 0.01001 | $0.10 | $1,716.28 | $0.00 | $17.18 | -$17.18 | -100% | Long Term |
| 06/03/2021 | 0.210206 | $0.10 | $537.47 | $0.02 | $112.98 | -$112.96 | -99.98% | Long Term |
| 04/05/2021 | 2.00196 | $0.10 | $359.65 | $0.20 | $720.00 | -$719.80 | -99.97% | Long Term |
| 03/26/2021 | 4.999896 | $0.10 | $372.24 | $0.50 | $1,861.14 | -$1,860.64 | -99.97% | Long Term |



**Schwab One® Account** of

CANALP CANER &
GUILLERMO S LUCEROFABBI
DESIGNATED BENE PLAN/TOD

Account Number ████-0859

Statement Period
August 1-31, 2024

## Account Summary



Ending Account Value as of 08/31          Beginning Account Value as of 08/01

|  | This Statement | Previous Statement |
|---|---|---|
| Beginning Value | ██████ | ██████ |
| Deposits | **0.00** | 0.00 |
| Withdrawals | **0.00** | 0.00 |
| Dividends and Interest | **0.03** | 0.03 |
| Transfer of Securities | **0.00** | 0.00 |
| Market Appreciation/(Depreciation) | ██████ | ██████ |
| Expenses | **0.00** | 0.00 |
| **Ending Value** ᵂ | ██████ | ██████ |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

### Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

### Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

### Online Assistance

Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

CANALP CANER &
GUILLERMO S LUCEROFABBI
DESIGNATED BENE PLAN/TOD
ST PETERSBURG FL          33713

08/30-00000-ID2121607-103941

1 of 8



**Schwab One® Account** *of*

CANALP CANER &
GUILLERMO S LUCEROFABBI
DESIGNATED BENE PLAN/TOD

Statement Period
August 1-31, 2024

## Positions - Summary

| Beginning Value as of 08/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 08/31 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK USA NA X,Z | | | 82.06 | 82.56 | 0.50 | | 0.45% | 2% |
| **Total Cash and Cash Investments** | | | | | **$82.06** | **$82.56** | **$0.50** | | | **2%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMATQ | META MATLS INC | 1,011.0000 | 0.45000 | 454.95 | 229,191.60 | (228,736.65) | N/A | 0.00 | 10% |



# Transaction History #1

Updated: 04:00:14 PM ET, 12/06/2024   C   ?   ⬇   🖨

**Designated Bene Joint** ...859 ⌄

**Date range**

| All ⌄ |

**Symbol (Optional)**

| 🔍 MMAT ⊗ |   ☑ Include Options

| Search |

☰  Filter by Transaction Types

## Transactions found from 12/06/2020 to 12/06/2024

Don't see it here? Go to Statements

1  2   Next

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Am... |
|--------|--------|----------------------|----------|-------|-------------|-------|
| 01/29/2024 | Reverse Split | **MMAT** META MATLS INC | 1,011 | | | |
| 01/26/2024 | Buy Trade Details | **MMAT** META MATLS INC REVERSE SPLIT EFF: 01/29/24 | 2 | $0.0561 | | -$0.11 |
| 05/30/2023 | Journaled Shares | **MMAT** TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -100,999 | | | |

| 03/31/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 38 (MMAT) @0.4066 | 38 | $0.4066 | -$15.45 |
| 03/28/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 2112 (MMAT) @0.4395 | 2,112 | $0.4395 | -$928.22 |
| 03/02/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 80 (MMAT) @0.5970 | 80 | $0.597 | -$47.76 |
| 03/01/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...300 (MMAT) @0.6001 | 300 | $0.6001 | -$180.03 |
| 03/01/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...397 (MMAT) @0.6033 | 397 | $0.6033 | -$239.51 |
| 02/27/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 22 (MMAT) @0.6698 | 22 | $0.6698 | -$14.74 |
| 02/03/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 1 (MMAT) @0.9700 | 1 | $0.97 | -$0.97 |

| 05/30/2023 | Internal Transfer | MMAT META MATLS INC | 100,999 | | |
| 05/16/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...222 (MMAT) @0.2050 | 222 | $0.205 | -$45.51 |
| 05/09/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...444 (MMAT) @0.2174 | 444 | $0.2174 | -$96.53 |
| 05/05/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...200 (MMAT) @0.2074 | 200 | $0.2074 | -$41.49 |
| 05/05/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 34 (MMAT) @0.2077 | 34 | $0.2077 | -$7.06 |
| 05/05/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 80 (MMAT) @0.2080 | 80 | $0.208 | -$16.64 |
| 05/05/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 20 (MMAT) @0.2084 | 20 | $0.2084 | -$4.17 |
| 05/03/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...980 (MMAT) @0.1865 | 980 | $0.1865 | -$182.77 |
| 05/03/2023 | Buy | MMAT | 10 | $0.1859 | -$1.86 |

| | | | | | |
|---|---|---|---|---|---|
| | Trade Details | TDA TRAN -<br>Bought 10<br>(MMAT)<br>@0.1859 | | | |
| 04/14/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 9<br>(MMAT)<br>@0.2310 | 9 | $0.231 | -$2.08 |
| 04/14/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 15170<br>(MMAT)<br>@0.2199 | 15,170 | $0.2199 | -$3,335.88 |
| 04/05/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...100<br>(MMAT)<br>@0.4206 | 100 | $0.4206 | -$42.06 |
| 04/05/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...100<br>(MMAT)<br>@0.4371 | 100 | $0.4371 | -$43.71 |
| 04/04/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...500<br>(MMAT)<br>@0.4299 | 500 | $0.4299 | -$214.95 |
| 04/04/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 77<br>(MMAT)<br>@0.4275 | 77 | $0.4275 | -$32.92 |
| 04/04/2023 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 15<br>(MMAT)<br>@0.5490 | 15 | $0.549 | -$8.24 |

| 11/10/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...223<br>(MMAT)<br>@1.3000 | 223 | $1.30 | -$289.90 |
|---|---|---|---|---|---|
| 11/09/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...299<br>(MMAT)<br>@1.3600 | 299 | $1.36 | -$406.64 |
| 11/09/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...100<br>(MMAT)<br>@1.3877 | 100 | $1.3877 | -$138.77 |
| 11/09/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...200<br>(MMAT)<br>@1.3900 | 200 | $1.39 | -$278.00 |
| 11/09/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...100<br>(MMAT)<br>@1.4000 | 100 | $1.40 | -$140.00 |
| 10/27/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 7<br>(MMAT)<br>@1.0301 | 7 | $1.0301 | -$7.21 |
| 10/18/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 71<br>(MMAT)<br>@0.9036 | 71 | $0.9036 | -$64.16 |

| 01/26/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 57 (MMAT) @0.9899 | 57 | $0.9899 | -$56.42 |
| 01/26/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 3 (MMAT) @0.9990 | 3 | $0.999 | -$3.00 |
| 01/24/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 20 (MMAT) @1.0300 | 20 | $1.03 | -$20.60 |
| 12/21/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 9 (MMAT) @1.2000 | 9 | $1.20 | -$10.80 |
| 11/23/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 1000 (MMAT) @1.8000 | 1,000 | $1.80 | -$1,800.00 |
| 11/23/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...994 (MMAT) @1.8300 | 994 | $1.83 | -$1,819.02 |
| 11/23/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 6 (MMAT) @1.8300 | 6 | $1.83 | -$10.98 |

| Date | Action | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 10/06/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...999<br>(MMAT)<br>@0.6725 | 999 | $0.6725 | -$671.83 |
| 08/05/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 8<br>(MMAT)<br>@0.9200 | '8 | $0.92 | -$7.36 |
| 06/24/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...500<br>(MMAT)<br>@1.1500 | 500 | $1.15 | -$575.00 |
| 06/24/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...300<br>(MMAT)<br>@1.1300 | 300 | $1.13 | -$339.00 |
| 06/24/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 1000<br>(MMAT)<br>@1.1600 | 1,000 | $1.16 | -$1,160.00 |
| 06/24/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...200<br>(MMAT)<br>@1.1300 | 200 | $1.13 | -$226.00 |
| 06/24/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...960<br>(MMAT)<br>@1.1657 | 960 | $1.1657 | -$1,119.07 |

| 10/14/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...222 (MMAT) @0.8802 | 222 | $0.8802 | -$195.40 |
| 10/06/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...778 (MMAT) @0.6607 | 778 | $0.6607 | -$514.02 |
| 10/06/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...999 (MMAT) @0.6633 | 999 | $0.6633 | -$662.64 |
| 10/06/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 1001 (MMAT) @0.6666 | 1,001 | $0.6666 | -$667.27 |
| 10/06/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...999 (MMAT) @0.6666 | 999 | $0.6666 | -$665.93 |
| 10/06/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...999 (MMAT) @0.6699 | 999 | $0.6699 | -$669.23 |
| 10/06/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 1001 (MMAT) @0.6701 | 1,001 | $0.6701 | -$670.77 |

| Date | Action | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 05/25/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...222<br>(MMAT)<br>@1.6900 | 222 | $1.69 | -$375.18 |
| 05/25/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...999<br>(MMAT)<br>@1.6900 | 999 | $1.69 | -$1,688.31 |
| 05/25/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 1999<br>(MMAT)<br>@1.6900 | 1,999 | $1.69 | -$3,378.31 |
| 05/25/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 33<br>(MMAT)<br>@1.7500 | 33 | $1.75 | -$57.75 |
| 05/25/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 49<br>(MMAT)<br>@1.7600 | 49 | $1.76 | -$86.24 |
| 05/25/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 49<br>(MMAT)<br>@1.7700 | 49 | $1.77 | -$86.73 |
| 05/25/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 49<br>(MMAT)<br>@1.7900 | 49 | $1.79 | -$87.71 |

| 06/24/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 40<br>(MMAT)<br>@1.2600 | 40 | $1.26 | -$50.40 |
| 06/24/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 1960<br>(MMAT)<br>@1.3000 | 1,960 | $1.30 | -$2,548.00 |
| 05/26/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 22<br>(MMAT)<br>@1.6800 | 22 | $1.68 | -$36.96 |
| 05/26/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 3<br>(MMAT)<br>@1.6929 | 3 | $1.6929 | -$5.08 |
| 05/26/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...508<br>(MMAT)<br>@1.6600 | 508 | $1.66 | -$843.28 |
| 05/26/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 8<br>(MMAT)<br>@1.6500 | 8 | $1.65 | -$13.20 |
| 05/25/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...999<br>(MMAT)<br>@1.6600 | 999 | $1.66 | -$1,658.34 |

| 04/21/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...499<br>(MMAT)<br>@1.3200 | 499 | $1.32 | -$658.68 |
|---|---|---|---|---|---|
| 04/21/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 2499<br>(MMAT)<br>@1.3300 | 2,499 | $1.33 | -$3,323.67 |
| 04/21/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 2499<br>(MMAT)<br>@1.3600 | 2,499 | $1.36 | -$3,398.64 |
| 04/21/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 2499<br>(MMAT)<br>@1.3800 | 2,499 | $1.38 | -$3,448.62 |
| 04/21/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...499<br>(MMAT)<br>@1.3900 | 499 | $1.39 | -$693.61 |
| 04/21/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...499<br>(MMAT)<br>@1.4000 | 499 | $1.40 | -$698.60 |
| 04/21/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 1<br>(MMAT)<br>@1.3900 | 1 | $1.39 | -$1.39 |

| Date | Action | Symbol / Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 05/25/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 99 (MMAT) @1.7900 | 99 | $1.79 | -$177.21 |
| 05/12/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 94 (MMAT) @1.2150 | 94 | $1.215 | -$114.21 |
| 04/22/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...101 (MMAT) @1.2600 | 101 | $1.26 | -$127.26 |
| 04/22/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 99 (MMAT) @1.2600 | 99 | $1.26 | -$124.74 |
| 04/21/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...100 (MMAT) @1.2800 | 100 | $1.28 | -$128.00 |
| 04/21/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...101 (MMAT) @1.2900 | 101 | $1.29 | -$130.29 |
| 04/21/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...504 (MMAT) @1.3000 | 504 | $1.30 | -$655.20 |

Transaction History | Charles Schwab

| 02/16/2022 | Buy Trade Details | MMAT TDA TRAN – Bought ...333 (MMAT) @1.9600 | 333 | $1.96 | -$652.68 |
| 02/16/2022 | Buy Trade Details | MMAT TDA TRAN – Bought ...267 (MMAT) @1.9999 | 267 | $1.9999 | -$533.97 |
| 02/16/2022 | Buy Trade Details | MMAT TDA TRAN – Bought ...100 (MMAT) @1.9300 | 100 | $1.93 | -$193.00 |
| 02/16/2022 | Buy Trade Details | MMAT TDA TRAN – Bought ...300 (MMAT) @1.9300 | 300 | $1.93 | -$579.00 |
| 02/16/2022 | Buy Trade Details | MMAT TDA TRAN – Bought ...200 (MMAT) @1.9300 | 200 | $1.93 | -$386.00 |
| 02/16/2022 | Buy Trade Details | MMAT TDA TRAN – Bought ...333 (MMAT) @1.9299 | 333 | $1.9299 | -$642.66 |
| 02/16/2022 | Buy Trade Details | MMAT TDA TRAN – Bought ...800 (MMAT) @1.9300 | 800 | $1.93 | -$1,544.00 |

| 04/21/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 1<br>(MMAT)<br>@1.4000 | 1 | $1.40 | -$1.40 |
|---|---|---|---|---|---|
| 03/14/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...250<br>(MMAT)<br>@1.5700 | 250 | $1.57 | -$392.50 |
| 03/14/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...250<br>(MMAT)<br>@1.5900 | 250 | $1.59 | -$397.50 |
| 02/23/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 9<br>(MMAT)<br>@1.6400 | 9 | $1.64 | -$14.76 |
| 02/17/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...100<br>(MMAT)<br>@1.8800 | 100 | $1.88 | -$188.00 |
| 02/16/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 21<br>(MMAT)<br>@1.9000 | 21 | $1.90 | -$39.90 |
| 02/16/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 36<br>(MMAT)<br>@1.9300 | 36 | $1.93 | -$69.48 |

| 01/19/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...100 (MMAT) @2.0600 | 100 | $2.06 | -$206.00 |
| 01/19/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...100 (MMAT) @2.0300 | 100 | $2.03 | -$203.00 |
| 01/19/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 87 (MMAT) @2.0599 | 87 | $2.0599 | -$179.21 |
| 01/18/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...736 (MMAT) @2.0600 | 736 | $2.06 | -$1,516.16 |
| 01/18/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...500 (MMAT) @2.0900 | 500 | $2.09 | -$1,045.00 |
| 01/18/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...488 (MMAT) @2.0900 | 488 | $2.09 | -$1,019.92 |
| 01/18/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...440 (MMAT) @2.1200 | 440 | $2.12 | -$932.80 |

| Date | Action | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 02/16/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 49<br>(MMAT)<br>@1.9700 | 49 | $1.97 | -$96.53 |
| 01/20/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 18<br>(MMAT)<br>@1.8900 | 18 | $1.89 | -$34.02 |
| 01/20/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...100<br>(MMAT)<br>@1.9300 | 100 | $1.93 | -$193.00 |
| 01/20/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...113<br>(MMAT)<br>@1.9600 | 113 | $1.96 | -$221.48 |
| 01/20/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...100<br>(MMAT)<br>@1.9600 | 100 | $1.96 | -$196.00 |
| 01/20/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...100<br>(MMAT)<br>@1.9900 | 100 | $1.99 | -$199.00 |
| 01/19/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...100<br>(MMAT)<br>@2.0300 | 100 | $2.03 | -$203.00 |

| 01/12/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...223<br>(MMAT)<br>@2.3000 | 223 | $2.30 | -$512.90 |
| 01/03/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 44<br>(MMAT)<br>@2.8100 | 44 | $2.81 | -$123.64 |
| 01/03/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...300<br>(MMAT)<br>@2.8800 | 300 | $2.88 | -$864.00 |
| 12/27/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 12<br>(MMAT)<br>@2.7900 | 12 | $2.79 | -$33.48 |
| 12/27/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 8<br>(MMAT)<br>@2.7700 | 8 | $2.77 | -$22.16 |
| 12/22/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 10<br>(MMAT)<br>@2.6900 | 10 | $2.69 | -$26.90 |
| 12/17/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...200<br>(MMAT)<br>@2.8800 | 200 | $2.88 | -$576.00 |

| 01/14/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 3 (MMAT) @2.0600 | 3 | $2.06 | -$6.18 |
|---|---|---|---|---|---|
| 01/14/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 3 (MMAT) @2.0900 | 3 | $2.09 | -$6.27 |
| 01/12/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 30 (MMAT) @2.2800 | 30 | $2.28 | -$68.40 |
| 01/12/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 33 (MMAT) @2.2800 | 33 | $2.28 | -$75.24 |
| 01/12/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...102 (MMAT) @2.2800 | 102 | $2.28 | -$232.56 |
| 01/12/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 99 (MMAT) @2.2600 | 99 | $2.26 | -$223.74 |
| 01/12/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 99 (MMAT) @2.2800 | 99 | $2.28 | -$225.72 |

| Date | Action | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 12/13/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...111<br>(MMAT)<br>@3.2000 | 111 | $3.20 | -$355.20 |
| 12/13/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 18<br>(MMAT)<br>@3.3000 | 18 | $3.30 | -$59.40 |
| 12/13/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 30<br>(MMAT)<br>@3.3300 | 30 | $3.33 | -$99.90 |
| 12/13/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 97<br>(MMAT)<br>@3.3600 | 97 | $3.36 | -$325.92 |
| 12/13/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...188<br>(MMAT)<br>@3.4000 | 188 | $3.40 | -$639.20 |
| 12/10/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 33<br>(MMAT)<br>@3.0900 | 33 | $3.09 | -$101.97 |
| 12/10/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 25<br>(MMAT)<br>@3.1200 | 25 | $3.12 | -$78.00 |

| 12/17/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...100<br>(MMAT)<br>@2.8500 | 100 | $2.85 | -$285.00 |
|---|---|---|---|---|---|
| 12/17/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...100<br>(MMAT)<br>@2.8900 | 100 | $2.89 | -$289.00 |
| 12/17/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 99<br>(MMAT)<br>@2.7900 | 99 | $2.79 | -$276.21 |
| 12/17/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 42<br>(MMAT)<br>@2.7700 | 42 | $2.77 | -$116.34 |
| 12/15/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 42<br>(MMAT)<br>@2.8000 | 42 | $2.80 | -$117.60 |
| 12/15/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...421<br>(MMAT)<br>@2.8000 | 421 | $2.80 | -$1,178.80 |
| 12/13/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...111<br>(MMAT)<br>@3.0900 | 111 | $3.09 | -$342.99 |

| Date | Action | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 12/01/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...999<br>(MMAT)<br>@3.3300 | 999 | $3.33 | -$3,326.67 |
| 11/29/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 7<br>(MMAT)<br>@3.8000 | 7 | $3.80 | -$26.60 |
| 11/26/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...300<br>(MMAT)<br>@4.0000 | 300 | $4.00 | -$1,200.00 |
| 11/26/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 1000<br>(MMAT)<br>@3.9199 | 1,000 | $3.9199 | -$3,919.90 |
| 11/26/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 1000<br>(MMAT)<br>@3.8800 | 1,000 | $3.88 | -$3,880.00 |
| 11/26/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...730<br>(MMAT)<br>@3.8899 | 730 | $3.8899 | -$2,839.63 |
| 11/26/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 82<br>(MMAT)<br>@3.9299 | 82 | $3.9299 | -$322.25 |

| 12/08/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 4<br>(MMAT)<br>@3.4600 | 4 | $3.46 | -$13.84 |
|---|---|---|---|---|---|
| 12/08/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 22<br>(MMAT)<br>@3.3000 | 22 | $3.30 | -$72.60 |
| 12/08/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 19<br>(MMAT)<br>@3.3700 | 19 | $3.37 | -$64.03 |
| 12/07/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 2<br>(MMAT)<br>@3.3600 | 2 | $3.36 | -$6.72 |
| 12/07/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 6<br>(MMAT)<br>@3.3600 | 6 | $3.36 | -$20.16 |
| 12/06/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...134<br>(MMAT)<br>@2.8900 | 134 | $2.89 | -$387.26 |
| 12/06/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...200<br>(MMAT)<br>@2.8800 | 200 | $2.88 | -$576.00 |

| 11/22/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 1000<br>(MMAT)<br>@3.9600 | 1,000 | $3.96 | -$3,960.00 |
| 11/22/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...500<br>(MMAT)<br>@3.9900 | 500 | $3.99 | -$1,995.00 |
| 11/22/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...500<br>(MMAT)<br>@3.9600 | 500 | $3.96 | -$1,980.00 |
| 11/22/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...667<br>(MMAT)<br>@3.8600 | 667 | $3.86 | -$2,574.62 |
| 11/22/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...300<br>(MMAT)<br>@3.9900 | 300 | $3.99 | -$1,197.00 |
| 11/22/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 3<br>(MMAT)<br>@4.0400 | 3 | $4.04 | -$12.12 |
| 09/03/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 30<br>(MMAT)<br>@5.3900 | 30 | $5.39 | -$161.70 |

| 11/26/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 18 (MMAT) @3.9300 | 18 | $3.93 | -$70.74 |
|---|---|---|---|---|---|
| 11/26/2021 | Buy Trade Details | MMAT TDA TRAN - Bought ...100 (MMAT) @3.9600 | 100 | $3.96 | -$396.00 |
| 11/26/2021 | Buy Trade Details | MMAT TDA TRAN - Bought ...100 (MMAT) @3.9900 | 100 | $3.99 | -$399.00 |
| 11/26/2021 | Buy Trade Details | MMAT TDA TRAN - Bought ...300 (MMAT) @4.0000 | 300 | $4.00 | -$1,200.00 |
| 11/26/2021 | Buy Trade Details | MMAT TDA TRAN - Bought ...300 (MMAT) @4.0300 | 300 | $4.03 | -$1,209.00 |
| 11/26/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 27 (MMAT) @4.0400 | 27 | $4.04 | -$109.08 |
| 11/26/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 36 (MMAT) @4.0400 | 36 | $4.04 | -$145.44 |

| 08/30/2021 | Buy Trade Details | MMAT TDA TRAN - Bought ...200 (MMAT) @4.8100 | 200 | $4.81 | -$962.00 |
|---|---|---|---|---|---|
| 08/30/2021 | Buy Trade Details | MMAT TDA TRAN - Bought ...800 (MMAT) @5.3300 | 800 | $5.33 | -$4,264.00 |
| 08/30/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 1000 (MMAT) @5.3900 | 1,000 | $5.39 | -$5,390.00 |
| 08/30/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 1000 (MMAT) @4.9900 | 1,000 | $4.99 | -$4,990.00 |
| 08/30/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 1000 (MMAT) @4.8800 | 1,000 | $4.88 | -$4,880.00 |
| 08/26/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 1000 (MMAT) @3.3900 | 1,000 | $3.39 | -$3,390.00 |
| 08/26/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 1000 (MMAT) @3.4300 | 1,000 | $3.43 | -$3,430.00 |

| 09/03/2021 | Buy Trade Details | MMAT TDA TRAN - Bought ...500 (MMAT) @5.6600 | 500 | $5.66 | -$2,830.00 |
| 09/03/2021 | Buy Trade Details | MMAT TDA TRAN - Bought ...500 (MMAT) @5.6600 | 500 | $5.66 | -$2,830.00 |
| 09/03/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 1000 (MMAT) @5.7889 | 1,000 | $5.7889 | -$5,788.90 |
| 09/02/2021 | Buy Trade Details | MMAT TDA TRAN - Bought ...500 (MMAT) @5.4900 | 500 | $5.49 | -$2,745.00 |
| 09/02/2021 | Buy Trade Details | MMAT TDA TRAN - Bought ...500 (MMAT) @5.1100 | 500 | $5.11 | -$2,555.00 |
| 08/30/2021 | Buy Trade Details | MMAT TDA TRAN - Bought ...870 (MMAT) @4.4400 | 870 | $4.44 | -$3,862.80 |
| 08/30/2021 | Buy Trade Details | MMAT TDA TRAN - Bought ...130 (MMAT) @4.6900 | 130 | $4.69 | -$609.70 |

| 08/20/2021 | Buy Trade Details | MMAT TDA TRAN - Bought ...232 (MMAT) @2.8800 | 232 | $2.88 | -$668.16 |
| 08/20/2021 | Buy Trade Details | MMAT TDA TRAN - Bought ...110 (MMAT) @2.8800 | 110 | $2.88 | -$316.80 |
| 08/19/2021 | Buy Trade Details | MMAT TDA TRAN - Bought ...292 (MMAT) @2.9600 | 292 | $2.96 | -$864.32 |
| 08/19/2021 | Buy Trade Details | MMAT TDA TRAN - Bought ...366 (MMAT) @2.9900 | 366 | $2.99 | -$1,094.34 |
| 08/18/2021 | Buy Trade Details | MMAT TDA TRAN - Bought ...324 (MMAT) @2.8800 | 324 | $2.88 | -$933.12 |
| 08/17/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 8 (MMAT) @2.9600 | 8 | $2.96 | -$23.68 |
| 08/16/2021 | Buy Trade Details | MMAT TDA TRAN - Bought ...198 (MMAT) @3.0900 | 198 | $3.09 | -$611.82 |

| 08/26/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...780<br>(MMAT)<br>@3.4900 | 780 | $3.49 | -$2,722.20 |
| 08/25/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...198<br>(MMAT)<br>@3.6700 | 198 | $3.67 | -$726.66 |
| 08/24/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 74<br>(MMAT)<br>@3.5200 | 74 | $3.52 | -$260.48 |
| 08/24/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...727<br>(MMAT)<br>@3.5300 | 727 | $3.53 | -$2,566.31 |
| 08/24/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...100<br>(MMAT)<br>@3.5300 | 100 | $3.53 | -$353.00 |
| 08/24/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...752<br>(MMAT)<br>@3.5900 | 752 | $3.59 | -$2,699.68 |
| 08/23/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 36<br>(MMAT)<br>@3.3300 | 36 | $3.33 | -$119.88 |

Trade Details

MMAT

META MATLS INC REVERSE SPLIT EFF: 01/29/24

2 quantity

$0.0561 price

-$0.11 amount

---

Journaled Shares                                 05/30/2023

MMAT

TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT)

-100,999 quantity

---

Internal Transfer                                     05/30/2023

MMAT

META MATLS INC

100,999 quantity

---

Buy                                           05/16/2023

Trade Details

MMAT

TDA TRAN - Bought ...222 (MMAT) @0.2050

222 quantity

$0.205 price

-$45.51 amount

---

Buy                                           05/09/2023

Trade Details

MMAT

TDA TRAN - Bought ...444 (MMAT) @0.2174

444 quantity

$0.2174 price

-$96.53 amount

| 08/16/2021 | Buy Trade Details | MMAT TDA TRAN - Bought ...718 (MMAT) @3.0300 | 718 | $3.03 | -$2,175.54 |
| 08/16/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 4 (MMAT) @3.1700 | 4 | $3.17 | -$12.68 |
| 08/13/2021 | Buy Trade Details | MMAT TDA TRAN - Bought ...374 (MMAT) @3.1900 | 374 | $3.19 | -$1,193.06 |
| 08/12/2021 | Buy Trade Details | MMAT TDA TRAN - Bought ...630 (MMAT) @3.3900 | 630 | $3.39 | -$2,135.70 |
| 08/12/2021 | Buy Trade Details | MMAT TDA TRAN - Bought ...444 (MMAT) @3.3500 | 444 | $3.35 | -$1,487.40 |
| 08/12/2021 | Buy Trade Details | MMAT TDA TRAN - Bought ...264 (MMAT) @3.3600 | 264 | $3.36 | -$887.04 |

Page Total: **-$164,874.61**

Reverse Split

MMAT

META MATLS INC

1,011 quantity

01/29/2024

Buy

01/26/2024

Trade Details

MMAT

TDA TRAN - Bought ...980 (MMAT) @0.1865

980 quantity

$0.1865 price

-$182.77 amount

---

Buy                                                                05/03/2023

Trade Details

MMAT

TDA TRAN - Bought 10 (MMAT) @0.1859

10 quantity

$0.1859 price

-$1.86 amount

---

Buy                                                                04/14/2023

Trade Details

MMAT

TDA TRAN - Bought 9 (MMAT) @0.2310

9 quantity

$0.231 price

-$2.08 amount

---

Buy                                                                04/14/2023

Trade Details

MMAT

TDA TRAN - Bought 15170 (MMAT) @0.2199

15,170 quantity

$0.2199 price

-$3,335.88 amount

---

Buy                                                                04/05/2023

Trade Details

MMAT

Buy                                                                    05/05/2023

Trade Details

MMAT

TDA TRAN - Bought ...200 (MMAT) @0.2074

200 quantity

$0.2074 price

-$41.49 amount

---

Buy                                                                    05/05/2023

Trade Details

MMAT

TDA TRAN - Bought 34 (MMAT) @0.2077

34 quantity

$0.2077 price

-$7.06 amount

---

Buy                                                                    05/05/2023

Trade Details

MMAT

TDA TRAN - Bought 80 (MMAT) @0.2080

80 quantity

$0.208 price

-$16.64 amount

---

Buy                                                                    05/05/2023

Trade Details

MMAT

TDA TRAN - Bought 20 (MMAT) @0.2084

20 quantity

$0.2084 price

-$4.17 amount

---

Buy                                                                    05/03/2023

$0.549 price

-$8.24 amount

---

Buy                                                                          03/31/2023

Trade Details

MMAT

TDA TRAN - Bought 38 (MMAT) @0.4066

38 quantity

$0.4066 price

-$15.45 amount

---

Buy                                                                          03/28/2023

Trade Details

MMAT

TDA TRAN - Bought 2112 (MMAT) @0.4395

2,112 quantity

$0.4395 price

-$928.22 amount

---

Buy                                                                          03/02/2023

Trade Details

MMAT

TDA TRAN - Bought 80 (MMAT) @0.5970

80 quantity

$0.597 price

-$47.76 amount

---

Buy                                                                          03/01/2023

Trade Details

MMAT

TDA TRAN - Bought ...300 (MMAT) @0.6001

300 quantity

$0.6001 price

TDA TRAN - Bought ...100 (MMAT) @0.4206

100 quantity

$0.4206 price

-$42.06 amount

---

Buy                                                                    04/05/2023

Trade Details

MMAT

TDA TRAN - Bought ...100 (MMAT) @0.4371

100 quantity

$0.4371 price

-$43.71 amount

---

Buy                                                                    04/04/2023

Trade Details

MMAT

TDA TRAN - Bought ...500 (MMAT) @0.4299

500 quantity

$0.4299 price

-$214.95 amount

---

Buy                                                                    04/04/2023

Trade Details

MMAT

TDA TRAN - Bought 77 (MMAT) @0.4275

77 quantity

$0.4275 price

-$32.92 amount

---

Buy                                                                    04/04/2023

Trade Details

MMAT

TDA TRAN - Bought 15 (MMAT) @0.5490

15 quantity

Buy                                               01/26/2023

Trade Details

MMAT

TDA TRAN - Bought 3 (MMAT) @0.9990

3 quantity

$0.999 price

-$3.00 amount

---

Buy                                                01/24/2023

Trade Details

MMAT

TDA TRAN - Bought 20 (MMAT) @1.0300

20 quantity

$1.03 price

-$20.60 amount

---

Buy                                                12/21/2022

Trade Details

MMAT

TDA TRAN - Bought 9 (MMAT) @1.2000

9 quantity

$1.20 price

-$10.80 amount

---

Buy                                                11/23/2022

Trade Details

MMAT

TDA TRAN - Bought 1000 (MMAT) @1.8000

1,000 quantity

$1.80 price

-$1,800.00 amount

---

Buy                                                11/23/2022

-$180.03 amount

---

Buy                                                                03/01/2023

Trade Details

MMAT

TDA TRAN - Bought ...397 (MMAT) @0.6033

397 quantity

$0.6033 price

-$239.51 amount

---

Buy                                                                02/27/2023

Trade Details

MMAT

TDA TRAN - Bought 22 (MMAT) @0.6698

22 quantity

$0.6698 price

-$14.74 amount

---

Buy                                                                02/03/2023

Trade Details

MMAT

TDA TRAN - Bought 1 (MMAT) @0.9700

1 quantity

$0.97 price

-$0.97 amount

---

Buy                                                                01/26/2023

Trade Details

MMAT

TDA TRAN - Bought 57 (MMAT) @0.9899

57 quantity

$0.9899 price

-$56.42 amount

TDA TRAN - Bought ...100 (MMAT) @1.3877

100 quantity

$1.3877 price

-$138.77 amount

---

Buy                                                                                          11/09/2022

Trade Details

MMAT

TDA TRAN - Bought ...200 (MMAT) @1.3900

200 quantity

$1.39 price

-$278.00 amount

---

Buy                                                                                          11/09/2022

Trade Details

MMAT

TDA TRAN - Bought ...100 (MMAT) @1.4000

100 quantity

$1.40 price

-$140.00 amount

---

Buy                                                                                          10/27/2022

Trade Details

MMAT

TDA TRAN - Bought 7 (MMAT) @1.0301

7 quantity

$1.0301 price

-$7.21 amount

---

Buy                                                                                          10/18/2022

Trade Details

MMAT

TDA TRAN - Bought 71 (MMAT) @0.9036

71 quantity

Trade Details

MMAT

TDA TRAN - Bought ...994 (MMAT) @1.8300

994 quantity

$1.83 price

-$1,819.02 amount

---

Buy                                                           11/23/2022

Trade Details

MMAT

TDA TRAN - Bought 6 (MMAT) @1.8300

6 quantity

$1.83 price

-$10.98 amount

---

Buy                                                           11/10/2022

Trade Details

MMAT

TDA TRAN - Bought ...223 (MMAT) @1.3000

223 quantity

$1.30 price

-$289.90 amount

---

Buy                                                           11/09/2022

Trade Details

MMAT

TDA TRAN - Bought ...299 (MMAT) @1.3600

299 quantity

$1.36 price

-$406.64 amount

---

Buy                                                           11/09/2022

Trade Details

MMAT

-$667.27 amount

---

**Buy**                                                          10/06/2022

Trade Details

MMAT

TDA TRAN – Bought ...999 (MMAT) @0.6666

999 quantity

$0.6666 price

-$665.93 amount

---

**Buy**                                                          10/06/2022

Trade Details

MMAT

TDA TRAN – Bought ...999 (MMAT) @0.6699

999 quantity

$0.6699 price

-$669.23 amount

---

**Buy**                                                          10/06/2022

Trade Details

MMAT

TDA TRAN – Bought 1001 (MMAT) @0.6701

1,001 quantity

$0.6701 price

-$670.77 amount

---

**Buy**                                                          10/06/2022

Trade Details

MMAT

TDA TRAN – Bought ...999 (MMAT) @0.6725

999 quantity

$0.6725 price

-$671.83 amount

$0.9036 price

-$64.16 amount

---

Buy                                                              10/14/2022

Trade Details

MMAT

TDA TRAN - Bought ...222 (MMAT) @0.8802

222 quantity

$0.8802 price

-$195.40 amount

---

Buy                                                              10/06/2022

Trade Details

MMAT

TDA TRAN - Bought ...778 (MMAT) @0.6607

778 quantity

$0.6607 price

-$514.02 amount

---

Buy                                                              10/06/2022

Trade Details

MMAT

TDA TRAN - Bought ...999 (MMAT) @0.6633

999 quantity

$0.6633 price

-$662.64 amount

---

Buy                                                              10/06/2022

Trade Details

MMAT

TDA TRAN - Bought 1001 (MMAT) @0.6666

1,001 quantity

$0.6666 price

Trade Details

MMAT

TDA TRAN - Bought ...200 (MMAT) @1.1300

200 quantity

$1.13 price

-$226.00 amount

---

Buy                                                                                      06/24/2022

Trade Details

MMAT

TDA TRAN - Bought ...960 (MMAT) @1.1657

960 quantity

$1.1657 price

-$1,119.07 amount

---

Buy                                                                                      06/24/2022

Trade Details

MMAT

TDA TRAN - Bought 40 (MMAT) @1.2600

40 quantity

$1.26 price

-$50.40 amount

---

Buy                                                                                      06/24/2022

Trade Details

MMAT

TDA TRAN - Bought 1960 (MMAT) @1.3000

1,960 quantity

$1.30 price

-$2,548.00 amount

---

Buy                                                                                      05/26/2022

Trade Details

MMAT

Buy                                                                08/05/2022

Trade Details

MMAT

TDA TRAN - Bought 8 (MMAT) @0.9200

8 quantity

$0.92 price

-$7.36 amount

Buy                                                                06/24/2022

Trade Details

MMAT

TDA TRAN - Bought ...500 (MMAT) @1.1500

500 quantity

$1.15 price

-$575.00 amount

Buy                                                                06/24/2022

Trade Details

MMAT

TDA TRAN - Bought ...300 (MMAT) @1.1300

300 quantity

$1.13 price

-$339.00 amount

Buy                                                                06/24/2022

Trade Details

MMAT

TDA TRAN - Bought 1000 (MMAT) @1.1600

1,000 quantity

$1.16 price

-$1,160.00 amount

Buy                                                                06/24/2022

$1.66 price

-$1,658.34 amount

---

Buy                                                                          05/25/2022

Trade Details

MMAT

TDA TRAN – Bought ...222 (MMAT) @1.6900

222 quantity

$1.69 price

-$375.18 amount

---

Buy                                                                          05/25/2022

Trade Details

MMAT

TDA TRAN – Bought ...999 (MMAT) @1.6900

999 quantity

$1.69 price

-$1,688.31 amount

---

Buy                                                                          05/25/2022

Trade Details

MMAT

TDA TRAN – Bought 1999 (MMAT) @1.6900

1,999 quantity

$1.69 price

-$3,378.31 amount

---

Buy                                                                          05/25/2022

Trade Details

MMAT

TDA TRAN – Bought 33 (MMAT) @1.7500

33 quantity

$1.75 price

TDA TRAN - Bought 22 (MMAT) @1.6800

22 quantity

$1.68 price

-$36.96 amount

---

Buy                                                                 05/26/2022

Trade Details

MMAT

TDA TRAN - Bought 3 (MMAT) @1.6929

3 quantity

$1.6929 price

-$5.08 amount

---

Buy                                                                 05/26/2022

Trade Details

MMAT

TDA TRAN - Bought ...508 (MMAT) @1.6600

508 quantity

$1.66 price

-$843.28 amount

---

Buy                                                                 05/26/2022

Trade Details

MMAT

TDA TRAN - Bought 8 (MMAT) @1.6500

8 quantity

$1.65 price

-$13.20 amount

---

Buy                                                                 05/25/2022

Trade Details

MMAT

TDA TRAN - Bought ...999 (MMAT) @1.6600

999 quantity

Buy                                                                05/12/2022

Trade Details

MMAT

TDA TRAN - Bought 94 (MMAT) @1.2150

94 quantity

$1.215 price

-$114.21 amount

---

Buy                                                                04/22/2022

Trade Details

MMAT

TDA TRAN - Bought ...101 (MMAT) @1.2600

101 quantity

$1.26 price

-$127.26 amount

---

Buy                                                                04/22/2022

Trade Details

MMAT

TDA TRAN - Bought 99 (MMAT) @1.2600

99 quantity

$1.26 price

-$124.74 amount

---

Buy                                                                04/21/2022

Trade Details

MMAT

TDA TRAN - Bought ...100 (MMAT) @1.2800

100 quantity

$1.28 price

-$128.00 amount

---

Buy                                                                04/21/2022

-$57.75 amount

---

Buy                                                          05/25/2022

Trade Details

MMAT

TDA TRAN - Bought 49 (MMAT) @1.7600

49 quantity

$1.76 price

-$86.24 amount

---

Buy                                                          05/25/2022

Trade Details

MMAT

TDA TRAN - Bought 49 (MMAT) @1.7700

49 quantity

$1.77 price

-$86.73 amount

---

Buy                                                          05/25/2022

Trade Details

MMAT

TDA TRAN - Bought 49 (MMAT) @1.7900

49 quantity

$1.79 price

-$87.71 amount

---

Buy                                                          05/25/2022

Trade Details

MMAT

TDA TRAN - Bought 99 (MMAT) @1.7900

99 quantity

$1.79 price

-$177.21 amount

Trade Details

MMAT

TDA TRAN - Bought ...101 (MMAT) @1.2900

101 quantity

$1.29 price

-$130.29 amount

---

Buy                                                    04/21/2022

Trade Details

MMAT

TDA TRAN - Bought ...504 (MMAT) @1.3000

504 quantity

$1.30 price

-$655.20 amount

---

Buy                                                    04/21/2022

Trade Details

MMAT

TDA TRAN - Bought ...499 (MMAT) @1.3200

499 quantity

$1.32 price

-$658.68 amount

---

Buy                                                    04/21/2022

Trade Details

MMAT

TDA TRAN - Bought 2499 (MMAT) @1.3300

2,499 quantity

$1.33 price

-$3,323.67 amount

---

Buy                                                    04/21/2022

Trade Details

MMAT

TDA TRAN - Bought 2499 (MMAT) @1.3600

2,499 quantity

$1.36 price

-$3,398.64 amount

---

Buy                                                                04/21/2022

Trade Details

MMAT

TDA TRAN - Bought 2499 (MMAT) @1.3800

2,499 quantity

$1.38 price

-$3,448.62 amount

---

Buy                                                                04/21/2022

Trade Details

MMAT

TDA TRAN - Bought ...499 (MMAT) @1.3900

499 quantity

$1.39 price

-$693.61 amount

---

Buy                                                                04/21/2022

Trade Details

MMAT

TDA TRAN - Bought ...499 (MMAT) @1.4000

499 quantity

$1.40 price

-$698.60 amount

---

Buy                                                                04/21/2022

Trade Details

MMAT

TDA TRAN - Bought 1 (MMAT) @1.3900

1 quantity

$1.39 price

-$1.39 amount

---

Buy                                                  04/21/2022

Trade Details

MMAT

TDA TRAN - Bought 1 (MMAT) @1.4000

1 quantity

$1.40 price

-$1.40 amount

---

Buy                                                  03/14/2022

Trade Details

MMAT

TDA TRAN - Bought ...250 (MMAT) @1.5700

250 quantity

$1.57 price

-$392.50 amount

---

Buy                                                  03/14/2022

Trade Details

MMAT

TDA TRAN - Bought ...250 (MMAT) @1.5900

250 quantity

$1.59 price

-$397.50 amount

---

Buy                                                  02/23/2022

Trade Details

MMAT

TDA TRAN - Bought 9 (MMAT) @1.6400

9 quantity

$1.64 price

-$14.76 amount

---

**Buy**                                               02/17/2022

Trade Details

MMAT

TDA TRAN - Bought ...100 (MMAT) @1.8800

100 quantity

$1.88 price

-$188.00 amount

---

**Buy**                                               02/16/2022

Trade Details

MMAT

TDA TRAN - Bought 21 (MMAT) @1.9000

21 quantity

$1.90 price

-$39.90 amount

---

**Buy**                                               02/16/2022

Trade Details

MMAT

TDA TRAN - Bought 36 (MMAT) @1.9300

36 quantity

$1.93 price

-$69.48 amount

---

**Buy**                                               02/16/2022

Trade Details

MMAT

TDA TRAN - Bought ...333 (MMAT) @1.9600

333 quantity

$1.96 price

-$652.68 amount

Buy                                                                                                    02/16/2022

Trade Details

MMAT

TDA TRAN - Bought ...267 (MMAT) @1.9999

267 quantity

$1.9999 price

-$533.97 amount

---

Buy                                                                                                    02/16/2022

Trade Details

MMAT

TDA TRAN - Bought ...100 (MMAT) @1.9300

100 quantity

$1.93 price

-$193.00 amount

---

Buy                                                                                                    02/16/2022

Trade Details

MMAT

TDA TRAN - Bought ...300 (MMAT) @1.9300

300 quantity

$1.93 price

-$579.00 amount

---

Buy                                                                                                    02/16/2022

Trade Details

MMAT

TDA TRAN - Bought ...200 (MMAT) @1.9300

200 quantity

$1.93 price

-$386.00 amount

---

Buy                                                                                                    02/16/2022

Trade Details

MMAT

TDA TRAN - Bought ...333 (MMAT) @1.9299

333 quantity

$1.9299 price

-$642.66 amount

---

Buy                                                                02/16/2022

Trade Details

MMAT

TDA TRAN - Bought ...800 (MMAT) @1.9300

800 quantity

$1.93 price

-$1,544.00 amount

---

Buy                                                                02/16/2022

Trade Details

MMAT

TDA TRAN - Bought 49 (MMAT) @1.9700

49 quantity

$1.97 price

-$96.53 amount

---

Buy                                                                01/20/2022

Trade Details

MMAT

TDA TRAN - Bought 18 (MMAT) @1.8900

18 quantity

$1.89 price

-$34.02 amount

---

Buy                                                                01/20/2022

Trade Details

MMAT

TDA TRAN - Bought ...100 (MMAT) @1.9300

100 quantity

$1.93 price

-$193.00 amount

---

Buy                                                                     01/20/2022

Trade Details

MMAT

TDA TRAN - Bought ...113 (MMAT) @1.9600

113 quantity

$1.96 price

-$221.48 amount

---

Buy                                                                     01/20/2022

Trade Details

MMAT

TDA TRAN - Bought ...100 (MMAT) @1.9600

100 quantity

$1.96 price

-$196.00 amount

---

Buy                                                                     01/20/2022

Trade Details

MMAT

TDA TRAN - Bought ...100 (MMAT) @1.9900

100 quantity

$1.99 price

-$199.00 amount

---

Buy                                                                     01/19/2022

Trade Details

MMAT

TDA TRAN - Bought ...100 (MMAT) @2.0300

100 quantity

$2.03 price

-$203.00 amount

---

Buy        01/19/2022

Trade Details

MMAT

TDA TRAN - Bought ...100 (MMAT) @2.0600

100 quantity

$2.06 price

-$206.00 amount

---

Buy        01/19/2022

Trade Details

MMAT

TDA TRAN - Bought ...100 (MMAT) @2.0300

100 quantity

$2.03 price

-$203.00 amount

---

Buy        01/19/2022

Trade Details

MMAT

TDA TRAN - Bought 87 (MMAT) @2.0599

87 quantity

$2.0599 price

-$179.21 amount

---

Buy        01/18/2022

Trade Details

MMAT

TDA TRAN - Bought ...736 (MMAT) @2.0600

736 quantity

$2.06 price

-$1,516.16 amount

---

Buy                                                                                     01/18/2022

Trade Details

MMAT

TDA TRAN - Bought ...500 (MMAT) @2.0900

500 quantity

$2.09 price

-$1,045.00 amount

---

Buy                                                                                     01/18/2022

Trade Details

MMAT

TDA TRAN - Bought ...488 (MMAT) @2.0900

488 quantity

$2.09 price

-$1,019.92 amount

---

Buy                                                                                     01/18/2022

Trade Details

MMAT

TDA TRAN - Bought ...440 (MMAT) @2.1200

440 quantity

$2.12 price

-$932.80 amount

---

Buy                                                                                     01/14/2022

Trade Details

MMAT

TDA TRAN - Bought 3 (MMAT) @2.0600

3 quantity

$2.06 price

-$6.18 amount

Buy                                                                                  01/14/2022

Trade Details

MMAT

TDA TRAN - Bought 3 (MMAT) @2.0900

3 quantity

$2.09 price

-$6.27 amount

---

Buy                                                                                  01/12/2022

Trade Details

MMAT

TDA TRAN - Bought 30 (MMAT) @2.2800

30 quantity

$2.28 price

-$68.40 amount

---

Buy                                                                                  01/12/2022

Trade Details

MMAT

TDA TRAN - Bought 33 (MMAT) @2.2800

33 quantity

$2.28 price

-$75.24 amount

---

Buy                                                                                  01/12/2022

Trade Details

MMAT

TDA TRAN - Bought ...102 (MMAT) @2.2800

102 quantity

$2.28 price

-$232.56 amount

---

Buy                                                                                  01/12/2022

Trade Details

MMAT

TDA TRAN - Bought 99 (MMAT) @2.2600

99 quantity

$2.26 price

-$223.74 amount

---

Buy                                                                    01/12/2022

Trade Details

MMAT

TDA TRAN - Bought 99 (MMAT) @2.2800

99 quantity

$2.28 price

-$225.72 amount

---

Buy                                                                    01/12/2022

Trade Details

MMAT

TDA TRAN - Bought ...223 (MMAT) @2.3000

223 quantity

$2.30 price

-$512.90 amount

---

Buy                                                                    01/03/2022

Trade Details

MMAT

TDA TRAN - Bought 44 (MMAT) @2.8100

44 quantity

$2.81 price

-$123.64 amount

---

Buy                                                                    01/03/2022

Trade Details

MMAT

TDA TRAN - Bought ...300 (MMAT) @2.8800

300 quantity

$2.88 price

-$864.00 amount

---

Buy        12/27/2021

Trade Details

MMAT

TDA TRAN - Bought 12 (MMAT) @2.7900

12 quantity

$2.79 price

-$33.48 amount

---

Buy        12/27/2021

Trade Details

MMAT

TDA TRAN - Bought 8 (MMAT) @2.7700

8 quantity

$2.77 price

-$22.16 amount

---

Buy        12/22/2021

Trade Details

MMAT

TDA TRAN - Bought 10 (MMAT) @2.6900

10 quantity

$2.69 price

-$26.90 amount

---

Buy        12/17/2021

Trade Details

MMAT

TDA TRAN - Bought ...200 (MMAT) @2.8800

**200 quantity**

$2.88 price

-$576.00 amount

---

Buy                                                                                                12/17/2021

Trade Details

MMAT

TDA TRAN - Bought ...100 (MMAT) @2.8500

100 quantity

$2.85 price

-$285.00 amount

---

Buy                                                                                                12/17/2021

Trade Details

MMAT

TDA TRAN - Bought ...100 (MMAT) @2.8900

100 quantity

$2.89 price

-$289.00 amount

---

Buy                                                                                                12/17/2021

Trade Details

MMAT

TDA TRAN - Bought 99 (MMAT) @2.7900

99 quantity

$2.79 price

-$276.21 amount

---

Buy                                                                                                12/17/2021

Trade Details

MMAT

TDA TRAN - Bought 42 (MMAT) @2.7700

42 quantity

$2.77 price

-$116.34 amount

---

Buy                                             12/15/2021

Trade Details

MMAT

TDA TRAN - Bought 42 (MMAT) @2.8000

42 quantity

$2.80 price

-$117.60 amount

---

Buy                                             12/15/2021

Trade Details

MMAT

TDA TRAN - Bought ...421 (MMAT) @2.8000

421 quantity

$2.80 price

-$1,178.80 amount

---

Buy                                             12/13/2021

Trade Details

MMAT

TDA TRAN - Bought ...111 (MMAT) @3.0900

111 quantity

$3.09 price

-$342.99 amount

---

Buy                                             12/13/2021

Trade Details

MMAT

TDA TRAN - Bought ...111 (MMAT) @3.2000

111 quantity

$3.20 price

-$355.20 amount

Buy  .

12/13/2021

Trade Details

MMAT

TDA TRAN - Bought 18 (MMAT) @3.3000

18 quantity

$3.30 price

-$59.40 amount

---

Buy

12/13/2021

Trade Details

MMAT

TDA TRAN - Bought 30 (MMAT) @3.3300

30 quantity

$3.33 price

-$99.90 amount

---

Buy

12/13/2021

Trade Details

MMAT

TDA TRAN - Bought 97 (MMAT) @3.3600

97 quantity

$3.36 price

-$325.92 amount

---

Buy

12/13/2021

Trade Details

MMAT

TDA TRAN - Bought ...188 (MMAT) @3.4000

188 quantity

$3.40 price

-$639.20 amount

---

Buy

12/10/2021

Trade Details

MMAT

TDA TRAN - Bought 33 (MMAT) @3.0900

33 quantity

$3.09 price

-$101.97 amount

---

Buy                                                                                          12/10/2021

Trade Details

MMAT

TDA TRAN - Bought 25 (MMAT) @3.1200

25 quantity

$3.12 price

-$78.00 amount

---

Buy                                                                                          12/08/2021

Trade Details

MMAT

TDA TRAN - Bought 4 (MMAT) @3.4600

4 quantity

$3.46 price

-$13.84 amount

---

Buy                                                                                          12/08/2021

Trade Details

MMAT

TDA TRAN - Bought 22 (MMAT) @3.3000

22 quantity

$3.30 price

-$72.60 amount

---

Buy                                                                                          12/08/2021

Trade Details

MMAT

**TDA TRAN - Bought 19 (MMAT) @3.3700**

19 quantity

$3.37 price

-$64.03 amount

---

Buy                                             12/07/2021

Trade Details

MMAT

TDA TRAN - Bought 2 (MMAT) @3.3600

2 quantity

$3.36 price

-$6.72 amount

---

Buy                                             12/07/2021

Trade Details

MMAT

TDA TRAN - Bought 6 (MMAT) @3.3600

6 quantity

$3.36 price

-$20.16 amount

---

Buy                                             12/06/2021

Trade Details

MMAT

TDA TRAN - Bought ...134 (MMAT) @2.8900

134 quantity

$2.89 price

-$387.26 amount

---

Buy                                             12/06/2021

Trade Details

MMAT

TDA TRAN - Bought ...200 (MMAT) @2.8800

200 quantity

$2.88 price

-$576.00 amount

---

Buy                                                                    12/01/2021

Trade Details

MMAT

TDA TRAN – Bought ...999 (MMAT) @3.3300

999 quantity

$3.33 price

-$3,326.67 amount

---

Buy                                                                    11/29/2021

Trade Details

MMAT

TDA TRAN – Bought 7 (MMAT) @3.8000

7 quantity

$3.80 price

-$26.60 amount

---

Buy                                                                    11/26/2021

Trade Details

MMAT

TDA TRAN – Bought ...300 (MMAT) @4.0000

300 quantity

$4.00 price

-$1,200.00 amount

---

Buy                                                                    11/26/2021

Trade Details

MMAT

TDA TRAN – Bought 1000 (MMAT) @3.9199

1,000 quantity

$3.9199 price

-$3,919.90 amount

---

Buy                                                              11/26/2021

Trade Details

MMAT

TDA TRAN - Bought 1000 (MMAT) @3.8800

1,000 quantity

$3.88 price

-$3,880.00 amount

---

Buy                                                              11/26/2021

Trade Details

MMAT

TDA TRAN - Bought ...730 (MMAT) @3.8899

730 quantity

$3.8899 price

-$2,839.63 amount

---

Buy                                                              11/26/2021

Trade Details

MMAT

TDA TRAN - Bought 82 (MMAT) @3.9299

82 quantity

$3.9299 price

-$322.25 amount

---

Buy                                                              11/26/2021

Trade Details

MMAT

TDA TRAN - Bought 18 (MMAT) @3.9300

18 quantity

$3.93 price

-$70.74 amount

Buy          11/26/2021

Trade Details

MMAT

TDA TRAN - Bought ...100 (MMAT) @3.9600

100 quantity

$3.96 price

-$396.00 amount

---

Buy          11/26/2021

Trade Details

MMAT

TDA TRAN - Bought ...100 (MMAT) @3.9900

100 quantity

$3.99 price

-$399.00 amount

---

Buy          11/26/2021

Trade Details

MMAT

TDA TRAN - Bought ...300 (MMAT) @4.0000

300 quantity

$4.00 price

-$1,200.00 amount

---

Buy          11/26/2021

Trade Details

MMAT

TDA TRAN - Bought ...300 (MMAT) @4.0300

300 quantity

$4.03 price

-$1,209.00 amount

---

Buy          11/26/2021

Trade Details

MMAT

TDA TRAN - Bought 27 (MMAT) @4.0400

27 quantity

$4.04 price

-$109.08 amount

---

Buy                                                              11/26/2021

Trade Details

MMAT

TDA TRAN - Bought 36 (MMAT) @4.0400

36 quantity

$4.04 price

-$145.44 amount

---

Buy                                                              11/22/2021

Trade Details

MMAT

TDA TRAN - Bought 1000 (MMAT) @3.9600

1,000 quantity

$3.96 price

-$3,960.00 amount

---

Buy                                                              11/22/2021

Trade Details

MMAT

TDA TRAN - Bought ...500 (MMAT) @3.9900

500 quantity

$3.99 price

-$1,995.00 amount

---

Buy                                                              11/22/2021

Trade Details

MMAT

TDA TRAN - Bought ...500 (MMAT) @3.9600

500 quantity

$3.96 price

-$1,980.00 amount

---

Buy                                                                 11/22/2021

Trade Details

MMAT

TDA TRAN - Bought ...667 (MMAT) @3.8600

667 quantity

$3.86 price

-$2,574.62 amount

---

Buy                                                                 11/22/2021

Trade Details

MMAT

TDA TRAN - Bought ...300 (MMAT) @3.9900

300 quantity

$3.99 price

-$1,197.00 amount

---

Buy                                                                 11/22/2021

Trade Details

MMAT

TDA TRAN - Bought 3 (MMAT) @4.0400

3 quantity

$4.04 price

-$12.12 amount

---

Buy                                                                 09/03/2021

Trade Details

MMAT

TDA TRAN - Bought 30 (MMAT) @5.3900

30 quantity

$5.39 price

-$161.70 amount

---

Buy                                                                                  09/03/2021

Trade Details

MMAT

TDA TRAN - Bought ...500 (MMAT) @5.6600

500 quantity

$5.66 price

-$2,830.00 amount

---

Buy                                                                                  09/03/2021

Trade Details

MMAT

TDA TRAN - Bought ...500 (MMAT) @5.6600

500 quantity

$5.66 price

-$2,830.00 amount

---

Buy                                                                                  09/03/2021

Trade Details

MMAT

TDA TRAN - Bought 1000 (MMAT) @5.7889

1,000 quantity

$5.7889 price

-$5,788.90 amount

---

Buy                                                                                  09/02/2021

Trade Details

MMAT

TDA TRAN - Bought ...500 (MMAT) @5.4900

500 quantity

$5.49 price

-$2,745.00 amount

---

Buy                             09/02/2021

Trade Details

MMAT

TDA TRAN - Bought ...500 (MMAT) @5.1100

500 quantity

$5.11 price

-$2,555.00 amount

---

Buy                             08/30/2021

Trade Details

MMAT

TDA TRAN - Bought ...870 (MMAT) @4.4400

870 quantity

$4.44 price

-$3,862.80 amount

---

Buy                             08/30/2021

Trade Details

MMAT

TDA TRAN - Bought ...130 (MMAT) @4.6900

130 quantity

$4.69 price

-$609.70 amount

---

Buy                             08/30/2021

Trade Details

MMAT

TDA TRAN - Bought ...200 (MMAT) @4.8100

200 quantity

$4.81 price

-$962.00 amount

Buy                                                                              08/30/2021

Trade Details

MMAT

TDA TRAN - Bought ...800 (MMAT) @5.3300

800 quantity

$5.33 price

-$4,264.00 amount

---

Buy                                                                              08/30/2021

Trade Details

MMAT

TDA TRAN - Bought 1000 (MMAT) @5.3900

1,000 quantity

$5.39 price

-$5,390.00 amount

---

Buy                                                                              08/30/2021

Trade Details

MMAT

TDA TRAN - Bought 1000 (MMAT) @4.9900

1,000 quantity

$4.99 price

-$4,990.00 amount

---

Buy                                                                              08/30/2021

Trade Details

MMAT

TDA TRAN - Bought 1000 (MMAT) @4.8800

1,000 quantity

$4.88 price

-$4,880.00 amount

---

Buy                                                                              08/26/2021

Trade Details

MMAT

TDA TRAN - Bought 1000 (MMAT) @3.3900

1,000 quantity

$3.39 price

-$3,390.00 amount

---

Buy                              08/26/2021

Trade Details

MMAT

TDA TRAN - Bought 1000 (MMAT) @3.4300

1,000 quantity

$3.43 price

-$3,430.00 amount

---

Buy                              08/26/2021

Trade Details

MMAT

TDA TRAN - Bought ...780 (MMAT) @3.4900

780 quantity

$3.49 price

-$2,722.20 amount

---

Buy                              08/25/2021

Trade Details

MMAT

TDA TRAN - Bought ...198 (MMAT) @3.6700

198 quantity

$3.67 price

-$726.66 amount

---

Buy                              08/24/2021

Trade Details

MMAT

TDA TRAN - Bought 74 (MMAT) @3.5200

74 quantity

$3.52 price

-$260.48 amount

---

Buy                                                                          08/24/2021

Trade Details

MMAT

TDA TRAN - Bought ...727 (MMAT) @3.5300

727 quantity

$3.53 price

-$2,566.31 amount

---

Buy                                                                          08/24/2021

Trade Details

MMAT

TDA TRAN - Bought ...100 (MMAT) @3.5300

100 quantity

$3.53 price

-$353.00 amount

---

Buy                                                                          08/24/2021

Trade Details

MMAT

TDA TRAN - Bought ...752 (MMAT) @3.5900

752 quantity

$3.59 price

-$2,699.68 amount

---

Buy                                                                          08/23/2021

Trade Details

MMAT

TDA TRAN - Bought 36 (MMAT) @3.3300

36 quantity

$3.33 price

-$119.88 amount

---

Buy                                                                                    08/20/2021

Trade Details

MMAT

TDA TRAN - Bought ...232 (MMAT) @2.8800

232 quantity

$2.88 price

-$668.16 amount

---

Buy                                                                                    08/20/2021

Trade Details

MMAT

TDA TRAN - Bought ...110 (MMAT) @2.8800

110 quantity

$2.88 price

-$316.80 amount

---

Buy                                                                                    08/19/2021

Trade Details

MMAT

TDA TRAN - Bought ...292 (MMAT) @2.9600

292 quantity

$2.96 price

-$864.32 amount

---

Buy                                                                                    08/19/2021

Trade Details

MMAT

TDA TRAN - Bought ...366 (MMAT) @2.9900

366 quantity

$2.99 price

-$1,094.34 amount

---

Buy                                                                                                            08/18/2021

Trade Details

MMAT

TDA TRAN - Bought ...324 (MMAT) @2.8800

324 quantity

$2.88 price

-$933.12 amount

---

Buy                                                                                                            08/17/2021

Trade Details

MMAT

TDA TRAN - Bought 8 (MMAT) @2.9600

8 quantity

$2.96 price

-$23.68 amount

---

Buy                                                                                                            08/16/2021

Trade Details

MMAT

TDA TRAN - Bought ...198 (MMAT) @3.0900

198 quantity

$3.09 price

-$611.82 amount

---

Buy                                                                                                            08/16/2021

Trade Details

MMAT

TDA TRAN - Bought ...718 (MMAT) @3.0300

718 quantity

$3.03 price

-$2,175.54 amount

**Buy**                                                          08/16/2021

Trade Details

MMAT

TDA TRAN - Bought 4 (MMAT) @3.1700

4 quantity

$3.17 price

-$12.68 amount

---

**Buy**                                                          08/13/2021

Trade Details

MMAT

TDA TRAN - Bought ...374 (MMAT) @3.1900

374 quantity

$3.19 price

-$1,193.06 amount

---

**Buy**                                                          08/12/2021

Trade Details

MMAT

TDA TRAN - Bought ...630 (MMAT) @3.3900

630 quantity

$3.39 price

-$2,135.70 amount

---

**Buy**                                                          08/12/2021

Trade Details

MMAT

TDA TRAN - Bought ...444 (MMAT) @3.3500

444 quantity

$3.35 price

-$1,487.40 amount

---

**Buy**                                                          08/12/2021

Trade Details

MMAT

TDA TRAN ~ Bought ...264 (MMAT) @3.3600

264 quantity

$3.36 price

-$887.04 amount

Page Total: -$164,874.61 

**1**    2    Next

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

Today's Date: 04:00 PM ET, 12/06/2024

*Own your tomorrow.* 

Check the background of Charles Schwab or one of its investment professionals on FINRA'S BrokerCheck.

**Investment and Insurance Products Are: Not FDIC Insured • Not Insured by Any Federal Government Agency • Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or any of its Affiliates • Subject to Investment Risks, Including Possible Loss of Principal Amount Invested**

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC ☑), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products.

This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents ☑, Charles Schwab Hong Kong clients ☑, Charles Schwab UK clients ☑.

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC ☑. Unauthorized access is prohibited. Usage will be monitored.



# Transaction History **#2**

Updated: 04:00:14 PM ET, 12/06/2024   ↻  ?  ⬇  🖨

| Designated Bene Joint | ...859 ⌄ |
| --- | --- |

**Date range**

| All ⌄ |
| --- |

**Symbol (Optional)**

| 🔍 MMAT ✕ |   ☑ Include Options
| --- |

| Search |
| --- |

☰  Filter by Transaction Types

## Transactions found from 12/06/2020 to 12/06/2024

Don't see it here? Go to Statements

Previous  1  **2**

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amt |
| --- | --- | --- | --- | --- | --- | --- |
| 08/12/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 6 (MMAT) @3.4100 | 6 | $3.41 | | -$20 |
| 08/12/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 30 (MMAT) @3.4300 | 30 | $3.43 | | -$102.90 |

| 08/11/2021 | Buy Trade Details | MMAT TDA TRAN – Bought ...980 (MMAT) @3.4900 | 980 | $3.49 | -$3,420.20 |
| 08/11/2021 | Buy Trade Details | MMAT TDA TRAN – Bought ...300 (MMAT) @3.3900 | 300 | $3.39 | -$1,017.00 |
| 08/11/2021 | Buy Trade Details | MMAT TDA TRAN – Bought ...600 (MMAT) @3.4900 | 600 | $3.49 | -$2,094.00 |
| 08/11/2021 | Buy Trade Details | MMAT TDA TRAN – Bought ...699 (MMAT) @3.4900 | 699 | $3.49 | -$2,439.51 |
| 08/11/2021 | Buy Trade Details | MMAT TDA TRAN – Bought 1699 (MMAT) @3.5500 | 1,699 | $3.55 | -$6,031.45 |
| 08/11/2021 | Buy Trade Details | MMAT TDA TRAN – Bought 14 (MMAT) @3.5500 | 14 | $3.55 | -$49.70 |
| 08/11/2021 | Buy Trade Details | MMAT TDA TRAN – Bought ...264 (MMAT) @3.5300 | 264 | $3.53 | -$931.92 |
| 08/10/2021 | Buy Trade Details | MMAT TDA TRAN – Bought ...580 | 580 | $3.59 | -$2,082.20 |

|            |                        |                                                          |       |        |             |
|------------|------------------------|----------------------------------------------------------|-------|--------|-------------|
|            |                        | (MMAT)<br>@3.5900                                         |       |        |             |
| 08/06/2021 | Buy<br>Trade Details   | MMAT<br>TDA TRAN –<br>Bought 20<br>(MMAT)<br>@3.2900      | 20    | $3.29  | -$65.80     |
| 08/06/2021 | Buy<br>Trade Details   | MMAT<br>TDA TRAN –<br>Bought 58<br>(MMAT)<br>@3.1100     | 58    | $3.11  | -$180.38    |
| 08/05/2021 | Buy<br>Trade Details   | MMAT<br>TDA TRAN –<br>Bought ...230<br>(MMAT)<br>@3.2000  | 230   | $3.20  | -$736.00    |
| 08/05/2021 | Buy<br>Trade Details   | MMAT<br>TDA TRAN –<br>Bought ...390<br>(MMAT)<br>@3.1900  | 390   | $3.19  | -$1,244.10  |
| 08/05/2021 | Buy<br>Trade Details   | MMAT<br>TDA TRAN –<br>Bought ...166<br>(MMAT)<br>@3.3900  | 166   | $3.39  | -$562       |
| 08/03/2021 | Buy<br>Trade Details   | MMAT<br>TDA TRAN –<br>Bought ...326<br>(MMAT)<br>@3.2200  | 326   | $3.22  | -$1,049.72  |
| 08/02/2021 | Buy<br>Trade Details   | MMAT<br>TDA TRAN –<br>Bought 1000<br>(MMAT)<br>@3.3900    | 1,000 | $3.39  | -$3,390.00  |
| 08/02/2021 | Buy                    | MMAT                                                      | 8     | $3.37  | -$26.96     |

|  |  | Trade Details | TDA TRAN - Bought 8 (MMAT) @3.3700 |  |  |  |
|---|---|---|---|---|---|---|
| 08/02/2021 | Buy | Trade Details | MMAT<br>TDA TRAN - Bought ...292 (MMAT) @3.3900 | 292 | $3.39 | -$989.88 |
| 08/02/2021 | Buy | Trade Details | MMAT<br>TDA TRAN - Bought 1068 (MMAT) @3.3900 | 1,068 | $3.39 | -$3,620.52 |
| 08/02/2021 | Buy | Trade Details | MMAT<br>TDA TRAN - Bought ...306 (MMAT) @3.4100 | 306 | $3.41 | -$1,043.46 |
| 08/02/2021 | Buy | Trade Details | MMAT<br>TDA TRAN - Bought ...156 (MMAT) @3.5100 | 156 | $3.51 | -$547.56 |
| 08/02/2021 | Buy | Trade Details | MMAT<br>TDA TRAN - Bought ...176 (MMAT) @3.5100 | 176 | $3.51 | -$617.76 |
| 07/30/2021 | Buy | Trade Details | MMAT<br>TDA TRAN - Bought ...300 (MMAT) @3.4700 | 300 | $3.47 | -$1,041.00 |
| 07/30/2021 | Buy | Trade Details | MMAT<br>TDA TRAN - Bought 10 (MMAT) @3.4699 | 10 | $3.4699 | -$34.70 |

| 07/30/2021 | Buy Trade Details | MMAT TDA TRAN – Bought 30 (MMAT) @3.4700 | 30 | $3.47 | -$104.10 |
|---|---|---|---|---|---|
| 07/29/2021 | Buy Trade Details | MMAT TDA TRAN – Bought ...992 (MMAT) @3.6600 | 992 | $3.66 | -$3,630.72 |
| 07/28/2021 | Buy Trade Details | MMAT TDA TRAN – Bought ...270 (MMAT) @3.2900 | 270 | $3.29 | -$888.30 |
| 07/28/2021 | Buy Trade Details | MMAT TDA TRAN – Bought 66 (MMAT) @3.3000 | 66 | $3.30 | -$217.80 |
| 07/26/2021 | Buy Trade Details | MMAT TDA TRAN – Bought ...190 (MMAT) @3.3900 | 190 | $3.39 | -$644.10 |
| 07/26/2021 | Buy Trade Details | MMAT TDA TRAN – Bought 66 (MMAT) @3.5900 | 66 | $3.59 | -$236.94 |
| 07/23/2021 | Buy Trade Details | MMAT TDA TRAN – Bought ...428 (MMAT) @3.4300 | 428 | $3.43 | -$1,468.04 |
| 07/23/2021 | Buy Trade Details | MMAT TDA TRAN – Bought ...168 | 168 | $3.49 | -$586.32 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | (MMAT)<br>@3.4900 |  |  |  |
| 07/22/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN –<br>Bought 40<br>(MMAT)<br>@3.4900 | 40 | $3.49 | -$139.60 |
| 07/22/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN –<br>Bought 50<br>(MMAT)<br>@3.5100 | 50 | $3.51 | -$175.50 |
| 07/22/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN –<br>Bought 70<br>(MMAT)<br>@3.6900 | 70 | $3.69 | -$258.30 |
| 07/22/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN –<br>Bought 24<br>(MMAT)<br>@3.6700 | 24 | $3.67 | -$88.08 |
| 07/21/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN –<br>Bought 26<br>(MMAT)<br>@3.7700 | 26 | $3.77 | -$98 |
| 07/21/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN –<br>Bought 22<br>(MMAT)<br>@3.9900 | 22 | $3.99 | -$87.78 |
| 07/21/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN –<br>Bought 18<br>(MMAT)<br>@3.9500 | 18 | $3.95 | -$71.10 |
| 07/21/2021 | Buy | MMAT | 120 | $3.19 | -$382.80 |

|  | Trade Details | TDA TRAN – Bought ...120 (MMAT) @3.1900 |  |  |  |
|------------|---------------|-------------------------------------|-----|-------|--------------|
| 07/20/2021 | Buy Trade Details | MMAT TDA TRAN – Bought ...110 (MMAT) @3.3300 | 110 | $3.33 | -$366.30 |
| 07/20/2021 | Buy Trade Details | MMAT TDA TRAN – Bought ...124 (MMAT) @3.4900 | 124 | $3.49 | -$432.76 |
| 07/19/2021 | Buy Trade Details | MMAT TDA TRAN – Bought 24 (MMAT) @3.4900 | 24 | $3.49 | -$83.76 |
| 07/19/2021 | Buy Trade Details | MMAT TDA TRAN – Bought ...176 (MMAT) @3.3900 | 176 | $3.39 | -$596.64 |
| 07/16/2021 | Buy Trade Details | MMAT TDA TRAN – Bought ...556 (MMAT) @3.6400 | 556 | $3.64 | -$2,023.84 |
| 07/15/2021 | Buy Trade Details | MMAT TDA TRAN – Bought 38 (MMAT) @3.8700 | 38 | $3.87 | -$147.06 |
| 07/15/2021 | Buy Trade Details | MMAT TDA TRAN – Bought 34 (MMAT) @3.9000 | 34 | $3.90 | -$132.60 |

| 07/15/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 50<br>(MMAT)<br>@3.9200 | 50 | $3.92 | -$196.00 |
|---|---|---|---|---|---|
| 07/15/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...111<br>(MMAT)<br>@3.9900 | 111 | $3.99 | -$442.89 |
| 07/15/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...111<br>(MMAT)<br>@4.0700 | 111 | $4.07 | -$451.77 |
| 07/15/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...556<br>(MMAT)<br>@4.2000 | 556 | $4.20 | -$2,335.20 |
| 07/15/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...222<br>(MMAT)<br>@4.2100 | 222 | $4.21 | -$934.62 |
| 07/15/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...122<br>(MMAT)<br>@4.2500 | 122 | $4.25 | -$518.50 |
| 07/14/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...100<br>(MMAT)<br>@4.3300 | 100 | $4.33 | -$433.00 |
| 07/13/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...108 | 108 | $3.91 | -$422.28 |

| | | (MMAT) @3.9100 | | | |
|---|---|---|---|---|---|
| 07/13/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 50 (MMAT) @3.9800 | 50 | $3.98 | -$199.00 |
| 07/13/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 10 (MMAT) @3.6000 | 10 | $3.60 | -$36.00 |
| 07/12/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 60 (MMAT) @3.9500 | 60 | $3.95 | -$237.00 |
| 07/12/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 50 (MMAT) @3.9900 | 50 | $3.99 | -$199.50 |
| 07/12/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 6 (MMAT) @4.2000 | 6 | $4.20 | -$25 |
| 07/09/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 60 (MMAT) @5.2200 | 60 | $5.22 | -$313.20 |
| 07/07/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 24 (MMAT) @5.9900 | 24 | $5.99 | -$143.76 |
| 07/07/2021 | Buy | MMAT | 10 | $6.99 | -$69.90 |

| Date | Action | Symbol / Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Trade Details | TDA TRAN - Bought 10 (MMAT) @6.9900 | | | |
| 07/06/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 80 (MMAT) @7.0600 | 80 | $7.06 | -$564.80 |
| 07/06/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 6 (MMAT) @7.8200 | 6 | $7.82 | -$46.92 |
| 07/06/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 50 (MMAT) @7.9886 | 50 | $7.9886 | -$399.43 |
| 07/06/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 50 (MMAT) @6.8800 | 50 | $6.88 | -$344.00 |
| 07/02/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 90 (MMAT) @6.7700 | 90 | $6.77 | -$609.30 |
| 06/28/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 63 (MMAT) @7.9200 | 63 | $7.92 | -$498.96 |
| 06/28/2021 | Journaled Shares | MMAT TDA TRAN - MANDATORY REVERSE SPLIT (MMAT) | 1,060 | | |

**Page Total: -$55,621.61**

---

Buy                                                          08/12/2021

Trade Details

MMAT

TDA TRAN - Bought 6 (MMAT) @3.4100

6 quantity

$3.41 price

-$20.46 amount

---

Buy                                                          08/12/2021

Trade Details

MMAT

TDA TRAN - Bought 30 (MMAT) @3.4300

30 quantity

$3.43 price

-$102.90 amount

---

Buy                                                          08/11/2021

Trade Details

MMAT

TDA TRAN - Bought ...980 (MMAT) @3.4900

980 quantity

$3.49 price

-$3,420.20 amount

---

Buy                                                          08/11/2021

Trade Details

MMAT

TDA TRAN - Bought ...300 (MMAT) @3.3900

300 quantity

$3.39 price

-$1,017.00 amount

Buy                                    08/11/2021

Trade Details

MMAT

TDA TRAN - Bought ...600 (MMAT) @3.4900

600 quantity

$3.49 price

-$2,094.00 amount

Buy                                      08/11/2021

Trade Details

MMAT

TDA TRAN - Bought ...699 (MMAT) @3.4900

699 quantity

$3.49 price

-$2,439.51 amount

Buy                                      08/11/2021

Trade Details

MMAT

TDA TRAN - Bought 1699 (MMAT) @3.5500

1,699 quantity

$3.55 price

-$6,031.45 amount

Buy                                      08/11/2021

Trade Details

MMAT

TDA TRAN - Bought 14 (MMAT) @3.5500

14 quantity

$3.55 price

-$49.70 amount

Buy                                                                  08/11/2021

Trade Details

MMAT

TDA TRAN - Bought ...264 (MMAT) @3.5300

264 quantity

$3.53 price

-$931.92 amount

---

Buy                                                                  08/10/2021

Trade Details

MMAT

TDA TRAN - Bought ...580 (MMAT) @3.5900

580 quantity

$3.59 price

-$2,082.20 amount

---

Buy                                                                  08/06/2021

Trade Details

MMAT

TDA TRAN - Bought 20 (MMAT) @3.2900

20 quantity

$3.29 price

-$65.80 amount

---

Buy                                                                  08/06/2021

Trade Details

MMAT

TDA TRAN - Bought 58 (MMAT) @3.1100

58 quantity

$3.11 price

-$180.38 amount

Transaction History | Charles Schwab

**Buy**                                                          08/05/2021

Trade Details

MMAT

TDA TRAN - Bought ...230 (MMAT) @3.2000

230 quantity

$3.20 price

-$736.00 amount

---

**Buy**                                                          08/05/2021

Trade Details

MMAT

TDA TRAN - Bought ...390 (MMAT) @3.1900

390 quantity

$3.19 price

-$1,244.10 amount

---

**Buy**                                                          08/05/2021

Trade Details

MMAT

TDA TRAN - Bought ...166 (MMAT) @3.3900

166 quantity

$3.39 price

-$562.74 amount

---

**Buy**                                                          08/03/2021

Trade Details

MMAT

TDA TRAN - Bought ...326 (MMAT) @3.2200

326 quantity

$3.22 price

-$1,049.72 amount

Buy           08/02/2021

Trade Details

MMAT

TDA TRAN - Bought 1000 (MMAT) @3.3900

1,000 quantity

$3.39 price

-$3,390.00 amount

---

Buy           08/02/2021

Trade Details

MMAT

TDA TRAN - Bought 8 (MMAT) @3.3700

8 quantity

$3.37 price

-$26.96 amount

---

Buy           08/02/2021

Trade Details

MMAT

TDA TRAN - Bought ...292 (MMAT) @3.3900

292 quantity

$3.39 price

-$989.88 amount

---

Buy           08/02/2021

Trade Details

MMAT

TDA TRAN - Bought 1068 (MMAT) @3.3900

1,068 quantity

$3.39 price

-$3,620.52 amount

**Buy**          08/02/2021

Trade Details

MMAT

TDA TRAN – Bought ...306 (MMAT) @3.4100

306 quantity

$3.41 price

-$1,043.46 amount

---

**Buy**          08/02/2021

Trade Details

MMAT

TDA TRAN – Bought ...156 (MMAT) @3.5100

156 quantity

$3.51 price

-$547.56 amount

---

**Buy**          08/02/2021

Trade Details

MMAT

TDA TRAN – Bought ...176 (MMAT) @3.5100

176 quantity

$3.51 price

-$617.76 amount

---

**Buy**          07/30/2021

Trade Details

MMAT

TDA TRAN – Bought ...300 (MMAT) @3.4700

300 quantity

$3.47 price

-$1,041.00 amount

Transaction History | Charles Schwab

---

Buy                                                                                    07/30/2021

Trade Details

MMAT

TDA TRAN - Bought 10 (MMAT) @3.4699

10 quantity

$3.4699 price

-$34.70 amount

---

Buy                                                                                    07/30/2021

Trade Details

MMAT

TDA TRAN - Bought 30 (MMAT) @3.4700

30 quantity

$3.47 price

-$104.10 amount

---

Buy                                                                                    07/29/2021

Trade Details

MMAT

TDA TRAN - Bought ...992 (MMAT) @3.6600

992 quantity

$3.66 price

-$3,630.72 amount

---

Buy                                                                                    07/28/2021

Trade Details

MMAT

TDA TRAN - Bought ...270 (MMAT) @3.2900

270 quantity

$3.29 price

-$888.30 amount

---

**Buy**                                                                07/28/2021

Trade Details

MMAT

TDA TRAN - Bought 66 (MMAT) @3.3000

66 quantity

$3.30 price

-$217.80 amount

---

**Buy**                                                                07/26/2021

Trade Details

MMAT

TDA TRAN - Bought ...190 (MMAT) @3.3900

190 quantity

$3.39 price

-$644.10 amount

---

**Buy**                                                                07/26/2021

Trade Details

MMAT

TDA TRAN - Bought 66 (MMAT) @3.5900

66 quantity

$3.59 price

-$236.94 amount

---

**Buy**                                                                07/23/2021

Trade Details

MMAT

TDA TRAN - Bought ...428 (MMAT) @3.4300

428 quantity

$3.43 price

-$1,468.04 amount

Buy                                                                    07/23/2021

Trade Details

MMAT

TDA TRAN - Bought ...168 (MMAT) @3.4900

168 quantity

$3.49 price

-$586.32 amount

---

Buy                                                                    07/22/2021

Trade Details

MMAT

TDA TRAN - Bought 40 (MMAT) @3.4900

40 quantity

$3.49 price

-$139.60 amount

---

Buy                                                                    07/22/2021

Trade Details

MMAT

TDA TRAN - Bought 50 (MMAT) @3.5100

50 quantity

$3.51 price

-$175.50 amount

---

Buy                                                                    07/22/2021

Trade Details

MMAT

TDA TRAN - Bought 70 (MMAT) @3.6900

70 quantity

$3.69 price

-$258.30 amount

Transaction History | Charles Schwab

**Buy**                                                 07/22/2021

Trade Details

MMAT

TDA TRAN - Bought 24 (MMAT) @3.6700

24 quantity

$3.67 price

-$88.08 amount

---

**Buy**                                                 07/21/2021

Trade Details

MMAT

TDA TRAN - Bought 26 (MMAT) @3.7700

26 quantity

$3.77 price

-$98.02 amount

---

**Buy**                                                 07/21/2021

Trade Details

MMAT

TDA TRAN - Bought 22 (MMAT) @3.9900

22 quantity

$3.99 price

-$87.78 amount

---

**Buy**                                                 07/21/2021

Trade Details

MMAT

TDA TRAN - Bought 18 (MMAT) @3.9500

18 quantity

$3.95 price

-$71.10 amount

Buy                                                                                              07/21/2021

Trade Details

MMAT

TDA TRAN - Bought ...120 (MMAT) @3.1900

120 quantity

$3.19 price

-$382.80 amount

---

Buy                                                                                              07/20/2021

Trade Details

MMAT

TDA TRAN - Bought ...110 (MMAT) @3.3300

110 quantity

$3.33 price

-$366.30 amount

---

Buy                                                                                              07/20/2021

Trade Details

MMAT

TDA TRAN - Bought ...124 (MMAT) @3.4900

124 quantity

$3.49 price

-$432.76 amount

---

Buy                                                                                              07/19/2021

Trade Details

MMAT

TDA TRAN - Bought 24 (MMAT) @3.4900

24 quantity

$3.49 price

-$83.76 amount

**Buy**             07/19/2021

Trade Details

MMAT

TDA TRAN - Bought ...176 (MMAT) @3.3900

176 quantity

$3.39 price

-$596.64 amount

---

**Buy**             07/16/2021

Trade Details

MMAT

TDA TRAN - Bought ...556 (MMAT) @3.6400

556 quantity

$3.64 price

-$2,023.84 amount

---

**Buy**             07/15/2021

Trade Details

MMAT

TDA TRAN - Bought 38 (MMAT) @3.8700

38 quantity

$3.87 price

-$147.06 amount

---

**Buy**             07/15/2021

Trade Details

MMAT

TDA TRAN - Bought 34 (MMAT) @3.9000

34 quantity

$3.90 price

-$132.60 amount

Buy                                                                                  07/15/2021

Trade Details

MMAT

TDA TRAN - Bought 50 (MMAT) @3.9200

50 quantity

$3.92 price

-$196.00 amount

---

Buy                                                                                  07/15/2021

Trade Details

MMAT

TDA TRAN - Bought ...111 (MMAT) @3.9900

111 quantity

$3.99 price

-$442.89 amount

---

Buy                                                                                  07/15/2021

Trade Details

MMAT

TDA TRAN - Bought ...111 (MMAT) @4.0700

111 quantity

$4.07 price

-$451.77 amount

---

Buy                                                                                  07/15/2021

Trade Details

MMAT

TDA TRAN - Bought ...556 (MMAT) @4.2000

556 quantity

$4.20 price

-$2,335.20 amount

**Buy**                                                                              07/15/2021

Trade Details

MMAT

TDA TRAN - Bought ...222 (MMAT) @4.2100

222 quantity

$4.21 price

-$934.62 amount

---

**Buy**                                                                              07/15/2021

Trade Details

MMAT

TDA TRAN - Bought ...122 (MMAT) @4.2500

122 quantity

$4.25 price

-$518.50 amount

---

**Buy**                                                                              07/14/2021

Trade Details

MMAT

TDA TRAN - Bought ...100 (MMAT) @4.3300

100 quantity

$4.33 price

-$433.00 amount

---

**Buy**                                                                              07/13/2021

Trade Details

MMAT

TDA TRAN - Bought ...108 (MMAT) @3.9100

108 quantity

$3.91 price

-$422.28 amount

Buy                                                                                                07/13/2021

Trade Details

MMAT

TDA TRAN - Bought 50 (MMAT) @3.9800

50 quantity

$3.98 price

-$199.00 amount

---

Buy                                                                                                07/13/2021

Trade Details

MMAT

TDA TRAN - Bought 10 (MMAT) @3.6000

10 quantity

$3.60 price

-$36.00 amount

---

Buy                                                                                                07/12/2021

Trade Details

MMAT

TDA TRAN - Bought 60 (MMAT) @3.9500

60 quantity

$3.95 price

-$237.00 amount

---

Buy                                                                                                07/12/2021

Trade Details

MMAT

TDA TRAN - Bought 50 (MMAT) @3.9900

50 quantity

$3.99 price

-$199.50 amount

**Buy**                                                                07/12/2021

Trade Details

MMAT

TDA TRAN - Bought 6 (MMAT) @4.2000

6 quantity

$4.20 price

-$25.20 amount

---

**Buy**                                                                07/09/2021

Trade Details

MMAT

TDA TRAN - Bought 60 (MMAT) @5.2200

60 quantity

$5.22 price

-$313.20 amount

---

**Buy**                                                                07/07/2021

Trade Details

MMAT

TDA TRAN - Bought 24 (MMAT) @5.9900

24 quantity

$5.99 price

-$143.76 amount

---

**Buy**                                                                07/07/2021

Trade Details

MMAT

TDA TRAN - Bought 10 (MMAT) @6.9900

10 quantity

$6.99 price

-$69.90 amount

Buy                                                                              07/06/2021

Trade Details

MMAT

TDA TRAN - Bought 80 (MMAT) @7.0600

80 quantity

$7.06 price

-$564.80 amount

Buy                                                                              07/06/2021

Trade Details

MMAT

TDA TRAN - Bought 6 (MMAT) @7.8200

6 quantity

$7.82 price

-$46.92 amount

Buy                                                                              07/06/2021

Trade Details

MMAT

TDA TRAN - Bought 50 (MMAT) @7.9886

50 quantity

$7.9886 price

-$399.43 amount

Buy                                                                              07/06/2021

Trade Details

MMAT

TDA TRAN - Bought 50 (MMAT) @6.8800

50 quantity

$6.88 price

-$344.00 amount

Buy                                                                                          07/02/2021

Trade Details

MMAT

TDA TRAN - Bought 90 (MMAT) @6.7700

90 quantity

$6.77 price

-$609.30 amount

Buy                                                                                          06/28/2021

Trade Details

MMAT

TDA TRAN - Bought 63 (MMAT) @7.9200

63 quantity

$7.92 price

-$498.96 amount

Journaled Shares                                                                             06/28/2021

MMAT

TDA TRAN - MANDATORY REVERSE SPLIT (MMAT)

1,060 quantity



Page Total: -$55,621.61

Previous    1    2

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

Today's Date: 04:00 PM ET, 12/06/2024

*Own your tomorrow*

Check the background of Charles Schwab or one of its investment professionals on FINRA'S BrokerCheck.