NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

**Name of Debtor:** Meta Materials, Inc

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Andrew Barnett
7819 Reese Rd.
Clarkston, MI 48348

**Telephone Number:** 248-342-5194

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 17 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**
913322947 & 7EC06B28

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** Andrew Barnett
85 Willow Rd. Menlo Park, CA 94025 &
4 World Financial Center 250 Vesey St. New York, NY 10080
**Telephone Number:** 650-761-7789 & 800-637-7455

3. **Date Equity Interest was acquired:**
Between 6/21/21 & 01/17/24
Between 5/19/22 & 2/14/24

4. **Total amount of member interest:** 9,161 shares for $10,212.74
505 shares for $20,124.36

5. **Certificate number(s):** See Attached Documentation

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor.    ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent.
(See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor.
(See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Andrew Barnett
**Title:**
**Company:___ Address and telephone number (if different from notice address above):**
_____

(Signature) _____    (Date) 12-12-24

**Telephone number:** 248-342-5194 **email:** Abarn0709@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Robinhood 🪶

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/21/2021
**Andrew Barnett** Account #:913322947
5341 Heath Ave , Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMC Entertainment<br>AMC CUSIP: 00165C104 | B | 06/21/2021 | 06/23/2021 | M | $62.6570 | 0.038622 | $2.42 | $0.00 | $0.00 | $2.42 | OTC | 3 | U |
| AMC Entertainment<br>AMC CUSIP: 00165C104 | B | 06/21/2021 | 06/23/2021 | M | $62.6570 | 63.800941 | $3,997.58 | $0.00 | $0.00 | $3,997.58 | OTC | 3 | U |
| AMC Entertainment<br>AMC CUSIP: 00165C104 | S | 06/21/2021 | 06/23/2021 | M | $60.0293 | 63.839563 | $3,832.24 | $0.00 | $0.03 | $3,832.21 | OTC | 3 | U |
| Torchlight Energy Resources<br>TRCH CUSIP: 89102U103 | B | 06/21/2021 | 06/23/2021 | M | $9.4195 | 100 | $941.95 | $0.00 | $0.00 | $941.95 | OTC | 3 | U |
| Torchlight Energy Resources<br>TRCH CUSIP: 89102U103 | B | 06/21/2021 | 06/23/2021 | M | $9.4195 | 100 | $941.95 | $0.00 | $0.00 | $941.95 | OTC | 3 | U |
| Torchlight Energy Resources<br>TRCH CUSIP: 89102U103 | B | 06/21/2021 | 06/23/2021 | M | $9.4200 | 100 | $942.00 | $0.00 | $0.00 | $942.00 | OTC | 3 | U |
| Torchlight Energy Resources<br>TRCH CUSIP: 89102U103 | B | 06/21/2021 | 06/23/2021 | M | $9.4200 | 38.407643 | $361.80 | $0.00 | $0.00 | $361.80 | OTC | 3 | U |
| Torchlight Energy Resources<br>TRCH CUSIP: 89102U103 | B | 06/21/2021 | 06/23/2021 | M | $9.4200 | 65 | $612.30 | $0.00 | $0.00 | $612.30 | OTC | 3 | U |

**Total Quantity Bought:** 467.247206          **Total Dollars Bought:** $7,800.00

**Total Quantity Sold:** 63.839563          **Total Dollars Sold:** $3,832.21

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/24/2021
**Andrew Barnett** Account #:913322947
5341 Heath Ave , Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources<br>TRCH CUSIP: 89102U103 | B | 06/24/2021 | 06/28/2021 | M | $5.6400 | 8.865248 | $50.00 | $0.00 | $0.00 | $50.00 | OTC | 3 | U |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Total Quantity Bought:** | | | 8.865248 | | | **Total Dollars Bought:** | | | $50.00 |
| **Total Quantity Sold:** | | | 0 | | | **Total Dollars Sold:** | | | $0.00 |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

07/12/2021
**ANDREW BARNETT** Account #:913322947
5341 Heath Ave , Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 07/12/2021 | 07/14/2021 | M | $4.8500 | 43.505154 | $211.00 | $0.00 | $0.00 | $211.00 | OTC | 3 | U |

| **Total Quantity Bought:** | 43.505154 | **Total Dollars Bought:** | $211.00 |
|---|---|---|---|
| **Total Quantity Sold:** | 0 | **Total Dollars Sold:** | $0.00 |

**Robinhood** 🖋

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

07/15/2021
**ANDREW BARNETT** Account #:913322947
5341 Heath Ave , Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 07/15/2021 | 07/19/2021 | M | $4.4000 | 45.454545 | $200.00 | $0.00 | $0.00 | $200.00 | OTC | 3 | U |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total Quantity Bought:** | 45.454545 | | | **Total Dollars Bought:** | | | $200.00 |
| **Total Quantity Sold:** | 0 | | | **Total Dollars Sold:** | | | $0.00 |

# Robinhood 

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

08/09/2021
**ANDREW BARNETT** Account #:913322947
5341 Heath Ave , Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 08/09/2021 | 08/11/2021 | M | $3.3050 | 0.028744 | $0.09 | $0.00 | $0.00 | $0.09 | OTC | 3 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 08/09/2021 | 08/11/2021 | M | $3.3078 | 120.899087 | $399.91 | $0.00 | $0.00 | $399.91 | OTC | 3 | U |

**Total Quantity Bought:** 120.927831                 **Total Dollars Bought:** $400.00

**Total Quantity Sold:** 0                 **Total Dollars Sold:** $0.00

Page 2 of 2

# Robinhood 

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

09/01/2021
**ANDREW BARNETT** Account #:913322947
5341 Heath Ave , Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 09/01/2021 | 09/03/2021 | M | $4.5850 | 0.051254 | $0.23 | $0.00 | $0.00 | $0.23 | OTC | 3 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 09/01/2021 | 09/03/2021 | M | $4.5850 | 109 | $499.77 | $0.00 | $0.00 | $499.77 | OTC | 3 | U |

| Total Quantity Bought: | 109.051254 | Total Dollars Bought: | $500.00 |
|---|---|---|---|
| Total Quantity Sold: | 0 | Total Dollars Sold: | $0.00 |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

09/03/2021
**ANDREW BARNETT** Account #:913322947
5341 Heath Ave , Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 09/03/2021 | 09/08/2021 | M | $5.7450 | 0.032201 | $0.18 | $0.00 | $0.00 | $0.18 | OTC | 3 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 09/03/2021 | 09/08/2021 | M | $5.7495 | 86.932776 | $499.82 | $0.00 | $0.00 | $499.82 | OTC | 3 | U |

| | | | |
|---|---|---|---|
| **Total Quantity Bought:** | 86.964977 | **Total Dollars Bought:** | $500.00 |
| **Total Quantity Sold:** | 0 | **Total Dollars Sold:** | $0.00 |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

09/29/2021
**ANDREW BARNETT** Account #:913322947
5341 Heath Ave , Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 09/29/2021 | 10/01/2021 | M | $6.2588 | 159.775036 | $1,000.00 | $0.00 | $0.00 | $1,000.00 | OTC | 3 | U |

| | | | | |
|---|---|---|---|---|
| **Total Quantity Bought:** | 159.775036 | | **Total Dollars Bought:** | $1,000.00 |
| **Total Quantity Sold:** | 0 | | **Total Dollars Sold:** | $0.00 |

# Robinhood 🪶

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

11/01/2021
**ANDREW BARNETT** Account #:913322947
5341 Heath Ave , Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 11/01/2021 | 11/03/2021 | M | $4.9250 | 101.522842 | $500.00 | $0.00 | $0.00 | $500.00 | OTC | 3 | U |

| | | | |
|---|---|---|---|
| **Total Quantity Bought:** | 101.522842 | **Total Dollars Bought:** | $500.00 |
| **Total Quantity Sold:** | 0 | **Total Dollars Sold:** | $0.00 |

# Robinhood 🖋

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

11/18/2021
**ANDREW BARNETT** Account #:913322947
5341 Heath Ave , Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 11/18/2021 | 11/22/2021 | M | $4.3450 | 0.180667 | $0.78 | $0.00 | $0.00 | $0.78 | OTC | 3 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 11/18/2021 | 11/22/2021 | M | $4.3500 | 46.947126 | $204.22 | $0.00 | $0.00 | $204.22 | OTC | 3 | U |

**Total Quantity Bought:** 47.127793          **Total Dollars Bought:** $205.00

**Total Quantity Sold:** 0          **Total Dollars Sold:** $0.00

# Robinhood 🖋

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

01/03/2022
**ANDREW BARNETT** Account #:913322947
5341 Heath Ave , Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 01/03/2022 | 01/05/2022 | M | $2.8074 | 106.86044 | $300.00 | $0.00 | $0.00 | $300.00 | OTC | 3 | U |

**Total Quantity Bought:** 106.86044    **Total Dollars Bought:** $300.00

**Total Quantity Sold:** 0    **Total Dollars Sold:** $0.00

# Robinhood 🪶

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

02/16/2022
**ANDREW BARNETT** Account #:913322947
5341 Heath Ave , Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 02/16/2022 | 02/18/2022 | M | $1.9350 | 0.167958 | $0.32 | $0.00 | $0.00 | $0.32 | OTC | 3 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 02/16/2022 | 02/18/2022 | M | $1.9350 | 5 | $9.68 | $0.00 | $0.00 | $9.68 | OTC | 3 | U |

| **Total Quantity Bought:** | 5.167958 | **Total Dollars Bought:** | $10.00 |
|---|---|---|---|
| **Total Quantity Sold:** | 0 | **Total Dollars Sold:** | $0.00 |

# Robinhood 🪶

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

03/16/2022
**ANDREW BARNETT** Account #:913322947
5341 Heath Ave , Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 03/16/2022 | 03/18/2022 | M | $1.7050 | 0.510263 | $0.87 | $0.00 | $0.00 | $0.87 | OTC | 3 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 03/16/2022 | 03/18/2022 | M | $1.7091 | 584.59423 | $999.13 | $0.00 | $0.00 | $999.13 | OTC | 3 | U |

**Total Quantity Bought:** 585.104493

**Total Quantity Sold:** 0

**Total Dollars Bought:** $1,000.00

**Total Dollars Sold:** $0.00

Page 2 of 2

# Robinhood 🖋

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

12/07/2022
**ANDREW BARNETT** Account #:913322947
5341 Heath Ave, Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vinco Ventures<br>BBIG CUSIP: 927330100 | S | 12/07/2022 | 12/09/2022 | M | $0.5752 | 0.349577 | $0.20 | $0.00 | $0.00 | $0.20 | OTC | 3 | U |
| Vinco Ventures<br>BBIG CUSIP: 927330100 | S | 12/07/2022 | 12/09/2022 | M | $0.5719 | 427 | $244.20 | $0.00 | $0.06 | $244.14 | OTC | 3 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 12/07/2022 | 12/09/2022 | M | $2.1950 | 50 | $109.75 | $0.00 | $0.00 | $109.75 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 12/07/2022 | 12/09/2022 | M | $2.1950 | 55 | $120.73 | $0.00 | $0.00 | $120.73 | OTC | 1 | U |

| | | |
|---|---|---|
| **Total Quantity Bought:** | 105 | **Total Dollars Bought:** $230.48 |
| **Total Quantity Sold:** | 427.349577 | **Total Dollars Sold:** $244.34 |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

03/07/2023
**ANDREW BARNETT** Account #:913322947
5341 Heath Ave, Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 03/07/2023 | 03/09/2023 | M | $0.5999 | 26 | $15.60 | $0.00 | $0.00 | $15.60 | OTC | 1 | U |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Quantity Bought:** | | 26 | | | | **Total Dollars Bought:** | | | | $15.60 |
| **Total Quantity Sold:** | | 0 | | | | **Total Dollars Sold:** | | | | $0.00 |

# Robinhood 🪶

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

04/06/2023
**ANDREW BARNETT** Account #:913322947
5341 Heath Ave, Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 04/06/2023 | 04/11/2023 | M | $0.4248 | 1,116 | $474.08 | $0.00 | $0.00 | $474.08 | OTC | 1 | U |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Total Quantity Bought:** | | 1,116 | | | **Total Dollars Bought:** | | | | $474.08 |
| **Total Quantity Sold:** | | 0 | | | **Total Dollars Sold:** | | | | $0.00 |

# Robinhood 🪶

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

04/12/2023
**ANDREW BARNETT** Account #:913322947
5341 Heath Ave, Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 04/12/2023 | 04/14/2023 | M | $0.3823 | 64 | $24.47 | $0.00 | $0.00 | $24.47 | OTC | 1 | U |

| **Total Quantity Bought:** | 64 | **Total Dollars Bought:** | $24.47 |
|---|---|---|---|
| **Total Quantity Sold:** | 0 | **Total Dollars Sold:** | $0.00 |

# Robinhood 🖋

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

04/14/2023
**ANDREW BARNETT** Account #:913322947
5341 Heath Ave, Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | GTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 04/14/2023 | 04/18/2023 | M | $0.2221 | 1,243 | $276.07 | $0.00 | $0.00 | $276.07 | OTC | 1 | U |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total Quantity Bought:** | | 1,243 | | | **Total Dollars Bought:** | | $276.07 |
| **Total Quantity Sold:** | | 0 | | | **Total Dollars Sold:** | | $0.00 |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/07/2023
**ANDREW BARNETT** Account #:913322947
5341 Heath Ave, Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 06/07/2023 | 06/09/2023 | M | $0.2590 | 68 | $17.61 | $0.00 | $0.00 | $17.61 | OTC | 1 | U |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Total Quantity Bought:** | 68 | | | **Total Dollars Bought:** | | | | | $17.61 |
| **Total Quantity Sold:** | 0 | | | **Total Dollars Sold:** | | | | | $0.00 |

# Robinhood 

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

11/29/2023
**ANDREW BARNETT** Account #:913322947
5341 Heath Ave, Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 11/29/2023 | 12/01/2023 | M | $0.1069 | 4,257 | $455.07 | $0.00 | $0.00 | $455.07 | OTC | 1 | U |

| **Total Quantity Bought:** | 4,257 | **Total Dollars Bought:** | $455.07 |
|---|---|---|---|
| **Total Quantity Sold:** | 0 | **Total Dollars Sold:** | $0.00 |

# Robinhood 

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

01/17/2024
**ANDREW BARNETT** Account #:913322947
5341 Heath Ave, Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 01/17/2024 | 01/19/2024 | C | $0.0933 | 265 | $24.72 | $0.00 | $0.00 | $24.72 | OTC | 1 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 01/17/2024 | 01/19/2024 | C | $0.0933 | 200 | $18.66 | $0.00 | $0.00 | $18.66 | OTC | 1 | U |

| | | | |
|---|---|---|---|
| **Total Quantity Bought:** | 465 | **Total Dollars Bought:** | $43.38 |
| **Total Quantity Sold:** | 0 | **Total Dollars Sold:** | $0.00 |

**META MATERIALS INC, MMATQ**

| Total Value<br>As of 12/13/2024 | Market Price<br>As of 12/13/2024 | Held Since | Quantity | Unrealized Gain/(Loss)<br>As of 12/13/2024 | |
|---|---|---|---|---|---|
| $0.00 | $0.00 | 05/19/2022 | 505 | Short Term<br>Long Term | 0.00<br>0.00 |

Research | Trade

**Open Lots**    Closed Lots

As of 12/13/2024

| Account | Quantity | Unit Cost ($) | Cost Basis ($) | Accrued Interest($) | Price($) | Value($) | Gain/Loss ($) | Gain/Loss (%) |
|---|---|---|---|---|---|---|---|---|
| SAL EMP SAVINGS PLAN<br>SDB 7EC-05B28 | 505 | 39.85 | 20,124.36 | -- | 0.00 | -- | -- | -- |

| Acquisition Date | Quantity | Unit Cost ($) | Cost Basis ($) | | | Value($) | Gain/Loss ($) | Gain/Loss (%) |
|---|---|---|---|---|---|---|---|---|
| 02/14/2024 | 265 | 3.75 | 995.08 | | | -- | -- | -- |
| 02/02/2024 | 100 | 3.41 | 340.89 | | | -- | -- | -- |
| 10/13/2022 | 24.0693 | 108.63 | 2,614.56 | | | -- | -- | -- |
| 07/21/2022 | 20.0520 | 100.51 | 2,015.48 | | | -- | -- | -- |
| 07/07/2022 | 3.3988 | 105.41 | 358.26 | | | -- | -- | -- |
| 08/28/2022 | 27.3710 | 108.22 | 2,962.05 | | | -- | -- | -- |
| 06/21/2022 | 11.4497 | 173.05 | 1,981.37 | | | -- | -- | -- |
| 06/17/2022 | 13.3647 | 149.11 | 1,992.84 | | | -- | -- | -- |
| 05/24/2022 | 3.1983 | 179.53 | 574.20 | | | -- | -- | -- |
| 05/19/2022 | 37.0982 | 169.55 | 6,289.63 | | | -- | -- | -- |

**News**

No news available.

**Learn more about this security**

More News »

Ratings | Fundamentals | Margin Details

| | |
|---|---|
| Asset Class | Equities |
| Sector | Information Technology |
| Industry | Semiconductors |
| Size & Style | Equities Blend |
| CUSIP | 59134N302 |
| Exchange | OTC |
| Previous Close ($) | 0.00 |
| 52 Week Range ($) | 0.00 - 9.00 |
| Price / Earnings | 0.00 |

The data displayed is for informational purposes only. Your account statement is the official record of your holdings and balances.

Review a description of the third-party ratings methodology.

Please note: None of Bank of America, Merrill or any affiliates, bears any responsibility or liability with respect to third-party research made available. Clients should understand that they assume full responsibility for any trading decisions they make based upon third-party ratings or reports.

Prices, quotes, market values and volumes are based on NASDAQ Basic or consolidated market quote, unless otherwise indicated. Acquisition Costs are not adjusted for stock splits, etc.

Positions are net and cost basis excludes fractional shares. Sector Classifications based on Global Industry Classification Standard ("GICS").

Third-party stock research may be available; select this link to access.

Fixed annuities are classified as fixed income and variable annuities are classified as equities. Life insurance products are classified as other.

The Gain/Loss percentage is provided to help you monitor the performance of specific holdings; because the figure is affected by a particular holding period and transaction history, it should not be used to compare mutual fund performance. Please refer to the fund's prospectus for standardized performance information on each mutual fund in the account. Past performance is no guarantee of future returns.

When there is a Short Position in a classification bucket for a Managed Account or Pooled Investment Product, the market value of this position will show in the Managed Assets Short Allocations balance. This negative balance is not included as an Analyzable Asset.

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** Meta Materials, Inc

**Case Number:** 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Nicole Barnett
7819 Reese
Clarkston, MI 48348

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**Telephone Number:** 248-342-5719

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: 681633640

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

85 Willow Rd., Menlo Park, CA 94025

**Telephone Number:** 650-761-7789

3. Date Equity Interest was acquired: Between June 21, 2021 and March 14, 2022

4. Total amount of member interest: 109 shares for $514.91

5. Certificate number(s): See attached documentation

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Nicole Barnett
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature) Nicole Barnett

(Date) 12/12/2024

Telephone number: 248-342-5719    email: barnen01@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Robinhood 🪶

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/22/2021

**Nicole Barnett** Account #:681633640
5341 Heath Ave , Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/22/2021 | 06/24/2021 | M | $10.1000 | 10.189108 | $102.91 | $0.00 | $0.00 | $102.91 | OTC | 3 | U |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Quantity Bought:** | | | 10.189108 | | | | **Total Dollars Bought:** | | | | | | $102.91 |
| **Total Quantity Sold:** | | | 0 | | | | **Total Dollars Sold:** | | | | | | $0.00 |

# Robinhood 

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/24/2021
**Nicole Barnett** Account #:681633640
5341 Heath Ave , Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/24/2021 | 06/28/2021 | M | $5.0750 | 0.655172 | $3.32 | $0.00 | $0.00 | $3.32 | OTC | 3 | U |
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/24/2021 | 06/28/2021 | M | $5.0750 | 9 | $45.68 | $0.00 | $0.00 | $45.68 | OTC | 3 | U |

| **Total Quantity Bought:** | 9.655172 | **Total Dollars Bought:** | $49.00 |
|---|---|---|---|
| **Total Quantity Sold:** | 0 | **Total Dollars Sold:** | $0.00 |

# Robinhood 🪶

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/28/2021

**Nicole Barnett** Account #:681633640
5341 Heath Ave , Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 06/28/2021 | 06/30/2021 | M | $9.8000 | 10.204081 | $100.00 | $0.00 | $0.00 | $100.00 | OTC | 3 | U |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Quantity Bought:** | | | 10.204081 | | | | **Total Dollars Bought:** | | | $100.00 |
| **Total Quantity Sold:** | | | 0 | | | | **Total Dollars Sold:** | | | $0.00 |

# Robinhood 🪶

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

07/09/2021
**NICOLE BARNETT** Account #:681633640
5341 Heath Ave , Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 07/09/2021 | 07/13/2021 | M | $5.2600 | 1.711026 | $9.00 | $0.00 | $0.00 | $9.00 | OTC | 3 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 07/09/2021 | 07/13/2021 | M | $5.2850 | 0.730368 | $3.86 | $0.00 | $0.00 | $3.86 | OTC | 3 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 07/09/2021 | 07/13/2021 | M | $5.2900 | 3.996219 | S21.14 | $0.00 | $0.00 | $21.14 | OTC | 3 | U |

| **Total Quantity Bought:** | 6.437613 | **Total Dollars Bought:** | $34.00 |
|---|---|---|---|
| **Total Quantity Sold:** | 0 | **Total Dollars Sold:** | $0.00 |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

07/12/2021
**NICOLE BARNETT** Account #:681633640
5341 Heath Ave , Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 07/12/2021 | 07/14/2021 | M | $4.6300 | 0.399568 | $1.85 | $0.00 | $0.00 | $1.85 | OTC | 3 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 07/12/2021 | 07/14/2021 | M | $4.6300 | 5 | $23.15 | $0.00 | $0.00 | $23.15 | OTC | 3 | U |

| | | |
|---|---|---|
| **Total Quantity Bought:** | 5.399568 | |
| **Total Quantity Sold:** | 0 | |

**Total Dollars Bought:**  $25.00

**Total Dollars Sold:**  $0.00

# Robinhood 🖋

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

07/20/2021
**NICOLE BARNETT** Account #:681633640
5341 Heath Ave , Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 07/20/2021 | 07/22/2021 | M | $3.1550 | 0.115689 | $0.36 | $0.00 | $0.00 | $0.36 | OTC | 3 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 07/20/2021 | 07/22/2021 | M | $3.1550 | 17 | $53.64 | $0.00 | $0.00 | $53.64 | OTC | 3 | U |

**Total Quantity Bought:** 17.115689          **Total Dollars Bought:** $54.00

**Total Quantity Sold:** 0          **Total Dollars Sold:** $0.00

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

08/13/2021
**NICOLE BARNETT** Account #:681633640
5341 Heath Ave , Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 08/13/2021 | 08/17/2021 | M | $3.2250 | 0.604651 | $1.95 | $0.00 | $0.00 | $1.95 | OTC | 3 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 08/13/2021 | 08/17/2021 | M | $3.2267 | 17.990516 | $58.05 | $0.00 | $0.00 | $58.05 | OTC | 3 | U |

| | |
|---|---|
| **Total Quantity Bought:** 18.595167 | **Total Dollars Bought:** $60.00 |
| **Total Quantity Sold:** 0 | **Total Dollars Sold:** $0.00 |

# Robinhood 

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

08/30/2021
**NICOLE BARNETT** Account #:681633640
5341 Heath Ave , Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 08/30/2021 | 09/01/2021 | M | $5.4450 | 0.182736 | $0.99 | $0.00 | $0.00 | $0.99 | OTC | 3 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 08/30/2021 | 09/01/2021 | M | $5.4495 | 8.993485 | $49.01 | $0.00 | $0.00 | $49.01 | OTC | 3 | U |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Quantity Bought:** | | | 9.176221 | | | | **Total Dollars Bought:** | | | | | | $50.00 |
| **Total Quantity Sold:** | | | 0 | | | | **Total Dollars Sold:** | | | | | | $0.00 |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

03/14/2022
**NICOLE BARNETT** Account #:681633640
5341 Heath Ave , Clarkston, MI 48346

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 03/14/2022 | 03/16/2022 | M | $1.5050 | 0.578073 | $0.87 | $0.00 | $0.00 | $0.87 | OTC | 3 | U |
| Meta Materials<br>MMAT CUSIP: 59134N104 | B | 03/14/2022 | 03/16/2022 | M | $1.5100 | 25.913907 | $39.13 | $0.00 | $0.00 | $39.13 | OTC | 3 | U |

**Total Quantity Bought:**          26.49198          **Total Dollars Bought:**          $40.00

**Total Quantity Sold:**          0          **Total Dollars Sold:**          $0.00