NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** Charles Schwab

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Scott O Geschwill
73189 State Highway 23
Bruno, MN 55712

**Telephone Number:**
612-356-9042

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 18 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

AM

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**
8409-8487

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Scott O Geschwill
3000 Schwab Way,
Westlake, TX 76262, United States
**Telephone Number:** 1-800-435-4000

**3. Date Equity Interest was acquired:**
12/16/2020 - 12/16/2024
See Attached Documents

**4. Total amount of member interest:** See Attached Documents

**5. Certificate number(s):** See Attached Documents

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent.
(See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor.
(See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Scott O Geschwill
**Title:**
**Company:** ___ Address and telephone number (if different from notice address above):

(Signature) Scott Geschwill   (Date) 12/16/2024

Telephone number: 612-356-9042   email: scottsbv@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**Transaction History for Individual ...487**

## Transactions found from 12/16/2020 to 12/16/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/22/2024 as of 01/19/2024 | Expired | MMAT 01/19/2024 10.00 C CALL META MATLS INC $10 EXP 01/19/24 | -4 | | | |
| 08/29/2023 | Sell | MMAT META MATLS INC | 1,000 | $0.2319 | $0.15 | $231.75 |
| 08/28/2023 | Sell | MMAT META MATLS INC | 2,500 | $0.2291 | $0.37 | $572.39 |
| 08/21/2023 | Sell | MMAT META MATLS INC | 500 | $0.2224 | $0.07 | $111.13 |
| 08/16/2023 | Sell | MMAT META MATLS INC | 2,003 | $0.225 | $0.27 | $450.41 |
| 05/30/2023 | Journaled Shares | MMAT TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -6,003 | | | |
| 05/30/2023 | Journaled Shares | MMAT 01/19/2024 10.00 C TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT | -4 | | | |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | (MMAT Jan 19 2024 10.0 Call) | | | | |
| 05/30/2023 | Internal Transfer | MMAT META MATLS INC | 6,003 | | | |
| 05/30/2023 | Internal Transfer | MMAT 01/19/2024 10.00 C CALL META MATLS INC $10 EXP 01/19/24 | 4 | | | |
| 11/21/2022 | Buy | MMAT TDA TRAN - Bought 1 (MMAT) @1.9480 | 1 | $1.948 | | -$1.95 |
| 11/21/2022 | Buy to Open | MMAT 01/20/2023 10.00 C TDA TRAN - Bought to Open 28 (MMAT Jan 20 2023 10.0 Call) @0.1000 | 28 | $0.10 | $18.48 | -$298.48 |
| 11/15/2022 | Buy to Open | MMAT 01/20/2023 10.00 C TDA TRAN - Bought to Open 23 (MMAT Jan 20 2023 10.0 Call) @0.0800 | 23 | $0.08 | $15.18 | -$199.18 |
| 10/10/2022 | Buy to Open | MMAT 01/20/2023 5.00 C | 30 | $0.04 | $19.80 | -$139.80 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought to Open 30 (MMAT Jan 20 2023 5.0 Call) @0.0400 | | | | |
| 10/10/2022 | Buy to Open | MMAT 01/20/2023 5.00 C<br>TDA TRAN - Bought to Open 50 (MMAT Jan 20 2023 5.0 Call) @0.0400 | 50 | $0.04 | $33.00 | -$233.00 |
| 08/08/2022 | Buy | MMAT<br>TDA TRAN - Bought 2 (MMAT) @0.9559 | 2 | $0.9559 | | -$1.91 |
| 07/27/2022 | Buy to Open | MMAT 01/20/2023 10.00 C<br>TDA TRAN - Bought to Open 41 (MMAT Jan 20 2023 10.0 Call) @0.0300 | 41 | $0.03 | $27.06 | -$150.06 |
| 04/14/2022 | Sell | MMAT<br>TDA TRAN - Sold 2 (MMAT) @1.5001 | 2 | $1.5001 | | $3.00 |
| 04/14/2022 | Buy to Open | MMAT 01/20/2023 5.00 C<br>TDA TRAN - Bought to Open 4 (MMAT Jan 20 | 4 | $0.24 | $2.64 | -$98.64 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | 2023 5.0 Call) @0.2400 | | | | |
| 04/14/2022 | Sell | MMAT TDA TRAN - Sold 90 (MMAT) @1.5001 | 90 | $1.5001 | $0.01 | $135.00 |
| 04/06/2022 | Buy | MMAT TDA TRAN - Bought 92 (MMAT) @1.6400 | 92 | $1.64 | | -$150.88 |
| 03/01/2022 | Sell | MMAT TDA TRAN - Sold 50 (MMAT) @2.0117 | 50 | $2.0117 | $0.01 | $100.58 |
| 02/24/2022 | Buy to Open | MMAT 01/20/2023 10.00 C TDA TRAN - Bought to Open 1 (MMAT Jan 20 2023 10.0 Call) @0.2800 | 1 | $0.28 | $0.66 | -$28.66 |
| 02/24/2022 | Sell | MMAT TDA TRAN - Sold ...100 (MMAT) @1.5401 | 100 | $1.5401 | $0.01 | $154.00 |
| 02/24/2022 | Sell | MMAT TDA TRAN - Sold 50 (MMAT) @1.5513 | 50 | $1.5513 | $0.01 | $77.56 |
| 02/04/2022 | Sell | MMAT TDA TRAN - Sold 50 (MMAT) | 50 | $1.71 | $0.01 | $85.49 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | @1.7100 | | | | |
| 02/04/2022 | Buy to Open | MMAT 01/20/2023 7.00 C TDA TRAN - Bought to Open 5 (MMAT Jan 20 2023 7.0 Call) @0.2900 | 5 | $0.29 | $3.30 | -$148.30 |
| 02/04/2022 | Sell | MMAT TDA TRAN - Sold ...150 (MMAT) @1.6201 | 150 | $1.6201 | $0.02 | $243.00 |
| 02/02/2022 | Buy to Open | MMAT 01/20/2023 5.00 C TDA TRAN - Bought to Open 2 (MMAT Jan 20 2023 5.0 Call) @0.4000 | 2 | $0.40 | $1.32 | -$81.32 |
| 02/01/2022 | Buy to Open | MMAT 01/20/2023 10.00 C TDA TRAN - Bought to Open 3 (MMAT Jan 20 2023 10.0 Call) @0.2700 | 3 | $0.27 | $1.98 | -$82.98 |
| 02/01/2022 | Buy to Open | MMAT 01/20/2023 10.00 C TDA TRAN - Bought to Open 4 (MMAT Jan 20 | 4 | $0.28 | $2.64 | -$114.64 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | 2023 10.0 Call) @0.2800 | | | | |
| 02/01/2022 | Sell | MMAT TDA TRAN - Sold ...200 (MMAT) @1.8600 | 200 | $1.86 | $0.02 | $371.98 |
| 01/26/2022 | Sell | MMAT TDA TRAN - Sold ...200 (MMAT) @1.6001 | 200 | $1.6001 | $0.02 | $320.00 |
| 01/26/2022 | Sell | MMAT TDA TRAN - Sold ...200 (MMAT) @1.5950 | 200 | $1.595 | $0.02 | $318.98 |
| 01/26/2022 | Buy to Open | MMAT 01/20/2023 10.00 C TDA TRAN - Bought to Open 23 (MMAT Jan 20 2023 10.0 Call) @0.2900 | 23 | $0.29 | $15.17 | -$682.17 |
| 01/26/2022 | Sell | MMAT TDA TRAN - Sold ...400 (MMAT) @1.7201 | 400 | $1.7201 | $0.05 | $687.99 |
| 01/26/2022 | Buy to Open | MMAT 01/20/2023 10.00 C TDA TRAN - Bought to Open 2 (MMAT Jan 20 | 2 | $0.25 | $1.32 | -$51.32 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|---------------------|----------|-------|-------------|--------|
| | | 2023 10.0 Call) @0.2500 | | | | |
| 01/26/2022 | Sell | MMAT TDA TRAN - Sold ...100 (MMAT) @1.7150 | 100 | $1.715 | $0.01 | $171.49 |
| 01/25/2022 | Buy to Open | MMAT 01/20/2023 10.00 C TDA TRAN - Bought to Open 6 (MMAT Jan 20 2023 10.0 Call) @0.3100 | 6 | $0.31 | $3.96 | -$189.96 |
| 01/25/2022 | Buy to Open | MMAT 01/20/2023 5.00 C TDA TRAN - Bought to Open 15 (MMAT Jan 20 2023 5.0 Call) @0.4300 | 15 | $0.43 | $9.89 | -$654.89 |
| 01/25/2022 | Sell | MMAT TDA TRAN - Sold ...500 (MMAT) @1.6901 | 500 | $1.6901 | $0.06 | $844.99 |
| 01/25/2022 | Sell | MMAT TDA TRAN - Sold ...250 (MMAT) @1.7001 | 250 | $1.7001 | $0.03 | $425.00 |
| 01/25/2022 | Buy to Open | MMAT 01/20/2023 7.00 C | 12 | $0.36 | $7.91 | -$439.91 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|---------------------|----------|-------|-------------|--------|
| | | TDA TRAN - Bought to Open 12 (MMAT Jan 20 2023 7.0 Call) @0.3600 | | | | |
| 01/25/2022 | Buy to Open | MMAT 01/20/2023 7.00 C TDA TRAN - Bought to Open 11 (MMAT Jan 20 2023 7.0 Call) @0.3600 | 11 | $0.36 | $7.25 | -$403.25 |
| 01/25/2022 | Sell | MMAT TDA TRAN - Sold ...250 (MMAT) @1.7001 | 250 | $1.7001 | $0.03 | $425.00 |
| 01/25/2022 | Buy to Open | MMAT 01/20/2023 10.00 C TDA TRAN - Bought to Open 11 (MMAT Jan 20 2023 10.0 Call) @0.3300 | 11 | $0.33 | $7.25 | -$370.25 |
| 01/25/2022 | Sell | MMAT TDA TRAN - Sold ...200 (MMAT) @1.7200 | 200 | $1.72 | $0.02 | $343.98 |
| 01/25/2022 | Buy to Open | MMAT 01/20/2023 10.00 C TDA TRAN - Bought to Open 10 (MMAT Jan | 10 | $0.29 | $6.59 | -$296.59 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | 20 2023 10.0 Call) @0.2900 | | | | |
| 01/25/2022 | Sell | MMAT TDA TRAN - Sold ...249 (MMAT) @1.6803 | 249 | $1.6803 | $0.03 | $418.36 |
| 01/21/2022 | Buy | MMAT TDA TRAN - Bought ...849 (MMAT) @1.7689 | 849 | $1.7689 | | -$1,501.80 |
| 01/21/2022 | Buy to Open | MMAT 01/20/2023 10.00 C TDA TRAN - Bought to Open 4 (MMAT Jan 20 2023 10.0 Call) @0.3200 | 4 | $0.32 | $2.64 | -$130.64 |
| 01/21/2022 | Buy to Open | MMAT 01/20/2023 10.00 C TDA TRAN - Bought to Open 6 (MMAT Jan 20 2023 10.0 Call) @0.3600 | 6 | $0.36 | $3.96 | -$219.96 |
| 01/12/2022 | Buy to Open | MMAT 01/20/2023 10.00 C TDA TRAN - Bought to Open 1 (MMAT Jan 20 2023 10.0 Call) @0.4800 | 1 | $0.48 | $0.66 | -$48.66 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|---------------------|----------|-------|-------------|--------|
| 01/12/2022 | Sell | MMAT<br>TDA TRAN -<br>Sold ...154<br>(MMAT)<br>@2.3300 | 154 | $2.33 | $0.02 | $358.80 |
| 01/10/2022 | Buy | MMAT<br>TDA TRAN -<br>Bought ...200<br>(MMAT)<br>@2.2450 | 200 | $2.245 | | -$449.00 |
| 01/07/2022 | Buy | MMAT<br>TDA TRAN -<br>Bought ...204<br>(MMAT)<br>@2.4499 | 204 | $2.4499 | | -$499.78 |
| 12/27/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 2<br>(MMAT)<br>@2.7799 | 2 | $2.7799 | | -$5.56 |
| 12/15/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought ...178<br>(MMAT)<br>@2.8299 | 178 | $2.8299 | | -$503.72 |
| 12/15/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought ...170<br>(MMAT)<br>@2.9193 | 170 | $2.9193 | | -$496.28 |
| 12/14/2021 | Sell | MMAT<br>TDA TRAN -<br>Sold ...100<br>(MMAT)<br>@2.9650 | 100 | $2.965 | $0.01 | $296.49 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|---------------------|----------|-------|-------------|--------|
| 12/14/2021 | Sell | MMAT<br>TDA TRAN -<br>Sold 75 (MMAT)<br>@3.0400 | 75 | $3.04 | $0.01 | $227.99 |
| 12/13/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 3<br>(MMAT)<br>@3.3490 | 3 | $3.349 | | -$10.05 |
| 12/13/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought ...172<br>(MMAT)<br>@3.4685 | 172 | $3.4685 | | -$596.58 |
| 12/13/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought ...600<br>(MMAT)<br>@3.3399 | 600 | $3.3399 | | -$2,003.94 |
| 12/10/2021 | Sell | MMAT<br>TDA TRAN -<br>Sold ...100<br>(MMAT)<br>@3.1201 | 100 | $3.1201 | $0.01 | $312.00 |
| 12/10/2021 | Buy to<br>Open | MMAT<br>01/19/2024<br>10.00 C<br>TDA TRAN -<br>Bought to Open<br>1 (MMAT Jan 19<br>2024 10.0 Call)<br>@0.8800 | 1 | $0.88 | $0.66 | -$88.66 |
| 12/10/2021 | Buy to<br>Open | MMAT<br>01/20/2023<br>10.00 C | 1 | $0.57 | $0.66 | -$57.66 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
|  |  | TDA TRAN - Bought to Open 1 (MMAT Jan 20 2023 10.0 Call) @0.5700 |  |  |  |  |
| 12/10/2021 | Sell | MMAT TDA TRAN - Sold ...200 (MMAT) @3.1121 | 200 | $3.1121 | $0.02 | $622.40 |
| 12/10/2021 | Sell | MMAT TDA TRAN - Sold ...125 (MMAT) @3.1121 | 125 | $3.1121 | $0.01 | $389.00 |
| 12/09/2021 | Sell | MMAT TDA TRAN - Sold 50 (MMAT) @3.2050 | 50 | $3.205 | $0.01 | $160.24 |
| 12/09/2021 | Sell | MMAT TDA TRAN - Sold 25 (MMAT) @3.2014 | 25 | $3.2014 |  | $80.04 |
| 12/09/2021 | Sell | MMAT TDA TRAN - Sold ...162 (MMAT) @3.1950 | 162 | $3.195 | $0.02 | $517.57 |
| 12/03/2021 | Buy | MMAT TDA TRAN - Bought ...130 (MMAT) @3.0899 | 130 | $3.0899 |  | -$401.69 |
| 12/02/2021 | Buy | MMAT | 658 | $3.3486 |  | -$2,203.38 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | TDA TRAN - Bought ...658 (MMAT) @3.3486 | | | | |
| 12/01/2021 | Buy to Open | MMAT 01/19/2024 10.00 C TDA TRAN - Bought to Open 2 (MMAT Jan 19 2024 10.0 Call) @1.4500 | 2 | $1.45 | $1.32 | -$291.32 |
| 11/30/2021 | Buy to Open | MMAT 01/20/2023 10.00 C TDA TRAN - Bought to Open 9 (MMAT Jan 20 2023 10.0 Call) @0.7500 | 9 | $0.75 | $5.93 | -$680.93 |
| 11/29/2021 | Buy | MMAT TDA TRAN - Bought ...274 (MMAT) @3.9600 | 274 | $3.96 | | -$1,085.04 |
| 11/26/2021 | Sell | MMAT TDA TRAN - Sold ...300 (MMAT) @3.9306 | 300 | $3.9306 | $0.05 | $1,179.13 |
| 11/22/2021 | Sell | MMAT TDA TRAN - Sold 90 (MMAT) @3.9101 | 90 | $3.9101 | $0.01 | $351.90 |
| 11/22/2021 | Sell | MMAT | 14 | $3.9506 | | $55.31 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|---------------------|----------|-------|-------------|--------|
| | | TDA TRAN - Sold 14 (MMAT) @3.9506 | | | | |
| 11/22/2021 | Sell | MMAT<br>TDA TRAN - Sold 1346 (MMAT) @4.0301 | 1,346 | $4.0301 | $0.19 | $5,399.32 |
| 11/22/2021 as of 11/19/2021 | Buy | MMAT<br>TDA TRAN - Bought ...600 (MMAT) @4.0000 | 600 | $4.00 | | -$2,400.00 |
| 11/22/2021 as of 11/19/2021 | Buy | MMAT<br>TDA TRAN - Bought 1000 (MMAT) @3.0000 | 1,000 | $3.00 | | -$3,000.00 |
| 11/19/2021 | Buy | MMAT<br>TDA TRAN - Bought 72 (MMAT) @4.1599 | 72 | $4.1599 | | -$299.51 |
| 11/19/2021 | Buy | MMAT<br>TDA TRAN - Bought 1 (MMAT) @4.1597 | 1 | $4.1597 | | -$4.16 |
| 11/18/2021 | Buy | MMAT<br>TDA TRAN - Bought ...184 (MMAT) @4.3499 | 184 | $4.3499 | | -$800.38 |
| 11/17/2021 | Buy | MMAT | 100 | $4.4776 | | -$447.76 |

| Date ▾ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|---------------------|----------|-------|-------------|--------|
| | | TDA TRAN - Bought ...100 (MMAT) @4.4776 | | | | |
| 11/15/2021 | Buy | MMAT TDA TRAN - Bought 83 (MMAT) @4.8377 | 83 | $4.8377 | | -$401.53 |
| 11/12/2021 | Buy | MMAT TDA TRAN - Bought ...210 (MMAT) @4.7600 | 210 | $4.76 | | -$999.60 |
| 11/08/2021 | Sell | MMAT TDA TRAN - Sold 50 (MMAT) @5.1101 | 50 | $5.1101 | $0.01 | $255.50 |
| 11/08/2021 | Sell | MMAT TDA TRAN - Sold ...250 (MMAT) @5.1110 | 250 | $5.111 | $0.04 | $1,277.71 |
| 11/08/2021 | Sell | MMAT TDA TRAN - Sold ...200 (MMAT) @5.0601 | 200 | $5.0601 | $0.03 | $1,011.99 |
| 11/08/2021 | Sell | MMAT TDA TRAN - Sold 25 (MMAT) @5.0900 | 25 | $5.09 | | $127.25 |
| 11/05/2021 | Buy | MMAT TDA TRAN - Bought 18 | 18 | $4.929 | | -$88.72 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | (MMAT) @4.9290 | | | | |
| 11/05/2021 | Buy | MMAT TDA TRAN - Bought ...243 (MMAT) @4.9299 | 243 | $4.9299 | | -$1,197.97 |
| 11/04/2021 | Buy | MMAT TDA TRAN - Bought ...101 (MMAT) @4.9796 | 101 | $4.9796 | | -$502.94 |
| 11/03/2021 | Buy | MMAT TDA TRAN - Bought ...101 (MMAT) @4.9399 | 101 | $4.9399 | | -$498.93 |
| 11/03/2021 | Buy | MMAT TDA TRAN - Bought 62 (MMAT) @4.8885 | 62 | $4.8885 | | -$303.09 |
| 11/03/2021 | Sell | MMAT TDA TRAN - Sold ...216 (MMAT) @4.9101 | 216 | $4.9101 | $0.04 | $1,060.54 |
| 11/01/2021 | Buy | MMAT TDA TRAN - Bought 16 (MMAT) @4.9499 | 16 | $4.9499 | | -$79.20 |
| 11/01/2021 | Buy | MMAT TDA TRAN - Bought ...200 | 200 | $4.97 | | -$994.00 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| | | (MMAT) @4.9700 | | | | |
| 10/20/2021 | Sell | MMAT TDA TRAN - Sold ...200 (MMAT) @4.7601 | 200 | $4.7601 | $0.02 | $952.00 |
| 10/19/2021 | Sell | MMAT TDA TRAN - Sold ...150 (MMAT) @4.7900 | 150 | $4.79 | $0.02 | $718.48 |
| 10/19/2021 | Sell | MMAT TDA TRAN - Sold ...150 (MMAT) @4.7324 | 150 | $4.7324 | $0.02 | $709.84 |
| 10/19/2021 | Sell | MMAT TDA TRAN - Sold ...250 (MMAT) @4.7101 | 250 | $4.7101 | $0.04 | $1,177.49 |
| 10/19/2021 | Sell | MMAT TDA TRAN - Sold ...250 (MMAT) @4.7101 | 250 | $4.7101 | $0.04 | $1,177.49 |
| 10/18/2021 | Sell | MMAT TDA TRAN - Sold ...500 (MMAT) @4.9509 | 500 | $4.9509 | $0.07 | $2,475.38 |
| 10/18/2021 | Sell | MMAT TDA TRAN - Sold ...500 | 500 | $4.9515 | $0.07 | $2,475.68 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|---------------------|----------|-------|-------------|--------|
| | | (MMAT) @4.9515 | | | | |
| 10/18/2021 | Sell | MMAT TDA TRAN - Sold ...500 (MMAT) @4.9501 | 500 | $4.9501 | $0.07 | $2,474.98 |
| 10/18/2021 | Sell | MMAT TDA TRAN - Sold ...319 (MMAT) @4.9401 | 319 | $4.9401 | $0.05 | $1,575.84 |
| 10/18/2021 | Sell | MMAT TDA TRAN - Sold 3312 (MMAT) @4.9609 | 3,312 | $4.9609 | $0.47 | $16,405.03 |
| 10/18/2021 as of 10/15/2021 | Buy | MMAT TDA TRAN - Bought 4100 (MMAT) @4.0000 | 4,100 | $4.00 | | -$16,400.00 |
| 10/15/2021 | Buy | MMAT TDA TRAN - Bought 31 (MMAT) @5.0099 | 31 | $5.0099 | | -$155.31 |
| 10/14/2021 | Sell | MMAT TDA TRAN - Sold ...800 (MMAT) @5.1700 | 800 | $5.17 | $0.12 | $4,135.88 |
| 10/14/2021 | Sell | MMAT TDA TRAN - Sold ...200 | 200 | $5.1721 | $0.03 | $1,034.39 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|---------------------|----------|-------|-------------|--------|
| | | (MMAT) @5.1721 | | | | |
| 10/14/2021 | Sell | MMAT TDA TRAN - Sold ...600 (MMAT) @5.1702 | 600 | $5.1702 | $0.09 | $3,102.03 |
| 10/14/2021 | Sell | MMAT TDA TRAN - Sold ...500 (MMAT) @5.2301 | 500 | $5.2301 | $0.07 | $2,614.98 |
| 10/14/2021 | Sell | MMAT TDA TRAN - Sold ...200 (MMAT) @5.2700 | 200 | $5.27 | $0.03 | $1,053.97 |
| 10/14/2021 | Sell | MMAT TDA TRAN - Sold ...100 (MMAT) @5.2601 | 100 | $5.2601 | $0.01 | $526.00 |
| 10/14/2021 | Sell | MMAT TDA TRAN - Sold ...100 (MMAT) @5.3004 | 100 | $5.3004 | $0.01 | $530.03 |
| 10/13/2021 | Buy to Open | MMAT 01/19/2024 10.00 C TDA TRAN - Bought to Open 1 (MMAT Jan 19 2024 10.0 Call) @2.6500 | 1 | $2.65 | $0.66 | -$265.66 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 10/13/2021 | Sell | MMAT<br>TDA TRAN -<br>Sold ...300<br>(MMAT)<br>@5.0900 | 300 | $5.09 | $0.05 | $1,526.95 |
| 10/12/2021 | Sell | MMAT<br>TDA TRAN -<br>Sold ...100<br>(MMAT)<br>@5.1401 | 100 | $5.1401 | $0.01 | $514.00 |
| 10/12/2021 | Sell | MMAT<br>TDA TRAN -<br>Sold ...100<br>(MMAT)<br>@5.1403 | 100 | $5.1403 | $0.01 | $514.02 |
| 10/12/2021 | Sell | MMAT<br>TDA TRAN -<br>Sold ...207<br>(MMAT)<br>@5.1322 | 207 | $5.1322 | $0.03 | $1,062.34 |
| 10/08/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 1512<br>(MMAT)<br>@5.2899 | 1,512 | $5.2899 | | -$7,998.33 |
| 10/08/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 95<br>(MMAT)<br>@5.2699 | 95 | $5.2699 | | -$500.64 |
| 09/30/2021 | Sell | MMAT<br>TDA TRAN -<br>Sold ...300<br>(MMAT)<br>@5.6201 | 300 | $5.6201 | $0.05 | $1,685.98 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 09/28/2021 | Sell | MMAT<br>TDA TRAN -<br>Sold ...100<br>(MMAT)<br>@5.8600 | 100 | $5.86 | $0.01 | $585.99 |
| 09/28/2021 | Sell | MMAT<br>TDA TRAN -<br>Sold ...500<br>(MMAT)<br>@6.2001 | 500 | $6.2001 | $0.08 | $3,099.97 |
| 09/27/2021 | Sell | MMAT<br>TDA TRAN -<br>Sold ...500<br>(MMAT)<br>@5.6001 | 500 | $5.6001 | $0.07 | $2,799.98 |
| 09/27/2021 | Sell | MMAT<br>TDA TRAN -<br>Sold ...400<br>(MMAT)<br>@5.5601 | 400 | $5.5601 | $0.06 | $2,223.98 |
| 09/20/2021 | Sell | MMAT<br>TDA TRAN -<br>Sold 19256<br>(MMAT)<br>@5.0300 | 19,256 | $5.03 | $2.78 | $96,854.90 |
| 09/20/2021<br>as of<br>09/17/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 9300<br>(MMAT)<br>@4.0000 | 9,300 | $4.00 | | -$37,200.00 |
| 09/20/2021<br>as of<br>09/17/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought ...800<br>(MMAT)<br>@3.0000 | 800 | $3.00 | | -$2,400.00 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|----------------------|----------|-------|-------------|--------|
| 09/20/2021 as of 09/17/2021 | Buy | MMAT TDA TRAN - Bought 11400 (MMAT) @5.0000 | 11,400 | $5.00 | | -$57,000.00 |
| 09/16/2021 | Buy | MMAT TDA TRAN - Bought 1 (MMAT) @5.0599 | 1 | $5.0599 | | -$5.06 |
| 09/15/2021 | Buy | MMAT TDA TRAN - Bought 2 (MMAT) @4.9899 | 2 | $4.9899 | | -$9.98 |
| 09/10/2021 | Buy | MMAT TDA TRAN - Bought 3 (MMAT) @5.3000 | 3 | $5.30 | | -$15.90 |
| 09/10/2021 | Buy | MMAT TDA TRAN - Bought 24 (MMAT) @5.3097 | 24 | $5.3097 | | -$127.43 |
| 09/08/2021 | Buy | MMAT TDA TRAN - Bought 54 (MMAT) @4.9699 | 54 | $4.9699 | | -$268.37 |
| 09/07/2021 | Buy | MMAT TDA TRAN - Bought 1 (MMAT) @5.4599 | 1 | $5.4599 | | -$5.46 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|---------------------|----------|-------|-------------|--------|
| 09/07/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 18<br>(MMAT)<br>@5.4599 | 18 | $5.4599 | | -$98.28 |
| 09/02/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 3<br>(MMAT)<br>@5.1799 | 3 | $5.1799 | | -$15.54 |
| 09/02/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 33<br>(MMAT)<br>@5.1499 | 33 | $5.1499 | | -$169.95 |
| 09/01/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 5<br>(MMAT)<br>@4.6050 | 5 | $4.605 | | -$23.03 |
| 08/31/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 4<br>(MMAT)<br>@4.6399 | 4 | $4.6399 | | -$18.56 |
| 08/31/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 8<br>(MMAT)<br>@4.3400 | 8 | $4.34 | | -$34.72 |
| 08/31/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 40<br>(MMAT)<br>@4.3599 | 40 | $4.3599 | | -$174.40 |

| Date | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|------|--------|----------------------|----------|-------|-------------|--------|
| 08/31/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 38<br>(MMAT)<br>@4.1100 | 38 | $4.11 | | -$156.18 |
| 08/31/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 15<br>(MMAT)<br>@4.4699 | 15 | $4.4699 | | -$67.05 |
| 08/30/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 7<br>(MMAT)<br>@5.1286 | 7 | $5.1286 | | -$35.90 |
| 08/27/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought ...100<br>(MMAT)<br>@4.1499 | 100 | $4.1499 | | -$414.99 |
| 08/27/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 23<br>(MMAT)<br>@4.1479 | 23 | $4.1479 | | -$95.40 |
| 08/27/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 2<br>(MMAT)<br>@3.9699 | 2 | $3.9699 | | -$7.94 |
| 08/27/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 25<br>(MMAT)<br>@3.9080 | 25 | $3.908 | | -$97.70 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|---------------------|----------|-------|-------------|--------|
| 08/27/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 25<br>(MMAT)<br>@3.8399 | 25 | $3.8399 | | -$96.00 |
| 08/27/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 25<br>(MMAT)<br>@3.8299 | 25 | $3.8299 | | -$95.75 |
| 08/27/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 45<br>(MMAT)<br>@3.8094 | 45 | $3.8094 | | -$171.42 |
| 08/26/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 5<br>(MMAT)<br>@3.4599 | 5 | $3.4599 | | -$17.30 |
| 08/26/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 27<br>(MMAT)<br>@3.5199 | 27 | $3.5199 | | -$95.04 |
| 08/26/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought ...100<br>(MMAT)<br>@3.5199 | 100 | $3.5199 | | -$351.99 |
| 08/26/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 10<br>(MMAT)<br>@3.4499 | 10 | $3.4499 | | -$34.50 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|---------------------|----------|-------|-------------|--------|
| 08/26/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 25<br>(MMAT)<br>@3.4899 | 25 | $3.4899 | | -$87.25 |
| 08/26/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 25<br>(MMAT)<br>@3.4999 | 25 | $3.4999 | | -$87.50 |
| 08/26/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 10<br>(MMAT)<br>@3.7099 | 10 | $3.7099 | | -$37.10 |
| 08/26/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 10<br>(MMAT)<br>@3.6699 | 10 | $3.6699 | | -$36.70 |
| 08/26/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 40<br>(MMAT)<br>@3.6799 | 40 | $3.6799 | | -$147.20 |
| 08/25/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 3<br>(MMAT)<br>@3.7499 | 3 | $3.7499 | | -$11.25 |
| 08/25/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 50<br>(MMAT)<br>@3.6899 | 50 | $3.6899 | | -$184.50 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 08/25/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought ...100<br>(MMAT)<br>@3.6799 | 100 | $3.6799 | | -$367.99 |
| 08/25/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 26<br>(MMAT)<br>@3.7197 | 26 | $3.7197 | | -$96.71 |
| 08/25/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 2<br>(MMAT)<br>@3.5495 | 2 | $3.5495 | | -$7.10 |
| 08/24/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 19<br>(MMAT)<br>@3.5999 | 19 | $3.5999 | | -$68.40 |
| 08/24/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 2<br>(MMAT)<br>@3.5399 | 2 | $3.5399 | | -$7.08 |
| 08/17/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 1<br>(MMAT)<br>@2.9099 | 1 | $2.9099 | | -$2.91 |
| 08/12/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 28<br>(MMAT)<br>@3.3685 | 28 | $3.3685 | | -$94.32 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 08/11/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 1<br>(MMAT)<br>@3.6399 | 1 | $3.6399 | | -$3.64 |
| 08/04/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 7<br>(MMAT)<br>@3.0981 | 7 | $3.0981 | | -$21.69 |
| 07/30/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought ...300<br>(MMAT)<br>@3.4400 | 300 | $3.44 | | -$1,032.00 |
| 07/29/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought ...285<br>(MMAT)<br>@3.5400 | 285 | $3.54 | | -$1,008.90 |
| 07/27/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought ...291<br>(MMAT)<br>@3.2985 | 291 | $3.2985 | | -$959.86 |
| 07/26/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought 1000<br>(MMAT)<br>@3.4699 | 1,000 | $3.4699 | | -$3,469.90 |
| 07/26/2021 | Buy | MMAT<br>TDA TRAN -<br>Bought ...288<br>(MMAT)<br>@3.4400 | 288 | $3.44 | | -$990.72 |

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 06/28/2021 | Journaled Shares | MMAT TDA TRAN - MANDATORY REVERSE SPLIT (MMAT) | 6,000 | | | |

Page Total: **$12,725.78**

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-GLGV)

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

Account: ...487<br>Today's Date: 04:07 PM ET, 12/16/2024

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products. This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents , Charles Schwab Hong Kong clients , Charles Schwab UK clients. © 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.