NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |

Name of Debtor: **Meta Material, INC**
Case Number: **24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   **Simmy Kaur**
   **P.O. Box 2262**
   **Naperville, IL, 60567-2262**

   Telephone Number: **630-923-6263**

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED AM
   DEC 18 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: **4792-5535**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   **Simmy Kaur / Charles Schwab**
   **El Paso Operation Center**
   Telephone Number: **1-800-435-4000** **PO Box 982600, El Paso, TX, 79998**

3. Date Equity Interest was acquired: **See attachment**

4. Total amount of member interest: **116 shares**

5. Certificate number(s): **See attachment**

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: **Investor**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Simmy Kaur**
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature) **12-15-2024** (Date)

Telephone number: **630-923-6263** email: **cascade07@gmail.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

## Lot Details: MMATQ - META MATLS INC CLASS EQUITY 4792-5535 Simmy Kaur

🖳 Cost Basis Calculator   ● Help   ⬇ Export   🖶 Print

| Open Date | Quantity | Price | Cost/Share | Market Value | Cost Basis | Gain/Loss $ | G |
|---|---|---|---|---|---|---|---|
| 12/07/2023 | 80.089755 | $0.00001 | $6.02 | $0.00 | $482.40 | -$482.40 | |
| 11/05/2021 | 5.756451 | $0.00001 | $491.35 | $0.00 | $2,828.43 | -$2,828.43 | |
| 08/31/2021 | 0.08009 | $0.00001 | $438.26 | $0.00 | $35.10 | -$35.10 | |
| 08/17/2021 | 9.010098 | $0.00001 | $292.18 | $0.00 | $2,632.59 | -$2,632.59 | |
| 07/13/2021 | 12.013463 | $0.00001 | $358.50 | $0.00 | $4,306.80 | -$4,306.80 | |
| 06/28/2021 | 5.546216 | $0.00001 | $803.09 | $0.00 | $4,454.10 | -$4,454.10 | |
| 06/21/2021 | 3.503927 | $0.00001 | $1,797.98 | $0.00 | $6,300.00 | -$6,300.00 | |
| **Total** | **116** | | | | **$21,039.42** | **-$21,039.42** | |

*[handwritten note]* loss as shown in account #

4772-5535  Simmy Kaur

Transaction History for Individual ...535

## Transactions found from 12/16/2020 to 12/16/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 116 | | | |
| 12/07/2023 | Buy | MMAT META MATLS INC | 8,000 | $0.0603 | | -$482.40 |
| 11/05/2021 | Buy | MMAT META MATLS INC | 575 | $4.919 | | -$2,828.43 |
| 08/31/2021 | Buy | MMAT META MATLS INC | 8 | $4.3877 | | -$35.10 |
| 08/17/2021 | Buy | MMAT META MATLS INC | 900 | $2.9251 | | -$2,632.59 |
| 07/13/2021 | Buy | MMAT META MATLS INC | 1,200 | $3.589 | | -$4,306.80 |
| 06/29/2021 | Reverse Split | MMAT META MATLS INC | 350 | | | |
| 06/28/2021 | Buy | MMAT META MATLS INC | 554 | $8.0399 | | -$4,454.10 |

Page Total: -$14,739.42

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Reverse Split  11587 became 116 shares