NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: Meta Materials, Inc.

Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Alexander Waldruff
301 W. 7th St.
Sycamore, OH 44882

Telephone Number: (419) 566-6051

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

COURT USE ONLY

RECEIVED AND FILED

DEC 18 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

AM

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
912704392

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated:
☐ amends a previously filed Proof of Interest dated:

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Alexander Waldruff
85 Willow Rd. Menlo Park, CA 94025
Telephone Number: (888) 275-8523

3. Date Equity Interest was acquired:
Between 06/07/2021 - 12/6/2023
See attached documentation.

4. Total amount of member interest: 16 Shares - $3,524.09

5. Certificate number(s): See attached document

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent.
☐ I am the trustee, or the debtor,
☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)
or their authorized agent.
(See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Alexander Waldruff
Title:
Company: Address and telephone number (if different from notice address above):
(Signature) (Date) Telephone number: email:

Alexander Waldruff    12/11/2024    (419) 566-6051    alex.waldruff@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Proof of Interest Supplemental Information
Case: 24-50792, Meta Materials, Inc.
For: Alexander Waldruff

| Transaction | Amount | Shares |
|---|---|---|
| **Torchlight Energy Resources Market Buy** Jun 7, 2021 | $1,000.00 | 330.110086 shares at $3.03 |
| **Torchlight Energy Resources Market Buy** Jun 10, 2021 | $5.59 | 1.763406 shares at $3.17 |
| **Torchlight Energy Resources Market Buy** Jun 11, 2021 | $244.61 | 79.677524 shares at $3.07 |
| **Torchlight Energy Resources Market Sell** Jun 11, 2021 | $1,268.24 | 411.551016 shares at $3.08 |
| **Torchlight Energy Resources Market Buy** Jun 11, 2021 | $1,268.18 | 427.111679 shares at $2.97 |
| **Torchlight Energy Resources Market Sell** Jun 11, 2021 | $1,321.92 | 427.111679 shares at $3.10 |
| **Torchlight Energy Resources Market Buy** Jun 12, 2021 | $1,321.86 | 386.508771 shares at $3.42 |
| **Torchlight Energy Resources Market Buy** Jun 15, 2021 | $100.00 | 19.980019 shares at $5.01 |
| **Torchlight Energy Resources Market Buy** Jun 15, 2021 | $80.00 | 15.841897 shares at $5.05 |
| **Torchlight Energy Resources Market Sell** Jun 16, 2021 | $2,707.18 | 422.330687 shares at $6.41 |
| **Torchlight Energy Resources Market Buy** Jun 16, 2021 | $2,707.11 | 428.001581 shares at $6.33 |
| **Torchlight Energy Resources Market Sell** Jun 16, 2021 | $2,850.53 | 428.001581 shares at $6.66 |

Broker: Robinhood
Account # 912704392

| | |
|---|---:|
| **Torchlight Energy Resources Market Buy**<br>Jun 16, 2021 | **$2,850.46**<br>440.001234 shares at $6.48 |
| **Torchlight Energy Resources Market Sell**<br>Jun 18, 2021 | **$2,508.32**<br>440.001234 shares at $5.70 |
| **Torchlight Energy Resources Market Buy**<br>Jun 18, 2021 | **$2,511.93**<br>450.984193 shares at $5.57 |
| **Torchlight Energy Resources Market Buy**<br>Jun 18, 2021 | **$40.94**<br>7.43143 shares at $5.51 |
| **Torchlight Energy Resources Market Sell**<br>Jun 18, 2021 | **$2,796.89**<br>458.415623 shares at $6.10 |
| **Torchlight Energy Resources Market Buy**<br>Jun 18, 2021 | **$2,796.82**<br>430.309743 shares at $6.50 |
| **Torchlight Energy Resources Market Buy**<br>Jun 25, 2021 | **$50.00**<br>10.314169 shares at $4.85 |
| **Meta Materials Reverse Split**<br>Jun 28, 2021 | **1:2 Split** |
| **Meta Materials Market Buy**<br>Jun 28, 2021 | **$32.00**<br>4.055887 shares at $7.89 |
| **Meta Materials Market Sell**<br>Jun 30, 2021 | **$1,452.64**<br>224.055887 shares at $6.48 |
| **Meta Materials Market Buy**<br>Jun 30, 2021 | **$1,429.85**<br>194.023419 shares at $7.37 |
| **Meta Materials Market Sell**<br>Jul 6, 2021 | **$1,436.79**<br>194.023419 shares at $7.41 |
| **Meta Materials Market Buy**<br>Jul 6, 2021 | **$1,439.69**<br>197.786783 shares at $7.28 |

| | |
|---|---|
| **Meta Materials Market Sell**<br>Jul 13, 2021 | **$757.52**<br>197.786783 shares at $3.83 |
| **Meta Materials Market Buy**<br>Jul 13, 2021 | **$757.50**<br>201.489559 shares at $3.76 |
| **Meta Materials Market Sell**<br>Jul 15, 2021 | **$767.68**<br>201.489559 shares at $3.81 |
| **Meta Materials Market Buy**<br>Jul 15, 2021 | **$767.65**<br>201.7477 shares at $3.81 |
| **Meta Materials Market Buy**<br>Jul 22, 2021 | **$25.00**<br>6.830601 shares at $3.66 |
| **Meta Materials Market Buy**<br>Aug 25, 2021 | **$25.00**<br>6.684491 shares at $3.74 |
| **Meta Materials Market Buy**<br>Aug 25, 2021 | **$300.00**<br>79.37746 shares at $3.78 |
| **Meta Materials Market Buy**<br>Aug 25, 2021 | **$20.00**<br>5.349404 shares at $3.74 |
| **Meta Materials Market Buy**<br>Aug 25, 2021 | **$5.00**<br>1.329787 shares at $3.76 |
| **Meta Materials Market Buy**<br>Sep 3, 2021 | **$25.00**<br>4.1841 shares at $5.98 |
| **Meta Materials Market Buy**<br>Nov 16, 2021 | **$300.27**<br>65.562917 shares at $4.58 |
| **Meta Materials Market Buy**<br>Jan 21, 2022 | **$200.00**<br>111.420612 shares at $1.80 |

**Meta Materials Market Buy**  
Apr 21, 2022

$25.00  
19.607843 shares at $1.28

**Meta Materials Limit Buy**  
Apr 27, 2022

$119.56  
98 shares at $1.22

**Meta Materials Market Buy**  
May 10, 2022

$50.39  
41 shares at $1.23

**Meta Materials Market Buy**  
Jun 30, 2022

$1.01  
1 share at $1.01

**Meta Materials Market Buy**  
Jun 30, 2022

$57.57  
57 shares at $1.01

**Meta Materials Market Buy**  
Jun 2, 2022

$1.86  
1 share at $1.86

**Meta Materials Market Buy**  
Nov 16, 2022

$145.20  
76.220472 shares at $1.91

**Meta Materials Market Buy**  
Jul 21, 2022

$3.02  
3 shares at $1.01

**Meta Materials Limit Buy**  
Jul 21, 2022

$296.97  
300 shares at $0.9899

**Meta Materials Market Buy**  
Jul 15, 2022

$1.95  
2 shares at $0.9728

**Meta Materials Market Buy**
Nov 16, 2022

$145.20
76.220472 shares at $1.91

**Meta Materials Market Buy**
Nov 21, 2022

$200.00
89.485458 shares at $2.24

**Meta Materials Limit Buy**
May 4, 2023

$8.27
44 shares at $0.1879

**Meta Materials Limit Buy**
May 8, 2023

$1.35
6 shares at $0.2244

**Meta Materials Limit Buy**
May 11, 2023

$0.64
3 shares at $0.2135

**Meta Materials Limit Buy**
Jul 21, 2023

$8.95
40 shares at $0.2238

**Meta Materials Limit Buy**
Jul 7, 2023

$0.19
1 share at $0.1932

**Meta Materials Limit Buy**
May 15, 2023

$2.43
12 shares at $0.2022

**Meta Materials Limit Buy**
Jul 26, 2023

$1.06
5 shares at $0.2122

**Meta Materials Limit Buy**
Dec 6, 2023

$0.06
1 share at $0.0593

**Meta Materials Reverse Split**
Jan 29

1:100 Split

*[Handwritten note: Total Shares held pre-reverse Split: 1,513.629576, Post Split: 16 Shares. Total Money invested: $3,524.09]*

**Meta Materials Market Sell**
May 20

$36.33
16 shares at $2.27