NVB 3003 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials, Inc | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Michael Rizk
   4 Swans Way
   Ottawa, Ontario, Canada
   K1J-6J2

   Telephone Number: (613)-859-0605

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.
   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.
   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   DEC 18 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
544-73623-19

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Michael Rizk
   Scotia iTrade, PO Box 4002
   Station A, Toronto Ontario, Can
   Telephone Number: 1-888-872-3388

3. Date Equity Interest was acquired:
   June 2021

4. Total amount of member interest: 156 shares (x100 = 15,600) for 44,277.91    Certificate number(s): See Attached Documents

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest.
   Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Michael Rizk
Title:
Company: ___ Address and telephone number (if different from notice address above):
_____
_____

(Signature) [signed]   (Date) Dec 11, 2024

Telephone number: 613-859-0605   email: drrizk@live.ca

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

[ Print Form ]   [ Save Form ]   [ Clear Form ]

Sent from my iPhone

# Scotia iTRADE

Account Number: **544-73623-19**
Statement for September 1 to 30, 2024

## Summary - continued

### Contribution Summary

| | Personal | Total |
|---|---|---|
| Year-to-Date | $0 | $0 |
| **Since March 15, 2021** | | |
| Total Contributions | 78,564 | 78,564 |
| Transfers | 0 | 0 |
| Withdrawals | | 9,100 |
| **Total** | | **$69,464** |
| **Change in Plan Assets** | | **$-50,155** |



## Scotia eDocuments – Get Online!

As a Scotia iTRADE® customer, you can enrol to receive free, electronic access to your account statements, trade confirms, mutual fund prospectuses, and annual trading summary. Visit scotiaitrade.com to learn more and sign-up today.

## A Note From Scotia iTRADE

### Auditor's Message
Our auditors, KPMG LLP, are presently engaged in the examination of our year-end financial statements. Please compare this statement against your records and advise our auditors of any discrepancies. Shareholders' Auditors, Attention: Taryn Tian, KPMG Audit Team, Bay Adelaide Centre, 333 Bay Street - Suite 4600, Toronto, ON, M5H 2S5, Canada, fax at (416) 777-8818 or email: scotiacapitalconfirm@kpmg.ca.

### Important notice for clients turning age 71 this year
The Canada Revenue Agency requires all plan holders with a Registered Retirement Savings Plan (RRSP), Locked-in Retirement Savings Plan (LRSP), or a Locked-in Retirement Account (LIRA) turning age 71 this year to convert their RRSP/LRSP/LIRA holdings into a source of retirement income by December 31, 2024. To open a new RRIF/RLIF/LIF account, have your username or ScotiaCard® handy and sign on to scotiaitrade.com. Please note, RRSP contributions can still be made until the end of this year. If you have already opened your new account(s), thank you.

### Our new Scotia℠ online experience is ready for you today
The new Scotia online experience brings you a refreshed design and functionality while still allowing you to enjoy the same great features. If you haven't already begun to use the new experience, start today, it will replace some features of the classic version by the end of this year.
Check out www.scotiaitrade.com/newexperience for more information.

## US HOLDINGS (2)  Sort 

| | |
|---|---|
| **MMATQ : US** | Meta Materi…. |
| Market value | **0.00 USD** |
| All time | -44,277.91 USD (-100.00%)  |
| Quantity | 156 |
| Market price | 0.00 USD |
| Price change | -0.00 USD |

| Overview | News | Analysis |

## HOLDINGS

| | |
|---|---|
| Share quantity | 156 |
| Market price | 0.00 USD |
| Market value | 0.00 USD |
| Unrealized loss | -44,277.91 USD   (-100.00%) ▼ |
| Book value | 44,277.91 USD |

# Overview  News  Analysis

**Unrealized loss**

−44,277.91 USD   (−100.00%) ▼

| | |
|---|---|
| Book value | 44,277.91 USD |
| Average cost | 283.83 USD |
| Account | TFSA USD (3623) |

**QUOTE DETAILS** ⌄