NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: **META MATERIALS, INC** | Case Number: **24-50792** | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   ~~Rori~~ Antoine Ramia
   7071 Bayers Rd
   Suite 4007
   Halifax, NS, B3L 2C2

   Telephone Number: 902 466 6686

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   DEC 18 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: **78144038** | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   Antoine Ramia / BMO Nesbitt Burns 1675 Grafton Street, 14th Floor, Halifax Nova Scotia B3J 0E9 CANADA
   Telephone Number: 902 466-6686

3. Date Equity Interest was acquired: **08/16/2022**

4. Total amount of member interest: **2000 common shares For $19,578.98**

5. Certificate number(s): **See Attached Documentation**

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Antoine Ramia
   Title: _____
   Company: Address and telephone number (if different from notice address above):
   Rank Incorporated - 7071 Bayers Road, Suite 4007,
   Halifax Nova Scotia B3L 2C2 CANADA

   (Signature)   (Date) Dec 16/24
   Telephone number: 902-466-6686   email:

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**BMO Wealth Management**
BMO Nesbitt Burns

Your Investment Report

Meridian
TFSA account #781-44038-17
Trustee: BMO Trust Company

ANTOINE RAMIA
43 RAVENROCK LANE
HALIFAX NS   B3M 2Z9

August 31, 2022

# Your Tax-Free Savings Account Report

## Account Summary

This table provides an overview of your account; including the opening and closing balance for the reporting period.

| Your Investments | Opening Value | Closing Value Aug 31, 2022 | Balance on Aug 31, 2022 (CAD$) |
|---|---|---|---|
| Canadian Dollar Investments | | | |
| TFSA | 0.00 | 22,720.31 | 22,720.31 |
| | 0.00 | 22,720.31 | 22,720.31 |
| Grand Total (CAD$) | | | 22,720.31 |

You can access up-to-date account information online through BMO Nesbitt Burns Gateway at: www.gateway.bmonesbittburns.com.
To register for Gateway, please contact your Investment Advisor.

## We're here to help

We're dedicated to helping you succeed in meeting all of your wealth management goals. Call any member of our team referenced below if you have questions about Your TFSA Report.

| PHILLIP ROGERS<br>Investment Advisor<br>902-543-7100 | Norman Bagnald<br>Associate Investment Advisor<br>Dolores Hachey<br>Sales Assistant | MARC CHAMPOUX<br>BMO Private Wealth Market Leader<br>(902) 429-3710 | Nova Centre<br>1400-1675 Grafton Street<br>Halifax, NS B3J 0E9 |



**IIROC** Regulated by Investment Industry Regulatory Organization of Canada

BMO Nesbitt Burns Inc. is a Member of the Canadian Investor Protection Fund.

1 of 7

**BMO Wealth Management**
BMO Nesbitt Burns

TFSA account #781-44038-17

August 31, 2022

## Changes to your account

This table provides a summary of the change in value of your account, including all deposits, withdrawals and the change in market value of your investments, for both the current year and as of the start of reporting. Where applicable, balances have been converted to Canadian dollars, see page 1 for exchange rates.

|  | This Year (2022) | Since August 17, 2022 |
|---|---|---|
| Opening Value | 0.00 | 0.00 |
| Deposited | + 25,192.00 | + 25,192.00 |
| Withdrawn | - 0.00 | - 0.00 |
| Net Invested | = 25,192.00 | = 25,192.00 |
| Change In Market Value | - 2,471.69 | - 2,471.69 |
| Closing Value on Aug 31, 2022 | 22,720.31 | 22,720.31 |

Net Invested is the value of total deposits less the value of total withdrawals.



MARKET VALUE

NET INVESTED

The Change in Market Value of your account since August 17, 2022 is $-2,471.69.
This includes gains, losses and income received with respect to the investments held in your account.

## Individuals related to your account

| Type | Name |
|---|---|
| Successor | Marcelle Ramia |

## Your contributions and withdrawals

For 2022

| Contributions made this year | $25,192.00 |
|---|---|
| Withdrawals made this year | $0.00 |



**BMO Wealth Management**
BMO Nesbitt Burns

Your Investment Report

TFSA account #781-44038-17

August 31, 2022

## Summary of your investments in Canadian dollars

### Your Investor Profile

| | |
|---|---|
| Investment Objective | Aggressive |
| Time Horizon | 10 yrs and more |

| Investment Category | Amount | Target % | Holdings % |
|---|---|---|---|
| Cash and Short-term Investments | 0.31 | 0.00 | 0.00 |
| Fixed Income | 0.00 | 0.00 | 0.00 |
| Equities | 22,720.00 | 100.00 | 100.00 |
| Total | 22,720.31 | | 100.00 |

Equities 100.00%

Investments held in your account have been chosen based on objectives you selected on the Client Account Agreement. As your circumstances change, it is important to talk to your Investment Advisor about updating these objectives.

## Your Canadian Dollar Investments

All amounts are reported in Canadian Dollars.

### Your investment details

| | Quantity | Cost Per Unit | Cost Total | Market Value on August 31, 2022 Per Unit | Market Value on August 31, 2022 Total |
|---|---|---|---|---|---|
| **Cash and Short-term Investments** | | | | | |
| CASH | | | 0.31 | | 0.31 |
| Subtotal | | | 0.31 | | 0.31 |
| **Equities** | | | | | |
| Equities and Options | | | | | |
| META MATLS INC COMMON STOCK - MMAT (See Bulletin board) | 20,000 | 1.260 | 25,191.60 | 1.136 | 22,720.00 |
| Equities and Options Subtotal | | | 25,191.60 | | 22,720.00 |
| Subtotal | | | 25,191.60 | | 22,720.00 |
| **Total Canadian Dollar Investments** | | | 25,191.91 | | 22,720.31 |

Average cost and market price indicator descriptions can be found in "Important information about your account".

**BMO Wealth Management**
BMO Nesbitt Burns

TFSA account #781-44038-17

August 31, 2022

## Account activity for this month

| Date | Activity | Description | Quantity | Unit Price | Commission | Amount |
|---|---|---|---|---|---|---|
| | | Opening Cash Balance | | | | 0.00 |
| Aug 16, 2022 | Bought | META MATLS INC COMMON STOCK UNSOLICITED EXCHANGE RATE 1.28770000 PART OF 20000 SHR | 7,779 | 0.9762 | 0.00 | -9,778.77 |
| Aug 16, 2022 | Bought | META MATLS INC COMMON STOCK UNSOLICITED EXCHANGE RATE 1.28770000 PART OF 20000 SHR | 12,221 | 0.9794 | 0.00 | -15,412.92 |
| Aug 17, 2022 | Contribution | TFSA CONTRIBUTION COTISATION CELI | | | 0.00 | 25,192.00 |
| Aug 31, 2022 | | Closing Cash Balance | | | | 0.31 |

This report includes activity recorded in your account since your last statement. For a more comprehensive listing of your account activity, sign into your BMO Nesbitt Burns Gateway account.



**BMO Wealth Management**
BMO Nesbitt Burns

Your Investment Report

TFSA account #781-44038-17

August 31, 2022

## Your Year-to-Date Fees Summary

### Fees you paid

This section summarizes all compensation received by BMO Nesbitt Burns with respect to your account. Our compensation comes from two sources: what we charge you directly (Operating and Transaction charges), and payments we receive from third parties.

|  | CAD ($) |
|---|---|
| Operating charges | |
| Total operating charges | 0.00 |
| | |
| Transaction charges | |
| Total transaction charges | 0.00 |
| Total fees you paid in 2022 | 0.00 |

See examples of operating charges in "Important Information about your Account". Some fees and charges may be reported as before-tax amounts and applicable tax is reported separately within the 'Sales Tax' line item. Where this is not possible the sales tax is included within the line item.

### Payments BMO received from third parties

|  | CAD ($) |
|---|---|
| Total payments BMO Nesbitt Burns received from third parties in 2022 | 0.00 |

### Bulletin board

The USD/CAD conversion rate is: 1.3120, as of August 31, 2022

5 of 7



TFSA account #781-44038-17

August 31, 2022

## Important Information about your account

BMO Nesbitt Burns Inc. (BMO Nesbitt Burns) shall assume the contents of this Statement has been acknowledged as correct, approved and consented by you unless we receive written notice to the contrary within 45 days after it is sent to you.

Please let your Investment Advisor or BMO Private Wealth Market Leader know if there are any changes in your personal or financial situation so that we can ensure you are on track to meet your investment objectives.

Client cash balances in non-registered accounts are held by BMO Bank of Montreal, and client cash balances in registered accounts are held by BMO Trust Company.

We are required to disclose to the Canada Revenue Agency all transactions involving the disposition of securities even if no tax forms are produced for such transactions. Therefore, please retain this Statement of Account for income tax purposes.

A free credit balance represent funds payable on demand which, although properly recorded in our books, are not segregated and may be used in the conduct of our business. All security positions displayed are segregated unless otherwise indicated. Should there be a security in which the account holds a portion of the quantity segregated and a portion registered in your name, this will be indicated under the security description column.

A copy of our most recent statement of our financial condition and a list of directors and senior officers are available on request. Clients in British Columbia are entitled to certain information about BMO Nesbitt Burns, including information about commission and fees, and any administrative proceedings that may relate to the firm and its staff. For Related and Connected Issuer and Conflicts of Interest Statement, please visit our website: http://www.bmo.com/nesbittburns/about/nb/bmonb/regulatory_documents/conflicts_of_interest.

Currency conversion & Fixed Income Transactions

We are deemed to be acting on our own behalf in currency conversion and fixed income transactions and not on behalf of someone else (unless we specifically advise you that we have acted as your agent in respect to the currency conversion and/or fixed income transaction).

Exchange rates may vary and are subject to change without notice to you. In addition to the commission or other fees applicable to the transaction, BMO Nesbitt Burns (or parties related to us) may charge and collect Advisory Fees, including revenue on the conversion of foreign currency as set out in the Fee Schedule.

Price of the securities in your accounts

We strive to provide accurate and current prices for securities. However, because we use numerous information sources for pricing, we cannot guarantee pricing accuracy for securities. Please contact your Investment Advisor for the most current prices.

The Average Cost and Total Cost for long positions incorporates the book cost of your investment, comprised of, the total amount paid, transaction charges, commissions and fees, adjusted for any corporate actions, reinvested distributions and return of capital. The Average Cost and Total Cost for short positions incorporates the book cost of your investment comprised of the total amount received, net of any transaction charges, commissions and fees, adjusted for distributions (other than dividends), returns of capital and corporate actions. In addition to the commission or other fees applicable to the transaction, BMO Nesbitt Burns Inc. (or parties related to us) may earn revenue in accordance with the foreign conversion spread table in the Fee Schedule. Exchange rates are subject to change without notice and may vary according to the market, type of currency in which the trade is transacted, and the value of the gross amount of the trade. Book cost on transferred in securities reflects the book cost provided by the transferring institution, or if not provided, the market value on the date of the transfer.

Legend of Average Cost indicators

M   Market Value information was used to estimate part or all of the Average Cost for this security position; N/D   Average cost for this security holding cannot be determined; O   Market Value information as of October 2, 2015 was used to estimate part or all of the Average Cost for this security position.

Legend of Market Price Indicators

E   There is no active market for this security so we have estimated its market value; and N   We are unable to obtain a reliable market value for the security. Therefore, in accordance with our standard practice, the market value of the security is not determinable and has been set to zero. This does not mean that the security does not have a value but only that a value cannot be assigned at this time.

Valuations of the securities positions shown in this statement are provided by BMO Nesbitt Burns and are based on information and sources BMO Nesbitt Burns believes to be reliable. However, the market value cited may be subject to change and we cannot be held responsible if the actual market price differs from the said market price.

BMO Nesbitt Burns acted as principal in all transactions shown in this statement with the symbol " " in the "Description" column. In all other transactions, BMO Nesbitt Burns acted as agent.

Deferred Sales Charge (DSC)

Securities with "Deferred Sales Charge" in the security description may be subject to deferred sales charges when sold.

Investor protection

Client accounts are protected by the Canadian Investor Protection Fund (CIPF) within specified limits. A brochure describing the nature and limits of coverage is available upon request.

Preferred or Preferred Plus accounts, for Non-registered accounts are bank accounts at BMO Bank of Montreal®, a member of CDIC, and are eligible for deposit insurance from the CDIC, subject to maximum coverage limitations. Please visit the CDIC website for further information about coverage limits.

Securities held by BMO Nesbitt Burns Inc. in your Account as well as any cash held temporarily by BMO Nesbitt Burns Inc. for subsequent credit to the chequing/savings component of your Account are not deposits which are insured under the CDIC Act.

Insurance products

All insurance products, including segregated funds, are offered through BMO Estate Insurance Advisory Services Inc. by licensed life insurance agents, and, in Quebec, by financial security advisors.

Restricted share term abbreviations

NCI: Non-Certificate Issue (GIC/Mutual Funds); NVS: Non-Voting Shares; RS: Restricted Shares; RVS: Restricted Voting Shares; SUB: Subscription; SVS: Subordinate Voting Shares; WTS: Warrants; RTS: Rights; DSC: Deferred Sales Charge.

Operating Charges

Client households minimum annual fee = $500; Administration of RRSP/RRIF Fee: $125 per year; Administration of RESP/TFSA: $50 per year; Administration of Locked-In RRSP, LIRA, LIF, LRIF Fee: $62.50 per year; Transfer-out of Non-Registered or Registered Account: Fully and partial: $135 per account; Partial withdrawal of a Registered Account (excluding TFSA, LIF, LRIF and RRIF): $25 per request; Full Deregistration of a Registered Account (excluding TFSA): $100 per account. GST/PST/HST where applicable will be added to these fees.



Case 24-50792-hlb    Doc 1152    Entered 12/19/24 13:06:49    Page 8 of 10

Your Investment Report

**BMO Wealth Management**
BMO Nesbitt Burns

TFSA account #781-44038-17

August 31, 2022

## Important Information about your account (continued)

**You can always reach us.**

If you are unable to reach your BMO Nesbitt Burns Investment Advisor, the telephone number indicated on the front page of this statement will connect you with your BMO Private Wealth Market Leader.

Please record your BMO Private Wealth Market Leader telephone number for future reference.

A complete list of branches and contact information is available under "Contact Us" at www.bmonb.com.

**Sales Tax information**

The GST/HST registration number for BMO Nesbitt Burns Inc. is 103854261RT.

BMO Wealth Management is the brand name for a business group consisting of Bank of Montreal and certain of its affiliates, including BMO Nesbitt Burns Inc., in providing wealth management products and services. 'Nesbitt Burns is a registered trade-mark of BMO Nesbitt Burns Inc., a wholly-owned subsidiary of Bank of Montreal.
®/TM Registered trade-marks of Bank of Montreal, used under licence.

BMO Nesbitt Burns Inc. is a Member - Canadian Investor Protection Fund. Member of the Investment Industry Regulatory Organization of Canada.

**BMO Wealth Management**
BMO Nesbitt Burns

4038-17

ANTOINE RAMIA

August 31, 2022

REDACTED

## Account Summary

This table provides an overview of your account; including the opening and closing balance for the reporting period.

| Your Investments | Opening Value | Closing Value Aug 31, 2022 | Balance on Aug 31, 2022 (CAD$) |
|---|---|---|---|

You can access up-to-date account information online through BMO Nesbitt Burns Gateway at:
www.gateway.bmonesbittburns.com.
To register for Gateway, please contact your Investment Advisor.

Grand Total (CAD$)                                22,720.31

## We're here to help

We're dedicated to helping you succeed in meeting all of your wealth management goals. Call any member of our team referenced below if you have questions about Your TFSA Report.

PHILLIP ROGERS
Investment Advisor

Nova Centre
1400-1675 Grafton Street
Halifax, NS B3J 0E9



**IIROC** | Regulated by Investment Industry Regulatory Organization of Canada

BMO Nesbitt Burns Inc. is a Member of the Canadian Investor Protection Fund.

1 of 7

Case 24-50792-hlb  Doc 1152  Entered 12/19/24 13:06:49  Page 10 of 10



**BMO Wealth Management** — BMO Nesbitt Burns

4038-17

August 31, 2022

## Summary of your investments in Canadian dollars

Your Investor Profile

Equities 100.00%

| | | |
|---|---|---|
| Total | 22,720.31 | 100.00 |

Investments held in your account have been chosen based on objectives you selected on the Client Account Agreement. As your circumstances change, it is important to talk to your Investment Advisor about updating these objectives.

## Your Canadian Dollar Investments

All amounts are reported in Canadian Dollars.

### Your investment details

| | | Cost | | Market Value on August 31, 2022 | |
|---|---|---|---|---|---|
| | Quantity | Per Unit | Total | Per Unit | Total |
| **Equities** | | | | | |
| Equities and Options | | | | | |
| META MATLS INC COMMON STOCK - MMAT (See Bulletin board) | 20,000 | 1.260 | 25,191.60 | 1.136 | 22,720.00 |
| Equities and Options Subtotal | | | 25,191.60 | | 22,720.00 |
| Subtotal | | | 25,191.60 | | 22,720.00 |
| Total Canadian Dollar Investments | | | 25,191.91 | | 22,720.31 |

Average cost and market price indicator descriptions can be found in "Important information about your account".

3 of 7