NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials, Inc. | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

    James Joshua Oswald
    369 Mockingbird Lane
    Pike Road, Al. 36064

    Telephone Number: 334-657-7508

- ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.
- ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.
- ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 17 2024**
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor: Webull Financial LLC  Account # 5MR-50425-16 RR WEA | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
    James Joshua Oswald
    Webull Financial LLC 44 Wall Street 2nd Floor, New York, NY 10005

    Telephone Number: 1-888-828-0618

3. Date Equity Interest was acquired:
    Between 1/8/2021 — 1/26/2024
    See Attached Documentation

4. Total amount of member interest: 435 Shares for $69,895.34

5. Certificate number(s): See Attached Documentation

6. Type of Equity Interest:
    Please indicate the type of Equity Interest you hold:
    ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
    ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
    Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
    DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: James Joshua Oswald
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature)  12/15/2024  (Date)

Telephone number: 334-657-7508     email: jjoswald6@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**Proof of Interest Supplemental Information**  4 SHEETS TOTAL

**Case: 24-50792 Meta Materials, Inc.**

**For: James Joshua Oswald**

**Broker: Webull Financial LLC**

**Account Number: 5MR-50425-16 RR WEA**

| Company | CUSIP | Transaction Date | Shares Purchased | Shares Sold | Price Per Share | Total Cost Per Transaction Invested | Total Cost Per Transactioon Recovered |
|---|---|---|---|---|---|---|---|
| Meta Materials Inc. | 59134N104 | 1-26-2024 | 3,500 | | .0583 | $204.05 | |
| Meta Materials Inc. | 59134N104 | 12-11-2023 | 10,000 | | .0697 | $697.00 | |
| Meta Materials Inc. | 59134N104 | 5-16-2023 | 800 | | .2039 | $163.14 | |
| Meta Materials Inc. | 59134N104 | 5-8-2023 | 4,700 | | .2290 | $1,076.30 | |
| Meta Materials Inc. | 59134N104 | 5-2-2023 | 2,400 | | .1879 | $450.96 | |
| Meta Materials Inc. | 59134N104 | 4-19-2023 | 2,100 | | .2098 | $440.58 | |
| Meta Materials Inc. | 59134N104 | 4-14-2023 | 250 | | .2201 | $55.03 | |
| Meta Materials Inc. | 59134N104 | 4-14-2023 | 1,250 | | .2214 | $276.75 | |
| Meta Materials Inc. | 59134N104 | 4-14-2023 | 800 | | .2188 | $175.04 | |
| Meta Materials Inc. | 59134N104 | 4-14-2023 | 2,750 | | .2230 | $613.25 | |
| Meta Materials Inc. | 59134N104 | 4-14-2023 | 850 | | .2196 | $186.66 | |
| Meta Materials Inc. | 59134N104 | 4-14-2023 | 1,700 | | .2219 | $377.23 | |
| Meta Materials Inc. | 59134N104 | 4-14-2023 | 500 | | .2170 | $108.50 | |
| Meta Materials Inc. | 59134N104 | 3-21-2023 | 900 | | .5370 | $515.70 | |
| Meta Materials Inc. | 59134N104 | 3-21-2023 | 1,000 | | .5550 | $555.00 | |

| Name | CUSIP | Date | Shares Bought | Shares Sold | Price | Cost | Proceeds |
|---|---|---|---|---|---|---|---|
| Meta Materials Inc. | 59134N104 | 1-19-2023 | | 2,750 | .96 | | $2,640.00 |
| Meta Materials Inc. | 59134N104 | 1-18-2023 | | 250 | 1.03 | | $257.53 |
| Meta Materials Inc. | 59134N104 | 11-23-2022 | 1,350 | | 1.82 | $2,456.87 | |
| Meta Materials Inc. | 59134N104 | 11-23-2022 | 1,650 | | 1.819 | $3,001.85 | |
| Meta Materials Inc. | 59134N104 | 11-30-2021 | 760 | | 3.68 | $2,796.80 | |
| Meta Materials Inc. | 59134N104 | 11-29-2021 | 740 | | 3.77 | $2,789.80 | |
| Meta Materials Inc. | 59134N104 | 11-26-2021 | 500 | | 3.949 | $1,974.55 | |
| Meta Materials Inc. | 59134N104 | 8-13-2021 | 200 | | 3.30 | $660.00 | |
| Meta Materials Inc. | 59134N104 | 8-11-2021 | 300 | | 3.40 | $1,020.00 | |
| Meta Materials Inc. | 59134N104 | 8-10-2021 | 500 | | 3.579 | $1,789.60 | |
| Meta Materials Inc. | 59134N104 | 7-13-2021 | 200 | | 4 | $800.00 | |
| Meta Materials Inc. | 59134N104 | 7-13-2021 | 320 | | 3.75 | $1,200.00 | |
| Meta Materials Inc. | 59134N104 | 7-7-2021 | 235 | | 6.06 | $1,424.10 | |
| Meta Materials Inc. | 59134N104 | 7-1-2021 | 245 | | 7.32 | $1,793.40 | |
| **Meta Materials Inc. Shares Purchased After 2:1 Reverse Split on 6-25-2021** | | | **40,500** | **3,000** | | **$27,602.16** | **$2,897.53** |

| Name | CUSIP | Date | Shares Bought | Shares Sold | Price | Cost | Proceeds |
|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources Inc. | 89102U103 | 6-22-2021 | 1,000 | | 8.96 | $8,960.00 | |
| Torchlight Energy Resources Inc. | 89102U103 | 6-18-2021 | 810 | | 5.45 | $4,413.61 | |
| Torchlight Energy Resources Inc. | 89102U103 | 6-18-2021 | 190 | | 5.45 | $1,035.50 | |
| Torchlight Energy Resources Inc. | 89102U103 | 6-16-2021 | 100 | | 5.46 | $546.00 | |
| Torchlight Energy Resources Inc. | 89102U103 | 6-16-2021 | 175 | | 5.57 | $974.75 | |
| Torchlight Energy Resources Inc. | 89102U103 | 6-16-2021 | 175 | | 5.65 | $988.75 | |
| Torchlight Energy Resources Inc. | 89102U103 | 6-15-2021 | 475 | | 4.89 | $2,322.75 | |

| Torchlight Energy Resources Inc. | 89102U103 | 6-15-2021 | 1,400 | | 4.74 | $6,636.00 | |
|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources Inc. | 89102U103 | 6-14-2021 | 525 | | 3.36 | $1,764.00 | |
| Torchlight Energy Resources Inc. | 89102U103 | 6-14-2021 | 650 | | 3.42 | $2,223.00 | |
| Torchlight Energy Resources Inc. | 89102U103 | 6-10-2021 | 25 | | 2.96 | $74.00 | |
| Torchlight Energy Resources Inc. | 89102U103 | 6-9-2021 | 475 | | 3.15 | $1,496.25 | |
| Torchlight Energy Resources Inc. | 89102U103 | 6-7-2021 | 150 | | 3.07 | $460.50 | |
| Torchlight Energy Resources Inc. | 89102U103 | 6-2-2021 | 350 | | 2.85 | $997.50 | |
| Torchlight Energy Resources Inc. | 89102U103 | 2-19-2021 | 91 | | 3.03 | $275.73 | |
| Torchlight Energy Resources Inc. | 89102U103 | 2-19-2021 | 1,000 | | 2.94 | $2,940.00 | |
| Torchlight Energy Resources Inc. | 89102U103 | 2-19-2021 | 1,000 | | 2.939 | $2,939.00 | |
| Torchlight Energy Resources Inc. | 89102U103 | 2-8-2021 | 563 | | 1.469 | $827.11 | |
| Torchlight Energy Resources Inc. | 89102U103 | 1-26-2021 | 1,294 | | 1.950 | $2,523.30 | |
| Torchlight Energy Resources Inc. | 89102U103 | 1-22-2021 | 1,551 | | 1.80 | $2,791.80 | |
| Torchlight Energy Resources Inc. | 89102U103 | 1-8-2021 | 1 | | 1.16 | $1.16 | |

**Share Purchased Before 2:1 Reverse Split on 6-25-2021**     12,000     $45,190.71

| Total Invested | Total Recovered |
|---|---|
| $72,792.87 | $2,897.53 |

## Totals of Above Information

| | |
|---|---:|
| Shares After 2:1 Reverse Split From Torchligh Energy Resource Inc. to Meta Materials Inc. on 6-25-2021 | 6,000 |
| Meta Materials Inc. Shares Purchased After 2:1 Reverse Split on 6-25-2021 | 40,500 |
| Total Shares sold After 2:1 Reverse Split on 6-25-2021 | (3,000) |
| Shares before 100:1 Reverse Split on 1-29-2024 | 43,500 |
| Shares Held After 100:1 Reverse Split on 1-29-2024    (Shares Currently Holding) | 435 |
| Total Invested Minus Total Recovered   ($72,792.87-$2,897.53)    (Monies Currently Invested) | $69,895.34 |