NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: META MATERIALS INC. | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

    ROMICHELLEAH D. O'SANTOS
    5116 HARTWICK ST.
    L.A. CA 90041

    Telephone Number: 323 482 8578

   - ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.
   - ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.
   - ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC 17 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: 0370 - 9029

Check here if this claim:
- ☐ replaces a previously filed Proof of Interest dated: _____
- ☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   ROMICHELLEAH D. O'SANTOS
   CHARLES SCHWAB
   P.O. BOX 629030 - EL DORADO HILLS CA 95762
   Telephone Number: 1 800-669-3900

3. Date Equity Interest was acquired:
   05/2021 - 07/2021
   -9030

4. Total amount of member interest: 16 SHARES FOR $11,498.13

5. Certificate number(s): SEE ATTACHED DOC.

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: ROMICHELLEAH D. O'SANTOS
   Title:
   Company: Address and telephone number (if different from notice address above):

   (Signature) ROMICHELLEAH D. O'SANTOS    (Date) 12/14/2024
   Telephone number: 323 482 8578    Email: miosroma@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form    Save Form    Clear Form



Schwab One® Account of

ROMICHELLEAH OSANTOS

| | |
|---|---|
| Account Number | Statement Period |
| 6370-9029 | November 1-30, 2024 |

## Account Summary

Ending Account Value as of 11/30  
**$4.72**

Beginning Account Value as of 11/01  
**$7.72**



| | This Statement | |
|---|---:|---:|
| Beginning Value | $7.72 | $0 |
| Deposits | 0.00 | 0 |
| Withdrawals | 0.00 | (36. |
| Dividends and Interest | 0.00 | 0 |
| Transfer of Securities | 0.00 | 130 |
| Market Appreciation/(Depreciation) | (3.00) | (90. |
| Expenses | 0.00 | 0 |
| **Ending Value** ʷ | **$4.72** | **$4** |

Account Ending Value reflects the market value of your cash and investments. It does not include pend transactions, unpriced securities or assets held outside Schwab's custody.

---

### Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

### Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

### Online Assistance

🌐 Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

ROMICHELLEAH OSANTOS
5116 HARTWICK ST
LOS ANGELES CA 90041-1513

11/29-00000-ID2221615-103838

Case 24-50792-hlb    Doc 1160    Entered 12/19/24 13:28:12    Page 3 of 8



Schwab One® Account of

ROMICHELLEAH OSANTOS

Statement Period
November 1-30, 2024

## Asset Allocation

Investment Objective: Growth

| | This Period |
|---|---|
| Cash and Cash Investments | (35.27) |
| Equities | 39.99 |
| **Total** | **$4.72** |
| Liabilities | (35.27) |

Liabilities such as margin balances and short positions are included in the Total as well as the current allocation %. If the asset class is negative (more liabilities than assets) the current allocation % will not be displayed.

## Income Summary



| | This Period | | YTD | |
|---|---|---|---|---|
| Federal Tax Status | Tax-Exempt | Taxable | Tax-Exempt | Tax |
| Cash Dividends | 0.00 | 0.00 | 0.00 | ( |
| **Total Income** | **$0.00** | **$0.00** | **$0.00** | **$(** |

## Gain or (Loss) Summary

| | Short-Term (ST) | | | Long-Term (LT) | | |
|---|---|---|---|---|---|---|
| | Gain | (Loss) | Net | Gain | (Loss) | Net |
| This Period | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Unrealized** | | | | | | **($12,231.10)** [1] |

Values may not reflect all of your gains/losses and may be rounded up to the nearest dollar; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Margin Loan Information

| Opening Margin Loan Balance | Closing Margin Loan Balance | Funds Available to Withdraw * | Securities Buying Power * |
|---|---|---|---|
| **($35.27)** | **($35.27)** | **$0.00** | **$0.00** |

Margin Loan Rates
Vary by Balance
**11.00% - 12.82%**

* Values include any cash plus the amount available using margin borrowing.
For more information about the margin feature, please visit schwab.com/margin.

## Positions - Summary

| Beginning Value as of 11/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | **Ending Value as of 11/30** | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $7.72 | | $0.00 | | $0.00 | | $0.00 | | ($3.00) | | **$4.72** | $12,656.34 [1] | ($12,231.10) [1] |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.



Schwab One® Account of

ROMICHELLEAH OSANTOS

Statement Period
November 1-30, 2024

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Int Yield |
|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | (35.27) | (35.27) | 0.00 | 0.42 | |
| **Total Cash and Cash Investments** | | | | | **($35.27)** | **($35.27)** | **$0.00** | | |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. A Inco |
|---|---|---|---|---|---|---|---|---|
| BLSP | BLUE SPHERE CORP | 105,100.0000 | 0.00010 | 10.51 | 661.35 | (650.84) | N/A | |
| MMATQ | META MATLS INC | 16.0000 | 0.06100 | 0.98 | 11,198.13 | (11,197.15) | N/A | |
| NEWH | NEWHYDROGEN INC | 10.0000 | 0.00365 | 0.04 | 7.48 | (7.44) | N/A | |
| OZSC | OZOP ENERGY SOLUTIONS IN | 3,000.0000 | 0.00075 | 2.25 | 366.95 | (364.70) | N/A | |
| PFE | PFIZER INC (M) | 1.0000 | 26.21000 | 26.21 | 37.18 | (10.97) | 6.4% | |
| **Total Equities** | | | | **$39.99** | **$12,271.09** | **($12,231.10)** | | **$1** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. A Inco |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 3,062.0000 | | | 385.25 | N/A | | |
| **Total Unpriced Securities** | | | | **$0.00** | **$385.25** | **$0.00** | | **$0** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI a the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.



Schwab One® Account of

ROMICHELLEAH OSANTOS

Statement Period
November 1-30, 2024

## Transactions - Summary

| Beginning Cash* as of 11/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ($35.27) | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | ($35.27) |

Other Activity  $0.00    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Bank Sweep Activity

| Date | Description | Amount | Date | Description | Amount | Date | Description | An |
|---|---|---|---|---|---|---|---|---|
| 11/01 | Beginning Balance X,Z | $0.00 | 11/30 | Ending Balance X,Z | $0.00 | 11/29 | Interest Rate *Z | 0. |

* Your interest period was 10/16/24 - 11/15/24.  Z

## Pending / Open Activity

| Activity Type | Date | Action | Symbol/ CUSIP | Description | Quantity | Market Price/ Rate per Share($) | Limit Price($) | Settle/ Payable Date | Expiration Date | Amo |
|---|---|---|---|---|---|---|---|---|---|---|
| Pending | 11/08 | Qual Div | PFE | PFIZER INC | 1.0000 | 0.4200 | | 12/02 | | |
| **Total Pending Transactions** | | | | | | | | | | $0 |

Pending transactions are not included in account value.

## Endnotes For Your Account

W   Excluding unpriced securities (see Investment Detail).

(M)   Denotes a security that is marginable. Some mutual fund or ETF investments may not be immediately marginable.

i   Value includes incomplete, missing or cost basis that is not tracked due to the security type. If cost basis is not available for an investment, you may be able to provide updates. For questions, please refer to the contact information on the first page of this statement.

X   Bank Sweep deposits are held at FDIC-insured Program Banks, which are listed in the Cash Features Disclosure Statement.

Z   For the Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period.

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:** This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any communication from any source other than Schwab which purports to represent your holdings at Sc

Romichelleah O'Santos

transactions (1)

| DATE | TRANSACTION ID | DESCRIPTION | QUANTITY | SYMBOL | PRICE | COMMISSION | AMOUNT | REG FEE |
|---|---|---|---|---|---|---|---|---|
| 05/12/2021 | 34767178007 | Bought 200 TRCH @ 1.9 | 200 | TRCH | 1.9 | 0 | -380 | |
| 05/18/2021 | 34892431979 | Bought 100 TRCH @ 2.1784 | 100 | TRCH | 2.1784 | 0 | -217.84 | |
| 05/24/2021 | 34979866903 | Bought 200 TRCH @ 2.26 | 200 | TRCH | 2.26 | 0 | -452 | |
| 05/24/2021 | 34979877251 | Bought 100 TRCH @ 2.26 | 100 | TRCH | 2.26 | 0 | -226 | |
| 06/07/2021 | 35288897741 | Bought 400 TRCH @ 3.1999 | 400 | TRCH | 3.1999 | 0 | -1279.96 | |
| 06/08/2021 | 35316008180 | Bought 1000 TRCH @ 3.2 | 1000 | TRCH | 3.2 | 0 | -3200 | |
| 06/15/2021 | 35478025413 | Bought 400 TRCH @ 4.79 | 400 | TRCH | 4.79 | 0 | -1916 | |
| 06/15/2021 | 35488304101 | Bought 450 TRCH @ 4.87 | 450 | TRCH | 4.87 | 0 | -2191.5 | |
| 06/16/2021 | 35518667139 | Bought 100 TRCH @ 6.22 | 100 | TRCH | 6.22 | 0 | -622 | |
| 06/16/2021 | 35518684327 | Bought 50 TRCH @ 6.1599 | 50 | TRCH | 6.1599 | 0 | -308 | |
| 06/28/2021 | 35760625674 | MANDATORY REORGANIZATION FEE (TRCH) | | TRCH | | | -38 | |
| 06/28/2021 | 35760625670 | MANDATORY REVERSE SPLIT (TRCH) | 3000 | TRCH | | | 0 | |
| ***END OF FILE*** | | | | | | | | |

1

📧 Search results for 1/1/2021 to 12/31/2021

| Date/Time | Description | Amount | Commission | Reg Fee | Details |
|---|---|---|---|---|---|
| 01/04/2021 11:18:19 | CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | 50.00 | 0.00 | 0.00 | |
| 01/06/2021 12:21:59 | Bought 10 BSRC @ 0.0534 | -7.48 | 6.95 | 0.00 | |
| 01/06/2021 12:23:57 | Bought 1 PFE @ 37.1842 | -37.18 | 0.00 | 0.00 | |
| 03/05/2021 01:11:02 | QUALIFIED DIVIDEND (PFE) | 0.39 | 0.00 | 0.00 | |
| 03/18/2021 03:41:56 | CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | 5.00 | 0.00 | 0.00 | |
| 04/16/2021 16:40:43 | CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | 400.00 | 0.00 | 0.00 | |
| 04/27/2021 09:49:21 | Bought 3000 OZSC @ 0.12 | -366.95 | 6.95 | 0.00 | |
| 04/30/2021 08:57:10 | MANDATORY - NAME CHANGE (BSRC) | 0.00 | 0.00 | 0.00 | |
| 04/30/2021 08:57:10 | MANDATORY - NAME CHANGE (NEWH) | 0.00 | 0.00 | 0.00 | |
| 05/06/2021 03:08:02 | CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | 300.00 | 0.00 | 0.00 | |
| 05/06/2021 14:47:12 | Bought 100 BLSP @ 0.006 | -7.55 | 6.95 | 0.00 | |
| 05/10/2021 05:15:46 | CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | 400.00 | 0.00 | 0.00 | |
| 05/10/2021 14:41:28 | Bought 55000 BLSP @ 0.006 | -336.95 | 6.95 | 0.00 | |
| 05/12/2021 09:30:02 | Bought 200 TRCH @ 1.9 | -380.00 | 0.00 | 0.00 | |
| 05/17/2021 11:44:35 | CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | 300.00 | 0.00 | 0.00 | |
| 05/18/2021 05:10:06 | CLIENT REQUESTED ELECTRONIC FUNDING RECEIPT (FUNDS NOW) | 500.00 | 0.00 | 0.00 | |

View year: 2023 2022 2021 2020

View dates: Jan. v  1 v  2021 v  to:  Dec. v  31 v  2021 v
You can search a date range of up to one year.

Sweeps: ☑ Hide sweeps
Sweeps are uninvested cash transactions that move in and out of cash alternatives.

**Looking for tax documents?**
To find 1099s and other tax documents, go to the Tax Center.

View or Download

### Search results for 1/1/2021 to 12/31/2021

| Date/Time | Description | Amount | Commission | Reg Fee | Details |
|---|---|---|---|---|---|
| 05/12/2021 09:30:02 | Bought 200 TRCH @ 1.9 | -380.00 | 0.00 | 0.00 | |
| 05/18/2021 15:35:04 | Bought 100 TRCH @ 2.1784 | -217.84 | 0.00 | 0.00 | |
| 05/24/2021 09:32:20 | Bought 200 TRCH @ 2.26 | -452.00 | 0.00 | 0.00 | |
| 05/24/2021 09:32:20 | Bought 100 TRCH @ 2.26 | -226.00 | 0.00 | 0.00 | |
| 06/07/2021 12:24:16 | Bought 400 TRCH @ 3.1999 | -1,279.96 | 0.00 | 0.00 | |
| 06/08/2021 08:03:17 | Bought 1000 TRCH @ 3.2 | -3,200.00 | 0.00 | 0.00 | |
| 06/15/2021 09:30:00 | Bought 400 TRCH @ 4.79 | -1,916.00 | 0.00 | 0.00 | |
| 06/15/2021 17:16:51 | Bought 450 TRCH @ 4.87 | -2,191.50 | 0.00 | 0.00 | |
| 06/16/2021 10:53:37 | Bought 100 TRCH @ 6.22 | -622.00 | 0.00 | 0.00 | |
| 06/16/2021 10:54:29 | Bought 50 TRCH @ 6.1599 | -308.00 | 0.00 | 0.00 | |
| 06/28/2021 07:16:26 | MANDATORY REORGANIZATION FEE (TRCH) | -38.00 | 0.00 | 0.00 | |
| 06/28/2021 07:31:51 | MANDATORY REVERSE SPLIT (TRCH) | 0.00 | 0.00 | 0.00 | |