NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: Meta Materials INC

Case Number: 24-50792 hlb

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

David & Sheree Sesok
1168 Morning Star Drive
Allentown PA 18106

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number: 610-841-8425

**RECEIVED AND FILED**
DEC 17 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
Z20244461

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
David & Sheree Sesok c/o Fidelity Investments
900 Salem Street
Smithfield RI 02917
Telephone Number: 1-800-343-3548

3. Date Equity Interest was acquired:
7-30-21

4. Total amount of member interest: 42,613 shares for 3,525 or see supplement

5. Certificate number(s): See attached

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest.
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: David & Sheree Sesok
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) David Sesok  Sheree Sesok   (Date) 12/15/2024

Telephone number: 610-841-8425   email: shersesok@aol.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

PURCHASED 42,613 SHARES ON 7/30/21

AFTER ALL SPLITS

I CURRENTLY HOLD ONLY 543 SHARES WITH COST BASIS OF $327.73 PER SHARE

~~NEVER SOLD~~ SOLD 100 SHARES NOT INCLUDED IN TOTAL PURCHASE

OVER $177,000 LOSS



# Positions

## All accounts



David Sesok + Sheree Sesok

Overview ⌄



As of Dec-14-2024 8:15 p.m. ET

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|---|---|---|---|---|---|---|---|---|
| **Trading** Z20244461 | | | | | | | | |
| **SPAXX** HELD IN MONEY MAR... | | | | $5.30 | 100.00% | | | |
| **MMATQ** META MATERIALS INC... | $0.00 | $0.00 0.00% | -$177,956.73 -100.00% | $0.00 | 0.00% | 543 | ⓦ $177,956.73 $327.73 / Share | |
| **78699D491** NEXT BRIDGE HYDRO... | — — | — — | — — | — | 0.00% | 4,932 | $14,278.14 $2.90 / Share | |
| **Account Total** | | $0.00¹ 0.00% | -$177,956.73 -100.00% | $5.30 | | | | |

Securities Priced Today    $0.00
Securities Not Priced Today    $0.00

Some securities, such as mutual funds, are not priced until after the market closes.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Checking** Z05774187 | | | | | | | | |
| **CORE** FDIC-INSURED DEPO... | | | | $1.26 | 100.00% | | | |
| **Account Total** | | $0.00¹ 0.00% | $0.00 0.00% | $1.26 | | | | |

Securities Priced Today    $0.00
Securities Not Priced Today    $0.00

Some securities, such as mutual funds, are not priced until after the market closes.

Feedback



| | |
|---|---|
| | Transaction Confirmation<br>Confirm Date: July 28, 2021 |
| | Brokerage Account Number<br>*****4461 JOINT - WITH RIGHTS OF SURVIVORSHIP    Z20244461<br>DAVID SESOK |

Page 1 of 2

9900177000

DAVID SESOK
SHEREE SESOK
1168 MORNING STAR DR
ALLENTOWN PA 18106-8762

Online — Fidelity.com
FAST(sm)-Automated Telephone — 800-544-5555
Customer Service — 800-544-6666

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21209-0D9FTS | 1* | WO# | 07-28-21 | 07-30-21 | 59134N104 | 21209-GOGGN | | |

You Bought     30,200     at     3.5300
Symbol: MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount     106,606.00
Settlement Amount    106,606.00

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21209-0D9FTX | 1* | WO# | 07-28-21 | 07-30-21 | 59134N104 | 21209-GOGGN | | |

You Bought     6,561     at     3.5295
Symbol: MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

Principal Amount     23,157.05
Settlement Amount    23,157.05

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE                         9900177000

---

DAVID SESOK
SHEREE SESOK
1168 MORNING STAR DR
ALLENTOWN PA 18106-8762

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****4461   only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099   0Z20244461    00    000

Transaction Confirmation  Page 2 of 2
Confirm Date: July 28, 2021

Brokerage Account Number
*****4461 JOINT - WITH RIGHTS OF SURVIVORSHIP

DAVID SESOK

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21209-0D9FVD | 1* | WO# | 07-28-21 | 07-30-21 | 59134N104 | 21209-GOGGN | | |
| You Bought<br>at<br>Symbol:<br>MMAT | | 2,059<br>3.5150 | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7<br>WE HAVE ACTED AS AGENT.<br>PARTIAL EXECUTION | | | Principal Amount<br>Settlement Amount | | 7,237.39<br>7,237.39 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21209-0D9FVG | 1* | WO# | 07-28-21 | 07-30-21 | 59134N104 | 21209-GOGGN | | |
| You Bought<br>at<br>Symbol:<br>MMAT | | 3,793<br>3.5200 | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7<br>WE HAVE ACTED AS AGENT.<br>PARTIAL EXECUTION | | | Principal Amount<br>Settlement Amount | | 13,351.36<br>13,351.36 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21209-0D91GH | 1* | WO# | 07-28-21 | 07-30-21 | 59134N104 | 21209-G1FLQ | | |
| You Sold<br>at<br>Symbol:<br>MMAT | | 101<br>3.5060 | DESCRIPTION and DISCLOSURES<br>META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7<br>WE HAVE ACTED AS AGENT.<br>LOTS WITHOUT SPECIFIC SHARES<br>INSTRUCTIONS WILL BE DEPLETED USING<br>FIRST IN, FIRST OUT METHOD. | | | Principal Amount<br>Activity Assessment Fee<br>Settlement Amount | | 354.11<br>0.01<br>354.10 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900177000

**REMITTANCE COUPON**