NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA** | **PROOF OF INTEREST**

Name of Debtor: META MATERIALS INC

Case Number: 24 50792 hlb

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

STACIE BLATZ
2634 FIELDVIEW DR
MACUNGIE PA 18062

Telephone Number: 908 380 7647

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 17 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: X85986641 AND Z 20213609

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: ____________
☐ amends a previously filed Proof of Interest dated: ____________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
STACIE BLATZ C/O FIDELITY INVEST
900 SALEM ST
SMITHFIELD RI 02917
**Telephone Number:** 800 343 3548

3. **Date Equity Interest was acquired:** 3-18-21 TO 4-19-23

4. **Total amount of member interest:** 700 @ $69.65 $ 48,74250

5. **Certificate number(s):** SEE ATTACHED

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor.
☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: STACIE BLATZ
Title: ____________
Company:___ Address and telephone number (if different from notice address above):

Stacie Blatz (Signature) 12-15-2024 (Date)

Telephone number: 908-380-7647 email: ssblatz@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

BOUGHT MMAT ACQUIRED SOME THROUGH TORCH MERGER

AFTER SPLITS 700 SHARES @ $69.65 PER SHARE COST

48757.50 LOSS



## Positions

Stacie Blatz

# All accounts

Overview

As of Dec-14-2024 8:34 p.m. ET

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|---|---|---|---|---|---|---|---|---|
| **TRADING** X85986641 | | | | | | | | |
| **SPAXX** HELD IN MONEY MAR... | | | | $18.38 | 100.00% | | | |
| **04599D597** ASIA BROADBAND IN... | – – | – – | – – | – | 0.00% | 112 | – – | – |
| **MMATQ** META MATERIALS INC... | – $0.00 | $0.00 0.00% | -$48,757.50 -100.00% | $0.00 | 0.00% | 700 | W $48,757.50 $69.65 / Share | – |
| **Account Total** | | $0.00 0.00% | -$48,757.50 -100.00% | $18.38 | | | | |

Securities Priced Today **$0.00**

Securities Not Priced Today **$0.00**

Some securities, such as mutual funds, are not priced until after the market closes.

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|---|---|---|---|---|---|---|---|---|
| **CHECKING** Z20213609 | | | | | | | | |
| **78699D491** NEXT BRIDGE HYDRO... | – – | – – | – – | – | – | 809 | $2,342.06 $2.90 / Share | |
| **Account Total** | | $0.00 0.00% | $0.00 0.00% | $0.00 | | | | |

Securities Priced Today **$0.00**

Securities Not Priced Today **$0.00**

Some securities, such as mutual funds, are not priced until after the market closes.

Feedback

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|---|---|---|---|---|---|---|---|---|
| **Grand Total** | | $0.00 0.00% | -$48,757.50 -100.00% | $18.38 | | | | |

| | |
|---|---|
| Securities Priced Today | $0.00 |
| Securities Not Priced Today | $0.00 |

Some securities, such as mutual funds, are not priced until after the market closes.

## Important Information

The price of one or more positions has not been updated today and is currently displaying the price from the prior market day. Today's gain/loss data resets daily before the market opens. Some securities, such as mutual funds, are priced once a day, after the market closes.

Ⓦ Adjusted due to previous wash sale disallowed loss. If you sell shares at a loss and you purchase additional shares of the same or a substantially identical security (in the same or a different account) within the 61 day period that begins 30 days before and ends 30 days after the sale, the purchase may result in a wash sale. If a wash sale occurs, the loss from the transaction should be "disallowed" for tax purposes, and the amount of the loss should be added to the cost basis of the newly-purchased shares. Unless otherwise requested or noted, Fidelity adjusts cost basis information related to newly-purchased shares when a wash sale occurs within an account as the result of an identical security purchase. Fidelity does not report disallowed losses or adjust cost basis information related to wash sales triggered by sales and purchases of the same security within different accounts or by sales and purchases of substantially identical securities within the same or different accounts. Fidelity does not apply any wash sale rules to tax lots with customer or 3rd-party provided cost basis. You must check your own records across all of your Fidelity and non-Fidelity accounts to ensure that you are correctly accounting for losses related to any wash sales.

Ⓔ Indicates an Earnings event exists within 5 calendar days. Earnings beat or miss is based on the actual earnings compared to the I/B/E/S consensus estimate.

Ⓓ Indicates a Dividend or Capital Gains Distribution exists.

The price of one or more positions has not been updated today and is currently displaying the price from the prior market day. Today's gain/loss data resets daily before the market opens. Some securities, such as mutual funds, are priced once a day, after the market closes.

Content and data provided by various third parties and Fidelity. Terms of Use

**Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted, and investors should visit the performance page for most recent month-end performance.**



# Transaction Confirmation
Confirm Date: July 19, 2021

Brokerage Account Number
*****6641 INDIVIDUAL - TOD

STACIE BLATZ X85986641

9900132685

STACIE BLATZ
2634 FIELDVIEW DR
MACUNGIE PA 18062-8416

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21200-0CJRZS | 1* | WK# | 07-19-21 | 07-21-21 | 59134N104 | 21200-CRSCD | | |

You Bought 85 at 3.4080
Symbol: MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

| | |
|---|---|
| Principal Amount | 289.68 |
| Settlement Amount | 289.68 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE 9900132685

STACIE BLATZ
2634 FIELDVIEW DR
MACUNGIE PA 18062-8416

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****6641 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

099 0X85986641 00 000



**Transaction Confirmation**
**Confirm Date: August 17, 2021**

Brokerage Account Number
*****6641 INDIVIDUAL - TOD

STACIE BLATZ X85986641

9900098114

STACIE BLATZ
2634 FIELDVIEW DR
MACUNGIE PA 18062-8416

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21229-0DR9CS | 1* | WO# | 08-17-21 | 08-19-21 | 59134N104 | 21229-GSMRV | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 5.86 |
| | 2 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 5.86 |
| at | 2.9278 | WE HAVE ACTED AS AGENT. | | |
| Symbol: MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900098114

STACIE BLATZ
2634 FIELDVIEW DR
MACUNGIE PA 18062-8416

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****6641 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

099 0X85986641 00 000

**Transaction Confirmation**
**Confirm Date: September 21, 2021**

Brokerage Account Number
*****6641 INDIVIDUAL - TOD

STACIE BLATZ

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21264-0CGZCQ | 1* | WO# | 09-21-21 | 09-23-21 | 59134N104 | 21264-C6KSQ | | |

You Bought 1,422 at 4.9156
Symbol : MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

| | |
|---|---|
| Principal Amount | 6,989.98 |
| Settlement Amount | 6,989.98 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21264-0CHGCZ | 1* | WO# | 09-21-21 | 09-23-21 | 59134N104 | 21264-C64HG | | |

You Bought 2 at 4.9050
Symbol : MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

| | |
|---|---|
| Principal Amount | 9.81 |
| Settlement Amount | 9.81 |



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 17, 2023**

Page 1 of 1

Brokerage Account Number
*****6641 INDIVIDUAL - TOD

STACIE BLATZ X85986641

9900080981

STACIE BLATZ
2634 FIELDVIEW DR
MACUNGIE PA 18062-8416

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23107-1C7B7B | 1* | WZ# | 04-17-23 | 04-19-23 | 59134N104 | 23107-HD7A1 | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 7,999.40 |
| | 37,000 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 7,999.40 |
| at | .2162 | WE HAVE ACTED AS AGENT. | | |
| Symbol : MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900080981

STACIE BLATZ
2634 FIELDVIEW DR
MACUNGIE PA 18062-8416

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****6641 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: July 31, 2023**

Brokerage Account Number
*****6641 INDIVIDUAL - TOD

STACIE BLATZ X85986641

9900087986

STACIE BLATZ
2634 FIELDVIEW DR
MACUNGIE PA 18062-8416

| | | |
|---|---|---|
| Online | | Fidelity.com |
| FAST®-Automated Telephone | | 800-544-5555 |
| Customer Service | | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23212-1BHFSK | 1* | WZ# | 07-31-23 | 08-02-23 | 59134N104 | 23212-G1GOM | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 3,000 | META MATERIALS INC COM | Principal Amount | 689.70 |
| at | .2299 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 689.70 |
| Symbol : MMAT | | WE HAVE ACTED AS AGENT. | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900087986

STACIE BLATZ
2634 FIELDVIEW DR
MACUNGIE PA 18062-8416

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****6641 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

099 0X85986641 00 000

**Transaction Confirmation**
**Confirm Date: March 18, 2021**

Brokerage Account Number
*****6641 INDIVIDUAL - TOD

STACIE BLATZ

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21077-0JJM6Q | 1* | WK# | 03-18-21 | 03-22-21 | 89102U103 | 21077-LCJXX | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 300 | TORCHLIGHT ENERGY RESOURCES INC<br>WE HAVE ACTED AS AGENT.<br>THIS NOTICE IS PROVIDED TO YOU, IN LIEU OF THE FINAL PROSPECTUS, PURSUANT TO SECURITIES ACT RULE 173. TO THE EXTENT THE SALE WAS MADE PURSUANT TO A REGISTRATION STATEMENT OR IN A TRANSACTION IN WHICH A FINAL PROSPECTUS WOULD HAVE BEEN REQUIRED TO HAVE BEEN DELIVERED IN THE ABSENCE OF SECURITIES ACT RULE 172. YOU CAN VIEW THE FINAL PROSPECTUS AT WWW.SEC.GOV, OR YOU MAY REQUEST A PAPER COPY BY CALLING 866-602-4402. | Principal Amount<br>Settlement Amount | 651.00<br>651.00 |
| at | 2.1700 | | | |
| Symbol:<br>TRCH | | | | |

9900127397

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE



Transaction Confirmation
Confirm Date: March 30, 2021

Brokerage Account Number
*****6641 INDIVIDUAL - TOD

STACIE BLATZ

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 21089-0DCBJK | 1* | WK# | 03-30-21 | 04-01-21 | 42226N109 | 21089-FGQCB |

You Sold 37,500 at .00115
Symbol : HCMC

DESCRIPTION and DISCLOSURES
HEALTHIER CHOICES MGMT CORP COM
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING FIRST IN, FIRST OUT METHOD.

| | |
|---|---|
| Principal Amount | 43.13 |
| Activity Assessment Fee | 0.01 |
| Settlement Amount | 43.12 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 21089-0BT8CZ | 1* | WZ# | 03-30-21 | 04-01-21 | 874070207 | 21089-BWFLC |

You Bought 30 at 30.7200
Symbol : TKAT

DESCRIPTION and DISCLOSURES
TAKUNG ART CO LTD COM USD0.001 (POST REV SPLIT)
WE HAVE ACTED AS AGENT.

| | |
|---|---|
| Principal Amount | 921.60 |
| Settlement Amount | 921.60 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 21089-0BW4LK | 1* | WK# | 03-30-21 | 04-01-21 | 89102U103 | 21089-BOR1G |

You Bought 200 at 1.8000
Symbol : TRCH

DESCRIPTION and DISCLOSURES
TORCHLIGHT ENERGY RESOURCES INC
WE HAVE ACTED AS AGENT.

| | |
|---|---|
| Principal Amount | 360.00 |
| Settlement Amount | 360.00 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 21089-0DCDFP | 1* | WK# | 03-30-21 | 04-01-21 | 89324A109 | 21089-FGMBB |

You Sold 10,000 at .0044
Symbol : TGGI

DESCRIPTION and DISCLOSURES
TRANS GLOBAL GROUP INC
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING FIRST IN, FIRST OUT METHOD.

| | |
|---|---|
| Principal Amount | 44.00 |
| Activity Assessment Fee | 0.01 |
| Settlement Amount | 43.99 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE



**Transaction Confirmation**
**Confirm Date: June 14, 2021**

Brokerage Account Number
*****6641 INDIVIDUAL - TOD

STACIE BLATZ

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21165-0DX34P | 1* | L## | 06-14-21 | 06-15-21 | 5065219KI | 21165-GT4KG | | |

You Sold 2 at .2200
Symbol : QS210716C55

DESCRIPTION and DISCLOSURES
CALL (QS) QUANTUMSCAPE CORP
JUL 16 21 $55 (100 SHS)
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING FIRST IN, FIRST OUT METHOD.
PARTIAL EXECUTION CLOSING TRANSACTION

| | |
|---|---|
| Principal Amount | 44.00 |
| Commission / Fees | 1.30 |
| Activity Assessment Fee | 0.08 |
| Settlement Amount | 42.62 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21165-0BV6ZM | 1* | WZ# | 06-14-21 | 06-16-21 | 89102U103 | 21165-BWFZF | | |

You Bought 131 at 3.3100
Symbol : TRCH

DESCRIPTION and DISCLOSURES
TORCHLIGHT ENERGY RESOURCES INC
WE HAVE ACTED AS AGENT.

| | |
|---|---|
| Principal Amount | 433.61 |
| Settlement Amount | 433.61 |

9900110152

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

**REMITTANCE COUPON**



**Transaction Confirmation**
**Confirm Date: June 15, 2021**

Brokerage Account Number
*******6641 INDIVIDUAL - TOD**

**STACIE BLATZ**

9900100993

STACIE BLATZ
2634 FIELDVIEW DR
MACUNGIE PA 18062-8416

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 21166-0BWRBD | 1* | WZ# | 06-15-21 | 06-17-21 | 89102U103 | 21166-BV5XC |

You Bought 158 at 4.7100
Symbol : TRCH

DESCRIPTION and DISCLOSURES
TORCHLIGHT ENERGY RESOURCES INC
WE HAVE ACTED AS AGENT.

| | |
|---|---|
| Principal Amount | 744.18 |
| Settlement Amount | 744.18 |

9900100993 ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

STACIE BLATZ
2634 FIELDVIEW DR
MACUNGIE PA 18062-8416

If you are eligible to make a deposit, please use this form for investments in your brokerage account *******6641** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

099 0X85986641 00 000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 16, 2022**

Page 1 of 1

Brokerage Account Number
*****3609 INDIVIDUAL - TOD

STACIE BLATZ Z20213609

9900169017

STACIE BLATZ
2634 FIELDVIEW DR
MACUNGIE PA 18062-8416

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22047-0DBDKC | 1* | WO# | 02-16-22 | 02-18-22 | 59134N104 | 22047-GGLHB | | |

DESCRIPTION and DISCLOSURES

| | | | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 324.23 |
| | 165 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 324.23 |
| at | 1.9650 | WE HAVE ACTED AS AGENT. | | |
| Symbol : MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE 9900169017

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STACIE BLATZ
2634 FIELDVIEW DR
MACUNGIE PA 18062-8416

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3609 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

099 0Z20213609 00 000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 17, 2022**

Brokerage Account Number
*****3609 INDIVIDUAL - TOD

STACIE BLATZ Z20213609

9900184131

STACIE BLATZ
2634 FIELDVIEW DR
MACUNGIE PA 18062-8416

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 22048-0BWTRP | 1* | WO# | 02-17-22 | 02-22-22 | 59134N104 | 22048-B7ZHV |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 320.10 |
| | 165 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 320.10 |
| at | 1.9400 | WE HAVE ACTED AS AGENT. | | |
| Symbol : MMAT | | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 22048-0BW1PG | 1* | WO# | 02-17-22 | 02-22-22 | 59134N104 | 22048-B8TTD |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 318.45 |
| | 165 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 318.45 |
| at | 1.9300 | WE HAVE ACTED AS AGENT. | | |
| Symbol : MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900184131

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STACIE BLATZ
2634 FIELDVIEW DR
MACUNGIE PA 18062-8416

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3609 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

099 0Z20213609 00 000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 22, 2022**

Page 1 of 1

Brokerage Account Number
*******3609 INDIVIDUAL - TOD**

**STACIE BLATZ** Z20213609

9900226204

STACIE BLATZ
2634 FIELDVIEW DR
MACUNGIE PA 18062-8416

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22053-0FR7NC | 1* | WO# | 02-22-22 | 02-24-22 | 59134N104 | 22053-HNS7X | | |

You Bought 3,570 at 1.6799
Symbol : MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

| | |
|---|---|
| Principal Amount | 5,997.24 |
| Settlement Amount | 5,997.24 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22053-0FSNXR | 1* | WO# | 02-22-22 | 02-24-22 | 59134N104 | 22053-HPDBN | | |

You Bought 2 at 1.6749
Symbol : MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

| | |
|---|---|
| Principal Amount | 3.35 |
| Settlement Amount | 3.35 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE 9900226204

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STACIE BLATZ
2634 FIELDVIEW DR
MACUNGIE PA 18062-8416

If you are eligible to make a deposit, please use this form for investments in your brokerage account *******3609** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: June 29, 2022**

Page 1 of 1

Brokerage Account Number
*****3609 INDIVIDUAL - TOD

STACIE BLATZ Z20213609

9900121665

STACIE BLATZ
2634 FIELDVIEW DR
MACUNGIE PA 18062-8416

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22180-0CJD1G | 1* | WZ# | 06-29-22 | 07-01-22 | 59134N104 | 22180-HCSBX | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 11,068.38 |
| | 10,746 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 11,068.38 |
| at | 1.0300 | WE HAVE ACTED AS AGENT. | | |
| Symbol : MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900121665

STACIE BLATZ
2634 FIELDVIEW DR
MACUNGIE PA 18062-8416

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3609 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

099 0Z20213609 00 000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: July 11, 2022**

Page 1 of 2

Brokerage Account Number
*****3609 INDIVIDUAL - TOD

STACIE BLATZ Z20213609

9900141171

STACIE BLATZ
2634 FIELDVIEW DR
MACUNGIE PA 18062-8416

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22192-0CFGOH | 1* | WZ# | 07-11-22 | 07-13-22 | 59134N104 | 22192-HAOXY | | |

You Sold 100 at 1.0050
Symbol: MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

| | |
|---|---|
| Principal Amount | 100.50 |
| Activity Assessment Fee | 0.01 |
| Settlement Amount | 100.49 |

Specific Share Identification For Cost Basis Information Tracking

| Date Acquired | Quantity of Shares | Cost Basis/Share | Date Acquired | Quantity of Shares | Cost Basis/Share |
|---|---|---|---|---|---|
| 06/29/22 | 100 | 1.03 | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900141171

STACIE BLATZ
2634 FIELDVIEW DR
MACUNGIE PA 18062-8416

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****3609 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

099 0Z20213609 00 000

**Transaction Confirmation**
**Confirm Date: July 11, 2022**

Brokerage Account Number
*******3609 INDIVIDUAL - TOD**

**STACIE BLATZ**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22192-0CFG0Z | 1* | WZ# | 07-11-22 | 07-13-22 | 59134N104 | 22192-HAOXY | | |

You Sold 300 at 1.0050
Symbol : MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

| | |
|---|---|
| Principal Amount | 301.50 |
| Activity Assessment Fee | 0.01 |
| Settlement Amount | 301.49 |

Specific Share Identification For Cost Basis Information Tracking

| Date Acquired | Quantity of Shares | Cost Basis/Share | Date Acquired | Quantity of Shares | Cost Basis/Share |
|---|---|---|---|---|---|
| 06/29/22 | 300 | 1.03 | | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22192-0CFG1F | 1* | WZ# | 07-11-22 | 07-13-22 | 59134N104 | 22192-HAOXY | | |

You Sold 10,346 at 1.0000
Symbol : MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

| | |
|---|---|
| Principal Amount | 10,346.00 |
| Activity Assessment Fee | 0.24 |
| Settlement Amount | 10,345.76 |

Specific Share Identification For Cost Basis Information Tracking

| Date Acquired | Quantity of Shares | Cost Basis/Share | Date Acquired | Quantity of Shares | Cost Basis/Share |
|---|---|---|---|---|---|
| 06/29/22 | 10,346 | 1.03 | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900141171

**REMITTANCE COUPON**



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: July 27, 2022**

Page 1 of 1

Brokerage Account Number
*******3609 INDIVIDUAL - TOD**

**STACIE BLATZ** Z20213609

9900131513

STACIE BLATZ
2634 FIELDVIEW DR
MACUNGIE PA 18062-8416

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22208-0BTHST | 1* | WO# | 07-27-22 | 07-29-22 | 59134N104 | 22208-G02RT | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 20,978.76 |
| | 22,803 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 20,978.76 |
| at | .9200 | WE HAVE ACTED AS AGENT. | | |
| Symbol : MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900131513

STACIE BLATZ
2634 FIELDVIEW DR
MACUNGIE PA 18062-8416

If you are eligible to make a deposit, please use this form for investments in your brokerage account *******3609** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.