NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor:
*META MATERIALS INC.*

Case Number:
*24-50792*

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

*FABIAN THOMAS*
*137 Mountsin Avenue,*
*Toronto Ontario, L1G6 1M5.*

Telephone Number: *905-616-2961*

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 17 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
*#28070300*

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
*QUESTRADE*

Telephone Number: *1-888-783-7866*

3. **Date Equity Interest was acquired:**
*2022-07-05 (First Purchase) F.T*

4. **Total amount of member interest:** *50*

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor.     ☐ I am the creditor's authorized agent.     ☐ I am the trustee, or the debtor,     ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)     or their authorized agent.     (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *Fabian Thomas*
Title:
Company:____ Address and telephone number (if different from notice address above):
_____

*F. Thomas* (Signature)          *2024-12-05* (Date)

Telephone number: *905-616-2961* email: *FabianSThomas9@Hotmail.com*

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |





**Get the most out of your statement**
Your statement is broken down into **five** straight-forward categories, each designed to help you understand how your investments are performing:
- Measure overall account performance, past and present
- Track incoming/outgoing fees and rebates
- Monitor your portfolio's position allocation

**Talk to us, follow us, watch us**
For help with your account, Monday to Friday, 8 a.m. to 8 p.m. ET:
- Visit chat and we can help you immediately
- Call us at 1.888.783.7866
- Email support@questrade.com

For all other help, join the conversation:
- On the Exchange, your online community
- Follow us on Facebook or Twitter
- Tune into our YouTube channel
- Visit our LinkedIn page

# ACCOUNT STATEMENT

Order execution only account

| | |
|---|---|
| Current month balance: | $11,575.61 |
| (April 28, 2023) | |
| Last month balance: | $12,763.03 |
| (March 31, 2023) | |

**FABIAN THOMAS**

137 MORRISON AVE SW TORONTO
ON  M6E 1M5

| | |
|---|---|
| Account #: 28070300 | Current month: April 28, 2023 |
| Type: Individual Margin | Account opened: February 22, 2021 |
| Currency: CAD/USD | Dealer: Questrade, Inc. |

# CONTENT

**01  SUMMARY**
An overview of current and historical balances.

**02  PERFORMANCE**
Your current and historical rate of return.

**03  INVESTMENT DETAILS**
A detailed summary of cash and settled positions.

**04  ACTIVITY DETAILS**
A breakdown of cash and position changes during the month.

**05  TRADES TO SETTLE AFTER MONTH END**
A summary of all trades not settled by the end of the month.





Current month FX rate: $1.00 USD = $1.3546   CAD        Previous month FX rate: $1.00 USD = $1.3516  CAD        Account #:  28070300        Current month:  April 28, 2023

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.        Page 1 of 17


QUESTRADE

ACCOUNT STATEMENT

## 03. INVESTMENT DETAILS

### Stocks owned

| | CURRENT MONTH | | | PREVIOUS MONTH | | |
|---|---|---|---|---|---|---|
| | Securities held in CAD | Securities held in USD | Combined in CAD | Securities held in CAD | Securities held in USD | Combined in CAD |
| Market Value ($) | | 8,300.00 | 11,242.77 | | 9,478.90 | 12,811.68 |

| Symbol | Description | Cost basis† | Qty† | Segr.† | Cost/share | Pos. cost† | Mkt. price† | Mkt. value† | P&L† | % return† | % port.† |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Securities held in USD | | | | | | | | | | |
| 8AG5588 | NEXT BRIDGE HYDROCARBONS | ND | 18,039.00 | 18,039.00 | ND | ND | - | - | ND | ND | - |
| AMC | AMC ENTERTAINMENT HOLDINGS INC CL A COM | BK | 100.00 | 100.00 | 6.45 | 644.78 | 5.49 | 549.00 | -95.78 | -14.85 | 6.61 |
| AVCTQ | AMERICAN VIRTUAL CLOUD TECHNOLOGIES INC | BK | 1,350.00 | 1,350.00 | 1.60 | 2,154.15 | 0.20 | 270.00 | -1,884.15 | -87.47 | 3.25 |
| VOCL | CREATD INC COMMON STOCK | BK | 1,000.00 | 1,000.00 | 0.65 | 648.42 | 0.10 | 103.00 | -545.42 | -84.12 | 1.24 |
| CLNV | CLEAN VISION CORPORATION COMMON STOCK | BK | 26,000.00 | 26,000.00 | 0.07 | 1,918.19 | 0.04 | 1,040.00 | -878.19 | -45.78 | 12.53 |
| GTII | GLOBAL TECH INDUSTRIES GROUP INC COM | BK | 3,600.00 | 3,600.00 | 1.35 | 4,853.21 | 1.45 | 5,220.00 | 366.79 | 7.56 | 62.89 |
| ILUS | ILUSTRATO PICTURES INTERNATIONAL INC | BK | 5,000.00 | 5,000.00 | 0.04 | 217.40 | 0.03 | 165.00 | -52.40 | -24.10 | 1.99 |
| MMAT | META MATLS INC COMMON STOCK | BK | 2,000.00 | 2,000.00 | 0.23 | 451.35 | 0.18 | 368.00 | -83.35 | -18.47 | 4.43 |
| MULN | MULLEN AUTOMOTIVE INC COMMON STOCK | BK | 5,000.00 | 5,000.00 | 0.28 | 1,389.31 | 0.07 | 335.00 | -1,054.31 | -75.89 | 4.04 |
| RNVA | RENNOVA HEALTH INC COMMON STOCK | BK | 2,500,000.00 | 2,500,000.00 | 0.00 | 509.95 | - | 250.00 | -259.95 | -50.98 | 3.01 |
| Y009404 | YO ELEVEN GAMING INC COMMON | BK | 30.00 | 30.00 | 0.24 | 7.05 | 0.00 N | 0.00 N | -7.05 | -100.00 | - |

†Investment details

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** The market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest.
A letter to the right of the market value means:
E: we have estimated the market value of the security
N: the market value of the security cannot be determined
For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.
In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
**Note:** Continue reading on glossary page



# 04. ACTIVITY DETAILS

## Transactions

¹Activity details

Transaction date (Trans. date): the date a transaction occurred.
Settle date: the date cash moved in or out of your account. Stock trades generally settle in two business days and options in one day. The settle date impacts interest paid and received.
Restricted share terms:
SUB-VTG: subordinate voting shares
REST-VTG: restricted voting shares
NON-VTG: non-voting shares
Quantity (Qty.): The quantity for each security may include fractional shares which are shown in decimals.
Gross: the total before any commission.
Commission (Com.): the total commission incurred on the trade.
Net: the total after commission is paid.

| | | | | | | | CAD | | | | | USD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trans Date.¹ | Settle Date.¹ | Activity type | Symbol | Description | Qty¹ | Price | Gross.¹ | Com.¹ | Net¹ | Price | Gross.¹ | Com.¹ | Net¹ |
| | | | | Opening balance | - | - | - | - | 3,127.22 | - | - | - | (2,349.71) |
| 04-04-2023 | 04-04-2023 | Deposit | | 28070300 Visa Debit | - | - | - | - | 250.00 | - | - | - | - |
| 04-04-2023 | 04-06-2023 | Buy | GTII | GLOBAL TECH INDUSTRIES GROUP\|INC COM\|WE ACTED AS AGENT | 70 | - | - | - | - | 1.460 | (102.20) | (4.95) | (107.15) |
| 04-11-2023 | 04-11-2023 | Deposit | | 28070300 Visa Debit | - | - | - | - | 300.00 | - | - | - | - |
| 04-11-2023 | 04-13-2023 | Buy | CLNV | CLEAN VISION CORPORATION\|COMMON STOCK\|WE ACTED AS AGENT | 2,800 | - | - | - | - | 0.057 | (159.88) | (9.95) | (169.83) |
| 04-11-2023 | 04-13-2023 | Buy | GTII | GLOBAL TECH INDUSTRIES GROUP\|INC COM\|WE ACTED AS AGENT | 15 | - | - | - | - | 1.510 | (22.65) | (4.95) | (27.60) |
| 04-12-2023 | 04-14-2023 | Buy | CLNV | CLEAN VISION CORPORATION\|COMMON STOCK\|WE ACTED AS AGENT | 2,000 | - | - | - | - | 0.055 | (109.00) | (9.95) | (118.95) |
| 04-12-2023 | 04-14-2023 | Buy | GTII | GLOBAL TECH INDUSTRIES GROUP\|INC COM\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 15 | - | - | - | - | 1.663 | (24.95) | (9.90) | (34.85) |
| 04-12-2023 | 04-14-2023 | Sell | GNS | GENIUS GROUP LIMITED\|ORDINARY SHARES\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 200 | - | - | - | - | 1.330 | 266.00 | (9.91) | 256.09 |
| 04-12-2023 | 04-14-2023 | Buy | ILUS | ILUSTRATO PICTURES\|INTERNATIONAL INC\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 2,500 | - | - | - | - | 0.043 | (107.50) | (9.95) | (117.45) |
| 04-14-2023 | 04-14-2023 | Deposit | | 28070300 Visa Debit | - | - | - | - | 500.00 | - | - | - | - |
| 04-14-2023 | 04-18-2023 | Buy | MMAT | META MATLS INC\|COMMON STOCK\|WE ACTED AS AGENT | 1,500 | - | - | - | - | 0.230 | (344.85) | (9.95) | (354.80) |
| 04-17-2023 | 04-17-2023 | | | INT FR 03/16 THRU03/22@12 1/4%\|BAL   2,042 AVBAL   1,914 | - | - | - | - | - | - | - | - | (4.50) |
| 04-17-2023 | 04-17-2023 | | | INT FR 03/23 THRU04/15@12 1/2%\|BAL   2,669 AVBAL   2,300 | - | - | - | - | - | - | - | - | (18.91) |
| 04-21-2023 | 04-21-2023 | Deposit | | 28070300 Visa Debit | - | - | - | - | 300.00 | - | - | - | - |
| 04-21-2023 | 04-25-2023 | Buy | ILUS | ILUSTRATO PICTURES\|INTERNATIONAL INC\|WE ACTED AS AGENT | 2,500 | - | - | - | - | 0.036 | (90.00) | (9.95) | (99.95) |
| 04-21-2023 | 04-25-2023 | Buy | MMAT | META MATLS INC\|COMMON STOCK\|WE ACTED AS AGENT\|AVG PRICE - ASK US FOR DETAILS | 500 | - | - | - | - | 0.183 | (91.55) | (5.00) | (96.55) |

Current month FX rate: $1.00 USD = $1.3546   CAD    Previous month FX rate: $1.00 USD = $1.3516   CAD    Account #: 28070300    Current month: April 28, 2023

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.    Page 13 of 17





**Get the most out of your statement**

Your statement is broken down into **five** straight-forward categories, each designed to help you understand how your investments are performing:

- Measure overall account performance, past and present
- Track incoming/outgoing fees and rebates
- Monitor your portfolio's position allocation

**Talk to us, follow us, watch us**

For help with your account, Monday to Friday, 8 a.m. to 8 p.m. ET:

- Visit chat and we can help you immediately
- Call us at 1.888.783.7866
- Email support@questrade.com

For all other help, join the conversation:

- On the Exchange, your online community
- Follow us on Facebook or Twitter
- Tune into our YouTube channel
- Visit our LinkedIn page

# ACCOUNT STATEMENT

Order execution only account

| | |
|---|---|
| Current month balance: | **$8,759.65** |
| (May 31, 2023) | |
| Last month balance: | $11,575.61 |
| (April 28, 2023) | |

**FABIAN THOMAS**

137 MORRISON AVE SW TORONTO
ON  M6E 1M5

| | |
|---|---|
| Account #: | 28070300 |
| Type: | Individual Margin |
| Currency: | CAD/USD |

| | |
|---|---|
| Current month: | May 31, 2023 |
| Account opened: | February 22, 2021 |
| Dealer: | Questrade, Inc. |

# CONTENT

**01** **SUMMARY**
An overview of current and historical balances.

**02** **PERFORMANCE**
Your current and historical rate of return.

**03** **INVESTMENT DETAILS**
A detailed summary of cash and settled positions.

**04** **ACTIVITY DETAILS**
A breakdown of cash and position changes during the month.

**05** **TRADES TO SETTLE AFTER MONTH END**
A summary of all trades not settled by the end of the month.



Current month FX rate: $1.00 USD = $1.3574   CAD        Previous month FX rate: $1.00 USD = $1.3546   CAD        Account #:  28070300        Current month:  May 31, 2023

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.        Page 1 of 16


QUESTRADE

**ACCOUNT STATEMENT**

## 03. INVESTMENT DETAILS

### Stocks owned

| Symbol | Description | Cost basis¹ | Qty¹ | Segr.¹ | Cost/share | Pos. cost¹ | Mkt. price¹ | Mkt. value¹ | P&L¹ | % return¹ | % port.¹ |
|--------|-------------|-------------|------|--------|------------|------------|-------------|-------------|------|-----------|----------|
| | **Securities held in USD** | | | | | | | | | | |
| 8AG5588 | NEXT BRIDGE HYDROCARBONS | ND | 18,039.00 | 18,039.00 | ND | ND | - | - | ND | ND | - |
| AMC | AMC ENTERTAINMENT HOLDINGS INC CL A COM | BK | 100.00 | 100.00 | 6.45 | 644.78 | 4.50 | 450.00 | -194.78 | -30.21 | 7.12 |
| A065413 | AMERICAN VIRTUAL CLOUD TECHNOLOGIES INC | BK | 1,350.00 | 1,350.00 | 1.60 | 2,154.15 | 0.18 | 243.00 | -1,911.15 | -88.72 | 3.85 |
| VOCL | CREATD INC COMMON STOCK | BK | 1,000.00 | 1,000.00 | 0.65 | 648.42 | 0.06 | 55.00 | -593.42 | -91.52 | 0.87 |
| CLNV | CLEAN VISION CORPORATION COMMON STOCK | BK | 28,000.00 | 28,000.00 | 0.07 | 2,010.14 | 0.03 | 840.00 | -1,170.14 | -58.21 | 13.30 |
| GTII | GLOBAL TECH INDUSTRIES GROUP INC COM | BK | 3,700.00 | 3,700.00 | 1.34 | 4,970.31 | 0.95 | 3,522.40 | -1,447.91 | -29.13 | 55.75 |
| G034286 | GLOBAL TECH IND GROUP INCORPORATED COMMON STOCK | ND | 360.00 | 360.00 | ND | ND | - | - | ND | ND | - |
| ILUS | ILLUSTRATO PICTURES INTERNATIONAL INC | BK | 12,000.00 | 12,000.00 | 0.04 | 506.29 | 0.03 | 360.00 | -146.29 | -28.89 | 5.70 |
| MMAT | META MATLS INC COMMON STOCK | BK | 3,270.00 | 3,270.00 | 0.22 | 720.79 | 0.22 | 703.05 | -17.74 | -2.46 | 11.13 |
| MULN | MULLEN AUTOMOTIVE INC COMMON STOCK | BK | 200.00 | 200.00 | 6.95 | 1,389.31 | 0.72 | 144.00 | -1,245.31 | -89.64 | 2.28 |
| RNVA | RENNOVA HEALTH INC COMMON STOCK | BK | 2,500,000.00 | 2,500,000.00 | 0.00 | 509.95 | - | - | -509.95 | -100.00 | - |
| Y009404 | YO ELEVEN GAMING INC COMMON | BK | 30.00 | 30.00 | 0.24 | 7.05 | 0.01 E | 0.26 E | -6.79 | -96.26 | - |

**Stocks owned**

| | CURRENT MONTH | | | PREVIOUS MONTH | | |
|---|---|---|---|---|---|---|
| | Securities held in CAD | Securities held in USD | Combined in CAD | Securities held in CAD | Securities held in USD | Combined in CAD |
| Market Value ($) | | 6,317.71 | 8,575.66 | | 8,300.00 | 11,242.77 |

¹Investment details

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** The market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest.
A letter to the right of the market value means:
E: we have estimated the market value of the security
N: the market value of the security cannot be determined
For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.
In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
**Note:** Continue reading on glossary page

Current month FX rate: $1.00 USD = $1.3574   CAD     Previous month FX rate: $1.00 USD = $1.3546   CAD     Account #: 28070300     Current month: May 31, 2023

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.     Page 9 of 16



ACCOUNT STATEMENT

# 04. ACTIVITY DETAILS

## Transactions

¹Activity details

Transaction date (Trans. date): the date a transaction occurred.
Settle date: the date cash moved in or out of your account. Stock trades generally settle in two business days and options in one day. The settle date impacts interest paid and received.
Restricted share terms:
SUB-VTG: subordinate voting shares
REST-VTG: restricted voting shares
NON-VTG: non-voting shares
Quantity (Qty.): The quantity for each security may include fractional shares which are shown in decimals.
Gross: the total before any commission.
Commission (Com.): the total commission incurred on the trade.
Net: the total after commission is paid.

| Trans Date.¹ | Settle Date.¹ | Activity type | Symbol | Description | Qty¹ | CAD Price | CAD Gross.¹ | CAD Com.¹ | CAD Net¹ | USD Price | USD Gross.¹ | USD Com.¹ | USD Net¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Opening balance | - | - | - | - | 4,727.22 | - | - | - | (3,244.18) |
| 04-27-2023 | 05-01-2023 | Buy | CLNV | CLEAN VISION CORPORATION COMMON STOCK WE ACTED AS AGENT | 2,000 | | | | | 0.041 | (82.00) | (9.95) | (91.95) |
| 04-27-2023 | 05-01-2023 | Buy | ILUS | ILUSTRATO PICTURES INTERNATIONAL INC WE ACTED AS AGENT | 1,100 | | | | | 0.038 | (41.69) | (9.95) | (51.64) |
| 05-01-2023 | 05-01-2023 | Deposit | | 28070300 Visa Debit | - | | | | 200.00 | | | | |
| 05-01-2023 | 05-03-2023 | Buy | ILUS | ILUSTRATO PICTURES INTERNATIONAL INC WE ACTED AS AGENT | 3,900 | | | | | 0.036 | (140.40) | (9.95) | (150.35) |
| 05-02-2023 | 05-02-2023 | Deposit | | 28070300 Visa Debit | - | | | | 250.00 | | | | |
| 05-02-2023 | 05-02-2023 | DIS | | GLOBAL TECH IND GROUP INCORPORATED COMMON STOCK CONTRA CUSIP SPINOFF ON  3600 SHS FROM SEC# G02295B GLOBAL TECH INDUSTRIES GROUP REC 04/15/23 PAY 04/29/23 | 360 | | | | | | | | |
| 05-02-2023 | 05-04-2023 | Buy | MMAT | META MATLS INC  COMMON STOCK WE ACTED AS AGENT  AVG PRICE - ASK US FOR DETAILS | 985 | | | | | 0.193 | (190.10) | (9.85) | (199.95) |
| 05-04-2023 | 05-04-2023 | REV | | MULLEN AUTOMOTIVE INC COMMON STOCK 1:25 REVERSE SPLIT FR 62526P109 TO 62526P208 | (5,000) | | | | | | | | |
| 05-04-2023 | 05-04-2023 | REV | MULN | MULLEN AUTOMOTIVE INC COMMON STOCK RESULT OF REVERSE SPLIT | 200 | | | | | | | | |
| 05-04-2023 | 05-08-2023 | Buy | ILUS | ILUSTRATO PICTURES INTERNATIONAL INC WE ACTED AS AGENT | 500 | | | | | 0.035 | (17.35) | (5.00) | (22.35) |
| 05-04-2023 | 05-08-2023 | Buy | MMAT | META MATLS INC  COMMON STOCK  WE ACTED AS AGENT | 85 | | | | | 0.187 | (15.87) | (4.95) | (20.82) |
| 05-08-2023 | 05-10-2023 | Buy | GTII | GLOBAL TECH INDUSTRIES GROUP  INC COM WE ACTED AS AGENT | 45 | | | | | 1.270 | (57.15) | (4.95) | (62.10) |
| 05-10-2023 | 05-10-2023 | Deposit | | 28070300 Visa Debit | - | | | | 150.00 | | | | |
| 05-10-2023 | 05-12-2023 | Buy | MMAT | META MATLS INC  COMMON STOCK WE ACTED AS AGENT | 200 | | | | | 0.219 | (43.72) | (4.95) | (48.67) |
| 05-12-2023 | 05-12-2023 | Deposit | | 28070300 Visa Debit | - | | | | 200.00 | | | | |

Current month FX rate: $1.00 USD = $1.3574  CAD          Previous month FX rate: $1.00 USD = $1.3546 CAD          Account #:  28070300          Current month:  May 31, 2023

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.          Page 13 of 16



QUESTRADE

**ACCOUNT STATEMENT**

| Trans Date.¹ | Settle Date.¹ | Activity type | Symbol | Description | Qty¹ | Price | Gross.¹ | Com.¹ | Net¹ | Price | Gross.¹ | Com.¹ | Net¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-16-2023 | 05-16-2023 | | | INT FR 04/16 THRU05/03@12 1/2% BAL  3,538 AVBAL  3,138 | - | - | - | - | - | - | - | - | (19.35) |
| 05-16-2023 | 05-16-2023 | | | INT FR 05/04 THRU05/15@12 3/4% BAL  3,891 AVBAL  3,814 | - | - | - | - | - | - | - | - | (15.99) |
| 05-19-2023 | 05-23-2023 | Buy | ILUS | ILUSTRATO PICTURES  INTERNATIONAL INC WE ACTED AS AGENT | 1,500 | - | - | - | - | 0.036 | (54.60) | (9.95) | (64.55) |
| 05-25-2023 | 05-25-2023 | Deposit | | 28070300 Visa Debit | - | - | - | - | 150.00 | - | - | - | |
| 05-25-2023 | 05-30-2023 | Buy | GTII | GLOBAL TECH INDUSTRIES GROUP  INC COM WE ACTED AS AGENT | 55 | - | - | - | - | 0.910 | (50.05) | (4.95) | (55.00) |
| | | | | Closing balance | - | - | - | - | 5,677.22 | - | - | - | (4,046.88) |

Current month FX rate: $1.00 USD = $1.3574   CAD          Previous month FX rate: $1.00 USD = $1.3546  CAD          Account #:  28070300          Current month: May 31, 2023

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.          Page 14 of 16





**Get the most out of your statement**
Your statement is broken down into **five** straight-forward categories, each designed to help you understand how your investments are performing:

- Measure overall account performance, past and present
- Track incoming/outgoing fees and rebates
- Monitor your portfolio's position allocation

**Talk to us, follow us, watch us**
For help with your account, Monday to Friday, 8 a.m. to 8 p.m. ET:

- Visit chat and we can help you immediately
- Call us at 1.888.783.7866
- Email support@questrade.com

For all other help, join the conversation:

- On the Exchange, your online community
- Follow us on Facebook or Twitter
- Tune into our YouTube channel
- Visit our LinkedIn page

# ACCOUNT STATEMENT

Order execution only account

| | |
|---|---|
| Current month balance: (July 31, 2023) | $7,830.25 |
| Last month balance: (June 30, 2023) | $7,299.17 |

**FABIAN THOMAS**

137 MORRISON AVE SW TORONTO
ON  M6E 1M5

| | |
|---|---|
| Account #: 28070300 | Current month: July 31, 2023 |
| Type: Individual Margin | Account opened: February 22, 2021 |
| Currency: CAD/USD | Dealer: Questrade, Inc. |

# CONTENT

**01 SUMMARY**
An overview of current and historical balances.

**02 PERFORMANCE**
Your current and historical rate of return.

**03 INVESTMENT DETAILS**
A detailed summary of cash and settled positions.

**04 ACTIVITY DETAILS**
A breakdown of cash and position changes during the month.

**05 TRADES TO SETTLE AFTER MONTH END**
A summary of all trades not settled by the end of the month.



©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.



**QUESTRADE**

ACCOUNT STATEMENT

## 03.  INVESTMENT DETAILS

### Stocks owned

¹Investment details

| | CURRENT MONTH | | | PREVIOUS MONTH | | |
|---|---|---|---|---|---|---|
| | Securities held in CAD | Securities held in USD | Combined in CAD | Securities held in CAD | Securities held in USD | Combined in CAD |
| Market Value ($) | | 5,838.87 | 7,700.89 | | 5,440.12 | 7,207.34 ¹ |

| Symbol | Description | Cost basis¹ | Qty¹ | Segr.¹ | Cost/share | Pos. cost¹ | Mkt. price¹ | Mkt. value¹ | P&L¹ | % return¹ | % port.¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Securities held in USD | | | | | | | | | | |
| 8AG5588 | NEXT BRIDGE HYDROCARBONS | ND | 18,039.00 | 18,039.00 | ND | ND | - | - | ND | ND | - |
| AMC | AMC ENTERTAINMENT HOLDINGS INC CL A COM | BK | 100.00 | 100.00 | 6.45 | 644.78 | 4.98 | 498.00 | -146.78 | -22.76 | 8.53 |
| VOCL | CREATD INC COMMON STOCK | BK | 1,000.00 | 1,000.00 | 0.65 | 648.42 | 0.04 | 35.00 | -613.42 | -94.60 | 0.60 |
| CLNV | CLEAN VISION CORPORATION COMMON STOCK | BK | 15,000.00 | 15,000.00 | 0.07 | 1,071.13 | 0.02 | 345.00 | -726.13 | -67.79 | 5.91 |
| GTII | GLOBAL TECH INDUSTRIES GROUP INC COM | BK | 4,000.00 | 4,000.00 | 1.31 | 5,256.58 | 0.81 | 3,240.00 | -2,016.58 | -38.36 | 55.49 |
| G034286 | GLOBAL TECH IND GROUP INCORPORATED COMMON STOCK | ND | 360.00 | 360.00 | ND | ND | - | - | ND | ND | - |
| ILUS | ILUSTRATO PICTURES INTERNATIONAL INC | BK | 16,500.00 | 16,500.00 | 0.04 | 618.67 | 0.02 | 396.00 | -222.67 | -35.99 | 6.78 |
| MMAT | META MATLS INC COMMON STOCK | BK | 4,000.00 | 4,000.00 | 0.22 | 872.70 | 0.23 | 908.00 | 35.30 | 4.04 | 15.55 |
| MULN | MULLEN AUTOMOTIVE INC COMMON STOCK | BK | 1,400.00 | 1,400.00 | 1.11 | 1,556.70 | 0.12 | 166.60 | -1,390.10 | -89.30 | 2.85 |
| RNVA | RENNOVA HEALTH INC COMMON STOCK | BK | 2,500,000.00 | 2,500,000.00 | 0.00 | 509.95 | - | 250.00 | -259.95 | -50.98 | 4.28 |
| Y009404 | YO ELEVEN GAMING INC COMMON | BK | 30.00 | 30.00 | 0.24 | 7.05 | 0.01 E | 0.27 E | -6.78 | -96.13 | - |

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** The market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest.
A letter to the right of the market value means:
E: we have estimated the market value of the security
N: the market value of the security cannot be determined
For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.
In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
**Note:** Continue reading on glossary page

Current month FX rate: $1.00 USD = $1.3189  CAD          Previous month FX rate: $1.00 USD = $1.3249  CAD          Account #:  28070300          Current month:  July 31, 2023

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.          Page 9 of 15



ACCOUNT STATEMENT

# 04. ACTIVITY DETAILS

## Transactions

¹Activity details

Transaction date (Trans. date): the date a transaction occurred.
Settle date: the date cash moved in or out of your account. Stock trades generally settle in two business days and options in one day. The settle date impacts interest paid and received.
Restricted share items:
SUB-VTG: subordinate voting shares
REST-VTG: restricted voting shares
NON-VTG: non-voting shares
Quantity (Qty.): The quantity for each security may include fractional shares which are shown in decimals.
Gross: the total before any commission.
Commission (Com.): the total commission incurred on the trade.
Net: the total after commission is paid.

| Trans Date.¹ | Settle Date.¹ | Activity type | Symbol | Description | Qty¹ | CAD Price | CAD Gross.¹ | CAD Com.¹ | CAD Net¹ | USD Price | USD Gross.¹ | USD Com.¹ | USD Net¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Opening balance | - | - | - | - | 5,677.22 | - | - | - | (4,215.87) |
| 07-05-2023 | 07-07-2023 | Sell | ILUS | ILUSTRATO PICTURES INTERNATIONAL INC WE ACTED AS AGENT | 550 | - | - | - | - | 0.026 | 14.03 | (5.51) | 8.52 |
| 07-11-2023 | 07-13-2023 | Sell | CLNV | CLEAN VISION CORPORATION COMMON STOCK WE ACTED AS AGENT | 5,000 | - | - | - | - | 0.032 | 160.50 | (9.96) | 150.54 |
| 07-11-2023 | 07-13-2023 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 500 | - | - | - | - | 0.190 | (95.10) | (5.00) | (100.10) |
| 07-14-2023 | 07-18-2023 | Sell | CEI | CAMBER ENERGY INC COMMON STOCK WE ACTED AS AGENT | 100 | - | - | - | - | 0.815 | 81.52 | (4.96) | 76.56 |
| 07-14-2023 | 07-18-2023 | Buy | ILUS | ILUSTRATO PICTURES INTERNATIONAL INC WE ACTED AS AGENT | 3,000 | - | - | - | - | 0.027 | (80.40) | (9.95) | (90.35) |
| 07-14-2023 | 07-18-2023 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 300 | - | - | - | - | 0.185 | (55.62) | (4.95) | (60.57) |
| 07-17-2023 | 07-17-2023 | | | INT FR 06/16 THRU07/15@12 3/4% BAL 4,155 AVBAL 4,200 | - | - | - | - | - | - | - | - | (44.01) |
| 07-19-2023 | 07-19-2023 | Deposit | | 28070300 Visa Debit | - | - | - | - | 150.00 | - | - | - | - |
| 07-20-2023 | 07-24-2023 | Buy | ILUS | ILUSTRATO PICTURES INTERNATIONAL INC WE ACTED AS AGENT | 1,000 | - | - | - | - | 0.024 | (23.80) | (9.95) | (33.75) |
| 07-25-2023 | 07-25-2023 | Deposit | | 28070300 Visa Debit | - | - | - | - | 300.00 | - | - | - | - |
| 07-25-2023 | 07-27-2023 | Buy | ILUS | ILUSTRATO PICTURES INTERNATIONAL INC WE ACTED AS AGENT | 2,500 | - | - | - | - | 0.025 | (61.25) | (9.95) | (71.20) |
| 07-25-2023 | 07-27-2023 | Buy | MULN | MULLEN AUTOMOTIVE INC COMMON STOCK WE ACTED AS AGENT | 1,200 | - | - | - | - | 0.131 | (157.44) | (9.95) | (167.39) |
| | | | | Closing balance | - | - | - | - | 6,127.22 | - | - | - | (4,547.62) |





**Get the most out of your statement**

Your statement is broken down into **five** straight-forward categories, each designed to help you understand how your investments are performing:

- Measure overall account performance, past and present
- Track incoming/outgoing fees and rebates
- Monitor your portfolio's position allocation

**Talk to us, follow us, watch us**

For help with your account, Monday to Friday, 8 a.m. to 8 p.m. ET:

- Visit chat and we can help you immediately
- Call us at 1.888.783.7866
- Email support@questrade.com

For all other help, join the conversation:

- On the Exchange, your online community
- Follow us on Facebook or Twitter
- Tune into our YouTube channel
- Visit our LinkedIn page

# ACCOUNT STATEMENT

Order execution only account

| | |
|---|---|
| Current month balance: | $6,755.98 |
| (August 31, 2023) | |
| Last month balance: | $7,830.25 |
| (July 31, 2023) | |

**FABIAN THOMAS**

137 MORRISON AVE SW TORONTO
ON  M6E 1M5

| | | | |
|---|---|---|---|
| Account #: 28070300 | | Current month: August 31, 2023 | |
| Type: Individual Margin | | Account opened: February 22, 2021 | |
| Currency: CAD/USD | | Dealer: Questrade, Inc. | |

# CONTENT

**01 SUMMARY**
An overview of current and historical balances.

**02 PERFORMANCE**
Your current and historical rate of return.

**03 INVESTMENT DETAILS**
A detailed summary of cash and settled positions.

**04 ACTIVITY DETAILS**
A breakdown of cash and position changes during the month.

**05 TRADES TO SETTLE AFTER MONTH END**
A summary of all trades not settled by the end of the month.





Current month FX rate: $1.00 USD = $1.3509  CAD    Previous month FX rate: $1.00 USD = $1.3189  CAD    Account #:  28070300    Current month: August 31, 2023

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.    Page 1 of 16



**QUESTRADE**

**ACCOUNT STATEMENT**

# 03. INVESTMENT DETAILS

## Stocks owned

¹Investment details

| | CURRENT MONTH | | | PREVIOUS MONTH | | |
|---|---|---|---|---|---|---|
| | Securities held in CAD | Securities held in USD | Combined in CAD | Securities held in CAD | Securities held in USD | Combined in CAD |
| Market Value ($) | | 4,837.32 | 6,534.49 | | 5,838.87 | 7,700.89 |

| Symbol | Description | Cost basis¹ | Qty^ | Segr.¹ | Cost/share | Pos. cost¹ | Mkt. price¹ | Mkt. value¹ | P&L¹ | % return¹ | % port.¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Securities held in USD | | | | | | | | | | |
| 8AG5588 | NEXT BRIDGE HYDROCARBONS | ND | 18,039.00 | 18,039.00 | ND | ND | 0.00 N | 0.00 N | ND | ND | - |
| AMC | AMC ENTERTAINMENT HOLDINGS INC CLASS A COMMON STOCK | HMV | 11.00 | 11.00 | 59.62 | 655.85 | 12.55 | 138.05 | -517.80 | -78.95 | 2.85 |
| VOCL | CREATD INC COMMON STOCK | BK | 1,000.00 | 1,000.00 | 0.65 | 648.42 | 0.03 | 30.00 | -618.42 | -95.37 | 0.62 |
| CLNV | CLEAN VISION CORPORATION COMMON STOCK | BK | 20,000.00 | 20,000.00 | 0.06 | 1,191.08 | 0.02 | 400.00 | -791.08 | -66.42 | 8.27 |
| GTII | GLOBAL TECH INDUSTRIES GROUP INC COM | BK | 4,100.00 | 4,100.00 | 1.30 | 5,329.03 | 0.63 | 2,583.00 | -2,746.03 | -51.53 | 53.40 |
| G034286 | GLOBAL TECH IND GROUP INCORPORATED COMMON STOCK | ND | 360.00 | 360.00 | ND | ND | - | - | ND | ND | - |
| ILUS | ILLUSTRATO PICTURES INTERNATIONAL INC | BK | 20,000.00 | 20,000.00 | 0.04 | 709.82 | 0.02 | 360.00 | -349.82 | -49.28 | 7.44 |
| MMAT | META MATLS INC COMMON STOCK | BK | 4,500.00 | 4,500.00 | 0.22 | 991.25 | 0.23 | 1,026.00 | 34.75 | 3.51 | 21.21 |
| MULN | MULLEN AUTOMOTIVE INC COMMON STOCK | BK | 100.00 | 100.00 | 9.98 | 997.88 | 0.50 | 50.00 | -947.88 | -94.99 | 1.03 |
| RNVA | RENNOVA HEALTH INC COMMON STOCK | BK | 2,500,000.00 | 2,500,000.00 | 0.00 | 509.95 | - | 250.00 | -259.95 | -50.98 | 5.17 |
| Y009404 | YO ELEVEN GAMING INC COMMON | BK | 30.00 | 30.00 | 0.24 | 7.05 | 0.01 E | 0.27 E | -6.78 | -96.21 | 0.01 |

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** The market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest.
A letter to the right of the market value means:
E: we have estimated the market value of the security
N: the market value of the security cannot be determined
For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.
In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
**Note:** Continue reading on glossary page



**ACCOUNT STATEMENT**

# 04. ACTIVITY DETAILS

## Transactions

†Activity details

Transaction date (Trans. date): the date a transaction occurred.
Settle date: the date cash moved in or out of your account. Stock trades generally settle in two business days and options in one day. The settle date impacts interest paid and received.
Restricted share terms:
SUB-VTG: subordinate voting shares
REST-VTG: restricted voting shares
NON-VTG: non-voting shares
Quantity (Qty.): The quantity for each security may include fractional shares which are shown in decimals.
Gross: the total before any commission.
Commission (Com.): the total commission incurred on the trade.
Net: the total after commission is paid.

| Trans. Date.† | Settle Date.† | Activity type | Symbol | Description | Qty† | CAD Price | CAD Gross.† | CAD Com.† | CAD Net† | USD Price | USD Gross.† | USD Com.† | USD Net† |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Opening balance | - | - | - | - | 6,127.22 | - | - | - | (4,547.62) |
| 08-08-2023 | 08-08-2023 | Deposit | . | 28070300 Visa Debit | - | - | - | - | 200.00 | - | - | - | |
| 08-11-2023 | 08-11-2023 | REV | | MULLEN AUTOMOTIVE INC COMMON STOCK 1:9 REVERSE SPLIT FROM 62526P208 TO 62526P307 | (1,400) | - | - | - | | - | - | - | |
| 08-11-2023 | 08-11-2023 | REV | MULN | MULLEN AUTOMOTIVE INC COMMON STOCK RESULT OF REVERSE SPLIT | 156 | - | - | - | | - | - | - | |
| 08-16-2023 | 08-16-2023 | | | INT FR 07/16 THRU07/26@12 3/4% BAL  4,309 AVBAL  4,270 | | | | | | | | | (18.41) |
| 08-16-2023 | 08-16-2023 | | | INT FR 07/27 THRU08/15@13  % BAL  4,547 AVBAL  4,547 | | | | | | | | | (32.39) |
| 08-16-2023 | 08-18-2023 | Buy | ILUS | ILUSTRATO PICTURES INTERNATIONAL INC WE ACTED AS AGENT | 1,000 | - | - | - | | 0.020 | (20.00) | (9.95) | (29.95) |
| 08-24-2023 | 08-24-2023 | Deposit | | 28070300 Visa Debit | - | - | - | - | 600.00 | - | - | - | |
| 08-24-2023 | 08-24-2023 | REV | | AMC ENTERTAINMENT HOLDINGS INC CL A COM 1:10 REVERSE SPLIT FROM 00165C104 TO 00165C302 | (100) | - | - | - | | - | - | - | |
| 08-24-2023 | 08-24-2023 | REV | AMC | AMC ENTERTAINMENT HOLDINGS INC CLASS A COMMON STOCK RESULT OF REVERSE SPLIT | 10 | - | - | - | | - | - | - | |
| 08-24-2023 | 08-28-2023 | Buy | CLNV | CLEAN VISION CORPORATION COMMON STOCK WE ACTED AS AGENT | 5,000 | - | - | - | | 0.022 | (110.00) | (9.95) | (119.95) |
| 08-24-2023 | 08-28-2023 | Buy | ILUS | ILUSTRATO PICTURES INTERNATIONAL INC WE ACTED AS AGENT | 2,500 | - | - | - | | 0.021 | (51.25) | (9.95) | (61.20) |
| 08-28-2023 | 08-28-2023 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT  AVG PRICE - ASK US FOR DETAILS | 500 | - | - | - | | 0.227 | (113.55) | (5.00) | (118.55) |
| 08-25-2023 | 08-29-2023 | Sell | MULN | MULLEN AUTOMOTIVE INC COMMON STOCK WE ACTED AS AGENT | 56 | - | - | - | | 0.704 | 39.40 | (4.96) | 34.44 |
| 08-28-2023 | 08-28-2023 | DIS | AMC | AMC ENTERTAINMENT HOLDINGS INC CLASS A COMMON STOCK STK DIV  ON  10 SHS REC 08/24/23 PAY 08/28/23 | 1 | - | - | - | | - | - | - | |
| 08-28-2023 | 08-30-2023 | Buy | GTII | GLOBAL TECH INDUSTRIES GROUP  INC COM WE ACTED AS AGENT | 100 | - | - | - | | 0.675 | (67.50) | (4.95) | (72.45) |

Current month FX rate: $1.00 USD = $1.3509  CAD     Previous month FX rate: $1.00 USD = $1.3189  CAD     Account #:  28070300     Current month:  August 31, 2023

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.     Page 13 of 16



**QUESTRADE**

**ACCOUNT STATEMENT**

| Trans Date.¹ | Settle Date.¹ | Activity type | Symbol | Description | Qty¹ | Price | Gross.¹ | Com.¹ | Net¹ | Price | Gross.¹ | Com.¹ | Net¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Closing balance | - | - | - | - | 6,927.22 | - | - | - | (4,964.08) |

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.





## ACCOUNT STATEMENT

Order execution only account

| | |
|---|---|
| Current month balance: | **$8,647.93** |
| (September 29, 2023) | |
| Last month balance: | $6,755.98 |
| (August 31, 2023) | |

**Get the most out of your statement**
Your statement is broken down into **five** straight-forward categories, each designed to help you understand how your investments are performing:

- Measure overall account performance, past and present
- Track incoming/outgoing fees and rebates
- Monitor your portfolio's position allocation

**Talk to us, follow us, watch us**
For help with your account, Monday to Friday, 8 a.m. to 8 p.m. ET:

- Visit chat and we can help you immediately
- Call us at 1.888.783.7866
- Email support@questrade.com

For all other help, join the conversation:

- On the Exchange, your online community
- Follow us on Facebook or Twitter
- Tune into our YouTube channel
- Visit our LinkedIn page

**FABIAN THOMAS**

137 MORRISON AVE SW TORONTO
ON M6E 1M5

| | |
|---|---|
| Account #: 28070300 | Current month: September 29, 2023 |
| Type: Individual Margin | Account opened: February 22, 2021 |
| Currency: CAD/USD | Dealer: Questrade, Inc. |

## CONTENT

**01 SUMMARY**
An overview of current and historical balances.

**02 PERFORMANCE**
Your current and historical rate of return.

**03 INVESTMENT DETAILS**
A detailed summary of cash and settled positions.

**04 ACTIVITY DETAILS**
A breakdown of cash and position changes during the month.

**05 TRADES TO SETTLE AFTER MONTH END**
A summary of all trades not settled by the end of the month.



©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.



QUESTRADE

ACCOUNT STATEMENT

# 04. ACTIVITY DETAILS

## Transactions

*Activity details

Transaction date (Trans. date): the date a transaction occurred.
Settle date: the date cash moved in or out of your account. Stock trades generally settle in two business days and options in one day. The settle date impacts interest paid and received.
Restricted share terms:
SUB-VTG: subordinate voting shares
REST-VTG: restricted voting shares
NON-VTG: non-voting shares
Quantity (Qty.): The quantity for each security may include fractional shares which are shown in decimals.
Gross: the total before any commission.
Commission (Com.): the total commission incurred on the trade.
Net: the total after commission is paid.

| Trans. Date.¹ | Settle Date.¹ | Activity type | Symbol | Description | Qty¹ | CAD Price | CAD Gross.¹ | CAD Com.¹ | CAD Net¹ | USD Price | USD Gross.¹ | USD Com.¹ | USD Net¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Opening balance | - | - | - | - | 8,927.22 | - | - | - | (4,884.08) |
| 09-07-2023 | 09-07-2023 | CIL | AMC | AMC ENTERTAINMENT HOLDINGS INC CLASS A COMMON STOCK CASH IN LIEU OF .33333 REC 08/24/23 PAY 08/28/23 00165C302000 | - | - | - | - | | - | - | - | 3.69 |
| 09-08-2023 | 09-12-2023 | Sell | AMC | AMC ENTERTAINMENT HOLDINGS INC CLASS A COMMON STOCK WE ACTED AS AGENT | 11 | - | - | - | | 7.190 | 79.09 | (4.96) | 74.13 |
| 09-11-2023 | 09-13-2023 | Buy | CLNV | CLEAN VISION CORPORATION COMMON STOCK WE ACTED AS AGENT | 3,000 | - | - | - | | 0.023 | (69.00) | (9.95) | (78.95) |
| 09-13-2023 | 09-15-2023 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 125 | - | - | - | | 0.224 | (27.98) | (4.95) | (32.93) |
| 09-14-2023 | 09-14-2023 | Deposit | | 28070300 Visa Debit | - | - | - | - | 300.00 | - | - | - | |
| 09-14-2023 | 09-18-2023 | Buy | AITX | ARTIFICIAL INTELLIGENCE TECHNOLOGY SOLUTIONS WE ACTED AS AGENT | 50,000 | - | - | - | | 0.004 | (205.00) | (9.95) | (214.95) |
| 09-15-2023 | 09-19-2023 | Buy | GTII | GLOBAL TECH INDUSTRIES GROUP INC COM WE ACTED AS AGENT | 20 | - | - | - | | 0.720 | (14.40) | (4.95) | (19.35) |
| 09-18-2023 | 09-18-2023 | | | INT FR 08/16 THRU09/15@13 % BAL 4,998 AVBAL 4,825 | - | - | - | - | | - | - | - | (53.28) |
| 09-25-2023 | 09-25-2023 | Deposit | | 28070300 Visa Debit | - | - | - | - | 150.00 | - | - | - | |
| 09-25-2023 | 09-27-2023 | Buy | ILUS | ILUSTRATO PICTURES INTERNATIONAL INC WE ACTED AS AGENT | 2,500 | - | - | - | | 0.021 | (51.25) | (9.95) | (61.20) |
| 09-27-2023 | 09-27-2023 | Deposit | | 28070300 Visa Debit | - | - | - | - | 500.00 | - | - | - | |
| 09-27-2023 | 09-29-2023 | Sell | AITX | ARTIFICIAL INTELLIGENCE TECHNOLOGY SOLUTIONS WE ACTED AS AGENT | 25,000 | - | - | - | | 0.003 | 85.00 | (9.96) | 75.04 |
| 09-27-2023 | 09-29-2023 | Buy | CEI | CAMBER ENERGY INC COMMON STOCK WE ACTED AS AGENT | 1,000 | - | - | - | | 0.250 | (249.80) | (9.95) | (259.75) |
| 09-27-2023 | 09-29-2023 | Buy | ILUS | ILUSTRATO PICTURES INTERNATIONAL INC WE ACTED AS AGENT | 5,000 | - | - | - | | 0.021 | (102.50) | (9.95) | (112.45) |
| 09-27-2023 | 09-29-2023 | Buy | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 375 | - | - | - | | 0.212 | (79.54) | (4.95) | (84.49) |
| 09-27-2023 | 09-29-2023 | Sell | ILUS | ILUSTRATO PICTURES INTERNATIONAL INC WE ACTED AS AGENT | 2,500 | - | - | - | | 0.020 | 51.00 | (9.96) | 41.04 |

Current month FX rate: $1.00 USD = $1.3578 CAD          Previous month FX rate: $1.00 USD = $1.3509 CAD          Account #: 28070300          Current month: September 29, 2023

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.



QUESTRADE

ACCOUNT STATEMENT

## 03. INVESTMENT DETAILS

¹Investment details

## Stocks owned

| | CURRENT MONTH | | | PREVIOUS MONTH | | |
|---|---|---|---|---|---|---|
| | Securities held in CAD | Securities held in USD | Combined in CAD | Securities held in CAD | Securities held in USD | Combined in CAD |
| Market Value ($) | | 6,255.16 | 8,492.95 | | 4,837.32 | 6,534.49 |

| Symbol | Description | Cost basis¹ | Qty¹ | Segr.¹ | Cost/share | Pos. cost¹ | Mkt. price¹ | Mkt. value¹ | P&L¹ | % return¹ | % port.¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Securities held in USD | | | | | | | | | | |
| 8AG5588 | NEXT BRIDGE HYDROCARBONS | ND | 18,039.00 | 18,039.00 | ND | ND | 0.00 N | 0.00 N | ND | ND | - |
| AITX | ARTIFICIAL INTELLIGENCE TECHNOLOGY SOLUTIONS | BK | 25,000.00 | 25,000.00 | 0.00 | 107.47 | - | 100.00 | -7.47 | -6.95 | 1.60 |
| VOCL | CREATD INC COMMON STOCK | BK | 1,000.00 | 1,000.00 | 0.65 | 648.42 | 0.02 | 16.00 | -632.42 | -97.53 | 0.26 |
| CLNV | CLEAN VISION CORPORATION COMMON STOCK | BK | 23,000.00 | 23,000.00 | 0.06 | 1,270.03 | 0.04 | 943.00 | -327.03 | -25.75 | 15.08 |
| CEI | CAMBER ENERGY INC COMMON STOCK | BK | 1,000.00 | 1,000.00 | 0.26 | 259.75 | 0.22 | 221.00 | -38.75 | -14.92 | 3.53 |
| GTII | GLOBAL TECH INDUSTRIES GROUP INC COM | BK | 4,120.00 | 4,120.00 | 1.30 | 5,348.38 | 0.76 | 3,131.20 | -2,217.18 | -41.46 | 50.06 |
| G034286 | GLOBAL TECH IND GROUP INCORPORATED COMMON STOCK | ND | 360.00 | 360.00 | ND | ND | - | - | ND | ND | - |
| ILUS | ILUSTRATO PICTURES INTERNATIONAL INC | BK | 25,000.00 | 25,000.00 | 0.03 | 803.15 | 0.02 | 500.00 | -303.15 | -37.75 | 7.99 |
| MMAT | META MATLS INC COMMON STOCK | BK | 5,000.00 | 4,625.00 | 0.22 | 1,108.67 | 0.21 | 1,050.00 | -58.67 | -5.29 | 16.79 |
| MULN | MULLEN AUTOMOTIVE INC COMMON STOCK | BK | 100.00 | 100.00 | 9.98 | 997.88 | 0.44 | 43.70 | -954.18 | -95.62 | 0.70 |
| RNVA | RENNOVA HEALTH INC COMMON STOCK | BK | 2,500,000.00 | 2,500,000.00 | 0.00 | 509.95 | - | 250.00 | -259.95 | -50.98 | 4.00 |
| Y009404 | YO ELEVEN GAMING INC COMMON | BK | 30.00 | 30.00 | 0.24 | 7.05 | 0.01 E | 0.26 E | -6.79 | -96.26 | - |

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** The market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest.
A letter to the right of the market value means:
E: we have estimated the market value of the security
N: the market value of the security cannot be determined
For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.
In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
**Note:** Continue reading on glossary page



**QUESTRADE**

**ACCOUNT STATEMENT**

| Trans Date.¹ | Settle Date.¹ | Activity type | Symbol | Description | Qty¹ | Price | Gross.¹ | Com.¹ | Net¹ | Price | Gross.¹ | Com.¹ | Net¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Closing balance | - | - | - | - | 7,877.22 | - | - | - | (5,687.53) |

Current month FX rate: $1.00 USD = $1.3578  CAD        Previous month FX rate: $1.00 USD = $1.3509  CAD        Account #:  28070300        Current month:  September 29, 2023

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.        Page 14 of 16





**Get the most out of your statement**

Your statement is broken down into **five** straight-forward categories, each designed to help you understand how your investments are performing:

- Measure overall account performance, past and present
- Track incoming/outgoing fees and rebates
- Monitor your portfolio's position allocation

**Talk to us, follow us, watch us**

For help with your account, Monday to Friday, 8 a.m. to 8 p.m. ET:

- Visit chat and we can help you immediately
- Call us at 1.888.783.7866
- Email support@questrade.com

For all other help, join the conversation:

- On the Exchange, your online community
- Follow us on Facebook or Twitter
- Tune into our YouTube channel
- Visit our LinkedIn page

# ACCOUNT STATEMENT

Order execution only account

| | |
|---|---|
| Current month balance: | $7,354.13 |
| (October 31, 2023) | |
| Last month balance: | $8,647.93 |
| (September 29, 2023) | |

**FABIAN THOMAS**

137 MORRISON AVE SW TORONTO
ON  M6E 1M5

| | |
|---|---|
| Account #: 28070300 | Current month: October 31, 2023 |
| Type: Individual Margin | Account opened: February 22, 2021 |
| Currency: CAD/USD | Dealer: Questrade, Inc. |

# CONTENT

**01  SUMMARY**
An overview of current and historical balances.

**02  PERFORMANCE**
Your current and historical rate of return.

**03  INVESTMENT DETAILS**
A detailed summary of cash and settled positions.

**04  ACTIVITY DETAILS**
A breakdown of cash and position changes during the month.

**05  TRADES TO SETTLE AFTER MONTH END**
A summary of all trades not settled by the end of the month.





©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.


QUESTRADE

**ACCOUNT STATEMENT**

## 03. INVESTMENT DETAILS

¹Investment details

### Stocks owned

| Symbol | Description | Cost basis¹ | Qty¹ | Segr.¹ | Cost/share | Pos. cost¹ | Mkt. price¹ | Mkt. value¹ | P&L¹ | % return¹ | % port.¹ |
|--------|-------------|-------------|------|--------|------------|------------|-------------|-------------|------|-----------|----------|
| | **Securities held in USD** | | | | | | | | | | |
| 8AG5588 | NEXT BRIDGE HYDROCARBONS | ND | 18,039.00 | 18,039.00 | ND | ND | 0.00 N | 0.00 N | ND | ND | - |
| VOCL | CREATD INC COMMON STOCK | BK | 1,000.00 | 1,000.00 | 0.65 | 648.42 | 0.01 | 14.00 | -634.42 | -97.84 | 0.27 |
| CLNV | CLEAN VISION CORPORATION COMMON STOCK | BK | 22,500.00 | 22,500.00 | 0.05 | 1,189.13 | 0.04 | 900.00 | -289.13 | -24.31 | 17.49 |
| GTII | GLOBAL TECH INDUSTRIES GROUP INC COM | BK | 4,700.00 | 4,700.00 | 1.22 | 5,743.19 | 0.59 | 2,773.00 | -2,970.19 | -51.72 | 53.87 |
| G034286 | GLOBAL TECH IND GROUP INCORPORATED COMMON STOCK | ND | 360.00 | 360.00 | ND | ND | - | - | ND | ND | - |
| ILUS | ILUSTRATO PICTURES INTERNATIONAL INC | BK | 60,000.00 | 60,000.00 | 0.02 | 1,472.17 | 0.01 | 600.00 | -872.17 | -59.24 | 11.66 |
| MMAT | META MTLS INC COMMON STOCK | BK | 5,000.00 | 5,000.00 | 0.22 | 1,112.30 | 0.12 | 605.00 | -507.30 | -45.61 | 11.75 |
| MULN | MULLEN AUTOMOTIVE INC COMMON STOCK | BK | 1,000.00 | 1,000.00 | 1.40 | 1,401.57 | 0.26 | 255.00 | -1,146.57 | -81.81 | 4.95 |
| RNVA | RENNOVA HEALTH INC COMMON STOCK | BK | 2,500,000.00 | 2,500,000.00 | 0.00 | 509.95 | - | - | -509.95 | -100.00 | - |
| Y009404 | YO ELEVEN GAMING INC COMMON | BK | 30.00 | 30.00 | 0.24 | 7.05 | 0.01 E | 0.26 E | -6.79 | -96.34 | 0.01 |

#### Market Value table

| | Securities held in CAD | Securities held in USD | Combined in CAD | Securities held in CAD | Securities held in USD | Combined in CAD |
|---|---|---|---|---|---|---|
| | **CURRENT MONTH** | | | **PREVIOUS MONTH** | | |
| Market Value ($) | | 5,147.26 | 7,141.82 | | 6,255.16 | 8,492.95 |

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** The market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest.
A letter to the right of the market value means:
E: we have estimated the market value of the security
N: the market value of the security cannot be determined
For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.
In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
Note: Continue reading on glossary page

Current month FX rate: $1.00 USD = $1.3875  CAD          Previous month FX rate: $1.00 USD = $1.3578  CAD          Account #:  28070300          Current month:  October 31, 2023

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.          Page 9 of 16



ACCOUNT STATEMENT

# 04. ACTIVITY DETAILS

## Transactions

[1]Activity details

Transaction date (Trans. date): the date a transaction occurred.
Settle date: the date cash moved in or out of your account. Stock trades generally settle in two business days and options in one day. The settle date impacts interest paid and received.
Restricted share terms:
SUB-VTG: subordinate voting shares
REST-VTG: restricted voting shares
NON-VTG: non-voting shares
Quantity (Qty.): The quantity for each security may include fractional shares which are shown in decimals.
Gross: the total before any commission.
Commission (Com.): the total commission incurred on the trade.
Net: the total after any commission.

| | | | | | | | | CAD | | | | USD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trans Date.[1] | Settle Date.[1] | Activity type | Symbol | Description | Qty[1] | Price | Gross.[1] | Com.[1] | Net[1] | Price | Gross.[1] | Com.[1] | Net[1] |
| | | | | Opening balance | - | - | - | - | 7,877.22 | - | - | - | (5,687.53) |
| 10-03-2023 | 10-03-2023 | Deposit | | 28070300 Visa Debit | - | - | - | - | 500.00 | - | - | - | - |
| 10-03-2023 | 10-05-2023 | Sell | CLNV | CLEAN VISION CORPORATION COMMON STOCK WE ACTED AS AGENT | 3,000 | - | - | - | - | 0.048 | 144.90 | (9.96) | 134.94 |
| 10-03-2023 | 10-05-2023 | Buy | GTII | GLOBAL TECH INDUSTRIES GROUP INC COM WE ACTED AS AGENT | 25 | - | - | - | - | 0.760 | (19.00) | (4.95) | (23.95) |
| 10-03-2023 | 10-05-2023 | Buy | ILUS | ILUSTRATO PICTURES INTERNATIONAL INC WE ACTED AS AGENT | 5,000 | - | - | - | - | 0.020 | (97.50) | (9.95) | (107.45) |
| 10-03-2023 | 10-05-2023 | Buy | HYMC | HYCROFT MINING HOLDING CORPORATION CLASS A COMMON STOCK WE ACTED AS AGENT | 1,000 | - | - | - | - | 0.290 | (290.10) | (9.95) | (300.05) |
| 10-05-2023 | 10-10-2023 | Buy | AITX | ARTIFICIAL INTELLIGENCE TECHNOLOGY SOLUTIONS WE ACTED AS AGENT | 7,500 | - | - | - | - | 0.004 | (26.25) | (9.95) | (36.20) |
| 10-05-2023 | 10-10-2023 | Sell | CEI | CAMBER ENERGY INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 400 | - | - | - | - | 0.339 | 135.52 | (14.88) | 120.66 |
| 10-05-2023 | 10-10-2023 | Buy | HYMC | HYCROFT MINING HOLDING CORPORATION CLASS A COMMON STOCK WE ACTED AS AGENT | 200 | - | - | - | - | 0.279 | (55.80) | (4.95) | (60.75) |
| 10-05-2023 | 10-10-2023 | Sell | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 300 | - | - | - | - | 0.219 | 65.58 | (4.96) | 60.62 |
| 10-05-2023 | 10-10-2023 | Buy | MULN | MULLEN AUTOMOTIVE INC COMMON STOCK WE ACTED AS AGENT | 200 | - | - | - | - | 0.474 | (94.80) | (4.95) | (99.75) |
| 10-05-2023 | 10-10-2023 | Sell | MMAT | META MATLS INC COMMON STOCK WE ACTED AS AGENT | 200 | - | - | - | - | 0.225 | 44.98 | (4.96) | 40.02 |
| 10-06-2023 | 10-11-2023 | Sell | AITX | ARTIFICIAL INTELLIGENCE TECHNOLOGY SOLUTIONS WE ACTED AS AGENT | 32,500 | - | - | - | - | 0.004 | 117.00 | (9.96) | 107.04 |
| 10-06-2023 | 10-11-2023 | Sell | CLNV | CLEAN VISION CORPORATION COMMON STOCK WE ACTED AS AGENT | 10,000 | - | - | - | - | 0.051 | 508.00 | (9.96) | 498.04 |
| 10-06-2023 | 10-11-2023 | Sell | CEI | CAMBER ENERGY INC COMMON STOCK WE ACTED AS AGENT | 100 | - | - | - | - | 0.380 | 38.00 | (4.96) | 33.04 |
| 10-06-2023 | 10-11-2023 | Buy | DPLS | DARKPULSE INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 25,000 | - | - | - | - | 0.002 | (55.00) | (9.95) | (64.95) |

Current month FX rate: $1.00 USD = $1.3875 CAD    Previous month FX rate: $1.00 USD = $1.3578 CAD    Account #: 28070300    Current month: October 31, 2023

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.    Page 13 of 16



**ACCOUNT STATEMENT**

| Trans Date.¹ | Settle Date.¹ | Activity type | Symbol | Description | Qty¹ | Price | Gross.¹ | Com.¹ | Net¹ | Price | Gross.¹ | Com.¹ | Net¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-06-2023 | 10-11-2023 | Buy | GTII | GLOBAL TECH INDUSTRIES GROUP  INC COM  WE ACTED AS AGENT  AVG PRICE - ASK US  FOR DETAILS | 435 | - | - | - | - | 0.730 | (317.55) | (9.90) | (327.45) |
| 10-06-2023 | 10-11-2023 | Buy | ILUS | ILUSTRATO PICTURES  INTERNATIONAL INC  WE ACTED AS AGENT  AVG PRICE - ASK US  FOR DETAILS | 30,000 | - | - | - | - | 0.020 | (600.00) | (19.90) | (619.90) |
| 10-05-2023 | 10-11-2023 | Sell | HYMC | HYCROFT MINING HOLDING  CORPORATION  CLASS A COMMON  STOCK  WE ACTED AS  AGENT  AVG PRICE - ASK US FOR DETAILS | 1,200 | - | - | - | - | 0.279 | 334.25 | (14.91) | 319.34 |
| 10-06-2023 | 10-11-2023 | Sell | DPLS | DARKPULSE INC  COMMON STOCK  WE  ACTED AS AGENT | 25,000 | - | - | - | - | 0.002 | 50.00 | (9.96) | 40.04 |
| 10-10-2023 | 10-12-2023 | Sell | GTII | GLOBAL TECH INDUSTRIES GROUP  INC COM  WE ACTED AS AGENT | 80 | - | - | - | - | 0.710 | 56.81 | (4.96) | 51.85 |
| 10-10-2023 | 10-12-2023 | Sell | ILUS | ILUSTRATO PICTURES  INTERNATIONAL INC  WE ACTED AS AGENT | 10,000 | - | - | - | - | 0.020 | 198.00 | (9.96) | 188.04 |
| 10-10-2023 | 10-12-2023 | Buy | MMAT | META MATLS INC  COMMON STOCK  WE  ACTED AS AGENT | 500 | - | - | - | - | 0.219 | (109.50) | (5.00) | (114.50) |
| 10-10-2023 | 10-12-2023 | Buy | MULN | MULLEN AUTOMOTIVE INC  COMMON STOCK  WE ACTED AS AGENT  AVG PRICE - ASK US  FOR DETAILS | 200 | - | - | - | - | 0.459 | (91.79) | (9.90) | (101.69) |
| 10-11-2023 | 10-13-2023 | Buy | ILUS | ILUSTRATO PICTURES  INTERNATIONAL INC  WE ACTED AS AGENT | 3,000 | - | - | - | - | 0.020 | (58.50) | (9.95) | (68.45) |
| 10-12-2023 | 10-16-2023 | Sell | CEI | CAMBER ENERGY INC  COMMON STOCK  WE  ACTED AS AGENT  AVG PRICE - ASK US FOR  DETAILS | 500 | - | - | - | - | 0.317 | 158.66 | (5.01) | 153.65 |
| 10-12-2023 | 10-16-2023 | Buy | GTII | GLOBAL TECH INDUSTRIES GROUP  INC COM  WE ACTED AS AGENT | 200 | - | - | - | - | 0.690 | (138.02) | (4.95) | (142.97) |
| 10-13-2023 | 10-13-2023 | Deposit | | 28070300 Visa Debit | - | - | - | - | 1,000.00 | - | - | - | - |
| 10-13-2023 | 10-17-2023 | Buy | CLNV | CLEAN VISION CORPORATION  COMMON  STOCK  WE ACTED AS AGENT | 9,000 | - | - | - | - | 0.049 | (438.30) | (9.95) | (448.25) |
| 10-13-2023 | 10-17-2023 | Buy | ILUS | ILUSTRATO PICTURES  INTERNATIONAL INC  WE ACTED AS AGENT | 1,000 | - | - | - | - | 0.019 | (19.00) | (9.95) | (28.95) |
| 10-13-2023 | 10-17-2023 | Buy | MULN | MULLEN AUTOMOTIVE INC  COMMON STOCK  WE ACTED AS AGENT  AVG PRICE - ASK US  FOR DETAILS | 500 | - | - | - | - | 0.395 | (197.25) | (5.00) | (202.25) |
| 10-16-2023 | 10-16-2023 | | | INT FR 09/16 THRU10/15@13   % BAL  6,020  AVBAL   5,611 | - | - | - | - | - | - | - | - | (59.96) |
| 10-19-2023 | 10-19-2023 | Deposit | | 28070300 Visa Debit | - | - | - | - | 250.00 | - | - | - | - |
| 10-19-2023 | 10-23-2023 | Buy | CLNV | CLEAN VISION CORPORATION  COMMON  STOCK  WE ACTED AS AGENT | 2,000 | - | - | - | - | 0.049 | (98.00) | (9.95) | (107.95) |
| 10-23-2023 | 10-23-2023 | Deposit | | 28070300 Visa Debit | - | - | - | - | 250.00 | - | - | - | - |
| 10-23-2023 | 10-25-2023 | Buy | CLNV | CLEAN VISION CORPORATION  COMMON  STOCK  WE ACTED AS AGENT | 1,500 | - | - | - | - | 0.047 | (70.80) | (9.95) | (80.75) |
| 10-23-2023 | 10-25-2023 | Buy | ILUS | ILUSTRATO PICTURES  INTERNATIONAL INC  WE ACTED AS AGENT | 6,000 | - | - | - | - | 0.015 | (89.40) | (9.95) | (99.35) |
| 10-27-2023 | 10-27-2023 | Deposit | | 28070300 Visa Debit | - | - | - | - | 100.00 | - | - | - | - |
| | | | | Closing balance | - | - | - | - | 9,977.22 | - | - | - | (7,037.77) |

Current month FX rate: $1.00 USD =  $1.3875    CAD          Previous month FX rate: $1.00 USD =  $1.3578  CAD          Account #:  28070300          Current month:  October 31, 2023

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.

Page 14 of 16





**Get the most out of your statement**
Your statement is broken down into **five** straight-forward categories, each designed to help you understand how your investments are performing:
- Measure overall account performance, past and present
- Track incoming/outgoing fees and rebates
- Monitor your portfolio's position allocation

**Talk to us, follow us, watch us**
For help with your account, Monday to Friday, 8 a.m. to 8 p.m. ET:
- Visit chat and we can help you immediately
- Call us at 1.888.783.7866
- Email support@questrade.com

For all other help, join the conversation:
- On the Exchange, your online community
- Follow us on Facebook or Twitter
- Tune into our YouTube channel
- Visit our LinkedIn page

# ACCOUNT STATEMENT

Order execution only account

| | |
|---|---|
| Current month balance: | **$6,764.46** |
| (November 30, 2023) | |
| Last month balance: | $7,354.13 |
| (October 31, 2023) | |

**FABIAN THOMAS**

137 MORRISON AVE SW TORONTO
ON  M6E 1M5

| | | | |
|---|---|---|---|
| **Account #:** 28070300 | | **Current month:** November 30, 2023 | |
| **Type:** Individual Margin | | **Account opened:** February 22, 2021 | |
| **Currency:** CAD/USD | | **Dealer:** Questrade, Inc. | |

# CONTENT

**01  SUMMARY**
An overview of current and historical balances.

**02  PERFORMANCE**
Your current and historical rate of return.

**03  INVESTMENT DETAILS**
A detailed summary of cash and settled positions.

**04  ACTIVITY DETAILS**
A breakdown of cash and position changes during the month.

**05  TRADES TO SETTLE AFTER MONTH END**
A summary of all trades not settled by the end of the month.

Current month FX rate: $1.00 USD = $1.3560  CAD     Previous month FX rate: $1.00 USD = $1.3875  CAD     Account #:  28070300     Current month:  November 30, 2023

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.     Page 1 of 16



QUESTRADE

ACCOUNT STATEMENT

## 03. INVESTMENT DETAILS

### Stocks owned

¹Investment details

| | CURRENT MONTH | | | PREVIOUS MONTH | | |
|---|---|---|---|---|---|---|
| | Securities held in CAD | Securities held in USD | Combined in CAD | Securities held in CAD | Securities held in USD | Combined in CAD |
| Market Value ($) | | 4,715.36 | 6,394.03 | | 5,147.26 | 7,141.82 |

| Symbol | Description | Cost basis¹ | Qty¹ | Segr.¹ | Cost/share | Pos. cost¹ | Mkt. price¹ | Mkt. value¹ | P&L¹ | % return¹ | % port.¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Securities held in USD | | | | | | | | | | |
| 8AG5588 | NEXT BRIDGE HYDROCARBONS | ND | 10,000.00 | 10,000.00 | ND | ND | 0.00 N | 0.00 N | ND | ND | - |
| VOCL | CREATD INC COMMON STOCK | BK | 1,000.00 | 1,000.00 | 0.65 | 648.42 | 0.01 | 12.00 | -636.42 | -98.15 | 0.25 |
| CLNV | CLEAN VISION CORPORATION COMMON STOCK | BK | 22,500.00 | 22,500.00 | 0.05 | 1,189.13 | 0.04 | 922.50 | -266.63 | -22.42 | 19.56 |
| GTII | GLOBAL TECH INDUSTRIES GROUP INC COM | HMV | 5,060.00 | 5,060.00 | 1.18 | 5,947.23 | 0.51 | 2,580.60 | -3,366.63 | -56.61 | 54.73 |
| ILUS | ILUSTRATO PICTURES INTERNATIONAL INC | BK | 60,000.00 | 60,000.00 | 0.02 | 1,472.17 | 0.01 | 600.00 | -872.17 | -59.24 | 12.72 |
| MMAT | META MATLS INC COMMON STOCK | BK | 5,000.00 | 5,000.00 | 0.22 | 1,112.30 | 0.09 | 450.00 | -662.30 | -59.54 | 9.54 |
| MULN | MULLEN AUTOMOTIVE INC COMMON STOCK | BK | 1,000.00 | 1,000.00 | 1.40 | 1,401.57 | 0.15 | 150.00 | -1,251.57 | -89.30 | 3.18 |
| RNVA | RENNOVA HEALTH INC COMMON STOCK | BK | 2,500,000.00 | 2,500,000.00 | 0.00 | 509.95 | - | - | -509.95 | -100.00 | - |
| Y009404 | YO ELEVEN GAMING INC COMMON | BK | 30.00 | 30.00 | 0.24 | 7.05 | 0.01 E | 0.26 E | -6.79 | -96.26 | 0.01 |

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** The market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest.
A letter to the right of the market value means:
**E:** we have estimated the market value of the security
**N:** the market value of the security cannot be determined
For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.
In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
Note: Continue reading on glossary page

Current month FX rate: $1.00 USD = $1.3560 CAD    Previous month FX rate: $1.00 USD = $1.3875 CAD    Account #: 28070300    Current month: November 30, 2023

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.    Page 9 of 16



**QUESTRADE**

ACCOUNT STATEMENT

# 04. ACTIVITY DETAILS

## Transactions

### ¹Activity details

Transaction date (Trans. date): the date a transaction occurred.
Settle date: the date cash moved in or out of your account. Stock trades generally settle in two business days and options in one day. The settle date impacts interest paid and received.
Restricted share terms:
SUB-VTG: subordinate voting shares
REST-VTG: restricted voting shares
NON-VTG: non-voting shares
Quantity (Qty.): The quantity for each security may include fractional shares which are shown in decimals.
Gross: the total before any commission.
Commission (Com.): the total commission incurred on the trade.
Net: the total after commission is paid.

| Trans Date.¹ | Settle Date.¹ | Activity type | Symbol | Description | Qty¹ | Price | Gross.¹ | Com.¹ | Net¹ | Price | Gross.¹ | Com.¹ | Net¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | CAD | | | | USD | | |
| | | | | Opening balance | - | - | - | - | 9,977.22 | - | - | - | (7,037.77) |
| 11-02-2023 | 11-02-2023 | Deposit | | 28070300 Visa Debit | - | - | - | - | 500.00 | - | - | - | |
| 11-07-2023 | 11-07-2023 | MGR | | GLOBAL TECH IND GROUP INCORPORATED COMMON STOCK CONTRA CUSIP 1:1 MERGER FROM 379CNT074 TO 37955R107 | (360) | - | - | - | - | - | - | - | |
| 11-07-2023 | 11-07-2023 | MGR | GTII | GLOBAL TECH INDUSTRIES GROUP INC COM SHRS RECEIVED THRU MERGER BOOK VALUE 0.00 | 360 | - | - | - | - | - | - | - | |
| 11-16-2023 | 11-16-2023 | | | INT FR 10/16 THRU11/15@13 % BAL 7,037 AVBAL 6,939 | - | - | - | - | - | - | - | - | (76.62) |
| 11-28-2023 | 11-28-2023 | Fee | | NEXT BRIDGE HYDROCARBONS DRS WITHDRAWAL FEE | - | - | - | - | - | - | - | - | (300.00) |
| 11-28-2023 | 11-28-2023 | Fee | | NEXT BRIDGE HYDROCARBONS DRS WITHDRAWAL HST | - | - | - | - | - | - | - | - | (39.00) |
| 11-28-2023 | 11-28-2023 | Delivery | | NEXT BRIDGE HYDROCARBONS DRS WITHDRAWAL TO AST | (8,039) | - | - | - | - | - | - | - | |
| | | | | Closing balance | - | - | - | - | 10,477.22 | - | - | - | (7,453.39) |

Current month FX rate: $1.00 USD = $1.3560 CAD    Previous month FX rate: $1.00 USD = $1.3875 CAD    Account #: 28070300    Current month: November 30, 2023

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.    Page 13 of 16



QUESTRADE

ACCOUNT STATEMENT

## 05.    TRADES TO SETTLE AFTER MONTH END

### Unsettled trades

†Trade details

Transaction date (Trans. date): the date a transaction occurred.
Settle date: the date cash moved in or out of your account. Stock trades generally settle in two business days and options in one day. The settle date impacts interest paid and received.
Gross: the total before any commission.
Commission (Com.): the total commission incurred on the trade.
Net: the total after commission is paid.

| Trans Date.† | Settle Date.† | ActivityType | Symbol | Description | Qty | CAD Price | CAD Gross.† | CAD Com.† | CAD Net† | USD Price | USD Gross.† | USD Com.† | USD Net† |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-29-2023 | 12-01-2023 | Buy | CLNV | CLEAN VISION CORPORATION  COMMON STOCK WE ACTED AS AGENT | 500 | | | | | 0.047 | (23.50) | (5.00) | (28.50) |
| 11-29-2023 | 12-01-2023 | Buy | ILUS | ILUSTRATO PICTURES  INTERNATIONAL INC  WE ACTED AS AGENT | 5,000 | | | | | 0.011 | (54.50) | (9.95) | (64.45) |

Current month FX rate: $1.00 USD ≈ $1.3560  CAD        Previous month FX rate: $1.00 USD ≈ $1.3875 CAD        Account #:  28070300        Current month:  November 30, 2023

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.        Page 14 of 16





**Get the most out of your statement**

Your statement is broken down into **five** straight-forward categories, each designed to help you understand how your investments are performing:

- Measure overall account performance, past and present
- Track incoming/outgoing fees and rebates
- Monitor your portfolio's position allocation

**Talk to us, follow us, watch us**

For help with your account, Monday to Friday, 8 a.m. to 8 p.m. ET:

- Visit chat and we can help you immediately
- Call us at 1.888.783.7866
- Email support@questrade.com

For all other help, join the conversation:

- On the Exchange, your online community
- Follow us on Facebook or Twitter
- Tune into our YouTube channel
- Visit our LinkedIn page

# ACCOUNT STATEMENT

Order execution only account

| | |
|---|---|
| Current month balance: | **$5,413.64** |
| (December 29, 2023) | |
| Last month balance: | $6,764.46 |
| (November 30, 2023) | |

**FABIAN THOMAS**

137 MORRISON AVE SW TORONTO
ON  M6E 1M5

| | | | |
|---|---|---|---|
| Account #: 28070300 | | Current month: December 29, 2023 | |
| Type: Individual Margin | | Account opened: February 22, 2021 | |
| Currency: CAD/USD | | Dealer: Questrade, Inc. | |

# CONTENT

**01 SUMMARY**
An overview of current and historical balances.

**02 PERFORMANCE**
Your current and historical rate of return.

**03 INVESTMENT DETAILS**
A detailed summary of cash and settled positions.

**04 ACTIVITY DETAILS**
A breakdown of cash and position changes during the month.

**05 TRADES TO SETTLE AFTER MONTH END**
A summary of all trades not settled by the end of the month.

**06 ANNUAL FEES AND REBATES SUMMARY**
The summary of all fees you paid and the rebates you received.





©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.


QUESTRADE

## Cash

# 03. INVESTMENT DETAILS

¹Combined in CAD

U.S. dollar amounts are totalled in
Canadian dollars where applicable.

|  | CURRENT MONTH | | | PREVIOUS MONTH | | |
|---|---|---|---|---|---|---|
|  | CAD | USD | Combined In CAD¹ | CAD | USD | Combined In CAD¹ |
| Owned | 10,477.22 | - | 10,477.22 | 10,477.22 | - | 10,477.22 |
| Borrowed | - | (7,662.09) | (10,155.33) | - | (7,453.39) | (10,106.80) |
|  | 10,477.22 | (7,662.09) | 321.89 | 10,477.22 | (7,453.39) | 370.42 |

Current month FX rate: $1.00 USD = $1.3254   CAD          Previous month FX rate: $1.00 USD = $1.3560 CAD          Account #:  28070300          Current month:  December 29, 2023

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.          Page 9 of 18



**QUESTRADE**

**ACCOUNT STATEMENT**

## 03. INVESTMENT DETAILS

### Stocks owned

|  | CURRENT MONTH | | | PREVIOUS MONTH | | |
|---|---|---|---|---|---|---|
|  | Securities held In CAD | Securities held In USD | Combined in CAD | Securities held In CAD | Securities held In USD | Combined in CAD |
| Market Value ($) |  | 3,841.67 | 5,091.75 |  | 4,715.36 | 6,394.03 ¹ |

| Symbol | Description | Cost basis¹ | Qty¹ | Segr.¹ | Cost/share | Pos. cost¹ | Mkt. price¹ | Mkt. value¹ | P&L¹ | % return¹ | % port.¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Securities held in USD |  |  |  |  |  |  |  |  |  |  |
| 8AGS588 | NEXT BRIDGE HYDROCARBONS | ND | 10,000.00 | 10,000.00 | ND | ND | 0.00 N | 0.00 N | ND | ND | - |
| VOCL | CREATD INC COMMON STOCK | BK | 1,000.00 | 1,000.00 | 0.65 | 648.42 | 0.01 | 5.00 | -643.42 | -99.23 | 0.13 |
| CLNV | CLEAN VISION CORPORATION COMMON STOCK | BK | 23,000.00 | 23,000.00 | 0.05 | 1,217.63 | 0.04 | 874.00 | -343.63 | -28.22 | 22.75 |
| GTII | GLOBAL TECH INDUSTRIES GROUP INC COM | HMV | 5,060.00 | 5,060.00 | 1.18 | 5,947.23 | 0.37 | 1,846.90 | -4,100.33 | -68.95 | 48.08 |
| ILUS | ILUSTRATO PICTURES INTERNATIONAL INC | BK | 76,500.00 | 76,500.00 | 0.02 | 1,648.72 | 0.01 | 535.50 | -1,113.22 | -67.52 | 13.94 |
| MMAT | META MATLS INC COMMON STOCK | BK | 5,000.00 | 5,000.00 | 0.22 | 1,112.30 | 0.07 | 330.00 | -782.30 | -70.33 | 8.59 |
| RNVA | RENNOVA HEALTH INC COMMON STOCK | BK | 2,500,000.00 | 2,500,000.00 | 0.00 | 509.95 | · | 250.00 | -259.95 | -50.98 | 6.51 |
| Y009404 | YO ELEVEN GAMING INC COMMON | BK | 30.00 | 30.00 | 0.24 | 7.05 | 0.01 E | 0.27 E | -6.78 | -96.17 | 0.01 |

¹Investment details

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** The market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest.
A letter to the right of the market value means:
E: we have estimated the market value of the security
N: the market value of the security cannot be determined
For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.
In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
**Note:** Continue reading on glossary page

Current month FX rate: $1.00 USD ≈ $1.3254   CAD        Previous month FX rate: $1.00 USD = $1.3560  CAD        Account #:  28070300        Current month:  December 29, 2023

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.        Page 10 of 18



QUESTRADE

ACCOUNT STATEMENT

# 04. ACTIVITY DETAILS

## Transactions

¹Activity details

Transaction date (Trans. date): the date a transaction occurred.
Settle date: the date cash moved in or out of your account. Stock trades generally settle in two business days and options in one day. The settle date impacts interest paid and received.
Restricted share terms:
SUB-VTG: subordinate voting shares
REST-VTG: restricted voting shares
NON-VTG: non-voting shares
Quantity (Qty.): The quantity for each security may include fractional shares which are shown in decimals.
Gross: the total before any commission.
Commission (Com.): the total commission incurred on the trade.
Net: the total after commission is paid.

| Trans Date.¹ | Settle Date.¹ | Activity type | Symbol | Description | Qty¹ | CAD Price | CAD Gross.¹ | CAD Com.¹ | CAD Net¹ | USD Price | USD Gross.¹ | USD Com.¹ | USD Net¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Opening balance | - | - | - | - | 10,477.22 | - | - | - | (7,463.39) |
| 11-29-2023 | 12-01-2023 | Buy | CLNV | CLEAN VISION CORPORATION COMMON STOCK WE ACTED AS AGENT | 500 | - | - | - | - | 0.047 | (23.50) | (5.00) | (28.50) |
| 11-29-2023 | 12-01-2023 | Buy | ILUS | ILUSTRATO PICTURES INTERNATIONAL INC WE ACTED AS AGENT | 5,000 | - | - | - | - | 0.011 | (54.50) | (9.95) | (64.45) |
| 12-14-2023 | 12-18-2023 | Buy | ILUS | ILUSTRATO PICTURES INTERNATIONAL INC WE ACTED AS AGENT | 3,000 | - | - | - | - | 0.008 | (22.50) | (9.95) | (32.45) |
| 12-18-2023 | 12-18-2023 | | | INT FR 11/16 THRU12/15@13  % BAL  7,546 AVBAL  7,364 | - | - | - | - | - | - | - | - | (78.69) |
| 12-18-2023 | 12-20-2023 | Buy | ILUS | ILUSTRATO PICTURES INTERNATIONAL INC WE ACTED AS AGENT | 8,500 | - | - | - | - | 0.008 | (69.70) | (9.95) | (79.65) |
| 12-21-2023 | 12-21-2023 | REV | | MULLEN AUTOMOTIVE INC COMMON STOCK 1:100 REVERSE SPLIT FROM 62526P307 TO 62626P406 | (1,000) | - | - | - | - | - | - | - | - |
| 12-21-2023 | 12-21-2023 | REV | MULN | MULLEN AUTOMOTIVE INC COMMON STOCK RESULT OF REVERSE SPLIT | 10 | - | - | - | - | - | - | - | - |
| 12-21-2023 | 12-26-2023 | Sell | MULN | MULLEN AUTOMOTIVE INC COMMON STOCK WE ACTED AS AGENT | 10 | - | - | - | - | 8.000 | 80.00 | (4.96) | 75.04 |
| | | | | Closing balance | - | - | - | - | 10,477.22 | - | - | - | (7,662.09) |

Current month FX rate: $1.00 USD = $1.3254  CAD        Previous month FX rate: $1.00 USD = $1.3560  CAD        Account #:  28070300        Current month:  December 29, 2023

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.        Page 13 of 18



ACCOUNT STATEMENT

## 05.    TRADES TO SETTLE AFTER MONTH END

### Unsettled trades

¹Trade details

Transaction date (Trans. date): the date a transaction occurred.
Settle date: the date cash moved in or out of your account. Stock trades generally settle in two business days and options in one day. The settle date impacts interest paid and received.
Gross: the total before any commission.
Commission (Com.): the total commission incurred on the trade.
Net: the total after commission is paid.

| | | | | | | | CAD | | | USD | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trans. Date.¹ | Settle Date.¹ | ActivityType | Symbol | Description | | Qty | Price | Gross.¹ | Com.¹ | Net¹ | Price | Gross.¹ | Com.¹ | Net¹ |
| 12-29-2023 | 01-03-2024 | Buy | CLNV | CLEAN VISION CORPORATION  COMMON STOCK WE ACTED AS AGENT | | 1,500 | | | | | 0.039 | (58.35) | (9.95) | (68.30) |





**Get the most out of your statement**
Your statement is broken down into **five** straight-forward categories, each designed to help you understand how your investments are performing:

- Measure overall account performance, past and present
- Track incoming/outgoing fees and rebates
- Monitor your portfolio's position allocation

**Talk to us, follow us, watch us**
For help with your account, Monday to Friday, 8 a.m. to 8 p.m. ET:

- Visit chat and we can help you immediately
- Call us at 1.888.783.7866
- Email support@questrade.com

For all other help, join the conversation:

- On the Exchange, your online community
- Follow us on Facebook or Twitter
- Tune into our YouTube channel
- Visit our LinkedIn page

# ACCOUNT STATEMENT

Order execution only account

| | |
|---|---|
| Current month balance: | **$5,677.58** |
| (January 31, 2024) | |
| Last month balance: | $5,413.64 |
| (December 29, 2023) | |

**FABIAN THOMAS**

137 MORRISON AVE SW TORONTO
ON  M6E 1M5

| | |
|---|---|
| Account #: 28070300 | Current month: January 31, 2024 |
| Type: Individual Margin | Account opened: February 22, 2021 |
| Currency: CAD/USD | Dealer: Questrade, Inc. |



# CONTENT

**01 SUMMARY**
An overview of current and historical balances.

**02 PERFORMANCE**
Your current and historical rate of return.

**03 INVESTMENT DETAILS**
A detailed summary of cash and settled positions.

**04 ACTIVITY DETAILS**
A breakdown of cash and position changes during the month.

**05 TRADES TO SETTLE AFTER MONTH END**
A summary of all trades not settled by the end of the month.

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.



**ACCOUNT STATEMENT**

## 03. INVESTMENT DETAILS

### Stocks owned

| | Securities held in CAD | CURRENT MONTH Securities held in USD | Combined in CAD | Securities held in CAD | PREVIOUS MONTH Securities held in USD | Combined in CAD |
|---|---|---|---|---|---|---|
| Market Value ($) | | 3,740.40 | 5,025.23 | | 3,841.67 | 5,091.75 |

| Symbol¹ | Description | Cost basis¹ | Qty¹ | Segr.¹ | Cost/share | Pos. cost¹ | Mkt. price¹ | Mkt. value¹ | P&L¹ | % return¹ | % port.¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Securities held in USD | | | | | | | | | | |
| 8AG5588 | NEXT BRIDGE HYDROCARBONS | ND | 10,000.00 | 10,000.00 | ND | ND | 0.00 N | 0.00 N | ND | ND | - |
| CLNV | CLEAN VISION CORPORATION COMMON STOCK | BK | 27,000.00 | 27,000.00 | 0.05 | 1,406.98 | 0.04 | 945.00 | -461.98 | -32.83 | 25.26 |
| VOCLD | CREATD INC COMMON STOCK | BK | 2.00 | 2.00 | 324.21 | 648.42 | 1.50 | 3.00 | -645.42 | -99.54 | 0.08 |
| GTII | GLOBAL TECH INDUSTRIES GROUP INC COM | HMV | 5,260.00 | 5,260.00 | 1.14 | 6,007.18 | 0.25 | 1,315.00 | -4,692.18 | -78.11 | 35.16 |
| ILUS | ILUSTRATO PICTURES INTERNATIONAL INC | BK | 80,000.00 | 80,000.00 | 0.02 | 1,471.70 | 0.02 | 1,200.00 | -271.70 | -18.46 | 32.08 |
| MMAT | META MATERIALS INC COMMON STOCK | BK | 40.00 | 40.00 | 22.25 | 889.84 | 3.81 | 152.40 | -737.44 | -82.87 | 4.07 |
| RNVA | RENNOVA HEALTH INC COMMON STOCK | BK | 2,500,000.00 | 2,500,000.00 | 0.00 | 509.95 | - | 125.00 | -384.95 | -75.49 | 3.34 |
| Y009404 | YO ELEVEN GAMING INC COMMON | BK | 30.00 | 30.00 | 0.24 | 7.05 | 0.00 N | 0.00 N | -7.05 | -100.00 | - |

**¹Investment details**

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** The market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest.
A letter to the right of the market value means:
E: we have estimated the market value of the security
N: the market value of the security cannot be determined
For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.
In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
**Note:** Continue reading on glossary page

Current month FX rate: $1.00 USD = $1.3435   CAD        Previous month FX rate: $1.00 USD = $1.3254 CAD        Account #:  28070300        Current month:  January 31, 2024

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.        Page 9 of 14



QUESTRADE

ACCOUNT STATEMENT

# 04. ACTIVITY DETAILS

## Transactions

¹Activity details

Transaction date (Trans. date): the date a transaction occurred.
Settle date: the date cash moved in or out of your account. Stock trades generally settle in two business days and options in one day. The settle date impacts interest paid and received.
Restricted share terms:
SUB-VTG: subordinate voting shares
REST-VTG: restricted voting shares
NON-VTG: non-voting shares
Quantity (Qty.): The quantity for each security may include fractional shares which are shown in decimals.
Gross: the total before any commission.
Commission (Com.): the total commission incurred on the trade.
Net: the total after commission is paid.

| Trans. Date.¹ | Settle Date.¹ | Activity type | Symbol | Description | Qty¹ | CAD Price | CAD Gross.¹ | CAD Com.¹ | CAD Net¹ | USD Price | USD Gross.¹ | USD Com.¹ | USD Net¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Opening balance | - | - | - | - | 10,477.22 | - | - | - | (7,662.09) |
| 12-29-2023 | 01-03-2024 | Buy | CLNV | CLEAN VISION CORPORATION COMMON STOCK WE ACTED AS AGENT | 1,500 | - | - | - | - | 0.039 | (58.35) | (9.95) | (68.30) |
| 01-02-2024 | 01-02-2024 | Deposit | | 28070300 Visa Debit | - | - | - | - | 300.00 | - | - | - | - |
| 01-02-2024 | 01-04-2024 | Buy | CLNV | CLEAN VISION CORPORATION COMMON STOCK WE ACTED AS AGENT | 500 | - | - | - | - | 0.041 | (20.65) | (5.00) | (25.65) |
| 01-02-2024 | 01-04-2024 | Buy | ILUS | ILUSTRATO PICTURES INTERNATIONAL INC WE ACTED AS AGENT | 23,500 | - | - | - | - | 0.008 | (180.95) | (9.95) | (190.90) |
| 01-08-2024 | 01-10-2024 | Sell | | META MATLS INC COMMON STOCK WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 1,000 | - | - | - | - | 0.064 | 63.80 | (9.96) | 53.84 |
| 01-16-2024 | 01-16-2024 | | | INT FR 12/16 THRU01/15@13 % BAL 7,893 AVBAL 7,775 | - | - | - | - | - | - | - | - | (85.86) |
| 01-19-2024 | 01-19-2024 | Deposit | | 28070300 Visa Debit | - | - | - | - | 250.00 | - | - | - | - |
| 01-22-2024 | 01-24-2024 | Buy | CLNV | CLEAN VISION CORPORATION COMMON STOCK WE ACTED AS AGENT | 1,000 | - | - | - | - | 0.040 | (40.00) | (9.95) | (49.95) |
| 01-24-2024 | 01-24-2024 | REV | | CREATD INC COMMON STOCK 1:500 REVERSE SPLIT FROM 225265107 TO 225265305 | (1,000) | - | - | - | - | - | - | - | - |
| 01-24-2024 | 01-24-2024 | REV | VOCLD | CREATD INC COMMON STOCK RESULT OF REVERSE SPLIT | 2 | - | - | - | - | - | - | - | - |
| 01-29-2024 | 01-29-2024 | REV | | META MATLS INC COMMON STOCK 1:100 REVERSE SPLIT FROM 59134N104 TO 59134N302 | (4,000) | - | - | - | - | - | - | - | - |
| 01-29-2024 | 01-29-2024 | REV | MMAT | META MATERIALS INC COMMON STOCK RESULT OF REVERSE SPLIT | 40 | - | - | - | - | - | - | - | - |
| 01-31-2024 | 01-31-2024 | Buy | CLNV | CLEAN VISION CORPORATION COMMON STOCK WE ACTED AS AGENT | 1,000 | - | - | - | - | 0.036 | (35.50) | (9.95) | (45.45) |
| 01-29-2024 | 01-31-2024 | Buy | GTII | GLOBAL TECH INDUSTRIES GROUP INC COM WE ACTED AS AGENT | 200 | - | - | - | - | 0.275 | (55.00) | (4.95) | (59.95) |
| 01-29-2024 | 01-31-2024 | Sell | ILUS | ILUSTRATO PICTURES INTERNATIONAL INC WE ACTED AS AGENT AVG PRICE - ASK US FOR DETAILS | 20,000 | - | - | - | - | 0.021 | 422.00 | (9.96) | 412.04 |
| | | | | Closing balance | - | - | - | - | 11,027.22 | - | - | - | (7,722.27) |

Current month FX rate: $1.00 USD = $1.3435 CAD    Previous month FX rate: $1.00 USD = $1.3254 CAD    Account #: 28070300    Current month: January 31, 2024

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.





**Get the most out of your statement**

Your statement is broken down into **five** straight-forward categories, each designed to help you understand how your investments are performing:

- Measure overall account performance, past and present
- Track incoming/outgoing fees and rebates
- Monitor your portfolio's position allocation

**Talk to us, follow us, watch us**

For help with your account, Monday to Friday, 8 a.m. to 8 p.m. ET:

- Visit chat and we can help you immediately
- Call us at 1.888.783.7866
- Email support@questrade.com

For all other help, join the conversation:

- On the Exchange, your online community
- Follow us on Facebook or Twitter
- Tune into our YouTube channel
- Visit our LinkedIn page

# ACCOUNT STATEMENT

Order execution only account

| | |
|---|---|
| Current month balance: | **$5,154.86** |
| (February 29, 2024) | |
| Last month balance: | $5,677.58 |
| (January 31, 2024) | |

**FABIAN THOMAS**

137 MORRISON AVE SW TORONTO
ON  M6E 1M5

| | |
|---|---|
| Account #: | 28070300 |
| Type: | Individual Margin |
| Currency: | CAD/USD |

| | |
|---|---|
| Current month: | February 29, 2024 |
| Account opened: | February 22, 2021 |
| Dealer: | Questrade, Inc. |

# CONTENT

**01 SUMMARY**
An overview of current and historical balances.

**02 PERFORMANCE**
Your current and historical rate of return.

**03 INVESTMENT DETAILS**
A detailed summary of cash and settled positions.

**04 ACTIVITY DETAILS**
A breakdown of cash and position changes during the month.

**05 TRADES TO SETTLE AFTER MONTH END**
A summary of all trades not settled by the end of the month.

Current month FX rate: $1.00 USD = $1.3580   CAD          Previous month FX rate: $1.00 USD = $1.3435  CAD          Account #:  28070300          Current month:  February 29, 2024

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.          Page 1 of 14


QUESTRADE

ACCOUNT STATEMENT

## 03. INVESTMENT DETAILS

¹Investment details

## Stocks owned

| | CURRENT MONTH | | | PREVIOUS MONTH | | |
|---|---|---|---|---|---|---|
| | Securities held in CAD | Securities held in USD | Combined in CAD | Securities held in CAD | Securities held in USD | Combined in CAD |
| Market Value ($) | | 3,644.05 | 4,948.44 | | 3,740.40 | 5,025.23 |

| Symbol | Description | Cost basis¹ | Qty¹ | Segr.¹ | Cost/share | Pos. cost¹ | Mkt. price¹ | Mkt. value¹ | P&L¹ | % return¹ | % port.¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Securities held in USD | | | | | | | | | | |
| 8AG558B | NEXT BRIDGE HYDROCARBONS | ND | 10,000.00 | 10,000.00 | ND | ND | 0.00 N | 0.00 N | ND | ND | - |
| CLNV | CLEAN VISION CORPORATION COMMON STOCK | BK | 25,735.00 | 25,735.00 | 0.05 | 1,310.71 | 0.03 | 772.05 | -538.66 | -41.10 | 21.19 |
| CEI | CAMBER ENERGY INC COMMON STOCK | BK | 900.00 | 900.00 | 0.17 | 157.45 | 0.21 | 189.00 | 31.55 | 20.04 | 5.19 |
| GTII | GLOBAL TECH INDUSTRIES GROUP INC COM | HMV | 5,000.00 | 5,000.00 | 1.14 | 5,710.25 | 0.27 | 1,325.00 | -4,385.25 | -76.80 | 36.36 |
| 1LUS | ILUSTRATO PICTURES INTERNATIONAL INC | BK | 80,000.00 | 80,000.00 | 0.02 | 1,471.70 | 0.01 | 960.00 | -511.70 | -34.77 | 26.34 |
| MMAT | META MATERIALS INC COMMON STOCK | BK | 50.00 | 50.00 | 18.51 | 925.29 | 2.96 | 148.00 | -777.29 | -84.01 | 4.06 |
| RNVA | RENNOVA HEALTH INC COMMON STOCK | BK | 2,500,000.00 | 2,500,000.00 | 0.00 | 509.95 | - | 250.00 | -259.95 | -50.98 | 6.86 |
| YC09404 | YO ELEVEN GAMING INC COMMON | BK | 30.00 | 30.00 | 0.24 | 7.05 | 0.00 N | 0.00 N | -7.05 | -100.00 | - |

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** The market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which the security is trading and could presumably be purchased or sold.
Market value may include accrued interest.
A letter to the right of the market value means:
E: we have estimated the market value of the security
N: the market value of the security cannot be determined
For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.
In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
Note: Continue reading on glossary page


QUESTRADE

ACCOUNT STATEMENT

# 04. ACTIVITY DETAILS

## Transactions

¹Activity details

Transaction date (Trans. date): the date a transaction occurred.
Settle date: the date cash moved in or out of your account. Stock trades generally settle in two business days and options in one day. The settle date impacts interest paid and received.
Restricted share terms:
SUB-VTG: subordinate voting shares
REST-VTG: restricted voting shares
NON-VTG: non-voting shares
Quantity (Qty.): The quantity for each security may include fractional shares which are shown in decimals.
Gross: the total before any commission.
Commission (Com.): the total commission incurred on the trade.
Net: the total after commission is paid.

| | | | | | | | CAD | | | | USD | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trans. Date.¹ | Settle Date.¹ | Activity type | Symbol | Description | Qty¹ | Price | Gross.¹ | Com.¹ | Net¹ | Price | Gross.¹ | Com.¹ | Net¹ | | |
| | | | | Opening balance | - | - | - | - | 11,027.22 | - | - | - | (7,722.27) | | |
| 02-05-2024 | 02-07-2024 | Buy | CLNV | CLEAN VISION CORPORATION  COMMON STOCK  WE ACTED AS AGENT | 3,000 | - | - | - | - | 0.037 | (111.00) | (9.95) | (120.95) | | |
| 02-05-2024 | 02-07-2024 | Buy | CEI | CAMBER ENERGY INC  COMMON STOCK  WE ACTED AS AGENT  AVG PRICE - ASK US FOR DETAILS | 1,000 | - | - | - | - | 0.165 | (165.00) | (9.95) | (174.95) | | |
| 02-05-2024 | 02-07-2024 | Sell | GTII | GLOBAL TECH INDUSTRIES GROUP  INC COM WE ACTED AS AGENT | 260 | - | - | - | - | 0.260 | 67.60 | (4.96) | 62.64 | | |
| 02-05-2024 | 02-07-2024 | Buy | MMAT | META MATERIALS INC COMMON STOCK  WE ACTED AS AGENT | 10 | - | - | - | - | 3.050 | (30.50) | (4.95) | (35.45) | | |
| 02-16-2024 | 02-16-2024 | | | INT FR 01/16 THRU02/15@13   % BAL  7,990  AVBAL  7,835 | - | - | - | - | - | - | - | - | (87.62) | | |
| 02-26-2024 | 02-28-2024 | Sell | CLNV | CLEAN VISION CORPORATION  COMMON STOCK  WE ACTED AS AGENT | 4,265 | - | - | - | - | 0.034 | 145.01 | (54.96) | 90.05 | | |
| 02-26-2024 | 02-28-2024 | Sell | CEI | CAMBER ENERGY INC  COMMON STOCK  WE ACTED AS AGENT | 100 | - | - | - | - | 0.190 | 18.95 | (4.96) | 13.99 | | |
| 02-26-2024 | 02-28-2024 | Sell | CRTD | CREATD INC  COMMON STOCK  WE ACTED AS AGENT | 2 | - | - | - | - | 5.520 | 11.04 | (4.96) | 6.08 | | |
| | | | | Closing balance | - | - | - | - | 11,027.22 | - | - | - | (7,968.48) | | |

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.





**Get the most out of your statement**
Your statement is broken down into **five** straight-forward categories, each designed to help you understand how your investments are performing:

- Measure overall account performance, past and present
- Track incoming/outgoing fees and rebates
- Monitor your portfolio's position allocation

**Talk to us, follow us, watch us**
For help with your account, Monday to Friday, 8 a.m. to 8 p.m. ET:

- Visit chat and we can help you immediately
- Call us at 1.888.783.7866
- Email support@questrade.com

For all other help, join the conversation:

- On the Exchange, your online community
- Follow us on Facebook or Twitter
- Tune into our YouTube channel
- Visit our LinkedIn page

# ACCOUNT STATEMENT

Order execution only account

| | |
|---|---|
| Current month balance: | **$4,424.32** |
| (March 28, 2024) | |
| Last month balance: | $5,154.86 |
| (February 29, 2024) | |

**FABIAN THOMAS**

137 MORRISON AVE SW TORONTO
ON  M6E 1M5

| | |
|---|---|
| Account #: 28070300 | |
| Type: Individual Margin | |
| Currency: CAD/USD | |

| | |
|---|---|
| Current month: March 28, 2024 | |
| Account opened: February 22, 2021 | |
| Dealer: Questrade, Inc. | |

# CONTENT

**01 SUMMARY**
An overview of current and historical balances.

**02 PERFORMANCE**
Your current and historical rate of return.

**03 INVESTMENT DETAILS**
A detailed summary of cash and settled positions.

**04 ACTIVITY DETAILS**
A breakdown of cash and position changes during the month.

**05 TRADES TO SETTLE AFTER MONTH END**
A summary of all trades not settled by the end of the month.



CIPF
FCPE
MEMBER
MEMBRE

Regulated by Canadian Investment Regulatory Organization
Réglementée par Organisme canadien de réglementation des investissements

©Questrade, Inc. All rights reserved. Member of CIRO and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.


QUESTRADE

ACCOUNT STATEMENT

## 03. INVESTMENT DETAILS

¹Investment details

### Stocks owned

| | CURRENT MONTH | | | PREVIOUS MONTH | | |
|---|---|---|---|---|---|---|
| | Securities held in CAD | Securities held in USD | Combined in CAD | Securities held in CAD | Securities held in USD | Combined in CAD |
| Market Value ($) | | 3,060.17 | 4,143.62 | | 3,644.05 | 4,948.44 |

| Symbol | Description | Cost basis¹ | Qty¹ | Segr.¹ | Cost/share | Pos. cost¹ | Mkt. price¹ | Mkt. value¹ | P&L¹ | % return¹ | % port.¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Securities held in USD | | | | | | | | | | |
| 8AG5588 | NEXT BRIDGE HYDROCARBONS | ND | 10,000.00 | 10,000.00 | ND | ND | 0.00 N | 0.00 N | ND | ND | - |
| CLNV | CLEAN VISION CORPORATION COMMON STOCK | BK | 25,735.00 | 25,735.00 | 0.05 | 1,310.71 | 0.02 | 566.17 | -744.54 | -56.80 | 18.50 |
| CEI | CAMBER ENERGY INC COMMON STOCK | BK | 800.00 | 800.00 | 0.18 | 139.96 | 0.20 | 160.00 | 20.04 | 14.32 | 5.23 |
| GTII | GLOBAL TECH INDUSTRIES GROUP INC COM | HMV | 5,000.00 | 5,000.00 | 1.13 | 5,633.53 | 0.25 | 1,255.00 | -4,378.53 | -77.72 | 41.01 |
| ILUS | ILUSTRATO PICTURES INTERNATIONAL INC | BK | 80,000.00 | 80,000.00 | 0.02 | 1,471.70 | 0.01 | 960.00 | -511.70 | -34.77 | 31.37 |
| MMAT | META MATERIALS INC COMMON STOCK | BK | 50.00 | 50.00 | 18.51 | 925.29 | 2.38 | 119.00 | -806.29 | -87.14 | 3.89 |
| RNVA | RENNOVA HEALTH INC COMMON STOCK | BK | 2,500,000.00 | 2,500,000.00 | 0.00 | 509.95 | - | - | -509.95 | -100.00 | - |
| Y009404 | YO ELEVEN GAMING INC COMMON | BK | 30.00 | 30.00 | 0.24 | 7.05 | 0.00 N | 0.00 N | -7.05 | -100.00 | - |

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all its book cost.
- **Historical Market value date (HMVD):** The market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest.
A letter to the right of the market value means:
E: we have estimated the market value of the security
N: the market value of the security cannot be determined
For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.
In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
**Note:** Continue reading on glossary page

Current month FX rate: $1.00 USD = $1.3541 CAD        Previous month FX rate: $1.00 USD = $1.3580 CAD        Account #: 28070300        Current month: March 28, 2024

©Questrade, Inc. All rights reserved. Member of CIRO and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.        Page 9 of 14


QUESTRADE

ACCOUNT STATEMENT

# 04. ACTIVITY DETAILS

## Transactions

*Activity details*

Transaction date (Trans. date): the date a transaction occurred.
Settle date: the date cash moved in or out of your account. Stock trades generally settle in two business days and options in one day. The settle date impacts interest paid and received.
Restricted share terms:
SUB-VTG: subordinate voting shares
REST-VTG: restricted voting shares
NON-VTG: non-voting shares
Quantity (Qty.): The quantity for each security may include fractional shares which are shown in decimals.
Gross: the total before any commission.
Commission (Com.): the total commission incurred on the trade.
Net: the total after commission is paid.

| Trans. Date.¹ | Settle Date.¹ | Activity type | Symbol | Description | Qty¹ | Price | Gross.¹ | Com.¹ | Net¹ | Price | Gross.¹ | Com.¹ | Net¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **CAD** | | | | **USD** | |
| | | | | Opening balance | - | - | - | - | 11,027.22 | - | - | - | (7,968.48) |
| 03-05-2024 | 03-07-2024 | Sell | CEI | CAMBER ENERGY INC COMMON STOCK WE ACTED AS AGENT | 100 | - | - | - | - | 0.219 | 21.89 | (4.96) | 16.93 |
| 03-12-2024 | 03-14-2024 | Buy | GTII | GLOBAL TECH INDUSTRIES GROUP INC COM WE ACTED AS AGENT | 100 | - | - | - | - | 0.310 | (31.00) | (4.95) | (35.95) |
| 03-18-2024 | 03-18-2024 | | | INT FR 02/16 THRU03/15@13 % BAL 7,987 AVBAL 8,011 | - | - | - | - | - | - | - | - | (82.75) |
| 03-20-2024 | 03-20-2024 | Deposit | | 28070300 Visa Debit | - | - | - | - | 150.00 | - | - | - | - |
| 03-26-2024 | 03-28-2024 | Sell | GTII | GLOBAL TECH INDUSTRIES GROUP INC COM WE ACTED AS AGENT | 100 | - | - | - | - | 0.279 | 27.85 | (4.96) | 22.89 |
| | | | | Closing balance | - | - | - | - | 11,177.22 | - | - | - | (8,047.36) |

Current month FX rate: $1.00 USD = $1.3541   CAD        Previous month FX rate: $1.00 USD = $1.3580  CAD        Account #: 28070300        Current month: March 28, 2024

©Questrade, Inc. All rights reserved. Member of CIRO and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.        Page 12 of 14





**Get the most out of your statement**
Your statement is broken down into **five** straight-forward categories, each designed to help you understand how your investments are performing:
- Measure overall account performance, past and present
- Track incoming/outgoing fees and rebates
- Monitor your portfolio's position allocation

**Talk to us, follow us, watch us**
For help with your account, Monday to Friday, 8 a.m. to 8 p.m. ET:
- Visit chat and we can help you immediately
- Call us at 1.888.783.7866
- Email support@questrade.com

For all other help, join the conversation:
- On the Exchange, your online community
- Follow us on Facebook or Twitter
- Tune into our YouTube channel
- Visit our LinkedIn page

# ACCOUNT STATEMENT

Order execution only account

| | |
|---|---|
| Current month balance: | **$3,540.66** |
| (April 30, 2024) | |
| Last month balance: | $4,424.32 |
| (March 28, 2024) | |

**FABIAN THOMAS**

137 MORRISON AVE SW TORONTO
ON  M6E 1M5

| | |
|---|---|
| Account #: | 28070300 |
| Type: | Individual Margin |
| Currency: | CAD/USD |

| | |
|---|---|
| Current month: | April 30, 2024 |
| Account opened: | February 22, 2021 |
| Dealer: | Questrade, Inc. |

# CONTENT

**01 SUMMARY**
An overview of current and historical balances.

**02 PERFORMANCE**
Your current and historical rate of return.

**03 INVESTMENT DETAILS**
A detailed summary of cash and settled positions.

**04 ACTIVITY DETAILS**
A breakdown of cash and position changes during the month.

**05 TRADES TO SETTLE AFTER MONTH END**
A summary of all trades not settled by the end of the month.

CIPF
FCPE
Canadian Investor Protection Fund
MEMBER
MEMBRE

Regulated by Canadian Investment Regulatory Organization
Réglementée par Organisme canadien de réglementation des investissements

©Questrade, Inc. All rights reserved. Member of CIRO and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.


QUESTRADE

ACCOUNT STATEMENT

## 03. INVESTMENT DETAILS

### Stocks owned

[1] Investment details

| | Securities held in CAD | Securities held in USD | Combined in CAD | Securities held in CAD | Securities held in USD | Combined in CAD |
|---|---|---|---|---|---|---|
| | **CURRENT MONTH** | | | **PREVIOUS MONTH** | | |
| Market Value ($) | | 2,428.55 | 3,346.30 | | 3,060.17 | 4,143.62 |

| Symbol | Description | Cost basis[1] | Qty[1] | Segr.[1] | Cost/share | Pos. cost[1] | Mkt. price[1] | Mkt. value[1] | P&L[1] | % return[1] | % port.[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Securities held in USD | | | | | | | | | | |
| BAG5588 | NEXT BRIDGE HYDROCARBONS | ND | 10,000.00 | 10,000.00 | ND | ND | 0.00 N | 0.00 N | ND | ND | - |
| CLNV | CLEAN VISION CORPORATION COMMON STOCK | BK | 27,000.00 | 27,000.00 | 0.05 | 1,360.13 | 0.03 | 702.00 | -658.13 | -48.39 | 28.91 |
| CEI | CAMBER ENERGY INC COMMON STOCK | BK | 1,000.00 | 1,000.00 | 0.18 | 178.93 | 0.16 | 163.00 | -15.93 | -8.90 | 6.71 |
| GTII | GLOBAL TECH INDUSTRIES GROUP INC COM | HMV | 5,000.00 | 5,000.00 | 1.13 | 5,633.53 | 0.15 | 760.00 | -4,873.53 | -86.51 | 31.29 |
| ILUS | ILUSTRATO PICTURES INTERNATIONAL INC | BK | 80,000.00 | 80,000.00 | 0.02 | 1,471.70 | 0.01 | 640.00 | -831.70 | -56.51 | 26.35 |
| MMAT | META MATERIALS INC COMMON STOCK | BK | 50.00 | 50.00 | 18.51 | 925.29 | 3.27 | 163.55 | -761.74 | -82.32 | 6.73 |
| RNVA | RENNOVA HEALTH INC COMMON STOCK | BK | 2,500,000.00 | 2,500,000.00 | 0.00 | 509.95 | - | - | -509.95 | -100.00 | - |
| YO09404 | YO ELEVEN GAMING INC COMMON | BK | 30.00 | 30.00 | 0.24 | 7.05 | - | - | -7.05 | -100.00 | - |

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** The market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest.
A letter to the right of the market value means:
E: we have estimated the market value of the security
N: the market value of the security cannot be determined
For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.
In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
**Note:** Continue reading on glossary page

---

Current month FX rate: $1.00 USD = $1.3779 CAD        Previous month FX rate: $1.00 USD = $1.3541 CAD        Account #: 28070300        Current month: April 30, 2024

©Questrade, Inc. All rights reserved. Member of CIRO and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.



ACCOUNT STATEMENT

# 04. ACTIVITY DETAILS

## Transactions

¹Activity details

Transaction date (Trans. date): the date a transaction occurred.
Settle date: the date cash moved in or out of your account. Stock trades generally settle in two business days and options in one day. The settle date impacts interest paid and received.
Restricted share terms:
SUB-VTG: subordinate voting shares
REST-VTG: restricted voting shares
NON-VTG: non-voting shares
Quantity (Qty.): The quantity for each security may include fractional shares which are shown in decimals.
Gross: the total before any commission.
Commission (Com.): the total commission incurred on the trade.
Net: the total after commission is paid.

| | | | | | | | CAD | | | | USD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trans Date.¹ | Settle Date.¹ | Activity type | Symbol | Description | Qty¹ | Price | Gross.¹ | Com.¹ | Net¹ | Price | Gross.¹ | Com.¹ | Net¹ |
| | | | | Opening balance | - | - | - | - | 11,177.22 | - | - | - | (8,047.38) |
| 04-04-2024 | 04-08-2024 | Buy | CLNV | CLEAN VISION CORPORATION COMMON STOCK WE ACTED AS AGENT | 265 | - | - | - | - | 0.023 | (6.02) | (4.95) | (10.97) |
| 04-16-2024 | 04-18-2024 | Deposit | | 28070300 Visa Debit | - | - | - | - | 200.00 | - | - | - | - |
| 04-16-2024 | 04-16-2024 | | | INT FR 03/16 THRU04/15@13  % BAL  8,058 AVBAL  8,059 | - | - | - | - | - | - | - | - | (88.98) |
| 04-25-2024 | 04-25-2024 | Deposit | | 28070300 Visa Debit | - | - | - | - | 150.00 | - | - | - | - |
| 04-25-2024 | 04-29-2024 | Buy | CLNV | CLEAN VISION CORPORATION COMMON STOCK WE ACTED AS AGENT | 1,000 | - | - | - | - | 0.028 | (28.50) | (9.95) | (38.45) |
| 04-25-2024 | 04-29-2024 | Buy | CEI | CAMBER ENERGY INC COMMON STOCK WE ACTED AS AGENT | 200 | - | - | - | - | 0.170 | (34.02) | (4.95) | (38.97) |
| | | | | Closing balance | - | - | - | - | 11,527.22 | - | - | - | (8,224.73) |

Current month FX rate: $1.00 USD = $1.3779  CAD          Previous month FX rate: $1.00 USD = $1.3541  CAD          Account #: 28070300          Current month: April 30, 2024

©Questrade, Inc. All rights reserved. Member of CIRO and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.

Page 12 of 15





## ACCOUNT STATEMENT

Order execution only account

| Current month balance: | $3,201.12 |
|---|---|
| (May 31, 2024) | |
| Last month balance: | $3,540.66 |
| (April 30, 2024) | |

FABIAN THOMAS

137 MORRISON AVE SW TORONTO
ON  M6E 1M5

| Account #: 28070300 | Current month: May 31, 2024 |
|---|---|
| Type: Individual Margin | Account opened: February 22, 2021 |
| Currency: CAD/USD | Dealer: Questrade, Inc. |

### Get the most out of your statement
Your statement is broken down into **five** straight-forward categories, each designed to help you understand how your investments are performing:
- Measure overall account performance, past and present
- Track incoming/outgoing fees and rebates
- Monitor your portfolio's position allocation

### Talk to us, follow us, watch us
For help with your account, Monday to Friday, 8 a.m. to 8 p.m. ET:
- Visit chat and we can help you immediately
- Call us at 1.888.783.7866
- Email support@questrade.com

For all other help, join the conversation:
- On the Exchange, your online community
- Follow us on Facebook or Twitter
- Tune into our YouTube channel
- Visit our LinkedIn page

## CONTENT

**01 SUMMARY**
An overview of current and historical balances.

**02 PERFORMANCE**
Your current and historical rate of return.

**03 INVESTMENT DETAILS**
A detailed summary of cash and settled positions.

**04 ACTIVITY DETAILS**
A breakdown of cash and position changes during the month.

**05 TRADES TO SETTLE AFTER MONTH END**
A summary of all trades not settled by the end of the month.

CIPF
FCPE
MEMBER
MEMBRE

Regulated by Canadian Investment Regulatory Organization
Réglementée par Organisme canadien de réglementation des investissements

Current month FX rate: $1.00 USD = $1.3627  CAD    Previous month FX rate: $1.00 USD = $1.3779  CAD    Account #: 28070300    Current month: May 31, 2024

©Questrade, Inc. All rights reserved. Member of CIRO and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.    Page 1 of 14



## Stocks owned

# 03. INVESTMENT DETAILS

[1]Investment details

| | Securities held in CAD | Securities held in USD | Combined in CAD | Securities held in CAD | Securities held in USD | Combined in CAD |
|---|---|---|---|---|---|---|
| | **CURRENT MONTH** | | | **PREVIOUS MONTH** | | |
| Market Value ($) | | 2,368.50 | 3,227.55 | | 2,428.55 | 3,346.30 |

| Symbol | Description | Cost basis[1] | Qty[1] | Segr.[1] | Cost/share | Pos. cost[1] | Mkt. price[1] | Mkt. value[1] | P&L[1] | % return[1] | % port.[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Securities held in USD | | | | | | | | | | |
| 8AG55B8 | NEXT BRIDGE HYDROCARBONS | ND | 10,000.00 | 10,000.00 | ND | ND | 0.00 N | 0.00 N | ND | ND | - |
| CLNV | CLEAN VISION CORPORATION COMMON STOCK | BK | 27,000.00 | 27,000.00 | 0.05 | 1,340.63 | 0.02 | 567.00 | -773.63 | -57.71 | 23.94 |
| CEI | CAMBER ENERGY INC COMMON STOCK | BK | 1,000.00 | 1,000.00 | 0.18 | 182.48 | 0.17 | 166.00 | -16.48 | -9.03 | 7.01 |
| GTII | GLOBAL TECH INDUSTRIES GROUP INC COM | HMV | 5,000.00 | 5,000.00 | 1.13 | 5,633.53 | 0.11 | 550.00 | -5,083.53 | -90.24 | 23.22 |
| ILUS | ILUSTRATO PICTURES INTERNATIONAL INC | BK | 80,000.00 | 80,000.00 | 0.02 | 1,471.70 | 0.01 | 640.00 | -831.70 | -56.51 | 27.02 |
| MMAT | META MATERIALS INC COMMON STOCK | BK | 50.00 | 50.00 | 18.51 | 925.29 | 3.91 | 195.50 | -729.79 | -78.87 | 8.25 |
| RNVA | RENNOVA HEALTH INC COMMON STOCK | BK | 2,500,000.00 | 2,500,000.00 | 0.00 | 509.95 | - | 250.00 | -259.95 | -50.98 | 10.56 |
| Y009404 | YO ELEVEN GAMING INC COMMON | BK | 30.00 | 30.00 | 0.24 | 7.05 | - | - | -7.05 | -100.00 | - |

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** The market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest.
A letter to the right of the market value means:
E: we have estimated the market value of the security
N: the market value of the security cannot be determined
For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.
In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
**Note:** Continue reading on glossary page

Current month FX rate: $1.00 USD ≈ $1.3627 CAD     Previous month FX rate: $1.00 USD ≈ $1.3779 CAD     Account #: 28070300     Current month: May 31, 2024

©Questrade, Inc. All rights reserved. Member of CIRO and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.     Page 9 of 14


**QUESTRADE**

ACCOUNT STATEMENT

# 04. ACTIVITY DETAILS

## Transactions

†Activity details

Transaction date (Trans. date): the date a transaction occurred.
Settle date: the date cash moved in or out of your account. Stock trades generally settle in one business day and options in one business day. The settle date impacts interest paid and received.
Restricted share terms:
SUB-VTG: subordinate voting shares
REST-VTG: restricted voting shares
NON-VTG: non-voting shares
Quantity (Qty.): The quantity for each security may include fractional shares which are shown in decimals.
Gross: the total before any commission.
Commission (Com.): the total commission incurred on the trade.
Net: the total after commission is paid.

| Trans Date.† | Settle Date.† | Activity type | Symbol | Description | Qty† | CAD Price | CAD Gross.† | CAD Com.† | CAD Net† | USD Price | USD Gross.† | USD Com.† | USD Net† |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Opening balance | - | - | - | - | 11,527.22 | - | - | - | (8,224.73) |
| 04-30-2024 | 05-02-2024 | Buy | CEI | CAMBER ENERGY INC COMMON STOCK WE ACTED AS AGENT | 100 | - | - | - | - | 0.169 | (16.85) | (4.95) | (21.80) |
| 05-16-2024 | 05-16-2024 | | | INT FR 04/16 THRU05/15@13 % BAL 8,246 AVBAL 8,201 | - | - | - | - | - | - | - | - | (87.63) |
| 05-16-2024 | 05-20-2024 | Buy | CLNV | CLEAN VISION CORPORATION COMMON STOCK WE ACTED AS AGENT | 1,000 | - | - | - | - | 0.020 | (20.20) | (9.95) | (30.15) |
| 05-21-2024 | 05-23-2024 | Sell | CEI | CAMBER ENERGY INC COMMON STOCK WE ACTED AS AGENT | 100 | - | - | - | - | 0.170 | 17.03 | (4.96) | 12.07 |
| 05-21-2024 | 05-21-2024 | Foreign Exchange | | CONVERSION - CAD/USD | - | - | - | - | (11,527.22) | - | - | - | 8,321.10 |
| 05-28-2024 | 05-29-2024 | Sell | CLNV | CLEAN VISION CORPORATION COMMON STOCK WE ACTED AS AGENT | 1,000 | - | - | - | - | 0.022 | 21.70 | (9.96) | 11.74 |
| | | | | Closing balance | - | - | - | - | - | - | - | - | (19.40) |

Current month FX rate: $1.00 USD = $1.3627  CAD        Previous month FX rate: $1.00 USD = $1.3779  CAD        Account #:  28070300        Current month:  May 31, 2024

©Questrade, Inc. All rights reserved. Member of CIRO and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.

Page 12 of 14





**Get the most out of your statement**
Your statement is broken down into **five** straight-forward categories, each designed to help you understand how your investments are performing:

- Measure overall account performance, past and present
- Track incoming/outgoing fees and rebates
- Monitor your portfolio's position allocation

**Talk to us, follow us, watch us**
For help with your account, Monday to Friday, 8 a.m. to 8 p.m. ET:

- Visit chat and we can help you immediately
- Call us at 1.888.783.7866
- Email support@questrade.com

For all other help, join the conversation:

- On the Exchange, your online community
- Follow us on Facebook or Twitter
- Tune into our YouTube channel
- Visit our LinkedIn page

# ACCOUNT STATEMENT

Order execution only account

FABIAN THOMAS

137 MORRISON AVE SW TORONTO
ON  M6E 1M5

| | | |
|---|---|---|
| Current month balance: | **$2,595.02** | |
| (June 28, 2024) | | |
| Last month balance: | **$3,201.12** | |
| (May 31, 2024) | | |

| | |
|---|---|
| Account #: 28070300 | Current month: June 28, 2024 |
| Type: Individual Margin | Account opened: February 22, 2021 |
| Currency: CAD/USD | Dealer: Questrade, Inc. |

## CONTENT

**01  SUMMARY**
An overview of current and historical balances.

**02  PERFORMANCE**
Your current and historical rate of return.

**03  INVESTMENT DETAILS**
A detailed summary of cash and settled positions.

**04  ACTIVITY DETAILS**
A breakdown of cash and position changes during the month.

**05  TRADES TO SETTLE AFTER MONTH END**
A summary of all trades not settled by the end of the month.

CIPF
FCPE
MEMBER
MEMBRE

Regulated by Canadian Investment Regulatory Organization
Réglementée par Organisme canadien de réglementation des investissements

©Questrade, Inc. All rights reserved. Member of CIRO and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.



**ACCOUNT STATEMENT**

# 03. INVESTMENT DETAILS

## Stocks owned

¹Investment details

| | CURRENT MONTH | | | PREVIOUS MONTH | | |
|---|---|---|---|---|---|---|
| | Securities held in CAD | Securities held in USD | Combined in CAD | Securities held in CAD | Securities held in USD | Combined in CAD |
| Market Value ($) | | 1,884.05 | 2,577.10 | | 2,368.50 | 3,227.55 |

| Symbol | Description | Cost basis¹ | Qty¹ | Segr.¹ | Cost/share | Pos. cost¹ | Mkt. price¹ | Mkt. value¹ | P&L¹ | % return¹ | % port.¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Securities held in USD | | | | | | | | | | |
| 8AG5588 | NEXT BRIDGE HYDROCARBONS | ND | 10,000.00 | 10,000.00 | ND | ND | 0.00 N | 0.00 N | ND | ND | - |
| CLNV | CLEAN VISION CORPORATION COMMON STOCK | BK | 27,000.00 | 27,000.00 | 0.05 | 1,340.63 | 0.02 | 459.00 | -881.63 | -65.76 | 24.36 |
| CEI | CAMBER ENERGY INC COMMON STOCK | BK | 1,800.00 | 1,800.00 | 0.16 | 281.12 | 0.11 | 203.40 | -77.72 | -27.65 | 10.80 |
| GTII | GLOBAL TECH INDUSTRIES GROUP INC COM | HMV | 5,000.00 | 5,000.00 | 1.13 | 5,633.53 | 0.10 | 505.00 | -5,128.53 | -91.04 | 26.80 |
| ILUS | ILUSTRATO PICTURES INTERNATIONAL INC | BK | 80,000.00 | 80,000.00 | 0.02 | 1,471.70 | - | 320.00 | -1,151.70 | -78.26 | 16.98 |
| MMAT | META MATERIALS INC COMMON STOCK | BK | 50.00 | 50.00 | 18.51 | 925.29 | 2.93 | 146.65 | -778.64 | -84.15 | 7.78 |
| RNVA | RENNOVA HEALTH INC COMMON STOCK | BK | 2,500,000.00 | 2,500,000.00 | 0.00 | 509.95 | - | 250.00 | -259.95 | -50.98 | 13.27 |
| YO09404 | YO ELEVEN GAMING INC COMMON | BK | 30.00 | 30.00 | 0.24 | 7.05 | - | - | -7.05 | -100.00 | - |

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** The market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest.
A letter to the right of the market value means:
E: we have estimated the market value of the security
N: the market value of the security cannot be determined
For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.
In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
**Note:** Continue reading on glossary page

Current month FX rate: $1.00 USD = $1.3679 CAD    Previous month FX rate: $1.00 USD = $1.3627 CAD    Account #: 28070300    Current month: June 28, 2024

©Questrade, Inc. All rights reserved. Member of CIRO and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.

Page 9 of 14



**QUESTRADE**



CANADA'S **BEST MANAGED COMPANIES**

**Get the most out of your statement**
Your statement is broken down into **five** straight-forward categories, each designed to help you understand how your investments are performing:
- Measure overall account performance, past and present
- Track incoming/outgoing fees and rebates
- Monitor your portfolio's position allocation

**Talk to us, follow us, watch us**
For help with your account, Monday to Friday, 8 a.m. to 8 p.m. ET:
- Visit chat and we can help you immediately
- Call us at 1.888.783.7866
- Email support@questrade.com

For all other help, join the conversation:
- On the Exchange, your online community
- Follow us on Facebook or Twitter
- Tune into our YouTube channel
- Visit our LinkedIn page

# ACCOUNT STATEMENT

Order execution only account

| | |
|---|---|
| Current month balance: | **$2,307.14** |
| (July 31, 2024) | |
| Last month balance: | **$2,595.02** |
| (June 28, 2024) | |

**FABIAN THOMAS**

137 MORRISON AVE SW TORONTO
ON  M6E 1M5

| | |
|---|---|
| **Account #:** 28070300 | **Current month:** July 31, 2024 |
| **Type:** Individual Margin | **Account opened:** February 22, 2021 |
| **Currency:** CAD/USD | **Dealer:** Questrade, Inc. |

# CONTENT

**01 SUMMARY**
An overview of current and historical balances.

**02 PERFORMANCE**
Your current and historical rate of return.

**03 INVESTMENT DETAILS**
A detailed summary of cash and settled positions.

**04 ACTIVITY DETAILS**
A breakdown of cash and position changes during the month.

**05 TRADES TO SETTLE AFTER MONTH END**
A summary of all trades not settled by the end of the month.

**CIPF FCPE**
MEMBER MEMBRE

Regulated by Canadian Investment Regulatory Organization
Réglementée par Organisme canadien de réglementation des investissements

©Questrade, Inc. All rights reserved. Member of CIRO and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.



QUESTRADE

ACCOUNT STATEMENT

# 04. ACTIVITY DETAILS

## Transactions

¹Activity details

Transaction date (Trans. date): the date a transaction occurred. *
Settle date: the date cash moved in or out of your account. Stock trades generally settle in one business day and options in one business day. The settle date impacts interest paid and received.
Restricted share terms:
SUB-VTG: subordinate voting shares
REST-VTG: restricted voting shares
NON-VTG: non-voting shares
Quantity (Qty.): The quantity for each security may include fractional shares which are shown in decimals.
Gross: the total before any commission.
Commission (Com.): the total commission incurred on the trade.
Net: the total after commission is paid.

| Trans. Date.¹ | Settle Date.¹ | Activity type | Symbol | Description | Qty¹ | Price | Gross.¹ | Com.¹ | Net¹ | Price | Gross.¹ | Com.¹ | Net¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **CAD** | | | | | **USD** | |
| | | | | Opening balance | - | - | - | - | - | - | - | - | (19.40) |
| 06-17-2024 | 06-17-2024 | | | INT FR 05/16 THRU06/15@13 % BAL 19 AVBAL 1,365 | - | - | - | - | - | - | - | - | (15.07) |
| 06-20-2024 | 06-20-2024 | Deposit | | 28070300 Visa Debit | - | - | - | - | 200.00 | - | - | - | - |
| 06-20-2024 | 06-21-2024 | Buy | CEI | CAMBER ENERGY INC  COMMON STOCK  WE ACTED AS AGENT  AVG PRICE - ASK US FOR DETAILS | 800 | - | - | - | - | 0.113 | (90.64) | (8.00) | (98.64) |
| | | | | Closing balance | - | - | - | - | 200.00 | - | - | - | (133.11) |

Current month FX rate: $1.00 USD = $1.3679   CAD          Previous month FX rate: $1.00 USD = $1.3627 CAD          Account #: 28070300          Current month: June 28, 2024

©Questrade, Inc. All rights reserved. Member of CIRO and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.          Page 12 of 14



QUESTRADE

ACCOUNT STATEMENT

## Stocks owned

03. INVESTMENT DETAILS

¹Investment details

| | CURRENT MONTH | | | PREVIOUS MONTH | | |
|---|---|---|---|---|---|---|
| | Securities held in CAD | Securities held in USD | Combined in CAD | Securities held in CAD | Securities held in USD | Combined in CAD |
| Market Value ($) | | 1,660.50 | 2,292.65 | | 1,884.05 | 2,577.10 |

| Symbol | Description | Cost basis¹ | Qty¹ | Segr.¹ | Cost/share | Pos. cost¹ | Mkt. price¹ | Mkt. value¹ | P&L¹ | % return¹ | % port.¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Securities held in USD | | | | | | | | | | |
| 8AG55B8 | NEXT BRIDGE HYDROCARBONS | ND | 10,000.00 | 10,000.00 | ND | ND | 0.00 N | 0.00 N | ND | ND | - |
| CLNV | CLEAN VISION CORPORATION COMMON STOCK | BK | 27,000.00 | 27,000.00 | 0.05 | 1,340.63 | 0.02 | 459.00 | -881.63 | -65.76 | 27.64 |
| CEI | CAMBER ENERGY INC COMMON STOCK | BK | 1,800.00 | 1,800.00 | 0.16 | 281.12 | 0.12 | 216.00 | -65.12 | -23.16 | 13.01 |
| GTII | GLOBAL TECH INDUSTRIES GROUP INC COM | HMV | 5,000.00 | 5,000.00 | 1.13 | 5,633.53 | 0.06 | 300.00 | -5,333.53 | -94.67 | 18.07 |
| ILUS | ILUSTRATO PICTURES INTERNATIONAL INC | BK | 80,000.00 | 80,000.00 | 0.02 | 1,471.70 | - | 320.00 | -1,151.70 | -78.26 | 19.27 |
| MMAT | META MATERIALS INC COMMON STOCK | BK | 50.00 | 50.00 | 18.51 | 925.29 | 2.31 | 115.50 | -809.79 | -87.52 | 6.96 |
| RNVA | RENNOVA HEALTH INC COMMON STOCK | BK | 2,500,000.00 | 2,500,000.00 | 0.00 | 509.95 | - | 250.00 | -259.95 | -50.98 | 15.06 |
| Y009404 | YO ELEVEN GAMING INC COMMON | BK | 30.00 | 30.00 | 0.24 | 7.05 | - | - | -7.05 | -100.00 | - |

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** The market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest.
A letter to the right of the market value means:
E: we have estimated the market value of the security
N: the market value of the security cannot be determined
For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.
In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
**Note:** Continue reading on glossary page

Current month FX rate: $1.00 USD = $1.3807  CAD        Previous month FX rate: $1.00 USD = $1.3679  CAD        Account #: 28070300        Current month: July 31, 2024

©Questrade, Inc. All rights reserved. Member of CIRO and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.        Page 9 of 14





**Get the most out of your statement**
Your statement is broken down into **five** straight-forward categories, each designed to help you understand how your investments are performing:

- Measure overall account performance, past and present
- Track incoming/outgoing fees and rebates
- Monitor your portfolio's position allocation

**Talk to us, follow us, watch us**
For help with your account, Monday to Friday, 8 a.m. to 8 p.m. ET:

- Visit chat and we can help you immediately
- Call us at 1.888.783.7866
- Email support@questrade.com
- For all other help, join the conversation:
  - On the Exchange, your online community
  - Follow us on Facebook or Twitter
  - Tune into our YouTube channel
  - Visit our LinkedIn page

# ACCOUNT STATEMENT

Order execution only account

| | |
|---|---|
| Current month balance: | **$1,398.80** |
| (August 30, 2024) | |
| Last month balance: | $2,307.14 |
| (July 31, 2024) | |

**FABIAN THOMAS**

137 MORRISON AVE SW TORONTO
ON  M6E 1M5

| | |
|---|---|
| **Account #:** 28070300 | **Current month:** August 30, 2024 |
| **Type:** Individual Margin | **Account opened:** February 22, 2021 |
| **Currency:** CAD/USD | **Dealer:** Questrade, Inc. |

# CONTENT

**01  SUMMARY**
An overview of current and historical balances.

**02  PERFORMANCE**
Your current and historical rate of return.

**03  INVESTMENT DETAILS**
A detailed summary of cash and settled positions.

**04  ACTIVITY DETAILS**
A breakdown of cash and position changes during the month.

**05  TRADES TO SETTLE AFTER MONTH END**
A summary of all trades not settled by the end of the month.

CIPF
FCPE
MEMBER
MEMBRE

Regulated by Canadian Investment Regulatory Organization
Réglementée par Organisme canadien de réglementation des investissements

**Current month FX rate:** $1.00 USD = $1.3493 CAD          **Previous month FX rate:** $1.00 USD = $1.3807 CAD          **Account #:** 28070300          **Current month:** August 30, 2024

©Questrade, Inc. All rights reserved. Member of CIRO and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.          Page 1 of 14


QUESTRADE

## Stocks owned

## INVESTMENT DETAILS

| | Securities held in CAD | Securities held in USD | |
|---|---|---|---|
| **CURRENT** | | | |
| Market Value ($) | 1,024.30 | | |

| Symbol | Description | Cost basis† | Qty† | |
|---|---|---|---|---|
| | Securities held in USD | | | |
| 8AG5588 | NEXT BRIDGE HYDROCARBONS | ND | 10,000.00 | 10,000.00 |
| CLNV | CLEAN VISION CORPORATION COMMON STOCK | BK | 27,000.00 | 27,000.00 |
| CEIN | CAMBER ENERGY INC COMMON STOCK | BK | 1,800.00 | 1,800.00 |
| GTII | GLOBAL TECH INDUSTRIES GROUP INC COM | HMV | 5,000.00 | 5,000.00 |
| ILUS | ILUSTRATO PICTURES INTERNATIONAL INC | BK | 80,000.00 | 80,000.00 |
| MMATQ | META MATERIALS INC COMMON STOCK | BK | 50.00 | 50.00 |
| RNVA | RENNOVA HEALTH INC COMMON STOCK | BK | 2,500,000.00 | 2,500,000.00 |
| Y009404 | YO ELEVEN GAMING INC COMMON | BK | 30.00 | 30.00 |

**Cost basis:**
- **Book cost (BK):** The cost of a security adjusted by any corporate actions, reinvested dividends, and return of capital.
- **Historical Market value (HMV):** The historical market value of the security is used to estimate some or all of its book cost.
- **Historical Market value date (HMVD):** The market value of the security on October 30, 2015 was used to estimate some or all of its book cost.
- **Non-determinable (ND):** The security is not included in your % portfolio calculation because the cost basis cannot be determined.

**Quantity (Qty.):** The quantity for each security may include fractional shares which are shown in decimals.
**Segregated (Segr.):** fully paid securities that require no reimbursement to Questrade.
**Position cost (Pos. cost):** the cost of the position.
**Market price (Mkt. price)/Market value (Mkt. value):** the price at which a security is trading and could presumably be purchased or sold.
Market value may include accrued interest.
A letter to the right of the market value means:
E: we have estimated the market value of the security
N: the market value of the security cannot be determined
For an explanation of market price, including illiquid or non-exchange traded securities, please refer to the disclosures at the end of this statement.
In RESP accounts, the market value of any securities you own in U.S. dollars are converted and displayed in Canadian dollars.
**P&L:** the market value minus the position cost.
**% portfolio (% port.):** the value of the security divided by the value of all owned positions in your account. Shorted positions are not included in this calculation.
**Note:** Continue reading on glossary page

**Current month FX rate: $1.00 USD = $1.3493   CAD**



# ACTIVITY DETAILS

Transaction date (Trans. date): the date a transaction occurred.
Settle date: the date cash moved in or out of your account. Stock trades generally settle in one business day and options in one business day. The settle date impacts interest paid and received.
Restricted share terms:
SUB-VTG: subordinate voting shares
REST-VTG: restricted voting shares
NON-VTG: non-voting shares
Quantity (Qty.): The quantity for each security may include fractional shares which are shown in decimals.
Gross: the total before any commission.
Commission (Com.): the total commission incurred on the trade.
Net: the total after commission is paid.

©Questrade, Inc. All rights reserved. Member of CIRO and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.