NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

**Name of Debtor:** *Meta Materials Inc.*

**Case Number:** *24-50792-hlb*

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

*Jonathan Brown*
*4100 summerville road*
*Phenix city, AL 36867*

**Telephone Number:** *706-815-9106*

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 17 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:** *9307297769*

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
*Robinhood Securities, LLC*
*500 colonial center parkway suite 100*
*Lake mary florida 32746*
**Telephone Number:** *N/A*

**3. Date Equity Interest was acquired:**
*Jan 30th - Aug 20th*
*Attached*    *1/17/25 220.50*
              *1/16/26 130.50*

**4. Total amount of member interest:** *2,570 shares*

**5. Certificate number(s):**

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** *Jonathan Brown*
**Title:**
**Company:** ___ Address and telephone number (if different from notice address above):
_____
_____

*(Signature)*    *(Date) 12/12/24*

**Telephone number:** *706 615 9106*  **email:** *jtb0035@angdnm*
*edu*

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

✎    🔍 Search                    Rewards    Investing    Crypto    Spending    Retirement    Notifications    Account

# Meta Materials History

## Recent

**Meta Materials Limit Sell**
Nov 14                                                                  Canceled

## Older

**Meta Materials Limit Sell**
Sep 17                                                                  Canceled

**Meta Materials Limit Sell**
Sep 16                                                                  Rejected

**Meta Materials Limit Sell**
Sep 16                                                                  Rejected

**Meta Materials Limit Sell**
Sep 16                                                                  Canceled

**Meta Materials Limit Sell**
Sep 16                                                                  Canceled

**Meta Materials Limit Sell**
Sep 16                                                                  Canceled

**Sell MMAT1 $0.5 Call 1/17/2025**
Sep 13                                                                  Canceled

**Meta Materials Limit Sell**
Sep 6                                                                   Rejected

**Meta Materials Limit Sell**
Sep 6                                                                   Canceled

**Meta Materials Limit Sell**
Aug 21                                                                  Rejected

**Refine Results**

Account    Individual

Type    All

Search

*(handwritten)* This is my first time with anything like this. Do not hesitate to call for any clarification

706-615-9106

I will email any corrections if possible.

JTb0035@~~auburn~~ auburn.edu

**Meta Materials Limit Sell**
Aug 20

**Canceled**

---

**Meta Materials Limit Sell**
Aug 20

**Rejected**

**Refine Results**

---

**Meta Materials Limit Buy**
Aug 20

**$3.18**
6 shares at $0.5301

Account

Type

---

**Meta Materials Limit Buy**
Aug 19

**$0.66**
1 share at $0.6598

Search

---

**Meta Materials Limit Buy**
Aug 19

**$0.66**
1 share at $0.66

---

**Meta Materials Limit Buy**
Aug 19

**$0.66**
1 share at $0.66

---

**Meta Materials Limit Buy**
Aug 19

**$0.67**
1 share at $0.67

---

**Meta Materials Limit Buy**
Aug 19

**$0.68**
1 share at $0.679

---

**Meta Materials Limit Buy**
Aug 19

**$2.70**
4 shares at $0.6753

---

**Meta Materials Limit Buy**
Aug 19

**$3.34**
5 shares at $0.6674

---

**Meta Materials Limit Sell**
Aug 19

**Rejected**

---

**Meta Materials Limit Sell**
Aug 19

**Canceled**

---

**Meta Materials Limit Buy**
Aug 15

**$12.80**
20 shares at $0.64

---

**Meta Materials Limit Buy**
Aug 15

**Canceled**

---

**Meta Materials Limit Buy**
Aug 15

**$13.02**
21 shares at $0.62

**Meta Materials Limit Buy**
Aug 15

$0.62
1 share at $0.62

**Meta Materials Limit Buy**
Aug 15

$0.60
1 share at $0.5999

**Meta Materials Limit Buy**
Aug 14

$0.62
1 share at $0.621

**Meta Materials Limit Buy**
Aug 14

$0.62
1 share at $0.62

**Meta Materials Limit Buy**
Aug 14

$0.62
1 share at $0.62

**Meta Materials Limit Buy**
Aug 14

$0.62
1 share at $0.62

**Meta Materials Limit Buy**
Aug 14

$1.77
3 shares at $0.5901

**Meta Materials Limit Buy**
Aug 13

$1.28
2 shares at $0.6408

**Meta Materials Limit Buy**
Aug 13

$30.76
48 shares at $0.6409

**Meta Materials Limit Buy**
Aug 13

$1.58
2 shares at $0.79

**Meta Materials Limit Buy**
Aug 13

$22.40
28 shares at $0.80

**Meta Materials Limit Buy**
Aug 13

$4.08
5 shares at $0.815

**Meta Materials Limit Buy**
Aug 13

$3.86
5 shares at $0.7723

**Meta Materials Limit Buy**
Aug 12

$0.83
1 share at $0.8288

**Refine Results**

Account

Type

Search

**Meta Materials Limit Buy**
Aug 12
$0.84
1 share at $0.84

**Meta Materials Limit Buy**
Aug 12
$0.83
1 share at $0.8318

**Meta Materials Limit Buy**
Aug 12
$5.82
7 shares at $0.8318

**Meta Materials Limit Buy**
Aug 12
$32.01
40 shares at $0.8002

**Meta Materials Limit Buy**
Aug 12
$8.01
10 shares at $0.8006

**Meta Materials Limit Buy**
Aug 12
$16.26
20 shares at $0.8128

**Meta Materials Limit Buy**
Aug 9
$0.98
1 share at $0.98

**Meta Materials Limit Buy**
Aug 9
Rejected

**Meta Materials Limit Buy**
Aug 9
$7.45
8 shares at $0.931

**Meta Materials Limit Buy**
Aug 9
$0.99
1 share at $0.988

**Meta Materials Limit Buy**
Aug 9
$9.30
10 shares at $0.9301

**Meta Materials Limit Buy**
Aug 9
$5.58
6 shares at $0.931

**Meta Materials Limit Buy**
Aug 9
$3.64
4 shares at $0.91

**Meta Materials Limit Buy**
Aug 9
$11.70
15 shares at $0.7798

**Refine Results**

Account

Type

Search

**Meta Materials Limit Buy**
Aug 9

$2.87
5 shares at $0.5744

**Meta Materials Limit Buy**
Aug 9

Canceled

**Meta Materials Limit Buy**
Aug 9

$2.12
1 share at $2.12

**Meta Materials Limit Buy**
Aug 9

$2.13
1 share at $2.13

**Meta Materials Limit Buy**
Aug 9

$2.13
1 share at $2.13

**Meta Materials Limit Buy**
Aug 9

$2.13
1 share at $2.13

**Meta Materials Limit Buy**
Aug 9

$2.13
1 share at $2.13

**Meta Materials Limit Buy**
Aug 9

$2.08
1 share at $2.08

**Meta Materials Limit Buy**
Aug 9

$2.08
1 share at $2.08

**Meta Materials Limit Buy**
Aug 8

$2.10
1 share at $2.10

**Meta Materials Limit Buy**
Aug 8

$2.10
1 share at $2.10

**Meta Materials Limit Buy**
Aug 8

$2.11
1 share at $2.11

**Meta Materials Limit Buy**
Aug 8

$2.11
1 share at $2.11

**Meta Materials Limit Buy**
Aug 8

$2.01
1 share at $2.01

Refine Results

Account

Type

Search

| Meta Materials Limit Buy | | |
|---|---|---|
| Aug 8 | **$2.13** | |
| | 1 share at $2.13 | |

| Meta Materials Limit Buy | | |
|---|---|---|
| Aug 8 | **$2.13** | |
| | 1 share at $2.13 | |

| Meta Materials Limit Buy | | |
|---|---|---|
| Aug 8 | **$2.06** | |
| | 1 share at $2.06 | |

| Meta Materials Limit Buy | | |
|---|---|---|
| Aug 7 | **$2.08** | |
| | 1 share at $2.08 | |

| Meta Materials Limit Buy | | |
|---|---|---|
| Aug 7 | **$2.08** | |
| | 1 share at $2.08 | |

| Meta Materials Limit Buy | | |
|---|---|---|
| Aug 7 | **$2.13** | |
| | 1 share at $2.13 | |

| Meta Materials Limit Buy | | |
|---|---|---|
| Aug 7 | **$2.03** | |
| | 1 share at $2.03 | |

| Meta Materials Limit Buy | | |
|---|---|---|
| Aug 7 | **$2.13** | |
| | 1 share at $2.13 | |

| Meta Materials Limit Buy | | |
|---|---|---|
| Aug 7 | **$4.16** | |
| | 2 shares at $2.08 | |

| Meta Materials Limit Buy | | |
|---|---|---|
| Aug 7 | **$2.02** | |
| | 1 share at $2.02 | |

| Meta Materials Limit Buy | | |
|---|---|---|
| Aug 7 | **$2.15** | |
| | 1 share at $2.15 | |

| Meta Materials Limit Buy | | |
|---|---|---|
| Aug 7 | **$2.15** | |
| | 1 share at $2.15 | |

| Meta Materials Limit Buy | | |
|---|---|---|
| Aug 7 | **$2.15** | |
| | 1 share at $2.15 | |

| Meta Materials Limit Buy | | |
|---|---|---|
| Aug 6 | **$2.13** | |
| | 1 share at $2.13 | |

Refine Results

Account

Type

Search

**Meta Materials Limit Buy**
Aug 6

**$2.13**
1 share at $2.13

**Meta Materials Limit Buy**
Aug 6

**$2.15**
1 share at $2.15

**Meta Materials Limit Buy**
Aug 6

**$23.65**
11 shares at $2.15

**Meta Materials Limit Buy**
Aug 6

**$11.76**
6 shares at $1.96

**Meta Materials Limit Buy**
Aug 5

**$2.12**
1 share at $2.12

**Meta Materials Limit Buy**
Aug 5

**$2.12**
1 share at $2.12

**Meta Materials Limit Buy**
Aug 5

**$2.05**
1 share at $2.05

**Meta Materials Limit Buy**
Aug 5

**$2.00**
1 share at $2.00

**Meta Materials Limit Buy**
Aug 5

**$2.05**
1 share at $2.05

**Meta Materials Limit Buy**
Aug 5

**$2.09**
1 share at $2.09

**Meta Materials Limit Buy**
Aug 5

**$2.14**
1 share at $2.14

**Meta Materials Limit Buy**
Aug 2

**$2.49**
1 share at $2.49

**Meta Materials Limit Buy**
Aug 2

**$2.15**
1 share at $2.15

**Meta Materials Limit Buy**
Aug 2

**$2.63**
1 share at $2.63

Refine Results

Account

Type

Search

**Meta Materials Limit Buy**
Aug 2

**$2.63**
1 share at $2.63

---

**Meta Materials Limit Buy**
Aug 2

**$2.23**
1 share at $2.23

---

**Meta Materials Limit Buy**
Aug 2

**$6.33**
3 shares at $2.11

---

**Meta Materials Limit Buy**
Aug 2

**$15.03**
7 shares at $2.15

---

**Meta Materials Limit Buy**
Aug 2

**$4.76**
2 shares at $2.38

---

**Meta Materials Limit Buy**
Aug 2

**$4.76**
2 shares at $2.38

---

**Meta Materials Limit Buy**
Aug 2

**$2.42**
1 share at $2.42

---

**Meta Materials Limit Buy**
Aug 1

**$2.46**
1 share at $2.46

---

**Meta Materials Limit Buy**
Aug 1

**$2.47**
1 share at $2.47

---

**Meta Materials Limit Buy**
Aug 1

**$2.47**
1 share at $2.47

---

**Meta Materials Limit Buy**
Aug 1

**$2.58**
1 share at $2.58

---

**Meta Materials Limit Buy**
Aug 1

**$2.44**
1 share at $2.44

---

**Meta Materials Limit Buy**
Aug 1

**$2.47**
1 share at $2.47

---

**Meta Materials Limit Buy**
Aug 1

**$2.51**
1 share at $2.51

---

**Refine Results**

Account

Type

Search

**Meta Materials Limit Buy**
Aug 1

**$4.63**
2 shares at $2.31

**Meta Materials Limit Buy**
Aug 1

**$16.22**
7 shares at $2.32

**Refine Results**

Account

Type

Search

**Meta Materials Limit Buy**
Aug 1

**$2.44**
1 share at $2.44

**Meta Materials Limit Buy**
Aug 1

**$2.44**
1 share at $2.44

**Meta Materials Limit Buy**
Aug 1

**$2.45**
1 share at $2.45

**Meta Materials Limit Buy**
Aug 1

**$2.46**
1 share at $2.46

**Meta Materials Limit Buy**
Jul 31

**$8.10**
3 shares at $2.70

**Meta Materials Limit Buy**
Jul 31

**$2.70**
1 share at $2.70

**Meta Materials Limit Buy**
Jul 31

**$2.40**
1 share at $2.40

**Meta Materials Limit Buy**
Jul 31

**$2.39**
1 share at $2.39

**Meta Materials Limit Buy**
Jul 31

**$2.40**
1 share at $2.40

**Meta Materials Limit Buy**
Jul 31

**$2.40**
1 share at $2.40

**Meta Materials Limit Buy**
Jul 31

**$2.39**
1 share at $2.39

**Meta Materials Limit Buy**
Jul 31

**$7.20**
3 shares at $2.40

**Meta Materials Limit Buy**
Jul 31

**$2.40**
1 share at $2.40

**Meta Materials Limit Buy**
Jul 31

**$2.35**
1 share at $2.35

**Meta Materials Limit Buy**
Jul 31

**$2.35**
1 share at $2.35

**Meta Materials Limit Buy**
Jul 31

**$2.35**
1 share at $2.35

**Meta Materials Limit Buy**
Jul 31

**$2.35**
1 share at $2.35

**Meta Materials Limit Buy**
Jul 31

**$2.50**
1 share at $2.50

**Meta Materials Limit Buy**
Jul 31

**$2.49**
1 share at $2.49

**Meta Materials Limit Buy**
Jul 31

**$2.40**
1 share at $2.40

**Meta Materials Limit Buy**
Jul 31

**$2.63**
1 share at $2.63

**Meta Materials Limit Buy**
Jul 31

**$2.63**
1 share at $2.63

**Meta Materials Limit Buy**
Jul 31

**$7.89**
3 shares at $2.63

**Meta Materials Limit Buy**
Jul 30

**$2.36**
1 share at $2.36

**Meta Materials Limit Buy**
Jul 30

**$2.40**
1 share at $2.40

**Meta Materials Limit Buy**
Jul 30

**$9.15**
4 shares at $2.29

---

Refine Results

Account

Type

Search

---

**Meta Materials Limit Buy**
Jul 30

**$2.50**
1 share at $2.50

**Meta Materials Limit Buy**
Jul 30

**$2.50**
1 share at $2.50

**Meta Materials Limit Buy**
Jul 30

**$2.50**
1 share at $2.50

**Meta Materials Limit Buy**
Jul 30

**$2.50**
1 share at $2.50

**Meta Materials Limit Buy**
Jul 30

**$2.50**
1 share at $2.50

**Meta Materials Limit Buy**
Jul 29

**$2.44**
1 share at $2.44

**Meta Materials Limit Buy**
Jul 29

**$19.82**
8 shares at $2.48

**Meta Materials Limit Buy**
Jul 29

**$2.69**
1 share at $2.69

**Meta Materials Limit Buy**
Jul 29

**$2.65**
1 share at $2.65

**Meta Materials Limit Buy**
Jul 29

**$5.30**
2 shares at $2.65

**Meta Materials Limit Buy**
Jul 29

**$2.57**
1 share at $2.57

**Meta Materials Limit Buy**
Jul 29

**$2.65**
1 share at $2.65

**Meta Materials Limit Buy**
Jul 29

**$5.14**
2 shares at $2.57

**Meta Materials Limit Buy**
Jul 29

**$2.65**
1 share at $2.65

Refine Results

Account

Type

Search

**Meta Materials Limit Buy**
Jul 29
$2.61
1 share at $2.61

**Meta Materials Limit Buy**
Jul 26
$2.65
1 share at $2.65

**Meta Materials Limit Buy**
Jul 26
$2.74
1 share at $2.74

**Meta Materials Limit Buy**
Jul 26
$2.60
1 share at $2.60

**Meta Materials Limit Buy**
Jul 26
$2.60
1 share at $2.60

**Meta Materials Limit Buy**
Jul 26
$2.56
1 share at $2.56

**Meta Materials Limit Buy**
Jul 26
$2.60
1 share at $2.60

**Meta Materials Limit Buy**
Jul 26
$5.12
2 shares at $2.56

**Meta Materials Limit Buy**
Jul 26
$2.60
1 share at $2.60

**Meta Materials Limit Buy**
Jul 26
$2.60
1 share at $2.60

**Meta Materials Limit Buy**
Jul 26
$2.60
1 share at $2.60

**Meta Materials Limit Buy**
Jul 26
$2.67
1 share at $2.67

**Meta Materials Limit Buy**
Jul 26
$2.49
1 share at $2.49

**Meta Materials Limit Buy**
Jul 26
$4.88
2 shares at $2.44

Refine Results

Account

Type

Search

**Meta Materials Limit Buy**
Jul 26

**$5.34**
2 shares at $2.67

**Meta Materials Limit Buy**
Jul 26

**$2.67**
1 share at $2.67

**Refine Results**

Account

Type

Search

**Meta Materials Limit Buy**
Jul 26

**$2.74**
1 share at $2.74

**Meta Materials Limit Buy**
Jul 26

**$2.74**
1 share at $2.74

**Meta Materials Limit Buy**
Jul 26

**$2.67**
1 share at $2.67

**Meta Materials Limit Buy**
Jul 26

**Canceled**

**Meta Materials Limit Buy**
Jul 26

**$2.66**
1 share at $2.66

**Meta Materials Limit Buy**
Jul 25

**$15.09**
6 shares at $2.52

**Meta Materials Limit Buy**
Jul 25

**$2.59**
1 share at $2.59

**Meta Materials Limit Buy**
Jul 25

**$2.58**
1 share at $2.58

**Meta Materials Limit Buy**
Jul 25

**$2.58**
1 share at $2.58

**Meta Materials Limit Buy**
Jul 25

**$2.68**
1 share at $2.68

**Meta Materials Limit Buy**
Jul 25

**Canceled**

**Meta Materials Limit Buy**
Jul 25

**Canceled**

| | |
|---|---|
| **Meta Materials Limit Buy** | **$2.59** |
| Jul 24 | 1 share at $2.59 |

| | |
|---|---|
| **Meta Materials Limit Buy** | **$23.31** |
| Jul 24 | 9 shares at $2.59 |

| | |
|---|---|
| **Meta Materials Limit Buy** | **$2.59** |
| Jul 24 | 1 share at $2.59 |

| | |
|---|---|
| **Meta Materials Limit Buy** | **$2.59** |
| Jul 24 | 1 share at $2.59 |

| | |
|---|---|
| **Meta Materials Limit Buy** | **$2.59** |
| Jul 24 | 1 share at $2.59 |

| | |
|---|---|
| **Meta Materials Limit Buy** | **$2.59** |
| Jul 24 | 1 share at $2.59 |

| | |
|---|---|
| **Meta Materials Limit Buy** | **$2.57** |
| Jul 23 | 1 share at $2.57 |

| | |
|---|---|
| **Meta Materials Limit Buy** | **$2.58** |
| Jul 23 | 1 share at $2.58 |

| | |
|---|---|
| **Meta Materials Limit Buy** | **$2.58** |
| Jul 23 | 1 share at $2.58 |

| | |
|---|---|
| **Meta Materials Limit Buy** | **$2.58** |
| Jul 23 | 1 share at $2.58 |

| | |
|---|---|
| **Meta Materials Limit Buy** | **$2.58** |
| Jul 23 | 1 share at $2.58 |

| | |
|---|---|
| **Meta Materials Limit Buy** | **Rejected** |
| Jul 23 | |

| | |
|---|---|
| **Meta Materials Limit Buy** | **$2.75** |
| Jul 22 | 1 share at $2.75 |

| | |
|---|---|
| **Meta Materials Limit Buy** | **Canceled** |
| Jul 22 | |

**Refine Results**

Account

Type

Search

**Meta Materials Limit Buy**
Jul 22                                                                 **Canceled**

**Meta Materials Limit Buy**                                              **$2.56**
Jul 22                                                          1 share at $2.56

**Meta Materials Limit Buy**                                             **$23.04**
Jul 22                                                         9 shares at $2.56

**Meta Materials Limit Buy**                                             **$23.85**
Jul 22                                                         9 shares at $2.65

**Meta Materials Limit Buy**                                              **$2.69**
Jul 19                                                          1 share at $2.69

**Meta Materials Limit Buy**                                              **$2.74**
Jul 19                                                          1 share at $2.74

**Meta Materials Limit Buy**                                              **$2.74**
Jul 19                                                          1 share at $2.74

**Sell MMAT1 $0.5 Call 4/19**
Apr 3                                                                  **Canceled**

**Sell MMAT1 $0.5 Call 1/16/2026**
Mar 26                                                                 **Rejected**

**Sell MMAT1 $0.5 Call 1/17/2025**
Mar 26                                                                 **Rejected**

**Sell MMAT1 $0.5 Call 1/16/2026**
Mar 25                                                                 **Canceled**

**Sell MMAT1 $0.5 Call 4/19**
Mar 25                                                                 **Canceled**

**Sell MMAT1 $0.5 Call 4/19**
Mar 25                                                                 **Canceled**

**Sell MMAT1 $0.5 Call 4/19**
Mar 25                                                                 **Canceled**

**Sell MMAT1 $0.5 Call 4/19**
Mar 21                                                                 **Canceled**

Refine Results

Account

Type

Search

**Sell MMAT1 $0.5 Call 1/16/2026**
Feb 29                                                      Canceled

**Sell MMAT1 $0.5 Call 4/19**
Feb 29                                                      Canceled

**Sell MMAT1 $0.5 Call 4/19**
Feb 29                                                      Canceled

**Sell MMAT1 $0.5 Call 1/17/2025**
Feb 26                                                      Rejected

**Sell MMAT1 $0.5 Call 1/17/2025**
Feb 26                                                      Canceled

**Sell MMAT1 $0.5 Call 4/19**
Feb 20                                                      Canceled

**Sell MMAT1 $0.5 Call 4/19**
Feb 20                                                      Canceled

**Sell MMAT1 $0.5 Call 4/19**
Feb 19                                                      Canceled

**Sell MMAT1 $0.5 Call 4/19**
Feb 16                                                      Canceled

**Sell MMAT1 $0.5 Call 2/16**
Feb 16                                                      Canceled

**Sell MMAT1 $0.5 Call 2/16**
Feb 16                                                      Canceled

**Sell MMAT1 $0.5 Call 1/17/2025**
Feb 16                                                      Canceled

**Sell MMAT1 $0.5 Call 2/16**
Feb 16                                                      Canceled

**Sell MMAT1 $0.5 Call 2/16**
Feb 16                                                      Canceled

**Sell MMAT1 $0.5 Call 4/19**
Feb 15                                                      Canceled

Refine Results

Account

Type

Search

**Sell MMAT1 $0.5 Call 2/16**
Feb 15                                                            Canceled

**Sell MMAT1 $0.5 Call 1/17/2025**
Feb 14                                                            Rejected

**Sell MMAT1 $0.5 Call 4/19**
Feb 14                                                            Canceled

**Sell MMAT1 $0.5 Call 4/19**
Feb 14                                                            Rejected

**Sell MMAT1 $0.5 Call 4/19**
Feb 14                                                            Canceled

**Sell MMAT1 $0.5 Call 4/19**
Feb 14                                                            Canceled

**Sell MMAT1 $0.5 Call 2/16**
Feb 14                                                            Canceled

**Sell MMAT1 $0.5 Call 2/16**
Feb 14                                                            Canceled

**Sell MMAT1 $0.5 Call 2/16**
Feb 14                                                            Canceled

**Sell MMAT1 $0.5 Call 2/16**
Feb 14                                                            Canceled

**Sell MMAT1 $0.5 Call 4/19**
Feb 14                                                            Canceled

**Sell MMAT1 $0.5 Call 2/16**
Feb 14                                                            Canceled

**Sell MMAT1 $0.5 Call 2/16**
Feb 14                                                            Canceled

**Sell MMAT1 $0.5 Call 2/16**
Feb 13                                                            Canceled

**Sell MMAT1 $0.5 Call 4/19**
Feb 13                                                            Canceled

Refine Results

Account

Type

Search

**Sell MMAT1 $0.5 Call 4/19**
Feb 13                                                    Canceled

**Sell MMAT1 $0.5 Call 2/16**
Feb 13                                                    Canceled

**Sell MMAT1 $0.5 Call 2/16**
Feb 12                                                    Canceled

**Sell MMAT1 $0.5 Call 4/19**
Feb 12                                                    Canceled

**Sell MMAT1 $0.5 Call 4/19**
Feb 9                                                     Canceled

**Sell MMAT1 $0.5 Call 2/16**
Feb 9                                                     Canceled

**Sell MMAT1 $0.5 Call 2/16**
Feb 8                                                     Canceled

**Sell MMAT1 $0.5 Call 4/19**
Feb 8                                                     Canceled

**Sell MMAT1 $0.5 Call 1/16/2026**
Feb 7                                                     Canceled

**Sell MMAT1 $0.5 Call 4/19**
Feb 6                                                     Canceled

**Sell MMAT1 $0.5 Call 1/17/2025**
Feb 6                                                     Canceled

**Sell MMAT1 $0.5 Call 1/16/2026**
Feb 6                                                     Canceled

**Sell MMAT1 $0.5 Call 2/16**
Feb 4                                                     Canceled

**Sell MMAT1 $0.5 Call 4/19**
Feb 4                                                     Canceled

**Sell MMAT1 $0.5 Call 1/17/2025**
Feb 4                                                     Canceled

Refine Results

Account

Type

Search

**Sell MMAT1 $0.5 Call 1/16/2026**
Feb 4                                      Canceled

**Sell MMAT1 $0.5 Call 1/16/2026**
Feb 1                                        Canceled

| Refine Results |
| --- |
| Account |
| Type |
| Search |

**Sell MMAT1 $0.5 Call 4/19**
Feb 1                                        Canceled

**Sell MMAT1 $0.5 Call 4/19**
Feb 1                                        Canceled

**Sell MMAT1 $0.5 Call 4/19**
Jan 31                                       Canceled

**Sell MMAT1 $0.5 Call 4/19**
Jan 31                                       Canceled

**Sell MMAT1 $0.5 Call 4/19**
Jan 30                                      Canceled

**Sell MMAT1 $0.5 Call 2/16**
Jan 30                                      Canceled

**Sell MMAT1 $0.5 Call 1/16/2026**
Jan 30                                      Canceled

**Sell MMAT1 $0.5 Call 1/17/2025**
Jan 30                                      Canceled

**Sell MMAT1 $0.5 Call 4/19**
Jan 30                                      Canceled

**Sell MMAT1 $0.5 Call 2/16**
Jan 30                                      Canceled

**Sell MMAT1 $0.5 Call 1/17/2025**
Jan 30                                      Canceled

**Sell MMAT1 $0.5 Call 4/19**
Jan 30                                      Canceled

**Sell MMAT1 $0.5 Call 1/16/2026**
Jan 30                                      Canceled

**Sell MMAT1 $0.5 Call 2/16**
Jan 30

Canceled

**Sell MMAT1 $0.5 Call 1/17/2025**
Jan 30

Canceled

**Meta Materials Reverse Split**
Jan 29

1:100 Split

Refine Results

Account

Type

Search