NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:** META MATERIALS, INC
**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

(Current Residence & Mailing)
BOBBY EVANS - 783 HENLEY CT, JACKSONVILLE, FL 32218
Robinhood Acct address - 16605 Corbett Town Rd
Snow Hill NC 28580

**Telephone Number:** 252-218-5286

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 17 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:**
ROBINHOOD ACCT# 403282668

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
ROBINHOOD SECURITIES LLC
85 WILLOW RD, MENLO PARK, CA 94025
Telephone Number: 6509402700

**3. Date Equity Interest was acquired:**
MMAT: SHARES AND OPTIONS ACQUIRED BETWEEN 5/2023 - 9/2024
SEE ATTACHED DOCUMENTS

**4. Total amount of member interest:** 318 SHARES - $1606
186 CALL OPTIONS - $854

**5. Certificate number(s):** SEE ATTACHED DOCUMENTATION

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: BOBBY DEAN EVANS
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) *Bobby Evans*   (Date) 12/14/2024
Telephone number: (252) 218-5286   email: Bobby/Dean2014@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*


# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

End date: 12/15/2024
**BOBBY EVANS** Account #:403282668
1665 Corbett Town Rd, Snow Hill, NC 28580

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N302 | MMATQ | Margin | Sell | 11/15/2024 | 1 | $0.0610 | | $0.06 |
| Meta Materials CUSIP: 59134N302 | MMATQ | Margin | Buy | 07/08/2024 | 8 | $2.9200 | $23.36 | |
| Meta Materials CUSIP: 59134N302 | MMATQ | Margin | Buy | 06/24/2024 | 2 | $2.9000 | $5.80 | |
| Meta Materials CUSIP: 59134N302 | MMATQ | Margin | Buy | 06/20/2024 | 32 | $3.0700 | $98.24 | |
| Meta Materials CUSIP: 59134N302 | MMATQ | Margin | Buy | 06/07/2024 | 35 | $3.4200 | $119.70 | |
| Meta Materials CUSIP: 59134N302 | MMATQ | Margin | Buy | 06/03/2024 | 5 | $4.0798 | $20.40 | |
| Meta Materials CUSIP: 59134N302 | MMATQ | Margin | Buy | 05/20/2024 | 12 | $2.4700 | $29.64 | |
| Meta Materials CUSIP: 59134N302 | MMATQ | Margin | Buy | 05/13/2024 | 9 | $2.2150 | $19.94 | |
| Meta Materials CUSIP: 59134N302 | MMATQ | Margin | Buy | 05/06/2024 | 10 | $2.6981 | $26.98 | |
| Meta Materials CUSIP: 59134N302 | MMATQ | Margin | Buy | 04/25/2024 | 8 | $3.2300 | $25.84 | |
| Meta Materials CUSIP: 59134N302 | MMATQ | Margin | Buy | 04/12/2024 | 24 | $3.3380 | $80.11 | |
| Meta Materials CUSIP: 59134N302 | MMATQ | Margin | Buy | 04/08/2024 | 28 | $3.5100 | $98.28 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>CUSIP: 59134N302 | MMATQ | Margin | Buy | 04/01/2024 | 25 | $3.8650 | $96.63 | |
| Meta Materials<br>CUSIP: 59134N302 | MMATQ | Margin | Buy | 04/01/2024 | 50 | $4.0100 | $200.50 | |
| Meta Materials<br>CUSIP: 59134N302 | MMATQ | Margin | Buy | 03/18/2024 | 9 | $2.0100 | $18.09 | |
| Meta Materials<br>CUSIP: 59134N302 | MMATQ | Margin | Buy | 02/16/2024 | 20 | $4.6750 | $93.50 | |
| Meta Materials<br>CUSIP: 59134N302 | | Margin | SPR | 01/31/2024 | 1 | | | |
| Meta Materials<br>CUSIP: 59134N302 | | Margin | SPR | 01/29/2024 | 41 | | | |

## Important Information

Robinhood does not provide tax or legal advice. Please consult your tax advisor for questions regarding your specific tax situation. This information is provided as a courtesy for informational purposes only. It represents a snapshot in time and is not intended to be a comprehensive representation of account activity for tax or reporting purposes. Your brokerage account is with Robinhood Financial LLC and allows trading of equities and options, while digital assets trading is done through an account with Robinhood Crypto, LLC. Digital assets are not stocks and Robinhood Crypto is not a member of FINRA or the SIPC. Your digital asset investments are not covered by either FDIC or SIPC insurance.



85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

End date: 12/15/2024
**BOBBY EVANS** Account #:403282668
1665 Corbett Town Rd, Snow Hill, NC 28580

## Account Activity

*Pre-Split Shares*

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | | Margin | SPR | 01/29/2024 | 4,122S | | | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 01/24/2024 | 200 | $0.0595 | $11.90 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/10/2023 | 4 | $0.0946 | $0.38 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/10/2023 | 73 | $0.0945 | $6.90 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/10/2023 | 1,510 | $0.0945 | $142.70 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/27/2023 | 208 | $0.1369 | $28.46 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 10/10/2023 | 91 | $0.2190 | $19.93 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 08/31/2023 | 1,075 | $0.2373 | | $254.94 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Sell | 08/31/2023 | 900 | $0.2373 | | $213.44 |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/20/2023 | 468 | $0.2134 | $99.87 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 06/27/2023 | 161 | $0.1863 | $29.99 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 06/13/2023 | 881 | $0.2269 | $199.90 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 06/09/2023 | 58 | $0.2545 | $14.76 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 06/09/2023 | 537 | $0.2568 | $137.90 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 05/26/2023 | 90 | $0.2481 | $22.33 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 05/26/2023 | 729 | $0.2481 | $180.86 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 05/04/2023 | 563 | $0.2024 | $113.95 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 05/03/2023 | 524 | $0.1900 | $99.56 | |

## Important Information

Robinhood does not provide tax or legal advice. Please consult your tax advisor for questions regarding your specific tax situation. This information is provided as a courtesy for informational purposes only. It represents a snapshot in time and is not intended to be a comprehensive representation of account activity for tax or reporting purposes. Your brokerage account is with Robinhood Financial LLC and allows trading of equities and options, while digital assets trading is done through an account with Robinhood Crypto, LLC. Digital assets are not stocks and Robinhood Crypto is not a member of FINRA or the SIPC. Your digital asset investments are not covered by either FDIC or SIPC insurance.

| Open Date | Hold Date | Security ID | Security | Units | Open Orig Price | Book Cost | OPEN LONGS WS Cost Adj | Tax Cost | GL Term | Book Proceeds | OPEN SHORTS WS Cost Adj |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/9/23 | 6/9/23 | 59134N302 | META MATERIALS INC (MMATQ) | 3.768559 | 25.203267 | 94.98 | | 94.98 | lt | | |
| 6/9/23 | 6/9/23 | 59134N302 | META MATERIALS INC (MMATQ) | 0.590975 | 24.975676 | 14.76 | | 14.76 | lt | | |
| 6/13/23 | 6/13/23 | 59134N302 | META MATERIALS INC (MMATQ) | 8.976711 | 22.268735 | 199.90 | | 199.90 | lt | | |
| 6/27/23 | 6/27/23 | 59134N302 | META MATERIALS INC (MMATQ) | 1.640465 | 18.281402 | 29.99 | | 29.99 | lt | | |
| 7/20/23 | 7/20/23 | 59134N302 | META MATERIALS INC (MMATQ) | 4.768559 | 20.943434 | 99.87 | | 99.87 | lt | | |
| 10/10/23 | 10/10/23 | 59134N302 | META MATERIALS INC (MMATQ) | 0.92722 | 21.494359 | 19.93 | | 19.93 | lt | | |
| 10/27/23 | 10/27/23 | 59134N302 | META MATERIALS INC (MMATQ) | 2.11936 | 13.428582 | 28.46 | | 28.46 | lt | | |
| 11/10/23 | 11/10/23 | 59134N302 | META MATERIALS INC (MMATQ) | 15.385735 | 9.274825 | 142.70 | | 142.70 | lt | | |
| 11/10/23 | 11/10/23 | 59134N302 | META MATERIALS INC (MMATQ) | 0.743813 | 9.276525 | 6.90 | | 6.90 | lt | | |
| 11/10/23 | 11/10/23 | 59134N302 | META MATERIALS INC (MMATQ) | 0.040757 | 9.323552 | 0.38 | | 0.38 | lt | | |
| 1/24/24 | 1/24/24 | 59134N302 | META MATERIALS INC (MMATQ) | 2.037846 | 5.839499 | 11.90 | | 11.90 | st | | |
| 2/16/24 | 2/16/24 | 59134N302 | META MATERIALS INC (MMATQ) | 20. | 4.675 | 93.50 | | 93.50 | st | | |
| 3/18/24 | 3/18/24 | 59134N302 | META MATERIALS INC (MMATQ) | 9. | 2.01 | 18.09 | | 18.09 | st | | |
| 4/1/24 | 4/1/24 | 59134N302 | META MATERIALS INC (MMATQ) | 50. | 4.01 | 200.50 | | 200.50 | st | | |
| 4/1/24 | 4/1/24 | 59134N302 | META MATERIALS INC (MMATQ) | 25. | 3.8652 | 96.63 | | 96.63 | st | | |
| 4/8/24 | 4/8/24 | 59134N302 | META MATERIALS INC (MMATQ) | 28. | 3.51 | 98.28 | | 98.28 | st | | |
| 4/12/24 | 4/12/24 | 59134N302 | META MATERIALS INC (MMATQ) | 24. | 3.337917 | 80.11 | | 80.11 | st | | |
| 4/25/24 | 4/25/24 | 59134N302 | META MATERIALS INC (MMATQ) | 8. | 3.23 | 25.84 | | 25.84 | st | | |
| 5/6/24 | 5/6/24 | 59134N302 | META MATERIALS INC (MMATQ) | 10. | 2.698 | 26.98 | | 26.98 | st | | |
| 5/13/24 | 5/13/24 | 59134N302 | META MATERIALS INC (MMATQ) | 9. | 2.215556 | 19.94 | | 19.94 | st | | |
| 5/20/24 | 5/20/24 | 59134N302 | META MATERIALS INC (MMATQ) | 12. | 2.47 | 29.64 | | 29.64 | st | | |
| 6/3/24 | 6/3/24 | 59134N302 | META MATERIALS INC (MMATQ) | 5. | 4.08 | 20.40 | | 20.40 | st | | |
| 6/7/24 | 6/7/24 | 59134N302 | META MATERIALS INC (MMATQ) | 35. | 3.42 | 119.70 | | 119.70 | st | | |
| 6/20/24 | 6/20/24 | 59134N302 | META MATERIALS INC (MMATQ) | 32. | 3.07 | 98.24 | | 98.24 | st | | |
| 6/24/24 | 6/24/24 | 59134N302 | META MATERIALS INC (MMATQ) | 2. | 2.90 | 5.80 | | 5.80 | st | | |
| 7/8/24 | 7/8/24 | 59134N302 | META MATERIALS INC (MMATQ) | 8. | 2.92 | 23.36 | | 23.36 | st | | |
| | | | Total: | | | 1,606.78 | | 1,606.78 | | | |

*Handwritten annotation: "1/29/24 split" (circled), with a line drawn between the 11/10/23 and 1/24/24 rows.*

The data provided is for informational purposes only. Please consult a professional tax service or personal tax advisor if you need instructions on how to calculate cost basis.

Robinhood Markets Inc
85 Willow Road
Menlo Park, CA 94025
650-940-2700



Bobby Evans
1665 Corbett Town Rd
Snow Hill, NC 28580

**Master Account Number for Import:**
403282668
**Document ID for Import:**
1C428V6NDSY

**Enclosed is your 2023 Consolidated Tax Statement. 1099 Tax Forms for the following accounts are included in this package:**

403282668 - Robinhood Securities LLC

**New for 2023 Tax Year** - 1099 tax forms for Robinhood Markets Inc. will be displayed using an aggregated format based on key tax lot criteria. We have done this to reduce the size of your overall tax package, as well as to help make your tax documents easier to use. This new format still provides you with all the information you need to file your taxes.

**Robinhood Retirements Accounts** - If you had any reportable distributions or contributions within a Robinhood Retirement account, your 2023 tax forms 1099-R and/or 5498 will be delivered separately. Retirement accounts will be reported under Robinhood Securities LLC and will have their own unique Doc IDs for import to tax software providers such as TurboTax or H&R Block.

**Filing Your Taxes** - If filing through tax service providers, such as TurboTax or H&R Block, please utilize the Master Account Number and Document ID listed above. The Document ID is necessary in order to directly import your 1099 data into the tax software so that you do not need to manually enter each transaction. Please note that tax software providers may have limits on the total number of transactions that can be directly imported using the Document ID.

This page intentionally left blank.

| Robinhood Markets Inc. as agent for Robinhood Securities LLC | Proceeds from Broker and Barter Exchange Transactions | Account 403282668 |
|---|---|---|
| 2023   1099-B*   OMB No. 1545-0715 | | 02/02/2024 |

Sales transactions are organized into sections according to term (long, short or undetermined) and covered status (covered or noncovered). For tax lots whose term is undetermined, use your historical documents to establish the cost basis and date of purchase. The Box 12, Check if basis reported to IRS checkmark, is reflected as being checked in the title of the covered securities pages of Forms 1099-B, short-term and long-term. The title pages of the noncovered securities pages for Forms 1099-B reflect that Box 12 is not being checked, as these securities are not being reported to the IRS.

Several columns include both an amount and a qualifying notation to its right. Where proceeds are the result of an option exercise or assignment, there is indication of whether the amount is N (net of option premium) or G (Gross). Accrued market discount and wash sale loss disallowed appear in the same column, identified by the letters D or W, respectively. Where you are not permitted to recognize a loss, an indication of X (change in control or capital structure) or Z (other corporate action) is used. The change in control condition is reported to the IRS for covered lots. Neither the disallowance of loss due to a corporate action nor the amount of gain or loss is reported to the IRS in any instance.

Some tax lots may have notations in the column of Additional Information because they require special treatment on your tax returns. Sales of securities such as Contingent Payment Debt Instruments (CPDI) are marked as "Ordinary" because gains and losses on these instruments generally do not qualify as short- or long-term capital transactions. Similarly, lots noted as "3 - [X] Collectible" are handled distinctly under the tax code. These conditions are reported to the IRS. You may wish to consult with your tax advisor, the IRS or your state tax authority regarding the proper treatment for these scenarios. With further regard to Box 3, there is also a checkmark to indicate the proceeds of sale are from a Qualified Opportunity Zone Fund investment - a QOF. If the proceeds are from a QOF the Additional Information column will reflect the following - "3 - [X] Proceeds from QOF." The tax treatment for QOF investments can be complex and you may wish to consult your tax advisor about such sales.

Closing of written options is presented in a distinct manner in accordance with IRS regulations. For these transactions the Cost or other basis (column 1e) is always presented as $0.00 and the Proceeds (column 1d) is the net of the amount received when the option was written and the cost to close the position.

FATCA filing requirement [ ]

## SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] (Lines 2 & 5)
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. (Line 12)
"Gain or loss (-)" is NOT reported to the IRS.

### 1a- Description of property/CUSIP/Symbol

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| MMAT 01/17/2025 CALL $2.00 / CUSIP: / Symbol: | | | | | | | |
| 08/31/23 | 13.000 | 51.96 | 06/06/23 | 52.00 | ... | -0.04 | Option sale to close-call 25 |
| MMAT 05/26/2023 CALL $0.50 / CUSIP: / Symbol: | | | | | | | |
| 05/26/23 | 40.000 | 0.00 | Various | 80.00 | ... | -80.00 | Total of 7 transactions |
| MMAT 08/18/2023 CALL $0.50 / CUSIP: / Symbol: | | | | | | | |
| 08/18/23 | 25.000 | 0.00 | Various | 25.00 | ... | -25.00 | Total of 5 transactions |
| MMAT 09/01/2023 CALL $0.50 / CUSIP: / Symbol: | | | | | | | |
| 09/01/23 | 15.000 | 0.00 | 07/21/23 | 30.00 | ... | -30.00 | Option expiration- long call |
| META MATERIALS INC. COMMON STOCK / CUSIP: 59134N104 / Symbol: | | | | | | | |
| 08/31/23 | 1,975.000 | 468.38 | Various | 434.42 | ... | 33.96 | Total of 6 transactions |
| MIND MEDICINE (MINDMED) INC. COMMON SHARES / CUSIP: 60255C885 / Symbol: | | | | | | | |
| 05/05/23 | 20.674 | 73.01 | Various | 88.67 | ... | -15.66 | Total of 4 transactions |

[Handwritten annotations in left margin: "Only shows 2023's call purchases"]

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).