NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor: META MATERIALS, INC | Case Number: 24-50792 |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

NABIL RAMIA
4007-7071 BAYERS ROAD
HALIFAX, NS B3L 2C3
CANADA

Telephone Number: 902-466-6686

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 18 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:

**27XWM0K / 27XWM0A**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Nabil Ramia / TD Direct Investing 3655 Steeles Ave E, Toronto Ontario L3R 0X1 CANADA
Telephone Number: 902 466-6686

3. **Date Equity Interest was acquired:** 11/30/2021

4. **Total amount of member interest:** 2105 common shares For $264,836.65

5. **Certificate number(s):** See Attached Documentation

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
■ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Nabil Ramia
Title:
Company: ___ Address and telephone number (if different from notice address above):
Rank Incorporated - 7071 Bayers Road, Suite 4007,
Halifax Nova Scotia B3L 2C2 CANADA

(Signature)    (Date) Dec 16, 2024

Telephone number: 902-466-6686    email:

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**TD Direct Investing**

# Your investment account statement

November 1, 2024 to November 30, 2024

Account number: 27XWM0
Account type: Direct Trading - US
Account currency: US dollars

### Do you have a question?

If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More' menu, or call the numbers below to speak to an Investment Representative:

| | |
|---|---|
| **English:** | **1-800-668-1972** |
| **French:** | **1-866-211-3847** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

MR NABIL RAMIA
7071 BAYERS RD SUITE 4007
HALIFAX NS
B3L 2C2

## Your account at a glance

| | This period (Nov 1 - Nov 30, 2024) | Last period (Oct 1 - Oct 31, 2024) | Year to date (Jan 1 - Nov 30, 2024) |
|---|---|---|---|
| Beginning balance | $134.54 | $701.15 | $12,507.00 |
| Change in your account balance | -$18.95 | -$566.61 | -$12,391.41 |
| **Ending balance** | **$115.59** | **$134.54** | **$115.59** |

ⓘ **You need to know**

Please see page 2 for important information about your account.

## Holdings in your account

on November 30, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Equities** | | | | | | |
| **Canadian common shares & equivalents** | | | | | | |
| META MATERIALS INC-NEW (**MMATQ**) | 1,895 SEG | 0.061 | 220,479.17 | 115.59 | -220,363.58 | 100.00% |
| Total Canadian common shares & equivalents | | | **$220,479.17** | **$115.59** | | **100.00%** |
| **Total equities** | | | **$220,479.17** | **$115.59** | | **100.00%** |
| **Total Portfolio** | | | **$220,479.17** | **$115.59** | | **100.00%** |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

**Regulated by CIRO**
Canadian Investment
Regulatory Organization

Page 1 of 3



## Definitions

### An explanation of terms shown in the tables above

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

---

### ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.

---

*Order-Execution-Only Account.*



Account number: 27XWM0
Account type: Direct Trading - US
Your investment account statement: Nov 30, 2024

# Disclosures

### Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

### Limits on Investment Coverage

Clients' accounts at CIRO Dealer Members are protected by the CIPF's Investment Dealer Fund in accordance with its Coverage Policy. A brochure describing the scope and nature of coverage, as well as the limitations and exclusions of coverage, is available upon request or at www.cipf.ca. To learn more about CDIC deposit insurance coverage, visit  www.cdic.ca.

### Your account at a glance – Additional information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

### Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG  is an abbreviation to indicate that the investments  are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

### Corporate Information

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

The Toronto-Dominion Bank, TD Asset Management Inc., and the Charles Schwab Corporation are related issuers of TD Waterhouse Canada Inc.

® The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.



**TD Direct Investing**

# Your TFSA statement

November 1, 2024 to November 30, 2024

Account number: 27XWM0-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

### Do you have a question?

If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More' menu, or call the numbers below to speak to an Investment Representative:

| | |
|---|---|
| English: | **1-800-668-1972** |
| French: | **1-866-211-3847** |
| Cantonese: | **1-800-838-3223 option 1** |
| Mandarin: | **1-800-838-3223 option 2** |

MR NABIL RAMIA
7071 BAYERS RD SUITE 4007
HALIFAX NS
B3L 2C2

## Your account at a glance

| | This period (Nov 1 - Nov 30, 2024) | Last period (Oct 1 - Oct 31, 2024) | Year to date (Jan 1 - Nov 30, 2024) |
|---|---|---|---|
| **(i) You need to know** Please see page 2 for important information about your account. | | | |
| Beginning balance | $87.67 | $124.75 | $895.09 |
| Change in your account balance | -$1.24 | -$37.08 | -$808.66 |
| **Ending balance** | **$86.43** | **$87.67** | **$86.43** |

## Holdings in your account
on November 30, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Cash** | | | | | | |
| Cash | | | 78.87 | 78.87 | 0.00 | 91.25% |
| **Equities** | | | | | | |
| **Canadian common shares & equivalents** | | | | | | |
| META MATERIALS INC-NEW (**MMATQ**) | 124 SEG | 0.061 | 30,386.75 | 7.56 | -30,379.19 | 8.75% |
| Total Canadian common shares & equivalents | | | **$30,386.75** | **$7.56** | | **8.75%** |
| **Total equities** | | | **$30,386.75** | **$7.56** | | **8.75%** |
| **Total Portfolio** | | | **$30,465.62** | **$86.43** | | **100.00%** |

*Order-Execution-Only Account.*
TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

Regulated by CIRO
Canadian Investment
Regulatory Organization



Account number: 27XWM0-K
Account type: Tax-Free Savings Account - US
Your TFSA statement: Nov 30, 2024

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

---

ⓘ **Important information about your account**

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.

---

*Order-Execution-Only Account.*



Account number: 27XWM0-K
Account type: Tax-Free Savings Account - US
Your TFSA statement: Nov 30, 2024

# Disclosures

**Important Information**

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

**Limits on Investment Coverage**

Clients' accounts at CIRO Dealer Members are protected by the CIPF's Investment Dealer Fund in accordance with its Coverage Policy. A brochure describing the scope and nature of coverage, as well as the limitations and exclusions of coverage, is available upon request or at www.cipf.ca. To learn more about CDIC deposit insurance coverage, visit  www.cdic.ca.

**Your account at a glance – Additional information**

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

**Holdings and Activity – Additional information**

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds may not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG  is an abbreviation to indicate that the investments  are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

**Corporate Information**

*'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.*

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

The Toronto-Dominion Bank, TD Asset Management Inc., and the Charles Schwab Corporation are related issuers of TD Waterhouse Canada Inc.

® The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.



**TD Direct Investing**

# Your investment account statement

November 1, 2024 to November 30, 2024

Account number: 27XWM0
Account type: Direct Trading - CDN
Account currency: Canadian dollars

### Do you have a question?

If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More' menu, or call the numbers below to speak to an Investment Representative:

**English:** 1-800-668-1972
**French:** 1-866-211-3847
**Cantonese:** 1-800-838-3223 option 1
**Mandarin:** 1-800-838-3223 option 2

MR NABIL RAMIA
7071 BAYERS RD SUITE 4007
HALIFAX NS
B3L 2C2

## Your account at a glance

> (i) **You need to know**
> Please see page 2 for important information about your account.

| | This period (Nov 1 - Nov 30, 2024) | Last period (Oct 1 - Oct 31, 2024) | Year to date (Jan 1 - Nov 30, 2024) |
|---|---|---|---|
| Beginning balance | $1,876.50 | $1,911.07 | $2,617.26 |
| Change in your account balance | -$1.14 | -$34.57 | -$741.90 |
| **Ending balance** | **$1,875.36** | **$1,876.50** | **$1,875.36** |

‣ US dollars converted to Canadian dollars at **1.4015** as of Nov 30, 2024

## Holdings in your account

on November 30, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Cash** | | | 1,868.01 | 1,868.01 | 0.00 | 99.61% |
| Cash | | | | | | |
| **Equities** | | | | | | |
| **Canadian common shares & equivalents** | | | | | | |
| META MATERIALS INC-NEW **(MMATQ)** | 86 SEG | 0.061U | 17,937.26 | 7.35 | -17,929.91 | 0.39% |
| Total Canadian common shares & equivalents | | | **$17,937.26** | **$7.35** | | **0.39%** |
| **Total equities** | | | **$17,937.26** | **$7.35** | | **0.39%** |
| **Total Portfolio** | | | **$19,805.27** | **$1,875.36** | | **100.00%** |

‣ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.4015**

‣ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

‣ U=US dollars

---

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by CIRO**
Canadian Investment
Regulatory Organization



## Definitions

### An explanation of terms shown in the tables above

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

### ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.

Account number: 27XWM0
Account type: Direct Trading - CDN
Your investment account statement: Nov 30, 2024



# Disclosures

## Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing

3500 Steeles Ave East, Tower 5, Level 3

Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

## Limits on Investment Coverage

Clients' accounts at CIRO Dealer Members are protected by the CIPF's Investment Dealer Fund in accordance with its Coverage Policy. A brochure describing the scope and nature of coverage, as well as the limitations and exclusions of coverage, is available upon request or at www.cipf.ca. To learn more about CDIC deposit insurance coverage, visit www.cdic.ca.

## Your account at a glance – Additional information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

## Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

## Corporate Information

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

The Toronto-Dominion Bank, TD Asset Management Inc., and the Charles Schwab Corporation are related issuers of TD Waterhouse Canada Inc.

® The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.



**TD Direct Investing**

# Your investment account statement

November 1, 2024 to November 30, 2024

Account number:   XWM0
Account type: Direct Trading - US
                          dollars

uestion?

ions or require assistance,
) app and choose Contact Us
, or call the numbers below to
nt Representative:

668-1972
211-3847
838-3223 option 1
838-3223 option 2

MR NABIL RAMIA

*CURRENT ACCOUNTS REDACTED* (handwritten)

## Your account at a glanc

> **You need to know**
> Please see page 2 for important information about your account.

## Holdings in your account
on November 30, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Equities** | | | | | | |
| **Canadian common shares & equivalents** | | | | | | |
| META MATERIALS INC-NEW **(MMATQ)** | 1,895 SEG | 0.061 | 220,479.17 | 115.59 | -220,363.58 | 100.00% |
| **Total Canadian common shares & equivalents** | | | **$220,479.17** | **$115.59** | | **100.00%** |
| **Total equities** | | | **$220,479.17** | **$115.59** | | **100.00%** |
| **Total Portfolio** | | | **$220,479.17** | **$115.59** | | **100.00%** |

*Order-Execution-Only Account.*
TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

Regulated by CIRO
Canadian Investment
Regulatory Organization

Page 1 of 3



**TD Direct Investing**

November 1, 2024 to November 30, 2024

| | |
|---|---|
| Account number | XWM0 |

Account currency: US dollars

### Do you have a question?

If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More' menu, or call the numbers below to speak to an Investment Representative:

**English:** **1-800-668-1972**
**French:** **1-866-211-3847**
**Cantonese:** **1-800-838-3223 option 1**
**Mandarin:** **1-800-838-3223 option 2**

MR NABIL RAMIA
7071 BAYERS RD SUITE 4007
HALIFAX NS
B3L 2C2

## Your account at a glance

 **You need to know**
Please see page 2 for important information about your account.

## Holdings in your account
on November 30, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Cash** | | | | | | |
| Cash | | | 78.87 | 78.87 | 0.00 | 91.25% |
| **Equities** | | | | | | |
| **Canadian common shares & equivalents** | | | | | | |
| META MATERIALS INC-NEW  **(MMATQ)** | 124 SEG | 0.061 | 30,386.75 | 7.56 | -30,379.19 | 8.75% |
| Total Canadian common shares & equivalents | | | **$30,386.75** | **$7.56** | | **8.75%** |
| **Total equities** | | | **$30,386.75** | **$7.56** | | **8.75%** |
| **Total Portfolio** | | | **$30,465.62** | **$86.43** | | **100.00%** |

*Order-Execution-Only Account.*
TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

Regulated by CIRO
Canadian Investment
Regulatory Organization

Page 1 of 3



**TD Direct Investing**

# Your investment account statement

November 1, 2024 to November 30, 2024

Account number:   XWM0
Account type: Direct Trading - CDN
Account currency: Canadian dollars

## Do you have a question?

If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More' menu, or call the numbers below to speak to an Investment Representative:

**English:** 1-800-668-1972
**French:** 1-866-211-3847
**Cantonese:** 1-800-838-3223 option 1
**Mandarin:** 1-800-838-3223 option 2

MR NABIL RAMIA

## Your account at a glance

 **You need to know**
Please see **page 2** for important information about your account.

## Holdings in your account
on November 30, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Cash** | | | | | | |
| Cash | | | 1,868.01 | 1,868.01 | 0.00 | 99.61% |
| **Equities** | | | | | | |
| **Canadian common shares & equivalents** | | | | | | |
| META MATERIALS INC-NEW (MMATQ) | 86 SEG | 0.061u | 17,937.26 | 7.35 | -17,929.91 | 0.39% |
| Total Canadian common shares & equivalents | | | **$17,937.26** | **$7.35** | | **0.39%** |
| **Total equities** | | | **$17,937.26** | **$7.35** | | **0.39%** |
| **Total Portfolio** | | | **$19,805.27** | **$1,875.36** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.4015**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

*Order-Execution-Only Account.*
TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by CIRO**
Canadian Investment
Regulatory Organization

 **TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

## Transaction Confirmation

### Account number and type
27XWM0K - TD Waterhouse Tax-Free
Savings Account - US

MR NABIL RAMIA
7071 BAYERS RD
HALIFAX NS  B3L 2C2

vestment Representative
) 465-5463

P U R C H A S E S

### Transaction on November
▸ For settlement on: December 0
▸ Processed on: November 30, 2

| Price ($) | Amount ($) |
|---|---|
| 3.5089 | |
| | USD 7,368.69 |
| | 9.99 |
| | **USD $7,378.68** |

| Transaction | Security Description |
|---|---|
| You bought | META MATERIALS I |
| | ZB-469378 |

irchase on a U.S. OTC marketplace for

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 006403
Trade processed by: 9HNS

## Important information

Please review the information in this Transaction
Confirmation carefully and let us know within
10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian
Investor Protection Fund within specified limits.
A brochure describing the nature and limits of
coverage is available upon request.

### Abbreviations used in the
### security descriptions
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may
earn revenue in addition to commission from the
following sources: currency conversion charges on
certain trades and mutual fund transactions, fees
paid by issuers and others in connection with
corporate actions and new issues, the sale of fixed
income products, trailer fees paid by mutual fund
companies, and remuneration paid by U.S. market
makers and exchanges in connection with U.S.
trades. For more information, see the TD
Waterhouse Canada Inc. Account and Service
Agreements and Disclosure Documents booklet.
It is also available online at
www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in
this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse
Canada Inc., a subsidiary of The Toronto-Dominion
Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00082696 0000003896 20211130 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

**Account number and type**
27XWM0B – Cash Account - US

MR NABIL RAMIA
7071 BAYERS RD
HALIFAX NS  B3L 2C2

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on December 29, 2021

▶ **For settlement on:** December 31, 2021
▶ **Processed on:** December 29, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 8,100 | 2.45 | |
| | JW-479775 | | | |

Gross transaction amount    USD  19,845.00

*Plus*  Commission    9.99

*Equals* **Net transaction amount**    USD **$19,854.99**

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000923
Trade processed by: 9HNS

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00060873 0000003917 20211229 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

**Account number and type**
27XWM0K - TD Waterhouse Tax-Free
Savings Account - US

MR NABIL RAMIA
7071 BAYERS RD
HALIFAX NS  B3L 2C2

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 13, 2022

▸ For settlement on: January 18, 2022
▸ Processed on: January 13, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC OM-485093 | 10,267 | 2.24 | |

|  |  |  |
|---|---|---|
| Gross transaction amount | | USD  22,998.08 |
| *Plus*    Commission | | 9.99 |
| *Equals* **Net transaction amount** | | USD **$23,008.07** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004922
Trade processed by: 9HNS

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00067160 0000003928 20220113 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1

 **TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

## Transaction Confirmation

**Account number and type**
27XWM0A – Cash Account - CDN

MR NABIL RAMIA
7071 BAYERS RD
HALIFAX NS  B3L 2C2

**Questions?**
Contact an Investment Representative
Toll Free 1 (800) 465-5463

## Transaction on January 24, 2022

▸ **For settlement on:** January 26, 2022
▸ **Processed on:** January 24, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 8,571 | 1.63 | |
| | SQ-486818 | | | |

| | | | |
|---|---|---|---|
| | Gross transaction amount | | USD  13,970.73 |
| *Plus* | Commission | | 9.99 |
| *Plus* | Premium on USD Funds converted at 28.30% | | 3,956.54 |
| *Equals* | **Net transaction amount** | | CAD $17,937.26 |

**Ticker symbol:** MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004121
Trade processed by: 9HNS

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

Order execution account
No advice or recommendations provided.

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00119221 0000003935 20220124 59134N104 43665R

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

**Account number and type**
27XWM0B - Cash Account - US

MR NABIL RAMIA
7071 BAYERS RD
HALIFAX NS  B3L 2C2

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on June 27, 2022

▸ For settlement on: June 29, 2022
▸ Processed on: June 27, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 87,000 | 1.15 | |
| | BR-531191 | | | |

Gross transaction amount  USD  100,050.00
*Plus*   Commission                                                    9.99
*Equals* Net transaction amount                        USD $100,059.99

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

Ticker symbol: **MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000154
Trade processed by: 9HNS

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00039148 0000004044 20220827 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

**Transaction Confirmation**

**Account number and type**
27XWM0B - Cash Account - US

MR NABIL RAMIA
7071 BAYERS RD
HALIFAX NS  B3L 2C2

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on June 28, 2022

▸ **For settlement on:** June 30, 2022
▸ **Processed on:** June 28, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 46,106 | 1.06 | |
| | ZN-532082 | 733 | 1.0799 | |
| | | 46,839 | | |

Gross transaction amount    USD  49,663.93

*Plus*   Commission       9.99

*Equals* **Net transaction amount**    USD $49,673.92

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000448
Trade processed by: 9HNS

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for
settlement in your account.*

## Important information

Please review the information in this Transaction
Confirmation carefully and let us know within
10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian
Investor Protection Fund within specified limits.
A brochure describing the nature and limits of
coverage is available upon request.

**Abbreviations used in the
security descriptions**
RS = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may
earn revenue in addition to commission from the
following sources: currency conversion charges on
certain trades and mutual fund transactions, fees
paid by issuers and others in connection with
corporate actions and new issues, the sale of fixed
income products, trailer fees paid by mutual fund
companies, and remuneration paid by U.S. market
makers and exchanges in connection with U.S.
trades. For more information, see the TD
Waterhouse Canada Inc. Account and Service
Agreements and Disclosure Documents booklet.
It is also available online at
www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in
this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse
Canada Inc., a subsidiary of The Toronto-Dominion
Bank.

**Thank you for choosing
TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00042194 0000004045 20220628 59134N104 43665R

Order execution account
No advice or recommendations provided.
Page 1 of 1

 **TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR NABIL RAMIA
7071 BAYERS RD
HALIFAX NS  B3L 2C2

## Transaction Confirmation

**Account number and type**
27XWM0B - Cash Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on June 28, 2022

▸ For settlement on: June 30, 2022
▸ Processed on: June 28, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 47,561 | 1.07 | |
| | ZN-532082 | | | |
| | Gross transaction amount | | | USD  50,890.27 |
| | **Net transaction amount** | | | **USD $50,890.27** |

Ticker symbol: **MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000449
Trade processed by: 9HNS

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00042195 0000004045 20220628 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

**Account number and type**
  XWM0   - TD Waterhouse Tax-Free
Savings Account - US

MR NABIL RAMIA

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on November 30, 2021

‣ **For settlement on:** December
‣ **Processed on:** November 30, 2

| Transaction | Security Descriptio | | Price ($) | Amount ($) |
|---|---|---|---|---|
| **You bought** | META MATERIALS ZB-469378 | PURCHASES REDACTED | 3.5089 | |
| | | | | USD 7,368.69 |
| | | | | 9.99 |
| | | | | **USD $7,378.68** |

**Ticker symbol:** MMAT
**Security number:** 43665R
**CUSIP ID:** 59134N104
**Trade number:** 006403
**Trade processed by:** 9HNS

*re purchase on a U.S. OTC marketplace for*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

---

**Order execution account**
No advice or recommendations provided.



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

## Transaction Confirmation

MR NABIL RAMIA

**Account number and type**
XWM0   - Cash Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on December 29, 2021

▸ **For settlement on:** December 31, 2021
▸ **Processed on:** December 29, 2021

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 8,100 | 2.45 | |
| | JW-479775 | | | |

Gross transaction amount ........................................ USD  19,845.00

*Plus*    Commission .................................................................. 9.99

*Equals* **Net transaction amount** USD **$19,854.99**

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000923
Trade processed by: 9HNS

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

Order execution account
No advice or recommendations provided.

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00060873 0000003917 20211229 59134N104 43665R



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

**Account number and type**
    XWM0    - TD Waterhouse Tax-Free
Savings Account - US

MR NABIL RAMIA

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 13, 2022

▸ **For settlement on:** January 18, 2022
▸ **Processed on:** January 13, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 10,267 | 2.24 | |
| | OM-485093 | | | |

|  |  |  |
|---|---|---|
| Gross transaction amount | | USD  22,998.08 |
| *Plus*    Commission | | 9.99 |
| *Equals*  **Net transaction amount** | | **USD $23,008.07** |

**Ticker symbol: MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004922
Trade processed by: 9HNS

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D  = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing
TD Direct Investing.**

**Order execution account**
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

**Account number and type**
XWM0.  - Cash Account - CDN

MR NABIL RAMIA

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on January 24, 2022

▶ **For settlement on:** January 26, 2022
▶ **Processed on:** January 24, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC SQ-486818 | 8,571 | 1.63 | |
| | Gross transaction amount | | | USD 13,970.73 |
| *Plus* | Commission | | | 9.99 |
| *Plus* | Premium on USD Funds converted at 28.30% | | | 3,956.54 |
| *Equals* | **Net transaction amount** | | | **CAD $17,937.26** |

Ticker symbol: **MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 004121
Trade processed by: 9HNS

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS  = Non-voting shares
RVS  = Restricted voting shares
SVS  = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00119221 0000003935 20220124 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

MR NABIL RAMIA

## Transaction Confirmation

**Account number and type**
XWM0   - Cash Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on June 27, 2022

▸ **For settlement on:** June 29, 2022
▸ **Processed on:** June 27, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 87,000 | 1.15 | |
| | BR-531191 | | | |

Ticker symbol: **MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000154
Trade processed by: 9HNS

Gross transaction amount            USD  100,050.00
**Plus** Commission                                    9.99
*Equals* **Net transaction amount**       **USD $100,059.99**
*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL  = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

Order execution account
No advice or recommendations provided.

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00039148 0000004044 20220627 59134N104 43665R



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

**TD Direct Investing**

## Transaction Confirmation

**Account number and type**
XWM0¯ - Cash Account - US

MR NABIL RAMIA

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on June 28, 2022

▸ **For settlement on:** June 30, 2022
▸ **Processed on:** June 28, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 47,561 | 1.07 | |
| | ZN-532082 | | | |
| | Gross transaction amount | | | USD 50,890.27 |
| | **Net transaction amount** | | | **USD $50,890.27** |

Ticker symbol: **MMAT**
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000449
Trade processed by: 9HNS

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS   = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00042195 0000004045 20220628 59134N104 43665R

Order execution account
No advice or recommendations provided.



**TD Direct Investing**
*3500 STEELES AVE E*
*TOWER 2, 2ND FLOOR*
*MARKHAM ON L3R 0X1*

TD Direct Investing

## Transaction Confirmation

**Account number and type**
XWM0    - Cash Account - US

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

MR NABIL RAMIA

## Transaction on June 28, 2022

▸ **For settlement on:** June 30, 2022
▸ **Processed on:** June 28, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC | 46,106 | 1.06 | |
| | ZN-532082 | 733 | 1.0799 | |
| | | 46,839 | | |

Ticker symbol: MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 000448
Trade processed by: 9HNS

| | | |
|---|---|---|
| Gross transaction amount | | USD  49,663.93 |
| *Plus*    Commission | | 9.99 |
| *Equals*  **Net transaction amount** | | **USD $49,673.92** |

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS  = Restricted shares
NVS = Non–voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D   = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

**TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund**
00042194 0000004045 20220628 59134N104 43665R

Order execution account
No advice or recommendations made.