NVB 3001 (Rev. 12/24)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: | Case Number: |
|---|---|
| META MATERIALS, INC | 24-50792 |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Kurtis Bellamey
15938 Foothill Dr
Noblesville, IN 46060

Telephone Number:
317-537-7029

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 17 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only):
Schwab XXXX2088    Fidelity XXXX1427/XXXXX5965

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Charles Schwab P.O. Box 2339 Omaha, NE 68103
Fidelity 245 Summer St Boston, MA 02210
Telephone Number: Schwab 800-435-4000 / Fidelity 800-343-3548

**3. Date Equity Interest was acquired:**
February 2021 through January 2024.
(See attached documents for details)

**4. Total amount of member interest:** 522 shares (R/S adjusted)

**5. Certificate number(s):** SEE ATTACHED DOCUMENTS

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: KURTIS BELLAMEY
Title: _____
Company: ___ Address and telephone number (if different from notice address above):

(Signature)    12-11-2024 (Date)

Telephone number: (317) 537-7029    email: kbindy21@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[Print Form]    [Save Form]    [Clear Form]

## Charles Schwab (formerly TD Ameritrade) Account XXXX2088

494 Shares (49,400 shares prior to 100:1 R/S split on 1/29/2024) ($106,517.57) See additional transaction spreadsheet.



## Fidelity Account XXXX1427   25 shares (2500 shares prior to 100:1 R/S on 1/29/2024) ($16,096.75)



## Fidelity Account XXXXX5965  3 shares (300 shares prior to 100:1 R/S on 1/29/2024) ($749.20)



| Date | Action | Symbol | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 1/29/2024 | Reverse Split | MMAT | META MATLS INC | 494 | | |
| 1/26/2024 | Buy | MMAT | META MATLS INC REVERSE SPLIT EFF: 01/29/24 | 36 | $0.06 | ($2.02) |
| 11/6/2023 | Journaled Shares | MMAT | TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -49,265 | | |
| 11/6/2023 | Internal Transfer | MMAT | META MATLS INC | 49,265 | | |
| 6/12/2023 | Buy | MMAT | TDA TRAN - Bought 8333 (MMAT) @0.2400 | 8,333 | $0.24 | ($1,999.92) |
| 5/4/2023 | Buy | MMAT | TDA TRAN - Bought ...483 (MMAT) @0.1865 | 483 | $0.19 | ($90.08) |
| 4/3/2023 | Buy | MMAT | TDA TRAN - Bought 3866 (MMAT) @0.5139 | 3,866 | $0.51 | ($1,986.73) |
| 12/8/2022 | Buy | MMAT | TDA TRAN - Bought 1126 (MMAT) @1.7650 | 1,126 | $1.77 | ($1,987.39) |
| 11/21/2022 | Buy | MMAT | TDA TRAN - Bought 1400 (MMAT) @2.0990 | 1,400 | $2.10 | ($2,938.60) |
| 11/10/2022 | Buy | MMAT | TDA TRAN - Bought ...500 (MMAT) @1.3050 | 500 | $1.31 | ($652.50) |
| 11/10/2022 | Buy | MMAT | TDA TRAN - Bought ...277 (MMAT) @1.3090 | 277 | $1.31 | ($362.59) |
| 9/29/2022 | Buy | MMAT | TDA TRAN - Bought 2222 (MMAT) @0.6571 | 2,222 | $0.66 | ($1,460.08) |
| 9/2/2022 | Buy | MMAT | TDA TRAN - Bought 2460 (MMAT) @0.7801 | 2,460 | $0.78 | ($1,919.05) |
| 9/2/2022 | Buy | MMAT | TDA TRAN - Bought ...100 (MMAT) @0.7805 | 100 | $0.78 | ($78.05) |
| 8/17/2022 | Buy | MMAT | TDA TRAN - Bought ...598 (MMAT) @0.8999 | 598 | $0.90 | ($538.14) |
| 8/15/2022 | Buy | MMAT | TDA TRAN - Bought ...134 (MMAT) @0.9622 | 134 | $0.96 | ($128.93) |
| 8/15/2022 | Buy | MMAT | TDA TRAN - Bought ...800 (MMAT) @0.9623 | 800 | $0.96 | ($769.84) |
| 8/15/2022 | Buy | MMAT | TDA TRAN - Bought 66 (MMAT) @0.9627 | 66 | $0.96 | ($63.54) |
| 7/20/2022 | Buy | MMAT | TDA TRAN - Bought 90 (MMAT) @0.9936 | 90 | $0.99 | ($89.42) |
| 7/1/2022 | Buy | MMAT | TDA TRAN - Bought ...911 (MMAT) @1.0350 | 911 | $1.04 | ($942.89) |
| 6/24/2022 | Buy | MMAT | TDA TRAN - Bought 1001 (MMAT) @1.1500 | 1,001 | $1.15 | ($1,151.15) |
| 6/24/2022 | Buy | MMAT | TDA TRAN - Bought 1000 (MMAT) @1.3350 | 1,000 | $1.34 | ($1,335.00) |
| 5/2/2022 | Buy | MMAT | TDA TRAN - Bought ...840 (MMAT) @1.1897 | 840 | $1.19 | ($999.35) |
| 4/20/2022 | Buy | MMAT | TDA TRAN - Bought 3 (MMAT) @1.3650 | 3 | $1.37 | ($4.10) |
| 4/20/2022 | Buy | MMAT | TDA TRAN - Bought ...300 (MMAT) @1.3979 | 300 | $1.40 | ($419.37) |
| 4/20/2022 | Buy | MMAT | TDA TRAN - Bought ...420 (MMAT) @1.3850 | 420 | $1.39 | ($581.70) |
| 4/18/2022 | Buy | MMAT | TDA TRAN - Bought 1 (MMAT) @1.4200 | 1 | $1.42 | ($1.42) |
| 4/12/2022 | Buy | MMAT | TDA TRAN - Bought ...690 (MMAT) @1.4450 | 690 | $1.45 | ($997.05) |
| 4/6/2022 | Buy | MMAT | TDA TRAN - Bought ...640 (MMAT) @1.5661 | 640 | $1.57 | ($1,002.30) |
| 4/1/2022 | Buy | MMAT | TDA TRAN - Bought ...315 (MMAT) @1.5850 | 315 | $1.59 | ($499.28) |
| 4/1/2022 | Buy | MMAT | TDA TRAN - Bought ...314 (MMAT) @1.5855 | 314 | $1.59 | ($497.85) |
| 3/14/2022 | Buy | MMAT | TDA TRAN - Bought ...650 (MMAT) @1.5359 | 650 | $1.54 | ($998.34) |

| Date | Action | Symbol | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 2/1/2022 | Buy | MMAT | TDA TRAN - Bought …497 (MMAT) @1.8063 | 497 | $1.81 | ($897.73) |
| 1/28/2022 | Buy | MMAT | TDA TRAN - Bought 2 (MMAT) @1.4832 | 2 | $1.48 | ($2.97) |
| 1/24/2022 | Buy | MMAT | TDA TRAN - Bought …634 (MMAT) @1.5750 | 634 | $1.58 | ($998.55) |
| 1/21/2022 | Buy | MMAT | TDA TRAN - Bought 1150 (MMAT) @1.7386 | 1,150 | $1.74 | ($1,999.39) |
| 1/14/2022 | Buy | MMAT | TDA TRAN - Bought …721 (MMAT) @2.0796 | 721 | $2.08 | ($1,499.39) |
| 1/14/2022 | Buy | MMAT | TDA TRAN - Bought 1 (MMAT) @2.0650 | 1 | $2.07 | ($2.07) |
| 1/10/2022 | Buy | MMAT | TDA TRAN - Bought …443 (MMAT) @2.2643 | 443 | $2.26 | ($1,003.08) |
| 1/10/2022 | Buy | MMAT | TDA TRAN - Bought …450 (MMAT) @2.2099 | 450 | $2.21 | ($994.46) |
| 12/23/2021 | Buy | MMAT | TDA TRAN - Bought …368 (MMAT) @2.7492 | 368 | $2.75 | ($1,011.71) |
| 12/20/2021 | Buy | MMAT | TDA TRAN - Bought …378 (MMAT) @2.6351 | 378 | $2.64 | ($996.07) |
| 12/20/2021 | Buy | MMAT | TDA TRAN - Bought …370 (MMAT) @2.6950 | 370 | $2.70 | ($997.15) |
| 12/17/2021 | Buy | MMAT | TDA TRAN - Bought …350 (MMAT) @2.8759 | 350 | $2.88 | ($1,006.57) |
| 12/17/2021 | Buy | MMAT | TDA TRAN - Bought …352 (MMAT) @2.8350 | 352 | $2.84 | ($997.92) |
| 12/15/2021 | Buy | MMAT | TDA TRAN - Bought …344 (MMAT) @2.8939 | 344 | $2.89 | ($995.50) |
| 12/15/2021 | Buy | MMAT | TDA TRAN - Bought …350 (MMAT) @2.8432 | 350 | $2.84 | ($995.12) |
| 12/10/2021 | Buy | MMAT | TDA TRAN - Bought …321 (MMAT) @3.1299 | 321 | $3.13 | ($1,004.70) |
| 12/10/2021 | Buy | MMAT | TDA TRAN - Bought …315 (MMAT) @3.1646 | 315 | $3.16 | ($996.85) |
| 12/2/2021 | Buy | MMAT | TDA TRAN - Bought …300 (MMAT) @3.3482 | 300 | $3.35 | ($1,004.46) |
| 12/2/2021 | Buy | MMAT | TDA TRAN - Bought …300 (MMAT) @3.3201 | 300 | $3.32 | ($996.03) |
| 11/30/2021 | Buy | MMAT | TDA TRAN - Bought …277 (MMAT) @3.6299 | 277 | $3.63 | ($1,005.48) |
| 11/30/2021 | Buy | MMAT | TDA TRAN - Bought …280 (MMAT) @3.5850 | 280 | $3.59 | ($1,003.80) |
| 11/30/2021 | Buy | MMAT | TDA TRAN - Bought …269 (MMAT) @3.7050 | 269 | $3.71 | ($996.65) |
| 11/26/2021 | Buy | MMAT | TDA TRAN - Bought …260 (MMAT) @3.9000 | 260 | $3.90 | ($1,014.00) |
| 11/26/2021 | Buy | MMAT | TDA TRAN - Bought …250 (MMAT) @3.9253 | 250 | $3.93 | ($981.33) |
| 11/23/2021 | Buy | MMAT | TDA TRAN - Bought …162 (MMAT) @3.7750 | 162 | $3.78 | ($611.55) |
| 11/23/2021 | Buy | MMAT | TDA TRAN - Bought …253 (MMAT) @3.9350 | 253 | $3.94 | ($995.56) |
| 11/23/2021 | Buy | MMAT | TDA TRAN - Bought …100 (MMAT) @3.9055 | 100 | $3.91 | ($390.55) |
| 11/19/2021 | Buy | MMAT | TDA TRAN - Bought …238 (MMAT) @4.1982 | 238 | $4.20 | ($999.17) |
| 11/18/2021 | Buy | MMAT | TDA TRAN - Bought …240 (MMAT) @4.1698 | 240 | $4.17 | ($1,000.75) |
| 11/17/2021 | Buy | MMAT | TDA TRAN - Bought …117 (MMAT) @4.4150 | 117 | $4.42 | ($516.56) |
| 11/17/2021 | Buy | MMAT | TDA TRAN - Bought …110 (MMAT) @4.4054 | 110 | $4.41 | ($484.59) |
| 11/16/2021 | Buy | MMAT | TDA TRAN - Bought …220 (MMAT) @4.5801 | 220 | $4.58 | ($1,007.62) |
| 11/15/2021 | Buy | MMAT | TDA TRAN - Bought 1 (MMAT) @4.7900 | 1 | $4.79 | ($4.79) |

| Date | Action | | Symbol | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| 11/12/2021 | Buy | | MMAT | TDA TRAN - Bought ...210 (MMAT) @4.7850 | 210 | $4.79 | ($1,004.85) |
| 11/10/2021 | Buy | | MMAT | TDA TRAN - Bought ...208 (MMAT) @4.8000 | 208 | $4.80 | ($998.40) |
| 11/10/2021 | Buy | | MMAT | TDA TRAN - Bought ...208 (MMAT) @4.9099 | 208 | $4.91 | ($1,021.26) |
| 10/29/2021 | Buy | | MMAT | TDA TRAN - Bought ...400 (MMAT) @4.9383 | 400 | $4.94 | ($1,975.32) |
| 10/22/2021 | Buy | | MMAT | TDA TRAN - Bought ...423 (MMAT) @4.2850 | 423 | $4.29 | ($1,812.56) |
| 10/22/2021 | Buy | | MMAT | TDA TRAN - Bought ...235 (MMAT) @4.2360 | 235 | $4.24 | ($995.46) |
| 10/21/2021 | Buy | | MMAT | TDA TRAN - Bought ...421 (MMAT) @4.7455 | 421 | $4.75 | ($1,997.86) |
| 10/1/2021 | Buy | | MMAT | TDA TRAN - Bought ...184 (MMAT) @5.4150 | 184 | $5.42 | ($996.36) |
| 8/30/2021 | Buy | | MMAT | TDA TRAN - Bought ...206 (MMAT) @4.8399 | 206 | $4.84 | ($997.02) |
| 8/24/2021 | Buy | | MMAT | TDA TRAN - Bought 2 (MMAT) @3.5681 | 2 | $3.57 | ($7.14) |
| 8/23/2021 | Buy | | MMAT | TDA TRAN - Bought ...303 (MMAT) @3.2850 | 303 | $3.29 | ($995.36) |
| 8/11/2021 | Buy | | MMAT | TDA TRAN - Bought ...285 (MMAT) @3.5050 | 285 | $3.51 | ($998.93) |
| 8/9/2021 | Buy | | MMAT | TDA TRAN - Bought ...273 (MMAT) @3.6600 | 273 | $3.66 | ($999.18) |
| 8/4/2021 | Journaled Shares | | MMAT | TDA TRAN - INTERNAL TRANSFER BETWEEN ACCOUNTS OR ACCOUNT TYP | 5,838 | | |
| 8/4/2021 | Journaled Shares | | MMAT | TDA TRAN - INTERNAL TRANSFER BETWEEN ACCOUNTS OR ACCOUNT TYP | -5,838 | | |
| 8/4/2021 | Buy | | MMAT | TDA TRAN - Bought ...106 (MMAT) @3.1350 | 106 | $3.14 | ($332.31) |
| 7/26/2021 | Buy | | MMAT | TDA TRAN - Bought ...279 (MMAT) @3.6899 | 279 | $3.69 | ($1,029.48) |
| 7/23/2021 | Buy | | MMAT | TDA TRAN - Bought ...289 (MMAT) @3.4550 | 289 | $3.46 | ($998.50) |
| 7/21/2021 | Buy | | MMAT | TDA TRAN - Bought ...430 (MMAT) @3.4182 | 430 | $3.42 | ($1,469.83) |
| 7/20/2021 | Buy | | MMAT | TDA TRAN - Bought ...148 (MMAT) @3.3655 | 148 | $3.37 | ($498.09) |
| 7/19/2021 | Buy | | MMAT | TDA TRAN - Bought ...284 (MMAT) @3.5199 | 284 | $3.52 | ($999.65) |
| 7/16/2021 | Buy | | MMAT | TDA TRAN - Bought ...556 (MMAT) @3.6099 | 556 | $3.61 | ($2,007.10) |
| 7/15/2021 | Buy | | MMAT | TDA TRAN - Bought ...518 (MMAT) @3.8456 | 518 | $3.85 | ($1,992.02) |
| 7/15/2021 | Buy | | MMAT | TDA TRAN - Bought 1 (MMAT) @3.9950 | 1 | $4.00 | ($4.00) |
| 7/15/2021 | Buy | | MMAT | TDA TRAN - Bought 1 (MMAT) @4.0042 | 1 | $4.00 | ($4.00) |
| 7/14/2021 | Buy | | MMAT | TDA TRAN - Bought 1030 (MMAT) @3.8850 | 1,030 | $3.89 | ($4,001.55) |
| 7/13/2021 | Buy | | MMAT | TDA TRAN - Bought ...539 (MMAT) @3.7050 | 539 | $3.71 | ($1,997.00) |
| 7/9/2021 | Journaled Shares | | MMAT | TDA TRAN - MANDATORY - EXCHANGE (MMAT) | 228 | | |
| 7/8/2021 | Buy | | MMAT | TDA TRAN - Bought 1 (MMAT) @5.8000 | 1 | $5.80 | ($5.80) |
| 7/1/2021 | Buy | | MMAT | TDA TRAN - Bought ...276 (MMAT) @7.4499 | 276 | $7.45 | ($2,056.17) |
| 6/28/2021 | Journaled Shares | | MMAT | TDA TRAN - MANDATORY REVERSE SPLIT (MMAT) | 1,258 | | |
| 6/28/2021 | Journaled Shares | | TRCH | TDA TRAN - MANDATORY REVERSE SPLIT (TRCH) | -2,517 | | |
| 6/22/2021 | Buy | | TRCH | TDA TRAN - Bought ...339 (TRCH) @8.7653 | 339 | $8.77 | ($2,971.44) |

| Date | Action | Symbol | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 6/21/2021 | Buy | TRCH | TDA TRAN - Bought ...465 (TRCH) @8.9790 | 465 | $8.98 | ($4,175.24) |
| 6/21/2021 | Buy | TRCH | TDA TRAN - Bought ...205 (TRCH) @8.7500 | 205 | $8.75 | ($1,793.75) |
| 6/21/2021 | Buy | TRCH | TDA TRAN - Bought ...558 (TRCH) @8.5900 | 558 | $8.59 | ($4,793.22) |
| 6/15/2021 | Buy | TRCH | TDA TRAN - Bought ...950 (TRCH) @5.2000 | 950 | $5.20 | ($4,940.00) |