NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:** META MATERIALS, INC

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Richard A Bedoya
5353 Silverville Dr
Dixon Ca 95620

**Telephone Number:** 707 249 3719

- ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.
- ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.
- ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 17 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:**
WST-004881

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
RICHARD A BEDOYA
70 S Lake Ave Suite 700 Pasadena Ca 91101

**Telephone Number:** 800 848-9096

**3. Date Equity Interest was acquired:** 11/21/2021

**4. Total amount of member interest:** 62 shares for $ 26153.54

**5. Certificate number(s):** See Attached Documentation

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.
☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** RICHARD A BEDOYA
**Title:**
**Company:** Address and telephone number (if different from notice address above):

(Signature)   12/16/24 (Date)

**Telephone number:** 707 249 3719   **email:** RICH.BEDOYA@DUPRATTFORD.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

ENV# CEBLQWWCBBFTMRB_BBBBB
WESTERN INTERNATIONAL SECURITIES
70 S. LAKE AVE, SUITE 700
PASADENA, CA 91101-9540
WWW.WISDIRECT.COM



BROKERAGE SERVICES PROVIDED THROUGH WESTERN INTERNATIONAL SECURITIES (WIS), MEMBER FINRA/SIPC

NFS/FMTC ROLLOVER IRA
FBO RICHARD A BEDOYA
5353 SILVEYVILLE RD
DIXON CA 95620

**STATEMENT FOR THE PERIOD NOVEMBER 1, 2021 TO NOVEMBER 30, 2021**

RICHARD A BEDOYA - Premiere Select Rollover IRA
Account Number: WST-004881

**ACCOUNT EXECUTIVE**
LISA-ANN NOUCHI
RR#: SLN

For questions about your accounts:
Local: 916 565 3800
National: 800 848 9096

**TOTAL VALUE OF YOUR PORTFOLIO**



**FOR YOUR INFORMATION**
Each year, Fidelity Clearing charges an inactive fee for accounts considered inactive between Jan 1 and Dec 31. Accounts that meet the inactive definition will be charged $50 Please contact your advisor for more details

**CHANGE IN VALUE OF YOUR PORTFOLIO**
$ thousands



*Change In Value Of Your Portfolio information can be found in Miscellaneous Footnotes at the end of this statement.*

Account carried with National Financial Services LLC, Member NYSE, SIPC

**Statement for the Period November 1, 2021 to November 30, 2021**

RICHARD A BEDOYA - Premiere Select Rollover IRA
Account Number: WST-004881



BROKERAGE SERVICES PROVIDED THROUGH WESTERN INTERNATIONAL SECURITIES (WIS), MEMBER FINRA/SIPC

## HOLDINGS > EQUITIES *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 11/30/21 | Current Market Value | Estimated Annual Income | Cost | Net Change |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 Dividend Option Cash Capital Gain Option Cash Average Unit Cost $4.25 | MMAT CASH | 6,150 | $3.67 | $22,570.50 | | $26,153.79 | ($3,583.29) |
| **Total Equity** | | | | $116,545.99 | $369.60 | $38,032.81 | $78,513.18 |
| **Total Equities** | | | | $116,545.99 | $369.60 | $38,032.81 | $78,513.18 |
| **Total Securities** | | | | $116,545.99 | $369.60 | $38,032.81 | $78,513.18 |
| **TOTAL PORTFOLIO VALUE** | | | | $117,794.08 | $369.60 | $38,032.81 | $78,513.18 |

# Activity

The account cost and associated gain (loss) is provided for informational purposes only and should not be used for tax-reporting purposes. Such information is provided to help you estimate and track the change in market value of each position relative to your investment into this security (not including reinvestments). Please refer to Footnotes and Cost Information at the end of this statement for more information.

## PURCHASES, SALES, AND REDEMPTIONS

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Cost | Transaction Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Securities Purchased** | | | | | | | |
| 11/29/21 | CASH | YOU BOUGHT | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 @ 4.2357 | 6,150 | ($26,153.79) | $26,153.79 | |
| **Total Securities Purchased** | | | | | ($26,153.79) | | |
| **Securities Sold** | | | | | | | |
| | | | [redacted] |  |  |  | |
| **Total Securities Sold** | | | | | $25,570.37 | | |

Account carried with National Financial Services LLC, Member NYSE, SIPC

ENV# CEBQTFLWBBHPZRN_BBBBB
WESTERN INTERNATIONAL SECURITIES
70 S. LAKE AVE, SUITE 700
PASADENA, CA 91101-9540
WWW.WISDIRECT.COM

# WESTERN
### INTERNATIONAL SECURITIES, INC.

SP 02 031694 055721 127 ASNGLP
NFS/FMTC ROLLOVER IRA
FBO RICHARD A BEDOYA
5353 SILVEYVILLE RD
DIXON CA 95620

**STATEMENT FOR THE PERIOD SEPTEMBER 1, 2024 TO SEPTEMBER 30, 2024**

RICHARD A BEDOYA - Premiere Select Rollover IRA
Account Number: WST-004881

**BEGINNING VALUE OF YOUR PORTFOLIO**
**TOTAL VALUE OF YOUR PORTFOLIO**

**ACCOUNT EXECUTIVE**
LISA-ANN NOUCHI
RR#: SLN

For questions about your accounts:
Local: 916 565 3800
National: 800 848 9096

**FOR YOUR INFORMATION**

Each year, Fidelity Clearing charges an inactive fee for accounts considered inactive between Jan 1 and Dec 31. Accounts that meet the inactive definition will be charged $50 Please contact your advisor for more details

**CHANGE IN VALUE OF YOUR PORTFOLIO**
$ thousands

| Year | Value |
|---|---|
| 2015 | 33.721 |
| 2016 | — |
| 2017 | 56.863 |
| 2018 | — |
| 2019 | 80.005 |
| 2020 | 103.146 |
| 2021 | 126.288 |
| 2022 | 80.005 |
| 2023 | 103.146 |
| CURRENT | 126.288 |

Change In Value Of Your Portfolio information can be found in Miscellaneous Footnotes at the end of this statement.

Account carried with National Financial Services LLC, Member NYSE, SIPC

MN _CEBQTFLWBBHPZRN_BBBBB 20240930                                        P                                                                    Page 1 of 8

Statement for the Period September 1, 2024 to September 30, 2024

RICHARD A BEDOYA - Premiere Select Rollover IRA
Account Number: WST-004881


**WESTERN**
INTERNATIONAL SECURITIES, INC.

## HOLDINGS > EQUITIES *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 09/30/24 | Current Market Value | Estimated Annual Income | Cost | Net Change |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 Dividend Option Cash Capital Gain Option Cash Average Unit Cost  $421.84 | MMATQ CASH | 62 | $0.37 | $22.94 | | $26,153.79 | ($26,130.85) |

**TOTAL PORTFOLIO VALUE**

# Activity

The account cost and associated gain (loss) is provided for informational purposes only and should not be used for tax-reporting purposes. Such information is provided to help you estimate and track the change in market value of each position relative to your investment into this security (not including reinvestments). Please refer to Footnotes and Cost Information at the end of this statement for more information.

## CORE FUND ACTIVITY

For more information about the operation of your core account, please refer to your Customer Agreement.

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|

**TOTAL CORE FUND ACTIVITY**