NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: METaA MATERIALS (MMAT)

Case Number: 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

PERRY F MURPHY
710 KINGSTON MILLS ROAD
KINGSTON ONTARIO CANADA
K7L-5H6

Telephone Number: 613 888 7044

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 17 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
QUESTRADE # 27001105

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
QUESTRADE / 5700 YONG ST. NORTH YORK
ONT. M2M 4K2
Telephone Number: 1 888 783 7866

**3. Date Equity Interest was acquired:**
23/02/21 THRU 26/01/24

**4.** Total amount of member interest: 11 — AFTER SPLIT

**5.** Certificate number(s): _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: PERRY MURPHY
Title: MR.
Company: ___ Address and telephone number (if different from notice address above):

(Signature) Perry F Murphy     (Date) NOV. 9/24
Telephone number: 613 888 7044  email: perrndicela@msn.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

I was a shareholder of MMTLP, which was a dividend placeholder resulting from a reverse merge from parent company MMAT.

Back in July 2021 a merger created a dividend placeholder CUSIP. Later on, these series A preferred shares abruptly started trading on the OTC market as MMTLP. I have learned that this was not authorized by the company in any way and fraudulent information was used and given to FINRA to get the security trading and when reported, nothing was done.

More recently, MMTLP was supposed to end trading on December 12, 2022. Us smart retail investors knew that due to the massive amount of short positions in MMTLP, they would need to close their positions by December 12th, as the company was going private.

Abruptly on December 9th, FINRA halted this stock from trading, protecting the short sellers and NOT the investor community.

I am one of over 64,000 investors in MMTLP who have been wronged by not being able to sell on or during the last days of trading. Short sellers appear to have been "bailed out" and have accepted no risk, which is inexcusable. Short positions are subject to infinite risk. As retailer investors, we played by the rules and accepted all risk associated with our investment and stand on the side of the law.

Now we are finding out that there are some doubts we will even receive the promised 1:1 shares of the new company, Next Bridge Hydrocarbons. This is because short sellers and brokers oversold the amount of shares available (165M) by using synthetic shares. This could deny tens of thousands of investors entry into the new company. Today a Fidelity representative confirmed on a recorded phone call that one investor's shares were in fact, counterfeit.

I am concerned about my investment as I was denied an opportunity to sell the security during the last days when short sellers were going to close their positions. I am now concerned that I won't be getting any shares of Next Bridge Hydrocarbons because there are none left. Brokers are supposed to guarantee the stocks they sell you are genuine. I was sold shares by QUESTRADE.CA

In general, I am concerned because after further research I am finding out this happens frequently on various stocks and is destroying retail investors faith in the stock market. Something needs to be done to resolve this issue for me and other shareholders of MMTLP -- and to reign in all abusive short selling using counterfeit shares on other tickers now and in the future. Thank you for your time.

Something needs to be done to eliminate the wide spread INTERNATIONAL market FRAUD. in the US & CANADIAN capital MARKETS. LET THIS CASE SET AN EXAMPLE.



**Metamaterial News**
@MMATNEWS

# $MMTLP TODAY MARKS TWO WEEKS FROM THE DISTRIBUTION DATE ✓

- According to the S1 the spin-off should be complete 2 weeks after the 14th but brokerages did NOT give shares of NEXT BRIDGE to their clients yet

7:27 AM · Dec 28, 2022

**16.7K** Views    **149** Retweets    **14** Quote Tweets

**358** Likes

# Trade confirmations     TRCH

## Self-directed

Self-directed accounts are provided and administered by Questrade, Inc.
You manage your trades and investing strategy yourself. We do not provide advice or monitor your trading decisions.

## Questwealth

Questwealth Portifolios™ is a service provided by Questrade Wealth Management Inc., who is responsible for managing your account and the investment portfolios within it.

**Account** #Questwealth     Self-directed
Individual margin - 27001   **Self-directed accounts are provided and administered by**   QuestwealthSelf-directed
                       **Questrade, Inc.**
You manage your trades and investing strategy yourself. We do not provide advice or monitor your trading decisions.**Questwealth Portfolios™ is a service provided by Questrade Wealth Management Inc.,** who is responsible for managing your account and the investment portfolios within it.

```
Individual margin - 27001105
```
Symbol `trch`
Language
`English ▼`
Date range
`Date range ▼`
Start date
`01/01/2016`
End date
`31/10/2024`
VIEW REPORT

1 2 3                                                                             Download PDF Export to CSV



## MARGIN - 27001105 ▾

Self-directed

○ ● ○

**2 shares @ $0.0728**

| | |
|---|---|
| Market Value | $0.05 |
| Open P&L   -$0.08 | -61.26% |
| Today P&L   $0.00 | 0.00% |

---

**MMATQ** 🕐                                         ⓘ

**$0.061**  $0.00  0.00%

**11 shares @ $36.41**

| | |
|---|---|
| Market Value | $0.67 |
| Open P&L   -$399.85 | -99.83% |
| Today P&L   $0.00 | 0.00% |

MARGIN -27001105

Self-directed

### 8AG6071.16 

| | |
|---|---|
| 1000 shares @ $0.00 | |
| Market Value | $0.00 |
| Open P&L $0.00 | 0.00% |
| Today P&L $0.00 | 0.00% |

### 8AG5588.90 

| | |
|---|---|
| 3000 shares @ $0.00 | |
| Market Value | $0.00 |
| Open P&L $0.00 | 0.00% |
| Today P&L $0.00 | 0.00% |

| Canada Revenue Agency | Agence du revenu du Canada | **T5008** | | Issuer/Négociant: |
|---|---|---|---|---|
| | | | | Questrade, Inc.<br>5700 Yonge St., Suite 1900,<br>Toronto, ON, M2M 4K2<br>Phone: 1.888.783.7866<br>www.questrade.com |

## STATEMENT OF SECURITIES TRANSACTIONS
## ÉTATDES OPÉRATIONS SUR TITRES

**Recipient/Bénéficiaire:**

Mr. PERRY MURPHY
710 KINGSTON MILLS RD N
KINGSTON, ON
K7L5H6

| 2023 | 27001105 | O | 1 | 453380743 |
|---|---|---|---|---|
| Year/Année | Account Number<br>Numéro decompte | 10 - Report Code<br>Code du feuillet | 11 - Recipient Type<br>Type de bénéficiaire | 12 - Recipient Id<br>I.d. du bénéficiaire |

| Box 13<br>Foreign Currency<br>Devises étrangères | Box 14<br>Date<br>Date | Box 15<br>Type Code of Securities<br>Code de genre de titres | Box 16<br>Quantity of Securities<br>Quantité de titres | Box 17<br>Identification of Securities<br>Désignation des titres | Box 18<br>ISIN/CUSIP Number<br>Numéro ISIN/Cusip | Box 19<br>Face amount<br>Valeur nominale | Box 20<br>Cost or Book Value<br>Coût ou valeur comptable | Box 21<br>Proceeds Of Disposition<br>Produits de disposition |
|---|---|---|---|---|---|---|---|---|
| USD | 2023-04-27 | SHS | 1,800.0000 | HOUSTON NAT RES CORP COMMON STOCK | 44228P108 | $0.00 | $724.78 | $620.04 |
| USD | 2023-08-21 | SHS | 50.0000 | GEE GROUP INC COM | 36165A102 | $0.00 | $32.33 | $22.54 |
| USD | 2023-09-07 | SHS | 500.0000 | FINGERMOTION INC COMMON STOCK | 31788K108 | $0.00 | $2,804.98 | $2,894.97 |
| USD | 2023-09-13 | SHS | 100.0000 | FINGERMOTION INC COMMON STOCK | 31788K108 | $0.00 | $560.99 | $695.04 |
| USD | 2023-11-09 | SHS | 5,000.0000 | META MATLS INC COMMON STOCK | 59134N104 | $0.00 | $2,000.39 | $540.04 |
| USD | 2023-11-10 | SHS | 4,000.0000 | META MATLS INC COMMON STOCK | 59134N104 | $0.00 | $1,600.30 | $470.04 |
| USD | 2023-11-22 | SHS | 260.0000 | LEAPCHARGER CORPORATION COMMON STOCK | 39539Q209 | $0.00 | $498.95 | $477.29 |
| CAD | 2023-11-28 | SHS | 7.0000 | FSD PHARMA INC CL B SUB VTG SHS NEW | 35954B206 | $0.00 | $878.95 | $0.00 |

Securities transactions are disclosed to the Canada Revenue Agency and Revenue Quebec (resident of Quebec only) on a yearly basis. These transactions are to be reported on your annual return of income. Please retain for income tax purposes, as no other form will be issued.
Les opérations sur titres sont divulguées annuellement à l'Agence du revenu du Canada et à Revenu Québec (résidents du Québec uniquement). Ces transactions doivent être déclarées dans votre déclaration de revenus annuelle. Veuillez les conserver aux fins de l'impôt sur le revenu, car aucun autre formulaire ne sera émis.

| Canada Revenue Agency | Agence du revenu du Canada | **T5008** | | Issuer/Négociant: |
|---|---|---|---|---|

Questrade, Inc.
5700 Yonge St., Suite 1900,
Toronto, ON, M2M 4K2
Phone:1.866.980.9591
www.questrade.com

## STATEMENT OF SECURITIES TRANSACTIONS
## ÉTATDES OPÉRATIONS SUR TITRES
### AMENDED

**Recipient/Bénéficiaire:**

Mr. PERRY MURPHY
710 KINGSTON MILLS RD N
KINGSTON, ON
K7L5H6

| 2022 | 27001105 | A | 1 | 453380743 |
|---|---|---|---|---|
| Year/Année | Account Number Numéro decompte | 10 - Report Code Code du feuillet | 11 - Recipient Type Type de bénéficiaire | 12 - Recipient Id I.d. du bénéficiaire |

| Box 13 Foreign Currency Devises étrangères | Box 14 Date | Box 15 Type Code of Securities Code de genre de titres | Box 16 Quantity of Securities Quantité de titres | Box 17 Identification of Securities Désignation des titres | Box 18 ISIN/CUSIP Number Numéro ISIN/Cusip | Box 19 Face amount Valeur nominale | Box 20 Cost or Book Value Coût ou valeur comptable | Box 21 Proceeds Of Disposition Produits de disposition |
|---|---|---|---|---|---|---|---|---|
| USD | 2022-01-06 | SHS | 100.0000 | GEE GROUP INC COM | 36165A102 | $0.00 | $64.66 | $55.04 |
| USD | 2022-04-28 | SHS | 250.0000 | GEE GROUP INC COM | 36165A102 | $0.00 | $161.66 | $142.54 |
| USD | 2022-10-14 | SHS | 1,100.0000 | GEE GROUP INC COM | 36165A102 | $0.00 | $711.30 | $686.13 |
| USD | 2022-10-31 | SHS | 600.0000 | META MATLS INC PFD SER A | 59134N203 | $0.00 | $2,188.75 | $3,593.91 |
| USD | 2022-11-10 | SHS | 950.0000 | META MATLS INC COMMON STOCK | 59134N104 | $0.00 | $4,619.28 | $1,510.46 |
| USD | 2022-12-13 | SHS | 3,000.0000 | META MATLS INC PFD SER A | 59134N203 | $0.00 | $12,689.55 | $0.00 |

Securities transactions are disclosed to the Canada Revenue Agency and Revenue Quebec (resident of Quebec only) on a yearly basis. These transactions are to be reported on your annual return of income. Please retain for income tax purposes, as no other form will be issued.
Les opérations sur titres sont divulguées annuellement à l'Agence du revenu du Canada et à Revenu Québec (résidents du Québec uniquement). Ces transactions doivent être déclarées dans votre déclaration de revenus annuelle. Veuillez les conserver aux fins de l'impôt sur le revenu, car aucun autre formulaire ne sera émis.

| | Canada Revenue Agency | Agence du revenu du Canada | **T5008** | | | Issuer/Négociant: |
|---|---|---|---|---|---|---|

Questrade, Inc.
5700 Yonge St., Suite 1900,
Toronto, ON, M2M 4K2
Phone:1.866.980.9591
www.questrade.com

## STATEMENT OF SECURITIES TRANSACTIONS
## ÉTATDES OPÉRATIONS SUR TITRES

**Recipient/Bénéficiaire:**

Mr. PERRY MURPHY
710 KINGSTON MILLS RD N
KINGSTON, ON
K7L5H6

| 2021 | 27001105 | O | 1 | 453380743 |
|---|---|---|---|---|
| Year/Année | Account Number / Numéro decompte | 10 - Report Code / Code du feuillet | 11 - Recipient Type / Type de bénéficiaire | 12 - Recipient Id / I.d. du bénéficiaire |

| Box 13 Foreign Currency / Devises étrangères | Box 14 Date | Box 15 Type Code of Securities / Code de genre de titres | Box 16 Quantity of Securities / Quantité de titres | Box 17 Identification of Securities / Désignation des titres | Box 18 ISIN/CUSIP Number / Numéro ISIN/Cusip | Box 19 Face amount / Valeur nominale | Box 20 Cost or Book Value / Coût ou valeur comptable | Box 21 Proceeds Of Disposition / Produits de disposition |
|---|---|---|---|---|---|---|---|---|
| USD | 2021-01-28 | SHS | 250.0000 | T2 BIOSYSTEMS INC COM | 89853L104 | $0.00 | $397.45 | $682.53 |
| USD | 2021-02-11 | SHS | 20,000.0000 | HEMP INC COM | 423703206 | $0.00 | $544.98 | $550.03 |
| CAD | 2021-03-18 | SHS | 200.0000 | INDIVA LIMITED COM | 45580J101 | $0.00 | $103.83 | $108.89 |
| USD | 2021-05-03 | SHS | 30.0000 | MOLSON COORS BEVERAGE COMPANY CLASS B COMMON STOCK | 60871R209 | $0.00 | $1,226.40 | $1,661.54 |
| USD | 2021-06-17 | SHS | 300.0000 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | $0.00 | $773.55 | $1,495.04 |
| CAD | 2021-06-22 | SHS | 75.0000 | WESTERN URANIUM & VANADIUM CORP COM | 95985D100 | $0.00 | $211.20 | $234.79 |

Securities transactions are disclosed to the Canada Revenue Agency and Revenue Quebec (resident of Quebec only) on a yearly basis. These transactions are to be reported on your annual return of income. Please retain for income tax purposes, as no other form will be issued.
Les opérations sur titres sont divulguées annuellement à l'Agence du revenu du Canada et à Revenu Québec (résidents du Québec uniquement). Ces transactions doivent être déclarées dans votre déclaration de revenus annuelle. Veuillez les conserver aux fins de l'impôt sur le revenu, car aucun autre formulaire ne sera émis.

RC-21-1446