NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor:<br>**Meta Materials INC** | Case Number:<br>**24-50792** |
|---|---|

| 1.  Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):<br><br>Todd Poth<br>188 Pine Dr BX 2782<br>Stateline, NV 89449<br><br>Telephone Number:<br><br>702-480-4082 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br><br>■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | ~~RECEIVED~~<br>~~AND FILED~~<br><br>DEC 17 2024<br><br>U.S. BANKRUPTCY COURT<br>MARY A. SCHOTT, CLERK<br><br><br>**COURT USE ONLY** |
|---|---|---|

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only):<br>712706192 | Check here if this Proof of Interest:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2.  Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br><br>Todd Poth/ ETrade/ Morgan Stanley Private Bank<br>PO BOX 484 Jersy Cit. NJ 07303-0484<br>Telephone Number: 800-387-2331 | 3.    Date Equity Interest was acquired:<br>Between 12/16/2020 and 04/03/2024<br>See attached |
|---|---|

| 4.  Total amount of member interest: 165 shares for $10957.15<br>*After Reverse split* | 5.    Certificate number(s): _____ |
|---|---|

6.   Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description:

7.   Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8.   Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
■ I am the interest holder.    ☐ I am the interest holder's authorized agent.
(Attach copy of power of attorney, if any.)      ☐ I am the trustee, or the debtor, or their authorized agent.
(See Bankruptcy Rule 3004.)     ☐ I am a guarantor, surety, endorser, or other codebtor.
(see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

| Print Name:  Todd POth<br>Title:<br>Company:__ Address and telephone number (if different from notice address above): | *(Signature)*      12-14-2024<br>*(Date)*<br>Telephone number: 702-480-4082    email: topoth@gmail.com |
|---|---|

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# E✳TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period November 1-30, 2024

**STATEMENT FOR:**
TODD A POTH TOD
SUBJECT TO STA RULES

**Beginning Total Value** (as of 11/1/24)
**Ending Total Value** (as of 11/30/24)
  *Includes Accrued Interest*



**Access Your Account Online At**
www.etrade.com or call 800-387-2331

*Morgan Stanley Smith Barney LLC. Member SIPC.,*
*E*TRADE is a business of Morgan Stanley.*

#BWNJGWM

TODD A POTH TOD
SUBJECT TO STA RULES
PO BOX 2782
STATELINE NV 89449

*INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •*
*NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •*
*MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD*

712 - 706192 - 204 - 4 - 1

**E✳TRADE**
from Morgan Stanley

# Standard Disclosures

The following Disclosures are applicable to the enclosed statement(s). Expanded Disclosures are attached to your most recent June and December Statement (or your first Statement if you have not received a statement for those months). The Expanded Disclosures are also available online or by contacting us by using the contact information on the statement cover page.

**Questions?**
Questions regarding your account may be directed to us by using the contact information on the statement cover page.

**Errors and Inquiries**
Be sure to review your statement promptly, and immediately advise any concerns regarding entries that you do not understand or believe were made in error by contacting us by using the contact information on your statement cover page. Oral communications regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). Your statement will be deemed correct unless we receive a written inquiry of a suspected error. See your account documentation for special rules regarding your rights and responsibilities with respect to erroneous electronic fund transfers, including a description of the transfers covered. For concerns or complaints, contact us.

**Senior Investor Helpline**
Senior Investor clients or those acting on their behalf have a convenient way to communicate with our Firm by calling us at (800) 280-4534 Monday-Friday 9am-7pm Eastern Time.

**Availability of Free Credit Balances and Financial Statements**
Under the customer protection rules of the SEC (17 CFR §240.15c3-3), we may use funds comprising free credit balances carried for customer accounts here, provided that these funds are payable to customers on demand (i.e., are free of a lien or right of set-off in our favor or on behalf of some third party to whom you have given control). A financial statement of this organization is available for your personal inspection at its offices, or a copy will be mailed to you upon your written request.

**Listed Options**
Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. Promptly advise us of any material change in your investment objectives or financial situation.

**Important Information if You are a Margin Customer** (not available for certain retirement accounts)
If you have margin privileges, you may borrow money from us in

exchange for pledging assets in your accounts as collateral for any outstanding margin loan. The amount you may borrow is based on the value of the eligible securities in your margin accounts. If a security has eligible shares, the number of shares pledged as collateral will be indicated below the position.

**Margin Interest Charges**
We calculate interest charges on margin loans as follows: (1) multiply the applicable margin interest rate by the daily close of business net settled debit balance, and (2) divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. We add the accrued interest to your debit balance and start a new calculation each time the applicable interest rate changes and at the close of every statement month. For interest rate information, log into your account online and select your account with a Margin agreement to view more information.

**Information Regarding Special Memorandum Account**
If you have a Margin Account, this is a combined statement of your Margin Account and Special Memorandum Account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the Special Memorandum Account as required by Regulation T is available for your inspection at your request.

**Important Information About Auction Rate Securities**
For certain Auction Rate Securities there is no or limited liquidity. Therefore, the price(s) for these Auction Rate Securities are indicated by N/A (not available). There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security.

**Structured Investments Risks and Considerations**
Structured Investments (Structured Products) are complex products and may be subject to special risks. Investors should consider the concentration risk of owning the related security and their total exposure to any underlying asset. Structured Investments, which may appear in various statement product categories and are identified on the Position Description Details line as "Asset Class: Struct Inv," may not perform in a manner consistent with the statement product category where they appear and therefore may not satisfy portfolio asset allocation needs for that category. For information on the risks and conflicts of interest related to Structured Investments generally, log in to Morgan Stanley Online and go to www.morganstanley.com/structuredproductsrisksandconflicts.

**Security Measures**
This statement features several embedded security elements to safeguard its authenticity. One is a unique blue security rectangle,

printed in heat-sensitive ink on the back of every page. When exposed to warmth, the color will disappear, and then reappear.

**SIPC Protection**
We are a member of Securities Investor Protection Corporation (SIPC), which protects securities of its customers up to $500,000 (including $250,000 for claims for cash). An explanatory brochure is available upon request or at www.sipc.org. Losses due to market fluctuation are not protected by SIPC and assets not held with us may not be covered by SIPC protection. To obtain information about SIPC, including an explanatory SIPC brochure, contact SIPC at 1-202-371-8300 or visit www.sipc.org.

**Transaction Dates and Conditions**
Upon written request, we will furnish the date and time of a transaction and the name of the other party to a transaction. We and/or our affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits and the source and amount of any other remuneration received or to be received by us in connection with any transaction will be furnished upon written request.

**Equity Research Ratings Definitions and Global Investment Manager Analysis Status**
Some equity securities may have research ratings from Morgan Stanley & Co. LLC or Morningstar, Inc. Research ratings are the research providers' opinions and are not representations or guarantees of performance. For more information about each research provider's rating system, see the Research Ratings on your most recent June or December statement (or your first statement if you have not received a statement for those months), go online or refer to the research provider's research report. Research reports contain more complete information concerning the analyst's views and you should read the entire research report and not infer its contents from the rating alone. If your account contains an advisory component or is an advisory account, a GIMA status will apply.

**Credit Ratings from Moody's Investors Service and Standard & Poor's**
The credit rating from Moody's Investors Service and Standard & Poor's may be shown for certain securities. All credit ratings represent the opinions of the provider and are not representations or guarantees of performance. Please contact us if you need further information or assistance in interpreting these credit ratings.

Revised 11/2022

**CLIENT STATEMENT** | For the Period November 1-30, 2024

**E✷TRADE**
from Morgan Stanley

## Account Summary

Self-Directed Brokerage Account
712-70G192-204

TODD A POTH TOD
SUBJECT TO STA RULES

### CHANGE IN VALUE OF YOUR ACCOUNT (includes accrued interest)

|  | This Period (11/1/24-11/30/24) | This Year (1/1/24-11/30/24) |
|---|---|---|



### MARKET VALUE OVER TIME

The below chart displays the most recent thirteen months of Market Value.



The percentages above represent the change in dollar value from the prior period. They do not represent account investment performance, as they do not consider the impact of contributions and withdrawals, nor other factors that may have affected performance calculations. No percentage will be displayed when the previous month reflected no value.



and securities (including MMFs) are eligible for SIPC coverage. See Expanded Disclosures. Values may include assets externally held, as a courtesy, and may not be covered by SIPC. Foreign Exchange (FX) is neither FDIC nor SIPC insured. For additional information, refer to the corresponding section of this statement.



This asset allocation represents holdings on a trade date basis, and projected settled Cash/BDP and MMF balances. These classifications do not constitute a recommendation and may differ from the classification of instruments for regulatory or tax purposes.



**E✳TRADE**
from Morgan Stanley

CLIENT STATEMENT | For the Period November 1-30, 2024

Account Summary

Self-Directed Brokerage Account
712-706192-204

TODD A POTH TOD
SUBJECT TO STA RULES

BALANCE SHEET (^ includes accrued interest)

CASH FLOW

The Gain/(Loss) Summary, which may be subsequently adjusted, is provided for informational purposes and should not be used for tax preparation. For additional detail, please visit www.etrade.com.



# E✴TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period November 1-30, 2024

## Account Detail

**Self-Directed Brokerage Account**
**712-706192-204**

TODD A POTH TOD
SUBJECT TO STA RULES

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|

*Next Dividend Payable 12/26/24; Asset Class: Equities*

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC NEW (MMATQ) | 165.000 | 0.061 | 10,957.15 | 10.07 | (10,941.64) | — | — |

*Asset Class: Equities*



**CLIENT STATEMENT** | For the Period November 1-30, 2024

Page 5 of 8

## Account Detail

Self-Directed Brokerage Account
712-706192-204

TODD A POTH TOD
SUBJECT TO STA RULES

Brokerage Account

Investment Objectives (in order of priority): Capital Appreciation
*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. Under certain circumstances, deposits may be held at other FDIC insured Program Banks. For more information regarding the Bank Deposit Program and the Program Banks, go to www.etrade.com/bdpdisclosure. Cash and interest from required Pattern Day Trader minimum equity amounts are retained in Cash Balance Program.*



**CLIENT STATEMENT** | For the Period November 1-30, 2024

**E✳TRADE**
from Morgan Stanley

Page 7 of 8

## Account Detail

Self-Directed Brokerage Account
712-706192-204

TODD A POTH TOD
SUBJECT TO STA RULES

E✳TRADE®
from Morgan Stanley

## Account Detail

Self-Directed Brokerage Account
712-706192-204

TODD A POTH TOD
SUBJECT TO STA RULES

### CASH FLOW ACTIVITY BY DATE (CONTINUED)

Activity



280-4534

**E✳TRADE**
from Morgan Stanley

Support ⌄    🔔 Alerts    🖹 Documents    👤 Prof

| Accounts | Pay & Transfer | Trading | Markets & Ideas | Planning | What We Offer | | 🔍 Search |

# ortfolios

↻ Refresh Dec 15, 2024 02:14 AM ET    ❓ Help    🖨

Positions   Allocation   Performance   Historical value   Margin   Gains & Losses   Risk Assessment   Estimated Income   Shareholder Actions

ount
vidual Brokerage _6192

| | | |
|---|---|---|
| Net Account Value | Total Unrealized Gain | Day's Gain Unrealized |
| 2,411.46 | −$68,781.07 (−97.10%) | −$44.76 (−2.13%) |
| Cash Purchasing Power ⓘ | Available for Withdrawal | ⌄ Show less |
| $358.97 | $338.97 | |

Transfer money

| Filters | View | Filter by Symbol / CUSIP | Security type | | Wash sale adjustment |
|---|---|---|---|---|---|
| | All Positions ⌄ | | All securities ⌄ | | |

| ⌄ Symbol ▲ | | Last Price $ | Change $ | Change % | Qty # | Price Paid $ | Day's Gain $ | Total Gain $ | Total Gain % | Valu |
|---|---|---|---|---|---|---|---|---|---|---|
| | Trade | | | 0.00% | | | | | | C |
| | Trade | 0.02 | | 0.00% | 35 | | | 0.70 | 0.00% | C |
| | T | | | | 4.00 | 1.4627 | | | 100.00% | C |
| 9999590 | Trade | | | | 1,250 | | | 0.00 | | C |
| | Trade | | −4.62% | 1,000 | 0.035 | | 0.06 | 28.71 | 96.90% | |
| 4E | Trade | | −0.04% | | | | | 12.84% | 55 |
| | Trade | 0.0003 | | 0.00% | | | | 45.05 | | 1 |
| | Trade | 0.02 | 0.00 | 0.00% | 850 | 1.8337 | | | | 7 |
| DT | Trade | | −8.27% | 1 | 523.65 | | | | C |
| | Trade | 10.10 | −0.08 | | | | 0.17 | −35.25 | | 2 |
| MATQ | Trade | 0.00001 | 0.00001 | −900.00% | 165 | 66.40697 | 0.00 | −10,957.15 | −100.00% | C |
| MD | Trade | 716 | 1.99% | | 17.85 | 1.82 | −138.97 | | 93 |
| LN | Trade | 1.50 | | −9.20% | 1 | 185.09 | | | |
| AX | Trade | | 1.00% | | 12.12 | 0.50 | | | |
| LK | Trade | | | 24.00 | | | | −38.57 | | 15 |

| Cash | Transfer money | | | | | | | | | $358 |
| Total | | | $70,833.55 | −$44.76 | −$68,781.07 | −97.10% | $2,41 |



Viewing 19 of 19 positions

| | | | | | | |
|---|---|---|---|---|---|---|
| Cash | Transfer money | | | | | $35£ |
| Total | | $70,833.55 | -$44.76 | -$68,781.07 | -97.10% | $2,41' |

e total amount of the price paid column reflects the total costs of all open positions
Special event for position

Real-time quotes ⓘ

› Portfolios News

## Please read all the important disclosures below.

### Investing:

Check the background of Morgan Stanley Smith Barney LLC on FINRA's BrokerCheck and see the Morgan Stanley Smith Barney LLC Relationship Summary.

**Investment Products**  •  **Not FDIC Insured**  •  **No Bank Guarantee**  •  **May Lose Value**

SIPC   Securities in your account protected up to $500,000. For details please see www.sipc.org

### Banking:

Banking products and services are provided by Morgan Stanley Private Bank, National Association, Member FDIC.

**Banking Products**  •  **FDIC Insured**  •  **Bank Guarantee**

FDIC  *FDIC-Insured - Backed by the full faith and credit of the U.S. Government*
⌂ Equal Housing Lender

› Read additional product disclosures

**Affiliations:**

Securities products and investment advisory services offered by Morgan Stanley Smith Barney LLC, Member SIPC and a Registered Investment Adviser. Commodity futures and options on futures products and services offered by E*TRADE Futures LLC, Member NFA. Stock plan administration solutions and services offered by E*TRADE Financial Corporate Services, Inc., and are a part of Morgan Stanley at Work. Banking products and services provided by Morgan Stanley Private Bank, National Association, Member FDIC. All entities are separate but affiliated subsidiaries of Morgan Stanley. E*TRADE from Morgan Stanley and Morgan Stanley at Wor are registered trademarks of Morgan Stanley.

Your receipt and use of this service is subject to the terms and conditions in E*TRADE from Morgan Stanley's Market Data Agreement (MDA). Your receipt and use c options market data is subject to the terms of the OPRA Subscriber Agreement.

**System response and account access may vary due to a variety of factors, including trading volumes, market conditions, system performances, and other facto**

For information on the **E*TRADE Customer Protection Guarantee** visit the Security Center.



| Symbol ▲ | Actions | Last Price $ | Change $ | Change % | Qty # | Price Paid $ | Day's Gain $ | Total Gain $ | Total Gain % | Value $ |
|---|---|---|---|---|---|---|---|---|---|---|
| MMATQ ⓘ | Trade ▾ | 0.00001 | 0.00001 | 900.00% | 165 | 66.40697 | 0.00 | -10,957.15 | -100.00% | 0.00 |
| 12/16/2020 | Sell | 0.00001 | 0.00001 | 900.00% | 5 | 100.00 | 0.00 | -500.00 | -100.00% | 0.00 |
| 02/23/2022 | Sell | 0.00001 | 0.00001 | 900.00% | 2.5 | 159.00 | 0.00 | -397.50 | -100.00% | 0.00 |
| 05/25/2022 | Sell | 0.00001 | 0.00001 | 900.00% | 2.5 | 177.00 | 0.00 | -442.50 | -100.00% | 0.00 |
| 10/21/2022 | Sell | 0.00001 | 0.00001 | 900.00% | 5 | 89.00 | 0.00 | -445.00 | -100.00% | 0.00 |
| 11/03/2022 | Sell | 0.00001 | 0.00001 | 900.00% | 18 | 138.00 | 0.00 | -2,484.00 | -100.00% | 0.00 |
| 11/03/2022 | Sell | 0.00001 | 0.00001 | 900.00% | 12 | 143.81 | 0.00 | -1,725.72 | -100.00% | 0.00 |
| 11/21/2022 | Sell | 0.00001 | 0.00001 | 900.00% | 15 | 193.78 | 0.00 | -2,906.70 | -100.00% | 0.00 |
| 01/04/2023 | Sell | 0.00001 | 0.00001 | 900.00% | 0.05 | 109.00 | 0.00 | -5.45 | -100.00% | 0.00 |
| 02/16/2023 | Sell | 0.00001 | 0.00001 | 900.00% | 0.55 | 73.00 | 0.00 | -40.15 | -100.00% | 0.00 |
| 03/10/2023 | Sell | 0.00001 | 0.00001 | 900.00% | 4.4 | 54.00 | 0.00 | -237.60 | -100.00% | 0.00 |
| 04/12/2023 | Sell | 0.00001 | 0.00001 | 900.00% | 2 | 40.50 | 0.00 | -81.00 | -100.00% | 0.00 |
| 04/17/2023 | Sell | 0.00001 | 0.00001 | 900.00% | 33 | 21.90 | 0.00 | -722.70 | -100.00% | 0.00 |
| 04/20/2023 | Sell | 0.00001 | 0.00001 | 900.00% | 2.5 | 20.00 | 0.00 | -50.00 | -100.00% | 0.00 |
| 05/08/2023 | Sell | 0.00001 | 0.00001 | 900.00% | 17.5 | 22.00 | 0.00 | -385.00 | -100.00% | 0.00 |
| 05/22/2023 | Sell | 0.00001 | 0.00001 | 900.00% | 3.5 | 25.85143 | 0.00 | -90.48 | -100.00% | 0.00 |
| 06/20/2023 | Sell | 0.00001 | 0.00001 | 900.00% | 1.5 | 20.10 | 0.00 | -30.15 | -100.00% | 0.00 |
| 07/03/2023 | Sell | 0.00001 | 0.00001 | 900.00% | 4 | 20.50 | 0.00 | -82.00 | -100.00% | 0.00 |
| 07/06/2023 | Sell | 0.00001 | 0.00001 | 900.00% | 1.5 | 20.10 | 0.00 | -30.15 | -100.00% | 0.00 |
| 10/31/2023 | Sell | 0.00001 | 0.00001 | 900.00% | 19.5 | 12.50 | 0.00 | -243.75 | -100.00% | 0.00 |
| 04/03/2024 | Sell | 0.00001 | 0.00001 | 900.00% | 15 | 3.82 | 0.00 | -57.30 | -100.00% | 0.00 |



**✦TRADE** from Morgan Stanley

26 🔔 Alerts    📄 Documents    👤 Prof

Accounts | Pay & Transfer | Trading | Markets & Ideas | Planning | What We Offer | 🔍 Search

# Portfolios

↻ Documents & Statements    AM ET    ❓ Help    🖨

Forms & Applications

eholder Actions

Positions | Allocation | Performance | Historical value | Margin | Gains & Losses | Risk Assessment

eDelivery Preferences

count
vidual Brokerage -6192

| Net Account Value | Total Unrealized Gain | Day's Gain Unrealized | ⌄ Show less |
|---|---|---|---|
| ▓1.46 | ▓68,781.07 (-9710%) | -$44.76 (-2.13%) | |
| Cash Purchasing Power ⓘ | Available for Withdrawal | | Transfer money |
| ▓358.97 | ▓8.97 | | |

| Filters | View | Filter by Symbol / CUSIP | Security type | | Wash sale adjustment |
|---|---|---|---|---|---|
| | All Positions ⌄ | | All securities ⌄ | | |

| › Symbol ▲ | Last Price $ | Change $ | Change % | Qty # | Price Paid $ | Day's Gain $ | Total Gain $ | Total Gain % | Valu |
|---|---|---|---|---|---|---|---|---|---|
| ▓05102 | ▓ | 0.00 | 0.00% | 760,000 | 0.0013 | 0.00 | -1,028.68 | ▓% | C |
| ▓ | | 0.07 | 0.00% | 35 | 0.00 | ▓ | | 0.00% | C |
| ▓W105 | | 0.00 | 0.00% | ▓ | | | -712.33 | -100.00% | C |
| 9999599 | | | 0.00% | 4,200 | 6.5759 | | -27,666.39 | -100.00% | C |
| ▓ | | -0.00006 | ▓% | 4,800 | | | ▓ | -96.00% | C |
| ▓ | | | | | | | | ▓% | C |
| ▓ | | 0.00 | | | | | 0.00 | -43.35 | 1 |
| ▓ | | 0.00 | 0.00% | 350 | 1.88237 | | | | 7 |
| ▓ | | -0.00415 | -8.27% | | | | -522.34 | ▓% | C |
| ▓ | | | | ▓ | | 0.008 | 26.8019 | -35.25 | 2 |
| MATQ | 0.00001 | 0.00001 | 900.00% | 165 | 66.40697 | 0.00 | -10,957.15 | -100.00% | C |
| 12/16/2020 | 0.00001 | 0.00001 | 900.00% | 5 | 100.00 | 0.00 | -500.00 | -100.00% | C |
| 02/23/2022 | 0.00001 | 0.00001 | 900.00% | 2.5 | 159.00 | 0.00 | -397.50 | -100.00% | C |
| 05/25/2022 | 0.00001 | 0.00001 | 900.00% | 2.5 | 177.00 | 0.00 | -442.50 | -100.00% | C |
| 10/21/2022 | 0.00001 | 0.00001 | 900.00% | 5 | 89.00 | 0.00 | -445.00 | -100.00% | C |
| Cash      Transfer money | | | | | | | | | $358 |
| Total | | | | | $70,833.55 | -$44.76 | -$68,781.07 | -9710% | $2.41 |

Symbol –

| Date | | | | | | | | |
|------|------|------|--------|------|----------|------|-----------|-----------|
| 11/03/2022 | 0.00001 | 0.00001 | 900.00% | 18 | 138.00 | 0.00 | -2,484.00 | -100.00% | C |
| 11/03/2022 | 0.00001 | 0.00001 | 900.00% | 12 | 143.81 | 0.00 | -1,725.72 | -100.00% | C |
| 11/21/2022 | 0.00001 | 0.00001 | 900.00% | 15 | 193.78 | 0.00 | -2,906.70 | -100.00% | C |
| 01/04/2023 | 0.00001 | 0.00001 | 900.00% | 0.05 | 109.00 | 0.00 | -5.45 | -100.00% | C |
| 02/16/2023 | 0.00001 | 0.00001 | 900.00% | 0.55 | 73.00 | 0.00 | -40.15 | -100.00% | C |
| 03/10/2023 | 0.00001 | 0.00001 | 900.00% | 4.4 | 54.00 | 0.00 | -237.60 | -100.00% | C |
| 04/12/2023 | 0.00001 | 0.00001 | 900.00% | 2 | 40.50 | 0.00 | -81.00 | -100.00% | C |
| 04/17/2023 | 0.00001 | 0.00001 | 900.00% | 33 | 21.90 | 0.00 | -722.70 | -100.00% | C |
| 04/20/2023 | 0.00001 | 0.00001 | 900.00% | 2.5 | 20.00 | 0.00 | -50.00 | -100.00% | C |
| 05/08/2023 | 0.00001 | 0.00001 | 900.00% | 17.5 | 22.00 | 0.00 | -385.00 | -100.00% | C |
| 05/22/2023 | 0.00001 | 0.00001 | 900.00% | 3.5 | 25.85143 | 0.00 | -90.48 | -100.00% | C |
| 06/20/2023 | 0.00001 | 0.00001 | 900.00% | 1.5 | 20.10 | 0.00 | -30.15 | -100.00% | C |
| 07/03/2023 | 0.00001 | 0.00001 | 900.00% | 4 | 20.50 | 0.00 | -82.00 | -100.00% | C |
| 07/06/2023 | 0.00001 | 0.00001 | 900.00% | 1.5 | 20.10 | 0.00 | -30.15 | -100.00% | C |
| 10/31/2023 | 0.00001 | 0.00001 | 900.00% | 19.5 | 12.50 | 0.00 | -243.75 | -100.00% | C |
| 04/03/2024 | 0.00001 | 0.00001 | 900.00% | 15 | 3.82 | 0.00 | -57.30 | -100.00% | C |

Viewing 19 of 19 positions

| Cash | Transfer money | | | | | | | $358 |
| Total | | | | | $70,833.55 | -$44.76 | -$68,781.07 | -97.10% | $2,41 |