NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: Meta Materials, Inc.
Case Number: 24-50792

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Jason Grimaldo
9324 Marblemount Dr
281-610-3143

Telephone Number: ☎

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 17 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:

896611548

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: Jason Grimaldo
Robinhood
85 Willow Road, Menlo Park, CA, 94025
Telephone Number: 888-275-8523

**3.** Date Equity Interest was acquired:
Between 6/21/21 - 8/20/24
See attached documentation

**4.** Total amount of member interest: 24 shares for $9,999.91

**5.** Certificate number(s): See attached documentation

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9.** Signature:
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Jason Grimaldo
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature)  12/13/24  (Date)

Telephone number: 281-610-3143  email: jasongrimaldo@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**
**CASE: 24-50792, META MATERIALS, INC.**
**FOR: JASON GRIMALDO**

BROKER: ROBINHOOD

ACCT #: 896611548

06/21/2021: TRCH (Pre-merger) Purchased 277.451596 shares | $8.93/share | $2,478.80 total invested

06/25/2021: TRCH (Pre-merger) Purchased 98.522167 shares | $5.08/share | $500 total invested

06/25/2021: TRCH (Pre-merger) Purchased 96.525096 shares | $5.18/share | $500 total invested

06/28/2021: Reverse split (TRCH to MMAT) 1:2 ratio | Previous share count from 472.498859 shares (TRCH) to 236 shares (MMAT)

06/30/2021: MMAT Purchased 74.074169 shares | $6.75/share | $500 total invested

07/02/2021: MMAT Purchased 21.899408 shares | $6.85/share | $150 total invested

07/09/2021: MMAT Purchased 0.443387 shares | $5.26/share | $2.33 total invested

07/12/2021: MMAT Purchased 74.4768 shares | $4.03/share | $300 total invested

07/13/2021: MMAT Purchased 82.508396 shares | $3.64/share | $300 total invested

07/14/2021: MMAT Purchased 89.885321 shares | $3.83/share | $344.09 total invested

07/15/2021: MMAT Purchased 131.926121 shares | $3.79/share | $500 total invested

07/16/2021: MMAT Purchased 8.74828 shares | $3.64/share | $31.80 total invested

07/27/2021: MMAT Purchased 150.156728 shares | $3.33/share | $500.02 total invested

10/21/2021: MMAT Sold 870.11861 shares | $4.75/share | -$4,136.92 total recovered

10/21/2021: MMAT Purchased 718.030447 shares | $4.74/share | $3,402.52 total invested

10/25/2021: MMAT Sold 718.030447 shares | $4.65/share | -$3,341.42 total recovered

10/28/2021: MMAT Purchased 231.308297 shares | $4.64/share | $1,072.64 total Invested

10/29/2021: MMAT Sold 231.308297 shares | $4.57/share | -$1,057.56 total recovered

11/1/2021: MMAT Purchased 802.198527 shares | $5.15/share | $4,130.44 total Invested

11/1/2021: MMAT Sold 802.198527 shares | $5.30/share | -$4,249.32 total recovered

11/4/2021: MMAT Purchased 444.557872 shares | $4.87/share | $2,164.33 total Invested

11/4/2021: MMAT Purchased 205.411911 shares | $4.87/share | $1,000 total Invested

11/10/2021: MMAT Sold 649.969783 shares | $4.87 /share | -$3,165.35 total recovered

11/10/2021: MMAT Purchased 524.447412 shares | $4.89/share | $2,566.70 total Invested

11/11/2021: MMAT Sold 524.447412 shares | $4.87/share | -$2,554.06 total recovered

11/15/2021: MMAT Purchased 104.841584 shares | $4.77/share | $500 total Invested

11/18/2021: MMAT Purchased 109.691293 shares | $4.28/share | $469.35 total Invested

11/18/2021: MMAT Sold 640.582069 shares | $4.24/share | -$2,717.16 total recovered

11/19/2021: MMAT Purchased 786.475289 shares | $4.36/share | $3,425.65 total Invested

11/22/2021: MMAT Sold 786.475289 shares | $4.10/share | -$3,225.81 total recovered

11/24/2021: MMAT Purchased 2,416.021123 shares | $4.14/share | $9,999.91 total Invested

01/29/2024: MMAT reverse split (1:100 split) | Previous share count from 2,416.021123 to 24 shares (new ticker named to MMATQ)

08/20/2024: MMATQ Sold 25 shares | $0.5293/share | -$13.23 total recovered

**Total Shares Held Pre-Reverse Split: 2,416.021123 shares**

**Total Money Invested Pre-Reverse Split: $9,999.91**

**Total Shares Held Post-Reverse Split: 24 shares – Sold all remaining shares 8/20/24 after company declared for bankruptcy**

\*\*\*See Transaction document attached