NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials | Case Number: 24-50792-hlb | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Deeanna Sloper-Riemondy
   8823 Howland Place
   Bristow, VA 20136

   Telephone Number: 703-675-0600

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC 17 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: Z21275187 | Check here if this claim: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Fidelity Investments / Service Center
   P.O. Box 770001
   Cincinnati, OH 45277-0050
   Telephone Number: 1-800-343-3548

3. Date Equity Interest was acquired: (See attached)

4. Total amount of member interest: 1150

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Deeanna Sloper-Riemondy
   Title:
   Company: Address and telephone number (if different from notice address above):

   (Signature) Deeanna Sloper Riemondy   (Date) 12/12/24
   Telephone number: 703-675-0600   email: minpens@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis |
|---|---|---|---|---|---|---|---|

### META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

**Buy** **Sell** **Set Exit Plan**

**Purchase History** | Research

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis |
|---|---|---|---|---|---|---|
| Nov-28-2022 | Long | -$451.25 | -100% | $0.00 | 2.5 | $180.50 |
| Nov-03-2022 | Long | -$66.98 | -100% | $0.00 | 0.5 | $133.96 |
| Nov-03-2022 | Long | -$267.00 | -100% | $0.00 | 2 | $133.50 |
| Oct-11-2021 | Long | -$560.50 | -100% | $0.00 | 1 | $560.50 |
| Oct-11-2021 | Long | -$1,113.00 | -100% | $0.00 | 2 | $556.50 |
| Sep-10-2021 | Long | -$158.81 | -100% | $0.00 | 0.3 | $529.37 |
| Jul-08-2021 | Long | -$111.40 | -100% | $0.00 | 0.2 | $557.00 |
| Jun-24-2021 | Long | -$507.30 | -100% | $0.00 | 0.5 | $1,014.60 |
| Jun-23-2021 | Long | -$322.08 | -100% | $0.00 | 0.325 | $991.02 |
| Jun-23-2021 | Long | -$175.18 | -100% | $0.00 | 0.175 | $1,001.03 |
| Jun-22-2021 | Long | -$675.38 | -100% | $0.00 | 0.5 | $1,350.76 |

Show Less

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis |
|---|---|---|---|---|---|---|---|
| MULN<br>MULLEN AUTOMOTIVE INC C... | $1.8001<br>+$0.0601 | +$0.06<br>+3.45% | -$129.23<br>-98.63% | $1.80 | 0.04% | 1 | $131.03<br>$131.03 / Share |
| SNDL<br>SNDL INC COM ISIN #CA8330... | $1.8301<br>+$0.0001 | +$0.03<br>0.00% | -$572.68<br>-51.06% | $549.03 | 12.28% | 300 | $1,121.71<br>$3.74 / Share |



INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Holdings

Account # Z21-275187
DEEANNA L SLOPER - INDIVIDUAL - TOD

**Total Holdings**

*All positions held in cash account unless indicated otherwise.*

EAI & EY  *Estimated Annual Income (EAI) & Estimated Yield (EY) - EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* **For calculation details, refer to the "Additional Information and Endnotes" section.**

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/24 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 100.000 | 7.71470 | | - | -771.47 |
| 06/25 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 35.000 | 5.00500 | | - | -175.18 |
| 06/25 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 65.000 | 4.95500 | | - | -322.08 |
| 06/28 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | You Bought | 100.000 | 5.07300 | | - | -507.30 |
| **Total Securities Bought** | | | | | | - | - | **-$28,178.61** |
| **Total Securities Sold** | | | | | | $611.00 | -$0.01 | $706.99 |
| **Net Securities Bought & Sold** | | | | | | | -$0.01 | **-$27,471.62** |



INVESTMENT REPORT
July 1, 2021 - July 31, 2021

Account # Z21-275187
DEEANNA L SLOPER - INDIVIDUAL - TOD

## Holdings

| Description | Beginning Market Value Jul 1, 2021 | Quantity Jul 31, 2021 | Price Per Unit Jul 31, 2021 | Ending Market Value Jul 31, 2021 | Total Cost Basis | Unrealized Gain/Loss Jul 31, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Stocks** (continued) | | | | | | | |
| **Preferred Stock** (continued) | | | | | | | |
| Total Preferred Stock (0% of account holdings) | unavailable | | | unavailable | | | - |
| **Total Stocks (100% of account holdings)** | ■■■■■ | | | ■■■■■ | ■■■■■ | ■■■■■ | - |
| **Total Holdings** | | | | ■■■■■ | ■■■■■ | ■■■■■ | $0.00 |
| | | Net Debit Balance | | -0.25 | | | |
| | | Net Account Value | | ■■■■■ | | | |

*All positions held in cash account unless indicated otherwise.*

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| | ■■■■■ | ■■■■■ | ■■■■■ | ■■■■■ | ■■■■■ | - | ■■■■■ |
| 07/12 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 20.000 | 5.57000 | - | -111.40 |
| **Total Securities Bought** | | | | | | - | ■■■■■ |
| **Net Securities Bought & Sold** | | | | | | - | ■■■■■ |



INVESTMENT REPORT
September 1, 2021 - September 30, 2021

## Activity

Account # Z21-275187
DEEANNA L SLOPER - INDIVIDUAL - TOD

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 09/14 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 30.000 | 5.29380 | - | -158.81 |
| Total Securities Bought | | | | | | - | -$1,581.49 |
| Net Securities Bought & Sold | | | | | | - | -$1,581.49 |

### Dividends, Interest & Other Income
*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 09/30 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | - | | $0.04 |
| Total Dividends, Interest & Other Income | | | | | | $0.04 |

### Deposits

| Date | Reference | Description | Amount |
|---|---|---|---|
| 09/13 | | | |
| Total Deposits | | | |

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

| Settlement Date | Account Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|



INVESTMENT REPORT
October 1, 2021 - October 31, 2021

## Activity

Account # Z21-275187
DEEANNA L SLOPER - INDIVIDUAL - TOD

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| | ████ | ████ | ████ | ████ | ████ | - | ████ |
| | | | | | | - | |
| 10/13 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 5.60500 | - | -560.50 |
| 10/13 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 200.000 | 5.56500 | - | -1,113.00 |
| **Total Securities Bought** | | | | | | - | **-$6,146.21** |
| **Net Securities Bought & Sold** | | | | | | - | **-$6,146.21** |

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 10/29 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | - | - | $0.04 |
| **Total Dividends, Interest & Other Income** | | | | | | **$0.04** |

### Deposits

| Date | Reference | Description | Amount |
|---|---|---|---|
| 10/29 | | ████ | ████ |
| **Total Deposits** | | | ████ |

Case 24-50792-hlb    Doc 1192    Entered 12/19/24 14:37:58    Page 7 of 7



**INVESTMENT REPORT**
November 1, 2022 - November 30, 2022

## Activity

Account # Z21-275187
DEEANNA L SLOPER - INDIVIDUAL - TOD

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 11/07 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 50.000 | $1.33950 | - | -$66.98 |
| 11/07 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 200.000 | 1.33500 | - | -267.00 |
| 11/30 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 250.000 | 1.80500 | - | -451.25 |
| **Total Securities Bought** | | | | | | - | **-$1,150.18** |
| **Net Securities Bought & Sold** | | | | | | - | **-$1,150.18** |

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 11/30 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | - | - | $2.19 |
| **Total Dividends, Interest & Other Income** | | | | | | **$2.19** |

### Deposits

| Date | Reference | Description | Amount |
|---|---|---|---|
| | | | |
| **Total Deposits** | | | |

10 of 18