NVB 3001 (Rev. 12/24)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials Inc.

**Case Number:** 24-50792-hlb

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): James R. Massey & Paula Massey
Mailing address: P.O. Box 486, Richmond Hill, GA 31324
Physical: 2817 Ft. McAllister Rd., Richmond Hill, GA 31324

Telephone Number: James Massey - 912-667-4887 or Paula 912-572-6530

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 17 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only): 536-203-254-210

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** E-Trade
P.O. Box 484
Jersey City 07303-0484
Telephone Number: 800-387-2331

3. **Date Equity Interest was acquired:** Dec 7, 2022

4. **Total amount of member interest:** $10,400

5. **Certificate number(s):** 50 originally 5000 shares

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description:

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: James R. Massey
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) James R. Massey    (Date) 12-14-2024

Telephone number: 912-572-6530    email: paulamassey10@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]    [ Save Form ]    [ Clear Form ]

December 1, 2022 - December 31, 2022
Account Number:     6253-0978
Account Type:       INDIVIDUAL
Account Status:     Pro Elite

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-387-2331  etrade.com
Member SIPC

**Customer Update:**

When to expect your 2022 tax documents
Visit etrade.com/tax to see when you'll receive 1099s, 5498s, and other tax documents.

Why not get your statements, confirmations, and tax documents online? Enroll for paperless delivery today at etrade.com/paperless.

JAMES R MASSEY
2817 FT MCALLISTER RD
RICHMOND HILL GA  31324-4816

E*TRADE Pro Elite Investment Account

## Account At A Glance



As of 11/30/22         As of 12/31/22

Net Change:

---

DETACH HERE

JAMES R MASSEY
2817 FT MCALLISTER RD
RICHMOND HILL GA  31324-4816

Make checks payable to E*TRADE Securities LLC

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE

**Use This Deposit Slip      Acct: 6253-0978**

Please do not send cash

| Dollars | Cents |
|---------|-------|
|         |       |
|         |       |
|         |       |
|         |       |
|         |       |

**TOTAL DEPOSIT**

E*TRADE from Morgan Stanley

123120220001  111625309781



**E*TRADE Pro Elite**
**Investment Account**

Account Number: 6253-0978     Statement Period: December 1, 2022 - December 31, 2022     Account Type: INDIVIDUAL

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| META MATLS INC COMMON STOCK | MMAT | Cash | 5,000 | 1.1900 | 5,950.00 | 7.17 | | |



**E*TRADE Pro Elite**
**Investment Account**

**Account Number:** 6253-0978　　**Statement Period:** December 1, 2022 - December 31, 2022　　**Account Type:** INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| ▮▮/▮▮/22 12:25 | 12/07/22 | META MATLS INC PFD SER A | MMTLP | Bought | 73 | 7.9500 | 580.35 | |
| 12/05/22 12:21 | 12/07/22 | META MATLS INC PFD SER A | MMTLP | Bought | 1,727 | 7.9600 | 13,751.87 | |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| 12/07/22 12:43 | 12/09/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 5,000 | 2.0800 | 10,400.00 | |
| 12/07/22 14:30 | 12/09/22 | META MATLS INC PFD SER A | MMTLP | Bought | 50 | 7.5700 | 378.60 | |
| 12/07/22 10:56 | 12/09/22 | META MATLS INC PFD SER A | MMTLP | Bought | 200 | 8.1500 | 1,634.95 | |
| 12/07/22 14:23 | 12/09/22 | META MATLS INC PFD SER A | MMTLP | Bought | 550 | 7.5800 | 4,173.95 | |
| 12/07/22 11:42 | 12/09/22 | META MATLS INC PFD SER A | MMTLP | Bought | 1,000 | 8.2600 | 8,264.95 | |
| 12/07/22 11:25 | 12/09/22 | META MATLS INC PFD SER A | MMTLP | Bought | 7,000 | 8.4000 | 58,804.95 | |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| 12/08/22 11:31 | 12/12/22 | META MATLS INC PFD SER A | MMTLP | Bought | 100 | 4.9600 | 500.95 | |
| 12/08/22 09:47 | 12/12/22 | META MATLS INC PFD SER A | MMTLP | Bought | 1,500 | 4.7600 | 7,144.95 | |
| 12/08/22 15:14 | 12/12/22 | META MATLS INC PFD SER A | MMTLP | Bought | 3,000 | 3.0800 | 9,244.95 | |
| 12/08/22 14:13 | 12/12/22 | PFIZER INC | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ |
| 12/08/22 09:43 | 12/12/22 | ▮▮ ▮▮ ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ |
| 12/21/22 11:42 | 12/23/22 | ▮▮ | ▮▮ | Bought | ▮▮ | ▮▮ | ▮▮ | |
| 12/23/22 09:30 | 12/28/22 | ▮▮ | ▮▮ | Sold | ▮▮ | ▮▮ | | ▮▮ |



**E*TRADE Pro Elite**
**Investment Account**

Account Number: 6253-0978    Statement Period: December 1, 2022 - December 31, 2022    Account Type: INDIVIDUAL

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 12/07/22 | Wire | INWIRE-20221207MMQFMP84000360 REFID:20221207MMQFMP84000360; | | 75,000.00 |

**NET WITHDRAWALS & DEPOSITS**    **$75,000.00**

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 12/13/22 | META MATLS INC PFD SER A MANDATORY REORG FEE CHARGED | 59134N203 | Fee | | | 38.00 | |
| 12/13/22 | META MATLS INC PFD SER A REORGANIZATION @ 1:1 FROM 59134N203 TO 591994371 | 59134N203 | Merger | -17,400 | | | |
| 12/13/22 | META MATLS PREFERRED STOCK CONTRA CUSIP REORGANIZATION @ 1:1 FROM 59134N203 TO 591994371 SHRS RECEIVED THRU MERGER | 591994371 | Merger | 17,400 | | | |
| 12/16/22 | COSMOS HOLDINGS INC COMMON STOCK MANDATORY REORG FEE CHARGED | 221413206 | Fee | | | 38.00 | |
| 12/16/22 | COSMOS HOLDINGS INC COMMON STOCK REVERSE SPLIT @ 1:25 FROM 221413206 TO 221413305 | 221413206 | Reverse Splt | -500 | | | |
| 12/16/22 | COSMOS HEALTH INC COMMON STOCK REVERSE SPLIT @ 1:25 FROM 221413206 TO 221413305 RESULT OF REVERSE SPLIT | COSM | Reverse Splt | 20 | | | |
| **TOTAL OTHER ACTIVITY** | | | | | | **$76.00** | |
| **NET OTHER ACTIVITY** | | | | | | **$76.00** | |



**from Morgan Stanley**

**CLIENT STATEMENT** | For the Period November 1-30, 2024

**STATEMENT FOR:**
JAMES R MASSEY

**Beginning Total Value** (as of 11/1/24)
**Ending Total Value** (as of 11/30/24)
*Includes Accrued Interest*



**Access Your Account Online At**
www.etrade.com or call 800-387-2331

*Morgan Stanley Smith Barney LLC. Member SIPC.*
*E*TRADE is a business of Morgan Stanley.*

#BWNJGWM
000000
JAMES R MASSEY
2817 FT MCALLISTER RD
RICHMOND HILL GA 31324

INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •
NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •
MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD

536 - 203254 - 210 - 1 - 0



# E✲TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period November 1-30, 2024

Page 8 of 12

## Account Detail

Self-Directed Brokerage Account — JAMES R MASSEY
536-203254-210

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 1.12 | 0.17 |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | — | — |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | — | — |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | — | — |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | | |
| *Asset Class: Equities* | | | | | | | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | — | — |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | — | — |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | — | — |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | — | — |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | — | — |
| *Asset Class: Equities* | | | | | | | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | — | — |
| **META MATERIALS INC NEW (MMATQ)** | 50.000 | 0.061 | 10,400.00 | 3.05 | (10,396.95) | — | — |
| *Asset Class: Equities* | | | | | | | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | — | — |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | — | — |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | — | — |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | — | — |