NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor: **Meta Materials Inc.**

Case Number: **24-50792**

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Christopher David Cox
2882 Madison Grove Pl
Greenville NC 27858

Telephone Number: 252-714-1430

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 17 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
**5MU-7336343 RR WEA**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Webull Financial LLC
44 Wall St. 2nd Floor NY NY 10005
Telephone Number: 917-725-2448

3. **Date Equity Interest was acquired:**
6-29-21 — 9-15-23
See attached documentation

4. Total amount of member interest: See attached documentation

5. Certificate number(s): see attached documentation

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: **Investor**

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Christopher David Cox
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature)    12-11-24 (Date)

Telephone number: 252-714-1430
email: coxconstructionnc @yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*June 1, 2021 - June 30, 2021*

PAGE 1 OF 22

ACCOUNT NUMBER **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

CHRISTOPHER COX
2882 MADISON GROVE ROAD
GREENVILLE NC  27858-7237

INDIVIDUAL

---

### ▶ ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $21,387.92 | $31,280.64 |
| NET ACCOUNT BALANCE | 21,387.92 | 31,280.64 |
| Securities | 12,212.50 | 23,053.30 |
| TOTAL PRICED PORTFOLIO | 12,212.50 | 23,053.30 |
| **Total Equity Holdings** | **$33,600.42** | **$54,333.94** |

### ▶ PORTFOLIO EQUITY ALLOCATION



Options
2.604%

Equities
39.825%

Cash
57.571%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

## IMPORTANT INFORMATION

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January, the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month have previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure with randomly selects form among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

SIPC Protection. As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

## NOTICE TO CUSTOMERS

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your rights to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009

**ACCOUNT SUMMARY:**
Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.

**INCOME AND EXPENSE SUMMARY:**
Lists all income earned during the current statement period, as well as year to date. Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays and Margin Interest Expenses.

**PORTFOLIO EQUITY ALLOCATION:**
The Pie Chart is an estimate for illustrative purposes only.

**PORTFOLIO SUMMARY:**
Lists all securities held in your account.

**MARKET VALUE:**
This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities.

Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank. Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

**ESTIMATED ANNUAL INCOME:**
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.

**OPEN ORDERS:**
Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).

**MONEY MARKET ACTIVITY:**
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.

**DEFINITION OF ACCOUNT TYPES** C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

**REALIZED GAIN/LOSS DETAIL AND PORTFOLIO SUMMARY SECTIONS:**
Displays realized gains by average cost and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) does not reflect wash sales and may not reflect all capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis is retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

**Order Routing:**
The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*June 1, 2021 - June 30, 2021*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 2 OF 22

ACCOUNT NUMBER **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| CALL AAL  01/21/22  25  AMERICAN AIRLINES GROUP INC  EXP 01/21/2022 | 8NSRMD4 | M | 10 | $1.665 | $1,665.00 | | | N/A | 3.036% |
| APTEVO THERAPEUTICS INC  COMMON STOCK | APVO | M | 510 | 22.43 | 11,439.30 | | | N/A | 20.862 |
| ALSET EHOME INTERNATIONAL INC  COMMON STOCK | AEI | M | 600 | 5.68 | 3,408.00 | | | N/A | 6.215 |
| IDEANOMICS INC  COMMON STOCK | IDEX | M | 1,600 | 2.84 | 4,544.00 | | | N/A | 8.287 |
| CALL IDEX  07/16/21  3.50  IDEANOMICS INC  EXP 07/16/2021 | 9PKRLY7 | M | -20 | 0.125 | -250.00 | | | N/A | .456 |
| META MATLS INC  COMMON STOCK | MMAT | M | 300 | 7.49 | 2,247.00 | | | N/A | 4.098 |
| **Total Equities** | | | | | **$21,638.30** | | | | **39.462%** |
| **Total Options** | | | | | **$1,415.00** | | | | **3.492%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$31,280.64** | | | | **57.046%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$54,333.94** | | | | |

*June 1, 2021 – June 30, 2021*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 3 OF 22

ACCOUNT NUMBER   **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ **ACCOUNT ACTIVITY**

**BUY / SELL TRANSACTIONS**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 06/01/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 100 | $24.86 | $2,486.00 | |
| BOUGHT | 06/01/21 | M | CAMBER ENERGY INC<br>COMMON STOCK<br>CUSIP: 13200M508 | 2,000 | 0.66 | 1,320.00 | |
| BOUGHT | 06/01/21 | M | PUT SPY  05/28/21  420<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8PSGGN0 | 10 | 0.50 | 500.80 | |
| SOLD | 06/01/21 | M | CAMBER ENERGY INC<br>COMMON STOCK<br>CUSIP: 13200M508 | 2,000 | 0.665 | | 1,329.75 |
| SOLD | 06/01/21 | M | PUT SPY  05/28/21  420<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8PSGGN0 | 10 | 0.40 | | 399.17 |
| BOUGHT | 06/02/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 50 | 25.87 | 1,293.50 | |
| BOUGHT | 06/02/21 | M | CAMBER ENERGY INC<br>COMMON STOCK<br>CUSIP: 13200M508 | 250 | 0.6459 | 161.48 | |
| BOUGHT | 06/02/21 | M | CAMBER ENERGY INC<br>COMMON STOCK<br>CUSIP: 13200M508 | 250 | 0.637 | 159.25 | |
| BOUGHT | 06/02/21 | M | CAMBER ENERGY INC<br>COMMON STOCK<br>CUSIP: 13200M508 | 500 | 0.63 | 315.00 | |

*June 1, 2021 - June 30, 2021*

PAGE 4 OF 22

ACCOUNT NUMBER  **5MU-73363-13 RR WEA**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 06/02/21 | M | CAMBER ENERGY INC<br>COMMON STOCK<br>CUSIP: 13200M508 | 1,000 | 0.655 | 655.00 | |
| BOUGHT | 06/03/21 | M | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 5,000 | 2.58 | 12,900.00 | |
| SOLD | 06/03/21 | M | CAMBER ENERGY INC<br>COMMON STOCK<br>CUSIP: 13200M508 | 2,000 | 0.675 | | 1,349.75 |
| SOLD | 06/03/21 | M | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 5,000 | 2.565208 | | 12,825.37 |
| BOUGHT | 06/04/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 20 | 26.40 | 528.00 | |
| BOUGHT | 06/04/21 | M | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 200 | 2.7981 | 559.62 | |
| BOUGHT | 06/04/21 | M | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 250 | 2.64 | 660.00 | |
| BOUGHT | 06/04/21 | M | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 300 | 2.71 | 813.00 | |
| BOUGHT | 06/04/21 | M | CALL AAPL  07/16/21  125<br>APPLE INC<br>OPEN CONTRACT<br>Security Number: 8GQLKJ6 | 2 | 3.20 | 640.16 | |

*June 1, 2021 - June 30, 2021*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 6 OF 22

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 06/04/21 | M | CALL AAPL 07/16/21 125<br>APPLE INC<br>CLOSING CONTRACT<br>Security Number: 8GQLKJ6 | 2 | 3.26 | | 651.82 |
| BOUGHT | 06/07/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 10 | 26.08 | 260.80 | |
| BOUGHT | 06/07/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 20 | 26.30 | 526.00 | |
| BOUGHT | 06/07/21 | M | TORCHLIGHT ENERGY RESOURCES<br>INC<br>CUSIP: 89102U103 | 25 | 2.645 | 66.13 | |
| BOUGHT | 06/07/21 | M | TORCHLIGHT ENERGY RESOURCES<br>INC<br>CUSIP: 89102U103 | 225 | 2.645 | 595.13 | |
| SOLD | 06/07/21 | M | PUT PIRS 06/18/21 2.50<br>PIERIS PHARMACEUTICALS INC<br>CLOSING CONTRACT<br>Security Number: 8KSFPN1 | 1 | 0.07 | | 6.91 |
| SOLD | 06/07/21 | M | PUT PIRS 06/18/21 2.50<br>PIERIS PHARMACEUTICALS INC<br>CLOSING CONTRACT<br>Security Number: 8KSFPN1 | 1 | 0.05 | | 4.91 |
| SOLD | 06/07/21 | M | PUT PIRS 06/18/21 2.50<br>PIERIS PHARMACEUTICALS INC<br>CLOSING CONTRACT<br>Security Number: 8KSFPN1 | 3 | 0.05 | | 14.75 |

*June 1, 2021 - June 30, 2021*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 6 OF 22

ACCOUNT NUMBER   **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

► ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 06/07/21 | M | PUT PIRS  06/18/21  2.50<br>PIERIS PHARMACEUTICALS INC<br>CLOSING CONTRACT<br>Security Number: 8KSFPN1 | 4 | 0.05 | | 19.66 |
| SOLD | 06/07/21 | M | PUT PIRS  06/18/21  2.50<br>PIERIS PHARMACEUTICALS INC<br>CLOSING CONTRACT<br>Security Number: 8KSFPN1 | 10 | 0.05 | | 49.17 |
| SOLD | 06/07/21 | M | PUT PIRS  06/18/21  2.50<br>PIERIS PHARMACEUTICALS INC<br>CLOSING CONTRACT<br>Security Number: 8KSFPN1 | 2 | 0.05 | | 9.82 |
| SOLD | 06/07/21 | M | PUT PIRS  06/18/21  2.50<br>PIERIS PHARMACEUTICALS INC<br>CLOSING CONTRACT<br>Security Number: 8KSFPN1 | 4 | 0.05 | | 19.66 |
| BOUGHT | 06/08/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 20 | 24.97 | 499.40 | |
| BOUGHT | 06/08/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 20 | 26.05 | 521.00 | |
| BOUGHT | 06/08/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 20 | 25.44 | 508.80 | |
| BOUGHT | 06/08/21 | M | TORCHLIGHT ENERGY RESOURCES<br>INC<br>CUSIP: 89102U103 | 250 | 2.669 | 667.25 | |

*June 1, 2021 - June 30, 2021*

ACCOUNT NUMBER  **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 06/11/21 | M | APTEVO THERAPEUTICS INC COMMON STOCK CUSIP: 03835L207 | 40 | 26.08 | 1,043.20 | |
| BOUGHT | 06/11/21 | M | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 250 | 3.16 | 790.00 | |
| BOUGHT | 06/11/21 | M | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 250 | 3.08 | 770.00 | |
| BOUGHT | 06/11/21 | M | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 250 | 3.23 | 807.50 | |
| BOUGHT | 06/11/21 | M | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 250 | 3.20 | 800.00 | |
| BOUGHT | 06/11/21 | M | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 250 | 3.21 | 802.50 | |
| BOUGHT | 06/14/21 | M | APTEVO THERAPEUTICS INC COMMON STOCK CUSIP: 03835L207 | 10 | 25.66 | 256.60 | |
| BOUGHT | 06/14/21 | M | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 100 | 2.9586 | 295.86 | |
| BOUGHT | 06/14/21 | M | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 100 | 3.0774 | 307.74 | |
| BOUGHT | 06/14/21 | M | TORCHLIGHT ENERGY RESOURCES INC CUSIP: 89102U103 | 100 | 2.9292 | 292.92 | |

*June 1, 2021 - June 30, 2021*

PAGE 8 OF 22

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 06/14/21 | M | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 200 | 2.93 | 586.00 | |
| BOUGHT | 06/15/21 | M | ORPHAZYME A S<br>AMERICAN DEPOSITARY SHARES<br>CUSIP: 687305102 | 100 | 10.01 | 1,001.00 | |
| BOUGHT | 06/15/21 | M | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 100 | 2.9489 | 294.89 | |
| BOUGHT | 06/16/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 20 | 25.88 | 517.60 | |
| BOUGHT | 06/16/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 20 | 25.90 | 518.00 | |
| BOUGHT | 06/16/21 | M | CALL AAL  01/21/22  25<br>AMERICAN AIRLINES GROUP INC<br>OPEN CONTRACT<br>Security Number: 8NSRMD4 | 1 | 2.67 | 267.05 | |
| BOUGHT | 06/16/21 | M | CALL AAL  01/21/22  25<br>AMERICAN AIRLINES GROUP INC<br>OPEN CONTRACT<br>Security Number: 8NSRMD4 | 4 | 2.69 | 1,076.22 | |
| SOLD | 06/16/21 | M | ORPHAZYME A S<br>AMERICAN DEPOSITARY SHARES<br>CUSIP: 687305102 | 100 | 11.20 | | 1,119.98 |
| BOUGHT | 06/17/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 50 | 29.51 | 1,475.50 | |

*June 1, 2021 - June 30, 2021*

PAGE 9 OF 22

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

► ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 06/17/21 | M | PUT AAPL  06/18/21  128<br>APPLE INC<br>OPEN CONTRACT<br>Security Number: 8NYFVD6 | 10 | 0.24 | 240.55 | |
| SOLD | 06/17/21 | M | TORCHLIGHT ENERGY RESOURCES<br>INC<br>CUSIP: 89102U103 | 8,100 | 5.77 | | 46,735.80 |
| SOLD | 06/17/21 | M | PUT AAPL  06/18/21  128<br>APPLE INC<br>CLOSING CONTRACT<br>Security Number: 8NYFVD6 | 10 | 0.29 | | 289.44 |
| BOUGHT | 06/18/21 | M | CALL CCL  07/16/21  30<br>CARNIVAL CORP<br>OPEN CONTRACT<br>Security Number: 8CTKJX5 | 1 | 1.32 | 132.05 | |
| BOUGHT | 06/18/21 | M | CALL CCL  07/16/21  30<br>CARNIVAL CORP<br>OPEN CONTRACT<br>Security Number: 8CTKJX5 | 2 | 1.29 | 258.11 | |
| BOUGHT | 06/18/21 | M | CALL CCL  07/16/21  30<br>CARNIVAL CORP<br>OPEN CONTRACT<br>Security Number: 8CTKJX5 | 2 | 1.26 | 252.11 | |
| BOUGHT | 06/18/21 | M | CALL CCL  07/16/21  30<br>CARNIVAL CORP<br>OPEN CONTRACT<br>Security Number: 8CTKJX5 | 2 | 1.13 | 226.11 | |

*June 1, 2021 - June 30, 2021*

ACCOUNT NUMBER    **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

▶ **BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 06/18/21 | M | PUT QQQ  06/18/21  345<br>INVESCO QQQ TRUST SERIES 1<br>OPEN CONTRACT<br>Security Number: 8KZDMY3 | 1 | 1.19 | 119.05 | |
| SOLD | 06/18/21 | M | PUT QQQ  06/18/21  345<br>INVESCO QQQ TRUST SERIES 1<br>CLOSING CONTRACT<br>Security Number: 8KZDMY3 | 1 | 1.41 | | 140.93 |
| BOUGHT | 06/21/21 | M | ORPHAZYME A S<br>AMERICAN DEPOSITARY SHARES<br>CUSIP: 687305102 | 50 | 16.55 | 827.50 | |
| BOUGHT | 06/21/21 | M | ORPHAZYME A S<br>AMERICAN DEPOSITARY SHARES<br>CUSIP: 687305102 | 50 | 16.11 | 805.50 | |
| BOUGHT | 06/21/21 | M | ORPHAZYME A S<br>AMERICAN DEPOSITARY SHARES<br>CUSIP: 687305102 | 100 | 16.19 | 1,619.00 | |
| BOUGHT | 06/21/21 | M | TORCHLIGHT ENERGY RESOURCES<br>INC<br>CUSIP: 89102U103 | 500 | 5.40 | 2,700.00 | |
| BOUGHT | 06/21/21 | M | CALL CCL  07/16/21  30<br>CARNIVAL CORP<br>OPEN CONTRACT<br>Security Number: 8CTKJX5 | 3 | 0.95 | 285.16 | |
| BOUGHT | 06/21/21 | M | CALL CCL  07/16/21  30<br>CARNIVAL CORP<br>OPEN CONTRACT<br>Security Number: 8CTKJX5 | 5 | 0.90 | 450.27 | |

*June 1, 2021 - June 30, 2021*

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER   **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 06/21/21 | M | ORPHAZYME A S<br>AMERICAN DEPOSITARY SHARES<br>CUSIP: 687305102 | 200 | 13.40 | | 2,679.96 |
| SOLD | 06/21/21 | M | TORCHLIGHT ENERGY RESOURCES<br>INC<br>CUSIP: 89102U103 | 500 | 5.25 | | 2,624.92 |
| BOUGHT | 06/22/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 10 | 27.88 | 278.80 | |
| BOUGHT | 06/22/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 40 | 27 | 1,080.00 | |
| BOUGHT | 06/23/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 50 | 26 | 1,300.00 | |
| BOUGHT | 06/23/21 | M | CALL AAPL  06/25/21  134<br>APPLE INC<br>OPEN CONTRACT<br>Security Number: 8NHTBW1 | 10 | 0.61 | 610.55 | |
| SOLD | 06/23/21 | M | CALL CCL  07/16/21  30<br>CARNIVAL CORP<br>CLOSING CONTRACT<br>Security Number: 8CTKJX5 | 15 | 0.64 | | 959.14 |
| SOLD | 06/23/21 | M | CALL AAPL  06/25/21  134<br>APPLE INC<br>CLOSING CONTRACT<br>Security Number: 8NHTBW1 | 10 | 0.47 | | 469.42 |
| BOUGHT | 06/25/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 10 | 23.31 | 233.10 | |

*June 1, 2021 - June 30, 2021*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **12** OF 22

ACCOUNT NUMBER   **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ **ACCOUNT ACTIVITY** (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 06/25/21 | M | IDEANOMICS INC<br>COMMON STOCK<br>CUSIP: 45166V106 | 200 | 3.17 | 634.00 | |
| BOUGHT | 06/25/21 | M | IDEANOMICS INC<br>COMMON STOCK<br>CUSIP: 45166V106 | 300 | 3.18 | 954.00 | |
| BOUGHT | 06/25/21 | M | IDEANOMICS INC<br>COMMON STOCK<br>CUSIP: 45166V106 | 500 | 3.17 | 1,585.00 | |
| BOUGHT | 06/28/21 | M | IDEANOMICS INC<br>COMMON STOCK<br>CUSIP: 45166V106 | 100 | 3.12 | 312.00 | |
| BOUGHT | 06/28/21 | M | IDEANOMICS INC<br>COMMON STOCK<br>CUSIP: 45166V106 | 200 | 3.055 | 611.00 | |
| BOUGHT | 06/28/21 | M | CALL SCHN  07/16/21  60<br>SCHNITZER STEEL INDUSTRIES INC<br>OPEN CONTRACT<br>Security Number: 8NGZSJ5 | 3 | 0.35 | 105.16 | |
| BOUGHT | 06/28/21 | M | CALL AAL  01/21/22  25<br>AMERICAN AIRLINES GROUP INC<br>OPEN CONTRACT<br>Security Number: 8NSRMD4 | 1 | 2.07 | 207.05 | |
| SOLD | 06/28/21 | M | CALL IDEX  07/16/21   3.50<br>IDEANOMICS INC<br>OPEN CONTRACT<br>Security Number: 9PKRLY7 | 2 | 0.24 | | 47.87 |

*June 1, 2021 - June 30, 2021*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 13 OF 22

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 06/28/21 | M | CALL IDEX 07/16/21  3.50<br>IDEANOMICS INC<br>OPEN CONTRACT<br>Security Number: 9PKRLY7 | 1 | 0.25 | | 24.93 |
| SOLD | 06/28/21 | M | CALL IDEX 07/16/21  3.50<br>IDEANOMICS INC<br>OPEN CONTRACT<br>Security Number: 9PKRLY7 | 13 | 0.26 | | 337.25 |
| BOUGHT | 06/28/21 | S | E HOME HOUSEHOLD SERVICE<br>HOLDINGS LIMITED ORDINARY<br>SHARES<br>COVER SHORT.<br>CUSIP: G2952X104 | 10 | 27.91 | 279.10 | |
| SOLD | 06/28/21 | S | E HOME HOUSEHOLD SERVICE<br>HOLDINGS LIMITED ORDINARY<br>SHARES<br>SHORT.<br>CUSIP: G2952X104 | 10 | 27.12 | | 271.18 |
| BOUGHT | 06/29/21 | M | IDEANOMICS INC<br>COMMON STOCK<br>CUSIP: 45166V106 | 100 | 3.09 | 309.00 | |
| BOUGHT | 06/29/21 | M | IDEANOMICS INC<br>COMMON STOCK<br>CUSIP: 45166V106 | 200 | 3.09 | 618.00 | |
| BOUGHT | 06/29/21 | M | TORCHLIGHT ENERGY RESOURCES<br>INC<br>CUSIP: 89102U103 | 97 | 4.75 | 460.75 | |
| BOUGHT | 06/29/21 | M | TORCHLIGHT ENERGY RESOURCES<br>INC<br>CUSIP: 89102U103 | 500 | 4.78 | 2,390.00 | |

*June 1, 2021 - June 30, 2021*

PAGE 14 OF 22

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

# Webull Financial LLC
## 44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 06/29/21 | M | CALL AAL  01/21/22  25<br>AMERICAN AIRLINES GROUP INC<br>OPEN CONTRACT<br>Security Number: 8NSRMD4 | 2 | 1.83 | 366.11 | |
| BOUGHT | 06/29/21 | M | CALL AAL  01/21/22  25<br>AMERICAN AIRLINES GROUP INC<br>OPEN CONTRACT<br>Security Number: 8NSRMD4 | 2 | 1.69 | 338.11 | |
| SOLD | 06/29/21 | M | TORCHLIGHT ENERGY RESOURCES INC<br>CUSIP: 89102U103 | 97 | 4.849691 | | 470.40 |
| BOUGHT | 06/30/21 | M | ALSET EHOME INTERNATIONAL INC<br>COMMON STOCK<br>CUSIP: 02116A104 | 100 | 6.05 | 605.00 | |
| BOUGHT | 06/30/21 | M | ALSET EHOME INTERNATIONAL INC<br>COMMON STOCK<br>CUSIP: 02116A104 | 500 | 5.97 | 2,985.00 | |
| BOUGHT | 06/30/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 50 | 7.95 | 397.50 | |
| SOLD | 06/30/21 | M | CALL SCHN  07/16/21  60<br>SCHNITZER STEEL INDUSTRIES INC<br>CLOSING CONTRACT<br>Security Number: 8NGZSJ5 | 3 | 0.30 | | 89.82 |
| SOLD | 06/30/21 | M | CALL IDEX  07/16/21   3.50<br>IDEANOMICS INC<br>OPEN CONTRACT<br>Security Number: 9PKRLY7 | 4 | 0.16 | | 63.76 |
| **Total Buy / Sell Transactions** | | | | | | **$63,113.54** | **$73,005.54** |

.

*June 1, 2021 - June 30, 2021*

PAGE 16 OF 22

ACCOUNT NUMBER    **5MU-73363-13 RR WEA**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| | | | | | | | |
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| REV SPLIT | 06/25/21 | M | META MATLS INC COM RESULT OF REVERSE SPLIT CUSIP: 59134N104 | 250 | | | |
| REV SPLIT | 06/25/21 | M | TORCHLIGHT ENERGY RESOURCES INC REVERSE SPLIT @ 1:2 INTO 59134N104 CUSIP: 89102U103 | -500 | | | |
| CSH | 06/29/21 | C | XFER CASH TO MARGIN | | | 0.72 | |
| MKT | 06/29/21 | M | MARK TO MARKET | | | 7.92 | |
| JOURNAL | 06/29/21 | C | CCF REBATE | | | | 0.72 |
| CSH | 06/29/21 | M | XFER MARGIN TO CASH | | | | 0.72 |
| MKT | 06/29/21 | S | MARK TO MARKET SHORT POS | | | | 7.92 |
| **Total Miscellaneous Transactions** | | | | | | **$8.64** | **$9.36** |

▶ **EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES**

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 06/29/21 | 07/01/21 | M | ALSET EHOME INTERNATIONAL INC COMMON STOCK CUSIP: 02116A104 | 100 | 6 | $600.00 | |

*June 1, 2021 - June 30, 2021*

PAGE 18 OF 22

ACCOUNT NUMBER    **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ EXECUTED TRADES PENDING SETTLEMENT (CONTINUED)

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 06/29/21 | 07/01/21 | M | IDEANOMICS INC COMMON STOCK CUSIP: 45166V106 | 400 | 3.07 | 1,228.00 | |
| BOUGHT | 06/29/21 | 07/01/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 100 | 7.2082 | 720.82 | |
| SOLD | 06/30/21 | 07/01/21 | M | CALL MMAT 07/16/21   9 META MATLS INC OPEN CONTRACT Security Number: 9NYNDR6 | -4 | 1.15 | | 459.76 |
| SOLD | 06/30/21 | 07/01/21 | M | CALL IDEX 07/16/21   3 IDEANOMICS INC OPEN CONTRACT Security Number: 9PKRLY5 | -2 | 0.22 | | 43.87 |
| SOLD | 06/30/21 | 07/01/21 | M | CALL IDEX 07/16/21   3 IDEANOMICS INC OPEN CONTRACT Security Number: 9PKRLY5 | -3 | 0.20 | | 59.82 |
| BOUGHT | 06/30/21 | 07/02/21 | M | ALSET EHOME INTERNATIONAL INC COMMON STOCK CUSIP: 02116A104 | 100 | 5.86 | 586.00 | |
| BOUGHT | 06/30/21 | 07/02/21 | M | ALSET EHOME INTERNATIONAL INC COMMON STOCK CUSIP: 02116A104 | 200 | 5.62 | 1,124.00 | |
| BOUGHT | 06/30/21 | 07/02/21 | M | IDEANOMICS INC COMMON STOCK CUSIP: 45166V106 | 200 | 2.87 | 574.00 | |

*June 1, 2021 - June 30, 2021*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **17** OF 22

ACCOUNT NUMBER    **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ EXECUTED TRADES PENDING SETTLEMENT (CONTINUED)

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 06/30/21 | 07/02/21 | M | IDEANOMICS INC COMMON STOCK CUSIP: 45166V106 | 300 | 2.82 | 846.00 | |
| **Total Executed Trades Pending Settlement** | | | | | | | **$5,678.82** | **$563.45** |

*June 1, 2021 - June 30, 2021*



# Webull Financial LLC
## 44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 18 OF 22

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶ ANNOUNCEMENTS

**IMPORTANT INFORMATION**

**Statement of Financial Condition**
A copy of Apex Clearing Corporation's Audited Statement of Financial Condition as of December 31, 2020 is available on the website at www.apexclearing.com/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation. As of December 31, 2020, Apex Clearing Corporation had a net capital of $221,754,625 and was $190,963,611 in excess of its required net capital of $30,791,014. As of January 31, 2021, Apex Clearing Corporation had a net capital of $316,877,867 and was $269,611,762 in excess of its required net capital of $47,266,105.

**Apex's Policy for Dividends and Interest**
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

**Participation in Fully Paid Lending Program**
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

**Information Regarding Cost Basis for Foreign Account Statements**
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municipal Securities -** you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

**IMPORTANT INFORMATIO N**

To our valued customers:
FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72
**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**
The preceding notice is required when reporting distributions on Direct Participation Programs and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular DPP or REIT will be provided to clients upon request.
**Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**
Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we

*June 1, 2021 - June 30, 2021*

PAGE **19** OF 22



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶  ANNOUNCEMENTS  (CONTINUED)

have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can be accessed on the Internet at: **http://public.s3.com/rule606/apex/**, or a written copy will be furnished at no cost upon request via telephone at (214) 765-1009.
SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."
In accordance with the Emergency Economic Stabilization Act of 2008  broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.
  • Equity securities acquired on or after January 1, 2011
  • Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:
  • Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)
Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

**IMPORTANT INFORMATION CONTINUED**

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013.  The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. **Please note SIPC does not cover commodity contracts and options on futures.** For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection. This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted.  This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash.  Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities. For additional information, please contact your broker.

**FDIC SWEEP PROGRAM**
For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the program.

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC up to the maximum applicable insurance limits.  Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov.  Deposit Account balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected as established by current applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org.

**IMPORTANT INFORMATION**
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

*June 1, 2021 - June 30, 2021*



# Webull Financial LLC
## 44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **20** OF **22**

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶  ANNOUNCEMENTS (CONTINUED)

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the Internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record.

A brief summary of the content of the Annual Disclosure Statement is as follows:

- Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
- Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
- Margin Disclosure Statement: FINRA Rule 2264 - The information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
- Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The Investor brochure may be obtained from FINRA BrokerCHeck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.
- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/,

## IMPORTANT INFORMATION - Privacy Policy

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

*June 1, 2021 - June 30, 2021*

PAGE **21** OF 22

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

CHRISTOPHER COX



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

**Personal Information Collected**

In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:

- Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
- Information relating to your transactions, including account balances, positions, and activity;
- Information which may be received from consumer reporting agencies, such as credit bureau reports;
- Information relating to your creditworthiness;
- Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

**Sharing of Nonpublic Personal Information**

Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

**Security**

Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non-public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers. As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

**Access to Your Information**

You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**

Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**

Apex reserves the right to make changes to this policy.

*June 1, 2021 - June 30, 2021*

PAGE **22** OF 22

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶    ANNOUNCEMENTS  (CONTINUED)

**How to Get In Touch with Apex about this Privacy Policy**
For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit our sharing of your personal information, please contact:

Apex Clearing Corporation
Attn: Compliance Department 350 N. St. Paul St., Suite 1300
Dallas, Texas 75201
cs@apexclearing.com

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*July 1, 2021 - July 31, 2021*

PAGE 1 OF 18

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

CHRISTOPHER COX
2882 MADISON GROVE ROAD
GREENVILLE NC  27858-7237

| ▶ ACCOUNT SUMMARY | | |
|---|---|---|
| | **OPENING BALANCE** | **CLOSING BALANCE** |
| Margin account | $31,280.64 | $24,449.04 |
| NET ACCOUNT BALANCE | 31,280.64 | 24,449.04 |
| Securities | 23,053.30 | 22,964.90 |
| TOTAL PRICED PORTFOLIO | 23,053.30 | 22,964.90 |
| **Total Equity Holdings** | **$54,333.94** | **$47,413.94** |

▶ PORTFOLIO EQUITY ALLOCATION



Options
5.939%

Cash
51.565%

Equities
42.496%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

IMPORTANT INFORMATION

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January; the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

SIPC Protection. As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

NOTICE TO CUSTOMERS

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on your broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009

**ACCOUNT SUMMARY:**
Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.
**INCOME AND EXPENSE SUMMARY:**
Lists all income earned during the current statement period, as well as year to date. Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays and Margin Interest Expenses.
**PORTFOLIO EQUITY ALLOCATION:**
The Pie Chart is an estimate for illustrative purposes only.
**PORTFOLIO SUMMARY:**
Lists all securities held in your account.
**MARKET VALUE:**
This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities.
Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank.
Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation, upon request.

**ESTIMATED ANNUAL INCOME**
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.
**OPEN ORDERS:**
Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
**MONEY MARKET ACTIVITY:**
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.
**DEFINITION OF ACCOUNT TYPES** C=Cash, M=Margin, I=Income, L=Legal, S=Short, R=RVP/DVP, and O=Other

**REALIZED GAIN/LOSS DETAIL AND PORTFOLIO SUMMARY SECTIONS:**
Displays mutual funds by average cost and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) does not reflect wash sales and may not reflect all capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED. YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS, NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

**Order Routing**
The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*July 1, 2021 - July 31, 2021*

PAGE 2 OF 18

ACCOUNT NUMBER  **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

| ▶ PORTFOLIO SUMMARY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
| **EQUITIES / OPTIONS** | | | | | | | | | |
| APTEVO THERAPEUTICS INC COMMON STOCK | APVO | M | 570 | $18.77 | $10,698.90 | $11,439.30 | -6% | | 22.565% |
| META MATLS INC COMMON STOCK | MMAT | M | 2,700 | 3.50 | 9,450.00 | 2,247.00 | 321 | | 19.931 |
| CALL MMAT  01/21/22   5 META MATLS INC EXP 01/21/2022 | 8NYNFH9 | M | 10 | 1.07 | 1,070.00 | | N/A | | 2.257 |
| CALL MMAT  08/20/21   5 META MATLS INC EXP 08/20/2021 | 8NYNDX3 | M | 6 | 0.25 | 150.00 | | N/A | | .316 |
| CALL GLD  01/21/22  185 SPDR GOLD TR EXP 01/21/2022 | 8BTLBQO | M | 6 | 2.66 | 1,596.00 | | N/A | | 3.366 |
| **Total Equities** | | | | | **$20,148.90** | | | | **42.496%** |
| **Total Options** | | | | | **$2,816.00** | | | | **5.939%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$24,449.04** | | | | **51.565%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$47,413.94** | | | | |

*July 1, 2021 - July 31, 2021*

PAGE 3 OF 18

ACCOUNT NUMBER   **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
## 44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ **ACCOUNT ACTIVITY**

**BUY / SELL TRANSACTIONS**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 07/01/21 | M | ALSET EHOME INTERNATIONAL INC COMMON STOCK CUSIP: 02116A104 | 100 | 6 | $600.00 | |
| BOUGHT | 07/01/21 | M | IDEANOMICS INC COMMON STOCK CUSIP: 45166V106 | 400 | 3.07 | 1,228.00 | |
| BOUGHT | 07/01/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 100 | 7.2082 | 720.82 | |
| SOLD | 07/01/21 | M | CALL MMAT  07/16/21   9 META MATLS INC OPEN CONTRACT Security Number: 9NYNDR6 | 4 | 1.15 | | 459.76 |
| SOLD | 07/01/21 | M | CALL IDEX  07/16/21   3 IDEANOMICS INC OPEN CONTRACT Security Number: 9PKRLY5 | 2 | 0.22 | | 43.87 |
| SOLD | 07/01/21 | M | CALL IDEX  07/16/21   3 IDEANOMICS INC OPEN CONTRACT Security Number: 9PKRLY5 | 3 | 0.20 | | 59.82 |
| BOUGHT | 07/02/21 | M | ALSET EHOME INTERNATIONAL INC COMMON STOCK CUSIP: 02116A104 | 100 | 5.86 | 586.00 | |
| BOUGHT | 07/02/21 | M | ALSET EHOME INTERNATIONAL INC COMMON STOCK CUSIP: 02116A104 | 200 | 5.62 | 1,124.00 | |
| BOUGHT | 07/02/21 | M | IDEANOMICS INC COMMON STOCK CUSIP: 45166V106 | 200 | 2.87 | 574.00 | |

*July 1, 2021 - July 31, 2021*

PAGE 4 OF 18

ACCOUNT NUMBER  **5MU-73363-13 RR WEA**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 07/02/21 | M | IDEANOMICS INC<br>COMMON STOCK<br>CUSIP: 45166V106 | 300 | 2.82 | 846.00 | |
| SOLD | 07/02/21 | M | CALL IDEX  07/16/21   3<br>IDEANOMICS INC<br>OPEN CONTRACT<br>Security Number: 9PKRLY5 | 4 | 0.15 | | 59.76 |
| BOUGHT | 07/06/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 40 | 21.88 | 875.20 | |
| BOUGHT | 07/06/21 | M | ALSET EHOME INTERNATIONAL INC<br>COMMON STOCK<br>CUSIP: 02116A104 | 100 | 5.53 | 553.00 | |
| BOUGHT | 07/06/21 | M | ALSET EHOME INTERNATIONAL INC<br>COMMON STOCK<br>CUSIP: 02116A104 | 100 | 5.35 | 535.00 | |
| BOUGHT | 07/06/21 | M | ALSET EHOME INTERNATIONAL INC<br>COMMON STOCK<br>CUSIP: 02116A104 | 100 | 5.68 | 568.00 | |
| BOUGHT | 07/06/21 | M | IDEANOMICS INC<br>COMMON STOCK<br>CUSIP: 45166V106 | 400 | 2.7495 | 1,099.80 | |
| BOUGHT | 07/06/21 | M | CALL AAL  01/21/22  25<br>AMERICAN AIRLINES GROUP INC<br>OPEN CONTRACT<br>Security Number: 8NSRMD4 | 2 | 1.65 | 330.11 | |
| BOUGHT | 07/06/21 | M | CALL AAL  01/21/22  25<br>AMERICAN AIRLINES GROUP INC<br>OPEN CONTRACT<br>Security Number: 8NSRMD4 | 3 | 1.65 | 495.16 | |

*July 1, 2021 - July 31, 2021*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 5 OF 18

ACCOUNT NUMBER    **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 07/06/21 | M | CALL IDEX  07/16/21   3<br>IDEANOMICS INC<br>OPEN CONTRACT<br>Security Number: 9PKRLY5 | 1 | 0.12 | | 11.93 |
| BOUGHT | 07/07/21 | M | ALSET EHOME INTERNATIONAL INC<br>COMMON STOCK<br>CUSIP: 02116A104 | 100 | 5.21 | 521.00 | |
| BOUGHT | 07/07/21 | M | IDEANOMICS INC<br>COMMON STOCK<br>CUSIP: 45166V106 | 100 | 2.69 | 269.00 | |
| BOUGHT | 07/07/21 | M | CALL AAL  01/21/22   25<br>AMERICAN AIRLINES GROUP INC<br>OPEN CONTRACT<br>Security Number: 8NSRMD4 | 1 | 1.50 | 150.05 | |
| BOUGHT | 07/08/21 | M | CALL AAL  01/21/22   25<br>AMERICAN AIRLINES GROUP INC<br>OPEN CONTRACT<br>Security Number: 8NSRMD4 | 2 | 1.29 | 258.11 | |
| BOUGHT | 07/08/21 | M | CALL AAL  01/21/22   25<br>AMERICAN AIRLINES GROUP INC<br>OPEN CONTRACT<br>Security Number: 8NSRMD4 | 2 | 1.29 | 258.11 | |
| SOLD | 07/08/21 | M | CALL IDEX  07/16/21   2.50<br>IDEANOMICS INC<br>OPEN CONTRACT<br>Security Number: 9GBVBF4 | 2 | 0.14 | | 27.87 |
| SOLD | 07/08/21 | M | CALL MMAT  07/16/21   6<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 9NYNDQ9 | 1 | 0.60 | | 59.93 |

*July 1, 2021 – July 31, 2021*

PAGE 6 OF 18

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 07/09/21 | M | ALSET EHOME INTERNATIONAL INC<br>COMMON STOCK<br>CUSIP: 02116A104 | 100 | 4.92 | 492.00 | |
| BOUGHT | 07/09/21 | M | IDEANOMICS INC<br>COMMON STOCK<br>CUSIP: 45166V106 | 200 | 2.48 | 496.00 | |
| BOUGHT | 07/09/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 5.92 | 592.00 | |
| BOUGHT | 07/09/21 | M | CALL MMAT  07/16/21   6<br>META MATLS INC<br>CLOSING CONTRACT<br>Security Number: 9NYNDQ9 | 1 | 0.65 | 65.05 | |
| BOUGHT | 07/09/21 | M | CALL MMAT  07/16/21   9<br>META MATLS INC<br>CLOSING CONTRACT<br>Security Number: 9NYNDR6 | 4 | 0.19 | 76.22 | |
| BOUGHT | 07/09/21 | M | CALL IDEX  07/16/21   3.50<br>IDEANOMICS INC<br>CLOSING CONTRACT<br>Security Number: 9PKRLY7 | 20 | 0.04 | 81.09 | |
| SOLD | 07/09/21 | M | CALL IDEX  07/16/21   3<br>IDEANOMICS INC<br>OPEN CONTRACT<br>Security Number: 9PKRLY5 | 20 | 0.05 | | 98.86 |
| BOUGHT | 07/12/21 | M | CALL BAC  07/23/21   41<br>BANK OF AMERICA CORP<br>OPEN CONTRACT<br>Security Number: 8NXPMG0 | 10 | 0.58 | 580.55 | |

*July 1, 2021 - July 31, 2021*

PAGE 7 OF 18

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 07/13/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 100 | 4.85 | 485.00 | |
| BOUGHT | 07/13/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 100 | 5.1083 | 510.83 | |
| BOUGHT | 07/13/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 100 | 4.85 | 485.00 | |
| BOUGHT | 07/13/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 100 | 5.335 | 533.50 | |
| BOUGHT | 07/13/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 100 | 4.99 | 499.00 | |
| BOUGHT | 07/13/21 | M | CALL IDEX 07/16/21  3 IDEANOMICS INC CLOSING CONTRACT Security Number: 9PKRLY5 | 30 | 0.03 | 91.64 | |
| SOLD | 07/13/21 | M | CALL BAC  07/23/21  41 BANK OF AMERICA CORP CLOSING CONTRACT Security Number: 8NXPMGO | 10 | 0.69 | | 689.44 |
| SOLD | 07/13/21 | M | CALL IDEX 07/16/21  2.50 IDEANOMICS INC OPEN CONTRACT Security Number: 9GBVBF4 | 30 | 0.11 | | 328.35 |
| BOUGHT | 07/14/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 100 | 4.5259 | 452.59 | |

*July 1, 2021 - July 31, 2021*

PAGE 8 OF 18

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 07/14/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 3.96 | 396.00 | |
| BOUGHT | 07/14/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 4.04 | 404.00 | |
| BOUGHT | 07/14/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 3.9962 | 399.62 | |
| BOUGHT | 07/14/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 4.3279 | 432.79 | |
| BOUGHT | 07/14/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 3.94 | 394.00 | |
| BOUGHT | 07/14/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 4.049 | 404.90 | |
| SOLD | 07/14/21 | M | ALSET EHOME INTERNATIONAL INC<br>COMMON STOCK<br>CUSIP: 02116A104 | 625 | 5.77 | | 3,606.16 |
| SOLD | 07/14/21 | M | ALSET EHOME INTERNATIONAL INC<br>COMMON STOCK<br>CUSIP: 02116A104 | 875 | 5.758491 | | 5,038.55 |
| BOUGHT | 07/15/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 10 | 20 | 200.00 | |
| BOUGHT | 07/15/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 10 | 19.945 | 199.45 | |

*July 1, 2021 - July 31, 2021*

PAGE 9 OF 18

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 07/15/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 3.675 | 367.50 | |
| BOUGHT | 07/15/21 | M | CALL MMAT  01/21/22  5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNFH9 | 3 | 1.35 | 405.16 | |
| SOLD | 07/15/21 | M | CALL MMAT  01/21/22  5<br>META MATLS INC<br>CLOSING CONTRACT<br>Security Number: 8NYNFH9 | 3 | 1.70 | | 509.82 |
| BOUGHT | 07/16/21 | M | CALL GLD  01/21/22  185<br>SPDR GOLD TR<br>OPEN CONTRACT<br>Security Number: 8BTLBQ0 | 1 | 3.23 | 323.05 | |
| BOUGHT | 07/16/21 | M | CALL GLD  01/21/22  185<br>SPDR GOLD TR<br>OPEN CONTRACT<br>Security Number: 8BTLBQ0 | 1 | 3.25 | 325.05 | |
| BOUGHT | 07/16/21 | M | CALL GLD  01/21/22  185<br>SPDR GOLD TR<br>OPEN CONTRACT<br>Security Number: 8BTLBQ0 | 1 | 3.35 | 335.05 | |
| BOUGHT | 07/16/21 | M | CALL GLD  01/21/22  185<br>SPDR GOLD TR<br>OPEN CONTRACT<br>Security Number: 8BTLBQ0 | 3 | 3.25 | 975.16 | |

*July 1, 2021 - July 31, 2021*



## Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **10** OF 18

ACCOUNT NUMBER    **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 07/16/21 | M | CALL MMAT 01/21/22 5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNFH9 | 1 | 1.45 | 145.05 | |
| BOUGHT | 07/16/21 | M | CALL MMAT 01/21/22 5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNFH9 | 1 | 1.55 | 155.05 | |
| BOUGHT | 07/16/21 | M | CALL MMAT 01/21/22 5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNFH9 | 1 | 1.40 | 140.05 | |
| BOUGHT | 07/16/21 | M | CALL MMAT 01/21/22 5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNFH9 | 1 | 1.60 | 160.05 | |
| BOUGHT | 07/19/21 | M | CALL MMAT 01/21/22 5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNFH9 | 1 | 1.30 | 130.05 | |
| BOUGHT | 07/19/21 | M | CALL MMAT 01/21/22 5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNFH9 | 1 | 1.29 | 129.05 | |
| BOUGHT | 07/20/21 | M | CALL AAL 01/21/22 25<br>AMERICAN AIRLINES GROUP INC<br>OPEN CONTRACT<br>Security Number: 8NSRMD4 | 2 | 0.83 | 166.11 | |

*July 1, 2021 - July 31, 2021*

PAGE 11 OF 18

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 07/20/21 | M | CALL AAL  01/21/22  25<br>AMERICAN AIRLINES GROUP INC<br>OPEN CONTRACT<br>Security Number: 8NSRMD4 | 4 | 0.81 | 324.22 | |
| BOUGHT | 07/20/21 | M | CALL AAL  01/21/22  25<br>AMERICAN AIRLINES GROUP INC<br>OPEN CONTRACT<br>Security Number: 8NSRMD4 | 4 | 0.83 | 332.22 | |
| BOUGHT | 07/21/21 | M | CALL MMAT  08/20/21  5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNDX3 | 5 | 0.35 | 175.27 | |
| BOUGHT | 07/21/21 | M | CALL MMAT  08/20/21  5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNDX3 | 1 | 0.30 | 30.05 | |
| BOUGHT | 07/21/21 | M | CALL MMAT  01/21/22  5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNFH9 | 1 | 1.05 | 105.05 | |
| BOUGHT | 07/22/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 3.2282 | 322.82 | |
| BOUGHT | 07/22/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 3.22 | 322.00 | |
| SOLD | 07/22/21 | M | CALL AAL  01/21/22  25<br>AMERICAN AIRLINES GROUP INC<br>CLOSING CONTRACT<br>Security Number: 8NSRMD4 | 30 | 1.40 | | 4,198.27 |

*July 1, 2021 - July 31, 2021*

PAGE **12** OF 18

ACCOUNT NUMBER   **5MU-73363-13  RR WEA**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 07/22/21 | M | CALL MMAT  08/20/21  5<br>META MATLS INC<br>CLOSING CONTRACT<br>Security Number: 8NYNDX3 | 6 | 0.57 | | 341.65 |
| BOUGHT | 07/23/21 | M | CALL MMAT  08/20/21  5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNDX3 | 1 | 0.40 | 40.05 | |
| BOUGHT | 07/23/21 | M | CALL MMAT  08/20/21  5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNDX3 | 5 | 0.45 | 225.27 | |
| BOUGHT | 07/23/21 | M | CALL MMAT  01/21/22  5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNFH9 | 3 | 1.15 | 345.16 | |
| SOLD | 07/23/21 | M | IDEANOMICS INC<br>COMMON STOCK<br>CUSIP: 45166V106 | 3,200 | 2.605 | | 8,335.57 |
| BOUGHT | 07/26/21 | M | CHEMBIO DIAGNOSTICS INC<br>CUSIP: 163572209 | 200 | 4.8797 | 975.94 | |
| BOUGHT | 07/26/21 | M | CARVER BANCORP INC<br>CUSIP: 146875604 | 100 | 16.71 | 1,671.00 | |
| BOUGHT | 07/26/21 | M | CARVER BANCORP INC<br>CUSIP: 146875604 | 100 | 16.74 | 1,674.00 | |
| BOUGHT | 07/26/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 3.45 | 345.00 | |

*July 1, 2021 - July 31, 2021*

PAGE **13** OF 18

ACCOUNT NUMBER   **5MU-73363-13  RR WEA**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 07/26/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 400 | 3.45 | 1,380.00 | |
| SOLD | 07/26/21 | M | CHEMBIO DIAGNOSTICS INC<br>CUSIP: 163572209 | 200 | 4.845 | | 968.97 |
| SOLD | 07/27/21 | M | CARVER BANCORP INC<br>CUSIP: 146875604 | 200 | 17.02 | | 3,403.96 |
| BOUGHT | 07/28/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 200 | 3.4356 | 687.12 | |
| **Total Buy / Sell Transactions** | | | | | | **$32,574.14** | **$28,242.54** |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 07/19/21 | M | ACH DISBURSEMENT<br>SEN(20210717053079) | | | $2,500.00 | |
| **Total Funds Paid And Received** | | | | | | **$2,500.00** | |
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| EXPIRED | 07/16/21 | M | CALL IDEX  07/16/21   2.50<br>IDEANOMICS INC<br>OPTION EXPIRATION - EXPIRED<br>Security Number: 9GBVBF4 | 32 | | | |
| **Total Miscellaneous Transactions** | | | | | | | |

*July 1, 2021 - July 31, 2021*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **14** OF 18

ACCOUNT NUMBER   **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ ANNOUNCEMENTS

## IMPORTANT INFORMATION

### Statement of Financial Condition
A copy of Apex Clearing Corporation's Audited Statement of Financial Condition as of December 31, 2020 is available on the website at www.apexclearing.com/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation. As of December 31, 2020, Apex Clearing Corporation had a net capital of $221,754,625 and was $190,963,611 in excess of its required net capital of $30,791,014. As of January 31, 2021, Apex Clearing Corporation had a net capital of $316,877,867 and was $269,611,762 in excess of its required net capital of $47,266,105.

### Apex's Policy for Dividends and Interest
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

### Participation in Fully Paid Lending Program
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

### Information Regarding Cost Basis for Foreign Account Statements
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municipal Securities -** you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

## IMPORTANT INFORMATIO N

To our valued customers:
FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72
**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**
The preceding notice is required when reporting distributions on Direct Participation Programs and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular DPP or REIT will be provided to clients upon request.
**Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**
Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we

*July 1, 2021 - July 31, 2021*

PAGE **16** OF **18**

ACCOUNT NUMBER  **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can be accessed on the internet at: **http://public.s3.com/rule606/apex/,** or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009.

SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."

In accordance with the Emergency Economic Stabilization Act of 2008 broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.
- Equity securities acquired on or after January 1, 2011
- Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:
- Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)
Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

**IMPORTANT INFORMATION CONTINUED**

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013. The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. **Please note SIPC does not cover commodity contracts and options on futures.** For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection. This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted. This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities. For additional information, please contact your broker.

**FDIC SWEEP PROGRAM**
For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the program.

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC up to the maximum applicable insurance limits. Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov. Deposit Account balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected as established by current applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org.

**IMPORTANT INFORMATION**
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

*July 1, 2021 - July 31, 2021*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 16 OF 18

ACCOUNT NUMBER  **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶  ANNOUNCEMENTS (CONTINUED)

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record.
A brief summary of the content of the Annual Disclosure Statement is as follows:

- Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
- Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
- Margin Disclosure Statement: FINRA Rule 2264 - The information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
- Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The investor brochure may be obtained from FINRA BrokerCHeck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.
- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/.

## IMPORTANT INFORMATION - Privacy Policy

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

*July 1, 2021 - July 31, 2021*

PAGE **17** OF **18**

ACCOUNT NUMBER   **5MU-73363-13  RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶ **ANNOUNCEMENTS** (CONTINUED)

**Personal Information Collected**

In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:
- Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
- Information relating to your transactions, including account balances, positions, and activity;
- Information which may be received from consumer reporting agencies, such as credit bureau reports;
- Information relating to your creditworthiness;
- Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

**Sharing of Nonpublic Personal Information**

Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

**Security**

Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non- public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers.  As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as  authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

**Access to Your Information**

You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**

Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**

Apex reserves the right to make changes to this policy.

*July 1, 2021 - July 31, 2021*

PAGE 18 OF 18

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

**How to Get in Touch with Apex about this Privacy Policy**
For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit our sharing of your personal information, please contact:

Apex Clearing Corporation
Attn: Compliance Department 350 N. St. Paul St., Suite 1300
Dallas, Texas 75201
cs@apexclearing.com

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*August 1, 2021 - August 31, 2021*

PAGE 1 OF 12

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

CHRISTOPHER COX
2882 MADISON GROVE ROAD
GREENVILLE NC  27858-7237

## ▶ ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $24,449.04 | $22,709.65 |
| NET ACCOUNT BALANCE | 24,449.04 | 22,709.65 |
| Securities | 22,964.90 | 27,013.81 |
| TOTAL PRICED PORTFOLIO | 22,964.90 | 27,013.81 |
| **Total Equity Holdings** | **$47,413.94** | **$49,723.46** |

## ▶ PORTFOLIO EQUITY ALLOCATION



Options
4.772%

Equities
53.915%

Cash
41.313%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number.  **This statement should be retained for income tax purposes.**

**IMPORTANT INFORMATION**

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January, the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month have previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual random selection procedure by which randomly selects form among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

SIPC Protection. As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

**NOTICE TO CUSTOMERS**

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on your broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009

**ACCOUNT SUMMARY:**
Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.
**INCOME AND EXPENSE SUMMARY:**
Lists all income earned during the current statement period, as well as year to date. Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays any Margin Interest Expenses.
**PORTFOLIO EQUITY ALLOCATION:**
The Pie Chart is an estimate for illustrative purposes only.
**PORTFOLIO SUMMARY:**
Lists all securities held in your account.
**MARKET VALUE:**
This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities. You can obtain a current quotation, upon request, from your broker or bank. Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

**ESTIMATED ANNUAL INCOME**
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.
**OPEN ORDERS:**
Displays all GTC (Good-Til-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
**MONEY MARKET ACTIVITY:**
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.
**DEFINITION OF ACCOUNT TYPES** C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

**REALIZED GAIN/LOSS DETAIL AND PORTFOLIO SUMMARY SECTIONS:**
Displays mutual funds by average cost and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) does not reflect wash sales and may not reflect all capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

**Order Routing:**
The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*August 1, 2021 - August 31, 2021*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **2** OF 12

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| APTEVO THERAPEUTICS INC COMMON STOCK | APVO | M | 640 | $17.95 | $11,488.00 | $10,698.90 | 7% | | 20.899% |
| META MATLS INC COMMON STOCK | MMAT | M | 3,903 | 4.65 | 18,148.95 | 9,450.00 | 92 | | 33.016 |
| CALL MMAT 09/17/21 5 META MATLS INC EXP 09/17/2021 | 9KBFDR3 | M | -39 | 0.673 | -2,623.14 | 1,070.00 | -345 | | 4.772 |
| **Total Equities** | | | | | **$29,636.95** | | | | **53.915%** |
| **Total Options** | | | | | **$-2,623.14** | | | | **4.772%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$22,709.65** | | | | **41.313%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$49,723.46** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 08/06/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 300 | $3.0599 | $917.97 | |
| BOUGHT | 08/09/21 | M | CALL GLD 01/21/22 185 SPDR GOLD TR OPEN CONTRACT Security Number: 8BTLBQO | 1 | 1.75 | 175.05 | |

*August 1, 2021 - August 31, 2021*

PAGE 3 OF 12

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 08/09/21 | M | CALL GLD  01/21/22  185<br>SPDR GOLD TR<br>OPEN CONTRACT<br>Security Number: 8BTLBQ0 | 1 | 1.75 | 175.05 | |
| BOUGHT | 08/09/21 | M | CALL GLD  01/21/22  185<br>SPDR GOLD TR<br>OPEN CONTRACT<br>Security Number: 8BTLBQ0 | 2 | 1.75 | 350.11 | |
| BOUGHT | 08/11/21 | M | CALL GLD  01/21/22  185<br>SPDR GOLD TR<br>OPEN CONTRACT<br>Security Number: 8BTLBQ0 | 1 | 1.36 | 136.05 | |
| BOUGHT | 08/11/21 | M | CALL GLD  01/21/22  185<br>SPDR GOLD TR<br>OPEN CONTRACT<br>Security Number: 8BTLBQ0 | 4 | 1.36 | 544.21 | |
| BOUGHT | 08/12/21 | M | CALL MMAT  08/20/21  5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNDX3 | 4 | 0.14 | 56.21 | |
| BOUGHT | 08/12/21 | M | CALL MMAT  01/21/22  5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNFH9 | 5 | 0.95 | 475.27 | |
| BOUGHT | 08/13/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 30 | 17.36 | 520.80 | |
| BOUGHT | 08/16/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 10 | 16.59 | 165.90 | |

*August 1, 2021 - August 31, 2021*

PAGE 4 OF 12

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER  **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 08/16/21 | M | CONTEXTLOGIC INC<br>CLASS A COMMON STOCK<br>CUSIP: 21077C107 | 50 | 7.58 | 379.00 | |
| BOUGHT | 08/16/21 | M | CONTEXTLOGIC INC<br>CLASS A COMMON STOCK<br>CUSIP: 21077C107 | 100 | 7.68 | 768.00 | |
| BOUGHT | 08/16/21 | M | CONTEXTLOGIC INC<br>CLASS A COMMON STOCK<br>CUSIP: 21077C107 | 200 | 7.83 | 1,566.00 | |
| BOUGHT | 08/16/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 3.47 | 347.00 | |
| BOUGHT | 08/16/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 3.3984 | 339.84 | |
| BOUGHT | 08/17/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 3.26 | 326.00 | |
| SOLD | 08/17/21 | M | CONTEXTLOGIC INC<br>CLASS A COMMON STOCK<br>CUSIP: 21077C107 | 100 | 7.08 | | 707.98 |
| SOLD | 08/17/21 | M | CONTEXTLOGIC INC<br>CLASS A COMMON STOCK<br>CUSIP: 21077C107 | 250 | 7.08 | | 1,769.96 |
| BOUGHT | 08/19/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 200 | 2.92 | 584.00 | |
| BOUGHT | 08/20/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 2.815 | 281.50 | |

*August 1, 2021 - August 31, 2021*

PAGE 5 OF 12

ACCOUNT NUMBER  **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 08/20/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 100 | 2.805 | 280.50 | |
| BOUGHT | 08/20/21 | M | PUT JPM  08/20/21  150 JPMORGAN CHASE & CO OPEN CONTRACT Security Number: 8GKWJV0 | 5 | 0.20 | 100.27 | |
| SOLD | 08/23/21 | M | PUT JPM  08/20/21  150 JPMORGAN CHASE & CO CLOSING CONTRACT Security Number: 8GKWJV0 | 2 | 0.14 | | 27.87 |
| SOLD | 08/23/21 | M | PUT JPM  08/20/21  150 JPMORGAN CHASE & CO CLOSING CONTRACT Security Number: 8GKWJV0 | 3 | 0.10 | | 29.82 |
| BOUGHT | 08/24/21 | M | APTEVO THERAPEUTICS INC COMMON STOCK CUSIP: 03835L207 | 10 | 17.15 | 171.50 | |
| BOUGHT | 08/24/21 | M | APTEVO THERAPEUTICS INC COMMON STOCK CUSIP: 03835L207 | 10 | 17.10 | 171.00 | |
| SOLD | 08/24/21 | M | CALL GLD  01/21/22  185 SPDR GOLD TR CLOSING CONTRACT Security Number: 8BTLBQ0 | 15 | 2.10 | | 3,149.15 |
| SOLD | 08/24/21 | M | CALL MMAT  01/21/22  5 META MATLS INC CLOSING CONTRACT Security Number: 8NYNFH9 | 1 | 0.60 | | 59.93 |

*August 1, 2021 - August 31, 2021*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 8 OF 12

ACCOUNT NUMBER  **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 08/25/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 30 | 3.015 | 90.45 | |
| BOUGHT | 08/26/21 | M | TAKUNG ART CO LTD<br>COM<br>CUSIP: 87407Q207 | 100 | 7.83 | 783.00 | |
| SOLD | 08/26/21 | M | TAKUNG ART CO LTD<br>COM<br>CUSIP: 87407Q207 | 100 | 7.85 | | 784.98 |
| BOUGHT | 08/27/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 10 | 17.05 | 170.50 | |
| SOLD | 08/27/21 | M | CALL MMAT  09/17/21  5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 9KBFDR3 | 37 | 0.10 | | 367.96 |
| SOLD | 08/27/21 | M | CALL MMAT  09/17/21  5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 9KBFDR3 | 1 | 0.10 | | 9.93 |
| BOUGHT | 08/30/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 108 | 3.49 | 376.92 | |
| SOLD | 08/30/21 | M | CALL MMAT  01/21/22  5<br>META MATLS INC<br>CLOSING CONTRACT<br>Security Number: 8NYNFH9 | 14 | 1.30 | | 1,819.22 |

*August 1, 2021 - August 31, 2021*

PAGE 7 OF 12

ACCOUNT NUMBER  **5MU-73363-13 RR WEA**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 08/30/21 | M | CALL MMAT  09/17/21  5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 9KBFDR3 | 1 | 0.10 | | 9.93 |
| BOUGHT | 08/31/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 3 | 3.5799 | 10.74 | |
| BOUGHT | 08/31/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 62 | 3.44 | 213.28 | |
| **Total Buy / Sell Transactions** | | | | | | **$10,476.12** | **$8,736.73** |

**MISCELLANEOUS TRANSACTIONS**

| EXPIRED | 08/20/21 | M | CALL MMAT  08/20/21  5<br>META MATLS INC<br>OPTION EXPIRATION - EXPIRED<br>Security Number: 8NYNDX3 | -10 | | | |
|---|---|---|---|---|---|---|---|

**Total Miscellaneous Transactions**

*August 1, 2021 - August 31, 2021*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 8 OF 12

ACCOUNT NUMBER   **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶ **ANNOUNCEMENTS**

**IMPORTANT INFORMATION**

**Statement of Financial Condition**
A copy of Apex Clearing Corporation's Audited Statement of Financial Condition as of December 31, 2020 is available on the website at www.apexclearing.com/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation. As of December 31, 2020, Apex Clearing Corporation had a net capital of $221,754,625 and was $190,963,611 in excess of its required net capital of $30,791,014. As of January 31, 2021, Apex Clearing Corporation had a net capital of $316,877,867 and was $269,611,762 in excess of its required net capital of $47,266,105.

**Apex's Policy for Dividends and Interest**
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

**Participation in Fully Paid Lending Program**
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

**Information Regarding Cost Basis for Foreign Account Statements**
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municipal Securities -** you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

**IMPORTANT INFORMATIO N**

To our valued customers:
FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72
**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**
The preceding notice is required when reporting distributions on Direct Participation Programs and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular DPP or REIT will be provided to clients upon request.
**Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**
Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we

*August 1, 2021 - August 31, 2021*

PAGE 9 OF 12

ACCOUNT NUMBER **5MU-73363-13 RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶ **ANNOUNCEMENTS** (CONTINUED)

have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can be accessed on the internet at: **http://public.s3.com/rule606/apex/**, or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009.

SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."

In accordance with the Emergency Economic Stabilization Act of 2008 broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.
•Equity securities acquired on or after January 1, 2011
•Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:
•Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)
Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

## IMPORTANT INFORMATION CONTINUED

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013. The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. **Please note SIPC does not cover commodity contracts and options on futures.** For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection. This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted. This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities. For additional information, please contact your broker.

### FDIC SWEEP PROGRAM
For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the program.

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC up to the maximum applicable insurance limits. Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov. Deposit Account balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected as established by current applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org.

### IMPORTANT INFORMATION
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

*August 1, 2021 - August 31, 2021*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER    **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ ANNOUNCEMENTS (CONTINUED)

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record.

A brief summary of the content of the Annual Disclosure Statement is as follows:

- Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
- Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
- Margin Disclosure Statement: FINRA Rule 2264 - The information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
- Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The investor brochure may be obtained from FINRA BrokerCheck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.
- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/,

**IMPORTANT INFORMATION - Privacy Policy**

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

*August 1, 2021 - August 31, 2021*

PAGE **11** OF **12**

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

**Personal Information Collected**
In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:
• Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
• Information relating to your transactions, including account balances, positions, and activity;
• Information which may be received from consumer reporting agencies, such as credit bureau reports;
• Information relating to your creditworthiness;
• Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

**Sharing of Nonpublic Personal Information**
Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

**Security**
Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non- public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers.  As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as  authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

**Access to Your Information**
You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**
Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**
Apex reserves the right to make changes to this policy.

*August 1, 2021 - August 31, 2021*

PAGE **12** OF **12**

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

**How to Get in Touch with Apex about this Privacy Policy**
For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit our sharing of your personal
information, please contact:

Apex Clearing Corporation
Attn: Compliance Department 350 N. St. Paul St., Suite 1300
Dallas, Texas 75201
cs@apexclearing.com

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*September 1, 2021 - September 30, 2021*

PAGE 1 OF 16

ACCOUNT NUMBER **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

CHRISTOPHER COX
2882 MADISON GROVE ROAD
GREENVILLE NC  27858-7237

### ► ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $22,709.65 | $46,842.44 |
| NET ACCOUNT BALANCE | 22,709.65 | 46,842.44 |
| Securities | 27,013.81 | -206.32 |
| TOTAL PRICED PORTFOLIO | 27,013.81 | -206.32 |
| **Total Equity Holdings** | **$49,723.46** | **$46,636.12** |

### ► PORTFOLIO EQUITY ALLOCATION



Options
0.439%

Cash
99.561%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

**IMPORTANT INFORMATION**

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January; the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

**SIPC Protection.** As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

**NOTICE TO CUSTOMERS**

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009

**ACCOUNT SUMMARY:**
Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.
**INCOME AND EXPENSE SUMMARY:**
Lists all income earned during the current statement period, as well as year to date.  Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays and Margin Interest Expenses.
**PORTFOLIO EQUITY ALLOCATION:**
The Pie Chart is an estimate for illustrative purposes only.
**PORTFOLIO SUMMARY:**
Lists all securities held in your account.
**MARKET VALUE:**
This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities.
Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank. Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

**ESTIMATED ANNUAL INCOME**
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.
**OPEN ORDERS:**
Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
**MONEY MARKET ACTIVITY:**
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.
**DEFINITION OF ACCOUNT TYPES** C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

**REALIZED GAIN/LOSS DETAIL AND PORTFOLIO SUMMARY SECTIONS:**
Displays mutual funds by average cost and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. Those transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) does not reflect wash sales and may not reflect all capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

**Order Routing**
The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*September 1, 2021 - September 30, 2021*

PAGE 2 OF 16

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| CALL MMAT 10/15/21 7 | 9NYNFC9 | M | -10 | $0.275 | $-275.00 | $-2,623.14 | 90% | | .583% |
| META MATLS INC | | | | | | | | | |
| EXP 10/15/2021 | | | | | | | | | |
| CALL OCGN 10/15/21 10 | 8GJLVP5 | M | 2 | 0.344 | 68.68 | | N/A | | .146 |
| OCUGEN INC | | | | | | | | | |
| EXP 10/15/2021 | | | | | | | | | |
| **Total Equities** | | | | | | | | | |
| **Total Options** | | | | | | $-206.32 | | | **0.728%** |
| **Total Cash (Net Portfolio Balance)** | | | | | | $46,842.44 | | | **99.272%** |
| **TOTAL PRICED PORTFOLIO** | | | | | | $46,636.12 | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 09/02/21 | M | CALL SPY 09/03/21 453 | 5 | $1.06 | $530.26 | |
| | | | STANDARD & POORS DEPOSITORY | | | | |
| | | | OPEN CONTRACT | | | | |
| | | | Security Number: 8PXVJZ9 | | | | |
| BOUGHT | 09/02/21 | M | PUT SPY 09/03/21 450 | 2 | 0.78 | 156.10 | |
| | | | STANDARD & POORS DEPOSITORY | | | | |
| | | | OPEN CONTRACT | | | | |
| | | | Security Number: 8PYJPC8 | | | | |

*September 1, 2021 - September 30, 2021*

PAGE 3 OF 16



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER  **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 09/02/21 | M | CALL SPY  09/03/21  453<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8PXVJZ9 | 5 | 1.05 | | 524.72 |
| SOLD | 09/02/21 | M | PUT SPY  09/03/21  450<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8PYJPC8 | 2 | 0.70 | | 139.88 |
| SOLD | 09/03/21 | M | CALL MMAT  09/17/21   5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 9KBFDR3 | 1 | 0.85 | | 84.93 |
| BOUGHT | 09/07/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 5.085 | 508.50 | |
| SOLD | 09/07/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 3 | 5.215 | | 15.63 |
| BOUGHT | 09/08/21 | M | PUT UPST  09/10/21  250<br>UPSTART HOLDINGS INC<br>OPEN CONTRACT<br>Security Number: 8SBXYN6 | 2 | 3.70 | 740.10 | |
| SOLD | 09/08/21 | M | PUT UPST  09/10/21  250<br>UPSTART HOLDINGS INC<br>CLOSING CONTRACT<br>Security Number: 8SBXYN6 | 2 | 3.20 | | 639.88 |
| BOUGHT | 09/09/21 | M | ELYS GAME TECHNOLOGY CORP<br>COMMON STOCK<br>CUSIP: 290734102 | 500 | 5.28 | 2,640.00 | |

*September 1, 2021 - September 30, 2021*

PAGE 4 OF 16

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 09/09/21 | M | CALL MMAT 09/17/21  5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 9KBFDR3 | 5 | 0.71 | | 354.72 |
| SOLD | 09/09/21 | M | CALL MMAT 09/17/21  5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 9KBFDR3 | 1 | 0.60 | | 59.93 |
| BOUGHT | 09/10/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 5.0799 | 507.99 | |
| BOUGHT | 09/10/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 500 | 5.23 | 2,615.00 | |
| SOLD | 09/10/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 30 | 17.373333 | | 521.18 |
| SOLD | 09/10/21 | M | ELYS GAME TECHNOLOGY CORP<br>COMMON STOCK<br>CUSIP: 290734102 | 25 | 5.32 | | 132.98 |
| SOLD | 09/10/21 | M | ELYS GAME TECHNOLOGY CORP<br>COMMON STOCK<br>CUSIP: 290734102 | 475 | 5.31 | | 2,522.17 |
| BOUGHT | 09/14/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 350 | 5.3399 | 1,868.97 | |
| SOLD | 09/14/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 110 | 17.17 | | 1,888.68 |

*September 1, 2021 - September 30, 2021*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER  **5MU-73363-13 RR WEA**

PAGE 5 OF 16

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 09/14/21 | M | CALL MMAT  09/17/21   5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 9KBFDR3 | 2 | 0.52 | | 103.88 |
| SOLD | 09/14/21 | M | CALL MMAT  09/17/21   6<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 9KBFDT8 | 2 | 0.16 | | 31.88 |
| BOUGHT | 09/15/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 50 | 5.3199 | 266.00 | |
| BOUGHT | 09/16/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 400 | 5.1599 | 2,063.96 | |
| SOLD | 09/16/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 100 | 16.95 | | 1,694.98 |
| SOLD | 09/16/21 | M | CALL MMAT  09/17/21   5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 9KBFDR3 | 3 | 0.24 | | 71.82 |
| SOLD | 09/16/21 | M | CALL MMAT  09/17/21   6<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 9KBFDT8 | 4 | 0.10 | | 39.77 |
| BOUGHT | 09/17/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 300 | 4.918 | 1,475.40 | |

*September 1, 2021 - September 30, 2021*

PAGE 6 OF 16

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER   **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 09/17/21 | M | CALL MMAT 09/17/21  5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 9KBFDR3 | 3 | 0.12 | | 35.82 |
| BOUGHT | 09/20/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 300 | 4.8592 | 1,457.76 | |
| BOUGHT | 09/20/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 340 | 5.055 | 1,718.70 | |
| BOUGHT | 09/20/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 680 | 5.08 | 3,454.40 | |
| SOLD | 09/20/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 100 | 17 | | 1,699.98 |
| SOLD | 09/20/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 100 | 17.15 | | 1,714.98 |
| SOLD | 09/20/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 100 | 17.1852 | | 1,718.50 |
| SOLD | 09/20/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 100 | 17.1601 | | 1,715.99 |
| SOLD | 09/20/21 | M | CALL MMAT 09/17/21  5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 9KBFDR3 | 10 | 0.15 | | 149.45 |

*September 1, 2021 - September 30, 2021*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 7 OF 16

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 09/21/21 | M | META MATLS INC<br>COMMON STOCK<br>A/E 9KBFDR3 64 ASSIGNED<br>CUSIP: 59134N104 | 6,400 | 5 | | 31,999.07 |
| BOUGHT | 09/22/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 380 | 4.97 | 1,888.60 | |
| BOUGHT | 09/23/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 20 | 4.96 | 99.20 | |
| BOUGHT | 09/23/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 480 | 4.95 | 2,376.00 | |
| BOUGHT | 09/23/21 | M | PUT SPY 09/22/21 434<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8BTCVB9 | 4 | 0.70 | 280.21 | |
| BOUGHT | 09/23/21 | M | CALL MMAT 10/15/21 10<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNFD5 | 1 | 0.10 | 10.05 | |
| BOUGHT | 09/23/21 | M | CALL MMAT 10/15/21 10<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNFD5 | 2 | 0.10 | 20.10 | |
| BOUGHT | 09/23/21 | M | CALL MMAT 10/15/21 10<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNFD5 | 10 | 0.10 | 100.52 | |

*September 1, 2021 - September 30, 2021*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 8 OF 16

ACCOUNT NUMBER  **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 09/23/21 | M | PUT SPY 09/22/21 434<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8BTCVB9 | 4 | 0.60 | | 239.77 |
| BOUGHT | 09/24/21 | M | CALL MMAT 10/15/21 10<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNFD5 | 3 | 0.10 | 30.16 | |
| BOUGHT | 09/27/21 | M | PUT MRIN 10/15/21 7.50<br>MARIN SOFTWARE INCORPORATED<br>OPEN CONTRACT<br>Security Number: 8H06023 | 2 | 0.50 | 100.10 | |
| BOUGHT | 09/27/21 | M | CALL MMAT 10/15/21 10<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNFD5 | 2 | 0.10 | 20.10 | |
| BOUGHT | 09/27/21 | M | CALL MMAT 10/15/21 10<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNFD5 | 2 | 0.10 | 20.10 | |
| SOLD | 09/27/21 | M | PUT MRIN 10/15/21 7.50<br>MARIN SOFTWARE INCORPORATED<br>CLOSING CONTRACT<br>Security Number: 8H06023 | 2 | 0.45 | | 89.88 |
| BOUGHT | 09/28/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 500 | 5.21805 | 2,609.03 | |
| BOUGHT | 09/28/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 500 | 5.18 | 2,590.00 | |

*September 1, 2021 - September 30, 2021*

PAGE 9 OF 16

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 09/28/21 | M | CALL F   01/20/23  20<br>FORD MOTOR COMPANY<br>OPEN CONTRACT<br>Security Number: 8CYFTL1 | 10 | 0.95 | 950.52 | |
| BOUGHT | 09/28/21 | M | CALL OCGN  10/15/21  10<br>OCUGEN INC<br>OPEN CONTRACT<br>Security Number: 8GJLVP5 | 2 | 0.50 | 100.10 | |
| BOUGHT | 09/28/21 | M | CALL MSFT  10/01/21  295<br>MICROSOFT CORP<br>OPEN CONTRACT<br>Security Number: 8SBWCX1 | 4 | 2.67 | 1,068.21 | |
| SOLD | 09/28/21 | M | CALL F   01/20/23  20<br>FORD MOTOR COMPANY<br>CLOSING CONTRACT<br>Security Number: 8CYFTL1 | 10 | 1.04 | | 1,039.45 |
| SOLD | 09/28/21 | M | CALL MMAT  10/15/21  10<br>META MATLS INC<br>CLOSING CONTRACT<br>Security Number: 8NYNFD5 | 20 | 0.15 | | 298.91 |
| SOLD | 09/28/21 | M | CALL MSFT  10/01/21  295<br>MICROSOFT CORP<br>CLOSING CONTRACT<br>Security Number: 8SBWCX1 | 4 | 2.74 | | 1,095.77 |
| SOLD | 09/29/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1,250 | 6.1401 | | 7,674.94 |
| SOLD | 09/29/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1,250 | 6.1201 | | 7,649.94 |

*September 1, 2021 - September 30, 2021*

PAGE 10 OF 16

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 09/30/21 | M | CALL MMAT 10/15/21 7 | 10 | 0.45 | | 449.45 |
| | | | META MATLS INC | | | | |
| | | | OPEN CONTRACT | | | | |
| | | | Security Number: 9NYNFC9 | | | | |
| **Total Buy / Sell Transactions** | | | | | | **$32,266.14** | **$66,398.93** |
| | | | | | | | |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 09/21/21 | M | ACH DISBURSEMENT | | | $10,000.00 | |
| | | | SEN(20210921007672) | | | | |
| **Total Funds Paid And Received** | | | | | | **$10,000.00** | |
| | | | | | | | |
| **SECURITIES RECEIVED AND DELIVERED** | | | | | | | |
| ASG | 09/17/21 | M | CALL MMAT 09/17/21 5 | 64 | | | |
| | | | META MATLS INC | | | | |
| | | | A/E 9KBFDR3 64 ASSIGNED | | | | |
| | | | Security Number: 9KBFDR3 | | | | |
| **Total Securities Received And Delivered** | | | | | | | |
| | | | | | | | |
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| EXPIRED | 09/17/21 | M | CALL MMAT 09/17/21 6 | 6 | | | |
| | | | META MATLS INC | | | | |
| | | | OPTION EXPIRATION - EXPIRED | | | | |
| | | | Security Number: 9KBFDT8 | | | | |
| **Total Miscellaneous Transactions** | | | | | | | |

*September 1, 2021 – September 30, 2021*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **11** OF 16

ACCOUNT NUMBER   **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

### ▶ EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 09/29/21 | 10/01/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1,000 | $6.0791 | $6,079.10 | |
| BOUGHT | 09/30/21 | 10/04/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 500 | 5.73 | 2,865.00 | |

**Total Executed Trades Pending Settlement** | | | | | | | **$8,944.10** | |

*September 1, 2021 - September 30, 2021*

PAGE 12 OF 16

ACCOUNT NUMBER    **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS

**IMPORTANT INFORMATION**

**Statement of Financial Condition**
A copy of Apex Clearing Corporation's Unaudited Statement of Financial Condition as of June 30, 2021 is available on the website at www.apexclearing.com/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation. As of June 30, 2021, Apex Clearing Corporation had a net capital of $407,242,025 and was $359,371,347 in excess of its required net capital of $47,870,678. As of July 31, 2021, Apex Clearing Corporation had a net capital of $416,271,626 and was $370,434,309 in excess of its required net capital of $45,837,317.

**Apex's Policy for Dividends and Interest**
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

**Participation in Fully Paid Lending Program**
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

**Information Regarding Cost Basis for Foreign Account Statements**
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municipal Securities -** you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

**IMPORTANT INFORMATIO N**

To our valued customers:
FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72
**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**
The preceding notice is required when reporting distributions on Direct Participation Programs and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular DPP or REIT will be provided to clients upon request. **Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**
Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can

*September 1, 2021 - September 30, 2021*

PAGE **13** OF **16**

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶ ANNOUNCEMENTS (CONTINUED)

be accessed on the Internet at: **http://public.s3.com/rule606/apex/**, or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009.
SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."
In accordance with the Emergency Economic Stabilization Act of 2008 broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.
 •Equity securities acquired on or after January 1, 2011
 •Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:
 •Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)
Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

## IMPORTANT INFORMATION CONTINUED

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013. The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. **Please note SIPC does not cover commodity contracts and options on futures.** For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection. This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted. This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities. For additional information, please contact your broker.

### FDIC SWEEP PROGRAM
For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the program.

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC up to the maximum applicable insurance limits. Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov. Deposit Account balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected as established by current applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org.

### IMPORTANT INFORMATION
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has

*September 1, 2021 - September 30, 2021*

PAGE 14 OF 16

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

► ANNOUNCEMENTS (CONTINUED)

designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record.
A brief summary of the content of the Annual Disclosure Statement is as follows:

- Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
- Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
- Margin Disclosure Statement: FINRA Rule 2264 - The information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
- Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The investor brochure may be obtained from FINRA BrokerCheck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.
- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/.

**IMPORTANT INFORMATION - Privacy Policy**

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

*September 1, 2021 - September 30, 2021*



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **15** OF **16**

ACCOUNT NUMBER    **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶  ANNOUNCEMENTS  (CONTINUED)

**Personal Information Collected**
In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:
• Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
• Information relating to your transactions, including account balances, positions, and activity;
• Information which may be received from consumer reporting agencies, such as credit bureau reports;
• Information relating to your creditworthiness;
• Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

**Sharing of Nonpublic Personal Information**
Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

**Security**
Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non- public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers. As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

**Access to Your Information**
You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**
Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**
Apex reserves the right to make changes to this policy.

*September 1, 2021 - September 30, 2021*

PAGE 16 OF 16

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

**How to Get in Touch with Apex about this Privacy Policy**
For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit our sharing of your personal
information, please contact:

Apex Clearing Corporation
Attn: Compliance Department 350 N. St. Paul St., Suite 1300
Dallas, Texas 75201
cs@apexclearing.com

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC
## 44 Wall Street, New York, NY 10005
customerservice@webull.us

*October 1, 2021 - October 31, 2021*

PAGE 1 OF 11

ACCOUNT NUMBER   **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

CHRISTOPHER COX
2882 MADISON GROVE ROAD
GREENVILLE NC  27858-7237

### ◤ ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $46,842.44 | $10,335.20 |
| NET ACCOUNT BALANCE | 46,842.44 | 10,335.20 |
| Securities | -206.32 | 32,870.00 |
| TOTAL PRICED PORTFOLIO | -206.32 | 32,870.00 |
| **Total Equity Holdings** | **$46,636.12** | **$43,205.20** |

### ◤ PORTFOLIO EQUITY ALLOCATION



Cash
23.921%

Equities
76.079%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number.  **This statement should be retained for income tax purposes.**

## IMPORTANT INFORMATION

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January, the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure with randomly selects from among all customer short positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

SIPC Protection. As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

## NOTICE TO CUSTOMERS

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009

ACCOUNT SUMMARY:
Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.

INCOME AND EXPENSE SUMMARY:
Lists all income earned during the current statement period, as well as year to date. Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays and Margin Interest Expenses.

PORTFOLIO EQUITY ALLOCATION:
The Pie Chart is an estimate for illustrative purposes only.

PORTFOLIO SUMMARY:
Lists all securities held in your account.

MARKET VALUE:
This account represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities.
Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service and unpriced securities or current prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank.
Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

ESTIMATED ANNUAL INCOME:
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.
OPEN ORDERS:
Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
MONEY MARKET ACTIVITY:
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.
DEFINITION OF ACCOUNT TYPES    C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

REALIZED GAIN/LOSS DETAIL AND PORTFOLIO SUMMARY SECTIONS:
Displays realized gain/loss information by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) does not reflect wash sales and may not reflect all capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis is retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

Order Routing:
The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*October 1, 2021 - October 31, 2021*

PAGE **2** OF **11**

ACCOUNT NUMBER    **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

## ► PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AULT GLOBAL HOLDINGS INC COMMON STOCK | DPW | M | 1,000 | $2.32 | $2,320.00 | | N/A | | 5.370% |
| META MATLS INC COMMON STOCK | MMAT | M | 6,500 | 4.70 | 30,550.00 | | N/A | | 70.709 |
| **Total Equities** | | | | | **$32,870.00** | | | | **76.079%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$10,335.20** | | | | **23.921%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$43,205.20** | | | | |

## ► ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 10/01/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1,000 | $6.0791 | $6,079.10 | |
| BOUGHT | 10/04/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 500 | 5.73 | 2,865.00 | |
| BOUGHT | 10/05/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 500 | 5.54 | 2,770.00 | |

*October 1, 2021 - October 31, 2021*



## Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 3 OF 11

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 10/06/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 200 | 5.115 | 1,023.00 | |
| BOUGHT | 10/06/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 200 | 5.1677 | 1,033.54 | |
| BOUGHT | 10/06/21 | M | CALL MMAT  10/15/21   7<br>META MATLS INC<br>CLOSING CONTRACT<br>Security Number: 9NYNFC9 | 10 | 0.13 | 130.42 | |
| BOUGHT | 10/07/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 600 | 5.1083 | 3,064.98 | |
| BOUGHT | 10/13/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 500 | 5.28 | 2,640.00 | |
| SOLD | 10/13/21 | M | CALL OCGN  10/15/21   10<br>OCUGEN INC<br>CLOSING CONTRACT<br>Security Number: 8GJLVP5 | 2 | 0.39 | | 77.90 |
| BOUGHT | 10/14/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 500 | 5.1891 | 2,594.55 | |
| BOUGHT | 10/19/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 500 | 5.165 | 2,582.50 | |
| BOUGHT | 10/19/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 500 | 5.0599 | 2,529.95 | |

*October 1, 2021 - October 31, 2021*

PAGE 4 OF 11

ACCOUNT NUMBER  **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 10/19/21 | M | CALL MMAT  11/19/21   6<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 9KGDFZ4 | 21 | 0.35 | | 734.06 |
| SOLD | 10/19/21 | M | CALL MMAT  11/19/21   6<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 9KGDFZ4 | 29 | 0.35 | | 1,013.70 |
| BOUGHT | 10/20/21 | M | CALL MMAT  11/19/21   6<br>META MATLS INC<br>CLOSING CONTRACT<br>Security Number: 9KGDFZ4 | 50 | 0.30 | 1,502.12 | |
| BOUGHT | 10/21/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 500 | 4.715 | 2,357.50 | |
| BOUGHT | 10/21/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 500 | 4.8399 | 2,419.95 | |
| BOUGHT | 10/27/21 | M | CALL UPS  10/29/21  220<br>UNITED PARCEL SVC INC<br>OPEN CONTRACT<br>Security Number: 8SDBCQ7 | 1 | 1.75 | 175.04 | |
| BOUGHT | 10/28/21 | M | CALL AMD  10/29/21  126<br>ADVANCED MICRO DEVICES INC<br>OPEN CONTRACT<br>Security Number: 8LWGDW4 | 5 | 1.98 | 990.21 | |
| SOLD | 10/28/21 | M | CALL AMD  10/29/21  126<br>ADVANCED MICRO DEVICES INC<br>CLOSING CONTRACT<br>Security Number: 8LWGDW4 | 5 | 1.79 | | 894.77 |

*October 1, 2021 - October 31, 2021*

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 5 OF 11

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 10/28/21 | M | CALL UPS 10/29/21 220<br>UNITED PARCEL SVC INC<br>CLOSING CONTRACT<br>Security Number: 8SDBCQ7 | 1 | 0.86 | | 85.94 |
| BOUGHT | 10/29/21 | M | AULT GLOBAL HOLDINGS INC<br>COMMON STOCK<br>CUSIP: 05150X104 | 500 | 2.30 | 1,150.00 | |
| BOUGHT | 10/29/21 | M | AULT GLOBAL HOLDINGS INC<br>COMMON STOCK<br>CUSIP: 05150X104 | 500 | 2.30 | 1,150.00 | |
| BOUGHT | 10/29/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 501 | 4.4082 | 2,208.51 | |
| BOUGHT | 10/29/21 | M | PUT LCID 10/29/21 37<br>LUCID GROUP INC<br>OPEN CONTRACT<br>Security Number: 8CZRGH5 | 2 | 2.32 | 464.08 | |
| BOUGHT | 10/29/21 | M | PUT AAPL 10/29/21 150<br>APPLE INC<br>OPEN CONTRACT<br>Security Number: 8SCSYK2 | 5 | 1.13 | 565.21 | |
| SOLD | 10/29/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1 | 4.4001 | | 4.38 |
| SOLD | 10/29/21 | M | PUT LCID 10/29/21 37<br>LUCID GROUP INC<br>CLOSING CONTRACT<br>Security Number: 8CZRGH5 | 2 | 2.14 | | 427.90 |

*October 1, 2021 - October 31, 2021*

PAGE 6 OF 11

ACCOUNT NUMBER  **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

## ► ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 10/29/21 | M | PUT AAPL 10/29/21 150<br>APPLE INC<br>CLOSING CONTRACT<br>Security Number: 8SCSYK2 | 5 | 1.10 | | 549.77 |
| **Total Buy / Sell Transactions** | | | | | | **$40,295.66** | **$3,788.42** |

**► EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES**

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| SOLD | 10/28/21 | 11/01/21 | M | AULT GLOBAL HOLDINGS INC<br>COMMON STOCK<br>CUSIP: 05150X104 | -1,000 | $2.35681 | | $2,356.67 |
| BOUGHT | 10/28/21 | 11/01/21 | M | IDEANOMICS INC<br>COMMON STOCK<br>CUSIP: 45166V106 | 1,000 | 1.875 | 1,875.00 | |
| SOLD | 10/29/21 | 11/02/21 | M | IDEANOMICS INC<br>COMMON STOCK<br>CUSIP: 45166V106 | -1,000 | 1.92 | | 1,919.87 |
| **Total Executed Trades Pending Settlement** | | | | | | | **$1,875.00** | **$4,276.54** |

## Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*October 1, 2021 - October 31, 2021*

PAGE 7 OF 11

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

► ANNOUNCEMENTS

### IMPORTANT INFORMATION

**Statement of Financial Condition**
A copy of Apex Clearing Corporation's Unaudited Statement of Financial Condition as of June 30, 2021 is available on the website at www.apexclearing.com/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation. As of June 30, 2021, Apex Clearing Corporation had a net capital of $407,242,025 and was $359,371,347 in excess of its required net capital of $47,870,678. As of July 31, 2021, Apex Clearing Corporation had a net capital of $416,271,626 and was $370,434,309 in excess of its required net capital of $45,837,317.

**Apex's Policy for Dividends and Interest**
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

**Participation in Fully Paid Lending Program**
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

**Information Regarding Cost Basis for Foreign Account Statements**
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municipal Securities -** you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

### IMPORTANT INFORMATIO N

To our valued customers:
FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72
**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**
The preceding notice is required when reporting distributions on Direct Participation Programs and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular DPP or REIT will be provided to clients upon request. **Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**
Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can

*October 1, 2021 - October 31, 2021*



## Webull Financial LLC
### 44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 8 OF 11

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶ ANNOUNCEMENTS (CONTINUED)

be accessed on the internet at: **http://public.s3.com/rule606/apex/,** or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009.
SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."
In accordance with the Emergency Economic Stabilization Act of 2008  broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.
•Equity securities acquired on or after January 1, 2011
•Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:
•Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)
Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

## IMPORTANT INFORMATION CONTINUED

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013.  The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims.  **Please note SIPC does not cover commodity contracts and options on futures.**  For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection.  This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted.  This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash.  Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.  For additional information, please contact your broker.

### FDIC SWEEP PROGRAM
For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the program.

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC up to the maximum applicable insurance limits.  Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov.  Deposit Account balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected as established by current applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org.

### IMPORTANT INFORMATION
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has

*October 1, 2021 - October 31, 2021*

PAGE 9 OF 11

ACCOUNT NUMBER **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record. A brief summary of the content of the Annual Disclosure Statement is as follows:

- Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
- Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
- Margin Disclosure Statement: FINRA Rule 2264 - The information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
- Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The investor brochure may be obtained from FINRA BrokerCheck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.
- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/,

**IMPORTANT INFORMATION - Privacy Policy**

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

*October 1, 2021 - October 31, 2021*

PAGE 10 OF 11

ACCOUNT NUMBER   **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ **ANNOUNCEMENTS** (CONTINUED)

**Personal Information Collected**
In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:
- Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
- Information relating to your transactions, including account balances, positions, and activity;
- Information which may be received from consumer reporting agencies, such as credit bureau reports;
- information relating to your creditworthiness;
- Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

**Sharing of Nonpublic Personal Information**
Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

**Security**
Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non- public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers. As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

**Access to Your Information**
You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**
Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**
Apex reserves the right to make changes to this policy.

*October 1, 2021 - October 31, 2021*

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶  ANNOUNCEMENTS (CONTINUED)

**How to Get in Touch with Apex about this Privacy Policy**
For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit our sharing of your personal information, please contact:

Apex Clearing Corporation
Attn: Compliance Department 350 N. St. Paul St., Suite 1300
Dallas, Texas 75201
cs@apexclearing.com

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*November 1, 2021 - November 30, 2021*

PAGE 1 OF 19

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

CHRISTOPHER COX
2882 MADISON GROVE ROAD
GREENVILLE NC  27858-7237

## ▶ ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $10,335.20 | $4,838.06 |
| NET ACCOUNT BALANCE | 10,335.20 | 4,838.06 |
| Securities | 32,870.00 | 30,997.16 |
| TOTAL PRICED PORTFOLIO | 32,870.00 | 30,997.16 |
| **Total Equity Holdings** | **$43,205.20** | **$35,835.22** |

## ▶ PORTFOLIO EQUITY ALLOCATION



Options
3.000%  Cash
13.501%

Equities
83.499%

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

IMPORTANT INFORMATION

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January; the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month here previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure with randomly selects form among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

SIPC Protection. As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.

Any free credit balance represents funds payable on demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

NOTICE TO CUSTOMERS

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009

ACCOUNT SUMMARY:
Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.
INCOME AND EXPENSE SUMMARY:
Lists all income earned during the current statement period, as well as year to date. Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays any Margin Interest Expenses.
PORTFOLIO EQUITY ALLOCATION:
The Pie Chart is an estimate for illustrative purposes only.
PORTFOLIO SUMMARY:
Lists all securities held in your account.
MARKET VALUE:
This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities.
Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service from an outside service and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank.
Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

ESTIMATED ANNUAL INCOME
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.
OPEN ORDERS:
Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
MONEY MARKET ACTIVITY:
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.
DEFINITION OF ACCOUNT TYPES: C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

REALIZED GAIN/LOSS DETAIL and PORTFOLIO SUMMARY:
Displays mutual funds by average cost and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) does not reflect wash sales and may not reflect all capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

Order Routing:
The SEC requires that all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*November 1, 2021 - November 30, 2021*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 2 OF 19

ACCOUNT NUMBER    **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

## ▶ PORTFOLIO SUMMARY

### EQUITIES / OPTIONS

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| CALL AAL 01/20/23 20<br>AMERICAN AIRLINES GROUP INC<br>EXP 01/20/2023 | 8PGLXM1 | M | 3 | $2.81 | $843.00 | | N/A | | 2.352% |
| IDEANOMICS INC<br>COMMON STOCK | IDEX | M | 2,000 | 1.61 | 3,220.00 | | N/A | | 8.986 |
| META MATLS INC<br>COMMON STOCK | MMAT | M | 7,000 | 3.67 | 25,690.00 | 30,550.00 | -16 | | 71.689 |
| CALL MMAT 01/21/22 10<br>META MATLS INC<br>EXP 01/21/2022 | 8NYNFKO | M | 13 | 0.122 | 157.82 | | N/A | | .440 |
| TILRAY INC<br>CLASS 2 COMMON STOCK | TLRY | M | 100 | 10.12 | 1,012.00 | | N/A | | 2.824 |
| CALL TLRY 12/17/21 15<br>TILRAY INC<br>EXP 12/17/2021 | 8GVDRR7 | M | 6 | 0.124 | 74.34 | | N/A | | .207 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Equities** | | | | | **$29,922.00** | **83.499%** |
| **Total Options** | | | | | **$1,075.16** | **3.000%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$4,838.06** | **13.501%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$35,835.22** | |

*November 1, 2021 - November 30, 2021*

PAGE 3 OF 19

ACCOUNT NUMBER    **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ **ACCOUNT ACTIVITY**

### BUY / SELL TRANSACTIONS

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 11/01/21 | M | IDEANOMICS INC<br>COMMON STOCK<br>CUSIP: 45166V106 | 1,000 | $1.875 | $1,875.00 | |
| SOLD | 11/01/21 | M | AULT GLOBAL HOLDINGS INC<br>COMMON STOCK<br>CUSIP: 05150X104 | 1,000 | 2.35681 | | 2,356.67 |
| SOLD | 11/02/21 | M | IDEANOMICS INC<br>COMMON STOCK<br>CUSIP: 45166V106 | 1,000 | 1.92 | | 1,919.87 |
| BOUGHT | 11/08/21 | M | CALL FB  11/05/21  345<br>META PLATFORMS INC CL A<br>OPEN CONTRACT<br>Security Number: 8SCQTN8 | 2 | 0.90 | 180.08 | |
| SOLD | 11/08/21 | M | CALL FB  11/05/21  345<br>META PLATFORMS INC CL A<br>CLOSING CONTRACT<br>Security Number: 8SCQTN8 | 2 | 0.68 | | 135.90 |
| BOUGHT | 11/09/21 | M | CALL NIO  11/12/21  44<br>NIO INC ADS<br>OPEN CONTRACT<br>Security Number: 8PCGLC3 | 10 | 1.72 | 1,720.41 | |
| BOUGHT | 11/09/21 | M | CALL QQQ  11/08/21  400<br>INVESCO QQQ TRUST SERIES 1<br>OPEN CONTRACT<br>Security Number: 8SCNRG8 | 10 | 0.49 | 490.41 | |
| SOLD | 11/09/21 | M | CALL NIO  11/12/21  44<br>NIO INC ADS<br>CLOSING CONTRACT<br>Security Number: 8PCGLC3 | 10 | 1.74 | | 1,739.56 |

*November 1, 2021 - November 30, 2021*

PAGE 4 OF 19

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 11/09/21 | M | CALL QQQ  11/08/21  400 <br> INVESCO QQQ TRUST SERIES 1 <br> CLOSING CONTRACT <br> Security Number: 8SCNRG8 | 10 | 0.51 | | 509.56 |
| BOUGHT | 11/10/21 | M | CALL SNAP  11/19/21  56 <br> SNAP INC <br> OPEN CONTRACT <br> Security Number: 8LWZKQ4 | 2 | 1.30 | 260.08 | |
| BOUGHT | 11/10/21 | M | CALL SNAP  11/19/21  56 <br> SNAP INC <br> OPEN CONTRACT <br> Security Number: 8LWZKQ4 | 3 | 1.36 | 408.12 | |
| BOUGHT | 11/10/21 | M | CALL FB   11/12/21  345 <br> META PLATFORMS INC CL A <br> OPEN CONTRACT <br> Security Number: 8SGCQD8 | 10 | 2.75 | 2,750.41 | |
| SOLD | 11/10/21 | M | CALL SNAP  11/19/21  56 <br> SNAP INC <br> CLOSING CONTRACT <br> Security Number: 8LWZKQ4 | 5 | 1.39 | | 694.77 |
| SOLD | 11/10/21 | M | CALL FB   11/12/21  345 <br> META PLATFORMS INC CL A <br> CLOSING CONTRACT <br> Security Number: 8SGCQD8 | 10 | 2.22 | | 2,219.55 |
| BOUGHT | 11/12/21 | M | CALL PFE  03/18/22  55 <br> PFIZER INC <br> OPEN CONTRACT <br> Security Number: 8LSGDL9 | 10 | 1.59 | 1,590.21 | |

*November 1, 2021 - November 30, 2021*

PAGE 5 OF 19

ACCOUNT NUMBER  **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 11/12/21 | M | CALL MMAT  01/21/22  15<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNFL0 | 5 | 0.20 | 100.21 | |
| BOUGHT | 11/12/21 | M | PUT BYND  11/12/21  80<br>BEYOND MEAT INC<br>OPEN CONTRACT<br>Security Number: 8NZDCQ8 | 2 | 0.70 | 140.08 | |
| BOUGHT | 11/12/21 | M | PUT BYND  11/12/21  90<br>BEYOND MEAT INC<br>OPEN CONTRACT<br>Security Number: 8NZDCR4 | 1 | 1.98 | 198.04 | |
| BOUGHT | 11/12/21 | M | CALL AFRM  11/19/21  180<br>AFFIRM HOLDINGS INC CL A<br>OPEN CONTRACT<br>Security Number: 8PNZCL3 | 1 | 1.10 | 110.02 | |
| BOUGHT | 11/12/21 | M | CALL MSFT  11/12/21  335<br>MICROSOFT CORP<br>OPEN CONTRACT<br>Security Number: 8SGFPF6 | 15 | 0.77 | 1,155.32 | |
| SOLD | 11/12/21 | M | PUT BYND  11/12/21  80<br>BEYOND MEAT INC<br>CLOSING CONTRACT<br>Security Number: 8NZDCQ8 | 2 | 0.94 | | 187.90 |
| SOLD | 11/12/21 | M | PUT BYND  11/12/21  90<br>BEYOND MEAT INC<br>CLOSING CONTRACT<br>Security Number: 8NZDCR4 | 1 | 2.51 | | 250.94 |

*November 1, 2021 - November 30, 2021*

PAGE 6 OF 19

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 11/12/21 | M | CALL AFRM 11/19/21 180<br>AFFIRM HOLDINGS INC CL A<br>CLOSING CONTRACT<br>Security Number: 8PNZCL3 | 1 | 1.15 | | 114.96 |
| SOLD | 11/12/21 | M | CALL MSFT 11/12/21 335<br>MICROSOFT CORP<br>CLOSING CONTRACT<br>Security Number: 8SGFPF6 | 15 | 0.83 | | 1,244.64 |
| BOUGHT | 11/15/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 100 | 13.15 | 1,315.00 | |
| BOUGHT | 11/15/21 | M | AULT GLOBAL HOLDINGS INC<br>COMMON STOCK<br>CUSIP: 05150X104 | 1,000 | 2.09221 | 2,092.21 | |
| BOUGHT | 11/15/21 | M | IDEANOMICS INC<br>COMMON STOCK<br>CUSIP: 45166V106 | 1,000 | 1.915 | 1,915.00 | |
| BOUGHT | 11/15/21 | M | PFIZER INC<br>CUSIP: 717081103 | 1 | 49.5299 | 49.53 | |
| SOLD | 11/15/21 | M | CALL MMAT 01/21/22 15<br>META MATLS INC<br>CLOSING CONTRACT<br>Security Number: 8NYNFL0 | 5 | 0.15 | | 74.87 |
| SOLD | 11/16/21 | M | CALL TLRY 11/19/21 14<br>TILRAY INC<br>OPEN CONTRACT<br>Security Number: 9KWJCL6 | 1 | 0.48 | | 47.96 |
| BOUGHT | 11/17/21 | M | TILRAY INC<br>CLASS 2 COMMON STOCK<br>CUSIP: 88688T100 | 100 | 13.4099 | 1,340.99 | |

*November 1, 2021 - November 30, 2021*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 7 OF 19

ACCOUNT NUMBER   **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 11/17/21 | M | AULT GLOBAL HOLDINGS INC<br>COMMON STOCK<br>CUSIP: 05150X104 | 1,000 | 1.9701 | | 1,969.96 |
| SOLD | 11/17/21 | M | IDEANOMICS INC<br>COMMON STOCK<br>CUSIP: 45166V106 | 1,000 | 2.10 | | 2,099.86 |
| SOLD | 11/17/21 | M | CALL IDEX 12/17/21  2<br>IDEANOMICS INC<br>OPEN CONTRACT<br>Security Number: 9GXHCN6 | 10 | 0.20 | | 199.76 |
| BOUGHT | 11/18/21 | M | IDEANOMICS INC<br>COMMON STOCK<br>CUSIP: 45166V106 | 1,000 | 1.8399 | 1,839.90 | |
| BOUGHT | 11/18/21 | M | PUT QQQ  11/17/21  397<br>INVESCO QQQ TRUST SERIES 1<br>OPEN CONTRACT<br>Security Number: 8LBRWR6 | 10 | 0.64 | 640.21 | |
| BOUGHT | 11/18/21 | M | CALL NVDA  11/19/21  320<br>NVIDIA CORPORATION<br>OPEN CONTRACT<br>Security Number: 8LXBKR0 | 1 | 2.25 | 225.02 | |
| BOUGHT | 11/18/21 | M | CALL AMD  11/19/21  155<br>ADVANCED MICRO DEVICES INC<br>OPEN CONTRACT<br>Security Number: 8PBPMR5 | 1 | 1.41 | 141.02 | |
| BOUGHT | 11/18/21 | M | CALL MRNA  11/19/21  260<br>MODERNA INC<br>OPEN CONTRACT<br>Security Number: 8SCBTW4 | 1 | 1.26 | 126.02 | |

*November 1, 2021 - November 30, 2021*

PAGE 8 OF 19

ACCOUNT NUMBER   **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 11/18/21 | M | CALL ATVI  12/31/21  70<br>ACTIVISION BLIZZARD INC<br>OPEN CONTRACT<br>Security Number: 8SHXBM5 | 1 | 1.26 | 126.02 | |
| SOLD | 11/18/21 | M | PUT QQQ  11/17/21  397<br>INVESCO QQQ TRUST SERIES 1<br>CLOSING CONTRACT<br>Security Number: 8LBRWR6 | 10 | 0.63 | | 629.76 |
| SOLD | 11/18/21 | M | CALL NVDA  11/19/21  320<br>NVIDIA CORPORATION<br>CLOSING CONTRACT<br>Security Number: 8LXBKR0 | 1 | 2.35 | | 234.96 |
| SOLD | 11/18/21 | M | CALL AMD  11/19/21  155<br>ADVANCED MICRO DEVICES INC<br>CLOSING CONTRACT<br>Security Number: 8PBPMR5 | 1 | 1.53 | | 152.96 |
| SOLD | 11/18/21 | M | CALL MRNA  11/19/21  260<br>MODERNA INC<br>CLOSING CONTRACT<br>Security Number: 8SCBTW4 | 1 | 1.48 | | 147.96 |
| SOLD | 11/18/21 | M | CALL ATVI  12/31/21  70<br>ACTIVISION BLIZZARD INC<br>CLOSING CONTRACT<br>Security Number: 8SHXBM5 | 1 | 1.27 | | 126.96 |
| SOLD | 11/18/21 | M | CALL IDEX  12/17/21  2<br>IDEANOMICS INC<br>OPEN CONTRACT<br>Security Number: 9GXHCN6 | 10 | 0.19 | | 189.76 |

*November 1, 2021 - November 30, 2021*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 9 OF 19

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 11/19/21 | M | IDEANOMICS INC<br>COMMON STOCK<br>CUSIP: 45166V106 | 1,000 | 1.835 | 1,835.00 | |
| BOUGHT | 11/19/21 | M | CALL TLRY  12/17/21   15<br>TILRAY INC<br>OPEN CONTRACT<br>Security Number: 8GVDRR7 | 3 | 0.35 | 105.06 | |
| BOUGHT | 11/19/21 | M | CALL TLRY  12/17/21   15<br>TILRAY INC<br>OPEN CONTRACT<br>Security Number: 8GVDRR7 | 3 | 0.35 | 105.06 | |
| SOLD | 11/19/21 | M | CALL PFE   03/18/22   55<br>PFIZER INC<br>CLOSING CONTRACT<br>Security Number: 8LSGDL9 | 2 | 2.29 | | 457.94 |
| SOLD | 11/19/21 | M | CALL PFE   03/18/22   55<br>PFIZER INC<br>CLOSING CONTRACT<br>Security Number: 8LSGDL9 | 8 | 2.05 | | 1,639.80 |
| BOUGHT | 11/22/21 | M | CALL FB   11/19/21   350<br>META PLATFORMS INC CL A<br>OPEN CONTRACT<br>Security Number: 8GGZKP2 | 10 | 1.013 | 1,013.21 | |
| SOLD | 11/22/21 | M | PFIZER INC<br>CUSIP: 717081103 | 1 | 51.5701 | | 51.55 |
| SOLD | 11/22/21 | M | CALL FB   11/19/21   350<br>META PLATFORMS INC CL A<br>CLOSING CONTRACT<br>Security Number: 8GGZKP2 | 10 | 1.07 | | 1,069.76 |

*November 1, 2021 - November 30, 2021*

PAGE **10** OF 19



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 11/23/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 10 | 7.27 | 72.70 | |
| BOUGHT | 11/23/21 | M | CALL MMAT  01/21/22  10<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNFK0 | 6 | 0.15 | 90.13 | |
| BOUGHT | 11/23/21 | M | CALL MMAT  01/21/22  10<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNFK0 | 7 | 0.15 | 105.15 | |
| BOUGHT | 11/23/21 | M | CALL BBY  11/26/21  150<br>BEST BUY CO INC<br>OPEN CONTRACT<br>Security Number: 8SFNGP9 | 1 | 2.09 | 209.02 | |
| BOUGHT | 11/23/21 | M | CALL MSFT  11/26/21  345<br>MICROSOFT CORP<br>OPEN CONTRACT<br>Security Number: 8SFSPZ3 | 5 | 1.89 | 945.11 | |
| SOLD | 11/23/21 | M | CALL MSFT  11/26/21  345<br>MICROSOFT CORP<br>CLOSING CONTRACT<br>Security Number: 8SFSPZ3 | 5 | 1.95 | | 974.87 |
| BOUGHT | 11/24/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 20 | 7 | 140.00 | |
| BOUGHT | 11/24/21 | M | APTEVO THERAPEUTICS INC<br>COMMON STOCK<br>CUSIP: 03835L207 | 20 | 6.605 | 132.10 | |

*November 1, 2021 - November 30, 2021*

PAGE **11** OF 19

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

► ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 11/24/21 | M | PUT QQQ  11/24/21  396 INVESCO QQQ TRUST SERIES 1 OPEN CONTRACT Security Number: 8LWVMQ7 | 10 | 2 | 2,000.21 | |
| SOLD | 11/24/21 | M | PUT QQQ  11/24/21  396 INVESCO QQQ TRUST SERIES 1 CLOSING CONTRACT Security Number: 8LWVMQ7 | 10 | 2.098 | | 2,097.75 |
| SOLD | 11/24/21 | M | CALL BBY  11/26/21  150 BEST BUY CO INC CLOSING CONTRACT Security Number: 8SFNGP9 | 1 | 0.01 | | 0.96 |
| BOUGHT | 11/26/21 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 300 | 3.6999 | 1,109.97 | |
| BOUGHT | 11/26/21 | M | CALL SPY  11/24/21  468 STANDARD & POORS DEPOSITORY OPEN CONTRACT Security Number: 8LWWPD2 | 10 | 0.53 | 530.21 | |
| BOUGHT | 11/26/21 | M | CALL FB   11/26/21  340 META PLATFORMS INC CL A OPEN CONTRACT Security Number: 8SFQZS0 | 5 | 2.30 | 1,150.11 | |
| SOLD | 11/26/21 | M | APTEVO THERAPEUTICS INC COMMON STOCK CUSIP: 03835L207 | 150 | 8.7908 | | 1,318.59 |
| SOLD | 11/26/21 | M | CALL SPY  11/24/21  468 STANDARD & POORS DEPOSITORY CLOSING CONTRACT Security Number: 8LWWPD2 | 10 | 0.64 | | 639.76 |

*November 1, 2021 - November 30, 2021*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 12 OF 19

**ACCOUNT NUMBER**   **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 11/26/21 | M | CALL FB   11/26/21   340<br>META PLATFORMS INC CL A<br>CLOSING CONTRACT<br>Security Number: 8SFQZS0 | 5 | 2.07 | | 1,034.87 |
| SOLD | 11/26/21 | M | CALL TLRY 11/26/21  13<br>TILRAY INC<br>OPEN CONTRACT<br>Security Number: 9SFVDJO | 1 | 0.02 | | 1.96 |
| BOUGHT | 11/30/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 200 | 3.8887 | 777.74 | |
| BOUGHT | 11/30/21 | M | CALL AAL  01/20/23  20<br>AMERICAN AIRLINES GROUP INC<br>OPEN CONTRACT<br>Security Number: 8PGLXM1 | 3 | 2.82 | 846.06 | |
| BOUGHT | 11/30/21 | M | CALL IDEX  12/17/21   2<br>IDEANOMICS INC<br>CLOSING CONTRACT<br>Security Number: 9GXHCN6 | 20 | 0.04 | 80.43 | |
| **Total Buy / Sell Transactions** | | | | | | **$32,036.58** | **$26,536.90** |

**MISCELLANEOUS TRANSACTIONS**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JOURNAL | 11/18/21 | M | CCF FEE REBATE | | | | $2.54 |
| EXPIRED | 11/19/21 | M | CALL TLRY 11/19/21  14<br>TILRAY INC<br>OPTION EXPIRATION - EXPIRED<br>Security Number: 9KWJCL6 | 1 | | | |

*November 1, 2021 - November 30, 2021*

PAGE 13 OF 19

ACCOUNT NUMBER  **5MU-73363-13 RR WEA**

## Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **MISCELLANEOUS TRANSACTIONS** (continued) | | | | | | | |
| EXPIRED | 11/26/21 | M | CALL TLRY 11/26/21 13<br>TILRAY INC<br>OPTION EXPIRATION - EXPIRED<br>Security Number: 9SFVDJ0 | 1 | | | |
| **Total Miscellaneous Transactions** | | | | | | | **$2.54** |

▶ EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 11/29/21 | 12/01/21 | M | AMERICAN AIRLINES GROUP INC<br>CUSIP: 02376R102 | 1 | $17.7099 | $17.71 | |
| BOUGHT | 11/30/21 | 12/01/21 | M | CALL QQQ  12/01/21  401<br>INVESCO QQQ TRUST SERIES 1<br>OPEN CONTRACT<br>Security Number: 8NKFPG7 | 6 | 1.64 | 984.13 | |
| BOUGHT | 11/30/21 | 12/01/21 | M | CALL QQQ  12/01/21  401<br>INVESCO QQQ TRUST SERIES 1<br>OPEN CONTRACT<br>Security Number: 8NKFPG7 | 6 | 1.34 | 804.13 | |
| SOLD | 11/30/21 | 12/01/21 | M | CALL QQQ  12/01/21  401<br>INVESCO QQQ TRUST SERIES 1<br>CLOSING CONTRACT<br>Security Number: 8NKFPG7 | -6 | 1.26 | | 755.85 |
| SOLD | 11/30/21 | 12/01/21 | M | CALL QQQ  12/01/21  401<br>INVESCO QQQ TRUST SERIES 1<br>CLOSING CONTRACT<br>Security Number: 8NKFPG7 | -6 | 1.71 | | 1,025.85 |

*November 1, 2021 - November 30, 2021*

PAGE **14** OF 19

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶ EXECUTED TRADES PENDING SETTLEMENT (CONTINUED)

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| SOLD | 11/30/21 | 12/02/21 | M | TILRAY INC CLASS 2 COMMON STOCK CUSIP: 88688T100 | -100 | 9.902 | | 990.18 |
| **Total Executed Trades Pending Settlement** | | | | | | | **$1,805.97** | **$2,771.88** |

*November 1, 2021 - November 30, 2021*

PAGE 15 OF 19

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**▶  ANNOUNCEMENTS**

**IMPORTANT INFORMATION**

**Statement of Financial Condition**
A copy of Apex Clearing Corporation's Unaudited Statement of Financial Condition as of June 30, 2021 is available on the website at www.apexclearing.com/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation. As of June 30, 2021, Apex Clearing Corporation had a net capital of $407,242,025 and was $359,371,347 in excess of its required net capital of $47,870,678. As of July 31, 2021, Apex Clearing Corporation had a net capital of $416,271,626 and was $370,434,309 in excess of its required net capital of $45,837,317.

**Apex's Policy for Dividends and Interest**
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

**Participation in Fully Paid Lending Program**
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

**Information Regarding Cost Basis for Foreign Account Statements**
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municipal Securities -** you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

**IMPORTANT INFORMATIO N**

To our valued customers:
FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72
**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**
The preceding notice is required when reporting distributions on Direct Participation Programs and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular DPP or REIT will be provided to clients upon request. **Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**
Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can

*November 1, 2021 - November 30, 2021*

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶  ANNOUNCEMENTS (CONTINUED)

be accessed on the Internet at: **http://public.s3.com/rule606/apex/**, or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009.
SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."
In accordance with the Emergency Economic Stabilization Act of 2008  broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.
  •Equity securities acquired on or after January 1, 2011
  •Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:
  • Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)
Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

**IMPORTANT INFORMATION CONTINUED**

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013. The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. **Please note SIPC does not cover commodity contracts and options on futures.** For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection.  This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted.  This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash.  Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities. For additional information, please contact your broker.

**FDIC SWEEP PROGRAM**
For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the program.

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC up to the maximum applicable insurance limits.  Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov.  Deposit Account balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected as established by current applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org.

**IMPORTANT INFORMATION**
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has

*November 1, 2021 - November 30, 2021*



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **17** OF 19

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶  **ANNOUNCEMENTS  (CONTINUED)**

designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record. A brief summary of the content of the Annual Disclosure Statement is as follows:

- Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
- Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
- Margin Disclosure Statement: FINRA Rule 2264 - The information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
- Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The investor brochure may be obtained from FINRA BrokerCHeck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.
- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/.

**IMPORTANT INFORMATION - Privacy Policy**

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

*November 1, 2021 - November 30, 2021*

PAGE 18 OF 19



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶  ANNOUNCEMENTS (CONTINUED)

**Personal Information Collected**
In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:
- Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
- Information relating to your transactions, including account balances, positions, and activity;
- Information which may be received from consumer reporting agencies, such as credit bureau reports;
- Information relating to your creditworthiness;
- Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

**Sharing of Nonpublic Personal Information**
Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

**Security**
Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non- public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers.  As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as  authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

**Access to Your Information**
You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**
Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**
Apex reserves the right to make changes to this policy.

*November 1, 2021 - November 30, 2021*

**Webull Financial LLC**

44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **19** OF **19**

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶ ANNOUNCEMENTS (CONTINUED)

**How to Get in Touch with Apex about this Privacy Policy**

For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit our sharing of your personal information, please contact:

Apex Clearing Corporation
Attn: Compliance Department 350 N. St. Paul St., Suite 1300
Dallas, Texas 75201
cs@apexclearing.com

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*December 1, 2021 - December 31, 2021*

PAGE 1 OF 12

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

CHRISTOPHER COX
2882 MADISON GROVE ROAD
GREENVILLE NC 27858-7237

## ► ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $4,838.06 | $1,002.28 |
| NET ACCOUNT BALANCE | 4,838.06 | 1,002.28 |
| Securities | 30,997.16 | 27,539.70 |
| TOTAL PRICED PORTFOLIO | 30,997.16 | 27,539.70 |
| **Total Equity Holdings** | **$35,835.22** | **$28,541.98** |

## ► PORTFOLIO EQUITY ALLOCATION



Cash
3.512%

Equities
96.488%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

IMPORTANT INFORMATION

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January, the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customers short option positions pursuant to a manual procedure which randomly selects from among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

SIPC Protection. As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

NOTICE TO CUSTOMERS

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades

As required under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account)

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (next to your individual broker or agent) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009

ACCOUNT SUMMARY:
Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.

INCOME AND EXPENSE SUMMARY:
Lists all income earned during the current statement period, as well as year-to-date.  Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays any Margin Interest Expenses.

PORTFOLIO EQUITY ALLOCATION:
The Pie Chart is an estimate for illustrative purposes only.

PORTFOLIO SUMMARY:
Lists all securities held in your account.

MARKET VALUE:
This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities.
Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service from an outside vendor and prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank.
Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

ESTIMATED ANNUAL INCOME:
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.
OPEN ORDERS:
Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
MONEY MARKET ACTIVITY:
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.
DEFINITION OF ACCOUNT TYPES  C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and G=Other

REALIZED GAIN/LOSS DETAIL AND PORTFOLIO SUMMARY SECTIONS:
Displays mutual funds by average cost and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) does not reflect wash sales and may not reflect all capital adjustments. Most exchanges reported on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

Order Routing:
The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*December 1, 2021 - December 31, 2021*

PAGE 2 OF 12

ACCOUNT NUMBER   **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | M | 11,195 | $2.46 | $27,539.70 | $25,690.00 | 7% | | 96.488% |
| **Total Equities** | | | | | **$27,539.70** | | | | **96.488%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$1,002.28** | | | | **3.512%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$28,541.98** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 12/01/21 | M | AMERICAN AIRLINES GROUP INC CUSIP: 02376R102 | 1 | $17.7099 | $17.71 | |
| BOUGHT | 12/01/21 | M | CALL QQQ  12/01/21  401 INVESCO QQQ TRUST SERIES 1 OPEN CONTRACT Security Number: 8NKFPG7 | 6 | 1.64 | 984.13 | |
| BOUGHT | 12/01/21 | M | CALL QQQ  12/01/21  401 INVESCO QQQ TRUST SERIES 1 OPEN CONTRACT Security Number: 8NKFPG7 | 6 | 1.34 | 804.13 | |
| SOLD | 12/01/21 | M | CALL QQQ  12/01/21  401 INVESCO QQQ TRUST SERIES 1 CLOSING CONTRACT Security Number: 8NKFPG7 | 6 | 1.26 | | 755.85 |

*December 1, 2021 - December 31, 2021*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 3 OF 12

ACCOUNT NUMBER  **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 12/01/21 | M | CALL QQQ  12/01/21  401<br>INVESCO QQQ TRUST SERIES 1<br>CLOSING CONTRACT<br>Security Number: 8NKFPG7 | 6 | 1.71 | | 1,025.85 |
| SOLD | 12/02/21 | M | TILRAY INC<br>CLASS 2 COMMON STOCK<br>CUSIP: 88688T100 | 100 | 9.902 | | 990.18 |
| BOUGHT | 12/03/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 3.3418 | 334.18 | |
| BOUGHT | 12/03/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 150 | 3.36 | 504.00 | |
| BOUGHT | 12/03/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1,000 | 3.395 | 3,395.00 | |
| BOUGHT | 12/03/21 | M | CALL MMAT  01/21/22  6<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNFJ1 | 1 | 0.20 | 20.02 | |
| BOUGHT | 12/03/21 | M | CALL MMAT  01/21/22  6<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNFJ1 | 4 | 0.20 | 80.09 | |
| SOLD | 12/03/21 | M | IDEANOMICS INC<br>COMMON STOCK<br>CUSIP: 45166V106 | 2,000 | 1.5301 | | 3,059.94 |
| BOUGHT | 12/06/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 250 | 3.3399 | 834.98 | |

*December 1, 2021 - December 31, 2021*

PAGE 4 OF 12

ACCOUNT NUMBER   **5MU-73363-13  RR WEA**

# Webull Financial LLC
## 44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 12/06/21 | M | CALL MMAT  01/21/22  6<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNFJ1 | 2 | 0.19 | 38.04 | |
| BOUGHT | 12/06/21 | M | CALL MMAT  01/21/22  10<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8NYNFK0 | 2 | 0.10 | 20.04 | |
| SOLD | 12/06/21 | M | CALL TLRY  12/17/21  15<br>TILRAY INC<br>CLOSING CONTRACT<br>Security Number: 8GVDRR7 | 6 | 0.06 | | 35.85 |
| SOLD | 12/07/21 | M | CALL MMAT  01/21/22  6<br>META MATLS INC<br>CLOSING CONTRACT<br>Security Number: 8NYNFJ1 | 7 | 0.10 | | 69.83 |
| SOLD | 12/07/21 | M | CALL MMAT  01/21/22  10<br>META MATLS INC<br>CLOSING CONTRACT<br>Security Number: 8NYNFK0 | 15 | 0.05 | | 74.67 |
| SOLD | 12/07/21 | M | CALL AAL  01/20/23  20<br>AMERICAN AIRLINES GROUP INC<br>CLOSING CONTRACT<br>Security Number: 8PGLXM1 | 3 | 3.01 | | 902.92 |
| BOUGHT | 12/08/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 2.89 | 289.00 | |
| BOUGHT | 12/08/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 2.89 | 289.00 | |

*December 1, 2021 - December 31, 2021*

PAGE 5 OF 12

ACCOUNT NUMBER **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 12/08/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 2.89 | 289.00 | |
| SOLD | 12/08/21 | M | AMERICAN AIRLINES GROUP INC<br>CUSIP: 02376R102 | 1 | 17.6601 | | 17.64 |
| BOUGHT | 12/14/21 | M | CALL MMAT  04/14/22   5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8G36187 | 1 | 0.55 | 55.02 | |
| BOUGHT | 12/14/21 | M | CALL MMAT  04/14/22   5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8G36187 | 4 | 0.55 | 220.09 | |
| BOUGHT | 12/15/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 200 | 3.13 | 626.00 | |
| BOUGHT | 12/15/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 300 | 3.1289 | 938.67 | |
| BOUGHT | 12/16/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 73 | 2.9788 | 217.45 | |
| BOUGHT | 12/16/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 2.98 | 298.00 | |
| BOUGHT | 12/16/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 500 | 3.0287 | 1,514.35 | |

*December 1, 2021 - December 31, 2021*

PAGE 6 OF 12

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER  **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 12/16/21 | M | CALL MMAT  04/14/22  5<br>META MATLS INC<br>CLOSING CONTRACT<br>Security Number: 8G36187 | 5 | 0.41 | | 204.87 |
| BOUGHT | 12/17/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1 | 2.8279 | 2.83 | |
| BOUGHT | 12/17/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 72 | 2.8199 | 203.03 | |
| BOUGHT | 12/22/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 149 | 2.6099 | 388.88 | |
| BOUGHT | 12/22/21 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1,000 | 2.6089 | 2,608.90 | |
| **Total Buy / Sell Transactions** | | | | | | **$14,972.54** | **$7,137.60** |

**FUNDS PAID AND RECEIVED**

| ACH | 12/20/21 | M | ACH DEPOSIT<br>SEN(20211220293989) | | | | $3,000.00 |
|---|---|---|---|---|---|---|---|
| ACH | 12/31/21 | M | ACH DEPOSIT<br>SEN(20211231262581) | | | | 1,000.00 |
| **Total Funds Paid And Received** | | | | | | | **$4,000.00** |

*December 1, 2021 - December 31, 2021*



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 7 OF 12

ACCOUNT NUMBER   **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| JOURNAL | 12/06/21 | M | ADJ CCF REBATE 11/18 | | | $0.84 | |
| **Total Miscellaneous Transactions** | | | | | | **$0.84** | |

▶ EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 12/31/21 | 01/04/22 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 400 | $2.4981 | $999.24 | |
| **Total Executed Trades Pending Settlement** | | | | | | | **$999.24** | |

*December 1, 2021 - December 31, 2021*

PAGE 8 OF 12

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

CHRISTOPHER COX



# Webull Financial LLC
## 44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS

### IMPORTANT INFORMATION

**Statement of Financial Condition**
A copy of Apex Clearing Corporation's Unaudited Statement of Financial Condition as of June 30, 2021 is available on the website at www.apexclearing.com/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation.  As of June 30, 2021, Apex Clearing Corporation had a net capital of $407,242,025 and was $359,371,347 in excess of its required net capital of $47,870,678.  As of July 31, 2021, Apex Clearing Corporation had a net capital of $416,271,626 and was $370,434,309 in excess of its required net capital of $45,837,317.

**Apex's Policy for Dividends and Interest**
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

**Participation in Fully Paid Lending Program**
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

**Information Regarding Cost Basis for Foreign Account Statements**
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municipal Securities –** you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

### IMPORTANT INFORMATIO N

To our valued customers:
FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72
**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**
The preceding notice is required when reporting distributions on Direct Participation Programs  and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular  DPP or REIT will be provided to clients upon request. **Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**
Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can

*December 1, 2021 - December 31, 2021*



## Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 9 OF 12

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶  **ANNOUNCEMENTS** (CONTINUED)

be accessed on the Internet at: **http://public.s3.com/rule606/apex/**, or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009.
SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."
In accordance with the Emergency Economic Stabilization Act of 2008 broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.
 • Equity securities acquired on or after January 1, 2011
 • Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:
 • Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)
Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

## IMPORTANT INFORMATION CONTINUED

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013. The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. **Please note SIPC does not cover commodity contracts and options on futures.** For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection. This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted. This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities. For additional information, please contact your broker.

### FDIC SWEEP PROGRAM
For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the program.

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC up to the maximum applicable insurance limits. Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov. Deposit Account balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected as established by current applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org.

### IMPORTANT INFORMATION
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has

*December 1, 2021 - December 31, 2021*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **10** OF **12**

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶ **ANNOUNCEMENTS (CONTINUED)**

designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the Internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record. A brief summary of the content of the Annual Disclosure Statement is as follows:

- Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
- Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
- Margin Disclosure Statement: FINRA Rule 2264 - The information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
- Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The investor brochure may be obtained from FINRA BrokerCheck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.
- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/,

## IMPORTANT INFORMATION - Privacy Policy

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

*December 1, 2021 - December 31, 2021*

PAGE 11 OF 12

ACCOUNT NUMBER  **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

**Personal Information Collected**
In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:
• Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
• Information relating to your transactions, including account balances, positions, and activity;
• Information which may be received from consumer reporting agencies, such as credit bureau reports;
• Information relating to your creditworthiness;
• Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

**Sharing of Nonpublic Personal Information**
Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

**Security**
Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non-public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers. As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

**Access to Your Information**
You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**
Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**
Apex reserves the right to make changes to this policy.

*December 1, 2021 - December 31, 2021*

PAGE **12** OF 12

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

► ANNOUNCEMENTS (CONTINUED)

**How to Get in Touch with Apex about this Privacy Policy**
For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit our sharing of your personal information, please contact:

Apex Clearing Corporation
Attn: Compliance Department 350 N. St. Paul St., Suite 1300
Dallas, Texas 75201
cs@apexclearing.com



# Webull Financial LLC

**44 Wall Street, New York, NY 10005**
customerservice@webull.us

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201

*January 1, 2022 - January 31, 2022*

PAGE 1 OF 10

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

CHRISTOPHER COX
2882 MADISON GROVE ROAD
GREENVILLE NC  27858-7237

### ► ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $1,002.28 | $1.40 |
| NET ACCOUNT BALANCE | 1,002.28 | 1.40 |
| Securities | 27,539.70 | 23,990.11 |
| TOTAL PRICED PORTFOLIO | 27,539.70 | 23,990.11 |
| **Total Equity Holdings** | **$28,541.98** | **$23,991.51** |

### ► PORTFOLIO EQUITY ALLOCATION



Cash
0.006%
Options
2.856%

Equities
97.138%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

**IMPORTANT INFORMATION**

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January, the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure with randomly selects form among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

**SIPC Protection.** As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

**NOTICE TO CUSTOMERS**

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1008.

**ACCOUNT SUMMARY:**
Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.

**INCOME AND EXPENSE SUMMARY:**
Lists all income earned during the current statement period, as well as year to date. Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays any Margin Interest Expenses.

**PORTFOLIO EQUITY ALLOCATION:**
The Pie Chart is an estimate for illustrative purposes only.

**PORTFOLIO SUMMARY:**
Lists all securities held in your account.

**MARKET VALUE:**
This account represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities.
Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank.
Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

**ESTIMATED ANNUAL INCOME**
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.

**OPEN ORDERS:**
Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).

**MONEY MARKET ACTIVITY:**
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.

**DEFINITION OF ACCOUNT TYPES:** C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

**REALIZED GAIN/LOSS DETAIL AND PORTFOLIO SUMMARY SECTIONS:**
Displays mutual funds by average cost and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) does not reflect wash sales and may not reflect all capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

**Order Routing:**
The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*January 1, 2022 - January 31, 2022*

PAGE 2 OF 10

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

### ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | M | 13,955 | $1.67 | $23,304.85 | $27,539.70 | -15% | | 97.138% |
| CALL MMAT  04/14/22  2 META MATLS INC EXP 04/14/2022 | 8G36181 | M | 15 | 0.295 | 442.50 | | N/A | | 1.844 |
| CALL MMAT  04/14/22  5 META MATLS INC EXP 04/14/2022 | 8G36187 | M | 32 | 0.074 | 236.48 | | N/A | | .986 |
| CALL MMAT  04/14/22  6 META MATLS INC EXP 04/14/2022 | 8G36190 | M | 1 | 0.063 | 6.28 | | N/A | | .026 |
| **Total Equities** | | | | | **$23,304.85** | | | | **97.138%** |
| **Total Options** | | | | | **$685.26** | | | | **2.856%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$1.40** | | | | **0.006%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$23,991.51** | | | | |

### ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 01/04/22 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 400 | $2.4981 | $999.24 | |

*January 1, 2022 - January 31, 2022*



ACCOUNT NUMBER **5MU-73363-13 RR WEA**



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

INDIVIDUAL ACCOUNT

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 01/06/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1 | 2.8299 | 2.83 | |
| BOUGHT | 01/07/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 4 | 2.6299 | 10.52 | |
| BOUGHT | 01/07/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 885 | 2.63 | 2,327.55 | |
| BOUGHT | 01/07/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1,000 | 2.66 | 2,660.00 | |
| BOUGHT | 01/11/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 50 | 2.44 | 122.00 | |
| SOLD | 01/11/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 50 | 2.4401 | | 121.99 |
| BOUGHT | 01/13/22 | M | CALL MMAT 04/14/22 5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8G36187 | 10 | 0.24 | 240.41 | |
| BOUGHT | 01/13/22 | M | CALL MMAT 04/14/22 5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8G36187 | 10 | 0.24 | 240.41 | |
| BOUGHT | 01/13/22 | M | CALL MMAT 04/14/22 6<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8G36190 | 1 | 0.20 | 20.04 | |

*January 1, 2022 - January 31, 2022*

PAGE 4 OF 10

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER  **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 01/19/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 2 | 2.14 | 4.28 | |
| BOUGHT | 01/19/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 465 | 2.14 | 995.10 | |
| BOUGHT | 01/25/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1 | 1.825 | 1.83 | |
| BOUGHT | 01/28/22 | M | CALL MMAT  04/14/22  2<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8G36181 | 2 | 0.28 | 56.08 | |
| BOUGHT | 01/28/22 | M | CALL MMAT  04/14/22  2<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8G36181 | 3 | 0.27 | 81.12 | |
| BOUGHT | 01/28/22 | M | CALL MMAT  04/14/22  2<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8G36181 | 4 | 0.28 | 112.17 | |
| BOUGHT | 01/28/22 | M | CALL MMAT  04/14/22  2<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8G36181 | 6 | 0.28 | 168.25 | |
| BOUGHT | 01/28/22 | M | CALL MMAT  04/14/22  5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8G36187 | 2 | 0.10 | 20.08 | |

*January 1, 2022 - January 31, 2022*

## Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 5 OF 10

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 01/28/22 | M | CALL MMAT  04/14/22  5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8G36187 | 10 | 0.096 | 96.41 | |
| BOUGHT | 01/31/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 2 | 1.4699 | 2.94 | |
| **Total Buy / Sell Transactions** | | | | | | **$8,161.26** | **$121.99** |

**FUNDS PAID AND RECEIVED**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| ACH | 01/05/22 | M | ACH DEPOSIT<br>SEN(20220105246351) | | | | $5,000.00 |
| ACH | 01/07/22 | M | ACH DEPOSIT<br>SEN(20220107343960) | | | | 500.00 |
| ACH | 01/14/22 | M | ACH DEPOSIT<br>SEN(20220113264652) | | | | 1,000.00 |
| ACH | 01/24/22 | M | ACH DEPOSIT<br>SEN(20220122019862) | | | | 537.39 |
| ACH | 01/24/22 | M | ACH DEPOSIT<br>SEN(20220122020220) | | | | 1.00 |
| **Total Funds Paid And Received** | | | | | | | **$7,038.39** |

*January 1, 2022 - January 31, 2022*

PAGE 6 OF 10

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS

**IMPORTANT INFORMATION**

**Statement of Financial Condition**
A copy of Apex Clearing Corporation's Unaudited Statement of Financial Condition as of June 30, 2021 is available on the website at www.apexclearing.com/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation. As of June 30, 2021, Apex Clearing Corporation had a net capital of $407,242,025 and was $359,371,347 in excess of its required net capital of $47,870,678. As of July 31, 2021, Apex Clearing Corporation had a net capital of $416,271,626 and was $370,434,309 in excess of its required net capital of $45,837,317.

**Apex's Policy for Dividends and Interest**
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

**Participation in Fully Paid Lending Program**
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

**Information Regarding Cost Basis for Foreign Account Statements**
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municipal Securities -** you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

**IMPORTANT INFORMATIO N**

To our valued customers:
FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72
**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**
The preceding notice is required when reporting distributions on Direct Participation Programs and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular DPP or REIT will be provided to clients upon request.
**Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**
Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can

*January 1, 2022 - January 31, 2022*



## Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 7 OF 10

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶ ANNOUNCEMENTS (CONTINUED)

be accessed on the internet at: **http://public.s3.com/rule606/apex/**, or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009.
SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."
In accordance with the Emergency Economic Stabilization Act of 2008  broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.
• Equity securities acquired on or after January 1, 2011
• Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:
• Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)
Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

## IMPORTANT INFORMATION CONTINUED

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013.  The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims.  **Please note SIPC does not cover commodity contracts and options on futures.**  For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection.  This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted.  This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash.  Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.  For additional information, please contact your broker.

### FDIC SWEEP PROGRAM
For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the program.

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC up to the maximum applicable insurance limits.  Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov.  Deposit Account balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected as established by current applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org.

### IMPORTANT INFORMATION
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has

*January 1, 2022 - January 31, 2022*

PAGE 8 OF 10

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶  **ANNOUNCEMENTS  (CONTINUED)**

designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record.
A brief summary of the content of the Annual Disclosure Statement is as follows:

- Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
- Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
- Margin Disclosure Statement: FINRA Rule 2264 - The information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
- Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing Information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The investor brochure may be obtained from FINRA BrokerCHeck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.
- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/,

## IMPORTANT INFORMATION - Privacy Policy

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

*January 1, 2022 - January 31, 2022*



## Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 9 OF 10

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶  **ANNOUNCEMENTS** (CONTINUED)

**Personal Information Collected**
In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:
- Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
- Information relating to your transactions, including account balances, positions, and activity;
- Information which may be received from consumer reporting agencies, such as credit bureau reports;
- Information relating to your creditworthiness;
- Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

**Sharing of Nonpublic Personal Information**
Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

**Security**
Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non-public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers. As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

**Access to Your Information**
You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**
Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**
Apex reserves the right to make changes to this policy.

*January 1, 2022 - January 31, 2022*

ACCOUNT NUMBER   **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶   ANNOUNCEMENTS (CONTINUED)

**How to Get in Touch with Apex about this Privacy Policy**
For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit our sharing of your personal information, please contact:

Apex Clearing Corporation
Attn: Compliance Department 350 N. St. Paul St., Suite 1300
Dallas, Texas 75201
cs@apexclearing.com

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC
## 44 Wall Street, New York, NY 10005
customerservice@webull.us

*February 1, 2022 - February 28, 2022*

PAGE 1 OF 14

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

CHRISTOPHER COX
2882 MADISON GROVE ROAD
GREENVILLE NC  27858-7237

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

| ▶ ACCOUNT SUMMARY | | |
|---|---|---|
| | OPENING BALANCE | CLOSING BALANCE |
| Margin account | $1.40 | $7,862.88 |
| NET ACCOUNT BALANCE | 1.40 | 7,862.88 |
| Securities | 23,990.11 | 35,329.21 |
| TOTAL PRICED PORTFOLIO | 23,990.11 | 35,329.21 |
| **Total Equity Holdings** | **$23,991.51** | **$43,192.09** |

▶ PORTFOLIO EQUITY ALLOCATION



Options 8.125%
Cash 18.204%
Equities 73.671%

ACCOUNT CARRIED BY:
**APEX CLEARING CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number.  **This statement should be retained for income tax purposes.**

IMPORTANT INFORMATION

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January, the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you, in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure with randomly selects from among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

SIPC Protection. As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

NOTICE TO CUSTOMERS

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009

ACCOUNT INFORMATION

Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.

INCOME AND EXPENSE SUMMARY:
Lists all income earned during the current statement period, as well as year to date. Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays any Margin Interest Expenses.

PORTFOLIO EQUITY ALLOCATION:
The Pie Chart is an estimate for illustrative purposes only.

PORTFOLIO SUMMARY:
Lists all securities held in your account.

MARKET VALUE:
This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities.
Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an estimated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank.
Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

ESTIMATED ANNUAL INCOME
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income. .

OPEN ORDERS:
Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).

MONEY MARKET ACTIVITY:
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.

DEFINITION OF SYMBOLS    C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

REALIZED GAIN/LOSS DETAIL AND PORTFOLIO SUMMARY SECTIONS:
Displays realized gain/loss and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) does not reflect wash sales and may not reflect all capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis is retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

Order Routing:
The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*February 1, 2022 - February 28, 2022*

PAGE 2 OF 14

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| CALL ASTR  04/14/22  5 ASTRA SPACE INC CLASS A EXP 04/14/2022 | 8BYCFJ0 | M | 8 | $0.25 | $200.00 | | N/A | | .463% |
| META MATLS INC COMMON STOCK | MMAT | M | 14,800 | 2.15 | 31,820.00 | 23,304.85 | 37 | | 73.671 |
| CALL MMAT  04/14/22  2 META MATLS INC EXP 04/14/2022 | 8G36181 | M | 57 | 0.482 | 2,743.98 | 442.50 | 520 | | 6.353 |
| CALL MMAT  04/14/22  3 META MATLS INC EXP 04/14/2022 | 8G36183 | M | 10 | 0.225 | 225.00 | 442.50 | -49 | | .521 |
| CALL MMAT  04/14/22  5 META MATLS INC EXP 04/14/2022 | 8G36187 | M | 37 | 0.09 | 333.00 | 236.48 | 41 | | .771 |
| CALL MMAT  04/14/22  6 META MATLS INC EXP 04/14/2022 | 8G36190 | M | 1 | 0.072 | 7.23 | 6.28 | 15 | | .017 |
| **Total Equities** | | | | | **$31,820.00** | | | | **73.671%** |
| **Total Options** | | | | | **$3,509.21** | | | | **8.125%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$7,862.88** | | | | **18.204%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$43,192.09** | | | | |

*February 1, 2022 - February 28, 2022*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 3 OF 14

ACCOUNT NUMBER   **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ **ACCOUNT ACTIVITY**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 02/07/22 | M | CALL ASTR  02/18/22  7.50<br>ASTRA SPACE INC CLASS A<br>OPEN CONTRACT<br>Security Number: 8PWQNH7 | 1 | $0.25 | $25.05 | |
| BOUGHT | 02/07/22 | M | CALL ASTR  02/18/22  7.50<br>ASTRA SPACE INC CLASS A<br>OPEN CONTRACT<br>Security Number: 8PWQNH7 | 1 | 0.30 | 30.05 | |
| BOUGHT | 02/08/22 | M | CALL MMAT  04/14/22  5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8G36187 | 3 | 0.10 | 30.15 | |
| BOUGHT | 02/08/22 | M | CALL ASTR  02/18/22  5<br>ASTRA SPACE INC CLASS A<br>OPEN CONTRACT<br>Security Number: 8PWQNH5 | 1 | 0.90 | 90.05 | |
| BOUGHT | 02/08/22 | M | CALL ASTR  02/18/22  7.50<br>ASTRA SPACE INC CLASS A<br>OPEN CONTRACT<br>Security Number: 8PWQNH7 | 1 | 0.30 | 30.05 | |
| BOUGHT | 02/08/22 | M | CALL ASTR  02/18/22  7.50<br>ASTRA SPACE INC CLASS A<br>OPEN CONTRACT<br>Security Number: 8PWQNH7 | 1 | 0.35 | 35.05 | |
| BOUGHT | 02/08/22 | M | PUT HOG  02/11/22  30<br>HARLEY DAVIDSON INC<br>OPEN CONTRACT<br>Security Number: 8SKLGW9 | 1 | 0.19 | 19.05 | |

*February 1, 2022 - February 28, 2022*

PAGE 4 OF 14

ACCOUNT NUMBER **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 02/08/22 | M | CALL SPY  02/07/22  451<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8SMRXD2 | 4 | 1.11 | 444.20 | |
| SOLD | 02/08/22 | M | CALL ASTR  02/18/22  5<br>ASTRA SPACE INC CLASS A<br>CLOSING CONTRACT<br>Security Number: 8PWQNH5 | 1 | 0.45 | | 44.93 |
| SOLD | 02/08/22 | M | CALL ASTR  02/18/22  7.50<br>ASTRA SPACE INC CLASS A<br>CLOSING CONTRACT<br>Security Number: 8PWQNH7 | 4 | 0.15 | | 59.78 |
| SOLD | 02/08/22 | M | CALL SPY  02/07/22  451<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8SMRXD2 | 4 | 0.94 | | 375.78 |
| BOUGHT | 02/09/22 | M | CALL MMAT  04/14/22  2<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8G36181 | 1 | 0.30 | 30.05 | |
| BOUGHT | 02/09/22 | M | CALL MMAT  04/14/22  2<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8G36181 | 4 | 0.30 | 120.20 | |
| BOUGHT | 02/09/22 | M | CALL MMAT  04/14/22  2<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8G36181 | 10 | 0.30 | 300.49 | |

*February 1, 2022 - February 28, 2022*

PAGE 5 OF 14

ACCOUNT NUMBER **5MU-73363-13  RR WEA**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 02/09/22 | M | CALL MMAT  04/14/22   2<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8G36181 | 10 | 0.30 | 300.49 | |
| BOUGHT | 02/09/22 | M | CALL MMAT  04/14/22   2<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8G36181 | 17 | 0.30 | 510.84 | |
| BOUGHT | 02/09/22 | M | CALL MMAT  04/14/22   5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8G36187 | 2 | 0.10 | 20.10 | |
| SOLD | 02/10/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 311 | 1.622 | | 504.39 |
| BOUGHT | 02/16/22 | M | ANTERO RESOURCES CORPORATION<br>CUSIP: 03674X106 | 1 | 0.0001 | | |
| BOUGHT | 02/16/22 | M | CEMEX S A B DE C V<br>SPONSOR ADR REP 10 ORD PRTCP<br>CRTS OF CEMEX S A DE C V<br>CUSIP: 151290889 | 1 | 0.0001 | | |
| BOUGHT | 02/16/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 02/16/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 02/16/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |

*February 1, 2022 - February 28, 2022*

PAGE 6 OF 14

ACCOUNT NUMBER **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 02/16/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 02/17/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 23 | 1.84 | 42.32 | |
| SOLD | 02/17/22 | M | ANTERO RESOURCES CORPORATION<br>CUSIP: 03674X106 | 1 | 20.05 | | 20.03 |
| SOLD | 02/17/22 | M | CEMEX S A B DE C V<br>SPONSOR ADR REP 10 ORD PRTCP<br>CRTS OF CEMEX S A DE C V<br>CUSIP: 151290889 | 1 | 5.51 | | 5.49 |
| SOLD | 02/17/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 4 | 4.11 | | 16.42 |
| BOUGHT | 02/23/22 | M | CALL ASTR  04/14/22   5<br>ASTRA SPACE INC CLASS A<br>OPEN CONTRACT<br>Security Number: 8BYCFJ0 | 4 | 0.25 | 100.20 | |
| BOUGHT | 02/23/22 | M | CALL ASTR  04/14/22   5<br>ASTRA SPACE INC CLASS A<br>OPEN CONTRACT<br>Security Number: 8BYCFJ0 | 4 | 0.25 | 100.20 | |
| BOUGHT | 02/23/22 | M | CALL AMD  02/25/22  118<br>ADVANCED MICRO DEVICES INC<br>OPEN CONTRACT<br>Security Number: 8GXHJP9 | 5 | 3.05 | 1,525.25 | |

*February 1, 2022 - February 28, 2022*

PAGE 7 OF 14

ACCOUNT NUMBER  **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 02/23/22 | M | CALL MMAT  04/14/22   3<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8G36183 | 10 | 0.15 | 150.49 | |
| SOLD | 02/23/22 | M | CALL AMD   02/25/22   118<br>ADVANCED MICRO DEVICES INC<br>CLOSING CONTRACT<br>Security Number: 8GXHJP9 | 5 | 3.10 | | 1,549.73 |
| BOUGHT | 02/24/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 333 | 1.6199 | 539.43 | |
| BOUGHT | 02/25/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 500 | 1.6199 | 809.95 | |
| BOUGHT | 02/28/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 1.50 | 150.00 | |
| BOUGHT | 02/28/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 1.50 | 150.00 | |
| BOUGHT | 02/28/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 100 | 1.4999 | 149.99 | |
| BOUGHT | 02/28/22 | M | CALL SPY   02/25/22   434 .<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8SLCKD7 | 2 | 0.35 | 70.10 | |

*February 1, 2022 - February 28, 2022*

PAGE 8 OF 14

ACCOUNT NUMBER  **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 02/28/22 | M | CALL SPY  02/25/22  434 STANDARD & POORS DEPOSITORY OPEN CONTRACT Security Number: 8SLCKD7 | 2 | 0.50 | 100.10 | |
| SOLD | 02/28/22 | M | CALL SPY  02/25/22  434 STANDARD & POORS DEPOSITORY CLOSING CONTRACT Security Number: 8SLCKD7 | 4 | 0.3975 | | 158.78 |
| **Total Buy / Sell Transactions** | | | | | | **$5,873.85** | **$2,735.33** |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 02/01/22 | M | ACH DEPOSIT SEN(20220131531410) | | | | $1,000.00 |
| ACH | 02/16/22 | M | ACH DEPOSIT SEN(20220216089553) | | | | 10,000.00 |
| **Total Funds Paid And Received** | | | | | | | **$11,000.00** |
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| EXPIRED | 02/11/22 | M | PUT HOG  02/11/22  30 HARLEY DAVIDSON INC OPTION EXPIRATION - EXPIRED Security Number: 8SKLGW9 | -1 | | | |
| **Total Miscellaneous Transactions** | | | | | | | |

*February 1, 2022 - February 28, 2022*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 9 OF 14

ACCOUNT NUMBER   **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

**▶ EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES**

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 02/28/22 | 03/01/22 | M | CALL MRNA  03/04/22  165<br>MODERNA INC<br>OPEN CONTRACT<br>Security Number: 8CZHWD6 | 2 | $1.13 | $226.10 | |
| SOLD | 02/28/22 | 03/01/22 | M | CALL MRNA  03/04/22  165<br>MODERNA INC<br>CLOSING CONTRACT<br>Security Number: 8CZHWD6 | -2 | 1.18 | | 235.88 |
| **Total Executed Trades Pending Settlement** | | | | | | | **$226.10** | **$235.88** |

*February 1, 2022 - February 28, 2022*

PAGE **10** OF 14

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶  ANNOUNCEMENTS

**IMPORTANT INFORMATION**

**Statement of Financial Condition**
A copy of Apex Clearing Corporation's Unaudited Statement of Financial Condition as of June 30, 2021 is available on the website at www.apexclearing.com/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation. As of June 30, 2021, Apex Clearing Corporation had a net capital of $407,242,025 and was $359,371,347 in excess of its required net capital of $47,870,678. As of July 31, 2021, Apex Clearing Corporation had a net capital of $416,271,626 and was $370,434,309 in excess of its required net capital of $45,837,317.

**Apex's Policy for Dividends and Interest**
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

**Participation in Fully Paid Lending Program**
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

**Information Regarding Cost Basis for Foreign Account Statements**
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municipal Securities** -  you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

**IMPORTANT INFORMATIO N**

To our valued customers:
FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72
**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**
The preceding notice is required when reporting distributions on Direct Participation Programs  and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular  DPP or REIT will be provided to clients upon request.
**Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**
Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can

*February 1, 2022 - February 28, 2022*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 11 OF 14

ACCOUNT NUMBER    **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶  ANNOUNCEMENTS (CONTINUED)

be accessed on the internet at: **http://public.s3.com/rule606/apex/,** or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009.
SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."
In accordance with the Emergency Economic Stabilization Act of 2008  broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.
• Equity securities acquired on or after January 1, 2011
• Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:
• Debt securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)
Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

## IMPORTANT INFORMATION CONTINUED

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013. The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. **Please note SIPC does not cover commodity contracts and options on futures.** For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection. This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted. This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities. For additional information, please contact your broker.

### FDIC SWEEP PROGRAM
For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the program.

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC up to the maximum applicable insurance limits.  Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov.  Deposit Account balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected as established by current applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org.

### IMPORTANT INFORMATION
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has

*February 1, 2022 - February 28, 2022*

PAGE 12 OF 14

ACCOUNT NUMBER   **5MU-73363-13  RR WEA**



# Webull Financial LLC
## 44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶ ANNOUNCEMENTS (CONTINUED)

designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record.
A brief summary of the content of the Annual Disclosure Statement is as follows:

- Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
- Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
- Margin Disclosure Statement: FINRA Rule 2264 - The information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
- Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing Information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The investor brochure may be obtained from FINRA BrokerCHeck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.
- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/.

## IMPORTANT INFORMATION - Privacy Policy

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

*February 1, 2022 - February 28, 2022*



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 13 OF 14

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

► ANNOUNCEMENTS  (CONTINUED)

**Personal Information Collected**
In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:
- Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
- Information relating to your transactions, including account balances, positions, and activity;
- Information which may be received from consumer reporting agencies, such as credit bureau reports;
- information relating to your creditworthiness;
- Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

**Sharing of Nonpublic Personal Information**
Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

**Security**
Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non- public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers.  As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as  authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

**Access to Your Information**
You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**
Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**
Apex reserves the right to make changes to this policy.

*February 1, 2022 - February 28, 2022*

PAGE 14 OF 14

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS  (CONTINUED)

**How to Get in Touch with Apex about this Privacy Policy**
For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit our sharing of your personal information, please contact:

Apex Clearing Corporation
Attn: Compliance Department 350 N. St. Paul St., Suite 1300
Dallas, Texas 75201
cs@apexclearing.com

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*March 1, 2022 - March 31, 2022*

PAGE 1 OF 24

ACCOUNT NUMBER  **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

CHRISTOPHER COX
2882 MADISON GROVE ROAD
GREENVILLE NC  27858-7237

## ► ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $7,862.88 | $6,421.06 |
| NET ACCOUNT BALANCE | 7,862.88 | 6,421.06 |
| Securities | 35,329.21 | 32,984.17 |
| TOTAL PRICED PORTFOLIO | 35,329.21 | 32,984.17 |
| **Total Equity Holdings** | **$43,192.09** | **$39,405.23** |

## ► PORTFOLIO EQUITY ALLOCATION



Cash
16.295%

Equities
83.705%

ACCOUNT CARRIED BY:
**APEX CLEARING**
**CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number.  **This statement should be retained for income tax purposes.**

IMPORTANT INFORMATION

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January, the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and other charges incurred in connection with listed option transactions occurring during the month have previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure with randomly selects from among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

SIPC Protection. As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities

Any free credit balance represents funds payable on demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

NOTICE TO CUSTOMERS

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009

ACCOUNT SUMMARY:
Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.
INCOME AND EXPENSE SUMMARY:
Lists all income earned during the current statement period, as well as year to date. Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays and Margin Interest Expenses
PORTFOLIO EQUITY ALLOCATION:
The Pie Chart is an estimate for illustrative purposes only.
PORTFOLIO SUMMARY:
Lists all securities held in your account.
MARKET VALUE:
This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities.
Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank.
Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

ESTIMATED ANNUAL INCOME
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.
OPEN ORDERS:
Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
MONEY MARKET ACTIVITY:
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.
DEFINITION OF ACCOUNT TYPES   C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

REALIZED GAIN/LOSS DETAIL AND PORTFOLIO SUMMARY SECTIONS:
Displays mutual funds by average cost, and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) does not reflect wash sales and may not reflect all capital adjustments. Most exchanges reflected on this statement are recorded on a non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

Order Routing
The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*March 1, 2022 - March 31, 2022*

PAGE 2 OF 24

ACCOUNT NUMBER    **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

# Webull Financial LLC
### 44 Wall Street, New York, NY 10005
### customerservice@webull.us

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | M | 19,751 | $1.67 | $32,984.17 | $31,820.00 | 4% | | 83.705% |
| **Total Equities** | | | | | **$32,984.17** | | | | **83.705%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$6,421.06** | | | | **16.295%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$39,405.23** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 03/01/22 | M | CALL MRNA  03/04/22  165 MODERNA INC OPEN CONTRACT Security Number: 8CZHWD6 | 2 | $1.13 | $226.10 | |
| SOLD | 03/01/22 | M | CALL MRNA  03/04/22  165 MODERNA INC CLOSING CONTRACT Security Number: 8CZHWD6 | 2 | 1.18 | | 235.88 |
| BOUGHT | 03/02/22 | M | CALL Z   03/04/22  60 ZILLOW GROUP INC CLASS C OPEN CONTRACT Security Number: 8GHYPQ9 | 5 | 0.72 | 360.25 | |

*March 1, 2022 - March 31, 2022*

PAGE 3 OF 24

ACCOUNT NUMBER **5MU-73363-13  RR WEA**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 03/02/22 | M | PUT SPY  03/02/22  430<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8PJWV7 | 4 | 2.74 | 1,096.20 | |
| SOLD | 03/02/22 | M | CALL Z  03/04/22  60<br>ZILLOW GROUP INC CLASS C<br>CLOSING CONTRACT<br>Security Number: 8GHYPQ9 | 2 | 0.73 | | 145.88 |
| SOLD | 03/02/22 | M | CALL Z  03/04/22  60<br>ZILLOW GROUP INC CLASS C<br>CLOSING CONTRACT<br>Security Number: 8GHYPQ9 | 3 | 0.75 | | 224.83 |
| SOLD | 03/02/22 | M | PUT SPY  03/02/22  430<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8PJWV7 | 4 | 2.36 | | 943.78 |
| BOUGHT | 03/03/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 2 | 2.06 | 4.12 | |
| BOUGHT | 03/07/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 500 | 1.5699 | 784.95 | |
| BOUGHT | 03/07/22 | M | CALL SPY  03/04/22  430<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8GNHRK9 | 4 | 1.98 | 792.20 | |
| SOLD | 03/07/22 | M | CALL SPY  03/04/22  430<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8GNHRK9 | 4 | 2.11 | | 843.78 |

*March 1, 2022 - March 31, 2022*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 4 OF 24

ACCOUNT NUMBER   **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 03/08/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1,198 | 1.5299 | 1,832.82 | |
| BOUGHT | 03/10/22 | M | CALL ASTR  03/18/22   5<br>ASTRA SPACE INC CLASS A<br>OPEN CONTRACT<br>Security Number: 8H48167 | 1 | 0.09 | 9.05 | |
| BOUGHT | 03/10/22 | M | CALL ASTR  03/18/22   5<br>ASTRA SPACE INC CLASS A<br>OPEN CONTRACT<br>Security Number: 8H48167 | 1 | 0.09 | 9.05 | |
| BOUGHT | 03/10/22 | M | CALL ASTR  03/18/22   5<br>ASTRA SPACE INC CLASS A<br>OPEN CONTRACT<br>Security Number: 8H48167 | 1 | 0.09 | 9.05 | |
| BOUGHT | 03/10/22 | M | CALL ASTR  03/18/22   5<br>ASTRA SPACE INC CLASS A<br>OPEN CONTRACT<br>Security Number: 8H48167 | 1 | 0.09 | 9.05 | |
| BOUGHT | 03/14/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1,000 | 1.555 | 1,555.00 | |
| BOUGHT | 03/14/22 | M | CALL ASTR  03/18/22   5<br>ASTRA SPACE INC CLASS A<br>OPEN CONTRACT<br>Security Number: 8H48167 | 1 | 0.08 | 8.05 | |
| BOUGHT | 03/14/22 | M | CALL ASTR  03/18/22   5<br>ASTRA SPACE INC CLASS A<br>OPEN CONTRACT<br>Security Number: 8H48167 | 1 | 0.08 | 8.05 | |

*March 1, 2022 - March 31, 2022*

PAGE 5 OF 24

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

## Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 03/14/22 | M | CALL ASTR 03/18/22 5<br>ASTRA SPACE INC CLASS A<br>OPEN CONTRACT<br>Security Number: 8H48167 | 1 | 0.08 | 8.05 | |
| BOUGHT | 03/14/22 | M | CALL ASTR 03/18/22 5<br>ASTRA SPACE INC CLASS A<br>OPEN CONTRACT<br>Security Number: 8H48167 | 1 | 0.09 | 9.05 | |
| BOUGHT | 03/14/22 | M | CALL ASTR 03/18/22 5<br>ASTRA SPACE INC CLASS A<br>OPEN CONTRACT<br>Security Number: 8H48167 | 1 | 0.07 | 7.05 | |
| BOUGHT | 03/14/22 | M | CALL ASTR 03/18/22 5<br>ASTRA SPACE INC CLASS A<br>OPEN CONTRACT<br>Security Number: 8H48167 | 1 | 0.10 | 10.05 | |
| BOUGHT | 03/14/22 | M | CALL ASTR 03/18/22 5<br>ASTRA SPACE INC CLASS A<br>OPEN CONTRACT<br>Security Number: 8H48167 | 1 | 0.10 | 10.05 | |
| BOUGHT | 03/14/22 | M | CALL ASTR 03/18/22 5<br>ASTRA SPACE INC CLASS A<br>OPEN CONTRACT<br>Security Number: 8H48167 | 1 | 0.10 | 10.05 | |
| BOUGHT | 03/14/22 | M | CALL MMAT 03/18/22 3<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8KXKLS7 | 8 | 0.01 | 8.39 | |

*March 1, 2022 - March 31, 2022*

PAGE 8 OF 24

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 03/14/22 | M | CALL MMAT 03/18/22 3<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8KXKLS7 | 42 | 0.01 | 44.06 | |
| BOUGHT | 03/14/22 | M | CALL MMAT 03/18/22 3<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8KXKLS7 | 5 | 0.02 | 10.25 | |
| BOUGHT | 03/14/22 | M | CALL MMAT 03/18/22 3<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8KXKLS7 | 20 | 0.02 | 40.98 | |
| BOUGHT | 03/14/22 | M | PUT VXX 03/18/22 25<br>IPATH SRS B S&P 500 VIX SHRT<br>OPEN CONTRACT<br>Security Number: 8KZMWT2 | 1 | 0.71 | 71.05 | |
| BOUGHT | 03/14/22 | M | PUT VXX 03/18/22 25<br>IPATH SRS B S&P 500 VIX SHRT<br>OPEN CONTRACT<br>Security Number: 8KZMWT2 | 1 | 0.71 | 71.05 | |
| BOUGHT | 03/14/22 | M | CALL AMD 03/11/22 107<br>ADVANCED MICRO DEVICES INC<br>OPEN CONTRACT<br>Security Number: 8SLJCC0 | 5 | 0.88 | 440.25 | |
| SOLD | 03/14/22 | M | CALL AMD 03/11/22 107<br>ADVANCED MICRO DEVICES INC<br>CLOSING CONTRACT<br>Security Number: 8SLJCC0 | 5 | 0.65 | | 324.73 |

*March 1, 2022 - March 31, 2022*



## Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 7 OF 24

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

► ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 03/15/22 | M | PUT VXX  03/18/22  25<br>IPATH SRS B S&P 500 VIX SHRT<br>CLOSING CONTRACT<br>Security Number: 8KZMWT2 | 2 | 0.60 | | 119.88 |
| BOUGHT | 03/16/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1 | 1.4089 | 1.41 | |
| BOUGHT | 03/16/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 500 | 1.4687 | 734.35 | |
| BOUGHT | 03/16/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 500 | 1.515 | 757.50 | |
| BOUGHT | 03/16/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 500 | 1.43 | 715.00 | |
| BOUGHT | 03/16/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 744 | 1.4088 | 1,048.15 | |
| BOUGHT | 03/16/22 | M | CALL MMAT  04/14/22  2<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8G36181 | 3 | 0.16 | 48.15 | |
| BOUGHT | 03/16/22 | M | CALL MMAT  04/14/22  3<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8G36183 | 5 | 0.07 | 35.25 | |

*March 1, 2022 - March 31, 2022*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 8 OF 24

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 03/16/22 | M | CALL MMAT  04/14/22   3<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8G36183 | 5 | 0.07 | 35.25 | |
| BOUGHT | 03/16/22 | M | CALL MMAT  04/14/22   5<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8G36187 | 13 | 0.03 | 39.64 | |
| SOLD | 03/16/22 | M | CALL ASTR  04/14/22   5<br>ASTRA SPACE INC CLASS A<br>CLOSING CONTRACT<br>Security Number: 8BYCFJO | 8 | 0.26 | | 207.58 |
| SOLD | 03/16/22 | M | CALL ASTR  03/18/22   5<br>ASTRA SPACE INC CLASS A<br>CLOSING CONTRACT<br>Security Number: 8H48167 | 12 | 0.10 | | 119.37 |
| SOLD | 03/17/22 | M | CALL MMAT  03/18/22   3<br>META MATLS INC<br>CLOSING CONTRACT<br>Security Number: 8KXKLS7 | 2 | 0.01 | | 1.88 |
| SOLD | 03/17/22 | M | CALL MMAT  03/18/22   3<br>META MATLS INC<br>CLOSING CONTRACT<br>Security Number: 8KXKLS7 | 4 | 0.01 | | 3.78 |
| SOLD | 03/17/22 | M | CALL MMAT  03/18/22   3<br>META MATLS INC<br>CLOSING CONTRACT<br>Security Number: 8KXKLS7 | 4 | 0.01 | | 3.78 |

*March 1, 2022 - March 31, 2022*

PAGE 9 OF 24

ACCOUNT NUMBER  **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 03/18/22 | M | CALL MMAT 07/15/22 2<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8KHPSM0 | 1 | 0.49 | 49.05 | |
| BOUGHT | 03/18/22 | M | CALL MMAT 07/15/22 2<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8KHPSM0 | 1 | 0.49 | 49.05 | |
| SOLD | 03/18/22 | M | CALL MMAT 03/18/22 3<br>META MATLS INC<br>CLOSING CONTRACT<br>Security Number: 8KXKLS7 | 56 | 0.01 | | 53.12 |
| BOUGHT | 03/21/22 | M | UNITED STATES OIL FUND LP<br>SHARES OF UNITED STATES OIL<br>FUND LP<br>CUSIP: 91232N207 | 3 | 73.40 | 220.20 | |
| SOLD | 03/21/22 | M | UNITED STATES OIL FUND LP<br>SHARES OF UNITED STATES OIL<br>FUND LP<br>CUSIP: 91232N207 | 3 | 73.50 | | 220.48 |
| BOUGHT | 03/22/22 | M | CALL MMAT 07/15/22 2<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8KHPSM0 | 2 | 0.49 | 98.10 | |
| BOUGHT | 03/23/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 5 | 1.8399 | 9.20 | |

*March 1, 2022 - March 31, 2022*

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **10** OF 24

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 03/23/22 | M | CALL MMAT 07/15/22  4<br>META MATLS INC<br>OPEN CONTRACT<br>Security Number: 8KHPTH8 | 1 | 0.20 | 20.05 | |
| BOUGHT | 03/24/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1 | 1.91 | 1.91 | |
| BOUGHT | 03/24/22 | M | CALL XOM  04/14/22  85<br>EXXON MOBIL CORP<br>OPEN CONTRACT<br>Security Number: 8NNWQC2 | 4 | 2.32 | 928.20 | |
| SOLD | 03/24/22 | M | CALL MMAT  04/14/22  2<br>META MATLS INC<br>CLOSING CONTRACT<br>Security Number: 8G36181 | 60 | 0.26 | | 1,556.91 |
| SOLD | 03/24/22 | M | CALL MMAT  04/14/22  3<br>META MATLS INC<br>CLOSING CONTRACT<br>Security Number: 8G36183 | 20 | 0.06 | | 118.97 |
| SOLD | 03/24/22 | M | CALL MMAT  07/15/22  2<br>META MATLS INC<br>CLOSING CONTRACT<br>Security Number: 8KHPSM0 | 1 | 0.56 | | 55.93 |
| SOLD | 03/24/22 | M | CALL MMAT  07/15/22  2<br>META MATLS INC<br>CLOSING CONTRACT<br>Security Number: 8KHPSM0 | 3 | 0.58 | | 173.83 |

*March 1, 2022 - March 31, 2022*

PAGE 11 OF 24

ACCOUNT NUMBER    **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 03/24/22 | M | CALL MMAT 07/15/22 4<br>META MATLS INC<br>CLOSING CONTRACT<br>Security Number: 8KHPTH8 | 1 | 0.21 | | 20.93 |
| BOUGHT | 03/25/22 | M | CEMEX S A B DE C V<br>SPONSOR ADR REP 10 ORD PRTCP<br>CRTS OF CEMEX S A DE C V<br>CUSIP: 151290889 | 1 | 0.0001 | | |
| BOUGHT | 03/25/22 | M | EXXON MOBIL CORP<br>CUSIP: 30231G102 | 1 | 83.78 | 83.78 | |
| BOUGHT | 03/25/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 03/25/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 03/25/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 03/25/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 03/25/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 03/25/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |

*March 1, 2022 - March 31, 2022*

PAGE 12 OF 24

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 03/25/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 03/25/22 | M | CALL F   01/20/23  20<br>FORD MOTOR COMPANY<br>OPEN CONTRACT<br>Security Number: 8CYFTL1 | 6 | 1.57 | 942.29 | |
| BOUGHT | 03/25/22 | M | CALL AAPL  03/25/22  172.50<br>APPLE INC<br>OPEN CONTRACT<br>Security Number: 8PLGKV4 | 10 | 0.84 | 840.49 | |
| BOUGHT | 03/25/22 | M | CALL SPY  03/25/22  448<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8SMGZC3 | 6 | 1.86 | 1,116.29 | |
| SOLD | 03/25/22 | M | CALL F   01/20/23  20<br>FORD MOTOR COMPANY<br>CLOSING CONTRACT<br>Security Number: 8CYFTL1 | 6 | 1.55 | | 929.69 |
| SOLD | 03/25/22 | M | CALL MMAT  04/14/22  5<br>META MATLS INC<br>CLOSING CONTRACT<br>Security Number: 8G36187 | 33 | 0.02 | | 64.30 |
| SOLD | 03/25/22 | M | CALL MMAT  04/14/22  6<br>META MATLS INC<br>CLOSING CONTRACT<br>Security Number: 8G36190 | 1 | 0.01 | | 0.93 |

*March 1, 2022 - March 31, 2022*

PAGE 13 OF 24

ACCOUNT NUMBER  **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 03/25/22 | M | CALL XOM  04/14/22  85<br>EXXON MOBIL CORP<br>CLOSING CONTRACT<br>Security Number: 8NNWQC2 | 4 | 2.43 | | 971.78 |
| SOLD | 03/25/22 | M | CALL AAPL  03/25/22  172.50<br>APPLE INC<br>CLOSING CONTRACT<br>Security Number: 8PLGKV4 | 10 | 0.86 | | 859.48 |
| SOLD | 03/25/22 | M | CALL SPY  03/25/22  448<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8SMGZC3 | 6 | 1.97 | | 1,181.69 |
| BOUGHT | 03/28/22 | M | CEMEX S A B DE C V<br>SPONSOR ADR REP 10 ORD PRTCP<br>CRTS OF CEMEX S A DE C V<br>CUSIP: 151290889 | 1 | 0.0001 | | |
| BOUGHT | 03/28/22 | M | FORD MOTOR CO<br>PAR $0.01<br>CUSIP: 345370860 | 1 | 0.0001 | | |
| BOUGHT | 03/28/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 03/28/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 03/28/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |

*March 1, 2022 - March 31, 2022*

PAGE **14** OF 24

ACCOUNT NUMBER   **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 03/28/22 | M | GENWORTH FINANCIAL INC COM CL A CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 03/28/22 | M | GENWORTH FINANCIAL INC COM CL A CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 03/28/22 | M | CALL MARA  04/14/22  35 MARATHON DIGITAL HOLDINGS INC OPEN CONTRACT Security Number: 8SKSSW0 | 11 | 0.919091 | 1,011.54 | |
| BOUGHT | 03/28/22 | M | CALL SPY  03/25/22  453 STANDARD & POORS DEPOSITORY OPEN CONTRACT Security Number: 8SMGZD3 | 10 | 1 | 1,000.49 | |
| SOLD | 03/28/22 | M | CEMEX S A B DE C V SPONSOR ADR REP 10 ORD PRTCP CRTS OF CEMEX S A DE C V CUSIP: 151290889 | 1 | 5.19 | | 5.17 |
| SOLD | 03/28/22 | M | EXXON MOBIL CORP CUSIP: 30231G102 | 1 | 84.2801 | | 84.26 |
| SOLD | 03/28/22 | M | GENWORTH FINANCIAL INC COM CL A CUSIP: 37247D106 | 7 | 3.72 | | 26.02 |
| SOLD | 03/28/22 | M | CALL MMAT  04/14/22  5 META MATLS INC CLOSING CONTRACT Security Number: 8G36187 | 17 | 0.02 | | 33.11 |

*March 1, 2022 - March 31, 2022*

PAGE 15 OF 24

ACCOUNT NUMBER   **5MU-73363-13 RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 03/28/22 | M | CALL MARA  04/14/22  35<br>MARATHON DIGITAL HOLDINGS INC<br>CLOSING CONTRACT<br>Security Number: 8SKSSW0 | 11 | 0.95 | | 1,044.43 |
| SOLD | 03/28/22 | M | CALL SPY  03/25/22  453<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8SMGZD3 | 10 | 1.02 | | 1,019.48 |
| BOUGHT | 03/29/22 | M | MARATHON DIGITAL HLDGS INC<br>COMMON STOCK<br>CUSIP: 565788106 | 1 | 28.36 | 28.36 | |
| BOUGHT | 03/29/22 | M | PUT AMD  04/01/22  117<br>ADVANCED MICRO DEVICES INC<br>OPEN CONTRACT<br>Security Number: 8BXJTY4 | 3 | 1.45 | 435.15 | |
| BOUGHT | 03/29/22 | M | PUT AMD  04/01/22  117<br>ADVANCED MICRO DEVICES INC<br>OPEN CONTRACT<br>Security Number: 8BXJTY4 | 6 | 1.56 | 936.29 | |
| BOUGHT | 03/29/22 | M | PUT AMD  04/01/22  117<br>ADVANCED MICRO DEVICES INC<br>OPEN CONTRACT<br>Security Number: 8BXJTY4 | 4 | 1.53 | 612.20 | |
| BOUGHT | 03/29/22 | M | CALL LMT  04/01/22  455<br>LOCKHEED MARTIN CORP<br>OPEN CONTRACT<br>Security Number: 8SMZZD2 | 1 | 3.60 | 360.05 | |

*March 1, 2022 - March 31, 2022*

PAGE 18 OF 24

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 03/29/22 | M | CEMEX S A B DE C V<br>SPONSOR ADR REP 10 ORD PRTCP<br>CRTS OF CEMEX S A DE C V<br>CUSIP: 151290889 | 1 | 5.21 | | 5.19 |
| SOLD | 03/29/22 | M | FORD MOTOR CO<br>PAR $0.01<br>CUSIP: 345370860 | 1 | 16.84 | | 16.82 |
| SOLD | 03/29/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 5 | 3.61 | | 18.03 |
| SOLD | 03/29/22 | M | MARATHON DIGITAL HLDGS INC<br>COMMON STOCK<br>CUSIP: 565788106 | 1 | 28.73 | | 28.71 |
| SOLD | 03/29/22 | M | CALL LMT  04/01/22  455<br>LOCKHEED MARTIN CORP<br>CLOSING CONTRACT<br>Security Number: BSMZZD2 | 1 | 3.40 | | 339.93 |
| BOUGHT | 03/30/22 | M | CALL QQQ  03/30/22  370<br>INVESCO QQQ TRUST SERIES 1<br>OPEN CONTRACT<br>Security Number: BKDGCH4 | 6 | 1.66 | 996.29 | |
| BOUGHT | 03/30/22 | M | CALL MSFT  04/01/22  320<br>MICROSOFT CORP<br>OPEN CONTRACT<br>Security Number: BSNBNN6 | 1 | 0.83 | 83.05 | |
| BOUGHT | 03/30/22 | M | CALL MSFT  04/01/22  320<br>MICROSOFT CORP<br>OPEN CONTRACT<br>Security Number: BSNBNN6 | 1 | 0.88 | 88.05 | |

*March 1, 2022 - March 31, 2022*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **17** OF 24

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 03/30/22 | M | PUT AMD  04/01/22  117<br>ADVANCED MICRO DEVICES INC<br>CLOSING CONTRACT<br>Security Number: 8BXJTY4 | 6 | 0.86 | | 515.69 |
| SOLD | 03/30/22 | M | PUT AMD  04/01/22  117<br>ADVANCED MICRO DEVICES INC<br>CLOSING CONTRACT<br>Security Number: 8BXJTY4 | 7 | 0.82 | | 573.63 |
| SOLD | 03/30/22 | M | CALL QQQ  03/30/22  370<br>INVESCO QQQ TRUST SERIES 1<br>CLOSING CONTRACT<br>Security Number: 8KDGCH4 | 6 | 1.816667 | | 1,089.69 |
| SOLD | 03/31/22 | M | CALL MSFT  04/01/22  320<br>MICROSOFT CORP<br>CLOSING CONTRACT<br>Security Number: 8SNBNN6 | 2 | 0.72 | | 143.88 |
| **Total Buy / Sell Transactions** | | | | | | **$20,769.05** | **$14,327.23** |
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 03/23/22 | M | ACH DEPOSIT<br>SEN(20220323168375) | | | | $5,000.00 |
| **Total Funds Paid And Received** | | | | | | | **$5,000.00** |

*March 1, 2022 - March 31, 2022*

PAGE 18 OF 24

ACCOUNT NUMBER  **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

## MISCELLANEOUS TRANSACTIONS

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| EXPIRED | 03/18/22 | M | CALL MMAT 03/18/22  3<br>META MATLS INC<br>OPTION EXPIRATION - EXPIRED<br>Security Number: 8KXKLS7 | -9 | | | |

**Total Miscellaneous Transactions**

▶ **EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES**

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 03/30/22 | 04/01/22 | M | CAMBER ENERGY INC<br>COMMON STOCK<br>CUSIP: 13200M508 | 1,000 | $0.86 | $860.00 | |
| BOUGHT | 03/30/22 | 04/01/22 | M | WESTWATER RESOURCES INC<br>COMMON STOCK<br>CUSIP: 961684206 | 1,000 | 1.97 | 1,970.00 | |
| BOUGHT | 03/31/22 | 04/01/22 | M | CALL MSFT  04/01/22  320<br>MICROSOFT CORP<br>OPEN CONTRACT<br>Security Number: 8SNBNN6 | 2 | 0.32 | 64.10 | |
| SOLD | 03/31/22 | 04/04/22 | M | CAMBER ENERGY INC<br>COMMON STOCK<br>CUSIP: 13200M508 | -1,000 | 0.8385 | | 838.36 |
| SOLD | 03/31/22 | 04/04/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | -751 | 1.74 | | 1,306.63 |

*March 1, 2022 - March 31, 2022*



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **19** OF 24

ACCOUNT NUMBER    **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ EXECUTED TRADES PENDING SETTLEMENT (CONTINUED)

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| SOLD | 03/31/22 | 04/04/22 | M | WESTWATER RESOURCES INC COMMON STOCK CUSIP: 961684206 | -1,000 | 2.0007 | | 2,000.55 |
| **Total Executed Trades Pending Settlement** | | | | | | | **$2,894.10** | **$4,145.54** |

*March 1, 2022 - March 31, 2022*

PAGE 20 OF 24

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

---

► ANNOUNCEMENTS

**IMPORTANT INFORMATION**

**Statement of Financial Condition**
A copy of Apex Clearing Corporation's Unaudited Statement of Financial Condition as of June 30, 2021 is available on the website at www.apexclearing.com/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation.  As of June 30, 2021, Apex Clearing Corporation had a net capital of $407,242,025 and was $359,371,347 in excess of its required net capital of $47,870,678.  As of July 31, 2021, Apex Clearing Corporation had a net capital of $416,271,626 and was $370,434,309 in excess of its required net capital of $45,837,317.

**Apex's Policy for Dividends and Interest**
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

**Participation in Fully Paid Lending Program**
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

**Information Regarding Cost Basis for Foreign Account Statements**
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municipal Securities -**  you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

**IMPORTANT INFORMATIO N**

To our valued customers:
FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72
**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**
The preceding notice is required when reporting distributions on Direct Participation Programs  and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular  DPP or REIT will be provided to clients upon request.
**Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**
Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can

*March 1, 2022 - March 31, 2022*

PAGE 21 OF 24

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**



# Webull Financial LLC
## 44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶ **ANNOUNCEMENTS** (CONTINUED)

be accessed on the Internet at: **http://public.s3.com/rule606/apex/**, or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009.
SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."
In accordance with the Emergency Economic Stabilization Act of 2008 broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.
•Equity securities acquired on or after January 1, 2011
•Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:
•Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)
Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

**IMPORTANT INFORMATION CONTINUED**

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013. The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. **Please note SIPC does not cover commodity contracts and options on futures.** For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection. This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted. This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities. For additional information, please contact your broker.

**FDIC SWEEP PROGRAM**
For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the program.

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC up to the maximum applicable insurance limits. Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov. Deposit Account balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected as established by current applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org.

**IMPORTANT INFORMATION**
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has

*March 1, 2022 - March 31, 2022*

PAGE **22** OF 24

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶  ANNOUNCEMENTS (CONTINUED)

designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record.
A brief summary of the content of the Annual Disclosure Statement is as follows:

- Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
- Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
- Margin Disclosure Statement: FINRA Rule 2264 - The information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
- Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The investor brochure may be obtained from FINRA BrokerCHeck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.
- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/.

## IMPORTANT INFORMATION - Privacy Policy

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

*March 1, 2022 - March 31, 2022*

PAGE 23 OF 24

ACCOUNT NUMBER    **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

**Personal Information Collected**
In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:
• Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
• Information relating to your transactions, including account balances, positions, and activity;
• Information which may be received from consumer reporting agencies, such as credit bureau reports;
• information relating to your creditworthiness;
• Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

**Sharing of Nonpublic Personal Information**
Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

**Security**
Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non- public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers. As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

**Access to Your Information**
You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**
Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**
Apex reserves the right to make changes to this policy.

*March 1, 2022 - March 31, 2022*

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

**How to Get in Touch with Apex about this Privacy Policy**
For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit our sharing of your personal information, please contact:

Apex Clearing Corporation
Attn: Compliance Department 350 N. St. Paul St., Suite 1300
Dallas, Texas 75201
cs@apexclearing.com

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC
**44 Wall Street, New York, NY 10005**
customerservice@webull.us

*April 1, 2022 - April 30, 2022*

PAGE 1 OF 20

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

CHRISTOPHER COX
2882 MADISON GROVE ROAD
GREENVILLE NC  27858-7237

### ► ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $6,421.06 | $3,899.03 |
| NET ACCOUNT BALANCE | 6,421.06 | 3,899.03 |
| Securities | 32,984.17 | 31,200.00 |
| TOTAL PRICED PORTFOLIO | 32,984.17 | 31,200.00 |
| **Total Equity Holdings** | **$39,405.23** | **$35,099.03** |

### ► PORTFOLIO EQUITY ALLOCATION

Cash
11.109%

Equities
88.891%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

**IMPORTANT INFORMATION**

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account are required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January, the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month have previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure with randomly selects from among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

SIPC Protection. As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

**NOTICE TO CUSTOMERS**

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain as customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009

**ACCOUNT SUMMARY:**
Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.

**INCOME AND EXPENSE SUMMARY:**
Lists all income earned during the current statement period, as well as year to date. Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays and Margin Interest Expenses.

**PORTFOLIO EQUITY ALLOCATION:**
The Pie Chart is an estimate for illustrative purposes only.

**PORTFOLIO SUMMARY:**
Lists all securities held in your account.

**MARKET VALUE:**
This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities.
Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank.
Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

**ESTIMATED ANNUAL INCOME**
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.

**OPEN ORDERS:**
Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).

**MONEY MARKET ACTIVITY:**
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.
**DEFINITION OF ACCOUNT TYPES**: C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

**REALIZED GAIN/LOSS DETAIL AND PORTFOLIO SUMMARY SECTIONS:**
Displays mutual funds by average cost and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following settlement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) does not reflect wash sales and may not reflect all capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

**Order Routing**
The SEC requires all broker-dealers that execute orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues in which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*April 1, 2022 - April 30, 2022*

PAGE 2 OF 20

ACCOUNT NUMBER   **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

## ► PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | M | 26,000 | $1.20 | $31,200.00 | $32,984.17 | -5% | | 88.891% |
| **Total Equities** | | | | | **$31,200.00** | | | | **88.891%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$3,899.03** | | | | **11.109%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$35,099.03** | | | | |

## ► ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 04/01/22 | M | CAMBER ENERGY INC COMMON STOCK CUSIP: 13200M508 | 1,000 | $0.86 | $860.00 | |
| BOUGHT | 04/01/22 | M | WESTWATER RESOURCES INC COMMON STOCK CUSIP: 961684206 | 1,000 | 1.97 | 1,970.00 | |
| BOUGHT | 04/01/22 | M | CALL MSFT  04/01/22  320 MICROSOFT CORP OPEN CONTRACT Security Number: 8SNBNN6 | 2 | 0.32 | 64.10 | |
| SOLD | 04/04/22 | M | CAMBER ENERGY INC COMMON STOCK CUSIP: 13200M508 | 1,000 | 0.8385 | | 838.36 |

*April 1, 2022 - April 30, 2022*

**PAGE 3 OF 20**

ACCOUNT NUMBER   **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 04/04/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 751 | 1.74 | | 1,306.63 |
| SOLD | 04/04/22 | M | WESTWATER RESOURCES INC<br>COMMON STOCK<br>CUSIP: 961684206 | 1,000 | 2.0007 | | 2,000.55 |
| SOLD | 04/04/22 | M | CALL MSFT  04/01/22  320<br>MICROSOFT CORP<br>CLOSING CONTRACT<br>Security Number: 8SNBNN6 | 2 | 0.02 | | 3.88 |
| BOUGHT | 04/05/22 | M | CALL AAPL  04/08/22  180<br>APPLE INC<br>OPEN CONTRACT<br>Security Number: 8KXPTY6 | 10 | 0.87 | 870.49 | |
| SOLD | 04/05/22 | M | CALL AAPL  04/08/22  180<br>APPLE INC<br>CLOSING CONTRACT<br>Security Number: 8KXPTY6 | 10 | 0.88 | | 879.50 |
| BOUGHT | 04/07/22 | M | PUT UVXY  04/08/22  14<br>PROSHARES ULTRA VIX SHORT TERM<br>OPEN CONTRACT<br>Security Number: 8LLMYS4 | 10 | 0.54 | 540.49 | |
| BOUGHT | 04/07/22 | M | CALL QQQ  04/06/22  354<br>INVESCO QQQ TRUST SERIES 1<br>OPEN CONTRACT<br>Security Number: 8SNPNQ7 | 5 | 1.49 | 745.25 | |
| BOUGHT | 04/07/22 | M | CALL QQQ  04/06/22  354<br>INVESCO QQQ TRUST SERIES 1<br>OPEN CONTRACT<br>Security Number: 8SNPNQ7 | 10 | 1.09 | 1,090.49 | |

*April 1, 2022 - April 30, 2022*

PAGE 4 OF 20

ACCOUNT NUMBER  **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 04/07/22 | M | PUT UVXY  04/08/22  14<br>PROSHARES ULTRA VIX SHORT TERM<br>CLOSING CONTRACT<br>Security Number: 8LLMYS4 | 10 | 0.43 | | 429.48 |
| SOLD | 04/07/22 | M | CALL QQQ  04/06/22  354<br>INVESCO QQQ TRUST SERIES 1<br>CLOSING CONTRACT<br>Security Number: 8SNPNQ7 | 5 | 1.71 | | 854.73 |
| SOLD | 04/07/22 | M | CALL QQQ  04/06/22  354<br>INVESCO QQQ TRUST SERIES 1<br>CLOSING CONTRACT<br>Security Number: 8SNPNQ7 | 10 | 1.22 | | 1,219.48 |
| BOUGHT | 04/08/22 | M | PUT SPY  04/08/22  440<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8LKBPH0 | 1 | 0.72 | 72.05 | |
| BOUGHT | 04/08/22 | M | CALL SPY  04/08/22  450<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8LKBPS7 | 10 | 0.89 | 890.49 | |
| BOUGHT | 04/08/22 | M | PUT SPY  04/08/22  443<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8NPYHB9 | 10 | 0.80 | 800.49 | |
| BOUGHT | 04/08/22 | M | PUT SPY  04/08/22  448<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8NPYHN5 | 10 | 0.94 | 940.49 | |

*April 1, 2022 - April 30, 2022*

PAGE 5 OF 20

ACCOUNT NUMBER  **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 04/08/22 | M | PUT SPY  04/08/22  440<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8LKBPHO | 1 | 0.77 | | 76.93 |
| SOLD | 04/08/22 | M | CALL SPY  04/08/22  450<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8LKBPS7 | 10 | 0.92 | | 919.50 |
| SOLD | 04/08/22 | M | PUT SPY  04/08/22  443<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8NPYHB9 | 10 | 0.81 | | 809.48 |
| SOLD | 04/08/22 | M | PUT SPY  04/08/22  448<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8NPYHN5 | 10 | 0.97 | | 969.48 |
| BOUGHT | 04/12/22 | M | CAMBER ENERGY INC<br>COMMON STOCK<br>CUSIP: 13200M508 | 1,000 | 0.772 | 772.00 | |
| BOUGHT | 04/12/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1,000 | 1.495 | 1,495.00 | |
| BOUGHT | 04/12/22 | M | WESTWATER RESOURCES INC<br>COMMON STOCK<br>CUSIP: 961684206 | 1,000 | 1.64 | 1,640.00 | |
| BOUGHT | 04/12/22 | M | CALL GLD  04/14/22  185<br>SPDR GOLD TR<br>OPEN CONTRACT<br>Security Number: 8PHSWY0 | 10 | 0.25 | 250.49 | |

*April 1, 2022 - April 30, 2022*

PAGE 8 OF 20

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 04/12/22 | M | CAMBER ENERGY INC COMMON STOCK CUSIP: 13200M508 | 1,000 | 0.7605 | | 760.36 |
| SOLD | 04/12/22 | M | WESTWATER RESOURCES INC COMMON STOCK CUSIP: 961684206 | 1,000 | 1.7112 | | 1,711.06 |
| SOLD | 04/12/22 | M | CALL GLD  04/14/22  185 SPDR GOLD TR CLOSING CONTRACT Security Number: 8PHSWY0 | 10 | 0.27 | | 269.48 |
| BOUGHT | 04/13/22 | M | CALL AAPL  04/14/22  170 APPLE INC OPEN CONTRACT Security Number: 8BYGSY5 | 4 | 1.26 | 504.20 | |
| BOUGHT | 04/13/22 | M | CALL SPY  04/14/22  443 STANDARD & POORS DEPOSITORY OPEN CONTRACT Security Number: 8CSGYV0 | 5 | 0.83 | 415.25 | |
| BOUGHT | 04/13/22 | M | PUT AAPL  04/14/22  167.50 APPLE INC OPEN CONTRACT Security Number: 8PKVTC9 | 5 | 1 | 500.25 | |
| BOUGHT | 04/13/22 | M | CALL SPY  04/13/22  445 STANDARD & POORS DEPOSITORY OPEN CONTRACT Security Number: 8PLFGJ2 | 5 | 0.94 | 470.25 | |
| BOUGHT | 04/13/22 | M | PUT SPY  04/13/22  442 STANDARD & POORS DEPOSITORY OPEN CONTRACT Security Number: 8SNQKB0 | 1 | 1.63 | 163.05 | |

*April 1, 2022 - April 30, 2022*

ACCOUNT NUMBER   **5MU-73363-13 RR WEA**

PAGE 7 OF 20

**CHRISTOPHER COX**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 04/13/22 | M | CALL AAPL  04/14/22  170<br>APPLE INC<br>CLOSING CONTRACT<br>Security Number: 8SYGSY5 | 4 | 1.27 | | 507.79 |
| SOLD | 04/13/22 | M | CALL SPY  04/13/22  443<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8CSGYV0 | 5 | 0.79 | | 394.73 |
| SOLD | 04/13/22 | M | PUT AAPL  04/14/22  167.50<br>APPLE INC<br>CLOSING CONTRACT<br>Security Number: 8PKVTC9 | 5 | 1.03 | | 514.73 |
| SOLD | 04/13/22 | M | CALL SPY  04/13/22  445<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8PLFGJ2 | 5 | 0.94 | | 469.73 |
| SOLD | 04/13/22 | M | PUT SPY  04/13/22  442<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8SNQKB0 | 1 | 1.58 | | 157.93 |
| BOUGHT | 04/18/22 | M | PUT TWTR  04/22/22  44<br>TWITTER INC<br>OPEN CONTRACT<br>Security Number: 8PJHCT9 | 1 | 2.02 | 202.05 | |
| BOUGHT | 04/18/22 | M | CALL SPY  04/14/22  442<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8SGTJJ8 | 4 | 0.39 | 156.20 | |

*April 1, 2022 – April 30, 2022*

PAGE 8 OF 20

ACCOUNT NUMBER   **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 04/18/22 | M | CALL SPY  04/14/22  442<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8SGTJJ8 | 5 | 1.01 | 505.25 | |
| BOUGHT | 04/18/22 | M | CALL SPY  04/14/22  442<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8SGTJJ8 | 5 | 0.30 | 150.25 | |
| BOUGHT | 04/18/22 | M | CALL AAPL  04/29/22  170<br>APPLE INC<br>OPEN CONTRACT<br>Security Number: 8SPPVY7 | 4 | 2.63 | 1,052.20 | |
| SOLD | 04/18/22 | M | CALL SPY  04/14/22  442<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8SGTJJ8 | 4 | 0.42 | | 167.78 |
| SOLD | 04/18/22 | M | CALL SPY  04/14/22  442<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8SGTJJ8 | 5 | 1.06 | | 529.73 |
| SOLD | 04/18/22 | M | CALL SPY  04/14/22  442<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8SGTJJ8 | 5 | 0.35 | | 174.73 |
| SOLD | 04/19/22 | M | PUT TWTR  04/22/22  44<br>TWITTER INC<br>CLOSING CONTRACT<br>Security Number: 8PJHCT9 | 1 | 0.96 | | 95.93 |

*April 1, 2022 – April 30, 2022*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 9 OF 20

ACCOUNT NUMBER   **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 04/19/22 | S | TWITTER INC<br>COVER SHORT.<br>CUSIP: 90184L102 | 1 | 46 | 46.00 | |
| SOLD | 04/19/22 | S | TWITTER INC<br>SHORT.<br>CUSIP: 90184L102 | 1 | 45.69 | | 45.67 |
| BOUGHT | 04/20/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1,000 | 1.42 | 1,420.00 | |
| BOUGHT | 04/20/22 | M | CALL AAPL  04/29/22  170<br>APPLE INC<br>OPEN CONTRACT<br>Security Number: 8SPPVY7 | 4 | 2.42 | 968.20 | |
| BOUGHT | 04/20/22 | M | CALL AAPL  04/29/22  170<br>APPLE INC<br>OPEN CONTRACT<br>Security Number: 8SPPVY7 | 4 | 2.33 | 932.20 | |
| BOUGHT | 04/20/22 | M | CALL NIO  04/29/22  20<br>NIO INC ADS<br>OPEN CONTRACT<br>Security Number: 8SPVPM3 | 5 | 0.93 | 465.25 | |
| SOLD | 04/20/22 | M | CALL AAPL  04/29/22  170<br>APPLE INC<br>CLOSING CONTRACT<br>Security Number: 8SPPVY7 | 4 | 2.51 | | 1,003.78 |
| SOLD | 04/20/22 | M | CALL AAPL  04/29/22  170<br>APPLE INC<br>CLOSING CONTRACT<br>Security Number: 8SPPVY7 | 4 | 2.70 | | 1,079.78 |

*April 1, 2022 - April 30, 2022*

PAGE 10 OF 20

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER   **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 04/20/22 | M | CALL AAPL  04/29/22  170<br>APPLE INC<br>CLOSING CONTRACT<br>Security Number: 8SPPVY7 | 4 | 2.54 | | 1,015.78 |
| SOLD | 04/20/22 | M | CALL NIO  04/29/22  20<br>NIO INC ADS<br>CLOSING CONTRACT<br>Security Number: 8SPVPM3 | 5 | 0.95 | | 474.73 |
| BOUGHT | 04/21/22 | M | CALL SPY  04/20/22  448<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8LKYFL1 | 10 | 0.59 | 590.49 | |
| BOUGHT | 04/21/22 | M | CALL SPY  04/20/22  448<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8LKYFL1 | 10 | 0.40 | 400.49 | |
| BOUGHT | 04/21/22 | M | CALL FB  04/22/22  210<br>META PLATFORMS INC CL A<br>OPEN CONTRACT<br>Security Number: 8NRNHQ2 | 5 | 3 | 1,500.25 | |
| BOUGHT | 04/21/22 | M | CALL NIO  04/29/22  20<br>NIO INC ADS<br>OPEN CONTRACT<br>Security Number: 8SPVPM3 | 5 | 0.45 | 225.25 | |
| BOUGHT | 04/21/22 | M | CALL NIO  04/29/22  20<br>NIO INC ADS<br>OPEN CONTRACT<br>Security Number: 8SPVPM3 | 5 | 0.60 | 300.25 | |

*April 1, 2022 - April 30, 2022*

PAGE **11** OF 20

ACCOUNT NUMBER   **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

## ► ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 04/21/22 | M | CALL NIO  04/29/22  20<br>NIO INC ADS<br>OPEN CONTRACT<br>Security Number: 8SPVPM3 | 5 | 0.41 | 205.25 | |
| SOLD | 04/21/22 | M | CALL SPY  04/20/22  448<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8LKYFL1 | 20 | 0.31 | | 618.97 |
| SOLD | 04/21/22 | M | CALL FB   04/22/22  210<br>META PLATFORMS INC CL A<br>CLOSING CONTRACT<br>Security Number: 8NRNHQ2 | 5 | 3.38 | | 1,689.73 |
| SOLD | 04/21/22 | M | CALL NIO  04/29/22  20<br>NIO INC ADS<br>CLOSING CONTRACT<br>Security Number: 8SPVPM3 | 5 | 0.54 | | 269.73 |
| SOLD | 04/21/22 | M | CALL NIO  04/29/22  20<br>NIO INC ADS<br>CLOSING CONTRACT<br>Security Number: 8SPVPM3 | 5 | 0.432 | | 215.73 |
| BOUGHT | 04/22/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1,000 | 1.43 | 1,430.00 | |
| BOUGHT | 04/22/22 | M | MULLEN AUTOMOTIVE INC<br>COMMON STOCK<br>CUSIP: 62526P109 | 1,000 | 1.3999 | 1,399.90 | |
| SOLD | 04/22/22 | M | MULLEN AUTOMOTIVE INC<br>COMMON STOCK<br>CUSIP: 62526P109 | 1,000 | 1.4606 | | 1,460.46 |

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

*April 1, 2022 – April 30, 2022*

PAGE **12** OF 20

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER   **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 04/22/22 | M | CALL NIO  04/29/22  20<br>NIO INC ADS<br>CLOSING CONTRACT<br>Security Number: 8SPVPM3 | 5 | 0.50 | | 249.73 |
| BOUGHT | 04/25/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 2 | 1.2985 | 2.60 | |
| BOUGHT | 04/25/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 140 | 1.2999 | 181.99 | |
| BOUGHT | 04/25/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 500 | 1.3399 | 669.95 | |
| BOUGHT | 04/25/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1,000 | 1.3888 | 1,388.80 | |
| BOUGHT | 04/25/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1,000 | 1.3585 | 1,358.50 | |
| BOUGHT | 04/26/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 358 | 1.2879 | 461.07 | |
| BOUGHT | 04/27/22 | M | CALL SPY  04/27/22  422<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8PNPHX0 | 5 | 3.02 | 1,510.25 | |
| BOUGHT | 04/27/22 | M | CALL QQQ  04/29/22  325<br>INVESCO QQQ TRUST SERIES 1<br>OPEN CONTRACT<br>Security Number: 8SPWJG5 | 5 | 4 | 2,000.25 | |

*April 1, 2022 – April 30, 2022*

PAGE **13** OF 20

ACCOUNT NUMBER  **5MU-73363-13 RR WEA**

CHRISTOPHER COX



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 04/27/22 | M | CALL QQQ  04/29/22  325<br>INVESCO QQQ TRUST SERIES 1<br>OPEN CONTRACT<br>Security Number: 8SPWJG5 | 5 | 3.66 | 1,830.25 | |
| BOUGHT | 04/27/22 | M | CALL QQQ  04/29/22  325<br>INVESCO QQQ TRUST SERIES 1<br>OPEN CONTRACT<br>Security Number: 8SPWJG5 | 5 | 3.32 | 1,660.25 | |
| SOLD | 04/27/22 | M | CALL SPY  04/27/22  422<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8PNPHX0 | 5 | 3.23 | | 1,614.73 |
| SOLD | 04/27/22 | M | CALL QQQ  04/29/22  325<br>INVESCO QQQ TRUST SERIES 1<br>CLOSING CONTRACT<br>Security Number: 8SPWJG5 | 10 | 3.67 | | 3,669.46 |
| SOLD | 04/27/22 | M | CALL QQQ  04/29/22  325<br>INVESCO QQQ TRUST SERIES 1<br>CLOSING CONTRACT<br>Security Number: 8SPWJG5 | 5 | 4.37 | | 2,184.71 |
| BOUGHT | 04/28/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 400 | 1.25 | 500.00 | |
| BOUGHT | 04/29/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 600 | 1.1885 | 713.10 | |
| BOUGHT | 04/29/22 | M | CALL NIO  04/29/22  16<br>NIO INC ADS<br>OPEN CONTRACT<br>Security Number: 8SPVPL5 | 5 | 0.65 | 325.25 | |

*April 1, 2022 - April 30, 2022*

PAGE 14 OF 20

ACCOUNT NUMBER   **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 04/29/22 | M | PUT NIO  04/29/22  16<br>NIO INC ADS<br>OPEN CONTRACT<br>Security Number: 8SPVPL6 | 10 | 0.27 | 270.50 | |
| BOUGHT | 04/29/22 | M | PUT SPY  04/29/22  427<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8SPXDP8 | 1 | 2.24 | 224.05 | |
| SOLD | 04/29/22 | M | CALL NIO  04/29/22  16<br>NIO INC ADS<br>CLOSING CONTRACT<br>Security Number: 8SPVPL5 | 5 | 0.65 | | 324.71 |
| SOLD | 04/29/22 | M | PUT NIO  04/29/22  16<br>NIO INC ADS<br>CLOSING CONTRACT<br>Security Number: 8SPVPL6 | 10 | 0.28 | | 279.48 |
| SOLD | 04/29/22 | M | PUT SPY  04/29/22  427<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8SPXDP8 | 1 | 3.20 | | 319.93 |
| **Total Buy / Sell Transactions** | | | | | | **$40,101.12** | **$32,579.09** |

**FUNDS PAID AND RECEIVED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACH | 04/21/22 | M | ACH DEPOSIT<br>SEN(20220421308576) | | | | $5,000.00 |
| **Total Funds Paid And Received** | | | | | | | **$5,000.00** |

*April 1, 2022 – April 30, 2022*

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 15 OF 20

ACCOUNT NUMBER    **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| MKT | 04/20/22 | M | MARK TO MARKET | | | $0.33 | |
| MKT | 04/20/22 | S | MARK TO MARKET SHORT POS | | | | 0.33 |
| **Total Miscellaneous Transactions** | | | | | | **$0.33** | **$0.33** |

*April 1, 2022 - April 30, 2022*

PAGE **18** OF 20

ACCOUNT NUMBER    **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**► ANNOUNCEMENTS**

## IMPORTANT INFORMATION

### Statement of Financial Condition
A copy of Apex Clearing Corporation's Unaudited Statement of Financial Condition as of June 30, 2021 is available on the website at www.apexclearing.com/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation. As of June 30, 2021, Apex Clearing Corporation had a net capital of $407,242,025 and was $359,371,347 in excess of its required net capital of $47,870,678. As of July 31, 2021, Apex Clearing Corporation had a net capital of $416,271,626 and was $370,434,309 in excess of its required net capital of $45,837,317.

### Apex's Policy for Dividends and Interest
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

### Participation in Fully Paid Lending Program
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

### Information Regarding Cost Basis for Foreign Account Statements
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municipal Securities –** you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

## IMPORTANT INFORMATIO N

To our valued customers:
FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72
**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**
The preceding notice is required when reporting distributions on Direct Participation Programs and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular DPP or REIT will be provided to clients upon request.
**Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**
Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can

*April 1, 2022 - April 30, 2022*

PAGE 17 OF 20

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶  ANNOUNCEMENTS  (CONTINUED)

be accessed on the Internet at: **http://public.s3.com/rule606/apex/**, or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009.
SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."
In accordance with the Emergency Economic Stabilization Act of 2008 broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.
   • Equity securities acquired on or after January 1, 2011
   • Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:
   • Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)
Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

## IMPORTANT INFORMATION CONTINUED

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013.  The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims.  **Please note SIPC does not cover commodity contracts and options on futures.**  For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection.  This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted.  This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash.  Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.  For additional information, please contact your broker.

### FDIC SWEEP PROGRAM
For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the program.

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC up to the maximum applicable insurance limits.  Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov.  Deposit Account balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected as established by current applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org.

### IMPORTANT INFORMATION
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has

*April 1, 2022 - April 30, 2022*

PAGE 18 OF 20

ACCOUNT NUMBER    **5MU-73363-13 RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶  ANNOUNCEMENTS (CONTINUED)

designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record.
A brief summary of the content of the Annual Disclosure Statement is as follows:

- Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
- Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
- Margin Disclosure Statement: FINRA Rule 2264 - The information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
- Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The investor brochure may be obtained from FINRA BrokerCHeck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.
- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/.

## IMPORTANT INFORMATION - Privacy Policy

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

*April 1, 2022 - April 30, 2022*

PAGE **19** OF 20

ACCOUNT NUMBER  **5MU-73363-13  RR WEA**

CHRISTOPHER COX



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶  **ANNOUNCEMENTS** (CONTINUED)

**Personal Information Collected**
In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:
- Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
- Information relating to your transactions, including account balances, positions, and activity;
- Information which may be received from consumer reporting agencies, such as credit bureau reports;
- Information relating to your creditworthiness;
- Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

**Sharing of Nonpublic Personal Information**
Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

**Security**
Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non- public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers.  As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as  authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

**Access to Your Information**
You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**
Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**
Apex reserves the right to make changes to this policy.

*April 1, 2022 - April 30, 2022*

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶  ANNOUNCEMENTS (CONTINUED)

**How to Get in Touch with Apex about this Privacy Policy**
For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit our sharing of your personal information, please contact:

Apex Clearing Corporation
Attn: Compliance Department 350 N. St. Paul St., Suite 1300
Dallas, Texas 75201
cs@apexclearing.com

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*May 1, 2022 - May 31, 2022*

PAGE 1 OF 12

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

CHRISTOPHER COX
2882 MADISON GROVE ROAD
GREENVILLE NC  27858-7237

## ► ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $3,899.03 | $1.05 |
| NET ACCOUNT BALANCE | 3,899.03 | 1.05 |
| Securities | 31,200.00 | 68,417.28 |
| TOTAL PRICED PORTFOLIO | 31,200.00 | 68,417.28 |
| **Total Equity Holdings** | **$35,099.03** | **$68,418.33** |

## ► PORTFOLIO EQUITY ALLOCATION



Cash
0.002%

Equities
99.998%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

**IMPORTANT INFORMATION**

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January, the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure with randomly selects from among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request

SIPC Protection. As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

**NOTICE TO CUSTOMERS**

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009

**ACCOUNT SUMMARY:**
Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.

**INCOME AND EXPENSE SUMMARY:**
Lists all income earned during the current statement period, as well as year to date. Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays any Margin Interest Expenses

**PORTFOLIO EQUITY ALLOCATION:**
The Pie Chart is an estimate for illustrative purposes only.

**PORTFOLIO SUMMARY:**
Lists all securities held in your account.

**MARKET VALUE:**
This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities. Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank. Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

**ESTIMATED ANNUAL INCOME**
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.

**OPEN ORDERS:**
Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).

**MONEY MARKET ACTIVITY:**
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.

**DEFINITION OF ACCOUNT TYPES**  C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

**REALIZED GAIN/LOSS DETAIL AND PORTFOLIO SUMMARY SECTIONS:**
Displays mutual funds by average cost and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) does not reflect wash sales and may not reflect all capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until other information has been communicated to you. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

**Order Routing**
The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

**PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.**
**MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.**

*May 1, 2022 - May 31, 2022*

PAGE 2 OF 12

ACCOUNT NUMBER  **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | M | 35,634 | $1.92 | $68,417.28 | $31,200.00 | 119% | | 99.998% |
| **Total Equities** | | | | | **$68,417.28** | | | | **99.998%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$1.05** | | | | **0.002%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$68,418.33** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 05/03/22 | M | PUT QQQ  05/02/22  312 INVESCO QQQ TRUST SERIES 1 OPEN CONTRACT Security Number: 8BSQXH0 | 5 | $1.66 | $830.25 | |
| SOLD | 05/03/22 | M | PUT QQQ  05/02/22  312 INVESCO QQQ TRUST SERIES 1 CLOSING CONTRACT Security Number: 8BSQXH0 | 5 | 1.65 | | 824.73 |
| BOUGHT | 05/04/22 | M | PUT QQQ  05/04/22  316 INVESCO QQQ TRUST SERIES 1 OPEN CONTRACT Security Number: 8SRRNC0 | 5 | 3.44 | 1,720.25 | |

*May 1, 2022 - May 31, 2022*

PAGE 3 OF 12

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| SOLD | 05/04/22 | M | PUT QQQ  05/04/22  316<br>INVESCO QQQ TRUST SERIES 1<br>CLOSING CONTRACT<br>Security Number: 8SRRNC0 | 5 | 2.78 | | 1,389.73 |
| BOUGHT | 05/05/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1,000 | 1.23 | 1,230.00 | |
| BOUGHT | 05/05/22 | M | PUT SPY  05/06/22  419<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8PKTBC1 | 5 | 1.91 | 955.25 | |
| SOLD | 05/05/22 | M | PUT SPY  05/06/22  419<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8PKTBC1 | 5 | 2.15 | | 1,074.74 |
| BOUGHT | 05/06/22 | M | PUT QQQ  05/06/22  322<br>INVESCO QQQ TRUST SERIES 1<br>OPEN CONTRACT<br>Security Number: 8PKSQJ3 | 5 | 2.73 | 1,365.25 | |
| SOLD | 05/06/22 | M | PUT QQQ  05/06/22  322<br>INVESCO QQQ TRUST SERIES 1<br>CLOSING CONTRACT<br>Security Number: 8PKSQJ3 | 5 | 2.98 | | 1,489.73 |
| BOUGHT | 05/09/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 05/09/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |

*May 1, 2022 - May 31, 2022*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 4 OF 12

ACCOUNT NUMBER  **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 05/09/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 05/09/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 05/09/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 05/09/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 05/09/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 05/09/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 05/09/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 05/09/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 05/09/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 05/09/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |

*May 1, 2022 - May 31, 2022*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 5 OF 12

ACCOUNT NUMBER **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 05/09/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 05/09/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 05/09/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 05/09/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 1 | 0.0001 | | |
| BOUGHT | 05/09/22 | M | UWM HOLDINGS CORPORATION<br>CLASS A COMMON STOCK<br>CUSIP: 91823B109 | 1 | 0.0001 | | |
| BOUGHT | 05/10/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1,000 | 1.1791 | 1,179.10 | |
| BOUGHT | 05/10/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1,000 | 1.1793 | 1,179.30 | |
| BOUGHT | 05/10/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1,000 | 1.16 | 1,160.00 | |
| SOLD | 05/10/22 | M | GENWORTH FINANCIAL INC<br>COM CL A<br>CUSIP: 37247D106 | 16 | 4.0124 | | 64.18 |
| SOLD | 05/10/22 | M | UWM HOLDINGS CORPORATION<br>CLASS A COMMON STOCK<br>CUSIP: 91823B109 | 1 | 3.7216 | | 3.70 |

*May 1, 2022 - May 31, 2022*

PAGE 6 OF 12

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 05/11/22 | M | VINCO VENTURES INC COMMON STOCK CUSIP: 927330100 | 7 | 2.97 | 20.79 | |
| BOUGHT | 05/11/22 | M | VINCO VENTURES INC COMMON STOCK CUSIP: 927330100 | 50 | 3.05 | 152.50 | |
| BOUGHT | 05/11/22 | M | VINCO VENTURES INC COMMON STOCK CUSIP: 927330100 | 500 | 3.105 | 1,552.50 | |
| BOUGHT | 05/11/22 | M | VINCO VENTURES INC COMMON STOCK CUSIP: 927330100 | 500 | 3.16 | 1,580.00 | |
| SOLD | 05/11/22 | M | VINCO VENTURES INC COMMON STOCK CUSIP: 927330100 | 500 | 3.3608 | | 1,680.32 |
| BOUGHT | 05/17/22 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1,000 | 1.23 | 1,230.00 | |
| BOUGHT | 05/17/22 | M | META MATLS INC COMMON STOCK CUSIP: 59134N104 | 1,000 | 1.23 | 1,230.00 | |
| BOUGHT | 05/17/22 | M | VINCO VENTURES INC COMMON STOCK CUSIP: 927330100 | 3 | 2.80 | 8.40 | |
| BOUGHT | 05/17/22 | M | VINCO VENTURES INC COMMON STOCK CUSIP: 927330100 | 10 | 2.80 | 28.00 | |
| SOLD | 05/18/22 | M | VINCO VENTURES INC COMMON STOCK CUSIP: 927330100 | 570 | 2.53 | | 1,441.99 |

*May 1, 2022 – May 31, 2022*

PAGE **7** OF 12

ACCOUNT NUMBER   **5MU-73363-13 RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 05/20/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 855 | 1.6887 | 1,443.84 | |
| BOUGHT | 05/23/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1 | 1.67 | 1.67 | |
| BOUGHT | 05/27/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1 | 1.6782 | 1.68 | |
| BOUGHT | 05/27/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 2,777 | 1.7999 | 4,998.32 | |
| **Total Buy / Sell Transactions** | | | | | | **$21,867.10** | **$7,969.12** |

| **FUNDS PAID AND RECEIVED** | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACH | 05/03/22 | M | ACH DEPOSIT<br>SEN(20220503210357) | | | | $2,500.00 |
| ACH | 05/13/22 | M | ACH DEPOSIT<br>SEN(20220512404535) | | | | 2,500.00 |
| ACH | 05/25/22 | M | ACH DEPOSIT<br>SEN(20220524341754) | | | | 5,000.00 |
| **Total Funds Paid And Received** | | | | | | | **$10,000.00** |

*May 1, 2022 - May 31, 2022*

PAGE 8 OF 12

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS

**IMPORTANT INFORMATION**

**Statement of Financial Condition**
A copy of Apex Clearing Corporation's Unaudited Statement of Financial Condition as of June 30, 2021 is available on the website at www.apexclearing.com/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation. As of June 30, 2021, Apex Clearing Corporation had a net capital of $407,242,025 and was $359,371,347 in excess of its required net capital of $47,870,678. As of July 31, 2021, Apex Clearing Corporation had a net capital of $416,271,626 and was $370,434,309 in excess of its required net capital of $45,837,317.

**Apex's Policy for Dividends and Interest**
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

**Participation in Fully Paid Lending Program**
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

**Information Regarding Cost Basis for Foreign Account Statements**
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municipal Securities -** you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

**IMPORTANT INFORMATIO N**

To our valued customers:
FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72
**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**
The preceding notice is required when reporting distributions on Direct Participation Programs  and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular  DPP or REIT will be provided to clients upon request.
**Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**
Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can

*May 1, 2022 - May 31, 2022*

PAGE 9 OF 12

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶  ANNOUNCEMENTS (CONTINUED)

be accessed on the internet at: **http://public.s3.com/rule606/apex/**, or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009.
SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."
In accordance with the Emergency Economic Stabilization Act of 2008 broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.
 •Equity securities acquired on or after January 1, 2011
 •Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:
 •Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)
Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

**IMPORTANT INFORMATION CONTINUED**

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013. The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. **Please note SIPC does not cover commodity contracts and options on futures.** For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection. This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted. This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities. For additional information, please contact your broker.

**FDIC SWEEP PROGRAM**

NOTE: Occasionally, Apex Clearing Corporation's bank deposit sweep program banks ("Program Banks") may be added or removed from the Program Bank List, which is available on Apex's website. Apex will, to the extent possible, update the Program Bank List with any added Program Banks at least 30 calendar days before making deposits. If a Program Bank is removed from Apex Clearing Corporation's bank deposit sweep program (the "Program"), it will no longer be able to receive sweeps of your excess cash balance. If any of your excess cash balance is at a Program Bank that is removed from the Program, Apex will transfer those funds into another Program Bank still in the Program or into your Apex Account, at Apex's discretion. You may contact your broker to specify any Program Banks into which you do not wish your excess cash balance to be swept. Please note that if there are insufficient Program Banks available in the Program, taking into account any from which you have opted out, such that not all of your excess cash balance can be spread among Program Banks to ensure FDIC coverage, then some or all of your excess cash balance may remain dormant in your Apex Account or may be deposited at a  Program Bank but not covered by FDIC insurance. You may obtain additional information on each Program Bank at www.fdic.gov. You are solely responsible for monitoring the total amount of your assets on deposit with each Program Bank (including non-Program funds and accounts) in order to determine the extent of FDIC insurance coverage available to you on those deposits, including Program deposits. Apex shall not take into account any money you have on deposit at a Program Bank outside of the Program. A current Program Bank List and current Insured Deposits Terms and Conditions may be found at apexclearing.com/disclosures/

For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the program.

*May 1, 2022 - May 31, 2022*



**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **10** OF 12

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶ ANNOUNCEMENTS (CONTINUED)

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC up to the maximum applicable insurance limits. Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov. Deposit Account balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected as established by current applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org.

**IMPORTANT INFORMATION**
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the Internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record.
A brief summary of the content of the Annual Disclosure Statement is as follows:

- Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
- Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
- Margin Disclosure Statement: FINRA Rule 2264 - The information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
- Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing Information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The investor brochure may be obtained from FINRA BrokerCHeck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.
- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange

*May 1, 2022 - May 31, 2022*

PAGE 11 OF 12

ACCOUNT NUMBER   **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/,

## IMPORTANT INFORMATION - Privacy Policy

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

### Personal Information Collected

In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:
• Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
• Information relating to your transactions, including account balances, positions, and activity;
• Information which may be received from consumer reporting agencies, such as credit bureau reports;
• information relating to your creditworthiness;
• Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

### Sharing of Nonpublic Personal Information

Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

### Security

Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non- public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers. As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as  authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

*May 1, 2022 - May 31, 2022*

ACCOUNT NUMBER   **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

**Access to Your Information**
You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**
Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**
Apex reserves the right to make changes to this policy.

**How to Get in Touch with Apex about this Privacy Policy**
For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit our sharing of your personal information, please contact:

Apex Clearing Corporation
Attn: Compliance Department 350 N. St. Paul St., Suite 1300
Dallas, Texas 75201
cs@apexclearing.com

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

*June 1, 2022 – June 30, 2022*

PAGE 1 OF 17

ACCOUNT NUMBER **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

CHRISTOPHER COX
2882 MADISON GROVE ROAD
GREENVILLE NC  27858-7237

## ▶ ACCOUNT SUMMARY

| | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $1.05 | $5,000.60 |
| NET ACCOUNT BALANCE | 1.05 | 5,000.60 |
| Securities | 68,417.28 | 40,671.61 |
| TOTAL PRICED PORTFOLIO | 68,417.28 | 40,671.61 |
| **Total Equity Holdings** | **$68,418.33** | **$45,672.21** |

## ▶ PORTFOLIO EQUITY ALLOCATION



Cash
10.949%

Equities
89.051%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

**IMPORTANT INFORMATION**

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January, the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure with randomly selects form among all customer short option positions including those contracts which are subject to exercise. An short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

SIPC Protection. As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

**NOTICE TO CUSTOMERS**

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009.

**ACCOUNT SUMMARY:**
Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.

**INCOME AND EXPENSE SUMMARY:**
Lists all income earned during the current statement period, as well as year to date. Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays and Margin Interest Expenses

**PORTFOLIO EQUITY ALLOCATION:**
The Pie Chart, is an estimate for illustrative purposes only.

**PORTFOLIO SUMMARY:**
Lists all securities held in your account.

**MARKET VALUE:**
This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities. Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank. Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

**ESTIMATED ANNUAL INCOME:**
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.

**OPEN ORDERS:**
Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).

**MONEY MARKET ACTIVITY:**
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.

**DEFINITION OF ACCOUNT TYPES**  C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

**REALIZED GAIN/LOSS DETAIL AND PORTFOLIO SUMMARY SECTIONS:**
Displays realized funds by average cost and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) does not reflect wash sales and may not reflect all capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

**Order Routing:**
The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*June 1, 2022 - June 30, 2022*

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE **2** OF 17

ACCOUNT NUMBER   **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

## ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| META MATLS INC COMMON STOCK | MMAT | M | 39,487 | $1.03 | $40,671.61 | $68,417.28 | -41% | | 89.051% |
| **Total Equities** | | | | | **$40,671.61** | | | | **89.051%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$5,000.60** | | | | **10.949%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$45,672.21** | | | | |

## ▶ ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 06/09/22 | M | CALL NFLX  06/10/22  210 NETFLIX INC OPEN CONTRACT Security Number: 8PRRHL5 | 1 | $1.70 | $170.05 | |
| BOUGHT | 06/09/22 | M | PUT SPY  06/10/22  408 STANDARD & POORS DEPOSITORY OPEN CONTRACT Security Number: 8SQWNS7 | 2 | 2.40 | 480.10 | |
| BOUGHT | 06/09/22 | M | CALL TSLA  06/10/22  760 TESLA INC OPEN CONTRACT Security Number: 8SQXCQ8 | 1 | 8.65 | 865.05 | |

*June 1, 2022 – June 30, 2022*



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

PAGE 3 OF 17

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 06/09/22 | M | PUT SPY  06/08/22  412<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8SRCNB4 | 2 | 0.98 | 196.10 | |
| BOUGHT | 06/09/22 | M | PUT SPY  06/08/22  414<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8SRCNB6 | 2 | 1.08 | 216.10 | |
| SOLD | 06/09/22 | M | CALL NFLX  06/10/22  210<br>NETFLIX INC<br>CLOSING CONTRACT<br>Security Number: 8PRRHL5 | 1 | 1.60 | | 159.93 |
| SOLD | 06/09/22 | M | PUT SPY  06/10/22  408<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8SQWNS7 | 2 | 1.82 | | 363.88 |
| SOLD | 06/09/22 | M | CALL TSLA  06/10/22  760<br>TESLA INC<br>CLOSING CONTRACT<br>Security Number: 8SQXCQ8 | 1 | 9.10 | | 909.91 |
| SOLD | 06/09/22 | M | PUT SPY  06/08/22  412<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8SRCNB4 | 2 | 1.01 | | 201.88 |
| SOLD | 06/09/22 | M | PUT SPY  06/08/22  414<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8SRCNB6 | 2 | 1.11 | | 221.87 |

*June 1, 2022 - June 30, 2022*

PAGE 4 OF 17

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 06/10/22 | M | CALL SPY  06/10/22  410<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8SQWNS1 | 1 | 1.85 | 185.05 | |
| BOUGHT | 06/10/22 | M | CALL SPY  06/10/22  410<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8SQWNS1 | 1 | 2.30 | 230.05 | |
| BOUGHT | 06/10/22 | M | PUT QQQ  06/10/22  303<br>INVESCO QQQ TRUST SERIES 1<br>OPEN CONTRACT<br>Security Number: 8SVHDF9 | 1 | 2.21 | 221.05 | |
| SOLD | 06/10/22 | M | CALL SPY  06/10/22  410<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8SQWNS1 | 1 | 1.75 | | 174.93 |
| SOLD | 06/10/22 | M | CALL SPY  06/10/22  410<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8SQWNS1 | 1 | 2.34 | | 233.93 |
| SOLD | 06/10/22 | M | PUT QQQ  06/10/22  303<br>INVESCO QQQ TRUST SERIES 1<br>CLOSING CONTRACT<br>Security Number: 8SVHDF9 | 1 | 2.24 | | 223.93 |
| BOUGHT | 06/13/22 | M | CALL QQQ  06/10/22  290<br>INVESCO QQQ TRUST SERIES 1<br>OPEN CONTRACT<br>Security Number: 8SQVWN2 | 1 | 2.23 | 223.05 | |

*June 1, 2022 – June 30, 2022*

PAGE 6 OF 17

ACCOUNT NUMBER    **5MU-73363-13 RR WEA**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 06/13/22 | M | CALL QQQ  06/10/22  290<br>INVESCO QQQ TRUST SERIES 1<br>CLOSING CONTRACT<br>Security Number: 8SQVWN2 | 1 | 1.86 | | 185.93 |
| BOUGHT | 06/14/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 366 | 1.5099 | 552.62 | |
| BOUGHT | 06/14/22 | M | CALL QQQ  06/13/22  279<br>INVESCO QQQ TRUST SERIES 1<br>OPEN CONTRACT<br>Security Number: 8LJKVS8 | 1 | 1.26 | 126.05 | |
| BOUGHT | 06/14/22 | M | PUT META  06/17/22  165<br>META PLATFORMS INC CL A<br>OPEN CONTRACT<br>Security Number: 8PSMJH5 | 1 | 3.70 | 370.05 | |
| BOUGHT | 06/14/22 | M | CALL SPY  06/13/22  378<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8SSYTKO | 2 | 1.49 | 298.10 | |
| BOUGHT | 06/14/22 | M | CALL SPY  06/13/22  379<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8SSYTK2 | 1 | 1.35 | 135.05 | |
| BOUGHT | 06/14/22 | M | CALL SPY  06/13/22  379<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8SSYTK2 | 1 | 1.21 | 121.05 | |

*June 1, 2022 - June 30, 2022*

PAGE 8 OF 17



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

**A C C O U N T   A L L A U D I T Y M I**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 06/14/22 | M | CALL SPY  06/13/22  379<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8SSYTK2 | 1 | 1.72 | 172.05 | |
| SOLD | 06/14/22 | M | CALL QQQ  06/13/22  279<br>INVESCO QQQ TRUST SERIES 1<br>CLOSING CONTRACT<br>Security Number: 8LJKVS8 | 1 | 1.29 | | 128.93 |
| SOLD | 06/14/22 | M | PUT META  06/17/22  165<br>META PLATFORMS INC CL A<br>CLOSING CONTRACT<br>Security Number: 8PSMJH5 | 1 | 3.95 | | 394.93 |
| SOLD | 06/14/22 | M | CALL SPY  06/13/22  378<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8SSYTK0 | 2 | 1.51 | | 301.87 |
| SOLD | 06/14/22 | M | CALL SPY  06/13/22  379<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8SSYTK2 | 1 | 1.12 | | 111.93 |
| SOLD | 06/14/22 | M | CALL SPY  06/13/22  379<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8SSYTK2 | 1 | 1.50 | | 149.93 |
| SOLD | 06/14/22 | M | CALL SPY  06/13/22  379<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8SSYTK2 | 1 | 1.78 | | 177.93 |

*June 1, 2022 - June 30, 2022*

PAGE 7 OF 17

ACCOUNT NUMBER   **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 06/15/22 | M | CALL SPY  06/15/22  375<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8SRWXJ1 | 1 | 3.11 | 311.05 | |
| BOUGHT | 06/15/22 | M | PUT SPY  06/15/22  372<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8SSYTP5 | 1 | 3.01 | 301.05 | |
| BOUGHT | 06/15/22 | M | PUT SPY  06/15/22  373<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8SSYTP7 | 1 | 3.51 | 351.05 | |
| BOUGHT | 06/15/22 | M | CALL SPY  06/15/22  377<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8SSYTQO | 1 | 3.47 | 347.05 | |
| SOLD | 06/15/22 | M | CALL SPY  06/15/22  375<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8SRWXJ1 | 1 | 2.98 | | 297.93 |
| SOLD | 06/15/22 | M | PUT SPY  06/15/22  372<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8SSYTP5 | 1 | 3.06 | | 305.93 |
| SOLD | 06/15/22 | M | PUT SPY  06/15/22  373<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8SSYTP7 | 1 | 3.51 | | 350.93 |

*June 1, 2022 - June 30, 2022*

PAGE 8 OF 17

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER  **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 06/15/22 | M | CALL SPY  06/15/22  377 STANDARD & POORS DEPOSITORY CLOSING CONTRACT Security Number: 8SSYTQO | 1 | 3.24 | | 323.93 |
| BOUGHT | 06/16/22 | M | PUT QQQ  06/15/22  278 INVESCO QQQ TRUST SERIES 1 OPEN CONTRACT Security Number: 8SSXVV7 | 2 | 2.04 | 408.10 | |
| BOUGHT | 06/16/22 | M | PUT QQQ  06/15/22  278 INVESCO QQQ TRUST SERIES 1 OPEN CONTRACT Security Number: 8SSXVV7 | 4 | 2.49 | 996.20 | |
| BOUGHT | 06/16/22 | M | PUT QQQ  06/15/22  278 INVESCO QQQ TRUST SERIES 1 OPEN CONTRACT Security Number: 8SSXVV7 | 4 | 2.34 | 936.20 | |
| BOUGHT | 06/16/22 | M | PUT QQQ  06/15/22  278 INVESCO QQQ TRUST SERIES 1 OPEN CONTRACT Security Number: 8SSXVV7 | 4 | 2.34 | 936.20 | |
| BOUGHT | 06/16/22 | M | PUT QQQ  06/15/22  278 INVESCO QQQ TRUST SERIES 1 OPEN CONTRACT Security Number: 8SSXVV7 | 4 | 2.21 | 884.20 | |
| BOUGHT | 06/16/22 | M | CALL AMZN  06/24/22  110 AMAZON.COM INC ADJ 20:1 STOCK SPLIT OPEN CONTRACT Security Number: 8STZDH7 | 4 | 2.15 | 860.20 | |

*June 1, 2022 – June 30, 2022*

**PAGE 9 OF 17**

ACCOUNT NUMBER    **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 06/16/22 | M | PUT QQQ  06/15/22  278<br>INVESCO QQQ TRUST SERIES 1<br>CLOSING CONTRACT<br>Security Number: 8SSXVV7 | 9 | 2.34 | | 2,105.48 |
| SOLD | 06/16/22 | M | PUT QQQ  06/15/22  278<br>INVESCO QQQ TRUST SERIES 1<br>CLOSING CONTRACT<br>Security Number: 8SSXVV7 | 9 | 2.46 | | 2,213.47 |
| SOLD | 06/16/22 | M | CALL AMZN  06/24/22  110<br>AMAZON.COM INC<br>ADJ 20:1 STOCK SPLIT<br>CLOSING CONTRACT<br>Security Number: 8STZDH7 | 4 | 2.30 | | 919.76 |
| BOUGHT | 06/17/22 | M | CALL SPY  06/17/22  371<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8LJQRG1 | 4 | 2.55 | 1,020.20 | |
| BOUGHT | 06/17/22 | M | PUT SPY  06/17/22  366<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8SRWXT8 | 4 | 2.90 | 1,160.20 | |
| SOLD | 06/17/22 | M | CALL SPY  06/17/22  371<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8LJQRG1 | 4 | 2.70 | | 1,079.76 |
| SOLD | 06/17/22 | M | PUT SPY  06/17/22  366<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8SRWXT8 | 4 | 3.05 | | 1,219.76 |

*June 1, 2022 - June 30, 2022*

PAGE **10** OF 17

ACCOUNT NUMBER   **5MU-73363-13 RR WEA**

**Webull Financial LLC**
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 06/22/22 | M | PUT SPY  06/21/22  372<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8STKYM1 | 10 | 1.28 | 1,280.49 | |
| SOLD | 06/22/22 | M | PUT SPY  06/21/22  372<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8STKYM1 | 10 | 1.34 | | 1,339.45 |
| BOUGHT | 06/23/22 | M | CALL SPY  06/22/22  373<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8GDNPB7 | 4 | 1.37 | 548.20 | |
| BOUGHT | 06/23/22 | M | CALL AAPL  06/24/22  140<br>APPLE INC<br>OPEN CONTRACT<br>Security Number: 8SRDFY4 | 4 | 0.79 | 316.20 | |
| SOLD | 06/23/22 | M | CALL SPY  06/22/22  373<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8GDNPB7 | 4 | 1.38 | | 551.74 |
| SOLD | 06/23/22 | M | CALL AAPL  06/24/22  140<br>APPLE INC<br>CLOSING CONTRACT<br>AVERAGE PRICE TRADE<br>DETAILS AVAILABLE UPON REQUEST<br>Security Number: 8SRDFY4 | 4 | 0.6875 | | 274.77 |
| BOUGHT | 06/24/22 | M | CALL SPY  06/24/22  378<br>STANDARD & POORS DEPOSITORY<br>OPEN CONTRACT<br>Security Number: 8SRTTP7 | 1 | 1.79 | 179.05 | |

*June 1, 2022 – June 30, 2022*

PAGE **11** OF 17



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

**BUY / SELL TRANSACTIONS** (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| BOUGHT | 06/24/22 | M | CALL AMZN  07/01/22  113<br>AMAZON.COM INC<br>ADJ 20:1 STOCK SPLIT<br>OPEN CONTRACT<br>Security Number: 8STZFY9 | 4 | 2.59 | 1,036.20 | |
| SOLD | 06/24/22 | M | CALL SPY  06/24/22  378<br>STANDARD & POORS DEPOSITORY<br>CLOSING CONTRACT<br>Security Number: 8SRTTP7 | 1 | 1.81 | | 180.93 |
| SOLD | 06/24/22 | M | CALL AMZN  07/01/22  113<br>AMAZON.COM INC<br>ADJ 20:1 STOCK SPLIT<br>CLOSING CONTRACT<br>Security Number: 8STZFY9 | 4 | 2.65 | | 1,059.76 |
| BOUGHT | 06/28/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 2 | 1.1999 | 2.40 | |
| BOUGHT | 06/28/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 485 | 1.1999 | 581.95 | |
| BOUGHT | 06/28/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 1,000 | 1.248 | 1,248.00 | |
| BOUGHT | 06/28/22 | M | META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 2,000 | 1.45 | 2,900.00 | |
| **Total Buy / Sell Transactions** | | | | | | **$21,165.76** | **$16,165.31** |

*June 1, 2022 - June 30, 2022*

PAGE **12** OF 17



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

ACCOUNT NUMBER  **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **FUNDS PAID AND RECEIVED** | | | | | | | |
| ACH | 06/03/22 | M | ACH DEPOSIT SEN(20220603371842) | | | | $5,000.00 |
| ACH | 06/24/22 | M | ACH DEPOSIT SEN(20220624402832) | | | | 5,000.00 |
| **Total Funds Paid And Received** | | | | | | | **$10,000.00** |

▶ **EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES**

| TRANSACTION | TRADE DATE | SETTLEMENT DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 06/30/22 | 07/01/22 | M | CALL SPY  06/30/22  380 STANDARD & POORS DEPOSITORY OPEN CONTRACT Security Number: 8PWZXM5 | 4 | $0.29 | $116.20 | |
| SOLD | 06/30/22 | 07/01/22 | M | CALL SPY  06/30/22  380 STANDARD & POORS DEPOSITORY CLOSING CONTRACT Security Number: 8PWZXM5 | -4 | 0.29 | | 115.78 |
| BOUGHT | 06/30/22 | 07/01/22 | M | PUT SPY  06/30/22  373 STANDARD & POORS DEPOSITORY OPEN CONTRACT Security Number: 8STTXP2 | 4 | 1.15 | 460.20 | |
| SOLD | 06/30/22 | 07/01/22 | M | PUT SPY  06/30/22  373 STANDARD & POORS DEPOSITORY CLOSING CONTRACT Security Number: 8STTXP2 | -4 | 1.21 | | 483.77 |
| **Total Executed Trades Pending Settlement** | | | | | | | **$576.40** | **$599.55** |

*June 1, 2022 - June 30, 2022*

PAGE 13 OF 17

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**CHRISTOPHER COX**

▶ **ANNOUNCEMENTS**

**IMPORTANT INFORMATION**

**Statement of Financial Condition**
A copy of Apex Clearing Corporation's Unaudited Statement of Financial Condition as of June 30, 2021 is available on the website at www.apexclearing.com/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation. As of June 30, 2021, Apex Clearing Corporation had a net capital of $407,242,025 and was $359,371,347 in excess of its required net capital of $47,870,678. As of July 31, 2021, Apex Clearing Corporation had a net capital of $416,271,626 and was $370,434,309 in excess of its required net capital of $45,837,317.

**Apex's Policy for Dividends and Interest**
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

**Participation in Fully Paid Lending Program**
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

**Information Regarding Cost Basis for Foreign Account Statements**
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municipal Securities -** you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

**IMPORTANT INFORMATIO N**

To our valued customers:
FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are separate firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72
**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**
The preceding notice is required when reporting distributions on Direct Participation Programs and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular DPP or REIT will be provided to clients upon request.
**Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**
Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can

*June 1, 2022 – June 30, 2022*

PAGE **14** OF 17

ACCOUNT NUMBER    **5MU-73363-13 RR WEA**

**CHRISTOPHER COX**

## Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

be accessed on the internet at: **http://public.s3.com/rule606/apex/**, or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009.
SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."
In accordance with the Emergency Economic Stabilization Act of 2008 broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.
•Equity securities acquired on or after January 1, 2011
•Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:
•Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)
Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

## IMPORTANT INFORMATION CONTINUED

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013.  The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims.  **Please note SIPC does not cover commodity contracts and options on futures.**  For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection.  This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted.  This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash.  Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.  For additional information, please contact your broker.

NOTE: Occasionally, Apex Clearing Corporation's bank deposit sweep program banks ("Program Banks") may be added or removed from the Program Bank List, which is available on Apex's website. Apex will, to the extent possible, update the Program Bank List with any added Program Banks at least 30 calendar days before making deposits. If a Program Bank is removed from Apex Clearing Corporation's bank deposit sweep program (the "Program"), it will no longer be able to receive sweeps of your excess cash balance. If any of your excess cash balance is at a Program Bank that is removed from the Program, Apex will transfer those funds into another Program Bank still in the Program or into your Apex Account, at Apex's discretion. You may contact your broker to specify any Program Banks into which you do not wish your excess cash balance to be swept. Please note that if there are insufficient Program Banks available in the Program, taking into account any from which you have opted out, such that not all of your excess cash balance can be spread among Program Banks to ensure FDIC coverage, then some or all of your excess cash balance may remain dormant in your Apex Account or may be deposited at a  Program Bank but not covered by FDIC insurance. You may obtain additional information on each Program Bank at www.fdic.gov. You are solely responsible for monitoring the total amount of your assets on deposit with each Program Bank (including non-Program funds and accounts) in order to determine the extent of FDIC insurance coverage available to you on those deposits, including Program deposits. Apex shall not take into account any money you have on deposit at a Program Bank outside of the Program. A current Program Bank List and current Insured Deposits Terms and Conditions may be found at apexclearing.com/disclosures/

## FDIC SWEEP PROGRAM

For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the program.

*June 1, 2022 - June 30, 2022*

PAGE 15 OF 17

ACCOUNT NUMBER  **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶  **ANNOUNCEMENTS** (CONTINUED)

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC up to the maximum applicable insurance limits. Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov. Deposit Account balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected as established by current applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org.

**IMPORTANT INFORMATION**
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record.
A brief summary of the content of the Annual Disclosure Statement is as follows:

- Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
- Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
- Margin Disclosure Statement: FINRA Rule 2264 - The information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
- Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing Information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The Investor brochure may be obtained from FINRA BrokerCheck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.
- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange

*June 1, 2022 - June 30, 2022*

PAGE 16 OF 17

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/,

**IMPORTANT INFORMATION - Privacy Policy**

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

**Personal Information Collected**

In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:

• Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
• Information relating to your transactions, including account balances, positions, and activity;
• Information which may be received from consumer reporting agencies, such as credit bureau reports;
• Information relating to your creditworthiness;
• Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

**Sharing of Nonpublic Personal Information**

Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on our behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

**Security**

Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non- public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers.  As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as  authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

*June 1, 2022 - June 30, 2022*

PAGE **17** OF 17

ACCOUNT NUMBER    **5MU-73363-13  RR WEA**

**CHRISTOPHER COX**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ ANNOUNCEMENTS (CONTINUED)

**Access to Your Information**
You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**
Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**
Apex reserves the right to make changes to this policy.

**How to Get in Touch with Apex about this Privacy Policy**
For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit our sharing of your personal information, please contact:

Apex Clearing Corporation
Attn: Compliance Department 350 N. St. Paul St., Suite 1300
Dallas, Texas 75201
cs@apexclearing.com

**Apex Clearing**
One Dallas Center
350 North St Paul, Ste 1300
Dallas, TX 75201

IN ACCOUNT WITH

**WEBULL FINANCIAL LLC
(888) 828-0618**

CHRISTOPHER COX
2882 MADISON GROVE ROAD
GREENVILLE, NC 27858-7237

**IMPORTANT YEAR END MESSAGES**

This document includes your Consolidated Form 1099 that we are required to provide to you
and contains information that we are providing to the Internal Revenue Service and additional
information that may be helpful to you for filing your tax return. You may wish to seek the advice
of a tax professional when preparing your return.

Please verify your personal information for accuracy and contact us to correct any discrepancies.
If you own Mutual Funds, Real Estate Trusts (REITs), REMIC Securities or certain fixed
investment trusts (WHFITs), income distributions may be reclassified by the issuer after the
original 1099 is sent. If you hold these securities or another security that is subject to a
reclassification event, you may receive a corrected Form 1099.

| Apex Clearing | Account 5MU73363 | Form 1099 Composite | 2022 |
|---|---|---|---|
| One Dallas Center<br>350 North St Paul, Ste 1300<br>Dallas, TX 75201<br>Customer Service: 214-765-1009<br>Payer's Federal ID No: 13-2967453<br>IN ACCOUNT WITH<br>WEBULL FINANCIAL LLC<br>(888) 828-0618 | CHRISTOPHER COX<br>2882 MADISON GROVE ROAD<br>GREENVILLE, NC 27858-7237<br><br>RECIPIENT'S ID No: XXX-XX-3031 | Statement Date: 02/08/2023 | ☐ Corrected |

FATCA filing Requirement ☐

## Tax Reporting Statement

| Dividends and Distributions | 2022 Form1099DIV | OMB No. 1545-0110 |
|---|---|---|
| 1a- Total Ordinary Dividends (includes amount shown on 1b) | | 0.00 |
| 1b- Qualified Dividends | | 0.00 |
| 2a- Total Capital Gain Distributions (includes lines 2b, 2c, 2d) | | 0.00 |
| 2b- Unrecaptured Section 1250 Gain | | 0.00 |
| 2c- Section 1202 Gain | | 0.00 |
| 2d- Collectibles (28%) Gain | | 0.00 |
| 2e- Section 897 ordinary dividends | | 0.00 |
| 2f- Section 897 capital gain | | 0.00 |
| 3- Nondividend Distributions | | 0.00 |
| 4- **Federal Income Tax Withheld** | | **0.00** |
| 5- Section 199A Dividends | | 0.00 |
| 6- Investment Expenses | | 0.00 |
| 7- Foreign Tax Paid | | 0.00 |
| 8- Foreign Country or U.S. Possessions | | |
| 9- Cash Liquidation Distribution | | 0.00 |
| 10- Noncash Liquidation Distributions | | 0.00 |
| 12- Exempt-Interest Dividends | | 0.00 |
| 13- Specified Private Activity Bond Interest Dividends | | 0.00 |

| Interest Income | 2022 Form1099INT | OMB No. 1545-0112 |
|---|---|---|
| 1- Interest Income | | 24.10 |
| 2- Early Withdrawal Penalty | | 0.00 |
| 3- Interest on US Savings Bonds & Treasury Obligations | | 0.00 |
| 4- **Federal Income Tax Withheld** | | **0.00** |
| 5- Investment Expenses | | 0.00 |
| 6- Foreign Tax Paid | | 0.00 |
| 7- Foreign Country or U.S. Possession | | |
| 8- Tax-Exempt Interest (includes box 9) | | 0.00 |
| 9- Specified Private Activity Bond Interest | | 0.00 |
| 10- Market Discount | | 0.00 |
| 11- Bond Premium | | 0.00 |
| 12- Bond Premium on Treasury Obligations | | 0.00 |
| 13- Bond Premium on Tax-Exempt bonds | | 0.00 |
| 14- Tax-Exempt and Tax Credit Bond CUSIP no. | | |

| Miscellaneous Information | 2022 Form1099MISC | OMB No. 1545-0115 |
|---|---|---|
| 2- Royalties | | 0.00 |
| 3- Other Income | | 0.00 |
| 4- **Federal Income Tax Withheld** | | **0.00** |
| 8- Substitute Payments in Lieu of Dividends or Interest | | 0.00 |

| REGULATED FUTURES CONTRACTS & SECTION 1256 OPTIONS | | |
|---|---|---|
| **2022 Form1099B** | | OMB No. 1545-0715 |
| 8- Profit or (loss) realized in 2022 on closed contracts | | -263.53 |
| 9- Unrealized profit or (loss) on open contracts - 12/31/2021 | | 0.00 |
| 10- Unrealized profit or (loss) on open contracts - 12/31/2022 | | 0.00 |
| 11- Aggregate profit or (loss) on contracts | | -263.53 |

*As applicable, proceeds from other sale transactions are summarized below and details are provided in subsequent sections of this document. More details on futures and section 1256 options transactions are also provided in other sections of this document.*

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.
Dividends may be reclassified for tax purposes after the original Form 1099 is sent in certain cases where information from issuers is received late. This may require us to provide you an amended tax form.
C - Corrected

**Apex Clearing**

# Tax Summary

**2022**

5MU73363

02/08/2023

## Summary Of Sale Proceeds

Proceeds from sales of securities are reported individually by trade to the Internal Revenue Service. Please refer to the Proceeds from Broker and Barter Exchange Transactions details sections to determine correct amounts to include in your tax return. The summary transaction amounts shown below are for informational purposes.

| Section | Total Proceeds | Total Cost Basis | Total Market Discount | Total Wash Sale Loss Disallowed | Total Net Gain or Loss(-) |
|---|---|---|---|---|---|
| Short-term transactions for covered tax lots | 255,227.79 | 279,304.13 | 0.00 | 25,662.60 | 1,586.26 |
| Short-term transactions for noncovered tax lots | 220.48 | 220.20 | 0.00 | 0.00 | 0.28 |
| **Total Short-term** | **255,448.27** | **279,524.33** | **0.00** | **25,662.60** | **1,586.54** |
| | | | | | |
| Long-term transactions for covered tax lots | 5,195.68 | 31,546.71 | 0.00 | 32.70 | -26,318.33 |
| Long-term transactions for noncovered tax lots | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Long-term** | **5,195.68** | **31,546.71** | **0.00** | **32.70** | **-26,318.33** |
| | | | | | |
| Undetermined transactions for noncovered tax lots | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Undetermined-term** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

### Original Issue Discount

| | |
|---|---|
| Original Issue Discount (Non-US Treasury Obligations) | 0.00 |
| Original Issue Discount on U.S. Treasury Obligations | 0.00 |
| Other Periodic Interest | 0.00 |
| Market Discount – Covered Positions | 0.00 |
| Acquisition Premium – Covered Positions | 0.00 |
| Bond Premium – Covered Positions | 0.00 |
| Tax-Exempt OID – Covered Positions | 0.00 |
| Tax Exempt OID – Specified Private Activity Bonds – Covered Positions | 0.00 |
| Investment Expenses | 0.00 |

*Amounts shown in this section are summary totals for your reference. For bond-by-bond detail, use the Form1099-OID section of this document.*

### FEDERAL TAX WITHHELD

| Form | Federal Income Tax Withheld |
|---|---|
| 1099-B Total (aggregate): | **0.00** |
| 1099-DIV Total: | **0.00** |
| 1099-INT Total: | **0.00** |
| 1099-MISC Total: | **0.00** |
| 1099-OID Total: | **0.00** |

| **Apex Clearing** | **Proceeds from Broker and Barter Exchange Transactions** | **2022 Form 1099-B\*** |
|---|---|---|
| 5MU73363 | | 02/08/2023    OMB No. 1545-0715 |

The following information is being provided to assist in your review and the preparation of your tax return.

This Form 1099-B – Proceeds from Broker and Barter Exchange Transactions provides information relating to sales of securities in your account. The sales details are organized into potentially five separate sections depending on your holding period in the security for the sale (short-term vs long-term) and whether the security is considered a "covered security" for tax reporting purpose. For covered securities, cost basis (adjusted as required under tax regulations) is being reported to the Internal Revenue Service (IRS), whereas for noncovered securities, cost basis if set forth below is provided only for your information.

A separate category is provided for sales of securities for which we do not know your holding period. For such tax lots, you will need to use your historical documents to determine your holding period (whether short-term or long-term) and your tax basis.

Unless noted otherwise under the column "Additional Notes", cost basis and corresponding gain or loss is determined by treating tax lots acquired first as being sold first. We have also assumed that you have made an election to amortize premium on the purchase of taxable bonds.

As brokers, we are only required to apply wash sales loss disallowance rules to securities with the same CUSIP or identifier and purchased and sold within the same account. We are also not required to apply wash sales rules across covered and noncovered securities. You as the taxpayer, however, generally have broader obligations under the wash sales rules to determine disallowed losses, and you may wish to consult with a tax adviser as to the application of such rules to you.

Sales of certain contingent payment debt instruments give rise to ordinary income rather than short-term or long-term capital gain or loss. Such ordinary income treatment is indicated in the Additional Notes column as "Box 2 – Ordinary." In addition, certain assets classified as collectibles are subject to special tax treatment. Any such classification is noted in the Additional Notes column as "Box 3 – Collectibles Box Checked." Loss disallowed for certain transactions involving change in control or capital structure is noted in the Additional Notes column as "Box 7 – Loss Disallowed Box Checked." Disposition of a QOF investment is noted in the Additional Notes column as "Box 3 – QOF."

Information in the transaction detail sections below that have a Box number is being transmitted to the IRS, whereas additional information that is not being transmitted to the IRS is not headed by a Box number. Such additional information may be helpful to you in the preparation of your tax return. Remember that taxpayers are ultimately responsible for the accuracy of their tax returns.

FATCA filing requirement [ ]

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.
**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)
**Box 5:** Box Not Checked (Covered Security)          **Box 6:** Gross (unless indicated as Net in Additional Notes Column)          **Box 12:** Basis Reported to the IRS
**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

### 1a - Description of property | CUSIP | Symbol

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| CALL MARA   04/14/22   35 MARATHON DIGITAL HOLDINGS INC | CUSIP: *8SKSSW0 | Symbol: MARA--220414C00035000 | | | | | | |
| 2022-03-25 | 11.000000 | 1,044.43 | 2022-03-25 | 1,011.54 | 0.00 | 32.89 | |
| PUT NVDA   07/15/22   150 NVIDIA CORPORATION | CUSIP: *8BVGYW1 | Symbol: NVDA--220715P00150000 | | | | | | |
| 2022-07-11 | 5.000000 | 1,694.69 | 2022-07-11 | 1,625.25 | 0.00 | 69.44 | |
| CALL SPY   03/04/22   430 STANDARD & POORS DEPOSITORY | CUSIP: *8GNHRK9 | Symbol: SPY---220304C00430000 | | | | | | |
| 2022-03-04 | 4.000000 | 843.78 | 2022-03-04 | 792.20 | 0.00 | 51.58 | |

\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions

2022 Form 1099-B*

5MU73363

**(continued)**

02/08/2023

OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)  **Box 6:** Gross (unless indicated as Net in Additional Notes Column)  **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

| 1a - Description of property \| CUSIP \| Symbol | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
| CALL Z    03/04/22    60 ZILLOW GROUP INC CLASS C \| CUSIP: *8GHYPQ9 \| Symbol: Z-----220304C00060000 | | | | | | | |
| 2022-03-01 | 5.000000 | 370.71 | 2022-03-01 | 360.25 | 0.00 | 10.46 | |
| CALL ASTR  03/18/22    5 ASTRA SPACE INC CLASS A \| CUSIP: *8H48167 \| Symbol: ASTR--220318C00005000 | | | | | | | |
| 2022-03-15 | 12.000000 | 119.37 | Various | 106.60 | 0.00 | 12.77 | |
| CALL MMAT  03/18/22    3 META MATLS INC \| CUSIP: *8KXKLS7 \| Symbol: MMAT--220318C00003000 | | | | | | | |
| 2022-03-16 | 10.000000 | 9.44 | 2022-03-11 | 10.70 | 1.26  D | -1.26 | |
| 2022-03-17 | 56.000000 | 53.12 | 2022-03-11 | 75.79 | 1.53  D | -22.67 | |
| 2022-03-18 | 9.000000 | 0.00 | 2022-03-11 | 19.98 | 0.00 | -19.98 | |
| **Security Totals:** | | **62.56** | | **106.47** | | **-43.91** | |
| PUT AAPL  10/21/22    155 APPLE INC \| CUSIP: *8GSSVS0 \| Symbol: AAPL--221021P00155000 | | | | | | | |
| 2022-08-22 | 6.000000 | 1,829.65 | Various | 1,521.30 | 0.00 | 308.35 | |
| CALL AMD  02/25/22    118 ADVANCED MICRO DEVICES INC \| CUSIP: *8GXHJP9 \| Symbol: AMD---220225C00118000 | | | | | | | |
| 2022-02-22 | 5.000000 | 1,549.73 | 2022-02-22 | 1,525.25 | 0.00 | 24.48 | |
| CALL SPY  06/30/22    380 STANDARD & POORS DEPOSITORY \| CUSIP: *8PWZXM5 \| Symbol: SPY---220630C00380000 | | | | | | | |
| 2022-06-30 | 4.000000 | 115.78 | 2022-06-30 | 116.20 | 0.00 | -0.42 | |
| CALL GLD  04/14/22    185 SPDR GOLD TR \| CUSIP: *8PHSWY0 \| Symbol: GLD---220414C00185000 | | | | | | | |
| 2022-04-11 | 10.000000 | 269.48 | 2022-04-11 | 250.49 | 0.00 | 18.99 | |
| PUT SPY  03/02/22    430 STANDARD & POORS DEPOSITORY \| CUSIP: *8PJWVV7 \| Symbol: SPY---220302P00430000 | | | | | | | |
| 2022-03-01 | 4.000000 | 943.78 | 2022-03-01 | 1,096.20 | 0.00 | -152.42 | |
| CALL SPY  04/14/22    442 STANDARD & POORS DEPOSITORY \| CUSIP: *8SGTJJ8 \| Symbol: SPY---220414C00442000 | | | | | | | |
| 2022-04-14 | 14.000000 | 872.24 | 2022-04-14 | 811.70 | 0.00 | 60.54 | |
| CALL SPY  02/25/22    434 STANDARD & POORS DEPOSITORY \| CUSIP: *8SLCKD7 \| Symbol: SPY---220225C00434000 | | | | | | | |
| 2022-02-25 | 4.000000 | 158.78 | 2022-02-25 | 170.20 | 0.00 | -11.42 | |
| CALL MRNA  03/04/22    165 MODERNA INC \| CUSIP: *8CZHWD6 \| Symbol: MRNA--220304C00165000 | | | | | | | |
| 2022-02-28 | 2.000000 | 235.88 | 2022-02-28 | 226.10 | 0.00 | 9.78 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions

2022 Form 1099-B*

5MU73363

(continued)

02/08/2023

OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)      **Box 6:** Gross (unless indicated as Net in Additional Notes Column)      **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

**1a - Description of property | CUSIP | Symbol**

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| PUT HOG  02/11/22  30 HARLEY DAVIDSON INC | CUSIP: *8SKLGW9 | Symbol: HOG---220211P00030000 | | | | | |
| 2022-02-11 | 1.000000 | 0.00 | 2022-02-07 | 19.05 | 0.00 | -19.05 | |
| CALL SPY  03/25/22  453 STANDARD & POORS DEPOSITORY | CUSIP: *8SMGZD3 | Symbol: SPY---220325C00453000 | | | | | |
| 2022-03-25 | 10.000000 | 1,019.48 | 2022-03-25 | 1,000.49 | 0.00 | 18.99 | |
| CALL SPY  02/07/22  451 STANDARD & POORS DEPOSITORY | CUSIP: *8SMRXD2 | Symbol: SPY---220207C00451000 | | | | | |
| 2022-02-07 | 4.000000 | 375.78 | 2022-02-07 | 444.20 | 0.00 | -68.42 | |
| PUT SPY  09/16/22  393 STANDARD & POORS DEPOSITORY | CUSIP: *8CWNNC5 | Symbol: SPY---220916P00393000 | | | | | |
| 2022-09-15 | 4.000000 | 1,063.74 | 2022-09-15 | 1,222.43 | 90.23  D | -158.69 | |
| CALL MSFT  04/01/22  320 MICROSOFT CORP | CUSIP: *8SNBNN6 | Symbol: MSFT--220401C00320000 | | | | | |
| 2022-03-30 | 2.000000 | 143.88 | 2022-03-29 | 171.10 | 27.22  D | -27.22 | |
| 2022-04-01 | 2.000000 | 3.88 | 2022-03-31 | 91.32 | 0.00 | -87.44 | |
| **Security Totals:** | | **147.76** | | **262.42** | | **-114.66** | |
| CALL SPY  03/25/22  448 STANDARD & POORS DEPOSITORY | CUSIP: *8SMGZC3 | Symbol: SPY---220325C00448000 | | | | | |
| 2022-03-24 | 6.000000 | 1,181.69 | 2022-03-24 | 1,116.29 | 0.00 | 65.40 | |
| CALL ASTR  04/14/22  5 ASTRA SPACE INC CLASS A | CUSIP: *8BYCFJ0 | Symbol: ASTR--220414C00005000 | | | | | |
| 2022-03-15 | 8.000000 | 207.58 | 2022-02-22 | 200.40 | 0.00 | 7.18 | |
| CALL MMAT  10/21/22  1 META MATLS INC | CUSIP: *8GDCNM3 | Symbol: MMAT--221021C00001000 | | | | | |
| 2022-10-13 | 15.000000 | 359.22 | Various | 37.75 | 0.00 | 321.47 | |
| CALL AAPL  04/08/22  180 APPLE INC | CUSIP: *8KXPTY6 | Symbol: AAPL--220408C00180000 | | | | | |
| 2022-04-04 | 10.000000 | 879.50 | 2022-04-04 | 870.49 | 0.00 | 9.01 | |
| PUT SPY  04/08/22  440 STANDARD & POORS DEPOSITORY | CUSIP: *8LKBPH0 | Symbol: SPY---220408P00440000 | | | | | |
| 2022-04-07 | 1.000000 | 76.93 | 2022-04-07 | 72.05 | 0.00 | 4.88 | |
| CALL SPY  04/08/22  450 STANDARD & POORS DEPOSITORY | CUSIP: *8LKBPS7 | Symbol: SPY---220408C00450000 | | | | | |
| 2022-04-07 | 10.000000 | 919.50 | 2022-04-07 | 890.49 | 0.00 | 29.01 | |
| CALL QQQ  03/30/22  370 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8KDGCH4 | Symbol: QQQ---220330C00370000 | | | | | |
| 2022-03-29 | 6.000000 | 1,089.69 | 2022-03-29 | 996.29 | 0.00 | 93.40 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**          **Proceeds from Broker and Barter Exchange Transactions** 2022 Form 1099-B*

5MU73363                                              **(continued)**                              02/08/2023          OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)          **Box 6:** Gross (unless indicated as Net in Additional Notes Column)          **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

**1a - Description of property | CUSIP | Symbol**

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| PUT SPY  04/08/22  443 STANDARD & POORS DEPOSITORY | CUSIP: *8NPYHB9 | Symbol: SPY---220408P00443000 | | | | | |
| 2022-04-07 | 10.000000 | 809.48 | 2022-04-07 | 800.49 | 0.00 | 8.99 | |
| PUT AMD  04/01/22  117 ADVANCED MICRO DEVICES INC | CUSIP: *8BXJTY4 | Symbol: AMD---220401P00117000 | | | | | |
| 2022-03-29 | 13.000000 | 1,089.32 | 2022-03-28 | 2,404.24 | 420.60 D | -1,314.92 | |
| CALL AMD  03/11/22  107 ADVANCED MICRO DEVICES INC | CUSIP: *8SLJCC0 | Symbol: AMD---220311C00107000 | | | | | |
| 2022-03-11 | 5.000000 | 324.73 | 2022-03-11 | 440.25 | 0.00 | -115.52 | |
| CALL LMT  04/01/22  455 LOCKHEED MARTIN CORP | CUSIP: *8SMZZD2 | Symbol: LMT---220401C00455000 | | | | | |
| 2022-03-28 | 1.000000 | 339.93 | 2022-03-28 | 360.05 | 0.00 | -20.12 | |
| CALL FB  04/22/22  210 META PLATFORMS INC CL A | CUSIP: *8NRNHQ2 | Symbol: FB---220422C00210000 | | | | | |
| 2022-04-20 | 5.000000 | 1,689.73 | 2022-04-20 | 1,500.25 | 0.00 | 189.48 | |
| PUT SPY  08/19/22  425 STANDARD & POORS DEPOSITORY | CUSIP: *8NTCDQ2 | Symbol: SPY---220819P00425000 | | | | | |
| 2022-08-18 | 1.000000 | 156.93 | 2022-08-18 | 151.05 | 0.00 | 5.88 | |
| CALL SPY  04/13/22  445 STANDARD & POORS DEPOSITORY | CUSIP: *8PLFGJ2 | Symbol: SPY---220413C00445000 | | | | | |
| 2022-04-12 | 5.000000 | 469.73 | 2022-04-12 | 470.25 | 0.00 | -0.52 | |
| CALL AAPL  03/25/22  172.50 APPLE INC | CUSIP: *8PLGKV4 | Symbol: AAPL--220325C00172500 | | | | | |
| 2022-03-24 | 10.000000 | 859.48 | 2022-03-24 | 840.49 | 0.00 | 18.99 | |
| CALL QQQ  04/06/22  354 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8SNPNQ7 | Symbol: QQQ---220406C00354000 | | | | | |
| 2022-04-06 | 15.000000 | 2,074.21 | 2022-04-06 | 1,835.74 | 0.00 | 238.47 | |
| CALL AAPL  04/29/22  170 APPLE INC | CUSIP: *8SPPVY7 | Symbol: AAPL--220429C00170000 | | | | | |
| 2022-04-19 | 12.000000 | 3,099.34 | Various | 2,952.60 | 0.00 | 146.74 | |
| CALL QQQ  04/29/22  325 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8SPWJG5 | Symbol: QQQ---220429C00325000 | | | | | |
| 2022-04-26 | 15.000000 | 5,854.17 | 2022-04-26 | 5,490.75 | 0.00 | 363.42 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions

**2022 Form 1099-B\***

5MU73363

**(continued)**

02/08/2023

OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)       **Box 6:** Gross (unless indicated as Net in Additional Notes Column)       **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

**1a - Description of property | CUSIP | Symbol**

| 1c - Date Sold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| CALL NIO  04/29/22   20 NIO INC ADS | CUSIP: *8SPVPM3 | Symbol: NIO---220429C00020000 | | | | | |
| 2022-04-19 | 5.000000 | 474.73 | 2022-04-19 | 465.25 | 0.00 | 9.48 | |
| 2022-04-20 | 10.000000 | 485.46 | 2022-04-20 | 536.02 | 50.56  D | -50.56 | |
| 2022-04-21 | 5.000000 | 249.73 | 2022-04-20 | 245.29 | 0.00 | 4.44 | |
| **Security Totals:** | | **1,209.92** | | **1,246.56** | | **-36.64** | |
| PUT NIO  04/29/22   16 NIO INC ADS | CUSIP: *8SPVPL6 | Symbol: NIO---220429P00016000 | | | | | |
| 2022-04-28 | 10.000000 | 279.48 | 2022-04-28 | 270.50 | 0.00 | 8.98 | |
| PUT SPY  08/19/22   385 STANDARD & POORS DEPOSITORY | CUSIP: *8NTCBN9 | Symbol: SPY---220819P00385000 | | | | | |
| 2022-07-20 | 1.000000 | 631.92 | 2022-07-20 | 614.05 | 0.00 | 17.87 | |
| 2022-07-29 | 1.000000 | 152.93 | 2022-07-29 | 149.05 | 0.00 | 3.88 | |
| **Security Totals:** | | **784.85** | | **763.10** | | **21.75** | |
| PUT SPY  04/29/22   427 STANDARD & POORS DEPOSITORY | CUSIP: *8SPXDP8 | Symbol: SPY---220429P00427000 | | | | | |
| 2022-04-28 | 1.000000 | 319.93 | 2022-04-28 | 224.05 | 0.00 | 95.88 | |
| CALL SPY  04/20/22   448 STANDARD & POORS DEPOSITORY | CUSIP: *8LKYFL1 | Symbol: SPY---220420C00448000 | | | | | |
| 2022-04-20 | 20.000000 | 618.97 | 2022-04-20 | 990.98 | 0.00 | -372.01 | |
| PUT AAPL  04/14/22   167.50 APPLE INC | CUSIP: *8PKVTC9 | Symbol: AAPL--220414P00167500 | | | | | |
| 2022-04-12 | 5.000000 | 514.73 | 2022-04-12 | 500.25 | 0.00 | 14.48 | |
| PUT SPY  04/13/22   442 STANDARD & POORS DEPOSITORY | CUSIP: *8SNQKB0 | Symbol: SPY---220413P00442000 | | | | | |
| 2022-04-12 | 1.000000 | 157.93 | 2022-04-12 | 163.05 | 0.00 | -5.12 | |
| PUT SPY  04/08/22   448 STANDARD & POORS DEPOSITORY | CUSIP: *8NPYHN5 | Symbol: SPY---220408P00448000 | | | | | |
| 2022-04-07 | 10.000000 | 969.48 | 2022-04-07 | 940.49 | 0.00 | 28.99 | |
| CALL NIO  04/29/22   16 NIO INC ADS | CUSIP: *8SPVPL5 | Symbol: NIO---220429C00016000 | | | | | |
| 2022-04-28 | 5.000000 | 324.71 | 2022-04-28 | 325.25 | 0.00 | -0.54 | |
| PUT SPY  05/06/22   419 STANDARD & POORS DEPOSITORY | CUSIP: *8PKTBC1 | Symbol: SPY---220506P00419000 | | | | | |
| 2022-05-04 | 5.000000 | 1,074.74 | 2022-05-04 | 955.25 | 0.00 | 119.49 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

| **Apex Clearing** | **Proceeds from Broker and Barter Exchange Transactions** | **2022 Form 1099-B\*** |
|---|---|---|
| 5MU73363 | **(continued)** | 02/08/2023    OMB No. 1545-0715 |

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)          **Box 6:** Gross (unless indicated as Net in Additional Notes Column)          **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

**1a - Description of property | CUSIP | Symbol**

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| PUT QQQ   05/06/22   322 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8PKSQJ3 | Symbol: QQQ---220506P00322000 | | | | | |
| 2022-05-05 | 5.000000 | 1,489.73 | 2022-05-05 | 1,365.25 | 0.00 | 124.48 | |
| PUT AMD   08/19/22   100 ADVANCED MICRO DEVICES INC | CUSIP: *8PKXGZ1 | Symbol: AMD---220819P00100000 | | | | | |
| 2022-08-15 | 5.000000 | 749.72 | 2022-08-15 | 895.25 | 0.00 | -145.53 | |
| PUT TWTR   04/22/22   44 TWITTER INC | CUSIP: *8PJHCT9 | Symbol: TWTR--220422P00044000 | | | | | |
| 2022-04-18 | 1.000000 | 95.93 | 2022-04-14 | 202.05 | 0.00 | -106.12 | |
| CALL SPY   04/13/22   443 STANDARD & POORS DEPOSITORY | CUSIP: *8CSGYV0 | Symbol: SPY---220413C00443000 | | | | | |
| 2022-04-12 | 5.000000 | 394.73 | 2022-04-12 | 415.25 | 0.00 | -20.52 | |
| CALL AMD   07/15/22   80 ADVANCED MICRO DEVICES INC | CUSIP: *8KQVTL7 | Symbol: AMD---220715C00080000 | | | | | |
| 2022-07-13 | 1.000000 | 74.93 | 2022-07-13 | 71.05 | 0.00 | 3.88 | |
| PUT QQQ   05/04/22   316 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8SRRNC0 | Symbol: QQQ---220504P00316000 | | | | | |
| 2022-05-03 | 5.000000 | 1,389.73 | 2022-05-03 | 1,720.25 | 0.00 | -330.52 | |
| PUT QQQ   05/02/22   312 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8BSQXH0 | Symbol: QQQ---220502P00312000 | | | | | |
| 2022-05-02 | 5.000000 | 824.73 | 2022-05-02 | 830.25 | 0.00 | -5.52 | |
| CALL SPY   04/27/22   422 STANDARD & POORS DEPOSITORY | CUSIP: *8PNPHX0 | Symbol: SPY---220427C00422000 | | | | | |
| 2022-04-26 | 5.000000 | 1,614.73 | 2022-04-26 | 1,510.25 | 0.00 | 104.48 | |
| PUT DWAC   09/16/22   10 DIGITAL WORLD ACQUISITION CORP | CUSIP: *8SRQMQ8 | Symbol: DWAC--220916P00010000 | | | | | |
| 2022-09-16 | 50.000000 | 0.00 | 2022-09-08 | 102.46 | 0.00 | -102.46 | |
| CALL QQQ   08/19/22   325 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8SQNKW4 | Symbol: QQQ---220819C00325000 | | | | | |
| 2022-08-19 | 4.000000 | 283.77 | 2022-08-19 | 276.20 | 0.00 | 7.57 | |
| CALL NFLX   06/10/22   210 NETFLIX INC | CUSIP: *8PRRHL5 | Symbol: NFLX--220610C00210000 | | | | | |
| 2022-06-08 | 1.000000 | 159.93 | 2022-06-08 | 170.05 | 0.00 | -10.12 | |
| PUT SPY   06/10/22   408 STANDARD & POORS DEPOSITORY | CUSIP: *8SQWNS7 | Symbol: SPY---220610P00408000 | | | | | |
| 2022-06-08 | 2.000000 | 363.88 | 2022-06-08 | 480.10 | 0.00 | -116.22 | |
| PUT QQQ   07/15/22   286 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8SSDNP3 | Symbol: QQQ---220715P00286000 | | | | | |
| 2022-07-14 | 10.000000 | 1,959.39 | 2022-07-14 | 1,790.50 | 0.00 | 168.89 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions

2022 Form 1099-B*

5MU73363 | (continued) | 02/08/2023 | OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)   **Box 6:** Gross (unless indicated as Net in Additional Notes Column)   **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

### 1a - Description of property | CUSIP | Symbol

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| CALL SPY  06/10/22  410 STANDARD & POORS DEPOSITORY | CUSIP: *8SQWNS1 | Symbol: SPY---220610C00410000 | | | | | |
| 2022-06-09 | 2.000000 | 408.86 | 2022-06-09 | 415.10 | 0.00 | -6.24 | |
| PUT SPY  06/08/22  412 STANDARD & POORS DEPOSITORY | CUSIP: *8SRCNB4 | Symbol: SPY---220608P00412000 | | | | | |
| 2022-06-08 | 2.000000 | 201.88 | 2022-06-08 | 196.10 | 0.00 | 5.78 | |
| PUT SPY  07/15/22  384 STANDARD & POORS DEPOSITORY | CUSIP: *8SSDXW1 | Symbol: SPY---220715P00384000 | | | | | |
| 2022-07-15 | 10.000000 | 839.47 | 2022-07-15 | 970.50 | 0.00 | -131.03 | |
| PUT SPY  06/08/22  414 STANDARD & POORS DEPOSITORY | CUSIP: *8SRCNB6 | Symbol: SPY---220608P00414000 | | | | | |
| 2022-06-08 | 2.000000 | 221.87 | 2022-06-08 | 216.10 | 0.00 | 5.77 | |
| CALL AAPL  06/24/22  140 APPLE INC | CUSIP: *8SRDFY4 | Symbol: AAPL--220624C00140000 | | | | | |
| 2022-06-22 | 4.000000 | 274.77 | 2022-06-22 | 316.20 | 0.00 | -41.43 | |
| PUT SPY  06/17/22  366 STANDARD & POORS DEPOSITORY | CUSIP: *8SRWXT8 | Symbol: SPY---220617P00366000 | | | | | |
| 2022-06-16 | 4.000000 | 1,219.76 | 2022-06-16 | 1,160.20 | 0.00 | 59.56 | |
| CALL QQQ  06/10/22  290 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8SQVWN2 | Symbol: QQQ---220610C00290000 | | | | | |
| 2022-06-10 | 1.000000 | 185.93 | 2022-06-10 | 223.05 | 0.00 | -37.12 | |
| CALL SPY  07/15/22  386 STANDARD & POORS DEPOSITORY | CUSIP: *8SQTLV0 | Symbol: SPY---220715C00386000 | | | | | |
| 2022-07-15 | 1.000000 | 47.93 | 2022-07-15 | 57.05 | 0.00 | -9.12 | |
| PUT DWAC  09/16/22  15 DIGITAL WORLD ACQUISITION CORP | CUSIP: *8SRQMR0 | Symbol: DWAC--220916P00015000 | | | | | |
| 2022-09-09 | 2.000000 | 27.87 | 2022-09-08 | 93.10 | 0.00 | -65.23 | |
| PUT NVDA  07/01/22  145 NVIDIA CORPORATION | CUSIP: *8SSXGC5 | Symbol: NVDA--220701P00145000 | | | | | |
| 2022-07-01 | 4.000000 | 247.78 | 2022-07-01 | 228.20 | 0.00 | 19.58 | |
| PUT QQQ  06/15/22  278 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8SSXVV7 | Symbol: QQQ---220615P00278000 | | | | | |
| 2022-06-15 | 18.000000 | 4,318.95 | 2022-06-15 | 4,221.87 | 60.97 D | 97.08 | |
| PUT SPY  06/15/22  372 STANDARD & POORS DEPOSITORY | CUSIP: *8SSYTP5 | Symbol: SPY---220615P00372000 | | | | | |
| 2022-06-14 | 1.000000 | 305.93 | 2022-06-14 | 301.05 | 0.00 | 4.88 | |
| CALL TSLA  06/10/22  760 TESLA INC | CUSIP: *8SQXCQ8 | Symbol: TSLA--220610C00760000 | | | | | |
| 2022-06-08 | 1.000000 | 909.91 | 2022-06-08 | 865.05 | 0.00 | 44.86 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions

2022 Form 1099-B*

5MU73363

(continued)

02/08/2023

OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)          **Box 6:** Gross (unless indicated as Net in Additional Notes Column)          **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

### 1a - Description of property | CUSIP | Symbol

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| PUT SPY  06/15/22  373 STANDARD & POORS DEPOSITORY | CUSIP: *8SSYTP7 | Symbol: SPY---220615P00373000 | | | | | |
| 2022-06-14 | 1.000000 | 350.93 | 2022-06-14 | 351.05 | 0.00 | -0.12 | |
| PUT QQQ  06/10/22  303 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8SVHDF9 | Symbol: QQQ---220610P00303000 | | | | | |
| 2022-06-09 | 1.000000 | 223.93 | 2022-06-09 | 221.05 | 0.00 | 2.88 | |
| PUT QQQ  07/01/22  278 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8SSXWL9 | Symbol: QQQ---220701P00278000 | | | | | |
| 2022-07-01 | 2.000000 | 309.87 | 2022-07-01 | 276.10 | 0.00 | 33.77 | |
| PUT AAPL  12/16/22  125 APPLE INC | CUSIP: *8SVDCN7 | Symbol: AAPL--221216P00125000 | | | | | |
| 2022-09-02 | 1.000000 | 171.93 | 2022-09-02 | 164.05 | 0.00 | 7.88 | |
| CALL TSLA  07/01/22  700 TESLA INC | CUSIP: *8SSZMC8 | Symbol: TSLA--220701C00700000 | | | | | |
| 2022-07-01 | 1.000000 | 224.93 | 2022-07-01 | 189.05 | 0.00 | 35.88 | |
| CALL TSLA  07/15/22  735 TESLA INC | CUSIP: *8STLLN9 | Symbol: TSLA--220715C00735000 | | | | | |
| 2022-07-15 | 4.000000 | 963.76 | 2022-07-15 | 1,294.20 | 0.00 | -330.44 | |
| PUT SPY  06/21/22  372 STANDARD & POORS DEPOSITORY | CUSIP: *8STKYM1 | Symbol: SPY---220621P00372000 | | | | | |
| 2022-06-21 | 10.000000 | 1,339.45 | 2022-06-21 | 1,280.49 | 0.00 | 58.96 | |
| CALL SPY  07/01/22  380 STANDARD & POORS DEPOSITORY | CUSIP: *8SSYVK8 | Symbol: SPY---220701C00380000 | | | | | |
| 2022-07-01 | 2.000000 | 133.87 | 2022-07-01 | 190.10 | 0.00 | -56.23 | |
| PUT SPY  08/19/22  422 STANDARD & POORS DEPOSITORY | CUSIP: *8KMGKD6 | Symbol: SPY---220819P00422000 | | | | | |
| 2022-08-17 | 10.000000 | 619.47 | 2022-08-17 | 575.50 | 0.00 | 43.97 | |
| CALL SPY  06/24/22  378 STANDARD & POORS DEPOSITORY | CUSIP: *8SRTTP7 | Symbol: SPY---220624C00378000 | | | | | |
| 2022-06-23 | 1.000000 | 180.93 | 2022-06-23 | 179.05 | 0.00 | 1.88 | |
| PUT SPY  07/05/22  376 STANDARD & POORS DEPOSITORY | CUSIP: *8NTYBP1 | Symbol: SPY---220705P00376000 | | | | | |
| 2022-07-01 | 1.000000 | 185.93 | 2022-07-01 | 192.05 | 0.00 | -6.12 | |
| PUT MSFT  07/22/22  260 MICROSOFT CORP | CUSIP: *8PGPTH3 | Symbol: MSFT--220722P00260000 | | | | | |
| 2022-07-22 | 10.000000 | 359.48 | 2022-07-22 | 350.50 | 0.00 | 8.98 | |
| CALL QQQ  07/22/22  305 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8PLVFQ2 | Symbol: QQQ---220722C00305000 | | | | | |
| 2022-07-21 | 5.000000 | 1,139.68 | 2022-07-21 | 1,090.25 | 0.00 | 49.43 | |

* This is important tax Information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions
### (continued)

2022 Form 1099-B*

5MU73363

02/08/2023

OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)     **Box 6:** Gross (unless indicated as Net in Additional Notes Column)     **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

**1a - Description of property | CUSIP | Symbol**

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| PUT SPY  07/22/22  395 STANDARD & POORS DEPOSITORY | CUSIP: *8PNSDK1 | Symbol: SPY---220722P00395000 | | | | | |
| 2022-07-21 | 2.000000 | 237.88 | 2022-07-21 | 228.10 | 0.00 | 9.78 | |
| PUT SPY  07/22/22  396 STANDARD & POORS DEPOSITORY | CUSIP: *8PNSDT7 | Symbol: SPY---220722P00396000 | | | | | |
| 2022-07-21 | 4.000000 | 656.75 | 2022-07-21 | 689.31 | 9.11  D | -32.56 | |
| PUT MSFT  07/08/22  265 MICROSOFT CORP | CUSIP: *8NFCWD8 | Symbol: MSFT--220708P00265000 | | | | | |
| 2022-07-07 | 1.000000 | 91.93 | 2022-07-07 | 91.05 | 0.00 | 0.88 | |
| PUT SPY  07/22/22  397 STANDARD & POORS DEPOSITORY | CUSIP: *8PNSDV3 | Symbol: SPY---220722P00397000 | | | | | |
| 2022-07-21 | 1.000000 | 212.93 | 2022-07-21 | 199.05 | 0.00 | 13.88 | |
| PUT SPY  07/22/22  398 STANDARD & POORS DEPOSITORY | CUSIP: *8PNSDV6 | Symbol: SPY---220722P00398000 | | | | | |
| 2022-07-22 | 1.000000 | 96.93 | 2022-07-22 | 91.05 | 0.00 | 5.88 | |
| PUT SPY  07/11/22  385 STANDARD & POORS DEPOSITORY | CUSIP: *8SSNNK0 | Symbol: SPY---220711P00385000 | | | | | |
| 2022-07-11 | 10.000000 | 509.46 | 2022-07-11 | 520.49 | 0.00 | -11.03 | |
| PUT SPY  07/22/22  393 STANDARD & POORS DEPOSITORY | CUSIP: *8SSNPF2 | Symbol: SPY---220722P00393000 | | | | | |
| 2022-07-21 | 14.000000 | 3,231.18 | 2022-07-21 | 2,910.69 | 0.00 | 320.49 | |
| CALL AMZN  07/08/22  112 AMAZON.COM INC ADJ 20:1 STOCK SPLIT | CUSIP: *8STZHN4 | Symbol: AMZN--220708C00112000 | | | | | |
| 2022-07-05 | 10.000000 | 1,829.44 | 2022-07-05 | 1,620.49 | 0.00 | 208.95 | |
| CALL AMZN  07/01/22  113 AMAZON.COM INC ADJ 20:1 STOCK SPLIT | CUSIP: *8STZFY9 | Symbol: AMZN--220701C00113000 | | | | | |
| 2022-06-23 | 4.000000 | 1,059.76 | 2022-06-23 | 1,036.20 | 0.00 | 23.56 | |
| CALL AMZN  07/22/22  120 AMAZON.COM INC ADJ 20:1 STOCK SPLIT | CUSIP: *8STZLZ5 | Symbol: AMZN--220722C00120000 | | | | | |
| 2022-07-20 | 3.000000 | 485.82 | 2022-07-20 | 456.15 | 0.00 | 29.67 | |
| CALL AMZN  06/24/22  110 AMAZON.COM INC ADJ 20:1 STOCK SPLIT | CUSIP: *8STZDH7 | Symbol: AMZN--220624C00110000 | | | | | |
| 2022-06-15 | 4.000000 | 919.76 | 2022-06-15 | 860.20 | 0.00 | 59.56 | |
| CALL NFLX  07/22/22  220 NETFLIX INC | CUSIP: *8PHNLY1 | Symbol: NFLX--220722C00220000 | | | | | |
| 2022-07-20 | 1.000000 | 329.93 | 2022-07-20 | 324.05 | 0.00 | 5.88 | |
| PUT META  06/17/22  165 META PLATFORMS INC CL A | CUSIP: *8PSMJH5 | Symbol: META--220617P00165000 | | | | | |
| 2022-06-13 | 1.000000 | 394.93 | 2022-06-13 | 370.05 | 0.00 | 24.88 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions

**2022 Form 1099-B***

5MU73363

**(continued)**

02/08/2023

OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)        **Box 6:** Gross (unless indicated as Net in Additional Notes Column)        **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

**1a - Description of property | CUSIP | Symbol**

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| PUT SPY  07/29/22  408 STANDARD & POORS DEPOSITORY | CUSIP: *8PSSZJ7 | Symbol: SPY---220729P00408000 | | | | | |
| 2022-07-29 | 3.000000 | 308.81 | 2022-07-29 | 344.15 | 0.00 | -35.34 | |
| CALL SPY  07/08/22  387.50 STANDARD & POORS DEPOSITORY | CUSIP: *8NGDDX4 | Symbol: SPY---220708C00387500 | | | | | |
| 2022-07-08 | 5.000000 | 542.69 | 2022-07-08 | 518.25 | 0.00 | 24.44 | |
| CALL SPY  07/22/22  400 STANDARD & POORS DEPOSITORY | CUSIP: *8PNSDV9 | Symbol: SPY---220722C00400000 | | | | | |
| 2022-07-21 | 2.000000 | 179.88 | 2022-07-21 | 194.10 | 0.00 | -14.22 | |
| CALL SPY  07/22/22  398 STANDARD & POORS DEPOSITORY | CUSIP: *8PNSDV5 | Symbol: SPY---220722C00398000 | | | | | |
| 2022-07-21 | 3.000000 | 500.82 | 2022-07-21 | 489.15 | 0.00 | 11.67 | |
| PUT SPY  07/11/22  384 STANDARD & POORS DEPOSITORY | CUSIP: *8PRDGV5 | Symbol: SPY---220711P00384000 | | | | | |
| 2022-07-11 | 40.000000 | 3,336.86 | 2022-07-11 | 3,351.96 | 0.00 | -15.10 | |
| CALL GS  07/29/22  330 GOLDMAN SACHS GROUP INC | CUSIP: *8PRMRL9 | Symbol: GS----220729C00330000 | | | | | |
| 2022-07-21 | 2.000000 | 679.87 | 2022-07-21 | 818.10 | 0.00 | -138.23 | |
| CALL META  07/22/22  180 META PLATFORMS INC CL A | CUSIP: *8PSMRR6 | Symbol: META--220722C00180000 | | | | | |
| 2022-07-19 | 1.000000 | 222.93 | 2022-07-19 | 219.05 | 0.00 | 3.88 | |
| CALL SPY  07/11/22  391 STANDARD & POORS DEPOSITORY | CUSIP: *8SSNNK3 | Symbol: SPY---220711C00391000 | | | | | |
| 2022-07-08 | 1.000000 | 157.93 | 2022-07-08 | 154.05 | 0.00 | 3.88 | |
| CALL SPY  06/15/22  377 STANDARD & POORS DEPOSITORY | CUSIP: *8SSYTQ0 | Symbol: SPY---220615C00377000 | | | | | |
| 2022-06-14 | 1.000000 | 323.93 | 2022-06-14 | 347.05 | 0.00 | -23.12 | |
| PUT SPY  07/13/22  376 STANDARD & POORS DEPOSITORY | CUSIP: *8STSLP1 | Symbol: SPY---220713P00376000 | | | | | |
| 2022-07-13 | 5.000000 | 1,054.71 | 2022-07-13 | 1,055.25 | 0.00 | -0.54 | |
| PUT SPY  07/13/22  382 STANDARD & POORS DEPOSITORY | CUSIP: *8STSLP5 | Symbol: SPY---220713P00382000 | | | | | |
| 2022-07-12 | 1.000000 | 228.93 | 2022-07-12 | 226.05 | 0.00 | 2.88 | |
| CALL QQQ  06/13/22  279 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8LJKVS8 | Symbol: QQQ---220613C00279000 | | | | | |
| 2022-06-13 | 1.000000 | 128.93 | 2022-06-13 | 126.05 | 0.00 | 2.88 | |
| CALL SPY  06/17/22  371 STANDARD & POORS DEPOSITORY | CUSIP: *8LJQRG1 | Symbol: SPY---220617C00371000 | | | | | |
| 2022-06-16 | 4.000000 | 1,079.76 | 2022-06-16 | 1,020.20 | 0.00 | 59.56 | |

***This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.**

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions

**2022 Form 1099-B\***

5MU73363

(continued)

02/08/2023

OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)    **Box 6:** Gross (unless indicated as Net in Additional Notes Column)    **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

**1a - Description of property | CUSIP | Symbol**

| 1c - DateSold or Disposed | Quantity | 1d – Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| CALL SPY  06/15/22  375 STANDARD & POORS DEPOSITORY | CUSIP: *8SRWXJ1 | Symbol: SPY---220615C00375000 | | | | | |
| 2022-06-14 | 1.000000 | 297.93 | 2022-06-14 | 311.05 | 0.00 | -13.12 | |
| CALL SPY  07/15/22  378 STANDARD & POORS DEPOSITORY | CUSIP: *8SSDXV6 | Symbol: SPY---220715C00378000 | | | | | |
| 2022-07-14 | 1.000000 | 107.93 | 2022-07-14 | 100.05 | 0.00 | 7.88 | |
| CALL SPY  06/13/22  378 STANDARD & POORS DEPOSITORY | CUSIP: *8SSYTK0 | Symbol: SPY---220613C00378000 | | | | | |
| 2022-06-13 | 2.000000 | 301.87 | 2022-06-13 | 298.10 | 0.00 | 3.77 | |
| CALL SPY  06/13/22  379 STANDARD & POORS DEPOSITORY | CUSIP: *8SSYTK2 | Symbol: SPY---220613C00379000 | | | | | |
| 2022-06-13 | 3.000000 | 439.79 | 2022-06-13 | 428.15 | 0.00 | 11.64 | |
| CALL SPY  07/13/22  386 STANDARD & POORS DEPOSITORY | CUSIP: *8STSLP8 | Symbol: SPY---220713C00386000 | | | | | |
| 2022-07-12 | 6.000000 | 1,300.58 | 2022-07-12 | 1,391.50 | 73.20  D | -90.92 | |
| CALL SPY  07/20/22  395 STANDARD & POORS DEPOSITORY | CUSIP: *8BWVCF2 | Symbol: SPY---220720C00395000 | | | | | |
| 2022-07-20 | 1.000000 | 88.93 | 2022-07-20 | 85.05 | 0.00 | 3.88 | |
| PUT SPY  07/20/22  395 STANDARD & POORS DEPOSITORY | CUSIP: *8BWVCQ5 | Symbol: SPY---220720P00395000 | | | | | |
| 2022-07-20 | 6.000000 | 677.63 | 2022-07-20 | 654.30 | 0.00 | 23.33 | |
| PUT QQQ  07/05/22  276 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8PQVSD5 | Symbol: QQQ---220705P00276000 | | | | | |
| 2022-07-05 | 10.000000 | 1,219.46 | 2022-07-05 | 1,190.49 | 0.00 | 28.97 | |
| CALL SPY  07/13/22  385 STANDARD & POORS DEPOSITORY | CUSIP: *8PQVWQ4 | Symbol: SPY---220713C00385000 | | | | | |
| 2022-07-12 | 1.000000 | 207.93 | 2022-07-12 | 218.05 | 0.00 | -10.12 | |
| PUT SPY  07/29/22  404 STANDARD & POORS DEPOSITORY | CUSIP: *8PSSYY6 | Symbol: SPY---220729P00404000 | | | | | |
| 2022-07-28 | 1.000000 | 126.93 | 2022-07-28 | 121.05 | 0.00 | 5.88 | |
| CALL SPY  07/11/22  390 STANDARD & POORS DEPOSITORY | CUSIP: *8SSNNK1 | Symbol: SPY---220711C00390000 | | | | | |
| 2022-07-08 | 1.000000 | 156.93 | 2022-07-08 | 151.05 | 0.00 | 5.88 | |
| CALL SPY  07/20/22  396 STANDARD & POORS DEPOSITORY | CUSIP: *8BZWQP8 | Symbol: SPY---220720C00396000 | | | | | |
| 2022-07-20 | 1.000000 | 98.93 | 2022-07-20 | 105.05 | 0.00 | -6.12 | |
| PUT SPY  07/20/22  387 STANDARD & POORS DEPOSITORY | CUSIP: *8BWVBK5 | Symbol: SPY---220720P00387000 | | | | | |
| 2022-07-19 | 1.000000 | 200.93 | 2022-07-19 | 198.05 | 0.00 | 2.88 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions

2022 Form 1099-B*

5MU73363

(continued)

02/08/2023    OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)          **Box 6:** Gross (unless indicated as Net in Additional Notes Column)          **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

**1a - Description of property | CUSIP | Symbol**

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| CALL SPY   07/20/22   394 STANDARD & POORS DEPOSITORY | CUSIP: *8BZWQK8 | Symbol: SPY---220720C00394000 | | | | | |
| 2022-07-20 | 2.000000 | 201.88 | 2022-07-20 | 204.10 | 0.00 | -2.22 | |
| MINERVA NEUROSCIENCES INC COMMON STOCK | CUSIP: 603380205 | Symbol: NERV | | | | | |
| 2022-08-26 | 100.000000 | 713.97 | 2022-08-26 | 725.00 | 0.00 | -11.03 | |
| CALL QQQ   07/20/22   298 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8BZNYP2 | Symbol: QQQ---220720C00298000 | | | | | |
| 2022-07-19 | 3.000000 | 494.82 | 2022-07-19 | 477.15 | 0.00 | 17.67 | |
| CALL SPY   06/22/22   373 STANDARD & POORS DEPOSITORY | CUSIP: *8GDNPB7 | Symbol: SPY---220622C00373000 | | | | | |
| 2022-06-22 | 4.000000 | 551.74 | 2022-06-22 | 548.20 | 0.00 | 3.54 | |
| CALL SPY   07/25/22   395 STANDARD & POORS DEPOSITORY | CUSIP: *8GDRZJ0 | Symbol: SPY---220725C00395000 | | | | | |
| 2022-07-25 | 2.000000 | 173.87 | 2022-07-25 | 166.10 | 0.00 | 7.77 | |
| CALL SPY   07/13/22   384 STANDARD & POORS DEPOSITORY | CUSIP: *8STSLP6 | Symbol: SPY---220713C00384000 | | | | | |
| 2022-07-12 | 3.000000 | 896.81 | 2022-07-12 | 855.15 | 0.00 | 41.66 | |
| CALL MMAT   08/19/22   1.50 META MATLS INC | CUSIP: *8KGMZS0 | Symbol: MMAT--220819C00001500 | | | | | |
| 2022-08-19 | 10.000000 | 0.00 | 2022-08-04 | 20.49 | 0.00 | -20.49 | |
| PUT SPY   07/15/22   382.50 STANDARD & POORS DEPOSITORY | CUSIP: *8PTHQR5 | Symbol: SPY---220715P00382500 | | | | | |
| 2022-07-15 | 2.000000 | 257.88 | 2022-07-15 | 262.10 | 0.00 | -4.22 | |
| PUT SPY   06/30/22   373 STANDARD & POORS DEPOSITORY | CUSIP: *8STTXP2 | Symbol: SPY---220630P00373000 | | | | | |
| 2022-06-30 | 4.000000 | 483.77 | 2022-06-30 | 460.20 | 0.00 | 23.57 | |
| CALL SPY   07/27/22   394 STANDARD & POORS DEPOSITORY | CUSIP: *8STTYM1 | Symbol: SPY---220727C00394000 | | | | | |
| 2022-07-26 | 2.000000 | 375.88 | 2022-07-26 | 368.10 | 0.00 | 7.78 | |
| CALL ISRG   07/22/22   220 INTUITIVE INTUITIVE INC | CUSIP: *8NWSWW8 | Symbol: ISRG--220722C00220000 | | | | | |
| 2022-07-18 | 1.000000 | 334.93 | 2022-07-15 | 329.05 | 0.00 | 5.88 | |
| CALL SPY   07/11/22   386 STANDARD & POORS DEPOSITORY | CUSIP: *8PQVWF5 | Symbol: SPY---220711C00386000 | | | | | |
| 2022-07-11 | 12.000000 | 1,201.28 | 2022-07-11 | 1,116.59 | 0.00 | 84.69 | |
| CALL OXY   07/29/22   64 OCCIDENTAL PETROLEUM CORP | CUSIP: *8PSPQM1 | Symbol: OXY---220729C00064000 | | | | | |
| 2022-07-25 | 1.000000 | 146.93 | 2022-07-25 | 150.05 | 0.00 | -3.12 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions

**2022 Form 1099-B\***

5MU73363

**(continued)**

02/08/2023

OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)     **Box 6:** Gross (unless indicated as Net in Additional Notes Column)     **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

**1a - Description of property | CUSIP | Symbol**

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| PUT SPY  07/13/22  384 STANDARD & POORS DEPOSITORY | CUSIP: *8STSLP7 | Symbol: SPY---220713P00384000 | | | | | |
| 2022-07-11 | 5.000000 | 1,454.70 | 2022-07-11 | 1,365.25 | 0.00 | 89.45 | |
| CALL NVDA  08/05/22  185 NVIDIA CORPORATION | CUSIP: *8LPLQV3 | Symbol: NVDA--220805C00185000 | | | | | |
| 2022-07-29 | 1.000000 | 374.93 | 2022-07-29 | 371.05 | 0.00 | 3.88 | |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | CUSIP: 00165C104 | Symbol: AMC | | | | | |
| 2022-08-22 | 30.000000 | 360.88 | Various | 376.91 | 0.00 | -16.03 | |
| ANTERO RESOURCES CORPORATION  | CUSIP: 03674X106 | Symbol: AR | | | | | |
| 2022-02-15 | 1.000000 | 20.03 | 2022-02-14 | 0.00 | 0.00 | 20.03 | |
| PUT SPY  07/20/22  384 STANDARD & POORS DEPOSITORY | CUSIP: *8BWTTT0 | Symbol: SPY---220720P00384000 | | | | | |
| 2022-07-19 | 11.000000 | 1,736.33 | 2022-07-19 | 1,762.11 | 45.57  D | -25.78 | |
| CALL GME  07/15/22  132 GAMESTOP CORP | CUSIP: *8PSZDK9 | Symbol: GME---220715C00132000 | | | | | |
| 2022-07-11 | 1.000000 | 582.92 | 2022-07-11 | 540.05 | 0.00 | 42.87 | |
| BED BATH & BEYOND INC  | CUSIP: 075896100 | Symbol: BBBY | | | | | |
| 2022-08-18 | 50.000000 | 751.97 | 2022-08-17 | 990.00 | 0.00 | -238.03 | |
| ***CEMEX S A B DE C V SPONSOR ADR REP 10 ORD PRTCP CRTS OF CEMEX S A DE C V | CUSIP: 151290889 | Symbol: CX | | | | | |
| 2022-02-15 | 1.000000 | 5.49 | 2022-02-14 | 0.00 | 0.00 | 5.49 | |
| 2022-03-24 | 1.000000 | 5.17 | 2022-03-23 | 0.00 | 0.00 | 5.17 | |
| 2022-03-25 | 1.000000 | 5.19 | 2022-03-24 | 0.00 | 0.00 | 5.19 | |
| **Security Totals:** | | **15.85** | | **0.00** | | **15.85** | |
| CAMBER ENERGY INC COMMON STOCK | CUSIP: 13200M508 | Symbol: #C079490 | | | | | |
| 2022-03-31 | 1000.000000 | 838.36 | 2022-03-30 | 860.00 | 21.64  D | -21.64 | |
| 2022-04-08 | 1000.000000 | 760.36 | 2022-04-08 | 793.64 | 0.00 | -33.28 | |
| 2022-10-31 | 4000.000000 | 590.38 | Various | 1,134.80 | 0.00 | -544.42 | |
| **Security Totals:** | | **2,189.10** | | **2,788.44** | | **-599.34** | |
| CALL SPY  07/20/22  387 STANDARD & POORS DEPOSITORY | CUSIP: *8BWTXV6 | Symbol: SPY---220720C00387000 | | | | | |
| 2022-07-18 | 1.000000 | 205.93 | 2022-07-18 | 217.05 | 0.00 | -11.12 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions

**2022 Form 1099-B***

5MU73363

(continued)

02/08/2023

OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)          **Box 6:** Gross (unless indicated as Net in Additional Notes Column)          **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

### 1a - Description of property | CUSIP | Symbol

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| EXXON MOBIL CORP   | CUSIP: 30231G102 | Symbol: XOM | | | | | |
| 2022-03-24 | 1.000000 | 84.26 | 2022-03-23 | 83.78 | 0.00 | 0.48 | |
| FORD MOTOR CO PAR $0.01   | CUSIP: 345370860 | Symbol: F | | | | | |
| 2022-03-25 | 1.000000 | 16.82 | 2022-03-24 | 0.00 | 0.00 | 16.82 | |
| GENWORTH FINANCIAL INC COM CL A   | CUSIP: 37247D106 | Symbol: GNW | | | | | |
| 2022-02-15 | 4.000000 | 16.42 | 2022-02-14 | 0.00 | 0.00 | 16.42 | |
| 2022-03-24 | 7.000000 | 26.02 | 2022-03-23 | 0.00 | 0.00 | 26.02 | |
| 2022-03-25 | 5.000000 | 18.03 | 2022-03-24 | 0.00 | 0.00 | 18.03 | |
| 2022-05-06 | 16.000000 | 64.18 | 2022-05-05 | 0.00 | 0.00 | 64.18 | |
| **Security Totals:** | | **124.65** | | **0.00** | | **124.65** | |
| PUT SPY   07/11/22   387 STANDARD & POORS DEPOSITORY | CUSIP: *8PSBDH2 | Symbol: SPY---220711P00387000 | | | | | |
| 2022-07-08 | 1.000000 | 139.93 | 2022-07-08 | 136.05 | 0.00 | 3.88 | |
| PUT AMD   07/15/22   77 ADVANCED MICRO DEVICES INC | CUSIP: *8SXKFF3 | Symbol: AMD---220715P00077000 | | | | | |
| 2022-07-13 | 5.000000 | 504.72 | 2022-07-13 | 565.25 | 0.00 | -60.53 | |
| MARATHON DIGITAL HLDGS INC COMMON STOCK   | CUSIP: 565788106 | Symbol: MARA | | | | | |
| 2022-03-25 | 1.000000 | 28.71 | 2022-03-25 | 28.36 | 0.00 | 0.35 | |
| MULLEN AUTOMOTIVE INC COMMON STOCK   | CUSIP: 62526P109 | Symbol: MULN | | | | | |
| 2022-04-20 | 1000.000000 | 1,460.46 | 2022-04-20 | 1,399.90 | 0.00 | 60.56 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions

**2022 Form 1099-B\***

| 5MU73363 | (continued) | 02/08/2023 | OMB No. 1545-0715 |
|---|---|---|---|

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)          **Box 6:** Gross (unless indicated as Net in Additional Notes Column)          **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

1a - Description of property | CUSIP | Symbol

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| META MATLS INC COMMON STOCK | CUSIP: 59134N104 | Symbol: MMAT | | | | | | |
| 2022-01-07 | 50.000000 | 121.99 | 2021-09-29 | 343.60 | 221.61 | D | -221.61 | |
| 2022-02-08 | 311.000000 | 504.39 | 2021-09-29 | 2,553.05 | 2,048.66 | D | -2,048.66 | |
| 2022-03-31 | 751.000000 | 1,306.63 | Various | 4,798.97 | 3,492.34 | D | -3,492.34 | |
| 2022-08-11 | 3532.000000 | 3,447.05 | Various | 20,374.55 | 16,927.50 | D | -16,927.50 | |
| 2022-10-27 | 1181.000000 | 1,180.94 | Various | 5,007.81 | 0.00 | | -3,826.87 | |
| 2022-11-08 | 6500.000000 | 10,073.98 | Various | 18,762.60 | 0.00 | | -8,688.62 | |
| 2022-11-09 | 6500.000000 | 10,333.91 | Various | 9,917.59 | 0.00 | | 416.32 | |
| 2022-11-17 | 5000.000000 | 8,650.15 | Various | 6,912.91 | 0.00 | | 1,737.24 | |
| 2022-11-18 | 3000.000000 | 4,980.39 | Various | 3,603.10 | 0.00 | | 1,377.29 | |
| 2022-11-23 | 9000.000000 | 16,745.17 | Various | 13,266.53 | 0.00 | | 3,478.64 | |
| 2022-11-30 | 5000.000000 | 9,300.13 | Various | 5,403.14 | 0.00 | | 3,896.99 | |
| **Security Totals:** | | **66,644.73** | | **90,943.85** | | | **-24,299.12** | |
| NVIDIA CORP   | CUSIP: 67066G104 | Symbol: NVDA | | | | | | |
| 2022-08-26 | 1.000000 | 173.55 | 2022-08-24 | 171.88 | 0.00 | | 1.67 | |
| PUT QQQ   07/18/22  295 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8STSCS3 | Symbol: QQQ---220718P00295000 | | | | | | |
| 2022-07-18 | 10.000000 | 1,159.46 | 2022-07-18 | 950.49 | 0.00 | | 208.97 | |
| PUT NVDA  08/26/22  150 NVIDIA CORPORATION | CUSIP: *8SVVPN3 | Symbol: NVDA--220826P00150000 | | | | | | |
| 2022-08-24 | 4.000000 | 187.75 | 2022-08-24 | 148.20 | 0.00 | | 39.55 | |
| CALL QCOM  07/22/22  138 QUALCOMM INC | CUSIP: *8SVWDP4 | Symbol: QCOM--220722C00138000 | | | | | | |
| 2022-07-14 | 1.000000 | 349.93 | 2022-07-14 | 340.05 | 0.00 | | 9.88 | |
| PUT SPY   07/25/22  394 STANDARD & POORS DEPOSITORY | CUSIP: *8STTYG0 | Symbol: SPY---220725P00394000 | | | | | | |
| 2022-07-25 | 10.000000 | 969.41 | 2022-07-25 | 915.50 | 0.00 | | 53.91 | |
| CALL NVDA  08/26/22  190 NVIDIA CORPORATION | CUSIP: *8SVVPP8 | Symbol: NVDA--220826C00190000 | | | | | | |
| 2022-08-24 | 1.000000 | 63.93 | 2022-08-24 | 54.05 | 0.00 | | 9.88 | |
| CALL AAPL  07/15/22  149 APPLE INC | CUSIP: *8SVZPL1 | Symbol: AAPL--220715C00149000 | | | | | | |
| 2022-07-12 | 30.000000 | 2,158.41 | 2022-07-12 | 3,341.47 | 0.00 | | -1,183.06 | |

**\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.**

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions
## (continued)

2022 Form 1099-B*

5MU73363

02/08/2023

OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)     **Box 6:** Gross (unless indicated as Net in Additional Notes Column)     **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

**1a - Description of property | CUSIP | Symbol**

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| CALL SPY  07/13/22  381 STANDARD & POORS DEPOSITORY | CUSIP: *8SWJCC9 | Symbol: SPY---220713C00381000 | | | | | |
| 2022-07-13 | 1.000000 | 84.93 | 2022-07-13 | 108.05 | 0.00 | -23.12 | |
| CALL SPY  07/13/22  383 STANDARD & POORS DEPOSITORY | CUSIP: *8SWJCD1 | Symbol: SPY---220713C00383000 | | | | | |
| 2022-07-12 | 1.000000 | 212.93 | 2022-07-12 | 212.05 | 0.00 | 0.88 | |
| PUT QQQ  07/20/22  293 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8SWHKJ0 | Symbol: QQQ---220720P00293000 | | | | | |
| 2022-07-19 | 10.000000 | 1,463.41 | 2022-07-19 | 1,460.50 | 0.00 | 2.91 | |
| CALL SPY  07/20/22  397 STANDARD & POORS DEPOSITORY | CUSIP: *8SWJDC9 | Symbol: SPY---220720C00397000 | | | | | |
| 2022-07-20 | 6.000000 | 346.65 | 2022-07-20 | 381.62 | 27.32 D | -34.97 | |
| PUT SPY  07/18/22  387 STANDARD & POORS DEPOSITORY | CUSIP: *8SWJCR2 | Symbol: SPY---220718P00387000 | | | | | |
| 2022-07-18 | 10.000000 | 829.44 | 2022-07-18 | 960.49 | 0.00 | -131.05 | |
| CALL SPY  07/18/22  389 STANDARD & POORS DEPOSITORY | CUSIP: *8SWJCR3 | Symbol: SPY---220718C00389000 | | | | | |
| 2022-07-18 | 5.000000 | 329.73 | 2022-07-18 | 400.25 | 0.00 | -70.52 | |
| TWITTER INC   | CUSIP: 90184L102 | Symbol: #T018836 | | | | | |
| 2022-04-19 | 1.000000 | 45.67 | 2022-04-14 | 46.00 | 0.00 | -0.33 | |
| UWM HOLDINGS CORPORATION CLASS A COMMON STOCK | CUSIP: 91823B109 | Symbol: UWMC | | | | | |
| 2022-05-06 | 1.000000 | 3.70 | 2022-05-05 | 0.00 | 0.00 | 3.70 | |
| VINCO VENTURES INC COMMON STOCK | CUSIP: 927330100 | Symbol: BBIG | | | | | |
| 2022-05-09 | 500.000000 | 1,680.32 | 2022-05-09 | 1,580.00 | 0.00 | 100.32 | |
| 2022-05-16 | 570.000000 | 1,441.99 | Various | 1,762.19 | 0.00 | -320.20 | |
| **Security Totals:** | | **3,122.31** | | **3,342.19** | | **-219.88** | |
| WESTWATER RESOURCES INC COMMON STOCK | CUSIP: 961684206 | Symbol: WWR | | | | | |
| 2022-03-31 | 1000.000000 | 2,000.55 | 2022-03-30 | 1,970.00 | 0.00 | 30.55 | |
| 2022-04-08 | 1000.000000 | 1,711.06 | 2022-04-08 | 1,640.00 | 0.00 | 71.06 | |
| **Security Totals:** | | **3,711.61** | | **3,610.00** | | **101.61** | |
| PUT SPY  07/22/22  397.50 STANDARD & POORS DEPOSITORY | CUSIP: *8SWJDM6 | Symbol: SPY---220722P00397500 | | | | | |
| 2022-07-22 | 2.000000 | 183.88 | 2022-07-22 | 186.10 | 0.00 | -2.22 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

| Apex Clearing | **Proceeds from Broker and Barter Exchange Transactions** | 2022 Form 1099-B* | |
|---|---|---|---|
| 5MU73363 | (continued) | 02/08/2023 | OMB No. 1545-0715 |

# SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)          **Box 6:** Gross (unless indicated as Net in Additional Notes Column)          **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

**1a - Description of property | CUSIP | Symbol**

| 1c - Date Sold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| PUT QQQ  07/20/22  299 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8SWHKJ4 | Symbol: QQQ---220720P00299000 | | | | | |
| 2022-07-20 | 1.000000 | 109.93 | 2022-07-20 | 126.05 | 0.00 | -16.12 | |
| PUT SPY  07/20/22  393 STANDARD & POORS DEPOSITORY | CUSIP: *8SWJDC8 | Symbol: SPY---220720P00393000 | | | | | |
| 2022-07-20 | 5.000000 | 373.71 | 2022-07-20 | 381.25 | 0.00 | -7.54 | |
| PUT GOOG  07/22/22  112.25 ALPHABET INC CLASS C ADJ 20:1 STOCK SPLIT | CUSIP: *8GLPMK1 | Symbol: GOOG--220722P00112250 | | | | | |
| 2022-07-21 | 2.000000 | 219.88 | 2022-07-21 | 230.10 | 0.00 | -10.22 | |
| CALL MMAT  09/16/22  1.50 META MATLS INC | CUSIP: *8KTCCJ9 | Symbol: MMAT--220916C00001500 | | | | | |
| 2022-09-16 | 50.000000 | 0.00 | 2022-08-26 | 102.47 | 0.00 | -102.47 | |
| CALL NVDA  07/29/22  182.50 NVIDIA CORPORATION | CUSIP: *8LQBSX9 | Symbol: NVDA--220729C00182500 | | | | | |
| 2022-07-20 | 1.000000 | 107.93 | 2022-07-28 | 105.05 | 0.00 | 2.88 | |
| PUT SQ  07/22/22  69 BLOCK INC | CUSIP: *8SVPRL2 | Symbol: SQ----220720P00069000 | | | | | |
| 2022-07-20 | 1.000000 | 109.93 | 2022-07-20 | 106.05 | 0.00 | 3.88 | |
| PUT SPY  07/20/22  391 STANDARD & POORS DEPOSITORY | CUSIP: *8SWJDC6 | Symbol: SPY---220720P00391000 | | | | | |
| 2022-07-20 | 5.000000 | 650.70 | 2022-07-20 | 655.37 | 5.12 D | -4.67 | |
| CALL COIN  07/22/22  77 COINBASE GLOBAL INC | CUSIP: *8NJPFK2 | Symbol: COIN--220722C00077000 | | | | | |
| 2022-07-21 | 5.000000 | 339.73 | 2022-07-21 | 310.25 | 0.00 | 29.48 | |
| PUT SPY  07/22/22  392.50 STANDARD & POORS DEPOSITORY | CUSIP: *8SWJDM4 | Symbol: SPY---220722P00392500 | | | | | |
| 2022-07-20 | 5.000000 | 1,017.68 | 2022-07-20 | 1,010.25 | 0.00 | 7.43 | |
| PUT QQQ  09/02/22  297 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8NYLRN8 | Symbol: QQQ---220902P00297000 | | | | | |
| 2022-09-01 | 4.000000 | 1,219.76 | 2022-09-01 | 1,068.20 | 0.00 | 151.56 | |
| PUT QQQ  09/02/22  299 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8NYLRQ4 | Symbol: QQQ---220902P00299000 | | | | | |
| 2022-09-02 | 1.000000 | 127.93 | 2022-09-02 | 106.05 | 0.00 | 21.88 | |
| CALL SPY  09/02/22  400 STANDARD & POORS DEPOSITORY | CUSIP: *8NYVTY7 | Symbol: SPY---220902C00400000 | | | | | |
| 2022-09-02 | 1.000000 | 120.93 | 2022-09-02 | 112.05 | 0.00 | 8.88 | |
| PUT SPY  09/02/22  398 STANDARD & POORS DEPOSITORY | CUSIP: *8NYVTY2 | Symbol: SPY---220902P00398000 | | | | | |
| 2022-09-02 | 6.000000 | 399.66 | 2022-09-02 | 402.42 | 31.12 D | -2.76 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**     **Proceeds from Broker and Barter Exchange Transactions** 2022 Form 1099-B*

5MU73363     (continued)     02/08/2023     OMB No. 1545-0715

# SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)     **Box 6:** Gross (unless indicated as Net in Additional Notes Column)     **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

**1a - Description of property | CUSIP | Symbol**

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| CALL AAPL  04/14/22  170 APPLE INC | CUSIP: *8BYGSY5 | Symbol: AAPL--220414C00170000 |||||||
| 2022-04-12 | 4.000000 | 507.79 | 2022-04-12 | 504.20 | 0.00 | 3.59 | |
| CALL QQQ  08/24/22  315 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8NLHXZ5 | Symbol: QQQ---220824C00315000 |||||||
| 2022-08-23 | 9.000000 | 1,772.49 | 2022-08-23 | 1,794.45 | 0.00 | -21.96 | |
| PUT QQQ  09/02/22  295 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8NYLRG2 | Symbol: QQQ---220902P00295000 |||||||
| 2022-09-01 | 1.000000 | 226.93 | 2022-09-01 | 220.05 | 0.00 | 6.88 | |
| PUT QQQ  08/29/22  305 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8PNSCC7 | Symbol: QQQ---220829P00305000 |||||||
| 2022-08-29 | 1.000000 | 49.93 | 2022-08-29 | 63.05 | 0.00 | -13.12 | |
| CALL OXY  12/16/22  90 OCCIDENTAL PETROLEUM CORP | CUSIP: *8SVCWX7 | Symbol: OXY---221216C00090000 |||||||
| 2022-09-15 | 3.000000 | 332.81 | Various | 537.15 | 0.00 | -204.34 | |
| PUT SPY  08/31/22  399 STANDARD & POORS DEPOSITORY | CUSIP: *8SWQFL8 | Symbol: SPY---220831P00399000 |||||||
| 2022-08-31 | 4.000000 | 399.77 | 2022-08-31 | 348.20 | 0.00 | 51.57 | |
| PUT QQQ  09/09/22  295 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8SXXQT9 | Symbol: QQQ---220909P00295000 |||||||
| 2022-09-07 | 20.000000 | 3,665.84 | 2022-09-07 | 3,665.43 | 48.43  D | 0.41 | |
| CALL SPY  08/12/22  423 STANDARD & POORS DEPOSITORY | CUSIP: *8SXYLF4 | Symbol: SPY--220812C00423000 |||||||
| 2022-08-12 | 3.000000 | 279.79 | 2022-08-12 | 264.15 | 0.00 | 15.64 | |
| PUT SPY  09/09/22  398 STANDARD & POORS DEPOSITORY | CUSIP: *8SXYLV1 | Symbol: SPY---220909P00398000 |||||||
| 2022-09-08 | 4.000000 | 665.75 | 2022-09-08 | 742.42 | 40.22  D | -76.67 | |
| PUT SPY  08/26/22  413 STANDARD & POORS DEPOSITORY | CUSIP: *8BTFXN6 | Symbol: SPY---220826P00413000 |||||||
| 2022-08-24 | 1.000000 | 256.93 | 2022-08-24 | 280.05 | 0.00 | -23.12 | |
| PUT NVDA  08/12/22  182.50 NVIDIA CORPORATION | CUSIP: *8PXXWL6 | Symbol: NVDA--220812P00182500 |||||||
| 2022-08-12 | 5.000000 | 209.73 | 2022-08-12 | 210.25 | 0.00 | -0.52 | |
| PUT SPY  08/05/22  413 STANDARD & POORS DEPOSITORY | CUSIP: *8SWPCM9 | Symbol: SPY---220805P00413000 |||||||
| 2022-08-03 | 4.000000 | 801.75 | 2022-08-03 | 780.20 | 0.00 | 21.55 | |
| PUT SPY  08/29/22  403 STANDARD & POORS DEPOSITORY | CUSIP: *8SWPCZ5 | Symbol: SPY---220829P00403000 |||||||
| 2022-08-29 | 4.000000 | 339.77 | 2022-08-29 | 320.20 | 0.00 | 19.57 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions

**2022 Form 1099-B***

5MU73363

**(continued)**

02/08/2023

OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)   **Box 6:** Gross (unless indicated as Net in Additional Notes Column)   **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

| 1a - Description of property \| CUSIP \| Symbol 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| PUT SPY   09/09/22   395 STANDARD & POORS DEPOSITORY \| CUSIP: *8SXYLT3 \| Symbol: SPY---220909P00395000 | | | | | | | |
| 2022-09-07 | 2.000000 | 444.86 | 2022-09-07 | 440.10 | 0.00 | 4.76 | |
| 2022-09-08 | 15.000000 | 3,083.14 | 2022-09-08 | 2,870.75 | 0.00 | 212.39 | |
| **Security Totals:** | | **3,528.00** | | **3,310.85** | | **217.15** | |
| CALL F   01/20/23   20 FORD MOTOR COMPANY \| CUSIP: *8CYFTL1 \| Symbol: F-----230120C00020000 | | | | | | | |
| 2022-03-24 | 6.000000 | 929.69 | 2022-03-24 | 942.29 | 0.00 | -12.60 | |
| CALL QQQ   08/29/22   305 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8PNSCC4 \| Symbol: QQQ---220829C00305000 | | | | | | | |
| 2022-08-29 | 1.000000 | 96.93 | 2022-08-29 | 84.05 | 0.00 | 12.88 | |
| CALL BABA   07/15/22   130 ALIBABA GROUP HOLDING LIMITED \| CUSIP: *8CZRBW4 \| Symbol: BABA--220715C00130000 | | | | | | | |
| 2022-07-08 | 4.000000 | 923.75 | 2022-07-08 | 896.20 | 0.00 | 27.55 | |
| PUT GOOG   09/16/22   102.25 ALPHABET INC CLASS C ADJ 20:1 STOCK SPLIT \| CUSIP: *8GMKBK6 \| Symbol: GOOG--220916P00102250 | | | | | | | |
| 2022-09-14 | 1.000000 | 64.93 | 2022-09-14 | 70.05 | 0.00 | -5.12 | |
| PUT SPY   09/09/22   397 STANDARD & POORS DEPOSITORY \| CUSIP: *8SXYLT7 \| Symbol: SPY---220909P00397000 | | | | | | | |
| 2022-09-08 | 1.000000 | 178.93 | 2022-09-08 | 205.05 | 0.00 | -26.12 | |
| PUT QQQ   08/24/22   313 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8NVBQC8 \| Symbol: QQQ---220824P00313000 | | | | | | | |
| 2022-08-24 | 15.000000 | 1,399.16 | 2022-08-24 | 1,415.06 | 39.31  D | -15.90 | |
| PUT QQQ   08/24/22   316 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8NVBQQ2 \| Symbol: QQQ---220824P00316000 | | | | | | | |
| 2022-08-23 | 2.000000 | 389.88 | 2022-08-23 | 371.10 | 0.00 | 18.78 | |
| PUT QQQ   08/12/22   327 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8SXXQL1 \| Symbol: QQQ---220812P00327000 | | | | | | | |
| 2022-08-12 | 2.000000 | 95.87 | 2022-08-12 | 124.10 | 0.00 | -28.23 | |
| CALL QQQ   09/06/22   300 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8PTQKR8 \| Symbol: QQQ---220906C00300000 | | | | | | | |
| 2022-09-02 | 8.000000 | 1,503.54 | 2022-09-02 | 1,433.51 | 7.11  D | 70.03 | |
| PUT SPY   08/12/22   420 STANDARD & POORS DEPOSITORY \| CUSIP: *8SSGFJ4 \| Symbol: SPY---220812P00420000 | | | | | | | |
| 2022-08-12 | 1.000000 | 65.93 | 2022-08-12 | 69.05 | 0.00 | -3.12 | |
| PUT SPY   08/26/22   418 STANDARD & POORS DEPOSITORY \| CUSIP: *8SVZMY5 \| Symbol: SPY---220826P00418000 | | | | | | | |
| 2022-08-26 | 6.000000 | 1,268.64 | 2022-08-26 | 1,201.30 | 0.00 | 67.34 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions

2022 Form 1099-B*

5MU73363

(continued)

02/08/2023

OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)          **Box 6:** Gross (unless indicated as Net in Additional Notes Column)          **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

**1a - Description of property | CUSIP | Symbol**

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| CALL AMD   09/09/22   85 ADVANCED MICRO DEVICES INC  | CUSIP: *8SXQSK4 | Symbol: AMD---220909C00085000 | | | | | |
| 2022-09-09 | 2.000000 | 95.88 | 2022-09-09 | 130.10 | 0.00 | -34.22 | |
| CALL MMAT   04/14/22   5 META MATLS INC  | CUSIP: *8G36187 | Symbol: MMAT--220414C00005000 | | | | | |
| 2022-03-24 | 33.000000 | 64.30 | Various | 677.60 | 357.45  D | -613.30 | |
| 2022-03-25 | 17.000000 | 33.11 | Various | 437.29 | 0.00 | -404.18 | |
| **Security Totals:** | | **97.41** | | **1,114.89** | | **-1,017.48** | |
| CALL MMAT   04/14/22   3 META MATLS INC  | CUSIP: *8G36183 | Symbol: MMAT--220414C00003000 | | | | | |
| 2022-03-23 | 20.000000 | 118.97 | Various | 220.99 | 0.00 | -102.02 | |
| AMC ENTERTAINMENT HOLDINGS INC AMC PRFRD EQTY UNTS ECH CNSTNG OF DPSTRY SHR RPRS | CUSIP: 00165C203 | Symbol: APE | | | | | |
| 2022-08-22 | 30.000000 | 280.78 | Various | 231.19 | 0.00 | 49.59 | |
| CALL MMAT   04/14/22   6 META MATLS INC  | CUSIP: *8G36190 | Symbol: MMAT--220414C00006000 | | | | | |
| 2022-03-24 | 1.000000 | 0.93 | 2022-01-12 | 20.04 | 0.00 | -19.11 | |
| PUT SPY   08/15/22   426 STANDARD & POORS DEPOSITORY | CUSIP: *8LLJGY4 | Symbol: SPY---220815P00426000 | | | | | |
| 2022-08-15 | 2.000000 | 145.88 | 2022-08-15 | 172.10 | 0.00 | -26.22 | |
| PUT SPY   08/15/22   424 STANDARD & POORS DEPOSITORY | CUSIP: *8LLJGY2 | Symbol: SPY---220815P00424000 | | | | | |
| 2022-08-15 | 2.000000 | 249.88 | 2022-08-12 | 309.10 | 59.22  D | -59.22 | |
| 2022-08-15 | 20.000000 | 1,318.94 | 2022-08-15 | 1,695.47 | 135.25  D | -376.53 | |
| **Security Totals:** | | **1,568.82** | | **2,004.57** | | **-435.75** | |
| PUT QQQ   08/17/22   328 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8NYLNJ4 | Symbol: QQQ--220817P00328000 | | | | | |
| 2022-08-17 | 20.000000 | 1,858.93 | 2022-08-17 | 1,714.00 | 0.00 | 144.93 | |
| PUT SPY   08/12/22   422 STANDARD & POORS DEPOSITORY | CUSIP: *8SVWXH5 | Symbol: SPY---220812P00422000 | | | | | |
| 2022-08-12 | 16.000000 | 1,623.11 | 2022-08-12 | 1,579.90 | 13.10  D | 43.21 | |
| CALL MMAT   04/14/22   2 META MATLS INC  | CUSIP: *8G36181 | Symbol: MMAT--220414C00002000 | | | | | |
| 2022-03-23 | 60.000000 | 1,556.91 | Various | 1,727.84 | 0.00 | -170.93 | |
| PUT QQQ   08/17/22   332 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8NYLNJ8 | Symbol: QQQ--220817P00332000 | | | | | |
| 2022-08-15 | 12.000000 | 2,261.34 | 2022-08-15 | 2,977.23 | 264.63  D | -715.89 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**                    **Proceeds from Broker and Barter Exchange Transactions**    2022 Form 1099-B*

5MU73363                                                    (continued)                                   02/08/2023    OMB No. 1545-0715

# SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)          **Box 6:** Gross (unless indicated as Net in Additional Notes Column)          **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

**1a - Description of property | CUSIP | Symbol**

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| PUT SPY  09/12/22  409 STANDARD & POORS DEPOSITORY | CUSIP: *8SXPXM5 | Symbol: SPY---220912P00409000 | | | | | |
| 2022-09-12 | 20.000000 | 1,098.93 | 2022-09-12 | 1,692.99 | 0.00 | -594.06 | |
| PUT SPY  08/17/22  428 STANDARD & POORS DEPOSITORY | CUSIP: *8NVFLK9 | Symbol: SPY---220817P00428000 | | | | . | |
| 2022-08-16 | 5.000000 | 958.70 | 2022-08-16 | 945.25 | 0.00 | 13.45 | |
| CALL MMAT  07/15/22  4 META MATLS INC | CUSIP: *8KHPTH8 | Symbol: MMAT--220715C00004000 | | | | | |
| 2022-03-23 | 1.000000 | 20.93 | 2022-03-22 | 20.05 | 0.00 | 0.88 | |
| CALL MMAT  07/15/22  2 META MATLS INC | CUSIP: *8KHPSM0 | Symbol: MMAT--220715C00002000 | | | | | |
| 2022-03-23 | 4.000000 | 229.76 | Various | 196.20 | 0.00 | 33.56 | |
| PUT SPY  09/21/22  385 STANDARD & POORS DEPOSITORY | CUSIP: *8BTPBR9 | Symbol: SPY---220921P00385000 | | | | | |
| 2022-09-21 | 1.000000 | 265.94 | 2022-09-21 | 254.05 | 0.00 | 11.89 | |
| PUT SPY  09/21/22  386 STANDARD & POORS DEPOSITORY | CUSIP: *8KZBRF7 | Symbol: SPY---220921P00386000 | | | | | |
| 2022-09-19 | 2.000000 | 680.86 | 2022-09-19 | 725.22 | 26.12 D | -44.36 | |
| PUT VXX  03/18/22  25 IPATH SRS B S&P 500 VIX SHRT | CUSIP: *8KZMWT2 | Symbol: VXX---220318P00025000 | | | | | |
| 2022-03-14 | 2.000000 | 119.88 | 2022-03-11 | 142.10 | 0.00 | -22.22 | |
| ***JEFFS BRANDS LTD ORDINARY SHARES | CUSIP: M61472102 | Symbol: JFBR | | | | | |
| 2022-09-21 | 1000.000000 | 1,039.87 | 2022-09-21 | 1,030.00 | 0.00 | 9.87 | |
| CALL TSLA  08/26/22  300 TESLA INC ADJ 3:1 STOCK SPLIT | CUSIP: *8NJXYL3 | Symbol: TSLA--220826C00300000 | | | | | |
| 2022-08-25 | 1.000000 | 292.93 | 2022-08-25 | 375.05 | 0.00 | -82.12 | |
| PUT SPY  09/19/22  385 STANDARD & POORS DEPOSITORY | CUSIP: *8SYLLJ3 | Symbol: SPY---220919P00385000 | | | | | |
| 2022-09-19 | 16.000000 | 1,657.12 | 2022-09-19 | 1,539.80 | 0.00 | 117.32 | |
| PUT SPY  09/19/22  382 STANDARD & POORS DEPOSITORY | CUSIP: *8KZBGC0 | Symbol: SPY---220919P00382000 | | | | | |
| 2022-09-19 | 2.000000 | 209.88 | 2022-09-19 | 264.10 | 0.00 | -54.22 | |
| PUT SPY  09/07/22  393 STANDARD & POORS DEPOSITORY | CUSIP: *8PKMLB9 | Symbol: SPY---220907P00393000 | | | | | |
| 2022-09-07 | 3.000000 | 272.83 | 2022-09-07 | 285.15 | 0.00 | -12.32 | |
| CALL QQQ  09/06/22  303 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8PVCSC8 | Symbol: QQQ---220906C00303000 | | | | | |
| 2022-09-01 | 6.000000 | 419.69 | 2022-09-01 | 509.30 | 0.00 | -89.61 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**      **Proceeds from Broker and Barter Exchange Transactions**   2022 Form 1099-B*

5MU73363           **(continued)**          02/08/2023    OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)      **Box 6:** Gross (unless indicated as Net in Additional Notes Column)      **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

**1a - Description of property | CUSIP | Symbol**

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| CALL SPY  09/14/22  400 STANDARD & POORS DEPOSITORY | CUSIP: *8SXBMD1 | Symbol: SPY---220914C00400000 | | | | | |
| 2022-09-13 | 2.000000 | 425.88 | 2022-09-13 | 422.10 | 0.00 | 3.78 | |
| CALL SPY  09/09/22  398 STANDARD & POORS DEPOSITORY | CUSIP: *8SXYLV0 | Symbol: SPY---220909C00398000 | | | | | |
| 2022-09-08 | 2.000000 | 333.88 | 2022-09-08 | 328.10 | 0.00 | 5.78 | |
| CALL QQQ  09/14/22  296 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8SYLFB4 | Symbol: QQQ---220914C00296000 | | | | | |
| 2022-09-14 | 3.000000 | 371.83 | 2022-09-14 | 357.15 | 0.00 | 14.68 | |
| CALL QQQ  09/02/22  299 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8NYLRQ3 | Symbol: QQQ---220902C00299000 | | | | | |
| 2022-09-02 | 20.000000 | 538.96 | 2022-09-02 | 551.99 | 0.00 | -13.03 | |
| PUT QQQ  09/14/22  293 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8PYDPF3 | Symbol: QQQ---220914P00293000 | | | | | |
| 2022-09-14 | 25.000000 | 1,598.63 | 2022-09-14 | 2,243.25 | 0.00 | -644.62 | |
| CALL CEI  10/28/22  .50 CAMBER ENERGY INC | CUSIP: *9SYSSP3 | Symbol: CEI---221028C00000500 | | | | | |
| 2022-10-28 | 40.000000 | 77.94 | 2022-09-20 | 0.00 | 0.00 | 77.94 | |
| PUT NVDA  09/16/22  160 NVIDIA CORPORATION ADJ 4:1 STOCK SPLIT | CUSIP: *8NKTVN6 | Symbol: NVDA--220916P00160000 | | | | | |
| 2022-08-24 | 2.000000 | 959.86 | 2022-08-24 | 880.10 | 0.00 | 79.76 | |
| CALL MMAT  11/18/22  1 META MATLS INC | CUSIP: *8LMCSN2 | Symbol: MMAT--221118C00001000 | | | | | |
| 2022-10-13 | 76.000000 | 3,816.96 | 2022-10-07 | 459.74 | 0.00 | 3,357.22 | |
| PUT QQQ  09/21/22  287 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8PWXNK2 | Symbol: QQQ---220921P00287000 | | | | | |
| 2022-09-20 | 5.000000 | 1,575.69 | 2022-09-20 | 1,482.25 | 0.00 | 93.44 | |
| CALL XOM  04/14/22  85 EXXON MOBIL CORP | CUSIP: *8NNWQC2 | Symbol: XOM---220414C00085000 | | | | | |
| 2022-03-24 | 4.000000 | 971.78 | 2022-03-23 | 928.20 | 0.00 | 43.58 | |
| PUT SPY  10/14/22  353 STANDARD & POORS DEPOSITORY | CUSIP: *8PNXBX0 | Symbol: SPY---221014P00353000 | | | | | |
| 2022-10-13 | 20.000000 | 2,738.91 | 2022-10-13 | 3,781.00 | 0.00 | -1,042.09 | |
| CALL AAPL  09/16/22  150 APPLE INC ADJ 4:1 STOCK SPLIT | CUSIP: *8PDPTD0 | Symbol: AAPL--220916C00150000 | | | | | |
| 2022-09-16 | 2.000000 | 101.88 | 2022-09-16 | 112.10 | 0.00 | -10.22 | |
| PUT TSLA  09/16/22  500 TESLA INC ADJ 5:1 STOCK SPLIT | CUSIP: *8PDSWM9 | Symbol: #8PDSWM9 | | | | | |
| 2022-07-28 | 1.000000 | 319.93 | 2022-07-27 | 360.05 | 0.00 | -40.12 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions

**2022 Form 1099-B\***

5MU73363

(continued)

02/08/2023

OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)        **Box 6:** Gross (unless indicated as Net in Additional Notes Column)        **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

1a - Description of property | CUSIP | Symbol

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| PUT SPY  01/20/23  380 STANDARD & POORS DEPOSITORY | CUSIP: *8PGWMC9 | Symbol: SPY---230120P00380000 | | | | | |
| 2022-10-31 | 1.000000 | 1,439.90 | 2022-10-28 | 1,378.05 | 0.00 | 61.85 | |
| CALL ASTR  02/18/22  5 ASTRA SPACE INC CLASS A | CUSIP: *8PWQNH5 | Symbol: ASTR--220218C00005000 | | | | | |
| 2022-02-07 | 1.000000 | 44.93 | 2022-02-07 | 90.05 | 0.00 | -45.12 | |
| CALL ASTR  02/18/22  7.50 ASTRA SPACE INC CLASS A | CUSIP: *8PWQNH7 | Symbol: ASTR--220218C00007500 | | | | | |
| 2022-02-07 | 4.000000 | 59.78 | Various | 120.20 | 0.00 | -60.42 | |
| CALL MMAT  01/20/23  5 META MATLS INC | CUSIP: *8SDWBH7 | Symbol: MMAT--230120C00005000 | | | | | |
| 2022-11-23 | 334.000000 | 3,339.35 | 2022-11-17 | 4,449.45 | 1,110.10 D | -1,110.10 | |
| CALL MMAT  01/20/23  2 META MATLS INC | CUSIP: *8SDWBH1 | Symbol: MMAT--230120C00002000 | | | | | |
| 2022-10-13 | 10.000000 | 339.48 | 2022-10-10 | 80.49 | 0.00 | 258.99 | |
| 2022-11-18 | 210.000000 | 6,841.38 | Various | 2,369.42 | 0.00 | 4,471.96 | |
| **Security Totals:** | | **7,180.86** | | **2,449.91** | | **4,730.95** | |
| CALL MMAT  12/30/22  4 META MATLS INC | CUSIP: *8UBDKM3 | Symbol: MMAT--221230C00004000 | | | | | |
| 2022-12-12 | 100.000000 | 296.94 | 2022-11-23 | 896.92 | 6.10 D | -599.98 | |
| CALL SPY  12/28/22  383 STANDARD & POORS DEPOSITORY | CUSIP: *8LSDHV6 | Symbol: SPY---221228C00383000 | | | | | |
| 2022-12-28 | 9.000000 | 179.63 | 2022-12-28 | 258.33 | 0.00 | -78.70 | |
| **Totals:** | | **255,227.79** | | **279,304.13** | | **-24,076.34** | |

\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions

**2022 Form 1099-B\***

5MU73363

**(continued)**

02/08/2023

OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR NONCOVERED TAX LOTS

Report on Form 8949, Part I with Box B checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Checked (Noncovered Security)     **Box 6:** Gross (unless indicated as Net in Additional Notes Column)     **Box 12:** Basis Not Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

**1a - Description of property | CUSIP | Symbol**

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| UNITED STATES OIL FUND LP SHARES OF UNITED STATES OIL FUND LP | CUSIP: 91232N207 | Symbol: USO | | | | | |
| 2022-03-17 | 3.000000 | 220.48 | 2022-03-17 | 220.20 | 0.00 | 0.28 | |
| **Totals:** | | **220.48** | | **220.20** | | **0.28** | |

\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

| Apex Clearing | **Proceeds from Broker and Barter Exchange Transactions** | 2022 Form 1099-B* |
| 5MU73363 | (continued) | 02/08/2023 OMB No. 1545-0715 |

# LONG-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part II with Box D checked.

**Box 2:** Type of Gain or Loss - Long-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)          **Box 6:** Gross (unless indicated as Net in Additional Notes Column)          **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

**1a - Description of property | CUSIP | Symbol**

| 1c - Date Sold or Disposed | Quantity | 1d – Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| META MATLS INC COMMON STOCK  | CUSIP: 59134N104 | Symbol: MMAT | | | | | |
| 2022-10-07 | 1000.000000 | 658.73 | Various | 6,741.18 | 0.00 | -6,082.45 | |
| 2022-10-10 | 1000.000000 | 703.04 | Various | 5,557.30 | 0.00 | -4,854.26 | |
| 2022-10-27 | 3819.000000 | 3,818.79 | Various | 19,199.54 | 32.70  D | -15,380.75 | |
| 2022-11-23 | 8.000000 | 15.12 | Various | 48.69 | 0.00 | -33.57 | |
| **Security Totals:** | | **5,195.68** | | **31,546.71** | | **-26,351.03** | |
| **Totals:** | | **5,195.68** | | **31,546.71** | | **-26,351.03** | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**                              **Regulated Futures Contracts & Section 1256 Options**                    **2022**

5MU73363                                                                                                                  02/08/2023

The detailed transactional information below is furnished only for your information. Only the aggregate profit/loss information in each section is reported to the IRS. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

### PROFIT OR LOSS REALIZED IN 2022 ON CLOSED CONTRACTS

| Description of property CUSIP | Expiration Date/ Strike Price | Closing Trade Process Date | Number of Contracts | Buy/Sell/Expire | Opening Contract Amount | Closing Contract Amount | Realized Profit/(Loss) |
|---|---|---|---|---|---|---|---|
| CALL SPXW 08/31/22 4000 CBOE S&P 500 CLOSE/EURO INDEX CLOSING CONTRACT | | | | | | | |
| | 08/31/2022 | | | | | | |
| CUSIP: | @4,000.00 | 08/31/2022 | 1.00 | Sell | 950.63 | 769.37 | -181.26 |
| PUT UVXY 04/08/22 14 PROSHARES ULTRA VIX SHORT TERM CLOSING CONTRACT | | | | | | | |
| | 04/08/2022 | | | | | | |
| CUSIP: | @14.00 | 04/06/2022 | 10.00 | Sell | 540.49 | 429.48 | -111.01 |
| PUT SPXW 09/08/22 4000 CBOE S&P 500 CLOSE/EURO INDEX CLOSING CONTRACT | | | | | | | |
| | 09/08/2022 | | | | | | |
| CUSIP: | @4,000.00 | 09/08/2022 | 1.00 | Sell | 1,010.63 | 1,039.37 | 28.74 |
| **Short-Term Profit/(Loss) Total: 40%** | | | | | | | **-105.41** |
| **Long-Term Profit/(Loss) Total: 60%** | | | | | | | **-158.12** |
| **Total:** | | | | | | | **-263.53** |

Aggregate Short-Term Profit or (Loss): 40%          -105.41
Aggregate Long-Term Profit or (Loss): 60%          -158.12
**11 - Aggregate Profit or (Loss) on Contracts**          **-263.53**

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**

# Interest Income - Details of Form 1099-INT

**2022**

5MU73363

02/08/2023

This section of the information statement provides the payment-level details for interest that is reported in aggregate on Form 1099-INT. Market discount is provided only if you have made an election to recognize market discount on a current basis. Any such market discount and bond premium are reported on Form 1099-INT for covered lots, as detailed below. For noncovered lots, bond premium and market discount are shown below only for your information and are not reported on Form 1099-INT.

## Interest Income

### Description | CUSIP | Symbol

| Date | Interest Income (Box 1) | Investment Expenses (Box 5) | Foreign Tax paid (Box 6) | Foreign Country or US Possession (Box 7) | Market Discount (Box10) | Market Discount (NOT reported to IRS) | Bond Premium (Box 11) | Bond premium (Not reported to IRS) |
|---|---|---|---|---|---|---|---|---|
| FULLYPAID LENDING REBATE | | CUSIP: *8S87337 | Symbol: #8S87337 | | | | | |
| 2022-08-12 | 24.10 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| **Totals:** | **24.10** | **0.00** | **0.00** | | **0.00** | **0.00** | **0.00** | **0.00** |

**Common Instructions for Recipient**

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (SSN, ITIN, ATIN, or EIN). However, the issuer has reported your complete TIN to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on Form 1099 to satisfy its account reporting requirement under chapter 4 of the Internal Revenue Code. You also may have a filing requirement. See the Instructions for Form 8938.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Nominees.** If this form includes amounts belonging to another person, you are considered a nominee recipient. You must file as the "payer" the respective Form 1099 (DIV, INT, or OID) (with a Form 1096) to the IRS for each of the other owners to show their share of the income, and you must furnish the respective Copy B Form(s) to each. A spouse is not required to file a nominee return to show amounts owned by the other spouse. See the 2022 General Instructions for Certain Information Returns.

**FreeFile.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

**Future developments.** For the latest information about developments related to forms and instructions, such as legislation enacted after they were published, go to www.irs.gov/forms-instructions.

**Keep tax documents for your records.**

**1099-DIV Instructions for Recipient**

**Box 1a.** Shows total ordinary dividends that are taxable. Include this amount on the "Ordinary dividends" line of Form 1040 or 1040-SR. Also report it on Schedule B (Form 1040), if required.

**Box 1b.** Shows the portion of the amount in box 1a that may be eligible for reduced capital gains rates. See the Instructions for Form 1040 for how to determine this amount and where to report. The amount shown may be dividends a corporation paid directly to you as a participant (or beneficiary of a participant) in an employee stock ownership plan (ESOP). Report it as a dividend on your Form 1040 or 1040-SR but treat it as a plan distribution, not as investment income, for any other purpose.

**Box 2a.** Shows total capital gain distributions from a regulated investment company (RIC) or real estate investment trust (REIT). See How To Report in the Instructions for Schedule D (Form 1040). But, if no amount is shown in boxes 2b, 2c, 2d, and 2f and your only capital gains and losses are capital gain distributions, you may be able to report the amounts shown in box 2a on your Form 1040 or 1040-SR rather than Schedule D. See the Instructions for Form 1040.

**Box 2b.** Shows the portion of the amount in box 2a that is unrecaptured section 1250 gain from certain depreciable real property. See the Unrecaptured Section 1250 Gain Worksheet in the Instructions for Schedule D (Form 1040).

**Box 2c.** Shows the portion of the amount in box 2a that is section 1202 gain from certain small business stock that may be subject to an exclusion. See the Schedule D (Form 1040) Instructions.

**Box 2d.** Shows the portion of the amount in box 2a that is 28% rate gain from sales or exchanges of collectibles. If required, use this amount when completing the 28% Rate Gain Worksheet in the Instructions for Schedule D (Form 1040).

**Box 2e.** Shows the portion of the amount in box 1a that's section 897 gain attributable to disposition of U.S. real property interests (USRPI).

**Box 2f.** Shows the portion of the amount in box 2a that is section 897 gain attributable to disposition of USRPI. Note: Boxes 2e and 2f apply only to foreign persons and entities whose income maintains its character when passed through or distributed to its direct or indirect foreign owners or beneficiaries. It is generally treated as effectively connected to a trade or business within the United States. See the Instructions for your tax return.

**Box 3.** Shows a return of capital. To the extent of your cost (or other basis) in the stock, the distribution reduces your basis and is not taxable. Any amount received in excess of your basis is taxable to you as capital gain. See Pub. 550.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** Shows the portion of the amount in box 1a that may be eligible for the 20% qualified business income deduction under section 199A. See the Instructions for Form 8995 and Form 8995-A.

**Box 6.** Shows your share of expenses of a nonpublicly offered RIC, generally a nonpublicly offered mutual fund. This amount is included in box 1a.

**Box 7.** Shows the foreign tax that you may be able to claim as a deduction or a credit on Form 1040 or 1040-SR. See the Instructions for Form 1040.

**Box 8.** This box should be left blank if a RIC reported the foreign tax shown in box 7.

**Boxes 9 and 10.** Show cash and noncash liquidation distributions.

**Box 11.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its account reporting requirement under chapter 4 of the Internal Revenue Code. You may also have a filing requirement. See the Instructions for Form 8938.

**Box 12.** Shows exempt-interest dividends from a mutual fund or other RIC paid to you during the calendar year. See the Instructions for Form 1040 for where to report. This amount may be subject to backup withholding. See Box 4 above.

**Box 13.** Shows exempt-interest dividends subject to the alternative minimum tax. This amount is included in box 12. See the Instructions for Form 6251.

**Boxes 14-16.** State income tax withheld reporting boxes.

**1099-INT Instructions for Recipient**

The information provided may be different for covered and noncovered securities. For a description of covered securities, see the Instructions for Form 8949. For a taxable covered security acquired at a premium, unless you notified the payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to amortize the premium under section 171, or for a tax-exempt covered security acquired at a premium, your payer must generally report either (1) a net amount of interest that reflects the offset of the amount of premium amortization allocable to the interest payment(s), or (2) a gross amount for both the interest paid to you and the premium amortization allocable to the payment(s). If you notify your payer that you did not want to amortize the premium on a taxable covered security, then your payer will only report the gross amount of interest paid to you. For a noncovered security acquired at a premium, your payer is only required to report the gross amount of interest paid to you.

**Box 1.** Shows taxable interest paid to you during the calendar year by the payer. This does not include interest shown in box 3. May also show the total amount of the credits from clean renewable energy bonds, qualified energy conservation bonds, qualified zone academy bonds, qualified school construction bonds, and build America bonds that must be included in your interest income. These amounts were treated as paid to you during the calendar year on the credit allowance dates (March 15, June 15, September 15, and December 15). For more information, see Form 8912. See the instructions above for a taxable covered security acquired at a premium.

**Box 2.** Shows interest or principal forfeited because of early withdrawal of time savings. You may deduct this amount to figure your adjusted gross income on your income tax return. See the Instructions for Form 1040 to see where to take the deduction.

**Box 3.** Shows interest on U.S. Savings Bonds, Treasury bills, Treasury bonds, and Treasury notes. This may or may not all be taxable. See Pub. 550. This interest is exempt from state and local income taxes. This interest is not included in box 1. See the instructions above for a taxable covered security acquired at a premium.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN or you did not furnish the correct TIN to the payer. See Form W-9. Include this amount on your income tax return as tax withheld.

**Box 5.** Any amount shown is your share of investment expenses of a single-class REMIC. This amount is included in box 1. Note: This amount is not deductible.

**Box 6.** Shows foreign tax paid. You may be able to claim this tax as a deduction or a credit on your Form 1040 or 1040-SR. See your tax return instructions.

**Box 7.** Shows the country or U.S. possession to which the foreign tax was paid.

**Box 8.** Shows tax-exempt interest paid to you during the calendar year by the payer. See how to report this amount in the Instructions for Form 1040. This amount may be subject to backup withholding. See Box 4 above. See the instructions above for a tax-exempt covered security acquired at a premium.

**Box 9.** Shows tax-exempt interest subject to the alternative minimum tax. This amount is included in box 8. See the Instructions for Form 6251. See the instructions above for a tax-exempt covered security acquired at a premium.

**Box 10.** For a taxable or tax-exempt covered security, if you made an election under section 1278(b) to include market discount in income as it accrues and you notified your payer of the election in writing in accordance with Regulations section 1.6045-1(n)(5), shows the market discount that accrued on the debt instrument during the year while held by you, unless it was reported on Form 1099-OID. For a taxable or tax-exempt covered security acquired on or after January 1, 2015, accrued market discount will be calculated on a constant yield basis unless you notified your payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to make a constant yield election for market discount under section 1276(b). Report the accrued market discount on your income tax return as directed in the Instructions for Form 1040. Market discount on a tax-exempt security is includible in taxable income as interest income.

**Box 11.** For a taxable covered security (other than a U.S. Treasury obligation), shows the amount of premium amortization allocable to the interest payment(s), unless you notified the payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to amortize bond premium under section 171. If an amount is reported in this box, see the Instructions for Schedule B (Form 1040) to determine the net amount of interest includible in income on Form 1040 or 1040-SR with respect to the security. If an amount is not reported in this box for a taxable covered security acquired at a premium and the payer is reporting premium amortization, the payer has reported a net amount of interest in box 1. If the amount in box 11 is greater than the amount of interest paid on the covered security, see Regulations section 1.171-2(a)(4).

**Box 12.** For a U.S. Treasury obligation that is a covered security, shows the amount of premium amortization allocable to the interest payment(s), unless you notified the payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to amortize bond premium under section 171. If an amount is reported in this box, see the Instructions for Schedule B (Form 1040) to determine the net amount of interest includible in income on Form 1040 or 1040-SR with respect to the U.S. Treasury obligation. If an amount is not reported in this box for a U.S. Treasury obligation that is a covered security acquired at a premium and the payer is reporting premium amortization, the payer has reported a net amount of interest in box 3. If the amount in box 12 is greater than the amount of interest paid on the U.S. Treasury obligation, see Regulations section 1.171-2(a)(4).

**Box 13.** For a tax-exempt covered security, shows the amount of premium amortization allocable to the interest payment(s). If an amount is reported in this box, see Pub. 550 to determine the net amount of tax-exempt interest reportable on Form 1040 or 1040-SR. If an amount is not reported in this box for a tax-exempt covered security acquired at a premium, the payer has reported a net amount of interest in box 8 or 9, whichever is applicable. If the amount in box 13 is greater than the amount of interest paid on the tax-exempt covered security, the excess is a nondeductible loss. See Regulations section 1.171-2(a)(4)(ii).

**Box 14.** Shows CUSIP number(s) for tax-exempt bond(s) on which tax-exempt interest was paid, or tax credit bond(s) on which taxable interest was paid or tax credit was allowed, to you during the calendar year. If blank, no CUSIP number was issued for the bond(s).

**Boxes 15-17.** State tax withheld reporting boxes.

**1099-B Instructions to Recipients**

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

CUSIP number. Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.

**Applicable checkbox on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D (Form 1040), and which checkbox is applicable. See the Instructions for your Schedule D (Form 1040) and/or Form 8949.

**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Box 1b.** This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 1c.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.

**Box 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non- Section 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (Form 1040) (whichever is applicable) as explained in the Instructions for Schedule D (Form 1040).

**Box 1e.** Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, the Instructions for Schedule D (Form 1040), or Pub. 550 for details.

**Box 1f.** Shows the amount of accrued market discount. For details on market discount, see the Schedule D (Form 1040) instructions, the Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1f may be blank. Box 1g. Shows the amount of nondeductible loss in a wash sale transaction. For details on wash sales, see the Schedule D (Form 1040) instructions, the Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1g may be blank.

**Box 2.** The short-term and long-term boxes pertain to short-term gain or loss and long-term gain or loss. If the "Ordinary" box is checked, your security may be subject to special rules. For example, gain on a contingent payment debt instrument subject to the noncontingent bond method is generally treated as ordinary interest income rather than as capital gain. See the Instructions for Form 8949, Pub. 550, or Pub. 1212 for more details on whether there are any special rules or adjustments that might apply to your security. If box 5 is checked, box 2 may be blank.

**Box 3.** If checked, proceeds are from a transaction involving collectibles or from a Qualified Opportunity Fund (QOF).

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** If checked, the securities sold were noncovered securities and boxes 1b, 1e, 1f, 1g, and 2 may be blank. Generally, a noncovered security means: stock purchased before 2011, stock in most mutual funds purchased before 2012, stock purchased in or transferred to a dividend reinvestment plan before 2012, debt acquired before 2014, options granted or acquired before 2014, and securities futures contracts entered into before 2014.

**Box 6.** If the exercise of a noncompensatory option resulted in a sale of a security, a checked "Net proceeds" box indicates whether the amount in box 1d was adjusted for option premium.

**Box 7.** If checked, you cannot take a loss on your tax return based on gross proceeds from a reportable change in control or capital structure reported in box 1d. See the Form 8949 and Schedule D (Form 1040) instructions. The broker should advise you of any losses on a separate statement.

**Regulated Futures Contracts, Foreign Currency Contracts, and Section 1256 Option Contracts (Boxes 8 Through 11)**

**Box 8.** Shows the profit or (loss) realized on regulated futures, foreign currency, or Section 1256 option contracts closed during 2022.

**Box 9.** Shows any year-end adjustment to the profit or (loss) shown in box 8 due to open contracts on December 31, 2021.

**Box 10.** Shows the unrealized profit or (loss) on open contracts held by you on December 31, 2022. These are considered closed out as of that date. This will become an adjustment reported as unrealized profit or (loss) on open contracts—12/31/2022 in 2023.

**Box 11.** Boxes 8, 9, and 10 are all used to figure the aggregate profit or (loss) on regulated futures, foreign currency, or Section 1256 option contracts for the year. Include this amount on your 2022 Form 6781.

**Box 12.** If checked, the basis in box 1e has been reported to the IRS and either the short-term or the long-term gain or loss box in box 2 will be checked. If box 12 is checked on Form(s) 1099-B and NO adjustment is required, see the instructions for your Schedule D (Form 1040) as you may be able to report your transaction directly on Schedule D (Form 1040). If the "Ordinary" box in box 2 is checked, an adjustment may be required.

**Box 13.** Shows the cash you received, the fair market value of any property or services you received, and the fair market value of any trade credits or scrip credited to your account by a barter exchange. See Pub. 525.

**Boxes 14–16.** Show state(s)/local income tax information.

## 1099-MISC Instructions to Recipients

Amounts shown may be subject to self-employment (SE) tax. Individuals should see the Instructions for Schedule SE (Form 1040). Corporations, fiduciaries, or partnerships must report the amounts on the appropriate line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your information correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box 2.** Report royalties from oil, gas, or mineral properties; copyrights; and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the Schedule E (Form 1040) instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** Shows the amount paid to you as a fishing boat crew member by the operator, who considers you to be self-employed. Self-employed individuals must report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission, or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040).

**Box 9.** Report this amount on Schedule F (Form 1040).

**Box 10.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 11.** Shows the amount of cash you received for the sale of fish if you are in the trade or business of catching fish.

**Box 12.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A plus any earnings on current and prior year deferrals.

**Box 13.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its account reporting requirement under chapter 4 of the Internal Revenue Code. You may also have a filing requirement. See the Instructions for Form 8938.

**Box 14.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See your tax return instructions for where to report.

**Box 15.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. Any amount included in box 12 that is currently taxable is also included in this box. Report this amount as income on your tax return. This income is also subject to a substantial additional tax to be reported on Form 1040, 1040-SR, or 1040-NR. See the Instructions for your tax return.

**Boxes 16–18.** Show state or local income tax withheld from the payments.

## 1099-OID Instructions to Recipients

Original issue discount (OID) is the excess of an obligation's stated redemption price at maturity over its issue price (acquisition price for a stripped bond or coupon). OID on a taxable obligation is taxable as interest over the life of the obligation. If you are the holder of a taxable OID obligation, you generally must include an amount of OID in your gross income each year you hold the obligation. Obligations that may have OID include a bond, debenture, note, certificate, or other evidence of indebtedness having a term of more than 1 year. For example, the OID rules may apply to certificates of deposit (CDs), time deposits, bonus savings plans, and other deposit arrangements, especially if the payment of interest is deferred until maturity. In addition, the OID rules apply to Treasury inflation-protected securities. See Pub. 550 for more information.

If, as the record holder, you receive Form 1099-OID showing amounts belonging to another person, you are considered a nominee recipient. Complete a Form 1099-OID for each of the other owners showing the amounts allocable to each. File Copy A of the form with the IRS. Furnish Copy B to each owner. List yourself as the "payer" and the other owner as the "recipient." File Form(s) 1099 with Form 1096 with the Internal Revenue Service Center for your area. On Form 1096, list yourself as the "filer." A spouse is not required to file a nominee return to show amounts owned by the other spouse. If you bought or sold an obligation during the year and you are not a nominee, you are not required to issue or file Form 1099-OID showing the OID or stated interest allocable to the seller/buyer of the obligation.

The information provided may be different for covered and noncovered securities. For a description of covered securities, see the Instructions for Form 8949. For a covered security acquired with acquisition premium, your payer generally must report either (1) a net amount of OID that reflects the offset of OID by the amount of acquisition premium amortization for the year, or (2) a gross amount for both the OID and the acquisition premium amortization for the year. For a noncovered security acquired with acquisition premium, your payer is only required to report the gross amount of OID.

**Box 1.** Shows the OID on a taxable obligation for the part of the year you owned it. Report the amount in box 1 as interest income on your income tax return. However, depending on the type of debt instrument, the issue or acquisition date, and other factors (for example, if you paid acquisition or bond premium, or the obligation is a stripped bond or coupon), you may have to figure the correct amount of OID to report on your return. See Pub. 1212 for details on how to figure the correct OID. See the instructions above for a covered security acquired with acquisition premium.

**Box 2.** Shows qualified stated interest on this obligation for the year, which is an amount separate from the OID. If you held the obligation the entire year, report this amount as interest income on your tax return. If you disposed of the obligation or acquired it from another holder during the year, see Pub. 550 for reporting instructions. If there is an amount in both boxes 2 and 8, the amount in box 2 is interest on a U.S. Treasury obligation and is exempt from state and local income taxes. If there is an amount in both boxes 2 and 11, the amount in box 2 is tax-exempt interest and is not included in interest income on your tax return. In general, see how to report tax-exempt interest in the Instructions for Forms 1040 and 1040-SR.

**Box 3.** Shows interest or principal forfeited if you withdrew the money before the maturity date of the obligation, such as from a CD. You may deduct this amount to figure your adjusted gross income on your income tax return. See the Instructions for Forms 1040 and 1040-SR to see where to take the deduction.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN or you did not furnish the correct TIN to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** For a security acquired with OID, if you made an election under section 1278(b) to include market discount in income as it accrues and you notified your payer of the election in writing in accordance with Regulations section 1.6045-1(n)(5), shows the market discount that accrued on the debt instrument during the year while held by you. For a tax-exempt obligation that is a covered security acquired on or after January 1, 2017, and issued with OID, shows the market discount that accrued on the obligation during the year while held by you.

For a covered security acquired on or after January 1, 2015, market discount will be calculated on a constant yield basis unless you notified your payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to make a constant yield election for market discount under section 1276(b). The payer may, but is not required to, report the market discount for a tax-exempt obligation that is a covered security acquired before January 1, 2017. Report the accrued market discount on your income tax return as directed in the Instructions for Forms 1040 and 1040-SR. Market discount on a tax- exempt security is includible in taxable income as interest income.

**Box 6.** For a taxable covered security, shows the amount of acquisition premium amortization for the year that reduces the amount of OID that is included as interest on your income tax return. If an amount is reported in this box, see the Instructions for Schedule B (Form 1040 or 1040-SR). If an amount is not reported in this box for a covered security acquired with acquisition premium, the payer has reported a net amount of OID that reflects the offset of OID that is included in income. If the payer has reported a net amount of OID in box 1 or box 8, you must report the net amount of OID on Schedule B (Form 1040 or 1040-SR) and you must not make an adjustment to this amount for acquisition premium on Schedule B (Form 1040 or 1040-SR). If there is an amount in both boxes 6 and 11, for a tax-exempt obligation that is a covered security acquired on or after January 1, 2017, and is issued with OID, the amount in box 6 shows the amount of acquisition premium amortization for the year that reduces the amount of your tax-exempt OID for the year. The payer may, but is not required to, report the acquisition premium for a tax-exempt obligation that is a covered security acquired before January 1, 2017. See the instructions above for a covered security acquired with acquisition premium.

**Box 7.** Shows the identification (CUSIP) number or description of the obligation (may include the stock exchange, issuer, coupon rate, and year of maturity).

**Box 8.** Shows OID on a U.S. Treasury obligation for the part of the year you owned it. Report this amount as interest income on your federal income tax return and see Pub. 1212 to figure any appropriate adjustments to this amount. This OID is exempt from state and local income taxes and is not included in box 1. See the instructions above for a covered security acquired with acquisition premium. If the number in this box is negative, it represents a deflation adjustment. See Pub. 550 for further information on accounting for this adjustment.

**Box 9.** Any amount shown is your share of investment expenses of a single- class REMIC. This amount is included in box 2. Note: This amount is not deductible.

**Box 10.** For a taxable covered security, including a Treasury inflation-protected security, shows the amount of premium amortization allocable to the interest payment(s), unless you notified the payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to amortize bond premium under section 171. If an amount is reported in this box, see the Instructions for Schedule B (Form 1040 or 1040-SR). If an amount is not reported in this box for a taxable covered security acquired at a premium and the payer is reporting premium amortization, the payer has reported a net amount of interest in box 2. If the amount in this box is greater than the amount of interest paid on the covered security, see Regulations section 1.171-2(a)(4). If there is an amount in both boxes 10 and 11, for a tax-exempt obligation that is a covered security acquired on or after January 1, 2017, and issued with OID, the amount in box 10 shows the amount of premium amortization for the year that reduces the amount of your tax-exempt interest for the year. The payer may, but is not required to, report the premium amortization for a tax-exempt obligation that is a covered security acquired before January 1, 2017, and issued with OID.

**Box 11.** For a tax-exempt obligation that is a covered security acquired on or after January 1, 2017, shows the tax-exempt OID on the obligation for the part of the year you owned it. The payer may, but is not required to, report the OID for a tax-exempt obligation that is a covered security acquired before January 1, 2017. In general, report the amount of tax-exempt OID on Form 1040 or 1040-SR. See the instructions above for a covered security acquired with acquisition premium.

**Boxes 12-14.** State income tax withheld reporting.

**Apex Clearing**
One Dallas Center
350 North St Paul, Ste 1300
Dallas, TX 75201
**IMPORTANT TAX DOCUMENTS ENCLOSED**

IN ACCOUNT WITH
**WEBULL FINANCIAL LLC**
**888-828-0618**

CHRISTOPHER COX
2882 MADISON GROVE ROAD
GREENVILLE, NC 27858-7237

**IMPORTANT YEAR END MESSAGES**

This document includes your Consolidated Form 1099 that we are required to provide to you
and contains information that we are providing to the Internal Revenue Service and additional
information that may be helpful to you for filing your tax return. You may wish to seek the advice
of a tax professional when preparing your return.

Please verify your personal information for accuracy and contact us to correct any discrepancies.
If you own Mutual Funds, Real Estate Trusts (REITs), REMIC Securities or certain fixed
investment trusts (WHFITs), income distributions may be reclassified by the issuer after the
original 1099 is sent. If you hold these securities or another security that is subject to a
reclassification event, you may receive a corrected Form 1099.

This page is intentionally left blank.

**Apex Clearing**
One Dallas Center
350 North St Paul, Ste 1300
Dallas, TX 75201
Customer Service: 214-765-1009
Payer's Federal ID No: 13-2967453
IN ACCOUNT WITH
**WEBULL FINANCIAL LLC**
**888-828-0618**

**Account  5MU73363**

CHRISTOPHER COX
2882 MADISON GROVE ROAD
GREENVILLE, NC 27858-7237

RECIPIENT'S ID No: XXX-XX-3031

**Form 1099 Composite** | **2023**

Statement Date: 2024-01-31        ☐ Corrected

FATCA filing Requirement ☐

# Tax Reporting Statement

| Dividends and Distributions | 2023 Form1099DIV | OMB No. 1545-0110 |
|---|---|---|
| 1a- Total Ordinary Dividends (includes amount shown on 1b) | | 0.00 |
| 1b- Qualified Dividends | | 0.00 |
| 2a- Total Capital Gain Distributions (includes lines 2b, 2c, 2d) | | 0.00 |
| 2b- Unrecaptured Section 1250 Gain | | 0.00 |
| 2c- Section 1202 Gain | | 0.00 |
| 2d- Collectibles (28%) Gain | | 0.00 |
| 2e- Section 897 ordinary dividends | | 0.00 |
| 2f- Section 897 capital gain | | 0.00 |
| 3-  Nondividend Distributions | | 0.00 |
| **4-  Federal Income Tax Withheld** | | **0.00** |
| 5-  Section 199A Dividends | | 0.00 |
| 6-  Investment Expenses | | 0.00 |
| 7-  Foreign Tax Paid | | 0.00 |
| 8-  Foreign Country or U.S. Possessions | | |
| 9-  Cash Liquidation Distribution | | 0.00 |
| 10- Noncash Liquidation Distributions | | 0.00 |
| 12- Exempt-Interest Dividends | | 0.00 |
| 13- Specified Private Activity Bond Interest Dividends | | 0.00 |

| Interest Income | 2023 Form1099INT | OMB No. 1545-0112 |
|---|---|---|
| 1-  Interest Income | | 0.00 |
| 2-  Early Withdrawal Penalty | | 0.00 |
| 3-  Interest on US Savings Bonds & Treasury Obligations | | 0.00 |
| **4-  Federal Income Tax Withheld** | | **0.00** |
| 5-  Investment Expenses | | 0.00 |
| 6-  Foreign Tax Paid | | 0.00 |
| 7-  Foreign Country or U.S. Possession | | |
| 8-  Tax-Exempt Interest (includes box 9) | | 0.00 |
| 9-  Specified Private Activity Bond Interest | | 0.00 |
| 10- Market Discount | | 0.00 |
| 11- Bond Premium | | 0.00 |
| 12- Bond Premium on Treasury Obligations | | 0.00 |
| 13- Bond Premium on Tax-Exempt bonds | | 0.00 |
| 14- Tax-Exempt and Tax Credit Bond CUSIP no. | | |

| Miscellaneous Information | 2023 Form1099MISC | OMB No. 1545-0115 |
|---|---|---|
| 2-  Royalties | | 0.00 |
| 3-  Other Income | | 0.00 |
| **4-  Federal Income Tax Withheld** | | **0.00** |
| 8-  Substitute Payments in Lieu of Dividends or Interest | | 0.00 |

| REGULATED FUTURES CONTRACTS & SECTION 1256 OPTIONS | | |
|---|---|---|
| | 2023 Form1099B | OMB No. 1545-0715 |
| 8-  Profit or (loss) realized in 2023 on closed contracts | | 0.00 |
| 9-  Unrealized profit or (loss) on open contracts - 12/31/2022 | | 0.00 |
| 10- Unrealized profit or (loss) on open contracts - 12/31/2023 | | 0.00 |
| 11- Aggregate profit or (loss) on contracts | | 0.00 |

*As applicable, proceeds from other sale transactions are summarized below and details are provided in subsequent sections of this document. More details on futures and section 1256 options transactions are also provided in other sections of this document.*

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.
Dividends may be reclassified for tax purposes after the original Form 1099 is sent in certain cases where information from issuers is received late. This may require us to provide you an amended tax form.
C - Corrected

| Apex Clearing | **Tax Summary** | 2023 |
|---|---|---|
| 5MU73363 | | 2024-01-31 |

## Summary Of Sale Proceeds

Proceeds from sales of securities are reported individually by trade to the Internal Revenue Service. Please refer to the Proceeds from Broker and Barter Exchange Transactions details sections to determine correct amounts to include in your tax return. The summary transaction amounts shown below are for informational purposes.

| Section | Total Proceeds | Total Cost Basis | Total Market Discount | Total Wash Sale Loss Disallowed | Total Net Gain or Loss(-) |
|---|---|---|---|---|---|
| Short-term transactions for covered tax lots | 355,715.77 | 381,860.12 | 0.00 | 2,547.28 | -23,597.07 |
| Short-term transactions for noncovered tax lots | 2,149.91 | 2,127.00 | 0.00 | 0.00 | 22.91 |
| **Total Short-term** | **357,865.68** | **383,987.12** | **0.00** | **2,547.28** | **-23,574.16** |
| | | | | | |
| Long-term transactions for covered tax lots | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Long-term transactions for noncovered tax lots | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Long-term** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| | | | | | |
| Undetermined transactions for noncovered tax lots | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Undetermined-term** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

| **Original Issue Discount** | |
|---|---|
| Original Issue Discount (Non-US Treasury Obligations) | 0.00 |
| Original Issue Discount on U.S. Treasury Obligations | 0.00 |
| Other Periodic Interest | 0.00 |
| Market Discount – Covered Positions | 0.00 |
| Acquisition Premium – Covered Positions | 0.00 |
| Bond Premium – Covered Positions | 0.00 |
| Tax-Exempt OID – Covered Positions | 0.00 |
| Tax Exempt OID – Specified Private Activity Bonds – Covered Positions | 0.00 |
| Investment Expenses | 0.00 |

*Amounts shown in this section are summary totals for your reference. For bond-by-bond detail, use the Form1099-OID section of this document.*

| **FEDERAL TAX WITHHELD** | |
|---|---|
| **Form** | **Federal Income Tax Withheld** |
| 1099-B Total (aggregate): | **0.00** |
| 1099-DIV Total: | **0.00** |
| 1099-INT Total: | **0.00** |
| 1099-MISC Total: | **0.00** |
| 1099-OID Total: | **0.00** |

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions

**2023 Form 1099-B\***

5MU73363

2024-01-31

OMB No. 1545-0715

The following information is being provided to assist in your review and the preparation of your tax return.

This Form 1099-B – Proceeds from Broker and Barter Exchange Transactions provides information relating to sales of securities in your account. The sales details are organized into potentially five separate sections depending on your holding period in the security for the sale (short-term vs long-term) and whether the security is considered a "covered security" for tax reporting purpose. For covered securities, cost basis (adjusted as required under tax regulations) is being reported to the Internal Revenue Service (IRS), whereas for noncovered securities, cost basis if set forth below is provided only for your information.

A separate category is provided for sales of securities for which we do not know your holding period. For such tax lots, you will need to use your historical documents to determine your holding period (whether short-term or long-term) and your tax basis.

Unless noted otherwise under the column "Additional Notes", cost basis and corresponding gain or loss is determined by treating tax lots acquired first as being sold first. We have also assumed that you have made an election to amortize premium on the purchase of taxable bonds.

As brokers, we are only required to apply wash sales loss disallowance rules to securities with the same CUSIP or identifier and purchased and sold within the same account. We are also not required to apply wash sales rules across covered and noncovered securities. You as the taxpayer, however, generally have broader obligations under the wash sales rules to determine disallowed losses, and you may wish to consult with a tax adviser as to the application of such rules to you.

Sales of certain contingent payment debt instruments give rise to ordinary income rather than short-term or long-term capital gain or loss. Such ordinary income treatment is indicated in the Additional Notes column as "Box 2 – Ordinary." In addition, certain assets classified as collectibles are subject to special tax treatment. Any such classification is noted in the Additional Notes column as "Box 3 – Collectibles Box Checked." Loss disallowed for certain transactions involving change in control or capital structure is noted in the Additional Notes column as "Box 7 – Loss Disallowed Box Checked." Disposition of a QOF investment is noted in the Additional Notes column as "Box 3 – QOF."

Information in the transaction detail sections below that have a Box number is being transmitted to the IRS, whereas additional information that is not being transmitted to the IRS is not headed by a Box number. Such additional information may be helpful to you in the preparation of your tax return. Remember that taxpayers are ultimately responsible for the accuracy of their tax returns.

FATCA filing requirement [ ]

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)          **Box 6:** Gross (unless indicated as Net in Additional Notes Column)                    **Box 12:** Basis Reported to the IRS

| 1a - Description of property \| CUSIP \| Symbol | | | | | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | | |
|---|---|---|---|---|---|---|---|
| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | 1b - Date Acquired | 1e - Cost or Other Basis | | Gain or Loss (-) | Additional Notes |
| PUT SPY  04/21/23  390 STANDARD & POORS DEPOSITORY \| CUSIP: *8556542 \| Symbol: SPY---230421P00390000 | | | | | | | |
| 2023-03-28 | 2.0 | 1,091.88 | 2023-03-27 | 1,020.10 | 0.00 | 71.78 | |
| PUT META  05/19/23  230 META PLATFORMS INC CL A \| CUSIP: *8BSDDR5 \| Symbol: META--230519P00230000 | | | | | | | |
| 2023-05-01 | 4.0 | 1,091.78 | 2023-05-01 | 1,044.20 | 0.00 | 47.58 | |
| CALL SPY  02/27/23  400 STANDARD & POORS DEPOSITORY \| CUSIP: *8BSJZN6 \| Symbol: SPY---230227C00400000 | | | | | | | |
| 2023-02-27 | 17.0 | 1,514.07 | 2023-02-27 | 1,572.78 | 72.93 D | 14.22 | |

**\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.**

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions
**2023 Form 1099-B***

5MU73363

**(continued)**

2024-01-31

OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.
**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)
**Box 5:** Box Not Checked (Covered Security)     **Box 6:**  Gross (unless indicated as Net in Additional Notes Column)     **Box 12:** Basis Reported to the IRS

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | 1b - Date Acquired | 1e - Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| PUT QQQ   08/29/23   367 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8BSNLN1 \| Symbol: QQQ---230829P00367000 | | | | | | | |
| 2023-08-29 | 40.0 | 2,957.87 | 2023-08-29 | 2,862.00 | 0.00 | 95.87 | |
| CALL QQQ   08/29/23   368 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8BSNLQ1 \| Symbol: QQQ---230829C00368000 | | | | | | | |
| 2023-08-28 | 10.0 | 699.46 | 2023-08-28 | 670.50 | 0.00 | 28.96 | |
| PUT GOOGL  05/19/23   105 ALPHABET INC CLASS A \| CUSIP: *8BSPMM0 \| Symbol: GOOGL-230519P00105000 | | | | | | | |
| 2023-05-01 | 4.0 | 643.75 | 2023-05-01 | 618.20 | 0.00 | 25.55 | |
| PUT SPY   08/29/23   442 STANDARD & POORS DEPOSITORY \| CUSIP: *8BSRZB6 \| Symbol: SPY---230829P00442000 | | | | | | | |
| 2023-08-28 | 5.0 | 489.69 | 2023-08-28 | 480.25 | 0.00 | 9.44 | |
| PUT SPY   08/29/23   447 STANDARD & POORS DEPOSITORY \| CUSIP: *8BSSCL1 \| Symbol: SPY---230829P00447000 | | | | | | | |
| 2023-08-29 | 10.0 | 379.46 | 2023-08-29 | 380.50 | 0.00 | -1.04 | |
| PUT QQQ   05/30/23   352 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8BTFSC4 \| Symbol: QQQ---230530P00352000 | | | | | | | |
| 2023-05-30 | 20.0 | 2,078.93 | 2023-05-30 | 2,369.99 | 221.01  D | -70.05 | |
| CALL SPY   05/31/23   417 STANDARD & POORS DEPOSITORY \| CUSIP: *8BTJFV6 \| Symbol: SPY---230531C00417000 | | | | | | | |
| 2023-05-31 | 50.0 | 3,598.37 | 2023-05-31 | 3,351.50 | 1.04  D | 247.91 | |
| PUT SPY   05/31/23   417 STANDARD & POORS DEPOSITORY \| CUSIP: *8BTJFV7 \| Symbol: #8BTJFV7 | | | | | | | |
| 2023-05-31 | 20.0 | 698.96 | 2023-05-31 | 641.00 | 0.00 | 57.96 | |
| PUT QQQ   06/27/23   359 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8BTKTW8 \| Symbol: QQQ---230627P00359000 | | | | | | | |
| 2023-06-27 | 10.0 | 749.48 | 2023-06-27 | 730.50 | 0.00 | 18.98 | |
| CALL QQQ   04/25/23   315 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8BTNPJ5 \| Symbol: QQQ---230425C00315000 | | | | | | | |
| 2023-04-25 | 20.0 | 2,080.91 | 2023-04-25 | 2,010.98 | 0.00 | 69.93 | |
| PUT SPY   04/24/23   412 STANDARD & POORS DEPOSITORY \| CUSIP: *8BTWQS2 \| Symbol: SPY---230424P00412000 | | | | | | | |
| 2023-04-21 | 2.0 | 239.88 | 2023-04-21 | 222.10 | 0.00 | 17.78 | |
| PUT QQQ   08/30/23   374 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8BTXJK3 \| Symbol: QQQ---230830P00374000 | | | | | | | |
| 2023-08-30 | 10.0 | 659.47 | 2023-08-30 | 730.50 | 0.00 | -71.03 | |
| PUT SPY   08/30/23   445 STANDARD & POORS DEPOSITORY \| CUSIP: *8BVGND5 \| Symbol: SPY---230830P00445000 | | | | | | | |
| 2023-08-29 | 5.0 | 224.72 | 2023-08-29 | 215.25 | 0.00 | 9.47 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions

**2023 Form 1099-B***

5MU73363

**(continued)**

2024-01-31    OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)        **Box 6:** Gross (unless indicated as Net in Additional Notes Column)        **Box 12:** Basis Reported to the IRS

| 1a - Description of property \| CUSIP \| Symbol | | | | | | | |
|---|---|---|---|---|---|---|---|
| **1c - DateSold or Disposed** | **Quantity** | **1d - Proceeds** | **1b - Date Acquired** | **1e - Cost or Other Basis** | **1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D)** | **Gain or Loss (-)** | **Additional Notes** |
| CALL QQQ   04/26/23  313 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8BWJZS5 \| Symbol: QQQ---230426C00313000 | | | | | | | |
| 2023-04-25 | 5.0 | 586.72 | 2023-04-25 | 575.25 | 0.00 | 11.47 | |
| PUT QQQ   07/25/23  378 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8BWQLV9 \| Symbol: QQQ---230725P00378000 | | | | | | | |
| 2023-07-25 | 1.0 | 66.93 | 2023-07-25 | 74.05 | 0.00 | -7.12 | |
| CALL SPY   04/26/23  408 STANDARD & POORS DEPOSITORY \| CUSIP: *8BWZZV1 \| Symbol: SPY---230426C00408000 | | | | | | | |
| 2023-04-26 | 5.0 | 289.73 | 2023-04-26 | 320.25 | 0.00 | -30.52 | |
| PUT QQQ   03/28/23  305 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8BYBVC4 \| Symbol: QQQ---230328P00305000 | | | | | | | |
| 2023-03-28 | 50.0 | 2,717.38 | 2023-03-28 | 2,817.98 | 0.51  D | -100.09 | |
| PUT QQQ   06/28/23  362 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8BYJXV7 \| Symbol: QQQ---230628P00362000 | | | | | | | |
| 2023-06-27 | 90.0 | 7,105.29 | 2023-06-27 | 7,774.41 | 0.00 | -669.12 | |
| PUT SPY   07/20/23  454 STANDARD & POORS DEPOSITORY \| CUSIP: *8BYRHC3 \| Symbol: SPY---230720P00454000 | | | | | | | |
| 2023-07-20 | 20.0 | 1,098.96 | 2023-07-20 | 1,060.98 | 0.00 | 37.98 | |
| PUT SPY   03/27/23  397 STANDARD & POORS DEPOSITORY \| CUSIP: *8BYWYW0 \| Symbol: SPY---230327P00397000 | | | | | | | |
| 2023-03-27 | 15.0 | 1,419.20 | 2023-03-27 | 1,300.75 | 0.00 | 118.45 | |
| PUT SPY   03/28/23  395 STANDARD & POORS DEPOSITORY \| CUSIP: *8BYYVN3 \| Symbol: SPY---230328P00395000 | | | | | | | |
| 2023-03-27 | 5.0 | 734.73 | 2023-03-27 | 680.25 | 0.00 | 54.48 | |
| CALL SPY   03/28/23  396 STANDARD & POORS DEPOSITORY \| CUSIP: *8BYYZY0 \| Symbol: SPY---230328C00396000 | | | | | | | |
| 2023-03-28 | 10.0 | 1,089.46 | 2023-03-28 | 1,075.50 | 0.00 | 13.96 | |
| PUT SPY   03/28/23  396 STANDARD & POORS DEPOSITORY \| CUSIP: *8BYZBD7 \| Symbol: SPY---230328P00396000 | | | | | | | |
| 2023-03-28 | 15.0 | 1,654.18 | 2023-03-28 | 1,711.25 | 40.51  D | -16.56 | |
| CALL SPY   03/28/23  398 STANDARD & POORS DEPOSITORY \| CUSIP: *8BYZBP1 \| Symbol: SPY---230328C00398000 | | | | | | | |
| 2023-03-27 | 30.0 | 4,453.37 | 2023-03-27 | 4,223.50 | 0.00 | 229.87 | |
| PUT SPY   03/29/23  398 STANDARD & POORS DEPOSITORY \| CUSIP: *8CWHCJ7 \| Symbol: SPY---230329P00398000 | | | | | | | |
| 2023-03-29 | 3.0 | 184.81 | 2023-03-29 | 193.27 | 9.12  D | 0.66 | |
| PUT SPY   03/29/23  399 STANDARD & POORS DEPOSITORY \| CUSIP: *8CWHCQ5 \| Symbol: SPY---230329P00399000 | | | | | | | |
| 2023-03-29 | 4.0 | 201.74 | 2023-03-29 | 276.55 | 36.35  D | -38.46 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions

2023 Form 1099-B*

5MU73363

(continued)

2024-01-31

OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)          **Box 6:** Gross (unless indicated as Net in Additional Notes Column)          **Box 12:** Basis Reported to the IRS

### 1a - Description of property | CUSIP | Symbol

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | 1b - Date Acquired | 1e - Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| CALL SPY  03/29/23  400 STANDARD & POORS DEPOSITORY | CUSIP: *8CWHCR6 | Symbol: SPY---230329C00400000 | | | | | |
| 2023-03-29 | 1.0 | 48.93 | 2023-03-29 | 57.05 | 0.00 | -8.12 | |
| PUT SPY  03/29/23  400 STANDARD & POORS DEPOSITORY | CUSIP: *8CWHCS8 | Symbol: SPY---230329P00400000 | | | | | |
| 2023-03-29 | 7.0 | 322.59 | 2023-03-29 | 281.35 | 0.00 | 41.24 | |
| CALL SPY  03/29/23  401 STANDARD & POORS DEPOSITORY | CUSIP: *8CWHCT8 | Symbol: SPY---230329C00401000 | | | | | |
| 2023-03-29 | 20.0 | 1,138.96 | 2023-03-29 | 1,200.98 | 0.00 | -62.02 | |
| PUT NVDA  08/18/23  420 NVIDIA CORPORATION | CUSIP: *8E41634 | Symbol: NVDA--230818P00420000 | | | | | |
| 2023-08-18 | 5.0 | 969.69 | 2023-08-18 | 920.25 | 0.00 | 49.44 | |
| CALL QQQ  02/17/23  300 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8F21105 | Symbol: QQQ---230217C00300000 | | | | | |
| 2023-02-17 | 4.0 | 519.77 | 2023-02-17 | 496.20 | 0.00 | 23.57 | |
| PUT QQQ  02/17/23  300 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8F21106 | Symbol: QQQ---230217P00300000 | | | | | |
| 2023-02-17 | 4.0 | 567.76 | 2023-02-17 | 480.20 | 0.00 | 87.56 | |
| CALL SPY  03/30/23  404 STANDARD & POORS DEPOSITORY | CUSIP: *8G67095 | Symbol: SPY---230330C00404000 | | | | | |
| 2023-03-30 | 13.0 | 1,151.30 | 2023-03-30 | 1,214.06 | 52.41 D | -10.35 | |
| CALL SPY  09/05/23  450 STANDARD & POORS DEPOSITORY | CUSIP: *8GCHCX5 | Symbol: SPY---230905C00450000 | | | | | |
| 2023-09-05 | 10.0 | 699.47 | 2023-09-05 | 730.50 | 0.00 | -31.03 | |
| PUT SPY  04/27/23  409 STANDARD & POORS DEPOSITORY | CUSIP: *8GCVCW0 | Symbol: SPY---230427P00409000 | | | | | |
| 2023-04-27 | 40.0 | 1,637.92 | 2023-04-27 | 1,611.97 | 0.00 | 25.95 | |
| PUT SPY  04/27/23  410 STANDARD & POORS DEPOSITORY | CUSIP: *8GCVCW6 | Symbol: SPY---230427P00410000 | | | | | |
| 2023-04-27 | 40.0 | 1,597.91 | 2023-04-27 | 1,561.96 | 0.00 | 35.95 | |
| PUT SPY  06/02/23  422.50 STANDARD & POORS DEPOSITORY | CUSIP: *8GCYFT1 | Symbol: SPY---230602P00422500 | | | | | |
| 2023-06-01 | 3.0 | 401.83 | 2023-06-01 | 390.15 | 0.00 | 11.68 | |
| CALL SPY  09/06/23  445 STANDARD & POORS DEPOSITORY | CUSIP: *8GDYGB7 | Symbol: SPY---230906C00445000 | | | | | |
| 2023-09-06 | 30.0 | 1,022.39 | 2023-09-06 | 1,140.54 | 29.04 D | -89.11 | |
| CALL SPY  09/06/23  447 STANDARD & POORS DEPOSITORY | CUSIP: *8GDYGV7 | Symbol: SPY---230906C00447000 | | | | | |
| 2023-09-06 | 10.0 | 469.47 | 2023-09-06 | 410.50 | 0.00 | 58.97 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions
2023 Form 1099-B*

5MU73363

**(continued)**

2024-01-31

OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)          **Box 6:** Gross (unless indicated as Net in Additional Notes Column)          **Box 12:** Basis Reported to the IRS

**1a - Description of property | CUSIP | Symbol**

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | 1b - Date Acquired | 1e - Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| CALL SPY   09/01/23   450 STANDARD & POORS DEPOSITORY | CUSIP: *8GGRDT1 | Symbol: SPY---230901C00450000 | | | | | |
| 2023-09-01 | 10.0 | 639.47 | 2023-09-01 | 590.50 | 0.00 | 48.97 | |
| CALL SPY   09/01/23   451 STANDARD & POORS DEPOSITORY | CUSIP: *8GGRFD1 | Symbol: SPY---230901C00451000 | | | | | |
| 2023-09-01 | 10.0 | 369.47 | 2023-09-01 | 350.50 | 0.00 | 18.97 | |
| PUT QQQ   09/26/23   357 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8GMGJV3 | Symbol: QQQ---230926P00357000 | | | | | |
| 2023-09-25 | 10.0 | 1,049.45 | 2023-09-25 | 1,040.50 | 0.00 | 8.95 | |
| CALL QQQ   07/31/23   384 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8GNZGP5 | Symbol: QQQ---230731C00384000 | | | | | |
| 2023-07-31 | 30.0 | 1,308.44 | 2023-07-31 | 1,211.49 | 0.00 | 96.95 | |
| CALL GOOGL   06/02/23   130 ALPHABET INC CLASS A | CUSIP: *8GRBJF7 | Symbol: GOOGL-230602C00130000 | | | | | |
| 2023-05-22 | 10.0 | 679.48 | 2023-05-22 | 755.50 | 0.00 | -76.02 | |
| PUT SPY   06/01/23   419 STANDARD & POORS DEPOSITORY | CUSIP: *8GRFCX7 | Symbol: SPY---230601P00419000 | | | | | |
| 2023-06-01 | 40.0 | 2,757.91 | 2023-06-01 | 2,530.99 | 0.00 | 226.92 | |
| PUT SPY   06/01/23   421 STANDARD & POORS DEPOSITORY | CUSIP: *8GRFCY3 | Symbol: SPY---230601P00421000 | | | | | |
| 2023-06-01 | 40.0 | 1,517.91 | 2023-06-01 | 1,481.96 | 0.00 | 35.95 | |
| PUT SPY   06/02/23   428 STANDARD & POORS DEPOSITORY | CUSIP: *8H56845 | Symbol: SPY---230602P00428000 | | | | | |
| 2023-06-02 | 5.0 | 325.71 | 2023-06-02 | 318.25 | 0.00 | 7.46 | |
| CALL AMD   07/21/23   130 ADVANCED MICRO DEVICES INC | CUSIP: *8J48389 | Symbol: AMD---230721C00130000 | | | | | |
| 2023-06-21 | 3.0 | 362.83 | 2023-06-21 | 393.15 | 30.32 D | 0.00 | |
| 2023-07-05 | 10.0 | 599.48 | 2023-07-05 | 620.81 | 0.00 | -21.33 | |
| **Security Totals:** | | **962.31** | | **1,013.96** | | **-21.33** | |
| CALL AMGN   07/21/23   270 AMGEN INC | CUSIP: *8KBZMJ9 | Symbol: AMGN--230721C00270000 | | | | | |
| 2023-02-23 | 2.0 | 503.87 | 2023-02-22 | 500.10 | 0.00 | 3.77 | |
| CALL AMD   08/18/23   130 ADVANCED MICRO DEVICES INC | CUSIP: *8KCNHR7 | Symbol: AMD---230818C00130000 | | | | | |
| 2023-07-20 | 5.0 | 789.73 | 2023-07-20 | 815.25 | 0.00 | -25.52 | |
| PUT QQQ   06/29/23   364 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8KCSRR2 | Symbol: QQQ---230629P00364000 | | | | | |
| 2023-06-28 | 5.0 | 354.73 | 2023-06-28 | 469.25 | 0.00 | -114.52 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions   2023 Form 1099-B*

5MU73363

(continued)

2024-01-31   OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)          **Box 6:** Gross (unless indicated as Net in Additional Notes Column)          **Box 12:** Basis Reported to the IRS

| 1a - Description of property \| CUSIP \| Symbol | | | | | 1f - Accrued Market Discount (M) & | | |
|---|---|---|---|---|---|---|---|
| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | 1b - Date Acquired | 1e - Cost or Other Basis | 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
| CALL QQQ   07/28/23  382 INVESCO QQQ TRUST SERIES 1  \| CUSIP: *8KCSVY5 \| Symbol: QQQ---230728C00382000 | | | | | | | |
| 2023-07-27 | 10.0 | 709.48 | 2023-07-27 | 780.49 | 0.00 | -71.01 | |
| PUT QQQ   07/28/23  382 INVESCO QQQ TRUST SERIES 1  \| CUSIP: *8KCSVY6 \| Symbol: QQQ---230728P00382000 | | | | | | | |
| 2023-07-28 | 5.0 | 479.73 | 2023-07-28 | 445.25 | 0.00 | 34.48 | |
| CALL SPY   06/05/23  428 STANDARD & POORS DEPOSITORY  \| CUSIP: *8KCWPH1 \| Symbol: SPY---230605C00428000 | | | | | | | |
| 2023-06-05 | 20.0 | 1,808.95 | 2023-06-05 | 1,782.02 | 1.03  D | 27.96 | |
| CALL SPY   06/05/23  429 STANDARD & POORS DEPOSITORY  \| CUSIP: *8KCWPH3 \| Symbol: SPY---230605C00429000 | | | | | | | |
| 2023-06-05 | 10.0 | 239.47 | 2023-06-05 | 320.49 | 0.00 | -81.02 | |
| PUT SPY   06/05/23  429 STANDARD & POORS DEPOSITORY  \| CUSIP: *8KCWPH5 \| Symbol: SPY---230605P00429000 | | | | | | | |
| 2023-06-05 | 24.0 | 1,062.74 | 2023-06-05 | 1,067.18 | 0.00 | -4.44 | |
| CALL SPY   08/18/23  436 STANDARD & POORS DEPOSITORY  \| CUSIP: *8KCXBD0 \| Symbol: SPY---230818C00436000 | | | | | | | |
| 2023-08-18 | 5.0 | 384.73 | 2023-08-18 | 450.25 | 0.00 | -65.52 | |
| PUT SPY   08/18/23  436 STANDARD & POORS DEPOSITORY  \| CUSIP: *8KCXBF1 \| Symbol: SPY---230818P00436000 | | | | | | | |
| 2023-08-18 | 11.0 | 821.39 | 2023-08-18 | 774.55 | 0.00 | 46.84 | |
| PUT QQQ   06/05/23  357 INVESCO QQQ TRUST SERIES 1  \| CUSIP: *8KFFGN1 \| Symbol: QQQ---230605P00357000 | | | | | | | |
| 2023-06-05 | 20.0 | 1,338.93 | 2023-06-05 | 1,260.99 | 0.00 | 77.94 | |
| PUT QQQ   06/06/23  353 INVESCO QQQ TRUST SERIES 1  \| CUSIP: *8KFFQC6 \| Symbol: QQQ---230606P00353000 | | | | | | | |
| 2023-06-06 | 22.0 | 240.86 | 2023-06-06 | 221.09 | 0.00 | 19.77 | |
| PUT SPY   06/29/23  437 STANDARD & POORS DEPOSITORY  \| CUSIP: *8KFKYT7 \| Symbol: SPY---230629P00437000 | | | | | | | |
| 2023-06-29 | 5.0 | 244.73 | 2023-06-29 | 280.25 | 0.00 | -35.52 | |
| PUT SPY   06/29/23  438 STANDARD & POORS DEPOSITORY  \| CUSIP: *8KFKYT9 \| Symbol: SPY---230629P00438000 | | | | | | | |
| 2023-06-29 | 4.0 | 199.77 | 2023-06-29 | 244.20 | 0.00 | -44.43 | |
| CALL SPY   06/07/23  427 STANDARD & POORS DEPOSITORY  \| CUSIP: *8KFQTW3 \| Symbol: SPY---230607C00427000 | | | | | | | |
| 2023-06-07 | 40.0 | 1,707.92 | 2023-06-07 | 1,854.99 | 83.03  D | -64.04 | |
| PUT SPY   06/07/23  427 STANDARD & POORS DEPOSITORY  \| CUSIP: *8KFQVT3 \| Symbol: SPY---230607P00427000 | | | | | | | |
| 2023-06-07 | 30.0 | 1,488.40 | 2023-06-07 | 1,558.04 | 66.56  D | -3.08 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions

**2023 Form 1099-B***

5MU73363

**(continued)**

2024-01-31

OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss – Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)          **Box 6:** Gross (unless indicated as Net in Additional Notes Column)          **Box 12:** Basis Reported to the IRS

**1a - Description of property | CUSIP | Symbol**

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | 1b - Date Acquired | 1e - Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| PUT SPY  06/07/23  428 STANDARD & POORS DEPOSITORY | CUSIP: *8KFQVT9 | Symbol: SPY---230607P00428000 | | | | | |
| 2023-06-07 | 10.0 | 544.46 | 2023-06-07 | 510.50 | 0.00 | 33.96 | |
| PUT SPY  06/07/23  429 STANDARD & POORS DEPOSITORY | CUSIP: *8KFQVW2 | Symbol: SPY---230607P00429000 | | | | | |
| 2023-06-05 | 20.0 | 2,778.93 | 2023-06-05 | 2,680.99 | 0.00 | 97.94 | |
| CALL MMAT  01/19/24  1 META MATLS INC | CUSIP: *8KGNMJ1 | Symbol: MMAT--240119C00001000 | | | | | |
| 2023-06-08 | 11.0 | 43.42 | 2023-04-24 | 33.54 | 0.00 | 9.88 | |
| PUT QQQ  02/23/23  296 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8KHXNG2 | Symbol: QQQ---230223P00296000 | | | | | |
| 2023-02-23 | 3.0 | 275.81 | 2023-02-23 | 255.15 | 0.00 | 20.66 | |
| PUT LQD  04/21/23  104 ISHARES IBOXX $ INVSTMNT GRADE | CUSIP: *8KJTTB1 | Symbol: LQD---230421P00104000 | | | | | |
| 2023-03-08 | 10.0 | 1,079.48 | 2023-03-07 | 1,030.50 | 0.00 | 48.98 | |
| PUT XOM  09/15/23  105 EXXON MOBIL CORP | CUSIP: *8KLXFT5 | Symbol: XOM---230915P00105000 | | | | | |
| 2023-08-22 | 5.0 | 524.73 | 2023-08-22 | 495.25 | 0.00 | 29.48 | |
| 2023-08-30 | 90.0 | 2,245.26 | Various | 4,324.50 | 0.00 | -2,079.24 | |
| **Security Totals:** | | **2,769.99** | | **4,819.75** | | **-2,049.76** | |
| CALL SPY  02/23/23  400 STANDARD & POORS DEPOSITORY | CUSIP: *8KMVYM9 | Symbol: SPY---230223C00400000 | | | | | |
| 2023-02-23 | 30.0 | 1,338.39 | 2023-02-23 | 1,754.50 | 0.00 | -416.11 | |
| CALL SPY  02/23/23  402 STANDARD & POORS DEPOSITORY | CUSIP: *8KMVYP6 | Symbol: SPY---230223C00402000 | | | | | |
| 2023-02-23 | 20.0 | 2,038.92 | 2023-02-23 | 1,992.03 | 66.04  D | 112.93 | |
| PUT SPY  02/28/23  396 STANDARD & POORS DEPOSITORY | CUSIP: *8KMWPK0 | Symbol: SPY---230228P00396000 | | | | | |
| 2023-02-28 | 10.0 | 864.42 | 2023-02-28 | 790.50 | 0.00 | 73.92 | |
| PUT SPY  02/28/23  398 STANDARD & POORS DEPOSITORY | CUSIP: *8KMWPK2 | Symbol: SPY---230228P00398000 | | | | | |
| 2023-02-28 | 10.0 | 404.46 | 2023-02-28 | 415.50 | 0.00 | -11.04 | |
| CALL SPY  03/02/23  395 STANDARD & POORS DEPOSITORY | CUSIP: *8KMWSB9 | Symbol: SPY---230302C00395000 | | | | | |
| 2023-03-02 | 6.0 | 283.66 | 2023-03-02 | 282.30 | 0.00 | 1.36 | |
| CALL VIRI  09/15/23  2.50 VIRIOS THERAPEUTICS INC | CUSIP: *8KRFJV3 | Symbol: VIRI--230915C00002500 | | | | | |
| 2023-05-24 | 4.0 | 139.78 | 2023-05-09 | 120.20 | 0.00 | 19.58 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions

**2023 Form 1099-B***

5MU73363

**(continued)**

2024-01-31

OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)          **Box 6:** Gross (unless indicated as Net in Additional Notes Column)          **Box 12:** Basis Reported to the IRS

| 1a - Description of property \| CUSIP \| Symbol | | | | | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss | | |
|---|---|---|---|---|---|---|---|
| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | 1b - Date Acquired | 1e - Cost or Other Basis | Disallowed (D) | Gain or Loss (-) | Additional Notes |
| PUT QQQ   09/07/23   370 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8KRSQS8 \| Symbol: QQQ---230907P00370000 | | | | | | | |
| 2023-09-07 | 5.0 | 424.73 | 2023-09-07 | 430.25 | 0.00 | -5.52 | |
| CALL SPY   05/03/23   409 STANDARD & POORS DEPOSITORY \| CUSIP: *8KSDBC3 \| Symbol: SPY---230503C00409000 | | | | | | | |
| 2023-05-02 | 3.0 | 686.83 | 2023-05-02 | 681.15 | 0.00 | 5.68 | |
| PUT SPY   05/03/23   411 STANDARD & POORS DEPOSITORY \| CUSIP: *8KSDBC9 \| Symbol: SPY---230503P00411000 | | | | | | | |
| 2023-05-03 | 3.0 | 455.83 | 2023-05-03 | 426.15 | 0.00 | 29.68 | |
| CALL QQQ   06/07/23   354 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8KYDJR7 \| Symbol: QQQ---230607C00354000 | | | | | | | |
| 2023-06-07 | 20.0 | 548.94 | 2023-06-07 | 560.99 | 0.00 | -12.05 | |
| PUT QQQ   07/07/23   365 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8KYDSS0 \| Symbol: QQQ---230707P00365000 | | | | | | | |
| 2023-07-06 | 40.0 | 4,337.91 | 2023-07-06 | 4,222.98 | 11.01 D | 125.94 | |
| PUT QQQ   07/07/23   370 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8KYDSS7 \| Symbol: QQQ---230707P00370000 | | | | | | | |
| 2023-07-05 | 20.0 | 3,558.93 | 2023-07-05 | 3,575.00 | 0.00 | -16.07 | |
| CALL SPY   07/07/23   440 STANDARD & POORS DEPOSITORY \| CUSIP: *8KZMLK2 \| Symbol: SPY---230707C00440000 | | | | | | | |
| 2023-07-06 | 3.0 | 398.83 | 2023-07-06 | 387.15 | 0.00 | 11.68 | |
| 2023-07-07 | 5.0 | 361.71 | 2023-07-07 | 345.25 | 0.00 | 16.46 | |
| **Security Totals:** | | **760.54** | | **732.40** | | **28.14** | |
| CALL TSLA   09/08/23   252.50 TESLA INC \| CUSIP: *8LCDBY0 \| Symbol: TSLA--230908C00252500 | | | | | | | |
| 2023-09-08 | 20.0 | 418.93 | 2023-09-08 | 361.00 | 0.00 | 57.93 | |
| PUT SPY   02/27/23   399 STANDARD & POORS DEPOSITORY \| CUSIP: *8LCKST3 \| Symbol: SPY---230227P00399000 | | | | | | | |
| 2023-02-27 | 1.0 | 71.93 | 2023-02-27 | 70.05 | 0.00 | 1.88 | |
| CALL SPY   03/01/23   395 STANDARD & POORS DEPOSITORY \| CUSIP: *8LCLFQ3 \| Symbol: SPY---230301C00395000 | | | | | | | |
| 2023-03-01 | 15.0 | 674.21 | 2023-03-01 | 895.75 | 0.00 | -221.54 | |
| PUT SPY   03/01/23   395 STANDARD & POORS DEPOSITORY \| CUSIP: *8LCLFQ4 \| Symbol: SPY---230301P00395000 | | | | | | | |
| 2023-03-01 | 25.0 | 1,883.67 | 2023-03-01 | 1,746.25 | 0.00 | 137.42 | |
| CALL SPY   03/01/23   396 STANDARD & POORS DEPOSITORY \| CUSIP: *8LCLFQ5 \| Symbol: SPY---230301C00396000 | | | | | | | |
| 2023-03-01 | 1.0 | 97.93 | 2023-03-01 | 110.05 | 0.00 | -12.12 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

| Apex Clearing | **Proceeds from Broker and Barter Exchange Transactions** | 2023 Form 1099-B* |
|---|---|---|
| 5MU73363 | **(continued)** | 2024-01-31   OMB No. 1545-0715 |

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.
**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)
**Box 5:** Box Not Checked (Covered Security)          **Box 6:**  Gross (unless indicated as Net in Additional Notes Column)          **Box 12:** Basis Reported to the IRS

| 1a - Description of property \| CUSIP \| Symbol | | | | | | | |
|---|---|---|---|---|---|---|---|
| **1c - DateSold or Disposed** | **Quantity** | **1d - Proceeds** | **1b - Date Acquired** | **1e - Cost or Other Basis** | **1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D)** | **Gain or Loss (-)** | **Additional Notes** |
| CALL SPY   03/01/23   397 STANDARD & POORS DEPOSITORY \| CUSIP: *8LCLFQ7 \| Symbol: SPY---230301C00397000 | | | | | | | |
| 2023-03-01 | 1.0 | 68.93 | 2023-03-01 | 85.05 | 0.00 | -16.12 | |
| CALL QQQ   02/01/23   295 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8LDGYP8 \| Symbol: QQQ---230201C00295000 | | | | | | | |
| 2023-02-01 | 4.0 | 751.76 | 2023-02-01 | 732.20 | 0.00 | 19.56 | |
| PUT QQQ   02/02/23   307 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8LDKKG0 \| Symbol: QQQ---230202P00307000 | | | | | | | |
| 2023-02-02 | 9.0 | 1,538.49 | 2023-02-02 | 1,488.45 | 0.00 | 50.04 | |
| PUT QQQ   03/07/23   300 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8LDKNZ6 \| Symbol: QQQ---230307P00300000 | | | | | | | |
| 2023-03-07 | 3.0 | 458.83 | 2023-03-07 | 423.15 | 0.00 | 35.68 | |
| PUT QQQ   02/02/23   309 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8LDKSH0 \| Symbol: QQQ---230202P00309000 | | | | | | | |
| 2023-02-02 | 28.0 | 3,722.48 | 2023-02-02 | 3,592.39 | 0.00 | 130.09 | |
| CALL MMAT   05/19/23   1 META MATLS INC \| CUSIP: *8LDTYY4 \| Symbol: MMAT--230519C00001000 | | | | | | | |
| 2023-05-19 | 75.0 | 0.00 | Various | 227.68 | 0.00 | -227.68 | |
| PUT SPY   03/06/23   405 STANDARD & POORS DEPOSITORY \| CUSIP: *8LDZVH5 \| Symbol: SPY---230306P00405000 | | | | | | | |
| 2023-03-06 | 26.0 | 1,449.59 | 2023-03-06 | 1,701.29 | 0.00 | -251.70 | |
| PUT SPY   03/07/23   399 STANDARD & POORS DEPOSITORY \| CUSIP: *8LDZWD4 \| Symbol: SPY---230307P00399000 | | | | | | | |
| 2023-03-07 | 1.0 | 97.93 | 2023-03-07 | 94.05 | 0.00 | 3.88 | |
| CALL SPY   03/07/23   405 STANDARD & POORS DEPOSITORY \| CUSIP: *8LDZWH9 \| Symbol: SPY---230307C00405000 | | | | | | | |
| 2023-03-07 | 1.0 | 151.93 | 2023-03-07 | 150.05 | 0.00 | 1.88 | |
| PUT SPY   08/18/23   430 STANDARD & POORS DEPOSITORY \| CUSIP: *8LFCCV1 \| Symbol: SPY---230818P00430000 | | | | | | | |
| 2023-06-14 | 1.0 | 585.93 | 2023-06-14 | 585.05 | 0.00 | 0.88 | |
| 2023-06-15 | 3.0 | 1,475.82 | 2023-06-15 | 1,439.15 | 0.00 | 36.67 | |
| 2023-06-16 | 2.0 | 973.88 | 2023-06-16 | 930.10 | 0.00 | 43.78 | |
| **Security Totals:** | | **3,035.63** | | **2,954.30** | | **81.33** | |
| PUT SPY   08/18/23   435 STANDARD & POORS DEPOSITORY \| CUSIP: *8LFCGM3 \| Symbol: SPY---230818P00435000 | | | | | | | |
| 2023-08-18 | 10.0 | 249.46 | 2023-08-18 | 230.50 | 0.00 | 18.96 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions

**2023 Form 1099-B\***

5MU73363

**(continued)**

2024-01-31

OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)      **Box 6:** Gross (unless indicated as Net in Additional Notes Column)      **Box 12:** Basis Reported to the IRS

**1a - Description of property | CUSIP | Symbol**

| 1c - Date Sold or Disposed | Quantity | 1d - Proceeds | 1b - Date Acquired | 1e - Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| PUT BABA  06/16/23   88 ALIBABA GROUP HOLDING LIMITED | CUSIP: *8LGFHS6 | Symbol: BABA--230616P00088000 | | | | | |
| 2023-06-13 | 5.0 | 664.72 | 2023-06-13 | 628.25 | 0.00 | 36.47 | |
| PUT ENPH  06/16/23   172.50 ENPHASE ENERGY INC | CUSIP: *8LGNDL4 | Symbol: ENPH--230616P00172500 | | | | | |
| 2023-06-12 | 4.0 | 1,011.75 | 2023-06-12 | 1,052.20 | 0.00 | -40.45 | |
| CALL SPY  04/21/23   413 STANDARD & POORS DEPOSITORY | CUSIP: *8LGSFR9 | Symbol: SPY---230421C00413000 | | | | | |
| 2023-04-21 | 70.0 | 2,176.38 | 2023-04-21 | 2,064.45 | 1.01  D | 112.94 | |
| PUT QQQ  07/26/23   377 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8LGXRK6 | Symbol: QQQ---230726P00377000 | | | | | |
| 2023-07-26 | 10.0 | 1,529.47 | 2023-07-26 | 1,440.49 | 0.00 | 88.98 | |
| CALL QQQ  07/27/23   384 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8LGZDX5 | Symbol: QQQ---230727C00384000 | | | | | |
| 2023-07-27 | 40.0 | 1,277.90 | 2023-07-27 | 1,241.97 | 0.00 | 35.93 | |
| PUT NVDA  06/09/23   375 NVIDIA CORPORATION | CUSIP: *8LHBQM1 | Symbol: NVDA--230609P00375000 | | | | | |
| 2023-06-07 | 4.0 | 671.78 | 2023-06-07 | 744.20 | 0.00 | -72.42 | |
| PUT SPY  07/03/23   443 STANDARD & POORS DEPOSITORY | CUSIP: *8LHHCV4 | Symbol: SPY---230703P00443000 | | | | | |
| 2023-06-30 | 10.0 | 779.46 | 2023-06-30 | 745.50 | 0.00 | 33.96 | |
| PUT QQQ  08/31/23   378 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8LKBPK3 | Symbol: QQQ---230831P00378000 | | | | | |
| 2023-08-31 | 20.0 | 848.93 | 2023-08-31 | 922.03 | 71.03  D | -2.07 | |
| CALL SNOW  06/16/23   192.50 SNOWFLAKE INC CLASS A | CUSIP: *8LKMNZ3 | Symbol: SNOW--230616C00192500 | | | | | |
| 2023-06-16 | 2.0 | 77.88 | 2023-06-16 | 76.10 | 0.00 | 1.78 | |
| CALL SPY  06/09/23   431 STANDARD & POORS DEPOSITORY | CUSIP: *8LLBVG8 | Symbol: SPY---230609C00431000 | | | | | |
| 2023-06-09 | 10.0 | 649.47 | 2023-06-09 | 630.50 | 0.00 | 18.97 | |
| PUT QQQ  03/08/23   297 INVESCO QQQ TRUST SERIES 1 | CUSIP: *8LLDYJ6 | Symbol: QQQ---230308P00297000 | | | | | |
| 2023-03-08 | 3.0 | 320.81 | 2023-03-08 | 282.15 | 0.00 | 38.66 | |
| CALL S  03/17/23   17.50 SENTINELONE INC | CUSIP: *8LLNCQ4 | Symbol: S-----230317C00017500 | | | | | |
| 2023-03-08 | 3.0 | 119.83 | 2023-03-08 | 105.15 | 0.00 | 14.68 | |
| PUT SPY  03/02/23   392 STANDARD & POORS DEPOSITORY | CUSIP: *8LLXLY3 | Symbol: SPY---230302P00392000 | | | | | |
| 2023-03-02 | 1.0 | 81.93 | 2023-03-02 | 100.05 | 0.00 | -18.12 | |

\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**

# Proceeds from Broker and Barter Exchange Transactions

2023 Form 1099-B*

5MU73363

(continued)

2024-01-31    OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)          **Box 6:** Gross (unless indicated as Net in Additional Notes Column)          **Box 12:** Basis Reported to the IRS

| 1a - Description of property \| CUSIP \| Symbol | | | | | 1f - Accrued Market Discount (M) & | | |
|---|---|---|---|---|---|---|---|
| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | 1b - Date Acquired | 1e - Cost or Other Basis | 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
| CALL SPY   03/02/23   393 STANDARD & POORS DEPOSITORY \| CUSIP: *8LLXLY4 \| Symbol: SPY---230302C00393000 | | | | | | | |
| 2023-03-02 | 5.0 | 569.73 | 2023-03-02 | 560.25 | 0.00 | 9.48 | |
| PUT  SPY   03/02/23   393 STANDARD & POORS DEPOSITORY \| CUSIP: *8LLXLZ9 \| Symbol: SPY---230302P00393000 | | | | | | | |
| 2023-03-02 | 8.0 | 509.52 | 2023-03-02 | 474.40 | 0.00 | 35.12 | |
| PUT  SPY   03/02/23   394 STANDARD & POORS DEPOSITORY \| CUSIP: *8LLXMN7 \| Symbol: SPY---230302P00394000 | | | | | | | |
| 2023-03-02 | 6.0 | 467.66 | 2023-03-02 | 432.30 | 0.00 | 35.36 | |
| PUT  SPY   03/08/23   397 STANDARD & POORS DEPOSITORY \| CUSIP: *8LMLWX9 \| Symbol: SPY---230308P00397000 | | | | | | | |
| 2023-03-08 | 1.0 | 85.93 | 2023-03-08 | 84.05 | 0.00 | 1.88 | |
| PUT  SPY   03/08/23   398 STANDARD & POORS DEPOSITORY \| CUSIP: *8LMLXZ5 \| Symbol: SPY---230308P00398000 | | | | | | | |
| 2023-03-08 | 6.0 | 769.65 | 2023-03-08 | 703.30 | 0.00 | 66.35 | |
| CALL SPY   03/08/23   399 STANDARD & POORS DEPOSITORY \| CUSIP: *8LMLXZ8 \| Symbol: SPY---230308C00399000 | | | | | | | |
| 2023-03-08 | 7.0 | 397.59 | 2023-03-08 | 422.58 | 32.23 D | 7.24 | |
| PUT  WMT   05/19/23   130 WALMART INC \| CUSIP: *8LNTWB3 \| Symbol: WMT---230519P00130000 | | | | | | | |
| 2023-03-24 | 3.0 | 464.83 | 2023-03-24 | 452.15 | 0.00 | 12.68 | |
| CALL SPY   03/17/23   395 STANDARD & POORS DEPOSITORY \| CUSIP: *8LRZFB6 \| Symbol: SPY---230317C00395000 | | | | | | | |
| 2023-03-17 | 17.0 | 1,055.05 | 2023-03-17 | 1,319.85 | 0.00 | -264.80 | |
| PUT  SPY   03/09/23   396 STANDARD & POORS DEPOSITORY \| CUSIP: *8LTZXY5 \| Symbol: SPY---230309P00396000 | | | | | | | |
| 2023-03-08 | 10.0 | 449.47 | 2023-03-08 | 595.50 | 0.00 | -146.03 | |
| PUT  SPY   04/06/23   406 STANDARD & POORS DEPOSITORY \| CUSIP: *8LTZYS2 \| Symbol: SPY---230406P00406000 | | | | | | | |
| 2023-04-05 | 25.0 | 2,393.68 | 2023-04-05 | 2,136.24 | 0.00 | 257.44 | |
| 2023-04-06 | 1.0 | 108.93 | 2023-04-06 | 102.05 | 0.00 | 6.88 | |
| **Security Totals:** | | **2,502.61** | | **2,238.29** | | **264.32** | |
| CALL SPY   04/06/23   407 STANDARD & POORS DEPOSITORY \| CUSIP: *8LTZYS4 \| Symbol: SPY---230406C00407000 | | | | | | | |
| 2023-04-06 | 10.0 | 649.48 | 2023-04-06 | 620.49 | 0.00 | 28.99 | |
| PUT  SPY   04/06/23   407 STANDARD & POORS DEPOSITORY \| CUSIP: *8LTZYS6 \| Symbol: SPY---230406P00407000 | | | | | | | |
| 2023-04-06 | 5.0 | 319.73 | 2023-04-06 | 370.25 | 0.00 | -50.52 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**

## Proceeds from Broker and Barter Exchange Transactions 2023 Form 1099-B*

5MU73363

(continued)

2024-01-31

OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)          **Box 6:** Gross (unless indicated as Net in Additional Notes Column)          **Box 12:** Basis Reported to the IRS

| 1a - Description of property \| CUSIP \| Symbol | | | | | 1f - Accrued Market Discount (M) & | | |
|---|---|---|---|---|---|---|---|
| **1c - DateSold or Disposed** | **Quantity** | **1d - Proceeds** | **1b - Date Acquired** | **1e - Cost or Other Basis** | **1g - Wash Sale Loss Disallowed (D)** | **Gain or Loss (-)** | **Additional Notes** |
| PUT SPY  04/06/23  408 STANDARD & POORS DEPOSITORY \| CUSIP: *8LTZYV8 \| Symbol: SPY---230406P00408000 | | | | | | | |
| 2023-04-06 | 5.0 | 184.73 | 2023-04-06 | 180.25 | 0.00 | 4.48 | |
| PUT SPY  04/06/23  409 STANDARD & POORS DEPOSITORY \| CUSIP: *8LTZYX2 \| Symbol: SPY---230406P00409000 | | | | | | | |
| 2023-04-06 | 5.0 | 309.73 | 2023-04-06 | 305.25 | 0.00 | 4.48 | |
| CALL QQQ  09/11/23  375 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8LVLHT2 \| Symbol: QQQ---230911C00375000 | | | | | | | |
| 2023-09-11 | 10.0 | 539.47 | 2023-09-11 | 500.50 | 0.00 | 38.97 | |
| CALL QQQ  03/29/23  312 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8LVLKT1 \| Symbol: QQQ---230329C00312000 | | | | | | | |
| 2023-03-29 | 5.0 | 434.73 | 2023-03-29 | 385.25 | 0.00 | 49.48 | |
| PUT QQQ  09/13/23  373 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8LVWYM7 \| Symbol: QQQ---230913P00373000 | | | | | | | |
| 2023-09-13 | 10.0 | 829.47 | 2023-09-13 | 730.50 | 0.00 | 98.97 | |
| CALL QQQ  09/13/23  374 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8LVWZF9 \| Symbol: QQQ---230913C00374000 | | | | | | | |
| 2023-09-12 | 9.0 | 1,124.49 | 2023-09-12 | 1,124.45 | 0.00 | 0.04 | |
| CALL QQQ  09/13/23  375 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8LVXCF9 \| Symbol: QQQ---230913C00375000 | | | | | | | |
| 2023-09-13 | 10.0 | 679.47 | 2023-09-13 | 680.50 | 0.00 | -1.03 | |
| CALL QQQ  03/13/23  287 INVESCO QQQ TRUST SERIES 1 \| CUSIP: *8LVZNG9 \| Symbol: QQQ---230313C00287000 | | | | | | | |
| 2023-03-13 | 3.0 | 537.81 | 2023-03-13 | 483.15 | 0.00 | 54.66 | |
| PUT SPY  03/14/23  390 STANDARD & POORS DEPOSITORY \| CUSIP: *8LVZTD8 \| Symbol: SPY---230314P00390000 | | | | | | | |
| 2023-03-14 | 2.0 | 273.88 | 2023-03-14 | 234.10 | 0.00 | 39.78 | |
| CALL SPY  03/15/23  388 STANDARD & POORS DEPOSITORY \| CUSIP: *8LWHJV0 \| Symbol: SPY---230315C00388000 | | | | | | | |
| 2023-03-15 | 3.0 | 365.83 | 2023-03-15 | 309.15 | 0.00 | 56.68 | |
| CALL SPY  03/15/23  391 STANDARD & POORS DEPOSITORY \| CUSIP: *8LWHKW9 \| Symbol: SPY---230315C00391000 | | | | | | | |
| 2023-03-14 | 1.0 | 207.93 | 2023-03-14 | 190.05 | 0.00 | 17.88 | |
| PUT SPY  09/13/23  446 STANDARD & POORS DEPOSITORY \| CUSIP: *8LWZKB8 \| Symbol: SPY---230913P00446000 | | | | | | | |
| 2023-09-13 | 10.0 | 259.44 | 2023-09-13 | 230.50 | 0.00 | 28.94 | |
| PUT SPY  09/13/23  447 STANDARD & POORS DEPOSITORY \| CUSIP: *8LWZPX2 \| Symbol: SPY---230913P00447000 | | | | | | | |
| 2023-09-13 | 10.0 | 579.45 | 2023-09-13 | 560.50 | 0.00 | 18.95 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.