NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor:

**META MATERIALS INC.**

Case Number:

**24-50792**

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

FABIAN THOMAS

137 MORRISON AVENUE,
TORONTO ONTARIO, M6E1M5

Telephone Number: **905-616-2961**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 17 2024**

**U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:

**TD DIRECT INVESTING #LL452R8J**

☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

TD DIRECT INVESTING

Telephone Number: **1-800-465-5463**

3. **Date Equity Interest was acquired:** JUNE 30 2021 (FIRST PURCHASE) F.T

4. **Total amount of member interest:** 120

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent.
(See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor.
(See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Fabian Thomas
Title:
Company: ___ Address and telephone number (if different from notice address above):
_____
_____

(Signature) F. Thomas    (Date) 2024-12-05

Telephone number: 905-616-2961   email: Fabian.STHomas@torom.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jun 30, 2021

# Holdings in your account (continued)

on June 30, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAINMENT HLDG-A **(AMC)** | 52 SEG | 56.680U | 2,007.28 | 3,656.20 | 1,648.92 | 7.72% |
| ATI PHYSICAL THERAPY CL-A **(ATIP)** | 50 SEG | 9.540U | 662.09 | 591.71 | -70.38 | 1.25% |
| CASTOR MARITIME INC-NEW **(CTRM)** | 208 SEG | 2.605U | 1,637.93 | 672.15 | -965.78 | 1.42% |
| GAMESTOP CORP CL-A **(GME)** | 46 SEG | 214.140U | 4,154.23 | 12,219.47 | 8,065.24 | 25.81% |
| META MATERIALS INC **(MMAT)** | 200 SEG | 7.490U | 3,134.49 | 1,858.26 | -1,276.23 | 3.93% |
| NOKIA CORP ADR **(NOK)** | 1,000 SEG | 5.320U | 6,457.27 | 6,599.46 | 142.19 | 13.94% |
| ROBLOX CORPORATION CL-A **(RBLX)** | 20 SEG | 89.980U | 1,825.14 | 2,232.40 | 407.26 | 4.72% |
| ROCKET COMPANIES INC **(RKT)** | 50 SEG | 19.350U | 1,748.81 | 1,200.18 | -548.63 | 2.54% |
| SENSEONICS HOLDINGS INC **(SENS)** | 500 SEG | 3.840U | 3,103.52 | 2,381.76 | -721.76 | 5.03% |
| 23ANDME HOLDING CO CL-A **(ME)** | 50 SEG | 11.690U | 721.00 | 725.07 | 4.07 | 1.53% |
| UWM HOLDINGS CORP CL-A **(UWMC)** | 50 SEG | 8.450U | 634.51 | 524.11 | -110.40 | 1.11% |
| **TOTAL FOREIGN** | | | **$26,086.27** | **$32,660.77** | | **68.99%** |
| **Total Portfolio** | | | **$44,374.29** | **$47,342.30** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.2400**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jun 30, 2021

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| | | **Beginning cash balance** | | | | **253.44** |
| Jun 1 | Contribution | WH005 TSF FR 4000985 | | | 1,000.00 | 1,253.44 |
| Jun 1 | Deregistration | WITHDRAWAL | | | -1,200.00 | 53.44 |
| Jun 1 | Contribution | WQ555 TSF FR 4000985 | | | 3,000.00 | 3,053.44 |
| Jun 1 | Sell | AMC ENTERTAINMENT HLDG-A | -40 | 25.810 | 1,215.76 | 4,269.20 |
| Jun 1 | Sell | SQUARE INC CL-A | -1 | 222.180 | 252.30 | 4,521.50 |
| Jun 1 | Buy | TORCHLIGHT ENERGY RES INC | 50 | 2.380 | -153.38 | 4,368.12 |
| Jun 3 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @22.39 %US PR SA-412750 | 100 | 30.329 | -3,724.19 | 643.93 |
| Jun 3 | Buy | MEDIVOLVE INC OI-410370 | 4,000 | 0.105 | -429.99 | 213.94 |
| Jun 3 | Buy | MEDIVOLVE INC GM-411196 | 1,000 | 0.100 | -109.99 | 103.95 |
| Jun 4 | Deregistration | WITHDRAWAL | | | -1,200.00 | -1,096.05 |
| Jun 4 | Sell | AMC ENTERTAINMENT HLDG-A CONV TO CAD @18.46 %US PR VO-413429 | -50 | 63.861 | 3,770.66 | 2,674.61 |
| Jun 4 | CIL | CASTOR MARITIME INC-NEW | | | 1.98 | 2,676.59 |
| Jun 4 | Buy | CASTOR MARITIME INC-NEW CONV TO CAD @18.46 %US PR EH-411419 | 10 | 3.145 | -49.09 | 2,627.50 |
| Jun 4 | Buy | LITHIUM CHILE INC NN-409302 AS PRINC WE SLD AND CHGD A FEE SHOWN AS COMM | 100 | 0.395 | -49.49 | 2,578.01 |
| Jun 7 | Contribution | RH123 TSF FR 4000985 | | | 3,000.00 | 5,578.01 |
| Jun 7 | Buy | BLACKBERRY LIMITED VN-413428 AS PRINC WE SLD AND CHGD A FEE SHOWN AS COMM | 50 | 20.860 | -1,052.99 | 4,525.02 |
| Jun 7 | Buy | BOMBARDIER INC CL-B SV VK-412862 | 1,000 | 1.040 | -1,049.99 | 3,475.03 |
| Jun 7 | Sell | KRAKEN ROBOTICS INC EN-416479 | -1,000 | 0.620 | 610.01 | 4,085.04 |
| Jun 7 | Sell | KRAKEN ROBOTICS INC EN-416479 | -50 | 0.610 | 30.50 | 4,115.54 |
| Jun 7 | Buy | LITHIUM CHILE INC YB-416529 | 900 | 0.395 | -365.49 | 3,750.05 |
| Jun 7 | Buy | NOKIA CORP ADR CONV TO CAD @22.99 %US PR JF-411916 | 100 | 5.484 | -686.76 | 3,063.29 |

(continued on next page)

*Order-Execution-Only Account.*



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jun 30, 2021

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Jun 8 | Buy | LITHIUM CHILE INC XP-415580 AS PRINC WE SLD AND CHGD A FEE SHOWN AS COMM | 100 | 0.390 | -48.99 | 3,014.30 |
| Jun 9 | Buy | BLACKBERRY LIMITED TQ-411651 AS PRINC WE SLD AND CHGD A FEE SHOWN AS COMM | 50 | 18.770 | -948.49 | 2,065.81 |
| Jun 9 | Buy | BLACKBERRY LIMITED CX-413419 AS PRINC WE SLD AND CHGD A FEE SHOWN AS COMM | 50 | 17.500 | -884.99 | 1,180.82 |
| Jun 9 | Sell | BOMBARDIER INC CL-B SV CI-414519 | -500 | 1.040 | 510.01 | 1,690.83 |
| Jun 9 | Buy | CASTOR MARITIME INC-NEW CONV TO CAD @22.79 %US PR QR-415684 | 50 | 3.288 | -214.13 | 1,476.70 |
| Jun 9 | Buy | NOKIA CORP ADR CONV TO CAD @22.79 %US PR KD-412075 | 20 | 5.535 | -148.20 | 1,328.50 |
| Jun 9 | Buy | NOKIA CORP ADR CONV TO CAD @22.79 %US PR ZT-416968 | 40 | 5.495 | -282.20 | 1,046.30 |
| Jun 9 | Buy | NOKIA CORP ADR CONV TO CAD @22.79 %US PR FR-413173 | 340 | 5.505 | -2,310.77 | -1,264.47 |
| Jun 9 | Sell | SUPER LEAGUE GAMING INC CONV TO CAD @22.79 %US PR AR-416910 | -100 | 5.144 | 619.37 | -645.10 |
| Jun 9 | Sell | TESLA INC CONV TO CAD @22.79 %US PR XG-414289 | -2 | 591.600 | 1,440.57 | 795.47 |
| Jun 10 | Buy | LITHIUM CHILE INC KP-413470 | 500 | 0.415 | -217.49 | 577.98 |
| Jun 10 | Buy | NOKIA CORP ADR CONV TO CAD @23.04 %US PR MA-414072 | 50 | 5.648 | -359.77 | 218.21 |
| Jun 11 | Contribution | JQ494 TSF FR 4000985 | | | 2,000.00 | 2,218.21 |
| Jun 11 | Buy | LITHIUM CHILE INC TD-418879 AS PRINC WE SLD AND CHGD A FEE SHOWN AS COMM | 400 | 0.405 | -171.99 | 2,046.22 |
| Jun 14 | Deregistration | WITHDRAWAL | | | -2,000.00 | 46.22 |
| Jun 15 | Sell | BOMBARDIER INC CL-B SV GL-415339 | -500 | 1.070 | 525.01 | 571.23 |
| Jun 15 | Buy | NOKIA CORP ADR CONV TO CAD @23.09 %US PR KU-416163 | 50 | 5.456 | -348.11 | 223.12 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jun 30, 2021

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Jun 18 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @23.79 %US PR OW-417571 | 2 | 53.650 | -145.19 | 77.93 |
| Jun 18 | Exchange | ATI PHYSICAL THERAPY CL-A | 50 | | -662.09 | -584.16 |
| Jun 18 | Buy | BLACKBERRY LIMITED MM-417669 AS PRINC WE SLD AND CHGD A FEE SHOWN AS COMM | 3 | 15.720 | -57.15 | -641.31 |
| Jun 18 | Exchange | FORTRESS VAL ACQ CRP II-* | -50 | | 662.09 | 20.78 |
| Jun 18 | Exchange | 23ANDME HOLDING CO CL-A | 50 | | -721.00 | -700.22 |
| Jun 18 | Exchange | VG ACQUISITION CORP CL-A* | -50 | | 721.00 | 20.78 |
| Jun 21 | Contribution | RL304 TSF FR 4000985 | | | 2,000.00 | 2,020.78 |
| Jun 23 | Contribution | HI025 TSF FR 4000985 | | | 2,200.00 | 4,220.78 |
| Jun 23 | Sell | PALANTIR TECHS INC CL-A CONV TO CAD @25.89 %US PR DK-419866 | -31 | 25.241 | 972.49 | 5,193.27 |
| Jun 23 | Buy | SENSEONICS HOLDINGS INC CONV TO CAD @25.89 %US PR UH-418177 | 100 | 3.235 | -419.83 | 4,773.44 |
| Jun 23 | Buy | TORCHLIGHT ENERGY RES INC CONV TO CAD @25.89 %US PR KI-419921 | 100 | 9.935 | -1,263.36 | 3,510.08 |
| Jun 23 | Buy | TORCHLIGHT ENERGY RES INC CONV TO CAD @25.89 %US PR IH-419405 | 100 | 9.980 | -1,268.96 | 2,241.12 |
| Jun 24 | Buy | CASTOR MARITIME INC-NEW CONV TO CAD @25.44 %US PR QJ-422124 | 8 | 2.765 | -40.28 | 2,200.84 |
| Jun 25 | Buy | BOMBARDIER INC CL-B SV GI-420683 | 1,900 | 1.150 | -2,194.99 | 5.85 |
| Jun 29 | Exchange | META MATERIALS INC | 200 | | -3,134.49 | -3,128.64 |
| Jun 29 | Exchange | TORCHLIGHT ENERGY RES IN* | -400 | | 3,134.49 | 5.85 |
| **Jun 30** | **Ending cash balance** | | | | | **$5.85** |

# Pending activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) |
|------|----------|-------------|----------|-----------|------------|
| Jul 2 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @26.09 %US PR IW-421690 | 12 | 56.368 | -865.49 |
| Jul 5 | Sell | BOMBARDIER INC CL-B SV AR-425847 | -900 | 1.170 | 1,043.01 |



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jun 30, 2021

# Details of investment income

| Earnings/Expenses | This period (Jun 1 - Jun 30, 2021) | Year to date (Feb 2 - Jun 30, 2021) |
|---|---|---|
| Dividends | 0.00 | 74.75 |
| **Total** | **$0.00** | **$74.75** |

# Your TFSA contribution and withdrawal information

**Contributions**

| Year to date | $49,894.00 |
|---|---|

**Withdrawals**

| Year to date | -$10,180.00 |
|---|---|

## ⓘ Important information about your account

This statement includes the **TD Waterhouse Canada Inc. Conflicts of Interest Statement** and a notification containing a summary of changes we have made to the TD Waterhouse Account and Services Agreements and Disclosure Documents, and other reminders for you.

If you use eServices, go to the **Documents (eServices)** page, at the bottom, under **Important Account Holder Information** to access the notification, which is also available at https://www.td.com/ca/products-services/investing/DBnotice.jsp.



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jun 30, 2021

# Disclosures

### Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

### Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

### Your account at a glance – Additional information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

### Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

### Corporate Information

**'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.**

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement

June 1, 2021 to June 30, 2021

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| English: | **1-800-465-5463** |
| French: | **1-800-361-2684** |
| Cantonese: | **1-800-838-3223 option 1** |
| Mandarin: | **1-800-838-3223 option 2** |

## Your account at a glance

> ⓘ **You need to know**
>
> Please see **page 6** for important information about your account.

| | This period (Jun 1 - Jun 30, 2021) | Last period (May 1 - May 31, 2021) | Year to date (Feb 2 - Jun 30, 2021) |
|---|---|---|---|
| Beginning balance | $35,266.39 | $32,466.86 | $0.00 |
| Change in your account balance | $12,075.91 | $2,799.53 | $47,342.30 |
| **Ending balance** | **$47,342.30** | **$35,266.39** | **$47,342.30** |

▸ US dollars converted to Canadian dollars at 1.2400 as of Jun 30, 2021

## Holdings in your account

on June 30, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 5.85 | 5.85 | 0.00 | 0.01% |
| **COMMON SHARES** | | | | | | |
| BLACKBERRY LIMITED (**BB**) | 403 SEG | 15.150 | 7,163.08 | 6,105.45 | -1,057.63 | 12.90% |
| BOMBARDIER INC CL-B SV (**BBD.B**) | 4,900 SEG | 1.170 | 4,482.46 | 5,733.00 | 1,250.54 | 12.11% |
| LITHIUM CHILE INC (**LITH**) | 3,000 SEG | 0.320 | 1,343.44 | 960.00 | -383.44 | 2.03% |
| MEDIVOLVE INC (**MEDV**) | 10,000 SEG | 0.070 | 2,369.63 | 700.00 | -1,669.63 | 1.48% |
| SUNDIAL GROWERS INC (**SNDL**) | 1,000 SEG | 0.949U | 2,923.56 | 1,177.23 | -1,746.33 | 2.49% |
| **TOTAL DOMESTIC** | | | **$18,288.02** | **$14,681.53** | | **31.01%** |

(continued on next page)

*Order-Execution-Only Account.*

⦾ **HPOC**  ▯ Regulated by



**TD Direct Investing**

# Your TFSA statement

July 1, 2021 to July 31, 2021

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?
For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

> ⓘ **You need to know**
> Please see page 6 for important information about your account.

| | This period (Jul 1 - Jul 31, 2021) | Last period (Jun 1 - Jun 30, 2021) | Year to date (Feb 2 - Jul 31, 2021) |
|---|---|---|---|
| Beginning balance | $47,342.30 | $35,266.39 | $0.00 |
| Change in your account balance | -$7,756.80 | $12,075.91 | $39,585.50 |
| **Ending balance** | **$39,585.50** | **$47,342.30** | **$39,585.50** |

▸ US dollars converted to Canadian dollars at **1.2460** as of Jul 31, 2021

## Holdings in your account
on July 31, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 3,074.36 | 3,074.36 | 0.00 | 7.77% |
| **COMMON SHARES** | | | | | | |
| MEDIVOLVE INC (MEDV) | 10,500 SEG | 0.062 | 2,417.12 | 651.00 | -1,766.12 | 1.64% |
| **TOTAL DOMESTIC** | | | **$5,491.48** | **$3,725.36** | | **9.41%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| META MATERIALS INC-A PFD | 400 SEG | N/D | 0.00 | N/D | 0.00 | 0.00% |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAINMENT HLDG-A (AMC) | 558 SEG | 37.020u | 28,305.27 | 25,749.14 | -2,556.13 | 65.05% |

(continued on next page)

*Order-Execution-Only Account.*        Regulated by



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jul 31, 2021

# Holdings in your account (continued)
on July 31, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| GAMESTOP CORP CL-A **(GME)** | 46 SEG | 161.120u | 4,154.23 | 9,238.45 | 5,084.22 | 23.34% |
| META MATERIALS INC (MMAT) | 200 SEG | 3.500u | 3,134.49 | 872.55 | -2,261.94 | 2.20% |
| **TOTAL FOREIGN** | | | **$35,593.99** | **$35,860.14** | | **90.59%** |
| **Total Portfolio** | | | **$41,085.47** | **$39,585.50** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.2460**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | 5.85 |
| Jul 2 | Buy | AMC ENTERTAINMENT HLDG-A | 12 | 56.368 | -865.49 | -859.64 |
| Jul 5 | Sell | BOMBARDIER INC CL-B SV | -900 | 1.170 | 1,043.01 | 183.37 |
| Jul 6 | Contribution | WQ351 TSF FR 4006452 | | | 1,000.00 | 1,183.37 |
| Jul 6 | Withholding tax | UWM HOLDINGS CORP CL-A | 50 | | -0.91 | 1,182.46 |
| Jul 6 | Dividends | UWM HOLDINGS CORP CL-A | 50 | | 6.08 | 1,188.54 |
| Jul 8 | Buy | BOMBARDIER INC CL-B SV ZB-422753 AS PRINC WE SLD AND CHGD A FEE SHOWN AS COMM | 100 | 1.460 | -155.99 | 1,032.55 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jul 31, 2021

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| Jul 8 | Buy | BOMBARDIER INC CL-B SV JL-425910 AS PRINC WE SLD AND CHGD A FEE SHOWN AS COMM | 500 | 1.480 | -749.99 | 282.56 |
| Jul 8 | Buy | IDEANOMICS INC CONV TO CAD @21.91 %US PR DM-423096 | 100 | 2.626 | -332.40 | -49.84 |
| Jul 8 | Stock Dividend | META MATERIALS INC-A PFD | 400 | | 0.00 | -49.84 |
| Jul 8 | Sell | ROCKET COMPANIES INC CONV TO CAD @21.91 %US PR FX-427912 | -50 | 18.565 | 1,119.44 | 1,069.60 |
| Jul 9 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @27.09 %US PR DS-424207 | 2 | 45.230 | -127.66 | 941.94 |
| Jul 9 | Buy | BOMBARDIER INC CL-B SV XY-422741 | 600 | 1.400 | -849.99 | 91.95 |
| Jul 12 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @27.49 %US PR ZV-423887 | 1 | 42.292 | -66.65 | 25.30 |
| Jul 13 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @26.99 %US PR WS-424223 | 13 | 47.788 | -801.61 | -776.31 |
| Jul 13 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @26.99 %US PR BC-426194 | 50 | 47.349 | -3,019.15 | -3,795.46 |
| Jul 13 | Sell | ATI PHYSICAL THERAPY CL-A CONV TO CAD @26.99 %US PR ND-428767 | -50 | 8.580 | 532.09 | -3,263.37 |
| Jul 13 | Sell | LITHIUM CHILE INC CQ-425854 | -3,000 | 0.320 | 950.01 | -2,313.36 |
| Jul 13 | Sell | ROBLOX CORPORATION CL-A CONV TO CAD @26.99 %US PR SM-425225 | -20 | 86.800 | 2,191.85 | -121.51 |
| Jul 13 | Sell | 23ANDME HOLDING CO CL-A CONV TO CAD @26.99 %US PR AG-424126 | -50 | 10.610 | 660.98 | 539.47 |
| Jul 13 | Sell | UWM HOLDINGS CORP CL-A CONV TO CAD @26.99 %US PR GN-427805 | -50 | 8.290 | 513.67 | 1,053.14 |
| Jul 14 | Contribution | HQ373 TSF FR 4006452 | | | 1,000.00 | 2,053.14 |
| Jul 14 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @23.01 %US PR IL-424065 | 100 | 44.985 | -5,545.92 | -3,492.78 |
| Jul 14 | Buy | BOMBARDIER INC CL-B SV WM-425889 | 1,000 | 1.400 | -1,409.99 | -4,902.77 |
| Jul 14 | Sell | NOKIA CORP ADR CONV TO CAD @23.01 %US PR JE-426113 | -1,000 | 5.470 | 6,716.32 | 1,813.55 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jul 31, 2021

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Jul 15 | Buy | BOMBARDIER INC CL-B SV MP-426097 AS PRINC WE SLD AND CHGD A FEE SHOWN AS COMM | 500 | 1.500 | -759.99 | 1,053.56 |
| Jul 15 | Buy | NOKIA CORP ADR CONV TO CAD @27.29 %US PR SV-430537 | 5 | 5.915 | -50.37 | 1,003.19 |
| Jul 16 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @26.79 %US PR BI-426059 | 10 | 37.696 | -490.63 | 512.56 |
| Jul 16 | Buy | BOMBARDIER INC CL-B SV WT-426059 | 300 | 1.520 | -465.99 | 46.57 |
| Jul 16 | Sell | BOMBARDIER INC CL-B SV ZX-428929 AS PRINC WE BOT AND CHGD A FEE SHOWN AS COMM | -2,000 | 1.450 | 2,890.01 | 2,936.58 |
| Jul 16 | Buy | IDEANOMICS INC CONV TO CAD @26.79 %US PR WN-430481 | 10 | 2.485 | -44.17 | 2,892.41 |
| Jul 19 | Deregistration | WITHDRAWAL | | | -2,000.00 | 892.41 |
| Jul 22 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @29.69 %US PR TQ-426138 | 10 | 35.140 | -468.69 | 423.72 |
| Jul 22 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @29.89 %US PR TI-428350 | 150 | 36.979 | -7,217.81 | -6,794.09 |
| Jul 22 | Sell | BOMBARDIER INC CL-B SV EU-428300 AS PRINC WE BOT AND CHGD A FEE SHOWN AS COMM | -5,000 | 1.450 | 7,240.01 | 445.92 |
| Jul 23 | Buy | BOMBARDIER INC CL-B SV NO-429249 | 250 | 1.510 | -387.49 | 58.43 |
| Jul 23 | Buy | MEDIVOLVE INC TA-427706 | 500 | 0.075 | -47.49 | 10.94 |
| Jul 23 | Sell | NOKIA CORP ADR CONV TO CAD @23.51 %US PR DM-428031 | -5 | 5.780 | 23.34 | 34.28 |
| Jul 27 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @27.79 %US PR QN-432147 | 8 | 36.288 | -383.75 | -349.47 |
| Jul 27 | Sell | BOMBARDIER INC CL-B SV IN-433212 AS PRINC WE BOT AND CHGD A FEE SHOWN AS COMM | -200 | 1.470 | 284.01 | -65.46 |
| Jul 27 | Sell | BOMBARDIER INC CL-B SV IN-433212 | -50 | 1.470 | 73.50 | 8.04 |
| Jul 28 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @27.89 %US PR KN-433468 | 150 | 38.042 | -7,310.63 | -7,302.59 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jul 31, 2021

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| Jul 28 | Sell | BLACKBERRY LIMITED SX-428928 | -403 | 12.630 | 5,079.90 | -2,222.69 |
| Jul 28 | Sell | CASTOR MARITIME INC-NEW CONV TO CAD @27.89 %US PR PA-430052 | -208 | 1.981 | 514.23 | -1,708.46 |
| Jul 28 | Sell | IDEANOMICS INC CONV TO CAD @27.89 %US PR GU-430584 | -110 | 2.481 | 336.36 | -1,372.10 |
| Jul 28 | Sell | SENSEONICS HOLDINGS INC CONV TO CAD @27.89 %US PR TE-429173 | -500 | 3.045 | 1,934.34 | 562.24 |
| Jul 28 | Sell | SUNDIAL GROWERS INC CONV TO CAD @27.89 %US PR WF-434128 | -1,000 | 0.801 | 1,012.12 | 1,574.36 |
| Jul 29 | Deregistration | WITHDRAWAL | | | -1,500.00 | 74.36 |
| Jul 29 | Contribution | II205 TSF FR 6456665 | | | 3,000.00 | 3,074.36 |
| **Jul 31** | **Ending cash balance** | | | | | **$3,074.36** |

## Pending activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|---|
| Aug 2 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @26.49 %US PR YW-431491 | 60 | 39.577 | -3,016.34 |
| Aug 4 | Buy | MEDIVOLVE INC JC-432291 | 500 | 0.065 | -42.49 |

## Details of investment income

| Earnings/Expenses | This period (Jul 1 - Jul 31, 2021) | Year to date (Feb 2 - Jul 31, 2021) |
|---|---|---|
| Dividends | 6.08 | 80.83 |
| **Total** | **$6.08** | **$80.83** |

## Your TFSA contribution and withdrawal information

### Contributions
| | |
|---|---|
| Year to date | **$54,894.00** |

### Withdrawals
| | |
|---|---|
| Year to date | **-$13,680.00** |



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jul 31, 2021

---

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jul 31, 2021

# Disclosures

## Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

## Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

## Your account at a glance – Additional Information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

## Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities listed in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

## Corporate Information

*'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.*

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ('TMX') and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement
August 1, 2021 to August 31, 2021

Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?
For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

> ⓘ **You need to know**
> Please see page 4 for important information about your account.

| | This period (Aug 1 - Aug 31, 2021) | Last period (Jul 1 - Jul 31, 2021) | Year to date (Feb 2 - Aug 31, 2021) |
|---|---|---|---|
| Beginning balance | $39,585.50 | $47,342.30 | $0.00 |
| Change in your account balance | $16,485.78 | -$7,756.80 | $56,071.28 |
| **Ending balance** | **$56,071.28** | **$39,585.50** | **$56,071.28** |

▸ US dollars converted to Canadian dollars at **1.2640** as of Aug 31, 2021

## Holdings in your account
on August 31, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 2.08 | 2.08 | 0.00 | 0.00% |
| **COMMON SHARES** | | | | | | |
| MEDIVOLVE INC (MEDV) | 12,000 SEG | 0.060 | 2,534.60 | 720.00 | -1,814.60 | 1.28% |
| **TOTAL DOMESTIC** | | | **$2,536.68** | **$722.08** | | **1.29%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| META MATERIALS INC-A PFD | 400 SEG | N/D | 0.00 | N/D | 0.00 | 0.00% |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAINMENT HLDG-A (AMC) | 701 SEG | 47.130u | 34,874.15 | 41,760.19 | 6,886.04 | 74.48% |

(continued on next page)

*Order-Execution-Only Account.*      —o—  **UDOC**  ▯ **Regulated by**



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Aug 31, 2021

# Holdings in your account (continued)
on August 31, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| GAMESTOP CORP CL-A **(GME)** | 45 SEG | 218.240U | 4,482.64 | 12,413.49 | 7,930.85 | 22.14% |
| META MATERIALS INC **(MMAT)** | 200 SEG | 4.650U | 3,134.49 | 1,175.52 | -1,958.97 | 2.10% |
| **TOTAL FOREIGN** | | | **$42,491.28** | **$55,349.20** | | **98.71%** |
| **Total Portfolio** | | | **$45,027.96** | **$56,071.28** | | **100.00%** |

‣ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.2640**

‣ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

‣ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

*Book cost for long positions* is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

*Book cost for short positions* is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

*Market value* is the price of the security or fund multiplied by the quantity held.

*Unrealized Gain or Loss* is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | | **Beginning cash balance** | | | | 3,074.36 |
| Aug 2 | Buy | AMC ENTERTAINMENT HLDG-A | 60 | 39.577 | -3,016.34 | 58.02 |
| Aug 3 | Contribution | WW210 TSF FR 6456665 | | | 2,500.00 | 2,558.02 |
| Aug 4 | Buy | MEDIVOLVE INC | 500 | 0.065 | -42.49 | 2,515.53 |
| Aug 5 | Contribution | IQ325 TSF FR 6456665 | | | 150.00 | 2,665.53 |
| Aug 5 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @27.59 %US PR DC-432333 | 60 | 33.028 | -2,541.17 | 124.36 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Aug 31, 2021

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Aug 9 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @27.09 %US PR CU-433427 | 2 | 30.548 | -90.35 | 34.01 |
| Aug 11 | Contribution | HI290 TSF FR 6456665 | | | 50.00 | 84.01 |
| Aug 11 | Contribution | HI362 TSF FR 6456665 | | | 50.00 | 134.01 |
| Aug 13 | Contribution | JJ005 TSF FR 6456665 | | | 800.00 | 934.01 |
| Aug 13 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @27.09 %US PR XD-438313 | 3 | 29.626 | -125.65 | 808.36 |
| Aug 17 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @27.24 %US PR JC-436138 | 17 | 33.498 | -737.30 | 71.06 |
| Aug 18 | Contribution | HJ333 TSF FR 6456665 | | | 131.50 | 202.56 |
| Aug 18 | Contribution | HJ303 TSF FR 6456665 | | | 800.00 | 1,002.56 |
| Aug 19 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @28.19 %US PR OK-436572 | 1 | 35.309 | -58.07 | 944.49 |
| Aug 20 | Buy | GAMESTOP CORP CL-A CONV TO CAD @28.39 %US PR HD-440650 | 4 | 158.434 | -826.48 | 118.01 |
| Aug 24 | Buy | MEDIVOLVE INC AY-438072 | 1,000 | 0.065 | -74.99 | 43.02 |
| Aug 30 | Deregistration | WITHDRAWAL | | | -1,300.00 | -1,256.98 |
| Aug 30 | Sell | GAMESTOP CORP CL-A CONV TO CAD @24.01 %US PR NC-438869 | -5 | 205.057 | 1,259.06 | 2.08 |
| **Aug 31** | **Ending cash balance** | | | | | **$2.08** |

## Details of investment income

| Earnings/Expenses | This period (Aug 1 - Aug 31, 2021) | Year to date (Feb 2 - Aug 31, 2021) |
|-------------------|-----------------------------------|-------------------------------------|
| Dividends | 0.00 | 80.83 |
| **Total** | **$0.00** | **$80.83** |

## Your TFSA contribution and withdrawal information

### Contributions

| | |
|---|---|
| Year to date | **$59,375.50** |

### Withdrawals

| | |
|---|---|
| Year to date | **-$14,980.00** |



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Aug 31, 2021

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Aug 31, 2021

# Disclosures

### Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

### Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

### Your account at a glance – Additional information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance – This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

### Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

### Corporate Information

***'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.***

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement

September 1, 2021 to September 30, 2021

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

**Do you have a question?**

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

> (i) **You need to know**
> Please see **page 3** for important information about your account.

| | This period (Sep 1 - Sep 30, 2021) | Last period (Aug 1 - Aug 31, 2021) | Year to date (Feb 2 - Sep 30, 2021) |
|---|---|---|---|
| Beginning balance | $56,071.28 | $39,585.50 | $0.00 |
| Change in your account balance | -$7,707.97 | $16,485.78 | $48,363.31 |
| **Ending balance** | **$48,363.31** | **$56,071.28** | **$48,363.31** |

▸ US dollars converted to Canadian dollars at **1.2650** as of Sep 30, 2021

## Holdings in your account

on September 30, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 2,502.08 | 2,502.08 | 0.00 | 5.17% |
| **COMMON SHARES** | | | | | | |
| MEDIVOLVE INC (**MEDV**) | 12,000 SEG | 0.055 | 2,534.60 | 660.00 | -1,874.60 | 1.36% |
| **TOTAL DOMESTIC** | | | **$5,036.68** | **$3,162.08** | | **6.54%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| META MATERIALS INC-A PFD | 400 SEG | N/D | 0.00 | N/D | 0.00 | 0.00% |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAINMENT HLDG-A (**AMC**) | 701 SEG | 38.060u | 34,874.15 | 33,750.27 | -1,123.88 | 69.78% |

(continued on next page)

*Order-Execution-Only Account.*



Regulated by



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Sep 30, 2021

# Holdings in your account (continued)
on September 30, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| GAMESTOP CORP CL-A **(GME)** | 45 SEG | 175.470U | 4,482.64 | 9,988.62 | 5,505.98 | 20.65% |
| META MATERIALS INC **(MMAT)** | 200 SEG | 5.780U | 3,134.49 | 1,462.34 | -1,672.15 | 3.02% |
| **TOTAL FOREIGN** | | | **$42,491.28** | **$45,201.23** | | **93.46%** |
| **Total Portfolio** | | | **$47,527.96** | **$48,363.31** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.2650**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | 2.08 |
| Sep 29 | Contribution | HW532 TSF FR 6456665 | | | 2,500.00 | 2,502.08 |
| **Sep 30** | **Ending cash balance** | | | | | **$2,502.08** |



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Sep 30, 2021

## Pending activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) |
|------|----------|-------------|----------|-----------|------------|
| Oct 1 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @29.59 %US PR UG-448001 | 50 | 35.819 | -2,333.86 |
| Oct 4 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @28.84 %US PR UW-448773 | 3 | 34.498 | -146.22 |

## Details of investment income

| Earnings/Expenses | This period (Sep 1 - Sep 30, 2021) | Year to date (Feb 2 - Sep 30, 2021) |
|-------------------|-----------------------------------|-------------------------------------|
| Dividends | 0.00 | 80.83 |
| **Total** | **$0.00** | **$80.83** |

## Your TFSA contribution and withdrawal information

**Contributions**

| | |
|---|---|
| Year to date | $61,875.50 |

**Withdrawals**

| | |
|---|---|
| Year to date | -$14,980.00 |

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.



# Disclosures

### Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

### Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

### Your account at a glance – Additional Information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

### Holdings and Activity – Additional Information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG  is an abbreviation to indicate that the investments  are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

### Corporate Information

*'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.*

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement
October 1, 2021 to October 31, 2021

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

### Do you have a question?
For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

## Your account at a glance

> ⓘ **You need to know**
> Please see **page 4** for important information about your account.

| | This period (Oct 1 - Oct 31, 2021) | Last period (Sep 1 - Sep 30, 2021) | Year to date (Feb 2 - Oct 31, 2021) |
|---|---|---|---|
| Beginning balance | $48,363.31 | $56,071.28 | $0.00 |
| Change in your account balance | $2,795.47 | -$7,707.97 | $51,158.78 |
| **Ending balance** | **$51,158.78** | **$48,363.31** | **$51,158.78** |

▸ US dollars converted to Canadian dollars at **1.2380** as of Oct 31, 2021

## Holdings in your account
on October 31, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | -372.00 | -372.00 | 0.00 | -0.73% |
| **COMMON SHARES** | | | | | | |
| MEDIVOLVE INC (MEDV) | 20,000 SEG | 0.060 | 2,914.58 | 1,200.00 | -1,714.58 | 2.35% |
| SUNDIAL GROWERS INC (SNDL) | 4,500 SEG | 0.650u | 3,884.13 | 3,622.61 | -261.52 | 7.08% |
| **TOTAL DOMESTIC** | | | **$6,426.71** | **$4,450.61** | | **8.70%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| META MATERIALS INC-A PFD (MMTLP) | 400 SEG | 1.280u | 0.00 | 634.11 | 634.11 | 1.24% |

(continued on next page)

---

*Order-Execution-Only Account.*                          Regulated by



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Oct 31, 2021

# Holdings in your account (continued)
on October 31, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAINMENT HLDG-A **(AMC)** | 763 SEG | 35.370U | 37,833.91 | 33,423.78 | -4,410.13 | 65.33% |
| DIGITAL WORLD ACQ CORP-A **(DWAC)** | 15 SEG | 67.750U | 2,293.45 | 1,258.62 | -1,034.83 | 2.46% |
| GAMESTOP CORP CL-A **(GME)** | 45 SEG | 183.510U | 4,482.64 | 10,227.47 | 5,744.83 | 19.99% |
| META MATERIALS INC **(MMAT)** | 200 SEG | 4.700U | 3,134.49 | 1,164.19 | -1,970.30 | 2.28% |
| **TOTAL FOREIGN** | | | **$47,744.49** | **$46,708.17** | | **91.30%** |
| **Total Portfolio** | | | **$54,171.20** | **$51,158.78** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.2380**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | 2,502.08 |
| Oct 1 | Buy | AMC ENTERTAINMENT HLDG-A | 50 | 35.819 | -2,333.86 | 168.22 |
| Oct 4 | Buy | AMC ENTERTAINMENT HLDG-A | 3 | 34.498 | -146.22 | 22.00 |
| Oct 12 | Contribution | RX160 TSF FR 6456665 | | | 100.00 | 122.00 |
| Oct 12 | Contribution | RX113 TSF FR 6456665 | | | 143.24 | 265.24 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Oct 31, 2021

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Oct 13 | Contribution | HJ420 TSF FR 6456665 | | | 100.00 | 365.24 |
| Oct 14 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @26.69 %US PR IM-452082 | 5 | 37.269 | -248.74 | 116.50 |
| Oct 15 | Contribution | JW101 TSF FR 6456665 | | | 350.00 | 466.50 |
| Oct 15 | Contribution | JG061 TSF FR 6456665 | | | 1,800.00 | 2,266.50 |
| Oct 15 | Buy | MEDIVOLVE INC ZT-456292 | 2,000 | 0.045 | -99.99 | 2,166.51 |
| Oct 18 | Contribution | LQ304 TSF FR 6456665 | | | 400.00 | 2,566.51 |
| Oct 19 | Contribution | WQ495 TSF FR 6456665 | | | 150.00 | 2,716.51 |
| Oct 19 | Contribution | WQ443 TSF FR 6456665 | | | 250.00 | 2,966.51 |
| Oct 19 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @25.89 %US PR CR-456952 | 2 | 40.549 | -114.67 | 2,851.84 |
| Oct 19 | Buy | MEDIVOLVE INC XL-457693 | 6,000 | 0.045 | -279.99 | 2,571.85 |
| Oct 19 | Buy | SUNDIAL GROWERS INC CONV TO CAD @25.89 %US PR YF-456608 | 2,000 | 0.671 | -1,703.53 | 868.32 |
| Oct 20 | Buy | SUNDIAL GROWERS INC CONV TO CAD @25.99 %US PR KT-452342 | 550 | 0.653 | -465.63 | 402.69 |
| Oct 21 | Contribution | IQ423 TSF FR 6456665 | | | 1,000.00 | 1,402.69 |
| Oct 21 | Buy | SUNDIAL GROWERS INC CONV TO CAD @25.69 %US PR WL-453276 | 200 | 0.645 | -174.92 | 1,227.77 |
| Oct 21 | Buy | SUNDIAL GROWERS INC CONV TO CAD @25.69 %US PR MF-458298 | 250 | 0.646 | -215.67 | 1,012.10 |
| Oct 22 | Contribution | JQ200 TSF FR 6456665 | | | 500.00 | 1,512.10 |
| Oct 25 | Contribution | RQ063 TSF FR 6456665 | | | 1,750.00 | 3,262.10 |
| Oct 25 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @25.39 %US PR XK-455225 | 2 | 41.370 | -116.27 | 3,145.83 |
| Oct 25 | Buy | SUNDIAL GROWERS INC CONV TO CAD @25.39 %US PR RH-458132 | 1,000 | 0.691 | -879.97 | 2,265.86 |
| Oct 26 | Buy | SUNDIAL GROWERS INC CONV TO CAD @25.39 %US PR AK-454967 | 500 | 0.688 | -444.41 | 1,821.45 |
| Oct 27 | Buy | DIGITAL WORLD ACQ CORP-A CONV TO CAD @25.69 %US PR NL-460252 | 15 | 120.980 | -2,293.45 | -472.00 |
| Oct 28 | Contribution | IL334 TSF FR 6456665 | | | 100.00 | -372.00 |
| **Oct 31** | **Ending cash balance** | | | | | **-$372.00** |



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Oct 31, 2021

# Pending activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) |
|------|----------|-------------|----------|-----------|------------|
| Nov 2 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @21.81 %US PR TQ-457101 | 7 | 35.090 | -311.37 |
| Nov 2 | Sell | DIGITAL WORLD ACQ CORP-A CONV TO CAD @21.81 %US PR UH-457251 | -15 | 68.757 | 1,244.12 |

# Details of investment income

| Earnings/Expenses | This period (Oct 1 - Oct 31, 2021) | Year to date (Feb 2 - Oct 31, 2021) |
|-------------------|-----------------------------------|-------------------------------------|
| Dividends | 0.00 | 80.83 |
| **Total** | **$0.00** | **$80.83** |

# Your TFSA contribution and withdrawal information

**Contributions**

| Year to date | $68,518.74 |
|--------------|------------|

**Withdrawals**

| Year to date | -$14,980.00 |
|--------------|-------------|

## ⓘ Important information about your account

In connection with our annual audit, please review your account statement and report any discrepancies to our auditors: Email: td.waterhouse.auditconfirmations@ca.ey.com ; Ernst & Young LLP, 100 Adelaide Street West, PO Box 1, Toronto, ON, Canada, M5H 0B3, Fax: 416-864-1174



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Oct 31, 2021

# Disclosures

## Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

## Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

## Your account at a glance – Additional Information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

## Holdings and Activity – Additional Information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS – Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing account, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

## Corporate Information

**Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.**

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement
November 1, 2021 to November 30, 2021

Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?
For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

| ⓘ You need to know | | This period (Nov 1 - Nov 30, 2021) | Last period (Oct 1 - Oct 31, 2021) | Year to date (Feb 2 - Nov 30, 2021) |
|---|---|---|---|---|
| Please see page 5 for important information about your account. | Beginning balance | $51,158.78 | $48,363.31 | $0.00 |
| | Change in your account balance | $4,293.53 | $2,795.47 | $55,452.31 |
| | **Ending balance** | **$55,452.31** | **$51,158.78** | **$55,452.31** |

▸ US dollars converted to Canadian dollars at 1.2790 as of Nov 30, 2021

## Holdings in your account
on November 30, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 910.25 | 910.25 | 0.00 | 1.64% |
| **COMMON SHARES** | | | | | | |
| MEDIVOLVE INC (MEDV) | 25,000 SEG | 0.110 | 3,587.59 | 2,750.00 | -837.59 | 4.96% |
| MEDIVOLVE INC (MEDV) | 1,200 | 0.110 | 172.20 | 132.00 | -40.20 | 0.24% |
| SUNDIAL GROWERS INC (SNDL) | 6,100 SEG | 0.622u | 5,579.43 | 4,854.67 | -724.76 | 8.75% |
| **TOTAL DOMESTIC** | | | **$10,249.47** | **$8,646.92** | | **15.59%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| META MATERIALS INC-A PFD (MMTLP) | 400 SEG | 1.870u | 0.00 | 957.06 | 957.06 | 1.73% |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Nov 30, 2021

# Holdings in your account (continued)
on November 30, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAINMENT HLDG-A **(AMC)** | 774 SEG | 33.940U | 38,366.36 | 33,611.90 | -4,754.46 | 60.61% |
| GAMESTOP CORP CL-A **(GME)** | 45 SEG | 196.210U | 4,482.64 | 11,297.28 | 6,814.64 | 20.37% |
| META MATERIALS INC **(MMAT)** | 200 SEG | 3.670U | 3,134.49 | 939.15 | -2,195.34 | 1.69% |
| **TOTAL FOREIGN** | | | **$45,983.49** | **$46,805.39** | | **84.41%** |
| **Total Portfolio** | | | **$56,232.96** | **$55,452.31** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.2790**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | -372.00 |
| Nov 2 | Deregistration | WITHDRAWAL | | | -450.00 | -822.00 |
| Nov 2 | Buy | AMC ENTERTAINMENT HLDG-A | 7 | 35.090 | -311.37 | -1,133.37 |
| Nov 2 | Sell | DIGITAL WORLD ACQ CORP-A | -15 | 68.757 | 1,244.12 | 110.75 |
| Nov 4 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @26.19 %US PR TY-459340 | 2 | 37.629 | -107.58 | 3.17 |

(continued on next page)



# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| Nov 5 | Harmonized Sales Tax | HST CHARGED | | | -3.77 | -0.60 |
| Nov 5 | Admin Fee Charged | ADV DASH FEE | | | -29.00 | -29.60 |
| Nov 8 | Contribution | RH133 TSF FR 6456665 | | | 400.00 | 370.40 |
| Nov 10 | Contribution | HJ135 TSF FR 6456665 | | | 100.00 | 470.40 |
| Nov 10 | Buy | SUNDIAL GROWERS INC CONV TO CAD @26.49 %US PR FG-462753 | 400 | 0.674 | -354.06 | 116.34 |
| Nov 12 | Contribution | JL133 TSF FR 6456665 | | | 150.00 | 266.34 |
| Nov 15 | Contribution | RQ140 TSF FR 6456665 | | | 150.00 | 416.34 |
| Nov 15 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @26.49 %US PR DB-462681 | 2 | 39.869 | -113.50 | 302.84 |
| Nov 16 | Contribution | WQ105 TSF FR 6456665 | | | 300.00 | 602.84 |
| Nov 16 | Buy | SUNDIAL GROWERS INC CONV TO CAD @27.74 %US PR CI-465067 | 120 | 0.865 | -145.37 | 457.47 |
| Nov 17 | Contribution | HQ591 TSF FR 6456665 | | | 172.00 | 629.47 |
| Nov 17 | Buy | SUNDIAL GROWERS INC CONV TO CAD @27.34 %US PR WX-464558 | 125 | 0.910 | -157.57 | 471.90 |
| Nov 18 | Contribution | IJ264 TSF FR 6456665 | | | 100.00 | 571.90 |
| Nov 18 | Buy | SUNDIAL GROWERS INC CONV TO CAD @27.39 %US PR ZQ-465002 | 270 | 0.815 | -293.05 | 278.85 |
| Nov 19 | Contribution | JH305 TSF FR 6456665 | | | 400.00 | 678.85 |
| Nov 19 | Contribution | JH211 TSF FR 6456665 | | | 500.00 | 1,178.85 |
| Nov 19 | Buy | SUNDIAL GROWERS INC CONV TO CAD @27.94 %US PR FW-466394 | 160 | 0.816 | -180.00 | 998.85 |
| Nov 22 | Contribution | RH235 TSF FR 6456665 | | | 200.00 | 1,198.85 |
| Nov 22 | Buy | SUNDIAL GROWERS INC CONV TO CAD @28.54 %US PR MP-466289 | 85 | 0.757 | -95.61 | 1,103.24 |
| Nov 23 | Contribution | WQ452 TSF FR 6456665 | | | 100.00 | 1,203.24 |
| Nov 23 | Buy | MEDIVOLVE INC AM-467280 | 450 | 0.140 | -72.99 | 1,130.25 |
| Nov 23 | Buy | MEDIVOLVE INC XS-465952 | 3,050 | 0.145 | -452.24 | 678.01 |
| Nov 23 | Buy | SUNDIAL GROWERS INC CONV TO CAD @28.29 %US PR XO-467861 | 40 | 0.750 | -51.33 | 626.68 |
| Nov 23 | Buy | SUNDIAL GROWERS INC | 100 | 0.752 | 0.00 | 626.68 |
| Nov 23 | Buy | SUNDIAL GROWERS INC CONV TO CAD @28.29 %US PR KK-466068 | 200 | 0.752 | -302.38 | 324.30 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Nov 30, 2021

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Nov 24 | Buy | MEDIVOLVE INC QR-469538 | 1,500 | 0.120 | -189.99 | 134.31 |
| Nov 24 | Buy | SUNDIAL GROWERS INC CONV TO CAD @28.79 %US PR HF-467106 | 20 | 0.692 | -30.70 | 103.61 |
| Nov 26 | Contribution | JI121 TSF FR 6456665 | | | 142.00 | 245.61 |
| Nov 26 | Buy | SUNDIAL GROWERS INC CONV TO CAD @29.29 %US PR NE-467574 | 80 | 0.699 | -85.23 | 160.38 |
| Nov 29 | Contribution | RO314 TSF FR 6456665 | | | 119.86 | 280.24 |
| Nov 29 | Contribution | RH131 TSF FR 6456665 | | | 160.00 | 440.24 |
| Nov 30 | Contribution | WH025 TSF FR 6456665 | | | 100.00 | 540.24 |
| Nov 30 | Contribution | WJ370 TSF FR 6456665 | | | 500.00 | 1,040.24 |
| Nov 30 | Buy | MEDIVOLVE INC NJ-468932 | 1,200 | 0.100 | -129.99 | 910.25 |
| **Nov 30** | **Ending cash balance** | | | | | **$910.25** |

## Pending activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) |
|------|----------|-------------|----------|-----------|------------|
| Dec 1 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @29.79 %US PR OW-469913 | 2 | 36.769 | -108.41 |
| Dec 1 | Buy | MEDIVOLVE INC DR-468566 | 800 | 0.115 | -101.99 |
| Dec 1 | Buy | SUNDIAL GROWERS INC CONV TO CAD @29.59 %US PR PG-470856 | 80 | 0.640 | -79.30 |
| Dec 2 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @30.29 %US PR LV-469770 | 11 | 34.038 | -500.85 |
| Dec 2 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @29.79 %US PR GJ-473354 | 2 | 35.717 | -105.69 |

## Details of investment income

| Earnings/Expenses | This period (Nov 1 - Nov 30, 2021) | Year to date (Feb 2 - Nov 30, 2021) |
|-------------------|-----------------------------------|-------------------------------------|
| Dividends | 0.00 | 80.83 |
| **Total** | **$0.00** | **$80.83** |



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: Nov 30, 2021

# Your TFSA contribution and withdrawal information

**Contributions**

| | |
|---|---|
| Year to date | $72,112.60 |

**Withdrawals**

| | |
|---|---|
| Year to date | -$15,430.00 |

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.



# Disclosures

## Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

## Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

## Your account at a glance – Additional Information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

## Holdings and Activity – Additional Information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Some abbreviations related to mutual funds are NL - No Load, D – Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS – Subordinate Voting Shares and RVS – Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

## Corporate Information

### *Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.*

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement

December 1, 2021 to December 31, 2021

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

> ⓘ **You need to know**
> Please see **page 6** for important information about your account.

| | This period (Dec 1 - Dec 31, 2021) | Last period (Nov 1 - Nov 30, 2021) | Year to date (Feb 2 - Dec 31, 2021) |
|---|---|---|---|
| Beginning balance | $55,452.31 | $51,158.78 | $0.00 |
| Change in your account balance | -$7,190.51 | $4,293.53 | $48,261.80 |
| **Ending balance** | **$48,261.80** | **$55,452.31** | **$48,261.80** |

▸ US dollars converted to Canadian dollars at **1.2660** as of Dec 31, 2021

## Holdings in your account

on December 31, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 405.78 | 405.78 | 0.00 | 0.84% |
| **COMMON SHARES** | | | | | | |
| MEDIVOLVE INC (**MEDV**) | 30,650 SEG | 0.080 | 4,333.75 | 2,452.00 | -1,881.75 | 5.08% |
| SUNDIAL GROWERS INC (**SNDL**) | 8,235 SEG | 0.578U | 7,312.81 | 6,025.94 | -1,286.87 | 12.49% |
| **TOTAL DOMESTIC** | | | **$12,052.34** | **$8,883.72** | | **18.41%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| META MATERIALS INC-A PFD (**MMTLP**) | 400 SEG | 1.510U | 0.00 | 764.66 | 764.66 | 1.58% |
| **COMMON SHARES** | | | | | | |
| ADITX INC (**ADTX**) | 1,000 SEG | 0.536U | 1,077.34 | 678.57 | -398.77 | 1.41% |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Dec 31, 2021

# Holdings in your account (continued)
## on December 31, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| AMC ENTERTAINMENT HLDG-A **(AMC)** | 829 SEG | 27.200U | 40,644.17 | 28,546.78 | -12,097.39 | 59.15% |
| GAMESTOP CORP CL-A **(GME)** | 45 SEG | 148.390U | 4,482.64 | 8,453.77 | 3,971.13 | 17.52% |
| META MATERIALS INC **(MMAT)** | 270 SEG | 2.460U | 3,189.96 | 840.87 | -2,349.09 | 1.74% |
| META MATERIALS INC **(MMAT)** | 30 | 2.460U | 354.44 | 93.43 | -261.01 | 0.19% |
| **TOTAL FOREIGN** | | | **$49,748.55** | **$39,378.08** | | **81.59%** |
| **Total Portfolio** | | | **$61,800.89** | **$48,261.80** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.2660**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | **910.25** |
| Dec 1 | Contribution | HL391 TSF FR 6456665 | | | 20.00 | 930.25 |
| Dec 1 | Contribution | HL422 TSF FR 6456665 | | | 30.00 | 960.25 |
| Dec 1 | Contribution | HI251 TSF FR 6456665 | | | 150.00 | 1,110.25 |
| Dec 1 | Contribution | HL330 TSF FR 6456665 | | | 403.02 | 1,513.27 |
| Dec 1 | Buy | AMC ENTERTAINMENT HLDG-A | 2 | 36.769 | -108.41 | 1,404.86 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Dec 31, 2021

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Dec 1 | Buy | MEDIVOLVE INC | 800 | 0.115 | -101.99 | 1,302.87 |
| Dec 1 | Buy | SUNDIAL GROWERS INC | 80 | 0.640 | -79.30 | 1,223.57 |
| Dec 2 | Contribution | IQ001 TSF FR 6456665 | | | 100.00 | 1,323.57 |
| Dec 2 | Contribution | IO432 TSF FR 6456665 | | | 410.00 | 1,733.57 |
| Dec 2 | Buy | AMC ENTERTAINMENT HLDG-A | 11 | 34.038 | -500.85 | 1,232.72 |
| Dec 2 | Buy | AMC ENTERTAINMENT HLDG-A | 2 | 35.717 | -105.69 | 1,127.03 |
| Dec 3 | Contribution | JO065 TSF FR 6456665 | | | 100.00 | 1,227.03 |
| Dec 3 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @30.34 %US PR JO-471289 | 11 | 30.368 | -448.43 | 778.60 |
| Dec 3 | Buy | MEDIVOLVE INC XM-469079 | 1,150 | 0.130 | -159.49 | 619.11 |
| Dec 6 | Contribution | LG102 TSF FR 6456665 | | | 98.00 | 717.11 |
| Dec 6 | Contribution | RW473 TSF FR 6456665 | | | 200.00 | 917.11 |
| Dec 6 | Contribution | RO523 TSF FR 6456665 | | | 400.00 | 1,317.11 |
| Dec 6 | Contribution | RO475 TSF FR 6456665 | | | 500.00 | 1,817.11 |
| Dec 6 | Contribution | RQ553 TSF FR 6456665 | | | 1,000.00 | 2,817.11 |
| Dec 6 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @30.29 %US PR CU-472462 | 3 | 30.349 | -131.65 | 2,685.46 |
| Dec 6 | Buy | MEDIVOLVE INC WL-470344 | 2,000 | 0.125 | -259.99 | 2,425.47 |
| Dec 7 | Contribution | WO411 TSF FR 6456665 | | | 150.00 | 2,575.47 |
| Dec 7 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @30.49 %US PR JO-472368 | 6 | 26.119 | -217.53 | 2,357.94 |
| Dec 8 | Buy | ADITX INC CONV TO CAD @29.99 %US PR LG-472958 | 1,000 | 0.818 | -1,077.34 | 1,280.60 |
| Dec 8 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @29.69 %US PR YW-473162 | 10 | 28.559 | -383.34 | 897.26 |
| Dec 8 | Buy | META MATERIALS INC CONV TO CAD @29.99 %US PR KH-470817 | 53 | 3.145 | -229.67 | 667.59 |
| Dec 8 | Buy | SUNDIAL GROWERS INC CONV TO CAD @29.69 %US PR DY-471796 | 665 | 0.574 | -508.68 | 158.91 |
| Dec 9 | Buy | SUNDIAL GROWERS INC CONV TO CAD @28.59 %US PR QP-472341 | 193 | 0.595 | -160.67 | -1.76 |
| Dec 10 | Contribution | JH250 TSF FR 6456665 | | | 70.00 | 68.24 |
| Dec 10 | Contribution | JL053 TSF FR 6456665 | | | 100.00 | 168.24 |
| Dec 10 | Contribution | JW543 TSF FR 6456665 | | | 500.00 | 668.24 |
| Dec 13 | Contribution | RL200 TSF FR 6456665 | | | 50.00 | 718.24 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Dec 31, 2021

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| Dec 14 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @29.29 %US PR UF-477751 | 5 | 26.229 | -182.48 | 535.76 |
| Dec 14 | Buy | SUNDIAL GROWERS INC CONV TO CAD @29.29 %US PR YZ-473968 | 73 | 0.591 | -68.69 | 467.07 |
| Dec 14 | Buy | SUNDIAL GROWERS INC CONV TO CAD @29.29 %US PR YI-472844 | 500 | 0.578 | -387.02 | 80.05 |
| Dec 15 | Contribution | HQ453 TSF FR 6456665 | | | 26.00 | 106.05 |
| Dec 15 | Contribution | HQ435 TSF FR 6456665 | | | 100.00 | 206.05 |
| Dec 15 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @30.09 %US PR TO-474695 | 2 | 23.509 | -74.16 | 131.89 |
| Dec 16 | Contribution | IL314 TSF FR 6456665 | | | 180.00 | 311.89 |
| Dec 17 | Contribution | JH450 TSF FR 6456665 | | | 100.00 | 411.89 |
| Dec 17 | Buy | SUNDIAL GROWERS INC CONV TO CAD @30.84 %US PR GH-474143 | 165 | 0.554 | -132.70 | 279.19 |
| Dec 20 | Contribution | JX220 TSF FR 6456665 | | | 49.00 | 328.19 |
| Dec 20 | Contribution | RO205 TSF FR 6456665 | | | 50.00 | 378.19 |
| Dec 20 | Contribution | RW045 TSF FR 6456665 | | | 100.00 | 478.19 |
| Dec 20 | Buy | MEDIVOLVE INC SK-475470 | 500 | 0.085 | -52.49 | 425.70 |
| Dec 20 | Buy | SUNDIAL GROWERS INC CONV TO CAD @29.79 %US PR CI-476231 | 150 | 0.581 | -126.10 | 299.60 |
| Dec 21 | Buy | SUNDIAL GROWERS INC CONV TO CAD @30.39 %US PR NI-476491 | 109 | 0.612 | -100.13 | 199.47 |
| Dec 22 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @31.39 %US PR QQ-478119 | 3 | 28.449 | -125.27 | 74.20 |
| Dec 22 | Buy | META MATERIALS INC CONV TO CAD @31.39 %US PR CB-480176 | 17 | 2.627 | -71.82 | 2.38 |
| Dec 29 | Contribution | UU302 TSF FR 6456665 | | | 88.91 | 91.29 |
| Dec 29 | Contribution | RW232 TSF FR 6456665 | | | 100.00 | 191.29 |
| Dec 29 | Contribution | HO425 TSF FR 6456665 | | | 100.00 | 291.29 |
| Dec 30 | Contribution | IJ464 TSF FR 6456665 | | | 100.00 | 391.29 |
| Dec 30 | Contribution | IL172 TSF FR 6456665 | | | 100.00 | 491.29 |
| Dec 31 | Contribution | JI100 TSF FR 6456665 | | | 53.00 | 544.29 |
| Dec 31 | Contribution | JI160 TSF FR 6456665 | | | 140.00 | 684.29 |
| Dec 31 | Buy | META MATERIALS INC CONV TO CAD @30.09 %US PR NC-478803 | 30 | 2.445 | -108.42 | 575.87 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: Dec 31, 2021

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Dec 31 | Buy | SUNDIAL GROWERS INC CONV TO CAD @30.09 %US PR WR-482584 | 200 | 0.603 | -170.09 | 405.78 |
| Dec 31 | **Ending cash balance** | | | | | **$405.78** |

## Pending activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) |
|------|----------|-------------|----------|-----------|------------|
| Jan 3 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @29.99 %US PR PV-478284 | 2 | 29.548 | -89.81 |
| Jan 3 | Buy | SUNDIAL GROWERS INC CONV TO CAD @29.99 %US PR ZN-478147 | 141 | 0.605 | -123.98 |
| Jan 4 | Buy | SUNDIAL GROWERS INC CONV TO CAD @28.39 %US PR EL-478300 | 200 | 0.592 | -164.97 |

## Details of investment income

| Earnings/Expenses | This period (Dec 1 - Dec 31, 2021) | Year to date (Feb 2 - Dec 31, 2021) |
|-------------------|-----------------------------------|-------------------------------------|
| Dividends | 0.00 | 80.83 |
| **Total** | **$0.00** | **$80.83** |

## Your TFSA contribution and withdrawal information

**Contributions**

| | |
|---|---|
| Year to date | **$77,680.53** |

**Withdrawals**

| | |
|---|---|
| Year to date | **-$15,430.00** |



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Dec 31, 2021

---

ⓘ **Important information about your account**

We updated the **TD Waterhouse Canada Inc. Account and Services Agreement and Disclosure documents (ASA)** and the **TD Direct Investing Relationship Disclosure document (RDD)** to be effective November 29, 2021. A summary of the material changes made is included with your December 2021 account statement. You can review the updated documents at www.td.com/tdwasa and www.td.com/dirdd. No other action is required on your part.

If you have any questions or would like more information, please log into the TD App and choose Contact Us or call 1-800-465-5463 to speak to an Investment Representative.



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Dec 31, 2021

# Disclosures

## Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

## Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

## Your account at a glance – Additional Information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

## Holdings and Activity – Additional Information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan where the first six alpha-numerical characters of each account number are the same.

## Corporate Information

**'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.**

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement

January 1, 2022 to January 31, 2022

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

> ⓘ **You need to know**
> Please see **page 4** for important information about your account.

| | This period (Jan 1 - Jan 31, 2022) | Last period (Dec 1 - Dec 31, 2021) | Year to date (Jan 1 - Jan 31, 2022) |
|---|---|---|---|
| Beginning balance | $48,261.80 | $55,452.31 | $48,261.80 |
| Change in your account balance | -$13,137.54 | -$7,190.51 | -$13,137.54 |
| **Ending balance** | **$35,124.26** | **$48,261.80** | **$35,124.26** |

▸ US dollars converted to Canadian dollars at **1.2700** as of Jan 31, 2022

## Holdings in your account

on January 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | -0.45 | -0.45 | 0.00 | 0.00% |
| **COMMON SHARES** | | | | | | |
| MEDIVOLVE INC (**MEDV**) | 30,650 SEG | 0.075 | 4,333.75 | 2,298.75 | -2,035.00 | 6.54% |
| SUNDIAL GROWERS INC (**SNDL**) | 10,000 SEG | 0.478U | 8,783.99 | 6,072.99 | -2,711.00 | 17.29% |
| **TOTAL DOMESTIC** | | | **$13,117.29** | **$8,371.29** | | **23.83%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| META MATERIALS INC-A PFD (**MMTLP**) | 400 SEG | 1.300U | 0.00 | 660.66 | 660.66 | 1.88% |
| **COMMON SHARES** | | | | | | |
| ADITX INC (**ADTX**) | 1,000 SEG | 0.441U | 1,077.34 | 560.29 | -517.05 | 1.60% |

(continued on next page)



Account number: 4452R8-J<br>
Account type: Tax-Free Savings Account – CDN<br>
Your TFSA statement: Jan 31, 2022

# Holdings in your account (continued)
on January 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| AMC ENTERTAINMENT HLDG-A (**AMC**) | 902 SEG | 16.060u | 42,565.53 | 18,404.61 | -24,160.92 | 52.40% |
| GAMESTOP CORP CL-A (**GME**) | 45 SEG | 108.930u | 4,482.64 | 6,227.80 | 1,745.16 | 17.73% |
| META MATERIALS INC (**MMAT**) | 424 SEG | 1.670u | 3,865.66 | 899.61 | -2,966.05 | 2.56% |
| **TOTAL FOREIGN** | | | **$51,991.17** | **$26,752.97** | | **76.17%** |
| **Total Portfolio** | | | **$65,108.46** | **$35,124.26** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.2700**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

---

### Definitions

#### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

---

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | 405.78 |
| Jan 3 | Buy | AMC ENTERTAINMENT HLDG-A | 2 | 29.548 | -89.81 | 315.97 |
| Jan 3 | Buy | SUNDIAL GROWERS INC | 141 | 0.605 | -123.98 | 191.99 |
| Jan 4 | Contribution | RL471 TSF FR 6456665 | | | 100.00 | 291.99 |
| Jan 4 | Contribution | WO171 TSF FR 6456665 | | | 100.00 | 391.99 |
| Jan 4 | Contribution | WI562 TSF FR 6456665 | | | 500.00 | 891.99 |
| Jan 4 | Buy | SUNDIAL GROWERS INC | 200 | 0.592 | -164.97 | 727.02 |
| Jan 5 | Contribution | HW195 TSF FR 6456665 | | | 30.00 | 757.02 |

(continued on next page)

*Order-Execution-Only Account.*



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jan 31, 2022

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Jan 5 | Contribution | HW101 TSF FR 6456665 | | | 100.00 | 857.02 |
| Jan 5 | Contribution | HI161 TSF FR 6456665 | | | 127.57 | 984.59 |
| Jan 6 | Buy | SUNDIAL GROWERS INC CONV TO CAD @28.99 %US PR NH-483915 | 250 | 0.626 | -214.92 | 769.67 |
| Jan 6 | Buy | SUNDIAL GROWERS INC CONV TO CAD @29.29 %US PR ZY-480864 | 147 | 0.610 | -128.85 | 640.82 |
| Jan 6 | Buy | SUNDIAL GROWERS INC CONV TO CAD @29.19 %US PR GU-481288 | 101 | 0.639 | -96.30 | 544.52 |
| Jan 6 | Buy | SUNDIAL GROWERS INC CONV TO CAD @28.99 %US PR GL-479500 | 341 | 0.624 | -287.44 | 257.08 |
| Jan 7 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @29.09 %US PR XN-480177 | 4 | 23.949 | -136.56 | 120.52 |
| Jan 7 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @29.09 %US PR VK-481440 | 3 | 24.019 | -105.92 | 14.60 |
| Jan 10 | Contribution | RH214 TSF FR 6456665 | | | 50.00 | 64.60 |
| Jan 10 | Contribution | RH244 TSF FR 6456665 | | | 90.00 | 154.60 |
| Jan 10 | Contribution | RH174 TSF FR 6456665 | | | 104.00 | 258.60 |
| Jan 10 | Contribution | RH145 TSF FR 6456665 | | | 200.00 | 458.60 |
| Jan 12 | Contribution | HI255 TSF FR 6456665 | | | 153.00 | 611.60 |
| Jan 12 | Buy | SUNDIAL GROWERS INC CONV TO CAD @28.89 %US PR TU-482159 | 585 | 0.586 | -454.72 | 156.88 |
| Jan 13 | Contribution | IJ163 TSF FR 6456665 | | | 140.00 | 296.88 |
| Jan 14 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @27.24 %US PR MZ-481159 | 5 | 22.409 | -155.28 | 141.60 |
| Jan 18 | Contribution | WJ274 TSF FR 6456665 | | | 194.00 | 335.60 |
| Jan 18 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @26.89 %US PR TT-488453 | 4 | 22.249 | -125.61 | 209.99 |
| Jan 20 | Contribution | IH250 TSF FR 6456665 | | | 49.00 | 258.99 |
| Jan 20 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @27.39 %US PR UX-484909 | 8 | 18.589 | -202.17 | 56.82 |
| Jan 21 | Contribution | JO474 TSF FR 6456665 | | | 100.00 | 156.82 |
| Jan 21 | Contribution | JQ463 TSF FR 6456665 | | | 170.00 | 326.82 |
| Jan 21 | Contribution | JO465 TSF FR 6456665 | | | 1,000.00 | 1,326.82 |

(continued on next page)

*Order-Execution-Only Account.*



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jan 31, 2022

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Jan 24 | Buy | META MATERIALS INC CONV TO CAD @26.99 %US PR QM-486856 | 17 | 2.069 | -57.37 | 1,269.45 |
| Jan 25 | Contribution | WH031 TSF FR 6456665 | | | 100.00 | 1,369.45 |
| Jan 25 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @27.74 %US PR HY-486052 | 47 | 18.209 | -1,106.01 | 263.44 |
| Jan 25 | Buy | META MATERIALS INC CONV TO CAD @27.49 %US PR JX-489894 | 70 | 1.768 | -170.59 | 92.85 |
| Jan 27 | Buy | META MATERIALS INC CONV TO CAD @28.49 %US PR EL-486475 | 37 | 1.692 | -93.30 | -0.45 |
| **Jan 31** | **Ending cash balance** | | | | | **-$0.45** |

# Your TFSA contribution and withdrawal information

### Contributions

| | |
|---|---|
| Year to date | $3,307.57 |

### Withdrawals

| | |
|---|---|
| Year to date | $0.00 |

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jan 31, 2022

# Disclosures

## Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

## Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

## Your account at a glance – Additional information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

## Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities held in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

## Corporate Information

### 'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement

February 1, 2022 to February 28, 2022

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

> ⓘ **You need to know**
> Please see page 3 for important information about your account.

| | This period (Feb 1 - Feb 28, 2022) | Last period (Jan 1 - Jan 31, 2022) | Year to date (Jan 1 - Feb 28, 2022) |
|---|---|---|---|
| Beginning balance | $35,124.26 | $48,261.80 | $48,261.80 |
| Change in your account balance | $7,162.91 | -$13,137.54 | -$5,974.63 |
| **Ending balance** | **$42,287.17** | **$35,124.26** | **$42,287.17** |

▸ US dollars converted to Canadian dollars at **1.2680** as of Feb 28, 2022

## Holdings in your account
on February 28, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | -7.31 | -7.31 | 0.00 | -0.02% |
| **COMMON SHARES** | | | | | | |
| MEDIVOLVE INC (MEDV) | 30,650 SEG | 0.075 | 4,333.75 | 2,298.75 | -2,035.00 | 5.44% |
| SUNDIAL GROWERS INC (SNDL) | 10,145 SEG | 0.517U | 8,885.30 | 6,653.23 | -2,232.07 | 15.73% |
| **TOTAL DOMESTIC** | | | **$13,211.74** | **$8,944.67** | | **21.15%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| META MATERIALS INC-A PFD (MMTLP) | 400 SEG | 1.940U | 0.00 | 984.35 | 984.35 | 2.33% |
| **COMMON SHARES** | | | | | | |
| ADITX INC (ADTX) | 1,000 SEG | 0.368U | 1,077.34 | 466.80 | -610.54 | 1.10% |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Feb 28, 2022

# Holdings in your account (continued)
on February 28, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| AMC ENTERTAINMENT HLDG-A **(AMC)** | 902 SEG | 18.860∪ | 42,565.53 | 21,579.36 | -20,986.17 | 51.03% |
| CAMBER ENERGY INC-NEW **(CEI)** | 1,160 | 0.709∪ | 1,179.80 | 1,043.26 | -136.54 | 2.47% |
| GAMESTOP CORP CL-A **(GME)** | 45 SEG | 123.340∪ | 4,482.64 | 7,040.55 | 2,557.91 | 16.65% |
| META MATERIALS INC **(MMAT)** | 817 SEG | 2.150∪ | 4,840.24 | 2,228.18 | -2,612.06 | 5.27% |
| **TOTAL FOREIGN** | | | **$54,145.55** | **$33,342.50** | | **78.85%** |
| **Total Portfolio** | | | **$67,357.29** | **$42,287.17** | | **100.00%** |

‣ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.2680**

‣ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

‣ U=US dollars

---

**Definitions**

### An explanation of terms shown in the tables above

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

---

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | | **Beginning cash balance** | | | | **-0.45** |
| Feb 1 | Contribution | WQ374 TSF FR 6456665 | | | 178.83 | 178.38 |
| Feb 2 | Contribution | HJ493 TSF FR 6456665 | | | 100.00 | 278.38 |
| Feb 3 | Buy | META MATERIALS INC CONV TO CAD @28.99 %US PR YF-493611 | 75 | 1.713 | -178.65 | 99.73 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Feb 28, 2022

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| Feb 4 | Buy | SUNDIAL GROWERS INC CONV TO CAD @28.89 %US PR EN-495194 | 145 | 0.473 | -101.31 | -1.58 |
| Feb 7 | Contribution | RQ532 TSF FR 6456665 | | | 200.00 | 198.42 |
| Feb 9 | Contribution | HO373 TSF FR 6456665 | | | 150.00 | 348.42 |
| Feb 9 | Buy | META MATERIALS INC CONV TO CAD @29.14 %US PR OT-489932 | 83 | 1.745 | -199.95 | 148.47 |
| Feb 11 | Contribution | JL410 TSF FR 6456665 | | | 300.00 | 448.47 |
| Feb 11 | Buy | META MATERIALS INC CONV TO CAD @28.99 %US PR OA-493826 | 55 | 1.879 | -146.25 | 302.22 |
| Feb 15 | Contribution | WW134 TSF FR 6456665 | | | 150.00 | 452.22 |
| Feb 15 | Buy | META MATERIALS INC CONV TO CAD @29.14 %US PR KF-497695 | 127 | 1.778 | -304.53 | 147.69 |
| Feb 17 | Buy | META MATERIALS INC CONV TO CAD @29.64 %US PR RU-494142 | 53 | 1.924 | -145.20 | 2.49 |
| Feb 24 | Contribution | IO473 TSF FR 6456665 | | | 500.00 | 502.49 |
| Feb 24 | Contribution | IL054 TSF FR 6456665 | | | 670.00 | 1,172.49 |
| Feb 28 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @30.19 %US PR GP-496403 | 500 | 0.749 | -500.96 | 671.53 |
| Feb 28 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @30.19 %US PR AM-497972 | 660 | 0.774 | -678.84 | -7.31 |
| Feb 28 | Ending cash balance | | | | | -$7.31 |

## Your TFSA contribution and withdrawal information

### Contributions

| | |
|---|---|
| Year to date | $5,556.40 |

### Withdrawals

| | |
|---|---|
| Year to date | $0.00 |

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Feb 28, 2022

# Disclosures

### Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

### Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

### Your account at a glance – Additional Information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

### Holdings and Activity – Additional Information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

### Corporate Information

**'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.**

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement

March 1, 2022 to March 31, 2022

Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?

For questions about your statement or further
information, we provide support 24 hours a day,
7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

> ⓘ **You need to know**
> Please see page 4 for
> important information
> about your account.

| | This period (Mar 1 - Mar 31, 2022) | Last period (Feb 1 - Feb 28, 2022) | Year to date (Jan 1 - Mar 31, 2022) |
|---|---|---|---|
| Beginning balance | $42,287.17 | $35,124.26 | $48,261.80 |
| Change in your account balance | $14,908.61 | $7,162.91 | $8,933.98 |
| **Ending balance** | **$57,195.78** | **$42,287.17** | **$57,195.78** |

▸ US dollars converted to Canadian dollars at **1.2480** as of Mar 31, 2022

## Holdings in your account
on March 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 8.70 | 8.70 | 0.00 | 0.02% |
| **PREFERRED SHARES** | | | | | | |
| META MATERIALS INC-A PFD **(MMTLP)** | 400 SEG | 1.220u | 0.00 | 609.26 | 609.26 | 1.07% |
| **COMMON SHARES** | | | | | | |
| MEDIVOLVE INC **(MEDV)** | 96,400 | 0.075 | 9,294.97 | 7,230.00 | -2,064.97 | 12.64% |
| SUNDIAL GROWERS INC **(SNDL)** | 10,510 SEG | 0.700u | 9,181.50 | 9,185.21 | 3.71 | 16.06% |
| **TOTAL DOMESTIC** | | | **$18,485.17** | **$17,033.17** | | **29.78%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| ADITX INC **(ADTX)** | 1,000 SEG | 0.457u | 1,077.34 | 570.56 | -506.78 | 1.00% |

(continued on next page)

*Order-Execution-Only Account.*                    Regulated by



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Mar 31, 2022

# Holdings in your account (continued)
on March 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| AMC ENTERTAINMENT HLDG-A (AMC) | 915 SEG | 24.640u | 42,831.74 | 28,148.18 | -14,683.56 | 49.21% |
| GAMESTOP CORP CL-A (GME) | 45 SEG | 166.580u | 4,482.64 | 9,358.88 | 4,876.24 | 16.36% |
| META MATERIALS INC (MMAT) | 1,000 SEG | 1.670u | 5,254.77 | 2,084.99 | -3,169.78 | 3.65% |
| **TOTAL FOREIGN** | | | **$53,646.49** | **$40,162.61** | | **70.22%** |
| **Total Portfolio** | | | **$72,131.66** | **$57,195.78** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.2480**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

---

## Définitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

---

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | **-7.31** |
| Mar 3 | Contribution | IL204 TSF FR 6456665 | | | 150.00 | 142.69 |
| Mar 7 | Buy | META MATERIALS INC CONV TO CAD @28.79 %US PR LQ-498665 | 63 | 1.575 | -140.66 | 2.03 |
| Mar 9 | Sell | CAMBER ENERGY INC-NEW CONV TO CAD @26.01 %US PR DL-503783 | -570 | 1.244 | 881.34 | 883.37 |
| Mar 10 | Deregistration | WITHDRAWAL | | | -1,200.00 | -316.63 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Mar 31, 2022

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Mar 10 | Sell | CAMBER ENERGY INC-NEW CONV TO CAD @26.81 %US PR UQ-503400 | -590 | 1.170 | 863.21 | 546.58 |
| Mar 14 | Contribution | RR160 TSF FR 6456665 | | | 100.00 | 646.58 |
| Mar 14 | Buy | META MATERIALS INC CONV TO CAD @29.89 %US PR MM-503006 | 55 | 1.597 | -127.10 | 519.48 |
| Mar 15 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @29.04 %US PR JI-502789 | 8 | 14.718 | -164.84 | 354.64 |
| Mar 15 | Buy | META MATERIALS INC CONV TO CAD @29.04 %US PR VB-502393 | 65 | 1.596 | -146.77 | 207.87 |
| Mar 15 | Buy | SUNDIAL GROWERS INC CONV TO CAD @29.04 %US PR LN-503041 | 155 | 0.475 | -107.92 | 99.95 |
| Mar 16 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @30.14 %US PR SV-508465 | 5 | 13.580 | -101.37 | -1.42 |
| Mar 22 | Contribution | WQ420 TSF FR 6456665 | | | 100.00 | 98.58 |
| Mar 22 | Contribution | WG190 TSF FR 6456665 | | | 1,900.00 | 1,998.58 |
| Mar 24 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @27.89 %US PR JO-506679 | 1,500 | 0.969 | -1,871.66 | 126.92 |
| Mar 24 | Buy | SUNDIAL GROWERS INC CONV TO CAD @27.89 %US PR UE-508156 | 155 | 0.574 | -126.61 | 0.31 |
| Mar 29 | Contribution | WW440 TSF FR 6456665 | | | 1,504.09 | 1,504.40 |
| Mar 29 | Contribution | WJ362 TSF FR 6456665 | | | 2,000.00 | 3,504.40 |
| Mar 31 | Sell | CAMBER ENERGY INC-NEW CONV TO CAD @23.21 %US PR BC-510023 | -1,500 | 0.833 | 1,527.19 | 5,031.59 |
| Mar 31 | Buy | MEDIVOLVE INC JG-509722 | 19,000 | 0.075 | -1,434.99 | 3,596.60 |
| Mar 31 | Buy | MEDIVOLVE INC KS-507479 | 20,250 | 0.075 | -1,528.74 | 2,067.86 |
| Mar 31 | Buy | MEDIVOLVE INC HF-508038 | 26,500 | 0.075 | -1,997.49 | 70.37 |
| Mar 31 | Buy | SUNDIAL GROWERS INC CONV TO CAD @23.21 %US PR XS-508147 | 55 | 0.728 | -61.67 | 8.70 |
| **Mar 31** | **Ending cash balance** | | | | | **$8.70** |



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: Mar 31, 2022

# Pending activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) |
|------|----------|-------------|----------|-----------|------------|
| Apr 1 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @26.59 %US PR YA-510524 | 5,800 | 0.914 | -6,730.04 |
| Apr 1 | Sell | CAMBER ENERGY INC-NEW CONV TO CAD @26.59 %US PR LA-507635 | -5,800 | 0.880 | 6,448.47 |
| Apr 1 | Sell | MEDIVOLVE INC OK-510448 | -96,400 | 0.070 | 6,738.01 |
| Apr 1 | Buy | SUNDIAL GROWERS INC CONV TO CAD @26.59 %US PR QQ-510678 | 6,400 | 0.776 | -6,302.85 |

# Your TFSA contribution and withdrawal information

**Contributions**

| Year to date | $11,310.49 |
|---|---|

**Withdrawals**

| Year to date | -$1,200.00 |
|---|---|

## ⓘ Important information about your account

If you hold mutual funds with TD Direct Investing, there are regulatory changes being implemented that will impact funds you can buy, sell, and hold. For more information, go to **td.com/mutualfundsdiy**



# Disclosures

## Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

## Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

## Your account at a glance – Additional Information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

## Holdings and Activity – Additional Information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG  is an abbreviation to indicate that the investments  are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities held in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

## Corporate Information

### 'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement

April 1, 2022 to April 30, 2022

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

> ⓘ **You need to know**
>
> Please see **page 4** for important information about your account.

| | This period (Apr 1 - Apr 30, 2022) | Last period (Mar 1 - Mar 31, 2022) | Year to date (Jan 1 - Apr 30, 2022) |
|---|---|---|---|
| Beginning balance | $57,195.78 | $42,287.17 | $48,261.80 |
| Change in your account balance | -$16,561.52 | $14,908.61 | -$7,627.54 |
| **Ending balance** | **$40,634.26** | **$57,195.78** | **$40,634.26** |

▸ US dollars converted to Canadian dollars at **1.2850** as of Apr 30, 2022

## Holdings in your account

on April 30, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 111.51 | 111.51 | 0.00 | 0.27% |
| **PREFERRED SHARES** | | | | | | |
| META MATERIALS INC-A PFD **(MMTLP)** | 400 SEG | 1.260u | 0.00 | 647.64 | 647.64 | 1.59% |
| **COMMON SHARES** | | | | | | |
| SUNDIAL GROWERS INC **(SNDL)** | 20,975 SEG | 0.469u | 18,484.40 | 12,640.89 | -5,843.51 | 31.11% |
| **TOTAL DOMESTIC** | | | **$18,595.91** | **$13,400.04** | | **32.98%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAINMENT HLDG-A **(AMC)** | 926 SEG | 15.300u | 43,086.88 | 18,205.62 | -24,881.26 | 44.80% |

(continued on next page)

*Order-Execution-Only Account.*



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Apr 30, 2022

# Holdings in your account (continued)
on April 30, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| GAMESTOP CORP CL-A **(GME)** | 45 SEG | 125.070U | 4,482.64 | 7,232.17 | 2,749.53 | 17.80% |
| META MATERIALS INC **(MMAT)** | 1,015 SEG | 1.200U | 4,842.23 | 1,565.13 | -3,277.10 | 3.85% |
| META MATERIALS INC **(MMAT)** | 150 | 1.200U | 715.60 | 231.30 | -484.30 | 0.57% |
| **TOTAL FOREIGN** | | | **$53,127.35** | **$27,234.22** | | **67.02%** |
| **Total Portfolio** | | | **$71,723.26** | **$40,634.26** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.2850**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | | **Beginning cash balance** | | | | 8.70 |
| Apr 1 | Buy | CAMBER ENERGY INC-NEW | 5,800 | 0.914 | -6,730.04 | -6,721.34 |
| Apr 1 | Sell | CAMBER ENERGY INC-NEW | -5,800 | 0.880 | 6,448.47 | -272.87 |
| Apr 1 | Sell | MEDIVOLVE INC | -96,400 | 0.070 | 6,738.01 | 6,465.14 |
| Apr 1 | Buy | SUNDIAL GROWERS INC | 6,400 | 0.776 | -6,302.85 | 162.29 |
| Apr 4 | Contribution | RR213 TSF FR 6456665 | | | 153.00 | 315.29 |
| Apr 5 | Buy | SUNDIAL GROWERS INC CONV TO CAD @27.39 %US PR LH-513095 | 165 | 0.717 | -163.44 | 151.85 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Apr 30, 2022

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Apr 6 | Contribution | HQ293 TSF FR 6456665 | | | 45.80 | 197.65 |
| Apr 6 | Contribution | HO455 TSF FR 6456665 | | | 150.00 | 347.65 |
| Apr 6 | Buy | SUNDIAL GROWERS INC CONV TO CAD @26.99 %US PR YN-514112 | 165 | 0.675 | -154.23 | 193.42 |
| Apr 8 | Buy | META MATERIALS INC CONV TO CAD @27.19 %US PR IU-511498 | 15 | 1.620 | -43.61 | 149.81 |
| Apr 8 | Buy | SUNDIAL GROWERS INC CONV TO CAD @27.19 %US PR YY-511938 | 170 | 0.632 | -149.38 | 0.43 |
| Apr 12 | Contribution | WJ350 TSF FR 6456665 | | | 104.00 | 104.43 |
| Apr 12 | Contribution | WI494 TSF FR 6456665 | | | 2,000.00 | 2,104.43 |
| Apr 14 | Contribution | IO162 TSF FR 6456665 | | | 140.00 | 2,244.43 |
| Apr 14 | Sell | CAMBER ENERGY INC-NEW CONV TO CAD @28.04 %US PR EZ-512774 | -2,050 | 0.741 | 1,932.56 | 4,176.99 |
| Apr 14 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @28.04 %US PR TG-513390 | 2,050 | 0.757 | -2,001.88 | 2,175.11 |
| Apr 14 | Buy | SUNDIAL GROWERS INC CONV TO CAD @28.04 %US PR IC-511982 | 115 | 0.577 | -97.89 | 2,077.22 |
| Apr 18 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @27.79 %US PR VZ-516969 | 1,850 | 0.816 | -1,943.78 | 133.44 |
| Apr 19 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @28.29 %US PR UE-515232 | 105 | 0.909 | -135.36 | -1.92 |
| Apr 20 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @24.26 %US PR ZO-514985 | 5 | 17.440 | -120.77 | -122.69 |
| Apr 20 | Sell | CAMBER ENERGY INC-NEW CONV TO CAD @24.26 %US PR NT-516673 | -1,955 | 1.047 | 2,531.75 | 2,409.06 |
| Apr 21 | Buy | SUNDIAL GROWERS INC CONV TO CAD @28.24 %US PR XG-516093 | 3,450 | 0.547 | -2,435.11 | -26.05 |
| Apr 28 | Contribution | IH364 TSF FR 6456665 | | | 103.71 | 77.66 |
| Apr 28 | Sell | ADITX INC CONV TO CAD @25.71 %US PR JZ-519440 | -1,000 | 0.350 | 427.67 | 505.33 |
| Apr 29 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @30.39 %US PR ST-516031 | 6 | 15.510 | -134.37 | 370.96 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Apr 30, 2022

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| Apr 29 | Buy | META MATERIALS INC CONV TO CAD @30.39 %US PR SH-516899 | 150 | 1.259 | -259.45 | 111.51 |
| Apr 30 | **Ending cash balance** | | | | | **$111.51** |

## Pending activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|---|
| May 2 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @30.69 %US PR OW-517486 | 5 | 15.029 | -111.27 |
| May 3 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @25.41 %US PR BT-520370 | 6 | 15.539 | -129.45 |
| May 3 | Sell | SUNDIAL GROWERS INC CONV TO CAD @25.41 %US PR ZF-516479 | -10,000 | 0.513 | 6,423.48 |
| May 3 | Buy | SUNDIAL GROWERS INC CONV TO CAD @25.41 %US PR KA-518433 | 400 | 0.476 | -251.71 |

## Your TFSA contribution and withdrawal information

**Contributions**

| Year to date | $14,007.00 |
|---|---|

**Withdrawals**

| Year to date | -$1,200.00 |
|---|---|

## ⓘ Important information about your account

If you hold mutual funds with TD Direct Investing, there are regulatory changes being implemented that will impact funds you can buy, sell, and hold. For more information, go to **td.com/mutualfundsdiy**



# Disclosures

### Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

### Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

### Your account at a glance – Additional information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

### Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

### Corporate Information

*'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.*

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement
May 1, 2022 to May 31, 2022

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?
For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

> ⓘ **You need to know**
> Please see **page 5** for important information about your account.

| | This period (May 1 - May 31, 2022) | Last period (Apr 1 - Apr 30, 2022) | Year to date (Jan 1 - May 31, 2022) |
|---|---|---|---|
| Beginning balance | $40,634.26 | $57,195.78 | $48,261.80 |
| Change in your account balance | $3,461.92 | -$16,561.52 | -$4,165.62 |
| **Ending balance** | **$44,096.18** | **$40,634.26** | **$44,096.18** |

‣ US dollars converted to Canadian dollars at **1.2640** as of May 31, 2022

## Holdings in your account
on May 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 2,900.38 | 2,900.38 | 0.00 | 6.58% |
| **PREFERRED SHARES** | | | | | | |
| META MATERIALS INC-A PFD **(MMTLP)** | 400 seg | 1.280u | 0.00 | 647.42 | 647.42 | 1.47% |
| **COMMON SHARES** | | | | | | |
| SUNDIAL GROWERS INC **(SNDL)** | 10,115 seg | 0.392u | 8,804.33 | 5,013.84 | -3,790.49 | 11.37% |
| **TOTAL DOMESTIC** | | | **$11,704.71** | **$8,561.64** | | **19.42%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAINMENT HLDG-A **(AMC)** | 1,132 seg | 14.340u | 46,855.63 | 20,526.47 | -26,329.16 | 46.55% |

(continued on next page)

*Order-Execution-Only Account.*



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: May 31, 2022

# Holdings in your account (continued)
on May 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| CAMBER ENERGY INC-NEW (CEI) | 2,470 SEG | 0.667U | 2,225.19 | 2,083.25 | -141.94 | 4.72% |
| GAMESTOP CORP CL-A (GME) | 45 SEG | 124.740U | 4,482.64 | 7,098.01 | 2,615.37 | 16.10% |
| META MATERIALS INC (MMAT) | 2,400 SEG | 1.920U | 7,409.47 | 5,826.81 | -1,582.66 | 13.21% |
| **TOTAL FOREIGN** | | | $60,972.93 | $35,534.54 | | 80.58% |
| **Total Portfolio** | | | $72,677.64 | $44,096.18 | | 100.00% |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.2640**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | **111.51** |
| May 2 | Buy | AMC ENTERTAINMENT HLDG-A | 5 | 15.029 | -111.27 | 0.24 |
| May 3 | Contribution | WH142 TSF FR 6456665 | | | 89.98 | 90.22 |
| May 3 | Contribution | WI133 TSF FR 6456665 | | | 100.00 | 190.22 |
| May 3 | Deregistration | WITHDRAWAL | | | -4,500.00 | -4,309.78 |
| May 3 | Buy | AMC ENTERTAINMENT HLDG-A | 6 | 15.539 | -129.45 | -4,439.23 |
| May 3 | Sell | SUNDIAL GROWERS INC | -10,000 | 0.513 | 6,423.48 | 1,984.25 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: May 31, 2022

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| May 3 | Buy | SUNDIAL GROWERS INC | 400 | 0.476 | -251.71 | 1,732.54 |
| May 4 | Contribution | HO071 TSF FR 6456665 | | | 100.00 | 1,832.54 |
| May 4 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @30.99 %US PR ZQ-518245 | 6 | 15.150 | -132.16 | 1,700.38 |
| May 4 | Buy | META MATERIALS INC CONV TO CAD @30.99 %US PR AD-517888 | 835 | 1.209 | -1,335.89 | 364.49 |
| May 5 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @30.59 %US PR BX-522152 | 5 | 14.860 | -110.07 | 254.42 |
| May 5 | Buy | META MATERIALS INC CONV TO CAD @30.49 %US PR XE-518626 | 85 | 1.260 | -152.79 | 101.63 |
| May 6 | Contribution | JR062 TSF FR 6456665 | | | 100.00 | 201.63 |
| May 6 | Contribution | JL045 TSF FR 6456665 | | | 150.00 | 351.63 |
| May 6 | Contribution | JL112 TSF FR 6456665 | | | 200.00 | 551.63 |
| May 6 | Contribution | JG504 TSF FR 6456665 | | | 227.08 | 778.71 |
| May 6 | Contribution | JQ552 TSF FR 6456665 | | | 1,200.00 | 1,978.71 |
| May 9 | Contribution | RQ131 TSF FR 6456665 | | | 100.00 | 2,078.71 |
| May 9 | Contribution | RL304 TSF FR 6456665 | | | 100.00 | 2,178.71 |
| May 9 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @29.69 %US PR TJ-518713 | 4 | 15.580 | -93.78 | 2,084.93 |
| May 10 | Contribution | WQ394 TSF FR 6456665 | | | 48.00 | 2,132.93 |
| May 10 | Contribution | WQ421 TSF FR 6456665 | | | 62.00 | 2,194.93 |
| May 10 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @30.84 %US PR IT-518347 | 11 | 13.880 | -212.84 | 1,982.09 |
| May 10 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @30.84 %US PR QH-519240 | 40 | 13.799 | -735.26 | 1,246.83 |
| May 10 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @30.84 %US PR NV-519928 | 37 | 13.559 | -669.50 | 577.33 |
| May 10 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @30.84 %US PR YQ-520208 | 11 | 13.920 | -213.41 | 363.92 |
| May 10 | Buy | META MATERIALS INC CONV TO CAD @30.84 %US PR HM-519773 | 345 | 1.200 | -554.75 | -190.83 |
| May 10 | Buy | META MATERIALS INC CONV TO CAD @30.84 %US PR CW-520471 | 73 | 1.184 | -126.20 | -317.03 |

(continued on next page)

*Order-Execution-Only Account.*



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: May 31, 2022

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| May 10 | Sell | SUNDIAL GROWERS INC CONV TO CAD @30.84 %US PR VK-520480 | -1,375 | 0.451 | 798.83 | 481.80 |
| May 11 | Contribution | HG290 TSF FR 6456665 | | | 100.00 | 581.80 |
| May 11 | Contribution | HL114 TSF FR 6456665 | | | 100.00 | 681.80 |
| May 11 | Contribution | HL151 TSF FR 6456665 | | | 100.00 | 781.80 |
| May 11 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @31.89 %US PR RQ-519395 | 5 | 12.729 | -97.12 | 684.68 |
| May 11 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @31.39 %US PR IB-523439 | 14 | 13.660 | -264.40 | 420.28 |
| May 12 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @31.79 %US PR WL-519463 | 6 | 13.670 | -121.26 | 299.02 |
| May 13 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @31.84 %US PR GS-520432 | 14 | 10.309 | -203.47 | 95.55 |
| May 13 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @31.64 %US PR BP-524703 | 5 | 11.880 | -91.35 | 4.20 |
| May 17 | Contribution | WW030 TSF FR 6456665 | | | 51.00 | 55.20 |
| May 17 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @27.46 %US PR IX-520867 | 9 | 11.830 | -148.44 | -93.24 |
| May 17 | Sell | META MATERIALS INC CONV TO CAD @27.46 %US PR GE-522958 | -103 | 1.415 | 173.14 | 79.90 |
| May 19 | Buy | SUNDIAL GROWERS INC CONV TO CAD @30.44 %US PR PB-521947 | 115 | 0.448 | -80.36 | -0.46 |
| May 24 | Contribution | WQ431 TSF FR 6456665 | | | 50.00 | 49.54 |
| May 24 | Contribution | WQ402 TSF FR 6456665 | | | 75.00 | 124.54 |
| May 24 | Contribution | WG312 TSF FR 6456665 | | | 100.00 | 224.54 |
| May 24 | Contribution | RO354 TSF FR 6456665 | | | 2,200.00 | 2,424.54 |
| May 25 | Contribution | HO540 TSF FR 6456665 | | | 61.00 | 2,485.54 |
| May 25 | Contribution | HQ391 TSF FR 6456665 | | | 175.00 | 2,660.54 |
| May 26 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @29.94 %US PR JC-524922 | 8 | 10.699 | -124.21 | 2,536.33 |
| May 26 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @29.94 %US PR RK-523690 | 9 | 11.330 | -145.48 | 2,390.85 |
| May 26 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @29.94 %US PR KC-524547 | 2,400 | 0.686 | -2,152.31 | 238.54 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: May 31, 2022

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| May 27 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @30.69 %US PR NH-528392 | 11 | 10.589 | -165.28 | 73.26 |
| May 27 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @30.09 %US PR AM-525062 | 70 | 0.657 | -72.88 | 0.38 |
| May 31 | Contribution | WQ055 TSF FR 6456665 | | | 2,900.00 | 2,900.38 |
| **May 31** | **Ending cash balance** | | | | | **$2,900.38** |

## Pending activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) |
|------|----------|-------------|----------|-----------|------------|
| Jun 2 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @28.79 %US PR ML-526445 | 3,000 | 0.702 | -2,728.66 |
| Jun 2 | Buy | META MATERIALS INC CONV TO CAD @28.49 %US PR QR-527963 | 70 | 1.780 | -172.93 |

## Your TFSA contribution and withdrawal information

**Contributions**

| | |
|---|---|
| Year to date | **$22,396.06** |

**Withdrawals**

| | |
|---|---|
| Year to date | **-$5,700.00** |

## ⓘ Important information about your account

If you hold mutual funds with TD Direct Investing, there are regulatory changes being implemented that will impact funds you can buy, sell, and hold. For more information, go to **td.com/mutualfundsdiy**



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: May 31, 2022

# Disclosures

### Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

### Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

### Your account at a glance – Additional information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

### Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position. The price has been estimated.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31ˢᵗ market value of the previous year and is effective Jan 1ˢᵗ of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

### Corporate Information

**'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.**

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement

June 1, 2022 to June 30, 2022

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

**Do you have a question?**

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

| ⓘ You need to know | | This period<br>(Jun 1 - Jun 30, 2022) | Last period<br>(May 1 - May 31, 2022) | Year to date<br>(Jan 1 - Jun 30, 2022) |
|---|---|---|---|---|
| Please see **page 7** for important information about your account. | Beginning balance | $44,096.18 | $40,634.26 | $48,261.80 |
| | Change in your account balance | $3,238.84 | $3,461.92 | -$926.78 |
| | **Ending balance** | **$47,335.02** | **$44,096.18** | **$47,335.02** |

> ▸ US dollars converted to Canadian dollars at **1.2880** as of Jun 30, 2022

## Holdings in your account
on June 30, 2022

| Description | Quantity or<br>par value ($) | Price ($) | Book<br>cost ($) | Market<br>value ($) | Unrealized<br>gain<br>or loss ($) | %<br>of your<br>holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 1,184.28 | 1,184.28 | 0.00 | 2.50% |
| **PREFERRED SHARES** | | | | | | |
| META MATERIALS INC-A PFD **(MMTLP)** | 400 SEG | 1.545U | 0.00 | 795.98 | 795.98 | 1.68% |
| **COMMON SHARES** | | | | | | |
| SUNDIAL GROWERS INC **(SNDL)** | 12,000 SEG | 0.326U | 9,403.82 | 5,038.65 | -4,365.17 | 10.64% |
| **TOTAL DOMESTIC** | | | **$10,588.10** | **$7,018.91** | | **14.83%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAINMENT HLDG-A **(AMC)** | 1,340 SEG | 13.550U | 50,332.33 | 23,386.21 | -26,946.12 | 49.41% |

(continued on next page)

*Order-Execution-Only Account.*

Regulated by



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jun 30, 2022

# Holdings in your account (continued)
on June 30, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| GAMESTOP CORP CL-A (GME) | 50 SEG | 122.300U | 5,389.00 | 7,876.12 | 2,487.12 | 16.64% |
| META MATERIALS INC (MMAT) | 6,178 SEG | 1.030U | 15,910.67 | 8,195.98 | -7,714.69 | 17.31% |
| REDBOX ENTERTAINMENT CL-A (RDBX) | 90 SEG | 7.400U | 1,123.56 | 857.80 | -265.76 | 1.81% |
| **TOTAL FOREIGN** | | | **$72,755.56** | **$40,316.11** | | **85.17%** |
| **Total Portfolio** | | | **$83,343.66** | **$47,335.02** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.2880**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | | Beginning cash balance | | | | 2,900.38 |
| Jun 1 | Contribution | HT401 TSF FR 6456665 | | | 145.33 | 3,045.71 |
| Jun 1 | Contribution | HW545 TSF FR 6456665 | | | 150.00 | 3,195.71 |
| Jun 2 | Buy | CAMBER ENERGY INC-NEW | 3,000 | 0.702 | -2,728.66 | 467.05 |
| Jun 2 | Buy | META MATERIALS INC | 70 | 1.780 | -172.93 | 294.12 |
| Jun 3 | Contribution | JO540 TSF FR 6456665 | | | 100.00 | 394.12 |

(continued on next page)

Order Execution Only Account



## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Jun 3 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @28.39 %US PR KQ-528168 | 35 | 13.859 | -635.62 | -241.50 |
| Jun 3 | Sell | CAMBER ENERGY INC-NEW CONV TO CAD @28.39 %US PR JS-526100 | -5,470 | 0.659 | 4,615.17 | 4,373.67 |
| Jun 3 | Buy | META MATERIALS INC CONV TO CAD @28.39 %US PR JW-527427 | 55 | 1.845 | -143.17 | 4,230.50 |
| Jun 3 | Buy | META MATERIALS INC CONV TO CAD @28.39 %US PR QI-526586 | 1,500 | 1.981 | -3,828.13 | 402.37 |
| Jun 6 | Contribution | RH573 TSF FR 6456665 | | | 105.00 | 507.37 |
| Jun 6 | Contribution | RO454 TSF FR 6456665 | | | 142.00 | 649.37 |
| Jun 6 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @28.54 %US PR SQ-526547 | 17 | 12.930 | -295.38 | 353.99 |
| Jun 7 | Contribution | WT511 TSF FR 6456665 | | | 75.84 | 429.83 |
| Jun 7 | Contribution | WG073 TSF FR 6456665 | | | 1,000.00 | 1,429.83 |
| Jun 7 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @27.99 %US PR MT-525854 | 6 | 12.410 | -108.09 | 1,321.74 |
| Jun 8 | Contribution | HJ192 TSF FR 6456665 | | | 94.00 | 1,415.74 |
| Jun 8 | Buy | AMC ENTERTAINMENT HLDG-A | 3 | 11.870 | 0.00 | 1,415.74 |
| Jun 8 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @27.79 %US PR RU-526924 | 5 | 11.879 | -134.18 | 1,281.56 |
| Jun 8 | Buy | SUNDIAL GROWERS INC CONV TO CAD @27.59 %US PR MZ-525635 | 190 | 0.378 | -104.51 | 1,177.05 |
| Jun 9 | Contribution | IL102 TSF FR 6456665 | | | 75.00 | 1,252.05 |
| Jun 9 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @27.79 %US PR UQ-528906 | 66 | 11.830 | -1,010.52 | 241.53 |
| Jun 10 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @27.49 %US PR ZI-528374 | 8 | 13.979 | -155.32 | 86.21 |
| Jun 13 | Contribution | RI521 TSF FR 6456665 | | | 250.00 | 336.21 |
| Jun 13 | Contribution | RG550 TSF FR 6456665 | | | 500.00 | 836.21 |
| Jun 13 | Contribution | RI504 TSF FR 6456665 | | | 1,200.00 | 2,036.21 |
| Jun 13 | Contribution | RI120 TSF FR 6456665 | | | 2,000.00 | 4,036.21 |
| Jun 13 | Buy | SUNDIAL GROWERS INC CONV TO CAD @28.69 %US PR BH-533654 | 165 | 0.351 | -87.51 | 3,948.70 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jun 30, 2022

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Jun 14 | Contribution | WT350 TSF FR 6456665 | | | 250.00 | 4,198.70 |
| Jun 14 | Contribution | WO291 TSF FR 6456665 | | | 549.00 | 4,747.70 |
| Jun 14 | Contribution | WH141 TSF FR 6456665 | | | 1,100.00 | 5,847.70 |
| Jun 15 | Contribution | HH552 TSF FR 6456665 | | | 200.00 | 6,047.70 |
| Jun 15 | Contribution | HH534 TSF FR 6456665 | | | 1,300.00 | 7,347.70 |
| Jun 15 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @30.59 %US PR NW-530284 | 28 | 11.730 | -441.96 | 6,905.74 |
| Jun 15 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @30.79 %US PR IM-528869 | 2,800 | 0.502 | -1,853.65 | 5,052.09 |
| Jun 15 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @30.79 %US PR MV-533959 | 2,500 | 0.498 | -1,644.02 | 3,408.07 |
| Jun 16 | Contribution | IR151 TSF FR 6456665 | | | 199.00 | 3,607.07 |
| Jun 16 | Contribution | HP532 TSF FR 6456665 | | | 1,150.00 | 4,757.07 |
| Jun 16 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @31.39 %US PR GA-528729 | 1,200 | 0.508 | -815.50 | 3,941.57 |
| Jun 16 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @31.69 %US PR GB-534029 | 875 | 0.492 | -581.00 | 3,360.57 |
| Jun 16 | Buy | SUNDIAL GROWERS INC CONV TO CAD @31.39 %US PR CH-529051 | 650 | 0.296 | -266.01 | 3,094.56 |
| Jun 17 | Contribution | JW365 TSF FR 6456665 | | | 600.00 | 3,694.56 |
| Jun 17 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @30.79 %US PR WD-531680 | 355 | 0.490 | -240.58 | 3,453.98 |
| Jun 17 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @30.79 %US PR BR-528730 | 2,271 | 0.486 | -1,457.20 | 1,996.78 |
| Jun 17 | Sell | CAMBER ENERGY INC-NEW CONV TO CAD @30.79 %US PR KU-530471 | -10,001 | 0.487 | 6,356.89 | 8,353.67 |
| Jun 17 | Buy | REDBOX ENTERTAINMENT CL-A CONV TO CAD @30.79 %US PR VZ-533431 | 429 | 11.169 | -6,280.38 | 2,073.29 |
| Jun 21 | Contribution | WI500 TSF FR 6456665 | | | 200.00 | 2,273.29 |
| Jun 21 | Contribution | WJ035 TSF FR 6456665 | | | 200.00 | 2,473.29 |
| Jun 21 | Buy | REDBOX ENTERTAINMENT CL-A CONV TO CAD @30.79 %US PR KB-532511 | 75 | 12.880 | -1,276.50 | 1,196.79 |
| Jun 21 | Buy | REDBOX ENTERTAINMENT CL-A CONV TO CAD @31.04 %US PR YJ-535340 | 12 | 11.240 | -189.84 | 1,006.95 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jun 30, 2022

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Jun 22 | Buy | REDBOX ENTERTAINMENT CL-A CONV TO CAD @32.69 %US PR RN-531374 | 43 | 10.540 | -614.63 | 392.32 |
| Jun 23 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @31.29 %US PR WL-530285 | 9 | 12.390 | -159.52 | 232.80 |
| Jun 23 | Buy | META MATERIALS INC CONV TO CAD @31.29 %US PR RF-530655 | 75 | 1.730 | -183.46 | 49.34 |
| Jun 23 | Sell | REDBOX ENTERTAINMENT CL-A CONV TO CAD @31.29 %US PR PZ-535788 | -20 | 11.700 | 294.09 | 343.43 |
| Jun 24 | Contribution | JU325 TSF FR 6456665 | | | 40.00 | 383.43 |
| Jun 24 | Contribution | JW235 TSF FR 6456665 | | | 120.00 | 503.43 |
| Jun 24 | Contribution | JU301 TSF FR 6456665 | | | 120.00 | 623.43 |
| Jun 24 | Contribution | JH000 TSF FR 6456665 | | | 149.00 | 772.43 |
| Jun 24 | Contribution | JH040 TSF FR 6456665 | | | 1,200.00 | 1,972.43 |
| Jun 24 | Deregistration | WITHDRAWAL | | | -2,800.00 | -827.57 |
| Jun 24 | Buy | GAMESTOP CORP CL-A CONV TO CAD @27.21 %US PR WE-532547 | 5 | 140.500 | -906.36 | -1,733.93 |
| Jun 24 | Sell | REDBOX ENTERTAINMENT CL-A CONV TO CAD @27.21 %US PR TY-531684 | -539 | 10.020 | 6,857.46 | 5,123.53 |
| Jun 24 | Buy | REDBOX ENTERTAINMENT CL-A CONV TO CAD @27.21 %US PR LW-532448 | 105 | 10.160 | -1,369.78 | 3,753.75 |
| Jun 24 | Buy | REDBOX ENTERTAINMENT CL-A CONV TO CAD @27.21 %US PR EZ-531312 | 105 | 9.960 | -1,343.07 | 2,410.68 |
| Jun 27 | Contribution | RH593 TSF FR 6456665 | | | 200.00 | 2,610.68 |
| Jun 27 | Buy | SUNDIAL GROWERS INC CONV TO CAD @31.64 %US PR WW-531740 | 880 | 0.351 | -419.88 | 2,190.80 |
| Jun 27 | Buy | SUNDIAL GROWERS INC CONV TO CAD @31.64 %US PR CV-535685 | 880 | 0.343 | -411.19 | 1,779.61 |
| Jun 27 | Sell | SUNDIAL GROWERS INC CONV TO CAD @31.64 %US PR XC-532569 | -880 | 0.354 | 396.92 | 2,176.53 |
| Jun 28 | Contribution | WO064 TSF FR 6456665 | | | 100.00 | 2,276.53 |
| Jun 28 | Contribution | WO104 TSF FR 6456665 | | | 100.00 | 2,376.53 |
| Jun 28 | Contribution | WH073 TSF FR 6456665 | | | 930.00 | 3,306.53 |
| Jun 28 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @31.19 %US PR KG-530547 | 10 | 12.040 | -171.06 | 3,135.47 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: Jun 30, 2022

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Jun 28 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @31.19 %US PR IY-531973 | 13 | 12.440 | -225.27 | 2,910.20 |
| Jun 28 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @31.19 %US PR ND-536147 | 8 | 12.069 | -139.78 | 2,770.42 |
| Jun 28 | Buy | META MATERIALS INC CONV TO CAD @31.19 %US PR UO-532356 | 1,000 | 1.965 | -2,591.51 | 178.91 |
| Jun 28 | Sell | REDBOX ENTERTAINMENT CL-A CONV TO CAD @31.19 %US PR JH-536227 | -210 | 9.220 | 2,526.93 | 2,705.84 |
| Jun 28 | Buy | REDBOX ENTERTAINMENT CL-A CONV TO CAD @31.19 %US PR NI-533134 | 90 | 9.405 | -1,123.56 | 1,582.28 |
| Jun 29 | Contribution | HJ492 TSF FR 6456665 | | | 384.00 | 1,966.28 |
| Jun 29 | Buy | META MATERIALS INC CONV TO CAD @30.89 %US PR NJ-532671 | 293 | 1.155 | -456.03 | 1,510.25 |
| Jun 30 | Contribution | IH491 TSF FR 6456665 | | | 100.00 | 1,610.25 |
| Jun 30 | Contribution | IH465 TSF FR 6456665 | | | 700.00 | 2,310.25 |
| Jun 30 | Buy | META MATERIALS INC CONV TO CAD @30.49 %US PR QU-532635 | 660 | 1.070 | -934.56 | 1,375.69 |
| Jun 30 | Buy | META MATERIALS INC CONV TO CAD @30.89 %US PR EP-531506 | 125 | 1.090 | -191.41 | 1,184.28 |
| **Jun 30** | **Ending cash balance** | | | | | **$1,184.28** |

# Pending activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) |
|------|----------|-------------|----------|-----------|------------|
| Jul 1 | Buy | META MATERIALS INC CONV TO CAD @30.99 %US PR ZB-532659 | 275 | 1.039 | -387.68 |
| Jul 5 | Buy | META MATERIALS INC CONV TO CAD @30.84 %US PR ED-533834 | 600 | 1.010 | -805.96 |



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jun 30, 2022

# Your TFSA contribution and withdrawal information

**Contributions**

| | |
|---|---|
| Year to date | **$38,124.23** |

**Withdrawals**

| | |
|---|---|
| Year to date | **-$8,500.00** |

## ⓘ Important information about your account

If you hold mutual funds with TD Direct Investing, there are regulatory changes being implemented that will impact funds you can buy, sell, and hold. For more information, go to **td.com/mutualfundsdiy**



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: Jun 30, 2022

# Disclosures

### Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

### Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

### Your account at a glance – Additional Information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

### Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D – Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS – Restricted Voting Shares. SEG  is an abbreviation to indicate that the investments  are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31ˢᵗ market value of the previous year and is effective Jan 1ˢᵗ of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

### Corporate Information

**'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.**

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of
The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement

July 1, 2022 to July 31, 2022

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| English: | **1-800-465-5463** |
|---|---|
| French: | **1-800-361-2684** |
| Cantonese: | **1-800-838-3223 option 1** |
| Mandarin: | **1-800-838-3223 option 2** |

## Your account at a glance

ⓘ **You need to know**
Please see **page 4** for important information about your account.

| | This period (Jul 1 - Jul 31, 2022) | Last period (Jun 1 - Jun 30, 2022) | Year to date (Jan 1 - Jul 31, 2022) |
|---|---|---|---|
| Beginning balance | $47,335.02 | $44,096.18 | $48,261.80 |
| Change in your account balance | -$675.04 | $3,238.84 | -$1,601.82 |
| **Ending balance** | **$46,659.98** | **$47,335.02** | **$46,659.98** |

▸ US dollars converted to Canadian dollars at **1.2810** as of Jul 31, 2022

## Holdings in your account
on July 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 9.01 | 9.01 | 0.00 | 0.02% |
| **COMMON SHARES** | | | | | | |
| SNDL INC (**SNDL**) | 1,200 SEG | 2.250u | 9,403.82 | 3,460.05 | -5,943.77 | 7.42% |
| **TOTAL DOMESTIC** | | | **$9,412.83** | **$3,469.06** | | **7.43%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAINMENT HLDG-A (**AMC**) | 1,347 SEG | 14.560u | 50,463.45 | 25,133.18 | -25,330.27 | 53.86% |
| GAMESTOP CORP CL-A (**GME**) | 100 SEG | 34.010u | 2,694.50 | 4,358.38 | 1,663.88 | 9.34% |
| GAMESTOP CORP CL-A (**GME**) | 100 | 34.010u | 2,694.50 | 4,358.38 | 1,663.88 | 9.34% |

(continued on next page)

*Order-Execution-Only Account.*

**Regulated by**



# Holdings in your account (continued)
on July 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| META MATERIALS INC (MMAT) | 7,663 SEG | 0.900u | 17,919.21 | 8,838.12 | -9,081.09 | 18.94% |
| REDBOX ENTERTAINMENT CL-A (RDBX) | 90 SEG | 4.360u | 1,123.56 | 502.86 | -620.70 | 1.08% |
| **TOTAL FOREIGN** | | | **$74,895.22** | **$43,190.92** | | **92.57%** |
| **Total Portfolio** | | | **$84,308.05** | **$46,659.98** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.2810**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | Beginning cash balance | | | | | 1,184.28 |
| Jul 1 | Buy | META MATERIALS INC | 275 | 1.039 | -387.68 | 796.60 |
| Jul 4 | Contribution | JO025 TSF FR 6456665 | | | 150.46 | 947.06 |
| Jul 5 | Buy | META MATERIALS INC | 600 | 1.010 | -805.96 | 141.10 |
| Jul 7 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @32.69 %US PR EY-534723 | 7 | 12.689 | -131.12 | 9.98 |
| Jul 11 | Harmonized Sales Tax | 4452R8J HST | | | -19.50 | -9.52 |
| Jul 11 | Transfer Fee | 4452R8J TRANSFER OUT FEE | | | -150.00 | -159.52 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: Jul 31, 2022

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| Jul 11 | Transfer In | CASH TRANSFER TFR-IN TO TFSA QSTR | | | 159.52 | 0.00 |
| Jul 11 | Transfer Out | META MATERIALS INC-A PFD | -400 | | 0.00 | 0.00 |
| Jul 11 | VALUE | -849.00 TFR-OUT FROM TFSA | | | 0.00 | 0.00 |
| Jul 12 | Contribution | WJ143 TSF FR 6456665 | | | 150.00 | 150.00 |
| Jul 14 | Contribution | HP532 TSF FR 6456665 | | | 170.00 | 320.00 |
| Jul 14 | Buy | META MATERIALS INC CONV TO CAD @32.49 %US PR QG-535058 | 105 | 0.981 | -149.82 | 170.18 |
| Jul 18 | Buy | META MATERIALS INC CONV TO CAD @33.39 %US PR CH-535525 | 130 | 0.912 | -171.57 | -1.39 |
| Jul 19 | Contribution | RM403 TSF FR 6456665 | | | 100.00 | 98.61 |
| Jul 21 | Contribution | IO500 TSF FR 6456665 | | | 60.00 | 158.61 |
| Jul 21 | Contribution | IO563 TSF FR 6456665 | | | 193.91 | 352.52 |
| Jul 21 | Buy | META MATERIALS INC CONV TO CAD @31.19 %US PR SY-538438 | 69 | 0.948 | -98.96 | 253.56 |
| Jul 26 | Contribution | WL550 TSF FR 6456665 | | | 150.00 | 403.56 |
| Jul 26 | Stock Split | GAMESTOP CORP CL-A | 150 | | 0.00 | 403.56 |
| Jul 26 | Buy | META MATERIALS INC CONV TO CAD @30.59 %US PR ZH-541094 | 201 | 0.930 | -257.16 | 146.40 |
| Jul 28 | Exchange | SUNDIAL GROWERS INC * | -12,000 | | 9,403.82 | 9,550.22 |
| Jul 28 | Exchange | SNDL INC | 1,200 | | -9,403.82 | 146.40 |
| Jul 29 | Buy | META MATERIALS INC CONV TO CAD @30.49 %US PR NB-539564 | 105 | 0.907 | -137.39 | 9.01 |
| Jul 31 | **Ending cash balance** | | | | | **$9.01** |

# Pending activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|---|
| Aug 1 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @26.21 %US PR UP-537980 | 9 | 14.646 | -178.98 |
| Aug 1 | Sell | GAMESTOP CORP CL-A CONV TO CAD @26.21 %US PR AZ-537359 | -50 | 34.220 | 2,146.79 |
| Aug 1 | Buy | REDBOX ENTERTAINMENT CL-A CONV TO CAD @26.21 %US PR DQ-539912 | 17 | 4.880 | -117.31 |

(continued on next page)



Account number: 4452R8-J<br>
Account type: Tax-Free Savings Account – CDN<br>
Your TFSA statement: Jul 31, 2022

## Pending activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) |
|------|----------|-------------|----------|-----------|------------|
| Aug 2 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @26.11 %US PR TI-539802 | 11 | 14.499 | -213.74 |
| Aug 2 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @26.11 %US PR UI-540851 | 33 | 14.530 | -617.28 |
| Aug 2 | Sell | GAMESTOP CORP CL-A CONV TO CAD @26.11 %US PR UO-539554 | -50 | 34.040 | 2,133.74 |
| Aug 2 | Buy | META MATERIALS INC CONV TO CAD @26.11 %US PR QB-541786 | 145 | 0.901 | -177.39 |
| Aug 2 | Buy | META MATERIALS INC CONV TO CAD @26.11 %US PR ED-539942 | 192 | 0.900 | -230.52 |

## Your TFSA contribution and withdrawal information

**Contributions**

| | |
|---|---|
| Year to date | $39,098.60 |

**Withdrawals**

| | |
|---|---|
| Year to date | -$8,500.00 |

### ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.



# Disclosures

**Important information**

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

**Limits on Investment Coverage**

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

**Your account at a glance – Additional information**

Beginning balance – The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

**Holdings and Activity – Additional information**

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

**Corporate Information**

***'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.***

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank ("TD") has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement

August 1, 2022 to August 31, 2022

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

### Do you have a question?

For questions about your statement or further
information, we provide support 24 hours a day,
7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

## Your account at a glance

> **① You need to know**
> Please see **page 4** for important information about your account.

| | This period (Aug 1 - Aug 31, 2022) | Last period (Jul 1 - Jul 31, 2022) | Year to date (Jan 1 - Aug 31, 2022) |
|---|---|---|---|
| Beginning balance | $46,659.98 | $47,335.02 | $48,261.80 |
| Change in your account balance | -$1,243.08 | -$675.04 | -$2,844.90 |
| **Ending balance** | **$45,416.90** | **$46,659.98** | **$45,416.90** |

▸ US dollars converted to Canadian dollars at **1.3100** as of Aug 31, 2022

## Holdings in your account

on August 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 1.47 | 1.47 | 0.00 | 0.00% |
| **COMMON SHARES** | | | | | | |
| SNDL INC **(SNDL)** | 1,528 SEG | 2.850∪ | 10,622.07 | 5,704.78 | -4,917.29 | 12.56% |
| **TOTAL DOMESTIC** | | | **$10,623.54** | **$5,706.25** | | **12.56%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| AMC ENTERTNMNT PF EQ UNIT **(APE)** | 1,400 SEG | 4.900∪ | 17.96 | 8,986.60 | 8,968.64 | 19.79% |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAINMENT HLDG-A **(AMC)** | 1,404 SEG | 9.120∪ | 51,542.44 | 16,773.86 | -34,768.58 | 36.93% |
| GAMESTOP CORP CL-A **(GME)** | 100 SEG | 28.640∪ | 2,694.59 | 3,751.84 | 1,057.25 | 8.26% |

(continued on next page)

*Order-Execution-Only Account.*                    **Regulated by**



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Aug 31, 2022

# Holdings in your account (continued)
on August 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| META MATERIALS INC (MMAT) | 9,000 SEG | 0.865u | 19,571.13 | 10,198.35 | -9,372.78 | 22.45% |
| **TOTAL FOREIGN** | | | **$73,826.12** | **$39,710.65** | | **87.44%** |
| **Total Portfolio** | | | **$84,449.66** | **$45,416.90** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3100**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | | **Beginning cash balance** | | | | 9.01 |
| Jul 26 | CXLSPL | GAMESTOP CORP CL-A | -150 | | 0.00 | 9.01 |
| Jul 26 | Stock Dividend | GAMESTOP CORP CL-A | 150 | | -0.19 | 8.82 |
| Jul 26 | Stock Dividend | GAMESTOP CORP CL-A | -50 | | 0.19 | 9.01 |
| Aug 1 | Buy | AMC ENTERTAINMENT HLDG-A | 9 | 14.646 | -178.98 | -169.97 |
| Aug 1 | Sell | GAMESTOP CORP CL-A | -50 | 34.220 | 2,146.79 | 1,976.82 |
| Aug 1 | Buy | REDBOX ENTERTAINMENT CL-A | 17 | 4.880 | -117.31 | 1,859.51 |
| Aug 2 | Deregistration | WITHDRAWAL | | | -800.00 | 1,059.51 |
| Aug 2 | Deregistration | WITHDRAWAL | | | -1,500.00 | -440.49 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Aug 31, 2022

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| Aug 2 | Buy | AMC ENTERTAINMENT HLDG-A | 11 | 14.499 | -213.74 | -654.23 |
| Aug 2 | Buy | AMC ENTERTAINMENT HLDG-A | 33 | 14.530 | -617.28 | -1,271.51 |
| Aug 2 | Sell | GAMESTOP CORP CL-A | -50 | 34.040 | 2,133.74 | 862.23 |
| Aug 2 | Buy | META MATERIALS INC | 145 | 0.901 | -177.39 | 684.84 |
| Aug 2 | Buy | META MATERIALS INC | 192 | 0.900 | -230.52 | 454.32 |
| Aug 3 | Buy | SNDL INC CONV TO CAD @30.49 %US PR QH-538725 | 101 | 2.270 | -312.21 | 142.11 |
| Aug 5 | Contribution | JT125 TSF FR 6456665 | | | 160.00 | 302.11 |
| Aug 5 | Buy | SNDL INC CONV TO CAD @30.79 %US PR PZ-544704 | 35 | 2.510 | -127.96 | 174.15 |
| Aug 9 | Contribution | WL530 TSF FR 6456665 | | | 252.09 | 426.24 |
| Aug 10 | Contribution | HQ073 TSF FR 6456665 | | | 200.00 | 626.24 |
| Aug 10 | Buy | META MATERIALS INC CONV TO CAD @30.69 PR WT-541833 | 133 | 0.930 | -174.82 | 451.42 |
| Aug 11 | Buy | META MATERIALS INC | 200 | 0.919 | 0.00 | 451.42 |
| Aug 11 | Buy | META MATERIALS INC CONV TO CAD @30.89 %US PR UP-540897 | 1 | 0.919 | -254.99 | 196.43 |
| Aug 12 | Buy | META MATERIALS INC CONV TO CAD @29.64 %US PR RU-541767 | 101 | 0.940 | -136.03 | 60.40 |
| Aug 15 | Contribution | RU422 TSF FR 6456665 | | | 200.00 | 260.40 |
| Aug 15 | Buy | META MATERIALS INC CONV TO CAD @29.59 %US PR UI-543969 | 35 | 0.980 | -57.41 | 202.99 |
| Aug 16 | Contribution | WT412 TSF FR 6456665 | | | 187.58 | 390.57 |
| Aug 16 | Exchange | CHICKEN SOUP FOR THE SOUL | 10 | | -1,240.87 | -850.30 |
| Aug 16 | Exchange | REDBOX ENTERTAINMENT CL-* | -107 | | 1,240.87 | 390.57 |
| Aug 18 | Buy | META MATERIALS INC CONV TO CAD @31.19 %US PR TH-545877 | 145 | 0.972 | -198.02 | 192.55 |
| Aug 19 | Contribution | JO041 TSF FR 6456665 | | | 350.00 | 542.55 |
| Aug 19 | Buy | SNDL INC CONV TO CAD @31.14 %US PR XU-543595 | 46 | 3.010 | -194.68 | 347.87 |
| Aug 22 | Contribution | RO405 TSF FR 6456665 | | | 500.00 | 847.87 |
| Aug 22 | Sell | CHICKEN SOUP FOR THE SOUL CONV TO CAD @27.36 %US PR XB-544038 | -10 | 11.500 | 133.73 | 981.60 |
| Aug 22 | Buy | SNDL INC CONV TO CAD @27.36 %US PR FR-544290 | 32 | 2.860 | -129.28 | 852.32 |

(continued on next page)



Account number: 4452R8-J<br>
Account type: Tax-Free Savings Account - CDN<br>
Your TFSA statement: Aug 31, 2022

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|---------:|----------:|-----------:|-----------------:|
| Aug 23 | Contribution | WW222 TSF FR 6456665 | | | 95.00 | 947.32 |
| Aug 23 | Buy | SNDL INC CONV TO CAD @32.04 %US PR SX-544939 | 91 | 2.860 | -356.84 | 590.48 |
| Aug 24 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @32.49 %US PR QF-547386 | 4 | 10.520 | -68.99 | 521.49 |
| Aug 24 | Stock Dividend | AMC ENTERTAINMENT HLDG-A | -1,400 | | 17.96 | 539.45 |
| Aug 24 | Stock Dividend | AMC ENTERTNMNT PF EQ UNIT | 1,400 | | -17.96 | 521.49 |
| Aug 24 | Buy | META MATERIALS INC CONV TO CAD @32.49 %US PR SZ-545034 | 385 | 0.802 | -422.74 | 98.75 |
| Aug 25 | Buy | SNDL INC CONV TO CAD @31.59 %US PR MT-544065 | 23 | 2.780 | -97.28 | 1.47 |
| **Aug 31** | **Ending cash balance** | | | | | **$1.47** |

## Your TFSA contribution and withdrawal information

**Contributions**

| | |
|---|---|
| Year to date | **$41,043.27** |

**Withdrawals**

| | |
|---|---|
| Year to date | **-$10,800.00** |

### ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Aug 31, 2022

# Disclosures

## Important information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

## Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

## Your account at a glance – Additional information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

## Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG  is an abbreviation to indicate that the investments  are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

## Corporate Information

**'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.**

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement

September 1, 2022 to September 30, 2022

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?

For questions about your statement or further
information, we provide support 24 hours a day,
7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

> ⓘ **You need to know**
> Please see **page 5** for important information about your account.

| | This period (Sep 1 - Sep 30, 2022) | Last period (Aug 1 - Aug 31, 2022) | Year to date (Jan 1 - Sep 30, 2022) |
|---|---|---|---|
| Beginning balance | $45,416.90 | $46,659.98 | $48,261.80 |
| Change in your account balance | -$8,280.14 | -$1,243.08 | -$11,125.04 |
| **Ending balance** | **$37,136.76** | **$45,416.90** | **$37,136.76** |

‣ US dollars converted to Canadian dollars at **1.3830** as of Sep 30, 2022

## Holdings in your account

on September 30, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 8.21 | 8.21 | 0.00 | 0.02% |
| **COMMON SHARES** | | | | | | |
| SNDL INC (**SNDL**) | 1,500 SEG | 2.180u | 10,189.37 | 4,524.04 | -5,665.33 | 12.18% |
| **TOTAL DOMESTIC** | | | **$10,197.58** | **$4,532.25** | | **12.20%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| AMC ENTERTNMNT PF EQ UNIT (**APE**) | 501 SEG | 2.710u | 110.07 | 1,878.39 | 1,768.32 | 5.06% |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAINMENT HLDG-A (**AMC**) | 1,451 SEG | 6.970u | 52,093.61 | 13,991.98 | -38,101.63 | 37.68% |
| AMERICAN VIRTUAL CLOUD (**AVCT**) | 10,280 SEG | 0.202u | 3,957.02 | 2,872.92 | -1,084.10 | 7.74% |

(continued on next page)

*Order-Execution-Only Account.*
**Regulated by**



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Sep 30, 2022

# Holdings in your account (continued)
on September 30, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| CAMBER ENERGY INC-NEW (CEI) | 11,006 SEG | 0.195U | 4,330.24 | 2,969.22 | -1,361.02 | 8.00% |
| GAMESTOP CORP CL-A (GME) | 55 SEG | 25.130U | 1,482.02 | 1,912.20 | 430.18 | 5.15% |
| META MATERIALS INC (MMAT) | 9,838 SEG | 0.649U | 20,311.44 | 8,833.45 | -11,477.99 | 23.79% |
| META MATERIALS INC (MMAT) | 163 | 0.649U | 336.53 | 146.35 | -190.18 | 0.39% |
| **TOTAL FOREIGN** | | | **$82,620.93** | **$32,604.51** | | **87.80%** |
| **Total Portfolio** | | | **$92,818.51** | **$37,136.76** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3830**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | | **Beginning cash balance** | | | | 1.47 |
| Sep 1 | Contribution | IT094 TSF FR 6456665 | | | 200.00 | 201.47 |
| Sep 6 | Contribution | WI105 TSF FR 6456665 | | | 100.00 | 301.47 |
| Sep 6 | Buy | AMC ENTERTNMNT PF EQ UNIT CONV TO CAD @33.69 %US PR MP-547655 | 29 | 4.770 | -198.29 | 103.18 |
| Sep 7 | Contribution | HQ244 TSF FR 6456665 | | | 1,000.00 | 1,103.18 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: Sep 30, 2022

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Sep 8 | Deregistration | WITHDRAWAL | | | -1,000.00 | 103.18 |
| Sep 8 | Buy | AMC ENTERTNMNT PF EQ UNIT CONV TO CAD @33.29 %US PR VT-551989 | 13 | 5.035 | -100.57 | 2.61 |
| Sep 9 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @29.91 %US PR YF-551706 | 5 | 8.138 | -65.84 | -63.23 |
| Sep 9 | Sell | AMC ENTERTNMNT PF EQ UNIT CONV TO CAD @29.91 %US PR GU-548579 | -441 | 4.940 | 2,817.10 | 2,753.87 |
| Sep 9 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @29.91 %US PR JA-548918 | 2,223 | 0.329 | -965.41 | 1,788.46 |
| Sep 9 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @29.91 %US PR XJ-546857 | 2,500 | 0.321 | -1,057.45 | 731.01 |
| Sep 9 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @29.91 %US PR EV-552080 | 350 | 0.321 | -159.26 | 571.75 |
| Sep 12 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @32.94 %US PR BX-552051 | 450 | 0.326 | -208.42 | 363.33 |
| Sep 13 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @32.94 %US PR MR-551654 | 500 | 0.323 | -227.98 | 135.35 |
| Sep 13 | Buy | META MATERIALS INC CONV TO CAD @32.94 %US PR KQ-550341 | 110 | 0.810 | -131.73 | 3.62 |
| Sep 15 | Contribution | IO362 TSF FR 6456665 | | | 105.00 | 108.62 |
| Sep 15 | Contribution | IJ511 TSF FR 6456665 | | | 500.00 | 608.62 |
| Sep 19 | Contribution | RG150 TSF FR 6456665 | | | 90.00 | 698.62 |
| Sep 19 | Contribution | RG103 TSF FR 6456665 | | | 2,600.00 | 3,298.62 |
| Sep 19 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @33.99 %US PR LE-549084 | 1,200 | 0.298 | -493.18 | 2,805.44 |
| Sep 19 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @34.29 %US PR SO-550164 | 250 | 0.294 | -112.12 | 2,693.32 |
| Sep 20 | Contribution | WU204 TSF FR 6456665 | | | 90.00 | 2,783.32 |
| Sep 21 | Contribution | HL143 TSF FR 6456665 | | | 90.00 | 2,873.32 |
| Sep 21 | Contribution | HI002 TSF FR 6456665 | | | 100.00 | 2,973.32 |
| Sep 21 | Buy | AMERICAN VIRTUAL CLOUD CONV TO CAD @34.99 %US PR WG-551106 | 10,000 | 0.187 | -2,537.80 | 435.52 |

(continued on next page)

*Order-Execution-Only Account.*



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: Sep 30, 2022

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Sep 21 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @34.99 %US PR ZC-551429 | 375 | 0.266 | -148.14 | 287.38 |
| Sep 23 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @35.99 %US PR WY-551319 | 319 | 0.222 | -109.98 | 177.40 |
| Sep 23 | Buy | CAMBER ENERGY INC-NEW | 238 | 0.229 | 0.00 | 177.40 |
| Sep 23 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @35.74 %US PR PV-550629 | 1 | 0.230 | -88.15 | 89.25 |
| Sep 23 | Buy | META MATERIALS INC CONV TO CAD @35.69 %US PR SK-551560 | 71 | 0.795 | -90.17 | -0.92 |
| Sep 26 | Deregistration | WITHDRAWAL | | | -900.00 | -900.92 |
| Sep 26 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @32.81 %US PR WH-549718 | 21 | 8.280 | -244.20 | -1,145.12 |
| Sep 26 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @32.81 %US PR NU-550774 | 21 | 8.170 | -241.13 | -1,386.25 |
| Sep 26 | Sell | AMC ENTERTNMNT PF EQ UNIT CONV TO CAD @32.81 %US PR YQ-551760 | -500 | 3.731 | 2,464.77 | 1,078.52 |
| Sep 26 | Sell | AMERICAN VIRTUAL CLOUD CONV TO CAD @32.81 %US PR XJ-550029 | -2,000 | 0.257 | 670.94 | 1,749.46 |
| Sep 26 | Sell | AMERICAN VIRTUAL CLOUD CONV TO CAD @32.81 %US PR SD-551064 | -2,500 | 0.250 | 818.76 | 2,568.22 |
| Sep 26 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @32.81 %US PR WH-549784 | 1,000 | 0.207 | -288.32 | 2,279.90 |
| Sep 26 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @32.81 %US PR IE-553065 | 1,600 | 0.215 | -471.83 | 1,808.07 |
| Sep 26 | Buy | META MATERIALS INC CONV TO CAD @32.81 %US PR LN-551193 | 400 | 0.770 | -422.43 | 1,385.64 |
| Sep 26 | Buy | SNDL INC CONV TO CAD @32.81 %US PR HG-551474 | 72 | 2.440 | -246.59 | 1,139.05 |
| Sep 27 | Buy | AMERICAN VIRTUAL CLOUD CONV TO CAD @37.79 %US PR XO-552727 | 2,000 | 0.390 | -1,088.53 | 50.52 |
| Sep 28 | Contribution | HW370 TSF FR 6456665 | | | 25.00 | 75.52 |
| Sep 28 | Buy | AMERICAN VIRTUAL CLOUD CONV TO CAD @38.39 %US PR NX-555556 | 901 | 0.373 | -479.66 | -404.14 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Sep 30, 2022

---

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Sep 28 | Buy | AMERICAN VIRTUAL CLOUD CONV TO CAD @38.39 %US PR AH-551401 | 1,600 | 0.381 | -857.67 | -1,261.81 |
| Sep 28 | Sell | GAMESTOP CORP CL-A CONV TO CAD @38.39 %US PR SM-552270 | -20 | 25.170 | 682.80 | -579.01 |
| Sep 28 | Sell | GAMESTOP CORP CL-A CONV TO CAD @38.39 %US PR WA-553049 | -25 | 24.920 | 848.32 | 269.31 |
| Sep 28 | Buy | META MATERIALS INC CONV TO CAD @38.39 %US PR IB-555186 | 200 | 0.672 | -200.02 | 69.29 |
| Sep 30 | Buy | AMERICAN VIRTUAL CLOUD CONV TO CAD @38.19 %US PR SA-554300 | 139 | 0.279 | -67.44 | 1.85 |
| Sep 30 | Buy | AMERICAN VIRTUAL CLOUD CONV TO CAD @38.19 %US PR HJ-552822 | 140 | 0.279 | -67.93 | -66.08 |
| Sep 30 | Buy | META MATERIALS INC CONV TO CAD @38.19 %US PR MT-551418 | 220 | 0.719 | -232.49 | -298.57 |
| Sep 30 | Sell | SNDL INC CONV TO CAD @38.19 %US PR VL-556006 | -100 | 2.320 | 306.78 | 8.21 |
| **Sep 30** | **Ending cash balance** | | | | | **$8.21** |

## Your TFSA contribution and withdrawal information

**Contributions**

| | |
|--|--|
| Year to date | **$45,943.27** |

**Withdrawals**

| | |
|--|--|
| Year to date | **-$12,700.00** |

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Sep 30, 2022

# Disclosures

### Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

### Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

### Your account at a glance – Additional information

Beginning balance – The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

### Holdings and Activity – Additional Information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

### Corporate Information

***'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.***

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement

October 1, 2022 to October 31, 2022

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

# Your account at a glance

> **ⓘ You need to know**
>
> Please see **page 5** for important information about your account.

| | This period (Oct 1 - Oct 31, 2022) | Last period (Sep 1 - Sep 30, 2022) | Year to date (Jan 1 - Oct 31, 2022) |
|---|---|---|---|
| Beginning balance | $37,136.76 | $45,416.90 | $48,261.80 |
| Change in your account balance | $4,720.70 | -$8,280.14 | -$6,404.34 |
| Ending balance | **$41,857.46** | **$37,136.76** | **$41,857.46** |

▸ US dollars converted to Canadian dollars at **1.3630** as of Oct 31, 2022

# Holdings in your account

on October 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 180.65 | 180.65 | 0.00 | 0.43% |
| **COMMON SHARES** | | | | | | |
| SNDL INC **(SNDL)** | 1,500 SEG | 2.460u | 10,189.37 | 5,031.31 | -5,158.06 | 12.02% |
| **TOTAL DOMESTIC** | | | **$10,370.02** | **$5,211.96** | | **12.45%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| AMC ENTERTNMNT PF EQ UNIT **(APE)** | 100 SEG | 2.050u | 21.97 | 279.51 | 257.54 | 0.67% |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAINMENT HLDG-A **(AMC)** | 1,500 SEG | 6.660u | 52,595.50 | 13,621.36 | -38,974.14 | 32.54% |
| AMERICAN VIRTUAL CLD-NEW **(AVCT)** | 800 SEG | 1.180u | 4,349.98 | 1,287.14 | -3,062.84 | 3.08% |

(continued on next page)

*Order-Execution-Only Account.*

**Regulated by**



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Oct 31, 2022

# Holdings in your account (continued)
on October 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| CAMBER ENERGY INC-NEW (CEI) | 25,204 SEG | 0.142U | 8,043.31 | 4,879.92 | -3,163.39 | 11.66% |
| GAMESTOP CORP CL-A (GME) | 55 SEG | 28.310U | 1,482.02 | 2,123.03 | 641.01 | 5.07% |
| META MATERIALS INC (MMAT) | 10,001 SEG | 1.060U | 20,647.97 | 14,454.54 | -6,193.43 | 34.53% |
| **TOTAL FOREIGN** | | | **$87,140.75** | **$36,645.50** | | **87.55%** |
| **Total Portfolio** | | | **$97,510.77** | **$41,857.46** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3630**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | | Beginning cash balance | | | | 8.21 |
| Oct 3 | Contribution | JW454 TSF FR 6456665 | | | 90.00 | 98.21 |
| Oct 3 | Reverse Split | AMERICAN VIRTUAL CLOUD * | -10,280 | | 3,957.02 | 4,055.23 |
| Oct 3 | Reverse Split | AMERICAN VIRTUAL CLD-NEW | 685 | | -3,957.02 | 98.21 |
| Oct 5 | Contribution | HT593 TSF FR 6456665 | | | 100.00 | 198.21 |
| Oct 5 | Contribution | HU373 TSF FR 6456665 | | | 200.00 | 398.21 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: Oct 31, 2022

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Oct 5 | Sell | AMC ENTERTNMNT PF EQ UNIT CONV TO CAD @38.59 %US PR GZ-551481 | -401 | 2.455 | 1,350.48 | 1,748.69 |
| Oct 5 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @38.59 %US PR EY-553674 | 4,900 | 0.207 | -1,423.64 | 325.05 |
| Oct 6 | Contribution | IG003 TSF FR 6456665 | | | 100.00 | 425.05 |
| Oct 6 | Contribution | IG034 TSF FR 6456665 | | | 200.00 | 625.05 |
| Oct 7 | Contribution | JI031 TSF FR 6456665 | | | 100.00 | 725.05 |
| Oct 7 | Contribution | JI045 TSF FR 6456665 | | | 100.00 | 825.05 |
| Oct 7 | Contribution | JO401 TSF FR 6456665 | | | 100.00 | 925.05 |
| Oct 7 | Contribution | JO433 TSF FR 6456665 | | | 100.00 | 1,025.05 |
| Oct 11 | Contribution | RP022 TSF FR 6456665 | | | 100.00 | 1,125.05 |
| Oct 11 | Contribution | RJ094 TSF FR 6456665 | | | 150.00 | 1,275.05 |
| Oct 11 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @38.94 %US PR OA-554897 | 9 | 7.340 | -105.66 | 1,169.39 |
| Oct 11 | Buy | AMERICAN VIRTUAL CLD-NEW CONV TO CAD @38.69 %US PR LU-553616 | 115 | 2.390 | -395.04 | 774.35 |
| Oct 11 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @38.29 %US PR IK-554654 | 320 | 0.249 | -124.41 | 649.94 |
| Oct 12 | Contribution | HT304 TSF FR 6456665 | | | 275.00 | 924.94 |
| Oct 12 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @38.89 %US PR UA-555955 | 20 | 6.770 | -201.93 | 723.01 |
| Oct 12 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @39.39 %US PR JQ-554342 | 20 | 6.470 | -194.30 | 528.71 |
| Oct 13 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @39.99 %US PR MN-558117 | 800 | 0.196 | -234.50 | 294.21 |
| Oct 14 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @40.29 %US PR NS-557090 | 965 | 0.170 | -244.16 | 50.05 |
| Oct 17 | Contribution | RQ304 TSF FR 6456665 | | | 100.00 | 150.05 |
| Oct 17 | Contribution | RQ265 TSF FR 6456665 | | | 200.00 | 350.05 |
| Oct 18 | Contribution | WW521 TSF FR 6456665 | | | 140.00 | 490.05 |
| Oct 19 | Contribution | HO445 TSF FR 6456665 | | | 200.00 | 690.05 |
| Oct 19 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @39.19 %US PR KG-555440 | 1,500 | 0.160 | -347.96 | 342.09 |
| Oct 20 | Contribution | IW334 TSF FR 6456665 | | | 140.00 | 482.09 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: Oct 31, 2022

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|-------------------|
| Oct 20 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @39.79 %US PR UY-557372 | 596 | 0.156 | -144.03 | 338.06 |
| Oct 21 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @40.09 %US PR ZI-557441 | 845 | 0.156 | -199.25 | 138.81 |
| Oct 24 | Contribution | RO590 TSF FR 6456665 | | | 125.00 | 263.81 |
| Oct 24 | CIL | AMERICAN VIRTUAL CLD-NEW | | | 2.08 | 265.89 |
| Oct 24 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @39.29 %US PR XG-558888 | 575 | 0.158 | -140.63 | 125.26 |
| Oct 25 | Contribution | WW003 TSF FR 6456665 | | | 100.00 | 225.26 |
| Oct 25 | Contribution | WJ471 TSF FR 6456665 | | | 185.00 | 410.26 |
| Oct 26 | Contribution | HR472 TSF FR 6456665 | | | 45.00 | 455.26 |
| Oct 26 | Contribution | HR393 TSF FR 6456665 | | | 230.00 | 685.26 |
| Oct 26 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @39.39 %US PR KD-557050 | 520 | 0.153 | -125.19 | 560.07 |
| Oct 27 | Contribution | IG014 TSF FR 6456665 | | | 169.88 | 729.95 |
| Oct 27 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @38.19 %US PR DR-557291 | 1,247 | 0.158 | -286.76 | 443.19 |
| Oct 28 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @37.59 %US PR LN-558504 | 1,150 | 0.156 | -261.38 | 181.81 |
| Oct 31 | Contribution | RW514 TSF FR 6456665 | | | 180.00 | 361.81 |
| Oct 31 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @37.59 %US PR GY-557829 | 780 | 0.156 | -181.16 | 180.65 |
| **Oct 31** | **Ending cash balance** | | | | | **$180.65** |

# Pending activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) |
|------|----------|-------------|----------|-----------|------------|
| Nov 2 | Buy | AMERICAN VIRTUAL CLD-NEW CONV TO CAD @38.39 %US PR GY-558761 | 105 | 1.160 | -182.38 |



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Oct 31, 2022

# Your TFSA contribution and withdrawal information

**Contributions**

| | |
|---|---|
| Year to date | **$49,373.15** |

**Withdrawals**

| | |
|---|---|
| Year to date | **-$12,700.00** |

## ⓘ Important information about your account

In connection with our annual audit, please review your account statement and report any discrepancies to our auditors: Email: td.waterhouse.auditconfirmations@ca.ey.com ; Ernst & Young LLP, 100 Adelaide Street West, PO Box 1, Toronto, ON, Canada, M5H 0B3, Fax: 416-864-1174



Account number: 4452R8-J<br>
Account type: Tax-Free Savings Account - CDN<br>
Your TFSA statement: Oct 31, 2022

# Disclosures

### Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

### Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

### Your account at a glance – Additional Information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

### Holdings and Activity – Additional Information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

### Corporate Information

***'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.***

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement

November 1, 2022 to November 30, 2022

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

> ⓘ **You need to know**
>
> Please see **page 7** for important information about your account.

| | This period (Nov 1 - Nov 30, 2022) | Last period (Oct 1 - Oct 31, 2022) | Year to date (Jan 1 - Nov 30, 2022) |
|---|---|---|---|
| Beginning balance | $41,857.46 | $37,136.76 | $48,261.80 |
| Change in your account balance | $8,341.57 | $4,720.70 | $1,937.23 |
| **Ending balance** | **$50,199.03** | **$41,857.46** | **$50,199.03** |

▸ US dollars converted to Canadian dollars at **1.3450** as of Nov 30, 2022

## Holdings in your account

on November 30, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | -191.92 | -191.92 | 0.00 | -0.38% |
| **COMMON SHARES** | | | | | | |
| SNDL INC (**SNDL**) | 1,500 SEG | 2.710u | 10,189.37 | 5,469.45 | -4,719.92 | 10.90% |
| **TOTAL DOMESTIC** | | | **$9,997.45** | **$5,277.53** | | **10.51%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| AMC ENTERTNMNT PF EQ UNIT (**APE**) | 100 SEG | 0.972u | 21.97 | 130.78 | 108.81 | 0.26% |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAINMENT HLDG-A (**AMC**) | 1,500 SEG | 7.230u | 52,595.50 | 14,591.94 | -38,003.56 | 29.07% |
| AMERICAN VIRTUAL CLD-NEW (**AVCT**) | 2,000 SEG | 1.120u | 5,985.27 | 3,013.92 | -2,971.35 | 6.00% |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Nov 30, 2022

# Holdings in your account (continued)
on November 30, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| CAMBER ENERGY INC-NEW (CEI) | 55,000 SEG | 0.112U | 13,005.91 | 8,288.28 | -4,717.63 | 16.51% |
| COSMOS HOLDINGS INC (COSM) | 500 SEG | 0.595U | 354.38 | 400.28 | 45.90 | 0.80% |
| COSMOS HOLDINGS INC (COSM) | 1,500 | 0.595U | 1,063.14 | 1,200.85 | 137.71 | 2.39% |
| GAMESTOP CORP CL-A (GME) | 50 SEG | 26.210U | 1,347.29 | 1,763.27 | 415.98 | 3.51% |
| META MATERIALS INC (MMAT) | 4,000 SEG | 1.900U | 8,258.36 | 10,225.80 | 1,967.44 | 20.37% |
| META MATERIALS INC (MMAT) | 1,501 | 1.900U | 3,098.95 | 3,837.23 | 738.28 | 7.64% |
| OTONOMY INC (OTIC) | 6,100 SEG | 0.179U | 948.31 | 1,469.15 | 520.84 | 2.93% |
| **TOTAL FOREIGN** | | | **$86,679.08** | **$44,921.50** | | **89.49%** |
| **Total Portfolio** | | | **$96,676.53** | **$50,199.03** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3450**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | **180.65** |
| Nov 1 | Contribution | WU473 TSF FR 6456665 | | | 117.01 | 297.66 |
| Nov 1 | Contribution | WJ104 TSF FR 6456665 | | | 223.52 | 521.18 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: Nov 30, 2022

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Nov 2 | Contribution | HQ373 TSF FR 6456665 | | | 240.00 | 761.18 |
| Nov 2 | Buy | AMERICAN VIRTUAL CLD-NEW | 105 | 1.160 | -182.38 | 578.80 |
| Nov 3 | Contribution | IH400 TSF FR 6456665 | | | 110.00 | 688.80 |
| Nov 3 | Contribution | IJ103 TSF FR 6456665 | | | 113.00 | 801.80 |
| Nov 3 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @38.54 %US PR AA-561822 | 1,090 | 0.139 | -224.35 | 577.45 |
| Nov 4 | Contribution | JH210 TSF FR 6456665 | | | 150.00 | 727.45 |
| Nov 4 | Contribution | JH492 TSF FR 6456665 | | | 159.92 | 887.37 |
| Nov 4 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @38.24 %US PR DW-559752 | 480 | 0.140 | -106.71 | 780.66 |
| Nov 4 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @37.99 %US PR IO-560206 | 1,267 | 0.133 | -247.02 | 533.64 |
| Nov 7 | Contribution | RJ502 TSF FR 6456665 | | | 50.00 | 583.64 |
| Nov 7 | Contribution | RJ555 TSF FR 6456665 | | | 115.00 | 698.64 |
| Nov 7 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @39.39 %US PR IL-559316 | 560 | 0.127 | -113.76 | 584.88 |
| Nov 7 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @39.79 %US PR JP-563130 | 530 | 0.130 | -110.35 | 474.53 |
| Nov 8 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @37.04 %US PR SD-560621 | 849 | 0.125 | -160.17 | 314.36 |
| Nov 8 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @37.49 %US PR MY-560716 | 790 | 0.126 | -150.81 | 163.55 |
| Nov 9 | Buy | AMERICAN VIRTUAL CLD-NEW CONV TO CAD @36.99 %US PR KX-560299 | 109 | 1.018 | -165.72 | -2.17 |
| Nov 14 | Contribution | JO491 TSF FR 6456665 | | | 50.00 | 47.83 |
| Nov 15 | Contribution | WL210 TSF FR 6456665 | | | 200.00 | 247.83 |
| Nov 16 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @34.89 %US PR TO-562732 | 195 | 0.131 | -48.17 | 199.66 |
| Nov 17 | Contribution | IL471 TSF FR 6456665 | | | 101.00 | 300.66 |
| Nov 17 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @35.09 %US PR SP-563535 | 950 | 0.143 | -197.02 | 103.64 |
| Nov 21 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @35.34 %US PR SY-565650 | 525 | 0.127 | -104.40 | -0.76 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Nov 30, 2022

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| Nov 22 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @35.79 %US PR HZ-567334 | 930 | 0.126 | -172.81 | -173.57 |
| Nov 22 | Sell | GAMESTOP CORP CL-A CONV TO CAD @35.79 %US PR IK-564482 | -5 | 27.981 | 176.40 | 2.83 |
| Nov 23 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @32.91 %US PR LK-565128 | 6,630 | 0.118 | -1,053.09 | -1,050.26 |
| Nov 23 | Sell | META MATERIALS INC CONV TO CAD @32.91 %US PR WI-565002 | -500 | 2.150 | 1,415.46 | 365.20 |
| Nov 23 | Sell | META MATERIALS INC CONV TO CAD @32.91 %US PR AF-567162 | -1,000 | 2.000 | 2,644.86 | 3,010.06 |
| Nov 23 | Sell | META MATERIALS INC CONV TO CAD @32.91 %US PR MM-564414 | -1,000 | 2.000 | 2,644.86 | 5,654.92 |
| Nov 23 | Sell | META MATERIALS INC CONV TO CAD @32.91 %US PR UF-567820 | -500 | 2.200 | 1,448.69 | 7,103.61 |
| Nov 25 | Deregistration | WITHDRAWAL | | | -4,000.00 | 3,103.61 |
| Nov 25 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @36.09 %US PR FK-565094 | 700 | 0.118 | -126.67 | 2,976.94 |
| Nov 28 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @36.09 %US PR KF-568645 | 4,300 | 0.109 | -653.79 | 2,323.15 |
| Nov 29 | Deregistration | WITHDRAWAL | | | -2,000.00 | 323.15 |
| Nov 29 | Buy | AMERICAN VIRTUAL CLD-NEW CONV TO CAD @31.76 %US PR JB-564510 | 276 | 0.965 | -364.13 | -40.98 |
| Nov 29 | Buy | AMERICAN VIRTUAL CLD-NEW CONV TO CAD @31.76 %US PR YI-564370 | 250 | 0.900 | -309.62 | -350.60 |
| Nov 29 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @31.76 %US PR AT-565194 | 2,750 | 0.110 | -413.19 | -763.79 |
| Nov 29 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @31.76 %US PR BG-565470 | 2,500 | 0.107 | -368.59 | -1,132.38 |
| Nov 29 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @31.76 %US PR JV-565724 | 1,500 | 0.108 | -226.61 | -1,358.99 |
| Nov 29 | Sell | META MATERIALS INC CONV TO CAD @31.76 %US PR XB-565009 | -1,500 | 1.920 | 3,781.43 | 2,422.44 |
| Nov 30 | Contribution | HU001 TSF FR 6456665 | | | 150.00 | 2,572.44 |

(continued on next page)

Order Execution Only Account



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Nov 30, 2022

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Nov 30 | Contribution | HL160 TSF FR 6456665 | | | 200.00 | 2,772.44 |
| Nov 30 | Contribution | HG134 TSF FR 6456665 | | | 500.00 | 3,272.44 |
| Nov 30 | Buy | AMERICAN VIRTUAL CLD-NEW CONV TO CAD @35.84 %US PR JE-567408 | 460 | 0.960 | -613.44 | 2,659.00 |
| Nov 30 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @36.59 %US PR OM-567496 | 3,250 | 0.106 | -485.09 | 2,173.91 |
| Nov 30 | Buy | COSMOS HOLDINGS INC CONV TO CAD @36.59 %US PR QZ-564985 | 2,000 | 0.513 | -1,417.52 | 756.39 |
| Nov 30 | Buy | OTONOMY INC CONV TO CAD @35.84 %US PR PN-564578 | 5,000 | 0.110 | -760.69 | -4.30 |
| Nov 30 | Buy | OTONOMY INC CONV TO CAD @36.59 %US PR GN-568232 | 1,050 | 0.107 | -167.10 | -171.40 |
| Nov 30 | Buy | OTONOMY INC CONV TO CAD @36.89 %US PR MS-563965 | 50 | 0.100 | -20.52 | -191.92 |
| **Nov 30** | **Ending cash balance** | | | | | **-$191.92** |

## Pending activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) |
|------|----------|-------------|----------|-----------|------------|
| Dec 1 | Buy | AMC ENTERTNMNT PF EQ UNIT CONV TO CAD @34.21 %US PR SU-567484 | 400 | 1.068 | -586.91 |
| Dec 1 | Buy | AMERICAN VIRTUAL CLD-NEW CONV TO CAD @34.21 %US PR KN-569771 | 500 | 1.065 | -728.08 |
| Dec 1 | Buy | AMERICAN VIRTUAL CLD-NEW CONV TO CAD @34.21 %US PR AC-566791 | 101 | 1.060 | -157.09 |
| Dec 1 | Buy | AMERICAN VIRTUAL CLD-NEW CONV TO CAD @34.21 %US PR MO-565987 | 400 | 1.070 | -587.83 |
| Dec 1 | Buy | CAMBER ENERGY INC-NEW | 2,100 | 0.107 | 0.00 |
| Dec 1 | Buy | CAMBER ENERGY INC-NEW | 4,100 | 0.107 | 0.00 |
| Dec 1 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @34.21 %US PR HP-568391 | 3,800 | 0.108 | -1,461.76 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: Nov 30, 2022

# Pending activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) |
|------|----------|-------------|----------|-----------|------------|
| Dec 1 | Sell | COSMOS HOLDINGS INC CONV TO CAD @34.21 %US PR OX-566617 | -500 | 0.777 | 507.98 |
| Dec 1 | Sell | COSMOS HOLDINGS INC CONV TO CAD @34.21 %US PR UA-567046 | -500 | 0.765 | 500.20 |
| Dec 1 | Sell | COSMOS HOLDINGS INC CONV TO CAD @34.21 %US PR BZ-569408 | -250 | 0.708 | 224.37 |
| Dec 1 | Sell | COSMOS HOLDINGS INC CONV TO CAD @34.21 %US PR WK-565718 | -250 | 0.725 | 230.01 |
| Dec 1 | Sell | META MATERIALS INC CONV TO CAD @34.21 %US PR CG-566742 | -501 | 1.870 | 1,243.93 |
| Dec 1 | Sell | META MATERIALS INC CONV TO CAD @34.21 %US PR FB-566103 | -500 | 1.970 | 1,308.52 |
| Dec 1 | Sell | META MATERIALS INC CONV TO CAD @34.21 %US PR OP-564708 | -500 | 2.000 | 1,328.65 |
| Dec 1 | Sell | OTONOMY INC CONV TO CAD @34.21 %US PR LB-565628 | -2,000 | 0.171 | 445.85 |
| Dec 1 | Sell | OTONOMY INC CONV TO CAD @34.21 %US PR IA-566708 | -2,100 | 0.167 | 459.51 |
| Dec 1 | Sell | OTONOMY INC CONV TO CAD @34.21 %US PR GL-565670 | -1,000 | 0.187 | 237.55 |
| Dec 1 | Buy | OTONOMY INC CONV TO CAD @34.21 %US PR PA-567290 | 5,000 | 0.213 | -1,448.78 |
| Dec 1 | Buy | OTONOMY INC | 2,000 | 0.224 | 0.00 |
| Dec 1 | Buy | OTONOMY INC CONV TO CAD @34.21 %US PR ZO-566302 | 2,000 | 0.225 | -1,221.03 |
| Dec 1 | Buy | OTONOMY INC CONV TO CAD @34.21 %US PR QC-565515 | 5,000 | 0.206 | -1,399.13 |
| Dec 1 | Sell | OTONOMY INC CONV TO CAD @34.21 %US PR VX-568307 | -5,000 | 0.205 | 1,365.56 |
| Dec 1 | Sell | OTONOMY INC CONV TO CAD @34.21 %US PR RC-567855 | -5,000 | 0.193 | 1,285.03 |
| Dec 2 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @36.99 %US PR EI-566390 | 1,400 | 0.107 | -219.47 |
| Dec 2 | Buy | OTONOMY INC CONV TO CAD @37.89 %US PR QP-565298 | 2,500 | 0.278 | -974.52 |



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Nov 30, 2022

# Your TFSA contribution and withdrawal information

**Contributions**

| | |
|---|---|
| Year to date | **$51,852.60** |

**Withdrawals**

| | |
|---|---|
| Year to date | **-$18,700.00** |

## ⓘ Important information about your account

Important dates to note: **Wednesday, December 28, 2022:** last day of trading if you want your trade settled for the 2022 tax year. **Saturday, December 31, 2022:** last day for 2022 RESP contributions. Plus our contact centre is closed Monday, December 26, 2022 and Monday, January 2, 2023.



# Disclosures

## Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

## Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

## Your account at a glance – Additional information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

## Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

## Corporate Information

*'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.*

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.

Order Execution Only Account



**TD Direct Investing**

# Your TFSA statement

December 1, 2022 to December 31, 2022

Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

**Do you have a question?**

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| English: | **1-800-465-5463** |
| French: | **1-800-361-2684** |
| Cantonese: | **1-800-838-3223 option 1** |
| Mandarin: | **1-800-838-3223 option 2** |

## Your account at a glance

> ⓘ **You need to know**
> Please see page 5 for important information about your account.

| | This period<br>(Dec 1 - Dec 31, 2022) | Last period<br>(Nov 1 - Nov 30, 2022) | Year to date<br>(Jan 1 - Dec 31, 2022) |
|---|---|---|---|
| Beginning balance | $50,199.03 | $41,857.46 | $48,261.80 |
| Change in your account balance | -$19,839.32 | $8,341.57 | -$17,902.09 |
| **Ending balance** | **$30,359.71** | **$50,199.03** | **$30,359.71** |

▸ US dollars converted to Canadian dollars at **1.3530** as of Dec 31, 2022

## Holdings in your account

on December 31, 2022

| Description | Quantity or<br>par value ($) | Price ($) | Book<br>cost ($) | Market<br>value ($) | Unrealized<br>gain<br>or loss ($) | %<br>of your<br>holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 24.91 | 24.91 | 0.00 | 0.08% |
| **COMMON SHARES** | | | | | | |
| OTONOMY INC (**OTIC**) | 11,125 SEG | 0.087u | 2,784.48 | 1,310.01 | -1,474.47 | 4.31% |
| SNDL INC (**SNDL**) | 1,000 SEG | 2.090u | 6,792.91 | 2,828.81 | -3,964.10 | 9.32% |
| **TOTAL DOMESTIC** | | | **$9,602.30** | **$4,163.73** | | **13.71%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| AMC ENTERTNMNT PF<br>EQ UNIT (**APE**) | 1,000 SEG | 1.410u | 1,224.45 | 1,908.43 | 683.98 | 6.29% |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAINMENT<br>HLDG-A (**AMC**) | 1,500 SEG | 4.070u | 52,595.50 | 8,263.11 | -44,332.39 | 27.22% |

(continued on next page)

*Order-Execution-Only Account.*



**Regulated by**



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Dec 31, 2022

# Holdings in your account (continued)
## on December 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| AMERICAN VIRTUAL CLD-NEW (**AVCT**) | 3,001 SEG | 1.150U | 7,377.12 | 4,671.13 | -2,705.99 | 15.39% |
| CAMBER ENERGY INC-NEW (**CEI**) | 1,900 SEG | 2.020U | 18,066.19 | 5,194.73 | -12,871.46 | 17.11% |
| GAMESTOP CORP CL-A (**GME**) | 50 SEG | 18.460U | 1,347.29 | 1,249.28 | -98.01 | 4.11% |
| META MATERIALS INC (**MMAT**) | 3,048 SEG | 1.190U | 6,298.74 | 4,909.30 | -1,389.44 | 16.17% |
| **TOTAL FOREIGN** | | | **$86,909.29** | **$26,195.98** | | **86.29%** |
| **Total Portfolio** | | | **$96,511.59** | **$30,359.71** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3530**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | **-191.92** |
| Dec 1 | Contribution | HP225 TSF FR 6456665 | | | 54.55 | -137.37 |
| Dec 1 | Contribution | IL473 TSF FR 6456665 | | | 250.00 | 112.63 |
| Dec 1 | Buy | AMC ENTERTNMNT PF EQ UNIT | 400 | 1.068 | -586.91 | -474.28 |
| Dec 1 | Buy | AMERICAN VIRTUAL CLD-NEW | 500 | 1.065 | -728.08 | -1,202.36 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Dec 31, 2022

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Dec 1 | Buy | AMERICAN VIRTUAL CLD-NEW | 101 | 1.060 | -157.09 | -1,359.45 |
| Dec 1 | Buy | AMERICAN VIRTUAL CLD-NEW | 400 | 1.070 | -587.83 | -1,947.28 |
| Dec 1 | Buy | CAMBER ENERGY INC-NEW | 2,100 | 0.107 | 0.00 | -1,947.28 |
| Dec 1 | Buy | CAMBER ENERGY INC-NEW | 4,100 | 0.107 | 0.00 | -1,947.28 |
| Dec 1 | Buy | CAMBER ENERGY INC-NEW | 3,800 | 0.108 | -1,461.76 | -3,409.04 |
| Dec 1 | Sell | COSMOS HOLDINGS INC | -500 | 0.777 | 507.98 | -2,901.06 |
| Dec 1 | Sell | COSMOS HOLDINGS INC | -500 | 0.765 | 500.20 | -2,400.86 |
| Dec 1 | Sell | COSMOS HOLDINGS INC | -250 | 0.708 | 224.37 | -2,176.49 |
| Dec 1 | Sell | COSMOS HOLDINGS INC | -250 | 0.725 | 230.01 | -1,946.48 |
| Dec 1 | Sell | META MATERIALS INC | -501 | 1.870 | 1,243.93 | -702.55 |
| Dec 1 | Sell | META MATERIALS INC | -500 | 1.970 | 1,308.52 | 605.97 |
| Dec 1 | Sell | META MATERIALS INC | -500 | 2.000 | 1,328.65 | 1,934.62 |
| Dec 1 | Sell | OTONOMY INC | -2,000 | 0.171 | 445.85 | 2,380.47 |
| Dec 1 | Sell | OTONOMY INC | -2,100 | 0.167 | 459.51 | 2,839.98 |
| Dec 1 | Sell | OTONOMY INC | -1,000 | 0.187 | 237.55 | 3,077.53 |
| Dec 1 | Buy | OTONOMY INC | 5,000 | 0.213 | -1,448.78 | 1,628.75 |
| Dec 1 | Buy | OTONOMY INC | 2,000 | 0.224 | 0.00 | 1,628.75 |
| Dec 1 | Buy | OTONOMY INC | 2,000 | 0.225 | -1,221.03 | 407.72 |
| Dec 1 | Buy | OTONOMY INC | 5,000 | 0.206 | -1,399.13 | -991.41 |
| Dec 1 | Sell | OTONOMY INC | -5,000 | 0.205 | 1,365.56 | 374.15 |
| Dec 1 | Sell | OTONOMY INC | -5,000 | 0.193 | 1,285.03 | 1,659.18 |
| Dec 2 | Buy | CAMBER ENERGY INC-NEW | 1,400 | 0.107 | -219.47 | 1,439.71 |
| Dec 2 | Buy | OTONOMY INC | 2,500 | 0.278 | -974.52 | 465.19 |
| Dec 5 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @36.39 %US PR BU-566052 | 1,250 | 0.111 | -202.87 | 262.32 |
| Dec 5 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @36.39 %US PR EN-571255 | 1,600 | 0.109 | -252.80 | 9.52 |
| Dec 5 | Sell | COSMOS HOLDINGS INC CONV TO CAD @36.39 %US PR OF-569905 | -500 | 0.445 | 289.90 | 299.42 |
| Dec 5 | Buy | OTONOMY INC CONV TO CAD @36.39 %US PR CT-566521 | 1,200 | 0.170 | -292.19 | 7.23 |
| Dec 8 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @34.61 %US PR FB-567915 | 4,500 | 0.095 | -588.91 | -581.68 |
| Dec 8 | Sell | META MATERIALS INC CONV TO CAD @34.61 %US PR FT-571996 | -200 | 2.100 | 551.90 | -29.78 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: Dec 31, 2022

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Dec 8 | Sell | META MATERIALS INC CONV TO CAD @34.61 %US PR YX-566634 | -500 | 2.055 | 1,369.63 | 1,339.85 |
| Dec 8 | Buy | OTONOMY INC CONV TO CAD @34.61 %US PR LH-570008 | 1,300 | 0.134 | -247.94 | 1,091.91 |
| Dec 9 | Buy | AMERICAN VIRTUAL CLD-NEW CONV TO CAD @38.39 %US PR RR-567261 | 100 | 1.090 | -164.67 | 927.24 |
| Dec 9 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @38.39 %US PR BR-566940 | 750 | 0.089 | -106.52 | 820.72 |
| Dec 9 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @38.39 %US PR PB-566987 | 2,500 | 0.091 | -328.66 | 492.06 |
| Dec 9 | Sell | META MATERIALS INC CONV TO CAD @38.39 %US PR UY-568359 | -300 | 2.500 | 1,024.07 | 1,516.13 |
| Dec 9 | Buy | OTONOMY INC CONV TO CAD @38.39 %US PR NT-570253 | 2,500 | 0.113 | -407.20 | 1,108.93 |
| Dec 12 | Buy | AMC ENTERTNMNT PF EQ UNIT CONV TO CAD @37.89 %US PR SS-568376 | 200 | 0.854 | -249.35 | 859.58 |
| Dec 12 | Buy | AMC ENTERTNMNT PF EQ UNIT CONV TO CAD @37.89 %US PR LI-568035 | 300 | 0.852 | -366.22 | 493.36 |
| Dec 12 | Sell | AMERICAN VIRTUAL CLD-NEW CONV TO CAD @37.89 %US PR OU-569404 | -100 | 1.115 | 139.96 | 633.32 |
| Dec 12 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @37.89 %US PR JX-571780 | 1,895 | 0.086 | -238.76 | 394.56 |
| Dec 12 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @37.89 %US PR JZ-570830 | 1,000 | 0.090 | -137.88 | 256.68 |
| Dec 12 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @37.89 %US PR BS-568577 | 2,000 | 0.087 | -255.63 | 1.05 |
| Dec 14 | Sell | SNDL INC CONV TO CAD @34.56 %US PR VA-569135 | -500 | 2.560 | 1,708.89 | 1,709.94 |
| Dec 15 | Contribution | IW542 TSF FR 6456665 | | | 100.00 | 1,809.94 |
| Dec 15 | Contribution | IH115 TSF FR 6456665 | | | 106.00 | 1,915.94 |
| Dec 15 | Buy | CAMBER ENERGY INC-NEW | 8,600 | 0.091 | 0.00 | 1,915.94 |
| Dec 15 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @37.49 %US PR IJ-571783 | 400 | 0.091 | -1,141.07 | 774.87 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Dec 31, 2022

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Dec 16 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @37.69 %US PR TR-568273 | 1,000 | 0.085 | -131.07 | 643.80 |
| Dec 16 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @37.69 %US PR QR-571201 | 3,005 | 0.085 | -366.70 | 277.10 |
| Dec 16 | Sell | OTONOMY INC CONV TO CAD @37.69 %US PR CY-569271 | -2,500 | 0.122 | 407.91 | 685.01 |
| Dec 19 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @38.19 %US PR BI-569794 | 5,100 | 0.080 | -579.03 | 105.98 |
| Dec 19 | Buy | META MATERIALS INC CONV TO CAD @38.59 %US PR FV-568499 | 48 | 1.370 | -104.98 | 1.00 |
| Dec 21 | Sell | CAMBER ENERGY INC-NEW CONV TO CAD @34.41 %US PR QC-569705 | -5,000 | 0.143 | 951.61 | 952.61 |
| Dec 21 | Reverse Split | CAMBER ENERGY INC-NEW * | -95,000 | | 18,066.19 | 19,018.80 |
| Dec 21 | Reverse Split | CAMBER ENERGY INC-NEW | 1,900 | | -18,066.19 | 952.61 |
| Dec 22 | Deregistration | WITHDRAWAL | | | -800.00 | 152.61 |
| Dec 27 | Buy | OTONOMY INC CONV TO CAD @38.29 %US PR JC-571542 | 1,125 | 0.073 | -127.70 | 24.91 |
| Dec 31 | **Ending cash balance** | | | | | **$24.91** |

# Your TFSA contribution and withdrawal information

**Contributions**

| Year to date | **$52,363.15** |
|---|---|

**Withdrawals**

| Year to date | **-$19,500.00** |
|---|---|

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.

Order Execution Only Account



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Dec 31, 2022

# Disclosures

## Important information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

## Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

## Your account at a glance – Additional information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

## Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

## Corporate Information

### 'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement

January 1, 2023 to January 31, 2023

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

**Do you have a question?**

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

> ⓘ **You need to know**
> Please see page 3 for important information about your account.

| | This period (Jan 1 - Jan 31, 2023) | Last period (Dec 1 - Dec 31, 2022) | Year to date (Jan 1 - Jan 31, 2023) |
|---|---|---|---|
| Beginning balance | $30,359.71 | $50,199.03 | $30,359.71 |
| Change in your account balance | -$265.65 | -$19,839.32 | -$265.65 |
| Ending balance | $30,094.06 | $30,359.71 | $30,094.06 |

▸ US dollars converted to Canadian dollars at **1.3310** as of Jan 31, 2023

## Holdings in your account

on January 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 3.26 | 3.26 | 0.00 | 0.01% |
| **COMMON SHARES** | | | | | | |
| AMERICAN VIRTUAL CLD-NEW **(AVCTQ)** | 3,071 SEG | 0.551U | 7,457.78 | 2,252.21 | -5,205.57 | 7.48% |
| SNDL INC **(SNDL)** | 1,000 SEG | 2.300U | 6,792.91 | 3,061.30 | -3,731.61 | 10.17% |
| **TOTAL DOMESTIC** | | | **$14,253.95** | **$5,316.77** | | **17.67%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| AMC ENTERTNMNT PF EQ UNIT **(APE)** | 1,000 SEG | 2.420U | 1,224.45 | 3,221.02 | 1,996.57 | 10.70% |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAINMENT HLDG-A **(AMC)** | 1,500 SEG | 5.350U | 52,595.50 | 10,681.27 | -41,914.23 | 35.49% |

(continued on next page)

*Order-Execution-Only Account.*    **Regulated by**



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jan 31, 2023

# Holdings in your account (continued)
on January 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| CAMBER ENERGY INC-NEW (CEI) | 2,000 SEG | 1.970u | 18,343.32 | 5,244.14 | -13,099.18 | 17.43% |
| GAMESTOP CORP CL-A (GME) | 50 SEG | 21.870u | 1,347.29 | 1,455.44 | 108.15 | 4.84% |
| META MATERIALS INC (MMAT) | 3,106 SEG | 1.010u | 6,400.89 | 4,175.42 | -2,225.47 | 13.87% |
| **TOTAL FOREIGN** | | | **$79,911.45** | **$24,777.29** | | **82.33%** |
| **Total Portfolio** | | | **$94,165.40** | **$30,094.06** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3310**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | | **Beginning cash balance** | | | | 24.91 |
| Jan 10 | Contribution | WU414 TSF FR 6456665 | | | 80.00 | 104.91 |
| Jan 13 | Buy | META MATERIALS INC CONV TO CAD @36.29 %US PR OA-575253 | 58 | 1.120 | -102.15 | 2.76 |
| Jan 17 | Deregistration | WITHDRAWAL | | | -1,100.00 | -1,097.24 |
| Jan 17 | Sell | OTONOMY INC CONV TO CAD @31.61 %US PR Commission/Fees disclosed | -11,125 | 0.100 | 1,458.29 | 361.05 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jan 31, 2023

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Jan 18 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @36.19 %US PR CD-575341 | 100 | 1.935 | -277.13 | 83.92 |
| Jan 19 | Buy | AMERICAN VIRTUAL CLD-NEW CONV TO CAD @35.99 %US PR NK-578624 | 70 | 0.704 | -80.66 | 3.26 |
| Jan 31 | Ending cash balance | | | | | **$3.26** |

# Your TFSA contribution and withdrawal information

## Contributions

| | |
|---|---|
| Year to date | **$80.00** |

## Withdrawals

| | |
|---|---|
| Year to date | **-$1,100.00** |

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.



# Disclosures

### Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

### Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

### Your account at a glance -- Additional information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

### Holdings and Activity -- Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

### Corporate Information

#### 'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement

February 1, 2023 to February 28, 2023

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

**Do you have a question?**

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

# Your account at a glance

> (i) **You need to know**
> Please see page 3 for important information about your account.

| | This period (Feb 1 - Feb 28, 2023) | Last period (Jan 1 - Jan 31, 2023) | Year to date (Jan 1 - Feb 28, 2023) |
|---|---|---|---|
| Beginning balance | $30,094.06 | $30,359.71 | $30,359.71 |
| Change in your account balance | $3,204.17 | -$265.65 | $2,938.52 |
| **Ending balance** | **$33,298.23** | **$30,094.06** | **$33,298.23** |

▸ US dollars converted to Canadian dollars at **1.3630** as of Feb 28, 2023

# Holdings in your account
on February 28, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | -1.66 | -1.66 | 0.00 | 0.00% |
| **COMMON SHARES** | | | | | | |
| AMERICAN VIRTUAL CLD-NEW **(AVCTQ)** | 3,071 SEG | 1.040u | 7,457.78 | 4,354.80 | -3,102.98 | 13.08% |
| SNDL INC **(SNDL)** | 1,000 SEG | 1.880u | 6,792.91 | 2,563.38 | -4,229.53 | 7.70% |
| **TOTAL DOMESTIC** | | | **$14,249.03** | **$6,916.52** | | **20.77%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| AMC ENTERTNMNT PF EQ UNIT **(APE)** | 1,000 SEG | 2.070u | 1,224.45 | 2,822.44 | 1,597.99 | 8.48% |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAINMENT HLDG-A **(AMC)** | 1,500 SEG | 7.140u | 52,595.50 | 14,603.08 | -37,992.42 | 43.86% |

(continued on next page)

*Order-Execution-Only Account.*





Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Feb 28, 2023

# Holdings in your account (continued)
on February 28, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| CAMBER ENERGY INC-NEW (CEI) | 2,000 sEG | 1.720u | 18,343.32 | 4,690.44 | -13,652.88 | 14.09% |
| GAMESTOP CORP CL-A (GME) | 50 sEG | 19.230u | 1,347.29 | 1,311.00 | -36.29 | 3.94% |
| META MATERIALS INC (MMAT) | 3,386 sEG | 0.640u | 6,717.85 | 2,954.75 | -3,763.10 | 8.87% |
| **TOTAL FOREIGN** | | | **$80,228.41** | **$26,381.71** | | **79.23%** |
| **Total Portfolio** | | | **$94,477.44** | **$33,298.23** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3630**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | 3.26 |
| Feb 1 | Tax on Non-Qualified Investments | 2022T3 RET NQTAX-4452R8J | | | -137.96 | -134.70 |
| Feb 13 | Contribution | RJ361 TSF FR 6456665 | | | 200.00 | 65.30 |
| Feb 14 | Contribution | WG290 TSF FR 6456665 | | | 250.00 | 315.30 |
| Feb 15 | Buy | META MATERIALS INC CONV TO CAD @35.39 %US PR YX-582408 | 50 | 0.758 | -64.85 | 250.45 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Feb 28, 2023

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Feb 16 | Buy | META MATERIALS INC CONV TO CAD @35.29 %US PR VL-586874 | 230 | 0.766 | -252.11 | -1.66 |
| Feb 28 | **Ending cash balance** | | | | | **-$1.66** |

# Your TFSA contribution and withdrawal information

**Contributions**

| | |
|---|---|
| Year to date | **$530.00** |

**Withdrawals**

| | |
|---|---|
| Year to date | **-$1,100.00** |

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.



# Disclosures

### Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

### Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

### Your account at a glance – Additional information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

### Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG  is an abbreviation to indicate that the investments  are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

### Corporate Information

***'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.***

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement

March 1, 2023 to March 31, 2023

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

# Your account at a glance

> ⓘ **You need to know**
> Please see **page 4** for important information about your account.

| | This period (Mar 1 - Mar 31, 2023) | Last period (Feb 1 - Feb 28, 2023) | Year to date (Jan 1 - Mar 31, 2023) |
|---|---|---|---|
| Beginning balance | $33,298.23 | $30,094.06 | $30,359.71 |
| Change in your account balance | -$11,173.95 | $3,204.17 | -$8,235.43 |
| **Ending balance** | **$22,124.28** | **$33,298.23** | **$22,124.28** |

▸ US dollars converted to Canadian dollars at **1.3540** as of Mar 31, 2023

# Holdings in your account
on March 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | -179.05 | -179.05 | 0.00 | -0.81% |
| **COMMON SHARES** | | | | | | |
| AMERICAN VIRTUAL CLD-NEW **(AVCTQ)** | 3,071 SEG | 0.118U | 7,457.78 | 490.84 | -6,966.94 | 2.22% |
| SNDL INC **(SNDL)** | 1,000 SEG | 1.600U | 6,792.91 | 2,167.20 | -4,625.71 | 9.80% |
| **TOTAL DOMESTIC** | | | **$14,071.64** | **$2,478.99** | | **11.20%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| AMC ENTERTNMNT PF EQ UNIT **(APE)** | 500 SEG | 1.470U | 612.23 | 995.55 | 383.32 | 4.50% |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAINMENT HLDG-A **(AMC)** | 1,454 SEG | 5.010U | 50,886.98 | 9,866.90 | -41,020.08 | 44.60% |

(continued on next page)

*Order-Execution-Only Account.*  **Regulated by**



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: Mar 31, 2023

# Holdings in your account (continued)
on March 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| CAMBER ENERGY INC-NEW (CEI) | 2,230 SEG | 1.580u | 18,777.26 | 4,772.44 | −14,004.82 | 21.57% |
| GAMESTOP CORP CL-A (GME) | 40 SEG | 23.020u | 1,116.81 | 1,247.22 | 130.41 | 5.64% |
| META MATERIALS INC (MMAT) | 5,000 SEG | 0.408u | 8,022.28 | 2,763.18 | −5,259.10 | 12.49% |
| **TOTAL FOREIGN** | | | **$79,415.56** | **$19,645.29** | | **88.80%** |
| **Total Portfolio** | | | **$93,487.20** | **$22,124.28** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3540**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | | **Beginning cash balance** | | | | **-1.66** |
| Mar 2 | Contribution | IH345 TSF FR 6456665 | | | 103.29 | 101.63 |
| Mar 6 | Buy | META MATERIALS INC CONV TO CAD @38.29 %US PR KI-588234 | 105 | 0.602 | -101.33 | 0.30 |
| Mar 9 | Contribution | IH370 TSF FR 6456665 | | | 100.00 | 100.30 |
| Mar 13 | Sell | AMC ENTERTAINMENT HLDG-A CONV TO CAD @39.79 %US PR HR-588090 | -50 | 5.850 | 394.91 | 495.21 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: Mar 31, 2023

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| Mar 13 | Sell | GAMESTOP CORP CL-A CONV TO CAD @39.79 %US PR QM-590484 | -5 | 18.010 | 111.90 | 607.11 |
| Mar 13 | Buy | META MATERIALS INC CONV TO CAD @39.79 %US PR WF-593818 | 151 | 0.575 | -135.51 | 471.60 |
| Mar 13 | Buy | META MATERIALS INC CONV TO CAD @39.79 %US PR JE-590761 | 508 | 0.580 | -426.49 | 45.11 |
| Mar 14 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @39.79 %US PR KO-588356 | 4 | 5.489 | -44.66 | 0.45 |
| Mar 20 | Sell | AMC ENTERTNMNT PF EQ UNIT CONV TO CAD @35.31 %US PR CQ-592071 | -500 | 1.400 | 933.64 | 934.09 |
| Mar 21 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @39.19 %US PR CF-595011 | 150 | 1.259 | -276.96 | 657.13 |
| Mar 21 | Buy | META MATERIALS INC CONV TO CAD @39.19 %US PR CQ-592460 | 350 | 0.502 | -258.62 | 398.51 |
| Mar 24 | Buy | GAMESTOP CORP CL-A CONV TO CAD @39.09 %US PR MM-592661 | 5 | 24.379 | -183.45 | 215.06 |
| Mar 24 | Sell | GAMESTOP CORP CL-A CONV TO CAD @39.09 %US PR JG-593437 | -10 | 24.500 | 326.86 | 541.92 |
| Mar 24 | Buy | META MATERIALS INC CONV TO CAD @39.09 %US PR IK-592987 | 500 | 0.530 | -382.48 | 159.44 |
| Mar 27 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @38.69 %US PR SV-597072 | 80 | 1.290 | -156.98 | 2.46 |
| Mar 31 | Tax on Non-Qualified Investments | JAN T3 RET NQTAX-4452R8J | | | -181.51 | -179.05 |
| Mar 31 | **Ending cash balance** | | | | | **-$179.05** |

## Pending activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|---|
| Apr 4 | Sell | GAMESTOP CORP CL-A CONV TO CAD @33.41 %US PR AM-594932 | -40 | 23.000 | 1,214.03 |



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: Mar 31, 2023

---

# Your TFSA contribution and withdrawal information

**Contributions**

| | |
|---|---|
| Year to date | **$733.29** |

**Withdrawals**

| | |
|---|---|
| Year to date | **-$1,100.00** |

ⓘ **Important information about your account**

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: Mar 31, 2023

# Disclosures

## Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

## Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

## Your account at a glance – Additional Information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

## Holdings and Activity – Additional Information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

## Corporate Information

### *Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.*

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement
April 1, 2023 to April 30, 2023

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?
For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

> **You need to know**
> Please see page 3 for important information about your account.

| | This period (Apr 1 - Apr 30, 2023) | Last period (Mar 1 - Mar 31, 2023) | Year to date (Jan 1 - Apr 30, 2023) |
|---|---|---|---|
| Beginning balance | $22,124.28 | $33,298.23 | $30,359.71 |
| Change in your account balance | -$1,654.53 | -$11,173.95 | -$9,889.96 |
| **Ending balance** | **$20,469.75** | **$22,124.28** | **$20,469.75** |

▸ US dollars converted to Canadian dollars at **1.3550** as of Apr 30, 2023

## Holdings in your account
on April 30, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 112.28 | 112.28 | 0.00 | 0.55% |
| **COMMON SHARES** | | | | | | |
| AMERICAN VIRTUAL CLD-NEW **(AVCTQ)** | 3,071 SEG | 0.195U | 7,457.78 | 811.73 | -6,646.05 | 3.97% |
| SNDL INC **(SNDL)** | 1,000 SEG | 1.490U | 6,792.91 | 2,019.69 | -4,773.22 | 9.87% |
| **TOTAL DOMESTIC** | | | **$14,362.97** | **$2,943.70** | | **14.38%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| AMC ENTERTNMNT PF EQ UNIT **(APE)** | 500 SEG | 1.500U | 612.23 | 1,016.62 | 404.39 | 4.97% |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAINMENT HLDG-A **(AMC)** | 1,454 SEG | 5.500U | 50,886.98 | 10,839.93 | -40,047.05 | 52.96% |

(continued on next page)

*Order-Execution-Only Account.*    Regulated by



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: Apr 30, 2023

# Holdings in your account (continued)
on April 30, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| CAMBER ENERGY INC-NEW (CEI) | 2,245 SEG | 1.400U | 18,823.11 | 4,260.33 | -14,562.78 | 20.81% |
| META MATERIALS INC (MMAT) | 5,650 SEG | 0.184U | 8,219.24 | 1,409.17 | -6,810.07 | 6.88% |
| **TOTAL FOREIGN** | | | **$78,541.56** | **$17,526.05** | | **85.62%** |
| **Total Portfolio** | | | **$92,904.53** | **$20,469.75** | | **100.00%** |

‣ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3550**

‣ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

‣ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | | **Beginning cash balance** | | | | **-179.05** |
| Apr 4 | Deregistration | WITHDRAWAL | | | -1,000.00 | -1,179.05 |
| Apr 4 | Sell | GAMESTOP CORP CL-A | -40 | 23.000 | 1,214.03 | 34.98 |
| Apr 5 | Contribution | HJ442 TSF FR 6456665 | | | 20.11 | 55.09 |
| Apr 10 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @36.69 %US PR IO-596043 | 15 | 1.570 | -45.85 | 9.24 |
| Apr 20 | Contribution | IU515 TSF FR 6456665 | | | 100.00 | 109.24 |
| Apr 21 | Contribution | IP535 TSF FR 6456665 | | | 100.00 | 209.24 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Apr 30, 2023

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Apr 25 | Buy | META MATERIALS INC CONV TO CAD @37.39 %US PR OR-601879 | 300 | 0.190 | -92.33 | 116.91 |
| Apr 25 | Buy | META MATERIALS INC CONV TO CAD @36.79 %US PR EK-599340 | 350 | 0.190 | -104.63 | 12.28 |
| Apr 28 | Contribution | JJ345 TSF FR 6456665 | | | 100.00 | 112.28 |
| **Apr 30** | **Ending cash balance** | | | | | **$112.28** |

## Pending activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) |
|------|----------|-------------|----------|-----------|------------|
| May 2 | Buy | META MATERIALS INC CONV TO CAD @37.59 %US PR LU-599689 | 375 | 0.192 | -113.22 |

## Your TFSA contribution and withdrawal information

**Contributions**

| | |
|---|---|
| Year to date | $1,053.40 |

**Withdrawals**

| | |
|---|---|
| Year to date | -$2,100.00 |

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Apr 30, 2023

# Disclosures

### Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

### Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

### Your account at a glance -- Additional Information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

### Holdings and Activity -- Additional Information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments include the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing account, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

### Corporate Information

*'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.*

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement
May 1, 2023 to May 31, 2023

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?
For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| English: | 1-800-465-5463 |
| French: | 1-800-361-2684 |
| Cantonese: | 1-800-838-3223 option 1 |
| Mandarin: | 1-800-838-3223 option 2 |

## Your account at a glance

ⓘ **You need to know**
Please see page 4 for important information about your account.

| | This period (May 1 - May 31, 2023) | Last period (Apr 1 - Apr 30, 2023) | Year to date (Jan 1 - May 31, 2023) |
|---|---|---|---|
| Beginning balance | $20,469.75 | $22,124.28 | $30,359.71 |
| Change in your account balance | –$2,515.01 | –$1,654.53 | –$12,404.97 |
| **Ending balance** | **$17,954.74** | **$20,469.75** | **$17,954.74** |

▸ US dollars converted to Canadian dollars at **1.3570** as of May 31, 2023

## Holdings in your account
on May 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 57.18 | 57.18 | 0.00 | 0.32% |
| **COMMON SHARES** | | | | | | |
| AMERICAN VIRTUAL CLD-NEW | 3,071 SEG | 0.180u | 7,457.78 | 750.39 | -6,707.39 | 4.18% |
| SNDL INC **(SNDL)** | 1,000 SEG | 1.420u | 6,792.91 | 1,927.65 | -4,865.26 | 10.74% |
| **TOTAL DOMESTIC** | | | **$14,307.87** | **$2,735.22** | | **15.23%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| AMC ENTERTNMNT PF EQ UNIT **(APE)** | 250 SEG | 1.620u | 306.11 | 549.78 | 243.67 | 3.06% |
| AMC ENTERTNMNT PF EQ UNIT **(APE)** | 50 | 1.620u | 61.22 | 109.95 | 48.73 | 0.61% |

(continued on next page)

*Order-Execution-Only Account.*

**IIROC**  Regulated by
Investment Industry Regulatory



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: May 31, 2023

# Holdings in your account (continued)
on May 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAINMENT HLDG-A (AMC) | 1,454 SEG | 4.500U | 50,886.98 | 8,882.12 | -42,004.86 | 49.47% |
| CAMBER ENERGY INC-NEW (CEI) | 2,535 SEG | 1.070U | 19,367.60 | 3,682.15 | -15,685.45 | 20.51% |
| META MATERIALS INC (MMAT) | 7,000 SEG | 0.210U | 8,650.61 | 1,995.52 | -6,655.09 | 11.11% |
| **TOTAL FOREIGN** | | | **$79,272.52** | **$15,219.52** | | **84.77%** |
| **Total Portfolio** | | | **$93,580.39** | **$17,954.74** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3570**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | | **Beginning cash balance** | | | | 112.28 |
| May 2 | Buy | META MATERIALS INC | 375 | 0.192 | -113.22 | -0.94 |
| May 5 | Contribution | JT365 TSF FR 6456665 | | | 130.00 | 129.06 |
| May 8 | Contribution | RT554 TSF FR 6456665 | | | 19.37 | 148.43 |
| May 8 | Contribution | RW222 TSF FR 6456665 | | | 124.36 | 272.79 |
| May 9 | Sell | AMC ENTERTNMNT PF EQ UNIT CONV TO CAD @35.89 %US PR CI-602437 | -100 | 1.560 | 198.40 | 471.19 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: May 31, 2023

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| May 9 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @35.89 %US PR MC-602287 | 100 | 1.280 | -187.51 | 283.68 |
| May 9 | Buy | META MATERIALS INC | 104 | 0.209 | 0.00 | 283.68 |
| May 9 | Buy | META MATERIALS INC | 150 | 0.208 | 0.00 | 283.68 |
| May 9 | Buy | META MATERIALS INC CONV TO CAD @35.89 %US PR QR-603678 | 146 | 0.209 | -127.25 | 156.43 |
| May 10 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @35.39 %US PR RW-602524 | 15 | 1.290 | -39.72 | 116.71 |
| May 10 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @35.39 %US PR QE-602966 | 55 | 1.290 | -109.58 | 7.13 |
| May 24 | Contribution | HG325 TSF FR 6456665 | | | 100.00 | 107.13 |
| May 24 | Contribution | HT472 TSF FR 6456665 | | | 100.00 | 207.13 |
| May 25 | Contribution | IW050 TSF FR 6456665 | | | 50.00 | 257.13 |
| May 26 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @37.59 %US PR FZ-608774 | 60 | 1.110 | -105.38 | 151.75 |
| May 26 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @37.89 %US PR KY-605262 | 60 | 1.070 | -102.30 | 49.45 |
| May 30 | Sell | AMC ENTERTNMNT PF EQ UNIT CONV TO CAD @34.21 %US PR WQ-605087 | -100 | 1.580 | 198.63 | 248.08 |
| May 30 | Buy | META MATERIALS INC CONV TO CAD @34.21 %US PR WB-608739 | 575 | 0.230 | -190.90 | 57.18 |
| **May 31** | **Ending cash balance** | | | | | **$57.18** |

## Pending activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) |
|------|----------|-------------|----------|-----------|------------|
| Jun 1 | Sell | AMC ENTERTNMNT PF EQ UNIT CONV TO CAD @37.89 %US PR EB-609650 | -50 | 1.570 | 94.45 |
| Jun 1 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @37.89 %US PR UW-606800 | 65 | 1.050 | -107.89 |



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: May 31, 2023

# Your TFSA contribution and withdrawal information

**Contributions**

| Year to date | $1,577.13 |
|---|---|

**Withdrawals**

| Year to date | -$2,100.00 |
|---|---|

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.

Order Execution Only Account



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: May 31, 2023

# Disclosures

## Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

## Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

## Your account at a glance – Additional information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

## Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

## Corporate Information

### *Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.*

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement
June 1, 2023 to June 30, 2023

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?
For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

# Your account at a glance

> **(i) You need to know**
> Please see page 4 for important information about your account.

| | This period (Jun 1 - Jun 30, 2023) | Last period (May 1 - May 31, 2023) | Year to date (Jan 1 - Jun 30, 2023) |
|---|---|---|---|
| Beginning balance | $17,954.74 | $20,469.75 | $30,359.71 |
| Change in your account balance | -$1,664.62 | -$2,515.01 | -$14,069.59 |
| **Ending balance** | **$16,290.12** | **$17,954.74** | **$16,290.12** |

▸ US dollars converted to Canadian dollars at **1.3260** as of Jun 30, 2023

# Holdings in your account
on June 30, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 19.20 | 19.20 | 0.00 | 0.12% |
| **COMMON SHARES** | | | | | | |
| SNDL INC **(SNDL)** | 1,050 SEG | 1.370u | 6,892.66 | 1,908.17 | -4,984.49 | 11.71% |
| **TOTAL DOMESTIC** | | | **$6,911.86** | **$1,927.37** | | **11.83%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| AMC ENTERTNMNT PF EQ UNIT **(APE)** | 100 SEG | 1.740u | 122.45 | 230.81 | 108.36 | 1.42% |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAINMENT HLDG-A **(AMC)** | 1,300 SEG | 4.400u | 45,497.30 | 7,587.58 | -37,909.72 | 46.58% |
| CAMBER ENERGY INC-NEW **(CEI)** | 4,024 SEG | 0.638u | 19,192.73 | 3,405.53 | -15,787.20 | 20.91% |

(continued on next page)

*Order-Execution-Only Account.*
**Regulated by**



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jun 30, 2023

# Holdings in your account (continued)
on June 30, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| CAMBER ENERGY INC-NEW (CEI) | 474 | 0.638u | 2,260.77 | 401.14 | -1,859.63 | 2.46% |
| FINGERMOTION INC (FNGR) | 115 SEG | 2.990u | 590.79 | 456.11 | -134.68 | 2.80% |
| META MATERIALS INC (MMAT) | 8,000 SEG | 0.215u | 8,937.50 | 2,281.58 | -6,655.92 | 14.01% |
| **TOTAL FOREIGN** | | | **$76,601.54** | **$14,362.75** | | **88.17%** |
| **Total Portfolio** | | | **$83,513.40** | **$16,290.12** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3260**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

---

### Definitions

## An explanation of terms shown in the tables above

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

---

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | **57.18** |
| Jun 1 | Sell | AMC ENTERTNMNT PF EQ UNIT | -50 | 1.570 | 94.45 | 151.63 |
| Jun 1 | Defunct Security | AMERICAN VIRTUAL CLD-NEW | -3,071 | | 0.00 | 151.63 |
| Jun 1 | Buy | CAMBER ENERGY INC-NEW | 65 | 1.050 | -107.89 | 43.74 |
| Jun 5 | Sell | AMC ENTERTNMNT PF EQ UNIT CONV TO CAD @32.61 %US PR MF-610895 | -50 | 1.630 | 94.82 | 138.56 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jun 30, 2023

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Jun 5 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @32.61 %US PR YW-607920 | 50 | 1.060 | -83.53 | 55.03 |
| Jun 8 | Sell | AMC ENTERTNMNT PF EQ UNIT CONV TO CAD @32.41 %US PR OL-607633 | -100 | 1.610 | 199.94 | 254.97 |
| Jun 9 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @35.69 %US PR MF-612076 | 150 | 1.060 | -229.30 | 25.67 |
| Jun 12 | Contribution | RH422 TSF FR 6456665 | | | 100.00 | 125.67 |
| Jun 14 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @35.69 %US PR DL-611332 | 80 | 1.010 | -123.19 | 2.48 |
| Jun 16 | Contribution | JI300 TSF FR 6456665 | | | 50.00 | 52.48 |
| Jun 16 | Contribution | JR445 TSF FR 6456665 | | | 50.00 | 102.48 |
| Jun 16 | Contribution | JI362 TSF FR 6456665 | | | 105.00 | 207.48 |
| Jun 21 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @34.29 %US PR HO-610134 | 107 | 1.010 | -158.54 | 48.94 |
| Jun 21 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @33.99 %US PR NT-612829 | 25 | 1.020 | -47.55 | 1.39 |
| Jun 23 | Contribution | JL462 TSF FR 6456665 | | | 150.00 | 151.39 |
| Jun 23 | Sell | AMC ENTERTAINMENT HLDG-A CONV TO CAD @29.61 %US PR CH-609999 | -54 | 4.570 | 306.89 | 458.28 |
| Jun 26 | Contribution | LP491 TSF FR 6456665 | | | 600.00 | 1,058.28 |
| Jun 26 | Buy | META MATERIALS INC CONV TO CAD @33.69 %US PR WF-615848 | 1,000 | 0.204 | -286.89 | 771.39 |
| Jun 27 | Contribution | WO514 TSF FR 6456665 | | | 150.00 | 921.39 |
| Jun 27 | Contribution | WI505 TSF FR 6456665 | | | 600.00 | 1,521.39 |
| Jun 27 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @34.09 %US PR JU-610750 | 160 | 0.705 | -164.82 | 1,356.57 |
| Jun 28 | Buy | FINGERMOTION INC | 65 | 3.740 | 0.00 | 1,356.57 |
| Jun 28 | Buy | FINGERMOTION INC CONV TO CAD @34.09 %US PR CA-612677 | 50 | 3.750 | -590.79 | 765.78 |
| Jun 29 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @33.89 %US PR DJ-611494 | 197 | 0.646 | -183.82 | 581.96 |
| Jun 29 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @33.59 %US PR GY-611232 | 650 | 0.657 | -583.94 | -1.98 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: Jun 30, 2023

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Jun 30 | Sell | AMC ENTERTAINMENT HLDG-A CONV TO CAD @30.41 %US PR SR-613995 | -100 | 4.120 | 524.25 | 522.27 |
| Jun 30 | Buy | CAMBER ENERGY INC-NEW | 200 | 0.624 | 0.00 | 522.27 |
| Jun 30 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @30.41 %US PR OV-616365 | 279 | 0.625 | -403.32 | 118.95 |
| Jun 30 | Buy | SNDL INC CONV TO CAD @30.41 %US PR AX-611648 | 50 | 1.330 | -99.75 | 19.20 |
| Jun 30 | **Ending cash balance** | | | | | **$19.20** |

## Pending activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) |
|------|----------|-------------|----------|-----------|------------|
| Jul 5 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @34.69 %US PR YB-617249 | 96 | 0.640 | -96.21 |
| Jul 5 | Sell | SNDL INC CONV TO CAD @34.69 %US PR UT-613601 | -50 | 1.370 | 78.79 |

## Your TFSA contribution and withdrawal information

### Contributions

| | |
|---|---|
| Year to date | $3,382.13 |

### Withdrawals

| | |
|---|---|
| Year to date | -$2,100.00 |

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.

Order Execution Only Account



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jun 30, 2023

---

# Disclosures

### Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

### Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

### Your account at a glance – Additional information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

### Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG  is an abbreviation to indicate that the investments  are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

### Corporate Information

*'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.*

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement

July 1, 2023 to July 31, 2023

Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

> ⓘ **You need to know**
> Please see **page 4** for important information about your account.

| | This period (Jul 1 - Jul 31, 2023) | Last period (Jun 1 - Jun 30, 2023) | Year to date (Jan 1 - Jul 31, 2023) |
|---|---|---|---|
| Beginning balance | $16,290.12 | $17,954.74 | $30,359.71 |
| Change in your account balance | $3,547.23 | -$1,664.62 | -$10,522.36 |
| **Ending balance** | **$19,837.35** | **$16,290.12** | **$19,837.35** |

▸ US dollars converted to Canadian dollars at **1.3170** as of Jul 31, 2023

## Holdings in your account
on July 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 2.94 | 2.94 | 0.00 | 0.01% |
| **COMMON SHARES** | | | | | | |
| SNDL INC (**SNDL**) | 1,000 SEG | 1.670∪ | 5,676.80 | 2,200.22 | -3,476.58 | 11.09% |
| **TOTAL DOMESTIC** | | | **$5,679.74** | **$2,203.16** | | **11.11%** |
| **FOREIGN** | | | | | | |
| **PREFERRED SHARES** | | | | | | |
| AMC ENTERTNMNT PF EQ UNIT (**APE**) | 100 SEG | 1.850∪ | 122.45 | 243.73 | 121.28 | 1.23% |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAINMENT HLDG-A (**AMC**) | 1,300 SEG | 4.970∪ | 45,497.30 | 8,512.36 | -36,984.94 | 42.91% |
| CAMBER ENERGY INC-NEW (**CEI**) | 4,900 SEG | 0.850∪ | 21,481.68 | 5,487.38 | -15,994.30 | 27.66% |

(continued on next page)

*Order-Execution-Only Account.*



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jul 31, 2023

# Holdings in your account (continued)
on July 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| FINGERMOTION INC (FNGR) | 50 SEG | 5.920u | 256.87 | 389.98 | 133.11 | 1.97% |
| META MATERIALS INC (MMAT) | 9,147 SEG | 0.249u | 9,257.96 | 3,000.74 | -6,257.22 | 15.13% |
| **TOTAL FOREIGN** | | | **$76,616.26** | **$17,634.19** | | **88.89%** |
| **Total Portfolio** | | | **$82,296.00** | **$19,837.35** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3170**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

*Book cost for long positions* is the total amount paid to acquire a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

*Book cost for short positions* is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

*Market value* is the price of the security or fund multiplied by the quantity held.

*Unrealized Gain or Loss* is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | | Beginning cash balance | | | | 19.20 |
| Jul 5 | Buy | CAMBER ENERGY INC-NEW | 96 | 0.640 | -96.21 | -77.01 |
| Jul 5 | Sell | SNDL INC | -50 | 1.370 | 78.79 | 1.78 |
| Jul 6 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @30.51 %US PR WM-613515 | 235 | 0.650 | -212.39 | -210.61 |
| Jul 6 | Sell | FINGERMOTION INC CONV TO CAD @30.51 %US PR SN-615973 | -15 | 3.150 | 48.61 | -162.00 |
| Jul 6 | Sell | SNDL INC CONV TO CAD @30.51 %US PR YD-613315 | -100 | 1.410 | 170.97 | 8.97 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jul 31, 2023

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Jul 7 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @30.41 %US PR DP-617032 | 171 | 0.650 | -157.98 | -149.01 |
| Jul 7 | Sell | SNDL INC CONV TO CAD @30.41 %US PR PI-613020 | -100 | 1.400 | 169.53 | 20.52 |
| Jul 13 | Sell | FINGERMOTION INC | -38 | 6.560 | 0.00 | 20.52 |
| Jul 13 | Sell | FINGERMOTION INC CONV TO CAD @30.41 %US PR HN-614323 | -2 | 6.575 | 329.19 | 349.71 |
| Jul 13 | Sell | FINGERMOTION INC CONV TO CAD @30.41 %US PR OV-618723 | -10 | 7.000 | 78.25 | 427.96 |
| Jul 14 | Buy | META MATERIALS INC CONV TO CAD @33.59 %US PR KB-617118 | 1,000 | 0.187 | -263.16 | 164.80 |
| Jul 14 | Buy | SNDL INC CONV TO CAD @33.59 %US PR YX-613857 | 75 | 1.460 | -159.63 | 5.17 |
| Jul 19 | Contribution | HR133 TSF FR 6456665 | | | 100.00 | 105.17 |
| Jul 21 | Contribution | JI422 TSF FR 6456665 | | | 100.00 | 205.17 |
| Jul 21 | Buy | SNDL INC CONV TO CAD @33.89 %US PR UH-614806 | 47 | 1.468 | -105.79 | 99.38 |
| Jul 25 | Sell | CAMBER ENERGY INC-NEW CONV TO CAD @34.09 %US PR BK-616932 | -100 | 1.000 | 120.68 | 220.06 |
| Jul 25 | Buy | META MATERIALS INC CONV TO CAD @34.09 %US PR RO-619101 | 147 | 0.222 | -57.30 | 162.76 |
| Jul 25 | Buy | SNDL INC CONV TO CAD @34.09 %US PR GO-616899 | 78 | 1.400 | -159.82 | 2.94 |
| Jul 31 | **Ending cash balance** | | | | | **$2.94** |

## Your TFSA contribution and withdrawal information

### Contributions

| | |
|---|---|
| Year to date | $3,582.13 |

### Withdrawals

| | |
|---|---|
| Year to date | -$2,100.00 |

Order Execution Only Account



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jul 31, 2023

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jul 31, 2023

# Disclosures

## Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

## Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

## Your account at a glance – Additional Information

Beginning balance – The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance – Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance – This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end – The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

## Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL – No Load, D – Deferred Sales Charge, LL – Low Load and FRAC – Fractional Shares. Abbreviations related to restricted voting privileges are NVS – Non - Voting Shares, RS – Restricted Shares, SVS – Subordinate Voting Shares and RVS – Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

## Corporate Information

***Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.***

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement

August 1, 2023 to August 31, 2023

Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Account currency: Canadian dollars

### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| English: | **1-800-465-5463** |
| French: | **1-800-361-2684** |
| Cantonese: | **1-800-838-3223 option 1** |
| Mandarin: | **1-800-838-3223 option 2** |

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

## Your account at a glance

| | This period (Aug 1 - Aug 31, 2023) | Last period (Jul 1 - Jul 31, 2023) | Year to date (Jan 1 - Aug 31, 2023) |
|---|---|---|---|
| ⓘ **You need to know** Please see page **4** for important information about your account. | | | |
| Beginning balance | $19,837.35 | $16,290.12 | $30,359.71 |
| Change in your account balance | -$8,599.67 | $3,547.23 | -$19,122.03 |
| Ending balance | $11,237.68 | $19,837.35 | $11,237.68 |

‣ US dollars converted to Canadian dollars at **1.3500** as of Aug 31, 2023

## Holdings in your account

on August 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 9.10 | 9.10 | 0.00 | 0.08% |
| **COMMON SHARES** | | | ‣ | | | |
| SNDL INC **(SNDL)** | 1,000 SEG | 1.790u | 5,339.22 | 2,417.39 | -2,921.83 | 21.51% |
| **TOTAL DOMESTIC** | | | **$5,348.32** | **$2,426.49** | | **21.59%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAIN HLDGS-A NEW **(AMC)** | 148 SEG | 12.550u | 45,596.41 | 2,508.41 | -43,088.00 | 22.32% |
| CAMBER ENERGY INC-NEW **(CEI)** | 5,150 SEG | 0.410u | 21,674.90 | 2,851.58 | -18,823.32 | 25.38% |
| FINGERMOTION INC **(FNGR)** | 50 SEG | 5.110u | 256.87 | 345.05 | 88.18 | 3.07% |

(continued on next page)

*Order-Execution-Only Account.*

**Regulated by**

**Total Portfolio** $82,432.90 $11,237.08 100. %

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is 1.3608

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

| Definitions |
| --- |

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
| --- | --- | --- | --- | --- | --- | --- |
| | | Beginning cash balance | | | | 2.94 |
| Aug 9 | Contribution | HQ403 TSF FR 6456665 | | | 100.00 | 102.94 |
| Aug 15 | Contribution | WO470 TSF FR 6456665 | | | 100.00 | 202.94 |
| Aug 15 | Contribution | WT034 TSF FR 6456665 | | | 100.00 | 302.94 |
| Aug 15 | Buy | META MATERIALS INC CONV TO CAD @36.19 %US PR BW-622331 | 270 | 0.242 | -102.74 | 200.20 |
| Aug 17 | Buy | AMC ENTERTAINMENT HLDG-A CONV TO CAD @36.94 %US PR JZ-625051 | 17 | 3.659 | -98.88 | 101.32 |
| Aug 17 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @36.94 %US PR BS-622588 | 100 | 0.540 | -87.63 | 13.69 |

(continued on next page)

*Order-Execution-Only Account.*

Page 2 of 5



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Aug 31, 2023

## Holdings in your account (continued)
on August 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| META MATERIALS INC (MMAT) | 10,000 SEG | 0.230u | 9,556.40 | 3,106.15 | -6,450.25 | 27.64% |
| **TOTAL FOREIGN** | | | **$77,084.58** | **$8,811.19** | | **78.41%** |



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Aug 31, 2023

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Aug 17 | Buy | META MATERIALS INC CONV TO CAD @36.94 %US PR DP-626286 | 583 | 0.228 | -195.70 | -182.01 |
| Aug 17 | Sell | SNDL INC CONV TO CAD @36.94 %US PR VD-625784 | -100 | 1.570 | 201.30 | 19.29 |
| Aug 23 | Contribution | HT522 TSF FR 6456665 | | | 147.83 | 167.12 |
| Aug 24 | Reverse Split | AMC ENTERTAINMENT HLDG-A* | -1,317 | | 45,596.18 | 45,763.30 |
| Aug 24 | Reverse Split | AMC ENTERTAIN HLDGS-A NEW | 131 | | -45,596.18 | 167.12 |
| Aug 28 | Sell | AMC ENTERTNMNT PF EQ UNIT CONV TO CAD @33.61 %US PR IZ-623221 | -100 | 1.430 | 177.70 | 344.82 |
| Aug 28 | Stock Dividend | AMC ENTERTAIN HLDGS-A NEW | 17 | | -0.23 | 344.59 |
| Aug 28 | Withholding Tax | AMC ENTERTAIN HLDGS-A NEW | 131 | | -0.03 | 344.56 |
| Aug 28 | Dividends | AMC ENTERTAIN HLDGS-A NEW | -131 | | 0.23 | 344.79 |
| Aug 29 | Buy | SNDL INC CONV TO CAD @37.79 %US PR FE-624756 | 100 | 1.570 | -230.10 | 114.69 |
| Aug 30 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @37.99 %US PR RN-624867 | 150 | 0.443 | -105.59 | 9.10 |
| **Aug 31** | **Ending cash balance** | | | | | **$9.10** |

## Details of investment income

| Earnings/Expenses | This period (Aug 1 - Aug 31, 2023) | Year to date (Jan 1 - Aug 31, 2023) |
|-------------------|-----------------------------------:|------------------------------------:|
| Dividends | 0.23 | 0.23 |
| **Total** | **$0.23** | **$0.23** |

## Your TFSA contribution and withdrawal information

**Contributions**

| Year to date | **$4,029.96** |
|--------------|--------------:|

**Withdrawals**

| Year to date | **-$2,100.00** |
|--------------|---------------:|



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Aug 31, 2023

---

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Aug 31, 2023

# Disclosures

## Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

## Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

## Your account at a glance – Additional information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

## Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

## Corporate Information

*'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.*

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ('TMX') and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement

September 1, 2023 to September 30, 2023

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?

For questions about your statement or further
information, we provide support Monday through
Friday, in 4 languages:

| English: | **1-800-465-5463** |
| French: | **1-800-361-2684** |
| Cantonese: | **1-800-838-3223 option 1** |
| Mandarin: | **1-800-838-3223 option 2** |

## Your account at a glance

| ⓘ **You need to know**<br>Please see page 3 for<br>important information<br>about your account. | | This period<br>(Sep 1 - Sep 30, 2023) | Last period<br>(Aug 1 - Aug 31, 2023) | Year to date<br>(Jan 1 - Sep 30, 2023) |
|---|---|---|---|---|
| | Beginning balance | $11,237.68 | $19,837.35 | $30,359.71 |
| | Change in your account balance | -$760.54 | -$8,599.67 | -$19,882.57 |
| | **Ending balance** | **$10,477.14** | **$11,237.68** | **$10,477.14** |

▸ US dollars converted to Canadian dollars at **1.3570** as of Sep 30, 2023

## Holdings in your account
on September 30, 2023

| Description | Quantity or<br>par value ($) | Price ($) | Book<br>cost ($) | Market<br>value ($) | Unrealized<br>gain<br>or loss ($) | %<br>of your<br>holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 1,113.63 | 1,113.63 | 0.00 | 10.63% |
| **COMMON SHARES** | | | | | | |
| SNDL INC **(SNDL)** | 1,000 SEG | 1.900u | 5,339.22 | 2,579.25 | -2,759.97 | 24.62% |
| **TOTAL DOMESTIC** | | | **$6,452.85** | **$3,692.88** | | **35.25%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAIN<br>HLDGS-A NEW **(AMC)** | 148 SEG | 7.990u | 45,584.40 | 1,605.27 | -43,979.13 | 15.32% |
| CAMBER ENERGY<br>INC-NEW **(CEI)** | 6,020 SEG | 0.230u | 22,082.38 | 1,879.59 | -20,202.79 | 17.94% |
| FINGERMOTION INC<br>**(FNGR)** | 50 SEG | 6.210u | 256.87 | 421.50 | 164.63 | 4.02% |

(continued on next page)

*Order-Execution-Only Account.*

**Regulated by**



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Sep 30, 2023

# Holdings in your account (continued)
## on September 30, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| META MATERIALS INC (MMAT) | 10,000 SEG | 0.212u | 9,556.40 | 2,877.90 | -6,678.50 | 27.47% |
| **TOTAL FOREIGN** | | | **$77,480.05** | **$6,784.26** | | **64.75%** |
| **Total Portfolio** | | | **$83,932.90** | **$10,477.14** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3570**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | | Beginning cash balance | | | | 9.10 |
| Sep 11 | Contribution | RL524 TSF FR 6456665 | | | 250.00 | 259.10 |
| Sep 12 | Contribution | WU295 TSF FR 6456665 | | | 150.00 | 409.10 |
| Sep 13 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @37.79 %US PR SA-628779 | 550 | 0.314 | -252.18 | 156.92 |
| Sep 15 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @37.79 %US PR BO-628085 | 320 | 0.321 | -155.30 | 1.62 |
| Sep 21 | Cash in Lieu | AMC ENTERTAIN HLDGS-A NEW | | | 0.89 | 2.51 |
| Sep 21 | Cash in Lieu | AMC ENTERTAIN HLDGS-A NEW | | | 4.45 | 6.96 |

(continued on next page)



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: Sep 30, 2023

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Sep 21 | Cash in Lieu | AMC ENTERTAIN HLDGS-A NEW | | | 6.67 | 13.63 |
| Sep 28 | Contribution | IG360 TSF FR 6456665 | | | 1,100.00 | 1,113.63 |
| **Sep 30** | **Ending cash balance** | | | | | **$1,113.63** |

## Pending activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) |
|------|----------|-------------|----------|-----------|------------|
| Oct 2 | Buy | AMC ENTERTAIN HLDGS-A NEW CONV TO CAD @36.89 %US PR PR-628788 | 2 | 7.600 | -34.48 |
| Oct 2 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @36.89 %US PR YM-631587 | 3,100 | 0.249 | -1,074.15 |

## Details of investment income

| Earnings/Expenses | This period (Sep 1 - Sep 30, 2023) | Year to date (Jan 1 - Sep 30, 2023) |
|-------------------|-----------------------------------|-------------------------------------|
| Dividends | 0.00 | 0.23 |
| **Total** | **$0.00** | **$0.23** |

## Your TFSA contribution and withdrawal information

| Contributions | |
|---------------|---|
| Year to date | $5,529.96 |
| **Withdrawals** | |
| Year to date | -$2,100.00 |

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.



# Disclosures

## Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

## Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

## Your account at a glance – Additional Information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

## Holdings and Activity – Additional Information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

## Corporate Information

*'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.*

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your TFSA statement

October 1, 2023 to October 31, 2023

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| English: | 1-800-465-5463 |
| French: | 1-800-361-2684 |
| Cantonese: | 1-800-838-3223 option 1 |
| Mandarin: | 1-800-838-3223 option 2 |

## Your account at a glance

> ⓘ **You need to know**
> Please see **page 4** for important information about your account.

| | This period (Oct 1 - Oct 31, 2023) | Last period (Sep 1 - Sep 30, 2023) | Year to date (Jan 1 - Oct 31, 2023) |
|---|---|---|---|
| Beginning balance | $10,477.14 | $11,237.68 | $30,359.71 |
| Change in your account balance | $1,400.21 | -$760.54 | -$18,482.36 |
| **Ending balance** | **$11,877.35** | **$10,477.14** | **$11,877.35** |

▸ US dollars converted to Canadian dollars at **1.3870** as of Oct 31, 2023

## Holdings in your account

on October 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 927.21 | 927.21 | 0.00 | 7.81% |
| **COMMON SHARES** | | | | | | |
| SNDL INC (**SNDL**) | 500 SEG | 1.440U | 2,669.61 | 999.00 | -1,670.61 | 8.41% |
| **TOTAL DOMESTIC** | | | **$3,596.82** | **$1,926.21** | | **16.22%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAIN HLDGS-A NEW (**AMC**) | 150 SEG | 10.680U | 45,618.88 | 2,222.77 | -43,396.11 | 18.71% |
| CAMBER ENERGY INC-NEW (**CEI**) | 10,000 SEG | 0.352U | 20,380.34 | 4,884.00 | -15,496.34 | 41.12% |
| FINGERMOTION INC (**FNGR**) | 100 SEG | 5.980U | 704.12 | 829.72 | 125.60 | 6.99% |

(continued on next page)

Regulated by



# Holdings in your account (continued)
on October 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| META MATERIALS INC (MMAT) | 12,000 SEG | 0.121u | 10,187.64 | 2,014.65 | -8,172.99 | 16.96% |
| **TOTAL FOREIGN** | | | **$76,890.98** | **$9,951.14** | | **83.78%** |
| **Total Portfolio** | | | **$80,487.80** | **$11,877.35** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3870**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

*Book cost for long positions* is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

*Book cost for short positions* is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

*Market value* is the price of the security or fund multiplied by the quantity held.

*Unrealized Gain or Loss* is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | 1,113.63 |
| Oct 2 | Buy | AMC ENTERTAIN HLDGS-A NEW | 2 | 7.600 | -34.48 | 1,079.15 |
| Oct 2 | Buy | CAMBER ENERGY INC-NEW | 3,100 | 0.249 | -1,074.15 | 5.00 |
| Oct 3 | Contribution | WQ002 TSF FR 6456665 | | | 50.00 | 55.00 |
| Oct 3 | Contribution | RT434 TSF FR 6456665 | | | 250.00 | 305.00 |
| Oct 5 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @39.19 %US PR BT-633426 | 880 | 0.220 | -283.38 | 21.62 |
| Oct 13 | Contribution | JL501 TSF FR 6456665 | | | 1,000.00 | 1,021.62 |
| Oct 13 | Buy | META MATERIALS INC CONV TO CAD @38.09 %US PR OW-632698 | 1,000 | 0.215 | -311.66 | 709.96 |
| Oct 13 | Sell | SNDL INC CONV TO CAD @38.09 %US PR RT-636411 | -150 | 1.600 | 317.61 | 1,027.57 |

(continued on next page)

Order Execution Only Account



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Oct 31, 2023

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Oct 17 | Contribution | WH455 TSF FR 6456665 | | | 100.00 | 1,127.57 |
| Oct 17 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @38.69 %US PR IW-633852 | 1,970 | 0.371 | -1,028.87 | 98.70 |
| Oct 18 | Buy | FINGERMOTION INC CONV TO CAD @34.31 %US PR QZ-632574 | 50 | 6.460 | -447.25 | -348.55 |
| Oct 18 | Buy | META MATERIALS INC CONV TO CAD @34.31 %US PR CI-634372 | 750 | 0.221 | -236.44 | -584.99 |
| Oct 18 | Sell | SNDL INC CONV TO CAD @34.31 %US PR UW-634230 | -350 | 1.552 | 716.33 | 131.34 |
| Oct 19 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @38.59 %US PR RP-639081 | 60 | 0.420 | -48.77 | 82.57 |
| Oct 19 | Buy | META MATERIALS INC CONV TO CAD @38.59 %US PR SG-635174 | 250 | 0.200 | -83.14 | -0.57 |
| Oct 27 | Sell | CAMBER ENERGY INC-NEW CONV TO CAD @35.91 %US PR WE-636037 | -2,030 | 0.341 | 927.78 | 927.21 |
| **Oct 31** | **Ending cash balance** | | | | | **$927.21** |

## Details of investment income

| Earnings/Expenses | This period (Oct 1 - Oct 31, 2023) | Year to date (Jan 1 - Oct 31, 2023) |
|-------------------|-----------------------------------|-------------------------------------|
| Dividends | 0.00 | 0.23 |
| **Total** | **$0.00** | **$0.23** |

## Your TFSA contribution and withdrawal information

**Contributions**

| | |
|---|---|
| Year to date | $6,929.96 |

**Withdrawals**

| | |
|---|---|
| Year to date | -$2,100.00 |

Order Execution Only Account



Account number: 4452R6-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Oct 31, 2023

---

## ⓘ Important information about your account

In connection with our annual audit, please review your account statement and report any discrepancies to our auditors:
Email: td.waterhouse.auditconfirmations@ca.ey.com ; Ernst & Young LLP, 100 Adelaide Street West, PO Box 1,
Toronto, ON, Canada, M5H 0B3, Fax: 416-864-1174

**Order Execution Only Account**



# Disclosures

## Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

## Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

## Your account at a glance – Additional Information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

## Holdings and Activity – Additional Information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

## Corporate Information

### 'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.



**TD Direct Investing**

# Your TFSA statement

November 1, 2023 to November 30, 2023

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

ⓘ **You need to know**

Please see **page 3** for important information about your account.

| | This period (Nov 1 - Nov 30, 2023) | Last period (Oct 1 - Oct 31, 2023) | Year to date (Jan 1 - Nov 30, 2023) |
|---|---|---|---|
| Beginning balance | $11,877.35 | $10,477.14 | $30,359.71 |
| Change in your account balance | -$4,101.96 | $1,400.21 | -$22,584.32 |
| **Ending balance** | **$7,775.39** | **$11,877.35** | **$7,775.39** |

▸ US dollars converted to Canadian dollars at **1.3580** as of Nov 30, 2023

## Holdings in your account

on November 30, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 27.21 | 27.21 | 0.00 | 0.35% |
| **COMMON SHARES** | | | | | | |
| SNDL INC **(SNDL)** | 500 SEG | 1.430U | 2,669.61 | 971.32 | -1,698.29 | 12.49% |
| **TOTAL DOMESTIC** | | | **$2,696.82** | **$998.53** | | **12.84%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAIN HLDGS-A NEW **(AMC)** | 150 SEG | 6.650U | 45,618.88 | 1,355.10 | -44,263.78 | 17.43% |
| CAMBER ENERGY INC-NEW **(CEI)** | 10,000 SEG | 0.244U | 20,380.34 | 3,314.74 | -17,065.60 | 42.63% |
| FINGERMOTION INC **(FNGR)** | 100 SEG | 4.230U | 704.12 | 574.64 | -129.48 | 7.39% |

(continued on next page)

*Order-Execution-Only Account.*



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: Nov 30, 2023

# Holdings in your account (continued)
## on November 30, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| META MATERIALS INC (MMAT) | 12,000 SEG | 0.094U | 10,187.64 | 1,532.38 | -8,655.26 | 19.71% |
| **TOTAL FOREIGN** | | | **$76,890.98** | **$6,776.86** | | **87.16%** |
| **Total Portfolio** | | | **$79,587.80** | **$7,775.39** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3580**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

## Definitions
### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | 927.21 |
| Nov 2 | Deregistration | WITHDRAWAL | | | -900.00 | 27.21 |
| **Nov 30** | **Ending cash balance** | | | | | **$27.21** |

# Details of investment income

| Earnings/Expenses | This period (Nov 1 - Nov 30, 2023) | Year to date (Jan 1 - Nov 30, 2023) |
|---|---|---|
| Dividends | 0.00 | 0.23 |
| **Total** | **$0.00** | **$0.23** |

Order Execution Only Account



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: Nov 30, 2023

# Your TFSA contribution and withdrawal information

**Contributions**

| | |
|---|---|
| Year to date | **$6,929.96** |

**Withdrawals**

| | |
|---|---|
| Year to date | **-$3,000.00** |

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.

Order Execution Only Account



# Disclosures

## Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

### Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

### Your account at a glance – Additional information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

### Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

### Corporate Information

**'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.**

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.



**TD Direct Investing**

# Your performance report
January 1, 2023 to December 31, 2023

Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

| | Last 12 months<br>(Jan 1, 2023 - Dec 31, 2023) | Since Feb 4, 2021<br>(Feb 4, 2021 - Dec 31, 2023) |
|---|---:|---:|
| Performance reporting beginning balance | $30,359.75 | $0.00 |
| Deposits including transfers in | $6,929.96 | $137,133.16 |
| Withdrawals including transfers out | -$3,400.00 | -$39,342.83 |
| Change in value of your account | -$27,339.40 | -$91,240.02 |
| **Performance reporting ending balance** | **$6,550.31** | **$6,550.31** |

## How your account has performed

Your account has changed in value by -$91,240.02 since Feb 4, 2021.



□ Your invested capital (deposits less withdrawals): since Feb 4, 2021: **$97,790.33**

▨ Market value of your account as of Dec 31, 2023: **$6,550.31**

Your invested capital is calculated based on the deposits less withdrawals of cash and/or securities, and for accounts that were opened prior to Jan 1, 2012 the market value of your account at that time was used to determine the opening invested capital value. Deposits or withdrawals of securities into your account use the closing market value of each security to calculate the value of the contribution or withdrawal taking into account any applicable fees or charges. It does not include interest earned or reinvested distributions. Invested capital can appear as a negative number if the market value of your withdrawals is greater than the market value of your deposits.

## Your personal rates of return as of Dec 31, 2023

| For the last<br>12 months<br>(%) | Since<br>Feb 4, 2021<br>(%) |
|---:|---:|
| **-84.20** | **-76.69** |

Personal rate of return reflects the total percentage return earned on the investments held in your account. Total percentage return means the cumulative realized and unrealized capital gains and losses of an investment, plus income from the investment, over a specified period of time, expressed as a percentage.

Personal rate of return is calculated using a money-weighted methodology. Unlike alternative rate of return methodologies, it takes into account any deposits or withdrawals you have made, and the performance outcomes of your investments over a specified time period, net of fees and charges paid directly by this account. Rates of return are provided on an annualized basis except for any returns reflective of a period of less than one year.

This historical data offers you a longer term perspective about your account's performance and progress towards your goals.

*Order-Execution-Only Account.*

**Regulated by**



**TD Direct Investing**

# Your fees and charges report

January 1, 2023 to December 31, 2023

Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| English: | **1-800-465-5463** |
| French: | **1-800-361-2684** |
| Cantonese: | **1-800-838-3223 option 1** |
| Mandarin: | **1-800-838-3223 option 2** |

## Details of fees and charges

| Description | Last 12 months (Jan 1, 2023 - Dec 31, 2023) |
|---|---|
| **Fees and charges you paid** | |
| Trading Charges | |
|    SEC Fee | 0.37 |
|    Commissions | 1,204.34 |
|   Total Trading Charges | $1,204.34 |
| **Total fees and charges you paid** | **$1,204.71** |

*For details of the operating charges which may apply to your account, please refer to the Statement of Disclosure of Rates and Fees and Relationship Disclosure provided to you, which can also be obtained by visiting our website at TD.com or by contacting us at 1-800-465-5463.*

*Order-Execution-Only Account.*





# Disclosures

**Annual Investment Performance Report - Additional Information**

Performance reporting beginning balance - This line is the beginning balance of the account on the first day of the reporting period. It is the same as the previous performance reporting period unless an adjusting entry was made which would have been noted on your account statement. This beginning balance may not match your account statement balance due to the fact that this report is produced using a different system than the one that produces your account statement. These systems use different accounting methodologies for income accrual and security pricing and while both systems are accurate this may result in different values being displayed.

Deposits including transfers in - Includes any deposits, contributions, transfers into your account, adjustments, and any reversals of transfers-out of your account.

Withdrawals including transfers out - Includes any withdrawals, payments, transfers out of your account, and any reversals of transfers into your account.

Change in value of your account - This is calculated using the following formula: (Performance reporting ending balance LESS Performance reporting beginning balance LESS Deposits including transfers in PLUS Withdrawals including transfers out). It includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Performance reporting ending balance - This line is the total value of the account at the end of the reporting period. This ending balance may not match your account statement balance due to the fact that this report is produced using a different system than the one that produces your account statement. These systems use different accounting methodologies for income accrual and security pricing and while both systems are accurate this may result in different values being displayed.

Performance Rates of Return - Please note, Your personal rate of return is calculated using a different system from the one that is used to produce your account statement. These systems, since they use different accounting methodologies for income accrual and security pricing are both accurate. However, you cannot derive Your personal rate of return directly from the data presented in your account statement.

Performance Rate of Return is based on Trade Date cash and securities market value, calculated daily.

Security positions whose current market value cannot be determined are labeled "N/D" in the Holdings section of your account statement. For the purpose of account balances and performance calculations in this report, N/D securities are attributed a market value of $0.

If you instructed us to pay any operating charges from an account other than this TD Direct Investing account, these operating charges have not been captured in the performance reporting for this account.

**Annual Fees and Charges Report – Additional Information**

Where there are no fees and charges for the 12 month reporting period, an annual fees and charges report will not be provided.

In any currency conversion conducted by us, we or a related party may earn revenue.

All dollar amounts are reported in the account currency noted above, unless stated otherwise.

**Corporate Information**

*'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.*

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ('TMX') and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.



**TD Direct Investing**

# Your TFSA statement
January 1, 2024 to January 31, 2024

Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

**Do you have a question?**
For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

<table>
<tr>
<td>
<strong>ⓘ You need to know</strong><br>
Please see page 3 for important information about your account.
</td>
<td></td>
<td>This period<br>(Jan 1 - Jan 31, 2024)</td>
<td>Last period<br>(Dec 1 - Dec 31, 2023)</td>
<td>Year to date<br>(Jan 1 - Jan 31, 2024)</td>
</tr>
<tr>
<td></td>
<td>Beginning balance</td>
<td>$6,550.29</td>
<td>$7,775.39</td>
<td>$6,550.29</td>
</tr>
<tr>
<td></td>
<td>Change in your account balance</td>
<td>-$2,745.13</td>
<td>-$1,225.10</td>
<td>-$2,745.13</td>
</tr>
<tr>
<td></td>
<td>Ending balance</td>
<td>$3,805.16</td>
<td>$6,550.29</td>
<td>$3,805.16</td>
</tr>
</table>

▸ US dollars converted to Canadian dollars at **1.3430** as of Jan 31, 2024

## Holdings in your account
on January 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 0.59 | 0.59 | 0.00 | 0.02% |
| **TOTAL DOMESTIC** | | | **$0.59** | **$0.59** | | **0.02%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAIN HLDGS-A NEW **(AMC)** | 100 SEG | 4.050u | 30,412.59 | 544.11 | -29,868.48 | 14.30% |
| CAMBER ENERGY INC-NEW **(CEI)** | 10,185 SEG | 0.170u | 20,450.88 | 2,326.20 | -18,124.68 | 61.13% |
| FINGERMOTION INC **(FNGR)** | 100 SEG | 2.370u | 704.12 | 318.40 | -385.72 | 8.37% |

(continued on next page)

*Order-Execution-Only Account.*

**Regulated by**



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jan 31, 2024

# Holdings in your account (continued)
on January 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| META MATERIALS INC-NEW (MMAT) | 120 SEG | 3.820u | 10,187.64 | 615.86 | -9,571.78 | 16.18% |
| **TOTAL FOREIGN** | | | **$61,755.23** | **$3,804.57** | | **99.98%** |
| **Total Portfolio** | | | **$61,755.82** | **$3,805.16** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3430**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

## Definitions
### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | 52.31 |
| Jan 5 | Deregistration | WITHDRAWAL | | | -1,000.00 | -947.69 |
| Jan 5 | Sell | SNDL INC CONV TO CAD @31.46 %US PR DI-649310 | -500 | 1.570 | 1,018.82 | 71.13 |
| Jan 8 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @35.69 %US PR RW-650473 | 5 | 0.215 | -15.02 | 56.11 |
| Jan 18 | Buy | CAMBER ENERGY INC-NEW CONV TO CAD @36.79 %US PR ZC-653164 | 180 | 0.170 | -55.52 | 0.59 |
| Jan 29 | Reverse Split | META MATERIALS INC * | -12,000 | | 10,187.64 | 10,188.23 |
| Jan 29 | Reverse Split | META MATERIALS INC-NEW | 120 | | -10,187.64 | 0.59 |
| **Jan 31** | **Ending cash balance** | | | | | **$0.59** |



# Your TFSA contribution and withdrawal information

**Contributions**

Year to date                                   **$0.00**

**Withdrawals**

Year to date                            **-$1,000.00**

## ⓘ Important information about your account

In May 2024, the standard trade settlement period for North American Capital Markets is expected to be reduced from the current two business days to one business day after the trade date. This will impact most trades in securities. The change is expected to take effect Monday, May 27 for Canadian capital markets and Tuesday, May 28 for U.S. capital markets. Once implemented, your trades in Canadian and U.S. markets will settle one business day sooner.



# Disclosures

### Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

### Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

### Your account at a glance – Additional Information

Beginning balance – The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance – Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance – This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end – The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

### Holdings and Activity – Additional Information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL – No Load, D – Deferred Sales Charge, LL – Low Load and FRAC – Fractional Shares. Abbreviations related to restricted voting privileges are NVS – Non - Voting Shares, RS – Restricted Shares, SVS – Subordinate Voting Shares and RVS – Restricted Voting Shares. SEG  is an abbreviation to indicate that the investments  are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

### Corporate Information

*'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.*

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.



**TD Direct Investing**

# Your TFSA statement

February 1, 2024 to March 31, 2024

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

# Your account at a glance

**① You need to know**

Please see page 2 for important information about your account.

| | This period (Feb 1 - Mar 31, 2024) | Last period (Jan 1 - Jan 31, 2024) | Year to date (Jan 1 - Mar 31, 2024) |
|---|---|---|---|
| Beginning balance | $3,805.16 | $6,550.29 | $6,550.29 |
| Change in your account balance | $294.00 | -$2,745.13 | -$2,451.13 |
| **Ending balance** | **$4,099.16** | **$3,805.16** | **$4,099.16** |

‣ US dollars converted to Canadian dollars at **1.3530** as of Mar 31, 2024

# Holdings in your account

on March 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 0.59 | 0.59 | 0.00 | 0.01% |
| **TOTAL DOMESTIC** | | | **$0.59** | **$0.59** | | **0.01%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAIN HLDGS-A NEW **(AMC)** | 100 SEG | 3.720u | 30,412.59 | 503.50 | -29,909.09 | 12.28% |
| CAMBER ENERGY INC-NEW **(CEI)** | 10,185 SEG | 0.204u | 20,450.88 | 2,812.22 | -17,638.66 | 68.60% |
| FINGERMOTION INC **(FNGR)** | 100 SEG | 2.100u | 704.12 | 284.23 | -419.89 | 6.93% |

(continued on next page)

*Order-Execution-Only Account.*

**Regulated by**



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Mar 31, 2024

# Holdings in your account (continued)
## on March 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| META MATERIALS INC-NEW (**MMAT**) | 120 SEG | 3.070u | 10,187.64 | 498.62 | -9,689.02 | 12.16% |
| **TOTAL FOREIGN** | | | **$61,755.23** | **$4,098.57** | | **99.99%** |
| **Total Portfolio** | | | **$61,755.82** | **$4,099.16** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3530**
▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction
▸ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Your TFSA contribution and withdrawal information

| Contributions | |
|---|---|
| Year to date | $0.00 |

| Withdrawals | |
|---|---|
| Year to date | -$1,000.00 |

## ⓘ Important information about your account

In May 2024, the standard trade settlement period for North American Capital Markets is expected to be reduced from the current two business days to one business day after the trade date. This will impact most trades in securities. The change is expected to take effect Monday, May 27 for Canadian capital markets and Tuesday, May 28 for U.S. capital markets. Once implemented, your trades in Canadian and U.S. markets will settle one business day sooner.

Order-Execution-Only Account



# Disclosures

**Important Information**

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

**Limits on Investment Coverage**

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

**Your account at a glance – Additional information**

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

**Holdings and Activity – Additional information**

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

**Corporate Information**

*'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.*

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.



**TD Direct Investing**

# Your TFSA statement

April 1, 2024 to June 30, 2024

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

> ⓘ **You need to know**
> Please see **page 2** for important information about your account.

| | This period (Apr 1 - Jun 30, 2024) | Last period (Feb 1 - Mar 31, 2024) | Year to date (Jan 1 - Jun 30, 2024) |
|---|---|---|---|
| Beginning balance | $4,099.16 | $3,805.16 | $6,550.29 |
| Change in your account balance | -$931.41 | $294.00 | -$3,382.54 |
| **Ending balance** | **$3,167.75** | **$4,099.16** | **$3,167.75** |

‣ US dollars converted to Canadian dollars at **1.3670** as of Jun 30, 2024

## Holdings in your account
on June 30, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 0.59 | 0.59 | 0.00 | 0.02% |
| **TOTAL DOMESTIC** | | | **$0.59** | **$0.59** | | **0.02%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAIN HLDGS-A NEW (AMC) | 100 SEG | 4.980∪ | 30,412.59 | 681.01 | -29,731.58 | 21.50% |
| CAMBER ENERGY INC-NEW (CEI) | 10,185 SEG | 0.118∪ | 20,450.88 | 1,643.50 | -18,807.38 | 51.88% |
| FINGERMOTION INC (FNGR) | 100 SEG | 2.550∪ | 704.12 | 348.71 | -355.41 | 11.01% |

(continued on next page)

*Order-Execution-Only Account.*

**Regulated by**



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jun 30, 2024

# Holdings in your account (continued)
on June 30, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| META MATERIALS INC-NEW (**MMAT**) | 120 SEG | 3.010u | 10,187.64 | 493.94 | -9,693.70 | 15.59% |
| **TOTAL FOREIGN** | | | **$61,755.23** | **$3,167.16** | | **99.98%** |
| **Total Portfolio** | | | **$61,755.82** | **$3,167.75** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3670**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Your TFSA contribution and withdrawal information

## Contributions

| | |
|---|---|
| Year to date | **$0.00** |

## Withdrawals

| | |
|---|---|
| Year to date | **-$1,000.00** |

# ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.

Order Execution Only Account



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: Jun 30, 2024

# Disclosures

## Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

## Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

## Your account at a glance – Additional Information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

## Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part of all the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

## Corporate Information

### 'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.



**TD Direct Investing**

# Your TFSA statement

July 1, 2024 to July 31, 2024

Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR FABIAN S THOMAS
137 MORRISON AVE
TORONTO ON
M6E 1M5

### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

> **ⓘ You need to know**
> Please see **page 3** for important information about your account.

| | This period (Jul 1 - Jul 31, 2024) | Last period (Apr 1 - Jun 30, 2024) | Year to date (Jan 1 - Jul 31, 2024) |
|---|---|---|---|
| Beginning balance | $3,167.75 | $4,099.16 | $6,550.29 |
| Change in your account balance | -$53.69 | -$931.41 | -$3,436.23 |
| **Ending balance** | **$3,114.06** | **$3,167.75** | **$3,114.06** |

‣ US dollars converted to Canadian dollars at **1.3810** as of Jul 31, 2024

## Holdings in your account
on July 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | -27.66 | -27.66 | 0.00 | -0.89% |
| **TOTAL DOMESTIC** | | | **-$27.66** | **-$27.66** | | **-0.89%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| AMC ENTERTAIN HLDGS-A NEW **(AMC)** | 100 SEG | 5.310u | 30,412.59 | 733.57 | -29,679.02 | 23.56% |
| CAMBER ENERGY INC-NEW **(CEI)** | 10,185 SEG | 0.123u | 20,450.88 | 1,730.68 | -18,720.20 | 55.58% |
| FINGERMOTION INC **(FNGR)** | 100 SEG | 2.120u | 704.12 | 292.87 | -411.25 | 9.40% |

(continued on next page)

*Order-Execution-Only Account.*   Regulated by CIRO



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jul 31, 2024

# Holdings in your account (continued)
on July 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| META MATERIALS INC-NEW **(MMAT)** | 120 SEG | 2.320u | 10,187.64 | 384.60 | -9,803.04 | 12.35% |
| **TOTAL FOREIGN** | | | **$61,755.23** | **$3,141.72** | | **100.89%** |
| **Total Portfolio** | | | **$61,727.57** | **$3,114.06** | | **100.00%** |

‣ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3810**

‣ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

‣ U=US dollars

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | **0.59** |
| Jul 10 | Harmonized Sales Tax | HST CHARGED | | | -3.25 | -2.66 |
| Jul 10 | Admin Fee Charged | MAINTENANCE FEE | | | -25.00 | -27.66 |
| **Jul 31** | **Ending cash balance** | | | | | **-$27.66** |



Account number: 4452R8-J
Account type: Tax-Free Savings Account – CDN
Your TFSA statement: Jul 31, 2024

# Your TFSA contribution and withdrawal information

**Contributions**

| | |
|---|---|
| Year to date | **$0.00** |

**Withdrawals**

| | |
|---|---|
| Year to date | **-$1,000.00** |

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.



Account number: 4452R8-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jul 31, 2024

# Disclosures

## Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

## Limits on Investment Coverage

Clients' accounts at CIRO Dealer Members are protected by the CIPF's Investment Dealer Fund in accordance with its Coverage Policy. A brochure describing the scope and nature of coverage, as well as the limitations and exclusions of coverage, is available upon request or at www.cipf.ca. To learn more about CDIC deposit insurance coverage, visit www.cdic.ca.

## Your account at a glance – Additional information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

## Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

Canadian and U.S. dollar denominated TFSA accounts comprise a single TFSA plan when the first six alpha-numerical characters of each account number are the same.

## Corporate Information

**'Tax-Free Savings Account' or 'TFSA' - Refers to the TD Waterhouse Tax-Free Savings Account.**

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.