NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials INC | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Chad Hagman  SEP IRA
   6710 Argenta Trail
   Inver Grove Heights MN 55077

   Telephone Number: (612) 998-3207

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**

   DEC 18 2024

   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: 5888-6495

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Equitable Advisors Suite 450
   Two Meridian Crossings
   Minneapolis MN 55423
   Telephone Number: 612 243-3231

3. Date Equity Interest was acquired:
   1/6/2023 - 12/10/2024
   See Attached Documentation

4. Total amount of member interest: 90 Shares For $3941.66

5. Certificate number(s): See Attached

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Chad Hagman
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) /s/ Chad Hagman    (Date) Dec 10, 2024
Telephone number: 612 998-3207   email: SSLL.Chad@yahoo

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# POI Supplemental Info

Case: 24-50792  Meta Materials INC
For: ~~[redacted]~~ SEP
Broker: Equitable Advisors LLC
Account #: ~~[redacted]~~-6495

Transactions: Pre Split

1/6/2023  Purchased 1959 shares @ $1.17 = $2301.00

4/19/2023  Purchased 7000 shares @ .2058 = $1440.60

Shares Sold  ∅

| Shares held after split | 90 |

| Total Invested | $3,741.60 |

SEE Attached Documents




**ADVISORS**

Equitable Advisors, LLC
Registered Investment Advisor and Broker-Dealer, Member FINRA/SIPC
(Equitable Financial Advisors in MI and TN)
1290 Avenue of the Americas, New York, NY 10104-2702
(866) 487-7484

**Trade Confirmation for 04/19/2023**

**Account Number:** xxxx-6495

**Your Financial Professional:**

TODD W WATTS
SUITE 450
TWO MERIDIAN CROSSINGS
MINNEAPOLIS, MN 55423

**For the Account of:**

0001141 01 AB   0.504 01  TR 00003 LPCNDD71 83MR BMID: 0R0D
PTC CUST SEP IRA FBO




## EQUITIES AND OPTIONS

| Trade Date/ Settlement | Bought/ Sold | Transaction Type | Account Type | Symbol | Cusip | Security Description | Quantity/ Price | Principal | Commission | Service Charge | Settlement Fee | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/21/2023 | | | | | | | 1.5317 | | | | | |
| Additional Information: UNSOLICITED, NOT RATED | | | | | | | | | | | | |
| 04/19/2023 Buy 04/21/2023 | | 06 | 1 | MMAT | 59134N104 | META MATERIALS INC | 7,000.00 0.2058 | 1,440.60 | 15.00 | 5.00 | 0.00 | $1,460.60 |
| Additional Information: UNSOLICITED | | | | | | | | | | | | |

**Clearing through (for brokerage accounts)**
LPL Financial
Member FINRA/SIPC
75 State Street, 22nd Floor, Boston, MA 02109-1827

Execution Destination Available Upon Request

Page 1 of 2



# EQUITABLE
## ADVISORS

**Trade Confirmation for 01/06/2023**

**Account Number:** xxxx-6495

Equitable Advisors, LLC
Registered Investment Advisor and Broker-Dealer, Member FINRA/SIPC
(Equitable Financial Advisors in MI and TN)
1290 Avenue of the Americas, New York, NY 10104-2702
(866) 487-7484

**Your Financial Professional:**

TODD W WATTS
SUITE 450
TWO MERIDIAN CROSSINGS
MINNEAPOLIS, MN 55423

**For the Account of:**

0005815 01 AB   0.488 01   TR 00019 LPCNDD71 83MR BMID: 0R0D
PTC CUST SEP IRA FBO





## EQUITIES AND OPTIONS

| Trade Date/ Settlement | Bought/ Sold | Transaction Type | Account Type | Symbol | Cusip | Security Description | Quantity/ Price | Principal | Commission | Service Charge | Settlement Fee | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/06/2023 01/10/2023 | Buy | 06 | 1 | MMAT | 59134N104 | META MATERIALS INC | 1,959.00 1.175 | 2,301.83 | 15.00 | 5.00 | 0.00 | $2,321.83 |

Additional Information: UNSOLICITED

---

*Clearing through (for brokerage accounts)*
LPL Financial
Member FINRA/SIPC
75 State Street, 22nd Floor, Boston, MA 02109-1827

Execution Destination Available Upon Request

Page 1 of 2

# Account Statement Q3 2024
July 01, 2024-September 30, 2024

Account Ending in (6495)

Page 3 of 8

## Account Holdings continued

### Equities and Options

Visit our digital client experience to see lot level details, average cost per share, current market values and more.

| Security ID / Description | Quantity / Price | Market Value | Cost Basis / Unrealized G/L | Purchase Cost / Investment G/L | Est Annual Income / Est 30-Day Yield |
|---|---|---|---|---|---|
| ~~~~~~~ | ~~~~ | ~~~~ | ~~~~ | ~~~~ | |
| ~~~~~~~ | 164.000 | | | | |
| MMATQ META MATERIALS INC NEW c | 90.000 / $0.3700 | $33.30 | $3,782.43 / ($3,749.13) | $3,782.43 / ($3,749.13) | |
| ~~~~~~~~~~~WEST ~~~~~~~~ c | | | | | |
| ~~~~~~~~~ c | 5.000 | | $72,081.93 | $72,081.93 / ($72,081.93) | |
| ~~~~~~~~~~~~~~ NEW | 1.000 / $0.0209 | $0.64 | | | |
| **Total** | | | | | |

c Dividends and/or capital gains distributed by this security will be distributed as cash.

### Total Account Holdings

| | Market Value | Cost Basis / Unrealized G/L | Est Annual Income |
|---|---|---|---|
| | ~~~~~ | ~~~~~ | $0.00 |

a Refer to the statement message titled ESTIMATED ANNUAL INCOME (EAI) AND ESTIMATED YIELD (EY) for information on how this figure is calculated.



**EQUITABLE ADVISORS**
Clearing through LPL Financial
Member FINRA/SIPC
4707 Executive Drive, San Diego, CA 92121-3091

Equitable Advisors, LLC
Member FINRA/SIPC
(Equitable Financial Advisors in MI and TN)
1345 Avenue of the Americas, New York, NY 10105 - 0001