NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials INC | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

    Chad Hagman
    6710 Argenta Trail
    Inver Grove Heights MN 55077

    Telephone Number: 612 998-3207

    ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

    ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

    ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

    **RECEIVED AND FILED**
    DEC 18 2024
    U.S. BANKRUPTCY COURT
    MARY A. SCHOTT, CLERK

    COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
4329-6120 SEP IRA
133-403845-206 SEP IRA new #

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
    Morgan Stanley ETrade
    Bowling Green Station PO BOX 286
    New York New York 10274-286
    Telephone Number:

3. Date Equity Interest was acquired:
    12/1/2022

4. Total amount of member interest: 48 Shares = $9197.90

5. Certificate number(s): _____

6. Type of Equity Interest:
    Please indicate the type of Equity Interest you hold:
    ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
    ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
    Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
    DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
    Check the appropriate box.
    ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
    (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
    (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Chad Hagman
Title:
Company: Address and telephone number (if different from notice address above): _____

(Signature) /s/ Chad Hagman    (Date) 12/10/2024
Telephone number: 612 998-3207   email: SSLL.Chad@Yahoo

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

POI   Supplemental Info
Case: 24-50792   Meta Materials INC
For: [redacted]
Broker: E Trade
Acct #: [redacted]-6120 SEP IRA
Acct # [redacted] [redacted]5-206 Change To This
Transactions: Pre Splits

12/1/2022   Purchased 4766 Shares @ $1.92 = $9197.9[0]
            Shares Sold 0
12/10/2024  Shares held 48 after splits

Total $ Invested Pre Splits $9197.90

See Attached Documents



from Morgan Stanley

Page 1 of 2

## E✱TRADE Securities
**Investment Account**

# TRADE CONFIRMATION

**Account Number:** XXXX-6120

**Account Name:**

RADE CUSTODIAN

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**

Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/01/22 | 12/05/22 | 6 1 | MMAT | BUY | 4,766 | $1.9299 | Cash | PRINCIPAL | $9,197.90 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $9,197.90 |

▲ DETACH HERE

CHAD J HAGMAN
SEP IRA E✱TRADE CUSTODIAN
6710 ARGENTA TRL
INVER GROVE MN 55077-2209

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-6120**

To contribute to your IRA, please use our online Transfer Money service at www.etrade.com/transfermoney or this deposit slip.

Check Amount $ _____
Year of Contribution:
_____  2022
_____  Rollover

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

120120220001 900432961200

# E✱TRADE
from Morgan Stanley

**E✱TRADE Securities**
**Individual Retirement Account**

Account Number: ●●●●-6120　　　　Statement Period: December 1, 2022 - December 31, 2022　　　　Account Type: SEP IRA

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.97% of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| CASH BALANCE | | |
| Opening Balance | | 335.57 |
| Closing Balance | 0.97 | 55.38 |
| **TOTAL CASH & CASH EQUIVALENTS** | **0.97%** | **$55.38** |
| TOTAL CASH & CASH EQUIVALENTS YTD INTEREST (CREDIT INTEREST ONLY) | | $0.03 |

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (99.03% of Holdings)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| META MATLS INC COMMON STOCK | MMAT | Cash | 4,766 | 1.1900 | 5,671.54 | 99.03 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$5,671.54** | **99.03%** | | |

### PREFERRED STOCKS (0.00% of Holdings)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| META MATLS INC PFD SER A | 59134N203 | Cash | | 2.8950 | 0.00 | 0.00 | | |
| META MATLS PREFERRED STOCK CONTRA CUSIP | 591994371 | Cash | 1,000 | | 0.00 | 0.00 | | |

**TOTAL PRICED PORTFOLIO HOLDINGS (ON 12/31/22)**　　　　$5,726.92

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 11/30/22 10:30 | 12/02/22 | META MATLS INC PFD SER A | MMTLP | Sold | 1,050 | 8.5000 | | 8,917.70 |
| 12/01/22 13:33 | 12/05/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 4,766 | 1.9299 | 9,197.90 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$9,197.90** | **$8,917.70** |

029794 EFAD0902 028838 E

PAGE 5 OF 6

## Account Detail

Self-Directed Retirement Account
###-###-45-206

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| **META MATERIALS INC NEW (MMATQ)** | 48.000 | 0.370 | 9,197.90 | **17.76** | (9,180.14) | — | — |
| *Asset Class: Equities* | | | | | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| **STOCKS** | 50.54% | | | $16,351.29 | $17.76 | $(9,180.14) | — | — |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| **TOTAL VALUE** | 100.00% | | | $16,351.29 | $35.14 | $(9,180.14) | — | — |

Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $17.38 | — | — | — | — | — |
| Stocks | — | $17.76 | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | **$17.38** | **$17.76** | — | — | — | — |

## MESSAGES

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**FINRA BrokerCheck**
FINRA has established the public disclosure program, known as BrokerCheck, to provide certain information regarding the disciplinary history of FINRA members and their associated persons. The BrokerCheck Hotline Number is 1-800-289-9999. The FINRA website address is www.finra.org. An investor brochure that includes information describing FINRA BrokerCheck may be obtained from FINRA.

**Tips on Protecting Yourself from Fraudulent Account Activity**
The protection of client data is of the utmost importance to us. Scams are on the rise, and they have become more sophisticated. Please remember to never share your personal information including account verification codes, account numbers, passwords or social security numbers with anyone you do not personally know.
Please be cautious opening attachments, clicking on links, or allowing external access to your computer. Scammers will be aggressive and create a sense of urgency. Scammers will promise unbelievable returns using crypto currency investing or sweepstakes/lottery. Scammers will use social media apps to build trust and then make sudden requests for money due to a hardship or emergency.
If you have any questions regarding scams or believe that you are a victim of a scam, please contact us or call 888-454-3965 to report online fraud or security concerns.

10
December 27, 2024

U.S. Bankruptcy Court
Foley Federal Building and
U.S. Courthouse
Attn: Clerk of Court
300 Las Vegas Blvd. South
Las Vegas, Nevada 89101

**SAMPLE ONLY**

RE: NOTICE OF REDACTION, Proof of Interest Form, Case No. 24-50792

To Clerk of the Court,

My name is ~~Your Name~~ Chad Hagman, and I hereby submit this NOTICE OF REDACTION for PROOF OF INTEREST FORM in the matter of Meta Materials, Inc., case number 24-50792. Per instructions by The Honorable Hillary L. Barnes, United States Bankruptcy Judge, and out of an abundance of concern for the potential misuse of my personal information, I request all but the last four digits of my account numbers be redacted from my Proof of Interest form.

Per instructions, I have included with this filing an unredacted version of the POI, a redacted version of the POI, a detailed explanation of my $MMAT trading records and their documentation, ~~and a check for the $28 processing fee.~~

Thank you for your consideration in this matter.

**Your Name** Chad Hagman (612) 998-3205
**Your Address** SSLL.Chad@yahoo.com
6710 Argenta Trail
Inver Grove Heights MN 55077