NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials, INC | Case Number: 24-50792 | |
| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): <br> Chad Hagman <br> 6710 Argenta Trail <br> Inver Grove Heights MN 55077 <br> Telephone Number: (612) 998-3207 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars. <br> ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case. <br> ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | RECEIVED AND FILED <br><br> DEC 18 2024 <br><br> U.S. BANKRUPTCY COURT <br> MARY A. SCHOTT, CLERK |

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor: <br> 676-538384-202   Individual | Check here if this claim: <br> ☐ replaces a previously filed Proof of Interest dated: _____ <br> ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: <br> Morgan Stanley E Trade <br> Bowling Green Station PO Box 286 <br> New York, New York  10274-0286 <br> Telephone Number: 1800 387-2331 | 3. Date Equity Interest was acquired: <br> 6/21/2021 |
| 4. Total amount of member interest: 239 Shares = $41,433.38 | 5. Certificate number(s): See attached documents |

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor,  ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)  or their authorized agent.  (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Chad Hagman
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature) Chad Hagman    (Date) 12/10/2024

Telephone number: 612 998-3207  email: ssLL.Chad@yahoo

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# P.O.I Supplemental Info

Case: 24-50792    Meta Materials INC
For: ███ ███
Broker: E Trade / Morgan Stanley
Acct #: ███-5607    Individual
Acct #: ███84-202    Self Directed as of Sept 2023

Transactions: Pre Splits

$36,276.3

| Date | Action | Shares | Ticker | Price | Total |
|---|---|---|---|---|---|
| 6/21/21 | Purchased | 3607 | TRCH @ $10.06 | = ~~$36,286.9~~ | |
| 11/17/22 | Purchased | 492 | MMAT @ $1.82 | = $896.08 | |
| 12/14/22 | Purchased | 1 | MMAT @ $1.37 | = $1.37 | |
| 12/14/22 | Purchased | 10 | MMAT @ $1.37 | = $13.70 | |
| 9/22/23 | Purchased | 9,085 | MMAT @ $.2035 | = $1,848.80 | |
| 9/22/23 | Purchased | 8,800 | MMAT @ $.2031 | = $1,787.28 | |
| 9/22/23 | Purchased | 1,433 | MMAT @ $.2032 | = $291.19 | |
| 9/22/23 | Purchased | 338 | MMAT @ $.2033 | = $68.72 | |
| 10/23/23 | Purchased | 1715 | MMAT @ $.1457 | = $249.88 | |

2024 No Trades in MMAT

---
Total Shares held as of 12/10/2024  237
Total Invested Pre Splits  $41,433.38
---


**CLIENT STATEMENT** | For the Period October 1-31, 2024

Self-Directed Brokerage Account
84-202

## Account Detail

## STOCKS
### COMMON STOCKS

*Morgan Stanley & Co. LLC (Morgan Stanley) and Morningstar, Inc.'s equity research ratings are shown for certain securities. These ratings represent the opinions of the research provider and are not representations or guarantees of performance. The applicable research report contains more information regarding the analyst's opinions, analysis, and rating, and you should read the entire research report and not infer its contents. For ease of comparison, Morgan Stanley and Morningstar, Inc.'s equity research ratings have been normalized to a 1 (Buy), 2 (Hold), and 3 (Sell). Refer to your June or December statement for a summary guide describing the ratings. We do not take responsibility for, nor guarantee the accuracy, completeness, or timeliness of research prepared for Morningstar, Inc.*

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| CONTRA WORLDWIDE DIVER<br>Asset Class: Equities | 3,625.000 | N/A | $0.00 | N/A | N/A | — | — |
| FM4 NXTBRG HYDROCARBONS CONTRA<br>Asset Class: Equities | 9,207.000 | N/A | 14,118.07 | N/A | N/A | — | — |
| GAMESTOP CORP CL A NEW (GME)<br>Asset Class: Equities | 350.000 | 22.180 | 10,025.75 | 7,763.00 | (2,262.75) | — | — |
| HOUSTON NAT RES CORP (HNRC)<br>Asset Class: Equities | 7,250.000 | 0.021 | 3,124.45 | 148.63 | (2,975.82) | — | — |
| META MATERIALS INC NEW (MMATQ)<br>Asset Class: Equities | 237.000 | 0.071 | 41,433.38 | 16.83 | (41,415.18) | — | — |
| NATIONAL STORM MGMT SHS B (TORNZ)<br>Asset Class: Equities | 1,575.000 | N/A | 0.00 | N/A | N/A | — | — |
| ROBLOX CORP CL A (RBLX)<br>Rating: Morgan Stanley: 2, Morningstar: 2; Asset Class: Equities | 1.000 | 51.720 | 69.98 | 51.72 | (18.26) | — | — |
| SNDL INC (SNDL)<br>Asset Class: Equities | 13.000 | 2.080 | 103.66 | 27.04 | (76.62) | — | — |
| TARONIS TECHNOLOGIES INC<br>Asset Class: Equities | 7,030.000 | N/A | 10,724.27 | N/A | N/A | — | — |
| THUNDER ENERGIES CORP (TNRG)<br>Asset Class: Equities | 3,290.000 | 0.028 | 3,046.89 | 92.12 | (2,954.77) | — | — |
| TOYS R US ANZ LTD NEW (TOYRF)<br>Asset Class: Equities | 3,000.000 | 0.039 | 231.95 | 116.38 | (115.57) | — | — |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| **STOCKS** | 99.83% | | $82,878.40 | $8,215.72 | $(49,818.97) | — | — |



Security Mark at Right


## Account Detail

Self-Directed Brokerage Account
4-202

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| STOCKS | 99.32% | | $177,?01.34 | $31,524.11 | $(120,734.89) | — | — |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|
| TOTAL VALUE | 100.00% | | $177,101.34 | $31,741.53 | $(120,734.89) | $0.02 | — |

Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.

### ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $217.42 | — | — | — | — | — |
| Stocks | — | $31,524.11 | — | — | — | — |
| TOTAL ALLOCATION OF ASSETS | $217.42 | $31,524.11 | — | — | — | — |

## ACTIVITY

### CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 10/2 | | Online Transfer | ACH WITHDRAWL | REFID:90173676906; | | | $(300.00) |
| 10/5 | | Online Transfer | ACH WITHDRAWL | REFID:90517163906; | | | (600.00) |
| 10/23 | 10/25 | Bought | META MATERIALS INC | ACTED AS AGENT UNSOLICITED TRADE | 1,715.000 | 0.1457 | (249.88) |
| 10/31 | | Interest Income | MORGAN STANLEY BANK N.A. | (Period 10/01-10/31) | | | 0.01 |
| NET CREDITS/(DEBITS) | | | | | | | $(1,149.87) |

Purchase and Sale transactions above may have received an average price execution. Details regarding the actual prices are available upon request.

### MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

| Activity Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|
| 10/3 | Automatic Redemption | BANK DEPOSIT PROGRAM | $(300.00) |

**CLIENT STATEMENT** | For the Period September 1-30, 2023

## Account Detail

Self-Directed Brokerage Account
▓▓▓▓▓▓▓4-202

|  | Percentage of Holdings | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|
| **STOCKS** | 95.94% | $176,851.46 | $32,299.54 | $(119,709.57) | — | — |

|  | Percentage of Holdings | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|
| **TOTAL VALUE** | 100.00% | $176,851.46 | $33,666.83 | $(119,709.57) | $0.14 | — |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

### ALLOCATION OF ASSETS

|  | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $1,367.29 | — | — | — | — | — |
| Stocks | — | $32,299.54 | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | $1,367.29 | $32,299.54 | — | — | — | — |

## ACTIVITY

### CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 9/1 |  | Other Credits | BANK DEPOSIT PROGRAM |  | 165.690 |  | $165.69 |
| 9/22 | 9/26 | Sold | NORTHWEST BIOTHERAPEUTICS | ACTED AS AGENT UNSOLICITED TRADE | 5,290.000 | 0.9840 | 5,197.59 |
| 9/22 | 9/26 | Bought | META MATERIALS INC | ACTED AS AGENT UNSOLICITED TRADE | 9,085.000 | 0.2035 | (1,848.80) |
| 9/22 | 9/26 | Bought | META MATERIALS INC | ACTED AS AGENT UNSOLICITED TRADE | 8,800.000 | 0.2031 | (1,787.28) |
| 9/22 | 9/26 | Bought | META MATERIALS INC | ACTED AS AGENT UNSOLICITED TRADE | 1,433.000 | 0.2032 | (291.19) |
| 9/22 | 9/26 | Bought | META MATERIALS INC | ACTED AS AGENT UNSOLICITED TRADE | 338.000 | 0.2033 | (68.72) |

**NET CREDITS/(DEBITS)** $1,367.29

*Purchase and Sale transactions above may have received an average price execution. Details regarding the actual prices are available upon request.*

# E✱TRADE®
### from Morgan Stanley



007814
001 of 004

0004190 01 MB   0.558 01  TR 00017 MSCNWVA4





Your Account Number: ████████384-202
Account Type - Cash

**E*TRADE from Morgan Stanley**
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*These transactions are confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 09/22/2023 | 09/26/2023 | 338 | 0.2033 | Principal | $68.72 |
| **Transaction Type: Bought** | | | | Net Amount | $68.72 |

**Description: META MATERIALS INC**
Symbol / CUSIP / ISIN: MMAT / 59134N104 / US59134N1046

Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.
**Applicable disclosures are listed here by number(s):** None.

| | | | | | |
|---|---|---|---|---|---|
| 09/22/2023 | 09/26/2023 | 9,085 | 0.2035 | Principal | $1,848.80 |
| **Transaction Type: Bought** | | | | Net Amount | $1,848.80 |

**Description: META MATERIALS INC**
Symbol / CUSIP / ISIN: MMAT / 59134N104 / US59134N1046

Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.
**Applicable disclosures are listed here by number(s):** None.

004190 MSCNWVA4 005403

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.

Security Mark at Right

Page 1 of 4

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 09/22/2023 | 09/26/2023 | 1,433 | 0.2032 | Principal | $291.19 |
| **Transaction Type: Bought** | | | | Net Amount | $291.19 |

**Description: META MATERIALS INC**
Symbol / CUSIP / ISIN: MMAT / 59134N104 / US59134N1046

Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.
**Applicable disclosures are listed here by number(s):** None.

| | | | | | |
|---|---|---|---|---|---|
| 09/22/2023 | 09/26/2023 | 8,800 | 0.2031 | Principal | $1,787.28 |
| **Transaction Type: Bought** | | | | Net Amount | $1,787.28 |

**Description: META MATERIALS INC**
Symbol / CUSIP / ISIN: MMAT / 59134N104 / US59134N1046

Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.
**Applicable disclosures are listed here by number(s):** None.

| | | | | | |
|---|---|---|---|---|---|
| 09/22/2023 | 09/26/2023 | 5,290 | 0.984 | Principal | $5,205.36 |
| **Transaction Type: Sold** | | | | FINRA TAF | $0.77 |
| | | | | Commission | $6.95 |
| **Description: NORTHWEST BIOTHERAPEUTICS** | | | | Supplemental Transaction Fee | $0.05 |
| Symbol / CUSIP / ISIN: NWBO / 66737P600 / US66737P6007 | | | | Net Amount | $5,197.59 |

Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.
**Applicable disclosures are listed here by number(s):** None.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.



# E✱TRADE
## from Morgan Stanley

013139
001 of 002

0007771 01 MB   0.558 01   TR 00033 MSCNP3A4

Your Account Number: ████████4-202
Account Type - Cash

**E*TRADE from Morgan Stanley**
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331



*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 10/23/2023 | 10/25/2023 | 1,715 | 0.1457 | Principal | $249.88 |
| **Transaction Type: Bought** | | | | **Net Amount** | **$249.88** |

**Description:** META MATERIALS INC
Symbol / CUSIP / ISIN: MMAT / 59134N104 / US59134N1046

Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.

Security Mark
at Right

Page 1 of 2



E✳TRADE
from Morgan Stanley

E✳TRADE Securities
Investment Account

Account Number: ####5607      Statement Period: December 1, 2022 - December 31, 2022      Account Type: INDIVIDUAL

## PREFERRED STOCKS (6.11% of Holdings)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| AMC ENTERTAINMENT HOLDINGS INC AMC PRFRD EQTY UNTS ECH CNSTNG OF DPSTRY SHR RPRSNTNG 1/100 | APE | Cash | 2,542 | 1.4100 | 3,584.22 | 6.11 | | |
| META MTLS INC PFD SER A | 59134N203 | Cash | | 2.8950 | 0.00 | 0.00 | | |
| META MTLS PREFERRED STOCK CONTRA CUSIP | 591994371 | Cash | 9,207 | | 0.00 | 0.00 | | |
| **TOTAL PREFERRED STOCKS** | | | | | **$3,584.22** | **6.11%** | | |

**TOTAL PRICED PORTFOLIO HOLDINGS (ON 12/31/22)**     $58,639.88

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 11/30/22 10:22 | 12/02/22 | META MTLS INC PFD SER A | MMTLP | Sold | -1,500 | 8.7600 | | 13,132.54 |
| 12/07/22 09:46 | 12/09/22 | HOUSTON NAT RES CORP COMMON STOCK | HNRC | Bought | 2,750 | 0.4275 | 1,175.63 | |
| 12/07/22 09:46 | 12/09/22 | HOUSTON NAT RES CORP COMMON STOCK | HNRC | Bought | 7,250 | 0.4300 | 3,124.45 | |
| 12/14/22 09:30 | 12/16/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 1 | 1.3700 | 1.37 | |
| 12/14/22 09:30 | 12/16/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 10 | 1.3700 | 13.70 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$4,315.15** | **$13,132.54** |



# E✱TRADE
from Morgan Stanley

## E✱TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number:** XXXX-5607

**Account Name:** ███████████

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/17/22 | 11/21/22 | 6 1 | MMAT | BUY | 491 | $1.825 | Cash | PRINCIPAL | $896.08 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $896.08 |
| 11/17/22 | 11/21/22 | 6 1 | REVRQ | SELL | 775 | $1.17 | Cash | PRINCIPAL | $906.75 |
| REVLON INC COMMON STOCK | | | | | | | | COMMISSION | $6.95 |
| | | | | | | | | FINRA TAF | $0.10 |
| | | | | | | | | FEE | 0.03 |
| | | | | | | | | NET AMOUNT | $899.67 |

▲ DETACH HERE                                                                                   DETACH HERE ▲

CHAD J HAGMAN
6710 ARGENTA TRL
INVER GROVE MN 55077-2209

**Use This Deposit Slip    Acct: XXXX-5607**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

**TOTAL DEPOSIT**

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

111720220001  900668356075



# E✱TRADE
from Morgan Stanley

Page 1 of 2

## E✱TRADE Securities
**Investment Account**

# TRADE CONFIRMATION

**Account Number:** XXXX-5607

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Account Name:**

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/14/22 | 12/16/22 | 6 1 | MMAT | BUY | 1 | $1.37 | Cash | PRINCIPAL | $1.37 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $1.37 |
| 12/14/22 | 12/16/22 | 6 1 | MMAT | BUY | 10 | $1.37 | Cash | PRINCIPAL | $13.70 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $13.70 |

▲ DETACH HERE
CHAD J HAGMAN
6710 ARGENTA TRL
INVER GROVE MN  55077-2209

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-5607**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

121420220001   900668356075



**E*TRADE Securities**
**Investment Account**

Account Number: ####5607      Statement Period: November 1, 2022 - November 30, 2022      Account Type: INDIVIDUAL

## PREFERRED STOCKS (58.69% of Holdings)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST ANNUAL INCOME | EST ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| AMC ENTERTAINMENT HOLDINGS INC AMC PRFRD EQTY UNTS ECH CNSTNG OF DPSTRY SHR RPRSNTNG 1/100 | APE | Cash | 2,542 | 0.9718 | 2,470.32 | 1.61 | | |
| META MATLS INC PFD SER A | MMTLP | Cash | 10,707 | 8.1700 | 87,476.19 | 57.08 | | |
| **TOTAL PREFERRED STOCKS** | | | | | **$89,946.51** | **58.69%** | | |

**TOTAL PRICED PORTFOLIO HOLDINGS (ON 11/30/22)**  $153,255.22

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 10/31/22 09:30 | 11/02/22 | META MATLS INC PFD SER A | MMTLP | Bought | 1,500 | 6.6000 | 9,906.95 | |
| 11/17/22 15:09 | 11/21/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 491 | 1.8250 | 896.08 | |
| 11/17/22 15:07 | 11/21/22 | REVLON INC COMMON STOCK | REVRQ | Sold | -775 | 1.1700 | | 899.67 |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$10,803.03** | **$899.67** |

### UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 11/30/22 | | META MATLS INC PFD SER A PERPETUAL | MMTLP | Sold | 1,500 | 8.7600 | | 13,132.54 |



# E*TRADE

**E*TRADE Securities**
**Investment Account**

Account Number: ####-5607    Statement Period: July 1, 2021 - July 31, 2021    Account Type: INDIVIDUAL

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 07/28/21 | Interest | EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT INTEREST | | | 0.02 |

**TOTAL DIVIDENDS & INTEREST ACTIVITY**    $0.02
**NET DIVIDENDS & INTEREST ACTIVITY**    $0.02

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 07/16/21 | Transfer | ACH WITHDRAWL REFID: 29826426906 | 40,000.00 | |

**NET WITHDRAWALS & DEPOSITS**    $40,000.00

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 07/02/21 | META MATLS INC COMMON STOCK CIL ON 0.50000@ 6.34620 | MMAT | Cash-in-Lieu | | | | 3.17 |
| 07/07/21 | META MATLS INC PFD SER A SPINOFF ON 3607 SHS TORCHLIGHT ENERGY RESOURCES REC 06/24/21 PAY 06/25/21 AS OF 07/06/21 | 59134N203 | Bought | 3,607 | | | |

**TOTAL OTHER ACTIVITY**    $3.17
**NET OTHER ACTIVITY**    $3.17

## EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT (ESDA) ACTIVITY ( 0.0100% APY/0.0100%APY Earned as of 07/31/21)

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

| DATE | TRANSACTION TYPE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|---|
| 07/01/21 | | OPENING BALANCE | $175.73 |
| 07/02/21 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 3.17 |
| 07/07/21 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 1,860.83 |
| 07/15/21 | Deposit | EXTND INS SWEEP ACCT(FDIC-INS) | 42,667.94 |

# E*TRADE

**E*TRADE Securities**
**Investment Account**

Account Number: ####5607    Statement Period: June 1, 2021 - June 30, 2021    Account Type: INDIVIDUAL

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 06/18/21 09:46 | 06/22/21 | AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | Sold | -78 | 63.5751 | | 4,958.82 |
| 06/21/21 14:26 | 06/23/21 | AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | Sold | -567 | 55.5217 | | 31,480.56 |
| 06/21/21 14:29 | 06/23/21 | TORCHLIGHT ENERGY RESOURCES INC | TRCH | Bought | 3,607 | 10.0600 | 36,286.42 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$46,611.41** | **$49,782.64** |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/CUSIP | | | | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|---|
| 06/28/21 | Interest | EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT INTEREST | | | | | | 0.01 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | | | | **$0.01** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | | | | **$0.01** |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | | | | | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|---|---|---|---|
| 06/11/21 | Transfer | ACH WITHDRAWL REFID:27120434906; | | | | | 3,000.00 | |
| 06/29/21 | Fee | REORG FEE REVERSAL(89102U103) REFID:211791089046665; | | | | | | 38.00 |
| **NET WITHDRAWALS & DEPOSITS** | | | | | | | **$2,962.00** | |

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 06/28/21 | META MATLS INC COMMON STOCK RESULT OF REVERSE SPLIT | MMAT | Reverse Split | 1,803 | | | |
| 06/28/21 | TORCHLIGHT ENERGY RESOURCES INC MANDATORY REORG FEE CHARGED | 89102U103 | Fee | | | 38.00 | |