NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials Inc

**Case Number:** 24-50792-hlb

**RECEIVED AND FILED**
DEC 18 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Andrea Aleman-Webber
5517 N. 1st Ln
McAllen, TX 78504

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**Telephone Number:** (908) 917-4490

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:**
5NV-10881-14 RR WEA

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Webull Financial LLC (Andrea Aleman-Webber)
44 Wall Street
New York, NY 10005
**Telephone Number:**

**3. Date Equity Interest was acquired:**
3/2021
I have never sold my shares listed here, to Date.

**4. Total amount of member interest:** 112
*See Attached* 224 Preferred Shares

**5. Certificate number(s):** See Attached

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Andrea Aleman-Webber
**Title:** Investor/Shareholder
**Company:** Address and telephone number (if different from notice address above):

(Signature) AAWebber   (Date) 12/16/2024

Telephone number: 908-917-4490   email: alemanwebber@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[Print Form]   [Save Form]   [Clear Form]

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*July 1, 2021 - July 31, 2021*

PAGE 1 OF 9

ACCOUNT NUMBER    **5NV-10881-14  RR WEA**

**ANDREA ALEMAN WEBBER**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

ANDREA ALEMAN WEBBER
5517 N 1ST LN
MCALLEN TX 78504-2210

## ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Cash account | $0.04 | $1.58 |
| Other account | 0.00 | 2.97 |
| NET ACCOUNT BALANCE | 0.04 | 4.55 |
| Securities | 1,171.76 | 510.26 |
| TOTAL PRICED PORTFOLIO | 1,171.76 | 510.26 |
| **Total Equity Holdings** | **$1,171.80** | **$514.81** |

## INCOME AND EXPENSE SUMMARY

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Taxable dividends | $0.00 | $0.04 |

## PORTFOLIO EQUITY ALLOCATION



Cash 0.884%
Equities 99.116%

ACCOUNT CARRIED BY:
**APEX CLEARING CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

*July 1, 2021 - July 31, 2021*

PAGE 2 OF 9

ACCOUNT NUMBER  **5NV-10881-14 RR WEA**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ANDREA ALEMAN WEBBER

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| ASHFORD HOSPITALITY TRUST INC COMMON STOCK | AHT | C | 7.3 | $16.20 | $118.26 | | N/A | | 22.972% |
| META MATLS INC COMMON STOCK | MMAT | C | 112 | 3.50 | 392.00 | 838.88 | -53 | | 76.145 |
| META MATLS INC PFD SER A | 59134N203 | C | 225 | Not Available | | | N/A | | N/A |
| **Total Equities** | | | | | $510.26 | | | | 99.116% |
| **Total Cash (Net Portfolio Balance)** | | | | | $4.55 | | | | 0.884% |
| **TOTAL PRICED PORTFOLIO** | | | | | **$514.81** | | | | |

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 07/08/21 | C | META MATLS INC PFD SER A SPINOFF ON 1 SHS TORCHLIGHT ENERGY RESOURCES REC 06/24/21 PAY 06/25/21 AS OF 07/07/21 CUSIP: 59134N203 | 1 | | | |

*July 1, 2021 - July 31, 2021*

PAGE 3 OF 9

ACCOUNT NUMBER    5NV-10881-14 RR WEA

# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**ANDREA ALEMAN WEBBER**

## ▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| BOUGHT | 07/08/21 | O | META MATLS INC PFD SER A SPINOFF ON 224 SHS TORCHLIGHT ENERGY RESOURCES REC 06/24/21 PAY 06/25/21 AS OF 07/07/21 CUSIP: 59134N203 | 224 | | | |
| **Total Buy / Sell Transactions** | | | | | | | |
| **DIVIDENDS AND INTEREST** | | | | | | | |
| INTEREST | 07/14/21 | C | FULLYPAID LENDING REBATE DUE 12/31/35 June2021 REBATE Security Number: 8S87937 | | | | $1.54 |
| **Total Dividends And Interest** | | | | | | | **$1.54** |
| **SECURITIES RECEIVED AND DELIVERED** | | | | | | | |
| JOURNAL | 07/09/21 | C | META MATLS INC PFD SER A TFR to Type 1 CUSIP: 59134N203 | 224 | | | |
| JOURNAL | 07/09/21 | O | META MATLS INC PFD SER A TFR from Type 7 CUSIP: 59134N203 | -224 | | | |
| **Total Securities Received And Delivered** | | | | | | | |

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201



# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*June 1, 2021 - June 30, 2021*

PAGE 1 OF 10

ACCOUNT NUMBER    **5NV-10881-14  RR WEA**

**ANDREA ALEMAN WEBBER**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

ANDREA ALEMAN WEBBER
5517 N 1ST LN
MCALLEN TX  78504-2210

### ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Cash account | $1.37 | $0.04 |
| NET ACCOUNT BALANCE | 1.37 | 0.04 |
| Securities | 929.72 | 1,171.76 |
| TOTAL PRICED PORTFOLIO | 929.72 | 1,171.76 |
| **Total Equity Holdings** | **$931.09** | **$1,171.80** |

### INCOME AND EXPENSE SUMMARY

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Taxable dividends | $0.00 | $0.04 |

### PORTFOLIO EQUITY ALLOCATION



Cash 0.003%
Equities 99.997%

ACCOUNT CARRIED BY:
**APEX CLEARING CORPORATION**
MEMBER FINRA, NYSE and SIPC

See Reverse Side for Important Tax Information. This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

*June 1, 2021 - June 30, 2021*

PAGE 2 OF 10

ACCOUNT NUMBER  5NV-10881-14 RR WEA



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

ANDREA ALEMAN WEBBER

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| ASHFORD HOSPITALITY TR INC COMMON STOCK | AHT | C | 73 | $4.56 | $332.88 | | N/A | | 28.408% |
| META MATLS INC COMMON STOCK | MMAT | C | 112 | 7.49 | 838.88 | | N/A | | 71.589 |
| **Total Equities** | | | | | $1,171.76 | | | | 99.997% |
| **Total Cash (Net Portfolio Balance)** | | | | | $0.04 | | | | 0.003% |
| **TOTAL PRICED PORTFOLIO** | | | | | **$1,171.80** | | | | |

## ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |
| BOUGHT | 06/15/21 | C | ASHFORD HOSPITALITY TR INC COMMON STOCK CUSIP: 044103877 | 29 | $6.40 | $185.60 | |
| BOUGHT | 06/15/21 | C | ASHFORD HOSPITALITY TR INC COMMON STOCK CUSIP: 044103877 | 44 | 6.48 | 285.12 | |
| SOLD | 06/15/21 | C | DOLPHIN ENTERTAINMENT INC COMMON STOCK CUSIP: 25686H209 | 5 | 9.55 | | 47.73 |

*June 1, 2021 - June 30, 2021*

PAGE 5 OF 10

ACCOUNT NUMBER    **5NV-10881-14  RR WEA**



## Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**ANDREA ALEMAN WEBBER**

### ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **MISCELLANEOUS TRANSACTIONS** | | | | | | | |
| REV SPLIT | 06/25/21 | O | META MATLS INC<br>COM<br>RESULT OF REVERSE SPLIT<br>CUSIP: 59134N104 | 112 | | | |
| REV SPLIT | 06/25/21 | C | TORCHLIGHT ENERGY RESOURCES<br>INC<br>REVERSE SPLIT @ 1:2<br>INTO 59134N104<br>CUSIP: 89102U103 | | | | |
| REV SPLIT | 06/25/21 | O | TORCHLIGHT ENERGY RESOURCES<br>INC<br>REVERSE SPLIT @ 1:2<br>INTO 59134N104<br>CUSIP: 89102U103 | -225 | | | |

**Total Miscellaneous Transactions**