NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** Meta Materials INC

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Christine Hagman
6710 Argenta Trail
Inver Grove Heights MN 55077

**Telephone Number:** 612 990-5260

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 18 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**COURT USE ONLY**

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

**Account or other number by which Interest holder identifies Debtor:** 712260712   Individual

**Check here if this claim:**
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Morgan Stanley ETrade Po Box 286
Bowling Green Station New York New York 10274-0286
**Telephone Number:** 1 800 387-2331

3. **Date Equity Interest was acquired:** 12/22/2022

4. **Total amount of member interest:** 20 Shares = $2880.00    5. **Certificate number(s):** See Attached

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Christine Hagman
**Title:**
**Company:** _____ Address and telephone number (if different from notice address above): _____

(Signature) Christine Hagman    (Date) 12/10/2024

**Telephone number:** 612 990-5260   **email:** targhee12@gmail

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# POI Supplemental Info

... Case : 24 - 50792 Meta Materials INC
... For : ███████  ███████
... Broker : Morgan Stanley / E Trade
... ACCT # : ██████ 0712

... Transactions  Pre Split

... 12/12/2022  Purchased 2000 shares @ $1.44 = $2880.00

Total Invested in 2022 $ 2880.00
Total Shares held Still in 2024  20.00 after split



DOW ▼-0.20%     NASDAQ ▲0.12%     S&P 500 ▼0.00%

**E✳TRADE**
from Morgan Stanley

Log Off

*Redacted*

C  Dec 15, 2024 01:08 PM ET   ❓  🖨️  ⬇️

# Portfolios

Positions   Allocation   Performance   Historical value   **Margin**   Gains & Losses   Risk Assessment

Account

| Individual Brokerage -0712 ▼ |
|---|

| Net Account Value | Total Unrealized Gain | Day's Gain Unrealized | [Transfer money] |
|---|---|---|---|
| **$8,070.34** | – | | |
| | **$133,327.65 (−94.34%)** | **$245.40 (−2.98%)** | |
| Cash Purchasing Power ⓘ | Available for Withdrawal | | |
| **$77.71** | **$77.71** | | |

⌄ Show less

⌄ Filters

| View | Filter by Symbol / CUSIP | Security type | Wash sale adjustment  |
|---|---|---|---|
| All Pos ▼ | | All securities ▼ | |

≫ Symbol ▼

| Symbol | | Last Price $ | Change $ | Change % | Qty # | Price Paid $ | Day's Gain $ | Total Gain $ | Total Gain % |
|---|---|---|---|---|---|---|---|---|---|
| **NWBO** | [Trade] | 0.2925 | -0.0025 | -0.85% | 1,410 | 1.0686 | -3.53 | -1,108.19 | -72.88% |
| **MMATQ** | [Trade] | 0.00001 | 0.00001 | 900.00% | 20 | 144.00 | 0.00 | -2,880.00 | -100.00% |
| 12/12/2022 | | 0.00001 | 0.00001 | 900.00% | 20 | 144.00 | 0.00 | -2,880.00 | -100.00% |
| **GME** | [Trade] | 27.99 | -0.76 | -2.64% | 235 | 40.5246 | -178.60 | -2,945.64 | -30.93% |
| **CVM** | ▣ [Trade] | 0.69 | -0.0472 | -6.40% | 1,247 | 8.20 | -58.86 | -9,368.51 | -91.59% |
| Cash | Transfer money | | | | | | | | |
| Total | | | | | | $141,320.28 | -$245.40 | -$133,327.65 | -94.34% $8 |

Symbol ▼

| Symbol | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AMC | Trade | 4.18 | -0.13 | -3.02% | 34 | 53.455 | -4.42 | -1,675.35 | -92.18% |
| 876214206 | Trade | 0.00 | 0.00 | 0.00% | 12 | 9,257.7933 | 0.00 | -111,115.22 | -100.00% |
| 629999590 | Trade | 0.00 | 0.00 | 0.00% | 3,000 | 1.41 | 0.00 | -4,234.74 | -100.00% |

Viewing 7 of 7 positions

Cash          Transfer money

| Total | | | | | | $141,320.28 | -$245.40 | -$133,327.65 | -94.34% | $8 |

The total amount of the price paid column reflects the total costs of all open positions
🏴 Special event for position

Real-time quotes ⓘ

> **Portfolios News**

## Please read all the important disclosures below.

### Investing:

Check the background of Morgan Stanley Smith Barney LLC on FINRA's BrokerCheck and see the Morgan Stanley Smith Barney LLC Relationship Summary.

**Investment Products**   •   **Not FDIC Insured**   •   **No Bank Guarantee**   •   **May Lose Value**

SIPC  Securities in your account protected up to $500,000. For details please see www.sipc.org

### Banking:

Banking products and services are provided by Morgan Stanley Private Bank, National Association, Member FDIC.