NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor: Meta Materials INC
Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Christine Hagman
6710 Argenta Trail
Inver Grove Heights MN 55077

Telephone Number: 612 990-5260

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 18 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: 889259789  Roth IRA

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Morgan Stanley ETrade
Bowling Green Station PO Box 286
New York New York 10274-0286
Telephone Number: 1800 387-2331

3. Date Equity Interest was acquired:

4. Total amount of member interest: 421 Shares = $40,625.80

5. Certificate number(s): See Attached

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest.
Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Christine Hagman
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) Christine Hagman    (Date) 12/10/2024

Telephone number: 612 990-5260   email: targhee12@gmail

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

DOW ▼-0.20%   NASDAQ ▲0.12%   S&P 500 ▼0.00%

**E✱TRADE** from Morgan Stanley

Log Off

↻ Dec 15, 2024 01:02 PM ET    *Redacted*

# Portfolios

**Positions** | Allocation | Performance | Historical value | Margin | Gains & Losses | Risk Assessment

Account

Roth IRA -9789 ▾

| Net Account Value | Total Unrealized Gain | Day's Gain Unrealized | |
|---|---|---|---|
| $231.18 | – $77,418.15 (–99.94%) | $2.90 (7.26%) | Transfer money |
| Cash Purchasing Power ⓘ $188.28 | Contributions made for 2024 $0.00 | | |

⌄ Show less

⌄ Filters | View: All Pos ▾ | Filter by Symbol / CUSIP | Security type: All securities ▾ | Wash sale adjustment ⬤

| Symbol ▾ | | Last Price $ | Change $ | Change % | Qty # | Price Paid $ | Day's Gain $ | Total Gain $ | Total Gain % | Value $ |
|---|---|---|---|---|---|---|---|---|---|---|
| **NVOS** | Trade | 0.0429 | 0.0029 | 7.25% | 1,000 | 4.734 | 2.90 | -4,691.10 | -99.09% | 42.90 |
| **MMATQ** | Trade | 0.00001 | 0.00001 | 900.00% | 421 | 96.49834 | 0.00 | -40,625.80 | -100.00% | 0.00 |
| 09/14/2023 | | 0.00001 | 0.00001 | 900.00% | 66.806 | 22.38796 | 0.00 | -1,495.65 | -100.00% | 0.00 |
| 09/14/2023 | | 0.00001 | 0.00001 | 900.00% | 111.061 | 22.3777 | 0.00 | -2,485.29 | -100.00% | 0.00 |
| 12/16/2022 | | 0.00001 | 0.00001 | 900.00% | 0.28 | 140.50 | 0.00 | -39.34 | -100.00% | 0.00 |
| Cash | Transfer money | | | | | | | | | $188.28 |
| Total | | | | | | $77,461.05 | $2.90 | -$77,418.15 | -99.94% | $231.18 |

| Symbol ▼ | | | | | Shares | Price after Split | | Total loss | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2022 MMAT | | 0.00001 | 0.00001 | 900.00% | 149.802 | 140.92282 | 0.00 | -21,110.52 | -100.00% | 0.00 |
| 12/12/2022 MMAT | | 0.00001 | 0.00001 | 900.00% | 50.027 | 143.84233 | 0.00 | -7,196.00 | -100.00% | 0.00 |
| 11/16/2022 MMAT | | 0.00001 | 0.00001 | 900.00% | 43.024 | 192.89234 | 0.00 | -8,299.00 | -100.00% | 0.00 |
| 629999590 | Trade | 0.00 | 0.00 | 0.00% | 22,600 | 1.42 | 0.00 | -32,101.25 | -100.00% | 0.00 |

Viewing 3 of 3 positions

| Cash | Transfer money | | | | | | | | | $188.28 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total | | | | | $77,461.05 | $2.90 | | -$77,418.15 | -99.94% | $231.18 |

The total amount of the price paid column reflects the total costs of all open positions

Real-time quotes ⓘ

⚠ We're experiencing a technical issue right now. Please try again later.

## > Portfolios News

### Please read all the important disclosures below.

**Investing:**

Check the background of Morgan Stanley Smith Barney LLC on FINRA's BrokerCheck and see the Morgan Stanley Smith Barney LLC Relationship Summary.

**Investment Products** • **Not FDIC Insured** • **No Bank Guarantee** • **May Lose Value**

SIPC Securities in your account protected up to $500,000. For details please see www.sipc.org

**Banking:**

POI Supplemental Info

Case: 24-50792 Meta Materials INC
For: ⬛⬛⬛⬛ Roth IRA
Broker: Morgan Stanley / E Trade
Acct #: ⬛⬛⬛⬛ 9789

| Date | | | | |
|---|---|---|---|---|
| 11/11/2022 | Purchase | 4300 Shares | @ $1.93 | = $8299.00 |
| 12/18/2022 | Purchased | 5002 Shares | @ $1.43 | = $7196.00 |
| 12/16/2022 | Purchased | 14,982 Shares | @ $1.40 | = $21,110.52 |
| 12/16/2022 | Purchased | 28 Shares | @ $1.40 | = $39.34 |
| 9/14/2023 | Purchased | 11,166 Shares | @ $.32 | = $2,585.29 |
| 9/14/2023 | Purchase | 6682 Shares | @ $.32 | = $1495.65 |

Total Invested in 2022-2023 = $40,625.80
Total Shares held still in 2024 = 421   after Split