NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** Meta Materials, INC

**Case Number:** 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Stars + Stripes Lawn + Landscape INC
c/o Chad Hagman
6710 Argenta Trail
Inver Grove Heights, MN 55077

**Telephone Number:** 612 998-3207

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 18 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
6107-3300    2021-Aug 2023
520-833958-210    Sept 2023-Current

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Stars + Stripes Lawn+Landscape INC  c/o chad Hagman
Morgan Stanley  PO Box 286
Bowling Green Station  New York, NY 10274-0286
**Telephone Number:** 1 800 387-2331

3. Date Equity Interest was acquired:
6/21/21 - 10/23/23
See Attached Documentation

4. Total amount of member interest: 449 Shares = $46,550.

5. Certificate number(s): See Attached

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Stars + Stripes Lawn+Landscape INC c/o Chad Hagman
Title: President
Company: ___ Address and telephone number (if different from notice address above):
_____
_____

(Signature) Chad Hagman

(Date) Dec 10, 2024

Telephone number: ___    email: SSLL.Chad@Yahoo

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

1/2

POI   Supplemental   Info

Re: Case : 24 - 50792   Meta Materials Inc

For : ~~████████████████████████~~
President : ~~████████~~ ~~████~~   c/o
Broker : E Trade
Acct # : ~~████~~ - 3300   in Year 2021
Note: E Trade Changed the account # in Year 2023
~~████████~~ 8 - 210

| | | |
|---|---|---|
| 6/21/21 | Purchased TRCH 2650 @ $9.22 | = $24,457.91 |
| 6/21/21 | Purchased TRCH 747 @ $8.90 | = $6,648.30 |
| | Shares Sold in 2021 ⌀ | |
| 12/31/21 | Shares held after 6/28/2021  1-2 Reverse Split | 1,698  MMAT |
| 1/29/24 | Shares held after 1/29/2024  1-100 Reverse | 17.01  MMAT |

Total Invested in 2021  $  31,106.21

Total Shares held Still in 2024  17.01

| | | | |
|---|---|---|---|
| 11/15/22 | Purchased MMAT 3 Lots Total 5021 @ 1.80 | = | $9,036.51 |
| 12/12/22 | Purchased MMAT 5000 @ $1.35 | = | $6,775.00 |
| 2/23/22 | Purchased MMAT 150 @ $1.12 | = | $168.75 |
| 2/9/22 | Sold MMAT 903 @ $1.36 | = | <$1,232.45> |
| 2/9/22 | Sold MMAT 2097 @ $1.36 | = | <$2,851.58> |
| 2/9/22 | Sold MMAT 6719 @ $1.36 | = | <$9,136.76> |
| 2/9/22 | Sold MMAT 9000 @ $1.36 | = | <$12,301.54> |
| 3/31/22 | Purchased MMAT 12000 @ $.78 | = | $9387.20 |

Total Invested in 2022  $ 154.87

Total Shares held Still in 2024  34.57   } Factors in Both Split

FOI    Supplemental Info

c/c

2/2

| Date | | | |
|---|---|---|---|
| 3/23/23 | Purchased | 5000 shares @ .46 | = $ 2300.00 |
| 5/18/23 | Purchased | 4816 shares @ .23 | = $ 1117.31 |
| 5/18/23 | Purchased | 7247 shares @ .2321 | = $ 1682.03 |
| 6/27/23 | Purchased | 11370 shares @ .1766 | = $ 2007.94 |
| 6/29/23 | Purchased | 7100 shares @ .2038 | = $ 1446.98 |
| 10/17/23 | Purchased | 2450 shares @ .2021 | = $ 495.15 |
| 10/23/23 | Purchased | 1700 shares @ .147 | = $ 249.90 |

Total  Invested  in 2023    $ 9,293.31

Total  Shares  held  Still  in 2024   397.43

Factors in Both Splits

** Note: E Trade changed the account # in Sept 2023
       TO ⬛⬛⬛⬛⬛ 8-210

** Note: No Purchases or Sales in 2024

Grand  Total  Invested  2021-2024  in MMAT
       $ 46,550.54

Total Shares held as of Nov 30 2024   449.00
       See Client statement  Nov 2024 included

**CLIENT STATEMENT** | For the Period November 1-30, 2024



Page 6 of 8

## Account Detail

Self-Directed Brokerage Account
8-210

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| CUNNINGHAM NATURAL RES CORP (CNRC) | 26,250.000 | 0.018 | 9,723.05 | 472.50 | (9,250.55) | — | — |
| Asset Class: Equities | | | | | | | |
| FM4 NXTBRG HYDROCARBONS CONTRA | 30,342.000 | N/A | 46,422.83 | N/A | N/A | — | — |
| Asset Class: Equities | | | | | | | |
| GAMESTOP CORP CL A NEW (GME) | 2,405.000 | 29.050 | 56,605.20 | 69,865.25 | 13,260.05 | — | — |
| Asset Class: Equities | | | | | | | |
| GLOBAL TECH INDS GROUP INC COM (GTII) | 7,662.000 | 0.030 | 13,187.08 | 230.63 | (12,956.45) | — | — |
| Asset Class: Equities | | | | | | | |
| GLOBAL TECH INDS GROUP INC RST | 766.000 | 0.030 | 0.00 | 23.06 | 23.06 | — | — |
| Asset Class: Equities | | | | | | | |
| META MATERIALS INC NEW (MMATQ) | 449.000 | 0.061 | 46,550.54 | 27.39 | (46,523.14) | — | — |
| Asset Class: Equities | | | | | | | |
| NATIONAL STORM MGMT SHS B (TORNZ) | 750.000 | N/A | 0.00 | N/A | N/A | — | — |
| Asset Class: Equities | | | | | | | |
| NORTHWEST BIOTHERAPEUTICS (NWBO) | 6,500.000 | 0.284 | 1,833.63 | 1,844.70 | 11.07 | — | — |
| Asset Class: Equities | | | | | | | |
| NOVO INTERGRATED SCIENCES INC (NVOS) | 500.000 | 0.044 | 1,655.00 | 22.05 | (1,632.95) | — | — |
| Asset Class: Equities | | | | | | | |
| SEARS HOLDING CORP | 7,818.000 | N/A | 1,037.45 | N/A | N/A | — | — |
| Asset Class: Equities | | | | | | | |
| TARONIS TECHNOLOGIES INC | 1,265.000 | N/A | 38,350.52 | N/A | N/A | — | — |
| Asset Class: Equities | | | | | | | |
| THUNDER ENERGIES CORP (TNRG) | 84.000 | 0.029 | 255.43 | 2.44 | (252.99) | — | — |
| Asset Class: Equities | | | | | | | |
| TOYS R US LTD NEW (TOYRF) | 2,352.000 | 0.034 | 204.87 | 79.77 | (125.10) | — | — |
| Asset Class: Equities | | | | | | | |

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| **STOCKS** | 99.84% | | $217,883.05 | $72,571.45 | $(59,500.79) | — | — |

Security Mark
at Right
28547



**E✱TRADE**
from Morgan Stanley

**CLIENT STATEMENT** | For the Period December 1-31, 2023

## Account Detail

Self-Directed Brokerage Account
8-210

### STOCKS
#### COMMON STOCKS

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| CEL-SCI CORP (CVM) | 11,003.000 | $2.720 | $101,383.10 | $29,928.16 | $(71,454.94) | — | — |
| Asset Class: Equities | | | | | | | |
| CONTRA GLOBAL TECH IND GRP INC | 766.000 | N/A | 0.00 | N/A | N/A | — | — |
| Asset Class: Equities | | | | | | | |
| CONTRA WORLDWIDE DIVER | 13,125.000 | N/A | 0.00 | N/A | N/A | — | — |
| Asset Class: Equities | | | | | | | |
| CREATD INC (VOCL) | 2,500.000 | 0.007 | 2,057.45 | 17.50 | (2,039.95) | — | — |
| Asset Class: Equities | | | | | | | |
| FINGERMOTION INC (FNGR) | 850.000 | 4.020 | 5,909.92 | 3,417.00 | (2,492.92) | — | — |
| Asset Class: Equities | | | | | | | |
| FM4 NXTBRG HYDROCARBONS CONTRA | 30,342.000 | N/A | 46,422.83 | N/A | N/A | — | — |
| Asset Class: Equities | | | | | | | |
| GLOBAL TECH INDS GROUP INC COM (GTII) | 7,662.000 | 0.400 | 13,187.08 | 3,064.03 | (10,123.05) | — | — |
| Asset Class: Equities | | | | | | | |
| HOUSTON NAT RES CORP (HNRC) | 26,250.000 | 0.028 | 9,723.05 | 735.00 | (8,988.05) | — | — |
| Asset Class: Equities | | | | | | | |
| META MATERIALS INC (MMAT) | 44,833.000 | 0.066 | 46,550.54 | 2,958.98 | (43,591.56) | — | — |
| Asset Class: Equities | | | | | | | |
| NATIONAL STORM MGMT SHS B (TORNZ) | 750.000 | N/A | 0.00 | N/A | N/A | — | — |
| Asset Class: Equities | | | | | | | |
| NORTHWEST BIOTHERAPEUTICS (NWBO) | 26,819.000 | 0.701 | 17,677.14 | 18,800.12 | 1,122.98 | — | — |
| Asset Class: Equities | | | | | | | |
| NOVO INTERGRATED SCIENCES INC (NVOS) | 500.000 | 0.821 | 1,655.00 | 410.50 | (1,244.50) | — | — |
| Asset Class: Equities | | | | | | | |
| SEARS HOLDING CORP | 7,818.000 | N/A | 1,037.45 | N/A | N/A | — | — |
| Asset Class: Equities | | | | | | | |
| TARONIS TECHNOLOGIES INC | 1,265.000 | N/A | 38,350.52 | N/A | N/A | — | — |
| Asset Class: Equities | | | | | | | |
| THUNDER ENERGIES CORP (TNRG) | 84.000 | 0.026 | 255.43 | 2.20 | (253.23) | — | — |
| Asset Class: Equities | | | | | | | |

# E✳TRADE®
from Morgan Stanley

**E✳TRADE Securities**
**Investment Account**

**Account Number:** ⬛7-3300     **Statement Period :** July 1, 2023 - July 31, 2023     **Account Type:** CORPORATION - S CORPORATION

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| SEARS HOLDINGS CORPORATION COMMON STOCK | 812350106 | Cash | 7,818 | | 0.00 | 0.00 | | |
| TARONIS TECHNOLOGIES INC COMMON STOCK | 876214206 | Cash | 1,265 | | 0.00 | 0.00 | | |
| THUNDER ENERGIES CORP COMMON STOCK | TNRG | Cash | 84 | 0.1300 | 10.92 | 0.02 | | |
| WORLDWIDE DIVER - RSTD | | Cash | 13,125 | | 0.00 | 0.00 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$64,194.60** | **99.93%** | | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 07/31/23)** | | | | | **$64,238.12** | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 06/29/23 09:50 | 07/03/23 | META MATLS INC COMMON STOCK | MMAT | Bought | 7,100 | 0.2038 | 1,446.99 | |
| 07/11/23 12:47 | 07/13/23 | FINGERMOTION INC COMMON STOCK | FNGR | Bought | 200 | 6.4500 | 1,290.00 | |
| 07/11/23 12:47 | 07/13/23 | FINGERMOTION INC COMMON STOCK | FNGR | Bought | 300 | 6.4599 | 1,937.94 | |
| 07/11/23 18:03 | 07/13/23 | FINGERMOTION INC COMMON STOCK | FNGR | Bought | 500 | 6.9899 | 3,494.95 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$8,169.87** | |

### DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| 07/26/23 | Interest | EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT INTEREST | | | | 0.01 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | | **$0.01** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | | **$0.01** |



**E✱TRADE Securities**
**Investment Account**

Account Number: ████3300     Statement Period : June 1, 2023 - June 30, 2023     Account Type: CORPORATION - S CORPORATION

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| TARONIS TECHNOLOGIES INC COMMON STOCK | 876214206 | Cash | 1,265 | | 0.00 | 0.00 | | |
| THUNDER ENERGIES CORP COMMON STOCK | TNRG | Cash | 84 | 0.1140 | 9.58 | 0.01 | | |
| WORLDWIDE DIVER COMMON STOCK CONTRA CUSIP | 442CNT010 | Cash | | | 0.00 | 0.00 | | |
| WORLDWIDE DIVER - RSTD | | Cash | 13,125 | | 0.00 | 0.00 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$65,637.96** | **97.28%** | | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 06/30/23)** | | | | | **$67,474.84** | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 06/27/23 10:14 | 06/29/23 | META MATLS INC COMMON STOCK | MMAT | Bought | 11,370 | 0.1766 | 2,007.94 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$2,007.94** | |

### UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 06/29/23 | | META MATLS INC COMMON STOCK | MMAT | Bought | 7,100 | 0.2038 | 1,446.98 | |

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 06/16/23 | Fee | MAY 2023 MKT DATA FEE REFID:RTQ-1686891400-270 | 123.50 | |
| 06/16/23 | Fee | MAY 2023 MKT DATA FEE REFID:ARCA-1686891400-271; | 60.00 | |



**E✳TRADE Securities**
**Investment Account**

**Account Number:** ●●●-3300        **Statement Period :** May 1, 2023 - May 31, 2023        **Account Type:** CORPORATION - S CORPORATION

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| TARONIS TECHNOLOGIES INC COMMON STOCK | 876214208 | Cash | 1,265 | | 0.00 | 0.00 | | |
| THUNDER ENERGIES CORP COMMON STOCK | TNRG | Cash | 84 | 0.0465 | 3.91 | 0.01 | | |
| WORLDWIDE DIVER COMMON STOCK CONTRA CUSIP | 442CNT010 | Cash | 13,125 | | 0.00 | 0.00 | | |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$66,266.85** | **99.96%** | | |
| **TOTAL PRICED PORTFOLIO HOLDINGS (ON 05/31/23)** | | | | | **$66,295.17** | | | |

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 05/18/23 11:34 | 05/22/23 | META MATLS INC COMMON STOCK | MMAT | Bought | 4,818 | 0.2320 | 1,117.31 | |
| 05/18/23 11:13 | 05/22/23 | META MATLS INC COMMON STOCK | MMAT | Bought | 7,247 | 0.2321 | 1,682.03 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$2,799.34** | |

### WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | | | | | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|---|---|---|---|
| 05/01/23 | Transfer | ACH WITHDRAWL REFID:78839505906; | | | | | 1,150.00 | |
| 05/18/23 | Deposit | ACH DEPOSIT REFID:80113125906; | | | | | | 3,000.00 |
| 05/31/23 | Fee | APRIL 2023 MKT DATA FEE REFID:RTQ-1685513853-164; | | | | | 123.50 | |
| 05/31/23 | Fee | APRIL 2023 MKT DATA FEE REFID:ARCA-1685513853-165; | | | | | 60.00 | |
| **NET WITHDRAWALS & DEPOSITS** | | | | | | | | **$1,666.50** |

# E✳TRADE
from Morgan Stanley

**E✳TRADE Securities**
**Investment Account**

**Account Number:** ▇▇-3300  **Statement Period :** March 1, 2023 - March 31, 2023  **Account Type:** CORPORATION - S CORPORATION

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 03/22/23 14:51 | 03/24/23 | AMC ENTERTAINMENT HOLDINGS INC AMC PRFRD EQTY UNTS ECH CNSTNG OF DPSTRY SHR RPRSNTNG 1/100 | APE | Sold | -4,000 | 1.4750 | | 5,899.37 |
| 03/22/23 15:09 | 03/24/23 | GLOBAL TECH INDUSTRIES GROUP INC COM | GTII | Bought | 1,900 | 2.1000 | 3,994.95 | |
| 03/23/23 14:38 | 03/27/23 | META MATLS INC COMMON STOCK | MMAT | Bought | 5,000 | 0.4600 | 2,300.00 | |
| 03/24/23 15:28 | 03/28/23 | HOUSTON NAT RES CORP COMMON STOCK | HNRC | Bought | 6,250 | 0.1650 | 1,036.20 | |
| 03/27/23 12:04 | 03/29/23 | GLOBAL TECH INDUSTRIES GROUP INC COM | GTII | Bought | 1,000 | 2.2200 | 2,224.95 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$9,556.10** | **$10,961.02** |

## UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 03/30/23 | | CEL SCI CORPORATION COMMON STOCK | CVM | Sold | 40 | 2.2615 | | 90.44 |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| 03/27/23 | Interest | EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT INTEREST | | | | 0.01 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | | **$0.01** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | | **$0.01** |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | | | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|---|---|
| 03/27/23 | Transfer | ACH WITHDRAWL REFID:76230330908; | | | 1,200.00 | |
| 03/29/23 | Fee | FEBRUARY 2023 MKT DATA FEE REFID:RTQ-1680073218-1024; | | | 123.50 | |

**CLIENT STATEMENT** | For the Period October 1-31, 2023


from Morgan Stanley

# Account Detail

Self-Directed Brokerage Account
████████8-210

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| TOTAL VALUE | 100.00% | | | $291,607.00 | $65,166.39 | $(141,315.19) | $0.07 | — |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $685.38 | — | — | — | — | — |
| Stocks | — | $64,481.01 | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | **$685.38** | **$64,481.01** | **—** | **—** | **—** | **—** |

## ACTIVITY

## CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 10/9 | 10/11 | Sold | NORTHWEST BIOTHERAPEUTICS | ACTED AS AGENT UNSOLICITED TRADE | 3,820.000 | $0.8300 | $3,170.02 |
| 10/9 | 10/11 | Sold | NORTHWEST BIOTHERAPEUTICS | ACTED AS AGENT UNSOLICITED TRADE | 100.000 | 0.8335 | 78.38 |
| 10/9 | 10/11 | Sold | NORTHWEST BIOTHERAPEUTICS | ACTED AS AGENT UNSOLICITED TRADE | 80.000 | 0.8310 | 66.46 |
| 10/11 | 10/13 | Bought | NOVO INTEGRATED SCIENCES INC | ACTED AS AGENT UNSOLICITED TRADE | 5,000.000 | 0.3310 | (1,655.00) |
| 10/11 | 10/13 | Bought | TEMPEST THERAPEUTICS INC | ACTED AS AGENT UNSOLICITED TRADE | 500.000 | 3.1700 | (1,585.00) |
| 10/16 | 10/18 | Sold | TEMPEST THERAPEUTICS INC | ACTED AS AGENT UNSOLICITED TRADE | 100.000 | 6.7000 | 669.98 |
| 10/17 | 10/19 | Sold | TEMPEST THERAPEUTICS INC | ACTED AS AGENT UNSOLICITED TRADE | 100.000 | 7.8400 | 783.98 |
| 10/17 | 10/19 | Bought | META MATERIALS INC | ACTED AS AGENT UNSOLICITED TRADE | 2,450.000 | 0.2021 | (495.15) |
| 10/23 | 10/25 | Bought | META MATERIALS INC | ACTED AS AGENT UNSOLICITED TRADE | 1,700.000 | 0.1470 | (249.90) |
| 10/26 | | Service Fee | September 2023 Mkt Data Fee | | | | (123.50) |
| 10/26 | | Service Fee | September 2023 Mkt Data Fee | | | | (60.00) |

# E✳TRADE®
### from Morgan Stanley

002463
001 of 002

0007094 01 MB   0.558 01  TR 00027 MSCNWUA4





ılııqılıllıllıllılılıqıdıllıllıllılllıllllılılıdılıllıllıllıll

**Your Account Number:** ▮▮▮▮▮▮8-210
Account Type - Cash

**E*TRADE from Morgan Stanley**
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

---

*These transactions are confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 10/17/2023 | 10/19/2023 | 2,450 | 0.2021 | Principal | $495.15 |
| **Transaction Type: Bought** | | | | **Net Amount** | **$495.15** |

**Description: META MATERIALS INC**
Symbol / CUSIP / ISIN: MMAT / 59134N104 / US59134N1046

Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.
Applicable disclosures are listed here by number(s): None.

| | | | | | |
|---|---|---|---|---|---|
| 10/17/2023 | 10/19/2023 | 100 | 7.84 | Principal | $784.00 |
| **Transaction Type: Sold** | | | | FINRA TAF | $0.01 |
| | | | | Supplemental Transaction Fee | $0.01 |
| **Description: TEMPEST THERAPEUTICS INC** | | | | **Net Amount** | **$783.98** |

Symbol / CUSIP / ISIN: TPST / 87978U108 / US87978U1088

Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.
Applicable disclosures are listed here by number(s): None.

007094 MSCNWUA4 011592          E          S

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E*TRADE is a business of Morgan Stanley.

Security Mark
at Right

Page 1 of 2



# E✲TRADE
## from Morgan Stanley

## E✲TRADE Securities
**Investment Account**

# TRADE CONFIRMATION

**Account Number:** XXXX-3300

**Account Name:**

E✲TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

### Customer Update
Invest to make an impact. Learn how sustainable investing offers growth potential while supporting your values at us.etrade.com/knowledge/sustainable-investing.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/29/23 | 07/03/23 | 6 1 | MMAT | BUY | 7,100 | $.2038 | Cash | PRINCIPAL | $1,446.98 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $1,446.98 |

▲ DETACH HERE

STARS & STRIPES LAWN & LANDSCA
6710 ARGENTA TRAIL
INVER GROVE MN 55077-2209

DETACH HERE ▲

**Use This Deposit Slip**  **Acct: XXXX-3300**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |

Make checks payable to E✲TRADE Securities LLC.
Mail deposits to:

**TOTAL DEPOSIT**

E✲TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

# E✱TRADE
### from Morgan Stanley

### E✱TRADE Securities
**Investment Account**

## TRADE CONFIRMATION

**Account Number:** XXXX-3300

**Account Name:**

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

### Customer Update
All your tax info in one place. Forms 1099 for 2022, FAQs, key deadlines, cost basis info, and more-find them all in our Tax Center at etrade.com/tax.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/23/23 | 03/27/23 | 6 1 | MMAT | BUY | 5,000 | $.46 | Cash | PRINCIPAL | $2,300.00 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $2,300.00 |

▲ DETACH HERE

STARS & STRIPES LAWN & LANDSCA
6710 ARGENTA TRAIL
INVER GROVE MN 55077-2209

DETACH HERE ▲

**Use This Deposit Slip**  **Acct: XXXX-3300**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**TOTAL DEPOSIT**

032320230001  900610733009



# E✳TRADE
### from Morgan Stanley

## E✳TRADE Securities
**Investment Account**

## TRADE CONFIRMATION

**Account Number: XXXX-3300**

**Account Name:**

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

### Customer Update
Invest to make an impact. Learn how sustainable investing offers growth potential while supporting your values at us.etrade.com/knowledge/sustainable-investing.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/27/23 | 06/29/23 | 6 1 | MMAT | BUY | 11,370 | $.1766 | Cash | PRINCIPAL | $2,007.94 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $2,007.94 |

---

▲ DETACH HERE

STARS & STRIPES LAWN & LANDSCA
6710 ARGENTA TRAIL
INVER GROVE MN  55077-2209

DETACH HERE ▲

### Use This Deposit Slip   Acct: XXXX-3300

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

062720230001  900610733009

# E✳TRADE
### from Morgan Stanley

**E✳TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-3300**

Account Name:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Invest to make an impact. Learn how sustainable investing offers growth potential while supporting your values at us.etrade.com/knowledge/sustainable-investing.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/18/23 | 05/22/23 | 6 1 | MMAT | BUY | 7,247 | $.2321 | Cash | PRINCIPAL | $1,682.03 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $1,682.03 |
| 05/18/23 | 05/22/23 | 6 1 | MMAT | BUY | 4,816 | $.232 | Cash | PRINCIPAL | $1,117.31 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $1,117.31 |

▲ DETACH HERE

STARS & STRIPES LAWN & LANDSCA
6710 ARGENTA TRAIL
INVER GROVE MN  55077-2209

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-3300**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**TOTAL DEPOSIT**

051820230001  900610733009



011560
001 of 002

# E✳TRADE®
from Morgan Stanley



0007770 01 MB   0.558 01  TR 00033 MSCNP3A4





ılıılıʼlllllıʼlıʼlıʼlıılʼlıʼlııʼlllllʼʼıııʼlllllʼʼlıʼlııʼʼıʼlı

**Your Account Number:** ████████8-210
Account Type - Cash

**E✳TRADE from Morgan Stanley**
P.O. BOX 484
JERSEY CITY, NJ 07303-0484
(800)-387-2331

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 10/23/2023 | 10/25/2023 | 1,700 | 0.147 | Principal | $249.90 |

**Transaction Type: Bought**

**Net Amount**  **$249.90**

**Description: META MATERIALS INC**
Symbol / CUSIP / ISIN: MMAT / 59134N104 / US59134N1046

Unsolicited trade
Morgan Stanley Smith Barney LLC acted as agent.

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services. E✳TRADE is a business of Morgan Stanley.

Security Mark
at Right

007770 MSCNP3A4 003343          E

S



**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

Account Number: XXXX-3300

Account Name:

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT CPT | SYMBOL/ CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/23/22 | 12/28/22 | 6 1 | MMAT | BUY | 150 | $1.125 | Cash | PRINCIPAL | $168.75 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $168.75 |

---

▲ DETACH HERE

STARS & STRIPES LAWN & LANDSCA
6710 ARGENTA TRAIL
INVER GROVE MN 55077-2209

DETACH HERE ▲

**Use This Deposit Slip** Acct: XXXX-3300

Please do not send cash

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

այ|լ|ի|լ·ի||դդ·|դդ·դ|լ||լ||ի·ս||լ·|·ս|||ի·|ս|ի|ս·ս|իլ

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

122320220001  900610733009

# E✳TRADE
### from Morgan Stanley

**E✳TRADE Securities**
**Investment Account**

| Account Number: ▇-3300 | Statement Period : August 1, 2022 - August 31, 2022 | Account Type: CORPORATION - S CORPORATION |
|---|---|---|

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 08/29/22 09:39 | 08/31/22 | META MATLS INC PFD SER A | MMTLP | Bought | 6,406 | 1.9900 | 8,904.34 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$98,826.30** | **$122,340.89** |

## UNSETTLED TRADES

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 08/30/22 | | META MATLS INC PFD SER A PERPETUAL | MMTLP | Bought | 283 | 1.3100 | 370.73 | |
| 08/30/22 | | META MATLS INC PFD SER A PERPETUAL | MMTLP | Bought | 4,717 | 1.2900 | 6,089.88 | |
| 08/31/22 | | META MATLS INC COMMON STOCK | MMAT | Bought | 12,000 | 0.7806 | 9,367.20 | |

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 08/26/22 | Interest | EXTENDED INSURANCE SWEEP DEPOSIT ACCOUNT INTEREST | | | 0.04 |
| **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | | | | **$0.04** |
| **NET DIVIDENDS & INTEREST ACTIVITY** | | | | | **$0.04** |

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 08/22/22 | Withdrawal | ACHDEBIT CHASE CREDIT CRD CHECK PYMT 00001110 | 5,933.57 | |
| 08/29/22 | Fee | JULY 2022 MKT DATA FEE REFID:RTQ-1661751371-903; | 123.50 | |
| **NET WITHDRAWALS & DEPOSITS** | | | **$6,057.07** | |

073413 EFAD0404 045584   E

Page 1 of 2


from Morgan Stanley

**E\*TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-3300**

Account Name:

E\*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**

Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/09/22 | 12/13/22 | 6 1 | MMAT | SELL | 903 | $1.365 | Cash | PRINCIPAL | $1,232.60 |
| META MATLS INC COMMON STOCK | | | | | | | | FINRA TAF | $0.12 |
| | | | | | | | | FEE | $0.03 |
| | | | | | | | | NET AMOUNT | $1,232.45 |
| 12/09/22 | 12/13/22 | 6 1 | MMAT | SELL | 2,097 | $1.36 | Cash | PRINCIPAL | $2,851.92 |
| META MATLS INC COMMON STOCK | | | | | | | | FINRA TAF | $0.27 |
| | | | | | | | | FEE | $0.07 |
| | | | | | | | | NET AMOUNT | $2,851.58 |
| 12/09/22 | 12/13/22 | 6 1 | MMAT | SELL | 9,000 | $1.367 | Cash | PRINCIPAL | $12,303.00 |
| META MATLS INC COMMON STOCK | | | | | | | | FINRA TAF | $1.17 |
| | | | | | | | | FEE | $0.29 |
| | | | | | | | | NET AMOUNT | $12,301.54 |
| 12/09/22 | 12/13/22 | 6 1 | MMAT | SELL | 6,719 | $1.36 | Cash | PRINCIPAL | $9,137.84 |
| META MATLS INC COMMON STOCK | | | | | | | | FINRA TAF | $0.87 |
| | | | | | | | | FEE | $0.21 |
| | | | | | | | | NET AMOUNT | $9,136.76 |

▲ DETACH HERE

STARS & STRIPES LAWN & LANDSCA
6710 ARGENTA TRAIL
INVER GROVE MN 55077-2209

DETACH HERE ▲

**Use This Deposit Slip     Acct: XXXX-3300**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

Make checks payable to E\*TRADE Securities LLC.
Mail deposits to:

**TOTAL DEPOSIT**

E\*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

120920220001 900610733009

# E✱TRADE®
from Morgan Stanley

**E✱TRADE Securities**
**Investment Account**

Account Number: ███-3300          Statement Period : November 1, 2022 - November 30, 2022          Account Type: CORPORATION - S CORPORATION

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 11/15/22 07:30 | 11/17/22 | AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | Sold | -100 | 7.6400 | | 763.97 |
| 11/15/22 07:30 | 11/17/22 | AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | Sold | -100 | 7.6100 | | 760.97 |
| 11/15/22 07:27 | 11/17/22 | AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | Sold | -171 | 7.6200 | | 1,302.97 |
| 11/15/22 07:28 | 11/17/22 | AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | Sold | -212 | 7.6400 | | 1,619.61 |
| 11/15/22 13:59 | 11/17/22 | AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | Sold | -260 | 7.6621 | | 1,992.07 |
| 11/15/22 07:35 | 11/17/22 | AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | Sold | -312 | 7.6400 | | 2,383.58 |
| 11/15/22 07:38 | 11/17/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 200 | 1.7950 | 359.00 | |
| 11/15/22 07:19 | 11/17/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 800 | 1.8000 | 1,440.00 | |
| 11/15/22 07:38 | 11/17/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 1,133 | 1.8000 | 2,039.40 | |
| 11/15/22 07:35 | 11/17/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 2,888 | 1.7999 | 5,198.11 | |
| 11/16/22 15:32 | 11/18/22 | META MATLS INC PFD SER A | MMTLP | Bought | 787 | 8.8500 | 6,969.90 | |
| 11/16/22 15:30 | 11/18/22 | PROSHARES TRUST II PROSHARES ULTRA BLOOMBERG NATURAL GAS | BOIL | Sold | -190 | 40.0350 | | 7,608.45 |
| 11/21/22 09:30 | 11/23/22 | META MATLS INC PFD SER A | MMTLP | Bought | 5 | 9.9400 | 54.65 | |
| 11/22/22 10:53 | 11/25/22 | COSMOS HOLDINGS INC COMMON STOCK | COSM | Bought | 20 | 0.2756 | 5.51 | |
| 11/22/22 10:53 | 11/25/22 | COSMOS HOLDINGS INC COMMON STOCK | COSM | Bought | 7,980 | 0.2750 | 2,194.50 | |
| 11/23/22 12:27 | 11/28/22 | COSMOS HOLDINGS INC COMMON STOCK | COSM | Sold | -4,000 | 0.4000 | | 1,599.44 |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$18,261.07** | **$18,814.99** |

Page 1 of 2

# E✳TRADE
*from Morgan Stanley*

## E✳TRADE Securities
**Investment Account**

## TRADE CONFIRMATION

**Account Number:** XXXX-3300

**Account Name:**

**E✳TRADE Securities LLC**
P.O. Box 484
Jersey City, NJ 07303-0484

### Customer Update
Invest on the go. With the E✳TRADE Mobile app, you have everything you need in the palm of your hand. Vist etrade.com/mobile to learn more.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/31/22 | 09/02/22 | 6 1 | MMAT | BUY | 12,000 | $.7806 | Cash | PRINCIPAL | $9,367.20 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $9,367.20 |

▲ DETACH HERE

STARS & STRIPES LAWN & LANDSCA
6710 ARGENTA TRAIL
INVER GROVE MN  55077-2209

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-3300**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

083120220001  900610733009

# E✳TRADE
*from Morgan Stanley*

**E✳TRADE Securities**

**Investment Account**

# TRADE CONFIRMATION

**Account Number: XXXX-3300**

**Account Name:**

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**

Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/12/22 | 12/14/22 | 6 1 | MMAT | BUY | 5,000 | $1.355 | Cash | PRINCIPAL | $6,775.00 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $6,775.00 |

---

▲ DETACH HERE

STARS & STRIPES LAWN & LANDSCA
6710 ARGENTA TRAIL
INVER GROVE MN  55077-2209

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-3300**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**TOTAL DEPOSIT**

Make checks payable to E✳TRADE Securities LLC.
Mail deposits to:

E✳TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

121220220001  900610733009

# E✳TRADE
## from Morgan Stanley

**E✳TRADE Securities**
**Investment Account**

**Account Number:** ▬▬-3300     **Statement Period :** December 1, 2022 - December 31, 2022     **Account Type:** CORPORATION - S CORPORATION

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 11/29/22 15:00 | 12/01/22 | COSMOS HOLDINGS INC COMMON STOCK | COSM | Sold | -2,000 | 0.7401 | | 1,479.90 |
| 11/29/22 15:34 | 12/01/22 | VINCO VENTURES INC COMMON STOCK | BBIG | Sold | -350 | 0.7066 | | 247.25 |
| 11/30/22 10:17 | 12/02/22 | META MATLS INC PFD SER A | MMTLP | Sold | -300 | 9.0500 | | 2,709.94 |
| 11/30/22 10:14 | 12/02/22 | META MATLS INC PFD SER A | MMTLP | Sold | -787 | 9.0200 | | 7,093.52 |
| 11/30/22 10:17 | 12/02/22 | META MATLS INC PFD SER A | MMTLP | Sold | -1,700 | 9.0000 | | 15,299.42 |
| 12/07/22 09:59 | 12/09/22 | HOUSTON NAT RES CORP COMMON STOCK | HNRC | Bought | 9,100 | 0.4390 | 3,994.90 | |
| 12/07/22 09:59 | 12/09/22 | HOUSTON NAT RES CORP COMMON STOCK | HNRC | Bought | 10,900 | 0.4300 | 4,691.95 | |
| 12/08/22 10:00 | 12/12/22 | META MATLS INC PFD SER A | MMTLP | Bought | 300 | 4.2500 | 1,275.00 | |
| 12/08/22 09:59 | 12/12/22 | META MATLS INC PFD SER A | MMTLP | Bought | 700 | 4.2400 | 2,972.95 | |
| 12/09/22 10:31 | 12/13/22 | META MATLS INC COMMON STOCK | MMAT | Sold | -903 | 1.3650 | | 1,232.45 |
| 12/09/22 10:31 | 12/13/22 | META MATLS INC COMMON STOCK | MMAT | Sold | -2,097 | 1.3600 | | 2,851.58 |
| 12/09/22 10:32 | 12/13/22 | META MATLS INC COMMON STOCK | MMAT | Sold | -6,719 | 1.3600 | | 9,136.76 |
| 12/09/22 10:31 | 12/13/22 | META MATLS INC COMMON STOCK | MMAT | Sold | -9,000 | 1.3670 | | 12,301.54 |
| 12/12/22 13:36 | 12/14/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 5,000 | 1.3550 | 6,775.00 | |
| 12/23/22 11:52 | 12/28/22 | META MATLS INC COMMON STOCK | MMAT | Bought | 150 | 1.1250 | 168.75 | |
| 12/27/22 11:09 | 12/29/22 | AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | Sold | -2,000 | 4.0913 | | 8,182.15 |
| 12/27/22 11:14 | 12/29/22 | CREATD INC COMMON STOCK | CRTD | Bought | 100 | 0.7980 | 84.65 | |
| 12/27/22 11:13 | 12/29/22 | CREATD INC COMMON STOCK | CRTD | Bought | 1,000 | 0.7919 | 796.90 | |
| 12/27/22 11:15 | 12/29/22 | CREATD INC COMMON STOCK | CRTD | Bought | 1,400 | 0.6400 | 1,176.00 | |
| 12/27/22 11:10 | 12/29/22 | GLOBAL TECH INDUSTRIES GROUP INC COM | GTII | Bought | 4,137 | 1.4400 | 5,962.23 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$27,898.23** | **$62,162.01** |

# E✶TRADE

**E✶TRADE Securities**
**Investment Account**



| Account Number: ▓▓▓-3300 | Statement Period : December 1, 2021 - December 31, 2021 | Account Type: CORPORATION - S CORPORATION |
|---|---|---|

## ACCOUNT HOLDINGS

### CASH & CASH EQUIVALENTS (0.00% of Holdings)

| DESCRIPTION | PORTFOLIO % | AMOUNT |
|---|---|---|
| **CASH BALANCE** | | |
| Opening Balance | | -22.77 |
| Closing Balance | 0.00 | -146.27 |

Under the Extended Insurance Sweep Deposit Account (ESDA) Program, cash balances from your brokerage account into the ESDA Program may shift from one program bank to another on a daily basis and a different combination or subset of the Program Banks may be used from day to day with dynamic deposit limits. Your ESDA Program cash balances will be FDIC-insured up to an aggregate of at least $1,250,000. Uninvested cash balances in the ESDA program are not covered by SIPC. The balance in your bank deposit sweep account may be withdrawn on your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.com/esdaagreement or call us at 1-800-ETRADE-1 (1-800-387-2331).

**TOTAL CASH & CASH EQUIVALENTS** — 0.00% — $-146.27

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (98.82% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | AMC | Cash | 8,403 | 27.2000 | 228,561.60 | 52.42 | | |
| CEL SCI CORPORATION COMMON STOCK | CVM | Cash | 19,191 | 7.1000 | 136,256.10 | 31.25 | | |
| GAMESTOP CORP CLASS A | GME | Cash | 156 | 148.3900 | 23,148.84 | 5.31 | | |
| GREENIDGE GENERATION HOLDINGS INC CLASS A COMMON STOCK | GREE | Cash | 14 | 16.0500 | 224.70 | 0.05 | | |
| META MATLS INC COMMON STOCK | MMAT | Cash | 1,698 | 2.4600 | 4,177.08 | 0.96 | | |
| NATIONAL STORM MGMT SHS B CONTRA CUSIP | 637822990 | Cash | 750 | | 0.00 | 0.00 | | |
| NORTHWEST BIOTHERAPEUTICS INC | NWBO | Cash | 54,751 | 0.7000 | 38,325.70 | 8.79 | | |
| SEARS HOLDINGS CORPORATION COMMON STOCK | SHLDQ | Cash | 7,818 | 0.0200 | 156.36 | 0.04 | | |
| TARONIS TECHNOLOGIES INC COMMON STOCK | TRNX | Cash | 1,265 | | 0.00 | 0.00 | | |
| THUNDER ENERGIES CORP COMMON STOCK | TNRG | Cash | 84 | 0.0130 | 1.09 | 0.00 | | |

# E✳TRADE
# FINANCIAL°
Trading • Investing • Banking

**E✳TRADE Securities**

Investment Account

## TRADE CONFIRMATION

**Account Number: XXXX-3300**

| TRADE DATE | SETL DATE | MKT CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/21/21 | 06/23/21 | 6 1 | CTXR | BUY | 600 | $4.149 | Cash | PRINCIPAL | $2,489.40 |
| CITIUS PHARMACEUTICALS INC COMMON STOCK | | | | | | | | NET AMOUNT | $2,489.40 |
| 06/21/21 | 06/23/21 | 6 1 | TRCH | BUY | 2,650 | $9.2294 | Cash | PRINCIPAL | $24,457.91 |
| TORCHLIGHT ENERGY RESOURCES INC | | | | | | | | NET AMOUNT | $24,457.91 |
| 06/21/21 | 06/23/21 | 6 1 | TRCH | BUY | 747 | $8.90 | Cash | PRINCIPAL | $6,648.30 |
| TORCHLIGHT ENERGY RESOURCES INC | | | | | | | | NET AMOUNT | $6,648.30 |