NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: **META MATERIALS**
Case Number: **24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Stefano Fasulo
   10 Cardinal Drive
   Wallingford, CT 06492

   Telephone Number: 203-787-8492

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 18 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: **499-316939**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   ETrade Securities LLC
   PO Box 484, Jersey City, NJ 07303-0484
   Telephone Number: 800-387-2331

3. Date Equity Interest was acquired:
   Oct. 12, 2022 - Present
   *Please see attached.

4. Total amount of member interest: 100 Shares post R/S One hundred

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Stefano Fasulo
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature)   (Date) 12/12/24
Telephone number: 203.787.8492   email: gfcaruso7@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form | Save Form | Clear Form


from Morgan Stanley

**CLIENT STATEMENT** | For the Period November 1-30, 2024

**STATEMENT FOR:**
 STEFANO FASULO TOD
 SUBJECT TO STA RULES

*Includes Accrued Interest*

**Access Your Account Online At**
www.etrade.com or call 800-387-2331

*Morgan Stanley Smith Barney LLC. Member SIPC.*
*E*TRADE is a business of Morgan Stanley.*

STEFANO FASULO TOD
SUBJECT TO STA RULES
10 CARDINAL DR
WALLINGFORD CT 06492

*INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •*
*NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •*
*MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD*

# E*TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period November 1-30, 2024

Page 6 of 8

## Account Detail

Self-Directed Brokerage Account ▮9-203

STEFANO FASULO TOD
SUBJECT TO STA RULES

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| Asset Class: Equities | | | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| META MATERIALS INC NEW (MMATQ) Asset Class: Equities | 100.000 | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| | | | ▮ | ▮ | ▮ | ▮ | |

**OPTIONS** (Contract Prices are presented to only the third decimal (which may display as "$0.000"), while calculation of Market Value uses an extended price.)

| Security Description | Number of Contracts | Contract Price | Total Cost | Market Value | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |


from Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2024

**STATEMENT FOR:**
STEFANO FASULO TOD
SUBJECT TO STA RULES

**Beginning Total Value** (as of 1/1/24)
**Ending Total Value** (as of 1/31/24)
*Includes Accrued Interest*

**Access Your Account Online At**
www.etrade.com or call 800-387-2331

*Morgan Stanley Smith Barney LLC. Member SIPC.*
*E*TRADE is a business of Morgan Stanley.*

STEFANO FASULO TOD
SUBJECT TO STA RULES
10 CARDINAL DR
WALLINGFORD CT 06492

*INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •*
*NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •*
*MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD*

# E✳TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2024

## Account Detail

Self-Directed Brokerage Account ▮9-203

STEFANO FASULO TOD
SUBJECT TO STA RULES

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| **META MATERIALS INC NEW (MMAT)**<br>*Asset Class: Equities* | 170.000 | 3.820 | 3,096.60 | 649.40 | (2,447.17) | — | — |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | | | ▮ | ▮ | ▮ | | |

**OPTIONS** (Contract Prices are presented to only the third decimal (which may display as "$0.000"), while calculation of Market Value uses an extended price.)

| Security Description | Number of Contracts | Contract Price | Total Cost | Market Value | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

## Account Detail

Self-Directed Brokerage Account ▮▮▮▮9-203

STEFANO FASULO TOD
SUBJECT TO STA RULES

| | Percentage of Holdings | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|
| STOCKS | 94.59% | $5,738.47 | $900.06 | $(3,823.45) | — | — |

*For listed options that have a cost basis without a corresponding market value, an unrealized gain or loss is included for informational purposes. Where market value information is not available, for purposes of calculating the unrealized gain or loss, we assume that market value is $0. In such cases, the unrealized gain or loss may not provide an accurate reflection of the true unrealized gain or loss. For additional information regarding Gain/(Loss) and Pricing, refer to the Expanded Disclosures.*

| | Percentage of Holdings | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|
| TOTAL VALUE | 100.00% | $5,738.47 | $951.53 | $(3,823.45) | $0.01 | — |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $51.47 | — | — | — | — | — |
| Stocks | — | $900.06 | — | — | — | — |
| TOTAL ALLOCATION OF ASSETS | $51.47 | $900.06 | — | — | — | — |

## ACTIVITY

### CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 1/26 | 1/26 | Bought | META MATERIALS INC | ACTED AS AGENT UNSOLICITED TRADE a/o 01/24/24 | 1,700.000 | 0.0608 | (103.35) |
| 1/29 | | Service Fee | META MATERIALS INC | MANDATORY REORG FEE | | | (38.00) |

# E✱TRADE

from Morgan Stanley

CLIENT STATEMENT | For the Period January 1-31, 2024

Page 8 of 8

## Account Detail

Self-Directed Brokerage Account ███████203

STEFANO FASULO TOD SUBJECT TO STA RULES

## CASH FLOW ACTIVITY BY DATE (CONTINUED)

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 1/30 | | Service Fee Adj | Mandatory Reorg Fee Reversal - | | | | 38.00 |
| **NET CREDITS/(DEBITS)** | | | | | | | **$27.71** |

*Purchase and Sale transactions above may have received an average price execution. Details regarding the actual prices are available upon request.*

## MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

| Activity Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| ███ | | | ███ |

## TRANSFERS, CORPORATE ACTIONS AND ADDITIONAL ACTIVITY

### CORPORATE ACTIONS

| Activity Date | Activity Type | Description | Comments | Quantity |
|---|---|---|---|---|
| 1/29 | Exchange Delivered Out | META MATERIALS INC | | (17,000.000) |
| 1/29 | Exchange Received In | META MATERIALS INC NEW | | 170.000 |
| 1/29 | Name Change From | CALL MMAT 01/17/25 0.500 | | |
| 1/29 | Name Change To | CALL MMAT1 01/17/25 0.500 | | |

### OPTIONS EXPIRATIONS, EXERCISES AND ASSIGNMENTS

| Activity Date | Activity Type | Description | Comments | Contracts |
|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ |

## MESSAGES

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**Important information about your 2023 tax reporting**
If your E*TRADE account was transferred to Morgan Stanley Smith Barney LLC (MSSB) in 2023, you may receive multiple tax forms for 2023: tax forms for your original E*TRADE account that reports all activity with E*TRADE Securities LLC before the transfer date, and additional tax forms for your transferred account that reports all activity with MSSB after the transfer date. Please note, there may be a slight timing difference in the availability of the two forms. If your brokerage or stock plan account(s) do not meet the minimum IRS threshold for taxable activity, we'll post a notification under Documents > General Correspondence. For more information on what to expect, visit www.etrade.com/taxyear2023.

Remember, if you also have a full service account with MSSB, you'll receive a separate tax form for that account, which will be available on Morgan Stanley Online. Only forms for your E*TRADE account will be available in the Tax Center.


AST is now EQ

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101

STEFANO FASULO
10 CARDINAL DR
WALLINGFORD CT 06492

| | |
|---|---:|
| Statement Date: | October 19, 2024 |
| Company Name: | META MATERIALS INC (NEW) |
| Company Number: | 27756 |
| Stock Exchange: | NASD |
| Company Ticker Symbol: | MMAT |
| CUSIP: | 59134N302 |
| Account Number: | 0000010205 |
| W9/W8/W8BENE Certified: | Yes |
| Dividend Amount Paid YTD: | $0.00 |

## Balance Detail as of 10/19/2024

| Total Shares | Closing Price Per Share | Estimated Value |
|---|---|---|
| 70.000 | $0.525 | $36.81 |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

### Dividend Reinvestment or Direct Stock Purchase Shares Held by AST

Number of Shares: 0.000

### Book Entry Held by AST

| Issue Date | Book Entry Number | Number of Shares | Restricted |
|---|---|---|---|
| 08/20/2024 | BK*0000228 | 70.000 | No |

*[Handwritten note:] * Neither AST/EQ nor Etrade is able to provide me a certificate #. SF*

If you have questions, please call our office at 800-937-5449. Our representatives are available to assist you Monday through Friday from 8:00 a.m. to 8:00 p.m. Eastern Time. You may also email us by selecting "Contact Us" on www.astfinancial.com


AST01277560000010205

0.001.001.00001

# E✱TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period November 1-30, 2024

**STATEMENT FOR:**
STEFANO FASULO TOD
SUBJECT TO STA RULES

**Beginning Total Value** (as of 11/1/24)     $ 483.19
**Ending Total Value** (as of 11/30/24)     $ 557.39
*Includes Accrued Interest*

**Access Your Account Online At**
www.etrade.com or call 800-387-2331

*Morgan Stanley Smith Barney LLC. Member SIPC.*
*E*TRADE is a business of Morgan Stanley.*

#BWNJGWM

STEFANO FASULO TOD
SUBJECT TO STA RULES
10 CARDINAL DR
WALLINGFORD CT 06492

*INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •*
*NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •*
*MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD*

499 - 316939 - 203 - 4 - 1

## Account Detail

Self-Directed Brokerage Account
499-316939-203

STEFANO FASULO TOD
SUBJECT TO STA RULES

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| Asset Class: Equities | | | | | | | |
| CLEAN VISION CORP (CLNV) Asset Class: Equities | 644.000 | 0.019 | 48.58 | 11.98 | (36.60) | — | — |
| CROWN ELECTROKINETICS CORP (CRKN) Asset Class: Equities | 1.000 | 0.280 | 25.65 | 0.28 | (25.37) | — | — |
| FINGERMOTION INC (FNGR) Asset Class: Equities | 31.000 | 2.040 | 222.55 | 63.24 | (159.31) | — | — |
| GAMESTOP CORP CL A NEW (GME) Asset Class: Equities | 7.000 | 29.050 | 228.53 | 203.35 | (25.18) | — | — |
| GEVO INC (GEVO) Asset Class: Equities | 10.000 | 1.650 | 15.35 | 16.50 | 1.15 | — | — |
| GLOBAL TECH INDS GROUP INC COM (GTII) Asset Class: Equities | 80.000 | 0.030 | 92.30 | 2.41 | (89.89) | — | — |
| META MATERIALS INC NEW (MMATQ) Asset Class: Equities | 100.000 | 0.061 | 1,259.54 | 6.10 | (1,252.07) | — | — |
| METATRON INC (MRNJ) Asset Class: Equities | 100.000 | 0.000 | 4.96 | 0.01 | (4.95) | — | — |
| MICROMOBILITY INC CL A (MCOM) Asset Class: Equities | 2.000 | 0.010 | 148.52 | 0.02 | (24.97) | — | — |
| MINERALRITE CORP NEW COM (RITE) Asset Class: Equities | 146,239.000 | 0.001 | 234.16 | 87.74 | (146.42) | — | — |
| MULLEN AUTOMOTIVE INC NEW (MULN) Asset Class: Equities | 1.000 | 2.690 | 804.82 | 2.69 | (802.11) | — | — |
| PROFITABLE DEVS INC COM (PRDL) Asset Class: Equities | 55,022.000 | 0.000 | 92.99 | 5.50 | (87.49) | — | — |
| TRUMP MEDIA & TECH GROUP CORP (DJT) Asset Class: Equities | 1.000 | 31.600 | 33.45 | 31.60 | (1.85) | — | — |
| COMMON STOCKS | | | $3,286.84 | $442.81 | $(2,719.11) | — | — |

OPTIONS (Contract Prices are presented to only the third decimal (which may display as "$ 0.000"), while calculation of Market Value uses an extended price.)

| Security Description | Number of Contracts | Contract Price | Total Cost | Market Value | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|
| CALL META MATERIALS INC NEW AT 0.500 EXPIRES 01/17/2025 (MMAT1 250117C00000500) Adjusted Option; Contract = 1.00000 Share; Asset Class: Equities | 3.000 | $0.000 | $13.53 | $0.03 | $(13.50) |

# E✱TRADE
*from Morgan Stanley*

**CLIENT STATEMENT** | For the Period January 1-31, 2024

**STATEMENT FOR:**
STEFANO FASULO TOD
SUBJECT TO STA RULES

**Beginning Total Value** (as of 1/1/24)     $ 1,354.55
**Ending Total Value** (as of 1/31/24)     $ 951.53
*Includes Accrued Interest*

**Access Your Account Online At**
www.etrade.com or call 800-387-2331

*Morgan Stanley Smith Barney LLC. Member SIPC.*
*E*TRADE is a business of Morgan Stanley.*

#BWNJGWM

STEFANO FASULO TOD
SUBJECT TO STA RULES
10 CARDINAL DR
WALLINGFORD CT 06492

*INVESTMENTS AND INSURANCE PRODUCTS: NOT FDIC INSURED • NOT A BANK DEPOSIT •*
*NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT BANK GUARANTEED •*
*MAY LOSE VALUE • UNLESS SPECIFICALLY NOTED, ALL VALUES ARE DISPLAYED IN USD*

CLIENT STATEMENT | For the Period January 1-31, 2024

| Account Detail | Self-Directed Brokerage Account  499-316939-203 | STEFANO FASULO TOD  SUBJECT TO STA RULES | |
|---|---|---|---|

Investment Objectives (in order of priority): Capital Appreciation  
*Inform us if your investment objectives, as defined in the Expanded Disclosures, change.*

Brokerage Account

## HOLDINGS

*This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed Income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period.*

*For additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used for tax purposes.*

## CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

*Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank Deposit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or Morgan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. For more information regarding the Bank Deposit Program, go to www.etrade.com/bdpdisclosure. Interest from required Pattern Day Trader minimum equity amounts retained in Cash Balance Program.*

| Description | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|
| MORGAN STANLEY BANK N.A. | $51.47 | — | $0.01 | 0.010 |

| | Percentage of Holdings | Market Value | Est Ann Income |
|---|---|---|---|
| CASH, BDP, AND MMFs | 5.41% | $51.47 | $0.01 |

## STOCKS
### COMMON STOCKS

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| AVENUE THERAPEUTICS INC (ATXI)  *Asset Class: Equities* | 212.000 | $0.148 | $68.94 | $31.38 | $(37.56) | — | — |
| CLEAN VISION CORP (CLNV)  *Asset Class: Equities* | 644.000 | 0.038 | 48.58 | 24.41 | (24.17) | — | — |

## Account Detail

Self-Directed Brokerage Account
499-316939-203
STEFANO FASULO TOD
SUBJECT TO STA RULES

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| CROWN ELECTROKINETICS CORP (CRKN) *Asset Class: Equities* | 1.000 | 0.131 | 25.65 | 0.13 | (25.52) | — | — |
| FINGERMOTION INC (FNGR) *Asset Class: Equities* | 31.000 | 2.370 | 222.55 | 73.47 | (149.08) | — | — |
| FM4 NXTBRG HYDROCARBONS CONTRA *Asset Class: Equities* | 153.000 | N/A | 891.40 | N/A | N/A | — | — |
| GLOBAL TECH INDS GROUP INC COM (GTII) *Asset Class: Equities* | 70.000 | 0.268 | 86.15 | 18.76 | (67.39) | — | — |
| META MATERIALS INC NEW (MMAT) *Asset Class: Equities* | 170.000 | 3.820 | 3,096.60 | 649.40 | (2,447.17) | — | — |
| MICROMOBILITY INC CL A (MCOM) *Asset Class: Equities* | 2.000 | 0.022 | 148.52 | 0.04 | (24.95) | — | — |
| MINERALRITE CORP NEW COM (RITE) *Asset Class: Equities* | 146,239.000 | 0.001 | 234.16 | 73.12 | (161.04) | — | — |
| MULLEN AUTOMOTIVE INC NEW (MULN) *Asset Class: Equities* | 2.000 | 7.020 | 801.44 | 14.04 | (787.40) | — | — |
| PROFITABLE DEVS INC COM (PRDL) *Asset Class: Equities* | 55,022.000 | 0.000 | 92.99 | 11.00 | (81.99) | — | — |
| VIRIOS THERAPEUTICS INC (VIRI) *Asset Class: Equities* | 4.000 | 0.410 | 7.96 | 1.64 | (6.32) | — | — |
| COMMON STOCKS | | | $5,724.94 | $897.39 | $(3,812.59) | — | — |

**OPTIONS** (Contract Prices are presented to only the third decimal (which may display as "$ 0.000"), while calculation of Market Value uses an extended price.)

| Security Description | Number of Contracts | Contract Price | Total Cost | Market Value | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|
| CALL META MATERIALS INC NEW AT 0.500 EXPIRES 01/17/2025 (MMAT1 250117C00000500) *Adjusted Option; Contract = 1.00000 Share; Asset Class: Equities* | 3.000 | $0.009 | $13.53 | $2.67 | $(10.86) |

# E*TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2024

Page 7 of 8

## Account Detail

Self-Directed Brokerage Account
499-316939-203

STEFANO FASULO TOD
SUBJECT TO STA RULES

| | Percentage of Holdings | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|
| **STOCKS** | 94.59% | $5,738.47 | $900.06 | $(3,823.45) | — | — |

*For listed options that have a cost basis without a corresponding market value, an unrealized gain or loss is included for informational purposes. Where market value information is not available, for purposes of calculating the unrealized gain or loss, we assume that market value is $0. In such cases, the unrealized gain or loss may not provide an accurate reflection of the true unrealized gain or loss. For additional information regarding Gain/(Loss) and Pricing, refer to the Expanded Disclosures.*

| | Percentage of Holdings | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|
| **TOTAL VALUE** | 100.00% | $5,738.47 | $951.53 | $(3,823.45) | $0.01 | — |

*Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.*

## ALLOCATION OF ASSETS

| | Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|---|
| Cash, BDP, MMFs | $51.47 | — | — | — | — | — |
| Stocks | — | $900.06 | — | — | — | — |
| **TOTAL ALLOCATION OF ASSETS** | $51.47 | $900.06 | — | — | — | — |

## ACTIVITY

### CASH FLOW ACTIVITY BY DATE

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 1/4 | | Online Transfer | ACH DEPOSIT | REFID:97147519906; | | | $100.00 |
| 1/4 | 1/8 | Bought | AVENUE THERAPEUTICS INC | ACTED AS AGENT UNSOLICITED TRADE | 151.000 | 0.3272 | (49.41) |
| 1/4 | 1/8 | Bought | AVENUE THERAPEUTICS INC | ACTED AS AGENT UNSOLICITED TRADE | 61.000 | 0.3201 | (19.53) |
| 1/24 | | Online Transfer | ACH DEPOSIT | REFID:98573385906; | | | 100.00 |
| 1/26 | 1/26 | Bought | META MATERIALS INC | ACTED AS AGENT UNSOLICITED TRADE a/o 01/24/24 | 1,700.000 | 0.0608 | (103.35) |
| 1/29 | | Service Fee | META MATERIALS INC | MANDATORY REORG FEE | | | (38.00) |

# E✱TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period January 1-31, 2024

Page 8 of 8

## Account Detail

Self-Directed Brokerage Account  
499-316939-203

STEFANO FASULO TOD  
SUBJECT TO STA RULES

### CASH FLOW ACTIVITY BY DATE (CONTINUED)

| Activity Date | Settlement Date | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
|---|---|---|---|---|---|---|---|
| 1/30 | | Service Fee Adj | Mandatory Reorg Fee Reversal - | | | | 38.00 |
| **NET CREDITS/(DEBITS)** | | | | | | | **$27.71** |

*Purchase and Sale transactions above may have received an average price execution. Details regarding the actual prices are available upon request.*

### MONEY MARKET FUND (MMF) AND BANK DEPOSIT PROGRAM ACTIVITY

| Activity Date | Activity Type | Description | Credits/(Debits) |
|---|---|---|---|
| 1/5 | Automatic Investment | BANK DEPOSIT PROGRAM | $100.00 |
| 1/8 | Automatic Redemption | BANK DEPOSIT PROGRAM | (68.94) |
| 1/25 | Automatic Investment | BANK DEPOSIT PROGRAM | 100.00 |
| 1/26 | Automatic Redemption | BANK DEPOSIT PROGRAM | (103.35) |
| **NET ACTIVITY FOR PERIOD** | | | **$27.71** |

### TRANSFERS, CORPORATE ACTIONS AND ADDITIONAL ACTIVITY

#### CORPORATE ACTIONS

| Activity Date | Activity Type | Description | Comments | Quantity |
|---|---|---|---|---|
| 1/29 | Exchange Delivered Out | META MATERIALS INC | | (17,000.000) |
| 1/29 | Exchange Received In | META MATERIALS INC NEW | | 170.000 |
| 1/29 | Name Change From | CALL MMAT  01/17/25  0.500 | | |
| 1/29 | Name Change To | CALL MMAT1  01/17/25  0.500 | | |

#### OPTIONS EXPIRATIONS, EXERCISES AND ASSIGNMENTS

| Activity Date | Activity Type | Description | Comments | Contracts |
|---|---|---|---|---|
| 1/22 | Option Expired | CALL MMAT  01/19/24  0.500 | EXPIRED OPTIONS | 10.000 |

## MESSAGES

**Senior Investor Helpline**
For any inquiries or potential concerns, senior investors or someone acting on their behalf may contact our Firm by calling (800) 280-4534.

**Important information about your 2023 tax reporting**
If your E*TRADE account was transferred to Morgan Stanley Smith Barney LLC (MSSB) in 2023, you may receive multiple tax forms for 2023: tax forms for your original E*TRADE account that reports all activity with E*TRADE Securities LLC before the transfer date, and additional tax forms for your transferred account that reports all activity with MSSB after the transfer date. Please note, there may be a slight timing difference in the availability of the two forms. If your brokerage or stock plan account(s) do not meet the minimum IRS threshold for taxable activity, we'll post a notification under Documents > General Correspondence. For more information on what to expect, visit www.etrade.com/taxyear2023.

Remember, if you also have a full service account with MSSB, you'll receive a separate tax form for that account, which will be available on Morgan Stanley Online. Only forms for your E*TRADE account will be available in the Tax Center.