NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** META MATERIALS INC.

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Gregg Lee Whitehead
3700 McCann Rd APT 141
Longview TX 75205-1203

**Telephone Number:** 903-926-1854

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 18 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**
5510 37 51 & 5510 3870

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Morgan Stanley Domestic Holdings
ExTrAde securities LLC
**Telephone Number:** 1-800-387-2331

3. **Date Equity Interest was acquired:**
9/23/2020
8/20/2021

4. **Total amount of member interest:** 9736 see ATTAched

5. **Certificate number(s):** SEE ATTAched Documents

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Gregg Lee Whitehead
**Title:** Investor / Creditor
**Company:** ___ Address and telephone number (if different from notice address above):
3700 McCann Rd APT 141
Longview, TX 75605-1203
903-926-1854

(Signature)

**(Date)** 12/16/2024

Telephone number: 903-926-1854    email: gregs.whitehead54@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484

Account No:          55103751
Account Name:        GREGG L WHITEHEAD
Recipient's TIN:     ***-**-

Account Executive No:

ORIGINAL:            12/31/2020

## 2020 INVESTMENT DETAILS

### DETAILS OF 2020 INVESTMENT ACTIVITY

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 09/30/20 | ADICET BIO INC COMMON STOCK | 007002108 | CASH IN LIEU | | -- | $10.70 | |
| 01/22/20 | ADVANCED MICRO DEVICES INC COM | 007903107 | SELL | 2.000 | $51.35 | $102.69 | |
| 03/04/20 | ***APHRIA INC COM | 03765K104 | SELL | 2.000 | $3.56 | $7.12 | |
| 03/04/20 | ***APHRIA INC COM | 03765K104 | SELL | 28.000 | $3.56 | $99.80 | |
| 01/22/20 | AVALARA INC COMMON STOCK | 05338G106 | PURCHASE | 1.000 | $86.45 | $86.45 | |
| 12/15/20 | AVALARA INC COMMON STOCK | 05338G106 | SELL | 1.000 | $174.24 | $174.23 | |
| 03/04/20 | ***CANOPY GROWTH CORPORATION COMMON SHA | 138035100 | SELL | 4.000 | $18.21 | $72.83 | |
| 03/27/20 | COTY INC COM CL A | 222070203 | PURCHASE | 6.000 | $6.35 | $38.10 | |
| 09/23/20 | ***METAMATERIAL INC COM | 59134F101 | PURCHASE | 5,950.000 | $0.23 | $1,348.68 | |
| 07/01/20 | REATA PHARMACEUTICALS INC CL A COM | 75615P103 | SELL | 2.000 | $153.93 | $307.85 | |
| 01/16/20 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 247.000 | $0.65 | $159.77 | |
| 03/04/20 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 300.000 | $0.66 | $198.00 | |
| 08/25/20 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 1,585.000 | $0.32 | $499.28 | |
| 03/26/20 | TUPPERWARE BRANDS CORPORATION | 899896104 | PURCHASE | 54.000 | $1.90 | $102.82 | |
| 09/22/20 | TUPPERWARE BRANDS CORPORATION | 899896104 | SELL | 54.000 | $26.75 | $1,444.45 | |
| 03/27/20 | ***BLOCKCHAIN HLDGS LTD COMMON SHARES | G11770107 | PURCHASE | 250.000 | $0.39 | $104.85 | |
| 09/24/20 | ***TRACESAFE INC COMMON SHARES | G8998A107 | PURCHASE | 101.000 | $0.48 | $55.24 | |

### DETAILS OF 2020 OPTIONS ACTIVITY

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 12/15/20 CALL BMY  03/19/21 | 65 BRISTOL MYER | 8GTTRS9 | PURCHASE | 1.000 | $1.66 | $166.66 | |

### END OF 2020 DETAILS

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

MORGAN STANLEY DOMESTIC HOLDINGS, INC.
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484

| | |
|---|---|
| Account No: | 55103870 |
| Account Name: | GREGG L WHITEHEAD |
| Recipient's TIN: | ***-**-▬▬ |
| Account Executive No: | ET1 |
| ORIGINAL: | 12/31/2021 |

## 2021 INVESTMENT DETAILS

### DETAILS OF 2021 INVESTMENT ACTIVITY

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 08/24/21 | ***ALPHA LITHIUM CORP NEW COMMON | 02075X103 | PURCHASE | 100.000 | $0.48 | $52.95 | |
| 08/20/21 | AMERICAN EAGLE OUTFITTERS INC | 02553E106 | PURCHASE | 100.000 | $35.00 | $3,500.00 | |
| 08/20/21 | AMERICAN EAGLE OUTFITTERS INC | 02553E106 | SELL | 100.000 | $34.00 | $3,399.97 | |
| 08/27/21 | AMERICAN EXPRESS COMPANY | 025816109 | PURCHASE | 100.000 | $170.00 | $17,000.00 | |
| 08/30/21 | AMERICAN EXPRESS COMPANY | 025816109 | SELL | 24.000 | $164.85 | $3,956.37 | |
| 08/31/21 | AMERICAN EXPRESS COMPANY | 025816109 | SELL | 16.000 | $164.38 | $2,630.06 | |
| 09/07/21 | AMERICAN EXPRESS COMPANY | 025816109 | SELL | 60.000 | $160.20 | $9,611.94 | |
| 01/20/21 | ***AMERICAN LITHIUM CORP COM NEW | 027259209 | PURCHASE | 100.000 | $1.82 | $188.95 | |
| 08/06/21 | BED BATH & BEYOND INC | 075896100 | PURCHASE | 100.000 | $28.00 | $2,800.00 | |
| 08/10/21 | BED BATH & BEYOND INC | 075896100 | SELL | 100.000 | $28.45 | $2,844.97 | |
| 04/01/21 | BLACKLINE INC COM | 09239B109 | SELL | 9.000 | $111.00 | $998.99 | |
| 10/29/21 | ***CARNIVAL CORP COMMON PAIRED STOCK | 143658300 | PURCHASE | 100.000 | $25.00 | $2,500.00 | |
| 10/29/21 | ***CARNIVAL CORP COMMON PAIRED STOCK | 143658300 | SELL | 100.000 | $24.00 | $2,399.97 | |
| 06/18/21 | ***CEMEX S A B DE C V SPONSOR ADR REP 1 | 151290889 | SELL | 9.000 | $7.58 | $68.22 | |
| 06/18/21 | ***CEMEX S A B DE C V SPONSOR ADR REP 1 | 151290889 | SELL | 35.000 | $7.56 | $264.42 | |
| 09/10/21 | CENTENE CORP DEL | 15135B101 | PURCHASE | 100.000 | $64.00 | $6,400.00 | |
| 09/10/21 | CENTENE CORP DEL | 15135B101 | SELL | 100.000 | $63.00 | $6,299.95 | |
| 07/21/21 | ***CORE ONE LABS INC COM NO PAR | 21872J307 | PURCHASE | 100.000 | $4.21 | $426.00 | |
| 10/01/21 | EBAY INC | 278642103 | PURCHASE | 100.000 | $73.00 | $7,300.00 | |
| 10/01/21 | EBAY INC | 278642103 | SELL | 100.000 | $72.00 | $7,199.95 | |
| 08/20/21 | GAP INC | 364760108 | PURCHASE | 100.000 | $30.50 | $3,050.00 | |
| 08/20/21 | GAP INC | 364760108 | SELL | 100.000 | $29.50 | $2,949.97 | |
| 06/18/21 | ***HON HAI PRECISION INDUSTRIES CO LTD | 438090805 | SELL | 20.000 | $8.03 | $155.54 | |
| 11/12/21 | ISHARES MSCI EMERGING MARKETS ETF | 464287234 | PURCHASE | 100.000 | $53.00 | $5,300.00 | |
| 11/15/21 | ISHARES MSCI EMERGING MARKETS ETF | 464287234 | SELL | 100.000 | $52.14 | $5,213.96 | |
| 09/17/21 | JOHNSON & JOHNSON | 478160104 | PURCHASE | 100.000 | $175.00 | $17,500.00 | |
| 09/17/21 | JOHNSON & JOHNSON | 478160104 | SELL | 100.000 | $172.50 | $17,249.90 | |
| 07/12/21 | META MATLS INC COMMON STOCK | 59134N104 | CASH IN LIEU | | -- | $3.29 | |
| 08/20/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 100.000 | $2.89 | $289.00 | |
| 04/07/21 | ***MURATA MANUFACTURING CO LTD UNSPONSO | 626425102 | PURCHASE | 9.000 | $20.91 | $195.10 | |
| 10/01/21 | NUCOR CORP | 670346105 | PURCHASE | 100.000 | $113.00 | $11,300.00 | |
| 10/01/21 | NUCOR CORP | 670346105 | SELL | 100.000 | $112.00 | $11,199.93 | |
| 12/03/21 | NUCOR CORP | 670346105 | PURCHASE | 100.000 | $114.00 | $11,400.00 | |
| 12/03/21 | NUCOR CORP | 670346105 | SELL | 100.000 | $113.00 | $11,299.93 | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

**E✶TRADE**
from Morgan Stanley

| :count Detail | Self-Directed Brokerage Account    GREGG L WHITEHEAD 511-534947-205 |
|---|---|

'estment Objectives (In order of priority):  Capital Appreciation
orm us if your investment objectives, as defined in the Expanded Disclosures, change.

**Brokerage Account**

## OLDINGS

; section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(Loss)" may not reflect the value that could be obtained in the market. Your actual investment return
y differ from the unrealized gain/(loss) displayed. Fixed income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax
is, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined
turity date within the next 12 months, is reflected only through maturity date. Actual income or yield may be lower or higher than the estimates. Current Yield is an estimate for informational purposes only. It
ects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price.
uctured investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income
I current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period
payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect
oric rates within the accrual period.

additional information related to Unrealized and Realized Gain/(Loss) and tax lot details, including cost basis, please visit www.etrade.com. The information presented on the statement should not be used
tax purposes.

## ISH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

h, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market
d balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions. Under the Bank
oosit Program, free credit balances held in an account(s) at Morgan Stanley Smith Barney LLC are automatically deposited into an interest-bearing deposit account(s), at Morgan Stanley Bank, N.A. and/or
·gan Stanley Private Bank, National Association, each a national bank, FDIC member and an affiliate of Morgan Stanley. For more information regarding the Bank Deposit Program, go to
w.etrade.com/bdpdisclosure. Interest from required Pattern Day Trader minimum equity amounts retained in Cash Balance Program.

| cription | | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|
| RGAN STANLEY BANK N.A. | | $9.76 | — | — | 0.010 |

| | Percentage of Holdings | Market Value | Est Ann Income |
|---|---|---|---|
| iH, BDP, AND MMFs | 1.51% | $9.76 | — |

## OCKS

### MMON STOCKS

| urity Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| IASYS INC (FEMY) et Class: Equities | 25.000 | $0.975 | $57.50 | $24.38 | $(33.12) | — | — |
| IA MATERIALS INC (MMAT) et Class: Equities | 8,187.000 | 0.066 | 1,708.83 | 540.34 | (1,168.49) | — | — |



**E✕TRADE**

| Account Detail | | Self-Directed Brokerage Account 511-553457-205 | | GREGG L WHITEHEAD | | | | |

| urity Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| TA MATERIALS INC (MMAT) et Class: Equities | 3,686.000 | 0.066 | 1,614.10 | 243.28 | (1,370.82) | — | — |
| RATA MANUFACTURING CO LTD (MRAAY) et Class: Equities | 13.000 | 10.615 | 187.87 | 138.00 | (49.87) | 1.74 | 1.26 |
| FTCARBON INC (SHIFF) et Class: Equities | 99.000 | 0.000 | 54.38 | 0.00 | 0.00 | — | — |
| :ATASYS LTD SHS (SSYS) et Class: Equities | 2.000 | 14.280 | 49.13 | 28.56 | (20.57) | — | — |
| .LA INC (TSLA) ing: Morgan Stanley: 1, Morningstar: 2; Asset Class: Equities | 1.000 | 248.480 | 242.91 | 248.48 | 5.57 | — | — |
| T HOLDINGS INC (TLLTF) et Class: Equities | 100.000 | 0.024 | 215.66 | 2.35 | (213.31) | — | — |
| 'PERWARE BRANDS CORP (TUP) et Class: Equities | 50.000 | 2.000 | 217.35 | 100.00 | (117.35) | — | — |
| 3LTY GROUPE TECHNOLOGIES COR (VSBGF) et Class: Equities | 50.000 | 0.079 | 291.95 | 3.97 | (287.98) | — | — |
| \IMON STOCKS | | | $4,897.08 | $1,110.74 | $(3,619.01) | $2.12 | 0.19% |

'TIONS  (Contract Prices are presented to only the third decimal (which may display as "$0.000"), while calculation of Market Value uses an extended price.)

| urity Description | Number of Contracts | Contract Price | Total Cost | Market Value | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|
| .L META MATERIALS INC AT 1.500 EXPIRES 01/16/2026 /IAT 260116C00001500) et Class: Equities | 1.000 | $0.041 | $12.51 | $4.06 | $(8.45) |

| | Percentage · of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| )CKS | 92.60% | | | $4,909.59 | $1,114.80 | $(3,627.46) | $2.12 | 0.19% |

listed options that have a cost basis without a corresponding market value, an unrealized gain or loss is included for informational purposes. Where market value information is not available, for purposes of culating the unrealized gain or loss, we assume that market value is $0. In such cases, the unrealized gain or loss may not provide an accurate reflection of the true unrealized gain or loss. For additional irmation regarding Gain/(Loss) and Pricing, refer to the Expanded Disclosures.

| Account Detail | | Self-Directed Brokerage Account | GREGG L WHITEHEAD | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 511-534947-205 | | | | | | |

| urity Description | | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TA MATERIALS INC NEW (MMAT) | | 82.000 | 3.820 | 1,708.83 | 313.24 | (1,395.58) | — | — |
| et Class: Equities | | | | | | | | |
| :AWULF INC (WULF) | | 29.000 | 1.670 | 98.60 | 48.43 | (50.17) | — | — |
| et Class: Equities | | | | | | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| )CKS | 99.65% | | | $1,874.33 | $389.94 | $(1,484.38) | — | — |

## (CHANGE-TRADED & CLOSED-END FUNDS

Imated Annual Income for Exchange Traded Funds, is based upon historical distributions over the preceding 12-month period, while Estimated Annual Income for Closed End Funds may be based upon either the most recent dividend or (b) sum of prior 12 months (depending upon whether there is an announced fixed rate). Current Yield is calculated by dividing the total Estimated Annual Income by the current rket Value of the position, and It is for informational purposes only. Distributions may consist of income, capital gains or the returns of capital distributions. EAI is based upon information provided by an outside idor and is not verified by us. Depending upon market conditions, Current Yield may differ materially from published yields. Investors should refer to the Fund website for the most recent yield information.

| urity Description | | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| !AISSANCE IPO ETF (IPO) | Purchases | — | $34.049 | — | — | — | — | — |
| | Reinvestments | 0.015 | | 0.42 | 0.51 | 0.09 | | |
| | Total | 0.015 | | 0.42 | 0.51 | 0.09 | — | — |
| .t Dividend Payable 03/2024; Asset Class: Equities | | | | | | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| :HANGE-TRADED & CLOSED-END FUNDS | 0.13% | | | $0.42 | $0.51 | $0.09 | — | — |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income Accrued Interest | Current Yield % |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| )TAL VALUE | 100.00% | | | $1,874.75 | $391.29 | $(1,484.29) | — | — |

realized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not luded.

E\*TRADE

.IENT STATEMENT | For the Period January 1-31, 2024

## ccount Detail

Self-Directed Brokerage Account   GREGG L WHITEHEAD
511-553457-205

| urity Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| PLEBEAR INC (CART) | 1.000 | 24.470 | 41.51 | 24.47 | (17.04) | — | — |
| ing: Morgan Stanley: 2, Morningstar: 1; Asset Class: Equities | | | | | | | |
| IA MATERIALS INC NEW (MMAT) | 37.000 | 3.820 | 1,614.10 | 141.34 | (1,472.75) | — | — |
| et Class: Equities | | | | | | | |
| RATA MANUFACTURING CO LTD (MRAAY) | 13.000 | 10.313 | 187.87 | 134.07 | (53.80) | 1.74 | 1.30 |
| et Class: Equities | | | | | | | |
| FTCARBON INC (SHIFF) | 99.000 | 0.000 | 54.38 | 0.00 | 0.00 | — | — |
| et Class: Equities | | | | | | | |
| !ATASYS LTD SHS (SSYS) | 2.000 | 13.220 | 49.13 | 26.44 | (22.69) | — | — |
| et Class: Equities | | | | | | | |
| iLA INC (TSLA) | 1.000 | 187.290 | 242.91 | 187.29 | (55.62) | — | — |
| ing: Morgan Stanley: 1, Morningstar: 2; Asset Class: Equities | | | | | | | |
| I HOLDINGS INC (TLLTF) | 100.000 | 0.031 | 215.66 | 3.14 | (212.52) | — | — |
| et Class: Equities | | | | | | | |
| 'PERWARE BRANDS CORP (TUP) | 50.000 | 1.700 | 217.35 | 85.00 | (132.35) | — | — |
| et Class: Equities | | | | | | | |
| iLTY GROUPE TECHNOLOGIES COR (VSBGF) | 50.000 | 0.081 | 291.95 | 4.04 | (287.91) | — | — |
| et Class: Equities | | | | | | | |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| )CKS | 92.61% | | | $4,908.83 | $929.98 | $(3,811.51) | $2.12 | 0.23% |

## (CHANGE-TRADED & CLOSED-END FUNDS

imated Annual Income for Exchange Traded Funds, is based upon historical distributions over the preceding 12-month period, while Estimated Annual Income for Closed End Funds may be based upon either the most recent dividend or (b) sum of prior 12 months (depending upon whether there is an announced fixed rate). Current Yield is calculated by dividing the total Estimated Annual Income by the current rket Value of the position, and it is for informational purposes only. Distributions may consist of income, capital gains or the returns of capital distributions. EAI is based upon information provided by an outside idor and is not verified by us. Depending upon market conditions, Current Yield may differ materially from published yields. Investors should refer to the Fund website for the most recent yield information.

| urity Description | | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| EN ETF TRUST SIREN NASDAQ (BLCN) | Purchases | 3.065 | $22.980 | $69.97 | $70.44 | $0.47 | | |
| Reinvestments | | 0.068 | | 1.95 | 1.56 | (0.39) | | |
| | Total | 3.133 | | 71.92 | 72.00 | 0.08 | 0.41 | 0.57 |
| :t Dividend Payable 03/2024; Asset Class: Alt | | | | | | | | |

E✱TRADE
from Morgan Stanley

.IENT STATEMENT | For the Period September 1-30, 2024

| Self-Directed Brokerage Account | GREGG L. WHITEHEAD |
|---|---|
| 511-553457-205 | |

ccount Detail

## TOCKS

### IMMON STOCKS

rgan Stanley & Co. LLC (Morgan Stanley) and Morningstar, Inc.'s equity research ratings are shown for certain securities. These ratings represent the opinions of the research provider and are not resentations or guarantees of performance. The applicable research report contains more information regarding the analyst's opinions, analysis, and rating, and you should read the entire research report and infer its contents. For ease of comparison, Morgan Stanley and Morningstar, Inc.'s equity research ratings have been normalized to a 1 (Buy), 2 (Hold), and 3 (Sell). Refer to your June or December statement a summary guide describing the ratings. We do not take responsibility for, nor guarantee the accuracy, completeness, or timeliness of research prepared for Morningstar, Inc.



| urity Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| A ENERGY CORPORATION (BTAEF)<br>et Class: Equities | 3.000 | $0.000 | $0.00 | $0.00 | $0.00 | — | — |
| ISION DIAGNOSTICS CORP (DECN)<br>et Class: Equities | 1,000.000 | 0.000 | 112.95 | 0.00 | 0.00 | — | — |
| TA MATERIALS INC NEW (MMATQ)<br>et Class: Equities | 6.000 | 0.370 | 440.21 | 2.22 | (438.00) | — | — |
| FTCARBON INC (SHIFF)<br>et Class: Equities | 99.000 | N/A | 54.38 | N/A | N/A | — | — |
| LA INC (TSLA)<br>Ing: Morgan Stanley: 1, Morningstar: 3; Asset Class: Equities | 1.000 | 261.630 | 242.91 | 261.63 | 18.72 | — | — |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| )CKS | 99.80% | | | $850.45 | $263.85 | $(419.28) | — | — |

| | Percentage of Holdings | | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income<br>Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| )TAL VALUE | 100.00% | | | $850.45 | $264.37 | $(419.28) | — | — |

realized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not luded.