NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: **META MATERIALS, INC** | Case Number: **24-50792** | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

EDDY YOENIZAF
[address redacted]

Telephone Number: [redacted]

- ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.
- ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.
- ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 18 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: [redacted]8212

Check here if this claim:
- ☐ replaces a previously filed Proof of Interest dated: _____
- ☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
WEBULL FINANCIAL LLC

Telephone Number: 1(888)-828-0618

**3.** Date Equity Interest was acquired:
BETWEEN 07/12/2021 - 02/28/2023
See Attached Documents

**4.** Total amount of member interest: 1298 FOR $2,431.77

**5.** Certificate number(s): SEE ATTACH DOCS.

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
- ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
- ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
- ☒ I am the creditor.
- ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
- ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
- ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: EDDY YOENIZAF
Title: INDIVIDUAL
Company: ___ Address and telephone number (if different from notice address above): _____

(Signature) [signed]    (Date) December 13, 2024

Telephone number: [redacted]    email: [redacted]

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# FIDELITY INVESTMENT, INC.

Based on consolidated form 1099-B year **2021**

META MATERIALS INC COM ISIN # US59134N104, MMAT, 59134N104
Short term transaction between 02/18/2021-11/23/21 :
Total share bought and sold **18,484.5**
Total original cost of stock $77,123.44
Total amount received from the sale $78,512.97
Total Gain/Lost **$1,389.53**

META MATERIALS INC COMNVP ISIN # CA59134F10, 59134F101
Short term transaction between 05/28/21-06/16/21 :
Total share bought and sold **313**
Total original cost of stock $925.09
Total amount received from the sale $1903.10
Total Gain/Lost **$978.01**

Based on consolidated form 1099-B year **2022**

META MATERIALS INC PFD SER A 0.00000% *E, 59134N203
Short term transaction between (MERGER) 12/01/22-12/29/22 :
Total share bought and sold **17**
Total original cost of stock $173.42
Total amount received from the sale $49.10
Total Gain/Lost **-$124.32**

Long term transaction between 02/18/21-12/29/22 :
Total share bought and sold **6,355**
Total original cost of stock $1,325.27
Total amount received from the sale $2,475.28
Total Gain/Lost **$1,150.01**

PFD META MATLS CONTRA, 591994371
Short term transaction between (MERGER) 12/13/22-12/29/22 :
Total share bought and hold **6,402**
Total original cost of stock $186.79
Total amount received from the sale $94,80
Total Gain/Lost **-$94.99**

**Total share as NEXT BRIDGE HYDROCARBONS INC 78699D491 is 6,402**

Based on consolidated form 1099-B year **2023**

META MATERIALS INC COM ISIN # US59134N104, MMAT, 59134N104
Long term transaction between 03/18/21-05/31/23 :
Total share bought **11,590**
Total original cost of stock $53,302.46
Total amount received from the sale $2,961.46
Total Gain/Lost **-$50,341**

**Total share bought and sold (2021-2023) 43,131.5**
**Total Cost invested (Lost) 2021-2023 -47,042.76**

# WEBULL FINANCIAL, LLC.

Based on consolidated form 1099-B year **2021**

META MATLS INC COMMON STOCK CUSIP 59134N104 Symbol MMAT
Short term transaction between 07/12/2021-10/26/21 :
Total share bought and sold **515**
Total original cost of stock $2,067.28
Total amount received from the sale $2,244.08
Total Gain/Lost **-$176.8**

Based on consolidated form 1099-B year **2022**

META MATLS INC COMMON STOCK CUSIP 59134N104 Symbol MMAT
Short term transaction between 10/28/21-01/07/22 :
Total share bought and sold **155**
Total original cost of stock $728.56
Total amount received from the sale $373.54
Total Gain/Lost **-$355.02**

Based on consolidated form 1099-B year **2023**

META MATLS INC COMMON STOCK CUSIP 59134N104 Symbol MMAT
Long term transaction between Various date-02/28/2023 :
Total share bought and sold **628**
Total original cost of stock $2,488.86
Total amount received from the sale $588.11
Total Gain/Lost **-$1,900.75**

Total share bought and sold (2021-2023) 1298

Total Cost invested (Lost) 2021-2023 -$2,431.77

**Apex Clearing**

**Proceeds from Broker and Barter Exchange Transactions**  2023 Form 1099-B*

5NI68212                                   (continued)                                   2024-01-31    OMB No. 1545-0715

## LONG-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part II with Box D checked.
**Box 2:** Type of Gain or Loss - Long-term (unless indicated as Ordinary in Additional Notes Column)
**Box 5:** Box Not Checked (Covered Security)   **Box 6:** Gross (unless indicated as Net in Additional Notes Column)   **Box 12:** Basis Reported to the IRS

| 1a - Description of property \| CUSIP \| Symbol | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | 1b - Date Acquired | 1e - Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
| 07 META MATLS INC COMMON STOCK \| CUSIP: 59134N104 \| Symbol: MMAT | | | | | | | |
| 2023-02-02 | 367.0 | 382.48 | Various | 1,591.76 | 630.73 D | -578.55 | |
| 2023-02-03 | 99.0 | 97.90 | 2022-01-24 | 158.40 | 0.00 | -60.50 | |
| 2023-02-28 | 162.0 | 107.73 | 2023-02-23 | 738.70 | 0.00 | -630.97 | |
| Security Totals: | | 588.11 | | 2,488.86 | | -1,270.02 | |
| Totals: | | 588.11 | | 2,488.86 | | -1,270.02 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**                    **Proceeds from Broker and Barter Exchange Transactions**    2022 Form 1099-B*

5NI68212                                                                                                                              02/09/2023    OMB No. 1545-0715

The following information is being provided to assist you in your review and the preparation of your tax return.

This Form 1099-B – Proceeds from Broker and Barter Exchange Transactions provides information relating to sales of securities in your account. The sales details are organized into potentially five separate sections depending on your holding period in the security for the sale (short-term vs long-term) and whether the security is considered a "covered security" for tax reporting purpose. For covered securities, cost basis (adjusted as required under tax regulations) is being reported to the Internal Revenue Service (IRS), whereas for noncovered securities, cost basis is set forth below is provided only for your information.

A separate category is provided for sales of securities for which we do not know your holding period. For such tax lots, you will need to use your historical documents to determine your holding period (whether short-term or long-term) and your tax basis.

Unless noted otherwise under the column "Additional Notes", cost basis and corresponding gain or loss is determined by treating tax lots acquired first as being sold first. We have also assumed that you have made an election to amortize premium on the purchase of taxable bonds.

As brokers, we are only required to apply wash sales loss disallowance rules to securities with the same CUSIP or identifier and purchased and sold within the same account. We are also not required to apply wash sales rules across covered and noncovered securities. You as the taxpayer, however, generally have broader obligations under the wash sales rules to determine disallowed losses, and you may wish to consult with a tax adviser as to the application of such rules to you.

Sales of certain contingent payment debt instruments give rise to ordinary income rather than short-term or long-term capital gain or loss. Such ordinary income treatment is indicated in the Additional Notes column as "Box 2 – Ordinary." In addition, certain assets classified as collectibles are subject to special tax treatment. Any such classification is noted in the Additional Notes column as "Box 3 – Collectibles Box Checked." Loss disallowed for certain transactions involving change in control or capital structure is noted in the Additional Notes column as "Box 7 – Loss Disallowed Box Checked." Disposition of a QOF investment is noted in the Additional Notes column as "Box 3 – QOF."

Information in the transaction detail sections below that have a Box number is being transmitted to the IRS, whereas additional information that is not being transmitted to the IRS is not headed by a Box number. Such additional information may be helpful to you in the preparation of your tax return. Remember that taxpayers are ultimately responsible for the accuracy of their tax returns.

FATCA filing requirement [ ]

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.
**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)
**Box 5:** Box Not Checked (Covered Security)          **Box 6:** Gross (unless indicated as Net in Additional Notes Column)          **Box 12:** Basis Reported to the IRS
The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.

| 1a - Description of property \| CUSIP \| Symbol | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
| META MATLS INC COMMON STOCK \| CUSIP: 59134N104 \| Symbol: MMAT | | | | | | | |
| 2022-01-07 | 155.000000 | 373.54 | 2021-10-28 | 728.56 | 355.02 D | -355.02 | |
| **Totals:** | | **373.54** | | **728.56** | | **-355.02** | |

*This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

APEX CLEARING **Proceeds from Broker and Barter Exchange Transactions** 2021 Form 1099-B*

5NI68212                                                                                                                                                          01/31/2022           OMB No. 1545-0715

The following information is being provided to assist in your review and the preparation of your tax return.

This Form 1099-B – Proceeds from Broker and Barter Exchange Transactions provides information relating to sales of securities in your account. The sales details are organized into potentially five separate sections depending on your holding period in the security for the sale (short-term vs long-term) and whether the security is considered a "covered security" for tax reporting purpose. For covered securities, cost basis (adjusted as required under tax regulations) is being reported to the Internal Revenue Service (IRS), whereas for noncovered securities, cost basis if set forth below is provided only for your information.

A separate category is provided for sales of securities for which we do not know your holding period. For such tax lots, you will need to use your historical documents to determine your holding period (whether short-term or long-term) and your tax basis.

Unless noted otherwise under the column "Additional Notes", cost basis and corresponding gain or loss is determined by treating tax lots acquired first as being sold first. We have also assumed that you have made an election to amortize premium on the purchase of taxable bonds.

As brokers, we are only required to apply wash sales loss disallowance rules to securities with the same CUSIP or identifier and purchased and sold within the same account. We are also not required to apply wash sales rules across covered and noncovered securities. You as the taxpayer, however, generally have broader obligations under the wash sales rules to determine disallowed losses, and you may wish to consult with a tax adviser as to the application of such rules to you.

Sales of certain contingent payment debt instruments give rise to ordinary income rather than short-term or long-term capital gain or loss. Such ordinary income treatment is indicated in the Additional Notes column as "Box 2 – Ordinary." In addition, certain assets classified as collectibles are subject to special tax treatment. Any such classification is noted in the Additional Notes column as "Box 3 – Collectibles Box Checked." Loss disallowed for certain transactions involving change in control or capital structure is noted in the Additional Notes column as "Box 7 – Loss Disallowed Box Checked." Disposition of a QOF investment is noted in the Additional Notes column as "Box 3 – QOF."

Information in the transaction detail sections below that have a Box number is being transmitted to the IRS, whereas additional information that is not being transmitted to the IRS is not headed by a Box number. Such additional information may be helpful to you in the preparation of your tax return. Remember that taxpayers are ultimately responsible for the accuracy of their tax returns.

FATCA filing requirement [ ]

## SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

Box 2: Type of Gain or Loss - Short-Term (unless indicated as Ordinary in Additional Notes Column)

Box 5: Box Not Checked (Covered Security)        Box 6: Gross (unless indicated as Net in Additional Notes Column)        Box 12: Basis Reported to the IRS

The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.

Description of property | CUSIP | Symbol(Box 1a)

| Date Sold or Disposed (Box 1c) | Quantity | Proceeds (Box 1d) | Date Acquired (Box 1b) | Cost or Other Basis (Box 1e) | Accrued Market Discount (M)(Box 1f) & Wash Sale Loss Disallowed (D)(Box 1g) | | Gain or Loss(-) | | Additional Notes |
|---|---|---|---|---|---|---|---|---|---|
| COCA COLA COMPANY (THE) | CUSIP: 191216100 | Symbol(Box 1a): KO | | | | | | | |
| 01/19/2021 | 2.00 | 97.16 | 01/19/2021 | 96.54 | 0.00 | | 0.62 | Sale | |
| META MATLS INC | COMMON STOCK | CUSIP: 59134N104 | Symbol(Box 1a): MMAT | | | | | | |
| 07/21/2021 | 10.00 | 31.98 | 07/12/2021 | 47.70 | 15.72 | D | 0.00 | Sale | |
| 08/27/2021 | 205.00 | 868.15 | Various | 687.40 | 8.37 | D | 189.12 | Sale | |
| 10/26/2021 | 300.00 | 1,343.95 | Various | 1,332.18 | 55.86 | D | 67.63 | Sale | |
| **Security Totals:** | | **2,244.08** | | **2,067.28** | | | **256.75** | | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it



# 2023 TAX REPORTING STATEMENT

EDDY YOENIZAF

Account No.    X96-785412   Customer Service:    800-544-6666
Recipient ID No. ***-**-9022   Payer's Fed ID Number: 04-3523567

**FORM 1099-B\***   **2023 Proceeds from Broker and Barter Exchange Transactions**   Copy B for Recipient OMB No. 1545-0715

**Long-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box D checked and/or Schedule D, Part II
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

| 1a Description of property, Stock or Other Symbol, CUSIP | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State 16 State Tax Withheld |
| META MATERIALS INC COM ISIN #US59134N104, MMAT, 59134N104 | | | | | | | | | | |
| Sale | 85.000 | 04/27/22 | 05/25/23 | 19.92 | 104.14 | | | -84.22 | | |
| Sale | 150.000 | 04/27/22 | 05/25/23 | 35.16 | 177.75 | | | -142.59 | | |
| Sale | 400.000 | 04/27/22 | 05/25/23 | 93.76 | 478.00 | | | -384.24 | | |
| Sale | 9.000 | 04/27/22 | 05/25/23 | 2.11 | 10.77 | | | -8.66 | | |
| Sale | 1.000 | 04/27/22 | 05/25/23 | 0.23 | 1.20 | | | -0.97 | | |
| Sale | 5.000 | 04/29/22 | 05/25/23 | 1.17 | 6.28 | | | -5.11 | | |
| Sale | 215.000 | 05/05/22 | 05/25/23 | 50.40 | 255.83 | | | -205.43 | | |
| Sale | 5.000 | 05/05/22 | 05/25/23 | 1.17 | 6.00 | | | -4.83 | | |
| Sale | 15.000 | 05/06/22 | 05/25/23 | 3.52 | 18.15 | | | -14.63 | | |
| Sale | 1,560.000 | 08/30/21 | 05/31/23 | 374.40 | 7,529.82 | | 7,155.42 | -7,155.42 | | |
| Sale | 1,590.000 | 08/30/21 | 05/31/23 | 381.59 | 8,456.00 | | 8,074.41 | -8,074.41 | | |
| Subtotals | | | | 2,961.46 | 53,302.46 | | 47,231.66 | | | |
| **TOTALS** | | | | 2,961.46 | 53,302.46 | 0.00 | 47,231.66 | | 0.00 | 0.00 |
| | | Box D Long-Term Realized Gain | | | | | | 0.00 | | |
| | | Box D Long-Term Realized Loss | | | | | | -50,341.00 | | |

\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.



# 2023 TAX REPORTING STATEMENT

EDDY YOENIZAF

Account No.   X96-785412   Customer Service:   800-544-6666
Recipient ID No.   ***-**-9022   Payer's Fed ID Number:   04-3523567

**FORM 1099-B***    **2023 Proceeds from Broker and Barter Exchange Transactions**    Copy B for Recipient OMB No. 1545-0715

**Long-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box D checked and/or Schedule D, Part II
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

**1a** Description of property, Stock or Other Symbol, CUSIP

| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State 16 State Tax Withheld |
|---|---|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC COM ISIN #US59134N104, MMAT, 59134N104 | | | | | | | | | | |
| Sale | 30.000 | 03/18/21 | 04/13/23 | 11.77 | 283.07 | | 271.30 | -271.30 | | |
| Sale | 100.000 | 03/21/21 | 04/13/23 | 39.22 | 966.24 | | 927.02 | -927.02 | | |
| Sale | 20.000 | 03/23/21 | 04/13/23 | 7.84 | 185.29 | | 177.45 | -177.45 | | |
| Sale | 15.000 | 03/29/21 | 04/13/23 | 5.88 | 217.50 | | 211.62 | -211.62 | | |
| Sale | 1,275.000 | 08/30/21 | 04/13/23 | 499.98 | 6,196.50 | | 5,696.52 | -5,696.52 | | |
| Sale | 2,890.000 | 08/30/21 | 05/25/23 | 677.41 | 14,045.40 | | 13,367.99 | -13,367.99 | | |
| Sale | 20.000 | 08/30/21 | 05/25/23 | 4.69 | 97.40 | | 92.71 | -92.71 | | |
| Sale | 28.000 | 09/02/21 | 05/25/23 | 6.56 | 146.16 | | 139.60 | -139.60 | | |
| Sale | 385.000 | 09/02/21 | 05/25/23 | 90.24 | 1,814.06 | | 1,723.82 | -1,723.82 | | |
| Sale | 1,440.000 | 09/11/21 | 05/25/23 | 337.53 | 7,573.63 | | 7,236.10 | -7,236.10 | | |
| Sale | 10.000 | 09/13/21 | 05/25/23 | 2.34 | 43.55 | | 41.21 | -41.21 | | |
| Sale | 20.000 | 09/13/21 | 05/25/23 | 4.69 | 88.17 | | 83.48 | -83.48 | | |
| Sale | 55.000 | 09/27/21 | 05/25/23 | 12.89 | 210.65 | | 197.76 | -197.76 | | |
| Sale | 7.000 | 10/01/21 | 05/25/23 | 1.64 | 38.29 | | 36.65 | -36.65 | | |
| Sale | 50.000 | 10/06/21 | 05/25/23 | 11.72 | 253.45 | | 241.73 | -241.73 | | |
| Sale | 500.000 | 10/07/21 | 05/25/23 | 117.20 | 2,669.45 | | 1,556.87 | -2,552.25 | | |
| Sale | 100.000 | 10/08/21 | 05/25/23 | 23.44 | 529.54 | | | -506.10 | | |
| Sale | 100.000 | 04/12/22 | 05/25/23 | 23.44 | 147.50 | | | -124.06 | | |
| Sale | 45.000 | 04/12/22 | 05/25/23 | 10.55 | 66.42 | | | -55.87 | | |
| Sale | 180.000 | 04/13/22 | 05/25/23 | 42.19 | 282.15 | | | -239.96 | | |
| Sale | 170.000 | 04/18/22 | 05/25/23 | 39.85 | 243.95 | | | -204.10 | | |
| Sale | 100.000 | 04/18/22 | 05/25/23 | 23.44 | 141.00 | | | -117.56 | | |
| Sale | 15.000 | 04/26/22 | 05/25/23 | 3.52 | 19.15 | | | -15.63 | | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.





# 2022 TAX REPORTING STATEMENT
EDDY YOENIZAF

Account No.   X96-785412   Customer Service:   800-544-6666
Recipient ID No. ***-**-9022   Payer's Fed ID Number: 04-3523567

## FORM 1099-B*  2022 Proceeds from Broker and Barter Exchange Transactions

Copy B for Recipient OMB No. 1545-0715

**Short-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box A checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes 2, 5, 6 & 12)

(IRS Form 1099-B box numbers are shown below in **bold** type)

**1a Description of property, Stock or Other Symbol, CUSIP**

| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State 16 State Tax Withheld |
|---|---|---|---|---|---|---|---|---|---|---|
| CALL MMAT $5 EXP 01/20/2023, MMAT23012, 5512729FF | | | | | | | | | | |
| Sale | 5.000 | 06/09/22 | 12/01/22 | 47.40 | 93.40 | | | -46.00 | | |
| Sale | 5.000 | 06/09/22 | 12/01/22 | 47.40 | 93.39 | | | -45.99 | | |
| **Subtotals** | | | | 94.80 | 186.79 | | | | | |
| PFD META MATLS CONTRA, 591994371 | | | | | | | | | | |
| Merger | 6,396.000 | 12/13/22 | 12/29/22 | 0.00 | 0.00 | | | 0.00 | | |
| Merger | 6.000 | 12/13/22 | 12/29/22 | 0.00 | 0.00 | | | 0.00 | | |
| **TOTALS** | | | | 94.80 | 186.79 | 0.00 | 0.00 | | 0.00 | |
| | | Box A Short-Term Realized Gain | | | | | | 0.00 | | |
| | | Box A Short-Term Realized Loss | | | | | | -91.99 | | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.



# 2022 TAX REPORTING STATEMENT

EDDY YOENIZAF

Account No.   X96-785412   Customer Service:   800-544-6666
Recipient ID No.  ***-**-9022   Payer's Fed ID Number: 04-3523567

**FORM 1099-B*     2022 Proceeds from Broker and Barter Exchange Transactions**     Copy B for Recipient OMB No. 1545-0715

**Short-term transactions for which basis is not reported to the IRS** --report on Form 8949 with Box B checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

| 1a Description of property, Stock or Other Symbol, CUSIP | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State 16 State Tax Withheld |
| META MATERIALS INC PFD SER A 0.00000% *E, 59134N203 | | | | | | | | | | |
| Merger | 6.000 | 12/01/22 | 12/29/22 | 17.37 | 82.89 | | | -65.52 | | |
| Merger | 11.000 | 12/02/22 | 12/29/22 | 31.73 | 90.53 | | 32.07 | -58.80 | | |
| Subtotals | | | | 49.10 | 173.42 | | 32.07 | | | |
| **TOTALS** | | | | 49.10 | 173.42 | 0.00 | 32.07 | | 0.00 | |
| | | Box B Short-Term Realized Gain | | | | | | 0.00 | | |
| | | Box B Short-Term Realized Loss | | | | | | -124.32 | | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

03/14/2023 9001000000      Pages 4 of 10



# 2022 TAX REPORTING STATEMENT
EDDY YOENIZAF

Account No. X96-785412  Customer Service: 800-544-6666
Recipient ID No. ***-**-9022  Payer's Fed ID Number: 04-3523567

**FORM 1099-B***     **2022 Proceeds from Broker and Barter Exchange Transactions**     Copy B for Recipient OMB No. 1545-0715

**Long-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box D checked and/or Schedule D, Part II
Proceeds are reported as **gross proceeds** unless otherwise indicated (a). (This Label is a Substitute for Boxes 2, 5, 6 & 12)

(IRS Form 1099-B box numbers are shown below in **bold** type)

| 1a Description of property, Stock or Other Symbol, CUSIP | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State 16 State Tax Withheld |
| META MATERIALS INC PFD SER A 0.00000% *E, 59134N203 | | | | | | | | | | |
| Merger | 100.000 | 02/18/21 | 12/29/22 | 289.51 | 46.12 | | | 243.39 | | |
| Merger | 100.000 | 03/05/21 | 12/29/22 | 289.52 | 48.75 | | | 240.77 | | |
| Merger | 300.000 | 03/16/21 | 12/29/22 | 868.51 | 247.91 | | | 620.60 | | |
| Merger | 30.000 | 03/22/21 | 12/29/22 | 86.85 | 35.01 | | | 51.84 | | |
| Merger | 200.000 | 04/01/21 | 12/29/22 | 579.00 | 46.33 | | | 532.67 | | |
| Merger | 100.000 | 04/01/21 | 12/29/22 | 289.50 | 23.42 | | | 266.08 | | |
| Merger | 465.000 | 04/05/21 | 12/29/22 | 1,346.18 | 105.99 | | | 1,240.19 | | |
| Merger | 200.000 | 04/05/21 | 12/29/22 | 579.00 | 44.84 | | | 534.16 | | |
| Merger | 35.000 | 04/05/21 | 12/29/22 | 101.33 | 7.98 | | | 93.35 | | |
| Merger | 100.000 | 04/06/21 | 12/29/22 | 289.50 | 22.67 | | | 266.83 | | |
| Merger | 100.000 | 04/07/21 | 12/29/22 | 289.50 | 22.92 | | | 266.58 | | |
| Merger | 100.000 | 04/07/21 | 12/29/22 | 289.50 | 22.92 | | | 266.58 | | |
| Merger | 200.000 | 04/09/21 | 12/29/22 | 579.00 | 45.34 | | | 533.66 | | |
| Merger | 100.000 | 04/12/21 | 12/29/22 | 289.50 | 23.04 | | | 266.46 | | |
| Merger | 200.000 | 04/12/21 | 12/29/22 | 579.00 | 43.35 | | | 535.65 | | |
| Merger | 100.000 | 04/12/21 | 12/29/22 | 289.50 | 22.16 | | | 267.34 | | |
| Merger | 200.000 | 04/14/21 | 12/29/22 | 579.00 | 40.36 | | | 538.64 | | |
| Merger | 100.000 | 04/16/21 | 12/29/22 | 289.50 | 17.56 | | | 271.94 | | |
| Merger | 200.000 | 04/19/21 | 12/29/22 | 579.00 | 34.88 | | | 544.12 | | |
| Merger | 600.000 | 04/20/21 | 12/29/22 | 1,737.00 | 109.86 | | | 1,627.14 | | |
| Merger | 400.000 | 04/20/21 | 12/29/22 | 1,158.00 | 73.24 | | | 1,084.76 | | |
| Merger | 200.000 | 04/20/21 | 12/29/22 | 579.00 | 36.62 | | | 542.38 | | |
| Merger | 100.000 | 04/20/21 | 12/29/22 | 289.50 | 19.28 | | | 270.22 | | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.



# 2022 TAX REPORTING STATEMENT

EDDY YOENIZAF

Account No. **X96-785412**   Customer Service: 800-544-6666
Recipient ID No. ***-**-9022   Payer's Fed ID Number: 04-3523567

**FORM 1099-B***      **2022 Proceeds from Broker and Barter Exchange Transactions**      Copy B for Recipient OMB No. 1545-0715

Long-term transactions for which basis **is reported** to the IRS --report on Form 8949 with Box D checked and/or Schedule D, Part II
Proceeds are reported as **gross proceeds** unless otherwise indicated (a). (This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

**1a** Description of property, Stock or Other Symbol, CUSIP

| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State 16 State Tax Withheld |
|---|---|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC PFD SER A 0.00000% *E, 59134N203 | | | | | | | | | | |
| Merger | 100.000 | 04/20/21 | 12/29/22 | 289.50 | 19.43 | | | 270.07 | | |
| Merger | 100.000 | 04/20/21 | 12/29/22 | 289.50 | 19.43 | | | 270.07 | | |
| Merger | 97.000 | 04/20/21 | 12/29/22 | 280.82 | 18.73 | | | 262.09 | | |
| Merger | 62.000 | 04/20/21 | 12/29/22 | 179.49 | 11.97 | | | 167.52 | | |
| Merger | 38.000 | 04/20/21 | 12/29/22 | 110.01 | 7.34 | | | 102.67 | | |
| Merger | 3.000 | 04/20/21 | 12/29/22 | 8.69 | 0.58 | | | 8.11 | | |
| Merger | 200.000 | 04/22/21 | 12/29/22 | 579.00 | 40.73 | | | 538.27 | | |
| Merger | 100.000 | 04/22/21 | 12/29/22 | 289.50 | 22.67 | | | 266.83 | | |
| Merger | 200.000 | 04/23/21 | 12/29/22 | 579.00 | 45.21 | | | 533.79 | | |
| Merger | 100.000 | 04/27/21 | 12/29/22 | 289.50 | 25.04 | | | 264.46 | | |
| Merger | 100.000 | 04/30/21 | 12/29/22 | 289.50 | 24.14 | | | 265.36 | | |
| Merger | 100.000 | 05/13/21 | 12/29/22 | 289.50 | 22.79 | | | 266.71 | | |
| Merger | 100.000 | 05/13/21 | 12/29/22 | 289.50 | 22.79 | | | 266.71 | | |
| **Subtotals** | | | | 16,009.41 | 1,421.40 | | | | | |
| **TOTALS** | | | | 16,009.41 | 1,421.40 | 0.00 | 0.00 | | 0.00 | |
| | | Box D Long-Term Realized Gain | | | | | | 14,588.01 | | |
| | | Box D Long-Term Realized Loss | | | | | | 0.00 | | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.





# 2022 TAX REPORTING STATEMENT

EDDY YOENIZAF

Account No.   X96-785412   Customer Service:   800-544-6666
Recipient ID No. ***-**-9022   Payer's Fed ID Number: 04-3523567

| FORM 1099-B* | 2022 Proceeds from Broker and Barter Exchange Transactions | Copy B for Recipient OMB No. 1545-0715 |

**Long-term transactions for which basis is not reported to the IRS** --report on Form 8949 with Box E checked and/or Schedule D, Part II
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

| 1a Description of property, Stock or Other Symbol, CUSIP |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State 16 State Tax Withheld |
| META MATERIALS INC PFD SER A 0.00000% *E, 59134N203 |  |  |  |  |  |  |  |  |  |  |
| Merger | 3.000 | 10/07/21 | 12/29/22 | 8.69 | 2.25 |  |  | 6.44 |  |  |
| Merger | 1.000 | 10/07/21 | 12/29/22 | 2.90 | 0.72 |  |  | 2.18 |  |  |
| Merger | 16.000 | 10/08/21 | 12/29/22 | 46.32 | 34.80 |  |  | 11.52 |  |  |
| Merger | 2.000 | 10/15/21 | 12/29/22 | 5.79 | 3.54 |  |  | 2.25 |  |  |
| Merger | 25.000 | 10/18/21 | 12/29/22 | 72.38 | 39.25 |  |  | 33.13 |  |  |
| Merger | 38.000 | 10/18/21 | 12/29/22 | 110.01 | 60.04 |  |  | 49.97 |  |  |
| Merger | 1.000 | 10/18/21 | 12/29/22 | 2.90 | 1.57 |  |  | 1.33 |  |  |
| Merger | 4.000 | 10/27/21 | 12/29/22 | 11.58 | 4.44 |  |  | 7.14 |  |  |
| Merger | 2.000 | 10/27/21 | 12/29/22 | 5.79 | 2.22 |  |  | 3.57 |  |  |
| Merger | 3.000 | 10/29/21 | 12/29/22 | 8.69 | 3.72 |  |  | 4.97 |  |  |
| Merger | 2.000 | 11/12/21 | 12/29/22 | 5.79 | 3.32 |  |  | 2.47 |  |  |
| Merger | 73.000 | 11/18/21 | 12/29/22 | 211.34 | 112.42 |  |  | 98.92 |  |  |
| Merger | 150.000 | 11/26/21 | 12/29/22 | 434.25 | 244.50 |  |  | 189.75 |  |  |
| Merger | 150.000 | 11/26/21 | 12/29/22 | 434.25 | 244.50 |  |  | 189.75 |  |  |
| Merger | 60.000 | 11/29/21 | 12/29/22 | 173.70 | 107.40 |  |  | 66.30 |  |  |
| Merger | 28.000 | 11/29/21 | 12/29/22 | 81.06 | 49.56 |  |  | 31.50 |  |  |
| Merger | 5.000 | 12/06/21 | 12/29/22 | 14.48 | 6.05 |  |  | 8.43 |  |  |
| Merger | 70.000 | 12/06/21 | 12/29/22 | 202.65 | 89.60 |  |  | 113.05 |  |  |
| Merger | 1.000 | 12/06/21 | 12/29/22 | 2.90 | 1.30 |  |  | 1.60 |  |  |
| Merger | 36.000 | 12/07/21 | 12/29/22 | 104.22 | 53.64 |  |  | 50.58 |  |  |
| Merger | 25.000 | 12/07/21 | 12/29/22 | 72.38 | 37.50 |  |  | 34.88 |  |  |
| Merger | 3.000 | 12/07/21 | 12/29/22 | 8.69 | 4.53 |  |  | 4.16 |  |  |
| Merger | 122.000 | 12/21/21 | 12/29/22 | 353.19 | 170.80 |  |  | 182.39 |  |  |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.



# 2022 TAX REPORTING STATEMENT

EDDY YOENIZAF

Account No. X96-785412  Customer Service: 800-544-6666
Recipient ID No. ***-**-9022  Payer's Fed ID Number: 04-3523567

**FORM 1099-B***      **2022 Proceeds from Broker and Barter Exchange Transactions**      Copy B for Recipient OMB No. 1545-0715

**Long-term transactions for which basis is not reported to the IRS** --report on Form 8949 with Box E checked and/or Schedule D, Part II
Proceeds are reported as **gross proceeds** unless otherwise indicated (a). (This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

| 1a Description of property, Stock or Other Symbol, CUSIP | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Action | Quantity | **1b** Date Acquired | **1c** Date Sold or Disposed | **1d** Proceeds | **1e** Cost or Other Basis (b) | **1f** Accrued Market Discount | **1g** Wash Sale Loss Disallowed | Gain/Loss (-) | **4** Federal Income Tax Withheld | **14** State **16** State Tax Withheld |
| META MATERIALS INC PFD SER A 0.00000% *E, 59134N203 | | | | | | | | | | |
| Merger | 35.000 | 12/22/21 | 12/29/22 | 101.33 | 47.60 | | | 53.73 | | |
| Subtotals | | | | 2,475.28 | 1,325.27 | | | | | |
| TOTALS | | | | 2,475.28 | 1,325.27 | 0.00 | 0.00 | | 0.00 | |
| Box E Long-Term Realized Gain | | | | | | | | 1,150.01 | | |
| Box E Long-Term Realized Loss | | | | | | | | 0.00 | | |

For any transaction listed on Form 1099-B in a section indicating that **"basis is reported to the IRS"**, we are reporting to the IRS: **1a** Description of Property, **2** type of gain or loss (i.e. short-term or long-term), **3** Proceeds from QOF (Qualified Opportunity Fund), **6** Gross or Net Proceeds, **12** basis reported to IRS, and columns **1b, 1c, 1d, 1e, 1f, 1g, 4, 7, 14, 15** and **16**. We are not reporting to the IRS: the Action, the Gain/Loss, and all subtotals and totals.

For any transaction listed on Form 1099-B in a section indicating that **"basis is not reported to the IRS"**, we are reporting to the IRS: **1a** Description of Property, **3** Proceeds from QOF (Qualified Opportunity Fund), **5** Noncovered security, **6** Gross or Net Proceeds, and columns **1c, 1d, 4, 14, 15** and **16**. We are not reporting to the IRS: **2** type of gain or loss (i.e. short-term or long-term), the Action, the Gain/Loss, columns **1b, 1e, 1f, 1g, 2, 7** and **12** and all subtotals and totals.

For any section 1256 option contracts we are reporting to the IRS: **1a** Description of Property and totals for boxes **8, 9, 10** and **11**.

Although Fidelity makes every effort to provide accurate information, please bear in mind that you, the taxpayer, are ultimately responsible for the accuracy of your tax returns.

(b)  Cost or other basis provided may include adjustments including, but not limited to, dividend reinvestment, return of capital/principal, wash sale loss disallowed, amortization, accretion, acquisition premium, bond premium, market discount, market premium, and option premium.

Amortization, accretion, and similar adjustments to cost basis are not provided for short-term instruments and unit investment trusts.

***** This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

03/14/2023 9001000000  Pages 8 of 10



# 2021 TAX REPORTING STATEMENT

EDDY YOENIZAF

Account No. X96-785412   Customer Service: 800-544-6666
Recipient ID No. ***-**-9022   Payer's Fed ID Number: 04-3523567

**FORM 1099-B\***      **2021 Proceeds from Broker and Barter Exchange Transactions**      Copy B for Recipient OMB No. 1545-0715

Short-term transactions for which basis **is reported** to the IRS --report on Form 8949 with Box A checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

| 1a Description of property, Stock or Other Symbol, CUSIP | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld / 14 State / 16 State Tax Withheld |
| KYN CAP GROUP INC COM, KYNC, 482781101 | | | | | | | | | |
| Sale | 1,742.000 | 10/17/21 | 11/16/21 | 13.58 | 24.21 | | | -10.63 | |
| Subtotals | | | | 1,459.71 | 1,693.80 | | 16.50 | | |
| LIGHTHOUSE GLOBAL HLDGS INC COM, LHGI, 53228A102 | | | | | | | | | |
| Sale | 2,000.000 | 09/10/21 | 09/27/21 | 31.39 | 19.50 | | | 11.89 | |
| Sale | 7,405.000 | 09/10/21 | 09/27/21 | 116.26 | 72.20 | | | 44.06 | |
| Sale | 595.000 | 09/10/21 | 09/27/21 | 9.34 | 5.92 | | | 3.42 | |
| Sale | 11,000.000 | 09/13/21 | 09/27/21 | 172.70 | 135.85 | | | 36.85 | |
| Sale | 1,000.000 | 09/16/21 | 09/27/21 | 15.69 | 11.43 | | | 4.26 | |
| Subtotals | | | | 345.38 | 244.90 | | | | |
| LIGHTPATH TECHNOLOGIES INC COMCL A, LPTH, 532257805 | | | | | | | | | |
| Sale | 180.000 | 06/04/21 | 06/07/21 | 485.99 | 540.00 | | | -54.01 | |
| META MATERIALS INC COM ISIN #US59134N104, MMAT, 59134N104 | | | | | | | | | |
| Cash In Lieu | 0.267 | 05/28/21 | 07/08/21 | 1.71 | 0.43 | | | 1.28 | |
| Cash In Lieu | 0.006 | 05/28/21 | 07/08/21 | 0.04 | 0.01 | | | 0.03 | |
| Cash In Lieu | 0.045 | 05/28/21 | 07/08/21 | 0.29 | 0.09 | | | 0.20 | |
| Cash In Lieu | 0.182 | 05/28/21 | 07/08/21 | 1.17 | 0.30 | | | 0.87 | |
| Sale | 50.000 | 02/18/21 | 07/09/21 | 261.00 | 324.21 | | 63.21 | -63.21 | |
| Sale | 50.000 | 03/05/21 | 07/09/21 | 261.00 | 342.68 | | 81.68 | -81.68 | |
| Sale | 150.000 | 03/16/21 | 07/09/21 | 783.00 | 1,742.40 | | 959.40 | -959.40 | |
| Sale | 15.000 | 03/22/21 | 07/09/21 | 78.30 | 246.08 | | 167.78 | -167.78 | |
| Sale | 100.000 | 04/01/21 | 07/09/21 | 522.00 | 325.67 | | | 196.33 | |

**\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

02/06/2022 9006000000          Pages 10 of 24



# 2021 TAX REPORTING STATEMENT
EDDY YOENIZAF

Account No.   X96-785412   Customer Service:   800-544-6666
Recipient ID No.   \*\*\*-\*\*-9022   Payer's Fed ID Number: 04-3523567

## FORM 1099-B*  2021 Proceeds from Broker and Barter Exchange Transactions   Copy B for Recipient OMB No. 1545-0715

**Short-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box A checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

| 1a Description of property, Stock or Other Symbol, CUSIP | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State 16 State Tax Withheld |
| META MATERIALS INC COM ISIN #US59134N104, MMAT, 59134N104 | | | | | | | | | | |
| Sale | 50.000 | 04/01/21 | 07/09/21 | 261.00 | 164.58 | | | 96.42 | | |
| Sale | 232.500 | 04/05/21 | 07/09/21 | 1,213.64 | 744.96 | | | 468.68 | | |
| Sale | 100.000 | 04/05/21 | 07/09/21 | 522.00 | 315.16 | | | 206.84 | | |
| Sale | 17.500 | 04/05/21 | 07/09/21 | 91.35 | 56.07 | | | 35.28 | | |
| Sale | 50.000 | 04/06/21 | 07/09/21 | 261.00 | 159.33 | | | 101.67 | | |
| Sale | 50.000 | 04/07/21 | 07/09/21 | 261.00 | 161.08 | | | 99.92 | | |
| Sale | 50.000 | 04/07/21 | 07/09/21 | 261.00 | 161.08 | | | 99.92 | | |
| Sale | 100.000 | 04/09/21 | 07/09/21 | 522.00 | 318.66 | | | 203.34 | | |
| Sale | 50.000 | 04/12/21 | 07/09/21 | 261.00 | 161.96 | | | 99.04 | | |
| Sale | 100.000 | 04/12/21 | 07/09/21 | 522.00 | 304.65 | | | 217.35 | | |
| Sale | 50.000 | 04/12/21 | 07/09/21 | 261.00 | 155.73 | | | 105.27 | | |
| Sale | 100.000 | 04/14/21 | 07/09/21 | 522.00 | 283.64 | | | 238.36 | | |
| Sale | 50.000 | 04/16/21 | 07/09/21 | 261.00 | 123.44 | | | 137.56 | | |
| Sale | 100.000 | 04/19/21 | 07/09/21 | 522.00 | 245.12 | | | 276.88 | | |
| Sale | 300.000 | 04/20/21 | 07/09/21 | 1,565.99 | 772.14 | | | 793.85 | | |
| Sale | 200.000 | 04/20/21 | 07/09/21 | 1,043.99 | 514.76 | | | 529.23 | | |
| Sale | 100.000 | 04/20/21 | 07/09/21 | 522.00 | 257.38 | | | 264.62 | | |
| Sale | 50.000 | 04/20/21 | 07/09/21 | 261.00 | 135.54 | | | 125.46 | | |
| Sale | 50.000 | 04/20/21 | 07/09/21 | 261.00 | 136.57 | | | 124.43 | | |
| Sale | 50.000 | 04/20/21 | 07/09/21 | 261.00 | 136.57 | | | 124.43 | | |
| Sale | 48.500 | 04/20/21 | 07/09/21 | 253.17 | 131.62 | | | 121.55 | | |
| Sale | 30.500 | 04/20/21 | 07/09/21 | 159.17 | 82.77 | | | 76.40 | | |
| Sale | 0.500 | 04/20/21 | 07/12/21 | 2.15 | 1.36 | | | 0.79 | | |

\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.



# 2021 TAX REPORTING STATEMENT
EDDY YOENIZAF

Account No.  X96-785412   Customer Service:   800-544-6666
Recipient ID No. ***-**-9022   Payer's Fed ID Number: 04-3523567

| FORM 1099-B* | 2021 Proceeds from Broker and Barter Exchange Transactions | Copy B for Recipient OMB No. 1545-0715 |

**Short-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box A checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes 2, 5, 6 & 12)

(IRS Form 1099-B box numbers are shown below in **bold** type)

| 1a Description of property, Stock or Other Symbol, CUSIP | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State 16 State Tax Withheld |
| META MATERIALS INC COM ISIN #US59134N104, MMAT, 59134N104 | | | | | | | | | | |
| Sale | 19.000 | 04/20/21 | 07/12/21 | 81.82 | 51.56 | | | 30.26 | | |
| Sale | 1.500 | 04/20/21 | 07/12/21 | 6.46 | 4.07 | | | 2.39 | | |
| Sale | 100.000 | 04/22/21 | 07/12/21 | 430.65 | 286.27 | | | 144.38 | | |
| Sale | 50.000 | 04/22/21 | 07/12/21 | 215.32 | 159.33 | | | 55.99 | | |
| Sale | 100.000 | 04/23/21 | 07/12/21 | 430.65 | 317.79 | | | 112.86 | | |
| Sale | 50.000 | 04/27/21 | 07/12/21 | 215.32 | 175.96 | | | 39.36 | | |
| Sale | 50.000 | 04/30/21 | 07/12/21 | 215.32 | 169.67 | | | 45.65 | | |
| Sale | 50.000 | 05/13/21 | 07/12/21 | 215.32 | 160.16 | | | 55.16 | | |
| Sale | 50.000 | 05/13/21 | 07/12/21 | 215.32 | 160.21 | | | 55.11 | | |
| Sale | 1,029.000 | 05/28/21 | 07/12/21 | 4,431.38 | 1,648.38 | | | 2,783.00 | | |
| Sale | 53.748 | 05/28/21 | 07/12/21 | 217.14 | 86.10 | | | 131.04 | | |
| Sale | 23.979 | 05/28/21 | 07/12/21 | 96.87 | 37.04 | | | 59.83 | | |
| Sale | 184.455 | 05/28/21 | 07/12/21 | 745.19 | 356.91 | | | 388.28 | | |
| Sale | 737.818 | 05/28/21 | 07/12/21 | 2,980.77 | 1,227.70 | | | 1,753.07 | | |
| Sale | 231.000 | 07/14/21 | 07/21/21 | 854.69 | 912.45 | | 57.76 | -57.76 | | |
| Sale | 769.000 | 07/14/21 | 07/21/21 | 2,845.28 | 3,037.55 | | 192.27 | -192.27 | | |
| Sale | 200.000 | 03/20/21 | 07/29/21 | 741.99 | 1,587.79 | | 845.80 | -845.80 | | |
| Sale | 265.000 | 03/26/21 | 07/29/21 | 916.90 | 2,247.27 | | 1,330.37 | -1,330.37 | | |
| Sale | 35.000 | 07/13/21 | 07/29/21 | 121.09 | 137.55 | | 16.46 | -16.46 | | |
| Sale | 200.000 | 03/20/21 | 07/30/21 | 705.96 | 1,521.80 | | 815.84 | -815.84 | | |
| Sale | 65.000 | 03/26/21 | 07/30/21 | 229.45 | 737.65 | | 508.20 | -508.20 | | |
| Sale | 35.000 | 07/13/21 | 07/30/21 | 123.58 | 137.55 | | 13.97 | -13.97 | | |
| Sale | 200.000 | 03/20/21 | 08/18/21 | 604.98 | 1,566.84 | | 961.86 | -961.86 | | |

\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.





# 2021 TAX REPORTING STATEMENT

EDDY YOENIZAF

Account No.   X96-785412   Customer Service:   800-544-6666
Recipient ID No.   ***-**-9022   Payer's Fed ID Number: 04-3523567

| FORM 1099-B* | 2021 Proceeds from Broker and Barter Exchange Transactions | Copy B for Recipient OMB No. 1545-0715 |

**Short-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box A checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes 2, 5, 6 & 12)

(IRS Form 1099-B box numbers are shown below in **bold** type)

**1a** Description of property, Stock or Other Symbol, CUSIP

| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State 16 State Tax Withheld |
|---|---|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC COM ISIN #US59134N104, MMAT, 59134N104 | | | | | | | | | | |
| Sale | 65.000 | 03/26/21 | 08/18/21 | 196.62 | 749.03 | | 552.41 | -552.41 | | |
| Sale | 265.000 | 03/26/21 | 08/18/21 | 800.30 | 2,385.13 | | 1,584.83 | -1,584.83 | | |
| Sale | 365.000 | 07/13/21 | 08/18/21 | 1,104.14 | 1,434.46 | | 330.32 | -330.32 | | |
| Sale | 235.000 | 07/13/21 | 08/18/21 | 709.74 | 923.56 | | 213.82 | -213.82 | | |
| Sale | 65.000 | 07/13/21 | 08/24/21 | 220.35 | 255.45 | | 35.10 | -35.10 | | |
| Sale | 365.000 | 07/13/21 | 08/24/21 | 1,237.38 | 1,529.83 | | 292.45 | -292.45 | | |
| Sale | 170.000 | 07/13/21 | 08/24/21 | 576.31 | 713.35 | | 137.04 | -137.04 | | |
| Sale | 330.000 | 07/13/21 | 08/24/21 | 1,118.74 | 2,665.92 | | 1,547.18 | -1,547.18 | | |
| Sale | 270.000 | 07/14/21 | 08/24/21 | 915.31 | 1,094.29 | | 178.98 | -178.98 | | |
| Sale | 265.000 | 03/26/21 | 08/27/21 | 1,107.70 | 2,368.35 | | 1,260.65 | -1,260.65 | | |
| Sale | 65.000 | 07/13/21 | 08/27/21 | 271.70 | 251.33 | | | 20.37 | | |
| Sale | 265.000 | 07/14/21 | 08/27/21 | 1,107.70 | 1,011.33 | | | 96.37 | | |
| Sale | 870.000 | 07/14/21 | 08/27/21 | 3,636.60 | 3,337.78 | | | 298.82 | | |
| Sale | 235.000 | 07/22/21 | 08/27/21 | 982.29 | 870.67 | | | 111.62 | | |
| Sale | 100.000 | 07/22/21 | 08/27/21 | 418.00 | 371.00 | | | 47.00 | | |
| Sale | 600.000 | 07/22/21 | 08/27/21 | 2,507.99 | 2,225.88 | | | 282.11 | | |
| Sale | 600.000 | 07/22/21 | 08/27/21 | 2,507.95 | 2,088.00 | | | 419.95 | | |
| Sale | 64.000 | 03/09/21 | 08/30/21 | 310.38 | 260.79 | | | 49.59 | | |
| Sale | 201.000 | 03/26/21 | 08/30/21 | 974.83 | 1,820.51 | | 845.68 | -845.68 | | |
| Sale | 400.000 | 07/22/21 | 08/30/21 | 1,939.99 | 1,392.00 | | | 547.99 | | |
| Sale | 270.000 | 07/27/21 | 08/30/21 | 1,309.49 | 877.50 | | | 431.99 | | |
| Sale | 35.000 | 08/04/21 | 08/30/21 | 169.75 | 108.39 | | | 61.36 | | |
| Sale | 15.000 | 08/10/21 | 08/30/21 | 72.75 | 52.65 | | | 20.10 | | |

\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.



# 2021 TAX REPORTING STATEMENT

EDDY YOENIZAF

Account No.   X96-785412   Customer Service:   800-544-6666
Recipient ID No.   ***-**-9022   Payer's Fed ID Number: 04-3523567

| FORM 1099-B* | 2021 Proceeds from Broker and Barter Exchange Transactions | Copy B for Recipient OMB No. 1545-0715 |

**Short-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box A checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a).(This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

**1a** Description of property, Stock or Other Symbol, CUSIP

| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State 16 State Tax Withheld |
|---|---|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC COM ISIN #US59134N104, MMAT, 59134N104 | | | | | | | | | | |
| Sale | 15.000 | 08/10/21 | 08/30/21 | 72.75 | 52.80 | | | 19.95 | | |
| Sale | 41.000 | 08/24/21 | 08/30/21 | 198.85 | 146.37 | | | 52.48 | | |
| Sale | 1,174.000 | 08/25/21 | 08/30/21 | 5,693.87 | 4,367.28 | | | 1,326.59 | | |
| Sale | 500.000 | 08/27/21 | 08/30/21 | 2,424.99 | 1,915.00 | | | 509.99 | | |
| Sale | 2,285.000 | 08/27/21 | 08/30/21 | 11,082.22 | 9,505.60 | | | 1,576.62 | | |
| Sale | 36.000 | 03/08/21 | 10/06/21 | 180.00 | 157.79 | | | 22.21 | | |
| Sale | 165.000 | 03/26/21 | 10/06/21 | 825.00 | 1,524.05 | | 699.05 | -699.05 | | |
| Sale | 299.000 | 08/27/21 | 10/06/21 | 1,494.98 | 1,243.84 | | | 251.14 | | |
| Sale | 2.000 | 03/18/21 | 11/23/21 | 7.45 | 19.33 | | 11.88 | -11.88 | | |
| Sale | 30.000 | 03/18/21 | 11/23/21 | 111.90 | 268.77 | | 156.87 | -156.87 | | |
| Sale | 5.000 | 03/18/21 | 11/23/21 | 18.65 | 44.98 | | 26.33 | -26.33 | | |
| Sale | 70.000 | 03/20/21 | 11/23/21 | 261.10 | 667.65 | | 406.55 | -406.55 | | |
| Sale | 3.000 | 03/20/21 | 11/23/21 | 11.19 | 27.78 | | 16.59 | -16.59 | | |
| Sale | 12.000 | 03/20/21 | 11/23/21 | 44.76 | 111.17 | | 66.41 | -66.41 | | |
| Sale | 43.000 | 03/26/21 | 11/23/21 | 160.39 | 465.29 | | 304.90 | -304.90 | | |
| Sale | 230.000 | 08/27/21 | 11/23/21 | 857.89 | 956.80 | | 98.91 | -98.91 | | |
| Sale | 335.000 | 08/30/21 | 11/23/21 | 1,249.55 | 1,628.10 | | 271.20 | -378.55 | | |
| Subtotals | | | | 78,512.97 | 77,123.44 | | 15,051.75 | | | |
| METAMATERIAL INC COMNPV ISIN #CA59134F10, 59134F101 | | | | | | | | | | |
| Sale | 100.000 | 05/28/21 | 06/16/21 | 573.99 | 295.56 | | | 278.43 | | |
| Sale | 213.000 | 05/28/21 | 06/16/21 | 1,329.11 | 629.53 | | | 699.58 | | |
| Subtotals | | | | 1,903.10 | 925.09 | | | | | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

02/06/2022 9006000000      Pages 14 of 24