NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: <br> META MATERIALS, INC | Case Number: <br> 24-50792 | |
| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): <br> THOMAS A RAKOWSKI <br><br> 6040 25TH ST N <br><br> ARLINGTON, VA 22207 <br><br> Telephone Number: 703-532-8142 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars. <br><br> ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case. <br><br> ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | **RECEIVED AND FILED** <br><br> DEC 18 2024 <br><br> U.S. BANKRUPTCY COURT <br> MARY A. SCHOTT, CLERK |

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor: <br> **2033-6531** | Check here if this claim: <br> ☐ replaces a previously filed Proof of Interest dated: _____ <br> ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: <br> THOMAS A RAKOWSKI <br> Charles Schwab & Co., Inc. Omaha Operations Center 200 S 108th Ave Omaha, NE 68154 <br> Telephone Number: 800-435-4000 | 3. Date Equity Interest was acquired: <br><br> Between 06/15/2021 - 08/01/2024 <br><br> SEE ATTACHED DOCUMENTATION |
| 4. Total amount of member interest: Currently 0 shares / Loss of $17,557.03 | 5. Certificate number(s): N/A |

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: THOMAS A RAKOWSKI
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature) *Thomas A. Rakowski*   (Date) 12/18/24

Telephone number: 703-532-8142   email:

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**
**CASE: 24-50792, META MATERIALS, INC.**
**FOR:** Thomas Rakowski
**BROKER:** Charles Schwab
**ACCT #:** 2033-6531
**\*\*See Transaction documentation attached.**

| Date | Settlement Date | Action | Symbol/CUSIP | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|---|
| 6/15/2021 | 6/17/2021 | Buy | TRCH | 1,300.000 | TORCHLIGHT ENERGY RE | $4.93 | ($6,409.00) |
| 6/15/2021 | 6/17/2021 | Buy | TRCH | 120.000 | TORCHLIGHT ENERGY RE | $4.93 | ($591.60) |
| 6/15/2021 | 6/17/2021 | Buy | TRCH | 20.000 | TORCHLIGHT ENERGY RE | $4.93 | ($98.60) |
| 6/15/2021 | 6/17/2021 | Buy | TRCH | 300.000 | TORCHLIGHT ENERGY RE | $4.92 | ($1,476.00) |
| 6/15/2021 | 6/17/2021 | Buy | TRCH | 200.000 | TORCHLIGHT ENERGY RE | $4.92 | ($984.00) |
| 6/15/2021 | 6/17/2021 | Buy | TRCH | 50.000 | TORCHLIGHT ENERGY RE | $4.92 | ($246.00) |
| 6/15/2021 | 6/17/2021 | Buy | TRCH | 10.000 | TORCHLIGHT ENERGY RE | $4.92 | ($49.20) |
| 6/23/2021 | 6/25/2021 | Sell | TRCH | (2,000.000) | TORCHLIGHT ENERGY RE | $5.91 | $11,818.54 |
| **Total Invested Before Reverse Split** | | | | | | | **$1,964.14** |
| 6/25/2021 | | Spin-off | 59134N203 | 2,000.000 | META MATLS INC 0% PFDPFD | $0.00 | $0.00 |
| 11/14/2022 | 11/16/2022 | Buy | MMAT | 10,000.000 | META MATLS INC | $1.78 | ($17,792.00) |
| **Total Invested Before Reverse Split** | | | | **12,000.000** | | | **($17,792.00)** |
| 1/29/2024 | | Reverse Split | 59134N104 | (10,000.000) | META MATLS INC XXXREVERSE SPLIT EFF: 01/29/24 | $0.00 | $0.00 |
| 1/29/2024 | | Reverse Split | MMAT | 100.000 | META MATLS INC | $0.00 | $0.00 |
| 8/1/2024 | 8/2/2024 | Sell | MMAT | (100.000) | META MATLS INC | $2.35 | $234.97 |
| | | | | | | | ($15,592.89) |

| Symbol | Name | Sold/ Closed | Acquired/ Opened | Quantity Sold | Total Proceeds | Cost Basis[3] | Cost per Share[9] | Short Term | Long Term | Total | Total % | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | | ▇ | ▇ | ▇ | |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | | ▇ | ▇ | ▇ | |
| MMAT | META MATLS INC | 08/01/2024 | 11/14/2022 | 100.00000 | $234.97 | $17,792.00 | $177.9200 | | ($17,557.03) | ($17,557.03) | (98.68%) | |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | | ▇ | ▇ | ▇ | |
| | | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | | ▇ | ▇ | ▇ | |
| | | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | | ▇ | ▇ | ▇ | |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | | ▇ | ▇ | ▇ | |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | | ▇ | ▇ | ▇ | |

**Disclosures**

The Realized Gain/Loss page provides summary information of closed transactions. Not all closed transactions appear on this page.
We calculate cost basis using data that you or your client have provided to us or that we have obtained from market data supplied by third party sources. We may also display cost basis data that we have not calculated but that has been supplied by you or your client, a prior custodian or another third party source. Because the accuracy of cost basis data depends upon these third party inputs, we are not able to guara the availability, accuracy or completeness of such cost basis data.
Only covered transactions will be reported to the IRS. Schwab does not provide tax or legal advice. Please have your clients consult with a tax advisor regarding their specific tax situation.

**Footnotes apply where indicated on the data view.**
**Missing:** Indicates cost basis has not been provided for this security.
**Not Tracked:** Indicates original cost basis is not available.

1. a Data for this holding has been edited or provided by the Advisor.
   e Data for this holding has been edited or provided by the end client.
   t Data for this holding has been edited or provided by a third party.

©2024 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.
Schwab Advisor Services℠ (formerly known as Schwab Institutional®) serves independent investment advisors and includes the custody, trading and support services of Schwab.
This material is for institutional investor use only. This material may not be forwarded or made available, in part or in whole, to any party that is not an institutional investor.

u Cost Basis was reported as unknown on the received cost basis report.
w Cost Basis adjusted due to a wash sale.
3. Cost Basis for fixed income securities is now adjusted to reflect amortized/accreted values. Click the acquired/opened date to view original cost in the Details page. Note: Some securities, including variable rate/term instruments and mortgage backed securities, may only reflect original cost even when the amortization / accretion preference *is on*.
8. Total excludes missing cost basis information, or values not tracked by Schwab.
9. Price paid for the security, excluding commission.

(0307-0369)

©2024 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.
Schwab Advisor Services™ (formerly known as Schwab Institutional®) serves independent investment advisors and includes the custody, trading and support services of Schwab.
This material is for institutional investor use only. This material may not be forwarded or made available, in part or in whole, to any party that is not an institutional investor.



**2033-6531**
**Contrib**

THOMAS A RAKOWSKI
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY

Total Known Realized Gain/(Loss) $/%   Total Known Short-Term Gain/(Loss)   Total Known Long-Term Gain/(Loss)

Total Known Proceeds   Total Known Cost Basis

Cost Basis - Realized Gain/(Loss) - Filtered by: Current Year                                                                                                                  Results

| Symbol | Name | Sold/Closed | Acquired/Opened | Quantity Sold | Total Proceeds | Cost Basis³ | Cost per Share⁹ | Short Term | Long Term | Total | Total % | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | | ▇ | ▇ | |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | | ▇ | ▇ | ▇ | |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | | ▇ | ▇ | ▇ | |
| ⊟▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | | ▇ | ▇ | ▇ | |
| | | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | | ▇ | ▇ | ▇ | |

©2024 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.
Schwab Advisor Services™ (formerly known as Schwab Institutional®) serves independent investment advisors and includes the custody, trading and support services of Schwab.
This material is for institutional investor use only. This material may not be forwarded or made available, in part or in whole, to any party that is not an institutional investor.



2033-6531    THOMAS A RAKOWSKI
Contrib      CHARLES SCHWAB & CO INC CUST
             IRA CONTRIBUTORY

Transactions filtered by: Last 48 Months | 59134N104                                                                                   Results: 1

| Date | Settlement Date | Action | Symbol | Quantity | Description | Price | Amount | Account Fee[2] | Security Type |
|---|---|---|---|---|---|---|---|---|---|
| 01/29/2024 | | Reverse Split | 59134N104 | (10,000.00000) | META MATLS INC XXXREVERSE SPLIT EFF: 01/29/24 | $0.0000 | $0.00 | | Equity |

**Disclosures**
Bank Sweep deposits are held at one or more FDIC-insured banks that are affiliated with Charles Schwab & Co., Inc. ("Affiliated Banks"). Securities products and services (including unswept or intra-day cash, net credit or debit balances, and money market funds) offered by Charles Schwab & Co., Inc. (member SIPC) are not deposits or obligations of the Affiliated Banks, are subject to investment risk, are not FDIC insured, may lose value, and are not Affiliated Bank-guaranteed. Charles Schwab & Co., Inc. and the Affiliated Banks are separate entities and are all affiliates of The Charles Schwab Corporation. Bank Sweep deposit balances do not include interest that has been accrued since the last interest payment was made to your account. Funds deposited at Affiliated Banks are insured, in aggregate, up to $250,000 per Affiliated Bank, per depositor, for each account ownership category, by the Federal Deposit Insurance Corporation (FDIC). (0118-7FDH)

**Footnotes apply where indicated on the data view.**
1  Intra-day transactions are subject to change. Commissions are calculated at the end of the business day.
2  This value includes only commission from the transaction placed at Schwab. This does not include external transaction that were placed at other broker/dealers (Prime Broker or Trade Away).

(0307-0369)

©2024 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.

Schwab Advisor Services™ (formerly known as Schwab Institutional®) serves Independent investment advisors and includes the custody, trading and support services of Schwab.

This material is for institutional investor use only. This material may not be forwarded or made available, in part or in whole, to any party that is not an institutional investor.



2033-6531     THOMAS A RAKOWSKI
Contrib       CHARLES SCHWAB & CO INC CUST
              IRA CONTRIBUTORY

Transactions filtered by: Last 48 Months | 59134N203                                                                                           Results: 2

| Date | Settlement Date | Action | Symbol | Quantity | Description | Price | Amount | Account Fee[2] | Security Type |
|---|---|---|---|---|---|---|---|---|---|
| 12/13/2022 | | Exchange or Exercise | 59134N203 | (9,000.00000) | META MATLS INC 0% PFDPFD | $0.0000 | $0.00 | | Equity |
| 06/25/2021 | | Spin-off | 59134N203 | 2,000.00000 | META MATLS INC 0% PFDPFD | $0.0000 | $0.00 | | Equity |

**Disclosures**
Bank Sweep deposits are held at one or more FDIC-insured banks that are affiliated with Charles Schwab & Co., Inc. ("Affiliated Banks"). Securities products and services (including unswept or intra-day cash, net credit or debit balances, and money market funds) offered by Charles Schwab & Co., Inc. (member SIPC) are not deposits or obligations of the Affiliated Banks, are subject to investment risk, are not FDIC insured, may lose value, and are not Affiliated Bank-guaranteed. Charles Schwab & Co., Inc. and the Affiliated Banks are separate entities and are all affiliates of The Charles Schwab Corporation. Bank Sweep deposit balances do not include interest that has been accrued since the last interest payment was made to your account. Funds deposited at Affiliated Banks are insured, in aggregate, up to $250,000 per Affiliated Bank, per depositor, for each account ownership category, by the Federal Deposit Insurance Corporation (FDIC). (0118-7FDH)

**Footnotes apply where indicated on the data view.**
1 Intra-day transactions are subject to change. Commissions are calculated at the end of the business day.
2 This value includes only commission from the transaction placed at Schwab. This does not include external transaction that were placed at other broker/dealers (Prime Broker or Trade Away).

(0307-0369)

©2024 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.

Schwab Advisor Services™ (formerly known as Schwab Institutional®) serves independent investment advisors and includes the custody, trading and support services of Schwab.

This material is for institutional investor use only. This material may not be forwarded or made available, in part or in whole, to any party that is not an institutional investor.



**2033-6531**  **THOMAS A RAKOWSKI**
Contrib    CHARLES SCHWAB & CO INC CUST
           IRA CONTRIBUTORY

Transactions filtered by: Last 48 Months | trch                                               Results: 8

| Date | Settlement Date | Action | Symbol | Quantity | Description | Price | Amount | Account Fee[2] | Security Type |
|---|---|---|---|---|---|---|---|---|---|
| 06/23/2021 | 06/25/2021 | Sell | TRCH | 2,000.00000 | TORCHLIGHT ENERGY RE | $5.9093 | $11,818.54 | $0.06 | Equity |
| 06/15/2021 | 06/17/2021 | Buy | TRCH | 1,300.00000 | TORCHLIGHT ENERGY RE | $4.9300 | ($6,409.00) | | Equity |
| 06/15/2021 | 06/17/2021 | Buy | TRCH | 120.00000 | TORCHLIGHT ENERGY RE | $4.9300 | ($591.60) | | Equity |
| 06/15/2021 | 06/17/2021 | Buy | TRCH | 20.00000 | TORCHLIGHT ENERGY RE | $4.9300 | ($98.60) | | Equity |
| 06/15/2021 | 06/17/2021 | Buy | TRCH | 300.00000 | TORCHLIGHT ENERGY RE | $4.9200 | ($1,476.00) | | Equity |
| 06/15/2021 | 06/17/2021 | Buy | TRCH | 200.00000 | TORCHLIGHT ENERGY RE | $4.9200 | ($984.00) | | Equity |
| 06/15/2021 | 06/17/2021 | Buy | TRCH | 50.00000 | TORCHLIGHT ENERGY RE | $4.9200 | ($246.00) | | Equity |
| 06/15/2021 | 06/17/2021 | Buy | TRCH | 10.00000 | TORCHLIGHT ENERGY RE | $4.9200 | ($49.20) | | Equity |

**Disclosures**
Bank Sweep deposits are held at one or more FDIC-insured banks that are affiliated with Charles Schwab & Co., Inc. ("Affiliated Banks"). Securities products and services (including unswept or intra-day cash, net credit or debit balances, and money market funds) offered by Charles Schwab & Co., Inc. (member SIPC) are not deposits or obligations of the Affiliated Banks, are subject to investment risk, are not FDIC insured, may lose value, and are not Affiliated Bank-guaranteed. Charles Schwab & Co., Inc. and the Affiliated Banks are separate entities and are all affiliates of The Charles Schwab Corporation. Bank Sweep deposit balances do not include interest that has been accrued since the last interest payment was made to your account. Funds deposited at Affiliated Banks are insured, in aggregate, up to $250,000 per Affiliated Bank, per depositor, for each account ownership category, by the Federal Deposit Insurance Corporation (FDIC). (0118-7FDH)

**Footnotes apply where indicated on the data view.**
1 Intra-day transactions are subject to change. Commissions are calculated at the end of the business day.
2 This value includes only commission from the transaction placed at Schwab. This does not include external transaction that were placed at other broker/dealers (Prime Broker or Trade Away).

(0307-0369)

©2024 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC.

Schwab Advisor Services™ (formerly known as Schwab Institutional®) serves independent investment advisors and includes the custody, trading and support services of Schwab.

This material is for institutional investor use only. This material may not be forwarded or made available, in part or in whole, to any party that is not an institutional investor.