_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge



Entered on Docket
December 19, 2024

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 24-50792-hlb |
| META MATERIALS INC., | Chapter 7 |
| Debtor. | **ORDER DIRECTING THE CLERK OF COURT TO ACCEPT ALL PROOFS OF INTEREST** |

Parties who intend to file Proofs of Interest in the above-captioned bankruptcy case of Meta Materials Inc. must use the Court's local form, which is available on the Court's website at https://www.nvb.uscourts.gov/rules-forms/forms/local-forms/.

Parties who file Proofs of Interest *should not* include their full account number or any other personal identifiable information ("PII"), and if they do so, it is incumbent on them to redact such PII as set forth in Local Rule 9037(b) (which can be found on the Court's website at https://www.nvb.uscourts.gov/downloads/rules/local-rules-2021_final.pdf).

The Clerk of Court is directed to (i) process and docket all filed Proofs of Interest regardless of any deficiencies contained therein and (ii) include specific language regarding such deficiencies, if any, in the docket text.

**DATED AND SIGNED ABOVE.**

Copy sent via CM/ECF Electronic Notice and BNC

###