NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:** META MATERIAL, INC.

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   OLADIMEJI ADEBAYO
   69 CHAD STREET
   LIMOGES ON K0A 2M0
   CANADA

   **Telephone Number:** 1-613-255-6145

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 18 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:** 769-7555212

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

   OLADIMEJI ADEBAYO, RBC DIRECT INVESTING INC., 200 BAY STREET, P.O. BOX 75, TORONTO, ON M5S 2Z5
   **Telephone Number:** 1-800-769-2560

3. **Date Equity Interest was acquired:** 11/01/2022 - 05/05/2023

   SEE ATTACHED DOCUMENTATION

4. **Total amount of member interest:** 49

5. **Certificate number(s):** SEE ATTACHED DOCUMENTATION

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** INVESTOR

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   **Print Name:** OLADIMEJI ADEBAYO
   **Title:**
   **Company:** ___ Address and telephone number (if different from notice address above):

   (Signature) *A. Adebayo*    (Date) 12/06/2024

   **Telephone number:** 1-613-255-6145    **email:** Ladi_adebayo@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| RBC Direct Investing Inc. | Column5 | Column1 | Column2 | Column3 | Column4 |
|---|---|---|---|---|---|
| MMAT | | | | | |
| Account # | Transaction Type | QTY | Settlement Date | Price | Amount(USD) |
| 769-7555212-USD TFSA | Bought | 114 | November 1st 2022 | 0.99769 | 113.73666 |
| 769-7555212-USD TFSA | Bought | 124 | November 16th 2022 | 1.57 | 194.68 |
| 769-7555212-USD TFSA | Bought | 95 | November 21st 2022 | 1.74 | 165.3 |
| 769-7555212-USD TFSA | Bought | 303 | November 23rd 2022 | 1.9573 | 593.0619 |
| 769-7555212-USD TFSA | Bought | 102 | November 23rd 2022 | 1.99 | 202.98 |
| 769-7555212-USD TFSA | Bought | 352 | April 6th 2023 | 0.45 | 158.4 |
| 769-7555212-USD TFSA | Bought | 1530 | April 18th 2023 | 0.23424 | 358.3872 |
| 769-7555212-USD TFSA | Bought | 795 | May 4th 2023 | 0.19 | 151.05 |
| 769-7555212-USD TFSA | Bought | 916 | May 5th 2023 | 0.1855 | 169.918 |
| 769-7555212-USD TFSA | Bought | 487 | May 5th 2023 | 0.19 | 92.53 |
| | | 4818 | | | 2200.04376 |

| TOTAL GROSS AMOUNT INVESTED (USD) | 2200.04376 |
|---|---|

| TOTAL SHARES HELD PRE-REVERSE SPLIT | 4,818 |
|---|---|

| TOTAL SHARES HELD POST REVERSE SPLIT | 49 |
|---|---|

Attention:

United States Bankruptcy Court, District of Nevada, Clerk of the Court, First Floor, 300 Booth Street, Reno, Nevada 89509

- The Securities was purchased in a registered TFSA account and statements were generated for the month of October 2024
- As a result of (CRA) Canada Revenue Agency's determination when it went to the OTC, it was no longer qualified to be in the registered TFSA account and for compliance, I have moved all securities into a qualified **Magin Account# 668-77710-29** on December 6th, 2024
- All the confirmations and settlement dates are detailed above and proofs are attached



**Direct Investing**
RBC

# Order Execution Only
# TFSA Statement (CDN$)

# OCT. 31 2024

Page 1 of 2

OLADIMEJI ADEBAYO
69 CHAD ST
LIMOGES ON  K0A 2M0

| | |
|---|---|
| Your Account Number: | 769-75552 |
| Trustee: | Royal Trust Company |
| Date of Last Statement: | SEPT 30, 2024 |

## RBC Direct Investing Inc.

**Local Calls:**
416-977-1255

**Toll Free Calls:**
1-800-769-2560

**Postal Address:**
200 Bay Street
P.O. Box 75
Toronto, ON
M5J 2Z5

## Asset Summary

| | MARKET VALUE AT OCT. 31 | % |
|---|---|---|
| Cash | $0.00 | 0.00 % |
| Fixed Income | $0.00 | 0.00 % |
| Preferred Shares | $0.00 | 0.00 % |
| Common Shares | $0.00 | 0.00 % |
| Mutual Funds | $0.00 | 0.00 % |
| Foreign Securities | $0.00 | 0.00 % |
| Other | $0.00 | 0.00 % |
| **Total on OCT. 31** | **$0.00** | |
| Total on SEPT 30 | $0.00 | |

## Income Summary

| | THIS MONTH | YEAR-TO-DATE |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| **Total Income** | **$0.00** | **$0.00** |

## Cash Balance

| ACCOUNT TYPE | OPENING BALANCE AT OCT. 01 | CLOSING BALANCE AT OCT. 31 |
|---|---|---|
| Cash | $0.00 | $0.00 |

## For Your Information

Our auditor, PricewaterhouseCoopers LLP, is conducting its routine annual audit of our accounts as of October 31, 2024. Please review this statement and advise our auditor directly of any errors or omissions: RBC Confirmation Centre, PwC LLP, PwC Tower, 18 York Street, Suite 2500, Toronto, Ontario M5J 0B2.

## TFSA Plan Summary ***

| | CONTRIBUTION | WITHDRAWAL |
|---|---|---|
| Year to Date | $4,844.51 | $3,466.10 |
| Plan to Date | $26,477.39 | $14,314.01 |

- CONTINUED ON NEXT PAGE -
0024137   -DIC75



**Regulated by CIRO**
Canadian Investment Regulatory Organization

**Member-Canadian Investor Protection Fund**

94220 (11/2019) 178-P7



**Direct Investing**

| | |
|---|---|
| **Order Execution Only** | **OCT. 31** |
| **TFSA Statement (CDN$)** | **2024** |

Your Account Number:  769-75552   2 of  2

**FOOTNOTES**  * - Indicates fully paid for securities registered in your name and held by us on your behalf.

    # - Part or all of the Book Cost for this security was obtained from a source other than RBC Direct Investing. As such, RBC Direct Investing is not responsible for the completeness or accuracy of the information provided.

    ¹ - Includes accrued interest.

    ² - Part of or all of the Book Cost on this security position is unknown resulting in the use of market value. The market value applied was September 30, 2015 or later, depending on the transaction activity for this security position. Please contact us to update the statement records.

    ³ - The Book Cost of this security is temporarily unavailable due to a pending corporate event. Please contact us for additional information.

    ¤ - The Book Cost of this security cannot be determined. Please contact us for additional information.

    *** - Converted U.S. dollar contributions or withdrawals are included in your plan summary.

    ⁴ - This security may be subject to a deferred sales charge at the time that it is sold.

    ⁿ - There is no active market for this security so its market value has been estimated.

- We may facilitate trades in securities of related issuers and connected issuers of the firm, or in derivatives where the underlying security is issued by a related or connected issuer of the firm, in your account. For a list of such related issuers and connected issuers, refer to the following website: www.rbc.com/issuers-disclosures or contact us.
- Please be advised that if you have set-up an Automatic Investment Plan ("AIP") to purchase one or more mutual funds, you will not receive a copy of the respective Fund Facts when you subsequently purchase securities of the applicable Fund under your AIP. You may at any time request to receive, at no cost to you, the most recently filed Fund Facts by sending us a secure message through the online investing site's Message Centre or by calling or writing to us at the coordinates below. The most recently filed Fund Facts may also be found by visiting either www.sedar.com or the website of the applicable Mutual Fund Manager.
- Market price and Book Cost represent currently available prices. Some securities in your portfolio may not be priced because data was unavailable. Market prices and Book Costs shown are obtained from sources we believe are reliable but we do not guarantee their accuracy.
- In cases where securities in your portfolio display a Market Price of 'UNPRICED', the current market value is not determinable.
- Unless otherwise advised, the Book Cost means: In the case of a long security position, the total amount paid for the security, including any transaction charges related to the purchase, adjusted for reinvested distributions, returns of capital and corporate actions; or In the case of a short security position, the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distributions (other than dividends), returns of capital and corporate actions. Where a book cost is not available on a security position; market value will be used to calculate the book cost.
- Fully paid securities are segregated on the records of our custodian and cannot be used in the normal course of our business. Any free credit balance for non-registered accounts represents funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the normal course of our business.
- A copy of our most recent summary of financial position, a list of directors and senior officers and certain additional information about us including information about commissions, fees and administrative proceedings that may relate to the firm or our staff are available for your personal inspection at our office, or a copy will be mailed to you upon written request.
- Customers' accounts are protected by the CIPF's Investment Dealer Fund in accordance with its Coverage Policy. A brochure describing the scope and nature of coverage, as well as the limitations and exclusions of coverage, is available upon request.
- Income derived from mutual funds will be included on a T5 or T3 that will be issued by each mutual fund management company. As such, this income is not reported in the "Income Summary" of your account statement.
- With the exception of registered plans, Canadian Income Tax regulations require RBC Direct Investing Inc. to disclose to Canada Revenue Agency on a yearly basis transactions involving the sale, redemption or maturity of securities. Such transactions must be reported on your Annual Income Tax return. This statement should be retained with your Income Tax records as evidence of disposition.
- We or our affiliate act as principal on foreign currency conversions and fixed income transactions and apply discretionary currency conversion rates. The foreign currency conversion rate shown on the confirmation statement includes our or our affiliates' spread-based revenues for performing this function. Spread means the difference between the rate we or our affiliates obtain and the rate you receive.
- RBC Direct Investing Inc. may obtain trade execution and certain other services for client accounts from RBC Dominion Securities Inc.
- Please note that the following security description abbreviations may appear on your statement : NON VTG for non-voting shares; RES VTG for restricted voting shares; SUB VTG for subordinate voting shares; DSC for securities which may be subject to a deferred sales charge; LL, LL2, LL3 or LL4 for securities which may be subject to a low load deferred sales charge.
- RBC Direct Investing Inc. and Royal Bank of Canada are separate corporate entities which are affiliated. RBC Direct Investing Inc. is a wholly owned subsidiary of Royal Bank of Canada and is a member of the Canadian Investment Regulatory Organization and the Canadian Investor Protection Fund. Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc. RBC Direct Investing Inc. does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions. RBC Direct Investing is a business name used by RBC Direct Investing Inc. ® / ™ Trademark(s) of Royal Bank of Canada. RBC and Royal Bank are registered trademarks of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2024. All rights reserved.
- Please note that RBC Direct Investing Inc.'s trade execution, trade settlement and custody of securities are handled by RBC Dominion Securities Inc., an affiliated company.

If you have a service request or a question about the details of your statement, please contact RBC Direct Investing at 1-800-769-2560 or write to us at:

200 Bay Street  
P.O. Box 75  
Toronto, ON  
M5J 2Z5

GST/HST # R122780893  
QST # R122780893

www.rbcdirectinvesting.com

Please check this Account Statement without delay and advise us of any error or omission within 30 days of the statement date.



**Direct Investing**

# Order Execution Only TFSA Statement (U.S.$)

**OCT. 31 2024**

Page 1 of 3

|  |  |
|---|---|
| Your Account Number: | 769-75552-1-2 |
| Trustee: | Royal Trust Company |
| Date of Last Statement: | SEPT 30, 2024 |

OLADIMEJI ADEBAYO
69 CHAD ST
LIMOGES ON  K0A 2M0

## RBC Direct Investing Inc.

**Local Calls:**
416-977-1255

**Toll Free Calls:**
1-800-769-2560

**Postal Address:**
200 Bay Street
P.O. Box 75
Toronto, ON
M5J 2Z5

## Asset Summary

|  | MARKET VALUE AT OCT. 31 | % |
|---|---:|---:|
| Cash | $0.00 | 0.00 % |
| Fixed Income | $0.00 | 0.00 % |
| Preferred Shares | $0.00 | 0.00 % |
| Common Shares | $2,257.60 | 100.00 % |
| Mutual Funds | $0.00 | 0.00 % |
| Foreign Securities | $0.00 | 0.00 % |
| Other | $0.00 | 0.00 % |
| **Total on OCT. 31** | **$2,257.60** | **100.00 %** |
| Total on SEPT 30 | $2,631.95 |  |

## Income Summary

|  | THIS MONTH | YEAR-TO-DATE |
|---|---:|---:|
| Dividends | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| **Total Income** | **$0.00** | **$0.00** |

## Cash Balance

| ACCOUNT TYPE | OPENING BALANCE AT OCT. 01 | CLOSING BALANCE AT OCT. 31 |
|---|---:|---:|
| Cash | $0.00 | $0.00 |

## For Your Information

Our auditor, PricewaterhouseCoopers LLP, is conducting its routine annual audit of our accounts as of October 31, 2024. Please review this statement and advise our auditor directly of any errors or omissions: RBC Confirmation Centre, PwC LLP, PwC Tower, 18 York Street, Suite 2500, Toronto, Ontario M5J 0B2.

- CONTINUED ON NEXT PAGE -

0024138   -DIC75



Regulated by CIRO
Canadian Investment Regulatory Organization

**Member-Canadian Investor Protection Fund**

94220 (11/2019) 178-P7



Direct Investing

# Order Execution Only
# TFSA Statement (U.S.$)

**OCT. 31 2024**

Your Account Number: 769-75552-1-2     2 of  3

## Asset Review

| | SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|---|
| **Common Shares** | | | | | |
| FINGERMOTION INC COMMON STOCK | FNGR | 1,199 1,199 | 1.880 | 4,633.67 | $2,254.12 |
| META MATERIALS INC COMMON STOCK | MMATQ | 49 49 | 0.071 | 2,299.52 | $3.48 |
| **Total Value of Common Shares** | | | | 6,933.19 | $2,257.60 |
| **Total Value of All Securities** | | | | 6,933.19 | $2,257.60 |

- CONTINUED ON NEXT PAGE -



**Direct Investing**

| | |
|---|---|
| **Order Execution Only TFSA Statement (U.S.$)** | **OCT. 31 2024** |

Your Account Number: 769-75552-1-2    3 of  3

**FOOTNOTES**

- **\*** - Indicates fully paid for securities registered in your name and held by us on your behalf.
- **#** - Part or all of the Book Cost for this security was obtained from a source other than RBC Direct Investing. As such, RBC Direct Investing is not responsible for the completeness or accuracy of the information provided.
- **1** - Includes accrued interest.
- **2** - Part of or all of the Book Cost on this security position is unknown resulting in the use of market value. The market value applied was September 30, 2015 or later, depending on the transaction activity for this security position. Please contact us to update the statement records.
- **3** - The Book Cost of this security is temporarily unavailable due to a pending corporate event. Please contact us for additional information.
- **¤** - The Book Cost of this security cannot be determined. Please contact us for additional information.
- **\*\*\*** - Converted U.S. dollar contributions or withdrawals are included in your plan summary.
- **4** - This security may be subject to a deferred sales charge at the time that it is sold.
- **n** - There is no active market for this security so its market value has been estimated.

- We may facilitate trades in securities of related issuers and connected issuers of the firm, or in derivatives where the underlying security is issued by a related or connected issuer of the firm, in your account. For a list of such related issuers and connected issuers, refer to the following website: www.rbc.com/issuers-disclosures or contact us.
- Please be advised that if you have set-up an Automatic Investment Plan ("AIP") to purchase one or more mutual funds, you will not receive a copy of the respective Fund Facts when you subsequently purchase securities of the applicable Fund under your AIP. You may at any time request to receive, at no cost to you, the most recently filed Fund Facts by sending us a secure message through the online investing site's Message Centre or by calling or writing to us at the coordinates below. The most recently filed Fund Facts may also be found by visiting either www.sedar.com or the website of the applicable Mutual Fund Manager.
- Market price and Book Cost represent currently available prices. Some securities in your portfolio may not be priced because data was unavailable. Market prices and Book Costs shown are obtained from sources we believe are reliable but we do not guarantee their accuracy.
- In cases where securities in your portfolio display a Market Price of 'UNPRICED', the current market value is not determinable.
- Unless otherwise advised, the Book Cost means: In the case of a long security position, the total amount paid for the security, including any transaction charges related to the purchase, adjusted for reinvested distributions, returns of capital and corporate actions; or In the case of a short security position, the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distributions (other than dividends), returns of capital and corporate actions. Where a book cost is not available on a security position; market value will be used to calculate the book cost.
- Fully paid securities are segregated on the records of our custodian and cannot be used in the normal course of our business. Any free credit balance for non-registered accounts represents funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the normal course of our business.
- A copy of our most recent summary of financial position, a list of directors and senior officers and certain additional information about us including information about commissions, fees and administrative proceedings that may relate to the firm or our staff are available for your personal inspection at our office, or a copy will be mailed to you upon written request.
- Customers' accounts are protected by the CIPF's Investment Dealer Fund in accordance with its Coverage Policy. A brochure describing the scope and nature of coverage, as well as the limitations and exclusions of coverage, is available upon request.
- Income derived from mutual funds will be included on a T5 or T3 that will be issued by each mutual fund management company. As such, this income is not reported in the "Income Summary" of your account statement.
- With the exception of registered plans, Canadian Income Tax regulations require RBC Direct Investing Inc. to disclose to Canada Revenue Agency on a yearly basis transactions involving the sale, redemption or maturity of securities. Such transactions must be reported on your Annual Income Tax return. This statement should be retained with your Income Tax records as evidence of disposition.
- We or our affiliate act as principal on foreign currency conversions and fixed income transactions and apply discretionary currency conversion rates. The foreign currency conversion rate shown on the confirmation statement includes our or our affiliates' spread-based revenues for performing this function. Spread means the difference between the rate we or our affiliates obtain and the rate you receive.
- RBC Direct Investing Inc. may obtain trade execution and certain other services for client accounts from RBC Dominion Securities Inc.
- Please note that the following security description abbreviations may appear on your statement : NON VTG for non-voting shares; RES VTG for restricted voting shares; SUB VTG for subordinate voting shares; DSC for securities which may be subject to a deferred sales charge; LL, LL2, LL3 or LL4 for securities which may be subject to a low load deferred sales charge.
- RBC Direct Investing Inc. and Royal Bank of Canada are separate corporate entities which are affiliated. RBC Direct Investing Inc. is a wholly owned subsidiary of Royal Bank of Canada and is a member of the Canadian Investment Regulatory Organization and the Canadian Investor Protection Fund. Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc. RBC Direct Investing Inc. does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions. RBC Direct Investing is a business name used by RBC Direct Investing Inc. ® / ™ Trademark(s) of Royal Bank of Canada. RBC and Royal Bank are registered trademarks of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2024. All rights reserved.
- Please note that RBC Direct Investing Inc.'s trade execution, trade settlement and custody of securities are handled by RBC Dominion Securities Inc., an affiliated company.

If you have a service request or a question about the details of your statement, please contact RBC Direct Investing at 1-800-769-2560 or write to us at:

200 Bay Street
P.O. Box 75
Toronto, ON
M5J 2Z5

GST/HST # R122780893
QST # R122780893

www.rbcdirectinvesting.com

Please check this Account Statement without delay and advise us of any error or omission within 30 days of the statement date.



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_8012398_008-E:59531-03531

OLADIMEJI ADEBAYO
70 RUE ELIZABETH
GATINEAU QC  J9H 1E9

## Confirmation Notice

**DATE**
OCTOBER 28, 2022

**ACCOUNT NO.**   **TYPE**
769-7555212         TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**           **NOVEMBER 1, 2022**

**TRANSACTION TYPE**                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 114 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | .99769U$ |

| | |
|---|---|
| GROSS AMOUNT | 113.73 |
| COMMISSION | 9.95 |
| SUB TOTAL | 123.68 U$ |
| NET AMOUNT | 123.68 U$ |

**CLIENT NAME**                OLADIMEJI ADEBAYO
**ACCOUNT NO.**                769-7555212 - TFSA
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE W1464  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 351464  /  INTERNAL CODES UN 65  /  682 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_8012398_008 - 00007081 - E:59531



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_8334004_009-E:64222-00222

OLADIMEJI ADEBAYO
70 RUE ELIZABETH
GATINEAU QC  J9H 1E9

## Confirmation Notice

**DATE**
NOVEMBER 14, 2022

**ACCOUNT NO.**   **TYPE**
769-7555212      TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**     **NOVEMBER 16, 2022**

**TRANSACTION TYPE**                                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 124 | META MATLS INC COMMON STOCK UNSOLICITED AVG PRICE SHOWN-DETAILS ON REQ DA | @ | 1.57U$ |

| | |
|---|---|
| GROSS AMOUNT | 194.68 |
| COMMISSION | 9.95 |
| SUB TOTAL | 204.63 U$ |
| NET AMOUNT | 204.63 U$ |

**CLIENT NAME**                   OLADIMEJI ADEBAYO
**ACCOUNT NO.**                   769-7555212 - TFSA
**INVESTMENT REPRESENTATIVE**     ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE W5367  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 395367  /  INTERNAL CODES UN 65  /  682 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_8334004_009 - 00000443 - E:64222



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_8416456_006-E:46441-06441
OLADIMEJI ADEBAYO
70 RUE ELIZABETH
GATINEAU QC  J9H 1E9

## Confirmation Notice

**DATE**
NOVEMBER 17, 2022

**ACCOUNT NO.**   **TYPE**
769-7555212       TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**        **NOVEMBER 21, 2022**

**TRANSACTION TYPE**                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 95 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 1.74U$ |

| | |
|---|---|
| GROSS AMOUNT | 165.30 |
| COMMISSION | 9.95 |
| SUB TOTAL | 175.25 U$ |
| NET AMOUNT | 175.25 U$ |

**CLIENT NAME**              OLADIMEJI ADEBAYO
**ACCOUNT NO.**              769-7555212 - TFSA
**INVESTMENT REPRESENTATIVE** ONLINE INVESTNG
**I.R. NO. 3YA**

REFERENCE W6035  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 356035  /  INTERNAL CODES UN 65  /  682 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_8416456_006 - 00012661 - E:46441



| Direct Investing |
|---|

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

ADPRB10720_8480121_007-E:49697-01697

OLADIMEJI ADEBAYO
70 RUE ELIZABETH
GATINEAU QC  J9H 1E9

## Confirmation Notice

**DATE**
NOVEMBER 21, 2022

**ACCOUNT NO.**   **TYPE**
769-7555212        TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**          **NOVEMBER 23, 2022**

**TRANSACTION TYPE**                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 303 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 1.9573U$ |



| GROSS AMOUNT | 593.06 |
| COMMISSION | 9.95 |
| SUB TOTAL | 603.01 U$ |
| NET AMOUNT | 603.01 U$ |

**CLIENT NAME**           OLADIMEJI ADEBAYO
**ACCOUNT NO.**           769-7555212 - TFSA
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
I.R. NO. 3YA

REFERENCE W0784  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 340784  /  INTERNAL CODES UN 65  /  682 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_8480121_007 - 00003393 - E:49697

 Direct Investing

# RBC Direct Investing Inc.
**ORDER EXECUTION ONLY ACCOUNT**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

ADPRB10720_8480121_007-E:49696-01696
OLADIMEJI ADEBAYO
70 RUE ELIZABETH
GATINEAU QC  J9H 1E9

## Confirmation Notice

**DATE**
NOVEMBER 21, 2022

**ACCOUNT NO.**  **TYPE**
769-7555212      TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**       **NOVEMBER 23, 2022**

**TRANSACTION TYPE**                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 102 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | 1.99U$ |



| | |
|---|---|
| GROSS AMOUNT | 202.98 |
| COMMISSION | 9.95 |
| SUB TOTAL | 212.93 U$ |
| NET AMOUNT | 212.93 U$ |

**CLIENT NAME**                  OLADIMEJI ADEBAYO
**ACCOUNT NO.**                  769-7555212 - TFSA
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
I.R. NO. 3YA

REFERENCE W0783  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 340783  /  INTERNAL CODES UN 65  /  682 A

Member-Canadian Investor Protection Fund. ®/ ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_8480121_007 - 00003391 - E:49696

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_3671557_007-E:52581-04581

OLADIMEJI ADEBAYO
69 CHAD ST
LIMOGES ON  K0A 2M0

## Confirmation Notice

**DATE**
APRIL 4, 2023

**ACCOUNT NO.**    **TYPE**
769-7555212         TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**         **APRIL 6, 2023**

**TRANSACTION TYPE**                                                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 352 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | .45U$ |



GROSS AMOUNT     158.40
COMMISSION         9.95
SUB TOTAL        168.35 U$
NET AMOUNT       168.35 U$

**CLIENT NAME**                OLADIMEJI ADEBAYO
**ACCOUNT NO.**                769-7555212 - TFSA
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W9647  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 379647  /  INTERNAL CODES UN 65  /  682 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3671557_007 - 00009181 - E:52581



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3889683_007-E:49216-01216
OLADIMEJI ADEBAYO
69 CHAD ST
LIMOGES ON  K0A 2M0

## Confirmation Notice

**DATE**
APRIL 14, 2023

**ACCOUNT NO.**  **TYPE**
769-7555212          TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

## SETTLEMENT DATE          APRIL 18, 2023

**TRANSACTION TYPE**                                  **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,530 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | .23424 US$ |

| | |
|---|---|
| GROSS AMOUNT | 358.38 |
| COMMISSION | 9.95 |
| SUB TOTAL | 368.33 US$ |
| NET AMOUNT | 368.33 US$ |

**CLIENT NAME**                  OLADIMEJI ADEBAYO
**ACCOUNT NO.**                  769-7555212 - TFSA
**INVESTMENT REPRESENTATIVE**    ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE E2775  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 142775  /  INTERNAL CODES UN 65  /  682 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3889683_007 - 00002431 - E:49216



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4261462_008-E:57058-01058

OLADIMEJI ADEBAYO
69 CHAD ST
LIMOGES ON K0A 2M0

## Confirmation Notice

**DATE**
MAY 2, 2023

**ACCOUNT NO.**      **TYPE**
769-7555212         TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**           **MAY 4, 2023**

**TRANSACTION TYPE**                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 795 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | .19U$ |

| | |
|---|---|
| GROSS AMOUNT | 151.05 |
| COMMISSION | 9.95 |
| SUB TOTAL | 161.00 U$ |
| NET AMOUNT | 161.00 U$ |

**CLIENT NAME**               OLADIMEJI ADEBAYO
**ACCOUNT NO.**               769-7555212 - TFSA
**INVESTMENT REPRESENTATIVE**  ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W3853 / CUSIP US59134N1046 / SECURITY NO. M067927 / ORDER NO. 373853 / INTERNAL CODES UN 65 / 682 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4261462_008 - 00002115 - E:57058

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

ADPRB10720_4290487_007-E:49102-01102

OLADIMEJI ADEBAYO
69 CHAD ST
LIMOGES ON K0A 2M0

## Confirmation Notice

**DATE**
MAY 3, 2023

**ACCOUNT NO.**    **TYPE**
769-7555212         TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

## SETTLEMENT DATE          MAY 5, 2023

**TRANSACTION TYPE**                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 916 | META MATLS INC COMMON STOCK UNSOLICITED DA | @ | .1855U$ |

| | |
|---|---|
| GROSS AMOUNT | 169.91 |
| COMMISSION | 9.95 |
| SUB TOTAL | 179.86 U$ |
| NET AMOUNT | 179.86 U$ |

**CLIENT NAME**                    OLADIMEJI ADEBAYO
**ACCOUNT NO.**                    769-7555212 - TFSA
**INVESTMENT REPRESENTATIVE**      ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W5981 / CUSIP US59134N1046 / SECURITY NO. M067927 / ORDER NO. 395981 / INTERNAL CODES UN 65 / 682 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4290487_007 - 00002203 - E:49102



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON M5J 2W7

# RBC Direct Investing Inc.
### ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4290487_007-E:49101-01101
OLADIMEJI ADEBAYO
69 CHAD ST
LIMOGES ON K0A 2M0

## Confirmation Notice

**DATE**
MAY 3, 2023

**ACCOUNT NO.**   **TYPE**
769-7555212         TFSA

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**            **MAY 5, 2023**

**TRANSACTION TYPE**                      **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 487 | META MATLS INC  COMMON STOCK  UNSOLICITED  AVG PRICE SHOWN-DETAILS ON REQ  DA | @ | .19U$ |

| | |
|---|---|
| GROSS AMOUNT | 92.53 |
| COMMISSION | 9.95 |
| SUB TOTAL | 102.48 U$ |
| NET AMOUNT | 102.48 U$ |

**CLIENT NAME**                         OLADIMEJI ADEBAYO
**ACCOUNT NO.**                         769-7555212 - TFSA
**INVESTMENT REPRESENTATIVE**           ONLINE INVESTNG
**I.R. NO. 4GA**

REFERENCE W5980 / CUSIP US59134N1046 / SECURITY NO. M067927 / ORDER NO. 395980 / INTERNAL CODES UN 65 / 682 A

Member-Canadian Investor Protection Fund. ®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4290487_007 - 00002201 - E:49101