NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: <br> MeTA MATERIALS, INC | Case Number: <br> 24-50792- HLB | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   COLIN GOBOURNE

   2642 LOS NOGALES WAY RANCHO CORDOVA, CA 95670

   Telephone Number: 916673 8105

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**

   DEC 18 2024

   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor: <br> WEBULL BROKERAGE: 5JA12068 | Check here if this claim: <br> ☐ replaces a previously filed Proof of Interest dated: _____ <br> ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: COLIN GOBOURNE, <br> WEBULL INVESTMENT. 44 WALL ST. 2ND FLOOR, NY 10005 <br> Telephone Number: 917 725 2448 | 3. Date Equity Interest was acquired: <br> 06/22/2021 |
| 4. Total amount of member interest: 500 SHARES AT A COST OF $4989.70 | 5. Certificate number(s): SEE ATTACHED DOCUMENTS |

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: COLIN GOBOURNE
   Title:
   Company:___ Address and telephone number (if different from notice address above):
   _____
   _____

   (Signature) _Ch G/r_   (Date) 12/15/24

   Telephone number: 9166738105   email: NILOC25US@GMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201

# Webull Financial LLC

44 Wall Street, New York, NY 10005
customerservice@webull.us

*December 1, 2022 - December 31, 2022*

PAGE 1 OF 8

ACCOUNT NUMBER    **5JA-12068-18  RR WEA**

**COLIN LEIGHTON GOBOURNE**

**Your Registered Representative**
WEBULL FINANCIAL LLC - HOUSE
(917) 725-2448

COLIN LEIGHTON GOBOURNE
965 WILSON BLVD
EL DORADO HILLS CA  95762-7251

INDIVIDUAL ACCOUNT

### ▶ ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $76.25 | $80.94 |
| NET ACCOUNT BALANCE | 76.25 | 80.94 |
| Securities | 4,896.95 | 560.77 |
| TOTAL PRICED PORTFOLIO | 4,896.95 | 560.77 |
| **Total Equity Holdings** | **$4,973.20** | **$641.71** |

### ▶ INCOME AND EXPENSE SUMMARY

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Debit interest expense | $0.00 | $8.98 |

### ▶ PORTFOLIO EQUITY ALLOCATION



Cash 12.613%

Equities 87.387%

ACCOUNT CARRIED BY:
**APEX CLEARING CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number.  This statement should be retained for income tax purposes.

December 1, 2022 - December 31, 2022

PAGE 2 OF 8

ACCOUNT NUMBER  5JA-12068-18  RR WEA



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

**COLIN LEIGHTON GOBOURNE**

### ▶ PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| ~~~~ | CLOV | M | 165 | $0.930 | $153.37 | $216.15 | -29% | | 23.900% |
| ~~~~ | GNW | M | 10 | 5.29 | 52.90 | 50.30 | 5 | | 8.244 |
| ~~~~ | LILM | O | 50 | 1.14 | 57.00 | 70.50 | -19 | | 8.883 |
| META MATLS INC COMMON STOCK | MMAT | O | 250 | 1.19 | 297.50 — | 475.00 | -37 | | 46.361 |
| META MATLS PREFERRED STOCK CONTRA CUSIP | 591994371 | O | 500 | Not Available | | | N/A | | N/A |
| **Total Equities** | | | | | **$560.77** | | | | **87.387%** |
| **Total Cash (Net Portfolio Balance)** | | | | | **$80.94** | | | | **12.613%** |
| **TOTAL PRICED PORTFOLIO** | | | | | **$641.71** | | | | |