NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: <br> META MATERIALS, INC | Case Number: <br> 24-50792- HLB | |
| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): <br><br> COLIN GOBOURNE <br><br> 2642 LOS NOGALES WAY RANCHO CORDOVA, CA 95670 <br><br> Telephone Number: 916673 8105 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars. <br><br> ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case. <br><br> ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | **RECEIVED AND FILED** <br><br> DEC 18 2024 <br><br> U.S. BANKRUPTCY COURT <br> MARY A. SCHOTT, CLERK <br><br> COURT USE ONLY |

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: <br><br> SCHWAB BROKERAGE : 91485363 | Check here if this claim: <br> ☐ replaces a previously filed Proof of Interest dated: _____ <br> ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: COLIN GOBOURNE <br><br> CHARLES SCHWAB, 211 MAIN ST., SAN FRANCISCO, CA 94105 <br> Telephone Number: 855 695 5208 | 3. Date Equity Interest was acquired: <br><br> BETWEEN 11/30/2022 — 02/22/2023 |
| 4. Total amount of member interest: 200 SHARES AT A COST OF $1620.26 | 5. Certificate number(s): SEE ATTACHED DOCUMENTS |

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: COLIN GOBOURNE
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature)   (Date) 12/15/24
Telephone number: 9166738105   email: NILOC25US@GMAIL.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**charles SCHWAB**

Schwab One® Account of
**COLIN LEIGHTON GOBOURNE**

Account Number
9148-5363

Statement Period
**December 1-31, 2022**

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Dat | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 12/02/22 | 11/30/22 | Bought | META MATLS INC: MMAT | 1.0000 | 1.9600 | 0.00 | (1.96) |
| 12/02/22 | 11/30/22 | Bought | META MATLS INC: MMAT | 1.0000 | 1.9000 | 0.00 | (1.90) |
| 12/30/22 | 12/30/22 | Mandatory Exchange | NEXT BRIDGE HYDROCARBONS | 200.0000 | | 0.00 | |

| **Total Equities Activity** | | | | | | | **(3.86)** |

### Other Assets Activity

| Settle Date | Trade Dat | Transaction | Description | Quantity | Unit Price | Charges and Interest | Total Amount |
|---|---|---|---|---|---|---|---|
| 12/05/22 | 12/01/22 | Bought | META MATLS INC  0% PFD<br>PFD: MMTLP<br>Includes Commission $6.39 | 92.0000 | 8.1700 | 6.39 | (758.03) |
| 12/05/22 | 12/01/22 | Bought | META MATLS INC  0% PFD<br>PFD: MMTLP<br>Includes Commission $0.56 | 8.0000 | 8.0900 | 0.56 | (65.28) |
| 12/05/22 | 12/01/22 | Bought | META MATLS INC  0% PFD<br>PFD: MMTLP<br>Includes Commission $6.95 | 100.0000 | 7.9000 | 6.95 | (796.95) |



**Schwab One® Account of**
**COLIN LEIGHTON GOBOURNE**

**Account Number**
9148-5363

**Statement Period**
December 1-31, 2022

## Investment Detail - Equities

| | Quantity | Market Price | Market Value / Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Equities** | | | | | | | |
| META MATLS INC (M) SYMBOL: MMAT | 2.0000 | 1.19000 | 2.38 / 3.86 | <1% | (1.48) | N/A | N/A |
| **Total Equities** | 2.0000 | | 2.38 / 3.86 Total Cost Basis: | <1% | (1.48) | | N/A |

## Investment Detail - Unpriced Securities

| | Quantity | Market Price | Market Value / Cost Basis | Unrealized Gain or (Loss) |
|---|---|---|---|---|
| **Unpriced Securities** | | | | |
| NEXT BRIDGE HYDROCARBONS | 200.0000 | N/A | N/A / 1,620.26 | N/A |
| **Total Unpriced Securities** | 200.0000 | | N/A Total Cost Basis: 1,620.26 | N/A |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only and are derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

| | |
|---|---|
| Total Investment Detail | 6,047.33 |
| Total Account Value (excl. Unpriced Securities) | 6,047.33 |
| Total Cost Basis | 1,624.12 |