(4) OF (4) ACCOUNTS

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: **META MATERIALS, INC** | Case Number: **24-50792-hlb** | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   **KARL BERGEN**
   **3420 3rd STREET NW**
   **CALGARY, AB, CANADA**
   **T2K 0Z5**

   Telephone Number: **1-403-862-3914**

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 18 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: **52343663**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Questrade
   5700 Yonge St. Suite 1900
   Toronto, ON M2M 4K2
   Telephone Number: 1-888-783-7866

3. Date Equity Interest was acquired: **Jan 2021 - NOV 2022**

4. Total amount of member interest: **8465 SHARES for $40,058.93**

5. Certificate number(s): **SEE ATTACHED DOCUMENTATION**

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: **INVESTOR**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: **KARL BERGEN**
   Title:
   Company: Address and telephone number (if different from notice address above):

   (Signature)   Dec 14, 2024   (Date)

   Telephone number: 1-403-862-3914   email: kbergen@centra.ca

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

QUESTRADE STOCK PURCHASE HISTORY FOR TRCH (TORCHLIGHT ENERGY RESOURCES INC)         TFSA - 5^(^%(&$ ACCOUNT

| DATE OF PURCHASE | DATE OF SALE | NUMBER OF SHARES | COST PER SHARE | FIAT COST | PROCEEDS |
|---|---|---|---|---|---|
| JAN 29/21  TRCH | | 800 | 1.66 USD | $ 1,328.00 USD | |
| FEB 5/21   TRCH | | 400 | 1.62 USD | $   652.95 USD | |
| FEB 16/21  TRCH | | 700 | 4.32 USD | $ 3,030.23 USD | |
| | FEB 16/21 | -600 | 4.19 USD | | 2508.6 USD |
| MAR 15/21  TRCH | | 300 | 2.53 USD | $   763.95 USD | |
| APR 14/21  TRCH | | 600 | 1.68 USD | $ 1,014.00 USD | |
| JUN 15/21  TRCH | | -1000 | 5.15 USD | | 5140.02 USD |
| JUN 15/21  TRCH | | 1000 | 5.26 USD | $ 5,260.00 USD | |
| JUN 16/21  TRCH | | 560 | 6.27 USD | $ 3,508.40 USD | |
| JUN 17/21  TRCH | | 200 | 5.03 USD | $ 1,005.66 USD | |
| JUN 18/21  TRCH | | 600 | 5.42 USD | $ 3,252.00 USD | |
| JUN 21/21  TRCH | | 1810 | 9.31 USD | $ 16,844.73 USD | |
| JUN 22/21  TRCH | | 500 | 8.86 USD | $ 4,430.61 USD | |
| JUN 23/21  TRCH | | 300 | 5.17 USD | $ 1,551.00 USD | |
| JUN 25/21  TRCH | | 15 | 4.90 USD | $    73.47 USD | |
| JUL 28/21  MERGER TO MMAT COMMON STOCK | | 380 | 3.40 USD | $ 1,292.00 USD | |
| JAN 12/22  MMAT COMMON STOCK | | 200 | 2.26 USD | $   452.00 USD | |
| MAR 23/22  MMAT COMMON STOCK | | 400 | 1.87 USD | $   748.00 USD | |
| JUN 17/22  MMAT COMMON STOCK | | 500 | 1.47 USD | $   735.00 USD | |
| JUN 27/22  MMAT COMMON STOCK | | 400 | 1.15 USD | $   460.00 USD | |
| AUG 8/22   MMAT COMMON STOCK | | 100 | .94 USD | $    94.12 USD | |
| SEP 1/22   MMAT COMMON STOCK | | 200 | .79 USD | $   158.94 USD | |
| NOV 29/22  MMAT COMMON STOCK | | 100 | 1.93 USD | $   193.00 USD | |
| | | TOTAL SHRS  8465 | | TOTAL  $ 40,058.93 | |

KARL BERGEN