NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| **Name of Debtor:** META MATERIALS, INC | **Case Number:** 24-50792-hlb | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   KARL BERGEN
   3420 3rd STREET NW
   CALGARY, AB, CANADA
   T2K 0Z5

   Telephone Number: 1-403-862-3914

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC 18 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: 28409650

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   QUESTRADE
   5700 YONGE ST. SUITE 1900
   TORONTO, ON M2M4K2
   Telephone Number: 1-888-783-7866

3. Date Equity Interest was acquired: DEC 2021 - DEC 8 2022 U3 HALT

4. Total amount of member interest: 16889 MMTLP SHARES for $32153.88 USD

5. Certificate number(s): SEE ATTACHED DOCUMENTATION

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: KARL BERGEN
Title:
Company: Address and telephone number (if different from notice address above):

(Signature)   DEC 14, 2024   (Date)

Telephone number: 1-403-862-3914   email: kbergen@centra.ca

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

QUESTRADE STOCK PURCHASE HISTORY FOR TRCH (TORCHLIGHT ENERGY RESOURCES INC) & MMAT & META MATLS INC PFD SER A        MARGIN/CASH ACCOUNT - 28^&*&^%

| DATE OF PURCHASE | | DATE OF SALE | NUMBER OF SHARES | COST PER SHARE #NAME? | FIAT COST | PROCEEDS | |
|---|---|---|---|---|---|---|---|
| DEC 20/21 | META MATLS INC PFD SER A | | 450 | $ 1.36 USD | $ 612.00 USD | | |
| JAN 21/22 | META MATLS INC PFD SER A | | 450 | $ 1.23 USD | $ 553.50 USD | | |
| JAN 24/22 | META MATLS INC PFD SER A | | 200 | $ 1.23 USD | $ 246.00 USD | | |
| JAN 28/22 | META MATLS INC PFD SER A | | 1100 | $ 1.25 USD | $ 1,375.00 USD | | |
| FEB 2/22 | META MATLS INC PFD SER A | | 100 | $ 1.26 USD | $ 126.00 USD | | |
| | | FEB 17/22 | -300 | $ 1.95 USD | | $ 580.04 USD | |
| | | MAR 7/22 | -800 | $ 1.76 USD | | $ 1,399.99 USD | |
| MAR 11/22 | META MATLS INC PFD SER A | | 1000 | $ 1.73 USD | $ 1,730.00 USD | | |
| APR 1/22 | META MATLS INC PFD SER A | | 600 | $ 1.15 USD | $ 692.00 USD | | |
| APR 4/22 | META MATLS INC PFD SER A | | 800 | $ 1.19 USD | $ 952.00 USD | | |
| MAY 13/22 | META MATLS INC PFD SER A | | 49 | $ 1.17 USD | $ 57.33 USD | | |
| MAY 18/22 | META MATLS INC PFD SER A | | 400 | $ 1.25 USD | $ 500.00 USD | | |
| JUN 22/22 | META MATLS INC PFD SER A | | 200 | $ 1.71 USD | $ 342.00 USD | | |
| JUN 24/22 | META MATLS INC PFD SER A | | 1000 | $ 1.72 USD | $ 1,720.00 USD | | |
| JUL 19/22 | META MATLS INC PFD SER A | | 200 | $ 1.43 USD | $ 286.00 USD | | |
| AUG 19/22 | META MATLS INC PFD SER A | | 130 | $ 1.41 USD | $ 183.30 USD | | |
| OCT 5/22 | META MATLS INC PFD SER A | | 100 | $ 1.73 USD | $ 173.00 USD | | |
| OCT 12/22 | META MATLS INC PFD SER A | | 120 | $ 5.12 USD | $ 614.40 USD | | |
| OCT 14/22 | META MATLS INC PFD SER A | | 330 | $ 3.64 USD | $ 1,201.20 USD | | |
| OCT 17/22 | META MATLS INC PFD SER A | | 20 | $ 3.91 USD | $ 78.20 USD | | |
| OCT 24/22 | META MATLS INC PFD SER A | | 80 | $ 5.05 USD | $ 404.15 USD | | |
| OCT 27/22 | META MATLS INC PFD SER A | | 400 | $ 5.70 USD | $ 2,280.00 USD | | |
| NOV 4/22 | META MATLS INC PFD SER A | | 250 | $ 7.24 USD | $ 1,809.00 USD | | |
| NOV 11/22 | META MATLS INC PFD SER A | | 140 | $ 6.70 USD | $ 938.00 USD | | |
| NOV 16/22 | META MATLS INC PFD SER A | | 20 | $ 9.09 USD | $ 181.80 USD | | |
| NOV 23/22 | META MATLS INC PFD SER A | | 800 | $ 9.42 USD | $ 7,532.00 USD | | |
| DEC 6/22 | META MATLS INC PFD SER A | | 50 | $ 5.10 USD | $ 255.00 USD | | |
| DEC 7/22 | META MATLS INC PFD SER A | | 900 | $ 7.68 USD | $ 6,915.00 USD | | |
| DEC 8/22 | META MATLS INC PFD SER A | | 100 | $ 3.97 USD | $ 397.00 USD | $32,153.88 | |
| APR 3/23 | MMAT COMMON STOCK | | 8000 | $ 0.49 USD | $ 3,958.40 USD | | |
| APR 12/23 | MMAT COMMON STOCK | | 4000 | $ 0.39 USD | $ 1,541.20 USD | | |
| APR 14/23 | MMAT COMMON STOCK | | 12000 | $ 0.23 USD | $ 2,760.00 USD | | |
| APR 17/23 | MMAT COMMON STOCK | | 5000 | $ 0.22 USD | $ 1,103.00 USD | | |
| APR 19/23 | MMAT COMMON STOCK | | 7000 | $ 0.20 USD | $ 1,421.00 USD | | |
| JUL 13/23 | MMAT COMMON STOCK | | 5000 | $ 0.19 USD | $ 941.50 USD | | |
| OCT 17/23 | MMAT COMMON STOCK | | -41000 | $ 0.21 USD | | $ 8,482.90 | |
| OCT 20/23 | MMAT COMMON STOCK | | 10 | $ 0.17 USD | $ 1.75 | | |
| OCT 26/23 | MMAT COMMON STOCK | | 20000 | $ 0.16 USD | $ 3,193.41 USD | | |
| NOV 3/23 | MMAT COMMON STOCK | | 20010 | $ 0.11 USD | $ 2,119.06 USD | | |
| NOV 6/23 | MMAT COMMON STOCK | | 20000 | $ 0.10 USD | $ 2,001.90 USD | | |
| NOV 29/23 | MMAT COMMON STOCK | | 10000 | $ 0.10 USD | $ 992.00 USD | | |
| DEC 4/23 | MMAT COMMON STOCK | | 20000 | $ 0.07 USD | $ 1,440.00 USD | | |
| DEC 6/23 | MMAT COMMON STOCK | | 1200 | $ 0.06 USD | $ 73.08 USD | | |
| DEC 20/23 | MMAT COMMON STOCK | | 10000 | $ 0.07 USD | $ 698.00 USD | | |
| DEC 22/23 | MMAT COMMON STOCK | | 10538 | $ 0.07 USD | $ 703.98 USD | | |
| DEC 27/23 | MMAT COMMON STOCK | | 10000 | $ 0.07 USD | $ 692.50 USD | | |
| DEC 29/23 | MMAT COMMON STOCK | | 8000 | $ 0.07 USD | $ 528.80 USD | | |
| JAN 8/24 | MMAT COMMON STOCK | | 6000 | $ 0.06 USD | $ 384.60 USD | | |
| JAN 9/24 | MMAT COMMON STOCK | | 8000 | $ 0.06 USD | $ 505.10 USD | | |
| JAN 17/24 | MMAT COMMON STOCK | | 5000 | $ 0.08 USD | $ 391.00 USD | | |
| JAN 22/24 | MMAT COMMON STOCK | | 10000 | $ 0.07 USD | $ 670.00 USD | | |
| JAN 24/24 | MMAT COMMON STOCK | | 10242 | $ 0.06 USD | $ 600.47 USD | | |
| JAN 26/24 | MMAT COMMON STOCK | | 601 | $ 0.06 USD | $ 33.06 USD | $15,028.71 | |
| | | JUL 17/24 | 1717 | $ 3.00 USD | | $ 5,151.00 USD | FINAL LOSS SALE OF SHARES DUE TO BANKRUPTCY |
| | | TOTAL MMAT COMMON SHARES | 180207 | GROSS PURCHASE | $58,907.69 | | ANNOUNCMENT JANUARY 2024. |
| | | TOTAL MMTLP PREF A SHARES | 16889 | | | | |