NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor: **META MATERIALS, Inc**

Case Number: **24-50792**

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Ginette Bowen
112-800 Wonderland Road. S.
London, On, Canada
N6K 4L8

Telephone Number: **519 6143683**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 18 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:

**HQ36BPIK7CAD**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Ginette Bowen
Wealthsimple Investments Inc
201-80 Spadina Avenue
Toronto, On Ca M5V 2J4
Telephone Number: **416-595-7200**

3. **Date Equity Interest was acquired:**

See Attached Document

4. **Total amount of member interest:** MMAX 105.5 after MMAT 1009 R.S.

5. **Certificate number(s):** See attached Document

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: **Investor**

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent.
(See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor.
(See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Ginette Bowen**
Title:
Company: Address and telephone number (if different from notice address above):

_____

(Signature)   (Date)

Telephone number: **519 6143683** email: **ginette.bowen@gmail.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]   [ Save Form ]   [ Clear Form ]



**ORDER EXECUTION ONLY ACCOUNT**

**All figures in $CAD unless otherwise specified**

Ⓦ **Wealthsimple Investments Inc.**

| Account No. | Owner | Statement Period |
|---|---|---|
| HQ36BP1K7CAD | Ginette Bowen | 2023-10-01 - 2023-10-31 |

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

Ginette Bowen
112-800 Wonderland Road South
London ON N6K4L8
CA

| Tax-Free Savings Account | | | | |
|---|---|---|---|---|
|  | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
| Cash | $0.31 | 0.01 | $0.31 | 0.00 |
| Canadian Equities and Alternatives | $1,160.50 | 41.07 | $4,187.50 | 59.60 |
| US Equities and Alternatives | $1,664.52 | 58.91 | $2,837.30 | 40.38 |
| Total Portfolio | $2,825.33 | 100.00 | $7,025.11 | 100.00 |

## Portfolio Cash

| | | | | |
|---|---|---|---|---|
| Last Statement Cash Balance | $1.59 | **Cash Paid In** | Deposits | $0.00 |
| Total Cash Paid In | $93.53 | | Proceeds from sales | $93.53 |
| Total Cash Paid Out | $94.81 | | Dividends | $0.00 |
| Closing Cash Balance | $0.31 | | Interest | $0.00 |
| | | | Other | $0.00 |

**Contributions:**
Contributions (year to date): $6,000.00

| | | |
|---|---|---|
| **Cash Paid Out** | Fees | $0.00 |
| | Taxes | $0.00 |
| | Cost of Investments | $94.81 |
| | Withdrawals | $0.00 |
| | Other | $0.00 |

## Portfolio Equities

| | Symbol | Total Quantity | Segregated Quantity | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian Equities and Alternatives** | | | | | | |
| Exchangeable Shares | MMAX | 10550.0000 | 10550.0000 | $0.11 CAD | $1,160.50 | $4,187.50 |
| **US Equities and Alternatives** | (The conversion rate used to convert your month-end Market Value to CAD is: $1USD = $1.387100 CAD) | | | | | |
| Meta Materials Inc | MMAT | 10000.0000 | 10000.0000 | $0.12 USD | $1,664.52 | $2,837.30 |
| **Total** | | | | | $2,825.02 | $7,024.80 |

**\*Book Cost** - *the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The transaction charge schedule can be found here. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. As such, this information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments. Please contact us to update the statement records if necessary.*

**CIPF**
Canadian Investor Protection Fund
**MEMBER**

Ⓡ Regulated by Canadian Investment Regulatory Organization
Réglementée par Organisme canadien de réglementation des investissements

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|------|-------------|-------------|-------------|------------|-------------|
| 2023-10-11 | BUY | MMAX - Exchangeable Shares: Bought 3.0000 shares (executed at 2023-10-06) | $1.11 | $0.00 | $0.48 |
| 2023-10-25 | SELL | CEI - Camber Energy Inc: Sold 28.0000 shares (executed at 2023-10-23), FX Rate: 1.3439 | $0.00 | $13.03 | $13.51 |
| 2023-10-25 | BUY | MMAX - Exchangeable Shares: Bought 71.0000 shares (executed at 2023-10-23) | $12.78 | $0.00 | $0.73 |
| 2023-10-25 | SELL | SVA - Semova Corp.: Sold 115.0000 shares (executed at 2023-10-23) | $0.00 | $80.50 | $81.23 |
| 2023-10-25 | BUY | MMAX - Exchangeable Shares: Bought 476.0000 shares (executed at 2023-10-23) | $80.92 | $0.00 | $0.31 |

CIPF
Canadian Investor Protection Fund
MEMBER

Regulated by Canadian Investment Regulatory Organization
Règlementé par Organisme canadien de règlementation des investissements

**Wealthsimple Investments Inc.**

**ORDER EXECUTION ONLY ACCOUNT**

**All figures in $CAD unless otherwise specified**

| Account No. | Owner | Statement Period |
|---|---|---|
| HQ36BP1K7CAD | Ginette Bowen | 2024-01-01 - 2024-01-31 |

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

Ginette Bowen
112-800 Wonderland Road South
London ON N6K4L8
CA

| Tax-Free Savings Account | | | | |
|---|---|---|---|---|
| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
| Cash | $0.19 | 0.01 | $0.19 | 0.00 |
| Canadian Equities and Alternatives | $1,153.93 | 69.26 | $4,287.61 | 60.17 |
| US Equities and Alternatives | $511.76 | 30.72 | $2,837.30 | 39.82 |
| Total Portfolio | $1,665.88 | 100.00 | $7,125.10 | 100.00 |

## Portfolio Cash

| | | | | | |
|---|---|---|---|---|---|
| Last Statement Cash Balance | $0.31 | **Cash Paid In** | Deposits | $100.00 | **Contributions:** |
| Total Cash Paid In | $100.00 | | Proceeds from sales | $0.00 | Contributions (year to date):  $100.00 |
| Total Cash Paid Out | $100.12 | | Dividends | $0.00 | |
| Closing Cash Balance | $0.19 | | Interest | $0.00 | |
| | | | Other | $0.00 | |
| | | **Cash Paid Out** | Fees | $0.00 | |
| | | | Taxes | $0.00 | |
| | | | Cost of Investments | $100.12 | |
| | | | Withdrawals | $0.00 | |
| | | | Other | $0.00 | |

## Portfolio Equities

| | Symbol | Total Quantity | Segregated Quantity | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian Equities and Alternatives** | | | | | | |
| METAMATL EXCH RG | MMAX | 105.5000 | 105.5000 | $10.00 CAD | $1,055.00 | $4,187.50 |
| **US Equities and Alternatives** | | *(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = $1.339700 CAD)* | | | | |
| Meta Materials Inc | MMAT | 100.0000 | 100.0000 | $3.82 USD | $511.76 | $2,837.30 |
| **Total** | | | | | $1,665.69 | $7,124.91 |

*Book Cost - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The transaction charge schedule can be found here. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. As such, this information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments. Please contact us to update the statement records if necessary.

**CIPF**
Canadian Investor Protection Fund
**MEMBER**

Regulated by Canadian Investment Regulatory Organization
Réglementée par Organisme canadien de réglementation des investissements

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|------|-------------|-------------|-------------|------------|-------------|
| 2024-01-24 | CONT | Contribution (executed at 2024-01-24) | $0.00 | $100.00 | $100.31 |
| 2024-01-29 | STKREORG | MMAX - Metamaterial Exchangeco Inc.: stock reorganization (executed at 2024-01-29) | $0.00 | $0.00 | $100.31 |
| 2024-01-29 | STKREORG | MMAX - METAMATL EXCH RG: stock reorganization (executed at 2024-01-29) | $0.00 | $0.00 | $100.31 |
| 2024-01-29 | STKREORG | MMAT - Meta Materials Inc: stock reorganization (executed at 2024-01-29) | $0.00 | $0.00 | $100.31 |
| 2024-01-29 | STKREORG | MMAT - Meta Materials Inc: stock reorganization (executed at 2024-01-29) | $0.00 | $0.00 | $100.31 |

CIPF
Canadian Investor Protection Fund
MEMBER

Regulated by Canadian Investment Regulatory Organization
Réglementée par Organisme canadien de réglementation des investissements

### ORDER EXECUTION ONLY ACCOUNT

**Wealthsimple Investments Inc.**

| All figures in $CAD unless otherwise specified | | |
|---|---|---|
| **Account No.** | **Owner** | **Statement Period** |
| HQ36BP1K7CAD | Ginette Bowen | 2023-04-01 - 2023-04-30 |

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

Ginette Bowen
112-800 Wonderland Road South
London ON N6K4L8
CA

| Tax-Free Savings Account | | | | |
|---|---|---|---|---|
| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
| Cash | $1.53 | 0.15 | $1.53 | 0.05 |
| Canadian Equities and Alternatives | $917.85 | 94.37 | $2,142.09 | 74.75 |
| US Equities and Alternatives | $53.22 | 5.47 | $721.80 | 25.19 |
| Total Portfolio | $972.60 | 100.00 | $2,865.42 | 100.00 |

## Portfolio Cash

| | | | | | |
|---|---|---|---|---|---|
| Last Statement Cash Balance | $9.41 | **Cash Paid In** | Deposits | $1,000.00 | **Contributions:** |
| Total Cash Paid In | $1,000.00 | | Proceeds from sales | $0.00 | Contributions (year to date): $1,100.00 |
| Total Cash Paid Out | $1,007.88 | | Dividends | $0.00 | Contributions (year to date): $0.00 |
| Closing Cash Balance | $1.53 | | Interest | $0.00 | First 60 Days $0.00 |
| | | | Other | $0.00 | Rest of Year . $1,100.00 |
| | | **Cash Paid Out** | Fees | $0.00 | |
| | | | Taxes | $0.00 | |
| | | | Cost of Investments | $1,007.88 | |
| | | | Withdrawals | $0.00 | |
| | | | Other | $0.00 | |

## Portfolio Equities

| | Symbol | Total Quantity | Segregated Quantity | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian Equities and Alternatives** | | | | | | |
| Exchangeable Shares | MMAX | 3165.0000 | 3165.0000 | $0.29 CAD | $917.85 | $2,142.09 |
| **US Equities and Alternatives** | *(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = $1.357800 CAD)* | | | | | |
| **Total** | | | | | $971.07 | $2,863.89 |

***Book Cost** - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The transaction charge schedule can be found here. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. As such, this information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments. Please contact us to update the statement records if necessary.*




CIPF
Canadian Investor Protection Fund
MEMBER

IIROC

Regulated by
Investment Industry Regulatory
Organization of Canada

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|---|---|---|---|---|---|
| 2023-04-11 | CONT | Contribution (executed at 2023-04-11) | $0.00 | $500.00 | $509.41 |
| 2023-04-13 | BUY | MMAX - Exchangeable Shares: Bought 500.0000 shares (executed at 2023-04-11) | $280.00 | $0.00 | $229.41 |
| 2023-04-14 | BUY | MMAX - Exchangeable Shares: Bought 413.0000 shares (executed at 2023-04-12) | $227.15 | $0.00 | $2.26 |
| 2023-04-17 | CONT | Contribution (executed at 2023-04-17) | $0.00 | $500.00 | $502.26 |
| 2023-04-19 | BUY | MMAX - Exchangeable Shares: Bought 1000.0000 shares (executed at 2023-04-17) | $400.00 | $0.00 | $102.26 |
| 2023-04-20 | BUY | MMAX - Exchangeable Shares: Bought 255.0000 shares (executed at 2023-04-18) | $100.73 | $0.00 | $1.53 |





CIPF
MEMBER

IIROC

Regulated by
Investment Industry Regulatory
Organization of Canada

**Wealthsimple Investments Inc.**

## ORDER EXECUTION ONLY ACCOUNT
### All figures in $CAD unless otherwise specified

| Account No. | Owner | Statement Period |
|---|---|---|
| HQ36BP1K7CAD | Ginette Bowen | 2023-05-01 - 2023-05-31 |

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

Ginette Bowen
112-800 Wonderland Road South
London ON N6K4L8
CA

| Tax-Free Savings Account | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
|---|---|---|---|---|
| Cash | $2.79 | 0.06 | $2.79 | 0.04 |
| Canadian Equities and Alternatives | $3,000.00 | 67.95 | $4,092.69 | 64.29 |
| US Equities and Alternatives | $1,411.93 | 31.98 | $2,269.95 | 35.66 |
| Total Portfolio | $4,414.72 | 100.00 | $6,365.43 | 100.00 |

## Portfolio Cash

| | | | | Contributions: | |
|---|---|---|---|---|---|
| Last Statement Cash Balance | $1.53 | **Cash Paid In** | Deposits | $3,500.00 | |
| Total Cash Paid In | $3,500.00 | | Proceeds from sales | $0.00 | Contributions (year to date): $4,600.00 |
| Total Cash Paid Out | $3,498.74 | | Dividends | $0.00 | Contributions (year to date): $0.00 |
| Closing Cash Balance | $2.79 | | Interest | $0.00 | First 60 Days $0.00 |
| | | | Other | $0.00 | Rest of Year $4,600.00 |
| | | **Cash Paid Out** | Fees | $0.00 | |
| | | | Taxes | $0.00 | |
| | | | Cost of Investments | $3,498.74 | |
| | | | Withdrawals | $0.00 | |
| | | | Other | $0.00 | |

## Portfolio Equities

| | Symbol | Total Quantity | Segregated Quantity | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian Equities and Alternatives** | | | | | | |
| Exchangeable Shares | MMAX | 10000.0000 | 10000.0000 | $0.30 CAD | $3,000.00 | $4,092.69 |
| **US Equities and Alternatives** | *(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = $1.360300 CAD)* | | | | | |
| Meta Materials Inc | MMAT | 4800.0000 | 4800.0000 | $0.21 USD | $1,371.18 | $1,548.15 |
| **Total** | | | | | $4,411.93 | $6,362.64 |

**\*Book Cost** - *the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The transaction charge schedule can be found here. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. As such, this information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments. Please contact us to update the statement records if necessary.*

 

CIPF
Canadian Investor Protection Fund
MEMBER

IIROC

**Regulated by**
Investment Industry Regulatory
Organization of Canada

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|---|---|---|---|---|---|
| 2023-05-05 | CONT | Contribution (executed at 2023-05-05) | $0.00 | $1,000.00 | $1,001.53 |
| 2023-05-05 | CONT | Contribution (executed at 2023-05-05) | $0.00 | $500.00 | $1,501.53 |
| 2023-05-09 | BUY | MMAX - Exchangeable Shares: Bought 3704.0000 shares (executed at 2023-05-05) | $982.67 | $0.00 | $518.86 |
| 2023-05-16 | BUY | MMAT - Meta Materials Inc: Bought 1700.0000 shares (executed at 2023-05-12), FX Rate: 1.3811 | $474.29 | $0.00 | $44.57 |
| 2023-05-23 | CONT | Contribution (executed at 2023-05-23) | $0.00 | $500.00 | $544.57 |
| 2023-05-24 | BUY | MMAX - Exchangeable Shares: Bought 139.0000 shares (executed at 2023-05-19) | $44.48 | $0.00 | $500.09 |
| 2023-05-24 | CONT | Contribution (executed at 2023-05-24) | $0.00 | $1,000.00 | $1,500.09 |
| 2023-05-25 | BUY | MMAX - Exchangeable Shares: Bought 1292.0000 shares (executed at 2023-05-23) | $413.44 | $0.00 | $1,086.65 |
| 2023-05-26 | BUY | MMAT - Meta Materials Inc: Bought 3100.0000 shares (executed at 2023-05-24), FX Rate: 1.3856 | $1,073.86 | $0.00 | $12.79 |
| 2023-05-26 | CONT | Contribution (executed at 2023-05-26) | $0.00 | $500.00 | $512.79 |
| 2023-05-30 | BUY | MMAX - Exchangeable Shares: Bought 1700.0000 shares (executed at 2023-05-26) | $510.00 | $0.00 | $2.79 |



CIPF
MEMBER

IIROC

Regulated by
Investment Industry Regulatory
Organization of Canada

**ORDER EXECUTION ONLY ACCOUNT**

**All figures in $CAD unless otherwise specified**

**Wealthsimple Investments Inc.**

| | Account No. | Owner | Statement Period |
|---|---|---|---|
| | HQ36BP1K7CAD | Ginette Bowen | 2023-06-01 - 2023-06-30 |

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

Ginette Bowen
112-800 Wonderland Road South
London ON N6K4L8
CA

| Tax-Free Savings Account | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
|---|---|---|---|---|
| Cash | $13.64 | 0.24 | $13.64 | 0.17 |
| Canadian Equities and Alternatives | $2,700.00 | 48.93 | $4,092.69 | 53.39 |
| US Equities and Alternatives | $2,803.75 | 50.81 | $3,559.10 | 46.43 |
| Total Portfolio | $5,517.39 | 100.00 | $7,665.43 | 100.00 |

## Portfolio Cash

| | | | | | |
|---|---|---|---|---|---|
| Last Statement Cash Balance | $2.79 | **Cash Paid In** | Deposits | $1,300.00 | **Contributions:** |
| Total Cash Paid In | $1,300.00 | | Proceeds from sales | $0.00 | Contributions (year to date): $5,900.00 |
| Total Cash Paid Out | $1,289.15 | | Dividends | $0.00 | Contributions (year to date): $0.00 |
| Closing Cash Balance | $13.64 | | Interest | $0.00 | First 60 Days $0.00 |
| | | | Other | $0.00 | Rest of Year $5,900.00 |
| | | **Cash Paid Out** | Fees | $0.00 | |
| | | | Taxes | $0.00 | |
| | | | Cost of Investments | $1,289.15 | |
| | | | Withdrawals | $0.00 | |
| | | | Other | $0.00 | |

## Portfolio Equities

| | Symbol | Total Quantity | Segregated Quantity | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian Equities and Alternatives** | | | | | | |
| Exchangeable Shares | MMAX | 10000.0000 | 10000.0000 | $0.27 CAD | $2,700.00 | $4,092.69 |
| **US Equities and Alternatives** | (The conversion rate used to convert your month-end Market Value to CAD is: $1USD = $1.324000 CAD) | | | | | |
| Meta Materials Inc | MMAT | 10000.0000 | 10000.0000 | $0.21 USD | $2,780.40 | $2,837.30 |
| **Total** | | | | | $5,503.75 | $7,651.79 |

*Book Cost - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate reorganizations. The transaction charge schedule can be found here. The book cost has been calculated to the best of our abilities and may not be accurate or reflective of your actual cost unless provided by you or your agent. As such, this information should not be used for the purpose of tax reporting as actual overall cost, valuation or disposition calculations may differ. We encourage you to check with a tax professional and/or original source documents to confirm this information if necessary.




## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|---|---|---|---|---|---|
| 2023-06-23 | CONT | Contribution (executed at 2023-06-23) | $0.00 | $800.00 | $802.79 |
| 2023-06-27 | BUY | MMAT - Meta Materials Inc: Bought 3100.0000 shares (executed at 2023-06-23), FX Rate: 1.3458 | $792.72 | $0.00 | $10.07 |
| 2023-06-27 | CONT | Contribution (executed at 2023-06-27) | $0.00 | $500.00 | $510.07 |
| 2023-06-29 | BUY | MMAT - Meta Materials Inc: Bought 2100.0000 shares (executed at 2023-06-27), FX Rate: 1.3431 | $496.43 | $0.00 | $13.64 |



CIPF
Canadian Investor Protection Fund
M·E·M·B·E·R



IIROC    Regulated by
Investment Industry Regulatory
Organization of Canada

**ORDER EXECUTION ONLY ACCOUNT**

**All figures in $CAD unless otherwise specified**

**W Wealthsimple Investments Inc.**

| Account No. | Owner | Statement Period |
|---|---|---|
| HQ36BP1K7CAD | Ginette Bowen | 2023-10-01 - 2023-10-31 |

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

Ginette Bowen
112-800 Wonderland Road South
London ON N6K4L8
CA

| Tax-Free Savings Account | | | | |
|---|---|---|---|---|
| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
| Cash | $0.31 | 0.01 | $0.31 | 0.00 |
| Canadian Equities and Alternatives | $1,160.50 | 41.07 | $4,187.50 | 59.60 |
| US Equities and Alternatives | $1,664.52 | 58.91 | $2,837.30 | 40.38 |
| Total Portfolio | $2,825.33 | 100.00 | $7,025.11 | 100.00 |

## Portfolio Cash

| | | | | | | |
|---|---|---|---|---|---|---|
| Last Statement Cash Balance | $1.59 | **Cash Paid In** | Deposits | $0.00 | **Contributions:** | |
| Total Cash Paid In | $93.53 | | Proceeds from sales | $93.53 | Contributions (year to date): | $6,000.00 |
| Total Cash Paid Out | $94.81 | | Dividends | $0.00 | | |
| Closing Cash Balance | $0.31 | | Interest | $0.00 | | |
| | | | Other | $0.00 | | |
| | | **Cash Paid Out** | Fees | $0.00 | | |
| | | | Taxes | $0.00 | | |
| | | | Cost of Investments | $94.81 | | |
| | | | Withdrawals | $0.00 | | |
| | | | Other | $0.00 | | |

## Portfolio Equities

| | Symbol | Total Quantity | Segregated Quantity | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian Equities and Alternatives** | | | | | | |
| Exchangeable Shares | MMAX | 10550.0000 | 10550.0000 | $0.11 CAD | $1,160.50 | $4,187.50 |
| **US Equities and Alternatives** | *(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = $1.387100 CAD)* | | | | | |
| Meta Materials inc | MMAT | 10000.0000 | 10000.0000 | $0.12 USD | $1,664.52 | $2,837.30 |
| **Total** | | | | | $2,825.02 | $7,024.80 |

***Book Cost** - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The transaction charge schedule can be found here. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. As such, this information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments. Please contact us to update the statement records if necessary.*

**CIPF**
Canadian Investor Protection Fund
**MEMBER**

Regulated by Canadian Investment Regulatory Organization
Réglementée par Organisme canadien de réglementation des investissements

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|------|-------------|-------------|-------------|------------|-------------|
| 2023-10-11 | BUY | MMAX - Exchangeable Shares: Bought 3.0000 shares (executed at 2023-10-06) | $1.11 | $0.00 | $0.48 |
| | | | | | |
| 2023-10-25 | BUY | MMAX - Exchangeable Shares: Bought 71.0000 shares (executed at 2023-10-23) | $12.78 | $0.00 | $0.73 |
| | | | | | |
| 2023-10-25 | BUY | MMAX - Exchangeable Shares: Bought 476.0000 shares (executed at 2023-10-23) | $80.92 | $0.00 | $0.31 |

CIPF
MEMBER

Regulated by Canadian Investment Regulatory Organization
Réglementée par Organisme canadien de réglementation des investissements



## ORDER EXECUTION ONLY ACCOUNT

**All figures in $CAD unless otherwise specified**

**Wealthsimple Investments Inc.**

| Account No. | Owner | Statement Period |
|---|---|---|
| HQ36BP1K7CAD | Ginette Bowen | 2024-01-01 - 2024-01-31 |

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

Ginette Bowen
112-800 Wonderland Road South
London ON N6K4L8
CA

| Tax-Free Savings Account | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
|---|---|---|---|---|
| Cash | $0.19 | 0.01 | $0.19 | 0.00 |
| Canadian Equities and Alternatives | $1,153.93 | 69.26 | $4,287.61 | 60.17 |
| US Equities and Alternatives | $511.76 | 30.72 | $2,837.30 | 39.82 |
| Total Portfolio | $1,665.88 | 100.00 | $7,125.10 | 100.00 |

## Portfolio Cash

| | | | | |
|---|---|---|---|---|
| Last Statement Cash Balance | $0.31 | **Cash Paid In** | Deposits | $100.00 |
| Total Cash Paid In | $100.00 | | Proceeds from sales | $0.00 |
| Total Cash Paid Out | $100.12 | | Dividends | $0.00 |
| Closing Cash Balance | $0.19 | | Interest | $0.00 |
| | | | Other | $0.00 |

**Contributions:**
Contributions (year to date): $100.00

| | | |
|---|---|---|
| **Cash Paid Out** | Fees | $0.00 |
| | Taxes | $0.00 |
| | Cost of Investments | $100.12 |
| | Withdrawals | $0.00 |
| | Other | $0.00 |

## Portfolio Equities

| | Symbol | Total Quantity | Segregated Quantity | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian Equities and Alternatives** | | | | | | |
| METAMATL EXCH RG | MMAX | 105.5000 | 105.5000 | $10.00 CAD | $1,055.00 | $4,187.50 |
| **US Equities and Alternatives** | *(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = $1.339700 CAD)* | | | | | |
| Meta Materials Inc | MMAT | 100.0000 | 100.0000 | $3.82 USD | $511.76 | $2,837.30 |
| **Total** | | | | | $1,665.69 | $7,124.91 |

*Book Cost - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The transaction charge schedule can be found here. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. As such, this information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments. Please contact us to update the statement records if necessary.*



**CIPF**
Canadian Investor Protection Fund
MEMBER

Regulated by Canadian Investment Regulatory Organization
Réglementé par Organisme canadien de réglementation des investissements

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|------|-------------|-------------|-------------|------------|-------------|
| 2024-01-24 | CONT | Contribution (executed at 2024-01-24) | $0.00 | $100.00 | $100.31 |
| 2024-01-29 | STKREORG | MMAX - Metamaterial Exchangeco Inc.: stock reorganization (executed at 2024-01-29) | $0.00 | $0.00 | $100.31 |
| 2024-01-29 | STKREORG | MMAX - METAMATL EXCH RG: stock reorganization (executed at 2024-01-29) | $0.00 | $0.00 | $100.31 |
| 2024-01-29 | STKREORG | MMAT - Meta Materials Inc.: stock reorganization (executed at 2024-01-29) | $0.00 | $0.00 | $100.31 |
| 2024-01-29 | STKREORG | MMAT - Meta Materials Inc: stock reorganization (executed at 2024-01-29) | $0.00 | $0.00 | $100.31 |

CIPF
MEMBER

Regulated by Canadian Investment Regulatory Organization
Réglementée par Organisme canadien de réglementation des investissements

### ORDER EXECUTION ONLY ACCOUNT

| All figures in $CAD unless otherwise specified | | |
|---|---|---|
| Account No. | Owner | Statement Period |
| HQ36BP1K7CAD | Ginette Bowen | 2023-05-01 - 2023-05-31 |

**Wealthsimple Investments Inc.**

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

Ginette Bowen
112-800 Wonderland Road South
London ON N6K4L8
CA

| Tax-Free Savings Account | | | | |
|---|---|---|---|---|
| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
| Cash | $2.79 | 0.06 | $2.79 | 0.04 |
| Canadian Equities and Alternatives | $3,000.00 | 67.95 | $4,092.69 | 64.29 |
| US Equities and Alternatives | $1,411.93 | 31.98 | $2,269.95 | 35.66 |
| Total Portfolio | $4,414.72 | 100.00 | $6,365.43 | 100.00 |

### Portfolio Cash

| | | | | | |
|---|---|---|---|---|---|
| Last Statement Cash Balance | $1.53 | **Cash Paid In** | Deposits | $3,500.00 | |
| Total Cash Paid In | $3,500.00 | | Proceeds from sales | $0.00 | |
| Total Cash Paid Out | $3,498.74 | | Dividends | $0.00 | |
| Closing Cash Balance | $2.79 | | Interest | $0.00 | |
| | | | Other | $0.00 | |

**Contributions:**

| | |
|---|---|
| Contributions (year to date): | $4,600.00 |
| Contributions (year to date): | $0.00 |
| First 60 Days | $0.00 |
| Rest of Year | $4,600.00 |

| | | |
|---|---|---|
| **Cash Paid Out** | Fees | $0.00 |
| | Taxes | $0.00 |
| | Cost of Investments | $3,498.74 |
| | Withdrawals | $0.00 |
| | Other | $0.00 |

### Portfolio Equities

| | Symbol | Total Quantity | Segregated Quantity | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian Equities and Alternatives** | | | | | | |
| Exchangeable Shares | MMAX | 10000.0000 | 10000.0000 | $0.30 CAD | $3,000.00 | $4,092.69 |
| **US Equities and Alternatives** | *(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = $1.360300 CAD)* | | | | | |
| Meta Materials Inc | MMAT | 4800.0000 | 4800.0000 | $0.21 USD | $1,371.18 | $1,548.15 |
| **Total** | | | | | $4,411.93 | $6,362.64 |

*Book Cost - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The transaction charge schedule can be found here. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. As such, this information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments. Please contact us to update the statement records if necessary.

 

CIPF
Canadian Investor Protection Fund
MEMBER

IIROC

Regulated by
Investment Industry Regulatory
Organization of Canada

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|------|-------------|-------------|------------|-----------|------------|
| 2023-05-05 | CONT | Contribution (executed at 2023-05-05) | $0.00 | $1,000.00 | $1,001.53 |
| 2023-05-05 | CONT | Contribution (executed at 2023-05-05) | $0.00 | $500.00 | $1,501.53 |
| 2023-05-09 | BUY | MMAX - Exchangeable Shares: Bought 3704.0000 shares (executed at 2023-05-05) | $982.67 | $0.00 | $518.86 |
| 2023-05-16 | BUY | MMAT - Meta Materials Inc: Bought 1700.0000 shares (executed at 2023-05-12), FX Rate: 1.3811 | $474.29 | $0.00 | $44.57 |
| 2023-05-23 | CONT | Contribution (executed at 2023-05-23) | $0.00 | $500.00 | $544.57 |
| 2023-05-24 | BUY | MMAX - Exchangeable Shares: Bought 139.0000 shares (executed at 2023-05-19) | $44.48 | $0.00 | $500.09 |
| 2023-05-24 | CONT | Contribution (executed at 2023-05-24) | $0.00 | $1,000.00 | $1,500.09 |
| 2023-05-25 | BUY | MMAX - Exchangeable Shares: Bought 1292.0000 shares (executed at 2023-05-23) | $413.44 | $0.00 | $1,086.65 |
| 2023-05-26 | BUY | MMAT - Meta Materials Inc: Bought 3100.0000 shares (executed at 2023-05-24), FX Rate: 1.3856 | $1,073.86 | $0.00 | $12.79 |
| 2023-05-26 | CONT | Contribution (executed at 2023-05-26) | $0.00 | $500.00 | $512.79 |
| 2023-05-30 | BUY | MMAX - Exchangeable Shares: Bought 1700.0000 shares (executed at 2023-05-26) | $510.00 | $0.00 | $2.79 |

 

CIPF
MEMBER

IIROC

Regulated by
Investment Industry Regulatory
Organization of Canada

**ORDER EXECUTION ONLY ACCOUNT**

**All figures in $CAD unless otherwise specified**

**Wealthsimple Investments Inc.**

| Account No. | Owner | Statement Period |
|---|---|---|
| HQ36BP1K7CAD | Ginette Bowen | 2023-06-01 - 2023-06-30 |

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax (647) 245-1002

Ginette Bowen
112-800 Wonderland Road South
London ON N6K4L8
CA

| Tax-Free Savings Account | | | | |
|---|---|---|---|---|
| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
| Cash | $13.64 | 0.24 | $13.64 | 0.17 |
| Canadian Equities and Alternatives | $2,700.00 | 48.93 | $4,092.69 | 53.39 |
| US Equities and Alternatives | $2,803.75 | 50.81 | $3,559.10 | 46.43 |
| Total Portfolio | $5,517.39 | 100.00 | $7,665.43 | 100.00 |

## Portfolio Cash

| | | | | | | |
|---|---|---|---|---|---|---|
| Last Statement Cash Balance | $2.79 | **Cash Paid In** | Deposits | $1,300.00 | **Contributions:** | |
| Total Cash Paid In | $1,300.00 | | Proceeds from sales | $0.00 | Contributions (year to date): | $5,900.00 |
| Total Cash Paid Out | $1,289.15 | | Dividends | $0.00 | Contributions (year to date): | $0.00 |
| Closing Cash Balance | $13.64 | | Interest | $0.00 | First 60 Days | $0.00 |
| | | | Other | $0.00 | Rest of Year | $5,900.00 |
| | | **Cash Paid Out** | Fees | $0.00 | | |
| | | | Taxes | $0.00 | | |
| | | | Cost of Investments | $1,289.15 | | |
| | | | Withdrawals | $0.00 | | |
| | | | Other | $0.00 | | |

## Portfolio Equities

| | Symbol | Total Quantity | Segregated Quantity | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian Equities and Alternatives** | | | | | | |
| Exchangeable Shares | MMAX | 10000.0000 | 10000.0000 | $0.27 CAD | $2,700.00 | $4,092.69 |
| **US Equities and Alternatives** | | *(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = $1.324000 CAD)* | | | | |
| Meta Materials Inc | MMAT | 10000.0000 | 10000.0000 | $0.21 USD | $2,780.40 | $2,837.30 |
| **Total** | | | | | $5,503.75 | $7,651.79 |

*Book Cost - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The transaction charge schedule can be found here. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. As such, this information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments. Please contact us to update the statement records if necessary.*





CIPF
Canadian Investor Protection Fund
MEMBER

IIROC

Regulated by
Investment Industry Regulatory
Organization of Canada

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|------|-------------|-------------|-------------|------------|-------------|
| 2023-06-23 | CONT | Contribution (executed at 2023-06-23) | $0.00 | $800.00 | $802.79 |
| 2023-06-27 | BUY | MMAT - Meta Materials Inc: Bought 3100.0000 shares (executed at 2023-06-23), FX Rate: 1.3458 | $792.72 | $0.00 | $10.07 |
| 2023-06-27 | CONT | Contribution (executed at 2023-06-27) | $0.00 | $500.00 | $510.07 |
| 2023-06-29 | BUY | MMAT - Meta Materials Inc: Bought 2100.0000 shares (executed at 2023-06-27), FX Rate: 1.3431 | $496.43 | $0.00 | $13.64 |





Regulated by
Investment Industry Regulatory
Organization of Canada

ORDER EXECUTION ONLY ACCOUNT

## Wealthsimple Investments Inc.

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

Ginette Bowen
112-800 Wonderland Road South
London ON N6K4L8
CA

| | All figures in $CAD unless otherwise specified | |
| --- | --- | --- |
| Account No. | Owner | Statement Period |
| HQ36BP1K7CAD | Ginette Bowen | 2022-06-01 - 2022-06-30 |

| Tax-Free Savings Account | | | | |
| --- | --- | --- | --- | --- |
| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
| Cash | $0.16 | 0.01 | $0.16 | 0.00 |
| Canadian Equities | $0.00 | 0.00 | $0.00 | 0.00 |
| Foreign Equities | $1,328.19 | 99.98 | $2,284.23 | 99.99 |
| Total Portfolio | $1,328.35 | 100.00 | $2,284.39 | 100.00 |

## Portfolio Cash

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Last Statement Cash Balance | $0.16 | Cash Paid In | Deposits | $0.00 | Contributions: | |
| Total Cash Paid In | $0.00 | | Proceeds from sales | $0.00 | Contributions (year to date): | $2,226.73 |
| Total Cash Paid Out | $0.00 | | Dividends | $0.00 | First 60 Days | $1,816.73 |
| Closing Cash Balance | $0.16 | | Interest | $0.00 | Rest of Year | $410.00 |
| | | | Other | $0.00 | | |
| | | Cash Paid Out | Fees | $0.00 | | |
| | | | Taxes | $0.00 | | |
| | | | Cost of Investments | $0.00 | | |
| | | | Withdrawals | $0.00 | | |
| | | | Other | $0.00 | | |

## Portfolio Equities

| | Symbol | Total Shares | Segregated Shares | Market Price ($) | Market Value ($) | Book Cost* ($) |
| --- | --- | --- | --- | --- | --- | --- |
| **Canadian** | | | | | | |
| **Foreign** | (The conversion rate used to convert your month-end Market Value to CAD is: $1USD = 1.288600 CAD) | | | | | |
| Meta Materials Inc | MMAT | 755.0000 | 755.0000 | $1.03 USD | $1,002.08 | $1,658.99 |
| | | | Total | | $1,328.19 | $2,284.23 |

**Book Cost -** the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. This information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments.




CIPF
Canadian Investor Protection Fund
MEMBER

IIROC

Regulated by
Investment Industry Regulatory
Organization of Canada

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|------|-------------|-------------|-------------|------------|-------------|
|      |             |             |             |            |             |





Regulated by
Investment Industry Regulatory
Organization of Canada

ORDER EXECUTION ONLY ACCOUNT                                    1/4

## Wealthsimple Investments Inc.

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

| All figures in $CAD unless otherwise specified | | |
|---|---|---|
| Account No. | Owner | Statement Period |
| HQ36BP1K7CAD | Ginette Bowen | 2022-05-01 - 2022-05-31 |

Ginette Bowen
112-800 Wonderland Road South
London ON N6K4L8
CA

| Tax-Free Savings Account | | | | |
|---|---|---|---|---|
| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
| Cash | $0.16 | 0.00 | $0.16 | 0.00 |
| Canadian Equities | $0.00 | 0.00 | $0.00 | 0.00 |
| Foreign Equities | $2,370.84 | 99.99 | $2,284.24 | 99.99 |
| Total Portfolio | $2,371.00 | 100.00 | $2,284.40 | 100.00 |

## Portfolio Cash

| | | | | | | |
|---|---|---|---|---|---|---|
| Last Statement Cash Balance | $0.29 | Cash Paid In | Deposits | $110.00 | Contributions: | |
| Total Cash Paid In | $257.44 | | Proceeds from sales | $147.44 | Contributions (year to date): | $2,226.73 |
| Total Cash Paid Out | $257.57 | | Dividends | $0.00 | First 60 Days | $1,816.73 |
| Closing Cash Balance | $0.16 | | Interest | $0.00 | Rest of Year | $410.00 |
| | | | Other | $0.00 | | |
| | | Cash Paid Out | Fees | $0.00 | | |
| | | | Taxes | $0.00 | | |
| | | | Cost of Investments | $257.57 | | |
| | | | Withdrawals | $0.00 | | |
| | | | Other | $0.00 | | |

## Portfolio Equities

| | Symbol | Total Shares | Segregated Shares | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian** | | | | | | |
| **Foreign** | | | | | | |
| (The conversion rate used to convert your month-end Market Value to CAD is: $1USD = 1.264800 CAD) | | | | | | |
| ~~Meta Materials Inc~~ Meta Materials Inc | MMAT | 755.0000 | 755.0000 | $1.92 USD | $1,833.45 | $1,659.00 |
| **Total** | | | | | $2,370.84 | $2,284.24 |

*Book Cost - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. This information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments.




Regulated by
Investment Industry Regulatory
Organization of Canada

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|------|-------------|-------------|-------------|------------|-------------|
| 2022-05-07 | CONT | Contribution (executed at 2022-05-07) | $0.00 | $10.00 | 10.29 |
| 2022-05-24 | CONT | Contribution (executed at 2022-05-24) | $0.00 | $100.00 | 110.29 |
| 2022-05-25 | SELL | MMAT - Meta Materials Inc. Sold 60.0000 shares (executed at 2022-05-23),FX Rate: 1.2602 | $0.00 | $147.44 | 257.73 |
| | | (executed at 2022-05-23),FX Rate: 1.2988 | | | |
| | | (executed at 2022-05-23),FX Rate: 1.2988 | | | |
| | | (executed at 2022-05-24),FX Rate: 1.3036 | | | |



**CIPF** MEMBER — Canadian Investor Protection Fund

**IIROC**

Regulated by
Investment Industry Regulatory
Organization of Canada

1/4

# ShareOwner

**ORDER EXECUTION ONLY ACCOUNT**

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

| All figures in $CAD unless otherwise specified | | |
|---|---|---|
| **Account No.** | **Owner** | **Statement Period** |
| HQ36BP1K7CAD | Ginette Bowen | 2022-01-01 - 2022-01-31 |

Ginette Bowen
112-800 Wonderland Road South
London ON N6K4L8
CA

| Tax-Free Savings Account | | | | |
|---|---|---|---|---|
| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
| Cash | $156.17 | 67.08 | $156.17 | 62.46 |
| Canadian Equities | $0.00 | 0.00 | $0.00 | 0.00 |
| Foreign Equities | $76.61 | 32.91 | $93.83 | 37.53 |
| Total Portfolio | $232.78 | 100.00 | $250.00 | 100.00 |

## Portfolio Cash

| | | | | | | |
|---|---|---|---|---|---|---|
| Last Statement Cash Balance | $0.00 | Cash Paid In | Deposits | $250.00 | Contributions: | |
| Total Cash Paid In | $250.00 | | Proceeds from sales | $0.00 | Contributions (year to date): | $250.00 |
| Total Cash Paid Out | $93.83 | | Dividends | $0.00 | First 60 Days | $250.00 |
| Closing Cash Balance | $156.17 | | Interest | $0.00 | Rest of Year | $0.00 |
| | | | Other | $0.00 | | |
| | | Cash Paid Out | Fees | $0.00 | | |
| | | | Taxes | $0.00 | | |
| | | | Cost of Investments | $93.83 | | |
| | | | Withdrawals | $0.00 | | |
| | | | Other | $0.00 | | |

## Portfolio Equities

| | Symbol | Total Shares | Segregated Shares | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian** | | | | | | |
| **Foreign** | | *(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = 1.2743 CAD)* | | | | |
| Meta Materials Inc | MMAT | 36.0000 | 36.0000 | $1.67 USD | $76.61 | $93.83 |
| **Total** | | | | | $76.61 | $93.83 |

*Book Cost - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. This information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments.*





CIPF
Canadian Investor Protection Fund
MEMBER

IIROC

**Regulated by**
Investment Industry Regulatory
Organization of Canada

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|------|-------------|-------------|-------------|------------|-------------|
| 2022-01-19 | CONT | Contribution (executed at 2022-01-19) | $0.00 | $100.00 | 100.00 |
| 2022-01-21 | BUY | MMAT - Meta Materials Inc: Bought 36.0000 shares (executed at 2022-01-19),FX Rate: 1.2651 | $93.83 | $0.00 | 6.17 |
| 2022-01-31 | CONT | Contribution (executed at 2022-01-31) | $0.00 | $150.00 | 156.17 |

## Transactions for Future Settlement

| Settlement Date | Transaction | Description | To be Charged ($) | To be Credited ($) |
|-----------------|-------------|-------------|-------------------|--------------------|
| 2022-02-02 | BUY | MMAT - Meta Materials Inc: Bought 76.0000 shares (executed at 2022-01-31),FX Rate: 1.2951 | $145.68 | $0.00 |





 **ShareOwner**

**ORDER EXECUTION ONLY ACCOUNT**

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

| All figures in $CAD unless otherwise specified | | |
|---|---|---|
| **Account No.** | **Owner** | **Statement Period** |
| HQ36BMK07CAD | Ginette Bowen | 2022-02-01 - 2022-02-28 |

Ginette Bowen
112-800 Wonderland Road South
London ON N6K4L8
CA

| Cash Account | | | | |
|---|---|---|---|---|
| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
| Cash | $0.00 | 0.00 | $0.00 | 0.00 |
| Canadian Equities | $0.00 | 0.00 | $0.00 | 0.00 |
| Foreign Equities | $0.00 | 0.00 | $0.00 | 0.00 |
| Total Portfolio | $0.00 | 100.00 | $0.00 | 100.00 |

## Portfolio Cash

| | | | | |
|---|---|---|---|---|
| Last Statement Cash Balance | $4.47 | **Cash Paid In** | Deposits | $0.00 |
| Total Cash Paid In | $66.09 | | Proceeds from sales | $66.09 |
| Total Cash Paid Out | $70.56 | | Dividends | $0.00 |
| Closing Cash Balance | $0.00 | | Interest | $0.00 |
| | | | Other | $0.00 |
| | | **Cash Paid Out** | Fees | $0.00 |
| | | | Taxes | $0.00 |
| | | | Cost of Investments | $3.83 |
| | | | Withdrawals | $66.73 |
| | | | Other | $0.00 |

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|---|---|---|---|---|---|
| 2022-02-02 | BUY | MMAT – Meta Materials Inc: Bought 2.0000 shares (executed at 2022-01-31),FX Rate: 1.2951 | $3.83 | $0.00 | 0.64 |
| 2022-02-14 | TRFOUT | Money transfer out of the account (executed at 2022-02-14) | $0.64 | $0.00 | 0.00 |
| 2022-02-16 | SELL | MMAT – Meta Materials Inc: Sold 29.0000 shares (executed at 2022-02-14),FX Rate: 1.2583 | $0.00 | $66.09 | 66.09 |
| 2022-02-16 | TRFOUT | Money transfer out of the account (executed at 2022-02-16) | $66.09 | $0.00 | 0.00 |

 **CIPF** Canadian Investor Protection Fund **M E M B E R**     **IIROC**    **Regulated by** Investment Industry Regulatory Organization of Canada

 **ShareOwner**

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

| All figures in $CAD unless otherwise specified | | |
|---|---|---|
| Account No. | Owner | Statement Period |
| HQ36BP1K7CAD | Ginette Bowen | 2022-03-01 - 2022-03-31 |

Ginette Bowen
112-800 Wonderland Road South
London ON N6K4L8
CA

| Tax-Free Savings Account | | | | |
|---|---|---|---|---|
| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
| Cash | $0.95 | 0.05 | $0.95 | 0.05 |
| Canadian Equities | $0.00 | 0.00 | $0.00 | 0.00 |
| Foreign Equities | $1,750.73 | 99.94 | $1,857.85 | 99.94 |
| Total Portfolio | $1,751.68 | 100.00 | $1,858.80 | 100.00 |

## Portfolio Cash

| | | | | | | |
|---|---|---|---|---|---|---|
| Last Statement Cash Balance | $6.63 | Cash Paid In | Deposits | $0.00 | Contributions: | |
| Total Cash Paid In | $1,188.02 | | Proceeds from sales | $1,179.35 | Contributions (year to date): | $1,816.73 |
| Total Cash Paid Out | $1,193.70 | | Dividends | $8.67 | First 60 Days | $1,816.73 |
| Closing Cash Balance | $0.95 | | Interest | $0.00 | Rest of Year | $0.00 |
| | | | Other | $0.00 | | |
| | | Cash Paid Out | Fees | $0.00 | | |
| | | | Taxes | $0.00 | | |
| | | | Cost of Investments | $1,193.70 | | |
| | | | Withdrawals | $0.00 | | |
| | | | Other | $0.00 | | |

## Portfolio Equities

| | Symbol | Total Shares | Segregated Shares | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian** | | | | | | |
| **Foreign** | | *(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = 1.2505 CAD)* | | | | |
| Meta Materials Inc | MMAT | 815.0000 | 815.0000 | $1.67 USD | $1,702.04 | $1,790.84 |
| | Total | | | | $1,750.73 | $1,857.85 |

***Book Cost** – the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. This information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments.*

 **CIPF** Canadian Investor Protection Fund M E M B E R

 **IIROC**

**Regulated by**
Investment Industry Regulatory
Organization of Canada

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|------|-------------|-------------|-------------|------------|-------------|
| ▮▮▮ | ▮▮ | ▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ |
| 2022-03-04 | BUY | MMAT - Meta Materials Inc: Bought 529.0000 shares (executed at 2022-03-02),FX Rate: 1.2858 | $1,121.57 | $0.00 | 11.54 |
| ▮▮▮ | ▮▮ | ▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮▮▮ | ▮▮ | ▮▮ | 11.54 |


CIPF
Canadian Investor Protection Fund
M E M B E R


IIROC

Regulated by
Investment Industry Regulatory
Organization of Canada

**ORDER EXECUTION ONLY ACCOUNT**

 **ShareOwner**®

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

| All figures in $CAD unless otherwise specified | | |
| --- | --- | --- |
| Account No. | Owner | Statement Period |
| HQ36BMK07CAD | Ginette Bowen | 2021-12-01 - 2021-12-31 |

Ginette Bowen
112-800 Wonderland Road South
London ON N6K4L8
CA

| Cash Account | | | | |
| --- | --- | --- | --- | --- |
| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
| Cash | $4.47 | 5.03 | $4.47 | 4.47 |
| Canadian Equities | $0.00 | 0.00 | $0.00 | 0.00 |
| Foreign Equities | $84.28 | 94.96 | $95.53 | 95.53 |
| Total Portfolio | $88.75 | 100.00 | $100.00 | 100.00 |

## Portfolio Cash

| | | | | |
| --- | --- | --- | --- | --- |
| Last Statement Cash Balance | $0.00 | **Cash Paid In** | Deposits | $100.00 |
| Total Cash Paid In | $100.00 | | Proceeds from sales | $0.00 |
| Total Cash Paid Out | $95.53 | | Dividends | $0.00 |
| Closing Cash Balance | $4.47 | | Interest | $0.00 |
| | | | Other | $0.00 |
| | | **Cash Paid Out** | Fees | $0.00 |
| | | | Taxes | $0.00 |
| | | | Cost of Investments | $95.53 |
| | | | Withdrawals | $0.00 |
| | | | Other | $0.00 |

## Portfolio Equities

| | Symbol | Total Shares | Segregated Shares | Market Price ($) | Market Value ($) | Book Cost* ($) |
| --- | --- | --- | --- | --- | --- | --- |
| **Canadian** | | | | | | |
| **Foreign** | *(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = 1.2689 CAD)* | | | | | |
| Meta Materials Inc | MMAT | 27.0000 | 27.0000 | $2.46 USD | $84.28 | $95.53 |
| | **Total** | | | | $84.28 | $95.53 |

*Book Cost* - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. This information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments.




Regulated by
Investment Industry Regulatory
Organization of Canada

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|------|-------------|-------------|-------------|------------|-------------|
| 2021-12-20 | CONT | Contribution (executed at 2021-12-20) | $0.00 | $100.00 | 100.00 |
| 2021-12-27 | BUY | MMAT - Meta Materials Inc: Bought 27.0000 shares (executed at 2021-12-22),FX Rate: 1.3104 | $95.53 | $0.00 | 4.47 |




Regulated by
Investment Industry Regulatory
Organization of Canada



**ShareOwner**

201 - 80 Spadina Avenue
Toronto, ON, M5V 2J4
Phone: (416) 595-7200 Fax: (647) 245-1002

| All figures in $CAD unless otherwise specified | | |
|---|---|---|
| **Account No.** | **Owner** | **Statement Period** |
| HQ36BMK07CAD | Ginette Bowen | 2022-01-01 - 2022-01-31 |

Ginette Bowen
112-800 Wonderland Road South
London ON N6K4L8
CA

| Cash Account | | | | |
|---|---|---|---|---|
| | Market Value($) | % of Market Value | Book Value($) | % of Total Book Value |
| Cash | $4.47 | 7.21 | $4.47 | 4.47 |
| Canadian Equities | $0.00 | 0.00 | $0.00 | 0.00 |
| Foreign Equities | $57.46 | 92.78 | $95.53 | 95.53 |
| Total Portfolio | $61.93 | 100.00 | $100.00 | 100.00 |

## Portfolio Cash

| | | | | |
|---|---|---|---|---|
| Last Statement Cash Balance | $4.47 | **Cash Paid In** | Deposits | $0.00 |
| Total Cash Paid In | $0.00 | | Proceeds from sales | $0.00 |
| Total Cash Paid Out | $0.00 | | Dividends | $0.00 |
| Closing Cash Balance | $4.47 | | Interest | $0.00 |
| | | | Other | $0.00 |
| | | **Cash Paid Out** | Fees | $0.00 |
| | | | Taxes | $0.00 |
| | | | Cost of Investments | $0.00 |
| | | | Withdrawals | $0.00 |
| | | | Other | $0.00 |

## Portfolio Equities

| | Symbol | Total Shares | Segregated Shares | Market Price ($) | Market Value ($) | Book Cost* ($) |
|---|---|---|---|---|---|---|
| **Canadian** | | | | | | |
| **Foreign** | | *(The conversion rate used to convert your month-end Market Value to CAD is: $1USD = 1.2743 CAD)* | | | | |
| Meta Materials Inc | MMAT | 27.0000 | 27.0000 | $1.67 USD | $57.46 | $95.53 |
| | **Total** | | | | $57.46 | $95.53 |

***Book Cost** - the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for corporate reorganizations. The book cost has been calculated to the best of our ability based on the information available to us, unless provided by you or your agent. This information should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances and the book value may not reflect all required adjustments.*




CIPF MEMBER    IIROC    Regulated by Investment Industry Regulatory Organization of Canada

## Activity - Current period

| Date | Transaction | Description | Charged ($) | Credit ($) | Balance ($) |
|------|-------------|-------------|-------------|------------|-------------|

## Transactions for Future Settlement

| Settlement Date | Transaction | Description | To be Charged ($) | To be Credited ($) |
|-----------------|-------------|-------------|-------------------|--------------------|
| 2022-02-02 | BUY | MMAT - Meta Materials Inc: Bought 2.0000 shares (executed at 2022-01-31),FX Rate: 1.2951 | $3.83 | $0.00 |



**CIPF**

Canadian Investor Protection Fund

M E M B E R



⁘ IIROC

Regulated by
Investment Industry Regulatory
Organization of Canada