NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Gary Dixon | Case Number: 24-50792-hlb | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Gary Dixon
   2090 Widding Road
   Grove City OH 43123

   Telephone Number: 614-323-0820

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 18 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
Etrade   |   Charles Schwab
676-525-423201 | 1549-787, 6227-4618, 7801-1237

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   E-TRADE / Charles Schwab

   Telephone Number: 1800 387 2331 / 1800 435 4100

3. Date Equity Interest was acquired:

   2021 - 2023

4. Total amount of member interest: 961

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Gary Dixon
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) Gary Dixon   (Date) 12/17/2024

Telephone number: 614 323 0820   email: horizon1685@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| DOW ▼-0.53% | NASDAQ ▼-0.66% | S&P 500 ▼-0.54% |

**E✱TRADE** from Morgan Stanley

Log Off

C Dec 12, 2024 07:31 PM ET

# Portfolios

__Positions__   Allocation   Performance   Historical value   Margin   Gains & Losses   Risk Assessment

**Account**
Individual Brokerage -5423

Net Account Value
**$141,621.37**

[Transfer money]

> Show more

∨ Filters | View: All Pos ▼ | Filter by Symbol / CUSIP: MMATQ | Security type: All securities ▼ | Wash sale adjustment ⬤

| Symbol | | Last Price $ | Change $ | Change % | Qty # | Price Paid $ | Day's Gain $ | Total Gain $ | Total Gain % | Value $ ▼ |
|---|---|---|---|---|---|---|---|---|---|---|
| **MMATQ** | [Trade] | 0.00 | 0.00 | 0.00% | 799 | 15.36322 | 0.00 | -12,275.21 | -100.00% | 0.00 |
| 01/30/2024 | | 0.00 | 0.00 | 0.00% | 135 | 5.04 | 0.00 | -680.40 | -100.00% | 0.00 |
| 01/31/2024 | | 0.00 | 0.00 | 0.00% | 110 | 4.02 | 0.00 | -442.20 | -100.00% | 0.00 |
| 01/31/2024 | | 0.00 | 0.00 | 0.00% | 106 | 3.80 | 0.00 | -402.80 | -100.00% | 0.00 |
| 02/02/2024 | | 0.00 | 0.00 | 0.00% | 102 | 3.39 | 0.00 | -345.78 | -100.00% | 0.00 |
| 04/14/2023 | | 0.00 | 0.00 | 0.00% | 23.165 | 21.56659 | 0.00 | -499.59 | -100.00% | 0.00 |
| 04/26/2023 | | 0.00 | 0.00 | 0.00% | 18.47 | 18.92962 | 0.00 | -349.63 | -100.00% | 0.00 |
| 06/15/2023 | | 0.00 | 0.00 | 0.00% | 15.997 | 21.92661 | 0.00 | -350.76 | -100.00% | 0.00 |
| Cash | Transfer money | | | | | | | | | $6,003.20 |
| Total | | | | | | $12,275.21 | $0.00 | -$12,275.21 | -100.00% | $6,003.20 |

| Date | | | | | | | | Value $ |
|---|---|---|---|---|---|---|---|---|
| 04/14/2023 | 0.00 | 0.00 | 0.00% | 15.017 | 21.93514 | 0.00 | -329.40 | -100.00% | 0.00 |
| 12/04/2023 | 0.00 | 0.00 | 0.00% | 15.016 | 7.48202 | 0.00 | -112.35 | -100.00% | 0.00 |
| 04/14/2023 | 0.00 | 0.00 | 0.00% | 15.016 | 22.19632 | 0.00 | -333.30 | -100.00% | 0.00 |
| 12/04/2023 [WS] | 0.00 | 0.00 | 0.00% | 14.096 | 7.47162 | 0.00 | -105.32 | -100.00% | 0.00 |
| 04/14/2023 | 0.00 | 0.00 | 0.00% | 13.736 | 21.84479 | 0.00 | -300.06 | -100.00% | 0.00 |
| 04/14/2023 | 0.00 | 0.00 | 0.00% | 13.645 | 21.88567 | 0.00 | -298.63 | -100.00% | 0.00 |
| 04/14/2023 | 0.00 | 0.00 | 0.00% | 13.645 | 22.07549 | 0.00 | -301.22 | -100.00% | 0.00 |
| 11/02/2023 | 0.00 | 0.00 | 0.00% | 13.014 | 10.8683 | 0.00 | -141.44 | -100.00% | 0.00 |
| 06/22/2023 | 0.00 | 0.00 | 0.00% | 12.013 | 19.18921 | 0.00 | -230.52 | -100.00% | 0.00 |
| 04/03/2023 | 0.00 | 0.00 | 0.00% | 11.913 | 41.9441 | 0.00 | -499.68 | -100.00% | 0.00 |
| 06/22/2023 | 0.00 | 0.00 | 0.00% | 10.162 | 19.71659 | 0.00 | -200.36 | -100.00% | 0.00 |
| 01/17/2023 | 0.00 | 0.00 | 0.00% | 10.011 | 103.67596 | 0.00 | -1,037.90 | -100.00% | 0.00 |
| 10/25/2023 | 0.00 | 0.00 | 0.00% | 9.911 | 12.69599 | 0.00 | -125.83 | -100.00% | 0.00 |
| 11/22/2023 | 0.00 | 0.00 | 0.00% | 9.61 | 7.79188 | 0.00 | -74.88 | -100.00% | 0.00 |
| 04/13/2023 | 0.00 | 0.00 | 0.00% | 9.501 | 31.7535 | 0.00 | -301.69 | -100.00% | 0.00 |
| 09/25/2023 | 0.00 | 0.00 | 0.00% | 9.26 | 20.34773 | 0.00 | -188.42 | -100.00% | 0.00 |
| 04/14/2023 | 0.00 | 0.00 | 0.00% | 9.26 | 28.00972 | 0.00 | -259.37 | -100.00% | 0.00 |
| 02/13/2023 | 0.00 | 0.00 | 0.00% | 9.01 | 74.94229 | 0.00 | -675.23 | -100.00% | 0.00 |
| Cash   Transfer money | | | | | | | | | $6,003.20 |
| Total | | | | | | $12,275.21 | $0.00 | -$12,275.21 -100.00% | $6,003.20 |

| | | | | | | | | | Value $ |
|---|---|---|---|---|---|---|---|---|---|
| 11/21/2023 | 0.00 | 0.00 | 0.00% | 8.64 | 8.6794 | 0.00 | -74.99 | -100.00% | 0.00 |
| 03/02/2023 | 0.00 | 0.00 | 0.00% | 8.299 | 60.23497 | 0.00 | -499.89 | -100.00% | 0.00 |
| 02/13/2023 | 0.00 | 0.00 | 0.00% | 8.009 | 74.96566 | 0.00 | -600.40 | -100.00% | 0.00 |
| 04/26/2023 | 0.00 | 0.00 | 0.00% | 7.128 | 18.92817 | 0.00 | -134.92 | -100.00% | 0.00 |
| 02/13/2023 | 0.00 | 0.00 | 0.00% | 7.007 | 78.02198 | 0.00 | -546.70 | -100.00% | 0.00 |
| 09/12/2023 | 0.00 | 0.00 | 0.00% | 6.977 | 21.47915 | 0.00 | -149.86 | -100.00% | 0.00 |
| 03/16/2023 | 0.00 | 0.00 | 0.00% | 6.507 | 49.74643 | 0.00 | -323.70 | -100.00% | 0.00 |
| 12/04/2023 | 0.00 | 0.00 | 0.00% | 5.977 | 7.4703 | 0.00 | -44.65 | -100.00% | 0.00 |
| 10/24/2022 | 0.00 | 0.00 | 0.00% | 5.526 | 87.39595 | 0.00 | -482.95 | -100.00% | 0.00 |
| 01/19/2023 | 0.00 | 0.00 | 0.00% | 3.584 | 97.39118 | 0.00 | -349.05 | -100.00% | 0.00 |
| 01/13/2023 | 0.00 | 0.00 | 0.00% | 3.394 | 103.86859 | 0.00 | -352.53 | -100.00% | 0.00 |
| 11/02/2023 | 0.00 | 0.00 | 0.00% | 2.002 | 10.86414 | 0.00 | -21.75 | -100.00% | 0.00 |
| 01/17/2023 | 0.00 | 0.00 | 0.00% | 0.921 | 103.88708 | 0.00 | -95.68 | -100.00% | 0.00 |
| 09/25/2023 | 0.00 | 0.00 | 0.00% | 0.351 | 20.25641 | 0.00 | -7.11 | -100.00% | 0.00 |
| 09/25/2023 | 0.00 | 0.00 | 0.00% | 0.21 | 20.33333 | 0.00 | -4.27 | -100.00% | 0.00 |

Viewing 1 of 1 filtered results

| Cash | Transfer money | | | | | | | | $6,003.20 |
|---|---|---|---|---|---|---|---|---|---|
| Total | | | | | $12,275.21 | $0.00 | -$12,275.21 | -100.00% | $6,003.20 |

The total amount of the price paid column reflects the total costs of all open positions
🏁 Special event for position
[WS] This lot has been adjusted for wash sales. Learn more



December 16, 2024

GARY A DIXON
2090 WIDDING RD
GROVE CITY, OH 43123
US

## Your requested account information.

Dear Gary Dixon,

I'm following up on your request for information regarding the accounts referenced below.

As of December 13, 2024, the accounts held the following shares:

Account Number: xxxx-x787
Account Registration: GARY A DIXON, CHARLES SCHWAB & CO INC CUST, IRA CONTRIBUTORY
Company and Symbol: Meta Matls Inc, MMATQ
Number of Shares: 40

Account Number: xxxx-x618
Account Registration: GARY A DIXON, CHARLES SCHWAB & CO INC CUST, ROTH CONTRIBUTORY IRA
Company and Symbol: Meta Matls Inc, MMATQ
Number of Shares: 18

Account Number: xxxx-x237
Account Registration: GARY A DIXON, CHARLES SCHWAB & CO INC CUST, IRA CONTRIBUTORY
Company and Symbol: Meta Matls Inc, MMATQ
Number of Shares: 104

Account Number: xxxx-x861
Account Registration: VY VAN DIXON, DESIGNATED BENE PLAN/TOD
Company and Symbol: Meta Matls Inc, MMATQ
Number of Shares: 30

This letter is for informational purposes only and is not an official record of the account. Please refer to your statements and trade confirmations, which are the official record of your transactions.

**Thank you for your understanding in this matter.** We appreciate the opportunity to serve you If you have any questions or if we can help in any other way, please call us at 1-800-472-9813, Monday through Friday, 8:30 a.m. to 7:00 p.m. ET, or after hours at 1-800-435-4000.

Sincerely,

*Jamie Becker*

Jamie Becker
Specialist, CS&S Operational Support Team
jamie.becker@Schwab.com
+1 877-561-1918
3000 Schwab Way

Westlake, TX 76262