NVB 3001 (Rev. 12/24)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:** Meta Materials Inc

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

TAYSEER I. SHAHIN
6680 KINGS MILL DRIVE,
CANTON 48187
MICHIGAN

**Telephone Number:** (313) 460-9292
(919) 791-8427

- ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.
- ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.
- ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 18 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor (last 4 digits only):** 9195-1551

Check here if this Proof of Interest:
- ☐ replaces a previously filed Proof of Interest dated: _____
- ☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** Charles Schwab

**Telephone Number:** (800) 435-4000

**3. Date Equity Interest was acquired:** see attached mid column

**4. Total amount of member interest:** 17,036 shares

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
- ☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
- ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
- ☑ I am the interest holder.
- ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
- ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
- ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** TAYSEER SHAHIN
**Title:** _____
**Company:** Address and telephone number (if different from notice address above): _____

(Signature) *tayw*
(Date) 12-15-2024
Telephone number: (313) 460-9292
(919) 791-8427
email: captainshahin@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form | Save Form | Clear Form

TAYSEER SHAHIN

* Was TD Ameritrade a/c taken over by Charles Schwab
* All shares liquidated at a loss of $123,435.54

**TD Ameritrade Clearing, Inc.**    Account: 497998089
**Proceeds from Broker and Barter Exchange Transactions (continued)**
2023    1099-B*    OMB No. 1545-0715    02/01/2024

## LONG TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] (Lines 2 & 5)
Report on Form 8949, Part II with Box D checked. Basis is provided to the IRS. (Line 12)
"Gain or loss (-)" is NOT reported to the IRS.

1a- Description of property/CUSIP/Symbol

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional Information |
|---|---|---|---|---|---|---|---|
| 05/23/23 | 0.005 | 0.02 | 05/18/23 | 2.67 | 2.65 W | 0.00 | Sale |
| 05/26/23 | 4.995 | 22.16 | 05/24/23 | 2,549.08 | 2,526.92 W | 0.00 | Sale |
| 05/31/23 | 4.995 | 23.19 | Various | 2,549.14 | ... | -2,525.95 | Total of 2 transactions |
| | Security total: | 45.37 | | 5,103.49 | 2,532.13 W | -2,525.95 | |
| META MATERIALS INC 1:100 R/S 1/29/24 59134N302 / CUSIP: 59134N104 / Symbol: MMAT | | | | | | | |
| 03/03/23 | 299.000 | 186.53 | 12/07/22 | 3,612.97 | 3,426.44 W | 0.00 | Sale |
| 03/20/23 | 202.000 | 106.22 | 12/07/22 | 1,940.56 | 1,834.34 W | 0.00 | Sale |
| 08/22/23 | 501.000 | 101.63 | Various | 5,566.95 | 5,465.32 W | 0.00 | Sale |
| 08/16/23 | 501.000 | 112.65 | 06/28/23 | 5,565.42 | 5,452.77 W | 0.00 | Sale |
| 08/21/23 | 501.000 | 110.90 | 08/16/23 | 5,562.99 | 5,452.09 W | 0.00 | Sale |
| 08/28/23 | 501.000 | 112.65 | 08/25/23 | 5,567.27 | 5,454.62 W | 0.00 | Sale |
| 08/31/23 | 501.000 | 116.71 | 08/28/23 | 5,569.85 | 5,453.14 W | 0.00 | Sale |
| 09/07/23 | 501.000 | 112.66 | 09/01/23 | 5,568.97 | 5,456.31 W | 0.00 | Sale |
| 09/11/23 | 501.000 | 108.19 | 09/07/23 | 5,565.98 | 5,457.79 W | 0.00 | Sale |
| 09/21/23 | 501.000 | 103.23 | 09/14/23 | 5,570.96 | 5,467.73 W | 0.00 | Sale |
| 09/26/23 | 501.000 | 105.13 | 09/21/23 | 5,568.93 | 5,463.80 W | 0.00 | Sale |
| 10/03/23 | 501.000 | 120.16 | Various | 5,572.81 | 5,452.65 W | 0.00 | Sale |
| 10/12/23 | 1,398.000 | 297.70 | Various | 9,109.55 | 8,811.85 W | 0.00 | Total of 2 transactions |
| 10/17/23 | 1,799.000 | 371.23 | 10/12/23 | 10,682.47 | 10,311.24 W | 0.00 | Sale |
| 10/30/23 | 1,799.000 | 245.75 | 10/26/23 | 10,581.09 | 10,335.34 W | 0.00 | Sale |
| 11/30/23 | 1,799.000 | 171.79 | Various | 10,503.18 | 10,331.39 W | 0.00 | Total of 2 transactions |
| 12/21/23 | 2,365.000 | 155.99 | 12/04/23 | 12,061.71 | 11,905.72 W | 0.00 | Sale |
| 12/22/23 | 2,365.000 | 158.10 | 12/21/23 | 12,061.10 | 11,903.00 W | 0.00 | Sale |
| | Security total: | 2,797.22 | | 126,232.76 | 123,435.54 W | 0.00 | |
| 09/25/23 | 4.444 | 2.49 | 09/18/23 | 642.27 | 639.78 W | 0.00 | Sale |
| 09/28/23 | 44.444 | 21.22 | 09/18/23 | 7,702.41 | 7,681.19 W | 0.00 | Sale |
| 10/02/23 | 51.111 | 23.76 | 09/19/23 | 8,664.53 | 8,640.77 W | 0.00 | Sale |
| 10/03/23 | 51.111 | 23.16 | 09/22/23 | 8,667.34 | 8,644.18 W | 0.00 | Sale |
| 10/05/23 | 55.556 | 25.67 | 09/28/23 | 8,922.61 | 8,896.94 W | 0.00 | Sale |
| 10/11/23 | 55.556 | 25.76 | 10/02/23 | 8,922.39 | 8,896.63 W | 0.00 | Sale |
| 10/24/23 | 55.556 | 15.77 | 10/06/23 | 8,922.43 | 8,906.66 W | 0.00 | Sale |
| 10/26/23 | 55.556 | 19.37 | 10/16/23 | 8,928.54 | 8,909.17 W | 0.00 | Sale |
| 10/31/23 | 55.556 | 17.76 | 10/25/23 | 8,924.22 | 8,906.46 W | 0.00 | Sale |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if