NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor:<br>META MATERIALS, INC. | Case Number:<br>24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Esmeralda Cazares Castro
   1528 137th Ave San Leandro
   CA, 94578
   Telephone Number: (510) 332-4652

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC 18 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor:<br>476730064 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br>Esmeralda Cazares Castro<br>85 Willow Road, Menlo Park, CA 94025<br>Telephone Number: (650) 940-2700 | 3. Date Equity Interest was acquired:<br>Between 06/28/22 - 01/29/24<br>See attached documentation |
| 4. Total amount of member interest: 104 post split shares for $3932.95 | 5. Certificate number(s): Held in street name, see attached documentation |

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Esmeralda Cazares Castro
   Title:
   Company: ___ Address and telephone number (if different from notice address above):

   (Signature) Esmeralda Cazares    (Date) 12/15/24

   Telephone number: (510)332-4652    email: esmeraldacca@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Proof of Interest Supplemental Information

Broker Robinhood

Account #: 476730064

For Esmeralda Cazares Castro

Between June 28, 2022 and Oct 2, 2023:

    5,949.850929 shares were purchased (Pre-Reverse Split) for $3,630.39

    2 $0.50 Strike Call Option Contracts were purchased for $16

On Oct 20, 2023:

    5,949 shares (Pre-Reverse Split) were sold for $922.69

Between Nov. 21, 2023 and Jan 12, 20224:

    3,9390 shares (Pre-Reverse Split) were purchased

After the Reverse Split happened:

    Account was updated to show 39 shares (Post-Reverse Split)

Shortly after the Reverse Split:

    The fractional shares were updated to 1 (Post-Reverse Split) share.

On Jan 29, 2024:

    4 shares (Post-Reverse Split) were purchased

On August 9, 2024:

    44 (Post-Reverse Split) shares were sold for $50.60

Currently I still own the call contracts and plan to exercise them before their expiration on January 17, 2025.

**Robinhood**
85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

08/09/2023
**ESMERALDA CAZARES CASTRO** Account #:476730064
1528 137th Ave, San Leandro, CA 94578

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MMAT 01/17/2025 Call $0.50 | B | 08/09/2023 | 08/10/2023 | C | $0.0800 | 2 | $16.00 | $0.00 | $0.00 | $16.00 | OTC | 1 | U |

| | | | |
|---|---|---|---|
| **Total Quantity Bought:** | 2 | **Total Dollars Bought:** | $16.00 |
| **Total Quantity Sold:** | 0 | **Total Dollars Sold:** | $0.00 |



| | | | |
|---|---|---|---|
| Symbol | Type | Time in Force | |
| MMATQ | Limit Buy | Good for day | |
| Submitted | Status | Limit Price | |
| Jan 29, 2024 | Filled | $5.37 | |
| Entered Quantity | Filled | Filled Quantity | Refine Results |
| 2 | Jan 29, 2024 at 9:36 AM PST | 2 shares at $5.15 | |
| Filled Notional | | | Account |
| $10.30 | | | |
| Download Trade Confirmation | | | Type |

### Meta Materials Reverse Split
Jan 28                                                                 1:100 Split

| Symbol | Date Received | Type |
|---|---|---|
| MMATQ (formerly MMAT) | Jan 28, 2024 | Reverse Split |
| Split Amount | Previous Shares | New Shares |
| 1 for 100 | 3,990.850929 | 39 |

A stock split occurs when a company divides its existing shares to either increase (forward split) or decrease (reverse split) the number of shares it has on the market. As a result, the number of shares you own has changed, but the overall market value of your position remains the same. To learn more about splits and other corporate actions, visit our Help Center

# Meta Materials History

Refine Results

## Older

| | |
|---|---|
| Account | Individual |
| Type | All |



Search

### Meta Materials Reverse Split
Jan 28                                                                           1:100 Split

| Symbol | Date Received | Type |
|---|---|---|
| MMATQ (formerly MMAT) | Jan 28, 2024 | Reverse Split |

| Split Amount | Previous Shares | New Shares |
|---|---|---|
| 1 for 100 | 3,990.850929 | 39 |

A stock split occurs when a company divides its existing shares to either increase (forward split) or decrease (reverse split) the number of shares it has on the market. As a result, the number of shares you own has changed, but the overall market value of your position remains the same. To learn more about splits and other corporate actions, visit our Help Center

### Meta Materials Limit Buy                                                     $0.06
Jan 12                                                                 1 share at $0.0605

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |

| Submitted | Status | Limit Price |
|---|---|---|
| Jan 12, 2024 | Filled | $0.0636 |

| Entered Quantity | Filled | Filled Quantity |
|---|---|---|
| 1 | Jan 12, 2024 at 12:39 PM PST | 1 share at $0.0605 |

**Filled Notional**
$0.06

Download Trade Confirmation

### Meta Materials Limit Buy                                                     $0.60
Jan 12                                                              10 shares at $0.0605

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |

| Submitted | Status | Limit Price |
|---|---|---|
| Jan 12, 2024 | Filled | $0.0636 |

| Entered Quantity | Filled | Filled Quantity |
|---|---|---|
| 10 | Jan 12, 2024 at 12:39 PM PST | 10 shares at $0.0605 |

**Filled Notional**
$0.60

Download Trade Confirmation

### Meta Materials Limit Buy
Jan 12                                                                          $8.46
                                                                    140 shares at $0.0605

Refine Results

| | | | |
|---|---|---|---|
| Symbol | Type | Time in Force | |
| MMAT | Limit Buy | Good for day | |
| | | | Account |
| Submitted | Status | Limit Price | |
| Jan 12, 2024 | Filled | $0.0635 | Type |
| Entered Quantity | Filled | Filled Quantity | |
| 140 | Jan 12, 2024 at 12:38 PM PST | 140 shares at $0.0605 | |

Filled Notional
$8.46

Download Trade Confirmation

### Meta Materials Limit Buy
Jan 12                                                                         $120.90
                                                                   2,000 shares at $0.0605

| | | |
|---|---|---|
| Symbol | Type | Time in Force |
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jan 12, 2024 | Filled | $0.0636 |
| Entered Quantity | Filled | Filled Quantity |
| 2000 | Jan 12, 2024 at 12:38 PM PST | 2,000 shares at $0.0605 |

Filled Notional
$120.90

Download Trade Confirmation

### Meta Materials Limit Buy
Dec 4, 2023                                                                     $0.08
                                                                      1 share at $0.076

| | | |
|---|---|---|
| Symbol | Type | Time in Force |
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Dec 4, 2023 | Filled | $0.0801 |
| Entered Quantity | Filled | Filled Quantity |
| 1 | Dec 4, 2023 at 1:56 PM PST | 1 share at $0.076 |

Filled Notional
$0.08

Download Trade Confirmation

### Meta Materials Limit Buy
Dec 4, 2023                                                                     $0.61
                                                                     8 shares at $0.076

| | | | |
|---|---|---|---|
| Symbol | Type | Time in Force | |
| MMAT | Limit Buy | Good for day | |
| Submitted | Status | Limit Price | |
| Dec 4, 2023 | Filled | $0.0801 | |
| Entered Quantity | Filled | Filled Quantity | Refine Results |
| 8 | Dec 4, 2023 at 1:56 PM PST | 8 shares at $0.076 | |
| Filled Notional | | | Account |
| $0.61 | | | |
| | | | Type |

Download Trade Confirmation

### Meta Materials Limit Buy
Dec 4, 2023                                                                 $6.08
                                                                80 shares at $0.076

| | | |
|---|---|---|
| Symbol | Type | Time in Force |
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Dec 4, 2023 | Filled | $0.0797 |
| Entered Quantity | Filled | Filled Quantity |
| 80 | Dec 4, 2023 at 1:55 PM PST | 80 shares at $0.076 |
| Filled Notional | | |
| $6.08 | | |

Download Trade Confirmation

### Meta Materials Limit Buy
Dec 4, 2023                                                                 $53.20
                                                                700 shares at $0.076

| | | |
|---|---|---|
| Symbol | Type | Time in Force |
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Dec 4, 2023 | Filled | $0.0808 |
| Entered Quantity | Filled | Filled Quantity |
| 700 | Dec 4, 2023 at 1:55 PM PST | 700 shares at $0.076 |
| Filled Notional | | |
| $53.20 | | |

Download Trade Confirmation

### Meta Materials Limit Buy
Nov 21, 2023                                                                $0.09
                                                                 1 share at $0.0876

| | | |
|---|---|---|
| Symbol | Type | Time in Force |
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Nov 21, 2023 | Filled | $0.0876 |

| Entered Quantity | Filled | Filled Quantity |
|---|---|---|
| 1 | Nov 21, 2023 at 12:48 PM PST | 1 share at $0.0876 |

**Filled Notional**
$0.09

Download Trade Confirmation                                                                                          Refine Results

## Meta Materials Limit Buy
Nov 21, 2023

$0.53
6 shares at $0.0876

Account

Type

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Nov 21, 2023 | Filled | $0.092 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 6 | Nov 21, 2023 at 12:48 PM PST | 6 shares at $0.0876 |

**Filled Notional**
$0.53

Download Trade Confirmation

## Meta Materials Limit Buy
Nov 21, 2023

$1.31
15 shares at $0.0876

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Nov 21, 2023 | Filled | $0.092 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 15 | Nov 21, 2023 at 12:48 PM PST | 15 shares at $0.0876 |

**Filled Notional**
$1.31

Download Trade Confirmation

## Meta Materials Limit Buy
Nov 21, 2023

$13.14
150 shares at $0.0876

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Nov 21, 2023 | Filled | $0.092 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 150 | Nov 21, 2023 at 12:47 PM PST | 150 shares at $0.0876 |

**Filled Notional**
$13.14

Download Trade Confirmation

**Meta Materials Limit Buy**
Nov 21, 2023

$0.26
3 shares at $0.0875

Refine Results

| Symbol | Type | Time in Force | |
|---|---|---|---|
| MMAT | Limit Buy | Good for day | Account |
| **Submitted** | **Status** | **Limit Price** | |
| Nov 21, 2023 | Filled | $0.092 | Type |
| **Entered Quantity** | **Filled** | **Filled Quantity** | |
| 3 | Nov 21, 2023 at 12:42 PM PST | 3 shares at $0.0875 | |

**Filled Notional**
$0.26

Download Trade Confirmation

**Meta Materials Limit Buy**
Nov 21, 2023

$0.44
5 shares at $0.0876

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Nov 21, 2023 | Filled | $0.092 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 5 | Nov 21, 2023 at 12:41 PM PST | 5 shares at $0.0876 |

**Filled Notional**
$0.44

Download Trade Confirmation

**Meta Materials Limit Buy**
Nov 21, 2023

$3.50
40 shares at $0.0876

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Nov 21, 2023 | Filled | $0.092 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 40 | Nov 21, 2023 at 12:41 PM PST | 40 shares at $0.0876 |

**Filled Notional**
$3.50

Download Trade Confirmation

**Meta Materials Limit Buy**
Nov 21, 2023

$72.63
830 shares at $0.0875

| | | | |
|---|---|---|---|
| Symbol<br>MMAT | Type<br>Limit Buy | Time in Force<br>Good for day | |
| Submitted<br>Nov 21, 2023 | Status<br>Filled | Limit Price<br>$0.092 | |
| Entered Quantity<br>830 | Filled<br>Nov 21, 2023 at 12:40 PM PST | Filled Quantity<br>830 shares at $0.0875 | Refine Results |
| Filled Notional<br>$72.63 | | | Account |
| Download Trade Confirmation | | | Type |

### Meta Materials Limit Sell
Oct 20, 2023

$922.69
5,949 shares at $0.1551

| | | |
|---|---|---|
| Symbol<br>MMAT | Type<br>Limit Sell | Time in Force<br>Good for day |
| Submitted<br>Oct 20, 2023 | Status<br>Filled | Limit Price<br>$0.152 |
| Entered Quantity<br>5949 | Filled<br>Oct 20, 2023 at 3:16 PM PDT | Filled Quantity<br>5,949 shares at $0.1551 |
| Filled Notional<br>$922.69 | Regulatory Fee ⓘ<br>$0.87 | |

Download Trade Confirmation

### Meta Materials Limit Buy
Oct 2, 2023

$0.22
1 share at $0.22

| | | |
|---|---|---|
| Symbol<br>MMAT | Type<br>Limit Buy | Time in Force<br>Good till canceled |
| Submitted<br>Oct 2, 2023 | Status<br>Filled | Limit Price<br>$0.22 |
| Entered Quantity<br>1 | Filled<br>Oct 4, 2023 at 7:35 AM PDT | Filled Quantity<br>1 share at $0.22 |
| Filled Notional<br>$0.22 | | |

Download Trade Confirmation

### Meta Materials Limit Buy
Oct 2, 2023

$0.90
4 shares at $0.2249

| | | |
|---|---|---|
| Symbol<br>MMAT | Type<br>Limit Buy | Time in Force<br>Good for day |
| Submitted<br>Oct 2, 2023 | Status<br>Filled | Limit Price<br>$0.2313 |

| Entered Quantity | Filled | Filled Quantity |
|---|---|---|
| 4 | Oct 2, 2023 at 2:04 PM PDT | 4 shares at $0.2249 |

**Filled Notional**
$0.90

Download Trade Confirmation

Refine Results

**Meta Materials Limit Buy**  $3.37
Oct 2, 2023  15 shares at $0.2249

Account

Type

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Oct 2, 2023 | Filled | $0.2313 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 15 | Oct 2, 2023 at 2:04 PM PDT | 15 shares at $0.2249 |

**Filled Notional**
$3.37

Download Trade Confirmation

**Meta Materials Limit Buy**  $15.75
Oct 2, 2023  70 shares at $0.225

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Oct 2, 2023 | Filled | $0.2362 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 70 | Oct 2, 2023 at 2:04 PM PDT | 70 shares at $0.225 |

**Filled Notional**
$15.75

Download Trade Confirmation

**Meta Materials Limit Buy**  $179.92
Oct 2, 2023  800 shares at $0.2249

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Oct 2, 2023 | Filled | $0.2363 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 800 | Oct 2, 2023 at 2:03 PM PDT | 800 shares at $0.2249 |

**Filled Notional**
$179.92

Download Trade Confirmation

**Meta Materials Limit Buy**  
Oct 2, 2023

$0.64  
3 shares at $0.2148

Refine Results

| | | | |
|---|---|---|---|
| **Symbol** MMAT | **Type** Limit Buy | **Time in Force** Good for day | |
| **Submitted** Oct 2, 2023 | **Status** Filled | **Limit Price** $0.2257 | Account |
| **Entered Quantity** 3 | **Filled** Oct 2, 2023 at 9:26 AM PDT | **Filled Quantity** 3 shares at $0.2148 | Type |

**Filled Notional**  
$0.64

Download Trade Confirmation

**Meta Materials Limit Buy**  
Oct 2, 2023

$8.59  
40 shares at $0.2148

| | | |
|---|---|---|
| **Symbol** MMAT | **Type** Limit Buy | **Time in Force** Good for day |
| **Submitted** Oct 2, 2023 | **Status** Filled | **Limit Price** $0.2256 |
| **Entered Quantity** 40 | **Filled** Oct 2, 2023 at 9:26 AM PDT | **Filled Quantity** 40 shares at $0.2148 |

**Filled Notional**  
$8.59

Download Trade Confirmation

**Meta Materials Limit Buy**  
Oct 2, 2023

$190.74  
888 shares at $0.2148

| | | |
|---|---|---|
| **Symbol** MMAT | **Type** Limit Buy | **Time in Force** Good for day |
| **Submitted** Oct 2, 2023 | **Status** Filled | **Limit Price** $0.2252 |
| **Entered Quantity** 888 | **Filled** Oct 2, 2023 at 9:25 AM PDT | **Filled Quantity** 888 shares at $0.2148 |

**Filled Notional**  
$190.74

Download Trade Confirmation

**Meta Materials Limit Buy**  
Sep 29, 2023

Canceled

### Meta Materials Limit Buy
Sep 3, 2023

**$54.96**
229 shares at $0.24

| | | | |
|---|---|---|---|
| **Symbol** MMAT | **Type** Limit Buy | **Time in Force** Good till cancelled | **Refine Results** |
| **Submitted** Sep 3, 2023 | **Status** Filled | **Limit Price** $0.24 | **Account** |
| **Entered Quantity** 229 | **Filled** Sep 5, 2023 at 4:00 AM PDT | **Filled Quantity** 229 shares at $0.24 | **Type** |
| **Filled Notional** $54.96 | | | |

Download Trade Confirmation

### Meta Materials Limit Buy
Aug 9, 2023

**$2.02**
9 shares at $0.2243

| | | |
|---|---|---|
| **Symbol** MMAT | **Type** Limit Buy | **Time in Force** Good for day |
| **Submitted** Aug 9, 2023 | **Status** Filled | **Limit Price** $0.2518 |
| **Entered Quantity** 9 | **Filled** Aug 10, 2023 at 6:30 AM PDT | **Filled Quantity** 9 shares at $0.2243 |
| **Filled Notional** $2.02 | | |

Download Trade Confirmation

### Meta Materials Market Buy
Apr 24, 2023

**$0.41**
2 shares at $0.2045

| | | |
|---|---|---|
| **Symbol** MMAT | **Type** Market Buy | **Time in Force** Good for day |
| **Submitted** Apr 24, 2023 | **Status** Filled | **Entered Quantity** 2 |
| **Filled** Apr 24, 2023 at 11:05 AM PDT | **Filled Quantity** 2 shares at $0.2045 | **Filled Notional** $0.41 |

Download Trade Confirmation

### Meta Materials Limit Buy
Apr 24, 2023

**$69.73**
341 shares at $0.2045

| | | |
|---|---|---|
| **Symbol** MMAT | **Type** Limit Buy | **Time in Force** Good for day |
| **Submitted** | **Status** | **Limit Price** |

| | | |
|---|---|---|
| Apr 24, 2023 | Filled | $0.205 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 341 | Apr 24, 2023 at 11:05 AM PDT | 341 shares at $0.2045 |
| **Filled Notional** | | |
| $69.73 | | |

Download Trade Confirmation

Refine Results

Account

**Meta Materials Limit Buy**
Apr 24, 2023                                                                Canceled

Type

**Meta Materials Market Buy**
Apr 12, 2023                                                                $0.38
                                                                            1 share at $0.3813

| | | |
|---|---|---|
| **Symbol** | **Type** | **Time in Force** |
| MMAT | Market Buy | Good for day |
| **Submitted** | **Status** | **Entered Quantity** |
| Apr 12, 2023 | Filled | 1 |
| **Filled** | **Filled Quantity** | **Filled Notional** |
| Apr 12, 2023 at 10:32 AM PDT | 1 share at $0.3813 | $0.38 |

Download Trade Confirmation

**Meta Materials Limit Buy**
Apr 12, 2023                                                                $119.76
                                                                            315 shares at $0.3802

| | | |
|---|---|---|
| **Symbol** | **Type** | **Time in Force** |
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Apr 12, 2023 | Filled | $0.381 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 315 | Apr 12, 2023 at 10:30 AM PDT | 315 shares at $0.3802 |
| **Filled Notional** | | |
| $119.76 | | |

Download Trade Confirmation

**Meta Materials Limit Buy**
Apr 2, 2023                                                                 $5.04
                                                                            12 shares at $0.42

| | | |
|---|---|---|
| **Symbol** | **Type** | **Time in Force** |
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Apr 2, 2023 | Filled | $0.42 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 12 | Apr 3, 2023 at 4:00 AM PDT | 12 shares at $0.42 |
| **Filled Notional** | | |

$5.04

Download Trade Confirmation

| Meta Materials Limit Buy | | | $0.54 | Refine Results |
| Mar 20, 2023 | | | 1 share at $0.5439 | |

| | | | | Account |
| Symbol | Type | Time in Force | | |
| MMAT | Limit Buy | Good for day | | Type |
| Submitted | Status | Limit Price | | |
| Mar 20, 2023 | Filled | $0.5695 | | |
| Entered Quantity | Filled | Filled Quantity | | |
| 1 | Mar 20, 2023 at 11:14 AM PDT | 1 share at $0.5439 | | |

Filled Notional
$0.54

Download Trade Confirmation

| Meta Materials Limit Buy | | | $58.30 |
| Mar 15, 2023 | | | 110 shares at $0.53 |

| Symbol | Type | Time in Force |
| MMAT | Limit Buy | Good till canceled |
| Submitted | Status | Limit Price |
| Mar 15, 2023 | Filled | $0.53 |
| Entered Quantity | Filled | Filled Quantity |
| 110 | Mar 16, 2023 at 4:17 AM PDT | 110 shares at $0.53 |

Filled Notional
$58.30

Download Trade Confirmation

| Meta Materials Limit Buy | Canceled |
| Mar 10, 2023 | |

| Meta Materials Limit Buy | $39.11 |
| Feb 15, 2023 | 52 shares at $0.7522 |

| Symbol | Type | Time in Force |
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Feb 15, 2023 | Filled | $0.7527 |
| Entered Quantity | Filled | Filled Quantity |
| 52 | Feb 15, 2023 at 12:37 PM PST | 52 shares at $0.7522 |

Filled Notional
$39.11

Download Trade Confirmation

**Meta Materials Limit Buy**
Feb 15, 2023                                                         Canceled

                                                                                                  Refine Results

**Meta Materials Limit Buy**
Feb 15, 2023                                                         Canceled

                                                                                                  Account

**Meta Materials Market Buy**                                        $111.86                      Type
Feb 14, 2023                                             150 shares at $0.7457

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Market Buy | Good for day |
| Submitted | Status | Entered Quantity |
| Feb 14, 2023 | Filled | 150 |
| Filled | Filled Quantity | Filled Notional |
| Feb 14, 2023 at 2:04 PM PST | 150 shares at $0.7457 | $111.86 |

Download Trade Confirmation

**Meta Materials Limit Buy**                                         $377.76
Feb 10, 2023                                             463 shares at $0.8159

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Feb 10, 2023 | Filled | $0.8159 |
| Entered Quantity | Filled | Filled Quantity |
| 463 | Feb 10, 2023 at 3:20 PM PST | 463 shares at $0.8159 |
| Filled Notional | | |
| $377.76 | | |

Download Trade Confirmation

**Meta Materials Limit Buy**                                         $107.71
Feb 10, 2023                                             132 shares at $0.816

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Feb 10, 2023 | Filled | $0.816 |
| Entered Quantity | Filled | Filled Quantity |
| 132 | Feb 10, 2023 at 3:16 PM PST | 132 shares at $0.816 |
| Filled Notional | | |
| $107.71 | | |

Download Trade Confirmation

| Meta Materials Limit Buy | | $185.21 |
| Feb 10, 2023 | | 227 shares at $0.8159 |

Refine Results

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |

Account

| Submitted | Status | Limit Price |
|---|---|---|
| Feb 10, 2023 | Filled | $0.8159 |

Type

| Entered Quantity | Filled | Filled Quantity |
|---|---|---|
| 227 | Feb 10, 2023 at 3:10 PM PST | 227 shares at $0.8159 |

Filled Notional
$185.21

Download Trade Confirmation

| Meta Materials Limit Buy | Canceled |
| Feb 10, 2023 | |

| Meta Materials Limit Buy | Canceled |
| Feb 10, 2023 | |

| Meta Materials Limit Buy | $1.25 |
| Nov 9, 2022 | 1 share at $1.25 |

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good till canceled |

| Submitted | Status | Limit Price |
|---|---|---|
| Nov 9, 2022 | Filled | $1.25 |

| Entered Quantity | Filled | Filled Quantity |
|---|---|---|
| 1 | Nov 9, 2022 at 3:18 PM PST | 1 share at $1.25 |

Filled Notional
$1.25

Download Trade Confirmation

| Meta Materials Limit Buy | $398.75 |
| Nov 7, 2022 | 275 shares at $1.45 |

| Symbol | Type | Time in Force | |
|---|---|---|---|
| MMAT | Limit Buy | Good till canceled | |
| **Submitted** | **Status** | **Limit Price** | |
| Nov 7, 2022 | Filled | $1.45 | |
| **Entered Quantity** | **Filled** | **Filled Quantity** | **Refine Results** |
| 275 | Nov 7, 2022 at 2:38 PM PST | 275 shares at $1.45 | |
| **Filled Notional** | | | Account |
| $398.75 | | | |
| | | | Type |

Download Trade Confirmation

### Meta Materials Market Buy
Aug 24, 2022

$450.00
511.363636 shares at $0.88

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Market Buy | Good for day |
| **Submitted** | **Status** | **Entered Amount** |
| Aug 24, 2022 | Filled | $450.00 |
| **Filled** | **Filled Quantity** | **Filled Notional** |
| Aug 25, 2022 at 6:30 AM PDT | 511.363636 shares at $0.88 | $450.00 |

Download Trade Confirmation

### Meta Materials Market Buy
Jul 29, 2022

$14.98
16.625971 shares at $0.901

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Market Buy | Good for day |
| **Submitted** | **Status** | **Entered Amount** |
| Jul 29, 2022 | Filled | $14.98 |
| **Filled** | **Filled Quantity** | **Filled Notional** |
| Jul 29, 2022 at 10:27 AM PDT | 16.625971 shares at $0.901 | $14.98 |

Download Trade Confirmation

### Meta Materials Market Buy
Jul 18, 2022

$1,119.37
1,111.920135 shares at $1.01

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Market Buy | Good for day |
| **Submitted** | **Status** | **Entered Amount** |
| Jul 18, 2022 | Filled | $1,119.37 |
| **Filled** | **Filled Quantity** | **Filled Notional** |
| Jul 18, 2022 at 8:06 AM PDT | 1,111.920135 shares at $1.01 | $1,119.37 |

Download Trade Confirmation

| | | Robinhood Legend ↗ | Rewards | Investing | Crypto | Spending | Retirement | Notifications | Account |

| Symbol | Type | Time in Force | | Refine Results |
| MMAT | Market Buy | Good for day | | |
| Submitted | Status | Entered Quantity | | Account |
| Jun 28, 2022 | Filled | 100 | | |
| Filled | Filled Quantity | Filled Notional | | Type |
| Jun 28, 2022 at 10:37 AM PDT | 100 shares at $1.08 | $107.50 | | |

Download Trade Confirmation

### Meta Materials Market Buy
Jun 28, 2022                                                                           $20.00
                                                                            18.941187 shares at $1.06

| Symbol | Type | Time in Force |
| MMAT | Market Buy | Good for day |
| Submitted | Status | Entered Amount |
| Jun 28, 2022 | Filled | $20.00 |
| Filled | Filled Quantity | Filled Notional |
| Jun 28, 2022 at 6:35 AM PDT | 18.941187 shares at $1.06 | $20.00 |

Download Trade Confirmation

### Meta Materials Market Buy
Jun 7, 2022                                                                           $85.42
                                                                              50 shares at $1.71

| Symbol | Type | Time in Force |
| MMAT | Market Buy | Good for day |
| Submitted | Status | Entered Quantity |
| Jun 7, 2022 | Filled | 50 |
| Filled | Filled Quantity | Filled Notional |
| Jun 7, 2022 at 9:16 AM PDT | 50 shares at $1.71 | $85.42 |

Download Trade Confirmation