NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: <br> **META MATERIALS, INC.** | Case Number: <br> **24-50792** | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Daniel Gomez Cazares
   1529 137th Ave. San Leandro, CA 94578

   Telephone Number: (510) 590-7850

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 18 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: <br> **0000010230** | Check here if this claim: <br> ☐ replaces a previously filed Proof of Interest dated: _____ <br> ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: <br> Daniel Gomez Cazares <br> 1529 137th Ave. San Leandro, CA 94578 <br> Telephone Number: (510) 590-7850 | 3. Date Equity Interest was acquired: <br> Between 06/03/2022 - 01/25/2024 <br> See attached documentation |
| 4. Total amount of member interest: 52 post split shares for $699.83 | 5. Certificate number(s): Held in book entry with the Transfer Agent |

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Daniel Gomez Cazares
   Title: _____
   Company: ___ Address and telephone number (if different from notice address above):

   (Signature) *Daniel Gomez*   (Date) 12/15/24

   Telephone number: (510)590-7850    email: danielgccazares@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Proof of Interest Supplemental Information

American Stock Transfer & Trust Company, LLC / Equiniti Trust Company, LLC.

Account #: 0000010230

For Daniel Gomez Cazares

On November 15, 2024:

    52 (Post reverse split) shares were transferred from Fidelity to AST/Equiniti in Book Entry

Between June 3, 2022 and January 25, 2024:

    5,106.382 shares (Pre-Reverse Split) were bought

After the Reverse Split happened:

    Account was updated to show 51 shares (Post-Reverse Split)

Shortly after the Reverse Split:

    The fractional shares were updated to 1 (Post-Reverse Split) share, adding up to 52 shares

On November 15, 2024:

    The transfer of all 52 (Post-Reverse Split) shares to the transfer agent was initiated



**AST is now EQ**

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101

DANIEL ALEJANDRO GOMEZ CAZARES
1528 137TH AVE
SAN LEANDRO CA 94578-1602

| | |
|---|---:|
| **Statement Date:** | November 15, 2024 |
| **Company Name:** | META MATERIALS INC (NEW) |
| **Company Number:** | 27756 |
| **Stock Exchange:** | NASD |
| **Company Ticker Symbol:** | MMAT |
| **CUSIP:** | 59134N302 |
| **Account Number:** | 0000010230 |

equiniti.com/us
help@equiniti.com
800-937-5449

# Transaction Advice

**IMPORTANT: Retain this statement for your investment and tax records.**

| Account Balance | Restricted | Unrestricted | Total |
|---|---|---|---|
| DRS/Book Entry Shares | | 52.000 | 52.000 |
| Plan Shares | | | |
| Certificated Shares | | | |
| Total Shares | | | 52.000 |

| Account Value | |
|---|---:|
| Market Value Date | 11/15/2024 |
| Market Value Price | $0.525 |
| Total Market Value | $27.34 |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. EQ does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither EQ nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

## Transaction Details:

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---:|
| 11/15/2024 | BK*0000251 | BOOK SHARES CREDITED | 52.000 |



| | | | |
|---|---|---|---|
| Symbol | MMATQ | | |
| Symbol description | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 | | |
| Type | Shares | | |
| Shares | +1.000 | | |
| Value | $2.82 closing market value on Feb-08-2024 | | |

˅ Jan-30-2024  REVERSE SPLIT R/S FROM 59134N104#REOR M0051559130001 META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash)   +$102.27   $0.13

| | |
|---|---|
| Date | Jan-30-2024 |
| Symbol | MMATQ |
| Symbol description | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 |
| Type | Shares |
| Shares | +21.000 |
| Value | $102.27 closing market value on Jan-30-2024 |

˅ Jan-30-2024  REVERSE SPLIT R/S TO 59134N302#REOR M0051559130000 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash)   -$126.37   $0.13

| | |
|---|---|
| Date | Jan-30-2024 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Shares |
| Shares | -2,171.382 |
| Value | -$126.37 closing market value on Jan-30-2024 |

˅ Jan-30-2024  YOU BOUGHT META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash)   -$5.01   $0.13

| | |
|---|---|
| Date | Jan-30-2024 |
| Symbol | MMATQ |
| Symbol description | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 |
| Type | Cash |
| Shares | +1.000 |
| Price | $5.01 |
| Amount | -$5.01 |
| Settlement date | Feb-01-2024 |

˅ Jan-29-2024  REVERSE SPLIT R/S FROM 59134N104#REOR M0051559130001 META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash)   +$159.79   $0.00

| | |
|---|---|
| Date | Jan-29-2024 |
| Symbol | MMATQ |
| Symbol description | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 |
| Type | Shares |
| Shares | +29.000 |

| | | | |
|---|---|---|---|
| Value | $159.79 closing market value on Jan-29-2024 | | |
| ⌄ Jan-29-2024 | REVERSE SPLIT R/S TO 59134N302#REOR M0051559130000 META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$169.88 | $0.00 |
| Date | Jan-29-2024 | | |
| Symbol | 59134N104 | | |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC | | |
| Type | Shares | | |
| Shares | -2,919.000 | | |
| Value | -$169.88 closing market value on Jan-29-2024 | | |
| ⌄ Jan-26-2024 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$92.75 | $0.00 |
| Date | Jan-26-2024 | | |
| Symbol | 59134N104 | | |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC | | |
| Type | Cash | | |
| Shares | +1,750.000 | | |
| Price | $0.05 | | |
| Amount | -$92.75 | | |
| Settlement date | Jan-30-2024 | | |
| ⌄ Jan-26-2024 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$18.02 | $92.75 |
| Date | Jan-26-2024 | | |
| Symbol | 59134N104 | | |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC | | |
| Type | Cash | | |
| Shares | +340.000 | | |
| Price | $0.05 | | |
| Amount | -$18.02 | | |
| Settlement date | Jan-30-2024 | | |
| ⌄ Jan-26-2024 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$2.35 | $110.77 |
| Date | Jan-26-2024 | | |
| Symbol | 59134N104 | | |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC | | |
| Type | Cash | | |
| Shares | +44.000 | | |
| Price | $0.05 | | |
| Amount | -$2.35 | | |

| | | | |
|---|---|---|---|
| Settlement date | Jan-30-2024 | | |

### ˅ Jan-26-2024  YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash)    -$1.92    $113.12

| | |
|---|---|
| Date | Jan-26-2024 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +37.000 |
| Price | $0.05 |
| Amount | -$1.92 |
| Settlement date | Jan-30-2024 |

### ˅ Jan-26-2024  YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash)    -$0.02    $115.04

| | |
|---|---|
| Date | Jan-26-2024 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +0.382 |
| Price | $0.05 |
| Amount | -$0.02 |
| Settlement date | Jan-30-2024 |

### ˅ Jan-25-2024  YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash)    -$55.50    $114.15

| | |
|---|---|
| Date | Jan-25-2024 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +1,000.000 |
| Price | $0.06 |
| Amount | -$55.50 |
| Settlement date | Jan-29-2024 |

### ˅ Jan-25-2024  YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash)    -$27.70    $169.65

| | |
|---|---|
| Date | Jan-25-2024 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +500.000 |

| | |
|---|---|
| Symbol description | META MATERIALS INC PFD SER A 0.00000% *EXCHANGED FOR CUSIP 591994371* |
| Type | Cash |
| Shares | +2.000 |
| Price | $8.15 |
| Amount | -$16.30 |
| Settlement date | Dec-06-2022 |

∨ Dec-01-2022   YOU BOUGHT META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash)     -$96.72     $3.38

| | |
|---|---|
| Date | Dec-01-2022 |
| Symbol | 59134N203 |
| Symbol description | META MATERIALS INC PFD SER A 0.00000% *EXCHANGED FOR CUSIP 591994371* |
| Type | Cash |
| Shares | +12.000 |
| Price | $8.06 |
| Amount | -$96.72 |
| Settlement date | Dec-05-2022 |

∨ Dec-01-2022   YOU BOUGHT META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash)     -$8.05     $100.10

| | |
|---|---|
| Date | Dec-01-2022 |
| Symbol | 59134N203 |
| Symbol description | META MATERIALS INC PFD SER A 0.00000% *EXCHANGED FOR CUSIP 591994371* |
| Type | Cash |
| Shares | +1.000 |
| Price | $8.05 |
| Amount | -$8.05 |
| Settlement date | Dec-05-2022 |

∨ Dec-01-2022   YOU SOLD META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash)     +$14.58     $108.15

| | |
|---|---|
| Date | Dec-01-2022 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | -8.000 |
| Price | $1.82 |
| Amount | $14.58 |
| Fees | $0.01 |
| Settlement date | Dec-05-2022 |

∨ Oct-31-2022   YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash)     -$1.11     $0.57

| | |
|---|---|
| Date | Oct-31-2022 |

| | |
|---|---|
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +1.000 |
| Price | $1.11 |
| Amount | -$1.11 |
| Settlement date | Nov-02-2022 |

∨ Jul-19-2022    YOU BOUGHT META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash)    -$640.90    $1.63

| | |
|---|---|
| Date | Jul-19-2022 |
| Symbol | 59134N203 |
| Symbol description | META MATERIALS INC PFD SER A 0.00000% *EXCHANGED FOR CUSIP 591994371* |
| Type | Cash |
| Shares | +442.000 |
| Price | $1.45 |
| Amount | -$640.90 |
| Settlement date | Jul-21-2022 |

∨ Jul-05-2022    YOU BOUGHT META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash)    -$252.45    $2.53

| | |
|---|---|
| Date | Jul-05-2022 |
| Symbol | 59134N203 |
| Symbol description | META MATERIALS INC PFD SER A 0.00000% *EXCHANGED FOR CUSIP 591994371* |
| Type | Cash |
| Shares | +153.000 |
| Price | $1.65 |
| Amount | -$252.45 |
| Settlement date | Jul-07-2022 |

∨ Jun-03-2022    YOU BOUGHT META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash)    -$1,700.22    $0.92

| | |
|---|---|
| Date | Jun-03-2022 |
| Symbol | 59134N203 |
| Symbol description | META MATERIALS INC PFD SER A 0.00000% *EXCHANGED FOR CUSIP 591994371* |
| Type | Cash |
| Shares | +1,318.000 |
| Price | $1.29 |
| Amount | -$1,700.22 |
| Settlement date | Jun-07-2022 |

∨ Jun-03-2022    YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash)    -$12.87    $1,701.14

| | |
|---|---|
| Date | Jun-03-2022 |

| | |
|---|---|
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +7.000 |
| Price | $1.84 |
| Amount | -$12.87 |
| Settlement date | Jun-07-2022 |

∨ May-27-2022   YOU BOUGHT META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash)         -$999.70      $20.30

| | |
|---|---|
| Date | May-27-2022 |
| Symbol | 59134N203 |
| Symbol description | META MATERIALS INC PFD SER A 0.00000% *EXCHANGED FOR CUSIP 591994371* |
| Type | Cash |
| Shares | +769.000 |
| Price | $1.30 |
| Amount | -$999.70 |
| Settlement date | Jun-01-2022 |

### Don't see the activity you're looking for?

| | | | |
|---|---|---|---|
| Track a rollover or transfer from another firm | > | View orders for new issue bonds | > |
| See activity from over 5 years ago in Documents | > | Reassign the lots for an unsettled trade | > |
| See cost basis information in Positions | > | Status bid requests for bonds and CDs | > |
| View Your Commissions & Price Improvement Summary | > | | |

All transaction detail provided reflects the local currency of the security, as identified by the currency abbreviation

Warning for withdrawal requests from a Fidelity managed account. The investment manager may have already initiated the sale of securities and canceling your pending transfer will not undo any such sale; instead, proceeds from the sale will be reinvested in your managed account

Content and data provided by various third parties and Fidelity Terms of Use

Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted. Click on a security for most recent month-end performance

Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services, LLC, which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897). Crypto is not insured by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation ("SIPC"). Brokerage services in support of securities trading are provided by Fidelity Brokerage Services LLC ("FBS"), and related custody services are provided by National Financial Services LLC ("NFS"), each a registered broker-dealer and member NYSE and SIPC. Neither FBS nor NFS offer crypto as a direct investment nor provide trading or custody services for such assets. Fidelity Crypto is a registered service mark of FMR LLC. Fidelity Crypto® risk disclosures | Fidelity Crypto® complaints & disclosures

939131.3.0

∨ Additional important information



Copyright 1998- 2024 FMR LLC. All rights reserved.
Terms of Use | Privacy | Security | Site Map | Accessibility | Contact Us | Share Your Screen
This is for persons in the U.S. only.