NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor:  Meta Materials | Case Number:  24-50792-hlb |
|---|---|

1. Name and address of the holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): DMG 2O, Inc.

Dan and Margaret Gafford
5809 County Road 7670
Lubbock, Tx 79424

Telephone Number: 806-773-6639
email: magafford4@gmail.com

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 18 2024**

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor: 76518714 - Charles Schwab | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br><br>(Charles Schwab)<br>Telephone Number: TD Ameritrade and Crescent<br>Advisor Group 806-747-2644 | 3. Date Equity Interest was acquired:<br><br>7/6/2021 |
|---|---|

| 4. Total amount of member interest: 50,924 shares | 5. Certificate number(s): _____ |
|---|---|

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Dan and Margaret Gafford
Title: Managing Partners
Company: _____ Address and telephone number (if different from notice address above):
5809 County Road 7670
Lubbock, Tx 79424

(Signature)  Margaret Gafford  (Date) 12/17/2024
Telephone number: 806-773-6639   email magafford4@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |
|---|---|---|

## Meta Materials Inc **MMATQ**:Over The Counter Market OTC

Semiconductors & Semiconductor Equipment



Margin Requirements

| Last Price | Today's Change | Bid/Size | Ask/Size | Today's Volume | Second Quarter ends |
|---|---|---|---|---|---|
| **$0.0001** | **+0.0001 (900.00%)** | **$0.01**/10,000 | **$0.75**/1,000 | **989** Below Avg. | 06/30/2024 |

As of close Monday, 12/16/2024

| Summary | News | Charts | Ratings | Earnings | Statements | Peers | Ratios | Dividends | Reports | Options | Preferreds |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Quote Details**    Sector Overview    Total Return    Historical Quote    Key Fundamentals

| 1 Day | 5 Days | 1 Month | 3 Month | 6 Month | YTD | 1 Year | 3 Years | 5 Years |
|---|---|---|---|---|---|---|---|---|

### MMATQ:Over The Counter Market As of Monday, 12/16/2024

☑ Show Events

| Details | |
|---|---|
| Today's Open | $0.0001 |
| Previous Close | $0.00 |
| Day's Range | $0.0001 - $0.0001 |
| 52 Week Range | $0.00 - $9.00 |
| Beta (5 Year) | 1.44 |
| Average Volume (10 Day) | 2,203 |
| Put/Call Ratio (1 Day) | — |
| Put/Call Ratio (30 Day) | — |

| Earnings TTM (GAAP) | Details | Dividends as of — | | Shares | |
|---|---|---|---|---|---|
| Earnings Per Share (09/13/2024) | -$81.2808 | MMATQ does not currently pay a dividend | | Market Capitalization (Micro Cap) | $63.3 |
| Price/Earnings | — | | | Enterprise Value | $-1.9M |
| Forward P/E | — | | | Shares Outstanding | 6.327M |
| Price to Earnings / Growth (PEG) | — | | | Shares Held By Institutions | 0% |
| | | | | Short Interest (as of —) | — |

### News Headlines

Hide Abstracts

No news stories are available for MMATQ

### Price Performance Comparison As of 12/16/2024

| Index Comparison | 1 Month | 6 Months | 1 Year | 52-Week Range |
|---|---|---|---|---|
| MMATQ:Over The Counter Market | -99.98% | -100.00% | -100.00% | |
| S&P US Information Technology | +5.65% | +9.05% | +38.58% | |
| S&P Global Information Technology | +5.26% | +7.16% | +33.09% | |
| S&P 500 | +3.07% | +11.41% | +28.55% | |
| S&P Global BMI | +2.74% | +8.70% | +19.82% | |

### ETFs Holding This Company

| Symbol | Name | Morningstar Category | % of Fund | 52-Week Range |
|---|---|---|---|---|

No ETFs Available

### Ratings Summary

View All

**Morningstar Equity Research**

No rating provided by Morningstar Equity Research

Morningstar Sector Report
Latest report 10/22/2024

Access to Credit Suisse research ✕
will be discontinued soon.

**Argus 12 Month Rating**

No rating provided by Argus

**CFRA's Opinion**

Ranking since 08/03/2024

| Strong Sell | **Sell** | Hold | Buy | Strong Buy |
|---|---|---|---|---|

CFRA Quantitative Report

**Refinitiv Research Average Rating**

Rating since 05/03/2022

## Company Profile



Refinitiv Stock Reports Plus

### Business Summary

Meta Materials Inc. is an advanced materials and nanotechnology company. The Company is engaged in developing materials that improves the performance and efficiency of many current products as well as allow new products to be developed. The Company develops new products and technologies using sustainable science. Its META technology platforms enable brands to develop new products to improve performance for customers in aerospace and defense, consumer electronics, fifth generation (5G) communications, batteries, authentication, automotive and clean energy. Its QUANTUM stripe anti-counterfeiting security features for currency display full color, motion, and three-dimensional (3D) depth from an ultrathin, single layer of aluminum, without using any inks or dyes. It has over 455 active patent documents, of which 346 patents have issued. The Company's portfolio consists of 124 patent families, of which 73 include at least one issued patent.

### Market Edge Second Opinion® Weekly

No rating provided by Market Edge

### Executives

**Rob Stone**
Investor Relations

### Contact Information

**Website**
https://metamaterial.com/

**Investor Contact**
Rob Stone

**Office**
1 Research Drive
DARTMOUTH, NS B2Y 4M9

**Phone**
(902) 482-5729

Data source identification

Prices, quotes, market values, and volumes on this page are based on Cboe One Real-Time Quote or consolidated market quote, unless otherwise indicated, and are real time when initially displayed.

Quotes from the Toronto Stock Exchange and TSX Venture Exchange are delayed for professional users and non-professional users may see a mix of real time and delayed quotes from these two exchanges.

**Investors should consider carefully information contained in the prospectus, including investment objectives, risks, charges, and expenses. You can request a prospectus by calling 800-515-2157. Please read the prospectus carefully before investing.**

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they make available; (2) do not guarantee that data; and (3) shall not be liable for any loss due either to their negligence or to any cause beyond their reasonable control.

Foreign market quotes and charts, with the exception of Canadian securities, contained herein are obtained by Schwab from Thomson Reuters ®. While Schwab believes such third party information is reliable, we do not guarantee its accuracy, timeliness, or completeness. All foreign market quotes are delayed at least 20 minutes.

Quotes on Canadian securities are provided by the Toronto Stock Exchange. Trade executions are through third parties who may execute trades on a principal basis and may include additional fees, a mark-up or mark-down as appropriate. Investing in these securities involves additional risks related to currency exchange calculations and fluctuations, economic and political differences and differences in accounting standards.

The Global Industry Classification Standard (GICS) was developed by and is the exclusive property of Morgan Stanley Capital International Inc. and S&P Global. GICS is a service mark of MSCI and S&P Global and has been licensed for use by Schwab.

The news sources used on Schwab.com come from independent third parties. Schwab is not affiliated with any of the news content providers. Schwab is not responsible for the content, and does not write or control which particular article appears on its website.

Consensus data is provided by Reuters Research; may exclude certain items or discontinued operations.

Dividends shown on this page are historical. Please note that some derivative statistics such as annual dividend rate and annual dividend yield can take into account future dividends which are estimated and could be subject to change. There can be no guarantee of future dividends nor that dividends will increase over time.

®© 2024 Morningstar, Inc. All rights reserved. The information contained herein: (1) is proprietary to Morningstar, (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete, or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future results.

(0310-1918, 0310-2017, 1210-5288, 0114-0102, 0914-6088, 1214-7049, 0116-BNJN, 0917-7E7E)

# Meta Materials Inc **MMATQ:Over The Counter Market** OTC

Semiconductors & Semiconductor Equipment

| Last Price | Today's Change | Bid/Size | Ask/Size | Today's Volume | Second Quarter ends |
|---|---|---|---|---|---|
| $0.0001 | +0.0001 (900.00%) | $0.01/10,000 | $0.75/1,000 | 989 Below Avg. | 06/30/2024 |

As of close Monday, 12/16/2024

Trade

Margin Requirements

**Summary** | News | Charts | Ratings | Earnings | Statements | Peers | Ratios | Dividends | Reports | Options | Preferreds

**Quote Details** | Sector Overview | Total Return | Historical Quote | Key Fundamentals

| 1 Day | 5 Days | 1 Month | 3 Month | 6 Month | YTD | 1 Year | 3 Years | 5 Years |

### MMATQ:Over The Counter Market As of close Monday, 12/16/2024    -289.00 (-100.00%)

☑ Show Events



| Details | |
|---|---|
| Today's Open | $0.0001 |
| Previous Close | $0.00 |
| Day's Range | $0.0001 - $0.0001 |
| 52 Week Range | $0.00 - $9.00 |
| Beta (5 Year) | 1.44 |
| Average Volume (10 Day) | 2,203 |
| Put/Call Ratio (1 Day) | — |
| Put/Call Ratio (30 Day) | — |

| Earnings TTM (GAAP) | Details | Dividends as of — | | Shares | |
|---|---|---|---|---|---|
| Earnings Per Share (05/13/2024) | -$81.2808 | MMATQ does not currently pay a dividend | | Market Capitalization (Micro Cap) | $63.3 |
| Price/Earnings | — | | | Enterprise Value | $-1.9M |
| Forward P/E | — | | | Shares Outstanding | 6.327M |
| Price to Earnings / Growth (PEG) | — | | | Shares Held By Institutions | 0% |
| | | | | Short Interest (as of —) | — |

## News Headlines

Hide Abstracts

No news stories are available for MMATQ

## Price Performance Comparison As of 12/16/2024

| Index Comparison | 1 Month | 6 Months | 1 Year | 52-Week Range |
|---|---|---|---|---|
| MMATQ:Over The Counter Market | -99.98% | -100.00% | -100.00% | |
| S&P US Information Technology | +5.65% | +9.05% | +38.58% | |
| S&P Global Information Technology | +5.26% | +7.16% | +33.09% | |
| S&P 500 | +3.07% | +11.41% | +28.55% | |
| S&P Global BMI | +2.74% | +8.70% | +19.82% | |

## ETFs Holding This Company

| Symbol | Name | Morningstar Category | % of Fund | 52-Week Range |
|---|---|---|---|---|
| | | No ETFs Available | | |

## Ratings Summary

View All

**Morningstar Equity Research**

No rating provided by Morningstar Equity Research

Morningstar Sector Report
Latest report 10/22/2024



Access to Credit Suisse research will be discontinued soon.

**Argus 12 Month Rating**

No rating provided by Argus

**CFRA's Opinion**

Ranking since 03/03/2024

Strong Sell | **Sell** | Hold | Buy | Strong Buy

CFRA Quantitative Report

**Refinitiv Research Average Rating**

Rating since 05/03/2022

## Company Profile

Sell   Under...   Hold   **Outp...**   Buy

Refinitiv Stock Reports Plus

### Business Summary

Meta Materials Inc. is an advanced materials and nanotechnology company. The Company is engaged in developing materials that improves the performance and efficiency of many current products as well as allow new products to be developed. The Company develops new products and technologies using sustainable science. Its META technology platforms enable brands to develop new products to improve performance for customers in aerospace and defense, consumer electronics, fifth generation (5G) communications, batteries, authentication, automotive and clean energy. Its QUANTUM stripe anti-counterfeiting security features for currency display full color, motion, and three-dimensional (3D) depth from an ultrathin, single layer of aluminum, without using any inks or dyes. It has over 455 active patent documents, of which 346 patents have issued. The Company's portfolio consists of 124 patent families, of which 73 include at least one issued patent.

**Market Edge Second Opinion®**
**Weekly**

No rating provided by Market Edge

### Executives

**Rob Stone**
Investor Relations

### Contact Information

**Website**
https://metamaterial.com/

**Investor Contact**
Rob Stone

**Office**
1 Research Drive
DARTMOUTH, NS B2Y 4M9

**Phone**
(902) 482-5729

Data source identification

Prices, quotes, market values, and volumes on this page are based on Cboe One Real-Time Quote or consolidated market quote, unless otherwise indicated, and are real time when initially displayed.

Quotes from the Toronto Stock Exchange and TSX Venture Exchange are delayed for professional users and non-professional users may see a mix of real time and delayed quotes from these two exchanges.

**Investors should consider carefully information contained in the prospectus, including investment objectives, risks, charges, and expenses. You can request a prospectus by calling 800-515-2157. Please read the prospectus carefully before investing.**

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they make available; (2) do not guarantee that data; and (3) shall not be liable for any loss due either to their negligence or to any cause beyond their reasonable control.

Foreign market quotes and charts, with the exception of Canadian securities, contained herein are obtained by Schwab from Thomson Reuters ®. While Schwab believes such third party information is reliable, we do not guarantee its accuracy, timeliness, or completeness. All foreign market quotes are delayed at least 20 minutes.

Quotes on Canadian securities are provided by the Toronto Stock Exchange. Trade executions are through third parties who may execute trades on a principal basis and may include additional fees, a mark-up or mark-down as appropriate. Investing in these securities involves additional risks related to currency exchange calculations and fluctuations, economic and political differences and differences in accounting standards.

The Global Industry Classification Standard (GICS) was developed by and is the exclusive property of Morgan Stanley Capital International Inc. and S&P Global. GICS is a service mark of MSCI and S&P Global and has been licensed for use by Schwab.

The news sources used on Schwab.com come from independent third parties. Schwab is not affiliated with any of the news content providers. Schwab is not responsible for the content, and does not write or control which particular article appears on its website.

Consensus data is provided by Reuters Research; may exclude certain items or discontinued operations.

Dividends shown on this page are historical. Please note that some derivative statistics such as annual dividend rate and annual dividend yield can take into account future dividends which are estimated and could be subject to change. There can be no guarantee of future dividends nor that dividends will increase over time.

®© 2024 Morningstar, Inc. All rights reserved. The information contained herein: (1) is proprietary to Morningstar; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete, or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future results.

(0310-1918, 0310-2017, 1210-5268, 0114-0102, 0914-6088, 1214-7049, 0116-BNJN, 0917-7E7E)

Schwab Alliance



# Transaction History

Updated: 06:19:11 PM ET, 12/16/2024    ↻  ⊙  ⤓  🖨

Corporate                                                           ...714

**Date range**

| All ⌄ |

**Symbol (Optional)**

| 🔍 MMAT ⊗ |    ☑ Include Options

| Search |

☰ Filter by Transaction Types

**Independent Investment Advisor\***
CRESCENT ADVISOR GROUP INC
Contact your advisor
*Not affiliated with Schwab

## Transactions found from 12/16/2020 to 12/16/2024

Don't see it here? Go to Statements

                                                                    ⌐ 2  Next

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|--------|--------|---------------------|----------|-------|-------------|--------|
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 100 | | | |
| 09/05/2023 | Journaled Shares | MMAT TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -10,000 | | | |

SnapTicket ®

| Date | Type | Security | Quantity | Price | | Amount |
|------|------|----------|----------|-------|---|--------|
| 09/05/2023 | Internal Transfer | MMAT META MATLS INC | 10,000 | | | |
| 01/03/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 10000 (MMAT) @1.1000 | 10,000 | $1.10 | | -$11,000.00 |
| 12/12/2022 | Sell Trade Details | MMAT TDA TRAN - Sold 15000 (MMAT) @1.3500 | 15,000 | $1.35 | $2.41 | $20,247.59 |
| 12/09/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 5000 (MMAT) @1.7000 | 5,000 | $1.70 | | -$8,500.00 |
| 12/09/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 10000 (MMAT) @1.7500 | 10,000 | $1.75 | | -$17,500.00 |
| 12/08/2022 | Sell Trade Details | MMAT TDA TRAN - Sold 200000 (MMAT) @1.8400 | 200,000 | $1.84 | $14.92 | $367,985.00 @ |
| 05/16/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 100000 (MMAT) @1.5500 | 100,000 | $1.55 | | -$155,000.00 |
| 05/13/2022 | Sell Trade Details | MMAT TDA TRAN - Sold 89526 (MMAT) @1.3300 | 89,526 | $1.33 | $5.73 | $119,063.85 |
| 05/13/2022 | Sell Trade Details | MMAT | 400 | $1.331 | $0.05 | $532.35 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | TDA TRAN -<br>Sold ...400<br>(MMAT)<br>@1.3310 | | | | |
| 05/13/2022 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 8474<br>(MMAT)<br>@1.3350 | 8,474 | $1.335 | $1.17 | $11,311.62 |
| 05/13/2022 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 1600<br>(MMAT)<br>@1.3400 | 1,600 | $1.34 | $0.22 | $2,143.78 |
| 05/13/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 100000<br>(MMAT)<br>@1.3500 | 100,000 | $1.35 | | -$135,000.00 |
| 02/28/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...500<br>(MMAT)<br>@1.8750 | 500 | $1.875 | | -$937.50 |
| 02/28/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 70<br>(MMAT)<br>@1.8799 | 70 | $1.8799 | | -$131.59 |
| 02/28/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 2000<br>(MMAT)<br>@1.8800 | 2,000 | $1.88 | | -$3,760.00 |
| 02/28/2022 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 11928<br>(MMAT)<br>@1.8900 | 11,928 | $1.89 | | -$22,543.92 |
| 02/28/2022 | Buy | MMAT | 3,200 | $1.895 | | -$6,064.00 |

| Date | Type | Description | Quantity | Price | Fee | Amount |
|---|---|---|---|---|---|---|
| | Trade Details | TDA TRAN - Bought 3200 (MMAT) @1.8950 | | | | |
| 02/28/2022 | Buy Trade Details | MMAT TDA TRAN - Bought ...100 (MMAT) @1.8990 | 100 | $1.899 | | -$189.90 |
| 02/28/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 1086 (MMAT) @1.8999 | 1,086 | $1.8999 | | -$2,063.29 |
| 02/28/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 76116 (MMAT) @1.9000 | 76,116 | $1.90 | | -$144,620.40 |
| 02/25/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 5000 (MMAT) @1.7700 | 5,000 | $1.77 | | -$8,850.00 |
| 02/24/2022 | Sell Trade Details | MMAT TDA TRAN - Sold 50000 (MMAT) @1.5000 | 50,000 | $1.50 | $6.33 | $74,993.67 |
| 02/23/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 50000 (MMAT) @1.7000 | 50,000 | $1.70 | | -$85,000.00 |
| 02/11/2022 | Sell Trade Details | MMAT TDA TRAN - Sold 93100 (MMAT) @1.8400 | 93,100 | $1.84 | $6.00 | $171,298.00 |
| 02/11/2022 | Sell | MMAT | 6,900 | $1.845 | $0.89 | $12,729.61 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Trade Details | TDA TRAN - Sold 6900 (MMAT) @1.8450 | | | | |
| 02/10/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 100000 (MMAT) @2.0000 | 100,000 | $2.00 | | -$200,000.00 |
| 02/10/2022 | Sell Trade Details | MMAT TDA TRAN - Sold 24031 (MMAT) @1.7800 | 24,031 | $1.78 | $3.08 | $42,772.10 |
| 02/10/2022 | Sell Trade Details | MMAT TDA TRAN - Sold 20649 (MMAT) @1.7900 | 20,649 | $1.79 | $2.65 | $36,959.06 |
| 02/10/2022 | Sell Trade Details | MMAT TDA TRAN - Sold ...200 (MMAT) @1.7901 | 200 | $1.7901 | $0.02 | $358.00 |
| 02/10/2022 | Sell Trade Details | MMAT TDA TRAN - Sold ...400 (MMAT) @1.7902 | 400 | $1.7902 | $0.06 | $716.03 |
| 02/10/2022 | Sell Trade Details | MMAT TDA TRAN - Sold 4720 (MMAT) @1.8000 | 4,720 | $1.80 | $0.60 | $8,495.40 |
| 02/09/2022 | Buy Trade Details | MMAT TDA TRAN - Bought 50000 (MMAT) @1.8000 | 50,000 | $1.80 | | -$90,000.00 |
| 12/22/2021 | Sell | MMAT | 86,863 | $2.70 | $5.36 | $234,524.74 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Trade Details | TDA TRAN -<br>Sold 86863<br>(MMAT)<br>@2.7000 | | | | |
| 12/22/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 9090<br>(MMAT)<br>@2.7100 | 9,090 | $2.71 | $1.21 | $24,632.69 |
| 12/22/2021 | Sell<br>Trade Details | MMAT ·<br>TDA TRAN -<br>Sold 5900<br>(MMAT)<br>@2.7102 | 5,900 | $2.7102 | $0.78 | $15,989.40 |
| 12/21/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 2 (MMAT)<br>@2.7500 | 2 | $2.75 | | $5.50 |
| 12/07/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 10 (MMAT)<br>@3.3440 | 10 | $3.344 | | $33.44 |
| 11/29/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 6350<br>(MMAT)<br>@3.9200 | 6,350 | $3.92 | | -$24,892.00 |
| 11/16/2021 | Journaled<br>Shares | MMAT<br>TDA TRAN -<br>INTERNAL<br>TRANSFER<br>BETWEEN<br>ACCOUNTS<br>OR ACCOUNT<br>TYPES (MMAT) | 95,515 | | | |
| 11/16/2021 | Journaled<br>Shares | MMAT<br>TDA TRAN -<br>INTERNAL<br>TRANSFER<br>BETWEEN<br>ACCOUNTS | -95,515 | | | |

OR ACCOUNT
TYPES (MMAT)

| Date | Type | Description | Quantity | Price | Fee | Amount |
|---|---|---|---|---|---|---|
| 11/11/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 50 (MMAT)<br>@4.7750 | 50 | $4.775 | $0.01 | $238.74 |
| 11/11/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 23100<br>(MMAT)<br>@4.7700 | 23,100 | $4.77 | $3.31 | $110,183.69 |
| 11/11/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 11960<br>(MMAT)<br>@4.7800 | 11,960 | $4.78 | $1.72 | $57,167.08 |
| 11/11/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold ...600<br>(MMAT)<br>@4.7850 | 600 | $4.785 | $0.08 | $2,870.92 |
| 11/11/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 1900<br>(MMAT)<br>@4.8517 | 1,900 | $4.8517 | $0.28 | $9,217.95 ⊛ |
| 11/11/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold ...875<br>(MMAT)<br>@4.8550 | 875 | $4.855 | $0.12 | $4,248.01 |
| 11/01/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 11387<br>(MMAT)<br>@5.2500 | 11,387 | $5.25 | | -$59,781.75 |
| 11/01/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 134000 | 134,000 | $5.25 | | -$703,500.00 |

| | | (MMAT) @5.2500 | | | | |
|---|---|---|---|---|---|---|
| 11/01/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 94068 (MMAT) @5.2000 | 94,068 | $5.20 | $3.53 | $489,150.07 |
| 11/01/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 4415 (MMAT) @5.2100 | 4,415 | $5.21 | $0.65 | $23,001.50 |
| 11/01/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 14359 (MMAT) @5.2200 | 14,359 | $5.22 | $2.09 | $74,951.89 |
| 11/01/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 10144 (MMAT) @5.2300 | 10,144 | $5.23 | $1.48 | $53,051.64 |
| 11/01/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...200 (MMAT) @5.2350 | 200 | $5.235 | $0.03 | $1,046.97 |
| 11/01/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 7796 (MMAT) @5.2400 | 7,796 | $5.24 | $1.13 | $40,849.91 |
| 11/01/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 1600 (MMAT) @5.2450 | 1,600 | $5.245 | $0.24 | $8,391.76 |
| 11/01/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 2705 | 2,705 | $5.25 | $0.38 | $14,200.87 |

| Date | Type | Description | Quantity | Price | Fee | Amount |
|---|---|---|---|---|---|---|
| | | (MMAT) @5.2500 | | | | |
| 11/01/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...100 (MMAT) @5.2550 | 100 | $5.255 | $0.02 | $525.48 |
| 11/01/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 26100 (MMAT) @5.4250 | 26,100 | $5.425 | | -$141,592.50 |
| 11/01/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 1000 (MMAT) @5.4300 | 1,000 | $5.43 | | -$5,430.00 |
| 11/01/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 2251 (MMAT) @5.4350 | 2,251 | $5.435 | | -$12,234.19 |
| 11/01/2021 | Buy Trade Details | MMAT TDA TRAN - Bought ...700 (MMAT) @5.4396 | 700 | $5.4396 | | -$3,807.72 |
| 11/01/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 3300 (MMAT) @5.4400 | 3,300 | $5.44 | | -$17,952.00 |
| 11/01/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 6000 (MMAT) @5.4500 | 6,000 | $5.45 | | -$32,700.00 |
| 11/01/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 1700 | 1,700 | $5.455 | | -$9,273.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (MMAT)<br>@5.4550 | | | | |
| 11/01/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 13300<br>(MMAT)<br>@5.4600 | 13,300 | $5.46 | | -$72,618.00 |
| 11/01/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 3204<br>(MMAT)<br>@5.4650 | 3,204 | $5.465 | | -$17,509.86 |
| 11/01/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...312<br>(MMAT)<br>@5.4696 | 312 | $5.4696 | | -$1,706.52 |
| 11/01/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 30558<br>(MMAT)<br>@5.4700 | 30,558 | $5.47 | | -$167,152.26 |
| 11/01/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 5800<br>(MMAT)<br>@5.4750 | 5,800 | $5.475 | | -$31,755.00 |
| 11/01/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 29775<br>(MMAT)<br>@5.4800 | 29,775 | $5.48 | | -$163,167.00 |
| 11/01/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 81285<br>(MMAT)<br>@4.8100 | 81,285 | $4.81 | $1.99 | $390,978.86 |
| 11/01/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 28419 | 28,419 | $4.82 | $2.61 | $136,976.97 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (MMAT) @4.8200 | | | | |
| 11/01/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...800 (MMAT) @4.8250 | 800 | $4.825 | $0.06 | $3,859.94 |
| 11/01/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 12647 (MMAT) @4.8300 | 12,647 | $4.83 | $1.22 | $61,083.79 |
| 11/01/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 9379 (MMAT) @4.8400 | 9,379 | $4.84 | $1.25 | $45,393.11 |
| 11/01/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 9259 (MMAT) @4.8500 | 9,259 | $4.85 | $1.33 | $44,904.82 |
| 11/01/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 6136 (MMAT) @4.8600 | 6,136 | $4.86 | $0.88 | $29,820.08 |
| 11/01/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...200 (MMAT) @4.8650 | 200 | $4.865 | $0.03 | $972.97 |
| 11/01/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 1875 (MMAT) @4.8700 | 1,875 | $4.87 | $0.27 | $9,130.98 |
| 10/29/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 150000 | 150,000 | $4.50 | | -$675,000.00 |

| | | (MMAT) @4.5000 | | | | |
|---|---|---|---|---|---|---|
| 10/29/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 30058 (MMAT) @4.6200 | 30,058 | $4.62 | $0.70 | $138,867.26 |
| 10/29/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 11153 (MMAT) @4.6300 | 11,153 | $4.63 | $0.27 | $51,638.12 |
| 10/29/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...129 (MMAT) @4.6350 | 129 | $4.635 | | $597.92, |
| 10/29/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 29593 (MMAT) @4.6400 | 29,593 | $4.64 | $0.70 | $137,310.82 |
| 10/29/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...801 (MMAT) @4.6450 | 801 | $4.645 | $0.02 | $3,720.63 |
| 10/29/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 14540 (MMAT) @4.6500 | 14,540 | $4.65 | $0.36 | $67,610.64 |
| 10/29/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...200 (MMAT) @4.6550 | 200 | $4.655 | $0.01 | $930.99 |
| 10/29/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 6155 | 6,155 | $4.66 | $0.62 | $28,681.68 |

| | | (MMAT) @4.6600 | | | | |
|---|---|---|---|---|---|---|
| 10/29/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 1833 (MMAT) @4.6700. | 1,833 | $4.67 | $0.26 | $8,559.85 |
| 10/29/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...100 (MMAT) @4.6750 | 100 | $4.675 | $0.01 | $467.49 |
| 10/29/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 9732 (MMAT) @4.6800 | 9,732 | $4.68 | $1.40 | $45,544.36 |
| 10/29/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 1207 (MMAT) @4.6900 | 1,207 | $4.69 | $0.16 | $5,660.67 |
| 10/29/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...500 (MMAT) @4.6950 | 500 | $4.695 | $0.08 | $2,347.42 |
| 10/29/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 4948 (MMAT) @4.7000 | 4,948 | $4.70 | $0.69 | $23,254.91 |
| 10/29/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 8368 (MMAT) @4.7100 | 8,368 | $4.71 | $1.21 | $39,412.07 |
| 10/29/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...986 | 986 | $4.72 | $0.14 | $4,653.78 |

| | | (MMAT)<br>@4.7200 | | | | |
|---|---|---|---|---|---|---|
| 10/29/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 4900<br>(MMAT)<br>@4.7300 | 4,900 | $4.73 | $0.71 | $23,176.29 |
| 10/29/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold ...100<br>(MMAT)<br>@4.7350 | 100 | $4.735 | $0.01 | $473.49 |
| 10/29/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 9500<br>(MMAT)<br>@4.7400 | 9,500 | $4.74 | $1.36 | $45,028.64 |
| 10/29/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 3411<br>(MMAT)<br>@4.7450 | 3,411 | $4.745 | $0.48 | $16,184.72 |
| 10/29/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold ...274<br>(MMAT)<br>@4.7500 | 274 | $4.75 | $0.05 | $1,301.45 |
| 10/29/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 12 (MMAT)<br>@4.7550 | 12 | $4.755 | | $57.06 |
| 10/19/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 138500<br>(MMAT)<br>@4.7700 | 138,500 | $4.77 | | -$660,645.00 |
| 10/18/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 50852 | 50,852 | $4.87 | $1.27 | $247,647.97 |

| | | (MMAT) @4.8700 | | | | |
|---|---|---|---|---|---|---|
| 10/18/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...700 (MMAT) @4.8710 | 700 | $4.871 | $0.03 | $3,409.67 |
| 10/18/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 1041 (MMAT) @4.8725 | 1,041 | $4.8725 | $0.02 | $5,072.25 |
| 10/18/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...400 (MMAT) @4.8750 | 400 | $4.875 | | $1,950.00 |
| 10/18/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 28121 (MMAT) @4.8800 | 28,121 | $4.88 | $0.70 | $137,229.78 |
| 10/18/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...700 (MMAT) @4.8810 | 700 | $4.881 | $0.02 | $3,416.68 |
| 10/18/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 47486 (MMAT) @4.8900 | 47,486 | $4.89 | $6.69 | $232,199.85 |
| 10/18/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 3500 (MMAT) @4.8910 | 3,500 | $4.891 | $0.51 | $17,117.99 |
| 10/18/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...100 | 100 | $4.895 | $0.02 | $489.48 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (MMAT) @4.8950 | | | | |
| 09/29/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 50 (MMAT) @6.0500 | 50 | $6.05 | . | -$302.50 |
| 09/29/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 3550 (MMAT) @6.1800 | 3,550 | $6.18 | | -$21,939.00 |
| 09/29/2021 | Buy Trade Details | MMAT TDA TRAN - Bought ...516 (MMAT) @6.3250 | 516 | $6.325 | | -$3,263.70 |
| 09/29/2021 | Buy Trade Details | MMAT TDA TRAN - Bought ...300 (MMAT) @6.3290 | 300 | $6.329 | | -$1,898.70 |
| 09/29/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 8885 (MMAT) @6.3300 | 8,885 | $6.33 | | -$56,242.05 |
| 09/29/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 119599 (MMAT) @6.3400 | 119,599 | $6.34 | | -$758,257.66 |
| 09/28/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 52197 (MMAT) @6.1800 | 52,197 | $6.18 | $1.65 | $322,575.81 |
| 09/28/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 11800 | 11,800 | $6.19 | $0.37 | $73,041.63 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (MMAT)<br>@6.1900 | | | | |
| 09/28/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 5751<br>(MMAT)<br>@6.2000 | 5,751 | $6.20 | $0.18 | $35,656.02 |
| 09/28/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold ...200<br>(MMAT)<br>@6.2001 | 200 | $6.2001 | $0.01 | $1,240.01 |
| 09/28/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 14100<br>(MMAT)<br>@6.2100 | 14,100 | $6.21 | $0.45 | $87,560.55 |
| 09/28/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 22782<br>(MMAT)<br>@6.2200 | 22,782 | $6.22 | $3.24 | $141,700.80 |
| 09/28/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 3100<br>(MMAT)<br>@6.2201 | 3,100 | $6.2201 | $0.47 | $19,281.84 |
| 09/28/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold ...200<br>(MMAT)<br>@6.2250 | 200 | $6.225 | $0.04 | $1,244.96 |
| 09/28/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 9170<br>(MMAT)<br>@6.2300 | 9,170 | $6.23 | $1.39 | $57,127.71 |
| 09/28/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold ...200 | 200 | $6.2302 | $0.03 | $1,246.01 |

| Date | Type | Details | Quantity | Price | Fee | Amount |
|---|---|---|---|---|---|---|
| | | (MMAT) @6.2302 | | | | |
| 09/28/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 9300 (MMAT) @6.2400 | 9,300 | $6.24 | $1.40 | $58,030.60 |
| 09/28/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 6700 (MMAT) @6.2500 | 6,700 | $6.25 | $1.01 | $41,873.99 |
| 09/28/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 6500 (MMAT) @6.2000 | 6,500 | $6.20 | | -$40,300.00 |
| 09/27/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 29375 (MMAT) @6.1000 | 29,375 | $6.10 | | -$179,187.50 |
| 09/27/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 99625 (MMAT) @6.1100 | 99,625 | $6.11 | | -$608,708.75 |
| 09/27/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 139010 (MMAT) @5.5000 | 139,010 | $5.50 | $8.96 | $764,546.04 |
| 09/27/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 6990 (MMAT) @5.5100 | 6,990 | $5.51 | $1.03 | $38,513.87 |
| 09/27/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...400 | 400 | $5.515 | $0.06 | $2,205.94 |

| Date | Type | Details | Quantity | Price | Fee | Amount |
|---|---|---|---|---|---|---|
| | | (MMAT) @5.5150 | | | | |
| 09/27/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...100 (MMAT) @5.5200 | 100 | $5.52 | $0.01 | $551.99 |
| 09/14/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 146500 (MMAT) @5.2500 | 146,500 | $5.25 | | -$769,125.00 |
| 09/14/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 142760 (MMAT) @5.5000 | 142,760 | $5.50 | $9.95 | $785,170.05 |
| 09/13/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 7240 (MMAT) @5.3202 | 7,240 | $5.3202 | $1.06 | $38,517.19 |
| 09/10/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 150000 (MMAT) @5.3500 | 150,000 | $5.35 | | -$802,500.00 |
| 09/10/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 62173 (MMAT) @5.3000 | 62,173 | $5.30 | $1.69 | $329,515.21 |
| 09/10/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...400 (MMAT) @5.3010 | 400 | $5.301 | $0.01 | $2,120.39 |
| 09/10/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 11509 | 11,509 | $5.31 | $0.30 | $61,112.49 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (MMAT)<br>@5.3100 | | | | |
| 09/10/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 21500<br>(MMAT)<br>@5.3105 | 21,500 | $5.3105 | $0.58 | $114,175.17 |
| 09/10/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 1500<br>(MMAT)<br>@5.3110 | 1,500 | $5.311 | $0.05 | $7,966.45 |
| 09/10/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold ...200<br>(MMAT)<br>@5.3150 | 200 | $5.315 | $0.01 | $1,062.99 |
| 09/10/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 9036<br>(MMAT)<br>@5.3200 | 9,036 | $5.32 | $0.99 | $48,070.53 |
| 09/10/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold ...900<br>(MMAT)<br>@5.3210 | 900 | $5.321 | $0.14 | $4,788.76 |
| 09/10/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold ...300<br>(MMAT)<br>@5.3250 | 300 | $5.325 | $0.03 | $1,597.47 |
| 09/10/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 19245<br>(MMAT)<br>@5.3300 | 19,245 | $5.33 | $2.80 | $102,573.05 |
| 09/10/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold ...200 | 200 | $5.335 | $0.05 | $1,066.95 |

|  |  | (MMAT)<br>@5.3350 |  |  |  |  |
|---|---|---|---|---|---|---|
| 09/10/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 22634<br>(MMAT)<br>@5.3400 | 22,634 | $5.34 | $3.31 | $120,862.25 |
| 09/10/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold ...300<br>(MMAT)<br>@5.3410 | 300 | $5.341 | $0.05 | $1,602.25 |
| 09/10/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 3 (MMAT)<br>@5.3414 | 3 | $5.3414 |  | $16.02 |
| 09/10/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold ...100<br>(MMAT)<br>@5.3450 | 100 | $5.345 | $0.01 | $534.49 |
| 09/07/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 18200<br>(MMAT)<br>@5.4900 | 18,200 | $5.49 |  | -$99,918.00 |
| 09/07/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 29800<br>(MMAT)<br>@5.5000 | 29,800 | $5.50 |  | -$163,900.00 |
| 09/02/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought ...200<br>(MMAT)<br>@5.2798 | 200 | $5.2798 |  | -$1,055.96 |
| 09/02/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 101800 | 101,800 | $5.28 |  | -$537,504.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (MMAT)<br>@5.2800 | | | | |
| 09/02/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 90872<br>(MMAT)<br>@5.0500 | 90,872 | $5.05 | $6.97 | $458,896.63 |
| 09/02/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 11128<br>(MMAT)<br>@5.0600 | 11,128 | $5.06 | $1.61 | $56,306.07 |
| 08/30/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 57241<br>(MMAT)<br>@4.9600 | 57,241 | $4.96 | $7.40 | $283,907.96 |
| 08/30/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 102000<br>(MMAT)<br>@4.5000 | 102,000 | $4.50 | | -$459,000.00 |
| 08/30/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 89963<br>(MMAT)<br>@4.8500 | 89,963 | $4.85 | $6.73 | $436,313.82 |
| 08/30/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 12 (MMAT)<br>@4.8550 | 12 | $4.855 | | $58.26 |
| 08/30/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold ...100<br>(MMAT)<br>@4.8599 | 100 | $4.8599 | $0.01 | $485.98 |
| 08/30/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 3308 | 3,308 | $4.86 | $0.49 | $16,076.39 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (MMAT)<br>@4.8600 | | | | |
| 08/30/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 8616<br>(MMAT)<br>@4.8650 | 8,616 | $4.865 | $1.24 | $41,915.60 |
| 08/30/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 1 (MMAT)<br>@4.8700 | 1 | $4.87 | | $4.87 |
| 08/27/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 44759<br>(MMAT)<br>@4.2000 | 44,759 | $4.20 | $6.29 | $187,981.51 |
| 08/27/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 2900<br>(MMAT)<br>@4.1150 | 2,900 | $4.115 | | -$11,933.50 |
| 08/27/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 99100<br>(MMAT)<br>@4.1200 | 99,100 | $4.12 | | -$408,292.00<br><br>⊗ |
| 08/23/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 102000<br>(MMAT)<br>@3.2500 | 102,000 | $3.25 | | -$331,500.00 |
| 08/11/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 67168<br>(MMAT)<br>@3.4200 | 67,168 | $3.42 | $2.97 | $229,711.59 |
| 08/11/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 11226 | 11,226 | $3.43 | $1.53 | $38,503.65 |

| Date | | Details | | | | |
|------|--|---------|--|--|--|--|
| | | (MMAT)<br>@3.4300 | | | | |
| 08/11/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 1100<br>(MMAT)<br>@3.4350 | 1,100 | $3.435 | $0.17 | $3,778.33 |
| 08/11/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 9105<br>(MMAT)<br>@3.4400 | 9,105 | $3.44 | $1.23 | $31,319.97 |
| 08/11/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold ...100<br>(MMAT)<br>@3.4450 | 100 | $3.445 | $0.02 | $344.48 |
| 08/11/2021 | Sell<br>Trade Details | MMAT<br>TDA TRAN -<br>Sold 13301<br>(MMAT)<br>@3.4500 | 13,301 | $3.45 | $1.81 | $45,886.64 |
| 08/05/2021 | Journaled<br>Shares | MMAT<br>TDA TRAN -<br>INTERNAL<br>TRANSFER<br>BETWEEN<br>ACCOUNTS<br>OR ACCOUNT<br>TYPES (MMAT) | 102,000 | | | ⊗ |
| 08/05/2021 | Journaled<br>Shares | MMAT<br>TDA TRAN -<br>INTERNAL<br>TRANSFER<br>BETWEEN<br>ACCOUNTS<br>OR ACCOUNT<br>TYPES (MMAT) | -102,000 | | | |
| 07/28/2021 | Buy<br>Trade Details | MMAT<br>TDA TRAN -<br>Bought 80000 | 80,000 | $3.35 | | -$268,000.00 |

| Date | Type | | Description | Quantity | Price | Fee | Amount |
|------|------|--|-------------|----------|-------|-----|--------|
| | | | (MMAT) @3.3500 | | | | |
| 07/22/2021 | Buy | Trade Details | MMAT TDA TRAN - Bought 22000 (MMAT) @3.7100 | 22,000 | $3.71 | | -$81,620.00 |
| 07/21/2021 | Sell | Trade Details | MMAT TDA TRAN - Sold 68072 (MMAT) @3.9700 | 68,072 | $3.97 | $6.51 | $270,239.33 |
| 07/21/2021 | Sell | Trade Details | MMAT TDA TRAN - Sold 5478 (MMAT) @3.9800 | 5,478 | $3.98 | $0.76 | $21,801.68 |
| 07/21/2021 | Sell | Trade Details | MMAT TDA TRAN - Sold ...100 (MMAT) @4.0000 | 100 | $4.00 | $0.01 | $399.99 |
| 07/21/2021 | Sell | Trade Details | MMAT TDA TRAN - Sold 1350 (MMAT) @4.0100 | 1,350 | $4.01 | $0.19 | $5,413.31 ⊚ |
| 07/21/2021 | Buy | Trade Details | MMAT TDA TRAN - Bought 75000 (MMAT) @3.7500 | 75,000 | $3.75 | | -$281,250.00 |
| 07/07/2021 | Sell | Trade Details | MMAT TDA TRAN - Sold 50924 (MMAT) @6.9500 | 50,924 | $6.95 | $7.76 | $353,914.04 |
| 07/06/2021 | Buy | Trade Details | MMAT TDA TRAN - Bought ...100 | 100 | $7.245 | | -$724.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (MMAT) @7.2450 | | | | |
| 07/06/2021 | Buy Trade Details | MMAT TDA TRAN - Bought 50824 (MMAT) @7.2500 | 50,824 | $7.25 | | -$368,474.00 |
| 07/06/2021 | Sell Trade Details | MMAT TDA TRAN - Sold 50224 (MMAT) @7.4000 | 50,224 | $7.40 | $7.77 | $371,649.83 |
| 07/06/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...100 (MMAT) @7.4005 | 100 | $7.4005 | $0.01 | $740.04 |
| 07/06/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...100 (MMAT) @7.4007 | 100 | $7.4007 | $0.01 | $740.06 |
| 07/06/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...100 (MMAT) @7.4009 | 100 | $7.4009 | $0.02 | $740.07 |
| 07/06/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...300 (MMAT) @7.4010 | 300 | $7.401 | $0.04 | $2,220.26 |
| 07/06/2021 | Sell Trade Details | MMAT TDA TRAN - Sold ...100 (MMAT) @7.4014 | 100 | $7.4014 | $0.02 | $740.12 |

Page Total: **$231,489.07**

Reverse Split                                                                01/29/2024

MMAT

META MATLS INC

100 quantity

---

Journaled Shares                                                            09/05/2023

MMAT

TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT)

-10,000 quantity

---

Internal Transfer                                                          09/05/2023

MMAT

META MATLS INC

10,000 quantity

---

Buy                                                                        01/03/2023

Trade Details

MMAT

TDA TRAN - Bought 10000 (MMAT) @1.1000

10,000 quantity

$1.10 price

-$11,000.00 amount

---

Sell                                                                       12/12/2022

Trade Details

MMAT

TDA TRAN - Sold 15000 (MMAT) @1.3500

15,000 quantity

$1.35 price

$2.41 fees & commissions

$20,247.59 amount

---

Buy                                                                        12/09/2022

Trade Details

MMAT

TDA TRAN - Bought 5000 (MMAT) @1.7000

5,000 quantity

$1.70 price

-$8,500.00 amount

---

Buy                                                                           12/09/2022

Trade Details

MMAT

TDA TRAN - Bought 10000 (MMAT) @1.7500

10,000 quantity

$1.75 price

-$17,500.00 amount

---

Sell                                                                          12/08/2022

Trade Details

MMAT

TDA TRAN - Sold 200000 (MMAT) @1.8400

200,000 quantity

$1.84 price

$14.92 fees & commissions

$367,985.08 amount

---

Buy                                                                           05/16/2022

Trade Details

MMAT

TDA TRAN - Bought 100000 (MMAT) @1.5500

100,000 quantity

$1.55 price

-$155,000.00 amount

---

Sell                                                                          05/13/2022

Trade Details

MMAT

TDA TRAN - Sold 89526 (MMAT) @1.3300

89,526 quantity

$1.33 price

$5.73 fees & commissions

$119,063.85 amount

---

Sell                                                                              05/13/2022

Trade Details

MMAT

TDA TRAN - Sold ...400 (MMAT) @1.3310

400 quantity

$1.331 price

$0.05 fees & commissions

$532.35 amount

---

Sell                                                                              05/13/2022

Trade Details

MMAT

TDA TRAN - Sold 8474 (MMAT) @1.3350

8,474 quantity

$1.335 price

$1.17 fees & commissions

$11,311.62 amount

---

Sell                                                                              05/13/2022

Trade Details

MMAT

TDA TRAN - Sold 1600 (MMAT) @1.3400

1,600 quantity

$1.34 price

$0.22 fees & commissions

$2,143.78 amount

Buy                                                                                    05/13/2022

Trade Details

MMAT

TDA TRAN - Bought 100000 (MMAT) @1.3500

100,000 quantity

$1.35 price

-$135,000.00 amount

---

Buy                                                                                    02/28/2022

Trade Details

MMAT

TDA TRAN - Bought ...500 (MMAT) @1.8750

500 quantity

$1.875 price

-$937.50 amount

---

Buy                                                                                    02/28/2022

Trade Details

MMAT

TDA TRAN - Bought 70 (MMAT) @1.8799

70 quantity

$1.8799 price

-$131.59 amount

---

Buy                                                                                    02/28/2022

Trade Details

MMAT

TDA TRAN - Bought 2000 (MMAT) @1.8800

2,000 quantity

$1.88 price

-$3,760.00 amount

---

Buy                                                                                    02/28/2022

Trade Details

MMAT

TDA TRAN - Bought 11928 (MMAT) @1.8900

11,928 quantity

$1.89 price

-$22,543.92 amount

---

Buy                                                                                      02/28/2022

Trade Details

MMAT

TDA TRAN - Bought 3200 (MMAT) @1.8950

3,200 quantity

$1.895 price

-$6,064.00 amount

---

Buy                                                                                      02/28/2022

Trade Details

MMAT

TDA TRAN - Bought ...100 (MMAT) @1.8990

100 quantity

$1.899 price

-$189.90 amount

---

Buy                                                                                      02/28/2022

Trade Details

MMAT

TDA TRAN - Bought 1086 (MMAT) @1.8999

1,086 quantity

$1.8999 price

-$2,063.29 amount

---

Buy                                                                                      02/28/2022

Trade Details

MMAT

TDA TRAN - Bought 76116 (MMAT) @1.9000

76,116 quantity

$1.90 price

-$144,620.40 amount

---

Buy                                                                                          02/25/2022

Trade Details

MMAT

TDA TRAN - Bought 5000 (MMAT) @1.7700

5,000 quantity

$1.77 price

-$8,850.00 amount

---

Sell                                                                                         02/24/2022

Trade Details

MMAT

TDA TRAN - Sold 50000 (MMAT) @1.5000

50,000 quantity

$1.50 price

$6.33 fees & commissions

$74,993.67 amount

---

Buy                                                                                          02/23/2022

Trade Details

MMAT

TDA TRAN - Bought 50000 (MMAT) @1.7000

50,000 quantity

$1.70 price

-$85,000.00 amount

---

Sell                                                                                         02/11/2022

Trade Details

MMAT

TDA TRAN - Sold 93100 (MMAT) @1.8400

93,100 quantity

$1.84 price

$6.00 fees & commissions

$171,298.00 amount

---

Sell                                                                                          02/11/2022

Trade Details

MMAT

TDA TRAN - Sold 6900 (MMAT) @1.8450

6,900 quantity

$1.845 price

$0.89 fees & commissions

$12,729.61 amount

---

Buy                                                                                           02/10/2022

Trade Details

MMAT

TDA TRAN - Bought 100000 (MMAT) @2.0000

100,000 quantity

$2.00 price

-$200,000.00 amount

---

Sell                                                                                          02/10/2022

Trade Details

MMAT

TDA TRAN - Sold 24031 (MMAT) @1.7800

24,031 quantity

$1.78 price

$3.08 fees & commissions

$42,772.10 amount

---

Sell                                                                                          02/10/2022

Trade Details

MMAT

TDA TRAN - Sold 20649 (MMAT) @1.7900

20,649 quantity

$1.79 price

$2.65 fees & commissions

$36,959.06 amount

---

Sell                                                                      02/10/2022

Trade Details

MMAT

TDA TRAN - Sold ...200 (MMAT) @1.7901

200 quantity

$1.7901 price

$0.02 fees & commissions

$358.00 amount

---

Sell                                                                      02/10/2022

Trade Details

MMAT

TDA TRAN - Sold ...400 (MMAT) @1.7902

400 quantity

$1.7902 price

$0.06 fees & commissions

$716.02 amount

---

Sell                                                                      02/10/2022

Trade Details

MMAT

TDA TRAN - Sold 4720 (MMAT) @1.8000

4,720 quantity

$1.80 price

$0.60 fees & commissions

$8,495.40 amount

---

Buy                                                                       02/09/2022

Trade Details

MMAT

TDA TRAN - Bought 50000 (MMAT) @1.8000

50,000 quantity

$1.80 price

-$90,000.00 amount

---

Sell                                                                                    12/22/2021

Trade Details

MMAT

TDA TRAN - Sold 86863 (MMAT) @2.7000

86,863 quantity

$2.70 price

$5.36 fees & commissions

$234,524.74 amount

---

Sell                                                                                    12/22/2021

Trade Details

MMAT

TDA TRAN - Sold 9090 (MMAT) @2.7100

9,090 quantity

$2.71 price

$1.21 fees & commissions

$24,632.69 amount

---

Sell                                                                                    12/22/2021

Trade Details

MMAT

TDA TRAN - Sold 5900 (MMAT) @2.7102

5,900 quantity

$2.7102 price

$0.78 fees & commissions

$15,989.40 amount

---

Sell                                                                                    12/21/2021

Trade Details

MMAT

TDA TRAN - Sold 2 (MMAT) @2.7500

2 quantity

$2.75 price

$5.50 amount

---

Sell                                                                    12/07/2021

Trade Details

MMAT

TDA TRAN - Sold 10 (MMAT) @3.3440

10 quantity

$3.344 price

$33.44 amount

---

Buy                                                                     11/29/2021

Trade Details

MMAT

TDA TRAN - Bought 6350 (MMAT) @3.9200

6,350 quantity

$3.92 price

-$24,892.00 amount

---

Journaled Shares                                                        11/16/2021

MMAT

TDA TRAN - INTERNAL TRANSFER BETWEEN ACCOUNTS OR ACCOUNT TYPES (MMAT)

95,515 quantity

---

Journaled Shares                                                        11/16/2021

MMAT

TDA TRAN - INTERNAL TRANSFER BETWEEN ACCOUNTS OR ACCOUNT TYPES (MMAT)

-95,515 quantity

---

Sell                                                                    11/11/2021

Trade Details

MMAT

TDA TRAN - Sold 50 (MMAT) @4.7750

50 quantity

$4.775 price

$0.01 fees & commissions

$238.74 amount

---

Sell                                                                          11/11/2021

Trade Details

MMAT

TDA TRAN - Sold 23100 (MMAT) @4.7700

23,100 quantity

$4.77 price

$3.31 fees & commissions

$110,183.69 amount

---

Sell                                                                          11/11/2021

Trade Details

MMAT

TDA TRAN - Sold 11960 (MMAT) @4.7800

11,960 quantity

$4.78 price

$1.72 fees & commissions

$57,167.08 amount

---

Sell                                                                          11/11/2021

Trade Details

MMAT

TDA TRAN - Sold ...600 (MMAT) @4.7850

600 quantity

$4.785 price

$0.08 fees & commissions

$2,870.92 amount

Sell                                                                                      11/11/2021

Trade Details

MMAT

TDA TRAN - Sold 1900 (MMAT) @4.8517

1,900 quantity

$4.8517 price

$0.28 fees & commissions

$9,217.95 amount

---

Sell                                                                                      11/11/2021

Trade Details

MMAT

TDA TRAN - Sold ...875 (MMAT) @4.8550

875 quantity

$4.855 price

$0.12 fees & commissions

$4,248.01 amount

---

Buy                                                                                       11/01/2021

Trade Details

MMAT

TDA TRAN - Bought 11387 (MMAT) @5.2500

11,387 quantity

$5.25 price

-$59,781.75 amount

---

Buy                                                                                       11/01/2021

Trade Details

MMAT

TDA TRAN - Bought 134000 (MMAT) @5.2500

134,000 quantity

$5.25 price

-$703,500.00 amount

Sell                                                                                        11/01/2021

Trade Details

MMAT

TDA TRAN - Sold 94068 (MMAT) @5.2000

94,068 quantity

$5.20 price

$3.53 fees & commissions

$489,150.07 amount

---

Sell                                                                                        11/01/2021

Trade Details

MMAT

TDA TRAN - Sold 4415 (MMAT) @5.2100

4,415 quantity

$5.21 price

$0.65 fees & commissions

$23,001.50 amount

---

Sell                                                                                        11/01/2021

Trade Details

MMAT

TDA TRAN - Sold 14359 (MMAT) @5.2200

14,359 quantity

$5.22 price

$2.09 fees & commissions

$74,951.89 amount

---

Sell                                                                                        11/01/2021

Trade Details

MMAT

TDA TRAN - Sold 10144 (MMAT) @5.2300

10,144 quantity

$5.23 price

$1.48 fees & commissions

$53,051.64 amount

---

Sell                                                                                            11/01/2021

Trade Details

MMAT

TDA TRAN - Sold ...200 (MMAT) @5.2350

200 quantity

$5.235 price

$0.03 fees & commissions

$1,046.97 amount

---

Sell                                                                                            11/01/2021

Trade Details

MMAT

TDA TRAN - Sold 7796 (MMAT) @5.2400

7,796 quantity

$5.24 price

$1.13 fees & commissions

$40,849.91 amount

---

Sell                                                                                            11/01/2021

Trade Details

MMAT

TDA TRAN - Sold 1600 (MMAT) @5.2450

1,600 quantity

$5.245 price

$0.24 fees & commissions

$8,391.76 amount

---

Sell                                                                                            11/01/2021

Trade Details

MMAT

TDA TRAN - Sold 2705 (MMAT) @5.2500

2,705 quantity

$5.25 price

$0.38 fees & commissions

$14,200.87 amount

---

Sell                                                                                          11/01/2021

Trade Details

MMAT

TDA TRAN - Sold ...100 (MMAT) @5.2550

100 quantity

$5.255 price

$0.02 fees & commissions

$525.48 amount

---

Buy                                                                                           11/01/2021

Trade Details

MMAT

TDA TRAN - Bought 26100 (MMAT) @5.4250

26,100 quantity

$5.425 price

-$141,592.50 amount

---

Buy                                                                                           11/01/2021

Trade Details

MMAT

TDA TRAN - Bought 1000 (MMAT) @5.4300

1,000 quantity

$5.43 price

-$5,430.00 amount

---

Buy                                                                                           11/01/2021

Trade Details

MMAT

TDA TRAN - Bought 2251 (MMAT) @5.4350

2,251 quantity

$5.435 price

-$12,234.19 amount

---

Buy                                                                 11/01/2021

Trade Details

MMAT

TDA TRAN - Bought ...700 (MMAT) @5.4396

700 quantity

$5.4396 price

-$3,807.72 amount

---

Buy                                                                 11/01/2021

Trade Details

MMAT

TDA TRAN - Bought 3300 (MMAT) @5.4400

3,300 quantity

$5.44 price

-$17,952.00 amount

---

Buy                                                                 11/01/2021

Trade Details

MMAT

TDA TRAN - Bought 6000 (MMAT) @5.4500

6,000 quantity

$5.45 price

-$32,700.00 amount

---

Buy                                                                 11/01/2021

Trade Details

MMAT

TDA TRAN - Bought 1700 (MMAT) @5.4550

1,700 quantity

$5.455 price

-$9,273.50 amount

Buy                                                                                     11/01/2021

Trade Details

MMAT

TDA TRAN - Bought 13300 (MMAT) @5.4600

13,300 quantity

$5.46 price

-$72,618.00 amount

---

Buy                                                                                     11/01/2021

Trade Details

MMAT

TDA TRAN - Bought 3204 (MMAT) @5.4650

3,204 quantity

$5.465 price

-$17,509.86 amount

---

Buy                                                                                     11/01/2021

Trade Details

MMAT

TDA TRAN - Bought ...312 (MMAT) @5.4696

312 quantity

$5.4696 price

-$1,706.52 amount

---

Buy                                                                                     11/01/2021

Trade Details

MMAT

TDA TRAN - Bought 30558 (MMAT) @5.4700

30,558 quantity

$5.47 price

-$167,152.26 amount

---

Buy                                                                                     11/01/2021

Trade Details

MMAT

TDA TRAN - Bought 5800 (MMAT) @5.4750

5,800 quantity

$5.475 price

-$31,755.00 amount

---

Buy                                                                                                    11/01/2021

Trade Details

MMAT

TDA TRAN - Bought 29775 (MMAT) @5.4800

29,775 quantity

$5.48 price

-$163,167.00 amount

---

Sell                                                                                                   11/01/2021

Trade Details

MMAT

TDA TRAN - Sold 81285 (MMAT) @4.8100

81,285 quantity

$4.81 price

$1.99 fees & commissions

$390,978.86 amount

---

Sell                                                                                                   11/01/2021

Trade Details

MMAT

TDA TRAN - Sold 28419 (MMAT) @4.8200

28,419 quantity

$4.82 price

$2.61 fees & commissions

$136,976.97 amount

---

Sell                                                                                                   11/01/2021

Trade Details

MMAT

TDA TRAN - Sold ...800 (MMAT) @4.8250

800 quantity

$4.825 price

$0.06 fees & commissions

$3,859.94 amount

---

Sell                                                    11/01/2021

Trade Details

MMAT

TDA TRAN - Sold 12647 (MMAT) @4.8300

12,647 quantity

$4.83 price

$1.22 fees & commissions

$61,083.79 amount

---

Sell                                                    11/01/2021

Trade Details

MMAT

TDA TRAN - Sold 9379 (MMAT) @4.8400

9,379 quantity

$4.84 price

$1.25 fees & commissions

$45,393.11 amount

---

Sell                                                    11/01/2021

Trade Details

MMAT

TDA TRAN - Sold 9259 (MMAT) @4.8500

9,259 quantity

$4.85 price

$1.33 fees & commissions

$44,904.82 amount

Sell                                                                         11/01/2021

Trade Details

MMAT

TDA TRAN - Sold 6136 (MMAT) @4.8600

6,136 quantity

$4.86 price

$0.88 fees & commissions

$29,820.08 amount

---

Sell                                                                         11/01/2021

Trade Details

MMAT

TDA TRAN - Sold ...200 (MMAT) @4.8650

200 quantity

$4.865 price

$0.03 fees & commissions

$972.97 amount

---

Sell                                                                         11/01/2021

Trade Details

MMAT

TDA TRAN - Sold 1875 (MMAT) @4.8700

1,875 quantity

$4.87 price

$0.27 fees & commissions

$9,130.98 amount

---

Buy                                                                          10/29/2021

Trade Details

MMAT

TDA TRAN - Bought 150000 (MMAT) @4.5000

150,000 quantity

$4.50 price

-$675,000.00 amount

---

Sell                                                                    10/29/2021

Trade Details

MMAT

TDA TRAN - Sold 30058 (MMAT) @4.6200

30,058 quantity

$4.62 price

$0.70 fees & commissions

$138,867.26 amount

---

Sell                                                                    10/29/2021

Trade Details

MMAT

TDA TRAN - Sold 11153 (MMAT) @4.6300

11,153 quantity

$4.63 price

$0.27 fees & commissions

$51,638.12 amount

---

Sell                                                                    10/29/2021

Trade Details

MMAT

TDA TRAN - Sold ...129 (MMAT) @4.6350

129 quantity

$4.635 price

$597.92 amount

---

Sell                                                                    10/29/2021

Trade Details

MMAT

TDA TRAN - Sold 29593 (MMAT) @4.6400

29,593 quantity

$4.64 price

$0.70 fees & commissions

$137,310.82 amount

---

Sell                                                                    10/29/2021

Trade Details

MMAT

TDA TRAN - Sold ...801 (MMAT) @4.6450

801 quantity

$4.645 price

$0.02 fees & commissions

$3,720.63 amount

---

Sell                                                                    10/29/2021

Trade Details

MMAT

TDA TRAN - Sold 14540 (MMAT) @4.6500

14,540 quantity

$4.65 price

$0.36 fees & commissions

$67,610.64 amount

---

Sell                                                                    10/29/2021

Trade Details

MMAT

TDA TRAN - Sold ...200 (MMAT) @4.6550

200 quantity

$4.655 price

$0.01 fees & commissions

$930.99 amount

---

Sell                                                                    10/29/2021

Trade Details

MMAT

TDA TRAN - Sold 6155 (MMAT) @4.6600

6,155 quantity

$4.66 price

$0.62 fees & commissions

$28,681.68 amount

---

Sell                                                                                    10/29/2021

Trade Details

MMAT

TDA TRAN - Sold 1833 (MMAT) @4.6700

1,833 quantity

$4.67 price

$0.26 fees & commissions

$8,559.85 amount

---

Sell                                                                                    10/29/2021

Trade Details

MMAT

TDA TRAN - Sold ...100 (MMAT) @4.6750

100 quantity

$4.675 price

$0.01 fees & commissions

$467.49 amount

---

Sell                                                                                    10/29/2021

Trade Details

MMAT

TDA TRAN - Sold 9732 (MMAT) @4.6800

9,732 quantity

$4.68 price

$1.40 fees & commissions

$45,544.36 amount

---

Sell                                                                                    10/29/2021

Trade Details

MMAT

TDA TRAN - Sold 1207 (MMAT) @4.6900

1,207 quantity

$4.69 price

$0.16 fees & commissions

$5,660.67 amount

---

Sell                                                        10/29/2021

Trade Details

MMAT

TDA TRAN - Sold ...500 (MMAT) @4.6950

500 quantity

$4.695 price

$0.08 fees & commissions

$2,347.42 amount

---

Sell                                                        10/29/2021

Trade Details

MMAT

TDA TRAN - Sold 4948 (MMAT) @4.7000

4,948 quantity

$4.70 price

$0.69 fees & commissions

$23,254.91 amount

---

Sell                                                        10/29/2021

Trade Details

MMAT

TDA TRAN - Sold 8368 (MMAT) @4.7100

8,368 quantity

$4.71 price

$1.21 fees & commissions

$39,412.07 amount

Sell                                                                10/29/2021

Trade Details

MMAT

TDA TRAN - Sold ...986 (MMAT) @4.7200

986 quantity

$4.72 price

$0.14 fees & commissions

$4,653.78 amount

---

Sell                                                                10/29/2021

Trade Details

MMAT

TDA TRAN - Sold 4900 (MMAT) @4.7300

4,900 quantity

$4.73 price

$0.71 fees & commissions

$23,176.29 amount

---

Sell                                                                10/29/2021

Trade Details

MMAT

TDA TRAN - Sold ...100 (MMAT) @4.7350

100 quantity

$4.735 price

$0.01 fees & commissions

$473.49 amount

---

Sell                                                                10/29/2021

Trade Details

MMAT

TDA TRAN - Sold 9500 (MMAT) @4.7400

9,500 quantity

$4.74 price

$1.36 fees & commissions

$45,028.64 amount

---

Sell                                                    10/29/2021

Trade Details

MMAT

TDA TRAN - Sold 3411 (MMAT) @4.7450

3,411 quantity

$4.745 price

$0.48 fees & commissions

$16,184.72 amount

---

Sell                                                    10/29/2021

Trade Details

MMAT

TDA TRAN - Sold ...274 (MMAT) @4.7500

274 quantity

$4.75 price

$0.05 fees & commissions

$1,301.45 amount

---

Sell                                                    10/29/2021

Trade Details

MMAT

TDA TRAN - Sold 12 (MMAT) @4.7550

12 quantity

$4.755 price

$57.06 amount

---

Buy                                                     10/19/2021

Trade Details

MMAT

TDA TRAN - Bought 138500 (MMAT) @4.7700

138,500 quantity

$4.77 price

-$660,645.00 amount

---

Sell                                                                    10/18/2021

Trade Details

MMAT

TDA TRAN - Sold 50852 (MMAT) @4.8700

50,852 quantity

$4.87 price

$1.27 fees & commissions

$247,647.97 amount

---

Sell                                                                    10/18/2021

Trade Details

MMAT

TDA TRAN - Sold ...700 (MMAT) @4.8710

700 quantity

$4.871 price

$0.03 fees & commissions

$3,409.67 amount

---

Sell                                                                    10/18/2021

Trade Details

MMAT

TDA TRAN - Sold 1041 (MMAT) @4.8725

1,041 quantity

$4.8725 price

$0.02 fees & commissions

$5,072.25 amount

---

Sell                                                                    10/18/2021

Trade Details

MMAT

TDA TRAN - Sold ...400 (MMAT) @4.8750

400 quantity

$4.875 price

$1,950.00 amount

---

Sell                                                                                    10/18/2021

Trade Details

MMAT

TDA TRAN - Sold 28121 (MMAT) @4.8800

28,121 quantity

$4.88 price

$0.70 fees & commissions

$137,229.78 amount

---

Sell                                                                                    10/18/2021

Trade Details

MMAT

TDA TRAN - Sold ...700 (MMAT) @4.8810

700 quantity

$4.881 price

$0.02 fees & commissions

$3,416.68 amount

---

Sell                                                                                    10/18/2021

Trade Details

MMAT

TDA TRAN - Sold 47486 (MMAT) @4.8900

47,486 quantity

$4.89 price

$6.69 fees & commissions

$232,199.85 amount

---

Sell                                                                                    10/18/2021

Trade Details

MMAT

TDA TRAN - Sold 3500 (MMAT) @4.8910

3,500 quantity

$4.891 price

$0.51 fees & commissions

$17,117.99 amount

---

Sell                                                          10/18/2021

Trade Details

MMAT

TDA TRAN - Sold ...100 (MMAT) @4.8950

100 quantity

$4.895 price

$0.02 fees & commissions

$489.48 amount

---

Buy                                                          09/29/2021

Trade Details

MMAT

TDA TRAN - Bought 50 (MMAT) @6.0500

50 quantity

$6.05 price

-$302.50 amount

---

Buy                                                          09/29/2021

Trade Details

MMAT

TDA TRAN - Bought 3550 (MMAT) @6.1800

3,550 quantity

$6.18 price

-$21,939.00 amount

---

Buy                                                          09/29/2021

Trade Details

MMAT

TDA TRAN - Bought ...516 (MMAT) @6.3250

516 quantity

$6.325 price

-$3,263.70 amount

---

Buy                                                                                      09/29/2021

Trade Details

MMAT

TDA TRAN - Bought ...300 (MMAT) @6.3290

300 quantity

$6.329 price

-$1,898.70 amount

---

Buy                                                                                      09/29/2021

Trade Details

MMAT

TDA TRAN - Bought 8885 (MMAT) @6.3300

8,885 quantity

$6.33 price

-$56,242.05 amount

---

Buy                                                                                      09/29/2021

Trade Details

MMAT

TDA TRAN - Bought 119599 (MMAT) @6.3400

119,599 quantity

$6.34 price

-$758,257.66 amount

---

Sell                                                                                     09/28/2021

Trade Details

MMAT

TDA TRAN - Sold 52197 (MMAT) @6.1800

52,197 quantity

$6.18 price

$1.65 fees & commissions

$322,575.81 amount

---

Sell                                                                                    09/28/2021

Trade Details

MMAT

TDA TRAN - Sold 11800 (MMAT) @6.1900

11,800 quantity

$6.19 price

$0.37 fees & commissions

$73,041.63 amount

---

Sell                                                                                    09/28/2021

Trade Details

MMAT

TDA TRAN - Sold 5751 (MMAT) @6.2000

5,751 quantity

$6.20 price

$0.18 fees & commissions

$35,656.02 amount

---

Sell                                                                                    09/28/2021

Trade Details

MMAT

TDA TRAN - Sold ...200 (MMAT) @6.2001

200 quantity

$6.2001 price

$0.01 fees & commissions

$1,240.01 amount

---

Sell                                                                                    09/28/2021

Trade Details

MMAT

TDA TRAN - Sold 14100 (MMAT) @6.2100

14,100 quantity

$6.21 price

$0.45 fees & commissions

$87,560.55 amount

---

Sell                                                                            09/28/2021

Trade Details

MMAT

TDA TRAN - Sold 22782 (MMAT) @6.2200

22,782 quantity

$6.22 price

$3.24 fees & commissions

$141,700.80 amount

---

Sell                                                                            09/28/2021

Trade Details

MMAT

TDA TRAN - Sold 3100 (MMAT) @6.2201

3,100 quantity

$6.2201 price

$0.47 fees & commissions

$19,281.84 amount

---

Sell                                                                            09/28/2021

Trade Details

MMAT

TDA TRAN - Sold ...200 (MMAT) @6.2250

200 quantity

$6.225 price

$0.04 fees & commissions

$1,244.96 amount

---

Sell                                                                            09/28/2021

Trade Details

MMAT

TDA TRAN - Sold 9170 (MMAT) @6.2300

9,170 quantity

$6.23 price

$1.39 fees & commissions

$57,127.71 amount

---

Sell                                                                            09/28/2021

Trade Details

MMAT

TDA TRAN - Sold ...200 (MMAT) @6.2302

200 quantity

$6.2302 price

$0.03 fees & commissions

$1,246.01 amount

---

Sell                                                                            09/28/2021

Trade Details

MMAT

TDA TRAN - Sold 9300 (MMAT) @6.2400

9,300 quantity

$6.24 price

$1.40 fees & commissions

$58,030.60 amount

---

Sell                                                                            09/28/2021

Trade Details

MMAT

TDA TRAN - Sold 6700 (MMAT) @6.2500

6,700 quantity

$6.25 price

$1.01 fees & commissions

$41,873.99 amount

Buy                                                                                       09/28/2021

Trade Details

MMAT

TDA TRAN - Bought 6500 (MMAT) @6.2000

6,500 quantity

$6.20 price

-$40,300.00 amount

---

Buy                                                                                       09/27/2021

Trade Details

MMAT

TDA TRAN - Bought 29375 (MMAT) @6.1000

29,375 quantity

$6.10 price

-$179,187.50 amount

---

Buy                                                                                       09/27/2021

Trade Details

MMAT

TDA TRAN - Bought 99625 (MMAT) @6.1100

99,625 quantity

$6.11 price

-$608,708.75 amount

---

Sell                                                                                      09/27/2021

Trade Details

MMAT

TDA TRAN - Sold 139010 (MMAT) @5.5000

139,010 quantity

$5.50 price

$8.96 fees & commissions

$764,546.04 amount

---

Sell                                                                                      09/27/2021

Trade Details

MMAT

TDA TRAN - Sold 6990 (MMAT) @5.5100

6,990 quantity

$5.51 price

$1.03 fees & commissions

$38,513.87 amount

---

Sell                                                                    09/27/2021

Trade Details

MMAT

TDA TRAN - Sold ...400 (MMAT) @5.5150

400 quantity

$5.515 price

$0.06 fees & commissions

$2,205.94 amount

---

Sell                                                                    09/27/2021

Trade Details

MMAT

TDA TRAN - Sold ...100 (MMAT) @5.5200

100 quantity

$5.52 price

$0.01 fees & commissions

$551.99 amount

---

Buy                                                                     09/14/2021

Trade Details

MMAT

TDA TRAN - Bought 146500 (MMAT) @5.2500

146,500 quantity

$5.25 price

-$769,125.00 amount

Sell                                                                    09/14/2021

Trade Details

MMAT

TDA TRAN - Sold 142760 (MMAT) @5.5000

142,760 quantity

$5.50 price

$9.95 fees & commissions

$785,170.05 amount

---

Sell                                                                    09/13/2021

Trade Details

MMAT

TDA TRAN - Sold 7240 (MMAT) @5.3202

7,240 quantity

$5.3202 price

$1.06 fees & commissions

$38,517.19 amount

---

Buy                                                                     09/10/2021

Trade Details

MMAT

TDA TRAN - Bought 150000 (MMAT) @5.3500

150,000 quantity

$5.35 price

-$802,500.00 amount

---

Sell                                                                    09/10/2021

Trade Details

MMAT

TDA TRAN - Sold 62173 (MMAT) @5.3000

62,173 quantity

$5.30 price

$1.69 fees & commissions

$329,515.21 amount

---

Sell                                                          09/10/2021

Trade Details

MMAT

TDA TRAN - Sold ...400 (MMAT) @5.3010

400 quantity

$5.301 price

$0.01 fees & commissions

$2,120.39 amount

---

Sell                                                          09/10/2021

Trade Details

MMAT

TDA TRAN - Sold 11509 (MMAT) @5.3100

11,509 quantity

$5.31 price

$0.30 fees & commissions

$61,112.49 amount

---

Sell                                                          09/10/2021

Trade Details

MMAT

TDA TRAN - Sold 21500 (MMAT) @5.3105

21,500 quantity

$5.3105 price

$0.58 fees & commissions

$114,175.17 amount

---

Sell                                                          09/10/2021

Trade Details

MMAT

TDA TRAN - Sold 1500 (MMAT) @5.3110

1,500 quantity

$5.311 price

$0.05 fees & commissions

$7,966.45 amount

---

Sell                                                                          09/10/2021

Trade Details

MMAT

TDA TRAN - Sold ...200 (MMAT) @5.3150

200 quantity

$5.315 price

$0.01 fees & commissions

$1,062.99 amount

---

Sell                                                                          09/10/2021

Trade Details

MMAT

TDA TRAN - Sold 9036 (MMAT) @5.3200

9,036 quantity

$5.32 price

$0.99 fees & commissions

$48,070.53 amount

---

Sell                                                                          09/10/2021

Trade Details

MMAT

TDA TRAN - Sold ...900 (MMAT) @5.3210

900 quantity

$5.321 price

$0.14 fees & commissions

$4,788.76 amount

---

Sell                                                                          09/10/2021

Trade Details

MMAT

TDA TRAN - Sold ...300 (MMAT) @5.3250

300 quantity

$5.325 price

$0.03 fees & commissions

$1,597.47 amount

---

Sell                                                                    09/10/2021

Trade Details

MMAT

TDA TRAN - Sold 19245 (MMAT) @5.3300

19,245 quantity

$5.33 price

$2.80 fees & commissions

$102,573.05 amount

---

Sell                                                                    09/10/2021

Trade Details

MMAT

TDA TRAN - Sold ...200 (MMAT) @5.3350

200 quantity

$5.335 price

$0.05 fees & commissions

$1,066.95 amount

---

Sell                                                                    09/10/2021

Trade Details

MMAT

TDA TRAN - Sold 22634 (MMAT) @5.3400

22,634 quantity

$5.34 price

$3.31 fees & commissions

$120,862.25 amount

---

Sell                                                                    09/10/2021

Trade Details

MMAT

TDA TRAN - Sold ...300 (MMAT) @5.3410

300 quantity

$5.341 price

$0.05 fees & commissions

$1,602.25 amount

---

Sell                                                                    09/10/2021

Trade Details

MMAT

TDA TRAN - Sold 3 (MMAT) @5.3414

3 quantity

$5.3414 price

$16.02 amount

---

Sell                                                                    09/10/2021

Trade Details

MMAT

TDA TRAN - Sold ...100 (MMAT) @5.3450

100 quantity

$5.345 price

$0.01 fees & commissions

$534.49 amount

---

Buy                                                                     09/07/2021

Trade Details

MMAT

TDA TRAN - Bought 18200 (MMAT) @5.4900

18,200 quantity

$5.49 price

-$99,918.00 amount

---

Buy                                                                     09/07/2021

Trade Details

MMAT

TDA TRAN - Bought 29800 (MMAT) @5.5000

29,800 quantity

$5.50 price

-$163,900.00 amount

---

Buy                                                                    09/02/2021

Trade Details

MMAT

TDA TRAN - Bought ...200 (MMAT) @5.2798

200 quantity

$5.2798 price

-$1,055.96 amount

---

Buy                                                                    09/02/2021

Trade Details

MMAT

TDA TRAN - Bought 101800 (MMAT) @5.2800

101,800 quantity

$5.28 price

-$537,504.00 amount

---

Sell                                                                   09/02/2021

Trade Details

MMAT

TDA TRAN - Sold 90872 (MMAT) @5.0500

90,872 quantity

$5.05 price

$6.97 fees & commissions

$458,896.63 amount

---

Sell                                                                   09/02/2021

Trade Details

MMAT

TDA TRAN - Sold 11128 (MMAT) @5.0600

11,128 quantity

$5.06 price

$1.61 fees & commissions

$56,306.07 amount

---

Sell                                                                08/30/2021

Trade Details

MMAT

TDA TRAN - Sold 57241 (MMAT) @4.9600

57,241 quantity

$4.96 price

$7.40 fees & commissions

$283,907.96 amount

---

Buy                                                                 08/30/2021

Trade Details

MMAT

TDA TRAN - Bought 102000 (MMAT) @4.5000

102,000 quantity

$4.50 price

-$459,000.00 amount

---

Sell                                                                08/30/2021

Trade Details

MMAT

TDA TRAN - Sold 89963 (MMAT) @4.8500

89,963 quantity

$4.85 price

$6.73 fees & commissions

$436,313.82 amount

---

Sell                                                                08/30/2021

Trade Details

MMAT

TDA TRAN - Sold 12 (MMAT) @4.8550

12 quantity

$4.855 price

$58.26 amount

---

Sell                                                                                          08/30/2021

Trade Details

MMAT

TDA TRAN - Sold ...100 (MMAT) @4.8599

100 quantity

$4.8599 price

$0.01 fees & commissions

$485.98 amount

---

Sell                                                                                          08/30/2021

Trade Details

MMAT

TDA TRAN - Sold 3308 (MMAT) @4.8600

3,308 quantity

$4.86 price

$0.49 fees & commissions

$16,076.39 amount

---

Sell                                                                                          08/30/2021

Trade Details

MMAT

TDA TRAN - Sold 8616 (MMAT) @4.8650

8,616 quantity

$4.865 price

$1.24 fees & commissions

$41,915.60 amount

Sell                                                                                  08/30/2021

Trade Details

MMAT

TDA TRAN - Sold 1 (MMAT) @4.8700

1 quantity

$4.87 price

$4.87 amount

---

Sell                                                                                  08/27/2021

Trade Details

MMAT

TDA TRAN - Sold 44759 (MMAT) @4.2000

44,759 quantity

$4.20 price

$6.29 fees & commissions

$187,981.51 amount

---

Buy                                                                                   08/27/2021

Trade Details

MMAT

TDA TRAN - Bought 2900 (MMAT) @4.1150

2,900 quantity

$4.115 price

-$11,933.50 amount

---

Buy                                                                                   08/27/2021

Trade Details

MMAT

TDA TRAN - Bought 99100 (MMAT) @4.1200

99,100 quantity

$4.12 price

-$408,292.00 amount

---

Buy                                                                                   08/23/2021

Trade Details

MMAT

TDA TRAN - Bought 102000 (MMAT) @3.2500

102,000 quantity

$3.25 price

-$331,500.00 amount

---

Sell                                                                                    08/11/2021

Trade Details

MMAT

TDA TRAN - Sold 67168 (MMAT) @3.4200

67,168 quantity

$3.42 price

$2.97 fees & commissions

$229,711.59 amount

---

Sell                                                                                    08/11/2021

Trade Details

MMAT

TDA TRAN - Sold 11226 (MMAT) @3.4300

11,226 quantity

$3.43 price

$1.53 fees & commissions

$38,503.65 amount

---

Sell                                                                                    08/11/2021

Trade Details

MMAT

TDA TRAN - Sold 1100 (MMAT) @3.4350

1,100 quantity

$3.435 price

$0.17 fees & commissions

$3,778.33 amount

Sell                                                                           08/11/2021

Trade Details

MMAT

TDA TRAN - Sold 9105 (MMAT) @3.4400

9,105 quantity

$3.44 price

$1.23 fees & commissions

$31,319.97 amount

---

Sell                                                                           08/11/2021

Trade Details

MMAT

TDA TRAN - Sold ...100 (MMAT) @3.4450

100 quantity

$3.445 price

$0.02 fees & commissions

$344.48 amount

---

Sell                                                                           08/11/2021

Trade Details

MMAT

TDA TRAN - Sold 13301 (MMAT) @3.4500

13,301 quantity

$3.45 price

$1.81 fees & commissions

$45,886.64 amount

---

Journaled Shares                                                               08/05/2021

MMAT

TDA TRAN - INTERNAL TRANSFER BETWEEN ACCOUNTS OR ACCOUNT TYPES (MMAT)

102,000 quantity

---

Journaled Shares                                                               08/05/2021

MMAT

TDA TRAN - INTERNAL TRANSFER BETWEEN ACCOUNTS OR ACCOUNT TYPES (MMAT)

-102,000 quantity

---

Buy                                                                              07/28/2021

Trade Details

MMAT

TDA TRAN - Bought 80000 (MMAT) @3.3500

80,000 quantity

$3.35 price

-$268,000.00 amount

---

Buy                                                                              07/22/2021

Trade Details

MMAT

TDA TRAN - Bought 22000 (MMAT) @3.7100

22,000 quantity

$3.71 price

-$81,620.00 amount

---

Sell                                                                             07/21/2021

Trade Details

MMAT

TDA TRAN - Sold 68072 (MMAT) @3.9700

68,072 quantity

$3.97 price

$6.51 fees & commissions

$270,239.33 amount

---

Sell                                                                             07/21/2021

Trade Details

MMAT

TDA TRAN - Sold 5478 (MMAT) @3.9800

5,478 quantity

$3.98 price

$0.76 fees & commissions

$21,801.68 amount

---

Sell                                                                                     07/21/2021

Trade Details

MMAT

TDA TRAN - Sold ...100 (MMAT) @4.0000

100 quantity

$4.00 price

$0.01 fees & commissions

$399.99 amount

---

Sell                                                                                     07/21/2021

Trade Details

MMAT

TDA TRAN - Sold 1350 (MMAT) @4.0100

1,350 quantity

$4.01 price

$0.19 fees & commissions

$5,413.31 amount

---

Buy                                                                                      07/21/2021

Trade Details

MMAT

TDA TRAN - Bought 75000 (MMAT) @3.7500

75,000 quantity

$3.75 price

-$281,250.00 amount

---

Sell                                                                                     07/07/2021

Trade Details

MMAT

TDA TRAN - Sold 50924 (MMAT) @6.9500

50,924 quantity

$6.95 price

$7.76 fees & commissions

$353,914.04 amount

---

Buy                                                                    07/06/2021

Trade Details

MMAT

TDA TRAN - Bought ...100 (MMAT) @7.2450

100 quantity

$7.245 price

-$724.50 amount

---

Buy                                                                    07/06/2021

Trade Details

MMAT

TDA TRAN - Bought 50824 (MMAT) @7.2500

50,824 quantity

$7.25 price

-$368,474.00 amount

---

Sell                                                                   07/06/2021

Trade Details

MMAT

TDA TRAN - Sold 50224 (MMAT) @7.4000

50,224 quantity

$7.40 price

$7.77 fees & commissions

$371,649.83 amount

---

Sell                                                                   07/06/2021

Trade Details

MMAT

TDA TRAN - Sold ...100 (MMAT) @7.4005

100 quantity

$7.4005 price

$0.01 fees & commissions

$740.04 amount

---

Sell                                                                                      07/06/2021

Trade Details

MMAT

TDA TRAN - Sold ...100 (MMAT) @7.4007

100 quantity

$7.4007 price

$0.01 fees & commissions

$740.06 amount

---

Sell                                                                                      07/06/2021

Trade Details

MMAT

TDA TRAN - Sold ...100 (MMAT) @7.4009

100 quantity

$7.4009 price

$0.02 fees & commissions

$740.07 amount

---

Sell                                                                                      07/06/2021

Trade Details

MMAT

TDA TRAN - Sold ...300 (MMAT) @7.4010

300 quantity

$7.401 price

$0.04 fees & commissions

$2,220.26 amount

---

Sell                                                                                      07/06/2021

Trade Details

MMAT

TDA TRAN - Sold ...100 (MMAT) @7.4014

100 quantity

$7.4014 price

$0.02 fees & commissions

$740.12 amount

---

Page Total: **$231,489.07**

1    2    Next

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

Today's Date: 06:19 PM ET, 12/16/2024

*Own your tomorrow*

Check the background of Charles Schwab or one of its investment professionals on FINRA'S BrokerCheck ☑.

**Investment and Insurance Products Are: Not FDIC Insured • Not Insured by Any Federal Government Agency • Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or any of its Affiliates • Subject to Investment Risks, Including Possible Loss of Principal Amount Invested**

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC ☑), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products.

This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents ☑, Charles Schwab Hong Kong clients ☑, Charles Schwab UK clients ☑.

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC ☑. Unauthorized access is prohibited. Usage will be monitored.