NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: **META MATERIALS, INC**

Case Number: **24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number:

RECEIVED AND FILED
DEC 18 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
**52321913**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   QUESTRADE, INC. [5700 YONGE STREET, UNIT G1 - GROUND FLOOR TORONTO ON M2M 4K2 ]
   Telephone Number: 416-227-9876

3. Date Equity Interest was acquired:
   **06/29/2021**

4. Total amount of member interest: **55 SHARES FOR $2,131.98**

5. Certificate number(s): **SEE ATTACHED DOCUMENTATION**

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: **INVESTOR**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☐ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **ANNETTE BENARD**
Title: **INDIVIDUAL**
Company:___ Address and telephone number (if different from notice address above):

(Signature)   (Date)

Telephone number: **1-306-961-9719**   email: **ABENARD@SASKTEL.NET**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

RECEIVED AND FILED
DEC 18 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

PROOF OF INTEREST SUPPLEMENTAL INFORMATION:
CASE: 24-50792, META MATERIALS, INC.

For: Annette Benard

BROKER: Questrade, Inc
ACCT #: 52321913
TRANSACTIONS [Pre-Reverse Split]:

| Date | Type | Shares | Price | Amount |
|---|---|---|---|---|
| 29-06-2021 | Result of Name Change | 130.00 | $nil/share | [$nil invested] |
| 02-08-2021 | Purchased | 22.00 | $3.53/share | [$77.66 invested] |
| 12-08-2021 | Purchased | 29.00 | $3.60/share | [$104.40 invested] |
| 16-11-2021 | Purchased | 21.00 | $4.77/share | [$100.16 invested] |
| 01-12-2021 | Purchased | 48.00 | $3.81/share | [$182.86 invested] |
| 13-01-2022 | Transfer | 10.00 | $2.41/share | [$24.08 transferred] |
| 21-10-2022 | Purchased | 213.00 | $0.82/share | [$174.81 invested] |
| 22-11-2022 | Purchased | 50.00 | $1.61/share | [$80.50 invested] |
| 28-11-2022 | Purchased | 48.00 | $1.82/share | [$87.26 invested] |
| 05-12-2022 | Purchased | 15.00 | $1.82/share | [$27.30 invested] |
| 08-12-2022 | Purchased | 75.00 | $1.67/share | [$125.25 invested] |
| 09-12-2022 | Purchased | 15.00 | $2.05/share | [$30.75 invested] |
| 25-10-2022 | Transfer | 45.00 | $2.19/share | [$98.71 transferred] |
| 12-12-2022 | Purchased | 30.00 | $1.85/share | [$55.37 invested] |
| 13-12-2022 | Purchased | 31.00 | $1.39/share | [$43.01 invested] |
| 18-04-2023 | Purchased | 675.00 | $0.22/share | [$150.53 invested] |
| 11-05-2023 | Transfer | 2.00 | $1.43/share | [$2.85 transferred] |
| 11-05-2023 | Transfer | 1.00 | $1.43/share | [$1.43 transferred] |
| 16-06-2023 | Purchased | 450.00 | $0.23/share | [$101.25 invested] |
| 26-06-2023 | Purchased | 1000.00 | $0.19/share | [$193.30 invested] |
| 27-06-2023 | Purchased | 1000.00 | $0.19/share | [$190.00 invested] |
| 11-07-2023 | Purchased | 1500.00 | $0.19/share | [$280.50 invested] |

TOTAL SHARES HELD PRE-REVERSE SPLIT: 5,410 shares [55 SHARES POST REVERSE SPLIT]
TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $2,131.98

TRANSACTIONS [Post-Reverse Split 1/100]:
**TOTAL SHARES HELD POST-REVERSE SPLIT: 55 shares**
**TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $2,131.98**

**See Transaction documentation attached.

# QUESTRADE®

5700 Yonge Street, Unit G1, Ground Floor, Toronto, ON M2M 4K2
Phone: 416.227.9876  Web: questrade.com

**TRADE CONFIRMATION REPORT**

Account #: 52321913  Dealer: Questrade, Inc.  Type: TFSA
Client: Annette Benard
Order execution only account

## Summary

| Stocks and Options | Canadian securities | U.S. securities |
|---|---|---|
| Purchase | 0.00 | (2,004.91) |
| Sales | 0.00 | 0.00 |
| **Total gross** | **0.00** | **(2,004.91)** |
| Commission | 0.00 | (55.00) |
| Sec fees | 0.00 | 0.00 |
| Interest amount | 0.00 | 0.00 |
| **Total fees** | **0.00** | **(55.00)** |
| **Total amount** | **0.00** | **(2,059.91)** |



CIPF / FCPE
MEMBER / MEMBRE

IIROC
REGULATED BY
Investment Industry
Regulatory Organization
of Canada

OCRCVM
RÉGLEMENTÉ PAR
Organisme canadien de
réglementation du commerce
des valeurs mobilières

Report generated on 10:33:53 AM 12.13.2024

TRADE CONFIRMATION REPORT   1 of 7

# QUESTRADE®

5700 Yonge Street, Unit G1 - Ground Floor, Toronto, ON M2M 4K2
Phone: 416.227.9876   Web: questrade.com

**TRADE CONFIRMATION REPORT**

| | |
|---|---|
| Account #: | 52321913 |
| Client: | Annette Benard |
| | Order execution only account |
| Dealer: | Questrade, Inc. |
| Type: | TFSA |

## U.S. stocks and options - Account 5232191311

| Trade Date | Settlement date | Trade # | Action | Quantity | Symbol | T B | EX | Price (USD) | Gross amount (USD) | Comm (USD) | SEC fees (USD) | Interest amount (USD) | Net amount (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29-07-21 | 02-08-21 | 15ADB6 | Buy | 22 | MMAT | A | NY | 3.53 | (77.66) | (0.22) | 0.00 | 0.00 | (77.88) |

**Description** META MATLS INC, COMMON STOCK

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-08-21 | 12-08-21 | 24C472 | Buy | 29 | MMAT | A | NY | 3.60 | (104.40) | (4.95) | 0.00 | 0.00 | (109.35) |

**Description** META MATLS INC, COMMON STOCK

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-11-21 | 16-11-21 | 9B0228 | Buy | 21 | MMAT | A | NY | 4.769 | (100.16) | (0.21) | 0.00 | 0.00 | (100.37) |

**Description** META MATLS INC, COMMON STOCK

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29-11-21 | 01-12-21 | B06272 | Buy | 48 | MMAT | A | NY | 3.809 | (182.86) | (0.48) | 0.00 | 0.00 | (183.34) |

**Description** META MATLS INC, COMMON STOCK, AVG PRICE - ASK US FOR DETAILS

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19-10-22 | 21-10-22 | 47AE62 | Buy | 213 | MMAT | A | NY | .821 | (174.81) | (4.95) | 0.00 | 0.00 | (179.76) |

**Description** META MATLS INC, COMMON STOCK, AVG PRICE - ASK US FOR DETAILS

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-11-22 | 22-11-22 | 6D7367 | Buy | 50 | MMAT | A | NY | 1.61 | (80.50) | (0.50) | 0.00 | 0.00 | (81.00) |

**Description** META MATLS INC, COMMON STOCK, AVG PRICE - ASK US FOR DETAILS

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-11-22 | 28-11-22 | 73BC9E | Buy | 48 | MMAT | A | NY | 1.818 | (87.26) | (0.48) | 0.00 | 0.00 | (87.74) |

**Description** META MATLS INC, COMMON STOCK, AVG PRICE - ASK US FOR DETAILS

Report generated on 10:33:53 AM 12.13.2024

TRADE CONFIRMATION REPORT     2 of 7

# QUESTRADE®

5700 Yonge Street, Unit G1 - Ground Floor, Toronto, ON M2M 4K2
Phone: 416.227.9876   Web: questrade.com

**TRADE CONFIRMATION REPORT**

| | | |
|---|---|---|
| Account #: 52321913 | Dealer: Questrade, Inc. | Type: TFSA |
| Client: Annette Benard | | |
| Order execution only account | | |

| Trade Date | Settlement date | Trade # | Action | Quantity | Symbol | T B | EX | Price (USD) | Gross amount (USD) | Comm (USD) | SEC fees (USD) | Interest amount (USD) | Net amount (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-12-22 | 05-12-22 | 7DCE86 | Buy | 15 | MMAT | A | NY | 1.82 | (27.30) | (0.15) | 0.00 | 0.00 | (27.45) |
| Description | META MATLS INC, COMMON STOCK | | | | | | | | | | | | |
| 06-12-22 | 08-12-22 | 8417DE | Buy | 75 | MMAT | A | NY | 1.67 | (125.25) | (0.75) | 0.00 | 0.00 | (126.00) |
| Description | META MATLS INC, COMMON STOCK, AVG PRICE - ASK US FOR DETAILS | | | | | | | | | | | | |
| 07-12-22 | 09-12-22 | 855B35 | Buy | 15 | MMAT | A | NY | 2.05 | (30.75) | (0.15) | 0.00 | 0.00 | (30.90) |
| Description | META MATLS INC, COMMON STOCK | | | | | | | | | | | | |
| 08-12-22 | 12-12-22 | 869B92 | Buy | 30 | MMAT | A | NY | 1.846 | (55.37) | (0.30) | 0.00 | 0.00 | (55.67) |
| Description | META MATLS INC, COMMON STOCK, AVG PRICE - ASK US FOR DETAILS | | | | | | | | | | | | |
| 09-12-22 | 13-12-22 | 87DB62 | Buy | 31 | MMAT | A | NY | 1.387 | (43.01) | (0.31) | 0.00 | 0.00 | (43.32) |
| Description | META MATLS INC, COMMON STOCK, AVG PRICE - ASK US FOR DETAILS | | | | | | | | | | | | |
| 14-04-23 | 18-04-23 | 263E24 | Buy | 675 | MMAT | A | NY | .223 | (150.53) | (6.75) | 0.00 | 0.00 | (157.28) |
| Description | META MATLS INC, COMMON STOCK | | | | | | | | | | | | |
| 14-06-23 | 16-06-23 | 72EB0E | Buy | 450 | MMAT | A | NY | .225 | (101.25) | (4.95) | 0.00 | 0.00 | (106.20) |
| Description | META MATLS INC, COMMON STOCK, AVG PRICE - ASK US FOR DETAILS | | | | | | | | | | | | |

# TRADE CONFIRMATION REPORT

**Questrade®**

5700 Yonge Street, Unit G1 - Ground Floor, Toronto, ON M2M 4K2
Phone: 416.227.9876    Web: questrade.com

**Dealer:** Questrade, Inc.    **Type:** TFSA
**Account #:** 52321913
**Client:** Annette Benard
Order execution only account

| Trade Date | Settlement date | Trade # | Action | Quantity | Symbol | T B | EX | Price (USD) | Gross amount (USD) | Comm (USD) | SEC fees (USD) | Interest amount (USD) | Net amount (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22-06-23 | 26-06-23 | 7CF8FF | Buy | 1,000 | MMAT | A | NY | .193 | (193.30) | (9.95) | 0.00 | 0.00 | (203.25) |

**Description** META MATLS INC, COMMON STOCK, AVG PRICE - ASK US FOR DETAILS

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-06-23 | 27-06-23 | 7E4220 | Buy | 1,000 | MMAT | A | NY | .19 | (190.00) | (9.95) | 0.00 | 0.00 | (199.95) |

**Description** META MATLS INC, COMMON STOCK, AVG PRICE - ASK US FOR DETAILS

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-07-23 | 11-07-23 | 8FD684 | Buy | 1,500 | MMAT | A | NY | .187 | (280.50) | (9.95) | 0.00 | 0.00 | (290.45) |

**Description** META MATLS INC, COMMON STOCK, AVG PRICE - ASK US FOR DETAILS

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Totals | | (2,004.91) | (55.00) | 0.00 | 0.00 | (2,059.91) |

ADDITIONAL INFO:

- JUNE 29, 2021 RESULT TO A NAME CHANGE RECEIVED 130 SHARES OF MMAT
- JANUARY 13, 2022 THE 10 SHARES IN ACCOUNT 27815853 WERE TRANSFERED TO ACCOUNT 52321913
- OCTOBER 25, 2022 THE 45 SHARES IN ACCOUNT 27815853 WERE TRANSFERED TO ACCOUNT 52321913
- MAY 11, 2023 THE 2 SHARES IN ACCOUNT 27815853 WERE TRANSFERED TO ACCOUNT 52321913
- MAY 11, 2023 THE 1 SHARE IN ACCOUNT 28020481 WAS TRANSFERED TO ACCOUNT 52321913

TOTAL # OF SHARES BEFORE THE REVERSE 1:100 IN ACCOUNT 52321913 WAS 5,410 SHARES

TOTAL # OF SHARES AFTER THE REVERSE 1:100 WAS 55

Report generated on 10:33:53 AM 12.13.2024

Case 24-50792-hlb    Doc 1259    Entered 12/20/24 13:11:58    Page 7 of 14





PROOF OF INTEREST SUPPLEMENTAL INFORMATION:
CASE: 24-50792, META MATERIALS, INC.

For: Annette Benard

BROKER: Questrade, Inc
ACCT #: 27815853
TRANSACTIONS [Pre-Reverse Split]:

| Date | Action | Shares | Price | Amount |
|---|---|---|---|---|
| 11-01-2022 | Purchased | 10.00 | $2.41/share | [$24.08 invested] |
| 01-12-2021 | Purchased | 35.00 | $2.21/share | [$77.31 invested] |
| 13-01-2022 | Transfer | -10.00 | $2.41/share | [-$24.08 transferred] |
| 19-01-2022 | Purchased | 10.00 | $2.14/share | [$21.40 invested] |
| 25-10-2022 | Transfer | -45.00 | $2.19/share | [-$98.71 transferred] |
| 13-12-2022 | Purchased | 2.00 | $1.43/share | [$2.85 invested] |
| 11-05-2023 | Transfer | -2.00 | $1.43/share | [-$2.85 transferred] |

TOTAL SHARES HELD PRE-REVERSE SPLIT: 0 shares [0 SHARES POST REVERSE SPLIT]
TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $nil

TRANSACTIONS [Post-Reverse Split 1/100]:
**TOTAL SHARES HELD POST-REVERSE SPLIT: 0 shares**
**TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $nil**

**See Transaction documentation attached.

# QUESTRADE®

5700 Yonge Street, Unit G1, Ground Floor, Toronto, ON M2M 4K2
Phone: 416.227.9876   Web: questrade.com

**TRADE CONFIRMATION REPORT**

| | |
|---|---|
| Account #: | 27815853 |
| Client: | Annette Benard |
| | Order execution only account |
| Dealer: | Questrade, Inc. |
| Type: | margin |

## Summary

### Stocks and Options

| | Canadian securities | U.S. securities |
|---|---|---|
| Purchase | 0.00 | (125.64) |
| Sales | 0.00 | 0.00 |
| **Total gross** | **0.00** | **(125.64)** |
| Commission | 0.00 | (0.57) |
| Sec fees | 0.00 | 0.00 |
| Interest amount | 0.00 | 0.00 |
| **Total fees** | **0.00** | **(0.57)** |
| **Total amount** | **0.00** | **(126.21)** |

CIPF / FCPE
MEMBER / MEMBRE

IIROC — REGULATED BY Investment Industry Regulatory Organization of Canada

OCRCVM — RÉGLEMENTÉ PAR Organisme canadien de réglementation du commerce des valeurs mobilières

Report generated on 11:09:30 AM 12.13.2024

TRADE CONFIRMATION REPORT    1 of 5

# QUESTRADE®

5700 Yonge Street, Unit G1 - Ground Floor, Toronto, ON M2M 4K2
Phone: 416.227.9876   Web: questrade.com

**TRADE CONFIRMATION REPORT**

| Account #: | 27815853 | **Dealer:** | Questrade, Inc. | **Type:** | margin |
|---|---|---|---|---|---|
| Client: | Annette Benard | | | | |
| Order execution only account | | | | | |

## U.S. stocks and options - Account 2781585324

| Trade Date | Settlement date | Trade # | Action | Quantity | Symbol | T B | EX | Price (USD) | Gross amount (USD) | Comm (USD) | SEC fees (USD) | Interest amount (USD) | Net amount (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-01-22 | 11-01-22 | E168E0 | Buy | 10 | MMAT | A | NY | 2.408 | (24.08) | (0.10) | 0.00 | 0.00 | (24.18) |
| **Description** | META MATLS INC, COMMON STOCK | | | | | | | | | | | | |
| 10-01-22 | 12-01-22 | E52F6A | Buy | 35 | MMAT | A | NY | 2.209 | (77.31) | (0.35) | 0.00 | 0.00 | (77.66) |
| **Description** | META MATLS INC, COMMON STOCK, AVG PRICE - ASK US FOR DETAILS | | | | | | | | | | | | |
| 14-01-22 | 19-01-22 | EA35DF | Buy | 10 | MMAT | A | NY | 2.14 | (21.40) | (0.10) | 0.00 | 0.00 | (21.50) |
| **Description** | META MATLS INC, COMMON STOCK | | | | | | | | | | | | |
| 09-12-22 | 13-12-22 | 87DB4B | Buy | 2 | MMAT | A | NY | 1.425 | (2.85) | (0.02) | 0.00 | 0.00 | (2.87) |
| **Description** | META MATLS INC, COMMON STOCK | | | | | | | | | | | | |
| | | | | | | | | **Totals** | (125.64) | (0.57) | 0.00 | 0.00 | (126.21) |

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**
**CASE: 24-50792, META MATERIALS, INC.**

**For: Annette Benard**

BROKER: Questrade, Inc
ACCT #: 28020481
TRANSACTIONS [Pre-Reverse Split]:
   02-12-2022  Purchased                      77.00    $1.81/share    [$139.09 invested]
   02-12-2022  Sold                            -15.00    $1.84/share    [-$27.60 recovered]
   12-12-2022  Sold                            -62.00    $1.84/share    [-$114.16 recovered]
   13-12-2022  Purchased                       1.00    $1.43/share    [$1.43 invested]
   11-05-2023  Transfer                        -1.00    $1.43/share    [-$1.43 transferred]
TOTAL SHARES HELD PRE-REVERSE SPLIT:  0 shares [0 SHARES POST REVERSE SPLIT]
TOTAL MONIES INVESTED PRE-REVERSE SPLIT:  $nil

TRANSACTIONS [Post-Reverse Split 1/100]:
**TOTAL SHARES HELD POST-REVERSE SPLIT:  0 shares**
**TOTAL MONIES INVESTED PRE-REVERSE SPLIT:  $nil**

\*\*See Transaction documentation attached.

# QUESTRADE®

5700 Yonge Street, Unit G1 - Ground Floor, Toronto, ON M2M 4K2
Phone: 416.227.9876   Web: questrade.com

**TRADE CONFIRMATION REPORT**

| | |
|---|---|
| **Account #:** | 28020481 |
| **Dealer:** | Questrade, Inc. |
| **Type:** | margin |
| **Client:** | Annette Benard |
| | Order execution only account |

## Summary

| Stocks and Options | Canadian securities | U.S. securities |
|---|---|---|
| Purchase | 0.00 | (140.52) |
| Sales | 0.00 | 141.76 |
| **Total gross** | **0.00** | **1.24** |
| Commission | 0.00 | (1.55) |
| Sec fees | 0.00 | (0.02) |
| Interest amount | 0.00 | 0.00 |
| **Total fees** | **0.00** | **(1.57)** |
| **Total amount** | **0.00** | **(0.33)** |



CIPF / FCPE
MEMBER / MEMBRE

IIROC - REGULATED BY Investment Industry Regulatory Organization of Canada
OCRCVM - RÉGLEMENTÉ PAR Organisation canadienne de réglementation du commerce des valeurs mobilières

Report generated on  11:11:19 AM 12.13.2024

TRADE CONFIRMATION REPORT   1 of 5

# Questrade®

5700 Yonge Street, Unit G1 - Ground Floor, Toronto, ON M2M 4K2
Phone: 416.227.9876  Web: questrade.com

**TRADE CONFIRMATION REPORT**

| Account #: | 28020481 | **Dealer:** | Questrade, Inc. | **Type:** | margin |
|---|---|---|---|---|---|
| **Client:** | Annette Benard | | | | |
| | Order execution only account | | | | |

## U.S. stocks and options - Account 2802048120

| Trade Date | Settlement date | Trade # | Action | Quantity | Symbol | T B | EX | Price (USD) | Gross amount (USD) | Comm (USD) | SEC fees (USD) | Interest amount (USD) | Net amount (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30-11-22 | 02-12-22 | 7C8C36 | Buy | 77 | MMAT | A | NY | 1.806 | (139.09) | (0.77) | 0.00 | 0.00 | (139.86) |

**Description** META MATLS INC, COMMON STOCK, AVG PRICE - ASK US FOR DETAILS

| 30-11-22 | 02-12-22 | 7C8C36 | Sell | 15 | MMAT | A | NY | 1.84 | 27.60 | (0.15) | (0.01) | 0.00 | 27.44 |

**Description** META MATLS INC, COMMON STOCK

| 08-12-22 | 12-12-22 | 869B71 | Sell | 62 | MMAT | A | NY | 1.841 | 114.16 | (0.62) | (0.01) | 0.00 | 113.53 |

**Description** META MATLS INC, COMMON STOCK, AVG PRICE - ASK US FOR DETAILS

| 09-12-22 | 13-12-22 | 87DB4D | Buy | 1 | MMAT | A | NY | 1.427 | (1.43) | (0.01) | 0.00 | 0.00 | (1.44) |

**Description** META MATLS INC, COMMON STOCK

| | | | | | | | | **Totals** | 1.24 | (1.55) | (0.02) | 0.00 | (0.33) |