NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: ~~META~~ META MATERIALS

Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

OPEYEMI O. FAJIMI
239 EVANSGLEN CIR. NW
CALGARY ALBERTA
T3P 0W7

Telephone Number: 306 620 3745

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 18 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:

477FM7S

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

TD WATERHOUSE
3500 STEELES AVE E. TOWER 2
MARKHAM ON
L3R 0X1

Telephone Number: 18004655463

3. Date Equity Interest was acquired:
OCTOBER 27, 2022

4. Total amount of member interest: 11,210

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: OPEYEMI O. FAJIMI
Title: _____
Company: Address and telephone number (if different from notice address above): _____

(Signature) Bosede
(Date) DEC-05-2024

Telephone number: 306 620 3745    email: fajimiopeyemi@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**TD Direct Investing**
3500 STEELES AVE E
TOWER 2, 2ND FLOOR
MARKHAM ON L3R 0X1

**TD Direct Investing**

## Transaction Confirmation

OPEYEMI FAJIMI
239 EVANSGLEN CIR NW
CALGARY AB  T3P 0W7

**Account number and type**
477FM7S - TD Waterhouse Self-Directed
RSP/LRSP/LIRA - CDN

**Questions?**
**Contact an Investment Representative**
Toll Free 1 (800) 465-5463

## Transaction on October 27, 2022

▸ **For settlement on:** October 31, 2022
▸ **Processed on:** October 27, 2022

| Transaction | Security Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|
| You bought | META MATERIALS INC ZF-557993 | 11,210 | 1.0195 | |
| | | Gross transaction amount | | USD 11,428.60 |
| | Plus Commission | | | 9.99 |
| | Plus Premium on USD Funds converted at 37.30% | | | 4,266.59 |
| | *Equals* Net transaction amount | | | CAD $15,705.18 |

**Ticker symbol:** MMAT
Security number: 43665R
CUSIP ID: 59134N104
Trade number: 005077
Trade processed by: 9AAB

*As agent, TD Direct Investing confirms the above purchase on a U.S. OTC marketplace for settlement in your account.*

## Important information

Please review the information in this Transaction Confirmation carefully and let us know within 10 calendar days if there are any discrepancies.

Clients' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request.

**Abbreviations used in the security descriptions**
RS = Restricted shares
NVS = Non-voting shares
RVS = Restricted voting shares
SVS = Subordinate voting shares
MVS = Multiple voting shares
/D = DSC (Deferred Sales Charge)
/NL = No Load

**Disclosure of sources of revenue**
TD Direct Investing and/or parties related to us may earn revenue in addition to commission from the following sources: currency conversion charges on certain trades and mutual fund transactions, fees paid by issuers and others in connection with corporate actions and new issues, the sale of fixed income products, trailer fees paid by mutual fund companies, and remuneration paid by U.S. market makers and exchanges in connection with U.S. trades. For more information, see the TD Waterhouse Canada Inc. Account and Service Agreements and Disclosure Documents booklet. It is also available online at www.td.com/ca/en/investing/direct-investing.

The name of the salesperson, dealer and/or market in this transaction will be provided upon request.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank.

**Thank you for choosing TD Direct Investing.**

---

TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund
00093105 0000004131 20221027 59134N104 43665R

Order execution account
No advice or recommendations provided.

Page 1 of 1



# TD Direct Investing

# Your RSP statement
October 1, 2024 to October 31, 2024

Account number: 477FM7-U
Account type: Self-Directed RSP - US
Account currency: US dollars

OPEYEMI FAJIMI
239 EVANSGLEN CIR NW
CALGARY AB
T3P 0W7

**Do you have a question?**
If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More' menu, or call the numbers below to speak to an Investment Representative:

**English:** 1-800-465-5463
**French:** 1-800-361-2684
**Cantonese:** 1-800-838-3223 option 1
**Mandarin:** 1-800-838-3223 option 2

## Your account at a glance

**You need to know**
Please see page 3 for important information about your account.

|  | This period (Oct 1 - Oct 31, 2024) | Last period (Aug 1 - Sep 30, 2024) | Year to date (Jan 1 - Oct 31, 2024) |
|---|---|---|---|
| Beginning balance | $965.98 | $2,086.93 | $2,644.66 |
| Change in your account balance | $39,200.91 | -$1,120.95 | $37,522.23 |
| **Ending balance** | **$40,166.89** | **$965.98** | **$40,166.89** |

## Holdings in your account
on October 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 12,668.87 | 12,668.87 | 0.00 | 31.54% |
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC-NEW (**MMATQ**) | 113 SEG | 0.071 | 11,530.74 | 8.02 | -11,522.72 | 0.02% |
| **TOTAL DOMESTIC** | | | **$24,199.61** | **$12,676.89** | | **31.56%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| TRUMP MEDIA&TECH GRP CORP (**DJT**) | 400 SEG | 35.340 | 11,749.99 | 14,136.00 | 2,386.01 | 35.19% |
| SHARPS TECHNOLOGY INC-NEW (**STSS**) | 260 SEG | 2.900 | 2,033.49 | 754.00 | -1,279.49 | 1.88% |

(continued on next page)

---

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by CIRO**
Canadian Investment
Regulatory Organization

Page 1 of 4



Account number: 477FM7-U
Account type: Self-Directed RSP - US
Your RSP statement: Oct 31, 2024

## Holdings in your account (continued)
on October 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **FOREIGN (continued)** | | | | | | |
| **COMMON SHARES (continued)** | | | | | | |
| VIVOS THERAPEUTICS-NEW (VVOS) | 5,000 SEG | 2.520 | 13,259.99 | 12,600.00 | -659.99 | 31.37% |
| **TOTAL FOREIGN** | | | $27,043.47 | $27,490.00 | | 68.44% |
| **Total Portfolio** | | | $51,243.08 | $40,166.89 | | 100.00% |

### Definitions

#### An explanation of terms shown in the tables above

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | Beginning cash balance | | | | | 69.17 |
| Oct 16 | Reverse Split | SHARPS TECHNOLOGY INC * | -5,700 | | 2,033.49 | 2,102.66 |
| Oct 16 | Reverse Split | SHARPS TECHNOLOGY INC-NEW | 260 | | -2,033.49 | 69.17 |
| Oct 17 | Transfer In | RE: SEC.146(16) ITA CONV @ 1.396500 | | | 21,482.28 | 21,551.45 |
| Oct 18 | GST Charged | GST CHARGED | | | -0.10 | 21,551.35 |
| Oct 18 | Admin Fee Charged | PAPER CONFIRM FEE | | | -2.00 | 21,549.35 |
| Oct 18 | Transfer In | RE: SEC.146(16) ITA CONV @ 1.397700 | | | 16,129.50 | 37,678.85 |
| Oct 18 | Buy | TRUMP MEDIA&TECH GRP CORP BO-717699 | 400 | 29.350 | -11,749.99 | 25,928.86 |
| Oct 22 | Buy | VIVOS THERAPEUTICS-NEW NO-718434 | 5,000 | 2.650 | -13,259.99 | 12,668.87 |
| Oct 31 | Ending cash balance | | | | | $12,668.87 |

*Order-Execution-Only Account.*