NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor: Meta Materials Inc.

Case Number: 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Kathleen Jalowiec Stanton
62 River St.
Oneonta, N.Y. 13820

Telephone Number: 607-287-7612

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

AM
RECEIVED AND FILED
DEC 19 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

Account or other number by which Interest holder identifies Debtor: 1986-1691

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: ____________
☐ amends a previously filed Proof of Interest dated: ____________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Charles Schwab & Co. Inc.
Schwab.com
Telephone Number: 800-435-4000 / 1-877-519-1403

3. **Date Equity Interest was acquired:** 12/07/2022 SEE ATTACHED

4. **Total amount of member interest:** 1400 shares for #2912

5. **Certificate number(s):** ____________

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor. ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.) ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Kathleen Jalowiec Stanton
Title: Owner
Company:__ Address and telephone number (if different from notice address above):

(Signature) Kathleen Jalowiec Stanton (Date) 12/1/24

Telephone number: 607-287-7612 email: stantonK62@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Date

## Past 30 days

FILLED Limit (Mark 2.90)

Buy [illegible]

Limit: $3.00

Filled 12/08/2022, 03:49 PM ET

Day 12/08/2022

FILLED Limit (Mark 2.90)

Buy 50[illegible]7

Limit: $3.97

Filled 12/08/2022, 01:38 PM ET

Day 12/08/2022

FILLED Market (Mark 1.38)

Buy 1,400 Shares of MMAT @ $2.08

Filled 12/07/2022, 11:49 AM ET

Day 12/07/2022

FILLED Limit (Mark 2.90)

Buy 6[illegible]

Limit: $8.15

Filled 12/07/2022, 11:47 AM ET

Day 12/07/2022

FILLED Limit (Mark 2.90)



PO BOX 2577
OMAHA NE 68103-2577

KATHLEEN JALOWIEC STANTON
62 RIVER ST
ONEONTA, NY 13820-2321

**Statement for Account # [illegible]**

12/01/22 - 12/31/22

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | $ [illegible] | $ [illegible] |
| ***Subtotal*** | 10,000.00 | [illegible] |
| **TOTAL** | [illegible] | [illegible] |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| IDA Interest | $ 0.53 | $ 0.74 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| META MATERIALS INC COM | MMAT | 1,400 | $ 1.19 | $ 1,666.00 | 12/07/22 | $ 2,915.36 | $ 2.08 | $ (1,249.36) | $ - | - |
| [illegible] | [illegible] | [illegible] | NA | NA | - | - | - | - | - | - |
| **Total Stocks** | | | | **$1,666.00** | | **$2,915.36** | | **$(1,249.36)** | **$0.00** | **0.0%** |
| **Total Cash Account** | | | | **$1,666.00** | | **$2,915.36** | | **$(1,249.36)** | **$0.00** | **0.0%** |

## Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| **CREDITS** | | | |
| Electronic Transfer | 12/07/2022 | Wire Received | $ [illegible] |
| | 12/07/2022 | Wire Received | [illegible] |
| | 12/08/2022 | Wire Received | [illegible] |
| ***Subtotal*** | | | [illegible] |
| **TOTAL** | | | [illegible] |

**Statement for Account #** [illegible]
12/01/22 - 12/31/22

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **$ 0.00** |
| 12/02/22 | 12/06/22 | Cash | Buy - Securities Purchased | M[illegible] 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | [illegible] | 25 | $ 8.15 | $ ([illegible]) | ([illegible]) |
| 12/02/22 | 12/06/22 | Cash | Buy - Securities Purchased | [illegible]NC 1:1 EXC 12/13/22 RESEARCHING | [illegible] | 582 | 8.13 | ([illegible]) | ([illegible]) |
| 12/06/22 | 12/06/22 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | [illegible] | 0.00 |
| 12/07/22 | 12/07/22 | Cash | - Funds Deposited | Wire Received | - | - | 0.00 | [illegible] | [illegible] |
| 12/07/22 | 12/07/22 | Cash | - Funds Deposited | Wire Received | - | - | 0.00 | [illegible] | [illegible] |
| 12/07/22 | 12/07/22 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | ([illegible]) | 0.00 |
| 12/06/22 | 12/08/22 | Cash | Buy - Securities Purchased | [illegible] 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | [illegible] | 395 | 5.44 | ([illegible]) | ([illegible]) |
| 12/08/22 | 12/08/22 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | [illegible] | 0.00 |
| 12/08/22 | 12/08/22 | Cash | - Funds Deposited | Wire Received | - | - | 0.00 | [illegible] | [illegible] |
| 12/08/22 | 12/08/22 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | ([illegible]) | 0.00 |
| 12/07/22 | 12/09/22 | Cash | Buy - Securities Purchased | [illegible] 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | [illegible] | 605 | 8.15 | ([illegible]) | (4,[illegible]) |
| 12/07/22 | 12/09/22 | Cash | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 1,400 | 2.0824 | (2,915.36) | (7,853.06) |
| 12/09/22 | 12/09/22 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | [illegible] | 0.00 |
| 12/08/22 | 12/12/22 | Cash | Buy - Securities Purchased | M[illegible] 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | [illegible] | 500 | 3.97 | ([illegible]) | ([illegible]) |
| 12/08/22 | 12/12/22 | Cash | Buy - Securities Purchased | [illegible] 1:1 EXC 12/13/22 RESEARCHING Commission/Fee 6.95 | [illegible] | 53 | 2.99 | ([illegible]) | ([illegible]) |
| 12/12/22 | 12/12/22 | Cash | Journal - Other | REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | [illegible] | 0.00 |



Schwab One® Account of

KATHLEEN JALOWIEC STANTON

Statement Period
December 1-31, 2023

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMAT | META MATLS INC | 1,400.0000 | 0.06600 | 92.40 | 2,915.36 | (2,822.96) | N/A | 0.00 | 4% |
| **Total Equities** | | | | **$92.40** | **$2,915.36** | **($2,822.96)** | | **$0.00** | **4%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | [redacted] | [redacted] | | | [redacted] | N/A | | |
| **Total Unpriced Securities** | | | | **$0.00** | [redacted] | **$0.00** | | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 12/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Fees | = | Ending Cash* as of 12/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.47 | | $0.00 | | [redacted] |

Other Activity **$0.00** Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 12/18 | Interest | Bank Interest X,Z | | BANK INT 112823-121523 | | | | 0.47 | |
| **Total Transactions** | | | | | | | | **$0.47** | **$0.00** |

Date column represents the Settlement/Process date for each transaction.



Schwab One® Account of

KATHLEEN JALOWIEC STANTON

Statement Period
January 1-31, 2024

## Transactions - Summary

| Beginning Cash* as of 01/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Fees | = | Ending Cash* as of 01/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.81 | | $0.00 | | [redacted] |

Other Activity **$0.00** Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 01/16 | Interest | Bank Interest X,Z | | BANK INT 121623-011524 | | | | 0.81 | |
| 01/29 | Other Activity | Reverse Split | MMAT | META MATLS INC | 14.0000 | | | | |
| | Other Activity | Reverse Split | | META MATLS INC XXX REVERSE SPLIT | (1,400.0000) | | | | |
| **Total Transactions** | | | | | | | | **$0.81** | **$0.00** |

Date column represents the Settlement/Process date for each transaction.

## Bank Sweep Activity

| Date | Description | Amount |
|---|---|---|
| 01/01 | **Beginning Balance** X,Z | [redacted] |
| 01/15 | BANK INTEREST - TD BANK USA NA X,Z | 0.81 |

| Date | Description | Amount |
|---|---|---|
| 01/31 | **Ending Balance** X,Z | **$2,126.52** |
| 01/31 | **Interest Rate** *Z | **0.45%** |

* Your interest period was 12/16/23 - 01/15/24. Z

## Endnotes For Your Account

W Excluding unpriced securities (see Investment Detail).

X Bank Sweep deposits are held at FDIC-insured Program Banks, which are listed in the Cash Features Disclosure Statement.

Z For the Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period.

Schwab One® Account of

KATHLEEN JALOWIEC STANTON

Statement Period
January 1-31, 2024

## Positions - Summary

| Beginning Value as of 01/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | **Ending Value as of 01/31** | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $2,218.11 | | $0.00 | | $0.00 | | $0.81 | | ($38.92) | | **$2,180.00** | $15,800.29 | ($2,861.88) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK USA NA X,Z | | | [illegible] | [illegible] | 0.81 | | 0.45% | 98% |
| **Total Cash and Cash Investments** | | | | | [illegible] | [illegible] | **$0.81** | | | **98%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMAT | META MATLS INC | 14.0000 | 3.82000 | 53.48 | 2,915.36 | (2,861.88) | N/A | 0.00 | 2% |
| **Total Equities** | | | | **$53.48** | **$2,915.36** | **($2,861.88)** | | **$0.00** | **2%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | [illegible] | [illegible] | | | [illegible] | N/A | | |
| **Total Unpriced Securities** | | | | **$0.00** | [illegible] | **$0.00** | | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.