NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor: <br> META MATERIALS | Case Number: <br> 24 - 50792 | |
|---|---|---|

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

OPEYEMI O. FAJIMI
239 EVANSGLEN CIR. NW
CALGARY  ALBERTA
T3P OW7

Telephone Number: 306 620 3745

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

DEC 18 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: <br> 572 - 5513914 | Check here if this claim: <br> ☐ replaces a previously filed Proof of Interest dated: _____ <br> ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

BANK OF NOVA SCOTIA
44 KING STR. W, CONCOURSE LEVEL TORONTO ON
Telephone Number: 1 888 872 3388    M5H 1H1

**3. Date Equity Interest was acquired:**
JANUARY 20TH, 2022

| **4. Total amount of member interest:** 1000 | **5. Certificate number(s):** _____ |
|---|---|

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: OPEYEMI O. FAJIMI
Title:
Company: ___ Address and telephone number (if different from notice address above):
_____
_____

(Signature) Abosede    DEC - 05 - 2024    (Date)

Telephone number: 306 6203745   email: fajimiopeyemi@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



## SCOTIA iTRADE®

*44 KING STREET WEST, CONCOURSE LEVEL*
*TORONTO, ONTARIO M5H 1H1*

## Confirmation Notice

**ACCOUNT NO.   TYPE**
**572-5513914    CASH**

**FOR SETTLEMENT IN THIS OFFICE**

OPEYEMI O FAJIMI        32**
239 EVANSGLEN CIRCLE NW
CALGARY AB  T3P 0W7

|  |  | JANUARY 20, 2022 |
|---|---|---|
| AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A. | SETTLEMENT DATE | JANUARY 24, 2022 |
|  | ACCOUNT NO. | 572-5513914-CASH |

| TRANSACTION TYPE | | | BOUGHT | | GROSS AMOUNT | 1,928.70 |
|---|---|---|---|---|---|---|
| Quantity | Security Description | | Unit Price | | COMMISSION | 9.99 |
| 1,000 | META MATLS INC COMMON STOCK STP PET UNSOLICITED VIA INTERNET | @ | 1.9287U$ | | | |
| | | | | | SUB TOTAL | 1,938.69 U$ |
| | | | | | NET AMOUNT | 1,938.69 U$ |

| INVESTMENT REPRESENTATIVE | SCOTIA I-TRADE | REFERENCE G7719  /  CUSIP US59134N1046  / |
|---|---|---|
| IR No. | SL1 | SECURITY NO. M067927  /  ORDER NO. 567719  /  A 65 |
| TEL. | (888) 872-3388 | |



Scotia iTRADE (Discount Broker – Order-Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

CIPF
Canadian Investor Protection Fund
MEMBER

**P 1**

**Investment Account Statement**

# Scotia iTRADE.

KCECE - 139729
SWSTM16000_2298093_099 E S    01360

OPEYEMI O FAJIMI    32*
239 EVANSGLEN CIRCLE NW
CALGARY AB  T3P 0W7



| | |
|---|---|
| Account Number: | **572-55139** |
| Account Type: | Regular Account |
| For the Period: | **November 1 to 29, 2024** |
| Last Statement: | September 30, 2024 |

## Address Information
44 King Street West
Concourse Level
Toronto, Ontario
M5H 1H1

| | |
|---|---|
| Phone: | (888) 872-3388 |
| Website: | www.scotiaitrade.com |
| Email: | service@scotiaitrade.com |

**Order-Execution Only Account**

# Portfolio Overview

Account Currency: CAD



### Account Summary

| Date | Net Asset Value |
|---|---|
| Sep. 30, 2024 | $0 |
| Nov. 29, 2024 | $0 |
| **Change in the value of your account** | **$0** |



### Asset Class Summary | Nov. 29, 2024 Market Value | % of Total Assets

| | | |
|---|---|---|
| **Total Value of Portfolio** | **$0** | **0.00** |



**Regulated by CIRO**
Canadian Investment
Regulatory Organization

Scotia iTRADE ® (Order-Execution Only) is a division of Scotia Capital Inc. ("SCI"). SCI is regulated by the Canadian Investment Regulatory Organization and is a member of the Canadian Investor Protection Fund. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side.
®Registered trademark of The Bank of Nova Scotia, used under license.

# Scotia iTRADE®

Account Number: **572-55139**
Statement for November 1 to 29, 2024

## Details of Your Account Holdings - continued

| Type | Security Description | Quantity | Average Cost | Adjusted Book Value | Market Price | Market Value |
|------|---------------------|----------|--------------|---------------------|--------------|--------------|
| | COM<br>See Endnote 3 | | | | | |
| CASH | MARATHON GROUP CORPORATION<br>See Endnote 3 | 50,000 | 0.005 | 259 | UNPRICED | UNPRICED |
| CASH | META MATERIALS INC<br>COMMON STOCK | 10 | 193.869 | 1,938 | 0.061 | 1 |
| CASH | SINGLEPOINT INC<br>COM<br>See Endnote 5 | 100 | 0.538 | 53 | 0.027 | 3 |
| CASH | VALARIS PLC<br>ORDINARY SHARES<br>See Endnote 3 | 800 | 1.732 | 1,385 | UNPRICED | UNPRICED |
| CASH | VIREXIT TECHNOLOGIES INC<br>COMMON STOCK<br>See Endnote 3 | 10,000 | 0.042 | 429 | UNPRICED | UNPRICED |
| CASH | WTS VALARIS LIMITED<br>WARRANTS TO PURCHASE COMMON<br>EXP 04/28/2028<br>See Endnote 5 | 21 | 2.000 | 42 | 7.879 | 165 |
| CASH | WTS ZOOMCAR HOLDINGS INC<br>WARRANTS<br>EXP 05/31/2025 | 12,000 | 0.019 | 236 | 0.010 | 120 |
| CASH | 1606 CORP COM STK<br>1933 RSTD<br>See Endnote 3,6 | 266 | 0.000 | 0 | UNPRICED | UNPRICED |
| **Total Equity** | | | | **$8,409** | | **$2,989** |
| **Other** | | | | | | |
| CASH | NEXT BRIDGE HYDRO CARBON INC<br>COM SHS<br>See Endnote 3 | 2,250 | 1.031 | 2,319 | UNPRICED | UNPRICED |
| **Total Other** | | | | **$2,319** | | **$0** |
| **Total Account Holdings** | | | | **$13,869** | | **$6,130** |

The adjusted cost displayed on this statement incorporates the original cost of your investments as well as any reinvested dividends and/or mutual fund distributions. Please note that where you have purchased securities through a PAC plan the cost displayed does not necessarily reflect your original purchase price.

009505

- 0139729 HR1- -0006-0004-00- 1

SWSTM16000_2298093_099