NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| **Name of Debtor:** Meta Materials, Inc | **Case Number:** 24-50792 | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): Joint Account. John D. Turner Mabel Lastres Turner 6802 Highgrove Place Concord, NC 28027
Telephone Number: 704-932-1576

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 18 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only): **9044-0392**

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: John D. Turner / Mabel Lastres Turner
Charles Schwab & Co
3000 Schwab Way, Westlake, TX 76262
Telephone Number: 312-517-3100

3. Date Equity Interest was acquired: 2-25-2021
See attached documents

4. Total amount of member interest: 676 after R.S.

5. Certificate number(s): _____

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: John D. Turner / Mabel Lastres Turner
Title:
Company: Address and telephone number (if different from notice address above): _____
(Signature)
Telephone number: 704-932-1576  email: Mabel Turner @ me.com
(Date)

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]    [ Save Form ]    [ Clear Form ]

*John D. Turner*
*Mabel Lastres Turner*
*Charles Schwab*
*Account # 9044-0392*

## Lot Details: MMATQ - META MATLS INC CLASS EQUITY

✓ Show Transaction Cost

| Open Date / Transaction Open | Quantity | Price | Cost/Share / Transaction CPS | Market Value | Cost Basis / Transaction CB | ▼ Gain/Loss / Transaction G/L $ \| % | Holding Period |
|---|---|---|---|---|---|---|---|
| 05/06/2022 | 0.010016 | $0.00 | $119.81 | $0.00 | $1.20 | -$1.20 | Long Term |
| 12/22/2022 | 0.010016 | $0.00 | $120.81 | $0.00 | $1.21 | -$1.21 | Long Term |
| 04/11/2022 | 0.010016 | $0.00 | $145.77 | $0.00 | $1.46 | -$1.46 | Long Term |
| 02/03/2022 | 0.010016 | $0.00 | $164.74 | $0.00 | $1.65 | -$1.65 | Long Term |
| 04/22/2021[1] 01/29/2024 | 0.005008 | $0.00 | $339.46 *$339.46* | $0.00 | $1.70 *$0.03* | -$1.70 -$0.03 | Long Term Disallowed Loss $1.67 |
| 05/13/2021 | 0.005008 | $0.00 | $359.42 | $0.00 | $1.80 | -$1.80 | Long Term |
| 01/21/2022 | 0.010016 | $0.00 | $179.71 | $0.00 | $1.80 | -$1.80 | Long Term |
| 03/23/2022 | 0.010016 | $0.00 | $188.70 | $0.00 | $1.89 | -$1.89 | Long Term |
| 02/26/2021[1] 01/29/2024 | 0.005008 | $0.00 | $435.30 *$435.30* | $0.00 | $2.18 *$0.03* | -$2.18 -$0.03 | Long Term Disallowed Loss $2.15 |
| 04/29/2021[1] 01/29/2024 | 0.005008 | $0.00 | $459.27 *$459.27* | $0.00 | $2.30 *$0.03* | -$2.30 -$0.03 | Long Term Disallowed Loss $2.27 |
| 01/24/2024 | 0.380597 | $0.00 | $6.12 | $0.00 | $2.33 | -$2.33 | Short Term |
| 12/14/2021 | 0.010016 | $0.00 | $297.52 | $0.00 | $2.98 | -$2.98 | Long Term |
| 12/14/2021 | 0.010016 | $0.00 | $297.52 | $0.00 | $2.98 | -$2.98 | Long Term |
| 12/03/2021 | 0.010016 | $0.00 | $314.50 | $0.00 | $3.15 | -$3.15 | Long Term |
| 03/25/2022 | 0.020031 | $0.00 | $184.21 | $0.00 | $3.69 | -$3.69 | Long Term |

| Date | Quantity | | Amount | | Value | Gain/Loss | Term |
|---|---|---|---|---|---|---|---|
| 03/25/2022 | 0.030047 | $0.00 | $186.71 | $0.00 | $5.61 | -$5.61 | Long Term |
| 05/06/2022 | 0.050079 | $0.00 | $119.81 | $0.00 | $6.00 | -$6.00 | Long Term |
| 04/05/2022 | 0.040063 | $0.00 | $165.74 | $0.00 | $6.64 | -$6.64 | Long Term |
| 02/03/2023 | 0.07011 | $0.00 | $98.84 | $0.00 | $6.93 | -$6.93 | Long Term |
| 06/23/2023 | 0.400629 | $0.00 | $18.97 | $0.00 | $7.60 | -$7.60 | Long Term |
| 11/09/2022 | 0.060094 | $0.00 | $139.78 | $0.00 | $8.40 | -$8.40 | Long Term |
| 01/30/2023 | 0.100157 | $0.00 | $97.65 | $0.00 | $9.78 | -$9.78 | Long Term |
| 06/09/2023 | 0.500786 | $0.00 | $22.46 | $0.00 | $11.25 | -$11.25 | Long Term |
| 03/04/2022 | 0.080126 | $0.00 | $144.77 | $0.00 | $11.60 | -$11.60 | Long Term |
| 08/09/2022 | 0.130204 | $0.00 | $89.86 | $0.00 | $11.70 | -$11.70 | Long Term |
| 09/20/2022 | 0.150236 | $0.00 | $79.87 | $0.00 | $12.00 | -$12.00 | Long Term |
| 01/27/2022 | 0.100157 | $0.00 | $149.76 | $0.00 | $15.00 | -$15.00 | Long Term |
| 01/13/2022 | 0.07011 | $0.00 | $220.65 | $0.00 | $15.47 | -$15.47 | Long Term |
| 02/08/2022 | 0.100157 | $0.00 | $158.75 | $0.00 | $15.90 | -$15.90 | Long Term |
| 05/13/2021 | 0.045071 | $0.00 | $359.43 | $0.00 | $16.20 | -$16.20 | Long Term |
| 01/21/2022 | 0.090141 | $0.00 | $179.72 | $0.00 | $16.20 | -$16.20 | Long Term |
| 02/11/2022 | 0.100157 | $0.00 | $174.73 | $0.00 | $17.50 | -$17.50 | Long Term |
| 12/14/2021 | 0.060094 | $0.00 | $299.53 | $0.00 | $18.00 | -$18.00 | Long Term |
| 10/25/2022 | 0.200314 | $0.00 | $89.86 | $0.00 | $18.00 | -$18.00 | Long Term |
| 06/26/2023 | 1.001571 | $0.00 | $18.67 | $0.00 | $18.70 | -$18.70 | Long Term |
| 04/11/2022 | 0.14022 | $0.00 | $145.77 | $0.00 | $20.44 | -$20.44 | Long Term |
| 02/17/2023 | 0.300471 | $0.00 | $68.89 | $0.00 | $20.70 | -$20.70 | Long Term |
| 03/26/2024 | 10 | $0.00 | $2.19 | $0.00 | $21.88 | -$21.88 | Short Term |
| 08/16/2023 | 1.001571 | $0.00 | $22.07 | $0.00 | $22.10 | -$22.10 | Long Term |

| Date | Quantity | Col3 | Amount | Col5 | Value | Loss | Term |
|---|---|---|---|---|---|---|---|
| 08/03/2021 | 0.07011 | $0.00 | $319.50 | $0.00 | $22.40 | -$22.40 | Long Term |
| 03/25/2022 | 0.120189 | $0.00 | $186.71 | $0.00 | $22.44 | -$22.44 | Long Term |
| 03/25/2022 | 0.130204 | $0.00 | $184.25 | $0.00 | $23.99 | -$23.99 | Long Term |
| 01/18/2022 | 0.120189 | $0.00 | $203.68 | $0.00 | $24.48 | -$24.48 | Long Term |
| 04/05/2022 | 0.150236 | $0.00 | $165.74 | $0.00 | $24.90 | -$24.90 | Long Term |
| 03/26/2021[1] 01/29/2024 | 0.07011 | $0.00 | $370.13 *$370.13* | $0.00 | $25.95 *$0.46* | -$25.95 *-$0.46* | Long Term Disallowed Loss $25.49 |
| 02/09/2023 | 0.300471 | $0.00 | $87.66 | $0.00 | $26.34 | -$26.34 | Long Term |
| 02/06/2023 | 0.300471 | $0.00 | $92.85 | $0.00 | $27.90 | -$27.90 | Long Term |
| 03/08/2023 | 0.500786 | $0.00 | $55.91 | $0.00 | $28.00 | -$28.00 | Long Term |
| 12/03/2021 | 0.090141 | $0.00 | $314.51 | $0.00 | $28.35 | -$28.35 | Long Term |
| 07/12/2022 | 0.300471 | $0.00 | $95.85 | $0.00 | $28.80 | -$28.80 | Long Term |
| 05/06/2022 | 0.240377 | $0.00 | $119.81 | $0.00 | $28.80 | -$28.80 | Long Term |
| 06/22/2023 | 1.502364 | $0.00 | $19.76 | $0.00 | $29.69 | -$29.69 | Long Term |
| 06/01/2023 | 1.502357 | $0.00 | $19.97 | $0.00 | $30.00 | -$30.00 | Long Term |
| 12/10/2021 | 0.100157 | $0.00 | $309.51 | $0.00 | $31.00 | -$31.00 | Long Term |
| 07/25/2023 | 1.502357 | $0.00 | $20.97 | $0.00 | $31.50 | -$31.50 | Long Term |
| 02/23/2022 | 0.200314 | $0.00 | $157.75 | $0.00 | $31.60 | -$31.60 | Long Term |
| 10/03/2022 | 0.500786 | $0.00 | $63.84 | $0.00 | $31.97 | -$31.97 | Long Term |
| 06/30/2023 | 1.502357 | $0.00 | $21.37 | $0.00 | $32.10 | -$32.10 | Long Term |
| 04/22/2021[1] 01/29/2024 | 0.095149 | $0.00 | $340.31 *$340.31* | $0.00 | $32.38 *$0.63* | -$32.38 *-$0.63* | Long Term Disallowed Loss $31.75 |
| 02/03/2022 | 0.200314 | $0.00 | $161.75 | $0.00 | $32.40 | -$32.40 | Long Term |
| 11/20/2023 | 3.5055 | $0.00 | $9.26 | $0.00 | $32.45 | -$32.45 | Long Term |

| Date | Quantity | | Cost | | Proceeds | Gain/Loss | Term |
|---|---|---|---|---|---|---|---|
| 06/01/2023 | 1.602514 | $0.00 | $20.47 | $0.00 | $32.80 | -$32.80 | Long Term |
| 12/21/2023 | 5.007857 | $0.00 | $6.58 | $0.00 | $32.93 | -$32.93 | Short Term |
| 04/22/2021[1] 01/29/2024 | 0.100157 | $0.00 | $330.28 *$330.28* | $0.00 | $33.08 *$0.66* | -$33.08 *-$0.66* | Long Term Disallowed Loss $32.42 |
| 06/27/2023 | 2.003143 | $0.00 | $17.47 | $0.00 | $35.00 | -$35.00 | Long Term |
| 02/17/2023 | 0.500786 | $0.00 | $69.89 | $0.00 | $35.00 | -$35.00 | Long Term |
| 12/22/2022 | 0.290456 | $0.00 | $120.81 | $0.00 | $35.09 | -$35.09 | Long Term |
| 08/16/2021 | 0.120189 | $0.00 | $299.53 | $0.00 | $36.00 | -$36.00 | Long Term |
| 07/03/2023 | 1.802829 | $0.00 | $19.97 | $0.00 | $36.00 | -$36.00 | Long Term |
| 02/01/2024 | 10 | $0.00 | $3.70 | $0.00 | $37.00 | -$37.00 | Short Term |
| 07/20/2021 | 0.120189 | $0.00 | $314.50 | $0.00 | $37.80 | -$37.80 | Long Term |
| 12/04/2023 | 5.007857 | $0.00 | $7.57 | $0.00 | $37.90 | -$37.90 | Long Term |
| 06/23/2023 | 2.003143 | $0.00 | $18.97 | $0.00 | $38.00 | -$38.00 | Long Term |
| 03/04/2022 | 0.270424 | $0.00 | $144.77 | $0.00 | $39.15 | -$39.15 | Long Term |
| 08/29/2022 | 0.500786 | $0.00 | $78.88 | $0.00 | $39.50 | -$39.50 | Long Term |
| 02/01/2023 | 0.400629 | $0.00 | $98.84 | $0.00 | $39.60 | -$39.60 | Long Term |
| 04/29/2021 | 0.08914 | $0.00 | $445.25 | $0.00 | $39.69 | -$39.69 | Long Term |
| 10/13/2022 | 0.400629 | $0.00 | $99.84 | $0.00 | $40.00 | -$40.00 | Long Term |
| 12/21/2023 | 6.009428 | $0.00 | $6.74 | $0.00 | $40.50 | -$40.50 | Short Term |
| 10/17/2023 | 2.003143 | $0.00 | $20.36 | $0.00 | $40.78 | -$40.78 | Long Term |
| 04/11/2023 | 1.001571 | $0.00 | $41.93 | $0.00 | $42.00 | -$42.00 | Long Term |
| 08/19/2022 | 0.500786 | $0.00 | $86.86 | $0.00 | $43.50 | -$43.50 | Long Term |
| 06/10/2021 | 0.075118 | $0.00 | $579.09 | $0.00 | $43.50 | -$43.50 | Long Term |
| 11/21/2023 | 5.007857 | $0.00 | $8.97 | $0.00 | $44.90 | -$44.90 | Long Term |

| Date | Quantity | | Amount | | Cost | Gain/Loss | Term |
|---|---|---|---|---|---|---|---|
| 01/12/2022 | 0.200314 | $0.00 | $225.65 | $0.00 | $45.20 | -$45.20 | Long Term |
| 03/23/2022 | 0.240377 | $0.00 | $188.70 | $0.00 | $45.36 | -$45.36 | Long Term |
| 04/14/2023 | 2.003143 | $0.00 | $22.76 | $0.00 | $45.60 | -$45.60 | Long Term |
| 04/21/2022 | 0.35055 | $0.00 | $134.79 | $0.00 | $47.25 | -$47.25 | Long Term |
| 03/26/2021[1]<br>01/29/2024 | 0.125196 | $0.00 | $380.20<br>$380.20 | $0.00 | $47.60<br>$0.83 | -$47.60<br>-$0.83 | Long Term<br>Disallowed Loss $46.77 |
| 07/20/2021 | 0.150236 | $0.00 | $317.50 | $0.00 | $47.70 | -$47.70 | Long Term |
| 08/03/2021 | 0.150236 | $0.00 | $322.49 | $0.00 | $48.45 | -$48.45 | Long Term |
| 04/29/2021[1]<br>01/29/2024 | 0.111174 | $0.00 | $446.06<br>$446.06 | $0.00 | $49.59<br>$0.74 | -$49.59<br>-$0.74 | Long Term<br>Disallowed Loss $48.85 |
| 03/10/2023 | 1.001571 | $0.00 | $52.92 | $0.00 | $53.00 | -$53.00 | Long Term |
| 01/26/2024 | 10.02573 | $0.00 | $5.33 | $0.00 | $53.40 | -$53.40 | Short Term |
| 02/03/2022 | 0.340534 | $0.00 | $164.74 | $0.00 | $56.10 | -$56.10 | Long Term |
| 01/24/2024 | 10.015714 | $0.00 | $5.67 | $0.00 | $56.80 | -$56.80 | Short Term |
| 01/24/2024 | 10.015714 | $0.00 | $5.73 | $0.00 | $57.40 | -$57.40 | Short Term |
| 08/17/2021 | 0.200314 | $0.00 | $289.55 | $0.00 | $58.00 | -$58.00 | Long Term |
| 01/16/2024 | 10.015714 | $0.00 | $5.81 | $0.00 | $58.20 | -$58.20 | Short Term |
| 04/27/2022 | 0.500786 | $0.00 | $117.81 | $0.00 | $59.00 | -$59.00 | Long Term |
| 03/06/2023 | 1.001571 | $0.00 | $58.91 | $0.00 | $59.00 | -$59.00 | Long Term |
| 01/16/2024 | 10.015714 | $0.00 | $5.93 | $0.00 | $59.40 | -$59.40 | Short Term |
| 01/16/2024 | 10.015714 | $0.00 | $5.94 | $0.00 | $59.50 | -$59.50 | Short Term |
| 01/11/2024 | 10.015714 | $0.00 | $5.98 | $0.00 | $59.90 | -$59.90 | Short Term |
| 01/11/2024 | 10.015714 | $0.00 | $5.99 | $0.00 | $59.97 | -$59.97 | Short Term |
| 12/07/2023 | 10.015714 | $0.00 | $5.99 | $0.00 | $60.00 | -$60.00 | Long Term |
| 08/16/2021 | 0.200314 | $0.00 | $304.52 | $0.00 | $61.00 | -$61.00 | Long Term |

| Date | Shares | | | | | | Term |
|---|---|---|---|---|---|---|---|
| 01/12/2024 | 10.015714 | $0.00 | $6.09 | $0.00 | $61.00 | -$61.00 | Short Term |
| 01/10/2024 | 10.015714 | $0.00 | $6.09 | $0.00 | $61.00 | -$61.00 | Short Term |
| 03/31/2023 | 1.502357 | $0.00 | $40.93 | $0.00 | $61.49 | -$61.49 | Long Term |
| 09/18/2023 | 3.004714 | $0.00 | $20.67 | $0.00 | $62.10 | -$62.10 | Long Term |
| 01/09/2024 | 10.015714 | $0.00 | $6.32 | $0.00 | $63.30 | -$63.30 | Short Term |
| 03/04/2021[1] 01/29/2024 | 0.150236 | $0.00 | $426.13 *$426.13* | $0.00 | $64.02 *$0.99* | -$64.02 *-$0.99* | Long Term Disallowed Loss $63.03 |
| 05/13/2021 | 0.175275 | $0.00 | $365.43 | $0.00 | $64.05 | -$64.05 | Long Term |
| 12/13/2023 | 10.015714 | $0.00 | $6.59 | $0.00 | $66.00 | -$66.00 | Short Term |
| 01/23/2024 | 10.015714 | $0.00 | $6.64 | $0.00 | $66.50 | -$66.50 | Short Term |
| 01/23/2024 | 10.015714 | $0.00 | $6.69 | $0.00 | $67.00 | -$67.00 | Short Term |
| 01/04/2024 | 10.015714 | $0.00 | $6.78 | $0.00 | $67.90 | -$67.90 | Short Term |
| 12/21/2023 | 10.015714 | $0.00 | $6.83 | $0.00 | $68.40 | -$68.40 | Short Term |
| 01/18/2024 | 10.015714 | $0.00 | $6.89 | $0.00 | $69.00 | -$69.00 | Short Term |
| 12/05/2023 | 10.015714 | $0.00 | $6.97 | $0.00 | $69.80 | -$69.80 | Long Term |
| 04/22/2021[1] 01/29/2024 | 0.200314 | $0.00 | $350.25 *$350.25* | $0.00 | $70.16 *$1.32* | -$70.16 *-$1.32* | Long Term Disallowed Loss $68.84 |
| 12/04/2023 | 10.015714 | $0.00 | $7.15 | $0.00 | $71.60 | -$71.60 | Long Term |
| 12/04/2023 | 10.015714 | $0.00 | $7.21 | $0.00 | $72.20 | -$72.20 | Long Term |
| 04/11/2022 | 0.500786 | $0.00 | $145.77 | $0.00 | $73.00 | -$73.00 | Long Term |
| 04/14/2022 | 0.500786 | $0.00 | $149.27 | $0.00 | $74.75 | -$74.75 | Long Term |
| 12/04/2023 | 10.015714 | $0.00 | $7.49 | $0.00 | $75.00 | -$75.00 | Long Term |
| 12/04/2023 | 10.015714 | $0.00 | $7.56 | $0.00 | $75.70 | -$75.70 | Long Term |
| 11/22/2023 | 10.015714 | $0.00 | $7.69 | $0.00 | $77.00 | -$77.00 | Long Term |

| Date | Quantity | | Amount | | Cost | Gain/Loss | Term |
|---|---|---|---|---|---|---|---|
| 11/22/2023 | 10.015714 | $0.00 | $7.69 | $0.00 | $77.00 | -$77.00 | Long Term |
| 04/06/2022 | 0.500786 | $0.00 | $154.76 | $0.00 | $77.50 | -$77.50 | Long Term |
| 01/17/2024 | 10.015714 | $0.00 | $7.79 | $0.00 | $78.00 | -$78.00 | Short Term |
| 08/13/2021 | 0.250393 | $0.00 | $317.50 | $0.00 | $79.50 | -$79.50 | Long Term |
| 11/22/2023 | 10.015714 | $0.00 | $8.03 | $0.00 | $80.40 | -$80.40 | Long Term |
| 11/24/2023 | 10.015714 | $0.00 | $8.04 | $0.00 | $80.50 | -$80.50 | Long Term |
| 11/24/2023 | 10.015714 | $0.00 | $8.08 | $0.00 | $80.90 | -$80.90 | Long Term |
| 05/18/2021 | 0.55437 | $0.00 | $146.11 | $0.00 | $81.00 | -$81.00 | Long Term |
| 11/22/2023 | 10.015714 | $0.00 | $8.30 | $0.00 | $83.15 | -$83.15 | Long Term |
| 04/12/2021[1] / 01/29/2024 | 0.250393 | $0.00 | $336.27 / $336.27 | $0.00 | $84.20 / $1.65 | -$84.20 / -$1.65 | Long Term / Disallowed Loss $82.55 |
| 03/30/2021[1] / 01/29/2024 | 0.250393 | $0.00 | $340.27 / $340.27 | $0.00 | $85.20 / $1.65 | -$85.20 / -$1.65 | Long Term / Disallowed Loss $83.55 |
| 11/21/2023 | 10.015714 | $0.00 | $8.62 | $0.00 | $86.30 | -$86.30 | Long Term |
| 11/21/2023 | 10.015714 | $0.00 | $8.62 | $0.00 | $86.30 | -$86.30 | Long Term |
| 08/03/2022 | 1.001571 | $0.00 | $88.86 | $0.00 | $89.00 | -$89.00 | Long Term |
| 08/03/2022 | 1.001571 | $0.00 | $88.86 | $0.00 | $89.00 | -$89.00 | Long Term |
| 08/02/2022 | 1.001571 | $0.00 | $88.86 | $0.00 | $89.00 | -$89.00 | Long Term |
| 06/10/2021 | 0.150236 | $0.00 | $599.06 | $0.00 | $90.00 | -$90.00 | Long Term |
| 11/10/2023 | 10.015714 | $0.00 | $9.20 | $0.00 | $92.10 | -$92.10 | Long Term |
| 03/31/2021[1] / 01/29/2024 | 0.250393 | $0.00 | $373.17 / $373.17 | $0.00 | $93.44 / $1.65 | -$93.44 / -$1.65 | Long Term / Disallowed Loss $91.79 |
| 11/13/2023 | 10.015714 | $0.00 | $9.49 | $0.00 | $95.00 | -$95.00 | Long Term |
| 04/30/2021 | 0.250393 | $0.00 | $379.40 | $0.00 | $95.00 | -$95.00 | Long Term |
| 07/20/2021 | 0.300471 | $0.00 | $319.50 | $0.00 | $96.00 | -$96.00 | Long Term |

| Date | Quantity | | Amount | | Cost | Gain/Loss | Term |
|---|---|---|---|---|---|---|---|
| 01/19/2023 | 1.001571 | $0.00 | $95.85 | $0.00 | $96.00 | -$96.00 | Long Term |
| 01/31/2024 | 25 | $0.00 | $3.86 | $0.00 | $96.49 | -$96.49 | Short Term |
| 01/19/2023 | 1.001571 | $0.00 | $96.85 | $0.00 | $97.00 | -$97.00 | Long Term |
| 01/19/2023 | 1.001571 | $0.00 | $96.85 | $0.00 | $97.00 | -$97.00 | Long Term |
| 03/24/2021[1] 01/29/2024 | 0.250393 | $0.00 | $390.19 *$390.19* | $0.00 | $97.70 *$1.65* | -$97.70 *-$1.65* | Long Term Disallowed Loss $96.05 |
| 01/19/2023 | 1.001571 | $0.00 | $97.85 | $0.00 | $98.00 | -$98.00 | Long Term |
| 04/27/2021[1] 01/29/2024 | 0.250393 | $0.00 | $394.18 *$394.18* | $0.00 | $98.70 *$1.65* | -$98.70 *-$1.65* | Long Term Disallowed Loss $97.05 |
| 04/30/2021 | 0.250393 | $0.00 | $395.38 | $0.00 | $99.00 | -$99.00 | Long Term |
| 11/09/2023 | 10.015714 | $0.00 | $9.89 | $0.00 | $99.10 | -$99.10 | Long Term |
| 01/19/2023 | 1.001571 | $0.00 | $99.84 | $0.00 | $100.00 | -$100.00 | Long Term |
| 11/06/2023 | 10.015714 | $0.00 | $10.06 | $0.00 | $100.80 | -$100.80 | Long Term |
| 11/06/2023 | 10.015714 | $0.00 | $10.09 | $0.00 | $101.10 | -$101.10 | Long Term |
| 11/06/2023 | 10.015714 | $0.00 | $10.11 | $0.00 | $101.30 | -$101.30 | Long Term |
| 11/06/2023 | 10.015714 | $0.00 | $10.12 | $0.00 | $101.40 | -$101.40 | Long Term |
| 01/18/2023 | 1.001571 | $0.00 | $101.84 | $0.00 | $102.00 | -$102.00 | Long Term |
| 01/13/2023 | 1.001571 | $0.00 | $102.84 | $0.00 | $103.00 | -$103.00 | Long Term |
| 01/12/2023 | 1.001571 | $0.00 | $102.84 | $0.00 | $103.00 | -$103.00 | Long Term |
| 03/23/2021[1] 01/29/2024 | 0.250393 | $0.00 | $412.15 *$412.15* | $0.00 | $103.20 *$1.65* | -$103.20 *-$1.65* | Long Term Disallowed Loss $101.55 |
| 01/13/2023 | 1.001571 | $0.00 | $103.84 | $0.00 | $104.00 | -$104.00 | Long Term |
| 01/12/2023 | 1.001571 | $0.00 | $103.84 | $0.00 | $104.00 | -$104.00 | Long Term |
| 04/23/2021[1] 01/29/2024 | 0.300471 | $0.00 | $348.25 *$348.25* | $0.00 | $104.64 *$1.98* | -$104.64 *-$1.98* | Long Term Disallowed Loss $102.66 |

| Date | Quantity | | Amount | | Proceeds | Gain/Loss | Term |
|---|---|---|---|---|---|---|---|
| 01/12/2023 | 1.001571 | $0.00 | $104.84 | $0.00 | $105.00 | -$105.00 | Long Term |
| 03/23/2021[1] 01/29/2024 | 0.250393 | $0.00 | $420.14 *$420.14* | $0.00 | $105.20 *$1.65* | -$105.20 *-$1.65* | Long Term Disallowed Loss $103.55 |
| 09/08/2023 | 5.007857 | $0.00 | $21.17 | $0.00 | $106.00 | -$106.00 | Long Term |
| 03/18/2021[1] 01/29/2024 | 0.250393 | $0.00 | $424.13 *$424.13* | $0.00 | $106.20 *$1.65* | -$106.20 *-$1.65* | Long Term Disallowed Loss $104.55 |
| 04/22/2021[1] 01/29/2024 | 0.300471 | $0.00 | $354.24 *$354.24* | $0.00 | $106.44 *$1.98* | -$106.44 *-$1.98* | Long Term Disallowed Loss $104.46 |
| 01/11/2023 | 1.001571 | $0.00 | $107.83 | $0.00 | $108.00 | -$108.00 | Long Term |
| 11/02/2023 | 10.015714 | $0.00 | $10.98 | $0.00 | $110.00 | -$110.00 | Long Term |
| 05/25/2023 | 5.007857 | $0.00 | $21.97 | $0.00 | $110.00 | -$110.00 | Long Term |
| 01/10/2023 | 1.001571 | $0.00 | $109.83 | $0.00 | $110.00 | -$110.00 | Long Term |
| 01/10/2023 | 1.001571 | $0.00 | $110.83 | $0.00 | $111.00 | -$111.00 | Long Term |
| 04/01/2021[1] 01/29/2024 | 0.305479 | $0.00 | $366.24 *$366.24* | $0.00 | $111.88 *$2.02* | -$111.88 *-$2.02* | Long Term Disallowed Loss $109.86 |
| 01/09/2023 | 1.001571 | $0.00 | $112.82 | $0.00 | $113.00 | -$113.00 | Long Term |
| 11/01/2023 | 10.015714 | $0.00 | $11.30 | $0.00 | $113.20 | -$113.20 | Long Term |
| 01/09/2023 | 1.001571 | $0.00 | $113.82 | $0.00 | $114.00 | -$114.00 | Long Term |
| 03/04/2021[1] 01/29/2024 | 0.250393 | $0.00 | $456.08 *$456.08* | $0.00 | $114.20 *$1.65* | -$114.20 *-$1.65* | Long Term Disallowed Loss $112.55 |
| 03/05/2021[1] 01/29/2024 | 0.300471 | $0.00 | $380.20 *$380.20* | $0.00 | $114.24 *$1.98* | -$114.24 *-$1.98* | Long Term Disallowed Loss $112.26 |
| 05/25/2023 | 5.007857 | $0.00 | $22.96 | $0.00 | $115.00 | -$115.00 | Long Term |
| 01/06/2023 | 1.001571 | $0.00 | $114.82 | $0.00 | $115.00 | -$115.00 | Long Term |
| 01/24/2024 | 20.031428 | $0.00 | $5.81 | $0.00 | $116.36 | -$116.36 | Short Term |
| 01/16/2024 | 20.031428 | $0.00 | $5.94 | $0.00 | $119.00 | -$119.00 | Short Term |

| Date | Quantity | | Amount | | Cost | Gain/Loss | Term |
|---|---|---|---|---|---|---|---|
| 03/04/2021[1] 01/29/2024 | 0.250393 | $0.00 | $476.05 $476.05 | $0.00 | $119.20 $1.65 | -$119.20 -$1.65 | Long Term Disallowed Loss $117.55 |
| 05/24/2023 | 5.007857 | $0.00 | $24.36 | $0.00 | $122.00 | -$122.00 | Long Term |
| 05/04/2021 | 0.92395 | $0.00 | $135.29 | $0.00 | $125.00 | -$125.00 | Long Term |
| 02/26/2021[1] 01/29/2024 | 0.290456 | $0.00 | $436.14 $436.14 | $0.00 | $126.68 $1.92 | -$126.68 -$1.92 | Long Term Disallowed Loss $124.76 |
| 04/16/2021[1] 01/29/2024 | 0.500786 | $0.00 | $270.39 $270.39 | $0.00 | $135.41 $3.31 | -$135.41 -$3.31 | Long Term Disallowed Loss $132.10 |
| 04/29/2021[1] 01/29/2024 | 0.295462 | $0.00 | $460.09 $460.09 | $0.00 | $135.94 $1.95 | -$135.94 -$1.95 | Long Term Disallowed Loss $133.99 |
| 04/20/2021[1] 01/29/2024 | 0.500786 | $0.00 | $308.32 $308.32 | $0.00 | $154.40 $3.30 | -$154.40 -$3.30 | Long Term Disallowed Loss $151.10 |
| 04/15/2021[1] 01/29/2024 | 0.500786 | $0.00 | $310.33 $310.33 | $0.00 | $155.41 $3.31 | -$155.41 -$3.31 | Long Term Disallowed Loss $152.10 |
| 06/08/2021 | 0.250393 | $0.00 | $635.00 | $0.00 | $159.00 | -$159.00 | Long Term |
| 04/13/2021[1] 01/29/2024 | 0.500786 | $0.00 | $324.31 $324.31 | $0.00 | $162.41 $3.31 | -$162.41 -$3.31 | Long Term Disallowed Loss $159.10 |
| 03/02/2022 | 1.001571 | $0.00 | $164.74 | $0.00 | $165.00 | -$165.00 | Long Term |
| 06/09/2021 | 0.275432 | $0.00 | $619.03 | $0.00 | $170.50 | -$170.50 | Long Term |
| 04/12/2021[1] 01/29/2024 | 0.500786 | $0.00 | $344.28 $344.28 | $0.00 | $172.41 $3.31 | -$172.41 -$3.31 | Long Term Disallowed Loss $169.10 |
| 03/31/2021[1] 01/29/2024 | 0.500786 | $0.00 | $380.22 $380.22 | $0.00 | $190.41 $3.31 | -$190.41 -$3.31 | Long Term Disallowed Loss $187.10 |
| 05/05/2023 | 10.015714 | $0.00 | $19.97 | $0.00 | $200.00 | -$200.00 | Long Term |
| 05/05/2023 | 10.015714 | $0.00 | $19.97 | $0.00 | $200.00 | -$200.00 | Long Term |
| 05/04/2023 | 10.015714 | $0.00 | $19.97 | $0.00 | $200.00 | -$200.00 | Long Term |

| Date | Quantity | | Proceeds | | Cost Basis | Gain/Loss | Term |
|---|---|---|---|---|---|---|---|
| 04/30/2021 | 0.500786 | $0.00 | $415.35 | $0.00 | $208.00 | -$208.00 | Long Term |
| 09/12/2023 | 10.015714 | $0.00 | $21.22 | $0.00 | $212.50 | -$212.50 | Long Term |
| 05/09/2023 | 10.015714 | $0.00 | $21.22 | $0.00 | $212.51 | -$212.51 | Long Term |
| 09/07/2023 | 10.015714 | $0.00 | $21.67 | $0.00 | $217.00 | -$217.00 | Long Term |
| 04/28/2021[1] 01/29/2024 | 1.846898 | $0.00 | $138.81 *$138.81* | $0.00 | $256.36 *$12.20* | -$256.36 *-$12.20* | Long Term Disallowed Loss $244.16 |
| **Total** | **676** | | | | **$14,641.25** | **-$14,641.25** | |

1. Wash Sale activity has adjusted this cost. For additional information, click here.

Today's Date: 05:00 PM ET, 12/10/2024

*Own your tomorrow.*

Check the background of Charles Schwab or one of its investment professionals on FINRA'S BrokerCheck.

---

**Investment and Insurance Products Are: Not FDIC Insured • Not Insured by Any Federal Government Agency • Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or any of its Affiliates • Subject to Investment Risks, Including Possible Loss of Principal Amount Invested**

---

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co. Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (member FDIC and an Equal Housing Lender), provides deposit and lending services and products.

This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents, Charles Schwab Hong Kong clients, Charles Schwab UK clients.

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.