NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: **META MATERIALS, INC** | Case Number: **24-50792** | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Anthony Francis Serra
   211 Dwight Road
   Burlingame, CA 94010

   Telephone Number: 650 400-3850

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 19 2024**
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
**X96867468**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Anthony Francis Serra
   c/o Fidelity Investments
   245 Summer Street, Boston, MA 02210
   Telephone Number: 800-343-3548

3. Date Equity Interest was acquired:
   **Between the dates 11/16/2021-11/28/2022**
   See Attached Documentation

4. Total amount of member interest: **60 for $15,790.00**

5. Certificate number(s): **See Attached Documentation**

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: **INVESTOR**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Anthony Francis Serra**
Title: _____
Company: Address and telephone number (if different from notice address above):
_____

(Signature)   **12/5/2024** (Date)

Telephone number: **650-400-3850**   email: **Antonster@yahoo.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**Fidelity** INVESTMENTS

INVESTMENT REPORT
November 1, 2021 - November 30, 2021

Account # X96-867468
ANTHONY FRANCIS SERRA - INDIVIDUAL - TOD

## Activity

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/04 | OCUGEN INC COM | 67577C105 | You Sold | -136.000 | 14.89000 | 1,030.88 f | -0.02 | 2,025.02 |
| | | | Short-term gain: $994.14 | | | | | |
| 11/05 | OCUGEN INC COM | 67577C105 | You Sold | -1,000.000 | 14.20500 | 7,120.00 f | -0.08 | 14,204.92 |
| | | | Short-term gain: $7,084.92 | | | | | |
| 11/05 | OCUGEN INC COM | 67577C105 | You Sold | -1,000.000 | 14.04000 | 6,960.00 f | -0.08 | 14,039.92 |
| | | | Short-term gain: $7,079.92 | | | | | |
| 11/10 | UPHEALTH INC COM | 91532B101 | You Bought | 2,000.000 | 2.43450 | | - | -4,869.00 |
| 11/15 | UPHEALTH INC COM | 91532B101 | You Sold | -2,000.000 | 2.38550 | 4,869.00 f | -0.03 | 4,770.97 |
| | | | Short-term loss: $98.03 | | | | | |
| 11/18 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 1,000.000 | 4.42000 | | - | -4,42... |
| 11/24 | META MATERIALS INC PFD SER A | 59134N203 | You Bought | 1,000.000 | 1.56000 | | - | -1,560.00 |
| Total Securities Bought | | | | | | | | -$10,849.00 |
| Total Securities Sold | | | | | | $42,449.00 | -$0.44 | $77,692.07 |
| Net Securities Bought & Sold | | | | | | | -$0.44 | $66,843.07 |

**Fidelity** INVESTMENTS®

INVESTMENT REPORT
November 1, 2021 - November 30, 2021

Account # X96-86____
ANTHONY FRANCIS SERRA - INDIVIDUAL - TOD

## Activity

### Core Fund Activity (continued)

For more information about the operation of your core account, please refer to your Customer Agreement.

### Trades Pending Settlement

| Trade Date | Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Total Cost Basis | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/29 | 12/01 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | MMAT | Bought | 1,000.0000 | $3.83000 | | -$3,830.00 |

# Fidelity

INVESTMENT REPORT
November 1, 2022 - November 30, 2022

Account # X96-867468
ANTHONY FRANCIS SERRA - INDIVIDUAL - TOD

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 11/17 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 2,000.000 | 1.88000 | - | -3,760.0 |
| 11/30 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 2,000.000 | 1.89000 | - | -3, |



**THE FOUNDATION FOR SECURE MARKETS**®

#54006

| | |
|---|---|
| **Date:** | January 25, 2024 |
| **Subject:** | Meta Materials Inc. - Reverse Split<br>Option Symbol: MMAT<br>New Symbol: MMAT1<br>Date: 01/29/2024 |

Meta Materials Inc. (MMAT) has announced a 1-for-100 reverse stock split. As a result of the reverse stock split, each MMAT Common Share will be converted into the right to receive 0.01 (New) Meta Materials Inc. Common Shares. The reverse stock split will become effective before the market open on January 29, 2024.

## Contract Adjustment

| | |
|---|---|
| **Effective Date:** | January 29, 2024 |
| **Option Symbol:** | MMAT changes to MMAT1 |
| **Contract Multiplier:** | 1 |
| **Strike Divisor:** | 1 |
| **New Multiplier:** | 100 (e.g., for premium or strike dollar extensions 1.00 will equal $100) |
| **New Deliverable Per Contract:** | 1 (New) Meta Materials Inc. (MMAT) Common Shares |
| **CUSIP:** | MMAT (New): 59134N302 |

## Pricing

The underlying price for MMAT1 will be determined as follows:

MMAT1 = 0.01 (MMAT)

## Disclaimer

This Information Memo provides an unofficial summary of the terms of corporate events affecting listed options or futures prepared for the convenience of market participants. OCC accepts no responsibility for the accuracy or completeness of the summary, particularly for information which may be relevant to

investment decisions. Option o~~~~ures investors should independently ~~~~rtain and evaluate all information concerning this corporate event(s).

The determination to adjust options and the nature of any adjustment is made by OCC pursuant to OCC By-Laws, Article VI, Sections 11 and 11A. The determination to adjust futures and the nature of any adjustment is made by OCC pursuant to OCC By-Laws, Article XII, Sections 3, 4, or 4A, as applicable. For both options and futures, each adjustment decision is made on a case by case basis. Adjustment decisions are based on information available at the time and are subject to change as additional information becomes available or if there are material changes to the terms of the corporate event(s) occasioning the adjustment.

ALL CLEARING MEMBERS ARE REQUESTED TO IMMEDIATELY ADVISE ALL BRANCH OFFICES AND CORRESPONDENTS ON THE ABOVE.

For questions regarding this memo, please email the Investor Education team at options@theocc.com. Clearing Member Firms of OCC may contact Member Services at 1-800-544-6091 or, within Canada, at 1-800-424-7320, or email memberservices@theocc.com.

# Meta Materials Announces 1-for-100 Reverse Stock Split to Regain Nasdaq Compliance

Tuesday, 23 January 2024 04:00 PM



Meta Materials Inc.

Share this Article

Topic:
Company Update

HALIFAX, NS / ACCESSWIRE / January 23, 2024 / Meta Materials Inc. (the "Company" or "META") (Nasdaq:MMAT), an advanced materials and nanotechnology company, today announced that it intends to effect a 1-for-100 reverse stock split ("Reverse Stock Split") of its issued and outstanding common

stock that will become effective at 12:01 AM PT on January 29, 2024. The Company's common stock is therefore expected to begin trading on a split-adjusted basis when the market opens on January 29, 2024. The Company's common stock will continue to trade on the Nasdaq Capital Market under the symbol "MMAT" but with a new CUSIP number 59134N302.

The Reverse Stock Split is part of the Company's plan to regain compliance with the $1.00 per share minimum closing price required to maintain continued listing on the Nasdaq Capital Market.

The Reverse Stock Split was approved by the Board of Directors of the Company in accordance with Nevada law. As a result of the Reverse Stock Split, every 100 shares of common stock issued and outstanding prior to the effective time will be automatically reclassified into one share of common stock with no change in the $0.001 par value per share. The exercise prices and the number of shares issuable upon exercise of outstanding stock options, equity awards and warrants, and the number of shares available for future issuance under the equity incentive plans will be adjusted in accordance with their respective terms. The Reverse Stock Split will affect all stockholders uniformly and will not alter any stockholder's percentage interest in the Company's equity.

No fractional shares will be issued in connection with the Reverse Stock Split. Any fractional shares of common stock resulting from the Reverse Stock Split will be rounded up to the nearest whole post-split share and no stockholders will receive cash in lieu of fractional shares.

The Reverse Stock Split will reduce the number of outstanding shares of common stock from approximately 564 million to approximately 5.64 million shares and also proportionately

reduce the number of authorized shares of common stock from 1 billion to 10 million shares.

About Meta Materials Inc.

Meta Materials Inc. (META) is an advanced materials and nanotechnology company. We develop new products and technologies using innovative sustainable science. Advanced materials can improve everyday products that surround us, making them smarter and more sustainable. META® technology platforms enable global brands to develop new products to improve performance for customers in aerospace and defense, consumer electronics, 5G communications, batteries, authentication, automotive and clean energy. Learn more at www.metamaterial.com.

Media and Investor Inquiries

Rob Stone
Vice President, Corporate Development and Communications
Meta Materials Inc.
media@metamaterial.com
ir@metamaterial.com

Forward Looking Information

This press release includes forward-looking information or statements within the meaning of Canadian securities laws and within the meaning of Section 27A of the Securities Act of 1933, as amended, Section 21E of the Securities Exchange Act of 1934, as amended, and the Private Securities Litigation Reform Act of 1995, regarding the Company, which may include, but are not limited to, statements with respect to the business strategies, product development, restructuring plans and operational activities of the Company. Often but not always, forward-looking information can be identified by the use of words such as

"pursuing", "potential", "predicts", "projects", "seeks", "plans", "expect", "intends", "anticipated", "believes" or variations (including negative variations) of such words and phrases, or statements that certain actions, events or results "may", "could", "should", "would" or "will" be taken, occur or be achieved. Such statements are based on the current expectations and views of future events of the management of the Company and are based on assumptions and subject to risks and uncertainties. Although the management of the Company believes that the assumptions underlying these statements are reasonable, they may prove to be incorrect. The forward-looking events and circumstances discussed in this release may not occur and could differ materially as a result of known and unknown risk factors and uncertainties affecting the Company, the capabilities of our facilities, research and development projects of the Company, the total available market and market potential of the products of the Company, the market position of the Company, the need to raise more capital and the ability to do so, the scalability of the Company's production ability, capacity for new customer engagements, material selection programs timeframes, the ability to reduce production costs, enhance metamaterials manufacturing capabilities and extend market reach into new applications and industries, the ability to accelerate commercialization plans, the possibility of new customer contracts, the continued engagement of our employees, the technology industry, market strategic and operational activities, and management's ability to manage and operate the business. More details about these and other risks that may impact the Company's businesses are described under the heading "Forward-Looking Information" and under the heading "Risk Factors" in the Company's Form 10-K filed with the SEC on March 23, 2023, in the Company's Form 10-K/A filed with the SEC on March 24, 2023, in the Company's Form 10-Q filed with the SEC on November 13, 2023, and in subsequent filings made by Meta Materials with the SEC, which are available on SEC's website at www.sec.gov. Although the Company has attempted

to identify important factors that could cause actual actions, events or results to differ materially from those described in forward-looking statements, there may be other factors that cause actions, events or results to differ from those anticipated, estimated or intended. Accordingly, readers should not place undue reliance on any forward-looking statements or information. No forward-looking statement can be guaranteed. Except as required by applicable securities laws, forward-looking statements speak only as of the date on which they are made and the Company does not undertake any obligation to publicly update or revise any forward-looking statement, whether as a result of new information, future events, or otherwise, except to the extent required by law.

SOURCE: Meta Materials Inc.