NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

**Name of Debtor:** META MATERIALS, Inc

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Sheri Schnell
   2919 S. Rodeo Dr
   Greenacres, WA 99016

   **Telephone Number:** 252 560 4390

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 18 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**
34523604 + 39731068

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

   Sheri Schnell
   PO Box 982901, El Paso, Texas 79998

   **Telephone Number:** 877-662-7447

3. **Date Equity Interest was acquired:**
   Between 12-5-2022 - 12-9-2022
   See Attached Documentation

4. **Total amount of member interest:** 55 shares for $9362

5. **Certificate number(s):** See Attached Document

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Sheri Schnell
**Title:**
**Company:** Address and telephone number (if different from notice address above):

(Signature) Sheri Schnell   (Date) 12-14-2024

Telephone number: 252 560-4390   email: sherihschnell@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**V.**                                                                                                                                                                  Search

# Cost basis – Unrealized gains/losses

Cost basis information may not be available for all accounts or holdings.

Search holdings

```
Find a holding
```

Search your account holdings here. Use commas to separate search terms. Results will automatically show in the expanded table(s) below.

# Self-managed accounts

### Sheri Schnell — Rollover IRA Brokerage Account — 34523604

| Symbol Name STOCKS | Cost basis method | Quantity | Cost per share | Total cost | as of 12/13/2024 04:00 PM, ET Market value | Short term capital gain/loss | Long term capital gain/loss | Total capital gain/loss | Percent gain/loss |
|---|---|---|---|---|---|---|---|---|---|
| MMATQ META MATERIALS INC | FIFO | 15.0000 | — | $2,390.00 | $0.00 | — | ↓-$2,390.00 | ↓-$2,390.00 | ↓-100.00% |
| Show lot details | | | | | | | | | |
| Total | | | | $2,390.00 | $0.00 | — | ↓-$2,390.00 | ↓-$2,390.00 | |

### Sheri Schnell — Roth IRA Brokerage Account — 39731068

| Symbol Name STOCKS | Cost basis method | Quantity | Cost per share | Total cost | as of 12/13/2024 04:00 PM, ET Market value | Short term capital gain/loss | Long term capital gain/loss | Total capital gain/loss | Percent gain/loss |
|---|---|---|---|---|---|---|---|---|---|
| MMATQ META MATERIALS INC | FIFO | 40.0000 | — | $6,971.98 | $0.00 | — | ↓-$6,971.98 | ↓-$6,971.98 | ↓-100.00% |
| Show lot details | | | | | | | | | |
| Total | | | | $6,971.98 | $0.00 | — | ↓-$6,971.98 | ↓-$6,971.98 | |

Cost basis information is not updated and may be incomplete until a few business days after any sales, purchases, or adjustments.

Due to rounding, there may be a small difference (pennies) between the total amounts that appear on this page and your tax forms for each account.

Your "cost basis" related to any security you hold refers to the price you paid for that security and can be adjusted by items such as return of capital, commission, or transaction fees. Please visit our website for more detailed information on cost basis. When "covered" securities are sold, Vanguard reports the cost basis to you and the IRS; however, when "noncovered" securities are sold, Vanguard does not report the cost basis to the IRS. You are responsible for tracking and reporting the cost basis of your securities. In cases where the cost basis of a security is unknown, Vanguard will assume a cost basis of zero; therefore, the lot's gain will be equal to the proceeds. Please visit our website for more detailed information on "covered" and "noncovered" securities. Vanguard does not provide tax advice. Please contact your tax advisor with questions related to cost basis or other tax matters.

---



**V.**

### Sheri Schnell

Visit the Support Center

**Vanguard sites**
Institutional investors
Financial advisor
Small business online
Non-U.S. investors
More Vanguard sites

**Privacy & security**
Online privacy notice
Security at Vanguard

Time range filter

| 5 year | ⌄ |
|---|---|

Holdings filter

| 1  Selected | Clear ⌄ |
|---|---|

Transaction type filter

| 1  Selected | Clear ⌄ |
|---|---|

More account information  ⋮

Rollover IRA Account 34523604

Showing column 1-8 of 8

| Settlement date ⇅ | Trade date ⇅ | Symbol ⇅ | Name ⇅ | Transaction type ⇅ | Quantity ⇅ | Price ⇅ | Commissions & fees ⇅ | Amount ⇅ |
|---|---|---|---|---|---|---|---|---|
| 12/13/2022 | 12/09/2022 | MMATQ META MATERIALS INC | Buy | | 500.0000 | $1.33 | Free | -$665.00 |
| 12/07/2022 | 12/05/2022 | MMATQ META MATERIALS INC | Buy | | 1,000.0000 | $1.73 | Free | -$1,725.00 |

## Sheri Schnell — Roth IRA Brokerage Account — 39731068 (Self-managed)*
$36.09

Time range filter

| 5 year | ⌄ |
|---|---|

Holdings filter

| 1  Selected | Clear ⌄ |
|---|---|

Transaction type filter

| 1  Selected | Clear ⌄ |
|---|---|

More account information  ⋮

Showing column 1-8 of 8

| Settlement date | Trade date | Symbol | Name | Transaction type | Quantity | Price | Commissions & fees | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/13/2022 | 12/09/2022 | MMATQ META MATERIALS INC | Buy | | 150.0000 | $1.37 | Free | -$204.75 |

| Settlement date ⇕ | Trade date ⇕ | Symbol ⇕ | Name ⇕ | Transaction type ⇕ | Quantity ⇕ | Price ⇕ | Commissions & fees ⇕ | Amount ⇕ |
|---|---|---|---|---|---|---|---|---|
| 12/12/2022 | 12/08/2022 | **MMATQ** META MATERIALS INC | Buy | | 1,000.0000 | $1.84 | Free | -$1,844.00 |
| 12/07/2022 | 12/05/2022 | **MMATQ** META MATERIALS INC | Buy | | 847.0000 | $1.78 | Free | -$1,503.43 |
| 12/07/2022 | 12/05/2022 | **MMATQ** META MATERIALS INC | Buy | | 2,000.0000 | $1.71 | Free | -$3,419.80 |

* Brokerage assets are held by Vanguard Brokerage Services, a division of Vanguard Marketing Corporation, member **FINRA** and **SIPC**

The total of balances in individual accounts may differ from the "Value as of" balance at the top of the page due to security pricing changes during trading hours (generally, 9 a.m. to 4 p.m., Eastern time).

Digital images of checks written from your Vanguard accounts are available online for seven calendar years. Please download any check images if you'll need them after this seven-year period.



# Sheri Schnell

Visit the Support Center

**Vanguard sites**

Institutional investors

Financial advisor

Small business online

Non-U.S. investors

More Vanguard sites

**Privacy & security**

Online privacy notice

Security at Vanguard

Manage cookies

**Forms & notices**

Accessibility

Fund prospectuses and reports

Advisor Client Relationship Summary (VAI Form CRS)