NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor: Meta Materials Inc

Case Number: 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):
Tyler Ayotte
24 King Street N
P.O. Box 265
Richmond, ontario, K0A 2Z0

Telephone Number: (438) 337-4812

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 18 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: 43RLW2-J + 43RLW2-K

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: ____________
☐ amends a previously filed Proof of Interest dated: ____________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
TD Direct Investing
66 Wellington St. W, Toronto, ON M5K 1A2
Telephone Number: 1-800-465-5463

3. **Date Equity Interest was acquired:** June 29, 2021 - July 14, 2023

4. **Total amount of member interest:** 1,225 — 13 after reverse split

5. **Certificate number(s):** Attached.

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the creditor.
☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Tyler Ayotte
Title:
Company:__ Address and telephone number (if different from notice address above):

Tyler Ayotte (Signature) Dec/4/2024 (Date)

Telephone number: email:

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Phone #(438)-337-4812
Email: Tylerayotte.ta12@gmail.com



TD Direct Investing

# Your TFSA statement

February 1, 2021 to February 28, 2021

Account number: 43RLW2-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR TYLER JACOB AYOTTE
6149 OTTAWA ST
RICHMOND ST ON
K0A 2Z0

**Do you have a question?**

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

**English:** 1-800-465-5463
**French:** 1-800-361-2684
**Cantonese:** 1-800-838-3223 option 1
**Mandarin:** 1-800-838-3223 option 2

## Your account at a glance

ⓘ **You need to know**
Please see **page 2** for important information about your account.

| | This period (Feb 1 - Feb 28, 2021) | Last period (Jan 1 - Jan 31, 2021) | Year to date (Jan 14 - Feb 28, 2021) |
|---|---|---|---|
| Beginning balance | $10,100.00 | $0.00 | $0.00 |
| Change in your account balance | -$2,105.60 | $10,100.00 | $7,994.40 |
| **Ending balance** | **$7,994.40** | **$10,100.00** | **$7,994.40** |

▸ US dollars converted to Canadian dollars at **1.2710** as of Feb 28, 2021

## Holdings in your account

on February 28, 2021

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 39.90 | 39.90 | 0.00 | 0.50% |
| **TOTAL DOMESTIC** | | | **$39.90** | **$39.90** | | **0.50%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| ITERUM THERAPEUTICS PLC (ITRM) | 2,000 SEG | 1.640U | 5,486.31 | 4,170.52 | -1,315.79 | 52.17% |
| TORCHLIGHT ENERGY RES INC (TRCH) | 1,200 SEG | 2.480U | 4,673.79 | 3,783.98 | -889.81 | 47.33% |
| **TOTAL FOREIGN** | | | **$10,160.10** | **$7,954.50** | | **99.50%** |
| **Total Portfolio** | | | **$10,200.00** | **$7,994.40** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.2710**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars



Account number: 43RLW2-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jun 30, 2021

## Definitions

### An explanation of terms shown in the tables above

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | **39.90** |
| Jun 29 | Exchange | META MATERIALS INC | 600 | | -4,673.79 | -4,633.89 |
| Jun 29 | Exchange | TORCHLIGHT ENERGY RES IN* | -1,200 | | 4,673.79 | 39.90 |
| **Jun 30** | **Ending cash balance** | | | | | **$39.90** |

# Your TFSA contribution and withdrawal information

| **Contributions** | |
|---|---|
| Year to date | **$10,200.00** |
| **Withdrawals** | |
| Year to date | **$0.00** |

## ⓘ Important information about your account

This statement includes the **TD Waterhouse Canada Inc. Conflicts of Interest Statement** and a notification containing a summary of changes we have made to the TD Waterhouse Account and Services Agreements and Disclosure Documents, and other reminders for you.

If you use eServices, go to the **Documents (eServices)** page, at the bottom, under **Important Account Holder Information** to access the notification, which is also available at https://www.td.com/ca/products-services/investing/DBnotice.jsp.

***Order-Execution-Only Account.***



TD Direct Investing

# Your TFSA statement

May 1, 2022 to June 30, 2022

Account number: 43RLW2-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR TYLER JACOB AYOTTE
6149 OTTAWA ST
RICHMOND ST ON
K0A 2Z0

**Do you have a question?**

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

**English:** 1-800-465-5463
**French:** 1-800-361-2684
**Cantonese:** 1-800-838-3223 option 1
**Mandarin:** 1-800-838-3223 option 2

## Your account at a glance

**You need to know**
Please see **page 2** for important information about your account.

| | This period (May 1 - Jun 30, 2022) | Last period (Apr 1 - Apr 30, 2022) | Year to date (Jan 1 - Jun 30, 2022) |
|---|---|---|---|
| Beginning balance | $1,589.63 | $3,976.87 | $5,166.79 |
| Change in your account balance | -$266.80 | -$2,387.24 | -$3,843.96 |
| **Ending balance** | **$1,322.83** | **$1,589.63** | **$1,322.83** |

- US dollars converted to Canadian dollars at **1.2880** as of Jun 30, 2022

## Holdings in your account

on June 30, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 11.65 | 11.65 | 0.00 | 0.88% |
| **TOTAL DOMESTIC** | | | **$11.65** | **$11.65** | | **0.88%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| ITERUM THERAPEUTICS PLC (ITRM) | 2,000 SEG | 0.200U | 5,486.31 | 515.20 | -4,971.11 | 38.95% |
| META MATERIALS INC (MMAT) | 600 SEG | 1.030U | 4,673.79 | 795.98 | -3,877.81 | 60.17% |
| **TOTAL FOREIGN** | | | **$10,160.10** | **$1,311.18** | | **99.12%** |
| **Total Portfolio** | | | **$10,171.75** | **$1,322.83** | | **100.00%** |

- The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.2880**
- Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction
- U=US dollars



**TD Direct Investing**

# Your TFSA statement

July 1, 2023 to July 31, 2023

Account number: 43RLW2-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

MR TYLER JACOB AYOTTE
6149 OTTAWA ST
RICHMOND ST ON
K0A 2Z0

**Do you have a question?**

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

**English:** **1-800-465-5463**
**French:** **1-800-361-2684**
**Cantonese:** **1-800-838-3223 option 1**
**Mandarin:** **1-800-838-3223 option 2**

## Your account at a glance

**You need to know**

Please see **page 2** for important information about your account.

| | This period (Jul 1 - Jul 31, 2023) | Last period (May 1 - Jun 30, 2023) | Year to date (Jan 1 - Jul 31, 2023) |
|---|---|---|---|
| Beginning balance | $271.31 | $266.01 | $825.72 |
| Change in your account balance | $34.02 | $5.30 | -$520.39 |
| **Ending balance** | **$305.33** | **$271.31** | **$305.33** |

## Holdings in your account

on July 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 0.31 | 0.31 | 0.00 | 0.10% |
| **TOTAL DOMESTIC** | | | **$0.31** | **$0.31** | | **0.10%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC (MMAT) | 1,225 SEG | 0.249 | 3,594.76 | 305.02 | -3,289.74 | 99.90% |
| **TOTAL FOREIGN** | | | **$3,594.76** | **$305.02** | | **99.90%** |
| **Total Portfolio** | | | **$3,595.07** | **$305.33** | | **100.00%** |



Account number: 43RLW2-K
Account type: Tax-Free Savings Account - US
Your TFSA statement: Jul 31, 2023

## Definitions

### An explanation of terms shown in the tables above

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | **0.00** |
| Jul 3 | Sell | ITERUM THERAPEUTICS-NEW | -133 | 1.045 | 128.99 | 128.99 |
| Jul 14 | Buy | META MATERIALS INC CT-614191 | 625 | 0.189 | -128.68 | 0.31 |
| **Jul 31** | **Ending cash balance** | | | | | **$0.31** |

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.

***Order-Execution-Only Account.***



**TD Direct Investing**

# Your TFSA statement

January 1, 2024 to January 31, 2024

Account number: 43RLW2-K
Account type: Tax-Free Savings Account - US
Account currency: US dollars

MR TYLER JACOB AYOTTE
6149 OTTAWA ST
RICHMOND ST ON
K0A 2Z0

**Do you have a question?**

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

**English:** **1-800-465-5463**
**French:** **1-800-361-2684**
**Cantonese:** **1-800-838-3223 option 1**
**Mandarin:** **1-800-838-3223 option 2**

## Your account at a glance

**You need to know**

Please see **page 2** for important information about your account.

| | This period (Jan 1 - Jan 31, 2024) | Last period (Nov 1 - Dec 31, 2023) | Year to date (Jan 1 - Jan 31, 2024) |
|---|---|---|---|
| Beginning balance | $81.16 | $148.53 | $81.16 |
| Change in your account balance | -$31.19 | -$67.37 | -$31.19 |
| **Ending balance** | **$49.97** | **$81.16** | **$49.97** |

## Holdings in your account

on January 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 0.31 | 0.31 | 0.00 | 0.62% |
| **TOTAL DOMESTIC** | | | **$0.31** | **$0.31** | | **0.62%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC-NEW (MMAT) | 13 SEG | 3.820 | 3,594.76 | 49.66 | -3,545.10 | 99.38% |
| **TOTAL FOREIGN** | | | **$3,594.76** | **$49.66** | | **99.38%** |
| **Total Portfolio** | | | **$3,595.07** | **$49.97** | | **100.00%** |

***Order-Execution-Only Account.***

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

IIROC | **Regulated by** Investment Industry Regulatory Organization of Canada



Account number: 43RLW2-K
Account type: Tax-Free Savings Account - US
Your TFSA statement: Jan 31, 2024

## Definitions

### An explanation of terms shown in the tables above

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | **0.31** |
| Jan 29 | Reverse Split | META MATERIALS INC * | -1,225 | | 3,594.76 | 3,595.07 |
| Jan 29 | Reverse Split | META MATERIALS INC-NEW | 13 | | -3,594.76 | 0.31 |
| **Jan 31** | **Ending cash balance** | | | | | **$0.31** |

### ⓘ Important information about your account

In May 2024, the standard trade settlement period for North American Capital Markets is expected to be reduced from the current two business days to one business day after the trade date. This will impact most trades in securities. The change is expected to take effect Monday, May 27 for Canadian capital markets and Tuesday, May 28 for U.S. capital markets. Once implemented, your trades in Canadian and U.S. markets will settle one business day sooner.