NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

Name of Debtor: _Meta Materials Inc_

Case Number: _24-50792_

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   _Stephanie Ayotte_
   _97 King St, P.O Box 631_
   _Richmond, Ontario K0A 2Z0_

   Telephone Number: _(613) 797-8786_

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 18 2024**
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: _601-27140 & 603-40190_

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   _CIBC Investor Services_
   _161 Bay St. 4th Floor, Toronto, ON M5J 2S8_
   Telephone Number: _1-800-567-3343_

3. Date Equity Interest was acquired:
   _April 20, 2021 - July 14, 2023_

4. Total amount of member interest: _9,262_

5. Certificate number(s): _Attached - 93 after reverse split_

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _Investor_

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _Stephanie Ayotte_
Title: ____
Company: __ Address and telephone number (if different from notice address above): ____

(Signature) _Ayotte_   (Date) _Dec 4/24_

Telephone number: ____   email: ____

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Phone # 613-797-8786
Email: steph2ayotte@gmail.com



## INVESTOR'S EDGE SELF-DIRECTED
## TAX FREE SAVINGS ACCOUNT

**April 1-April 30, 2021**
*(previous statement March 31, 2021)*

Account # 601-27140
**Order Execution Only Account**

STEPHANIE AYOTTE
97 KING ST
RICHMOND ON   K0A 2Z0                063318

**To Contact Us:**
*1-800-567-3343*
*www.investorsedge.cibc.com*

### Items For Your Attention:

• *Take advantage of our online resources and keep up to date with the latest trends by visiting Learn at www.investorsedge.cibc.com/en/learn*

### Portfolio Overview - C$ equivalent

| | PERCENTAGE OF MARKET VALUE | MARKET VALUE AT APR 30 |
|---|---|---|
| Cash & Cash Equivalents | 2% | $431.11 |
| Fixed Income | — | — |
| Equities | 98% | $18,659.40 |
| Mutual Funds | — | — |
| Other | — | — |
| TOTAL PORTFOLIO | 100% | $19,090.51 |

### Contribution and Withdrawal Summary - C$ equivalent

| | THIS MONTH | YEAR TO DATE |
|---|---|---|
| Contributions | $0.00 | $20,350.00 |
| Withdrawals | $0.00 | $0.00 |

### Account Activity — Canadian Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Apr 1 | — | Opening cash balance | — | — | $6,545.61 |
| Apr 20 | Bought | METAMATERIAL INC COM UNSOLICITED BNKUF | 400 | 2.500 | -$1,006.95 |
| Apr 22 | Bought | METAMATERIAL INC COM UNSOLICITED BNKUF | 2,100 | 2.550 | -$5,361.95 |
| Apr 30 | — | Closing cash balance | — | — | $176.71 |



**Regulated by**
Investment Industry Regulatory
Organization of Canada



CIPF
MEMBER

HRI-*02016400*

063318           ACCOUNT # 601-27140           PAGE *1 of 3*           SEE OVER»



# INVESTOR'S EDGE SELF-DIRECTED TAX FREE SAVINGS ACCOUNT

### April 1-April 30, 2021
(previous statement March 31, 2021)

## Account Activity — U.S. Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Apr 1 | — | Opening cash balance | — | — | $207.00 |
| Apr 30 | — | Closing cash balance | — | — | $207.00 |
| | | Canadian dollar equivalent | | | $254.40 |
| | | ($1.00 U.S. equals $1.22900 CAN) | | | |
| Total closing cash balance in Canadian dollars | | | — | — | $431.11 |

## Portfolio Assets — Canadian Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT APR 30 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Cash & Cash Equivalents* | | | | | |
| CASH | — | $176.71 | — | $176.71 | — |
| *Equities* | | | | | |
| ITERUM THERAPEUTICS PLC ORDINARY SHARE (ITRM/US) | 2,000 | $5,423.18 | 1.512 | $3,024.00 | 2,000 |
| HOTH THERAPEUTICS INC COMMON STOCK (HOTH/US) | 275 | $894.54 | 1.856 | $510.40 | 275 |
| METAMATERIAL INC COM (MMAT/CDNX) | 2,500 | $6,368.90 | 3.450 | $8,625.00 | 2,500 |
| TORCHLIGHT ENERGY RESOURCES INC (TRCH/US) | 2,500 | $9,694.82 | 2.600 | $6,500.00 | 2,500 |
| SUBTOTAL | | $22,381.44 | | $18,659.40 | |
| SUBTOTAL FOR CANADIAN DOLLARS | | $22,558.15 | | $18,836.11 | |

## Portfolio Assets — U.S. Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT APR 30 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Cash & Cash Equivalents* | | | | | |
| CASH | — | $207.00 | — | $207.00 | — |
| SUBTOTAL FOR U.S. DOLLARS | | $207.00 | | $207.00 | |
| Canadian dollar equivalent ($1.00 U.S. equals $1.22900 CAN) | | $254.40 | | $254.40 | |
| TOTAL PORTFOLIO IN CANADIAN DOLLARS | | $22,812.55 | | $19,090.51 | |

## Disclosures

The following abbreviations may appear on your statement: Non-Vtg for Non-Voting Shares; Res Vtg for Restricted Voting Shares; Sub Vtg for Subordinate Voting Shares.
† These securities are held in segregation and cannot be used in the conduct of our business.



# INVESTOR'S EDGE SELF-DIRECTED
# TAX FREE SAVINGS ACCOUNT

**June 1–June 30, 2021**
*(previous statement April 30, 2021)*

Account # 601-27140
**Order Execution Only Account**

STEPHANIE AYOTTE
97 KING ST
RICHMOND ON   K0A 2Z0                    097171

**To Contact Us:**
1-800-567-3343

www.investorsedge.cibc.com

**Items For Your Attention:**

- We've updated the CIBC Investor's Edge Account Agreements and Disclosures Booklet and the Commission and Fees Schedule. You can view a summary of these changes at the end of this statement. The summary is also available online, along with the full agreements.

### Portfolio Overview - C$ equivalent

|  | PERCENTAGE OF MARKET VALUE | MARKET VALUE AT JUN 30 |
|---|---|---|
| Cash & Cash Equivalents | 1% | $433.49 |
| Fixed Income | — | — |
| Equities | 99% | $57,385.60 |
| Mutual Funds | — | — |
| Other | — | — |
| TOTAL PORTFOLIO | 100% | $57,819.09 |

### Contribution and Withdrawal Summary - C$ equivalent

|  | THIS MONTH | YEAR TO DATE |
|---|---|---|
| Contributions | $0.00 | $20,350.00 |
| Withdrawals | $0.00 | $0.00 |

### Account Activity — Canadian Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Jun 1 | — | Opening cash balance | — | — | $176.71 |
| Jun 30 | Split | META MATLS INC COMMON STOCK RESULT OF REVERSE SPLIT | 1,250 | — | — |
| Jun 30 | Split | TORCHLIGHT ENERGY RESOURCES INC REVERSE SPLIT | -2,500 | — | — |
| Jun 30 | — | Closing cash balance | — | — | $176.71 |






097171         ACCOUNT # 601-27140         PAGE *1 of 4*         **SEE OVER»**

HRI-*02018910*



# INVESTOR'S EDGE SELF-DIRECTED
# TAX FREE SAVINGS ACCOUNT

### June 1-June 30, 2021
*(previous statement April 30, 2021)*

## Account Activity — U.S. Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Jun 1 | — | Opening cash balance | — | — | $207.00 |
| Jun 30 | — | Closing cash balance | — | — | $207.00 |
|  |  | Canadian dollar equivalent |  |  | $256.78 |
|  |  | ($1.00 U.S. equals $1.24050 CAN) |  |  |  |
| Total closing cash balance in Canadian dollars | | | — | — | $433.49 |

## Portfolio Assets — Canadian Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT JUN 30 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Cash & Cash Equivalents* | | | | | |
| CASH | — | $176.71 | — | $176.71 | — |
| *Equities* | | | | | |
| ITERUM THERAPEUTICS PLC ORDINARY SHARE (ITRM/US) | 2,000 | $5,423.18 | 2.865 | $5,730.00 | 2,000 |
| HOTH THERAPEUTICS INC COMMON STOCK (HOTH/US) | 275 | $894.54 | 1.984 | $545.60 | 275 |
| METAMATERIAL INC COM | 2,500 | $6,368.90 | 15.800 | $39,500.00 | 2,500 |
| META MATLS INC COMMON STOCK (MMAT/US) | 1,250 | $9,694.82 | 9.288 | $11,610.00 | — |
| SUBTOTAL | | $22,381.44 | | $57,385.60 | |
| SUBTOTAL FOR CANADIAN DOLLARS | | $22,558.15 | | $57,562.31 | |

## Portfolio Assets — U.S. Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT JUN 30 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Cash & Cash Equivalents* | | | | | |
| CASH | — | $207.00 | — | $207.00 | — |
| SUBTOTAL FOR U.S. DOLLARS | | $207.00 | | $207.00 | |
| Canadian dollar equivalent ($1.00 U.S. equals $1.24050 CAN) | | $256.78 | | $256.78 | |
| TOTAL PORTFOLIO IN CANADIAN DOLLARS | | $22,814.93 | | $57,819.09 | |

## Disclosures

The following abbreviations may appear on your statement: Non-Vtg for Non-Voting Shares; Res Vtg for Restricted Voting Shares; Sub Vtg for Subordinate Voting Shares.
† These securities are held in segregation and cannot be used in the conduct of our business.



## INVESTOR'S EDGE SELF-DIRECTED
## TAX FREE SAVINGS ACCOUNT

### July 1-July 30, 2021
(previous statement June 30, 2021)

### Account Activity — Canadian Dollars (continued)

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Jul 6 | Merger | META MATLS INC COMMON STOCK SHRS RECEIVED THRU MERGER | 4,612 | — | -$45,692.43 |
| Jul 7 | Bought | ITERUM THERAPEUTICS PLC ORDINARY SHARE UNSOLICITED EXCHANGE RATE 1.24600000 | 3,000 | 1.410 | -$5,279.24 |
| Jul 8 | Stock Dist | META MATLS INC PFD SER A SPINOFF ON 2500 SHS TORCHLIGHT ENERGY RESOURCES REC JUN 24 2021 PAY JUN 25 2021 | 2,500 | — | — |
| Jul 21 | Cash-lieu | META MATLS INC COMMON STOCK CASH IN LIEU OF FRAC SHARES 1.73 U$ CNV 1.2545000 59134N104000 | — | — | $2.17 |
| Jul 30 | — | Closing cash balance | — | — | $899.64 |

### Account Activity — U.S. Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Jul 1 | — | Opening cash balance | — | — | $207.00 |
| Jul 30 | — | Closing cash balance Canadian dollar equivalent ($1.00 U.S. equals $1.24750 CAN) | — | — | $207.00 $258.23 |

| | | | | | |
|---|---|---|---|---|---|
| Total closing cash balance in Canadian dollars | | | — | — | $1,157.87 |

### Portfolio Assets — Canadian Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT JUL 30 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Cash & Cash Equivalents* | | | | | |
| CASH | — | $899.64 | — | $899.64 | — |
| *Equities* | | | | | |
| ITERUM THERAPEUTICS PLC ORDINARY SHARE (ITRM/US) | 5,000 | $10,702.42 | 0.972 | $4,860.00 | 5,000 |
| HOTH THERAPEUTICS INC COMMON STOCK (HOTH/US) | 275 | $894.54 | 1.610 | $442.75 | 275 |
| META MATLS INC COMMON STOCK (MMAT/US) | 5,862 | $55,385.08 | 4.368 | $25,605.22 | 5,862 |
| META MATLS INC PFD SER A | 2,500 | N/D ‡ | N/D | N/D § | 2,500 |
| SUBTOTAL | | $66,982.04 | | $30,907.97 | |
| SUBTOTAL FOR CANADIAN DOLLARS | | $67,881.68 | | $31,807.61 | |



INVESTOR'S EDGE SELF-DIRECTED
TAX FREE SAVINGS ACCOUNT

**January 1-January 31, 2024**
(previous statement December 29, 2023)



Account # 601-27140
**Order Execution Only Account**

STEPHANIE AYOTTE
97 KING ST
RICHMOND ON   K0A 2Z0           074807

**To Contact Us:**
1-800-567-3343
www.investorsedge.cibc.com

### Portfolio Overview - C$ equivalent

|  | PERCENTAGE OF MARKET VALUE | MARKET VALUE AT JAN 31 |
|---|---|---|
| Cash & Cash Equivalents | 12% | $41.35 |
| Fixed Income | — | — |
| Equities | 88% | $303.02 |
| Mutual Funds | — | — |
| Other | — | — |
| TOTAL PORTFOLIO | 100% | $344.37 |

### Contribution and Withdrawal Summary - C$ equivalent

|  | THIS MONTH | YEAR TO DATE |
|---|---|---|
| Contributions | $0.00 | $0.00 |
| Withdrawals | $0.00 | $0.00 |

### Account Activity — Canadian Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Jan 1 | — | Opening cash balance | — | — | $13.08 |
| Jan 31 | — | Closing cash balance | — | — | $13.08 |

### Account Activity — U.S. Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Jan 1 | — | Opening cash balance | — | — | $21.03 |
| Jan 29 | Split | META MATLS INC COMMON STOCK REVERSE SPLIT | -5,862 | — | — |
| Jan 29 | Split | META MATERIALS INC COMMON STOCK RESULT OF REVERSE SPLIT | 59 | — | — |





HRI-*02011700*

074807        ACCOUNT # 601-27140        PAGE 1 of 3        SEE OVER»



# INVESTOR'S EDGE SELF-DIRECTED
# TAX FREE SAVINGS ACCOUNT

**January 1-January 31, 2024**
*(previous statement December 29, 2023)*

## Account Activity — U.S. Dollars (continued)

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Jan 31 | — | Closing cash balance | — | — | $21.03 |
| | | Canadian dollar equivalent | | | $28.27 |
| | | ($1.00 U.S. equals $1.34450 CAN) | | | |
| Total closing cash balance in Canadian dollars | | | — | — | $41.35 |

## Portfolio Assets — Canadian Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT JAN 31 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Cash & Cash Equivalents* | | | | | |
| CASH | — | $13.08 | — | $13.08 | — |
| SUBTOTAL FOR CANADIAN DOLLARS | | $13.08 | | $13.08 | |

## Portfolio Assets — U.S. Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT JAN 31 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Cash & Cash Equivalents* | | | | | |
| CASH | — | $21.03 | — | $21.03 | — |
| *Equities* | | | | | |
| META MATERIALS INC COMMON STOCK (MMAT/US) | 59 | $41,409.41 | 3.820 | $225.38 | 59 |
| SUBTOTAL FOR U.S. DOLLARS | | $41,430.44 | | $246.41 | |
| Canadian dollar equivalent ($1.00 U.S. equals $1.34450 CAN) | | $55,703.22 | | $331.29 | |
| TOTAL PORTFOLIO IN CANADIAN DOLLARS | | $55,716.30 | | $344.37 | |

## Disclosures

The following abbreviations may appear on your statement: Non-Vtg for Non-Voting Shares; Res Vtg for Restricted Voting Shares; Sub Vtg for Subordinate Voting Shares.
† These securities are held in segregation and cannot be used in the conduct of our business.

Self-directed Canadian retirement accounts, including, but not limited to, registered retirement savings plans and registered retirement income funds, established with CIBC Investor Services Inc. by or for the benefit of individual clients who become residents of or who are temporarily present in the United States, are not regulated under the securities laws of the United States, and CIBC Investor Services Inc. is not subject to the broker-dealer regulations of the United States.

We are responsible for properly processing your transactions and for safeguarding and accounting for your assets that are under our control. You are responsible for reading all documents provided to you by our firm and its representatives and for promptly notifying us of any errors, omissions or unauthorised discretionary transactions.

If this statement is not in accordance with your records, please notify us in writing within 45 days of the statement date. We reserve the right to adjust this statement for errors and omissions. Notice should be addressed to Customer Satisfaction, CIBC Investors Services Inc., 483 Bay St. 2nd floor, Toronto ON, M5G 2A3 or call 1-800-567-3343.

Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request. Our statement of financial conditions and list of Partners, Directors and Senior Officers are available upon request.

Securities transactions are disclosed to the Canada Revenue Agency on a yearly basis. Please retain this statement for income tax purposes. GST/HST and QST: # 89531 9382 RT0001.



# INVESTOR'S EDGE SELF-DIRECTED
# TAX FREE SAVINGS ACCOUNT

### April 1-April 30, 2021

Account # 603-40190
**Order Execution Only Account**

STEPHANIE G AYOTTE
97 KING ST
RICHMOND ON   K0A 2Z0         087822



**To Contact Us:**

1-800-567-3343

www.investorsedge.cibc.com

### Items For Your Attention:

- Take advantage of our online resources and keep up to date with the latest trends by visiting Learn at www.investorsedge.cibc.com/en/learn

### Portfolio Overview - C$ equivalent

|  | PERCENTAGE OF MARKET VALUE | MARKET VALUE AT APR 30 |
|---|---|---|
| Cash & Cash Equivalents | 1% | $24.07 |
| Fixed Income | — | — |
| Equities | 99% | $3,380.00 |
| Mutual Funds | — | — |
| Other | — | — |
| TOTAL PORTFOLIO | 100% | $3,404.07 |

### Contribution and Withdrawal Summary - C$ equivalent

|  | THIS MONTH | YEAR TO DATE |
|---|---|---|
| Contributions | $3,000.00 | $3,000.00 |
| Withdrawals | $0.00 | $0.00 |

### Account Activity — Canadian Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Apr 1 | — | Opening cash balance | — | — | $0.00 |
| Apr 1 | Contrib | REGULAR CONTRIBUTION | — | — | $3,000.00 |
| Apr 7 | Bought | TORCHLIGHT ENERGY RESOURCES INC UNSOLICITED BNKUF EXCHANGE RATE 1.26800000 | 1,300 | 1.800 | -$2,975.93 |
| Apr 30 | — | Closing cash balance | — | — | $24.07 |

### Portfolio Assets — Canadian Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT APR 30 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Cash & Cash Equivalents* | | | | | |
| CASH | — | $24.07 | — | $24.07 | — |

 **Regulated by** Investment Industry Regulatory Organization of Canada

 **CIPF** MEMBER

HRI-*01017901*

087822                    ACCOUNT #  603-40190                    PAGE  1 of 2                    **SEE OVER»**



# Investor's Edge Self-Directed
# Tax Free Savings Account

### April 1-April 30, 2021

## Portfolio Assets — Canadian Dollars (continued)

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT APR 30 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Equities* | | | | | |
| TORCHLIGHT ENERGY RESOURCES INC (TRCH/US) | 1,300 | $2,975.93 | 2.600 | $3,380.00 | 1,300 |
| TOTAL PORTFOLIO IN Canadian Dollars | | $3,000.00 | | $3,404.07 | |

## Disclosures

The following abbreviations may appear on your statement: Non-Vtg for Non-Voting Shares; Res Vtg for Restricted Voting Shares; Sub Vtg for Subordinate Voting Shares.
† These securities are held in segregation and cannot be used in the conduct of our business.

Self-directed Canadian retirement accounts, including, but not limited to, registered retirement savings plans and registered retirement income funds, established with CIBC Investor Services Inc. by or for the benefit of individual clients who become residents of or who are temporarily present in the United States, are not regulated under the securities laws of the United States, and CIBC Investor Services Inc. is not subject to the broker-dealer regulations of the United States.

We are responsible for properly processing your transactions and for safeguarding and accounting for your assets that are under our control. You are responsible for reading all documents provided to you by our firm and its representatives and for promptly notifying us of any errors, omissions or unauthorised discretionary transactions.

If this statement is not in accordance with your records, please notify us in writing within 45 days of the statement date. We reserve the right to adjust this statement for errors and omissions. Notice should be addressed to Customer Satisfaction, CIBC Investors Services Inc., 800 Bay St., 2nd Floor, Toronto, Ontario, M5S 3A9 or call 1-800-567-3343.

Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request. Our statement of financial conditions and list of Partners, Directors and Senior Officers are available upon request.

Securities transactions are disclosed to the Canada Revenue Agency on a yearly basis. Please retain this statement for income tax purposes. GST/HST # 89531 9382 RT0001 QST # 10 188870 17 TQ0001

Interest on debit and credit balances will be calculated separately at the appropriate tiered rates, which rates are subject to change without notice. Interest is calculated based upon your average daily cash credit or debit balance and paid mid-month. Interest paid or charged on accounts is subject to minimum dollar amounts.

A free credit balance in your account represents funds payable on demand. These funds are not segregated from other funds and may be used in the conduct of our business.

Debt securities are purchased for you from CIBC World Markets Inc. or CIBC.

For US transactions placed by CIBC World Markets Inc. on behalf of Investors Edge, CIBC World Markets Inc. may receive remuneration from the broker/dealer, which may be an affiliate of CIBC World Markets Inc., through whom the transactions are executed. The amount of such remuneration will be disclosed upon request.

CIBC Investor Services Inc. Self Directed Plan assets are held in trust by the trustee, CIBC Trust Corporation.

Cash balances held in registered accounts are held in trust by CIBC Trust Corporation.

CIBC logo is a registered trademark of CIBC.

CIBC Investor Services Inc. (CIBC ISI) and CIBC World Markets Inc. (WM) are subsidiaries of CIBC. We are required by the regulators to inform you that WM (the carrying broker) provides certain back-office services to CIBC ISI (the introducing broker) including trade execution, settlement, custody of cash and securities, bookkeeping and financing of customer positions. For regulatory purposes, you are a client of WM. CIBC ISI is responsible for supervising your account.

CIBC Investor's Edge is a division of CIBC Investor Services Inc.

CIBC Investor Services Inc. does not provide you with any legal, tax, or accounting advice or advice regarding the suitability or profitability of a security or investment in a CIBC Investor's Edge account. You assume full responsibility for transactions in your CIBC Investor's Edge account and for your investment decisions.

DSC, BE and ACC are abbreviated references to mutual fund deferred sales charges. Consult the mutual fund simplified prospectus for further details.

The book value is defined as the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for reinvested distributions, returns of capital and corporate reorganizations.

If a security was not purchased through this firm, the book value will be based upon information provided by the transferring firm, or if none is provided then based upon the market value of the security as at the date of transfer in. Accordingly, the stated book value may not be appropriate for tax reporting purposes.



## INVESTOR'S EDGE SELF-DIRECTED
## TAX FREE SAVINGS ACCOUNT

### June 1-June 30, 2021
*(previous statement April 30, 2021)*

Account # 603-40190
**Order Execution Only Account**

STEPHANIE G AYOTTE
97 KING ST
RICHMOND ON   K0A 2Z0         142617

**To Contact Us:**
*1-800-567-3343*
*www.investorsedge.cibc.com*

**Items For Your Attention:**

- We've updated the CIBC Investor's Edge Account Agreements and Disclosures Booklet and the Commission and Fees Schedule. You can view a summary of these changes at the end of this statement. The summary is also available online, along with the full agreements.

### Portfolio Overview - C$ equivalent

|                          | PERCENTAGE OF MARKET VALUE | MARKET VALUE AT JUN 30 |
|--------------------------|---------------------------:|-----------------------:|
| Cash & Cash Equivalents  | 0%                         | $24.07                 |
| Fixed Income             | —                          | —                      |
| Equities                 | 100%                       | $6,037.20              |
| Mutual Funds             | —                          | —                      |
| Other                    | —                          | —                      |
| TOTAL PORTFOLIO          | 100%                       | $6,061.27              |

### Contribution and Withdrawal Summary - C$ equivalent

|               | THIS MONTH | YEAR TO DATE |
|---------------|-----------:|-------------:|
| Contributions | $0.00      | $3,000.00    |
| Withdrawals   | $0.00      | $0.00        |

### Account Activity — Canadian Dollars

| DATE   | ACTIVITY | DESCRIPTION                                                        | QUANTITY | PRICE | AMOUNT  |
|--------|----------|--------------------------------------------------------------------|---------:|------:|--------:|
| Jun 1  | —        | Opening cash balance                                               | —        | —     | $24.07  |
| Jun 30 | Split    | META MATLS INC<br>COMMON STOCK<br>RESULT OF REVERSE SPLIT          | 650      | —     | —       |
| Jun 30 | Split    | TORCHLIGHT ENERGY RESOURCES INC REVERSE SPLIT                      | -1,300   | —     | —       |
| Jun 30 | —        | Closing cash balance                                               | —        | —     | $24.07  |

# INVESTOR'S EDGE SELF-DIRECTED
# TAX FREE SAVINGS ACCOUNT

### June 1-June 30, 2021
*(previous statement April 30, 2021)*

## Portfolio Assets — Canadian Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT JUN 30 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Cash & Cash Equivalents* | | | | | |
| CASH | — | $24.07 | — | $24.07 | — |
| *Equities* | | | | | |
| META MATLS INC COMMON STOCK (MMAT/US) | 650 | $2,975.93 | 9.288 | $6,037.20 | — |
| TOTAL PORTFOLIO IN Canadian Dollars | | $3,000.00 | | $6,061.27 | |

## Disclosures

The following abbreviations may appear on your statement: Non-Vtg for Non-Voting Shares; Res Vtg for Restricted Voting Shares; Sub Vtg for Subordinate Voting Shares.
† These securities are held in segregation and cannot be used in the conduct of our business.

Self-directed Canadian retirement accounts, including, but not limited to, registered retirement savings plans and registered retirement income funds, established with CIBC Investor Services Inc. by or for the benefit of individual clients who become residents of or who are temporarily present in the United States, are not regulated under the securities laws of the United States, and CIBC Investor Services Inc. is not subject to the broker-dealer regulations of the United States.

We are responsible for properly processing your transactions and for safeguarding and accounting for your assets that are under our control. You are responsible for reading all documents provided to you by our firm and its representatives and for promptly notifying us of any errors, omissions or unauthorised discretionary transactions.

If this statement is not in accordance with your records, please notify us in writing within 45 days of the statement date. We reserve the right to adjust this statement for errors and omissions. Notice should be addressed to Customer Satisfaction, CIBC Investors Services Inc., 800 Bay St., 2nd Floor, Toronto, Ontario, M5S 3A9 or call 1-800-567-3343.

Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request. Our statement of financial conditions and list of Partners, Directors and Senior Officers are available upon request.

Securities transactions are disclosed to the Canada Revenue Agency on a yearly basis. Please retain this statement for income tax purposes. GST/HST # 89531 9382 RT0001 QST # 10 1888707 TQ0001

Interest on debit and credit balances will be calculated separately at the appropriate tiered rates, which rates are subject to change without notice. Interest is calculated based upon your average daily cash credit or debit balance and paid mid-month. Interest paid or charged on accounts is subject to minimum dollar amounts.

A free credit balance in your account represents funds payable on demand. These funds are not segregated from other funds and may be used in the conduct of our business.

Debt securities are purchased for you from CIBC World Markets Inc. or CIBC.

For US transactions placed by CIBC World Markets Inc. on behalf of Investors Edge, CIBC World Markets Inc. may receive remuneration from the broker/dealer, which may be an affiliate of CIBC World Markets Inc., through whom the transactions are executed. The amount of such remuneration will be disclosed upon request.

CIBC Investor Services Inc. Self Directed Plan assets are held in trust by the trustee, CIBC Trust Corporation.

Cash balances held in registered accounts are held in trust by CIBC Trust Corporation.

CIBC logo is a registered trademark of CIBC.

CIBC Investor Services Inc. (CIBC ISI) and CIBC World Markets Inc. (WM) are subsidiaries of CIBC. We are required by the regulators to inform you that WM (the carrying broker) provides certain back-office services to CIBC ISI (the introducing broker) including trade execution, settlement, custody of cash and securities, bookkeeping and financing of customer positions. For regulatory purposes, you are a client of WM. CIBC ISI is responsible for supervising your account.

CIBC Investor's Edge is a division of CIBC Investor Services Inc.

CIBC Investor Services Inc. does not provide you with any legal, tax, or accounting advice or advice regarding the suitability or profitability of a security or investment in a CIBC Investor's Edge account. You assume full responsibility for transactions in your CIBC Investor's Edge account and for your investment decisions.

DSC, BE and ACC are abbreviated references to mutual fund deferred sales charges. Consult the mutual fund simplified prospectus for further details.

The book value is defined as the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for reinvested distributions, returns of capital and corporate reorganizations.

If a security was not purchased through this firm, the book value will be based upon information provided by the transferring firm, or if none is provided then based upon the market value of the security as at the date of transfer in. Accordingly, the stated book value may not be appropriate for tax reporting purposes.



INVESTOR'S EDGE SELF-DIRECTED
TAX FREE SAVINGS ACCOUNT

### December 1-December 31, 2021
(previous statement October 29, 2021)

Account # 603-40190
**Order Execution Only Account**

STEPHANIE G AYOTTE
97 KING ST
RICHMOND ON    K0A 2Z0              148139

**To Contact Us:**
1-800-567-3343

www.investorsedge.cibc.com

### Items For Your Attention:

- 1. We've updated the Commission and Fees Schedule to reflect new per transaction mutual fund commission charges of $6.95 effective Mar. 7, 2022. For details, review the Commission and Fees Schedule in the Account Agreements and Disclosures Booklet at www.investorsedge.cibc.com
- 2. You can now add a Trusted Contact Person to your account(s). Sign on to your Investor's Edge account and find this option under More << Preferences >> Manage Your Trusted Contact Person.
- 3. Annual reminder: Keep your information up to date. Need to update your details? Contact us.

### Portfolio Overview - C$ equivalent

|  | PERCENTAGE OF MARKET VALUE | MARKET VALUE AT DEC 31 |
|---|---|---|
| Cash & Cash Equivalents | 22% | $2,498.33 |
| Fixed Income | — | — |
| Equities | 78% | $9,095.41 |
| Mutual Funds | — | — |
| Other | — | — |
| TOTAL PORTFOLIO | 100% | $11,593.74 |

### Contribution and Withdrawal Summary - C$ equivalent

|  | THIS MONTH | YEAR TO DATE |
|---|---|---|
| Contributions | $5,000.00 | $14,000.00 |
| Withdrawals | $0.00 | $0.00 |

### Account Activity — Canadian Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Dec 1 | — | Opening cash balance | — | — | $744.83 |
| Dec 29 | Contrib | REGULAR CONTRIBUTION | — | — | $3,000.00 |
| Dec 31 | Contrib | REGULAR CONTRIBUTION | — | — | $2,000.00 |
| Dec 31 | Bought | META MATLS INC COMMON STOCK UNSOLICITED EXCHANGE RATE 1.29500000 | 1,000 | 2.500 | -$3,246.50 |
| Dec 31 | — | Closing cash balance | — | — | $2,498.33 |

### Future Settlement-Canadian Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Jan 4 | Bought | META MATLS INC COMMON STOCK | 750 | 2.500 | -$2,409.75 |



INVESTOR'S EDGE SELF-DIRECTED
TAX FREE SAVINGS ACCOUNT

**December 1-December 31, 2021**
*(previous statement October 29, 2021)*

## Portfolio Assets — Canadian Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT DEC 31 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Cash & Cash Equivalents* | | | | | |
| CASH | — | $2,498.33 | — | $2,498.33 | — |
| *Equities* | | | | | |
| ITERUM THERAPEUTICS PLC ORDINARY SHARE (ITRM/US) | 3,000 | $5,279.24 | 0.495 | $1,485.00 | 3,000 |
| META MATLS INC COMMON STOCK (MMAT/US) | 1,650 | $6,222.43 | 3.108 | $5,128.20 | 1,650 |
| META MATLS INC PFD SER A (MMTLP/US) | 1,300 | N/D ‡ | 1.909 | $2,482.21 | 1,300 |
| SUBTOTAL | | $11,501.67 | | $9,095.41 | |
| TOTAL PORTFOLIO IN CANADIAN DOLLARS | | $14,000.00 | | $11,593.74 | |

## Disclosures

The following abbreviations may appear on your statement: Non-Vtg for Non-Voting Shares; Res Vtg for Restricted Voting Shares; Sub Vtg for Subordinate Voting Shares.
† These securities are held in segregation and cannot be used in the conduct of our business.
‡ The book value of this security is not determinable.

Self-directed Canadian retirement accounts, including, but not limited to, registered retirement savings plans and registered retirement income funds, established with CIBC Investor Services Inc. by or for the benefit of individual clients who become residents of or who are temporarily present in the United States, are not regulated under the securities laws of the United States, and CIBC Investor Services Inc. is not subject to the broker-dealer regulations of the United States.

We are responsible for properly processing your transactions and for safeguarding and accounting for your assets that are under our control. You are responsible for reading all documents provided to you by our firm and its representatives and for promptly notifying us of any errors, omissions or unauthorised discretionary transactions.

If this statement is not in accordance with your records, please notify us in writing within 45 days of the statement date. We reserve the right to adjust this statement for errors and omissions. Notice should be addressed to Customer Satisfaction, CIBC Investors Services Inc., 20 Dundas St. West, 14th floor, Toronto, ON M5G 2C2 or call 1-800-567-3343.

Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request. Our statement of financial conditions and list of Partners, Directors and Senior Officers are available upon request.

Securities transactions are disclosed to the Canada Revenue Agency on a yearly basis. Please retain this statement for income tax purposes. GST/HST # 89531 9382 RT0001 QST # 1018887017 TQ0001

Interest on debit and credit balances will be calculated separately at the appropriate tiered rates, which rates are subject to change without notice. Interest is calculated based upon your average daily cash credit or debit balance and paid mid-month. Interest paid or charged on accounts is subject to minimum dollar amounts.

A free credit balance in your account represents funds payable on demand. These funds are not segregated from other funds and may be used in the conduct of our business.

Debt securities are purchased for you from CIBC World Markets Inc. or CIBC.

For US transactions placed by CIBC World Markets Inc. on behalf of Investors Edge, CIBC World Markets Inc. may receive remuneration from the broker/dealer, which may be an affiliate of CIBC World Markets Inc., through whom the transactions are executed. The amount of such remuneration will be disclosed upon request.

CIBC Investor Services Inc. Self Directed Plan assets are held in trust by the trustee, CIBC Trust Corporation.

Cash balances held in registered accounts are held in trust by CIBC Trust Corporation.

CIBC logo is a registered trademark of CIBC.

CIBC Investor Services Inc. (CIBC ISI) and CIBC World Markets Inc. (WM) are subsidiaries of CIBC. We are required by the regulators to inform you that WM (the carrying broker) provides certain back-office services to CIBC ISI (the introducing broker) including trade execution, settlement, custody of cash and securities, bookkeeping and financing of customer positions. For regulatory purposes, you are a client of WM. CIBC ISI is responsible for supervising your account.

CIBC Investor's Edge is a division of CIBC Investor Services Inc.



## INVESTOR'S EDGE SELF-DIRECTED
## TAX FREE SAVINGS ACCOUNT

**January 1-January 31, 2022**
*(previous statement December 31, 2021)*

Account # 603-40190
**Order Execution Only Account**

STEPHANIE G AYOTTE
97 KING ST
RICHMOND ON   K0A 2Z0            091127

**To Contact Us:**
1-800-567-3343
www.investorsedge.cibc.com

### Portfolio Overview - C$ equivalent

|  | PERCENTAGE OF MARKET VALUE | MARKET VALUE AT JAN 31 |
|---|---|---|
| Cash & Cash Equivalents | 6% | $588.58 |
| Fixed Income | — | — |
| Equities | 94% | $8,549.50 |
| Mutual Funds | — | — |
| Other | — | — |
| TOTAL PORTFOLIO | 100% | $9,138.08 |

### Contribution and Withdrawal Summary - C$ equivalent

|  | THIS MONTH | YEAR TO DATE |
|---|---|---|
| Contributions | $500.00 | $500.00 |
| Withdrawals | $0.00 | $0.00 |

### Account Activity — Canadian Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Jan 1 | — | Opening cash balance | — | — | $2,498.33 |
| Jan 4 | Bought | META MATLS INC COMMON STOCK UNSOLICITED EXCHANGE RATE 1.28050000 | 750 | 2.500 | -$2,409.75 |
| Jan 13 | Contrib | REGULAR CONTRIBUTION | — | — | $500.00 |
| Jan 31 | — | Closing cash balance | — | — | $588.58 |

### Portfolio Assets — Canadian Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT JAN 31 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Cash & Cash Equivalents* | | | | | |
| CASH | — | $588.58 | — | $588.58 | — |

**IIROC** | Regulated by Investment Industry Regulatory Organization of Canada

**CIPF** MEMBER

HRJ-*02019300*

091127            ACCOUNT # 603-40190            PAGE *1 of 3*            SEE OVER»



# Investor's Edge Self-Directed
# Tax Free Savings Account

### January 1-January 31, 2022
*(previous statement December 31, 2021)*

---

## Portfolio Assets — Canadian Dollars (continued)

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT JAN 31 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Equities* | | | | | |
| ITERUM THERAPEUTICS PLC ORDINARY SHARE (ITRM/US) | 3,000 | $5,279.24 | 0.436 | $1,308.00 | 3,000 |
| META MATLS INC COMMON STOCK (MMAT/US) | 2,400 | $8,632.18 | 2.123 | $5,095.20 | 2,400 |
| META MATLS INC PFD SER A (MMTLP/US) | 1,300 | N/D ‡ | 1.651 | $2,146.30 | 1,300 |
| SUBTOTAL | | $13,911.42 | | $8,549.50 | |
| TOTAL PORTFOLIO IN Canadian Dollars | | $14,500.00 | | $9,138.08 | |

---

## Disclosures

The following abbreviations may appear on your statement: Non-Vtg for Non-Voting Shares; Res Vtg for Restricted Voting Shares; Sub Vtg for Subordinate Voting Shares.
† These securities are held in segregation and cannot be used in the conduct of our business.
‡ The book value of this security is not determinable.

Self-directed Canadian retirement accounts, including, but not limited to, registered retirement savings plans and registered retirement income funds, established with CIBC Investor Services Inc. by or for the benefit of individual clients who become residents of or who are temporarily present in the United States, are not regulated under the securities laws of the United States, and CIBC Investor Services Inc. is not subject to the broker-dealer regulations of the United States.

We are responsible for properly processing your transactions and for safeguarding and accounting for your assets that are under our control. You are responsible for reading all documents provided to you by our firm and its representatives and for promptly notifying us of any errors, omissions or unauthorised discretionary transactions.

If this statement is not in accordance with your records, please notify us in writing within 45 days of the statement date. We reserve the right to adjust this statement for errors and omissions. Notice should be addressed to Customer Satisfaction, CIBC Investors Services Inc., 20 Dundas St. West, 14th floor, Toronto, ON M5G 2C2 or call 1-800-567-3343.

Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request. Our statement of financial conditions and list of Partners, Directors and Senior Officers are available upon request.

Securities transactions are disclosed to the Canada Revenue Agency on a yearly basis. Please retain this statement for income tax purposes. GST/HST # 89531 9382 RT0001 QST # 10 18887017 TQ0001

Interest on debit and credit balances will be calculated separately at the appropriate tiered rates, which rates are subject to change without notice. Interest is calculated based upon your average daily cash credit or debit balance and paid mid-month. Interest paid or charged on accounts is subject to minimum dollar amounts.

A free credit balance in your account represents funds payable on demand. These funds are not segregated from other funds and may be used in the conduct of our business.

Debt securities are purchased for you from CIBC World Markets Inc. or CIBC.

For US transactions placed by CIBC World Markets Inc. on behalf of Investors Edge, CIBC World Markets Inc. may receive remuneration from the broker/dealer, which may be an affiliate of CIBC World Markets Inc., through whom the transactions are executed. The amount of such remuneration will be disclosed upon request.

CIBC Investor Services Inc. Self Directed Plan assets are held in trust by the trustee, CIBC Trust Corporation.

Cash balances held in registered accounts are held in trust by CIBC Trust Corporation.

CIBC logo is a registered trademark of CIBC.

CIBC Investor Services Inc. (CIBC ISI) and CIBC World Markets Inc. (WM) are subsidiaries of CIBC. We are required by the regulators to inform you that WM (the carrying broker) provides certain back-office services to CIBC ISI (the introducing broker) including trade execution, settlement, custody of cash and securities, bookkeeping and financing of customer positions. For regulatory purposes, you are a client of WM. CIBC ISI is responsible for supervising your account.

CIBC Investor's Edge is a division of CIBC Investor Services Inc.

CIBC Investor Services Inc. does not provide you with any legal, tax, or accounting advice or advice regarding the suitability or profitability of a security or investment in a CIBC Investor's Edge account. You assume full responsibility for transactions in your CIBC Investor's Edge account and for your investment decisions.

DSC, BE and ACC are abbreviated references to mutual fund deferred sales charges. Consult the mutual fund simplified prospectus for further details.

The book value is defined as the total amount paid to purchase a security, including any transaction charges related to the purchase, adjusted for reinvested distributions, returns of capital and corporate reorganizations.



INVESTOR'S EDGE SELF-DIRECTED
TAX FREE SAVINGS ACCOUNT

**July 1-July 31, 2023**
(previous statement June 30, 2023)



Account # 603-40190
**Order Execution Only Account**

STEPHANIE G AYOTTE
97 KING ST
RICHMOND ON  K0A 2Z0

090706

**To Contact Us:**
1-800-567-3343

www.investorsedge.cibc.com

**Items For Your Attention:**
- Annual fees are coming soon.
- If the market balance is less than $25,000 in your registered account (RRSP, RRIF, LIRA or LIF), it will be charged the $100 annual fee on September 6, 2023.
- Fees are waived for clients with a CIBC Smart(TM) Start or CIBC Smart(TM) for Students bank account.
- Learn how to save on annual fees by visiting https:// www.investorsedge.cibc.com/fees

### Portfolio Overview - C$ equivalent

|  | PERCENTAGE OF MARKET VALUE | MARKET VALUE AT JUL 31 |
|---|---|---|
| Cash & Cash Equivalents | 2% | $17.13 |
| Fixed Income | — | — |
| Equities | 98% | $1,110.92 |
| Mutual Funds | — | — |
| Other | — | — |
| TOTAL PORTFOLIO | 100% | $1,128.05 |

### Contribution and Withdrawal Summary - C$ equivalent

|  | THIS MONTH | YEAR TO DATE |
|---|---|---|
| Contributions | $0.00 | $0.00 |
| Withdrawals | $0.00 | $0.00 |

### Account Activity — Canadian Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Jul 1 | — | Opening cash balance | — | — | $8.58 |
| Jul 31 | — | Closing cash balance | — | — | $8.58 |

### Account Activity — U.S. Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Jul 1 | — | Opening cash balance | — | — | $203.44 |
| Jul 14 | Bought | META MATLS INC COMMON STOCK UNSOLICITED | 1,000 | 0.190 | -$196.95 |
| Jul 31 | — | Closing cash balance Canadian dollar equivalent ($1.00 U.S. equals $1.31750 CAN) | — | — | $6.49 $8.55 |
| | | Total closing cash balance in Canadian dollars | — | — | $17.13 |

  

Regulated by
Investment Industry Regulatory
Organization of Canada

CIPF MEMBER

HRI-*02016500*



# INVESTOR'S EDGE SELF-DIRECTED
# TAX FREE SAVINGS ACCOUNT

**July 1-July 31, 2023**
*(previous statement June 30, 2023)*

## Portfolio Assets — Canadian Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT JUL 31 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Cash & Cash Equivalents* | | | | | |
| CASH | — | $8.58 | — | $8.58 | — |
| SUBTOTAL FOR CANADIAN DOLLARS | | $8.58 | | $8.58 | |

## Portfolio Assets — U.S. Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT JUL 31 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Cash & Cash Equivalents* | | | | | |
| CASH | — | $6.49 | — | $6.49 | — |
| *Equities* | | | | | |
| META MATLS INC COMMON STOCK (MMAT/US) | 3,400 | $6,650.92 | 0.248 | $843.20 | 3,400 |
| SUBTOTAL FOR U.S. DOLLARS | | $6,657.41 | | $849.69 | |
| Canadian dollar equivalent ($1.00 U.S. equals $1.31750 CAN) | | $8,771.14 | | $1,119.47 | |
| TOTAL PORTFOLIO IN CANADIAN DOLLARS | | $8,779.72 | | $1,128.05 | |

## Disclosures

The following abbreviations may appear on your statement: Non-Vtg for Non-Voting Shares; Res Vtg for Restricted Voting Shares; Sub Vtg for Subordinate Voting Shares.
† These securities are held in segregation and cannot be used in the conduct of our business.

Self-directed Canadian retirement accounts, including, but not limited to, registered retirement savings plans and registered retirement income funds, established with CIBC Investor Services Inc. by or for the benefit of individual clients who become residents of or who are temporarily present in the United States, are not regulated under the securities laws of the United States, and CIBC Investor Services Inc. is not subject to the broker-dealer regulations of the United States.

We are responsible for properly processing your transactions and for safeguarding and accounting for your assets that are under our control. You are responsible for reading all documents provided to you by our firm and its representatives and for promptly notifying us of any errors, omissions or unauthorised discretionary transactions.

If this statement is not in accordance with your records, please notify us in writing within 45 days of the statement date. We reserve the right to adjust this statement for errors and omissions. Notice should be addressed to Customer Satisfaction, CIBC Investors Services Inc., 483 Bay St. 2nd floor, Toronto ON, M5G 2A3 or call 1-800-567-3343.

Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request. Our statement of financial conditions and list of Partners, Directors and Senior Officers are available upon request.

Securities transactions are disclosed to the Canada Revenue Agency on a yearly basis. Please retain this statement for income tax purposes. GST/HST and QST: # 89531 9382 RT0001.

Interest on debit and credit balances will be calculated separately at the appropriate tiered rates, which rates are subject to change without notice. Interest is calculated based upon your average daily cash credit or debit balance and paid mid-month. Interest paid or charged on accounts is subject to minimum dollar amounts.

A free credit balance in your account represents funds payable on demand. These funds are not segregated from other funds and may be used in the conduct of our business.

Debt securities are purchased for you from CIBC World Markets Inc. or CIBC.

For US transactions placed by CIBC World Markets Inc. on behalf of Investors Edge, CIBC World Markets Inc. may receive remuneration from the broker/dealer, which may be an affiliate of CIBC World Markets Inc., through whom the transactions are executed. The amount of such remuneration will be disclosed upon request.

CIBC Investor Services Inc. Self Directed Plan assets are held in trust by the trustee, CIBC Trust Corporation.

Cash balances held in registered accounts are held in trust by CIBC Trust Corporation.

CIBC logo is a registered trademark of CIBC.

CIBC Investor Services Inc. (CIBC ISI) and CIBC World Markets Inc. (WM) are subsidiaries of CIBC. We are required by the regulators to inform you that WM (the carrying broker) provides certain back-office services to CIBC ISI (the introducing broker) including trade execution, settlement, custody of cash and securities, bookkeeping and financing of customer positions. For regulatory purposes, you are a client of WM. CIBC ISI is responsible for supervising your account.



**INVESTOR'S EDGE SELF-DIRECTED
TAX FREE SAVINGS ACCOUNT**

January 1–January 31, 2024
(previous statement December 29, 2023)



Account # 603-40190
**Order Execution Only Account**

STEPHANIE G AYOTTE
97 KING ST
RICHMOND ON  K0A 2Z0            097846

**To Contact Us:**
*1-800-567-3343*
*www.investorsedge.cibc.com*

### Portfolio Overview - C$ equivalent

|  | PERCENTAGE OF MARKET VALUE | MARKET VALUE AT JAN 31 |
|---|---|---|
| *Cash & Cash Equivalents* | 9% | $17.31 |
| *Fixed Income* | — | — |
| *Equities* | 91% | $174.62 |
| *Mutual Funds* | — | — |
| *Other* | — | — |
| TOTAL PORTFOLIO | 100% | $191.93 |

### Contribution and Withdrawal Summary - C$ equivalent

|  | THIS MONTH | YEAR TO DATE |
|---|---|---|
| *Contributions* | $0.00 | $0.00 |
| *Withdrawals* | $0.00 | $0.00 |

### Account Activity — Canadian Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Jan 1 | — | Opening cash balance | — | — | $8.58 |
| Jan 31 | — | Closing cash balance | — | — | $8.58 |

### Account Activity — U.S. Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Jan 1 | — | Opening cash balance | — | — | $6.49 |
| Jan 29 | Split | META MATLS INC COMMON STOCK  REVERSE SPLIT | -3,400 | — | — |
| Jan 29 | Split | META MATERIALS INC COMMON STOCK RESULT OF REVERSE SPLIT | 34 | — | — |



**Regulated by**
Investment Industry Regulatory
Organization of Canada


MEMBER

HRI-*02019400*

097846              ACCOUNT # 603-40190              PAGE *1 of 3*              **SEE OVER»**



**INVESTOR'S EDGE SELF-DIRECTED**
**TAX FREE SAVINGS ACCOUNT**

January 1-January 31, 2024
*(previous statement December 29, 2023)*

## Account Activity — U.S. Dollars (continued)

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Jan 31 | — | Closing cash balance | — | — | $6.49 |
| | | Canadian dollar equivalent | | | $8.73 |
| | | ($1.00 U.S. equals $1.34450 CAN) | | | |
| | | Total closing cash balance in Canadian dollars | — | — | $17.31 |

## Portfolio Assets — Canadian Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT JAN 31 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Cash & Cash Equivalents* | | | | | |
| CASH | — | $8.58 | — | $8.58 | — |
| SUBTOTAL FOR CANADIAN DOLLARS | | $8.58 | | $8.58 | |

## Portfolio Assets — U.S. Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT JAN 31 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Cash & Cash Equivalents* | | | | | |
| CASH | — | $6.49 | — | $6.49 | — |
| *Equities* | | | | | |
| META MATERIALS INC COMMON STOCK (MMAT/US) | 34 | $6,650.92 | 3.820 | $129.88 | 34 |
| SUBTOTAL FOR U.S. DOLLARS | | $6,657.41 | | $136.37 | |
| Canadian dollar equivalent ($1.00 U.S. equals $1.34450 CAN) | | $8,950.89 | | $183.35 | |
| TOTAL PORTFOLIO IN CANADIAN DOLLARS | | $8,959.47 | | $191.93 | |

## Disclosures

The following abbreviations may appear on your statement: Non-Vtg for Non-Voting Shares; Res Vtg for Restricted Voting Shares; Sub Vtg for Subordinate Voting Shares.
† These securities are held in segregation and cannot be used in the conduct of our business.

Self-directed Canadian retirement accounts, including, but not limited to, registered retirement savings plans and registered retirement income funds, established with CIBC Investor Services Inc. by or for the benefit of individual clients who become residents of or who are temporarily present in the United States, are not regulated under the securities laws of the United States, and CIBC Investor Services Inc. is not subject to the broker-dealer regulations of the United States.

We are responsible for properly processing your transactions and for safeguarding and accounting for your assets that are under our control. You are responsible for reading all documents provided to you by our firm and its representatives and for promptly notifying us of any errors, omissions or unauthorised discretionary transactions.

If this statement is not in accordance with your records, please notify us in writing within 45 days of the statement date. We reserve the right to adjust this statement for errors and omissions. Notice should be addressed to Customer Satisfaction, CIBC Investors Services Inc., 483 Bay St. 2nd floor, Toronto ON, M5G 2A3 or call 1-800-567-3343.

Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request. Our statement of financial conditions and list of Partners, Directors and Senior Officers are available upon request.

Securities transactions are disclosed to the Canada Revenue Agency on a yearly basis. Please retain this statement for income tax purposes. GST/HST and QST: # 89531 9382 RT0001.