NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** Meta Materials INC

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Jahlal Elmore
224 East Main street
Johnstown, NY 12095

Telephone Number: 347 572 4340

☑ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☑ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

AM

DEC 19 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only): Robinhood # 9XX XX 7634

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** RobinHood Brokerage
85 willow road, Menlo park, CA 94025
Telephone Number: 1 (650) 761 7789

**3. Date Equity Interest was acquired:**
November 2021
Then 1000 Interest
reverse split January 2024

**4. Total amount of member interest:** 1000

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☑ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: I Also had 5 options contracts on Robin Hood

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Jahlal Elmore
Title:
Company: Address and telephone number (if different from notice address above):
_____
_____

(Signature) Jahlal Elmore     (Date) 12/15/24
Telephone number: 347 572 4340  email: jahlalelmore@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Robinhood 🪶

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

11/01/2021 to 11/30/2021
JAHLAL ELMORE Account #:933767634
33 Prospect Avenue 2W , Gloversville, NY 12078

## Account Summary

| | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $34.41 | $288.68 |
| Total Securities | $7,905.16 | $7,069.38 |
| **Portfolio Value** | **$7,939.57** | **$7,358.06** |

## Income and Expense Summary

| | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

## Portfolio Allocation

◼ Options    ◼ Equities    ◼ Cash and Cash Equivalents

- Equities 96.08%
- Cash and Cash Equivalents 3.92%
- Options 0.00%

*Handwritten note:*
Page 2/6
$MMAT
1000 Shares
Price of $3.67
November 2021
= $3670.00

This statement shall be conclusive if not objected to in writing within ten days, (except with respect to debit card transaction. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly ma... he firm and not to the individuals. ...ax purposes.

## Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| AMC Entertainment Estimated Yield: 0.00% | AMC | Margin | 100.001463 | $33.94 | $3,394.05 | $0.00 | 46.13% |
| Meta Materials Estimated Yield: 0.00% | MMAT | Margin | 1,000 | $3.67 | $3,670.00 | $0.00 | 49.88% |
| MMAT Preferred Shares Estimated Yield: 0.00% | MMTLP | Margin | 1 | $1.87 | $1.87 | $0.00 | 0.03% |
| Zynerba Pharmaceuticals Estimated Yield: 0.00% | ZYNE | Margin | 1 | $3.46 | $3.46 | $0.00 | 0.05% |
| **Total Securities** | | | | | **$7,069.38** | **$0.00** | **96.08%** |
| **Brokerage Cash Balance** | | | | | **$288.68** | | **3.92%** |
| **Total Priced Portfolio** | | | | | **$7,358.06** | | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Camber Energy CUSIP:13260H508 | CEI | Margin | Sell | 11/04/2021 | 1 | $1.24 | | $1.24 |
| Meta Materials CUSIP:59134N104 | MMAT | Margin | Buy | 11/04/2021 | 800 | $4.87 | $3,896.00 | |
| Meta Materials CUSIP:59134N104 | MMAT | Margin | Sell | 11/04/2021 | 800 | $4.98 | | $3,983.87 |
| Naked Brand CUSIP:06519T117 | NAKD | Margin | Sell | 11/04/2021 | 100 | $0.72 | | $71.84 |
| Naked Brand CUSIP:06519T117 | NAKD | Margin | Sell | 11/04/2021 | 100 | $0.72 | | $71.80 |
| Naked Brand CUSIP:06519T117 | NAKD | Margin | Sell | 11/04/2021 | 100 | $0.72 | | $71.80 |
| Naked Brand CUSIP:06519T117 | NAKD | Margin | Sell | 11/04/2021 | 200 | $0.72 | | $143.60 |
| Naked Brand CUSIP:06519T117 | NAKD | Margin | Sell | 11/04/2021 | 100 | $0.72 | | $71.80 |
| Naked Brand CUSIP:06519T117 | NAKD | Margin | Sell | 11/04/2021 | 200 | $0.72 | | $143.60 |
| Naked Brand CUSIP:06519T117 | NAKD | Margin | Sell | 11/04/2021 | 200 | $0.72 | | $143.60 |
| Naked Brand CUSIP:06519T117 | NAKD | Margin | Sell | 11/04/2021 | 100 | $0.72 | | $71.80 |
| Naked Brand CUSIP:06519T117 | NAKD | Margin | Sell | 11/04/2021 | 200 | $0.72 | | $143.60 |
| AMC Entertainment CUSIP:00165C104 | AMC | Margin | Sell | 11/08/2021 | 100 | $45.62 | | $4,562.33 |
| Meta Materials CUSIP:59134N104 | MMAT | Margin | Sell | 11/08/2021 | 800 | $5.16 | | $4,128.59 |
| AMC Entertainment CUSIP:00165C104 | AMC | Margin | Buy | 11/09/2021 | 100 | $40.50 | $4,049.87 | |
| Meta Materials CUSIP:59134N104 | MMAT | Margin | Buy | 11/09/2021 | 6 | $5.06 | $30.33 | |
| Meta Materials CUSIP:59134N104 | MMAT | Margin | Buy | 11/09/2021 | 100 | $5.06 | $505.50 | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/09/2021 | 670 | $5.06 | $3,390.20 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/09/2021 | 24 | $5.06 | $121.44 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/15/2021 | 200 | $4.79 | $957.64 | |
| AMC Entertainment CUSIP: 00165C104 | AMC | Margin | Sell | 11/17/2021 | 89 | $43.46 | | $3,867.47 |
| AMC Entertainment CUSIP: 00165C104 | AMC | Margin | Sell | 11/17/2021 | 11 | $43.44 | | $477.86 |
| RIVN 11/19/2021 Put $129.00 | RVVN | Margin | BTO | 11/18/2021 | 1 | $5.30 | $530.00 | |
| RIVN 11/19/2021 Put $129.00 | RVVN | Margin | STC | 11/19/2021 | 1 | $1.35 | | $134.98 |
| AMC Entertainment CUSIP: 00165C104 | AMC | Margin | Buy | 11/19/2021 | 100 | $40.29 | $4,028.83 | |
| Rivian Automotive CUSIP: 76954A103 | RIVN | Margin | Buy | 11/19/2021 | 30 | $134.30 | $4,029.00 | |
| Rivian Automotive CUSIP: 76954A103 | RIVN | Margin | Sell | 11/19/2021 | 30 | $130.79 | | $3,923.70 |
| Gold Fee | | Margin | GOLD | 11/24/2021 | | | $5.00 | |
| **Total Funds Paid and Received** | | | | | | | **$21,543.81** | **$21,798.08** |

## Executed Trades Pending Settlement
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Total Executed Trades Pending Settlement | | | | | | | $0.00 | $0.00 |

# Important Information

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF"). If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on debit balances in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the new debit balance.

We are required to report to the Internal Revenue Service all cash dividends and interest credited to your account on securities held for you in our name. All dividends and interest credits should be included in your income tax return.

Information relative to fees and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com.

Our financial statement is available for your personal inspection; it can also be emailed to you upon request.

RHS is a Member of SIPC, which protects customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

Any free credit balances represent funds payable upon demand which, although properly accounted for on our books and records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

Notice to Customers

RHS acts as clearing agent for your trades. Your account, which was introduced to us by RHF, is established under your name in a "fully disclosed" basis at RHS. You remain a customer of RHF.

As required, under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

As a clearing agent, we provide securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguarding of funds and securities while in our possession, monitoring in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://rbnhd.co/fees.

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with credit Regulation T and RHS' internal policies, preparing and making accessible your account records (including transaction confirmations and periodic statements).

We also offer Robinhood Cash Management as an additional feature of your Robinhood Cash Management includes debit card access to your account and automatic sweep of uninvested cash to bank deposits. If you participate in Robinhood Cash Management, your use of the debit card, and your rights with respect to debit card transactions, will be governed by the Robinhood Debit Card Agreement, which has been provided to you and is available at https://rbnhd.co/debit-card-agreement.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email RHS at help@robinhood.com. Robinhood must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

A. Tell Robinhood your name and account number;
B. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
C. Tell Robinhood the dollar amount of the suspected error.

Robinhood will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes Robinhood to complete our investigation.

If you participate in Robinhood Cash Management, your uninvested cash is swept into accounts at FDIC-insured program banks, where your uninvested cash will earn interest from the program banks and be eligible for FDIC insurance up to applicable limits, subject to FDIC rules. Please see the Robinhood Securities, LLC & Robinhood Financial LLC Insured Network Deposit Sweep Program Disclosures, available at https://rbnhd.co/ind-disclosure, for the terms and conditions of this sweep program, including information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority, Inc. ("FINRA"), and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or via their website www.finra.org. RHS carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transactions we process to your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to RHS. In order to protect your rights, please confirm any oral communications in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to: help@robinhood.com.

The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, upon customer request, the identity of the venue to which the customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact RHF.

Statement of Financial Condition
Robinhood Securities, LLC. Unaudited Statement of Financial Condition as of June 30, 2021 is available on the Company's website at http://www.robinhood.com/legal. A paper copy may be requested at no cost by calling 1-(800)-282-1327. On June 30, 2021, Robinhood Securities, LLC. had a net capital of $2,721,363,896, which was $2,611,363,105 in excess of its required net capital of $110,008,790.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS.

1762826

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

10/01/2023 to 10/31/2023
JAHLAL ELMORE Account #-933767634
33 Prospect Avenue 2W, Gloversville, NY 12078

Page 1 of 4

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $32.66 | $28.77 |
| Total Securities | $411.64 | $371.84 |
| **Portfolio Value** | **$444.30** | **$400.61** |

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

Portfolio Allocation

■ Options    ■ Equities    ▥ Cash and Cash Equivalents



Ownership
1000 Shares
OCT 2023
Before January 2024
reverse split
Page 2/4

● **Equities**
87.08%

◉ **Cash and Cash Equivalents**
7.18%

⊙ **Options**
5.74%

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors of address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. The statement shows all activity for review for tax purposes, and not to the individuals.

313249B

Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| AMC Entertainment<br>Estimated Yield: 0.00% | AMC | Margin | 21.333645 | $10.68 | $227.84 | $0.00 | 56.87% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 1,000 | $0.12 | $121.00 | $0.00 | 30.20% |
| Next Bridge Hydrocarbons Contra<br>Estimated Yield: 0.00% | MMTZZZ | Margin | 1 | $0.00 | $0.00 | $0.00 | 0.00% |
| Zynerba Pharmaceuticals, Inc. CVR<br>Estimated Yield: 0.00% | ZYNE^ | Margin | 1 | $0.00 | $0.00 | $0.00 | 0.00% |
| MMAT 01/17/2025 Call $2.50<br>Estimated Yield: 0.00% | MMAT | Margin | 5 | $0.02 | $10.00 | $0.00 | 2.50% |
| MULN 01/17/2025 Call $5.00<br>Estimated Yield: 0.00% | MULN1 | Margin | 10 | $0.01 | $10.00 | $0.00 | 2.50% |
| MULN 01/17/2025 Call $3.00<br>Estimated Yield: 0.00% | MULN1 | 3 | $0.01 | $3.00 | $0.00 | 0.75% |
| **Total Securities** | | | | | **$371.84** | **$0.00** | **92.82%** |
| **Brokerage Cash Balance** | | | | | **$28.77** | | **7.18%** |
| **Total Priced Portfolio** | | | | | **$400.61** | | |

Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Gold Subscription Fee | | Margin | GOLD | 10/16/2023 | | | $5.00 | |
| Cash received thru Merger 1 shares at $1.1059 | ZYNE | Margin | MRGC | 10/17/2023 | | | | $1.11 |
| Zynerba Pharmaceuticals CUSIP: 98986X109 | | Margin | MRGS | 10/17/2023 | 1S | | | |
| Zynerba Pharmaceuticals, Inc. CVR CUSIP: 989CVR022 | | Margin | MRGS | 10/17/2023 | 1 | | | |
| **Total Funds Paid and Received** | | | | | | | **$5.00** | **$1.11** |

**Executed Trades Pending Settlement**
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Total Executed Trades Pending Settlement** | | | | | | | **$0.00** | **$0.00** |

# Important Information

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF"). If this is a margin account or a cash account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on debit balances in your account may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the new debit balance.

We are required to report to the Internal Revenue Service of cash dividends and interest credited to your account on securities held for you in our name. All dividends and interest credits should be included in your income tax return.

Information relative to regulatory trading/transaction fees and any other charges incurred in connection with equity or listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment Objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com.

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

Any free credit balances represent funds payable upon demand which, although properly accounted for on our books and records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

As required, under SEC rules, both the RHF and RHS Order Routing Reports as well as information regarding specific order routing information is available free of charge upon request.

As a clearing agent, RHS provides securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguarding of funds and securities while in our possession, monitoring compliance with applicable credit Regulation T and RHS internal policies, preparing and making accessible your account records (including transaction confirmations and periodic statements of your account).

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size and net debit balance during the interest period. These rates are subject to revision with appropriate notice. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://rbnhd.co/fees.

We also offer Robinhood Cash Management as an additional feature of your account. Robinhood Cash Management includes debit card access to your account and automatic sweep of uninvested cash to bank deposits. If you participate in Robinhood Cash Management, your use of the debit card, and your rights with respect to debit card transactions, will be governed by the Robinhood Debit Card Agreement, which has been provided to you and is available at https://rbnhd.co/debit-card-agreement.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or the receipt, email RHF as soon as you can. RHF must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

A. Tell RHF your name and account number.
B. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

C. Tell RHF the dollar amount of the suspected error.

RHF will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, RHF will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes RHF to complete our investigation.

Please see the Robinhood Securities, LLC & Robinhood Financial LLC Insured Network Deposit Sweep Program Disclosures, available at https://rbnhd.co/ind-disclosure, for the terms and conditions of the sweep program, including information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority, Inc. ("FINRA"), and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or via their website www.finra.org. RHS carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transactions we process to your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to RHS. In order to protect your rights, please confirm any oral communications in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to: help@robinhood.com.

The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealers relationship with such venues. In addition, the Rule (SEC Rule 606) requires broker-dealers to disclose, upon customer request, the venues to which their individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact RHF.

All trade confirmations are transmitted on or about the transaction date.

Statement of Financial Condition
Robinhood Securities, LLC: Unaudited Statement of Financial Condition as of June 30, 2023 is available on the Company's website at www.robinhood.com/legal. A paper copy may be obtained at no cost by calling 1-(800)-282-1327. On June 30, 2023, Robinhood Securities, LLC, had required net capital of $2,638,629,776, which was $2,567,658,638 in excess of its required net capital of $70,971,137.

All trade confirmations are transmitted on or about the transaction date. Statement shall be deemed conclusive unless objected to in writing within ten (10) days.

Please retain this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify interest charges in your account. This statement shall be deemed conclusive unless objected to in writing within ten (10) days.

3132498

# Robinhood

85 Willow Rd, Menlo Park, CA 94025

help@robinhood.com

## Account Summary

| | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $23.77 | $18.77 |
| Total Securities | $259.17 | $227.56 |
| **Portfolio Value** | **$282.94** | **$246.33** |

## Income and Expense Summary

| | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

## Portfolio Allocation

- ▨ Options
- ■ Equities
- ▨ Cash and Cash Equivalents

- Cash and Cash Equivalents 7.62%
- **Equities 79.80%**
- Options 12.58%



Page 2/5
1000 Shares $MMAT
owned December 2023

5 options contracts $MMAT
Rolled over to 2024

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omis...
Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account...
Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Fi...
RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanato...    ...he individuals.

313249B

Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| AMC Entertainment<br>Estimated Yield: 0.00% | AMC | Margin | 21,333645 | $6.12 | $130.56 | $0.00 | 53.00% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 1,000 | $0.07 | $66.00 | $0.00 | 26.79% |
| Next Bridge Hydrocarbons Contra<br>Estimated Yield: 0.00% | MMTZZZ | Margin | 1 | $0.00 | $0.00 | $0.00 | 0.00% |
| Zynerba Pharmaceuticals, Inc. CVR<br>Estimated Yield: 0.00% | ZYNE* | Margin | 1 | $0.00 | $0.00 | $0.00 | 0.00% |
| MMAT 01/17/2025 Call $2.50<br>Estimated Yield: 0.00% | MMAT | Margin | 5 | $0.01 | $5.00 | $0.00 | 2.03% |
| MULN1 01/17/2025 Call $5.00<br>Estimated Yield: 0.00% | MULN1 | Margin | 10 | $0.02 | $20.00 | $0.00 | 8.12% |
| MULN1 01/17/2025 Call $3.00<br>Estimated Yield: 0.00% | MULN1 | Margin | 3 | $0.02 | $6.00 | $0.00 | 2.44% |
| **Total Securities** | | | | | **$227.56** | **$0.00** | **92.38%** |
| **Brokerage Cash Balance** | | | | | **$18.77** | | **7.62%** |
| **Total Priced Portfolio** | | | | | **$246.33** | | |

Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Gold Subscription Fee | | Margin | GOLD | 12/14/2023 | | | $5.00 | |
| MULN1 01/17/2025 Call $5.00 | | Margin | OCA | 12/21/2023 | 3 | | | |
| MULN1 01/17/2025 Call $3.00 | | Margin | OCA | 12/21/2023 | 3S | | | |
| MULN1 01/17/2025 Call $3.00 | | Margin | OCA | 12/21/2023 | 10S | | | |
| MULN1 01/17/2025 Call $5.00 | | Margin | OCA | 12/21/2023 | 10 | | | |
| MULN1 01/17/2025 Call $3.00 | | Margin | OCA | 12/22/2023 | 3 | | | |
| MULN1 01/17/2025 Call $5.00 | | Margin | OCA | 12/22/2023 | 3S | | | |
| MULN1 01/17/2025 Call $3.00 | | Margin | OCA | 12/22/2023 | 10S | | | |
| MULN1 01/17/2025 Call $5.00 | | Margin | OCA | 12/22/2023 | 10 | | | |
| MULN1 01/17/2025 Call $3.00 | | Margin | OCA | 12/26/2023 | 3S | | | |
| MULN1 01/17/2025 Call $3.00 | | Margin | OCA | 12/26/2023 | 3 | | | |
| MULN1 01/17/2025 Call $5.00 | | Margin | OCA | 12/26/2023 | 10 | | | |
| MULN1 01/17/2025 Call $5.00 | | Margin | OCA | 12/26/2023 | 10S | | | |
| **Total Funds Paid and Received** | | | | | | | **$5.00** | **$0.00** |

Executed Trades Pending Settlement
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Total Executed Trades Pending Settlement | | | | | | | $0.00 | $0.00 |

# Important Information

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on debit balances in your account may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, the rate is subject to a discretionary short. America style option positions are assigned at expiration. All dividends and interest credits should be included in your income tax return.

We are required to report to the Internal Revenue Service all cash dividends and interest credited to your account on securities held for you in our name. All dividends and interest credits should be included in your income tax return.

Information relative to regulatory trading/transaction fees and any other charges incurred in connection with equity or listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of the information will be made available to you promptly upon request. Exercise assignment notices for option positions are allocated among short positions pursuant to a manual procedure which randomly selects from amongst all customer short option positions including those contracts which are subject to exercise. All whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com.

Any free credit balances represent funds payable upon demand which, although properly accounted for on our books and records, is not segregated, and may be used in the conduct of this business as permissible under the SEC Rule 15c3-2.

RHS acts as clearing agent for your trades. Your account, which was introduced to us by RHF, is carried on a "fully disclosed" basis at RHS. You remain a customer of RHF.

## Notice to Customers

As required, under SEC rules, both the RHF and RHS Order Routing Reports as well as information regarding specific order routing information is available free of charge upon request.

As a clearing agent, RHS provides securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguarding of funds and securities while in our possession, monitoring compliance with applicable credit Regulation T and RHS internal policies, preparing and making accessible your account records (including transaction confirmations and periodic statements of your account).

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size and net debit balance during the interest period. These rates are subject to revision with appropriate notice. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://rhnd.co /fees.

We also offer Robinhood Cash Management as an additional feature of your account. Robinhood Cash Management includes debit card access to your account and automatic sweep of uninvested cash to bank deposits. If you participate in Robinhood Cash Management, your use of the debit card and your rights with respect to debit card transactions, will be governed by the Robinhood Debit Card Agreement, which has been provided to you and is available at https://rhnd.co/debit-card-agreement.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email RHF or RHS at help@robinhood.com. RHS must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

A. Tell RHF your name and account number.
B. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
C. Tell RHF the dollar amount of the suspected error.

RHF and RHS are members of the Financial Industry Regulatory Authority, Inc. ("FINRA"), and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or via their website www.finra.org. RHS carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transactions we process to your account or as a result of investment activity. In order to protect your rights, please confirm any oral communications in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to: help@robinhood.com.

RHF will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, RHF will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes RHF to complete our investigation.

Please see the Robinhood Securities, LLC & Robinhood Financial LLC Insured Network Deposit Sweep Program Disclosures, available at https://rhnd.co /insr-disclosure, for the terms and conditions of the sweep program, including information regarding FDIC insurance coverage.

The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealers relationship with such venues. In addition, the Rule (SEC Rule 606) requires broker-dealers to disclose, upon customer request, the venues to which the individual customer's orders were routed for execution during the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact RHF.

All trade confirmations are transmitted on or about the transaction date.

Statement of Financial Condition
Robinhood Securities, LLC. Unaudited Statement of Financial Condition as of June 30, 2023 is available on the Company's website at www.robinhood.com /legal. A paper copy may be requested at no cost by calling 1-(800)-282-1327. On June 30, 2023, Robinhood Securities, LLC. had a net capital of $2,638,628,775, which was $2,567,658,638 in excess of its required net capital of $70,970,137.

Please retain this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify interest and dividend received. All information will be deemed conclusive unless objected to in writing within ten (10) days.

332498

Our powerful, new trading platform is here—at no extra cost. **Try Robinhood Legend**

Search | Rewards | Investing | Crypto | Spending | Retirement | Notifications | Account

## MMAT1 $2.5 Call
## $0.01
+$0.00 (+0.00%) Today

Buy to Open   Sell to Close

Contracts
1 Share Each                          | 1 |

Limit Price
Bid $0.00 · Ask                       | $0.05 |
$0.05

Time in  ..   | Good for Day |

Est Min Credit                 $4.97

**Review Order**

5 Contracts

1D   1W   1M   3M   1Y   MAX

( Roll this position )

( Exercise this option )

## Your position

| Market value | |
|---|---|
| $5.00 | |
| Current price | $0.01 |
| Current MMAT1 price | $0.00 |
| Today's return | $0.00 (0.00%) |
| Total return | –$198.00 (–97.54%) |

*198 Dollar Loss*

| Expiration date | |
|---|---|
| 1/17/2025 | |
| Average cost | $0.406 |
| MMAT1 breakeven price | — |
| Contracts | +5 |
| Date bought | 1/27 |

*5 contracts*
*$MMAT set to Expire 1/17/2025 owned 2024 rolled over from 2023*
*5 contracts (Options)*

## Stats

| Bid | Mark | Implied Volatility | High | Volume |
|---|---|---|---|---|
| $0.00 × 0 | $0.025 | 0.00% | — | 0 |
| 0 | | | | |

| Ask | Last Trade | Previous Close | Low | Open Interest |
|---|---|---|---|---|
| $0.05 × 2,000 | $0.05 | $0.01 | — | 1,610 |

## The Greeks

Jahlal Elmore

Investing    Crypto    Transfers    Recurring    Robinhood Gold    Reports and statements    Tax center    History    Settings    Help

Rewards    Investing    Crypto    Spending    Retirement    Notifications    Account

Our powerful, new trading platform is here—at no extra cost. Try Robinhood Legend

Q Search

Account details and options

Personal information

Security and privacy

Investing

Beneficiaries

App preferences

App appearance

Deactivate your account

## Personal information

### Contact information

Name                    Jahlal Elmore

Email Address           jahlalelmore@yahoo.com  Verified

Phone Number            +1 (347) 572-4340  Verified

Address                 224 E Main St, Johnstown, NY, 12095

### Other details

Account numbers         See account numbers

Investor profile

← Updated Info

Trusted Contact

None listed

# Robinhood 🏹

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

Page 1 of 6
01/01/2024 to 01/31/2024
JAHLAL ELMORE Account #:933767634
33 Prospect Avenue 2W, Gloversville, NY 12078

## Account Summary

| | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $18.77 | $13.77 |
| Total Securities | $227.56 | $142.60 |
| **Portfolio Value** | **$246.33** | **$156.37** |

## Income and Expense Summary

| | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

## Portfolio Allocation

▣ Options    ■ Equities    ▣ Cash and Cash Equivalents

Cash and Cash Equivalents
8.81%

● Equities
79.68%

Options
11.51%



Jan 2024
page 3/6
Shows 1000 Shares $MMAT
reverse Split 100 Shares to 1
Share
New Total Shares
10 Shares robinhood
Brokerage

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exemp
Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. Th
Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC
RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure

3357671

## Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| AMC Entertainment<br>Estimated Yield: 0.00% | AMC | Margin | 21.333645 | $4.05 | $86.40 | $0.00 | 55.26% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 10 | $3.82 | $38.20 | $0.00 | 24.43% |
| Next Bridge Hydrocarbons Contra<br>Estimated Yield: 0.00% | MMTZZZ | Margin | 1 | $0.00 | $0.00 | $0.00 | 0.00% |
| Zynerba Pharmaceuticals, Inc. CVR<br>Estimated Yield: 0.00% | ZYNE* | Margin | 1 | $0.00 | $0.00 | $0.00 | 0.00% |
| MMATI 01/17/2025 Call $2.50<br>Estimated Yield: 0.00% | MMATI | Margin | 5 | $0.01 | $5.00 | $0.00 | 3.20% |
| MULN1 01/17/2025 Call $3.00<br>Estimated Yield: 0.00% | MULN1 | Margin | 3 | $0.01 | $3.00 | $0.00 | 1.92% |
| MULN1 01/17/2025 Call $5.00<br>Estimated Yield: 0.00% | MULN1 | Margin | 10 | $0.01 | $10.00 | $0.00 | 6.40% |
| **Total Securities** | | | | | **$142.60** | **$0.00** | **91.19%** |
| **Brokerage Cash Balance** | | | | | **$13.77** | | **8.81%** |
| **Total Priced Portfolio** | | | | | **$156.37** | | |

Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Gold Subscription Fee | | Margin | GOLD | 01/16/2024 | | | $5.00 | |
| MMAT 01/17/2025 Call $2.50 | | Margin | OCA | 01/29/2024 | 5S | | | |
| MMATT 01/17/2025 Call $2.50 | | Margin | OCA | 01/29/2024 | 5 | | | |
| Meta Materials CUSIP- 59134N302 | | Margin | SPR | 01/29/2024 | 10 | | | |
| Meta Materials CUSIP- 59134N104 | | Margin | SPR | 01/29/2024 | 1,000S | | | |
| **Total Funds Paid and Received** | | | | | | | **$5.00** | **$0.00** |

Executed Trades Pending Settlement
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Total Executed Trades Pending Settlement | | | | | | | $0.00 | $0.00 |

# Important Information

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The annual rate of interest charged on debit balances in your account may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days. The interest charged during the month is incorporated into the balance as of the first of the succeeding month. The base rate which accounts are charged against is calculated at RHS's discretion with reference to commercially recognized interest rates. Your debit balances in your margin account may be offset against any free credit balances in your non-margin accounts. The amount of interest charged on your debit balance will be charged on the new debit balance.

We are required to report to the Internal Revenue Service all cash dividends and interest credited to your account on securities held for you in your name. All dividends and interest credits should be included in your income tax return.

Information relative to regulatory trading/transaction fees and any other charges incurred in connection with equity or listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of the information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short option contracts including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com.

Any free credit balances represent funds payable upon demand which, although properly accounted for on our books and records, is not segregated, and may be used in the conduct of this business as permissible under the SEC Rule 15c3-2.

RHS acts as clearing agent for your trades. Your account, which was introduced to you by RHF, is established under your name on a "fully disclosed" basis at RHS. You remain a customer of RHF.

## Notice to Customers

As required, under SEC rules, both the RHF and RHS Order Routing Reports as well as information regarding specific order routing information is available free of charge upon request.

As a clearing agent, RHS provides securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguarding of funds and securities while in our possession, monitoring compliance with applicable credit Regulation T and RHS internal policies, preparing and making accessible your account records (including transaction confirmations and periodic income and Expense Summary are inclusive of both taxable and non-taxable dividends.

The dividend totals reflected in the income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size and net debit balance. Interest rates are subject to revision with appropriate notice. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://rbnhd.co/fees.

We also offer Robinhood Cash Management as an additional feature of your account. Robinhood Cash Management includes debit card access to your account and automatic sweep of uninvested cash to bank deposits. If you participate in Robinhood Cash Management, your use of the debit card and your rights with respect to debit card transactions, will be governed by the Robinhood Debit Card Agreement, which has been provided to you and is available at https://rbnhd.co/debit-card-agreement.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email RHF or RHS at help@robinhood.com. RHF must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

A. Tell RHF your name and account number.
B. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
C. Tell RHF the dollar amount of the suspected error.

RHF will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, RHF will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes RHF to complete our investigation.

Please see the Robinhood Securities, LLC & Robinhood Financial LLC Insured Network Deposit Sweep Program Disclosures, available at https://rbnhd.co /ind-disclosure, for the terms and conditions of the sweep program, including information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority, Inc. ("FINRA"), and we are required to inform you of the availability of the FINRA Investor brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or via their website www.finra.org. RHS carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transactions we process to your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to RHF. In order to protect your rights, please confirm any oral communications in writing and include your account number. General inquiries or concerns regarding your account should be directed to: help@robinhood.com.

The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealers relationship with such venues. In addition, the Rule (SEC Rule 606) requires broker-dealers to disclose, upon customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact RHF.

All trade confirmations are transmitted on or about the transaction date.

Statement of Financial Condition
Robinhood Securities, LLC. Unaudited Statement of Financial Condition as of June 30, 2023 is available on the Company's website at www.robinhood.com /legal. A paper copy may be requested at no cost by calling 1-(800)-282-1327. On June 30, 2023, Robinhood Securities, LLC, had a net capital of $2,638,628,771, which was $2,567,658,638 in excess of its required net capital of $70,971,137.

Please email this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify interest charges in your account. All subsequent statements shall be deemed conclusive unless objected to in writing within ten (10) days.

335/671

Please Read: Important Account Notices and Updates

Last month's statement (for activity during the month of December) omitted a disclosure informing customers that the interest rate for Robinhood Gold subscribers enrolled in the boosted rate promotion for the brokerage cash sweep program was 5.25%. This disclosure appears on this month's statement on Page 1, and will continue to appear until the promotion ends.

335767

# Robinhood 🪶

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

## Account Summary

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $3,692.93 | $3,687.93 |
| Total Securities | $112.36 | $124.21 |
| **Portfolio Value** | **$3,805.29** | **$3,812.14** |

## Income and Expense Summary

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

## Portfolio Allocation

- ■ Cash and Cash Equivalents 96.74%
- ■ Equities 2.79%
- ▦ Options 0.47%

*Handwritten note:*

11/2024
Last statement I could print
Page 2/5
Still own 10 shares
$ MMAT
November 2024
Now As $MMATQ

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissi... Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account n... Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Fin... RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanat... ...ne individuals.

## Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| AMC Entertainment<br>Estimated Yield: 0.00% | AMC | Margin | 21.333645 | $4.9500 | $105.60 | $0.00 | 2.77% |
| Meta Materials<br>Estimated Yield: 0.00% | MMATQ | Margin | 10 | $0.0610 | $0.61 | $0.00 | 0.02% |
| Next Bridge Hydrocarbons Contra<br>Estimated Yield: 0.00% | MMTZZZ | Margin | 1 | $0.0000 | $0.00 | $0.00 | 0.00% |
| Zynerba Pharmaceuticals, Inc. CVR<br>Estimated Yield: 0.00% | ZYNE^ | Margin | 1 | $0.0000 | $0.00 | $0.00 | 0.00% |
| MMATI 01/17/2025 Call $2.50<br>Estimated Yield: 0.00% | MMATI | Margin | 5 | $0.0100 | $5.00 | $0.00 | 0.13% |
| MULN1 01/17/2025 Call $3.00<br>Estimated Yield: 0.00% | MULN1 | Margin | 3 | $0.0100 | $3.00 | $0.00 | 0.08% |
| MULN1 01/17/2025 Call $5.00<br>Estimated Yield: 0.00% | MULN1 | Margin | 10 | $0.0100 | $10.00 | $0.00 | 0.26% |
| **Total Securities** | | | | | **$124.21** | **$0.00** | **3.26%** |
| **Brokerage Cash Balance** | | | | | $3,687.93 | | 96.74% |
| **Total Priced Portfolio** | | | | | **$3,812.14** | | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Gold Subscription Fee | | Margin | GOLD | 11/08/2024 | | | $5.00 | |
| **Total Funds Paid and Received** | | | | | | | **$5.00** | **$0.00** |

## Executed Trades Pending Settlement
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Total Executed Trades Pending Settlement | | | | | | | $0.00 | $0.00 |

# Important Information

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on debit balances in your account may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating those average balances, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the new debit balance.

We are required to report to the Internal Revenue Service all cash dividends and interest credited to your account on securities held for you in our name. All dividends and interest credits should be included in your income tax return.

Information relative to regulatory trading/transaction fees and any other charges incurred in connection with equity or listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of the information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short option contracts including those contracts which are subject to exercise. All such short option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com.

Any free credit balances represent funds payable on demand of the customer.

RHS acts as clearing agent for your trades. Your account, which was introduced to us by RHF, is established under your name on a "fully disclosed" basis at RHS. You remain a customer of RHF.

## Notice to Customers

As required, under SEC rules, both the RHF and RHS Order Routing Reports as well as information regarding specific order routing information is available free of charge upon request.

As a clearing agent, RHS provides securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguarding of funds and securities while in our possession, monitoring compliance with applicable credit Regulation T and RHS internal policies, preparing and making accessible records of the statement (including transaction confirmations and statements of your account).

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size and net debit balance during the interest period. These rates are subject to revision with appropriate notice. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://robhd.co/fees.

Robinhood Gold Card is offered by Robinhood Credit, Inc. ("RCT") and is issued by Coastal Community Bank, Member FDIC, pursuant to a license from Visa U.S.A. Inc.. RCT is a financial technology company, not a bank.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email RHF or RHS at help@robinhood.com. RHF must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

1. Tell RHF your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell RHF the dollar amount of the suspected error.

RHF will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, RHF will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes RHF to complete our investigation.

Please see the Robinhood Securities, LLC & Robinhood Financial LLC Insured Network Deposit Sweep Program Disclosures, available at https://robhd.co/ind-disclosure for the terms and conditions of the sweep program, including information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority, Inc. ("FINRA"), and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or via their website www.finra.org. RHS carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transactions we process to your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to RHF. In order to protect your rights, please confirm any oral communications in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to: help@robinhood.com.

The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealers relationship with such venues. In addition, the Rule (SEC Rule 606) requires broker-dealers to disclose, upon customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact RHF.

All trade confirmations are transmitted on or about the transaction date.

Statement of Financial Condition
Robinhood Securities, LLC's Unaudited Statement of Financial Condition as of June 30, 2024 is available on the Company's website at www.robinhood.com/legal. A paper copy may be requested at no cost by calling 1-(800)-282-1327. On June 30, 2024, Robinhood Securities, LLC. had a net capital of $2,457,014,912, which was $2,348,014,248 in excess of its required net capital of $109,000,664.

Please retain this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify interest charges in your account. This statement shall be deemed conclusive unless objected to in writing within ten (10) days.

3840999



Twitter
AKA
"X"

3 OPTIONS:

1-Do nothing, do not pass go, collect no monies.

2-If you would like to Show more

The person
who was kind
to post
was NOT

Meta Materials

**SAMPLE ONLY**



**Meta Materials Inc. (META®)** @Meta... · 13h

Hello, world! 🐾 We're back & committed to keeping you informed. Stay tuned for updates on the BK process, strategies, and actions shared through this account & website. Official news by

46    160    331    34.1K