NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA** — **PROOF OF INTEREST**

Name of Debtor: META MATERIALS, INC.

Case Number: 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

ANDREW KLARR
3212 HUNTINGTON CIRCLE S.
WASHINGTON MI 48094

Telephone Number: 1-586-540-7348

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 18 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: HELD IN 3 SEPERATE FIDELITY ACCOUNTS Z19684911, 220224245, 239297942

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: ____________
☐ amends a previously filed Proof of Interest dated: ____________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

ANDREW KLARR
FIDELITY INVESTMENTS
PO BOX 770001 CINCINNATI OH 45277

Telephone Number: 800 544 6666

3. **Date Equity Interest was acquired:** BETWEEN 7-12-2021 AND 12-9-2022 SEE ATTACHED DOCUMENTS

4. **Total amount of member interest:** 62,000 + SHARES@132,153

5. **Certificate number(s):** SEE ATTACHED DOCUMENTS

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.
☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: ANDREW KLARR
Title: ____________
Company:___ Address and telephone number (if different from notice address above):

(Signature) [signature]    (Date) 12-16-2024

Telephone number: 586 5407348    email: aklarr54@gmail.com

***Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571***

PROOF OF INTREST SUPPLEMENTAL INFORMATION:

CASE: 24-50792, META MATERIALS, INC.

FOR: ANDREW KLARR

BROKER: FIDELITY

TRANSACTIONS: PURCHASED 62,940 SHARES ($132,153.06 INVESTED)

Please see attached documents

Transaction Confirmation
Confirm Date: July 12, 2021



Brokerage Account Number
*****4245 ROTH IRA

ANDREW SCOTT KLARR

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21193-1FFK8J | 1* | WY# | 07-12-21 | 07-14-21 | 59134N104 | 21193-GW7ZD | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 2,101.45 |
| | 530 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 2,101.45 |
| at | 3.9650 | WE HAVE ACTED AS AGENT. | | |
| Symbol: MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900304518

REMITTANCE COUPON



**Transaction Confirmation**
**Confirm Date: August 2, 2021**



Brokerage Account Number
*******4245 ROTH IRA**

**ANDREW SCOTT KLARR**

9900338144

FMTC CUSTODIAN - ROTH IRA
FBO ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21214-1C04RX | 1* | WY# | 08-02-21 | 08-04-21 | 59134N104 | 21214-FSRRN | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 5,976.25 |
| | 1,750 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 5,976.25 |
| at | 3.4150 | WE HAVE ACTED AS AGENT. | | |
| Symbol : MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900338144

FMTC CUSTODIAN - ROTH IRA
FBO ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****4245 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.



Transaction Confirmation
Confirm Date: August 5, 2021



Brokerage Account Number
*****4245 ROTH IRA

ANDREW SCOTT KLARR

9900295888

FMTC CUSTODIAN - ROTH IRA
FBO ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21217-1BCK4C | 1* | WY# | 08-05-21 | 08-09-21 | 59134N104 | 21217-B4B9G | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 85.75 |
| | 25 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 85.75 |
| at | 3.4300 | WE HAVE ACTED AS AGENT. | | |
| Symbol : MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900295888

FMTC CUSTODIAN - ROTH IRA
FBO ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****4245 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.



099 0220224245 00 000

Transaction Confirmation
Confirm Date: August 11, 2021

Brokerage Account Number
*****4245 ROTH IRA

ANDREW SCOTT KLARR

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21223-1B3QFC | 1* | WY# | 08-11-21 | 08-13-21 | 59134N104 | 21223-DHX5S | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 13.66 |
| | 4 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 13.66 |
| at | 3.4147 | WE HAVE ACTED AS AGENT. | | |
| Symbol : MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900287726

REMITTANCE COUPON



**Transaction Confirmation**
**Confirm Date: August 12, 2021**



Brokerage Account Number
*****4245 ROTH IRA

**ANDREW SCOTT KLARR**

9900275600

FMTC CUSTODIAN - ROTH IRA
FBO ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21224-1BZ1RW | 1* | WY# | 08-12-21 | 08-16-21 | 59134N104 | 21224-COFHV | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 5,573.75 |
| | 1,625 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 5,573.75 |
| at | 3.4300 | WE HAVE ACTED AS AGENT. | | |
| Symbol : MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900275600

FMTC CUSTODIAN - ROTH IRA
FBO ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****4245 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003



099 0220224245 00 000

**Transaction Confirmation**
**Confirm Date: August 13, 2021**



Brokerage Account Number
*****4245 ROTH IRA

**ANDREW SCOTT KLARR**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21225-1BQWXF | 1* | WY# | 08-13-21 | 08-17-21 | 59134N104 | 21225-CV2QB | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 230.12 |
| | 69 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 230.12 |
| at | 3.3350 | WE HAVE ACTED AS AGENT. | | |
| Symbol : MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900286770

**REMITTANCE COUPON**



**Transaction Confirmation**
**Confirm Date: October 6, 2021**



Brokerage Account Number
*****4245 ROTH IRA

**ANDREW SCOTT KLARR**

9900253158

FMTC CUSTODIAN - ROTH IRA
FBO ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 21279-1BB5MV | 1* | WY# | 10-06-21 | 10-08-21 | 59134N104 | 21279-B26LX |

DESCRIPTION and DISCLOSURES

| | | | | |
|---|---|---|---|---|
| You Bought | 1,000 | META MATERIALS INC COM | Principal Amount | 5,010.00 |
| at | 5.0100 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 5,010.00 |
| Symbol : MMAT | | WE HAVE ACTED AS AGENT. | | |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 21279-1B3WZX | 1* | WY# | 10-06-21 | 10-08-21 | 59134N104 | 21279-DD53Q |

DESCRIPTION and DISCLOSURES

| | | | | |
|---|---|---|---|---|
| You Bought | 104 | META MATERIALS INC COM | Principal Amount | 522.60 |
| at | 5.0250 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 522.60 |
| Symbol : MMAT | | WE HAVE ACTED AS AGENT. | | |
| | | PARTIAL EXECUTION | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900253158

---

FMTC CUSTODIAN - ROTH IRA
FBO ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****4245 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003



**Transaction Confirmation**
**Confirm Date: October 15, 2021**



Brokerage Account Number
*****4245 ROTH IRA

**ANDREW SCOTT KLARR**

9900305067

FMTC CUSTODIAN - ROTH IRA
FBO ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21288-1BHFBF | 1* | WY# | 10-15-21 | 10-19-21 | 59134N104 | 21288-B94RD | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 41.26 |
| | 8 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 41.26 |
| at | 5.1579 | WE HAVE ACTED AS AGENT. | | |
| Symbol : MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900305067

FMTC CUSTODIAN - ROTH IRA
FBO ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****4245 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.



**Transaction Confirmation**
**Confirm Date: November 1, 2021**



Brokerage Account Number
*****4245 ROTH IRA

**ANDREW SCOTT KLARR**

9900388589

FMTC CUSTODIAN - ROTH IRA
FBO ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21305-1C6W5H | 1* | WY# | 11-01-21 | 11-03-21 | 59134N104 | 21305-DZGRX | | |

You Bought 2,000 at 5.1300
Symbol: MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

| | |
|---|---|
| Principal Amount | 10,260.00 |
| Settlement Amount | 10,260.00 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900388589

FMTC CUSTODIAN - ROTH IRA
FBO ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****4245 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: February 23, 2022**



Brokerage Account Number
*****7942 IRA - BDA

**ANDREW SCOTT KLARR**

9900408132

FMTC CUSTODIAN - IRA BDA
NSPS ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

| | | |
|---|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 22054-0C0G6J | 1* | WY# | 02-23-22 | 02-25-22 | 59134N104 | 22054-DVQWS |

You Bought 9,900 at 1.6296
Symbol : MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

| | |
|---|---|
| Principal Amount | 16,133.04 |
| Settlement Amount | 16,133.04 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 22054-0C0G6V | 1* | WY# | 02-23-22 | 02-25-22 | 59134N104 | 22054-DVQWS |

You Bought 100 at 1.6250
Symbol : MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.
PARTIAL EXECUTION

| | |
|---|---|
| Principal Amount | 162.50 |
| Settlement Amount | 162.50 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900408132

FMTC CUSTODIAN - IRA BDA
NSPS ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****7942 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.



099 0239297942 00 000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 21, 2022**



Brokerage Account Number
*****4911 INDIVIDUAL

**ANDREW SCOTT KLARR**

9900183727

ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 22080-0CX93G | 1* | WY# | 03-21-22 | 03-23-22 | 59134N104 | 22080-BDYSP |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Sold | | META MATERIALS INC COM | Principal Amount | 10.25 |
| | 5 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Activity Assessment Fee | 0.01 |
| at | 2.0501 | WE HAVE ACTED AS AGENT. | Settlement Amount | 10.24 |
| Symbol : MMAT | | PARTIAL EXECUTION | | |

Specific Share Identification For Cost Basis Information Tracking

| Date Acquired | Quantity of Shares | Cost Basis/Share | Date Acquired | Quantity of Shares | Cost Basis/Share |
|---|---|---|---|---|---|
| 03/07/22 | 5 | 1.56 | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900183727

ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****4911 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.



099 0Z19684911 00 000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 13, 2022**



Brokerage Account Number
*******7942 IRA - BDA**

**ANDREW SCOTT KLARR**

9900305770

FMTC CUSTODIAN - IRA BDA
NSPS ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22103-0BWSLH | 1* | WY# | 04-13-22 | 04-18-22 | 59134N104 | 22103-AKFXR | | |

You Bought 10,000
at 1.4900
Symbol :
MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

| | |
|---|---|
| Principal Amount | 14,900.00 |
| Settlement Amount | 14,900.00 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900305770

FMTC CUSTODIAN - IRA BDA
NSPS ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****7942 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.



099 0239297942 00 000



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: October 7, 2022**



Brokerage Account Number
*****7942 IRA - BDA

**ANDREW SCOTT KLARR**

9900361129

FMTC CUSTODIAN - IRA BDA
NSPS ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22280-0B4TZB | 1* | WY# | 10-07-22 | 10-12-22 | 59134N104 | 22280-G7WGJ | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 32.90 |
| | 50 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 32.90 |
| at | .6580 | WE HAVE ACTED AS AGENT. | | |
| Symbol : MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900361129

FMTC CUSTODIAN - IRA BDA
NSPS ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****7942 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 14, 2022**

Page 1 of 1

Brokerage Account Number
*****7942 IRA - BDA

**ANDREW SCOTT KLARR**

9900337949

FMTC CUSTODIAN - IRA BDA
NSPS ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

| | | |
|---|---|---|
| Online | | Fidelity.com |
| FAST®-Automated Telephone | | 800-544-5555 |
| Customer Service | | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22318-0B6D2J | 1* | WY# | 11-14-22 | 11-16-22 | 59134N104 | 22318-DNMA8 | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | 9,000 | META MATERIALS INC COM | Principal Amount | 13,372.20 |
| at | 1.4858 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 13,372.20 |
| Symbol : MMAT | | WE HAVE ACTED AS AGENT. | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900337949

FMTC CUSTODIAN - IRA BDA
NSPS ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****7942 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: November 14, 2022**

Page 1 of 1

Brokerage Account Number
*****4245 ROTH IRA

**ANDREW SCOTT KLARR**

9900257250

FMTC CUSTODIAN - ROTH IRA
FBO ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22318-1BVPWS | 1* | WY# | 11-14-22 | 11-16-22 | 59134N104 | 22318-DOJVI | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 7,400.00 |
| | 5,000 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 7,400.00 |
| at | 1.4800 | WE HAVE ACTED AS AGENT. | | |
| Symbol: MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900257250

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FMTC CUSTODIAN - ROTH IRA
FBO ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****4245 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: December 7, 2022**



Brokerage Account Number
*****7942 IRA - BDA

**ANDREW SCOTT KLARR**

9900287420

FMTC CUSTODIAN - IRA BDA
NSPS ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 22341-0BT3FP | 1* | WY# | 12-07-22 | 12-09-22 | 59134N104 | 22341-GZ41O | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 49,400.00 |
| | 20,000 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 49,400.00 |
| at | 2.4700 | WE HAVE ACTED AS AGENT. | | |
| Symbol: MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900287420

FMTC CUSTODIAN - IRA BDA
NSPS ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****7942 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: March 9, 2023**



Brokerage Account Number
*****7942 IRA - BDA

**ANDREW SCOTT KLARR**

9900354422

FMTC CUSTODIAN - IRA BDA
NSPS ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 23068-0B0SKD | 1* | WY# | 03-09-23 | 03-13-23 | 59134N104 | 23068-G42T8 | | |

| | | DESCRIPTION and DISCLOSURES | | |
|---|---|---|---|---|
| You Bought | | META MATERIALS INC COM | Principal Amount | 904.08 |
| | 1,600 | ISIN #US59134N1046 SEDOL #BKSCVX7 | Settlement Amount | 904.08 |
| at | .56505 | WE HAVE ACTED AS AGENT. | | |
| Symbol : MMAT | | | | |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900354422

FMTC CUSTODIAN - IRA BDA
NSPS ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****7942 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: April 24, 2023**



Brokerage Account Number
*****7942 IRA - BDA

**ANDREW SCOTT KLARR**

9900357070

FMTC CUSTODIAN - IRA BDA
NSPS ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 23114-0DMX5P | 1* | WY# | 04-24-23 | 04-26-23 | 59134N104 | 23114-HHJSL |

You Bought 180 at .1972
Symbol : MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM
ISIN #US59134N1046 SEDOL #BKSCVX7
WE HAVE ACTED AS AGENT.

| | |
|---|---|
| Principal Amount | 35.50 |
| Settlement Amount | 35.50 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900357070

FMTC CUSTODIAN - IRA BDA
NSPS ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****7942 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

INVESTMENTS®
PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: July 17, 2024**



Brokerage Account Number
*****4245 ROTH IRA

**ANDREW SCOTT KLARR**

9900480797

FMTC CUSTODIAN - ROTH IRA
FBO ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. |
|---|---|---|---|---|---|---|
| 24199-XBQX2L | 1* | WY# | 07-17-24 | 07-18-24 | 59134N302 | 24199-DRSVK |

You Sold 131 at 2.9500
Symbol : MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM NEW
ISIN #US59134N3026 SEDOL #BQ67J98
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.

| | |
|---|---|
| Principal Amount | 386.45 |
| Activity Assessment Fee | 0.02 |
| Settlement Amount | 386.43 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900480797

FMTC CUSTODIAN - ROTH IRA
FBO ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

MUTIPLY x 100 TO ACCOUNT FOR REVERSE SPLIT 1/100

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****4245 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.



PO Box 28019
Albuquerque, NM 87125-8019

**Transaction Confirmation**
**Confirm Date: July 17, 2024**



Brokerage Account Number
*******7942 IRA - BDA**

**ANDREW SCOTT KLARR**

9900620146

FMTC CUSTODIAN - IRA BDA
NSPS ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

| | | |
|---|---|---|
| Online | | Fidelity.com |
| FAST®-Automated Telephone | | 800-544-5555 |
| Customer Service | | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24199-0CKF9S | 1* | WY# | 07-17-24 | 07-18-24 | 59134N302 | 24199-DRS23 | | |

You Sold 409 at 3.0000
Symbol: MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM NEW
ISIN #US59134N3026 SEDOL #BQ67J98
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.

| | |
|---|---|
| Principal Amount | 1,227.00 |
| Activity Assessment Fee | 0.04 |
| Settlement Amount | 1,226.96 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900620146

FMTC CUSTODIAN - IRA BDA
NSPS ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

MULTIPLY x 100
POST R/S
1/100

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****7942 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.



099 0239297942 00 000



PO Box 28019
Albuquerque, NM 87125-8019

Transaction Confirmation
Confirm Date: July 17, 2024

Page 1 of 1

Brokerage Account Number
*****4911 INDIVIDUAL - TOD

ANDREW SCOTT KLARR

9900222015

ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 24199-0CKQBJ | 1* | WY# | 07-17-24 | 07-18-24 | 59134N302 | 24199-DTXN7 | | |

You Sold 10 at 2.9796
Symbol : MMAT

DESCRIPTION and DISCLOSURES
META MATERIALS INC COM NEW
ISIN #US59134N3026 SEDOL #BQ67J98
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.

| | |
|---|---|
| Principal Amount | 29.80 |
| Settlement Amount | 29.80 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

9900222015

ANDREW SCOTT KLARR
3212 HUNTINGTON CIR S
WASHINGTON MI 48094-1169

POST R/S
1/100

If you are eligible to make a deposit, please use this form for investments in your brokerage account *****4911 only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH 45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.