NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|

**Name of Debtor:** Meta Material, INC

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Jin Ling Chen
   335 53rd street, 3rd Floor
   Brooklyn New York
   11220
   Telephone Number: +1 (347) 320-6123

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC 18 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   **COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**
Webull account number: 5JK56583 and
ROTH IRA 5JK56608

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   Jin Ling Chen : Webull Financial LLC
   44 Wall Street, New York, NY 10005
   Telephone Number: +1 (888) 828-0618

3. **Date Equity Interest was acquired:**
   5JK56583 : June 22, 2021
   5JK56608 : June 22, 2021

4. **Total amount of member interest:** 22 shares for $10,225.90

5. **Certificate number(s):** See attached documentation

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Jin Ling Chen
Title:
Company: __ Address and telephone number (if different from notice address above):

(Signature) [signed]
(Date) Dec 14, 2024

Telephone number: +1 (347) 320-6123   email: JCNN595@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]    [ Save Form ]    [ Clear Form ]

Individual Margin (SJK56583)

Q Symbol/Name

## Account

Net Account Value (USD)

Day-Trade BP

Overnight BP

Risk Level — Safe

Day Trades Left — 3,3▆

Banking

Account Details

Cash Balance

Incoming Funds — 0.00

> Total Market Value

> Total Receivable — 0.00

> Total Payable — 0.00

> Margin Requirement

Account Statements >

Tax Documents >

Options Trading >

Positions  Account Details  Account Performance  Stock P&L

Net Assets: $91.32   1M
Account P&L: -$12.32   5D
P&L%: -13.08%   Money-weighted   Close

My Positions | Today's Orders | Order History | Exercise History | IPO Subscription

| Actions | Symbol | Quantity | Mkt Value | Last Price | Avg Price | Total Cost | Open P&L | Open P&L% |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  | 0.1000 |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  | MMATQ | 1 | 0.10 | 0.1000 | 358.85 | 358.85 | -358.75 | -99.97% |
|  |  |  |  |  |  |  |  |  |

Individual Margin (5JK56583)

| Account | | | Positions | Account Details | Account Performance | Stock P&L | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Account Value (USD) | | | Symbol | Name | Cumulative P&L | Stock P&L | Options P&L | Dividend | Total HTB Fees | Currency |
| ███████ | | | ███ | ███████ | ████ | ████ | ████ | 0.00 | 0.00 | USD |
| ███████ 51% | | | ███ | ███████ | ████ | ████ | ████ | 0.00 | 0.00 | USD |
| Day-Trade BP | | | ███ | ███████ | ████ | ████ | ████ | 0.00 | 0.00 | USD |
| ███████ | | | ███ | ███████ | ████ | ████ | ████ | 0.00 | 0.00 | USD |
| Overnight BP | | | ███ | ███████ | ████ | ████ | ████ | 0.00 | 0.00 | USD |
| Risk Level | | Safe | ███ | ███████ | ████ | ████ | ████ | 0.00 | 0.00 | USD |
| Day Trades Left | | 3,3,3,3,3 | MMATQ | Meta Materials I... | -2,418.46 | -2,454.06 | +35.60 | 0.00 | 0.00 | USD |
| | Banking | | ███ | ███████ | ████ | ████ | ████ | ████ | 0.00 | USD |

Account Details

- Cash Balance  ███
- Incoming Funds  0.00
- > Total Market Value  ███
- > Total Receivable  0.00
- > Total Payable  0.00
- > Margin Requirement
- Account Statements  >
- Tax Documents  >
- Options Trading  >

| Trading Records | Dividend Records | Options P&L | | Custom | MMATQ Cumulative P&L (USD) |
|---|---|---|---|---|---|
| Time | Side | Quantity | Avg Price | Amount | |
| 07/07/2021 06:12:40 EDT | Buy | 1.00000 | 7.05 | 7.05 | |
| 07/02/2021 05:35:34 EDT | Buy | 3.00000 | 7.15 | 21.45 | |
| 07/01/2021 14:22:05 EDT | Sell | 27.00000 | 7.19 | 194.13 | |
| 06/30/2021 04:04:45 EDT | Buy | 4.00000 | 6.83 | 27.32 | |
| 06/29/2021 15:57:56 EDT | Buy | 3.00000 | 7.02 | 21.06 | |
| 06/29/2021 15:57:05 EDT | Buy | 2.00000 | 7.00 | 14.00 | |
| 06/29/2021 15:50:43 EDT | Buy | 2.00000 | 6.98 | 13.96 | |
| 06/29/2021 15:47:43 EDT | Buy | 10.00000 | 7.03 | 70.30 | Total P&L: -$2,418.46 |
| 06/29/2021 15:34:37 EDT | Buy | 6.00000 | 7.02 | 42.12 | |
| 06/22/2021 08:51:40 EDT | Buy | 2.00000 | 9.77 | 19.54 | |



| Symbol | Name | Cumulative P&L | Stocks P&L | Options P&L | Dividend | Total HTB Fees | Currency |
|---|---|---|---|---|---|---|---|
|  |  |  |  | 0.00 | 0.00 | 0.00 | USD |
|  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |
|  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |
|  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |
|  |  |  | 0.00 | -17.50 | 0.00 | 0.00 | USD |
|  |  |  |  | 0.00 | 0.00 | 0.00 | USD |
| MMATQ | Meta Materials I... | -2,418.46 | -2,454.06 | +35.60 | 0.00 | 0.00 | USD |
|  |  |  |  |  |  | 0.00 | USD |

| Trading Records | Dividend Records | Options P&L |  |  | Custom | MMATQ Cumulative P&L (USD) |
|---|---|---|---|---|---|---|
| Time | Side | Quantity | Avg Price | Amount |  |  |
| 07/19/2021 12:50:45 EDT | Buy | 88.00000 | 3.445 | 303.16 |  |  |
| 07/15/2021 16:40:28 EDT | Buy | 1.00000 | 3.800 | 3.80 |  |  |
| 07/15/2021 16:39:46 EDT | Buy | 2.00000 | 3.800 | 7.60 |  |  |
| 07/15/2021 10:01:27 EDT | Buy | 28.00000 | 4.250 | 119.00 |  |  |
| 07/12/2021 16:11:31 EDT | Sell | 20.00000 | 3.980 | 79.60 |  |  |
| 07/12/2021 15:21:09 EDT | Buy | 30.00000 | 3.950 | 118.50 |  |  |
| 07/07/2021 08:12:46 EDT | Buy | 1.00000 | 7.05 | 7.05 |  |  |
| 07/02/2021 05:35:34 EDT | Buy | 3.00000 | 7.15 | 21.45 |  |  |
| 07/01/2021 14:22:05 EDT | Sell | 27.00000 | 7.19 | 194.13 |  |  |

Total P&L: -$2,418.46

## Account

Individual Margin (5JK56583)

| | |
|---|---|
| Net Account Value (USD) | ▬▬ |
| | ▬▬ % |
| Day-Trade BP | ▬▬ |
| Overnight BP | ▬▬ |
| Risk Level | Safe |
| Day Trades Left | 3,3,3,3,3 |

Banking

### Account Details

| | |
|---|---|
| Cash Balance | ▬▬ |
| Incoming Funds | 0.00 |
| › Total Market Value | ▬▬ |
| › Total Receivable | 0.00 |
| › Total Payable | 0.00 |
| › Margin Requirement | |
| Account Statements | › |
| Tax Documents | › |
| Options Trading | › |

### Positions / Account Details / Account Performance / Stock P&L

| Symbol | Name | Cumulative P&L | Stock P&L | Options P&L | Dividend | Total HTB Fees | Currency |
|---|---|---|---|---|---|---|---|
| ▬ | ▬ | ▬ | ▬ | 0.00 | 0.00 | 0.00 | USD |
| ▬ | ▬ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |
| ▬ | ▬ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |
| ▬ | ▬ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |
| ▬ | ▬ | ▬ | 0.00 | ▬ | 0.00 | 0.00 | USD |
| ▬ | ▬ | ▬ | ▬ | 0.00 | 0.00 | 0.00 | USD |
| MMATQ | Meta Materials I... | -2,418.46 | -2,454.06 | +35.60 | 0.00 | 0.00 | USD |
| ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | 0.00 | USD |

### Trading Records / Dividend Records / Options P&L — Custom — MMATQ Cumulative P&L (USD)

| Time | Side | Quantity | Avg Price | Amount |
|---|---|---|---|---|
| 07/22/2021 09:58:26 EDT | Buy | 100.00000 | 3.570 | 357.00 |
| 07/21/2021 14:20:24 EDT | Buy | 50.00000 | 3.740 | 187.00 |
| 07/21/2021 10:50:44 EDT | Sell | 3.00000 | 0.7000 | 2.10 |
| 07/21/2021 10:37:44 EDT | Sell | 4.00000 | 0.4000 | 1.60 |
| 07/21/2021 09:41:43 EDT | Buy | 4.00000 | 0.3300 | 1.32 |
| 07/21/2021 09:35:49 EDT | Buy | 4.00000 | 0.4500 | 1.80 |
| 07/21/2021 04:36:12 EDT | Buy | 17.00000 | 3.130 | 53.21 |
| 07/20/2021 15:29:49 EDT | Sell | 134.00000 | 3.194 | 428.00 |
| 07/19/2021 12:50:45 EDT | Buy | 88.00000 | 3.445 | 303.16 |
| 07/15/2021 16:40:28 EDT | Buy | 1.00000 | 3.800 | 3.80 |

Total P&L: -$2,418.46

| Account | | Positions | Account Details | Account Performance | Stock P&L | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Account Value (USD) | | Symbol | Name | Cumulative P&L | Stocks P&L | Options P&L | Dividend | Total HTB Fees | Currency |
| ─── | | ─── | ─── | ─── | ─── | 0.00 | 0.00 | 0.00 | USD |
| ─── | | ─── | ─── | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |
| | | ─── | ─── | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |
| Day-Trade BP | ─── | ─── | ─── | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |
| Overnight BP | ─── | ─── | ─── | ─── | 0.00 | ─── | 0.00 | 0.00 | USD |
| Risk Level | Safe | ─── | ─── | ─── | ─── | ─── | 0.00 | 0.00 | USD |
| Day Trades Left | 3,3,3,3,3 | MMATQ | Meta Materials I... | -2,418.46 | -2,454.06 | +35.60 | 0.00 | 0.00 | USD |
| Banking | | ─── | ─── | ─── | ─── | ─── | ─── | 0.00 | USD |

Account Details

Cash Balance ───
Incoming Funds 0.00
> Total Market Value ───
> Total Receivable 0.00
> Total Payable 0.00
> Margin Requirement
Account Statements
Tax Documents
Options Trading

| Trading Records | Dividend Records | Options P&L | | Custom | MMATQ Cumulative P&L (USD) |
|---|---|---|---|---|---|
| Time | Side | Quantity | Avg Price | Amount | |
| 11/08/2021 09:39:01 EST | Buy | 2.00000 | 0.1900 | 0.38 | |
| 10/27/2021 09:49:19 EDT | Sell | 2.00000 | 0.1000 | 0.20 | |
| 09/09/2021 09:00:04 EDT | Buy | 20.00000 | 4.880 | 97.60 | |
| 09/01/2021 15:21:37 EDT | Sell | 49.00000 | 4.630 | 226.87 | |
| 08/18/2021 12:13:12 EDT | Buy | 7.00000 | 3.010 | 21.07 | |
| 08/11/2021 10:04:06 EDT | Buy | 8.00000 | 3.430 | 27.44 | |
| 07/22/2021 15:33:40 EDT | Buy | 113.00000 | 3.440 | 388.72 | |
| 07/22/2021 10:20:08 EDT | Buy | 2.00000 | 0.6000 | 1.20 | |
| 07/22/2021 09:58:26 EDT | Buy | 100.00000 | 3.570 | 357.00 | |
| 07/21/2021 14:20:24 EDT | Buy | 50.00000 | 3.740 | 187.00 | |

Total P&L: -$2,418.46

Individual Margin (5JK56583)

Account

Net Account Value (USD)

Day-Trade BP
Overnight BP
Risk Level — Safe
Day Trades Left

Banking

Account Details
Cash Balance — 4.88
Incoming Funds — 0.00
› Total Market Value
› Total Receivable — 0.00
› Total Payable — 0.00
› Margin Requirement
Account Statements
Tax Documents
Options Trading

Positions  Account Details  Account Performance  Stock P&L



| Symbol | Name | Cumulative P&L | Stock P&L | Options P&L | Dividend | Total HTB Fees | Currency |
|---|---|---|---|---|---|---|---|
|  |  |  |  | 0.00 | 0.00 | 0.00 | USD |
|  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |
|  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |
|  |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | USD |
|  |  |  | 0.00 |  | 0.00 | 0.00 | USD |
|  |  |  |  | 0.00 | 0.00 | 0.00 | USD |
| MMATQ | Meta Materials I... | -2,418.46 | -2,454.06 | +35.60 | 0.00 | 0.00 | USD |
|  |  |  |  |  |  | 0.00 | USD |



Trading Records  Dividend Records  Options P&L                    Custom    MMATQ Cumulative P&L (USD)

| Time | Side | Quantity | Avg Price | Amount |
|---|---|---|---|---|
| 11/30/2021 09:16:20 EST | Buy | 5.00000 | 3.710 | 18.55 |
| 11/24/2021 10:25:42 EST | Sell | 5.00000 | 0.1000 | 0.50 |
| 11/23/2021 09:30:03 EST | Buy | 251.00000 | 3.850 | 966.35 |
| 11/09/2021 10:05:00 EST | Buy | 51.00000 | 5.05 | 257.55 |
| 11/08/2021 10:57:37 EST | Sell | 60.00000 | 5.10 | 306.00 |
| 11/08/2021 10:15:03 EST | Buy | 1.00000 | 1.150 | 1.15 |
| 11/08/2021 09:39:01 EST | Buy | 2.00000 | 0.1900 | 0.38 |
| 10/27/2021 09:49:19 EDT | Sell | 2.00000 | 0.1000 | 0.20 |
| 09/09/2021 09:00:04 EDT | Buy | 20.00000 | 4.880 | 97.60 |
| 09/01/2021 15:31:22 EDT | Sell | 40.00000 | 4.620 | 226.82 |

Total P&L: -$2,418.46



| Actions | | Quantity | Mkt Value | Last Price | Avg Price | Total Cost | Open P&L | Open P&L% | Position Ratio | Side | Product Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 0.10% | Long | Stock |
| | | | | | | | | | 9... | Long | Stock |
| | MMATQ | 21 | 2.10 | 0.1000 | 150.81 | 3,167.00 | -3,164.90 | -99.93% | 0.33% | Long | Stock |



| Symbol | Name | Cumulative P&L | Stock P&L | Options P&L | Dividend | Total HTB Fees | Currency |
|---|---|---|---|---|---|---|---|
| | | | 0.00 | +759.16 | 0.00 | 0.00 | USD |
| | | | | 0.00 | 0.00 | 0.00 | USD |
| | | | | 0.00 | 0.00 | 0.00 | USD |
| | | | | 0.00 | 0.00 | 0.00 | USD |
| | | | | 0.00 | 0.00 | 0.00 | USD |
| | | | | | | 0.00 | USD |
| MMATQ | Meta Materials I... | -7,518.59 | -7,617.00 | +98.41 | 0.00 | 0.00 | USD |

Trading Records   Dividend Records   Options P&L               Custom      MMATQ Cumulative P&L (USD)

| Time | Side | Quantity | Avg Price | Amount |
|---|---|---|---|---|
| 06/22/2021 13:40:19 EDT | Buy | 1.00000 | 4.82 | 4.82 |
| 06/22/2021 13:35:31 EDT | Buy | 6.00000 | 7.81 | 46.86 |
| 06/22/2021 12:41:49 EDT | Buy | 2.00000 | 7.89 | 15.78 |
| 06/22/2021 12:37:12 EDT | Buy | 10.00000 | 8.05 | 80.50 |
| 06/22/2021 12:20:16 EDT | Buy | 10.00000 | 7.78 | 77.80 |
| 06/22/2021 12:05:40 EDT | Buy | 9.00000 | 7.67 | 69.03 |
| 06/22/2021 12:01:50 EDT | Buy | 100.00000 | 7.81 | 781.00 |
| 06/22/2021 11:04:41 EDT | Buy | 2.00000 | 9.52 | 19.04 |
| 06/22/2021 09:11:31 EDT | Buy | 211.00000 | 9.96 | 2,101.56 |
| 06/22/2021 08:49:37 EDT | Buy | 44.00000 | 9.74 | 428.56 |

Total P&L: -$7,519.41

Roth IRA (5JK56608)                                                                                                        Q Symbol/Name

| Account | | Positions | Account Details | Account Performance | Stock P&L | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Symbol | Name | Cumulative P&L | Stock P&L | Options P&L | Dividend | Total HTB Fees | Currency |
| Net Account Value (USD) | | ▬▬▬ | Bed Bath & Bey... | ▬▬▬ | 0.00 | ▬▬▬ | 0.00 | 0.00 | USD |
| | | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | 0.00 | 0.00 | 0.00 | USD |
| | | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | 0.00 | 0.00 | 0.00 | USD |
| Buying Power | ▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | 0.00 | 0.00 | 0.00 | USD |
| | | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | 0.00 | 0.00 | 0.00 | USD |
| Banking | | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ | 0.00 | USD |
| Account Details | | MMATQ | Meta Materials I... | -7,518.59 | -7,617.00 | +98.41 | 0.00 | 0.00 | USD |
| Market Value | 636.55 | | | | | | | | |
| Incoming Funds | 0.00 | | | | | | | | |
| > Cash Balance | ▬▬ | | | | | | | | |
| > Total Receivable | 0.00 | | | | | | | | |
| Account Statements | › | | | | | | | | |
| Options Trading | › | | | | | | | | |
| Beneficiary | › | | | | | | | | |

| Trading Records | Dividend Records | Options P&L | | | Custom ▾ | MMATQ Cumulative P&L (USD) |
|---|---|---|---|---|---|---|
| Time | | Side | Quantity | Avg Price | Amount | |
| 06/30/2021 04:11:47 EDT | | Buy | 4.00000 | 6.82 | 27.28 | |
| 06/30/2021 04:03:24 EDT | | Buy | 4.00000 | 6.84 | 27.36 | |
| 06/29/2021 15:50:07 EDT | | Buy | 3.00000 | 7.01 | 21.03 | |
| 06/29/2021 15:47:49 EDT | | Buy | 6.00000 | 7.02 | 42.12 | |
| 06/29/2021 15:46:34 EDT | | Buy | 12.00000 | 7.04 | 84.48 | |
| 06/29/2021 15:33:44 EDT | | Buy | 6.00000 | 7.00 | 42.00 | |
| 06/25/2021 17:14:37 EDT | | Buy | 43.00000 | 4.660 | 200.38 | |
| 06/24/2021 15:40:19 EDT | | Buy | 1.00000 | 4.820 | 4.82 | Total P&L: -$7,518.59 |
| 06/22/2021 13:35:31 EDT | | Buy | 6.00000 | 7.81 | 46.86 | |
| 06/22/2021 12:41:49 EDT | | Buy | 2.00000 | 7.89 | 15.78 | |

12/13/24, 10:32 PM  Webull Web Trading. Trade directly on the web platform without any downloads - Webull

Case 24-50792-hlb    Doc 1281    Entered 12/20/24 13:35:15    Page 11 of 13





## Account

Roth IRA (5JK56608)

Net Account Value (USD): ~~~~~

Buying Power: ~~~~

Banking

### Account Details

- Market Value: ~~~~
- Incoming Funds: 0.00
- › Cash Balance: ~~~~
- › Total Receivable: 0.00
- Account Statements ›
- Options Trading ›
- Beneficiary ›

### Positions | Account Details | Account Performance | Stock P&L

| Symbol | Name | Cumulative P&L | Stock P&L | Options P&L | Dividend | Total HTB Fees | Currency |
|---|---|---|---|---|---|---|---|
| ~~~ | ~~~ | ~~~ | 0.00 | ~~~ | 0.00 | 0.00 | USD |
| ~~~ | ~~~ | ~~~ | ~~~ | 0.00 | 0.00 | 0.00 | USD |
| ~~~ | ~~~ | ~~~ | ~~~ | 0.00 | 0.00 | 0.00 | USD |
| ~~~ | ~~~ | ~~~ | ~~~ | 0.00 | 0.00 | 0.00 | USD |
| ~~~ | ~~~ | ~~~ | ~~~ | 0.00 | 0.00 | 0.00 | USD |
| ~~~ | ~~~ | ~~~ | ~~~ | ~~~ | ~~~ | 0.00 | USD |
| MMATQ | Meta Materials I... | -7,518.59 | -7,617.00 | +98.41 | 0.00 | 0.00 | USD |

### Trading Records | Dividend Records | Options P&L — Custom — MMATQ Cumulative P&L (USD)

| Time | Side | Quantity | Avg Price | Amount |
|---|---|---|---|---|
| 12/17/2021 12:56:01 EST | Buy | 8.00000 | 2.920 | 23.36 |
| 11/23/2021 04:03:25 EST | Buy | 7.00000 | 3.880 | 27.16 |
| 11/16/2021 07:16:01 EST | Buy | 4.00000 | 4.600 | 18.40 |
| 10/26/2021 14:01:15 EDT | Buy | 5.00000 | 4.498 | 22.49 |
| 10/22/2021 06:04:09 EDT | Buy | 5.00000 | 4.440 | 22.20 |
| 10/05/2021 09:30:28 EDT | Buy | 5.00000 | 5.08 | 25.40 |
| 10/05/2021 09:30:01 EDT | Buy | 230.00000 | 5.12 | 1,177.60 |
| 09/29/2021 09:40:02 EDT | Buy | 1.00000 | 6.07 | 6.07 |
| 09/21/2021 12:30:30 EDT | Buy | 40.00000 | 4.959 | 198.36 |
| 09/20/2021 17:32:04 EDT | Buy | 2.00000 | 4.920 | 9.84 |

Total P&L: -$7,518.59



