NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: **META MATERIALS, INC**

Case Number: **24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   **RANDY BINGHAM**
   **13852 ANNAPOLIS DR.**
   **CEDAR LAKE, IN 46303**

   Telephone Number: **(708) 372-7716**

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   RECEIVED AND FILED
   DEC 19 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: **536 298064, 536 632817 AND 536 765074**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   **MORGAN STANLEY SMITH BARNEY LLC**
   **P.O. BOX 484, JERSEY CITY, NJ 07303-0484**
   Telephone Number: **(800) 838-0908**

3. Date Equity Interest was acquired:
   **03/5/2021 - 1/31/2022**

4. Total amount of member interest: **237 SHARES FOR $95,450.16**

5. Certificate number(s): **SEE ATTACHED**

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **RANDY BINGHAM**
Title: _____
Company: __ Address and telephone number (if different from notice address above): _____

(Signature) **Randy Bingham**   (Date) **12/11/24**

Telephone number **(708) 372-7716**   email: **BINGHAMRK@YAHOO.COM**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

PROOF OF INTEREST SUPPLEMENTAL INFORMATION:
CASE: 24-50792, META MATERIALS, INC.
FOR: RANDY BINGHAM

BROKER: MORGAN STANLEY SMITH BARNEY, LLC

| ACCT #: | Shares | Amount Invested |
|---|---|---|
| 536 298064 | 143 SHARES | $53,879.57 INVESTED |
| 536 632817 | 26 SHARES | $9,710.19 INVESTED |
| 536 765074 | 68 SHARES | $31,860.40 INVESTED |
| TOTAL | 237 SHARES | 95,450.16 INVESTED |

SEE TRANSACTION DOCUMENTATION ATTACHED

DOW ▼-0.22%          NASDAQ ▲1.77%          S&P 500 ▲0.82%

☰                    E✳TRADE                    Log Off
                     from Morgan Stanley

↻ Dec 11, 2024 05:03 PM ET    ⓘ    🖨    ⬇

# Portfolios

**Positions**    Allocation    Performance    Historical value    Margin    Gains & Losses    Risk Assessment    Est

Account # 536 298 8064

[Roth IRA -8064 ▼]

| Net Account Value | Total Unrealized Gain | Day's Gain Unrealized | Transfer money |
|---|---|---|---|
| ███████ | ███████ | ███████ | |
| Cash Purchasing Power ⓘ | Contributions made for 2024 | | |
| $0.00 | $0.00 | | |

⌄ Show less

⚠ **Open Calls:**                                                            › More

The minimum cash deposit needed at this time to satisfy your issued call is $0.00 Transfer Money

⌄ Filters    View [All Posi ▼]    Filter by Symbol / CUSIP [     ]    Security type [All securities ▼]    Wash sale adjustment ⬤

| ›› Symbol ▼ | | Last Price $ | Change $ | Change % | Qty # | Price Paid $ | Day's Gain $ | Total Gain $ | Total Gain % | Value $ |
|---|---|---|---|---|---|---|---|---|---|---|
| ███████████████████████████████████████████████████████████████████ | | | | | | | | | | |
| **MMATQ** | [Trade] | 0.00 | 0.00 | 0.00% | 143 | 376.73161 | 0.00 | -53,879.57 | -100.00% | 0.00 |
| 08/30/2021 | | | 0.00 | 0.00 | 0.00% | 22.044 | 533.17638 | 0.00 | -11,753.34 | -100.00% | 0.00 |
| 05/26/2021 | | | 0.00 | 0.00 | 0.00% | 25.539 | 467.26536 | 0.00 | -11,933.49 | -100.00% | 0.00 |
| Cash Debit | Transfer money | | | | | | | | | -$113.61 |
| Total | | | | | | $122,310.11 | $686.96 | -$111,980.29 | -91.55% | $10,216.20 |

| Symbol ▼ | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/26/2021 | 0.00 | 0.00 | 0.00% | 28.995 | 467.27367 | 0.00 | -13,548.60 | -100.00% | 0.00 |
| 03/25/2021 | 0.00 | 0.00 | 0.00% | 41.383 | 142.26107 | 0.00 | -5,894.14 | -100.00% | 0.00 |
| 03/22/2021 | 0.00 | 0.00 | 0.00% | 25.039 | 429.33025 | 0.00 | -10,750.00 | -100.00% | 0.00 |



Viewing 7 of 7 positions

Cash Debit    Transfer money

Total

The total amount of the price paid column reflects the total costs of all open positions

Delayed quotes ⓘ  Upgrade to real-time quotes

> Portfolios News

**Please read all the important disclosures below.**

**Investing:**

Check the background of Morgan Stanley Smith Barney LLC on FINRA's BrokerCheck and see the Morgan Stanley Smith Barney LLC Relationship Summary.

**Investment Products** • **Not FDIC Insured** • **No Bank Guarantee** • **May Lose Value**



SIPC Securities in your account protected up to $500,000. For details please see www.sipc.org

### Banking:

Banking products and services are provided by Morgan Stanley Private Bank, National Association, Member FDIC.

**Banking Products** • **FDIC Insured** • **Bank Guarantee**

FDIC  *FDIC-Insured - Backed by the full faith and credit of the U.S. Government*

Equal Housing Lender

> Read additional product disclosures

### Affiliations:

Securities products and investment advisory services offered by Morgan Stanley Smith Barney LLC, Member SIPC and a Registered Investment Adviser. Commodity futures and options on futures products and services offered by E*TRADE Futures LLC, Member NFA. Stock plan administration solutions and services offered by E*TRADE Financial Corporate Services, Inc., and are a part of Morgan Stanley at Work. Banking products and services provided by Morgan Stanley Private Bank, National Association, Member FDIC. All entities are separate but affiliated subsidiaries of Morgan Stanley. E*TRADE from Morgan Stanley and Morgan Stanley at Work are registered trademarks of Morgan Stanley.

Your receipt and use of this service is subject to the terms and conditions in E*TRADE from Morgan Stanley's Market Data Agreement (MDA). Your receipt and use of options market data is subject to the terms of the OPRA Subscriber Agreement.

**System response and account access may vary due to a variety of factors, including trading volumes, market conditions, system performances, and other factors.**

For information on the **E*TRADE Customer Protection Guarantee** visit the Security Center.

**Privacy** | **Disclosure Library** | **Statement of Financial Condition** | **About Asset Protection** | **Account Agreements and Disclosures** | **Quarterly 606 Report** | **Business Continuity Plan**

© 2024 E*TRADE from Morgan Stanley. All rights reserved. **E*TRADE Copyright Policy**

DOW ▼-0.22%　　　　　　　　　　　NASDAQ ▲1.77%　　　　　　　　　　　S&P 500 ▲0.82%

E✱TRADE from Morgan Stanley　　　　　　　　　　　Log Off

⟳ Dec 11, 2024 05:04 PM ET

# Portfolios

**Positions**　Allocation　Performance　Historical value　Margin　Gains & Losses　Risk Assessment　Estima

Account # 536 632 817

[MAD Money -2817 ▼]



Net Account Value　Total Unrealized Gain　Day's Gain Unrealized

Cash Purchasing Power ⓘ　Available for Withdrawal
$0.00　$0.00

[Transfer money]

˅ Show less

⚠ **Open Calls:**　　　　　　　　　　　　　　　　　　　　　　　> More

The minimum cash deposit needed at this time to satisfy your issued call is $0.00 Transfer Money

˅ Filters　　View [All Posit ▼]　　Filter by Symbol / CUSIP [ ]　　Security type [All securities ▼]　　Wash sale adjustment ⦿



| Symbol | | Last Price $ | Change $ | Change % | Qty # | Price Paid $ | Day's Gain $ | Total Gain $ | Total Gain % | Value $ |
|---|---|---|---|---|---|---|---|---|---|---|
| **MMATQ** | [Trade] | 0.00 | 0.00 | 0.00% | 26 | 373.20154 | 0.00 | -9,710.19 | -100.00% | 0.00 |
| 01/31/2022 | | 0.00 | 0.00 | 0.00% | 3.144 | 159.68193 | 0.00 | -502.04 | -100.00% | 0.00 |
| Cash Debit | Transfer money | | | | | | | | | -$2.10 |
| Total | | | | | $258,239.04 | -$1,729.30 | -$46,757.04 | -18.11% | $211,479.91 |

| Symbol ▼ | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/23/2021 | 0.00 | 0.00 | 0.00% | 1.562 | 318.34187 | 0.00 | -497.25 | -100.00% | 0.00 |
| 08/16/2021 | 0.00 | 0.00 | 0.00% | 1.654 | 303.62757 | 0.00 | -502.20 | -100.00% | 0.00 |
| 08/09/2021 | 0.00 | 0.00 | 0.00% | 0.368 | 360.92391 | 0.00 | -132.82 | -100.00% | 0.00 |
| 08/09/2021 | 0.00 | 0.00 | 0.00% | 1.02 | 361.76471 | 0.00 | -369.00 | -100.00% | 0.00 |
| 08/02/2021 | 0.00 | 0.00 | 0.00% | 1.449 | 344.81021 | 0.00 | -499.63 | -100.00% | 0.00 |
| 07/26/2021 | 0.00 | 0.00 | 0.00% | 1.419 | 353.39676 | 0.00 | -501.47 | -100.00% | 0.00 |
| 07/21/2021 | 0.00 | 0.00 | 0.00% | 1.327 | 373.73775 | 0.00 | -495.95 | -100.00% | 0.00 |
| 06/25/2021 | 0.00 | 0.00 | 0.00% | 0.516 | 986.20155 | 0.00 | -508.88 | -100.00% | 0.00 |
| 06/21/2021 | 0.00 | 0.00 | 0.00% | 0.265 | 1,890.86793 | 0.00 | -501.08 | -100.00% | 0.00 |
| 06/14/2021 | 0.00 | 0.00 | 0.00% | 0.689 | 713.91872 | 0.00 | -491.89 | -100.00% | 0.00 |
| 06/09/2021 | 0.00 | 0.00 | 0.00% | 0.792 | 631.95707 | 0.00 | -500.51 | -100.00% | 0.00 |
| 06/07/2021 | 0.00 | 0.00 | 0.00% | 2.429 | 209.77357 | 0.00 | -516.49 | -100.00% | 0.00 |
| 06/01/2021 | 0.00 | 0.00 | 0.00% | 1.021 | 472.08619 | 0.00 | -482.00 | -100.00% | 0.00 |
| 05/24/2021 | 0.00 | 0.00 | 0.00% | 1.133 | 440.86496 | 0.00 | -499.50 | -100.00% | 0.00 |
| 05/17/2021 | 0.00 | 0.00 | 0.00% | 2.848 | 420.9691 | 0.00 | -1,198.92 | -100.00% | 0.00 |
| 05/10/2021 | 0.00 | 0.00 | 0.00% | 0.735 | 411.42857 | 0.00 | -302.40 | -100.00% | 0.00 |
| 05/03/2021 | 0.00 | 0.00 | 0.00% | 0.745 | 410.56376 | 0.00 | -305.87 | -100.00% | 0.00 |
| 04/26/2021 | 0.00 | 0.00 | 0.00% | 0.771 | 381.10246 | 0.00 | -293.83 | -100.00% | 0.00 |
| 04/19/2021 | 0.00 | 0.00 | 0.00% | 1.072 | 284.04851 | 0.00 | -304.50 | -100.00% | 0.00 |
| 04/16/2021 | 0.00 | 0.00 | 0.00% | 1.041 | 291.98847 | 0.00 | -303.96 | -100.00% | 0.00 |
| Cash Debit | Transfer money | | | | | | | | -$2.10 |
| Total | | | | | | $258,239.04 | -$1,729.30 | -$46,757.04 | -18.11% $211,479.91 |

Symbol ▼



Viewing 9 of 9 positions

Cash Debit    Transfer money

Total



The total amount of the price paid column reflects the total costs of all open positions
* Mutual fund and bond prices are updated at the end of each business day

Delayed quotes ⓘ  Upgrade to real-time quotes

> Portfolios News

**Please read all the important disclosures below.**

**Investing:**

Check the background of Morgan Stanley Smith Barney LLC on FINRA's BrokerCheck and see the Morgan Stanley Smith Barney LLC Relationship Summary.

**Investment Products**  • Not FDIC Insured  • No Bank Guarantee  • May Lose Value

SIPC  Securities in your account protected up to $500,000. For details please see www.sipc.org

**Banking:**

Banking products and services are provided by Morgan Stanley Private Bank, National Association, Member FDIC.

**Banking Products** • **FDIC Insured** • **Bank Guarantee**

**FDIC** *FDIC-Insured - Backed by the full faith and credit of the U.S. Government*
Equal Housing Lender

> Read additional product disclosures

## Affiliations:

Securities products and investment advisory services offered by Morgan Stanley Smith Barney LLC, Member SIPC and a Registered Investment Adviser. Commodity futures and options on futures products and services offered by E*TRADE Futures LLC, Member NFA. Stock plan administration solutions and services offered by E*TRADE Financial Corporate Services, Inc., and are a part of Morgan Stanley at Work. Banking products and services provided by Morgan Stanley Private Bank, National Association, Member FDIC. All entities are separate but affiliated subsidiaries of Morgan Stanley. E*TRADE from Morgan Stanley and Morgan Stanley at Work are registered trademarks of Morgan Stanley.

Your receipt and use of this service is subject to the terms and conditions in E*TRADE from Morgan Stanley's Market Data Agreement (MDA). Your receipt and use of options market data is subject to the terms of the OPRA Subscriber Agreement.

**System response and account access may vary due to a variety of factors, including trading volumes, market conditions, system performances, and other factors.**

For information on the **E*TRADE Customer Protection Guarantee** visit the Security Center.

**Privacy** | **Disclosure Library** | **Statement of Financial Condition** | **About Asset Protection** | **Account Agreements and Disclosures** | **Quarterly 606 Report** | **Business Continuity Plan**

© 2024 E*TRADE from Morgan Stanley. All rights reserved. **E*TRADE Copyright Policy**

| DOW ▼-0.22% | NASDAQ ▲1.77% | S&P 500 ▲0.82% |
|---|---|---|

E✱TRADE from Morgan Stanley    Log Off

⟲ Dec 11, 2024 05:06 PM ET

# Portfolios

**Positions**  Allocation  Performance  Historical value  Margin  Gains & Losses  Risk Assessment

Account # 536 765074

Rollover IRA -5074 ⌄

Net Account Value ▮▮▮  Total Unrealized Gain ▮▮▮  Day's Gain Unrealized ▮▮▮    [Transfer money]

Cash Purchasing Power ⓘ  $0.00
Contributions made for 2024  $0.00

⌄ Show less

⚠ **Open Calls:**                                    › More

The minimum cash deposit needed at this time to satisfy your issued call is $0.00  Transfer Money

⌄ Filters | View: All Pos ⌄ | Filter by Symbol / CUSIP | Security type: All securities ⌄ | Wash sale adjustment ⬤

| Symbol ▾ | | Last Price $ | Change $ | Change % | Qty # | Price Paid $ | Day's Gain $ | Total Gain $ | Total Gain % | Value $ |
|---|---|---|---|---|---|---|---|---|---|---|
| **MMATQ** | [Trade] | 0.00 | 0.00 | 0.00% | 68 | 468.53529 | 0.00 | -31,860.40 | -100.00% | 0.00 |
| 03/05/2021 | | 0.00 | 0.00 | 0.00% | 38.824 | 434.62807 | 0.00 | -16,874.00 | -100.00% | 0.00 |
| 03/02/2021 | | 0.00 | 0.00 | 0.00% | 29.176 | 513.65506 | 0.00 | -14,986.40 | -100.00% | 0.00 |
| Cash Debit | Transfer money | | | | | | | | | -$29.02 |
| Total | | | | | | $31,860.40 | $0.00 | -$31,860.40 | -100.00% | -$29.02 |

Symbol ▼



Viewing 2 of 2 positions

Cash Debit    Transfer money

Total

The total amount of the price paid column reflects the total costs of all open positions

Delayed quotes ⓘ  Upgrade to real-time quotes

⚠ We're experiencing a technical issue right now. Please try again later.

> **Portfolios News**

### Please read all the important disclosures below.

### Investing:

Check the background of Morgan Stanley Smith Barney LLC on FINRA's BrokerCheck and see the Morgan Stanley Smith Barney LLC Relationship Summary.

**Investment Products**  • Not FDIC Insured  • No Bank Guarantee  • May Lose Value

 Securities in your account protected up to $500,000. For details please see www.sipc.org

### Banking:

Banking products and services are provided by Morgan Stanley Private Bank, National Association, Member FDIC.

**Banking Products**  • FDIC Insured  • Bank Guarantee

**FDIC** *FDIC-Insured - Backed by the full faith and credit of the U.S. Government*

 Equal Housing Lender

> Read additional product disclosures

## Affiliations:

Securities products and investment advisory services offered by Morgan Stanley Smith Barney LLC, Member SIPC and a Registered Investment Adviser. Commodity futures and options on futures products and services offered by E*TRADE Futures LLC, Member NFA. Stock plan administration solutions and services offered by E*TRADE Financial Corporate Services, Inc., and are a part of Morgan Stanley at Work. Banking products and services provided by Morgan Stanley Private Bank, National Association, Member FDIC. All entities are separate but affiliated subsidiaries of Morgan Stanley. E*TRADE from Morgan Stanley and Morgan Stanley at Work are registered trademarks of Morgan Stanley.

Your receipt and use of this service is subject to the terms and conditions in E*TRADE from Morgan Stanley's Market Data Agreement (MDA). Your receipt and use of options market data is subject to the terms of the OPRA Subscriber Agreement.

**System response and account access may vary due to a variety of factors, including trading volumes, market conditions, system performances, and other factors.**

For information on the **E*TRADE Customer Protection Guarantee** visit the Security Center.

**Privacy** | **Disclosure Library** | **Statement of Financial Condition** | **About Asset Protection** | **Account Agreements and Disclosures** | **Quarterly 606 Report** | **Business Continuity Plan**

© 2024 E*TRADE from Morgan Stanley. All rights reserved. **E*TRADE Copyright Policy**