NVB 3001 (Effective 1/21)

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

### PROOF OF INTEREST

**Name of Debtor:** META MATERIALS, INC

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding the Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

MIKE NORTON
25 HEMLOCK ST.
ST. THOMAS, ONTARIO
CANADA  N5R 1X7

**Telephone Number:** 226-214-3538

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

DEC 19 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

AM

COURT USE ONLY

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

**Account or other number by which Interest holder identifies Debtor:**
687-7167418

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
MIKE NORTON
P.O. Box 50  ROYAL BANK PLAZA, TORONTO, ON M5J 2W7
**Telephone Number:** 1-800-769-2560

**3. Date Equity Interest was acquired:**
BETWEEN 2024/01/18 - 2021/12/21
SEE ATTACHED DOCUMENTATION

**4. Total amount of member interest:** 30,000 shares for $104,036 USD
@ $5896 CAD

**5. Certificate number(s):** SEE ATTACHED DOCUMENTATION

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** MIKE NORTON
**Title:** _____
**Company:** ___ Address and telephone number (if different from notice address above):
_____
_____

(Signature)          (Date)

Telephone number: 226-214-3538  email: MIKENORTON65@YAHOO.COM

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |

Sheet1

**Proof of Interest Supplemental Information**
**Case: 24-50792, META MATERIALS, INC.**
**FOR: MIKE NORTON**

**Broker: RBC Direct Investing**
**Account #:  687-7167418**
**TRCH Transactions in 2021**                          **MMAT Transactions in 2021**

| total shares | unit price | total (USD) | total shares | unit price | total | currency |
|---|---|---|---|---|---|---|
| 1570 | 1.44 | 2260.8 | 2160 | 0.95 | 2052 | CAD |
| 793 | 1.89 | 1498.77 | 2160 | 1.77972 | 3844.15 | CAD |
| 591 | 1.61 | 951.51 | 2030 | 4.57 | 9277.1 | USD |
| 546 | 1.72 | 939.12 | 2000 | 3.39 | 6780 | USD |
| 2000 | 1.35 | 2700 | 1000 | 2.69 | 2690 | USD |
| 1000 | 2.51 | 2510 | | | | |
| 1000 | 2.2385 | 2238.5 | | | | |
| 1500 | 2.09 | 3135 | | | | |
| 2000 | 2.31 | 4620 | | | | |
| 3000 | 2.18 | 6540 | | | | |
| -3000 | 1.8626 | -5587.8 | | | | |
| 4000 | 1.82 | 7280 | | | | |
| 2400 | 1.68 | 4032 | | | | |
| 2600 | 1.77 | 4602 | | | | |
| 3000 | 2.5464 | 7639.2 | | | | |
| 5000 | 2.94 | 14700 | | | | |
| 3000 | 3.54 | 10620 | | | | |
| 3000 | 4.87 | 14610 | | | | |

**MMAT Sell Transaction on August, 16 2024 (sell of 100% of position)**

| total shares | unit price | |
|---|---|---|
| -300 | 0.65 | 195 |

TOTAL SHARES HELD PRE-REVERSE SPLIT: 30,000 shares
TOTAL MONIES INVESTED PRE-REVERSE SPLIT:   $104,036.20 USD  + $5896.15 CAD
TOTAL SHARES HELD POST-REVERSE SPLIT: 300

**See Transaction documentation attached.



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_7228893_006-E:41057-01057

MS MEGAN PICKERSGILL
MR MICHAEL NORTON
25 HEMLOCK STREET
ST THOMAS ON  N5R 1X7

## Confirmation Notice

**DATE**
AUGUST 16, 2024

**ACCOUNT NO.**      **TYPE**
687-7167418          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING SALE FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A.

**SETTLEMENT DATE**                    **AUGUST 19, 2024**
AS PRINCIPAL, WE CONVERTED AT                    1.3487
TRANSACTION TYPE                                **SOLD**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 300 | META MATERIALS INC | @ | .65U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | CA | | |
| | EXCHANGE RATE    1.34870000 | | |

| | | |
|---|---|---|
| GROSS AMOUNT | | 195.00 |
| COMMISSION | 9.95 | |
| US TRAN FEE | .01 | |
| FEE SUB TOTAL | | 9.96 |
| SUB TOTAL | | 185.04 U$ |
| EXCHANGE | | 64.52 |
| NET AMOUNT | | 249.56CR C$ |

| | |
|---|---|
| **CLIENT NAME** | **MS MEGAN PICKERSGILL** |
| **ACCOUNT NO.** | **687-7167418 - CSH** |
| **INVESTMENT REPRESENTATIVE** | **ONLINE INVESTNG** |
| **I.R. NO. 3YX** | |

REFERENCE W8361  /  CUSIP US59134N3026  /  SECURITY NO. M076501  /  ORDER NO. 388361  /  INTERNAL CODES UN 65  /  684 A

---

Member-Canadian Investor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_7228893_006 - 00002113 - E:41057



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1490227_006–E:51770–01770
MS MEGAN PICKERSGILL
MR MICHAEL NORTON
UPPER UNIT– 56 ELGIN STREET
ST THOMAS ON  N5R 3M1

## Confirmation Notice

**DATE**
DECEMBER 21, 2021

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 687–7167418 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| **SETTLEMENT DATE** | **DECEMBER 23, 2021** |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.3081 |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | META MATLS INC | @ | 2.69U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE  1.30810000 | | |

| | |
|---|---|
| GROSS AMOUNT | 2,690.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,699.95 U$ |
| EXCHANGE | 831.85 |
| NET AMOUNT | 3,531.80 C$ |

| CLIENT NAME | MS MEGAN PICKERSGILL |
|---|---|
| ACCOUNT NO. | 687–7167418 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3TV | |

REFERENCE W0148  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 340148  /  INTERNAL CODES UN 65  /  684 A

---

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1490227_006–00005539–E:51770



**Direct Investing**

**RBC Direct Investing Inc.**
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_1112262_007–E:63527–03527
MS MEGAN PICKERSGILL
MR MICHAEL NORTON
UPPER UNIT– 56 ELGIN STREET
ST THOMAS ON  N5R 3M1

### Confirmation Notice

**DATE**
DECEMBER 2, 2021

| **ACCOUNT NO.** | **TYPE** |
|---|---|
| 687–7167418 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| **SETTLEMENT DATE** | **DECEMBER 6, 2021** |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.2987 |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | META MATLS INC | @ | 3.39U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.29870000 | | |

| | |
|---|---|
| GROSS AMOUNT | 6,780.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 6,789.95 U$ |
| EXCHANGE | 2,028.16 |
| NET AMOUNT | 8,818.11 C$ |

| | |
|---|---|
| CLIENT NAME | MS MEGAN PICKERSGILL |
| ACCOUNT NO. | 687–7167418 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3TV | |

REFERENCE W8025  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 388025  /  INTERNAL CODES UN 65  /  684 A

---

Member–CanadianInvestor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1112262_007 – 00007065 – E:63527



**Direct Investing**

RBC

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_7623654_007~E:68211~08211
MS MEGAN PICKERSGILL
MR MICHAEL NORTON
UPPER UNIT~ 56 ELGIN STREET
ST THOMAS ON  N5R 3M1

### Confirmation Notice

**DATE**
OCTOBER 28, 2021

**ACCOUNT NO.**      **TYPE**
687~7167418         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769~2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER ~ U.S.A.

**SETTLEMENT DATE**              **NOVEMBER 1, 2021**
AS PRINCIPAL, WE CONVERTED AT                    1.2509
TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,030 | META MATLS INC | @ | 4.57U$ |
| | COMMON STOCK | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.25090000 | | |

| | |
|---|---|
| GROSS AMOUNT | 9,277.10 |
| COMMISSION | 9.95 |
| SUB TOTAL | 9,287.05 US |
| EXCHANGE | 2,330.12 |
| NET AMOUNT | 11,617.17 C$ |

| | |
|---|---|
| CLIENT NAME | MS MEGAN PICKERSGILL |
| ACCOUNT NO. | 687~7167418 ~ CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3TV | |

REFERENCE S4344  /  CUSIP US59134N1046  /  SECURITY NO. M067927  /  ORDER NO. 284344  /  INTERNAL CODES UN 65  /  684 A

Member~CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_2099830_016−E:159396−09396
MS MEGAN PICKERSGILL
MR MICHAEL NORTON
UPPER UNIT− 56 ELGIN STREET
ST THOMAS ON  N5R 3M1

### Confirmation Notice

**DATE**
FEBRUARY 8, 2021

**ACCOUNT NO.**       **TYPE**
687−7167418          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

| **SETTLEMENT DATE** | **FEBRUARY 10, 2021** |
| --- | --- |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
| --- | --- | --- | --- |
| 2,160 | METAMATERIAL INC | @ | 1.77972C$ |
| | COM | | |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN−DETAILS ON REQ | | |
| | DA | | |

| | |
| --- | --- |
| GROSS AMOUNT | 3,844.20 |
| COMMISSION | 9.95 |
| SUB TOTAL | 3,854.15 C$ |
| NET AMOUNT | 3,854.15 C$ |

| | |
| --- | --- |
| CLIENT NAME | MS MEGAN PICKERSGILL |
| ACCOUNT NO. | 687−7167418 − CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3YX | |

REFERENCE 86753  /  CUSIP CA59134F1018  /  SECURITY NO. M064469  /  ORDER NO. 086753  /  INTERNAL CODES UN TL  /  684 A

Member−CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2099830_016−00018791−E:159395



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_1615722_005–E:48388–08388

MS MEGAN PICKERSGILL
MR MICHAEL NORTON
UPPER UNIT– 56 ELGIN STREET
ST THOMAS ON  N5R 3M1

## Confirmation Notice

**DATE**
JANUARY 18, 2021

**ACCOUNT NO.**        **TYPE**
687–7167418              CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT TRADED ON ONE OR MORE MARKETPLACES OR MARKETS. DETAILS AVAILABLE UPON REQUEST

## SETTLEMENT DATE                  JANUARY 20, 2021

TRANSACTION TYPE                                **BOUGHT**

| Quantity | Security Description | Unit Price |
|---|---|---|
| 2,160 | METAMATERIAL INC            @ | .95C$ |
| | COM | |
| | UNSOLICITED | |
| | AVG PRICE SHOWN–DETAILS ON REQ | |
| | WE ACTED AS PRINCIPAL | |
| | DA | |

| | |
|---|---|
| GROSS AMOUNT | 2,052.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,061.95 C$ |
| NET AMOUNT | 2,061.95 C$ |

| | |
|---|---|
| CLIENT NAME | MS MEGAN PICKERSGILL |
| ACCOUNT NO. | 687–7167418 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3YX | |

REFERENCE W3683  /  CUSIP CA59134F1018  /  SECURITY NO. M064469  /  ORDER NO. 373683  /  INTERNAL CODES UN TL  /  684 A

---

Member–CanadianInvestor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

RBC

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_4823553_007–E:66295–06295

MS MEGAN PICKERSGILL
MR MICHAEL NORTON
UPPER UNIT– 56 ELGIN STREET
ST THOMAS ON  N5R 3M1

### Confirmation Notice

**DATE**
JUNE 15, 2021

**ACCOUNT NO.**      **TYPE**
687–7167418          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**                        **JUNE 17, 2021**
AS PRINCIPAL, WE CONVERTED AT                          1.234
TRANSACTION TYPE                                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 3,000 | TORCHLIGHT ENERGY RESOURCES | @ | 4.87U$ |
| | INC | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.23400000 | | |

| | |
|---|---|
| GROSS AMOUNT | 14,610.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 14,619.95 U$ |
| EXCHANGE | 3,421.07 |
| NET AMOUNT | 18,041.02 C$ |

**CLIENT NAME**                          **MS MEGAN PICKERSGILL**
**ACCOUNT NO.**                          687–7167418 – CSH
**INVESTMENT REPRESENTATIVE**            ONLINE INVESTNG
**I.R. NO. 3TV**

REFERENCE W4076  /  CUSIP US89102U1034  /  SECURITY NO. T014092  /  ORDER NO. 344076  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4823553_007 – 00012580 – E:66295

 **Direct Investing**

**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_4796127_008–E:74179–04179

MS MEGAN PICKERSGILL
MR MICHAEL NORTON
UPPER UNIT– 56 ELGIN STREET
ST THOMAS ON  N5R 3M1

**Confirmation Notice**

**DATE**
JUNE 14, 2021

**ACCOUNT NO.**       **TYPE**
687–7167418          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**            **JUNE 16, 2021**
AS PRINCIPAL, WE CONVERTED AT          1.2305
TRANSACTION TYPE                 **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 3,000 | TORCHLIGHT ENERGY RESOURCES | @ | 3.54U$ |
| | INC | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.23050000 | | |

| | |
|---|---|
| GROSS AMOUNT | 10,620.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 10,629.95 U$ |
| EXCHANGE | 2,450.20 |
| NET AMOUNT | 13,080.15 C$ |

CLIENT NAME              MS MEGAN PICKERSGILL
ACCOUNT NO.              687–7167418 – CSH
INVESTMENT REPRESENTATIVE  ONLINE INVESTNG
I.R. NO. 3TV

REFERENCE W3593  /  CUSIP US89102U1034  /  SECURITY NO. T014092  /  ORDER NO. 343593  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.


**Direct Investing**
RBC

**RBC Direct Investing Inc.**
**ORDER EXECUTION ONLY ACCOUNT**

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_4742459_008~E:70053~00053
MS MEGAN PICKERSGILL
MR MICHAEL NORTON
UPPER UNIT~ 56 ELGIN STREET
ST THOMAS ON  N5R 3M1

**Confirmation Notice**

**DATE**
JUNE 10, 2021

**ACCOUNT NO.**      **TYPE**
687~7167418           CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769~2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER ~ U.S.A.

**SETTLEMENT DATE**                    **JUNE 14, 2021**
AS PRINCIPAL, WE CONVERTED AT                    1.2251
TRANSACTION TYPE                                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 5,000 | TORCHLIGHT ENERGY RESOURCES | @ | 2.94U$ |
| | INC | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.22510000 | | |

| | |
|---|---|
| GROSS AMOUNT | 14,700.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 14,709.95 U$ |
| EXCHANGE | 3,311.21 |
| NET AMOUNT | 18,021.16 C$ |

| | |
|---|---|
| CLIENT NAME | MS MEGAN PICKERSGILL |
| ACCOUNT NO. | 687~7167418 ~ CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3TV | |

REFERENCE W6645  /  CUSIP US89102U1034  /  SECURITY NO. T014092  /  ORDER NO. 346645  /  INTERNAL CODES UN 65  /  684 A

Member~CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4742459_008~00000105~E:70053



**Direct Investing**

RBC®

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_4526112_008–E:72544–02544

MS MEGAN PICKERSGILL
MR MICHAEL NORTON
UPPER UNIT– 56 ELGIN STREET
ST THOMAS ON  N5R 3M1

## Confirmation Notice

**DATE**
JUNE 1, 2021

**ACCOUNT NO.**    **TYPE**
687–7167418         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – USA

**SETTLEMENT DATE**                    **JUNE 3, 2021**
AS PRINCIPAL, WE CONVERTED AT                    1.2215
TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 3,000 | TORCHLIGHT ENERGY RESOURCES INC | @ | 2.5464U$ |
| | UNSOLICITED | | |
| | AVG PRICE SHOWN–DETAILS ON REQ DA | | |
| | EXCHANGE RATE    1.22150000 | | |

| | |
|---|---|
| GROSS AMOUNT | 7,639.20 |
| COMMISSION | 9.95 |
| SUB TOTAL | 7,649.15 U$ |
| EXCHANGE | 1,694.29 |
| NET AMOUNT | 9,343.44 C$ |

CLIENT NAME                      MS MEGAN PICKERSGILL
ACCOUNT NO.                      687–7167418 – CSH
INVESTMENT REPRESENTATIVE        ONLINE INVESTNG
I.R. NO. 3TV

REFERENCE W4102  /  CUSIP US89102U1034  /  SECURITY NO. T014092  /  ORDER NO. 374102  /  INTERNAL CODES UN 1D  /  684 A

Member–CanadianInvestor Protection Fund. ®/ ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_4526112_008 – 00006087 – E:72544



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_3706829_007–E:62280–02280

MS MEGAN PICKERSGILL
MR MICHAEL NORTON
UPPER UNIT– 56 ELGIN STREET
ST THOMAS ON  N5R 3M1

## Confirmation Notice

**DATE**
APRIL 22, 2021

**ACCOUNT NO.**      **TYPE**
687–7167418         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**                    **APRIL 26, 2021**
AS PRINCIPAL, WE CONVERTED AT                          1.2654
TRANSACTION TYPE                                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,600 | TORCHLIGHT ENERGY RESOURCES | @ | 1.77U$ |
| | INC | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE     1.26540000 | | |

| | |
|---|---|
| GROSS AMOUNT | 4,602.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 4,611.95 U$ |
| EXCHANGE | 1,224.01 |
| NET AMOUNT | 5,835.96 C$ |

**CLIENT NAME**                 MS MEGAN PICKERSGILL
**ACCOUNT NO.**                 687–7167418 – CSH
**INVESTMENT REPRESENTATIVE**   ONLINE INVESTNG
**I.R. NO. 3TV**

REFERENCE M5258   /   CUSIP US89102U1034   /   SECURITY NO. T014092   /   ORDER NO. 225258   /   INTERNAL CODES UN 65   /   684 A

---

Member~CanadianInvestor Protection Fund.®/™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

RBC

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3477242_008–E:76618–06618
MS MEGAN PICKERSGILL
MR MICHAEL NORTON
UPPER UNIT– 56 ELGIN STREET
ST THOMAS ON  N5R 3M1

## Confirmation Notice

**DATE**
APRIL 12, 2021

**ACCOUNT NO.**       **TYPE**
687–7167418          CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**                      **APRIL 14, 2021**
AS PRINCIPAL, WE CONVERTED AT            1.2734
TRANSACTION TYPE                         **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,400 | TORCHLIGHT ENERGY RESOURCES | @ | 1.68U$ |
| | INC | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE     1.27340000 | | |

| | |
|---|---|
| GROSS AMOUNT | 4,032.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 4,041.95 U$ |
| EXCHANGE | 1,105.07 |
| NET AMOUNT | 5,147.02 C$ |

| | |
|---|---|
| CLIENT NAME | MS MEGAN PICKERSGILL |
| ACCOUNT NO. | 687–7167418 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3TV | |

REFERENCE W2037  /  CUSIP US89102U1034  /  SECURITY NO. T014092  /  ORDER NO. 372037  /  INTERNAL CODES UN 65  /  684 A

---

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3477242_008 – 00013255 – E:76618



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3443623_007–E:63918–03918

MS MEGAN PICKERSGILL
MR MICHAEL NORTON
UPPER UNIT– 56 ELGIN STREET
ST THOMAS ON  N5R 3M1

**Confirmation Notice**

**DATE**
APRIL 9, 2021

| ACCOUNT NO. | TYPE |
|---|---|
| 687–7167418 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

| SETTLEMENT DATE | APRIL 13, 2021 |
|---|---|
| AS PRINCIPAL, WE CONVERTED AT | 1.2716 |
| TRANSACTION TYPE | **BOUGHT** |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 4,000 | TORCHLIGHT ENERGY RESOURCES | @ | 1.82U$ |
| | INC | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.27160000 | | |

| | |
|---|---|
| GROSS AMOUNT | 7,280.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 7,289.95 U$ |
| EXCHANGE | 1,979.95 |
| NET AMOUNT | 9,269.90 C$ |

| | |
|---|---|
| CLIENT NAME | MS MEGAN PICKERSGILL |
| ACCOUNT NO. | 687–7167418 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3TV | |

REFERENCE W8532   /   CUSIP US89102U1034   /   SECURITY NO. T014092   /   ORDER NO. 398532   /   INTERNAL CODES UN 65   /   684 A

Member–Canadian Investor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3443623_007 – 00007835 – E:63918

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_3407578_007–E:69699–09699

MS MEGAN PICKERSGILL
MR MICHAEL NORTON
UPPER UNIT– 56 ELGIN STREET
ST THOMAS ON  N5R 3M1

## Confirmation Notice

**DATE**
APRIL 8, 2021

**ACCOUNT NO.**        **TYPE**
687–7167418        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING SALE FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**                    **APRIL 12, 2021**
AS PRINCIPAL, WE CONVERTED AT            1.2407
TRANSACTION TYPE                        **SOLD**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 3,000 | TORCHLIGHT ENERGY RESOURCES | @ | 1.8626U$ |
| | INC | | |
| | UNSOLICITED | | |
| | CA SELL OUT | | |
| | EXCHANGE RATE    1.24070000 | | |

| | | |
|---|---|---|
| GROSS AMOUNT | | 5,587.80 |
| COMMISSION | 95.00 | |
| US TRAN FEE | .03 | |
| FEE SUB TOTAL | | 95.03 |
| SUB TOTAL | | 5,492.77 U$ |
| EXCHANGE | | 1,322.11 |
| NET AMOUNT | | 6,814.88CR C$ |

| | |
|---|---|
| **CLIENT NAME** | **MS MEGAN PICKERSGILL** |
| **ACCOUNT NO.** | **687–7167418 – CSH** |
| **INVESTMENT REPRESENTATIVE** | **NATIONAL CREDIT** |
| **I.R. NO. 7A2** | |

REFERENCE W6917  /  CUSIP US89102U1034  /  SECURITY NO. T014092  /  ORDER NO. 386917  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_3407578_007–E:00018307 – E:80099

 **Direct Investing**

RBC®

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_3011436_008–E:77951–07951

MS MEGAN PICKERSGILL
MR MICHAEL NORTON
UPPER UNIT– 56 ELGIN STREET
ST THOMAS ON  N5R 3M1

## Confirmation Notice

**DATE**
MARCH 22, 2021

**ACCOUNT NO.**   **TYPE**
687–7167418       CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**                    **MARCH 24, 2021**
AS PRINCIPAL, WE CONVERTED AT                1.2661
TRANSACTION TYPE                        **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 3,000 | TORCHLIGHT ENERGY RESOURCES | @ | 2.18U$ |
| | INC | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE  1.26610000 | | |

| | |
|---|---|
| GROSS AMOUNT | 6,540.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 6,549.95 U$ |
| EXCHANGE | 1,742.94 |
| NET AMOUNT | 8,292.89 C$ |

CLIENT NAME                         MS MEGAN PICKERSGILL
ACCOUNT NO.                         687–7167418 – CSH
INVESTMENT REPRESENTATIVE           ONLINE INVESTNG
I.R. NO. 3TV

REFERENCE W8156  / CUSIP US89102U1034  / SECURITY NO. T014092  / ORDER NO. 398156  / INTERNAL CODES UN 65  /  684 A

---

Member–CanadianInvestor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

RBC®

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2660163_014-E:137575-07575

MS MEGAN PICKERSGILL
MR MICHAEL NORTON
UPPER UNIT- 56 ELGIN STREET
ST THOMAS ON  N5R 3M1

## Confirmation Notice

**DATE**
MARCH 4, 2021

**ACCOUNT NO.**     **TYPE**
687-7167418         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769-2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **MARCH 8, 2021**
AS PRINCIPAL, WE CONVERTED AT        1.2811
TRANSACTION TYPE                    **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | TORCHLIGHT ENERGY RESOURCES INC | @ | 2.31U$ |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.28110000 | | |

| | |
|---|---|
| GROSS AMOUNT | 4,620.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 4,629.95 U$ |
| EXCHANGE | 1,301.48 |
| NET AMOUNT | 5,931.43 C$ |

CLIENT NAME                    MS MEGAN PICKERSGILL
ACCOUNT NO.                    687-7167418 – CSH
INVESTMENT REPRESENTATIVE      ONLINE INVESTNG
I.R. NO. 3YX

REFERENCE W8287  /  CUSIP US89102U1034  /  SECURITY NO. T014092  /  ORDER NO. 368287  /  INTERNAL CODES UN 65  /  684 A

Member~CanadianInvestor Protection Fund.®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

RBC®

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2660163_014–E:137576–07576

MS MEGAN PICKERSGILL
MR MICHAEL NORTON
UPPER UNIT– 56 ELGIN STREET
ST THOMAS ON  N5R 3M1

## Confirmation Notice

**DATE**
MARCH 4, 2021

**ACCOUNT NO.**     **TYPE**
687–7167418         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**                         **MARCH 8, 2021**
AS PRINCIPAL, WE CONVERTED AT                        1.2838
TRANSACTION TYPE                              **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,500 | TORCHLIGHT ENERGY RESOURCES INC UNSOLICITED DA EXCHANGE RATE   1.28380000 | @ | 2.09U$ |

| | |
|---|---|
| GROSS AMOUNT | 3,135.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 3,144.95 U$ |
| EXCHANGE | 892.54 |
| NET AMOUNT | 4,037.49 C$ |

| CLIENT NAME | MS MEGAN PICKERSGILL |
|---|---|
| ACCOUNT NO. | 687–7167418 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3YX | |

REFERENCE W8288  /  CUSIP US89102U1034  /  SECURITY NO. T014092  /  ORDER NO. 388288  /  INTERNAL CODES UN 65  /  684 A

---

Member–CanadianInvestor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2660163_014–00015151–E:137576



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_2183145_017–E:161032–01032
MS MEGAN PICKERSGILL
MR MICHAEL NORTON
UPPER UNIT– 56 ELGIN STREET
ST THOMAS ON  N5R 3M1

**Confirmation Notice**

**DATE**
FEBRUARY 11, 2021

| ACCOUNT NO. | TYPE |
|---|---|
| 687–7167418 | CSH |

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **FEBRUARY 16, 2021**
AS PRINCIPAL, WE CONVERTED AT          1.2863
TRANSACTION TYPE          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | TORCHLIGHT ENERGY RESOURCES INC | @ | 2.2385U$ |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.28630000 | | |

| | |
|---|---|
| GROSS AMOUNT | 2,238.50 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,248.45 U$ |
| EXCHANGE | 643.73 |
| NET AMOUNT | 2,892.18 C$ |

| | |
|---|---|
| CLIENT NAME | MS MEGAN PICKERSGILL |
| ACCOUNT NO. | 687–7167418 – CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3YX | |

REFERENCE W3426  /  CUSIP US89102U1034  /  SECURITY NO. T014092  /  ORDER NO. 363426  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2183145_017 – 00002063 – E:161032



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON  M5J 2W7*

ADPRB10720_2157943_018–E:173157–03157

MS MEGAN PICKERSGILL
MR MICHAEL NORTON
UPPER UNIT– 56 ELGIN STREET
ST THOMAS ON  N5R 3M1

**Confirmation Notice**

**DATE**
FEBRUARY 10, 2021

**ACCOUNT NO.**      **TYPE**
687–7167418         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **FEBRUARY 12, 2021**
AS PRINCIPAL, WE CONVERTED AT                 1.2865
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,000 | TORCHLIGHT ENERGY RESOURCES | @ | 2.51U$ |
| | INC | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE     1.28650000 | | |

| | |
|---|---|
| GROSS AMOUNT | 2,510.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,519.95 U$ |
| EXCHANGE | 721.97 |
| NET AMOUNT | 3,241.92 C$ |

| | |
|---|---|
| **CLIENT NAME** | **MS MEGAN PICKERSGILL** |
| **ACCOUNT NO.** | **687–7167418 – CSH** |
| **INVESTMENT REPRESENTATIVE** | **ONLINE INVESTNG** |
| **I.R. NO. 3YX** | |

REFERENCE W6562  /  CUSIP US89102U1034  /  SECURITY NO. T014092  /  ORDER NO. 346562  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2157943_018–E:00006513 – E:173157



**Direct Investing**

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_2099830_016−E:159397−09397

MS MEGAN PICKERSGILL
MR MICHAEL NORTON
UPPER UNIT− 56 ELGIN STREET
ST THOMAS ON  N5R 3M1

## Confirmation Notice

**DATE**
FEBRUARY 8, 2021

**ACCOUNT NO.**   **TYPE**
687−7167418      CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER − U.S.A.

**SETTLEMENT DATE**           **FEBRUARY 10, 2021**
AS PRINCIPAL, WE CONVERTED AT              1.2919
TRANSACTION TYPE                         **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 2,000 | TORCHLIGHT ENERGY RESOURCES | @ | 1.35U$ |
| | INC | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.29190000 | | |

| | |
|---|---|
| GROSS AMOUNT | 2,700.00 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,709.95 U$ |
| EXCHANGE | 791.03 |
| NET AMOUNT | 3,500.98 C$ |

CLIENT NAME                    MS MEGAN PICKERSGILL
ACCOUNT NO.                    687−7167418 − CSH
INVESTMENT REPRESENTATIVE      ONLINE INVESTNG
I.R. NO. 3YX

REFERENCE 86597  /  CUSIP US89102U1034  /  SECURITY NO. T014092  /  ORDER NO. 086597  /  INTERNAL CODES UN 65  /  684 A

Member−CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_2099830_016 − 00013793 − E:159397


**Direct Investing**
RBC.

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1982962_014–E:134394–04394
MS MEGAN PICKERSGILL
MR MICHAEL NORTON
UPPER UNIT– 56 ELGIN STREET
ST THOMAS ON  N5R 3M1

**Confirmation Notice**

**DATE**
FEBRUARY 2, 2021

**ACCOUNT NO.      TYPE**
687–7167418         CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **FEBRUARY 4, 2021**
AS PRINCIPAL, WE CONVERTED AT                    1.2988
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 546 | TORCHLIGHT ENERGY RESOURCES | @ | 1.72U$ |
| | INC | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE      1.29880000 | | |

| | |
|---|---|
| GROSS AMOUNT | 939.12 |
| COMMISSION | 9.95 |
| SUB TOTAL | 949.07 U$ |
| EXCHANGE | 283.58 |
| NET AMOUNT | 1,232.65 C$ |

CLIENT NAME                    MS MEGAN PICKERSGILL
ACCOUNT NO.                    687–7167418 – CSH
INVESTMENT REPRESENTATIVE      ONLINE INVESTNG
I.R. NO. 3YX

REFERENCE W9620  /  CUSIP US89102U1034  /  SECURITY NO. T014092  /  ORDER NO. 349620  /  INTERNAL CODES UN 65  /  684 A

Member–CanadianInvestor Protection Fund.®/™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1982962_014 – 00008787 – E:134394



**Direct Investing**

RBC

P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

ADPRB10720_1836943_020–E:197752–07752
MS MEGAN PICKERSGILL
MR MICHAEL NORTON
UPPER UNIT– 56 ELGIN STREET
ST THOMAS ON  N5R 3M1

### Confirmation Notice

**DATE**
JANUARY 27, 2021

**ACCOUNT NO.**   **TYPE**
687–7167418      CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**          **JANUARY 29, 2021**
AS PRINCIPAL, WE CONVERTED AT             1.2938
TRANSACTION TYPE                          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 591 | TORCHLIGHT ENERGY RESOURCES INC | @ | 1.69U$ |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.29380000 | | |

| | |
|---|---|
| GROSS AMOUNT | 998.79 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,008.74 U$ |
| EXCHANGE | 296.37 |
| NET AMOUNT | 1,305.11 C$ |

CLIENT NAME                     MS MEGAN PICKERSGILL
ACCOUNT NO.                     687–7167418 – CSH
INVESTMENT REPRESENTATIVE        ONLINE INVESTNG
I.R. NO. 3YX

REFERENCE W4234  /  CUSIP US89102U1034  /  SECURITY NO. T014092  /  ORDER NO. 364234  /  INTERNAL CODES UN 65  /  684 A

Member~CanadianInvestor Protection Fund.® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

ADPRB10720_1836943_020 – 00015603 – E:197752



**Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA*
*TORONTO, ON M5J 2W7*

ADPRB10720_1806956_013−E:128610−08610

MS MEGAN PICKERSGILL
MR MICHAEL NORTON
UPPER UNIT− 56 ELGIN STREET
ST THOMAS ON N5R 3M1

### Confirmation Notice

**DATE**
JANUARY 26, 2021

**ACCOUNT NO.**          **TYPE**
687−7167418              CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769−2560

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER − U.S.A.

**SETTLEMENT DATE**          **JANUARY 28, 2021**
AS PRINCIPAL, WE CONVERTED AT          1.2868
TRANSACTION TYPE          **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 793 | TORCHLIGHT ENERGY RESOURCES | @ | 1.89U$ |
| | INC | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE     1.28680000 | | |

| | |
|---|---|
| GROSS AMOUNT | 1,498.77 |
| COMMISSION | 9.95 |
| SUB TOTAL | 1,508.72 U$ |
| EXCHANGE | 432.70 |
| NET AMOUNT | 1,941.42 C$ |

| | |
|---|---|
| CLIENT NAME | MS MEGAN PICKERSGILL |
| ACCOUNT NO. | 687−7167418 − CSH |
| INVESTMENT REPRESENTATIVE | ONLINE INVESTNG |
| I.R. NO. 3YX | |

REFERENCE Q1728   /   CUSIP US89102U1034   /   SECURITY NO. T014092   /   ORDER NO. 261728   /   INTERNAL CODES UN 65   /   684 A

Member−CanadianInvestor Protection Fund. ® / ™ Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.

 **Direct Investing**

# RBC Direct Investing Inc.
## ORDER EXECUTION ONLY ACCOUNT

*P.O. BOX 50 ROYAL BANK PLAZA
TORONTO, ON  M5J 2W7*

ADPRB10720_1658155_012–E:117907–07907

MS MEGAN PICKERSGILL
MR MICHAEL NORTON
UPPER UNIT– 56 ELGIN STREET
ST THOMAS ON  N5R 3M1

## Confirmation Notice

**DATE**
JANUARY 19, 2021

**ACCOUNT NO.**    **TYPE**
687–7167418        CSH

**FOR SETTLEMENT IN THIS OFFICE**
P.O. BOX 75 200 BAY ST ON M5J2Z5
TEL. (800) 769–2560

---

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER – U.S.A.

**SETTLEMENT DATE**            **JANUARY 21, 2021**
AS PRINCIPAL, WE CONVERTED AT        1.2897
TRANSACTION TYPE                **BOUGHT**

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 1,570 | TORCHLIGHT ENERGY RESOURCES | @ | 1.44U$ |
| | INC | | |
| | UNSOLICITED | | |
| | DA | | |
| | EXCHANGE RATE    1.28970000 | | |

| | |
|---|---|
| GROSS AMOUNT | 2,260.80 |
| COMMISSION | 9.95 |
| SUB TOTAL | 2,270.75 U$ |
| EXCHANGE | 657.84 |
| NET AMOUNT | 2,928.59 C$ |

| | |
|---|---|
| **CLIENT NAME** | **MS MEGAN PICKERSGILL** |
| **ACCOUNT NO.** | **687–7167418 – CSH** |
| **INVESTMENT REPRESENTATIVE** | **ONLINE INVESTNG** |
| **I.R. NO. 3YX** | |

REFERENCE W4991  /  CUSIP US89102U1034  /  SECURITY NO. T014092  /  ORDER NO. 394991  /  INTERNAL CODES UN 65  /  684 A

---

Member–CanadianInvestor Protection Fund. ® / ™  Trademark(s) of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2019. All rights reserved.



**Direct Investing**

**Order Execution Only**
**Cdn. Dollar Statement**

**AUG. 30 2024**

Page 1 of    3

Your Account Number:    687-71674-1-8

MS MEGAN PICKERSGILL
MR MICHAEL NORTON
25 HEMLOCK STREET
ST THOMAS ON  N5R 1X7

Date of Last Statement:    JULY 31, 2024

## RBC Direct Investing Inc.

**Local Calls:**
416-977-1255

**Toll Free Calls:**
1-800-769-2560

**Postal Address:**
200 Bay Street
P.O. Box 75
Toronto, ON
M5J 2Z5

## Asset Summary

| | MARKET VALUE AT AUG. 30 | % |
|---|---|---|
| | | % |
| Fixed Income | $0.00 | 0.00 % |
| Preferred Shares | $0.00 | 0.00 % |
| Common Shares | $0.00 | 0.00 % |
| Mutual Funds | $0.00 | 0.00 % |
| | | % |
| Other | $0.00 | 0.00 % |
| | | |
| **Total on AUG. 30** | | **100.00 %** |
| Total on JULY 31 | | |

## Income Summary

| | THIS MONTH | YEAR-TO-DATE |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| **Total Income** | **$0.00** | **$0.00** |

## Cash Balance

| ACCOUNT TYPE | OPENING BALANCE AT JULY 31 | CLOSING BALANCE AT AUG. 30 |
|---|---|---|
| Cash | | |

- CONTINUED ON NEXT PAGE -
0033460   -DIC26

**IIROC**  **Regulated by** Investment Industry Regulatory Organization of Canada

**Member-Canadian Investor Protection Fund**

94220 (11/2019) 178-P7



**Direct Investing**

RBC

| **Order Execution Only** | **AUG. 30** |
| **Cdn. Dollar Statement** | **2024** |

Your Account Number:    687-71674-1-8    2 of    3

## Asset Review

( Exchange rate 1USD = 1.34815 CAD as of AUG. 30, 2024 )

| SECURITY SYMBOL | QUANTITY/ SEGREGATED | MKT. PRICE | BOOK COST | MARKET VALUE |
|---|---|---|---|---|

### Foreign Securities

ORDINARY SHARES ▬▬▬▬

COMMON STOCK ▬▬

**Total Value of Foreign Securities** ▬▬▬▬▬

**Total Value of All Securities** ▬▬▬▬

## Account Activity

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE \RATE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|
| | | **Opening Balance (JULY 31, 2024)** | | | | ▬▬ |
| AUG. 19 | SOLD | META MATERIALS INC | 300- | 0.65 | | 249.56 |
| | | COMMON STOCK | | | | |
| | | UNSOLICITED | | | | |
| | | CA | | | | |
| | | EXCHANGE RATE    1.34870000 | | | | |
| | | **Closing Balance (AUG. 30, 2024)** | | | | ▬▬▬ |

*- CONTINUED ON NEXT PAGE -*



Direct
Investing

**Order Execution Only**  **AUG. 30**
**Cdn. Dollar Statement**  **2024**

Your Account Number:    687-71674-1-8    3 of   3

---

**FOOTNOTES**  \* - Indicates fully paid for securities registered in your name and held by us on your behalf.

# - Part of or all of the Book Cost for this security was obtained from a source other than RBC Direct Investing.  As such, RBC Direct Investing is not responsible for the completeness or accuracy of the information provided.

1 - Includes accrued interest.

2 - Part of or all of the Book Cost on this security position is unknown resulting in the use of market value. The market value applied was September 30, 2015 or later, depending on the transaction activity for this security position.  Please contact us to update the statement records.

3 - The Book Cost of this security is temporarily unavailable due to a pending corporate event.  Please contact us for additional information.

¤ - The Book Cost of this security cannot be determined. Please contact us for additional information.

\*\*\* - Converted U.S. dollar contributions or withdrawals are included in your plan summary.

4 - This security may be subject to a deferred sales charge at the time that it is sold.

5 - There is no active market for this security so its market value has been estimated.

---

- We may facilitate trades in securities of related issuers and connected issuers of the firm in your account. For a list of such related issuers and connected issuers, refer to the following website: www.rbc.com/issuers-disclosures or contact us.
- Please be advised that if you have set-up an Automatic Investment Plan ("AIP") to purchase one or more mutual funds, you will not receive a copy of the respective Fund Facts when you subsequently purchase securities of the applicable Fund under your AIP. You may at any time request to receive, at no cost to you, the most recently filed Fund Facts by sending us a secure message through the online investing site's Message Centre or by calling or writing to us at the coordinates below. The most recently filed Fund Facts may also be found by visiting either www.sedar.com or the website of the applicable Mutual Fund Manager.
- Market price and Book Cost represent currently available prices.  Some securities in your portfolio may not be priced because data was unavailable.  Market prices and Book Costs shown are obtained from sources we believe are reliable but we do not guarantee their accuracy.
- In cases where securities in your portfolio display a Market Price of 'UNPRICED', the current market value is not determinable.
- Unless otherwise advised, the Book Cost means: In the case of a long security position, the total amount paid for the security, including any transaction charges related to the purchase, adjusted for reinvested distributions, returns of capital and corporate actions; or In the case of a short security position, the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distributions (other than dividends), returns of capital and corporate actions.  Where a book cost is not available on a security position; market value will be used to calculate the book cost.
- Fully paid securities are segregated on the records of our custodian and cannot be used in the normal course of our business. Any free credit balance for non-registered accounts represents funds payable on demand, which although properly recorded in our books, are not segregated and may be used in the normal course of our business.
- A copy of our most recent summary of financial position, a list of directors and senior officers and certain additional information about us including information about commissions, fees and administrative proceedings that may relate to the firm or our staff are available for your personal inspection at our office, or a copy will be mailed to you upon written request.
- Customers accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of the coverage is available upon request.
- Income derived from mutual funds will be included on a T5 or T3 that will be issued by each mutual fund management company. As such, this income is not reported in the "Income Summary" of your account statement.
- With the exception of registered plans, Canadian Income Tax regulations require RBC Direct Investing Inc. to disclose to Canada Revenue Agency on a yearly basis transactions involving the sale, redemption or maturity of securities. Such transactions must be reported on your Annual Income Tax return. This statement should be retained with your Income Tax records as evidence of disposition.
- We or our affiliate act as principal on foreign currency conversions and fixed income transactions and apply discretionary currency conversion rates. The foreign currency conversion rate shown on the confirmation statement includes our or our affiliates' spread-based revenues for performing this function. Spread means the difference between the rate we or our affiliates obtain and the rate you receive.
- RBC Direct Investing Inc. may obtain trade execution and certain other services for client accounts from RBC Dominion Securities Inc.
- Please note that the following security description abbreviations may appear on your statement : NON VTG for non-voting shares; RES VTG for restricted voting shares; SUB VTG for subordinate voting shares; DSC for securities which may be subject to a deferred sales charge; LL, LL2, LL3 or LL4 for securities which may be subject to a low load deferred sales charge.
- RBC Direct Investing Inc. and Royal Bank of Canada are separate corporate entities which are affiliated. RBC Direct Investing Inc. is a wholly owned subsidiary of Royal Bank of Canada and is a member of the Investment Industry Regulatory Organization of Canada and the Canadian Investor Protection Fund. Royal Bank of Canada and certain of its issuers are related to RBC Direct Investing Inc. RBC Direct Investing Inc. does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions. RBC Direct Investing is a business name used by RBC Direct Investing Inc. ® / ™ Trademark(s) of Royal Bank of Canada. RBC and Royal Bank are registered trademarks of Royal Bank of Canada. Used under licence. © Royal Bank of Canada 2016. All rights reserved.
- Please note that RBC Direct Investing Inc.'s trade execution, trade settlement and custody of securities are handled by RBC Dominion Securities Inc., an affiliated company.

---

If you require a service request or a question about the details of your statement, please contact RBC Direct Investing at 1-800-769-2560 or write to us at:

200 Bay Street                    GST/HST # R122780893
P.O. Box 75                        QST # R122780893
Toronto, ON
M5J 2Z5                            www.rbcdirectinvesting.com

| Please check this Account Statement without delay and advise us of any error or omission within 30 days of the statement date. |

0033461     –DIC26