NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor: Meta Meterial, INC

Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Nittiya Nuanploy
319 40th Street, 2nd Floor
Brooklyn, New York
11232

Telephone Number: +1 (917) 771-1962

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 18 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
Fidelity account number: Z06645504,
ROTH IRA 241107704 and Z19752245

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Nittiya Nuanploy: Fidelity Investments
245 Summer Street, Boston
MA 02210
Telephone Number: +1 (800) 544-6666

3. Date Equity Interest was acquired:
Z06645504 : Aug 11, 2021
ROTH IRA 241107704 : July 15, 2021
Z19752245 : Nov 30, 2021

4. Total amount of member interest: 120 shares for $24,214.53

5. Certificate number(s): see attached documentation.

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Nittiya Nuanploy
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature)   Dec 14, 2024   (Date)

Telephone number: 917-771-1962   email: gifted595@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |



## MMATQ holdings

In your tradeable accounts as of Dec-13-2024

Individual 206645504

| Symbol | Total Gain/Loss | Current Value | Quantity | Cost Basis | % of account |
|---|---|---|---|---|---|
| MMATQ | -16,673.13 -100.00% | $0.00 | 75 | $222.31/Share $16,673.13 | 0.00% |

ROTH IRA 241107724

| Symbol | Total Gain/Loss | Current Value | Quantity | Cost Basis | % of account |
|---|---|---|---|---|---|
| MMATQ | -1,012.26 -100.00% | $0.00 | 11 | $92.02/Share $1,012.26 | 0.00% |

Individual 219752245

| Symbol | Total Gain/Loss | Current Value | Quantity | Cost Basis | % of account |
|---|---|---|---|---|---|
| MMATQ | -6,529.14 -100.00% | $0.00 | 34 | $192.03/Share $6,529.14 | 0.00% |

Take a closer look at your positions

Positions

# Individual

Brokerage: Z06645504 · Routing number (i)

Overview ⌄

As of Dec-13-2024 6:33 p.m. ET

| Symbol | Last Price | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | Current Value | % of Account | Quantity | Average Cost Basis | Cost Basis Total | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Individual Z06645504 | | | | | | | | | | | | |
| SPAXX HELD IN MONEY MARKET | | | | | | | | | | | | |
| ▓▓▓ INC... | | | | | | | | | | | | $2.38 – $11.58 |
| ▓▓▓ INC C... | | | | | | | | | | | | $1.01 – $3.25 |
| ▓▓▓ ATI... | | | | | | | | | | | | $3.95 – $44.87 |
| ▓▓▓ CO... | | | | | | | | | | | | $2.51 – $3.49 |
| ▓▓▓ Cl... | | | | | | | | | | | | $1.57 – $4.65 |
| ▓▓▓ | | | | | | | | | | | | |
| MMATQ META MATERIALS INC C... | - | $0.00 | $0.00 | 0.00% | -$16,673.13 | -100.00% | $0.00 | 0.00% | 76 | $222.31 | $16,673.13 | - |

### META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| May-30-2024 | Short | -$61.71 | -100% | $0.00 | 17 | $3.63 | $61.71 |
| Feb-05-2024 | Short | -$40.68 | -100% | $0.00 | 1 | $40.68 | $40.68 |
| Jul-07-2023 | Long | -$40.56 | -100% | $0.00 | 2.175 | $18.65 | $40.56 |
| Apr-03-2023 | Long | -$0.51 | -100% | $0.00 | 0.01 | $51.00 | $0.51 |
| Feb-17-2023 | Long | -$68.70 | -100% | $0.00 | 1.007 | $68.22 | $68.70 |
| Jan-11-2023 | Long | -$1.10 | -100% | $0.00 | 0.01 | $110.00 | $1.10 |
| Jan-09-2023 | Long | -$1.15 | -100% | $0.00 | 0.01 | $115.00 | $1.15 |
| Dec-05-2022 | Long | -$5.16 | -100% | $0.00 | 0.031 | $166.45 | $5.16 |
| Nov-15-2022 | Long | -$19.15 | -100% | $0.00 | 0.101 | $189.60 | $19.15 |
| Oct-12-2022 | Long | -$0.96 | -100% | $0.00 | 0.01 | $96.00 | $0.96 |
| Oct-12-2022 | Long | -$92.12 | -100% | $0.00 | 0.987 | $93.33 | $92.12 |
| Sep-01-2022 | Long | -$5.69 | -100% | $0.00 | 0.07 | $81.29 | $5.69 |
| Aug-09-2022 | Long | -$92.00 | -100% | $0.00 | 1.007 | $91.38 | $92.00 |
| Jul-25-2022 | Long | -$9.21 | -100% | $0.00 | 0.101 | $91.19 | $9.21 |
| Jul-15-2022 | Long | -$1,186.80 | -100% | $0.00 | 10.071 | $117.84 | $1,186.80 |
| Jul-07-2022 | Long | -$1.06 | -100% | $0.00 | 0.01 | $106.00 | $1.06 |
| May-25-2022 | Long | -$236.88 | -100% | $0.00 | 1.42 | $166.82 | $236.88 |
| May-10-2022 | Long | -$35.96 | -100% | $0.00 | 0.302 | $119.07 | $35.96 |
| May-09-2022 | Long | -$163.80 | -100% | $0.00 | 1.41 | $116.17 | $163.80 |
| Apr-25-2022 | Long | -$1,080.00 | -100% | $0.00 | 8.056 | $134.06 | $1,080.00 |
| Apr-25-2022 | Long | -$287.55 | -100% | $0.00 | 2.145 | $134.06 | $287.55 |
| Mar-14-2022 | Long | -$5.72 | -100% | $0.00 | 0.041 | $139.51 | $5.72 |
| Feb-01-2022 | Long | -$84.64 | -100% | $0.00 | 0.463 | $182.81 | $84.64 |
| Jan-24-2022 | Long | -$9.54 | -100% | $0.00 | 0.06 | $159.00 | $9.54 |
| Dec-16-2021 | Long | -$21.00 | -100% | $0.00 | 0.07 | $300.00 | $21.00 |
| Dec-06-2021 | Long | -$17.88 | -100% | $0.00 | 0.06 | $298.00 | $17.88 |
| Nov-22-2021 | Long | -$79.20 | -100% | $0.00 | 0.202 | $392.08 | $79.20 |
| Nov-12-2021 | Long | -$4.71 | -100% | $0.00 | 0.01 | $471.00 | $4.71 |
| Nov-10-2021 | Long | -$144.90 | -100% | $0.00 | 0.302 | $479.80 | $144.90 |
| Nov-09-2021 | Long | -$643.89 | -100% | $0.00 | 1.279 | $503.43 | $643.89 |
| Nov-09-2021 | Long | -$509.00 | -100% | $0.00 | 1.007 | $505.46 | $509.00 |
| Nov-09-2021 | Long | -$514.00 | -100% | $0.00 | 1.007 | $510.43 | $514.00 |
| Oct-29-2021 | Long | -$22.50 | -100% | $0.00 | 0.05 | $450.00 | $22.50 |
| Oct-29-2021 | Long | -$944.00 | -100% | $0.00 | 2.014 | $468.72 | $944.00 |
| Oct-29-2021 | Long | -$643.50 | -100% | $0.00 | 1.309 | $491.60 | $643.50 |
| Oct-29-2021 | Long | -$4,297.80 | -100% | $0.00 | 8.762 | $490.50 | $4,297.80 |
| Oct-29-2021 | Long | -$4,880.00 | -100% | $0.00 | 10.071 | $484.56 | $4,880.00 |
| Oct-12-2021 | Long | -$10.27 | -100% | $0.00 | 0.02 | $513.50 | $10.27 |
| Aug-18-2021 | Long | -$399.75 | -100% | $0.00 | 1.309 | $305.39 | $399.75 |
| Aug-11-2021 | Long | -$10.08 | -100% | $0.00 | 0.031 | $325.16 | $10.08 |

Show Less  < 1 >

| ▓▓▓ IN... | | | | | | | | | | | | $1.65 – $1,870.00 |

**Account Total**

Securities Priced Today ▓▓▓
Securities Not Priced ▓▓▓
Today

Some securities, such as mutual funds, are not priced until after the market closes.

### Important Information

① Adjusted due to previous wash sale disallowed loss. If you sell shares at a loss and you purchase additional shares of the same or a substantially identical security (in the same or a different account) within the 61 day period that begins 30 days before and ends 30 days after the sale, the purchase may result in a wash sale. If a wash sale occurs, the loss from the transaction should be "disallowed" for tax purposes, and the amount of the loss should be added to the cost basis of the newly-purchased shares. Unless otherwise requested or noted, Fidelity adjusts cost basis information related to newly-purchased shares when a wash sale occurs within an account as the result of an identical security purchase. Fidelity does not report disallowed losses or adjust cost basis information related to wash sales triggered by sales and purchases of the same security within different accounts or by sales and purchases of substantially identical securities within the same or different accounts. Fidelity does not apply any wash sale rules to tax lots with customer or 3rd-party provided cost basis. You must check your own records across all of your Fidelity and non-Fidelity accounts to ensure that you are correctly accounting for losses related to any wash sales.

② Indicates an Earnings event exists within 5 calendar days. Earnings beat or miss is based on the actual earnings compared to the I/B/E/S consensus estimate.

# ROTH IRA

Brokerage: 241107724 · Routing number (i)

Overview ⌄

As of Dec-13-2024 8:31 p.m. ET

| Symbol | Last Price | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | Current Value | % of Account | Quantity | Average Cost Basis | Cost Basis Total | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ROTH IRA 241107724 | | | | | | | | | | | | |
| SPAXX HELD IN MONEY MARKET | — | — | — | — | — | — | ▮ | ▮ | | | ▮ | — |
| ▮ | | | | | | | | | | | | — |
| ▮ | | | | | | | | | | | | — |
| ▮ | | | | | | | | | | | | $3.01 / $3.29 |
| ▮ | | | | | | | | | | | | $1.63 / $4.60 |
| ▮ | | | | | | | | | | | | $1.37 / $4.65 |
| MMATQ META MATERIALS INC C... | — | $0.00 | $0.00 | 0.00% | -$1,012.26 | -100.00% | $0.00 | 0.00% | 11 | $92.02 | $1,012.26 | — |

META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Nov-11-2022 | Long | -$3.90 | -100% | $0.00 | 0.033 | $118.18 | $3.90 |
| Oct-21-2022 | Long | -$837.44 | -100% | $0.00 | 8.738 | $95.84 | $837.44 |
| Aug-24-2022 | Long | -$3.55 | -100% | $0.00 | 0.044 | $80.68 | $3.55 |
| Jul-15-2022 | Long | -$167.37 | -100% | $0.00 | 2.185 | $76.60 | $167.37 |

Account Total

Securities Priced Today ▮
Securities Not Priced ▮
Today

Some securities, such as mutual funds, are not priced until after the market closes.

ⁿ Indicates that the security has not priced today. Some securities, such as mutual funds, are not priced until after the market closes.

Content and data provided by various third parties and Fidelity. Terms of Use

Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted, and investors should visit the performance page for most recent month-end performance.

You could lose money by investing in a money market fund. Although the fund seeks to preserve the value of your investment at $1.00 per share, it cannot guarantee it will do so. An investment in the fund is not a bank account and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Fidelity Investments and its affiliates, the fund's sponsor, is not required to reimburse the fund for losses, and you should not expect that the sponsor will provide financial support to the fund at any time, including during periods of market stress.

Fidelity's government and U.S. Treasury money market funds will not impose a fee upon the sale of your shares

Options trading entails significant risk and is not appropriate for all investors. Certain complex options strategies carry additional risk. Before trading options, please read Characteristics and Risks of Standardized Options. Supporting documentation for any claims, if applicable, will be furnished upon request.

Fidelity does not provide legal or tax advice. The information herein is general and educational in nature and should not be considered legal or tax advice. Tax laws and regulations are complex and subject to change, which can materially impact investment results. Fidelity cannot guarantee that the information herein is accurate, complete, or timely. Fidelity makes no warranties with regard to such information or results obtained by its use, and disclaims any liability arising out of your use of, or any tax position taken in reliance on, such information. Consult an attorney or tax professional regarding your specific situation.

Fidelity Stock Plan Services, LLC, provides recordkeeping and/or administrative services to your company's equity compensation plan, in addition to any services provided directly to the plan by your company or its service providers.

Investment advisory services are provided through Fidelity Personal and Workplace Advisors LLC (FPWA), a registered investment adviser, for a fee. Brokerage services are provided through Fidelity Brokerage Services LLC (FBS). Both are Fidelity Investments companies. Fidelity advisors are licensed representatives of FPWA and registered representatives of FBS. Whether a Fidelity advisor provides advisory or brokerage services to you will depend on the products and services you choose.

IMPORTANT: The projections or other information generated by the Planning & Guidance Center's Retirement Analysis regarding the likelihood of various investment outcomes are hypothetical in nature, do not reflect actual investment results, and are not guarantees of future results. Your results may vary with each use and over time.

Fidelity Crypto® is offered by Fidelity Digital Assets℠. Investing involves risk, including risk of total loss. Crypto as an asset class is highly volatile, can become illiquid at any time, and is for investors with a high risk tolerance. Crypto may also be more susceptible to market manipulation than securities. Crypto is not insured by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. Investors in crypto do not benefit from the same regulatory protections applicable to registered securities. Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services, LLC, which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897). Brokerage services in support of securities trading are provided by Fidelity Brokerage Services LLC ("FBS"), and related custody services are provided by National Financial Services LLC ("NFS"), each a registered broker-dealer and member NYSE and SIPC. Neither FBS nor NFS offer crypto as a direct investment nor provide trading or custody services for such assets. Fidelity Crypto and Fidelity Digital Assets are service marks of FMR LLC. Fidelity Crypto® risk disclosure | Fidelity Crypto® complaints & disclosures

Before investing in any mutual fund or exchange-traded fund, you should consider its investment objectives, risks, charges, and expenses. Contact Fidelity for a prospectus, an offering circular, or, if available, a summary prospectus containing this information. Read it carefully.

984557.14.1

> Additional important information

Fidelity Investments

Copyright 1998- 2024 FMR LLC. All rights reserved
Terms of Use | Privacy | Security | Site Map | Accessibility | Contact Us | Share Your Screen
This is for persons in the U.S. only
Feedback

## Individual

Brokerage: Z19752245 · Routing number ⓘ

Overview ▼   As of Dec-13-2024 6:29 p.m. ET

| Symbol | Last Price | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | Current Value | % of Account | Quantity | Average Cost Basis | Cost Basis Total | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Individual Z19752245 | | | | | | | | | | | | |
| MMATQ META MATERIALS INC C... | — | $0.00 | $0.00 | 0.00% | -$8,529.14 | -100.00% | $0.00 | 0.00% | 34 | $192.03 | ⓓ $8,529.14 | — |

META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Jan-19-2024 | Short | -$85.69 | -100% | $0.00 | 1.011 | $84.75 | $85.69 |
| Apr-03-2023 | Long | -$0.97 | -100% | $0.00 | 0.021 | $46.19 | $0.97 |
| Apr-03-2023 | Long | -$51.47 | -100% | $0.00 | 1.052 | $48.93 | $51.47 |
| Apr-03-2023 | Long | -$99.00 | -100% | $0.00 | 2.024 | $48.91 | $99.00 |
| Apr-03-2023 | Long | -$0.46 | -100% | $0.00 | 0.01 | $46.00 | $0.46 |
| Apr-03-2023 | Long | -$9.14 | -100% | $0.00 | 0.202 | $45.25 | $9.14 |
| Apr-03-2023 | Long | -$34.03 | -100% | $0.00 | 0.749 | $45.43 | $34.03 |
| Jan-06-2023 | Long | -$1,525.35 | -100% | $0.00 | 8.095 | $188.43 | $1,525.35 |
| Dec-27-2022 | Long | -$1.02 | -100% | $0.00 | 0.01 | $102.00 | $1.02 |
| Dec-02-2022 | Long | -$22.56 | -100% | $0.00 | 0.122 | $184.92 | $22.56 |
| Nov-28-2022 | Long | -$34.02 | -100% | $0.00 | 0.182 | $186.92 | $34.02 |
| Nov-16-2022 | Long | -$68.08 | -100% | $0.00 | 0.374 | $182.03 | $68.08 |
| Nov-11-2022 | Long | -$1.30 | -100% | $0.00 | 0.01 | $130.00 | $1.30 |
| Oct-14-2022 | Long | -$18.00 | -100% | $0.00 | 0.202 | $89.11 | $18.00 |
| Jul-13-2022 | Long | -$301.37 | -100% | $0.00 | 2.024 | $148.90 | $301.37 |
| Jul-07-2022 | Long | -$74.20 | -100% | $0.00 | 0.709 | $104.65 | $74.20 |
| Apr-26-2022 | Long | -$283.63 | -100% | $0.00 | 2.287 | $124.02 | $283.63 |
| Mar-31-2022 | Long | -$318.25 | -100% | $0.00 | 1.923 | $165.50 | $318.25 |
| Mar-02-2022 | Long | -$26.11 | -100% | $0.00 | 0.142 | $183.87 | $26.11 |
| Feb-16-2022 | Long | -$171.00 | -100% | $0.00 | 0.911 | $187.71 | $171.00 |
| Feb-10-2022 | Long | -$382.00 | -100% | $0.00 | 2.024 | $188.74 | $382.00 |
| Feb-09-2022 | Long | -$176.00 | -100% | $0.00 | 1.012 | $173.91 | $176.00 |
| Feb-08-2022 | Long | -$233.96 | -100% | $0.00 | 1.012 | $231.19 | ⓓ $233.96 |
| Jan-28-2022 | Long | -$231.19 | -100% | $0.00 | 0.657 | $351.89 | ⓓ $231.19 |
| Jan-26-2022 | Long | -$4.03 | -100% | $0.00 | 0.01 | $403.00 | ⓓ $4.03 |
| Dec-13-2021 | Long | -$101.12 | -100% | $0.00 | 0.324 | $312.10 | $101.12 |
| Dec-06-2021 | Long | -$14.90 | -100% | $0.00 | 0.05 | $298.00 | $14.90 |
| Dec-03-2021 | Long | -$25.44 | -100% | $0.00 | 0.081 | $314.07 | $25.44 |
| Dec-03-2021 | Long | -$6.46 | -100% | $0.00 | 0.021 | $307.62 | $6.46 |
| Dec-03-2021 | Long | -$328.00 | -100% | $0.00 | 1.012 | $324.11 | $328.00 |
| Dec-02-2021 | Long | -$334.50 | -100% | $0.00 | 1.012 | $330.53 | $334.50 |
| Dec-02-2021 | Long | -$1,551.05 | -100% | $0.00 | 4.685 | $331.07 | $1,551.05 |
| Nov-30-2021 | Long | -$14.84 | -100% | $0.00 | 0.04 | $371.00 | $14.84 |

Show Less  < [1] >

Account Total

Securities Priced Today
Securities Not Priced Today

Some securities, such as mutual funds, are not priced until after the market closes.

### Important Information

ⓓ Adjusted due to previous wash sale disallowed loss. If you sell shares at a loss and you purchase additional shares of the same or a substantially identical security (in the same or a different account) within the 61 day period that begins 30 days before and ends 30 days after the sale, the purchase may result in a wash sale. If a wash sale occurs, the loss from the transaction should be "disallowed" for tax purposes, and the amount of the loss should be added to the cost basis of the newly-purchased shares. Unless otherwise requested or noted, Fidelity adjusts cost basis information related to newly-purchased shares when a wash sale occurs within an account as the result of an identical security purchase. Fidelity does not report disallowed losses or adjust cost basis information related to wash sales triggered by sales and purchases of the same security within different accounts or by sales and purchases of substantially identical securities within the same or different accounts. Fidelity does not apply any wash sale rules to tax lots with customer or 3rd-party provided cost basis. You must check your own records across all of your Fidelity and non-Fidelity accounts to ensure that you are correctly accounting for losses related to any wash sales.

ⓔ Indicates an Earnings event exists within 5 calendar days. Earnings beat or miss is based on the actual earnings compared to the I/B/E/S consensus estimate.

ⓓ Indicates a Dividend or Capital Gains Distribution exists.

∗ Indicates that the security has not priced today. Some securities, such as mutual funds, are not priced until after the market closes.

Content and data provided by various third parties and Fidelity. Terms of Use

Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted, and investors should visit the performance page for most recent month-end performance.