NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:**
META MATERIALS, INC.

**Case Number:**
24-50792

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Daniel Gomez Cazares
1528 137th Ave.
San Leandro, CA 94578

Telephone Number: (510) 590 - 7850

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 18 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:

140609678

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

Daniel Gomez Cazares
85 Willow Road, Menlo Park, CA 94025
Telephone Number: (650) 940-2700

**3.** Date Equity Interest was acquired:
Between December 7, 2021 and July 29, 2024
See attached documentation

**4.** Total amount of member interest: 17 post split shares for $1503.51

**5.** Certificate number(s): Held in street name, see attached documentation

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor. ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.) ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Daniel Gomez Cazares
Title:
Company: _____ Address and telephone number (if different from notice address above):
_____

(Signature) Daniel Gomez          (Date) 12/15/2024

Telephone number: (510)590-7850     email: danielgccazares@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Proof of Interest Supplemental Information

Broker Robinhood

Account #: 140609678

For Daniel Gomez Cazares


Between December 7, 2021 and Nov 9, 2023:

    1,660.423311 shares were purchased (Pre-Reverse Split) for $703.51


On March 3, 2022:

    4 shares (Pre-Reverse Split) were sold for $6.30


On Oct 20, 2023:

    1,650 shares (Pre-Reverse Split) were sold for $267.30


After the Reverse Split happened:

    Account was updated to show 1 share (Post-Reverse Split) from the fractional shares that I held prior to the reverse split


On February 6, 2024:

    3 shares were purchased for $150 (Post-Reverse Split) due to Put contracts being assigned.


On March 13, 2024:

    2 shares were purchased for $100 (Post-Reverse Split) due to Put contracts being assigned.


On April 24, 2024:

    7 shares were purchased for $350 (Post-Reverse Split) due to Put contracts being assigned.

On May 22, 2024:

    1 share was purchased for $50 (Post-Reverse Split) due to Put contracts being assigned.

On ~~August~~ July 29, 2024:

    3 shares were purchased for $150 (Post-Reverse Split) due to Put contracts being assigned.

This accounts for the 17 shares I currently hold in street name with Robinhood.

Our powerful, new trading platform is here—at no extra cost. **Try Robinhood Legend**

| Search | Rewards | Investing | Crypto | Spending | Retirement | Notifications | Account |

# Daniel Gomez

Investing    Crypto    Transfers    Recurring    Reports and statements    Tax center    History    Settings    Help

| Account | All |
| Type | Option Events |

**Search**

**SPY $577 Call Expiration**
Sep 18                                                                $0.00

---

**MMAT1 $0.5 Put Assignment**
Jul 29                                                               -$150.00

| Contracts | Date | Status |
| 3 | 7/29/2024 | Completed |

**Cost**
$150.00

---

**MMAT1 $0.5 Put Assignment**
May 22                                                                -$50.00

| Contracts | Date | Status |
| 1 | 5/22/2024 | Completed |

**Cost**
$50.00

---

**MMAT1 $0.5 Put Assignment**
Apr 24                                                               -$350.00

| Contracts | Date | Status |
| 7 | 4/24/2024 | Completed |

**Cost**
$350.00

---

**MMAT1 $0.5 Put Assignment**
Mar 13                                                               -$100.00

| Contracts | Date | Status |
|-----------|------|--------|
| 2 | 3/13/2024 | Completed |

Cost
$150.00

**MMAT1 $0.5 Put Assignment**
Feb 6                                                          -$150.00

| Contracts | Date | Status |
|-----------|------|--------|
| 3 | 2/6/2024 | Completed |

Cost
$150.00

**Refine Results**

Account

Type

**Search**

**TSLA $275 Call Expiration**
Oct 13, 2023                                                   $0.00

**SPY $450 Put Expiration**
Jul 28, 2023                                                   $0.00

**SPY $461 Call Expiration**
Jul 21, 2023                                                   $0.00

**SOFI $14.5 Call Expiration**
Mar 11, 2022                                                   $0.00

**SPY $443 Call Expiration**
Mar 9, 2022                                                    $0.00

**LCID $65 Call Expiration**
Feb 18, 2022                                                   $0.00

**SPCE $17 Call Expiration**
Dec 23, 2021                                                   $0.00

**ME $25 Call Expiration**
Jul 16, 2021                                                   $0.00

**SPCE $34 Call Expiration**
Dec 18, 2020                                                   $0.00

**AAPL $146 Call Expiration**
Sep 11, 2020                                                   $0.00

12/15/24, 4:53 PM    Meta Materials History | Robinhood



# Meta Materials History

**Refine Results**

Account    Individual

Type    All

Search

## Older

Buy MMAT1 S0.5 Put 1/17/2025
Jun 28                                                          Canceled

Our powerful, new trading platform is here—at no extra cost. **Try Robinhood Legend**

Rewards    Investing    Crypto    Spending    Retirement    Notifications*    Account

Apr 1

Buy MMAT1 S0.5 Put 1/17/2025
Mar 13                                                         Canceled

Buy MMAT1 S0.5 Put 1/17/2025
Feb 6                                                          Canceled

Buy MMAT1 S0.5 Put 1/17/2025
Jan 29                                                         Canceled

Buy MMAT1 S0.5 Put 1/17/2025
Jan 29                                                         Canceled

Meta Materials Reverse Split
Jan 28                                                         1:100 Split

| Symbol | Date Received | Type |
| --- | --- | --- |
| MMATQ (formerly MMAT) | Jan 28, 2024 | Reverse Split |

| Split Amount | Previous Shares | New Shares |
| --- | --- | --- |
| 1 for 100 | 6.423311 | 0 |

A stock split occurs when a company divides its existing shares to either increase (forward split or decrease (reverse split) the number of shares it has on the market. As a result, the number of shares you own has changed, but the overall market value of your position remains the same. To learn more about splits and other corporate actions, visit our Help Center



Our powerful, new trading platform is here—at no extra cost. **Try Robinhood Legend**

Rewards    Investing    Crypto    Spending    Retirement    Notifications•    Account

Refine Results

# Meta Materials History

| Account | Individual |
| Type | All |

Search

## Older

**Meta Materials Reverse Split**                              1:100 Split
Jan 28

| Symbol | Date Received | Type |
| --- | --- | --- |
| MMATQ (formerly MMAT) | Jan 28, 2024 | Reverse Split |

| Split Amount | Previous Shares | New Shares |
| --- | --- | --- |
| 1 for 100 | 6.423311 | 0 |

A stock split occurs when a company divides its existing shares to either increase (forward split) or decrease (reverse split). The number of shares you have on the market. As a result, the number of shares you own changes, but the overall market value of your position remains the same. To learn more about splits and other corporate actions, visit our Help Center.

**Meta Materials Limit Buy**                                 $0.08
Nov 9, 2023                                              1 share at $0.08

| Symbol | Type | Time in Force |
| --- | --- | --- |
| MMAT | Limit Buy | Good till canceled |

| Submitted | Status | Limit Price |
| --- | --- | --- |
| Nov 9, 2023 | Filled | $0.08 |

| Entered Quantity | Filled | Filled Quantity |
| --- | --- | --- |
| 1 | Nov 22, 2023 at 8:04 AM PST | 1 share at $0.08 |

Filled Notional
$0.08

Download Trade Confirmation

**Meta Materials Limit Buy**                                 $0.50
Nov 9, 2023                                              5 shares at $0.0991

| | | | |
|---|---|---|---|
| **Symbol** | **Type** | **Time in Force** | |
| MMAT | Limit Buy | Good for day | |
| **Submitted** | **Status** | **Limit Price** | |
| Nov 9, 2023 | Filled | $0.104 | |
| **Entered Quantity** | **Filled** | **Filled Quantity** | **Refine Results** |
| 5 | Nov 9, 2023 at 12:45 PM PST | 5 shares at $0.0991 | |
| **Filled Notional** | | | **Account** |
| $0.50 | | | |
| | | | **Type** |
| **Download Trade Confirmation** | | | |

### Meta Materials Limit Sell
**Oct 20, 2023**       $267.30
1,650 shares at $0.162

| | | |
|---|---|---|
| **Symbol** | **Type** | **Time in Force** |
| MMAT | Limit Sell | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Oct 20, 2023 | Filled | $0.1548 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 1650 | Oct 20, 2023 at 3:14 PM PDT | 1,650 shares at $0.162 |
| **Filled Notional** | **Regulatory Fee** ⊙ | |
| $267.30 | $0.24 | |

**Download Trade Confirmation**

### Meta Materials Limit Buy
**Oct 20, 2023**       $0.53
3 shares at $0.1756

| | | |
|---|---|---|
| **Symbol** | **Type** | **Time in Force** |
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Oct 20, 2023 | Filled | $0.1842 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 3 | Oct 20, 2023 at 8:44 AM PDT | 3 shares at $0.1756 |
| **Filled Notional** | | |
| $0.53 | | |

**Download Trade Confirmation**

### Meta Materials Limit Buy
**Oct 20, 2023**       $4.39
25 shares at $0.1756

| | | |
|---|---|---|
| **Symbol** | **Type** | **Time in Force** |
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Oct 20, 2023 | Filled | $0.1837 |

| Entered Quantity | Filled | Filled Quantity |
|---|---|---|
| 25 | Oct 20, 2023 at 8:43 AM PDT | 25 shares at $0.1756 |

**Filled Notional**
$4.39

Download Trade Confirmation

Refine Results

**Meta Materials Limit Buy**                                    $35.12
Oct 20, 2023                                    200 shares at $0.1756

Account

Type

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Oct 20, 2023 | Filled | $0.1843 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 200 | Oct 20, 2023 at 8:43 AM PDT | 200 shares at $0.1756 |

**Filled Notional**
$35.12

Download Trade Confirmation

**Meta Materials Limit Buy**                                    $0.18
Oct 20, 2023                                    1 share at $0.1756

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Oct 20, 2023 | Filled | $0.1823 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 1 | Oct 20, 2023 at 8:31 AM PDT | 1 share at $0.1756 |

**Filled Notional**
$0.18

Download Trade Confirmation

**Meta Materials Limit Buy**                                    $0.69
Oct 20, 2023                                    4 shares at $0.1737

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Oct 20, 2023 | Filled | $0.1842 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 4 | Oct 20, 2023 at 8:31 AM PDT | 4 shares at $0.1737 |

**Filled Notional**
$0.69

12/15/24, 4:51 PM                              Meta Materials History | Robinhood

**Download Trade Confirmation**

**Meta Materials Limit Buy**                                    $5.27
Oct 20, 2023                                       30 shares at $0.1755

                                                         Refine Results

| Symbol | Type | Time in Force | |
|---|---|---|---|
| MMAT | Limit Buy | Good for day | |
| | | | Account |
| Submitted | Status | Limit Price | |
| Oct 20, 2023 | Filled | $0.1842 | |
| | | | Type |
| Entered Quantity | Filled | Filled Quantity | |
| 30 | Oct 20, 2023 at 8:30 AM PDT | 30 shares at $0.1755 | |

Filled Notional
$5.27

Download Trade Confirmation

**Meta Materials Limit Buy**                                    $0.24
Oct 3, 2023                                        1 share at $0.2387

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Oct 3, 2023 | Filled | $0.2506 |
| Entered Quantity | Filled | Filled Quantity |
| 1 | Oct 3, 2023 at 7:06 AM PDT | 1 share at $0.2387 |

Filled Notional
$0.24

Download Trade Confirmation

**Meta Materials Limit Buy**                                    $1.19
Oct 3, 2023                                        5 shares at $0.2387

| Symbol | Type | Time In Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Oct 3, 2023 | Filled | $0.2496 |
| Entered Quantity | Filled | Filled Quantity |
| 5 | Oct 3, 2023 at 7:06 AM PDT | 5 shares at $0.2387 |

Filled Notional
$1.19

Download Trade Confirmation

**Meta Materials Limit Buy**                                    $3.58
Oct 3, 2023                                        15 shares at $0.2387

12/15/24, 4:51 PM                                     Meta Materials History | Robinhood

| Symbol | Type | Time in Force | |
|---|---|---|---|
| MMAT | Limit Buy | Good for day | |
| Submitted | Status | Limit Price | |
| Oct 3, 2023 | Filled | $0.252 | |
| Entered Quantity | Filled | Filled Quantity | Refine Results |
| 15 | Oct 3, 2023 at 7:05 AM PDT | 15 shares at $0.2387 | |
| Filled Notional | | | Account |
| $3.58 | | | |
| Download Trade Confirmation | | | Type |

| | | | |
|---|---|---|---|
| **Meta Materials Limit Buy** | | Canceled | |
| Oct 3, 2023 | | | |

| | | | |
|---|---|---|---|
| **Meta Materials Limit Buy** | | $0.22 | |
| Oct 2, 2023 | | 1 share at $0.2234 | |

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Oct 2, 2023 | Filled | $0.2343 |
| Entered Quantity | Filled | Filled Quantity |
| 1 | Oct 2, 2023 at 12:53 PM PDT | 1 share at $0.2234 |
| Filled Notional | | |
| $0.22 | | |
| Download Trade Confirmation | | |

| | | |
|---|---|---|
| **Meta Materials Limit Buy** | | $5.81 |
| Oct 2, 2023 | | 26 shares at $0.2234 |

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Oct 2, 2023 | Filled | $0.234 |
| Entered Quantity | Filled | Filled Quantity |
| 26 | Oct 2, 2023 at 12:52 PM PDT | 26 shares at $0.2234 |
| Filled Notional | | |
| $5.81 | | |
| Download Trade Confirmation | | |

| | | |
|---|---|---|
| **Meta Materials Limit Buy** | | $3.30 |
| Oct 2, 2023 | | 15 shares at $0.22 |

| Symbol | Type | Time in Force |
|---|---|---|

12/15/24, 4:51 PM    Meta Materials History | Robinhood

| MMAT | Limit Buy | Good for day |
|---|---|---|
| **Submitted** | **Status** | **Limit Price** |
| Oct 2, 2023 | Filled | $0.2259 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 15 | Oct 2, 2023 at 6:30 AM PDT | 15 shares at $0.22 |
| **Filled Notional** | | |
| $3.30 | | |

Download Trade Confirmation

**Refine Results**

**Account**

**Type**

**Meta Materials Limit Buy**                                      $0.64
Sep 18, 2023                                          3 shares at $0.2124

| **Symbol** | **Type** | **Time in Force** |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Sep 18, 2023 | Filled | $0.2235 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 3 | Sep 18, 2023 at 3:47 PM PDT | 3 shares at $0.2124 |
| **Filled Notional** | | |
| $0.64 | | |

Download Trade Confirmation

**Meta Materials Limit Buy**                                     $30.87
Sep 18, 2023                                        145 shares at $0.2129

| **Symbol** | **Type** | **Time in Force** |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Sep 18, 2023 | Filled | $0.2168 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 145 | Sep 18, 2023 at 3:46 PM PDT | 145 shares at $0.2129 |
| **Filled Notional** | | |
| $30.87 | | |

Download Trade Confirmation

**Meta Materials Limit Buy**                                      $1.12
Sep 15, 2023                                          5 shares at $0.2249

| **Symbol** | **Type** | **Time in Force** |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Sep 15, 2023 | Filled | $0.236 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 5 | Sep 15, 2023 at 10:16 AM PDT | 5 shares at $0.2249 |
| **Filled Notional** | | |

$1.12

Download Trade Confirmation

## Meta Materials Limit Buy
Sep 1, 2023

$0.24
1 share at $0.2379

Refine Results

| Symbol | Type | Time in Force | Account |
|---|---|---|---|
| MMAT | Limit Buy | Good for day | |
| **Submitted** | **Status** | **Limit Price** | Type |
| Sep 1, 2023 | Filled | $0.2493 | |
| **Entered Quantity** | **Filled** | **Filled Quantity** | |
| 1 | Sep 1, 2023 at 9:25 AM PDT | 1 share at $0.2379 | |
| **Filled Notional** | | | |
| $0.24 | | | |

Download Trade Confirmation

## Meta Materials Limit Buy
Sep 1, 2023

$1.19
5 shares at $0.238

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Sep 1, 2023 | Filled | $0.2486 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 5 | Sep 1, 2023 at 9:24 AM PDT | 5 shares at $0.238 |
| **Filled Notional** | | |
| $1.19 | | |

Download Trade Confirmation

## Meta Materials Limit Buy
Sep 1, 2023

$10.68
45 shares at $0.2374

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Sep 1, 2023 | Filled | $0.2486 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 45 | Sep 1, 2023 at 9:24 AM PDT | 45 shares at $0.2374 |
| **Filled Notional** | | |
| $10.68 | | |

Download Trade Confirmation

**Meta Materials Limit Buy**                                                    $0.23
Aug 30, 2023                                                          1 share at $0.23

| | | | |
|---|---|---|---|
| **Symbol** | **Type** | **Time in Force** | **Refine Results** |
| MMAT | Limit Buy | Good till canceled | |
| **Submitted** | **Status** | **Limit Price** | |
| Aug 30, 2023 | Filled | $0.23 | **Account** |
| **Entered Quantity** | **Filled** | **Filled Quantity** | |
| 1 | Aug 30, 2023 at 8:18 AM PDT | 1 share at $0.23 | **Type** |
| **Filled Notional** | | | |
| $0.23 | | | |

Download Trade Confirmation

**Meta Materials Limit Buy**                                                    $0.46
Aug 30, 2023                                                       2 shares at $0.2305

| | | |
|---|---|---|
| **Symbol** | **Type** | **Time in Force** |
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Aug 30, 2023 | Filled | $0.2416 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 2 | Aug 30, 2023 at 8:14 AM PDT | 2 shares at $0.2305 |
| **Filled Notional** | | |
| $0.46 | | |

Download Trade Confirmation

**Meta Materials Limit Buy**                                                    $0.23
Aug 29, 2023                                                       1 share at $0.2345

| | | |
|---|---|---|
| **Symbol** | **Type** | **Time in Force** |
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Aug 29, 2023 | Filled | $0.2458 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 1 | Aug 29, 2023 at 7:41 AM PDT | 1 share at $0.2345 |
| **Filled Notional** | | |
| $0.23 | | |

Download Trade Confirmation

**Meta Materials Limit Buy**                                                    $0.44
Aug 23, 2023                                                       2 shares at $0.2202

| | | |
|---|---|---|
| **Symbol** | **Type** | **Time in Force** |

12/15/24, 4:51 PM                                        Meta Materials History | Robinhood

| | | | |
|---|---|---|---|
| MMAT | Limit Buy | Good for day | |
| Submitted | Status | Limit Price | |
| Aug 23, 2023 | Filled | $0.231 | |
| Entered Quantity | Filled | Filled Quantity | |
| 2 | Aug 23, 2023 at 9:30 AM PDT | 2 shares at $0.2202 | Refine Results |
| Filled Notional | | | |
| $0.44 | | | |
| | | | Account |
| Download Trade Confirmation | | | |
| | | | Type |
| **Meta Materials Limit Buy** | | $0.66 | |
| Aug 18, 2023 | | 3 shares at $0.2215 | |
| | | | |
| Symbol | Type | Time in Force | |
| MMAT | Limit Buy | Good for day | |
| Submitted | Status | Limit Price | |
| Aug 18, 2023 | Filled | $0.2323 | |
| Entered Quantity | Filled | Filled Quantity | |
| 3 | Aug 18, 2023 at 12:51 PM PDT | 3 shares at $0.2215 | |
| Filled Notional | | | |
| $0.66 | | | |
| | | | |
| Download Trade Confirmation | | | |
| | | | |
| **Meta Materials Limit Buy** | | $0.64 | |
| Aug 17, 2023 | | 3 shares at $0.2147 | |
| | | | |
| Symbol | Type | Time in Force | |
| MMAT | Limit Buy | Good for day | |
| Submitted | Status | Limit Price | |
| Aug 17, 2023 | Filled | $0.2247 | |
| Entered Quantity | Filled | Filled Quantity | |
| 3 | Aug 17, 2023 at 7:08 AM PDT | 3 shares at $0.2147 | |
| Filled Notional | | | |
| $0.64 | | | |
| | | | |
| Download Trade Confirmation | | | |
| | | | |
| **Meta Materials Limit Buy** | | Canceled | |
| Aug 15, 2023 | | | |
| | | | |
| **Meta Materials Limit Buy** | | $0.95 | |
| Aug 15, 2023 | | 4 shares at $0.2378 | |
| | | | |
| Symbol | Type | Time in Force | |
| MMAT | Limit Buy | Good for day | |
| Submitted | Status | Limit Price | |

12/15/24, 4:51 PM                                    Meta Materials History | Robinhood

| Aug 15, 2023 | Filled | $0.2481 |
| --- | --- | --- |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 4 | Aug 15, 2023 at 7:05 AM PDT | 4 shares at $0.2378 |
| **Filled Notional** | | |
| $0.95 | | |

Refine Results

Download Trade Confirmation

Account

## Meta Materials Limit Buy
Aug 14, 2023

$1.45
6 shares at $0.2417

Type

| **Symbol** | **Type** | **Time in Force** |
| --- | --- | --- |
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Aug 14, 2023 | Filled | $0.252 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 6 | Aug 14, 2023 at 8:08 AM PDT | 6 shares at $0.2417 |
| **Filled Notional** | | |
| $1.45 | | |

Download Trade Confirmation

## Meta Materials Limit Buy
Aug 10, 2023

$0.23
1 share at $0.2315

| **Symbol** | **Type** | **Time in Force** |
| --- | --- | --- |
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Aug 10, 2023 | Filled | $0.2415 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 1 | Aug 10, 2023 at 8:55 AM PDT | 1 share at $0.2315 |
| **Filled Notional** | | |
| $0.23 | | |

Download Trade Confirmation

## Meta Materials Limit Buy
Aug 10, 2023

$7.41
32 shares at $0.2315

| **Symbol** | **Type** | **Time in Force** |
| --- | --- | --- |
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Aug 10, 2023 | Filled | $0.2415 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 32 | Aug 10, 2023 at 8:55 AM PDT | 32 shares at $0.2315 |
| **Filled Notional** | | |
| $7.41 | | |

Download Trade Confirmation

**Meta Materials Limit Buy**                                          $0.25
Aug 9, 2023                                                  1 share at $0.2511

                                                                    Refine Results

| Symbol | Type | Time in Force | |
| --- | --- | --- | --- |
| MMAT | Limit Buy | Good for day | Account |
| **Submitted** | **Status** | **Limit Price** | |
| Aug 9, 2023 | Filled | $0.2625 | Type |
| **Entered Quantity** | **Filled** | **Filled Quantity** | |
| 1 | Aug 9, 2023 at 9:36 AM PDT | 1 share at $0.2511 | |

**Filled Notional**
$0.25

Download Trade Confirmation

**Meta Materials Limit Buy**                                          $1.76
Aug 9, 2023                                                  7 shares at $0.2511

| Symbol | Type | Time in Force |
| --- | --- | --- |
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Aug 9, 2023 | Filled | $0.2831 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 7 | Aug 9, 2023 at 9:36 AM PDT | 7 shares at $0.2511 |

**Filled Notional**
$1.76

Download Trade Confirmation

**Meta Materials Limit Buy**                                          $0.23
Aug 2, 2023                                                  1 share at $0.23

| Symbol | Type | Time in Force |
| --- | --- | --- |
| MMAT | Limit Buy | Good till canceled |
| **Submitted** | **Status** | **Limit Price** |
| Aug 2, 2023 | Filled | $0.23 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 1 | Aug 7, 2023 at 7:03 AM PDT | 1 share at $0.23 |

**Filled Notional**
$0.23

Download Trade Confirmation

**Meta Materials Limit Buy**                                          $0.72
Aug 2, 2023                                                  3 shares at $0.2416

12/15/24, 4:51 PM                          Meta Materials History | Robinhood

| Symbol | Type | Time in Force | |
|---|---|---|---|
| MMAT | Limit Buy | Good for day | |
| Submitted | Status | Limit Price | Refine Results |
| Aug 2, 2023 | Filled | $0.2536 | |
| Entered Quantity | Filled | Filled Quantity | |
| 3 | Aug 2, 2023 at 12:54 PM PDT | 3 shares at $0.2416 | Account |
| Filled Notional | | | |
| $0.72 | | | Type |
| Download Trade Confirmation | | | |

### Meta Materials Limit Buy                                    $0.25
Jul 31, 2023                                              1 share at $0.251

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jul 31, 2023 | Filled | $0.251 |
| Entered Quantity | Filled | Filled Quantity |
| 1 | Jul 31, 2023 at 10:54 AM PDT | 1 share at $0.251 |
| Filled Notional | | |
| $0.25 | | |
| Download Trade Confirmation | | |

### Meta Materials Limit Buy                                    $0.25
Jul 31, 2023                                            1 share at $0.2529

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jul 31, 2023 | Filled | $0.2635 |
| Entered Quantity | Filled | Filled Quantity |
| 1 | Jul 31, 2023 at 10:54 AM PDT | 1 share at $0.2529 |
| Filled Notional | | |
| $0.25 | | |
| Download Trade Confirmation | | |

### Meta Materials Limit Buy                                    $3.26
Jul 31, 2023                                          13 shares at $0.251

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jul 31, 2023 | Filled | $0.2635 |

12/15/24, 4:51 PM                                    Meta Materials History | Robinhood

| Entered Quantity | Filled | Filled Quantity |
|---|---|---|
| 13 | Jul 31, 2023 at 10:53 AM PDT | 13 shares at $0.251 |

**Filled Notional**
$3.26

Download Trade Confirmation

Refine Results

| **Meta Materials Limit Buy** | | $0.65 | | Account |
| Jul 21, 2023 | | 3 shares at $0.2152 | | |
| | | | | Type |

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jul 21, 2023 | Filled | $0.2257 |
| Entered Quantity | Filled | Filled Quantity |
| 3 | Jul 21, 2023 at 7:31 AM PDT | 3 shares at $0.2152 |

**Filled Notional**
$0.65

Download Trade Confirmation

| **Meta Materials Limit Buy** | | $1.08 |
| Jul 21, 2023 | | 5 shares at $0.2155 |

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jul 21, 2023 | Filled | $0.2257 |
| Entered Quantity | Filled | Filled Quantity |
| 5 | Jul 21, 2023 at 7:31 AM PDT | 5 shares at $0.2155 |

**Filled Notional**
$1.08

Download Trade Confirmation

| **Meta Materials Limit Buy** | | $0.39 |
| Jul 18, 2023 | | 2 shares at $0.195 |

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jul 18, 2023 | Filled | $0.2039 |
| Entered Quantity | Filled | Filled Quantity |
| 2 | Jul 18, 2023 at 11:30 AM PDT | 2 shares at $0.195 |

**Filled Notional**
$0.39

12/15/24, 4:51 PM                                    Meta Materials History | Robinhood

Download Trade Confirmation

**Meta Materials Limit Buy**                                              $0.39
Jul 18, 2023                                                   2 shares at $0.195

                                                                        Refine Results

| Symbol | Type | Time in Force | |
|---|---|---|---|
| MMAT | Limit Buy | Good for day | |
| Submitted | Status | | Account |
| Jul 18, 2023 | Filled | Limit Price | |
| Entered Quantity | Filled | $0.2047 | Type |
| 2 | Jul 18, 2023 at 11:29 AM PDT | Filled Quantity | |
| Filled Notional | | 2 shares at $0.195 | |
| $0.39 | | | |

Download Trade Confirmation

**Meta Materials Limit Buy**                                              $13.23
Jul 18, 2023                                                  68 shares at $0.1946

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jul 18, 2023 | Filled | $0.2047 |
| Entered Quantity | Filled | Filled Quantity |
| 68 | Jul 18, 2023 at 11:29 AM PDT | 68 shares at $0.1946 |
| Filled Notional | | |
| $13.23 | | |

Download Trade Confirmation

**Meta Materials Limit Buy**                                              $0.19
Jul 18, 2023                                                   1 share at $0.1946

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jul 18, 2023 | Filled | $0.2046 |
| Entered Quantity | Filled | Filled Quantity |
| 1 | Jul 18, 2023 at 11:28 AM PDT | 1 share at $0.1946 |
| Filled Notional | | |
| $0.19 | | |

Download Trade Confirmation

**Meta Materials Limit Buy**                                              $0.78
Jul 18, 2023                                                   4 shares at $0.1946

12/15/24, 4:51 PM                                    Meta Materials History | Robinhood

| | | |
|---|---|---|
| **Symbol**<br>MMAT | **Type**<br>Market Sell | **Time in Force**<br>Good for day |
| **Submitted**<br>Mar 3, 2022 | **Status**<br>Filled | **Entered Quantity**<br>4 |
| **Filled**<br>Mar 3, 2022 at 12:15 PM PST | **Filled Quantity**<br>4 shares at $1.58 | **Filled Notional**<br>$6.30 |

**Refine Results**

Download Trade Confirmation

Account

Type

| | | |
|---|---|---|
| **Meta Materials Market Buy**<br>Dec 7, 2021 | | $16.68<br>5 shares at $3.34 |

| | | |
|---|---|---|
| **Symbol**<br>MMAT | **Type**<br>Market Buy | **Time in Force**<br>Good for day |
| **Submitted**<br>Dec 7, 2021 | **Status**<br>Filled | **Entered Quantity**<br>5 |
| **Filled**<br>Dec 7, 2021 at 7:50 AM PST | **Filled Quantity**<br>5 shares at $3.34 | **Filled Notional**<br>$16.68 |

Download Trade Confirmation

Meta Materials History | Robinhood

| Symbol | Type | Time in Force | |
|---|---|---|---|
| MMAT | Limit Buy | Good for day | |
| Submitted | Status | Limit Price | |
| Jul 18, 2023 | Filled | $0.2046 | |
| Entered Quantity | Filled | Filled Quantity | Refine Results |
| 4 | Jul 18, 2023 at 11:28 AM PDT | 4 shares at $0.1946 | |
| Filled Notional | | | Account |
| $0.78 | | | |
| | | | Type |
| Download Trade Confirmation | | | |

## Meta Materials Limit Buy
Jul 17, 2023

$0.19
1 share at $0.1924

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jul 17, 2023 | Filled | $0.2013 |
| Entered Quantity | Filled | Filled Quantity |
| 1 | Jul 17, 2023 at 7:52 AM PDT | 1 share at $0.1924 |
| Filled Notional | | |
| $0.19 | | |

Download Trade Confirmation

## Meta Materials Limit Buy
Jul 17, 2023

$0.19
1 share at $0.1931

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jul 17, 2023 | Filled | $0.2013 |
| Entered Quantity | Filled | Filled Quantity |
| 1 | Jul 17, 2023 at 7:51 AM PDT | 1 share at $0.1931 |
| Filled Notional | | |
| $0.19 | | |

Download Trade Confirmation

## Meta Materials Limit Buy
Jul 17, 2023

$7.50
39 shares at $0.1922

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jul 17, 2023 | Filled | $0.2013 |

| | | |
|---|---|---|
| Entered Quantity | Filled | Filled Quantity |
| 39 | Jul 17, 2023 at 7:51 AM PDT | 39 shares at $0.1922 |

**Filled Notional**
$7.50

Download Trade Confirmation                                    Refine Results

### Meta Materials Limit Buy                                    $0.19
Jul 17, 2023                                    1 share at $0.1903

Account

Type

| | | |
|---|---|---|
| Symbol | Type | Time in Force |
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jul 17, 2023 | Filled | $0.1997 |
| Entered Quantity | Filled | Filled Quantity |
| 1 | Jul 17, 2023 at 6:57 AM PDT | 1 share at $0.1903 |

**Filled Notional**
$0.19

Download Trade Confirmation

### Meta Materials Limit Buy                                    $0.19
Jul 17, 2023                                    1 share at $0.1903

| | | |
|---|---|---|
| Symbol | Type | Time in Force |
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jul 17, 2023 | Filled | $0.1998 |
| Entered Quantity | Filled | Filled Quantity |
| 1 | Jul 17, 2023 at 6:57 AM PDT | 1 share at $0.1903 |

**Filled Notional**
$0.19

Download Trade Confirmation

### Meta Materials Limit Buy                                    $6.47
Jul 17, 2023                                    34 shares at $0.1902

| | | |
|---|---|---|
| Symbol | Type | Time in Force |
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jul 17, 2023 | Filled | $0.1998 |
| Entered Quantity | Filled | Filled Quantity |
| 34 | Jul 17, 2023 at 6:56 AM PDT | 34 shares at $0.1902 |

**Filled Notional**
$6.47

Download Trade Confirmation

## Meta Materials Limit Buy
Jul 14, 2023                                                                    $0.37
                                                                    2 shares at $0.1866

Refine Results

| Symbol | Type | Time in Force | |
|---|---|---|---|
| MMAT | Limit Buy | Good for day | Account |
| **Submitted** | **Status** | **Limit Price** | |
| Jul 14, 2023 | Filled | $0.1959 | Type |
| **Entered Quantity** | **Filled** | **Filled Quantity** | |
| 2 | Jul 14, 2023 at 7:57 AM PDT | 2 shares at $0.1866 | |

**Filled Notional**
$0.37

Download Trade Confirmation

## Meta Materials Limit Buy
Jul 13, 2023                                                                    $0.19
                                                                    1 share at $0.1886

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Jul 13, 2023 | Filled | $0.1979 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 1 | Jul 13, 2023 at 9:07 AM PDT | 1 share at $0.1886 |

**Filled Notional**
$0.19

Download Trade Confirmation

## Meta Materials Limit Buy
Jul 13, 2023                                                                    $0.19
                                                                    1 share at $0.1885

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Jul 13, 2023 | Filled | $0.1979 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 1 | Jul 13, 2023 at 9:07 AM PDT | 1 share at $0.1885 |

**Filled Notional**
$0.19

Download Trade Confirmation

## Meta Materials Limit Buy
Jul 13, 2023                                                                    $0.19
                                                                    1 share at $0.1885

12/15/24, 4:51 PM                                          Meta Materials History | Robinhood

| Symbol | Type | Time in Force | |
|---|---|---|---|
| MMAT | Limit Buy | Good for day | |
| Submitted | Status | Limit Price | |
| Jul 13, 2023 | Filled | $0.198 | |
| Entered Quantity | Filled | Filled Quantity | Refine Results |
| 1 | Jul 13, 2023 at 9:07 AM PDT | 1 share at $0.1885 | |
| Filled Notional | | | Account |
| $0.19 | | | |
| | | | Type |
| Download Trade Confirmation | | | |

**Meta Materials Limit Buy**                                    $8.29
Jul 13, 2023                                        44 shares at $0.1885

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jul 13, 2023 | Filled | $0.1978 |
| Entered Quantity | Filled | Filled Quantity |
| 44 | Jul 13, 2023 at 9:07 AM PDT | 44 shares at $0.1885 |
| Filled Notional | | |
| $8.29 | | |

Download Trade Confirmation

**Meta Materials Limit Buy**                                    $0.19
Jul 12, 2023                                        1 share at $0.187

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jul 12, 2023 | Filled | $0.1964 |
| Entered Quantity | Filled | Filled Quantity |
| 1 | Jul 12, 2023 at 12:44 PM PDT | 1 share at $0.187 |
| Filled Notional | | |
| $0.19 | | |

Download Trade Confirmation

**Meta Materials Limit Buy**                                    $1.50
Jul 12, 2023                                        8 shares at $0.187

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jul 12, 2023 | Filled | $0.1963 |

| Entered Quantity | Filled | Filled Quantity |
|---|---|---|
| 8 | Jul 12, 2023 at 12:44 PM PDT | 8 shares at $0.187 |

**Filled Notional**
$1.50

Download Trade Confirmation

Refine Results

**Meta Materials Limit Buy**
Jul 6, 2023

$0.19
1 share at $0.1901

Account

Type

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jul 6, 2023 | Filled | $0.1996 |
| Entered Quantity | Filled | Filled Quantity |
| 1 | Jul 6, 2023 at 12:27 PM PDT | 1 share at $0.1901 |

**Filled Notional**
$0.19

Download Trade Confirmation

**Meta Materials Limit Buy**
Jul 6, 2023

$1.90
10 shares at $0.1901

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jul 6, 2023 | Filled | $0.1996 |
| Entered Quantity | Filled | Filled Quantity |
| 10 | Jul 6, 2023 at 12:27 PM PDT | 10 shares at $0.1901 |

**Filled Notional**
$1.90

Download Trade Confirmation

**Meta Materials Limit Buy**
Jul 5, 2023

$0.20
1 share at $0.2039

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jul 5, 2023 | Filled | $0.214 |
| Entered Quantity | Filled | Filled Quantity |
| 1 | Jul 5, 2023 at 7:55 AM PDT | 1 share at $0.2039 |

**Filled Notional**
$0.20

Download Trade Confirmation

**Meta Materials Limit Buy**
Jul 5, 2023                                                              Canceled

                                                                                        Refine Results

**Meta Materials Limit Buy**                                             $0.20
Jul 3, 2023                                                  1 share at $0.2018                Account

| Symbol | Type | Time in Force | Type |
|---|---|---|---|
| MMAT | Limit Buy | Good for day | |
| **Submitted** | **Status** | **Limit Price** | |
| Jul 3, 2023 | Filled | $0.2112 | |
| **Entered Quantity** | **Filled** | **Filled Quantity** | |
| 1 | Jul 3, 2023 at 8:22 AM PDT | 1 share at $0.2018 | |
| **Filled Notional** | | | |
| $0.20 | | | |

Download Trade Confirmation

**Meta Materials Limit Buy**                                             $2.62
Jul 3, 2023                                                 13 shares at $0.2012

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Jul 3, 2023 | Filled | $0.2112 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 13 | Jul 3, 2023 at 8:21 AM PDT | 13 shares at $0.2012 |
| **Filled Notional** | | |
| $2.62 | | |

Download Trade Confirmation

**Meta Materials Limit Buy**                                             $0.21
Jun 30, 2023                                                 1 share at $0.2115

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Jun 30, 2023 | Filled | $0.2222 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 1 | Jun 30, 2023 at 8:24 AM PDT | 1 share at $0.2115 |
| **Filled Notional** | | |
| $0.21 | | |

Download Trade Confirmation

## Meta Materials Limit Buy
Jun 30, 2023

**$2.11**
10 shares at $0.2115

| Symbol | Type | Time in Force | Refine Results |
|---|---|---|---|
| MMAT | Limit Buy | Good for day | |
| **Submitted** | **Status** | **Limit Price** | **Account** |
| Jun 30, 2023 | Filled | $0.2216 | |
| **Entered Quantity** | **Filled** | **Filled Quantity** | **Type** |
| 10 | Jun 30, 2023 at 8:24 AM PDT | 10 shares at $0.2115 | |

**Filled Notional**
$2.11

Download Trade Confirmation

## Meta Materials Limit Buy
Jun 29, 2023

**$0.20**
1 share at $0.2031

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Jun 29, 2023 | Filled | $0.2131 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 1 | Jun 29, 2023 at 7:52 AM PDT | 1 share at $0.2031 |

**Filled Notional**
$0.20

Download Trade Confirmation

## Meta Materials Limit Buy
Jun 29, 2023

**$3.65**
18 shares at $0.2031

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Jun 29, 2023 | Filled | $0.2131 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 18 | Jun 29, 2023 at 7:52 AM PDT | 18 shares at $0.2031 |

**Filled Notional**
$3.65

Download Trade Confirmation

## Meta Materials Limit Buy
Jun 27, 2023

**$0.18**
1 share at $0.1768

| Symbol | Type | Time in Force |
|---|---|---|

12/15/24, 4:51 PM                                                  Meta Materials History | Robinhood

$20.88

Download Trade Confirmation

**Meta Materials Limit Sell**                                          Rejected                    Refine Results
May 31, 2022

**Meta Materials Market Buy**                                          $56.98                     Account
May 23, 2022                                                   29.295629 shares at $1.95
                                                                                                  Type

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Market Buy | Good for day |
| Submitted | Status | Entered Amount |
| May 23, 2022 | Filled | $56.98 |
| Filled | Filled Quantity | Filled Notional |
| May 23, 2022 at 12:12 PM PDT | 29.295629 shares at $1.95 | $56.98 |

Download Trade Confirmation

**Meta Materials Market Buy**                                          $3.28
May 4, 2022                                                    2.711864 shares at $1.21

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Market Buy | Good for day |
| Submitted | Status | Entered Amount |
| May 4, 2022 | Filled | $3.28 |
| Filled | Filled Quantity | Filled Notional |
| May 4, 2022 at 9:52 AM PDT | 2.711864 shares at $1.21 | $3.28 |

Download Trade Confirmation

**Meta Materials Market Buy**                                          $1.19
May 4, 2022                                                    1 share at $1.19

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Market Buy | Good for day |
| Submitted | Status | Entered Quantity |
| May 4, 2022 | Filled | 1 |
| Filled | Filled Quantity | Filled Notional |
| May 4, 2022 at 9:20 AM PDT | 1 share at $1.19 | $1.19 |

Download Trade Confirmation

**Meta Materials Market Sell**                                         $6.30
Mar 3, 2022                                                    4 shares at $1.58

**Meta Materials Limit Buy**
Jun 30, 2023

$2.11
10 shares at $0.2115

| Symbol | Type | Time in Force | Refine Results |
|---|---|---|---|
| MMAT | Limit Buy | Good for day | |
| **Submitted** | **Status** | **Limit Price** | **Account** |
| Jun 30, 2023 | Filled | $0.2216 | |
| **Entered Quantity** | **Filled** | **Filled Quantity** | **Type** |
| 10 | Jun 30, 2023 at 8:24 AM PDT | 10 shares at $0.2115 | |

**Filled Notional**
$2.11

Download Trade Confirmation

**Meta Materials Limit Buy**
Jun 29, 2023

$0.20
1 share at $0.2031

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Jun 29, 2023 | Filled | $0.2131 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 1 | Jun 29, 2023 at 7:52 AM PDT | 1 share at $0.2031 |

**Filled Notional**
$0.20

Download Trade Confirmation

**Meta Materials Limit Buy**
Jun 29, 2023

$3.65
18 shares at $0.2031

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Jun 29, 2023 | Filled | $0.2131 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 18 | Jun 29, 2023 at 7:52 AM PDT | 18 shares at $0.2031 |

**Filled Notional**
$3.65

Download Trade Confirmation

**Meta Materials Limit Buy**
Jun 27, 2023

$0.18
1 share at $0.1768

| Symbol | Type | Time in Force |
|---|---|---|

12/15/24, 4:51 PM                          Meta Materials History | Robinhood

| MMAT | Limit Buy | Good for day |
| --- | --- | --- |
| Submitted | Status | Limit Price |
| Jun 27, 2023 | Filled | $0.1856 |
| Entered Quantity | Filled | Filled Quantity |
| 1 | Jun 27, 2023 at 7:31 AM PDT | 1 share at $0.1768 |
| Filled Notional | | |
| $0.18 | | |

Refine Results

Account

Type

Download Trade Confirmation

**Meta Materials Limit Buy**                                        $0.88
Jun 27, 2023                                              5 shares at $0.1768

| Symbol | Type | Time in Force |
| --- | --- | --- |
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jun 27, 2023 | Filled | $0.1856 |
| Entered Quantity | Filled | Filled Quantity |
| 5 | Jun 27, 2023 at 7:31 AM PDT | 5 shares at $0.1768 |
| Filled Notional | | |
| $0.88 | | |

Download Trade Confirmation

**Meta Materials Limit Buy**                                        $2.83
Jun 23, 2023                                              14 shares at $0.2025

| Symbol | Type | Time in Force |
| --- | --- | --- |
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jun 23, 2023 | Filled | $0.2123 |
| Entered Quantity | Filled | Filled Quantity |
| 14 | Jun 23, 2023 at 12:08 PM PDT | 14 shares at $0.2025 |
| Filled Notional | | |
| $2.83 | | |

Download Trade Confirmation

**Meta Materials Limit Buy**                                      Canceled
Jun 23, 2023

**Meta Materials Limit Buy**                                        $0.19
Jun 22, 2023                                              1 share at $0.1917

| Symbol | Type | Time in Force |
| --- | --- | --- |
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |

12/15/24, 4:51 PM                                    Meta Materials History | Robinhood

| Jun 22, 2023 | Filled | $0.2011 |
|---|---|---|
| Entered Quantity | Filled | Filled Quantity |
| 1 | Jun 22, 2023 at 10:28 AM PDT | 1 share at $0.1917 |
| Filled Notional | | |
| $0.19 | | |

Refine Results

Download Trade Confirmation

Account

**Meta Materials Limit Buy**                                   $1.92
Jun 22, 2023                                          10 shares at $0.1916

Type

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jun 22, 2023 | Filled | $0.2011 |
| Entered Quantity | Filled | Filled Quantity |
| 10 | Jun 22, 2023 at 10:27 AM PDT | 10 shares at $0.1916 |
| Filled Notional | | |
| $1.92 | | |

Download Trade Confirmation

**Meta Materials Limit Buy**                                   $1.84
Jun 21, 2023                                           9 shares at $0.2042

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jun 21, 2023 | Filled | $0.2144 |
| Entered Quantity | Filled | Filled Quantity |
| 9 | Jun 21, 2023 at 7:17 AM PDT | 9 shares at $0.2042 |
| Filled Notional | | |
| $1.84 | | |

Download Trade Confirmation

**Meta Materials Limit Buy**                                   $0.87
Jun 16, 2023                                           4 shares at $0.2178

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jun 16, 2023 | Filled | $0.2293 |
| Entered Quantity | Filled | Filled Quantity |
| 4 | Jun 16, 2023 at 7:35 AM PDT | 4 shares at $0.2178 |
| Filled Notional | | |
| $0.87 | | |

Download Trade Confirmation

### Meta Materials Limit Buy
May 22, 2023

**$0.26**
1 share at $0.263¹

Refine Results

| Symbol | Type | Time in Force | |
|---|---|---|---|
| MMAT | Limit Buy | Good for day | |
| | | | Account |
| Submitted | Status | Limit Price | |
| May 22, 2023 | Filled | $0.2761 | Type |
| Entered Quantity | Filled | Filled Quantity | |
| 1 | May 22, 2023 at 8:33 AM PDT | 1 share at $0.2631 | |

Filled Notional
$0.26

Download Trade Confirmation

### Meta Materials Limit Buy
May 22, 2023

**$1.05**
4 shares at $0.2631

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| May 22, 2023 | Filled | $0.2754 |
| Entered Quantity | Filled | Filled Quantity |
| 4 | May 22, 2023 at 8:33 AM PDT | 4 shares at $0.2631 |

Filled Notional
$1.05

Download Trade Confirmation

### Meta Materials Limit Buy
May 22, 2023

**$2.63**
10 shares at $0.2626

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| May 22, 2023 | Filled | $0.2762 |
| Entered Quantity | Filled | Filled Quantity |
| 10 | May 22, 2023 at 8:33 AM PDT | 10 shares at $0.2626 |

Filled Notional
$2.63

Download Trade Confirmation

### Meta Materials Limit Buy
May 1, 2023

**$1.90**
10 shares at $0.1896

12/15/24, 4:51 PM                                      Meta Materials History | Robinhood

| Symbol | Type | Time in Force | |
|---|---|---|---|
| MMAT | Limit Buy | Good for day | |
| **Submitted** | **Status** | **Limit Price** | **Refine Results** |
| May 1, 2023 | Filled | $0.1993 | |
| **Entered Quantity** | **Filled** | **Filled Quantity** | |
| 10 | May 1, 2023 at 7:46 AM PDT | 10 shares at $0.1896 | **Account** |
| **Filled Notional** | | | |
| $1.90 | | | **Type** |
| Download Trade Confirmation | | | |

**Meta Materials Limit Buy**                                               **$0.58**
Apr 25, 2023                                                        3 shares at $0.1946

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Apr 25, 2023 | Filled | $0.2043 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 3 | Apr 25, 2023 at 2:08 PM PDT | 3 shares at $0.1946 |
| **Filled Notional** | | |
| $0.58 | | |
| Download Trade Confirmation | | |

**Meta Materials Limit Buy**                                               **$2.92**
Apr 25, 2023                                                        15 shares at $0.1946

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Apr 25, 2023 | Filled | $0.2043 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 15 | Apr 25, 2023 at 2:07 PM PDT | 15 shares at $0.1946 |
| **Filled Notional** | | |
| $2.92 | | |
| Download Trade Confirmation | | |

**Meta Materials Limit Buy**                                               **$1.82**
Apr 24, 2023                                                        9 shares at $0.2024

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Apr 24, 2023 | Filled | $0.2125 |

12/15/24, 4:51 PM                                    Meta Materials History | Robinhood

**Entered Quantity**
9

**Filled**
Apr 24, 2023 at 11:16 AM PDT

**Filled Quantity**
9 shares at $0.2024

**Filled Notional**
$1.82

Download Trade Confirmation

Refine Results

**Meta Materials Limit Buy**
Apr 24, 2023

$0.99
5 shares at $0.197

Account

Type

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Apr 24, 2023 | Filled | $0.2069 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 5 | Apr 24, 2023 at 8:44 AM PDT | 5 shares at $0.197 |

**Filled Notional**
$0.99

Download Trade Confirmation

**Meta Materials Limit Buy**
Apr 24, 2023

$8.87
45 shares at $0.197

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| **Submitted** | **Status** | **Limit Price** |
| Apr 24, 2023 | Filled | $0.2068 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 45 | Apr 24, 2023 at 8:43 AM PDT | 45 shares at $0.197 |

**Filled Notional**
$8.87

Download Trade Confirmation

**Meta Materials Limit Buy**
Apr 20, 2023

$0.19
1 share at $0.1899

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good till canceled |
| **Submitted** | **Status** | **Limit Price** |
| Apr 20, 2023 | Filled | $0.20 |
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 1 | Apr 21, 2023 at 4:00 AM PDT | 1 share at $0.1899 |

**Filled Notional**
$0.19

12/15/24, 4:51 PM                                    Meta Materials History | Robinhood

**Download Trade Confirmation**

**Meta Materials Limit Buy**                                          **$20.01**
Apr 17, 2023                                                    87 shares at $0.23

                                                                              Refine Results

| Symbol | Type | Time in Force | |
|---|---|---|---|
| MMAT | Limit Buy | Good till canceled | Account |
| Submitted | Status | Limit Price | |
| Apr 17, 2023 | Filled | $0.23 | Type |
| Entered Quantity | Filled | Filled Quantity | |
| 87 | Apr 17, 2023 at 5:33 AM PDT | 87 shares at $0.23 | |

Filled Notional
$20.01

**Download Trade Confirmation**

**Meta Materials Limit Buy**                                          **$0.46**
Apr 14, 2023                                                    2 shares at $0.2287

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Apr 14, 2023 | Filled | $0.2403 |
| Entered Quantity | Filled | Filled Quantity |
| 2 | Apr 14, 2023 at 10:02 AM PDT | 2 shares at $0.2287 |

Filled Notional
$0.46

**Download Trade Confirmation**

**Meta Materials Limit Buy**                                          **$9.18**
Apr 14, 2023                                                    40 shares at $0.2294

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Apr 14, 2023 | Filled | $0.2409 |
| Entered Quantity | Filled | Filled Quantity |
| 40 | Apr 14, 2023 at 10:01 AM PDT | 40 shares at $0.2294 |

Filled Notional
$9.18

**Download Trade Confirmation**

**Meta Materials Limit Buy**                                          **$0.76**
Apr 12, 2023                                                    2 shares at $0.382

12/15/24, 4:51 PM                                    Meta Materials History | Robinhood

| Symbol | Type | Time in Force | |
|---|---|---|---|
| MMAT | Limit Buy | Good for day | |
| Submitted | Status | Limit Price | |
| Apr 12, 2023 | Filled | $0.4012 | |
| Entered Quantity | Filled | Filled Quantity | Refine Results |
| 2 | Apr 12, 2023 at 10:41 AM PDT | 2 shares at $0.3821 | |
| Filled Notional | | | Account |
| $0.76 | | | |
| Download Trade Confirmation | | | Type |

### Meta Materials Limit Buy
Apr 12, 2023

$1.91
5 shares at $0.3821

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Apr 12, 2023 | Filled | $0.4012 |
| Entered Quantity | Filled | Filled Quantity |
| 5 | Apr 12, 2023 at 10:41 AM PDT | 5 shares at $0.3821 |
| Filled Notional | | |
| $1.91 | | |

Download Trade Confirmation

### Meta Materials Limit Buy
Apr 12, 2023

$19.11
50 shares at $0.3821

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Apr 12, 2023 | Filled | $0.4011 |
| Entered Quantity | Filled | Filled Quantity |
| 50 | Apr 12, 2023 at 10:40 AM PDT | 50 shares at $0.3821 |
| Filled Notional | | |
| $19.11 | | |

Download Trade Confirmation

### Meta Materials Limit Buy
Oct 7, 2022

$13.78
21 shares at $0.6561

| Symbol | Type | Time in Force |
|---|---|---|
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Oct 7, 2022 | Filled | $0.66 |

| | | |
|---|---|---|
| **Entered Quantity** | **Filled** | **Filled Quantity** |
| 21 | Oct 7, 2022 at 8:22 AM PDT | 21 shares at $0.6561 |
| **Filled Notional** | | |
| $13.78 | | |

Download Trade Confirmation

**Refine Results**

| **Meta Materials Market Buy** | | $23.03 | **Account** |
|---|---|---|---|
| Jul 28, 2022 | | 25.023093 shares at $0.9202 | |
| | | | **Type** |

| | | |
|---|---|---|
| **Symbol** | **Type** | **Time in Force** |
| MMAT | Market Buy | Good for day |
| **Submitted** | **Status** | **Entered Amount** |
| Jul 28, 2022 | Filled | $23.03 |
| **Filled** | **Filled Quantity** | **Filled Notional** |
| Jul 28, 2022 at 10:33 AM PDT | 25.023093 shares at $0.9202 | $23.03 |

Download Trade Confirmation

| **Meta Materials Market Buy** | | $0.93 |
|---|---|---|
| Jul 28, 2022 | | 1 share at $0.9275 |

| | | |
|---|---|---|
| **Symbol** | **Type** | **Time in Force** |
| MMAT | Market Buy | Good for day |
| **Submitted** | **Status** | **Entered Quantity** |
| Jul 28, 2022 | Filled | * |
| **Filled** | **Filled Quantity** | **Filled Notional** |
| Jul 28, 2022 at 9:20 AM PDT | 1 share at $0.9275 | $0.93 |

Download Trade Confirmation

| **Meta Materials Market Buy** | | $6.68 |
|---|---|---|
| Jul 27, 2022 | | 7.564286 shares at $0.8832 |

| | | |
|---|---|---|
| **Symbol** | **Type** | **Time in Force** |
| MMAT | Market Buy | Good for day |
| **Submitted** | **Status** | **Entered Amount** |
| Jul 27, 2022 | Filled | $6.68 |
| **Filled** | **Filled Quantity** | **Filled Notional** |
| Jul 28, 2022 at 6:30 AM PDT | 7.564286 shares at $0.8832 | $6.68 |

Download Trade Confirmation

| **Meta Materials Market Buy** | | $1.08 |
|---|---|---|
| Jul 22, 2022 | | 1.163981 shares at $0.9279 |

12/15/24, 4:51 PM                                        Meta Materials History | Robinhood

| | | | |
|---|---|---|---|
| **Symbol** | **Type** | **Time in Force** | |
| | Market Buy | Good for day | |
| **Submitted** | **Status** | **Entered Amount** | |
| Jul 22, 2022 | Filled | $1.08 | |
| **Filled** | **Filled Quantity** | **Filled Notional** | **Refine Results** |
| Jul 22, 2022 at 9:17 AM PDT | 1.163981 shares at $0.9279 | $1.08 | |
| Download Trade Confirmation | | | Account |
| | | | Type |

**Meta Materials Market Buy**                                 $39.96
Jul 19, 2022                                    42.017357 shares at $0.951

| | | |
|---|---|---|
| **Symbol** | **Type** | **Time in Force** |
| | Market Buy | Good for day |
| **Submitted** | **Status** | **Entered Amount** |
| Jul 19, 2022 | Filled | $39.96 |
| **Filled** | **Filled Quantity** | **Filled Notional** |
| Jul 19, 2022 at 12:44 PM PDT | 42.017357 shares at $0.951 | $39.96 |
| Download Trade Confirmation | | |

**Meta Materials Market Buy**                                 $9.98
Jul 14, 2022                                    10.771721 shares at $0.9266

| | | |
|---|---|---|
| **Symbol** | **Type** | **Time in Force** |
| | Market Buy | Good for day |
| **Submitted** | **Status** | **Entered Amount** |
| Jul 14, 2022 | Filled | $9.98 |
| **Filled** | **Filled Quantity** | **Filled Notional** |
| Jul 14, 2022 at 12:36 PM PDT | 10.771721 shares at $0.9266 | $9.98 |
| Download Trade Confirmation | | |

**Meta Materials Market Buy**                                 $119.95
Jul 14, 2022                                    132.045354 shares at $0.9084

| | | |
|---|---|---|
| **Symbol** | **Type** | **Time in Force** |
| MMAT | Market Buy | Good for day |
| **Submitted** | **Status** | **Entered Amount** |
| Jul 14, 2022 | Filled | $119.95 |
| **Filled** | **Filled Quantity** | **Filled Notional** |
| Jul 14, 2022 at 6:44 AM PDT | 132.045354 shares at $0.9084 | $119.95 |
| Download Trade Confirmation | | |

## Meta Materials Market Buy
Jul 13, 2022

$126.71

134.830026 shares at $0.9398

| | | | |
|---|---|---|---|
| Symbol | Type | Time in Force | Refine Results |
| MMAT | Market Buy | Good for day | |
| Submitted | Status | Entered Amount | |
| Jul 13, 2022 | Filled | $126.71 | Account |
| Filled | Filled Quantity | Filled Notional | |
| Jul 13, 2022 at 6:36 AM PDT | 134.830026 shares at $0.9398 | $126.71 | Type |

Download Trade Confirmation

## Meta Materials Market Buy
Jun 28, 2022

$1.08

1 share at $1.08

| | | |
|---|---|---|
| Symbol | Type | Time in Force |
| MMAT | Market Buy | Good for day |
| Submitted | Status | Entered Quantity |
| Jun 28, 2022 | Filled | 1 |
| Filled | Filled Quantity | Filled Notional |
| Jun 28, 2022 at 12:50 PM PDT | 1 share at $1.08 | $1.08 |

Download Trade Confirmation

## Meta Materials Market Buy
Jun 28, 2022

$1.07

1 share at $1.07

| | | |
|---|---|---|
| Symbol | Type | Time in Force |
| MMAT | Market Buy | Good for day |
| Submitted | Status | Entered Quantity |
| Jun 28, 2022 | Filled | 1 |
| Filled | Filled Quantity | Filled Notional |
| Jun 28, 2022 at 11:36 AM PDT | 1 share at $1.07 | $1.07 |

Download Trade Confirmation

## Meta Materials Limit Buy
Jun 27, 2022

$20.88

18 shares at $1.16

| | | |
|---|---|---|
| Symbol | Type | Time in Force |
| MMAT | Limit Buy | Good for day |
| Submitted | Status | Limit Price |
| Jun 27, 2022 | Filled | $1.16 |
| Entered Quantity | Filled | Filled Quantity |
| 18 | Jun 27, 2022 at 7:36 AM PDT | 18 shares at $1.16 |
| Filled Notional | | |

Meta Materials History | Robinhood

$20.88

Download Trade Confirmation

**Meta Materials Limit Sell**
May 31, 2022                                              Rejected              Refine Results

**Meta Materials Market Buy**
May 23, 2022                                              $56.98                Account
                                            29.295629 shares at $1.95
                                                                              Type

| Symbol | Type | Time in Force |
|--------|------|---------------|
| MMAT | Market Buy | Good for day |
| Submitted | Status | Entered Amount |
| May 23, 2022 | Filled | $56.98 |
| Filled | Filled Quantity | Filled Notional |
| May 23, 2022 at 12:12 PM PDT | 29.295629 shares at $1.95 | $56.98 |

Download Trade Confirmation

**Meta Materials Market Buy**
May 4, 2022                                               $3.28
                                            2.711864 shares at $1.21

| Symbol | Type | Time in Force |
|--------|------|---------------|
| MMAT | Market Buy | Good for day |
| Submitted | Status | Entered Amount |
| May 4, 2022 | Filled | $3.28 |
| Filled | Filled Quantity | Filled Notional |
| May 4, 2022 at 9:52 AM PDT | 2.711864 shares at $1.21 | $3.28 |

Download Trade Confirmation

**Meta Materials Market Buy**
May 4, 2022                                               $1.19
                                              1 share at $1.19

| Symbol | Type | Time in Force |
|--------|------|---------------|
| MMAT | Market Buy | Good for day |
| Submitted | Status | Entered Quantity |
| May 4, 2022 | Filled | 1 |
| Filled | Filled Quantity | Filled Notional |
| May 4, 2022 at 9:20 AM PDT | 1 share at $1.19 | $1.19 |

Download Trade Confirmation

**Meta Materials Market Sell**
Mar 3, 2022                                               $6.30
                                              4 shares at $1.58