NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

**Name of Debtor:** Meta Materials, Inc  
**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Edward Esposito
   1100 S. Miami Av. Apt 1510
   Miami, FL 33130

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC 18 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

**Telephone Number:** 305-588-7646

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

**Account or other number by which Interest holder identifies Debtor:**
Richard Werner ending 0798

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   Edward Esposito
   568 Yamato Rd, 1st fl
   Boca Raton, FL 33431

   **Telephone Number:** Paid 1,747 1-33-24

3. **Date Equity Interest was acquired:**
   17 shares currently held

4. **Total amount of member interest:** Paid 1,747 1-33-24

5. **Certificate number(s):** See attached documentation

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Edward Esposito
**Title:** Investor
**Company:** ___ Address and telephone number (if different from notice address above):

(Signature)   12-17-2024 (Date)
**Telephone number:** 305-588-7646   **email:** 888anypayne@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**DAVID LERNER ASSOCIATES, INC.**
*The Sensible Middle Ground of Investing®*

CORPORATE HEADQUARTERS:
477 Jericho Turnpike
P.O. Box 9006
Syosset, NY 11791-9006
www.davidlerner.com

ORIGINAL

## CONFIRMATION NOTICE

| TRANSACTION DATE | ACCOUNT NUMBER |
|---|---|
| 01/23/2023 | ███0798 |
| SETTLEMENT DATE | ACCOUNT TYPE |
| 01/25/2023 | CASH 0307 |
| PROCESSING DATE | TRANSACTION TYPE |
| 01/23/2023 | 61 |

EDWARD ESPOSITO
INDIVIDUAL RETIREMENT ACCOUNT
RBC CAPITAL MARKETS LLC CUST
1330 WEST AVENUE APT 2705
MIAMI BEACH FL 33139-0911

### WE CONFIRM THE FOLLOWING TRANSACTION(S):

| SYMBOL | CUSIP | |
|---|---|---|
| MMAT | 59134N104 | **YOU BOUGHT** |

**DESCRIPTION**

META MATLS INC
COMMON STOCK
PREFERRED CLIENT RATE
UNSOLICITED

| QUANTITY | PRICE | PRINCIPAL/GROSS AMOUNT | ACCRUED INTEREST | COMMISSION | MARK UP/DOWN PER SHARE | OTHER FEES/SERVICE CHARGE | SALES CHARGE RATE |
|---|---|---|---|---|---|---|---|
| 1700 | 1.025 | 1742.50 | 0.00 | 0.00 | | 5.00 | |
| 1700 | | 1742.50 | 0.00 | 0.00 | | 5.00 | |

**SUMMARY:**
SERVICE CHARGE           5.00

THANK YOU

IMPORTANT TAX INFORMATION
PLEASE RETAIN FOR YOUR RECORDS

| NET AMOUNT |
|---|
| 1747.50 |

PLEASE MAKE CHECKS PAYABLE TO:
RBC CLEARING & CUSTODY

***YOUR FINANCIAL PROFESSIONAL:***
RICHARD M. LERNER
NN0BR B9A
561-226-4553
800-367-3000