NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor: Meta Materials
Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Kevin Andrusyk
627 Marley Rd
Burlington Ontario
L7T-3R8

Telephone Number:

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 18 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: 255LW75

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
TD Direct Investing
Telephone Number: 1-877-883-8125

3. Date Equity Interest was acquired:
2023 started buying
Total shares as of 2024 (468)

4. Total amount of member interest: _____

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest: Investor
Description: _____

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Kevin Andrusyk
Title:
Company:___ Address and telephone number (if different from notice address above):

(Signature)   (Date)
Telephone number:   email:

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
|  | Beginning cash balance |  |  |  |  | 80.48 |
| Apr 5 | Contribution | HQ100 TSF FR 6346084 |  |  | 1,188.00 | 1,268.48 |
| Apr 10 | Buy | META MATERIALS INC CONV TO CAD @36.69 %US PR DP-599258 | 2,000 | 0.420 | -1,161.85 | 106.63 |
| Apr 14 | Contribution | JQ271 TSF FR 6346084 |  |  | 1,200.00 | 1,306.63 |
| Apr 18 | Buy | META MATERIALS INC CONV TO CAD @35.49 %US PR WO-597684 | 4,200 | 0.220 | -1,265.46 | 41.17 |
| Apr 20 | Contribution | IQ315 TSF FR 6346084 |  |  | 250.00 | 291.17 |
| Apr 24 | Buy | META MATERIALS INC CONV TO CAD @36.89 %US PR CW-599247 | 1,000 | 0.200 | -287.46 | 3.71 |
| Apr 30 | Ending cash balance |  |  |  |  | $3.71 |

## Your TFSA contribution and withdrawal information

**Contributions**

Year to date      $9,618.00

**Withdrawals**

Year to date      $0.00

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.

*Order-Execution-Only Account.*



# TD Direct Investing

# Your TFSA statement
April 1, 2023 to April 30, 2023

Account number: 255LW7-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR KEVIN J ANDRUSYK
627 MARLEY RD
BURLINGTON ON
L7T 3R8

**Do you have a question?**

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | 1-800-465-5463 |
| **French:** | 1-800-361-2684 |
| **Cantonese:** | 1-800-838-3223 option 1 |
| **Mandarin:** | 1-800-838-3223 option 2 |

## Your account at a glance

> ⓘ **You need to know**
> Please see **page 2** for important information about your account.

| | This period (Apr 1 - Apr 30, 2023) | Last period (Mar 1 - Mar 31, 2023) | Year to date (Jan 1 - Apr 30, 2023) |
|---|---:|---:|---:|
| Beginning balance | $3,571.69 | $3,407.01 | $114.00 |
| Change in your account balance | -$182.08 | $164.68 | $3,275.61 |
| **Ending balance** | **$3,389.61** | **$3,571.69** | **$3,389.61** |

▸ US dollars converted to Canadian dollars at **1.3550** as of Apr 30, 2023

## Holdings in your account
on April 30, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---:|---:|---:|---:|
| **DOMESTIC** | | | | | | |
| Cash | | | 3.71 | 3.71 | 0.00 | 0.11% |
| **TOTAL DOMESTIC** | | | **$3.71** | **$3.71** | | **0.11%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| BORQS TECHNOLOGIES-NEW (BRQS) | 110 SEG | 0.210u | 839.88 | 31.31 | -808.57 | 0.92% |
| META MATERIALS INC (MMAT) | 13,450 SEG | 0.184u | 9,537.65 | 3,354.59 | -6,183.06 | 98.97% |
| **TOTAL FOREIGN** | | | **$10,377.53** | **$3,385.90** | | **99.89%** |
| **Total Portfolio** | | | **$10,381.24** | **$3,389.61** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3550**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by**
Investment Industry Regulatory Organization of Canada

Page 1 of 3



Account number: 255LW7-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Mar 31, 2023

## Definitions

### An explanation of terms shown in the tables above

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
|  | Beginning cash balance |  |  |  |  | 97.27 |
| Mar 22 | Contribution | HQ045 TSF FR 6346084 |  |  | 2,000.00 | 2,097.27 |
| Mar 24 | Buy | META MATERIALS INC CONV TO CAD @39.09 %US PR ZQ-592975 | 2,500 | 0.576 | -2,016.79 | 80.48 |
| Mar 31 | Ending cash balance |  |  |  |  | $80.48 |

## Your TFSA contribution and withdrawal information

**Contributions**

Year to date                      $6,980.00

**Withdrawals**

Year to date                      $0.00

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.



# TD Direct Investing

# Your TFSA statement
January 1, 2023 to January 31, 2023

Account number: 255LW7-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR KEVIN J ANDRUSYK
627 MARLEY RD
BURLINGTON ON
L7T 3R8

**Do you have a question?**

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| English: | 1-800-465-5463 |
| French: | 1-800-361-2684 |
| Cantonese: | 1-800-838-3223 option 1 |
| Mandarin: | 1-800-838-3223 option 2 |

## Your account at a glance

ⓘ You need to know
Please see **page 2** for important information about your account.

| | This period (Jan 1 - Jan 31, 2023) | Last period (Dec 1 - Dec 31, 2022) | Year to date (Jan 1 - Jan 31, 2023) |
|---|---|---|---|
| Beginning balance | $114.00 | $158.52 | $114.00 |
| Change in your account balance | $2,438.27 | -$44.52 | $2,438.27 |
| **Ending balance** | **$2,552.27** | **$114.00** | **$2,552.27** |

▶ US dollars converted to Canadian dollars at **1.3310** as of Jan 31, 2023

## Holdings in your account
on January 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 21.09 | 21.09 | 0.00 | 0.83% |
| **TOTAL DOMESTIC** | | | **$21.09** | **$21.09** | | **0.83%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| BORQS TECHNOLOGIES-NEW (BRQS) | 110 SEG | 0.302U | 839.88 | 44.21 | -795.67 | 1.73% |
| META MATERIALS INC (MMAT) | 1,850 SEG | 1.010U | 2,741.95 | 2,486.97 | -254.98 | 97.44% |
| **TOTAL FOREIGN** | | | **$3,581.83** | **$2,531.18** | | **99.17%** |
| **Total Portfolio** | | | **$3,602.92** | **$2,552.27** | | **100.00%** |

▶ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3310**
▶ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction
▶ U=US dollars

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by**
Investment Industry Regulatory Organization of Canada

Page 1 of 3



Account number: 255LW7-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Jan 31, 2023

## Definitions

### An explanation of terms shown in the tables above

*Book cost for long positions* is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

*Book cost for short positions* is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

*Market value* is the price of the security or fund multiplied by the quantity held.

*Unrealized Gain or Loss* is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | Beginning cash balance | | | | | 83.04 |
| Jan 11 | Contribution | HH523 TSF FR 6346084 | | | 1,300.00 | 1,383.04 |
| Jan 12 | Contribution | HW015 TSF FR 6346084 | | | 1,000.00 | 2,383.04 |
| Jan 13 | Buy | META MATERIALS INC CONV TO CAD @36.39 %US PR DS-574765 | 900 | 1.100 | -1,363.89 | 1,019.15 |
| Jan 17 | Buy | META MATERIALS INC CONV TO CAD @35.79 %US PR HM-575602 | 700 | 1.060 | -1,021.13 | -1.98 |
| Jan 25 | Contribution | HO205 TSF FR 6346084 | | | 380.00 | 378.02 |
| Jan 27 | Buy | META MATERIALS INC CONV TO CAD @35.99 %US PR QM-579727 | 250 | 1.009 | -356.93 | 21.09 |
| Jan 31 | Ending cash balance | | | | | $21.09 |

## Your TFSA contribution and withdrawal information

**Contributions**
Year to date                $2,680.00

**Withdrawals**
Year to date                $0.00

### ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.

*Order-Execution-Only Account.*



# TD Direct Investing

# Your TFSA statement
February 1, 2023 to February 28, 2023

Account number: 255LW7-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR KEVIN J ANDRUSYK
627 MARLEY RD
BURLINGTON ON
L7T 3R8

**Do you have a question?**

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| English: | 1-800-465-5463 |
| French: | 1-800-361-2684 |
| Cantonese: | 1-800-838-3223 option 1 |
| Mandarin: | 1-800-838-3223 option 2 |

## Your account at a glance

**You need to know**
Please see page 2 for important information about your account.

| | This period (Feb 1 - Feb 28, 2023) | Last period (Jan 1 - Jan 31, 2023) | Year to date (Jan 1 - Feb 28, 2023) |
|---|---|---|---|
| Beginning balance | $2,552.27 | $114.00 | $114.00 |
| Change in your account balance | $854.74 | $2,438.27 | $3,293.01 |
| Ending balance | $3,407.01 | $2,552.27 | $3,407.01 |

▶ US dollars converted to Canadian dollars at **1.3630** as of Feb 28, 2023

## Holdings in your account
on February 28, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 97.27 | 97.27 | 0.00 | 2.85% |
| **TOTAL DOMESTIC** | | | **$97.27** | **$97.27** | | **2.85%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| BORQS TECHNOLOGIES-NEW (BRQS) | 110 SEG | 0.249U | 839.88 | 37.34 | -802.54 | 1.10% |
| META MATERIALS INC (MMAT) | 3,750 SEG | 0.640U | 4,806.09 | 3,272.40 | -1,533.69 | 96.05% |
| **TOTAL FOREIGN** | | | **$5,645.97** | **$3,309.74** | | **97.15%** |
| **Total Portfolio** | | | **$5,743.24** | **$3,407.01** | | **100.00%** |

▶ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3630**

▶ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▶ U=US dollars





Account number: 255LW7-J
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Feb 28, 2023

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | Beginning cash balance | | | | | 21.09 |
| Feb 1 | Tax on Non-Qualified Investments | 2022T3 RET NQTAX-255LW7J | | | -159.68 | -138.59 |
| Feb 8 | Contribution | HQ553 TSF FR 6346084 | | | 1,300.00 | 1,161.41 |
| Feb 10 | Buy | META MATERIALS INC CONV TO CAD @36.34 %US PR IP-581415 | 900 | 0.910 | -1,130.24 | 31.17 |
| Feb 22 | Contribution | HH111 TSF FR 6346084 | | | 1,000.00 | 1,031.17 |
| Feb 24 | Buy | META MATERIALS INC CONV TO CAD @37.34 %US PR SD-585275 | 1,000 | 0.670 | -933.90 | 97.27 |
| Feb 28 | Ending cash balance | | | | | $97.27 |

## Your TFSA contribution and withdrawal information

**Contributions**
Year to date                                  $4,980.00

**Withdrawals**
Year to date                                  $0.00

### ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.

*Order-Execution-Only Account.*



# TD Direct Investing

# Your TFSA statement
March 1, 2023 to March 31, 2023

Account number: 255LW7-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR KEVIN J ANDRUSYK
627 MARLEY RD
BURLINGTON ON
L7T 3R8

**Do you have a question?**

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | 1-800-465-5463 |
| **French:** | 1-800-361-2684 |
| **Cantonese:** | 1-800-838-3223 option 1 |
| **Mandarin:** | 1-800-838-3223 option 2 |

## Your account at a glance

**ⓘ You need to know**
Please see **page 2** for important information about your account.

| | This period (Mar 1 - Mar 31, 2023) | Last period (Feb 1 - Feb 28, 2023) | Year to date (Jan 1 - Mar 31, 2023) |
|---|---|---|---|
| Beginning balance | $3,407.01 | $2,552.27 | $114.00 |
| Change in your account balance | $164.68 | $854.74 | $3,457.69 |
| **Ending balance** | **$3,571.69** | **$3,407.01** | **$3,571.69** |

▸ US dollars converted to Canadian dollars at **1.3540** as of Mar 31, 2023

## Holdings in your account
on March 31, 2023

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 80.48 | 80.48 | 0.00 | 2.25% |
| **TOTAL DOMESTIC** | | | **$80.48** | **$80.48** | | **2.25%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |
| BORQS TECHNOLOGIES-NEW (BRQS) | 110 SEG | 0.250u | 839.88 | 37.24 | -802.64 | 1.04% |
| META MATERIALS INC (MMAT) | 6,250 SEG | 0.408u | 6,822.88 | 3,453.97 | -3,368.91 | 96.70% |
| **TOTAL FOREIGN** | | | **$7,662.76** | **$3,491.21** | | **97.75%** |
| **Total Portfolio** | | | **$7,743.24** | **$3,571.69** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3540**
▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction
▸ U=US dollars

**Order-Execution-Only Account.**

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by**
Investment Industry Regulatory Organization of Canada

Page 1 of 3



# TD Direct Investing

# Your TFSA statement
November 1, 2024 to November 30, 2024

Account number: 255LW7-J
Account type: Tax-Free Savings Account - CDN
Account currency: Canadian dollars

MR KEVIN J ANDRUSYK
627 MARLEY RD
BURLINGTON ON
L7T 3R8

### Do you have a question?
If you have any questions or require assistance, please log into the TD app and choose Contact Us from the 'More' menu, or call the numbers below to speak to an Investment Representative:

| | |
|---|---|
| English: | 1-800-465-5463 |
| French: | 1-800-361-2684 |
| Cantonese: | 1-800-838-3223 option 1 |
| Mandarin: | 1-800-838-3223 option 2 |

## Your account at a glance

**You need to know**
Please see **page 2** for important information about your account.

| | This period (Nov 1 - Nov 30, 2024) | Last period (Oct 1 - Oct 31, 2024) | Year to date (Jan 1 - Nov 30, 2024) |
|---|---|---|---|
| Beginning balance | $14,386.15 | $15,523.71 | $4,121.63 |
| Change in your account balance | -$14,166.62 | -$1,137.56 | -$3,902.10 |
| **Ending balance** | **$219.53** | **$14,386.15** | **$219.53** |

▸ US dollars converted to Canadian dollars at **1.4010** as of Nov 30, 2024

## Holdings in your account
on November 30, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 179.52 | 179.52 | 0.00 | 81.77% |
| **COMMON SHARES** | | | | | | |
| META MATERIALS INC-NEW (**MMATQ**) | 468 SEG | 0.061u | 19,416.33 | 40.01 | -19,376.32 | 18.23% |
| **TOTAL DOMESTIC** | | | **$19,595.85** | **$219.53** | | **100.00%** |
| **Total Portfolio** | | | **$19,595.85** | **$219.53** | | **100.00%** |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.4010**
▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction
▸ U=US dollars

**Order-Execution-Only Account.**
TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



Regulated by CIRO
Canadian Investment
Regulatory Organization

Page 1 of 3



Account number: 255LW7-
Account type: Tax-Free Savings Account - CDN
Your TFSA statement: Nov 30, 2024

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | Beginning cash balance | | | | | 13,722.66 |
| Nov 6 | Deregistration | WITHDRAWAL | | | -3,000.00 | 10,722.66 |
| Nov 12 | Deregistration | WITHDRAWAL | | | -3,000.00 | 7,722.66 |
| Nov 12 | Sell | GAMESTOP CORP CL-A CONV TO CAD @37.11 %US PR BS-723578 | -320 | 27.250 | 11,941.95 | 19,664.61 |
| Nov 12 | Buy | GAMESTOP CORP CL-A | 100 | 24.690 | 0.00 | 19,664.61 |
| Nov 12 | Buy | GAMESTOP CORP CL-A CONV TO CAD @41.29 %US PR IA-723687 | 200 | 24.709 | -10,485.09 | 9,179.52 |
| Nov 15 | Deregistration | WITHDRAWAL | | | -3,000.00 | 6,179.52 |
| Nov 18 | Deregistration | WITHDRAWAL | | | -3,000.00 | 3,179.52 |
| Nov 18 | Deregistration | WITHDRAWAL | | | -3,000.00 | 179.52 |
| Nov 30 | Ending cash balance | | | | | $179.52 |

## Your TFSA contribution and withdrawal information

**Contributions**
Year to date                                $17,550.00

**Withdrawals**
Year to date                                -$15,000.00

### ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.

*Order-Execution-Only Account.*

