NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:** Meta Materials

**Case Number:** 24-50724

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Joseph Benjamin Wichman
8405 Greenwood circle
Lenexa, KS 66215

Telephone Number:
913-484-2865

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 18 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor** (last 4 digits only): #5115  Full # 746675115

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
RobinHood
Telephone Number: 650-761-7789

**3. Date Equity Interest was acquired:**
Feb, 2024 - May 8, 2024

**4. Total amount of member interest:** 52 shares
MMAT1 (Qty 8 1/17/2025 Call $0.50

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Joseph Wichman
Title:
Company: Address and telephone number (if different from notice address above):

(Signature)    (Date)
Telephone number: 913-484-2865    email: jbw0228@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]    [ Save Form ]    [ Clear Form ]

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

**Joe Wichman** Account #:746675115
8405 Greenwood Cir, Lenexa, KS 66215

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Brokerage Cash Balance | $0.00 | $0.00 |
| Deposit Sweep Balance | $0.66 | $1.72 |
| Total Securities | $6,417.59 | $7,055.50 |
| **Portfolio Value** | **$6,418.25** | **$7,057.22** |

**Portfolio Allocation**



■ **Cash and Cash Equivalents**
0.02%

■ **Equities**
97.13%

■ **Options**
2.85%

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.00 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.04 | $0.46 |

As of the closing date of this statement, the annual percentage yield (APY) for customers enrolled in the brokerage cash sweep program is 0.01% for customers who are not subscribed to Robinhood Gold. For customers subscribed to Robinhood Gold or enrolled in a boosted rate promotion, the APY ranges from 4.25% - 4.75%. Program banks pay interest on your swept cash, minus any fees paid to Robinhood. Neither Robinhood Financial LLC nor any of its affiliates are banks. Investment products are not FDIC-insured, not bank guaranteed, and may lose value. Uninvested cash swept to the program banks is eligible for FDIC insurance up to applicable limits, subject to FDIC rules. The Securities Investor Protection Corporation has taken the position that uninvested cash swept to the program banks is not covered by the Securities Investor Protection Act.

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF").

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

3840999

**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Art's-Way Manufacturing<br>Estimated Yield: 0.00% | ARTW | Margin | 1 | $1.6950 | $1.70 | $0.00 | 0.02% |
| Collective Audience<br>Estimated Yield: 0.00% | CAUD | Margin | 10 | $0.2914 | $2.91 | $0.00 | 0.04% |
| Trump Media & Technology Group<br>Estimated Yield: 0.00% | DJT | Margin | 4 | $31.6000 | $126.40 | $0.00 | 1.79% |
| ENVIVA<br>Estimated Yield: 905,000.00% | EVVAQ | Margin | 1 | $0.0001 | $0.01 | $90.50 | 0.00% |
| FingerMotion<br>Estimated Yield: 0.00% | FNGR | Margin | 2,180 | $2.0400 | $4,447.20 | $0.00 | 63.02% |
| GD Culture Group<br>Estimated Yield: 0.00% | GDC | Margin | 129 | $2.6100 | $336.69 | $0.00 | 4.77% |
| Giftify<br>Estimated Yield: 0.00% | GIFT | Margin | 1 | $1.4300 | $1.43 | $0.00 | 0.02% |
| Grove Collaborative<br>Estimated Yield: 0.00% | GROV | Margin | 1 | $1.5500 | $1.55 | $0.00 | 0.02% |
| Icahn Enterprises<br>Estimated Yield: 36.13% | IEP | Margin | 1 | $11.0800 | $11.08 | $4.00 | 0.16% |
| Know Labs<br>Estimated Yield: 0.00% | KNW | Margin | 1,614 | $0.2423 | $391.07 | $0.00 | 5.54% |
| MicroAlgo<br>Estimated Yield: 0.00% | MLGO | Margin | 68 | $0.1736 | $11.80 | $0.00 | 0.17% |
| Milestone Scientific<br>Estimated Yield: 0.00% | MLSS | Margin | 233 | $0.9900 | $230.67 | $0.00 | 3.27% |
| Meta Materials<br>Estimated Yield: 0.00% | MMATQ | Margin | 52 | $0.0610 | $3.17 | $0.00 | 0.05% |

**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Mobile-health Network Solutions<br>Estimated Yield: 0.00% | MNDR | Margin | 16 | $0.2848 | $4.56 | $0.00 | 0.06% |
| Mingteng International Corporation Inc.<br>Estimated Yield: 0.00% | MTEN | Margin | 1 | $5.9632 | $5.96 | $0.00 | 0.08% |
| Northern Dynasty Minerals<br>Estimated Yield: 0.00% | NAK | Margin | 21 | $0.4439 | $9.32 | $0.00 | 0.13% |
| Nixxy, Inc<br>Estimated Yield: 0.00% | NIXX | Margin | 70 | $2.5400 | $177.80 | $0.00 | 2.52% |
| NeuroSense Therapeutics<br>Estimated Yield: 0.00% | NRSN | Margin | 38 | $0.9801 | $37.24 | $0.00 | 0.53% |
| Odyssey Marine Exploration<br>Estimated Yield: 0.00% | OMEX | Margin | 377 | $0.4640 | $174.93 | $0.00 | 2.48% |
| QXO<br>Estimated Yield: 0.00% | QXO | Margin | 2 | $16.6400 | $33.28 | $0.00 | 0.47% |
| Safety Shot<br>Estimated Yield: 0.00% | SHOT | Margin | 1 | $0.9194 | $0.92 | $0.00 | 0.01% |
| SELINA HOSPITALITY<br>Estimated Yield: 0.00% | SLNAF | Margin | 1 | $0.0002 | $0.01 | $0.00 | 0.00% |
| Telomir Pharmaceuticals, Inc.<br>Estimated Yield: 0.00% | TELO | Margin | 70 | $3.9800 | $278.60 | $0.00 | 3.95% |
| Wrap Technologies<br>Estimated Yield: 0.00% | WRAP | Margin | 1 | $1.7950 | $1.80 | $0.00 | 0.03% |
| JIN MEDICAL INTERNATIONAL<br>Estimated Yield: 0.00% | ZJYL | Margin | 619.947368 | $0.9104 | $564.40 | $0.00 | 8.00% |
| FNGR 01/17/2025 Call $2.50<br>Estimated Yield: 0.00% | FNGR | Margin | 5 | $0.2000 | $100.00 | $0.00 | 1.42% |

**Portfolio Summary**

| Securities Held In Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| GME 12/06/2024 Call $32.00<br>Estimated Yield: 0.00% | GME | Margin | 1 | $0.9300 | $93.00 | $0.00 | 1.32% |
| MMAT1 01/17/2025 Call $0.50<br>Estimated Yield: 0.00% | MMAT1 | Margin | 8 | $0.0100 | $8.00 | $0.00 | 0.11% |
| **Total Securities** | | | | | **$7,055.50** | **$94.50** | **99.98%** |
| **Brokerage Cash Balance** | | | | | **$0.00** | | **0.00%** |
| **Deposit Sweep Balance** | | | | | **$1.72** | | **0.02%** |
| **Total Priced Portfolio** | | | | | **$7,057.22** | | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| ACH Deposit | | Margin | ACH | 10/31/2024 | | | | $100.00 |
| FingerMotion CUSIP: 31788K108 | FNGR | Margin | Buy | 10/31/2024 | 4 | $1.8883 | $7.55 | |
| Gold Deposit Boost Payment | | Margin | GDBP | 11/01/2024 | | | | $1.77 |
| Gold Subscription Fee | | Margin | GOLD | 11/01/2024 | | | $5.00 | |
| Milestone Scientific CUSIP: 59935P209 | MLSS | Margin | Buy | 10/31/2024 | 30 | $0.7900 | $23.70 | |
| Trump Media & Technology Group CUSIP: 25400Q105 | DJT | Margin | Buy | 10/31/2024 | 2 | $34.3500 | $68.70 | |
| ACH Deposit | | Margin | ACH | 11/01/2024 | | | | $25.00 |
| ACH Deposit | | Margin | ACH | 11/01/2024 | | | | $100.00 |
| FingerMotion CUSIP: 31788K108 | FNGR | Margin | Buy | 11/01/2024 | 24 | $1.7990 | $43.18 | |
| GME 11/08/2024 Call $23.50 | GME | Margin | BTO | 11/01/2024 | 1 | $0.5400 | $54.03 | |
| Nixxy, Inc CUSIP: 75630B402 | NIXX | Margin | Buy | 11/01/2024 | 7 | $2.8993 | $20.30 | |
| ACH REVERSAL | | Margin | ACH | 11/05/2024 | | | $100.00 | |
| FingerMotion CUSIP: 31788K108 | FNGR | Margin | Sell | 11/07/2024 | 50 | $2.0934 | | $104.67 |
| GME 11/08/2024 Call $23.50 | GME | Margin | STC | 11/07/2024 | 1 | $0.4000 | | $39.95 |
| Milestone Scientific CUSIP: 59935P209 | MLSS | Margin | Buy | 11/07/2024 | 50 | $0.7131 | $35.66 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Milestone Scientific<br>CUSIP: 59935P209 | MLSS | Margin | Buy | 11/07/2024 | 15 | $0.7066 | $10.60 | |
| Nixxy, Inc<br>CUSIP: 75630B402 | NIXX | Margin | Buy | 11/11/2024 | 1 | $2.7700 | $2.77 | |
| FingerMotion<br>CUSIP: 31788K108 | FNGR | Margin | Sell | 11/12/2024 | 18 | $2.1306 | | $38.35 |
| GD Culture Group<br>CUSIP: 19200A204 | GDC | Margin | Sell | 11/12/2024 | 10 | $2.4600 | | $24.60 |
| GME 11/15/2024 Call $38.00 | GME | Margin | BTO | 11/12/2024 | 1 | $0.3000 | $30.03 | |
| GME 11/15/2024 Call $38.00 | GME | Margin | STC | 11/12/2024 | 1 | $0.2500 | | $24.95 |
| Icahn Enterprises<br>CUSIP: 451100101 | IEP | Margin | Buy | 11/12/2024 | 1 | $12.7050 | $12.71 | |
| JIN MEDICAL INTERNATIONAL<br>CUSIP: G5140V112 | ZJYL | Margin | Buy | 11/12/2024 | 5 | $1.5992 | $8.00 | |
| JIN MEDICAL INTERNATIONAL<br>CUSIP: G5140V112 | ZJYL | Margin | Buy | 11/12/2024 | 2 | $1.5301 | $3.06 | |
| JIN MEDICAL INTERNATIONAL<br>CUSIP: G5140V112 | ZJYL | Margin | Buy | 11/12/2024 | 16 | $1.4001 | $22.40 | |
| Know Labs<br>CUSIP: 499238103 | KNW | Margin | Sell | 11/12/2024 | 20 | $0.2316 | | $4.63 |
| Nixxy, Inc<br>CUSIP: 75630B402 | NIXX | Margin | Sell | 11/12/2024 | 5 | $2.7135 | | $13.57 |
| Northern Dynasty Minerals<br>CUSIP: 66510M204 | NAK | Margin | Buy | 11/12/2024 | 1 | $0.4580 | $0.46 | |
| Northern Dynasty Minerals | | | | | | | | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| CUSIP: 66510M204 | NAK | Margin | Buy | 11/12/2024 | 20 | $0.4462 | $8.92 | |
| OMEX 11/22/2024 Call $0.50 | OMEX | Margin | BTO | 11/12/2024 | 1 | $0.0500 | $5.03 | |
| Odyssey Marine Exploration CUSIP: 676118201 | OMEX | Margin | Buy | 11/12/2024 | 6 | $0.4658 | $2.79 | |
| QXO CUSIP: 82846H405 | QXO | Margin | Buy | 11/12/2024 | 1 | $16.3950 | $16.40 | |
| Wrap Technologies CUSIP: 98212N107 | WRAP | Margin | Sell | 11/12/2024 | 2 | $1.6100 | | $3.22 |
| ACH Deposit | | Margin | ACH | 11/15/2024 | | | | $100.00 |
| ACH Deposit | | Margin | ACH | 11/15/2024 | | | | $100.00 |
| ACH Deposit | | Margin | ACH | 11/15/2024 | | | | $100.00 |
| ACH Deposit | | Margin | ACH | 11/15/2024 | | | | $100.00 |
| Crypto Money Movement | | Margin | COIN | 11/18/2024 | | | $49.49 | |
| GME 11/22/2024 Call $28.50 | GME | Margin | BTO | 11/15/2024 | 1 | $2.0500 | $205.03 | |
| GameStop CUSIP: 36467W109 | GME | Margin | Buy | 11/15/2024 | 1 | $27.1200 | $27.12 | |
| JIN MEDICAL INTERNATIONAL CUSIP: G5140V112 | ZJYL | Margin | Buy | 11/15/2024 | 65 | $1.4498 | $94.24 | |
| Know Labs CUSIP: 499238103 | KNW | Margin | Buy | 11/15/2024 | 3 | $0.2093 | $0.63 | |
| Nixxy, Inc CUSIP: 75630B402 | NIXX | Margin | Buy | 11/15/2024 | 20 | $3.0358 | $60.71 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Odyssey Marine Exploration CUSIP: 676118201 | OMEX | Margin | Buy | 11/15/2024 | 10 | $0.4197 | $4.20 | |
| Odyssey Marine Exploration CUSIP: 676118201 | OMEX | Margin | Buy | 11/15/2024 | 20 | $0.4035 | $8.07 | |
| Option Expiration for FNGR 11/15/2024 Call $3.00 | | Margin | OEXP | 11/15/2024 | 10S | | | |
| Option Expiration for FNGR 11/15/2024 Call $4.00 | | Margin | OEXP | 11/15/2024 | 5S | | | |
| ACH Deposit | | Margin | ACH | 11/18/2024 | | | | $50.00 |
| ACH Deposit | | Margin | ACH | 11/18/2024 | | | | $20.00 |
| ACH Deposit | | Margin | ACH | 11/18/2024 | | | | $100.00 |
| ACH Deposit | | Margin | ACH | 11/18/2024 | | | | $35.00 |
| DJT 11/22/2024 Call $33.00 | DJT | Margin | BTO | 11/18/2024 | 1 | $0.3500 | $35.03 | |
| FingerMotion CUSIP: 31788K108 | FNGR | Margin | Buy | 11/18/2024 | 25 | $1.9595 | $48.99 | |
| Mobile-health Network Solutions CUSIP: G62264109 | MNDR | Margin | Buy | 11/18/2024 | 15 | $0.2673 | $4.01 | |
| Odyssey Marine Exploration CUSIP: 676118201 | OMEX | Margin | Buy | 11/18/2024 | 54 | $0.3743 | $20.21 | |
| Odyssey Marine Exploration CUSIP: 676118201 | OMEX | Margin | Buy | 11/18/2024 | 100 | $0.3888 | $38.88 | |
| Odyssey Marine Exploration CUSIP: 676118201 | OMEX | Margin | Buy | 11/18/2024 | 20 | $0.3888 | $7.78 | |
| ACH Deposit | | Margin | ACH | 11/19/2024 | | | | $50.00 |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| NeuroSense Therapeutics<br>CUSIP: M74240108 | NRSN | Margin | Buy | 11/19/2024 | 38 | $1.1787 | $44.79 | |
| Odyssey Marine Exploration<br>CUSIP: 676118201 | OMEX | Margin | Buy | 11/19/2024 | 10 | $0.4051 | $4.05 | |
| DJT 11/22/2024 Call $33.00 | DJT | Margin | STC | 11/21/2024 | 1 | $0.6400 | | $63.95 |
| DJT 11/22/2024 Call $39.50 | DJT | Margin | BTO | 11/21/2024 | 1 | $0.1600 | $16.03 | |
| GME 11/22/2024 Call $28.50 | GME | Margin | STC | 11/21/2024 | 1 | $0.8000 | | $79.95 |
| GME 11/22/2024 Call $34.00 | GME | Margin | BTO | 11/21/2024 | 1 | $0.1300 | $13.03 | |
| Crypto Money Movement | | Margin | COIN | 11/25/2024 | | | | $121.69 |
| Crypto Money Movement | | Margin | COIN | 11/25/2024 | | | $4.99 | |
| GME 11/22/2024 Call $30.00 | GME | Margin | BTO | 11/22/2024 | 1 | $0.1100 | $11.03 | |
| GME 11/29/2024 Call $29.00 | GME | Margin | BTO | 11/22/2024 | 1 | $1.0000 | $100.03 | |
| Instant bank transfer – account ending in 9051 | | Margin | RTP | 11/25/2024 | | | $117.90 | |
| Instant bank transfer – withdrawal fee | | Margin | RTP | 11/25/2024 | | | $2.10 | |
| Option Expiration for DJT 11/22/2024 Call $39.50 | | Margin | OEXP | 11/22/2024 | 1S | | | |
| Option Expiration for GME 11/22/2024 Call $30.00 | | Margin | OEXP | 11/22/2024 | 1S | | | |
| Option Expiration for GME 11/22/2024 Call $34.00 | | Margin | OEXP | 11/22/2024 | 1S | | | |
| Option Expiration for OMEX 11/22/2024 Call $0.50 | | Margin | OEXP | 11/22/2024 | 1S | | | |
| GameStop<br>CUSIP: 36467W109 | GME | Margin | Sell | 11/25/2024 | 1 | $28.7611 | | $28.76 |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| JIN MEDICAL INTERNATIONAL CUSIP: G5140V112 | ZJYL | Margin | Buy | 11/25/2024 | 8 | $0.9838 | $7.87 | |
| Milestone Scientific CUSIP: 59935P209 | MLSS | Margin | Buy | 11/25/2024 | 20 | $0.8169 | $16.34 | |
| DJT 11/29/2024 Call $31.50 | DJT | Margin | BTO | 11/26/2024 | 1 | $0.5300 | $53.03 | |
| FingerMotion CUSIP: 31788K108 | FNGR | Margin | Sell | 11/26/2024 | 5 | $1.9650 | | $9.83 |
| FingerMotion CUSIP: 31788K108 | FNGR | Margin | Sell | 11/26/2024 | 30 | $1.9610 | | $58.83 |
| GME 11/29/2024 Call $29.00 | GME | Margin | STC | 11/26/2024 | 1 | $2.9000 | | $289.95 |
| GME 11/29/2024 Call $33.00 | GME | Margin | BTO | 11/26/2024 | 1 | $1.0000 | $100.03 | |
| GME 11/29/2024 Call $33.00 | GME | Margin | STC | 11/26/2024 | 1 | $0.6500 | | $64.95 |
| GME 11/29/2024 Call $34.50 | GME | Margin | BTO | 11/26/2024 | 1 | $0.4900 | $49.03 | |
| GME 11/29/2024 Call $37.00 | GME | Margin | BTO | 11/26/2024 | 1 | $0.6000 | $60.03 | |
| GME 11/29/2024 Call $37.00 | GME | Margin | STC | 11/26/2024 | 1 | $0.5000 | | $49.95 |
| JIN MEDICAL INTERNATIONAL CUSIP: G5140V112 | ZJYL | Margin | Buy | 11/26/2024 | 1 | $0.9894 | $0.99 | |
| JIN MEDICAL INTERNATIONAL CUSIP: G5140V112 | ZJYL | Margin | Buy | 11/26/2024 | 5 | $0.9900 | $4.95 | |
| JIN MEDICAL INTERNATIONAL CUSIP: G5140V112 | ZJYL | Margin | Buy | 11/26/2024 | 7 | $0.8649 | $6.05 | |
| JIN MEDICAL INTERNATIONAL CUSIP: G5140V112 | ZJYL | Margin | Buy | 11/26/2024 | 60 | $0.8718 | $52.31 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| JIN MEDICAL INTERNATIONAL<br>CUSIP: G5140V112 | ZJYL | Margin | Buy | 11/26/2024 | 60 | $0.8718 | $52.31 | |
| JIN MEDICAL INTERNATIONAL<br>CUSIP: G5140V112 | ZJYL | Margin | Buy | 11/26/2024 | 30 | $0.8485 | $25.46 | |
| JIN MEDICAL INTERNATIONAL<br>CUSIP: G5140V112 | ZJYL | Margin | Buy | 11/26/2024 | 70 | $0.8751 | $61.26 | |
| Odyssey Marine Exploration<br>CUSIP: 676118201 | OMEX | Margin | Buy | 11/26/2024 | 35 | $0.3776 | $13.22 | |
| Crypto Money Movement | | Margin | COIN | 11/29/2024 | | | $100.00 | |
| Crypto Money Movement | | Margin | COIN | 11/29/2024 | | | | $100.07 |
| FingerMotion<br>CUSIP: 31788K108 | FNGR | Margin | Sell | 11/27/2024 | 110 | $1.9662 | | $216.26 |
| GME 12/06/2024 Call $32.00 | GME | Margin | BTO | 11/27/2024 | 1 | $1.9600 | $196.03 | |
| Giftify<br>CUSIP: 74940T104 | GIFT | Margin | Buy | 11/27/2024 | 1 | $1.5200 | $1.52 | |
| Interest Payment | | Sweep | INT | 11/29/2024 | | | | $0.04 |
| Odyssey Marine Exploration<br>CUSIP: 676118201 | OMEX | Margin | Buy | 11/27/2024 | 50 | $0.3765 | $18.82 | |
| **Total Funds Paid and Received** | | | | | | | **$2,218.88** | **$2,219.94** |

**Executed Trades Pending Settlement**
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Art's-Way Manufacturing<br>CUSIP: 043168103 | Margin | Buy | 11/29/2024 | 12/02/2024 | 3 | $1.6700 | $5.01 | |
| DJT 11/29/2024 Call $31.50 | Margin | STC | 11/29/2024 | 12/02/2024 | 1 | $0.1300 | | $12.95 |
| DJT 12/06/2024 Call $33.00 | Margin | BTO | 11/29/2024 | 12/02/2024 | 1 | $1.2000 | $120.03 | |
| FNGR 05/16/2025 Call $2.00 | Margin | BTO | 11/29/2024 | 12/02/2024 | 4 | $0.5900 | $236.12 | |
| FNGR 05/16/2025 Call $2.00 | Margin | BTO | 11/29/2024 | 12/02/2024 | 4 | $0.5900 | $236.12 | |
| FNGR 05/16/2025 Call $2.00 | Margin | BTO | 11/29/2024 | 12/02/2024 | 1 | $0.5900 | $59.03 | |
| FNGR 05/16/2025 Call $2.00 | Margin | BTO | 11/29/2024 | 12/02/2024 | 1 | $0.5900 | $59.03 | |
| FNGR 12/20/2024 Call $3.00 | Margin | BTO | 11/29/2024 | 12/02/2024 | 5 | $0.0400 | $20.15 | |
| FNGR 12/20/2024 Call $3.00 | Margin | BTO | 11/29/2024 | 12/02/2024 | 3 | $0.0500 | $15.09 | |
| FNGR 12/20/2024 Call $3.00 | Margin | BTO | 11/29/2024 | 12/02/2024 | 7 | $0.0500 | $35.21 | |
| FingerMotion<br>CUSIP: 31788K108 | Margin | Buy | 11/29/2024 | 12/02/2024 | 50 | $2.0395 | $101.98 | |
| GME 11/29/2024 Call $31.00 | Margin | BTO | 11/29/2024 | 12/02/2024 | 1 | $0.1200 | $12.03 | |
| IEP 01/17/2025 Call $12.50 | Margin | BTO | 11/29/2024 | 12/02/2024 | 1 | $0.4000 | $40.03 | |
| Milestone Scientific<br>CUSIP: 59935P209 | Margin | Buy | 11/29/2024 | 12/02/2024 | 150 | $1.0300 | $154.50 | |
| Milestone Scientific<br>CUSIP: 59935P209 | Margin | Buy | 11/29/2024 | 12/02/2024 | 100 | $1.0298 | $102.98 | |
| NeuroSense Therapeutics<br>CUSIP: M74240108 | Margin | Buy | 11/29/2024 | 12/02/2024 | 50 | $0.9690 | $48.45 | |

**Executed Trades Pending Settlement**
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Option Expiration for GME 11/29/2024 Call $31.00 | Margin | OEXP | 11/29/2024 | 12/02/2024 | 1S | | | |
| Option Expiration for GME 11/29/2024 Call $34.50 | Margin | OEXP | 11/29/2024 | 12/02/2024 | 1S | | | |
| QXO CUSIP: 82846H405 | Margin | Buy | 11/29/2024 | 12/02/2024 | 1 | $17.0100 | $17.01 | |
| **Total Executed Trades Pending Settlement** | | | | | | | $1,262.77 | $12.95 |

**Deposit Sweep Program Banks**
These are the program banks where your uninvested cash is held as of 11/29/2024. Balances are insured by FDIC, not SIPC.

| Bank | Balance |
|------|---------|
| Citibank | $1.72 |

As of the closing date of this statement, the annual percentage yield (APY) for customers enrolled in the brokerage cash sweep program is 0.01% for customers who are not subscribed to Robinhood Gold. For customers subscribed to Robinhood Gold or enrolled in a boosted rate promotion, the APY ranges from 4.25% - 4.75%. Program banks pay interest on your swept cash, minus any fees paid to Robinhood. Neither Robinhood Financial LLC nor any of its affiliates are banks. Investment products are not FDIC-insured, not bank guaranteed, and may lose value. Uninvested cash swept to the program banks is eligible for FDIC insurance up to applicable limits, subject to FDIC rules. The Securities Investor Protection Corporation has taken the position that uninvested cash swept to the program banks is not covered by the Securities Investor Protection Act.

**Deposit Sweep Activity**
These transactions reflect movements of uninvested cash to and from program banks.

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| Opening Sweep Balance | 11/01/2024 | | | $0.66 |
| FDIC Sweep | 11/01/2024 | | $0.05 | $0.71 |
| FDIC Sweep | 11/01/2024 | | $1.77 | $2.48 |
| FDIC Sweep | 11/01/2024 | $2.48 | | $0.00 |
| FDIC Sweep | 11/04/2024 | | $4.97 | $4.97 |
| FDIC Sweep | 11/06/2024 | $4.97 | | $0.00 |
| FDIC Sweep | 11/08/2024 | | $3.33 | $3.33 |
| FDIC Sweep | 11/12/2024 | $2.77 | | $0.56 |
| FDIC Sweep | 11/13/2024 | $0.48 | | $0.08 |
| FDIC Sweep | 11/18/2024 | $0.08 | | $0.00 |
| FDIC Sweep | 11/19/2024 | | $0.69 | $0.69 |
| FDIC Sweep | 11/20/2024 | | $1.16 | $1.85 |
| FDIC Sweep | 11/22/2024 | | $114.84 | $116.69 |
| FDIC Sweep | 11/25/2024 | $111.06 | | $5.63 |
| FDIC Sweep | 11/25/2024 | | $121.69 | $127.32 |
| FDIC Sweep | 11/25/2024 | $117.90 | | $9.42 |
| FDIC Sweep | 11/25/2024 | $2.10 | | $7.32 |

## Deposit Sweep Activity
These transactions reflect movements of uninvested cash to and from program banks.

| Description | Date | Debit | Credit | Balance |
|---|---|---|---|---|
| FDIC Sweep | 11/25/2024 | $4.99 | | $2.33 |
| FDIC Sweep | 11/26/2024 | | $4.55 | $6.88 |
| FDIC Sweep | 11/27/2024 | $5.16 | | $1.72 |
| FDIC Sweep | 11/28/2024 | $0.11 | | $1.61 |
| FDIC Sweep | 11/29/2024 | $1.61 | | $0.00 |
| FDIC Sweep | 11/29/2024 | | $1.68 | $1.68 |
| Interest Payment | 11/29/2024 | | $0.04 | $1.72 |
| Closing Sweep Balance | 11/30/2024 | | | $1.72 |
| Total Swept Funds | | $253.71 | $254.77 | |

## Important Information

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on debit balances in your account may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the new debit balance.

We are required to report to the Internal Revenue Service all cash dividends and interest credited to your account on securities held for you in our name. All dividends and interest credits should be included in your income tax return.

Information relative to regulatory trading/transaction fees and any other charges incurred in connection with equity or listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of the information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com.

Any free credit balances represent funds payable on demand of the customer.

RHS acts as clearing agent for your trades. Your account, which was introduced to us by RHF, is established under your name on a "fully disclosed" basis at RHS. You remain a customer of RHF.

### Notice to Customers

As required, under SEC rules, both the RHF and RHS Order Routing Reports as well as information regarding specific order routing information is available free of charge upon request.

As a clearing agent, RHS provides securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguarding of funds and securities while in our possession, monitoring compliance with applicable credit Regulation T and RHS internal policies, preparing and making accessible your account records (including transaction confirmations and periodic statements of your account).

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size and net debit balance during the interest period. These rates are subject to revision with appropriate notice. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://rbnhd.co /fees.

Robinhood Gold Card is offered by Robinhood Credit, Inc. ("RCT") and is issued by Coastal Community Bank, Member FDIC, pursuant to a license from Visa U.S.A. Inc. RCT is a financial technology company, not a bank.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email RHF or RHS at help@robinhood.com. RHF must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

1. Tell RHF your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell RHF the dollar amount of the suspected error.

RHF will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, RHF will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes RHF to complete our investigation.

Please see the Robinhood Securities, LLC & Robinhood Financial LLC Insured Network Deposit Sweep Program Disclosures, available at https://rbnhd.co /ind-disclosure, for the terms and conditions of the sweep program, including information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority, Inc. ("FINRA"), and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or via their website www.finra.org. RHS carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transactions we process to your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to RHF. In order to protect your rights, please confirm any oral communications in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to: help@robinhood.com.

The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealers relationship with such venues. In addition, the Rule (SEC Rule 606) requires broker-dealers to disclose, upon customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, and the execution time for the orders that were executed. For further information, please contact RHF.

All trade confirmations are transmitted on or about the transaction date.

Statement of Financial Condition
Robinhood Securities, LLC. Unaudited Statement of Financial Condition as of June 30, 2024 is available on the Company's website at www.robinhood.com /legal. A paper copy may be requested at no cost by calling 1-(800)-282-1327. On June 30, 2024, Robinhood Securities, LLC. had a net capital of $2,457,014,912, which was $2,349,014,248 in excess of its required net capital of $108,000,664.

Please retain this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify interest charges in your account. This statement shall be deemed conclusive unless objected to in writing within ten (10) days.          3840999



AST is now EQ

EQUINITI TRUST COMPANY, LLC
OPERATIONS CENTER
PO BOX 500
NEWARK, NJ 07101

JOSEPH BENJAMIN WICHMAN
8405 GREENWOOD CIR
LENEXA KS 66215

| | |
|---|---|
| **Statement Date:** | February 26, 2024 |
| **Company Name:** | NEXT BRIDGE HYDROCARBONS INC |
| **Company Number:** | 27067 |
| **Stock Exchange:** | |
| **Company Ticker Symbol:** | |
| **CUSIP:** | 629999590 |
| **Account Number:** | 0000012415 |

www.astfinancial.com
help@equiniti.com
800-937-5449

## Transaction Advice

**IMPORTANT: Retain this statement for your investment and tax records.**

| Account Balance | Restricted | Unrestricted | Total | | Account Value | |
|---|---|---|---|---|---|---|
| DRS/Book Entry Shares | | 1,045.000 | 1,045.000 | | Market Value Date | NA |
| Plan Shares | | | | | Market Value Price | NA |
| Certificated Shares | | | | | Total Market Value | NA |
| Total Shares | | | 1,045.000 | | | |

Stock quotes are provided for informational purposes only. The quotes are supplied by an independent third-party as of a particular date. AST does not guarantee the accuracy of such information as at the date of this statement or at any future date. Neither AST nor its provider will be liable for any errors, incompleteness, or delays in the information herein, or for any actions taken in reliance thereon.

## Transaction Details:

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| 02/22/2024 | BK0004770 | BOOK SHARES CREDITED | 816.000 |

AST01270670000012415



5897.001.001.00540

# NEXT BRIDGE HYDROCARBONS INC Shareowner Disclosure

A full copy of any rights, privileges, restrictions, and conditions which may be attached to the securities covered by this statement can be obtained by writing to the Secretary of the Company

## Access your stock accounts online

Visit astfinancial.com today to conveniently manage your stock accounts anytime, anywhere.
• View your account details including balances and transaction history
• Manage your payment method for dividends and sales proceeds
• Request check replacements
• Buy or sell shares
• Update your contact information
• Download statements and tax forms

### ONLINE ACCOUNT ACCESS:

Accessing the AST website is designed to be simple and secure. In order to access your account online, please follow these steps:
Step 1:  Go to **www.astfinancial.com**
Step 2:  Click **Login** located at the top right hand corner of the page.
Step 3:  Click **First Time Here? Register** under **Shareholder Central** and complete the short registration process to create your unique login ID.  If you are a non – U.S. shareholder please select **Registration for Non-US Holders** on the top of the page and complete the short registration process. You will need to know the AST Company Number which is printed on the bottom right hand corner of this letter.  Your PIN number will then be mailed to the address of record for the account.
If you are unable to log into your account, it may be that your Social Security Number/TIN is not on file with AST. You will need to complete and return the tax form, W9 form (domestic shareholders), W8 BEN (foreign individual), or W8 BEN-E (foreign entity). The forms are available at www.astfinancial.com/knowledge-center/forms. Once AST receives your tax form your Social Security Number/TIN will be updated and your account will become certified.

## Important Information

• If you have only fractional shares, they cannot be transferred.
• If you have at least one share:
    • If your broker is a participant in the Direct Registration System (DRS), your broker may request your shares from AST via the DRS.  You must provide your broker with the Company's CUSIP, your shareholder account number, your taxpayer identification number, the name in which the shares are registered, and the number of shares you wish to transfer.  Please note, your broker may request a copy of this Direct Registration Statement.

    • If your broker is not a participant in the Direct Registration System (DRS), please write to AST at the address listed above, instructing AST to credit your brokerage account. You must include your AST account number, the name of your brokerage institution, your brokerage account number, and the number of shares that you wish to transfer. Your letter of instruction must be signed by all owners listed in the account registration and the signatures must be medallion guaranteed by a bank, broker or other financial institution that is a member of a Securities Transfer Association-approved medallion program such as STAMP, SEMP, or MSP. Please include a copy of this Direct Registration Statement.  Please coordinate with your broker to ensure that they will accept share delivery via the DRS.



*jjhawks 2000P →*

**EQUINITI TRUST COMPANY, LLC**
OPERATIONS CENTER
6201 15TH AVENUE
BROOKLYN, NY 11219

10108.2284.001.002.661
JOSEPH BENJAMIN WICHMAN
8405 GREENWOOD CIR
LENEXA KS 66215

*— Contact state attorney*

| | |
|---|---|
| Company Number: | 27067 |
| Company Name: | |
| NEXT BRIDGE HYDROCARBONS INC | |
| CUSIP: | 591994371 |
| Company Ticker Symbol: | |
| Stock Exchange: | |
| Account Number: | 0000012415 |
| Statement Date: | August 24, 2023 |

www.astfinancial.com
investors@astfinancial.com
800-937-5449

# Transaction Advice

**IMPORTANT: Retain this statement for your investment and tax records.**

| Account Balance | Restricted | Unrestricted | Total | Account Value | |
|---|---|---|---|---|---|
| DRS/Book Entry Shares | | 229.000 | 229.000 | Market Value Date | NA |
| Plan Shares | | | | Market Value Price | NA |
| Certificated Shares | | | | Total Market Value | NA |
| Total Shares | | | 229.000 | | |

The share prices provided are as of the close of the Market Value Date indicated in this letter and provided by third party. AST does not guarantee the accuracy of such information, and neither AST nor its provider will be liable for any informational errors or for any actions taken reliance on such prices.

# Transaction Details:

| Transaction Date | Transaction Number | Transaction Type | Shares Debited or Credited |
|---|---|---|---|
| 08/03/2023 | BK*0001631 | BOOK SHARES CREDITED | 229.000 |



AST01270670000012415

# NEXT BRIDGE HYDROCARBONS INC Shareowner Disclosure

A full copy of any rights, privileges, restrictions, and conditions which may be attached to the securities covered by this statement can be obtained by writing to the Secretary of the Company

## Access your stock accounts online

Visit astfinancial.com today to conveniently manage your stock accounts anytime, anywhere.
• View your account details including balances and transaction history
• Manage your payment method for dividends and sales proceeds
• Request check replacements
• Buy or sell shares
• Update your contact information
• Download statements and tax forms

### ONLINE ACCOUNT-ACCESS:

Accessing the AST website is designed to be simple and secure. In order to access your account online, please follow these steps:
Step 1:  Go to www.astfinancial.com
Step 2:  Click **Login** located at the top right hand corner of the page.
Step 3:  Click **First Time Here? Register** under **Shareholder Central** and complete the short registration process to create your unique login ID.  If you are a non – U.S. shareholder please select **Registration for Non-US Holders** on the top of the page and complete the short registration process. You will need to know the AST Company Number which is printed on the bottom right hand corner of this letter.  Your PIN number will then be mailed to the address of record for the account.
If you are unable to log into your account, it may be that your Social Security Number/TIN is not on file with AST. You will need to complete and return the tax form, W9 form (domestic shareholders), W8 BEN (foreign individual), or W8 BEN-E (foreign entity). The forms are available at www.astfinancial.com/knowledge-center/forms. Once AST receives your tax form your Social Security Number/TIN will be updated and your account will become certified.

## Important Information

• If you have only fractional shares, they cannot be transferred.
• If you have at least one share:

  • If your broker is a participant in the Direct Registration System (DRS), your broker may request your shares from AST via the DRS.  You must provide your broker with the Company's CUSIP, your shareholder account number, your taxpayer identification number, the name in which the shares are registered, and the number of shares you wish to transfer.  Please note, your broker may request a copy of this Direct Registration Statement.

  • If your broker is not a participant in the Direct Registration System (DRS), please write to AST at the address listed above, instructing AST to credit your brokerage account. You must include your AST account number, the name of your brokerage institution, your brokerage account number, and the number of shares that you wish to transfer. Your letter of instruction must be signed by all owners listed in the account registration and the signatures must be medallion guaranteed by a bank, broker or other financial institution that is a member of a Securities Transfer Association-approved medallion program such as STAMP, SEMP, or MSP. Please include a copy of this Direct Registration Statement.  Please coordinate with your broker to ensure that they will accept share delivery via the DRS.

BBBYQ