NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: Meta Materials

Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Steven J Knodel
11198 Bristol Ct.
North Royalton, OH 44133

Telephone Number: 440-241-2273

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 18 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: 99829284

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
JP Morgan Chase

Telephone Number: 800-392-5749

3. Date Equity Interest was acquired: Various as per attached

4. Total amount of member interest: 119

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Steven J Knodel
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature)  12-2-2024 (Date)

Telephone number: 440-241-2273   email: SJK721@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# J.P.Morgan

JTWROS  (Acct # 998-29284)

STEVEN J KNODEL &
MARY E KNODEL JTWROS

Statement Period: August 31 - September 30, 2024

**J.P. Morgan Self-Directed Investing**

## EQUITIES (continued)

| Description | Acquisition Date | Quantity | Price | Market Value | Unit Cost | Cost Basis | Unrealized Gain/Loss | | Est. Accrued Inc. Est. Annual Inc. |
|---|---|---|---|---|---|---|---|---|---|
| **META MATERIALS INC** COMMON STOCK Symbol: MMATQ | | 119 | 0.37 | 44.03 | 58.04 | 6,907.15 | (6,863.12) | | -- -- |
| | 31 Oct 2022 | 1 | 0.37 | | 109.61 | 109.61 | (109.24) | LT | |
| | 03 Nov 2022 | 1 | 0.37 | | 137.58 | 137.58 | (137.21) | LT | |
| | 07 Nov 2022 | 10 | 3.70 | | 158 | 1,580.00 | (1,576.30) | LT | |
| | 14 Nov 2022 | 5 | 1.85 | | 172.91 | 864.55 | (862.70) | LT | |
| | 14 Nov 2022 | 2 | 0.74 | | 184.37 | 368.73 | (367.99) | LT | |
| | 15 Nov 2022 | 2 | 0.74 | | 185.5 | 371.00 | (370.26) | LT | |
| | 16 Nov 2022 | 1 | 0.37 | | 183.5 | 183.50 | (183.13) | LT | |
| | 16 Nov 2022 | 1 | 0.37 | | 188.5 | 188.50 | (188.13) | LT | |
| | 16 Nov 2022 | 1 | 0.37 | | 191 | 191.00 | (190.63) | LT | |
| | 17 Nov 2022 | 2 | 0.74 | | 170.01 | 340.02 | (339.28) | LT | |
| | 17 Nov 2022 | 2 | 0.74 | | 170.84 | 341.68 | (340.94) | LT | |
| | 17 Nov 2022 | 1 | 0.37 | | 171.64 | 171.64 | (171.27) | LT | |
| | 21 Feb 2023 | 5 | 1.85 | | 66.39 | 331.95 | (330.10) | LT | |
| | 14 Apr 2023 | 20 | 7.40 | | 22.48 | 449.60 | (442.20) | LT | |
| | 03 Jul 2023 | 25 | 9.25 | | 23.94 | 598.49 | (589.24) | LT | |
| | 05 Jul 2023 | 2 | 0.74 | | 20.39 | 40.78 | (40.04) | LT | |
| | 02 Oct 2023 | 20 | 7.40 | | 22.26 | 445.20 | (437.80) | ST | |
| | 24 Oct 2023 | 12 | 4.44 | | 14.52 | 174.24 | (169.80) | ST | |
| | 27 Feb 2024 | 6 | 2.22 | | 3.18 | 19.08 | (16.86) | ST | |
| **TOTAL EQUITIES** | | | | **$265.61** | | **$7,733.37** | **($7,467.76)** | | -- |

**Total Account Value : $281.28**

Unless otherwise noted, all positions are held in your cash account.  F - TEFRA Account   G - Good Faith Account   I - Income Account   L - Non Purpose Loan Account
M - Margin Account   R - DVP/RVP Account   S - Short Account

AI Pricing Method:  a -- Net Investment    b -- Appraised Value    c -- The firm did not receive price information compliant with applicable reporting requirements.

A - Average Cost   B - Adjusted for Amortization or Accretion   D - Acquisition Date = Date of Death   E - Adjusted for Option Exercise or Assignment   K - Gifted Security   LT - Long Term
MT - Mixed Term   N - Noncovered   Provide - Please provide this information   ST - Short Term   T - Cost Basis provided by Third Party   W - Adjusted for Wash Sale

Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | BROKERAGE | IMPORTANT INFORMATION |