NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |

Name of Debtor: Meta Materials Inc
Case Number: 24-50792-hlb

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

D.A
Apt 3 44 Hall Lane England
L9-0EX

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 18 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Telephone Number: 07812005368

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
Trading 212-***-***3481

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Trading 212 LTD Aldermary House
10-15 Queen Street London England
EC4-N1TX

Telephone Number: 02038571320

3. Date Equity Interest was acquired:
March 2021 — February 2024

4. Total amount of member interest: 100.46725 Shares

5. Certificate number(s): Held by my broker with their Intermediary under T212 in an omnibus account

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Common Stock Shareholder

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.   ☑ Shareholder
☐ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: D.A.
Title: Mr
Company:___ Address and telephone number (if different from notice address above):

(Signature)   27/11/2024 (Date)

Telephone number: 07812005368   email:

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form    Save Form    Clear Form

# TR^DING 212

| | ID/PASSPORT NO | CUSTOMER ID | CUSTOMER NAME |
|---|---|---|---|
| | ███349B | ██0722 | D██A██ |

## Confirmation of holdings
### as of 27/11/2024

**Trading 212 Stocks ISA**

| INSTRUMENT | ISIN | QUANTITY | PRICE |
|---|---|---|---|
| Meta Materials Inc | US59134N3026 | 100.46725 | USD 0.37 |

*Note there have been 2 reverse splits during my investment *1) TRCH - 2:1 on June 25th 2021 and *2) MMAT - 1:100 on January 29th 2024*

This document is electronically generated and it doesn't require signing.
The information presented herein reflects the number and value of shares held by Trading 212 UK Ltd. on behalf of the client as of the closing times of the respective exchanges on the specified date. This includes the closing of the US after-hours session, which may extend into the following day.
Prices are relevant to the closing prices at the end of the trading session for the specified date.

When investing, your capital is at risk. Investments can rise and fall and you may get back less than you invested. Trading 212 is a trading name of Trading 212 UK Ltd., Trading 212 Markets Ltd., Trading 212 AU PTY LTD and Trading 212 Ltd. Trading 212 UK Ltd. is registered in England and Wales (Company number 08590005). Registered address: Aldermary House, 10-15 Queen Street, London, EC4N 1TX. Trading 212 UK Ltd. is authorised and regulated by the Financial Conduct Authority (Firm reference number 609146).

| orderNumber | code | type | direction | quantity | targetPrice | executedPrice | dateCreated | modified | status | exchangeRate |
|---|---|---|---|---|---|---|---|---|---|---|
| EOF9703188842 | TRCH_US_EQ | MARKET | buy | 11.04321 | | 3.67 | 2024-02-02T15:37:20.899+02:00 | | FILLED | 1.268420174 |
| EVO9703182540 | TRCH_US_EQ | MARKET | buy | | | | 2024-02-02T14:34:36+02:00 | | FILLED | |
| EOF9552549976 | TRCH_US_EQ | MARKET | buy | 2.63135 | | 4.81 | 2024-01-29T17:10:20.434+02:00 | | FILLED | 1.267580097 |
| EVO9552548721 | TRCH_US_EQ | MARKET | buy | | | | 2024-01-29T17:07:54+02:00 | | FILLED | |
| EOF9402457020 | TRCH_US_EQ | MARKET | buy | 1597.719 | | 0.0556 | 2024-01-26T19:41:10.391+02:00 | | FILLED | 1.270944293 |
| EVO9402456963 | TRCH_US_EQ | MARKET | buy | | | | 2024-01-26T19:40:35+02:00 | | FILLED | |
| EOF8301121788 | TRCH_US_EQ | MARKET | buy | 2081.55 | | 0.0669 | 2024-01-04T22:55:07.757+02:00 | | FILLED | 1.267861881 |
| EVO8301121687 | TRCH_US_EQ | MARKET | buy | | | | 2024-01-04T22:54+02:00 | | FILLED | |
| EOF8002698644 | TRCH_US_EQ | MARKET | sell | 3535.6697 | | 0.068 | 2024-01-02T11:00:01.233+02:00 | | FILLED | 1.275055784 |
| EO8002187673 | TRCH_US_EQ | MARKET | sell | 3535.6697 | | 0.068 | 2024-01-01T08:02:54+02:00 | | FILLED | |
| EOF7903889372 | TRCH_US_EQ | MARKET | buy | 1707.727 | | 0.0701 | 2023-12-28T16:34:40.744+02:00 | | FILLED | 1.275449864 |
| EVO7903888940 | TRCH_US_EQ | MARKET | buy | | | | 2023-12-28T16:33:28+02:00 | | FILLED | |
| EOF7401488812 | TRCH_US_EQ | MARKET | buy | 1797.5 | | 0.0709 | 2023-12-14T22:22:38.015+02:00 | | FILLED | 1.276350609 |
| EVO7401488755 | TRCH_US_EQ | MARKET | buy | | | | 2023-12-14T22:21:47+02:00 | | FILLED | |
| EOF6751368204 | TRCH_US_EQ | MARKET | buy | 33.2923 | | 0.1146 | 2023-11-29T20:51:22+02:00 | | FILLED | 1.271793051 |
| EVO6751368200 | TRCH_US_EQ | MARKET | buy | | | | 2023-11-29T20:51:20+02:00 | | FILLED | |
| EOF6751368056 | TRCH_US_EQ | MARKET | buy | 700.622 | | 0.1196 | 2023-11-29T20:49:43+02:00 | | FILLED | 1.27154233 |
| EVO6751368052 | TRCH_US_EQ | MARKET | buy | | | | 2023-11-29T20:49:42+02:00 | | FILLED | |
| EOF6751367512 | TRCH_US_EQ | MARKET | buy | 1296.5284 | | 0.1126 | 2023-11-29T20:44:33+02:00 | | FILLED | 1.27135389 |
| EVO6751367508 | TRCH_US_EQ | MARKET | buy | | | | 2023-11-29T20:44:32+02:00 | | FILLED | |
| EOF5402073198 | TRCH_US_EQ | MARKET | sell | 2000 | | 0.1279 | 2023-10-31T15:30:06+02:00 | | FILLED | 1.214082983 |
| EO5402066290 | TRCH_US_EQ | MARKET | sell | 2000 | | 0.1279 | 2023-10-31T15:18:22+02:00 | | FILLED | |
| EOF5150702550 | TRCH_US_EQ | MARKET | sell | 1589.6177 | | 0.1499 | 2023-10-24T17:29:13+03:00 | | FILLED | 1.218619927 |
| EO5150702473 | TRCH_US_EQ | MARKET | sell | 1589.6177 | | 0.1499 | 2023-10-24T17:28:57+03:00 | | FILLED | |
| EOF5101411760 | TRCH_US_EQ | MARKET | buy | 1589.6177 | | 0.1473 | 2023-10-23T18:12:43+03:00 | | FILLED | 1.221382907 |
| EVO5101411478 | TRCH_US_EQ | MARKET | buy | | | | 2023-10-23T18:11:21+03:00 | | FILLED | |
| EOF4000788422 | TRCH_US_EQ | MARKET | sell | 1200 | | 0.2223 | 2023-09-27T17:24:23+03:00 | | FILLED | 1.214170235 |
| EO4000788338 | TRCH_US_EQ | MARKET | sell | 1200 | | 0.2223 | 2023-09-27T17:23:49+03:00 | | FILLED | |
| EOF3901787504 | TRCH_US_EQ | MARKET | sell | 1800 | | 0.2086 | 2023-09-26T16:31:05+03:00 | | FILLED | 1.218429476 |
| EO3901777506 | TRCH_US_EQ | MARKET | sell | 1800 | | 0.2086 | 2023-09-26T16:14:03+03:00 | | FILLED | |
| EOF3701528855 | TRCH_US_EQ | MARKET | sell | 2000 | | 0.202 | 2023-09-20T22:51:54+03:00 | | FILLED | 1.234417013 |
| EO3701528596 | TRCH_US_EQ | MARKET | sell | 2000 | | 0.202 | 2023-09-20T22:50:34+03:00 | | FILLED | |
| EOF3275872227 | TRCH_US_EQ | MARKET | sell | 2317.2747 | | 0.2181 | 2023-09-07T20:14:54+03:00 | | FILLED | 1.247982971 |
| EO3275872108 | TRCH_US_EQ | MARKET | sell | 2317.2747 | | 0.2181 | 2023-09-07T20:13:29+03:00 | | FILLED | |
| EOF3271713666 | TRCH_US_EQ | MARKET | sell | 2687.2158 | | 0.2344 | 2023-09-05T20:05:01+03:00 | | FILLED | 1.257881886 |
| EVO3271713570 | TRCH_US_EQ | MARKET | sell | | | | 2023-09-05T20:03:47+03:00 | | FILLED | |
| EOF3202769847 | TRCH_US_EQ | MARKET | buy | 471.7774 | | 0.2449 | 2023-07-31T18:28:22+03:00 | | FILLED | 1.285760037 |
| EVO3202769803 | TRCH_US_EQ | MARKET | buy | | | | 2023-07-31T18:28:16+03:00 | | FILLED | |
| EOF3193851844 | TRCH_US_EQ | MARKET | buy | 431.0748 | | 0.2097 | 2023-07-26T18:29:16+03:00 | | FILLED | 1.293406526 |
| EVO3193851801 | TRCH_US_EQ | MARKET | buy | | | | 2023-07-26T18:29:02+03:00 | | FILLED | |
| EOF3127830459 | TRCH_US_EQ | MARKET | buy | 716.7402 | | 0.1956 | 2023-06-28T19:27:38+03:00 | | FILLED | 1.264946874 |
| EVO3127830439 | TRCH_US_EQ | MARKET | buy | | | | 2023-06-28T19:27:24+03:00 | | FILLED | |
| EOF3126077381 | TRCH_US_EQ | MARKET | buy | 221.0808 | | 0.1842 | 2023-06-27T20:30:15+03:00 | | FILLED | 1.274590533 |
| EVO3126077350 | TRCH_US_EQ | MARKET | buy | | | | 2023-06-27T20:29:41+03:00 | | FILLED | |
| EOF3103277308 | TRCH_US_EQ | MARKET | buy | 549.9275 | | 0.2279 | 2023-06-16T21:33:57+03:00 | | FILLED | 1.282787747 |
| EVO3103277284 | TRCH_US_EQ | MARKET | buy | | | | 2023-06-16T21:33:36+03:00 | | FILLED | |
| EOF3094424170 | TRCH_US_EQ | MARKET | buy | 1298.7716 | | 0.2299 | 2023-06-13T18:21:56+03:00 | | FILLED | 1.261779444 |
| EVO3094424148 | TRCH_US_EQ | MARKET | buy | | | | 2023-06-13T18:21:52+03:00 | | FILLED | |
| EOF3033665972 | TRCH_US_EQ | MARKET | buy | 311.0145 | | 0.2409 | 2023-05-19T22:36:34+03:00 | | FILLED | 1.24375284 |
| EVO3033665901 | TRCH_US_EQ | MARKET | buy | | | | 2023-05-19T22:35:51+03:00 | | FILLED | |
| EOF2383943301 | TRCH_US_EQ | MARKET | buy | 498.4793 | | 0.194 | 2023-04-28T18:32:59+03:00 | | FILLED | 1.257869791 |
| EVO2383943297 | TRCH_US_EQ | MARKET | buy | | | | 2023-04-28T18:32:59+03:00 | | FILLED | |
| EOF2383007905 | TRCH_US_EQ | MARKET | buy | 303.5291 | | 0.189 | 2023-04-27T22:56:45+03:00 | | FILLED | 1.249008723 |
| EVO2383007897 | TRCH_US_EQ | MARKET | buy | | | | 2023-04-27T22:56:41+03:00 | | FILLED | |
| EOF2370711425 | TRCH_US_EQ | MARKET | buy | 3480.6449 | | 0.2008 | 2023-04-20T16:43:04+03:00 | | FILLED | 1.245479863 |
| EVO2370711351 | TRCH_US_EQ | MARKET | buy | | | | 2023-04-20T16:42:49+03:00 | | FILLED | |
| EOF2362131088 | TRCH_US_EQ | MARKET | buy | 1395.7 | | 0.222 | 2023-04-14T17:45:17+03:00 | | FILLED | 1.243711414 |
| EVO2362131084 | TRCH_US_EQ | MARKET | buy | | | | 2023-04-14T17:45:16+03:00 | | FILLED | |
| EOF2359132757 | TRCH_US_EQ | MARKET | buy | 325.7504 | | 0.3827 | 2023-04-12T20:17:45+03:00 | | FILLED | 1.248519687 |
| EVO2359132743 | TRCH_US_EQ | MARKET | buy | | | | 2023-04-12T20:17:41+03:00 | | FILLED | |
| EOF2355899400 | TRCH_US_EQ | MARKET | sell | 167.60741 | | 0.4131 | 2023-04-11T16:56:05+03:00 | | FILLED | 1.242970492 |
| EO2355899356 | TRCH_US_EQ | MARKET | sell | 167.60741 | | 0.4131 | 2023-04-11T16:55:55+03:00 | | FILLED | |
| EOF2341592024 | TRCH_US_EQ | MARKET | buy | 267.5002 | | 0.4144 | 2023-03-31T22:10:44+03:00 | | FILLED | 1.233608692 |
| EVO2341592020 | TRCH_US_EQ | MARKET | buy | | | | 2023-03-31T22:10:43+03:00 | | FILLED | |
| EOF2335469447 | TRCH_US_EQ | MARKET | buy | 149.8359 | | 0.442 | 2023-03-28T17:38:47+03:00 | | FILLED | 1.232141613 |
| EVO2335469408 | TRCH_US_EQ | MARKET | buy | | | | 2023-03-28T17:38:34+03:00 | | FILLED | |
| EOF2241374003 | TRCH_US_EQ | MARKET | sell | 250.0444 | | 0.9879 | 2023-01-30T19:07:48+02:00 | | FILLED | 1.236949984 |
| EVO2241373611 | TRCH_US_EQ | MARKET | sell | | | | 2023-01-30T19:05:35+02:00 | | FILLED | |
| EOF2191003608 | TRCH_US_EQ | MARKET | sell | 305 | | 1.12 | 2022-12-29T19:18:58+02:00 | | FILLED | 1.206389556 |
| EO2191003596 | TRCH_US_EQ | MARKET | sell | 305 | | 1.12 | 2022-12-29T19:18:40+02:00 | | FILLED | |
| EOF2188934984 | TRCH_US_EQ | MARKET | sell | 850 | | 1.07 | 2022-12-28T17:41:04+02:00 | | FILLED | 1.207410567 |
| EO2188934970 | TRCH_US_EQ | MARKET | sell | 850 | | 1.07 | 2022-12-28T17:40:57+02:00 | | FILLED | |
| EOF2182326794 | TRCH_US_EQ | MARKET | sell | 962.5619 | | 1.26 | 2022-12-21T22:39:51+02:00 | | FILLED | 1.208609907 |
| EVO2182326790 | TRCH_US_EQ | MARKET | sell | | | | 2022-12-21T22:39:50+02:00 | | FILLED | |
| EOF2170592353 | TRCH_US_EQ | MARKET | buy | 112.36732 | | 1.31 | 2022-12-12T16:34:46+02:00 | | FILLED | 1.228519662 |
| EVO2170592343 | TRCH_US_EQ | MARKET | buy | | | | 2022-12-12T16:34:43+02:00 | | FILLED | |
| EOF2168446997 | TRCH_US_EQ | MARKET | buy | 89.90291 | | 1.34 | 2022-12-09T18:59:44+02:00 | | FILLED | 1.231169538 |
| EVO2168446991 | TRCH_US_EQ | MARKET | buy | | | | 2022-12-09T18:59:41+02:00 | | FILLED | |
| EOF2167398539 | TRCH_US_EQ | MARKET | buy | 13.29059 | | 1.84 | 2022-12-08T22:43:05+02:00 | | FILLED | 1.223960083 |
| EVO2167398532 | TRCH_US_EQ | MARKET | buy | | | | 2022-12-08T22:42:58+02:00 | | FILLED | |
| EOF2154985628 | TRCH_US_EQ | MARKET | buy | 18.94978 | | 1.89 | 2022-11-29T16:44:58+02:00 | | FILLED | 1.195830159 |
| EVO2154985620 | TRCH_US_EQ | MARKET | buy | | | | 2022-11-29T16:44:58+02:00 | | FILLED | |
| EOF2154070975 | TRCH_US_EQ | MARKET | buy | 2.095 | | 1.84 | 2022-11-28T16:56:36+02:00 | | FILLED | 1.204629969 |
| EVO2154070966 | TRCH_US_EQ | MARKET | buy | | | | 2022-11-28T16:56:33+02:00 | | FILLED | |
| EOF2128549388 | TRCH_US_EQ | MARKET | buy | 270.98121 | | 1.4 | 2022-11-08T16:35:39+02:00 | | FILLED | 1.147080271 |
| EVO2128549384 | TRCH_US_EQ | MARKET | buy | | | | 2022-11-08T16:35:38+02:00 | | FILLED | |
| EOF2128514081 | TRCH_US_EQ | MARKET | buy | 1597.8912 | | 1.44 | 2022-11-07T22:39:40+02:00 | | FILLED | 1.152210163 |
| EVO2128514067 | TRCH_US_EQ | MARKET | buy | | | | 2022-11-07T22:39:32+02:00 | | FILLED | |
| EOF2108545534 | TRCH_US_EQ | MARKET | buy | 150.1193 | | 0.9133 | 2022-10-25T16:44:55+03:00 | | FILLED | 1.144249623 |
| | | | | | | | 2022-10-25T16:44:36+03:00 | | FILLED | |

| Order ID | Market | Side | Quantity | Price | Timestamp | Status | Exec Price |
|---|---|---|---|---|---|---|---|
| EOF2082955087 | TRCH_US_EQ MARKET | buy | 198.6374 | 0.6673 | 2022-10-06T22:54:47+03:00 | FILLED | 1.115559828 |
| EVO2082955081 | TRCH_US_EQ MARKET | | | | 2022-10-06T22:54:44+03:00 | FILLED | |
| EOF2077406184 | TRCH_US_EQ MARKET | buy | 353.9528 | 0.6364 | 2022-10-03T17:38:52+03:00 | FILLED | 1.127970805 |
| EVO2077406150 | TRCH_US_EQ MARKET | buy | | | 2022-10-03T17:38:32+03:00 | FILLED | |
| EOF2068947294 | TRCH_US_EQ MARKET | buy | 50.2428 | 0.69 | 2022-09-28T19:12:11+03:00 | FILLED | 1.084719757 |
| EVO2068947279 | TRCH_US_EQ MARKET | buy | | | 2022-09-28T19:12:01+03:00 | FILLED | |
| EOF2066357564 | TRCH_US_EQ MARKET | buy | 15.4018 | 0.693 | 2022-09-26T21:58:27+03:00 | FILLED | 1.069490657 |
| EVO2066357538 | TRCH_US_EQ MARKET | | | | 2022-09-26T21:57:56+03:00 | FILLED | |
| EOF2065226239 | TRCH_US_EQ MARKET | buy | 32.1692 | 0.6746 | 2022-09-26T16:53:06+03:00 | FILLED | 1.086160232 |
| EVO2065226210 | TRCH_US_EQ MARKET | | | | 2022-09-26T16:52:57+03:00 | FILLED | |
| EOF2061307414 | TRCH_US_EQ MARKET | buy | 408.4937 | 0.7101 | 2022-09-22T19:32:09+03:00 | FILLED | 1.126009698 |
| EVO2061307408 | TRCH_US_EQ MARKET | buy | | | 2022-09-22T19:32:03+03:00 | FILLED | |
| EOF2052169503 | TRCH_US_EQ MARKET | buy | 63.587 | 0.7882 | 2022-09-14T20:11:47+03:00 | FILLED | 1.156690298 |
| EVO2052169485 | TRCH_US_EQ MARKET | buy | | | 2022-09-14T20:11:25+03:00 | FILLED | |
| EOF2043978800 | TRCH_US_EQ MARKET | buy | 29.14 | 0.787 | 2022-09-07T22:04:13+03:00 | FILLED | 1.15069078 |
| EVO2043978792 | TRCH_US_EQ MARKET | buy | | | 2022-09-07T22:04:02+03:00 | FILLED | |
| EOF2041921743 | TRCH_US_EQ MARKET | buy | 1.7555 | 0.808 | 2022-09-06T16:47:22+03:00 | FILLED | 1.153330098 |
| EVO2041921704 | TRCH_US_EQ MARKET | buy | | | 2022-09-06T16:47:14+03:00 | FILLED | |
| EOF2039245306 | TRCH_US_EQ MARKET | buy | 201.9581 | 0.7796 | 2022-09-02T20:56:35+03:00 | FILLED | 1.151010308 |
| EVO2039245290 | TRCH_US_EQ MARKET | buy | | | 2022-09-02T20:56:17+03:00 | FILLED | |
| EOF2034554562 | TRCH_US_EQ MARKET | buy | 62.5623 | 0.7735 | 2022-08-30T20:20:11+03:00 | FILLED | 1.165230779 |
| EVO2034554540 | TRCH_US_EQ MARKET | buy | | | 2022-08-30T20:19:50+03:00 | FILLED | |
| EOF2034151989 | TRCH_US_EQ MARKET | buy | 40.1223 | 0.7833 | 2022-08-30T19:44:05+03:00 | FILLED | 1.165720409 |
| EVO2034151985 | TRCH_US_EQ MARKET | buy | | | 2022-08-30T19:44:04+03:00 | FILLED | |
| EOF2032173680 | TRCH_US_EQ MARKET | buy | 4.4427 | 0.7903 | 2022-08-29T18:46:19+03:00 | FILLED | 1.170400406 |
| EVO2032173664 | TRCH_US_EQ MARKET | buy | | | 2022-08-29T18:46:09+03:00 | FILLED | |
| EOF2032173290 | TRCH_US_EQ MARKET | buy | 60.0036 | 0.7988 | 2022-08-29T18:41:50+03:00 | FILLED | 1.170759733 |
| EVO2032173286 | TRCH_US_EQ MARKET | buy | | | 2022-08-29T18:41:49+03:00 | FILLED | |
| EOF2030310093 | TRCH_US_EQ MARKET | buy | 36.1204 | 0.8113 | 2022-08-26T22:46:22+03:00 | FILLED | 1.174059833 |
| EVO2030310085 | TRCH_US_EQ MARKET | buy | | | 2022-08-26T22:46:14+03:00 | FILLED | |
| EOF2027003253 | TRCH_US_EQ MARKET | buy | 145.7722 | 0.8075 | 2022-08-24T17:34:16+03:00 | FILLED | 1.178880305 |
| EVO2027003244 | TRCH_US_EQ MARKET | buy | | | 2022-08-24T17:34:11+03:00 | FILLED | |
| EOF2020852813 | TRCH_US_EQ MARKET | buy | 20.1026 | 0.8947 | 2022-08-18T18:15:50+03:00 | FILLED | 1.200660786 |
| EVO2020852805 | TRCH_US_EQ MARKET | | | | 2022-08-18T18:15:47+03:00 | FILLED | |
| EOF2004686114 | TRCH_US_EQ MARKET | buy | 115.1893 | 0.9072 | 2022-08-05T20:25:22+03:00 | FILLED | 1.208370684 |
| EVO2004686108 | TRCH_US_EQ MARKET | buy | | | 2022-08-05T20:25:13+03:00 | FILLED | |
| EOF1993114854 | TRCH_US_EQ MARKET | buy | 16.2452 | 0.8937 | 2022-07-28T18:18:05+03:00 | FILLED | 1.211890275 |
| EVO1993114831 | TRCH_US_EQ MARKET | buy | | | 2022-07-28T18:17:59+03:00 | FILLED | |
| EOF1988152356 | TRCH_US_EQ MARKET | buy | 205.3507 | 0.91 | 2022-07-25T17:06:21+03:00 | FILLED | 1.207399368 |
| EVO1988152322 | TRCH_US_EQ MARKET | buy | | | 2022-07-25T17:06:03+03:00 | FILLED | |
| EOF1980468072 | TRCH_US_EQ MARKET | buy | 130.5572 | 0.9611 | 2022-07-15T22:48:14+03:00 | FILLED | 1.185549397 |
| EVO1980468062 | TRCH_US_EQ MARKET | buy | | | 2022-07-15T22:48:07+03:00 | FILLED | |
| EOF1977474871 | TRCH_US_EQ MARKET | buy | 61.2338 | 0.97 | 2022-07-13T17:42:38+03:00 | FILLED | 1.189839507 |
| EVO1977474824 | TRCH_US_EQ MARKET | buy | | | 2022-07-13T17:42:17+03:00 | FILLED | |
| EOF1976533165 | TRCH_US_EQ MARKET | buy | 5.87336 | 1.01 | 2022-07-12T22:30:18+03:00 | FILLED | 1.188810119 |
| EVO1976533140 | TRCH_US_EQ MARKET | buy | | | 2022-07-12T22:30:06+03:00 | FILLED | |
| EOF1958418668 | TRCH_US_EQ MARKET | buy | 102.48196 | 1.22 | 2022-06-24T22:53+03:00 | FILLED | 1.227570427 |
| EVO1958418582 | TRCH_US_EQ MARKET | buy | | | 2022-06-24T22:52:38+03:00 | FILLED | |
| EOF1923595967 | TRCH_US_EQ MARKET | buy | 62.79363 | 1.68 | 2022-05-25T22:50:34+03:00 | FILLED | 1.257820198 |
| EVO1923595821 | TRCH_US_EQ MARKET | buy | | | 2022-05-25T22:47:30+03:00 | FILLED | |
| EOF1914497142 | TRCH_US_EQ MARKET | buy | 83.53658 | 1.7 | 2022-05-17T22:46:25+03:00 | FILLED | 1.248239615 |
| EVO1914496449 | TRCH_US_EQ MARKET | buy | | | 2022-05-17T22:38:14+03:00 | FILLED | |
| EOF1913166845 | TRCH_US_EQ MARKET | buy | 124.80873 | 1.58 | 2022-05-16T19:35:22+03:00 | FILLED | 1.226660456 |
| EVO1913166447 | TRCH_US_EQ MARKET | buy | | | 2022-05-16T19:31:11+03:00 | FILLED | |
| EOF1904897780 | TRCH_US_EQ MARKET | buy | 20.3033 | 1.15 | 2022-05-10T20:19:02+03:00 | FILLED | 1.230829825 |
| EVO1904897386 | TRCH_US_EQ MARKET | buy | | | 2022-05-10T20:12:54+03:00 | FILLED | |
| EOF1903763725 | TRCH_US_EQ MARKET | buy | 48.91702 | 1.21 | 2022-05-09T20:13:18+03:00 | FILLED | 1.234659861 |
| EVO1903763682 | TRCH_US_EQ MARKET | buy | | | 2022-05-09T20:12:59+03:00 | FILLED | |
| EOF1882570452 | TRCH_US_EQ MARKET | buy | 29.4358 | 1.31 | 2022-04-22T17:13:23+03:00 | FILLED | 1.287509779 |
| EVO1882569547 | TRCH_US_EQ MARKET | buy | | | 2022-04-22T17:08:03+03:00 | FILLED | |
| EOF1881704719 | TRCH_US_EQ MARKET | buy | 10.78278 | 1.33 | 2022-04-21T19:23:08+03:00 | FILLED | 1.303740068 |
| EVO1881704493 | TRCH_US_EQ MARKET | buy | | | 2022-04-21T19:19:59+03:00 | FILLED | |
| EOF1879556220 | TRCH_US_EQ MARKET | buy | 20.48842 | 1.4 | 2022-04-20T17:32:20+03:00 | FILLED | 1.305590164 |
| EVO1878500569 | TRCH_US_EQ MARKET | buy | | | 2022-04-20T17:14:26+03:00 | FILLED | |
| EOF1875636935 | TRCH_US_EQ MARKET | buy | 99.42736 | 1.44 | 2022-04-18T16:56:35+03:00 | FILLED | 1.303609822 |
| EVO1875636753 | TRCH_US_EQ MARKET | buy | | | 2022-04-18T16:55:37+03:00 | FILLED | |
| EOF1872576425 | TRCH_US_EQ MARKET | buy | 89.92891 | 1.57 | 2022-04-13T19:34:27+03:00 | FILLED | 1.309239982 |
| EVO1872575305 | TRCH_US_EQ MARKET | buy | | | 2022-04-13T19:19:33+03:00 | FILLED | |
| EOF1865261216 | TRCH_US_EQ MARKET | buy | 43.16788 | 1.51 | 2022-04-07T18:49:39+03:00 | FILLED | 1.305759611 |
| EVO1865259187 | TRCH_US_EQ MARKET | buy | | | 2022-04-07T18:30:55+03:00 | FILLED | |
| EOF1859883753 | TRCH_US_EQ MARKET | buy | 55.25734 | 1.73 | 2022-04-04T22:00:17+03:00 | FILLED | 1.311500265 |
| EVO1859883338 | TRCH_US_EQ MARKET | buy | | | 2022-04-04T21:55:31+03:00 | FILLED | |
| EOF1853596641 | TRCH_US_EQ MARKET | buy | 47.60952 | 1.9 | 2022-03-30T22:01:08+03:00 | FILLED | 1.312890023 |
| EVO1853595594 | TRCH_US_EQ MARKET | buy | | | 2022-03-30T21:48:27+03:00 | FILLED | |
| EOF1846421707 | TRCH_US_EQ MARKET | buy | 1764.4271 | 1.92 | 2022-03-24T21:09:44+02:00 | FILLED | 1.317920075 |
| EVO1846420939 | TRCH_US_EQ MARKET | buy | | | 2022-03-24T21:02:09+02:00 | FILLED | |
| EOF1846410509 | TRCH_US_EQ MARKET | sell | 1752.3371 | 1.94 | 2022-03-24T18:39:11+02:00 | FILLED | 1.318569812 |
| EO1846410385 | TRCH_US_EQ MARKET | sell | 1752.3371 | 1.94 | 2022-03-24T18:37:24+02:00 | FILLED | |
| EOF1841426011 | TRCH_US_EQ MARKET | buy | 31.84314 | 2.07 | 2022-03-21T17:44:40+02:00 | FILLED | 1.320420008 |
| EVO1841425921 | TRCH_US_EQ MARKET | buy | | | 2022-03-21T17:43:49+02:00 | FILLED | |
| EOF1837947575 | TRCH_US_EQ MARKET | buy | 3.46078 | 1.9 | 2022-03-18T19:35:32+02:00 | FILLED | 1.317749672 |
| EVO1837946972 | TRCH_US_EQ MARKET | buy | | | 2022-03-18T19:27:44+02:00 | FILLED | |
| EOF1837946381 | TRCH_US_EQ MARKET | buy | 9.75846 | 1.89 | 2022-03-18T19:20:59+02:00 | FILLED | 1.318340063 |
| EVO1837945429 | TRCH_US_EQ MARKET | buy | | | 2022-03-18T19:12:10+02:00 | FILLED | |
| EOF1837945306 | TRCH_US_EQ MARKET | buy | 1707.2747 | 1.89 | 2022-03-18T19:10:11+02:00 | FILLED | 1.318859835 |
| EVO1837945057 | TRCH_US_EQ MARKET | buy | | | 2022-03-18T19:07:09+02:00 | FILLED | |
| EOF1837944992 | TRCH_US_EQ MARKET | sell | 1712.543 | 1.89 | 2022-03-18T19:06:14+02:00 | FILLED | 1.318960157 |
| EO1837944912 | TRCH_US_EQ MARKET | sell | 1712.543 | 1.89 | 2022-03-18T19:05:27+02:00 | FILLED | |
| EOF1836783142 | TRCH_US_EQ MARKET | buy | 2.94752 | 1.78 | 2022-03-17T21:20:03+02:00 | FILLED | 1.314939934 |
| EVO1836783132 | TRCH_US_EQ MARKET | buy | | | 2022-03-17T21:19:57+02:00 | FILLED | |
| EOF1831939721 | TRCH_US_EQ MARKET | buy | 8.13513 | 1.44 | 2022-03-14T19:59:32+02:00 | FILLED | 1.303080156 |
| EVO1831933481 | TRCH_US_EQ MARKET | buy | | | 2022-03-14T19:07:19+02:00 | FILLED | |
| EOF1803813484 | TRCH_US_EQ MARKET | buy | 100.8169 | 1.52 | 2022-02-24T16:34:17+02:00 | FILLED | 1.334509809 |
| EVO1803813417 | TRCH_US_EQ MARKET | buy | | | 2022-02-24T16:34:17+02:00 | FILLED | |
| EOF1761556667 | TRCH_US_EQ MARKET | buy | 29.52981 | 1.64 | 2022-01-24T16:41:59+02:00 | FILLED | 1.347119956 |
| EVO1761556647 | TRCH_US_EQ MARKET | buy | | | 2022-01-24T16:41:58+02:00 | FILLED | |

| ID | Market | Side | Quantity | Price | Timestamp | Status | Value |
|---|---|---|---|---|---|---|---|
| EOF1757533817 | TRCH_US_EQ MARKET | buy | 70.01414 | 1.98 | 2022-01-20T22:46:21+02:00 | FILLED | 1.361099769 |
| EVO1757532416 | TRCH_US_EQ MARKET | | | | 2022-01-20T22:04:20+02:00 | FILLED | |
| EOF1750423773 | TRCH_US_EQ MARKET | buy | 16.25 | 2.1 | 2022-01-14T18:47:24+02:00 | FILLED | 1.36719017 |
| EVO1750423746 | TRCH_US_EQ MARKET | buy | | | 2022-01-14T18:46:57+02:00 | FILLED | |
| EOF1749405917 | TRCH_US_EQ MARKET | buy | 14.38589 | 2.19 | 2022-01-13T20:47:23+02:00 | FILLED | 1.37157974 |
| EVO1749405253 | TRCH_US_EQ MARKET | buy | | | 2022-01-13T20:37:53+02:00 | FILLED | |
| EOF1745341377 | TRCH_US_EQ MARKET | buy | 70.09633 | 2.32 | 2022-01-11T17:30:47+02:00 | FILLED | 1.358819795 |
| EVO1745341047 | TRCH_US_EQ MARKET | buy | | | 2022-01-11T17:27:52+02:00 | FILLED | |
| EOF1727928289 | TRCH_US_EQ MARKET | buy | 7.14444 | 2.45 | 2021-12-29T22:58:37+02:00 | FILLED | 1.348530075 |
| EVO1727928266 | TRCH_US_EQ MARKET | buy | | | 2021-12-29T22:58:09+02:00 | FILLED | |
| EOF1727928109 | TRCH_US_EQ MARKET | buy | 28.95308 | 2.46 | 2021-12-29T22:56:01+02:00 | FILLED | 1.348440249 |
| EVO1727927771 | TRCH_US_EQ MARKET | buy | | | 2021-12-29T22:52:01+02:00 | FILLED | |
| EOF1726937702 | TRCH_US_EQ MARKET | buy | 53.81272 | 2.5 | 2021-12-29T16:51:47+02:00 | FILLED | 1.34733992 |
| EVO1726937103 | TRCH_US_EQ MARKET | buy | | | 2021-12-29T16:51:15+02:00 | FILLED | |
| EOF1722633709 | TRCH_US_EQ MARKET | buy | 24.42434 | 2.74 | 2021-12-23T18:47:44+02:00 | FILLED | 1.340599972 |
| EVO1722633591 | TRCH_US_EQ MARKET | buy | | | 2021-12-23T18:46:03+02:00 | FILLED | |
| EOF1718885356 | TRCH_US_EQ MARKET | buy | 78.92969 | 2.59 | 2021-12-20T20:01:39+02:00 | FILLED | 1.320849689 |
| EVO1718885170 | TRCH_US_EQ MARKET | buy | | | 2021-12-20T19:59:33+02:00 | FILLED | |
| EOF1693107510 | TRCH_US_EQ MARKET | buy | 30.09409 | 3.52 | 2021-11-30T20:41:15+02:00 | FILLED | 1.326130036 |
| EVO1693106740 | TRCH_US_EQ MARKET | buy | | | 2021-11-30T20:32:34+02:00 | FILLED | |
| EOF1680251976 | TRCH_US_EQ MARKET | buy | 40.3465 | 3.98 | 2021-11-22T19:33:26+02:00 | FILLED | 1.340170222 |
| EVO1680251810 | TRCH_US_EQ MARKET | buy | | | 2021-11-22T19:32:08+02:00 | FILLED | |
| EOF1674844035 | TRCH_US_EQ MARKET | buy | 31.12898 | 4.33 | 2021-11-18T22:50:08+02:00 | FILLED | 1.349910105 |
| EVO1674843548 | TRCH_US_EQ MARKET | buy | | | 2021-11-18T22:45:43+02:00 | FILLED | |
| EOF1672669798 | TRCH_US_EQ MARKET | buy | 40.22522 | 4.42 | 2021-11-17T20:02:16+02:00 | FILLED | 1.348979872 |
| EVO1672669118 | TRCH_US_EQ MARKET | buy | | | 2021-11-17T19:55:59+02:00 | FILLED | |
| EOF1670682906 | TRCH_US_EQ MARKET | buy | 35.06313 | 4.59 | 2021-11-16T21:32:39+02:00 | FILLED | 1.3431802 |
| BVO1670682119 | TRCH_US_EQ MARKET | buy | | | 2021-11-16T21:25:26+02:00 | FILLED | |
| EOF1650480697 | TRCH_US_EQ MARKET | buy | 30.07679 | 4.9 | 2021-11-04T18:26:02+02:00 | FILLED | 1.350590015 |
| EVO1650480243 | TRCH_US_EQ MARKET | buy | | | 2021-11-04T18:24:52+02:00 | FILLED | |
| EOF1625720518 | TRCH_US_EQ MARKET | buy | 24.26731 | 4.47 | 2021-10-22T20:06:07+03:00 | FILLED | 1.375189973 |
| EVO1625720441 | TRCH_US_EQ MARKET | buy | | | 2021-10-22T20:05:34+03:00 | FILLED | |
| EOF1603557251 | TRCH_US_EQ MARKET | buy | 19.81918 | 5.17 | 2021-10-14T22:35:08+03:00 | FILLED | 1.368209895 |
| EVO1603557213 | TRCH_US_EQ MARKET | buy | | | 2021-10-14T22:34:39+03:00 | FILLED | |
| EOF1587797212 | TRCH_US_EQ MARKET | buy | 24.43308 | 5.45 | 2021-10-08T17:25:39+03:00 | FILLED | 1.36336983 |
| EVO1587797139 | TRCH_US_EQ MARKET | buy | | | 2021-10-08T17:25:13+03:00 | FILLED | |
| EOF1576779809 | TRCH_US_EQ MARKET | buy | 23.57338 | 5.61 | 2021-10-01T20:40:06+03:00 | FILLED | 1.355960061 |
| EVO1576779802 | TRCH_US_EQ MARKET | buy | | | 2021-10-01T20:39:59+03:00 | FILLED | |
| EOF1565760409 | TRCH_US_EQ MARKET | buy | 11.69611 | 5.85 | 2021-09-27T18:43:33+03:00 | FILLED | 1.370640047 |
| EVO1565760365 | TRCH_US_EQ MARKET | buy | | | 2021-09-27T18:43:19+03:00 | FILLED | |
| EOF1533172147 | TRCH_US_EQ MARKET | buy | 80.99223 | 5.24 | 2021-09-07T18:52:21+03:00 | FILLED | 1.37885992 |
| EVO1533171992 | TRCH_US_EQ MARKET | buy | | | 2021-09-07T18:51:01+03:00 | FILLED | |
| EOF1519287403 | TRCH_US_EQ MARKET | buy | 13.36635 | 5.65 | 2021-08-30T16:33:22+03:00 | FILLED | 1.375089989 |
| EVO1518317607 | TRCH_US_EQ MARKET | buy | | | 2021-08-28T01:11:15+03:00 | FILLED | |
| EOF1506977110 | TRCH_US_EQ MARKET | buy | 2.83211 | 2.88 | 2021-08-20T22:20:33+03:00 | FILLED | 1.361689895 |
| EVO1506976448 | TRCH_US_EQ MARKET | buy | | | 2021-08-20T22:06:13+03:00 | FILLED | |
| EOF1506976253 | TRCH_US_EQ MARKET | buy | 25.41159 | 2.89 | 2021-08-20T22:01:36+03:00 | FILLED | 1.362010006 |
| EVO1506976249 | TRCH_US_EQ MARKET | buy | | | 2021-08-20T22:01:34+03:00 | FILLED | |
| EOF1476563265 | TRCH_US_EQ MARKET | buy | 24.42146 | 3.41 | 2021-08-02T18:24:59+03:00 | FILLED | 1.390039895 |
| EVO1476563236 | TRCH_US_EQ MARKET | buy | | | 2021-08-02T18:24:54+03:00 | FILLED | |
| EOF1471539190 | TRCH_US_EQ MARKET | buy | 78.7698 | 3.54 | 2021-07-29T22:59:46+03:00 | FILLED | 1.396320262 |
| EVO1471539179 | TRCH_US_EQ MARKET | buy | | | 2021-07-29T22:59:45+03:00 | FILLED | |
| EOF1464515751 | TRCH_US_EQ MARKET | buy | 60.3395 | 3.43 | 2021-07-26T21:05:32+03:00 | FILLED | 1.38179026 |
| EVO1464515532 | TRCH_US_EQ MARKET | buy | | | 2021-07-26T21:02:40+03:00 | FILLED | |
| EOF1448650714 | TRCH_US_EQ MARKET | buy | 107.38191 | 3.96 | 2021-07-15T19:47:25+03:00 | FILLED | 1.382689772 |
| EVO1448650699 | TRCH_US_EQ MARKET | buy | | | 2021-07-15T19:47:21+03:00 | FILLED | |
| EOF1426317973 | TRCH_US_EQ MARKET | buy | 12.05199 | 7.18 | 2021-07-01T21:42:24+03:00 | FILLED | 1.375510021 |
| EVO1426317913 | TRCH_US_EQ MARKET | buy | | | 2021-07-01T21:41:57+03:00 | FILLED | |
| EOF1422939789 | TRCH_US_EQ MARKET | buy | 10.21905 | 7.41 | 2021-06-30T20:41:15+03:00 | FILLED | 1.380300045 |
| EVO1422939784 | TRCH_US_EQ MARKET | buy | | | 2021-06-30T20:41:14+03:00 | FILLED | |
| EOF1422930927 | TRCH_US_EQ MARKET | buy | 480.59327 | 7.51 | 2021-06-30T19:55:06+03:00 | FILLED | 1.379880063 |
| EVO1422930909 | TRCH_US_EQ MARKET | buy | | | 2021-06-30T19:55+03:00 | FILLED | |
| EOF1422928997 | TRCH_US_EQ MARKET | sell | 486.13078 | 7.45 | 2021-06-30T19:43:28+03:00 | FILLED | 1.380479903 |
| EO1422928991 | TRCH_US_EQ MARKET | sell | 486.13078 | 7.45 | 2021-06-30T19:43:25+03:00 | FILLED | |
| EOF1409875942 | TRCH_US_EQ MARKET | buy | 6.07709 | 5.02 | 2021-06-24T16:34:07+03:00 | FILLED | 1.391110031 |
| EVO1409875753 | TRCH_US_EQ MARKET | buy | | | 2021-06-24T16:33:54+03:00 | FILLED | |
| EOF1395213739 | TRCH_US_EQ MARKET | buy | 405.26511 | 5.69 | 2021-06-16T20:49:10+03:00 | FILLED | 1.409759999 |
| EVO1395213716 | TRCH_US_EQ MARKET | buy | | | 2021-06-16T20:49:04+03:00 | FILLED | |
| EOF1391866334 | TRCH_US_EQ MARKET | buy | 19.25536 | 4.6 | 2021-06-15T16:31:15+03:00 | FILLED | 1.407960117 |
| EVO1391837692 | TRCH_US_EQ MARKET | buy | | | 2021-06-15T01:52:30+03:00 | FILLED | |
| EOF1369730777 | TRCH_US_EQ MARKET | buy | 124.21131 | 2.67 | 2021-06-02T20:24:09+03:00 | FILLED | 1.416919934 |
| EVO1369730512 | TRCH_US_EQ MARKET | buy | | | 2021-06-02T20:23:03+03:00 | FILLED | |
| EOF1338248105 | TRCH_US_EQ MARKET | buy | 12.65497 | 1.77 | 2021-05-13T20:45:17+03:00 | FILLED | 1.401710403 |
| EVO1338247869 | TRCH_US_EQ MARKET | buy | | | 2021-05-13T20:44:56+03:00 | FILLED | |
| EOF1332738514 | TRCH_US_EQ MARKET | buy | 55.79968 | 1.91 | 2021-05-11T16:35:38+03:00 | FILLED | 1.412369846 |
| EVO1332738028 | TRCH_US_EQ MARKET | buy | | | 2021-05-11T16:35:09+03:00 | FILLED | |
| EOF1330757827 | TRCH_US_EQ MARKET | buy | 47.80946 | 2.05 | 2021-05-10T18:52:45+03:00 | FILLED | 1.413870135 |
| EVO1330757512 | TRCH_US_EQ MARKET | buy | | | 2021-05-10T18:50:25+03:00 | FILLED | |
| EOF1308582479 | TRCH_US_EQ MARKET | buy | 23.65346 | 2.05 | 2021-04-28T16:30:11+03:00 | FILLED | 1.387399972 |
| EVO1307464436 | TRCH_US_EQ MARKET | buy | | | 2021-04-28T10:38:47+03:00 | FILLED | |
| EOF1288423619 | TRCH_US_EQ MARKET | buy | 53.00715 | 1.51 | 2021-04-16T18:10:53+03:00 | FILLED | 1.382159886 |
| EVO1288423604 | TRCH_US_EQ MARKET | buy | | | 2021-04-16T18:10:47+03:00 | FILLED | |
| EOF1286137765 | TRCH_US_EQ MARKET | buy | 45.28593 | 1.55 | 2021-04-15T20:55:45+03:00 | FILLED | 1.378229837 |
| EVO1286133953 | TRCH_US_EQ MARKET | buy | | | 2021-04-15T20:38:26+03:00 | FILLED | |
| EOF1283958079 | TRCH_US_EQ MARKET | buy | 36.8408 | 1.62 | 2021-04-15T16:30:10+03:00 | FILLED | 1.378660045 |
| EVO1283950337 | TRCH_US_EQ MARKET | buy | | | 2021-04-15T15:25:01+03:00 | FILLED | |
| EOF1274908859 | TRCH_US_EQ MARKET | buy | 11.86916 | 1.68 | 2021-04-12T21:02:16+03:00 | FILLED | 1.374239874 |
| EVO1274907709 | TRCH_US_EQ MARKET | buy | | | 2021-04-12T20:53:16+03:00 | FILLED | |
| EOF1236792694 | TRCH_US_EQ MARKET | buy | 22.6622 | 1.86 | 2021-03-26T20:56:10+02:00 | FILLED | 1.378409804 |
| EVO1236792429 | TRCH_US_EQ MARKET | buy | | | 2021-03-26T20:54:03+02:00 | FILLED | |
| EOF1229511232 | TRCH_US_EQ MARKET | buy | 0.7729 | 1.86 | 2021-03-24T20:59:13+02:00 | FILLED | 1.369190418 |
| EVO1229510674 | TRCH_US_EQ MARKET | buy | | | 2021-03-24T20:57:31+02:00 | FILLED | |
| EOF1228536695 | TRCH_US_EQ MARKET | buy | 68.56645 | 2 | 2021-03-24T16:52:07+02:00 | FILLED | 1.371330149 |
| EVO1228536177 | TRCH_US_EQ MARKET | buy | | | 2021-03-24T16:50:53+02:00 | FILLED | |
| EOF1219258974 | TRCH_US_EQ MARKET | buy | 38.53054 | 2.19 | 2021-03-22T15:30:13+02:00 | FILLED | 1.383310204 |
| EVO1219223983 | TRCH_US_EQ MARKET | buy | | | 2021-03-22T01:42:34+02:00 | FILLED | |
| EOF1175204142 | TRCH_US_EQ MARKET | sell | 5.41346 | 2.26 | 2021-03-11T16:44:46+02:00 | FILLED | 1.394269921 |