NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Material (MMAT) - originally it was TRCH before merger | Case Number: 24-50792-hlb | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

    Muhammad Farooque Ahsan
    50, Coniston Crescent
    Loughborough LE11 3RH
    Leicestershire
    England, United Kingdom

    Telephone Number: +44 7427590618

    ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

    ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

    ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

    **RECEIVED AND FILED**
    **DEC 18 2024**
    **U.S. BANKRUPTCY COURT**
    **MARY A. SCHOTT, CLERK**

    COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: Invest Account No. 2248370    Customer ID 5290739 | Check here if this claim: <br> ☐ replaces a previously filed Proof of Interest dated: _____ Not Applicable <br> ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

    Trading 212 UK Limited, Aldermary House, 10-15 Queen Street, London, EC4N 1TX (email: info@trading212.com)

    Telephone Number:

3. Date Equity Interest was acquired:
    10/June/2021
    11/June/2021
    15/June/2021
    16/June/2021
    22/June/2021

    June 2021 - various dates. Details have been attached)

4. Total amount of member interest: 1,100 shares

5. Certificate number(s): Order ID: POS1385107153

6. Type of Equity Interest:
    Please indicate the type of Equity Interest you hold:
    ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
    ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
    Description:

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
    DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
    Check the appropriate box.
    ☑ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
    (Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
    (See Bankruptcy Rule 3004.)

    I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

    Print Name:    Muhammad F Ahsan
    Title:    Mr
    Company:    Address and telephone number (if different from notice address above):
    Same as above

    *M. F. Ahsan*
    (Signature)

    Telephone number: +44 7427590618

    02/December/2024
    (Date)

    email: muhammad.f.ahsan@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**Client**         Muhammad Farooque Ahsan

Account No.        2248370

Account Type       Invest

Currency           GBP

| Order ID | Instrument/ISIN | Quantity | Trading Day | Trading Time |
|---|---|---|---|---|
| POS1385107153 | TRCH/US89102U1034 | 200 | 10/06/2021 | 16:41:06 |
| POS1385107153 | TRCH/US89102U1034 | 100 | 11/06/2021 | 14:33:37 |
| POS1385107153 | TRCH/US89102U1034 | 300 | 11/06/2021 | 15:43:46 |
| POS1385107153 | TRCH/US89102U1034 | 40 | 15/06/2021 | 13:31:15 |
| POS1385107153 | TRCH/US89102U1034 | 10 | 15/06/2021 | 14:05:17 |
| POS1385107153 | TRCH/US89102U1034 | 350 | 16/06/2021 | 16:47:35 |
| POS1385107153 | TRCH/US89102U1034 | 100 | 22-06-2021 | 19:36:43 |
|  | **TOTAL Number of Shares** | **1,100** |  |  |

'TRCH' merged with meta Materials (MMAT)

 Gmail                                                        Muhammad Ahsan <muhammad.f.ahsan@googlemail.com>

**Contract Note Statement from Trading 212**
1 message

Trading 212 <noreply@trading212.com>
To: muhammad.f.ahsan@gmail.com

# TR^DING 212

## Contract Note Statement from Trading212.com

| Client: | Muhammad Farooque Ahsan |
|---|---|
| Account number: | 2248370 |
| Account type: | INVEST |
| Currency: | GBP |

We confirm the following transactions for: 2021-06-11

| № | Order ID | Instrument/ISIN | Direction | Quantity | Price | Total amount | Trading day | Trading time | FX Fee | Regulatory & Exchange Fees | Order Type | Execution venue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | POS1385107153 | TRCH/US89102U1034 | Buy | 200 | 2.0754 GBP | 415.09 GBP | 10-06-2021 | 16:41:06 | 0.62 GBP | 0 GBP | MARKET | Over the Counter (OTC) |

* All transactions' execution times are GMT.

Trading 212 is a trading name of Trading 212 UK Ltd.

Trading 212 UK Ltd. is registered in England and Wales (Register number 8590005). Trading 212 UK Ltd. is authorised and regulated by the Financial Conduct Authority (Register number 609146).

This information does not represent investment advice, recommendation, or inducement to buy or sell financial instruments.

The value of investment in stocks and shares can fall as well as rise, so you may get back less than you invested. Past performance is no guarantee of future results.

This message and all attachments have been sent in confidence to the attention of the addressee only. If you have received it by mistake, please let us know by replying to this email and deleting it

 **Gmail**                                                    Muhammad Ahsan <muhammad.f.ahsan@googlemail.com>

## Contract Note Statement from Trading 212
1 message

Trading 212 <noreply@trading212.com>
To: muhammad.f.ahsan@gmail.com

# TRADING 212

### Contract Note Statement from Trading212.com

| Client: | Muhammad Farooque Ahsan |
|---|---|
| Account number: | 2248370 |
| Account type: | INVEST |
| Currency: | GBP |

We confirm the following transactions for: 2021-06-12

| № | Order ID | Instrument/ISIN | Direction | Quantity | Price | Total amount | Trading day | Trading time | FX Fee | Regulatory & Exchange Fees | Order Type | Execution venue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | POS1385107153 | TRCH/US89102U1034 | Buy | 100 | 2.1967 GBP | 219.67 GBP | 11-06-2021 | 14:33:37 | 0.33 GBP | 0 GBP | MARKET | Over the Counter (OTC) |
| 2 | POS472474586 | CNA/GB00B033F229 | Sell | 1100 | 0.5224 GBP | 574.64 GBP | 11-06-2021 | 15:11:15 | 0 GBP | 0 GBP | MARKET | Over the Counter (OTC) |
| 3 | POS1385107153 | TRCH/US89102U1034 | Buy | 300 | 2.1113 GBP | 633.41 GBP | 11-06-2021 | 15:43:46 | 0.95 GBP | 0 GBP | MARKET | Over the Counter (OTC) |

\* All transactions' execution times are GMT.

Trading 212 is a trading name of Trading 212 UK Ltd.

Trading 212 UK Ltd. is registered in England and Wales (Register number 8590005). Trading 212 UK Ltd. is authorised and regulated by the Financial Conduct Authority (Register number 609146).

This information does not represent investment advice, recommendation, or inducement to buy or sell financial instruments.

The value of investment in stocks and shares can fall as well as rise, so you may get back less than you invested. Past performance is no guarantee of future results.

This message and all attachments have been sent in confidence to the attention of the addressee only. If you have received it by mistake, please let us know by replying to this email and deleting it

 Gmail                                                                       Muhammad Ahsan <muhammad.f.ahsan@googlemail.com>

**Contract Note Statement from Trading 212**
1 message

Trading 212 <noreply@trading212.com>
To: muhammad.f.ahsan@gmail.com

# TR^DING 212

## Contract Note Statement from Trading212.com

| Client: | Muhammad Farooque Ahsan |
|---|---|
| Account number: | 2248370 |
| Account type: | INVEST |
| Currency: | GBP |

**We confirm the following transactions for: 2021-06-16**

| № | Order ID | Instrument/ISIN | Direction | Quantity | Price | Total amount | Trading day | Trading time | FX Fee | Regulatory & Exchange Fees | Order Type | Execution venue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | POS1385107153 | TRCH/US89102U1034 | Buy | 40 | 3.2673 GBP | 130.69 GBP | 15-06-2021 | 13:31:15 | 0.2 GBP | 0 GBP | MARKET | Over the Counter (OTC) |
| 2 | POS1385107153 | TRCH/US89102U1034 | Buy | 10 | 3.6001 GBP | 36 GBP | 15-06-2021 | 14:05:17 | 0.05 GBP | 0 GBP | MARKET | Over the Counter (OTC) |

* All transactions' execution times are GMT.

Trading 212 is a trading name of Trading 212 UK Ltd.
Trading 212 UK Ltd. is registered in England and Wales (Register number 8590005). Trading 212 UK Ltd. is authorised and regulated by the Financial Conduct Authority (Register number 609146).
This information does not represent investment advice, recommendation, or inducement to buy or sell financial instruments.
The value of investment in stocks and shares can fall as well as rise, so you may get back less than you invested. Past performance is no guarantee of future results.
This message and all attachments have been sent in confidence to the attention of the addressee only. If you have received it by mistake, please let us know by replying to this email and deleting it

 **Gmail**                                                              Muhammad Ahsan <muhammad.f.ahsan@googlemail.com>

**Contract Note Statement from Trading 212**
1 message

Trading 212 <noreply@trading212.com>
To: muhammad.f.ahsan@gmail.com

# TRADING 212

### Contract Note Statement from Trading212.com

| Client: | **Muhammad Farooque Ahsan** |
|---|---|
| Account number: | **2248370** |
| Account type: | **INVEST** |
| Currency: | **GBP** |

We confirm the following transactions for: 2021-06-17

| № | Order ID | Instrument/ISIN | Direction | Quantity | Price | Total amount | Trading day | Trading time | FX Fee | Regulatory & Exchange Fees | Order Type | Execution venue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | POS1385107153 | TRCH/US89102U1034 | Buy | 350 | 3.9437 GBP | 1380.33 GBP | 16-06-2021 | 16:47:35 | 2.07 GBP | 0 GBP | MARKET | Over the Counter (OTC) |

* All transactions' execution times are GMT.

Trading 212 is a trading name of Trading 212 UK Ltd.

Trading 212 UK Ltd. is registered in England and Wales (Register number 8590005). Trading 212 UK Ltd. is authorised and regulated by the Financial Conduct Authority (Register number 609146).

This information does not represent investment advice, recommendation, or inducement to buy or sell financial instruments.

The value of investment in stocks and shares can fall as well as rise, so you may get back less than you invested. Past performance is no guarantee of future results.

This message and all attachments have been sent in confidence to the attention of the addressee only. If you have received it by mistake, please let us know by replying to this email and deleting it

 Gmail                                                    Muhammad Ahsan <muhammad.f.ahsan@googlemail.com>

## Contract Note Statement from Trading 212
1 message

**Trading 212** <noreply@trading212.com>
To: muhammad.f.ahsan@gmail.com

# TR^DING 212

### Contract Note Statement from Trading212.com

| Client: | **Muhammad Farooque Ahsan** |
|---|---|
| Account number: | **2248370** |
| Account type: | **INVEST** |
| Currency: | **GBP** |

### We confirm the following transactions for: 2021-06-23

| № | Order ID | Instrument/ISIN | Direction | Quantity | Price | Total amount | Trading day | Trading time | FX Fee | Regulatory & Exchange Fees | Order Type | Execution venue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | POS1385107153 | TRCH/US89102U1034 | Buy | 100 | 5.475 GBP | 547.51 GBP | 22-06-2021 | 19:36:43 | 0.82 GBP | 0 GBP | MARKET | Over the Counter (OTC) |
| 2 | POS1218417135 | ABML/US02451V1017 | Buy | 250 | 1.5343 GBP | 383.58 GBP | 22-06-2021 | 19:58:20 | 0.58 GBP | 0 GBP | MARKET | Over the Counter (OTC) |

\* All transactions' execution times are GMT.

Trading 212 is a trading name of Trading 212 UK Ltd.

Trading 212 UK Ltd. is registered in England and Wales (Register number 8590005). Trading 212 UK Ltd. is authorised and regulated by the Financial Conduct Authority (Register number 609146).

This information does not represent investment advice, recommendation, or inducement to buy or sell financial instruments.

The value of investment in stocks and shares can fall as well as rise, so you may get back less than you invested. Past performance is no guarantee of future results.

This message and all attachments have been sent in confidence to the attention of the addressee only. If you have received it by mistake, please let us know by replying to this email and deleting it