NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: <br> Meta Materials, Inc. | Case Number: <br> 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   **Leila Malouf**
   **10240 SW 112 Street**
   **Miami, FL 33176**

   Telephone Number: **(786) 564-1742**

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor: <br> **97472065** | Check here if this claim: <br> ☐ replaces a previously filed Proof of Interest dated: _____ <br> ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: <br> **Leila Malouf - J.P. Morgan Securities LLC** <br> **383 Madison Avenue** <br> Telephone Number: **New York, NY 10179** <br> **1-800-392-5749** | 3. Date Equity Interest was acquired: <br> **Between 6/24/2021 to 10/21/2022** |
| 4. Total amount of member interest: _____ | 5. Certificate number(s): **See attached documentation** |

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: **Investor**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: **Leila Malouf**
   Title:
   Company: Address and telephone number (if different from notice address above):

   (Signature) *[signed]*    (Date) **12/13/2024**

   Telephone number: **786-564-1742**    email: **L.mekkri@gmail.com**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

PROOF OF INTEREST SUPPLEMENTAL INFORMATION:

CASE: 24-50792, META MATERIALS, INC.

FOR: Leila Malouf

    10240 SW 112 Street

    Miami, FL 33176

BROKER: J.P. Morgan

ACCT #: 97472065

TOTAL SHARES HELD PRE-REVERSE SPLIT: 5800 shares [58 SHARES POST REVERSE SPLIT]

**TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $16,058.48**

TRANSACTIONS [Post-Reverse Split 1/100]:

TOTAL SHARES HELD POST-REVERSE SPLIT: 58 shares [5800 shares pre split]

**See Transaction documentation attached

9:17

< **Meta Mater... (MMATQ)**

# META MATERIALS INC COMMON STOCK  MMATQ

## 0.00  0.00 (0.00%)

⟳ As of 9:16 PM ET 12/12/2024

**Asset class:** Equity / Concentrated & Other Equity

[ Trade ]

## Position

| | |
|---|---|
| Quantity | 58 |
| Cost | 16,058.48 |
| Gain/loss | -16,058.48 (-100.00%) |
| Value | 0.00 (0.00) |

## Tax lots

Tax lot information is as of the close of the prior business day.

### Long-term lot acquired 10/21/2022

| | |
|---|---|
| Account | ...2065 |
| Quantity | 1 |
| Unit cost | 151.69 |
| Cost | 151.69 C |
| Gain/loss | -151.69 (-100.00%) |
| Value | 0.00 |

**Long-term lot acquired 10/21/2022**

| | |
|---|---:|
| Account | ...2065 |
| Quantity | 26 |
| Unit cost | 214.25 |
| Cost | 5,570.54 C |
| Gain/loss | -5,570.54 (-100.00%) |
| Value | 0.00 |

**Long-term lot acquired 01/24/2022**

| | |
|---|---:|
| Account | ...2065 |
| Quantity | 13 |
| Unit cost | 170.71 |
| Cost | 2,219.25 C |
| Gain/loss | -2,219.25 (-100.00%) |
| Value | 0.00 |

**Long-term lot acquired 12/22/2021**

| | |
|---|---:|
| Account | ...2065 |
| Quantity | 5 |
| Unit cost | 295.77 |
| Cost | 1,478.84 C |
| Gain/loss | -1,478.84 (-100.00%) |
| Value | 0.00 |

**Long-term lot acquired 12/15/2021**

| | |
|---|---:|
| Account | ...2065 |
| Quantity | 3 |
| Unit cost | 323.86 |
| Cost | 971.58 C |

## Meta Mater... (MMATQ)

### Long-term lot acquired 12/15/2021

| | |
|---|---|
| Account | ...2065 |
| Quantity | 3 |
| Unit cost | 323.86 |
| Cost | 971.58 C |
| Gain/loss | -971.58 (-100.00%) |
| Value | 0.00 |

### Long-term lot acquired 08/16/2021

| | |
|---|---|
| Account | ...2065 |
| Quantity | 1 |
| Unit cost | 602.08 |
| Cost | 602.08 C |
| Gain/loss | -602.08 (-100.00%) |
| Value | 0.00 |

### Long-term lot acquired 08/16/2021

| | |
|---|---|
| Account | ...2065 |
| Quantity | 2 |
| Unit cost | 315.62 |
| Cost | 631.24 C |
| Gain/loss | -631.24 (-100.00%) |
| Value | 0.00 |

### Long-term lot acquired 08/16/2021

| | |
|---|---|
| Account | ...2065 |
| Quantity | 3 |
| Unit cost | 335.52 |
| Cost | 1,006.56 C |

# Meta Mater... (MMATQ)

### Long-term lot acquired 08/16/2021

| | |
|---|---|
| Account | ...2065 |
| Quantity | 1 |
| Unit cost | 602.08 |
| Cost | 602.08 C |
| Gain/loss | -602.08 (-100.00%) |
| Value | 0.00 |

### Long-term lot acquired 08/16/2021

| | |
|---|---|
| Account | ...2065 |
| Quantity | 2 |
| Unit cost | 315.62 |
| Cost | 631.24 C |
| Gain/loss | -631.24 (-100.00%) |
| Value | 0.00 |

### Long-term lot acquired 08/16/2021

| | |
|---|---|
| Account | ...2065 |
| Quantity | 3 |
| Unit cost | 335.52 |
| Cost | 1,006.56 C |
| Gain/loss | -1,006.56 (-100.00%) |
| Value | 0.00 |

### Long-term lot acquired 07/21/2021

| | |
|---|---|
| Account | ...2065 |
| Quantity | 1 |
| Unit cost | 585.00 |
| Cost | 585.00 C |

### Long-term lot acquired 07/21/2021

| | |
|---|---:|
| Account | ...2065 |
| Quantity | 1 |
| Unit cost | 585.00 |
| Cost | 585.00 C |
| Gain/loss | -585.00 (-100.00%) |
| Value | 0.00 |

### Long-term lot acquired 06/28/2021

| | |
|---|---:|
| Account | ...2065 |
| Quantity | 1 |
| Unit cost | 804.01 |
| Cost | 804.01 C |
| Gain/loss | -804.01 (-100.00%) |
| Value | 0.00 |

### Long-term lot acquired 06/28/2021

| | |
|---|---:|
| Account | ...2065 |
| Quantity | 1 |
| Unit cost | 980.40 |
| Cost | 980.40 C |
| Gain/loss | -980.40 (-100.00%) |
| Value | 0.00 |

### Long-term lot acquired 06/24/2021

| | |
|---|---:|
| Account | ...2065 |
| Quantity | 1 |
| Unit cost | 1,057.29 |
| Cost | 1,057.29 C |