NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

| Name of Debtor:<br>META MATERIALS, INC | Case Number:<br>24-50792 |
|---|---|

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

LJUBICA LOUISE STAKLE
LJUPCO LARRY STAKLE
515 Shrewsbury Dr,
Clarkston MI 48348

Telephone Number:
(248)240-7730

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

DEC 18 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) and (b) herein.

| Account or other number by which Interest holder identifies Debtor:<br>838-47756 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| **2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br>J.P. Morgan Securities LLC<br>PO BOX 1762<br>Chicago, IL 60690-1762<br>Telephone Number: 800-392-5749 | **3.** Date Equity Interest was acquired:<br><br>BETWEEN 11/14/2022 - 04/14/2023<br>SEE ATTACHED DOCUMENTATION |
|---|---|

| **4.** Total amount of member interest: 3,446 SHARES FOR $3422.80 | **5.** Certificate number(s): SEE ATTACHED DOCUMENTATION |
|---|---|

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____ INVESTOR

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor. ☐ I am the creditor's authorized agent. ☐ I am the trustee, or the debtor, ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.) or their authorized agent. (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Ljubica Stakle / Ljupco Stakle
Title: _____
Company: ___ Address and telephone number (if different from notice address above): _____

(Signature) (Date) 12/11/2024

Telephone number: (248)240-7730 email: louisestakle@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Proof of interest supplemental Information:

Case: 24-50792, META MATERIALS, INC.

FOR: LJUBICA STAKLE & LJUPCO STAKLE


BROOKER: J.P. Morgan Chase

ACCT #: 838-47756


TRANSACTIONS (PRE-REVERSE SPLIT)

| | | | |
|---|---|---|---|
| 11/14/2022 | PURCHASED 1000 shares | $1.6889 share | ($1688.90 invested) |
| 11/21/2022 | PURCHASED 600 shares | $2.205 share | ($1323.00 invested) |
| 04/14/2023 | PURCHASED 1,196 shares | $.224 share | ($267.90. invested) |
| 04/14/2023 | PURCHASED 650 shares | $.22 share | ($143.00 invested) |

TOTAL SHARES HELD PRE-REVERSE SPLIT: 3,446

TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $3422.80

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
(888) 994-5626

LJUBICA LOUISE STAKLE &
LIUPCO LARRY STAKLE JTWROS TOD
515 SHREWSBURY DR
CLARKSTON MI  48348-3673

| | |
|---|---|
| Processing Date | 11/14/22 |
| Account Number | 838-47766  VAC |
| Private Client Advisor | MIKE ROBERTS |
| | (248) 393-1640 |

Page 1 of 1

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

Investment products are: • Not insured by FDIC • Not a deposit or other obligation of, or guaranteed by, JPMorgan Chase Bank, N.A. or any of its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

### EQUITIES AND EXCHANGE LISTED OPTIONS

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type | Money Amount | Type | C* | Trade Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/14/22 | 11/16/22 | Bought | META MATLS INC COMMON STOCK UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: WHIPANYAAD221111442059 | MMAT 59134N104 | 1,000 | 1.6889 | Principal | 1,688.90 | Cash | 1 | 49718 |
| | | | | | | | NET AMOUNT | 1,688.90 | | | |

Investment products and services, including brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC**, member FINRA and SIPC. J.P. Morgan Securities LLC and JPMorgan Chase Bank, N.A. are affiliated companies under the common control of JPMorgan Chase & Co.

**\*In the event that the meaning of a code referenced above (and such code's definition on the back of this confirmation) conflicts with other wording on the front of this confirmation, the wording on the front of this confirmation shall control.**

If you have any questions about your
statement or concerns about your
account, please call us at the toll
free number provided above

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
(888) 994-5626

LIUBICA LOUISE STAKLE &
LIUPCO LARRY STAKLE JTWROS TOD
515 SHREWSBURY DR
CLARKSTON MI  48348-3673

| | |
|---|---|
| Processing Date | 11/21/22 |
| Account Number | 838-47756  VAC |
| Private Client Advisor | MIKE ROBERTS |
| | (248) 393-1640 |

Page 1 of 2

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND EXCHANGE LISTED OPTIONS**

Investment products are: • Not Insured by FDIC • Not a deposit or other obligation of, or guaranteed by, JPMorgan Chase Bank, N.A. or any of its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type | Money Amount | Type | C* | Trade Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/21/22 | 11/23/22 | Bought | META MATLS INC COMMON STOCK UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: WHIPANYAAF22112192633 | MMAT 59134N104 | 600 | 2.205 | Principal NET AMOUNT | 1,323.00 1,323.00 | Cash | 1 | 34242 |

If you have any questions about your statement or concerns about your account, please call us at the toll free number provided above

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
(888) 994-5626

LJUBICA LOUISE STAKLE &
LJUPCO LARRY STAKLE JTWROS TOD
515 SHREWSBURY DR
CLARKSTON MI 48348-3673

| | |
|---|---|
| Processing Date | 4/14/23 |
| Account Number | 838-41756  VAC |
| Private Client Advisor | MIKE ROBERTS |
| | (248) 393-1640 |

Page 1 of 2

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND EXCHANGE LISTED OPTIONS**

Investment products are: • Not insured by FDIC • Not a deposit or other obligation of, or guaranteed by, JPMorgan Chase Bank, N.A. or any of its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type | Money Amount | Type | C* | Trade Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/14/23 | 04/18/23 | Bought | META MATLS INC COMMON STOCK UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: WHIPANYAAA23041405124 PART OF   1846 SHR | MMAT 59134N104 | 1,196 | 0.224 | Principal | 267.90 | Cash | 1 | 03166 |
| | | | | | | | NET AMOUNT | 267.90 | | | |
| 04/14/23 | 04/18/23 | Bought | META MATLS INC COMMON STOCK UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: WHIPANYAAA23041456269 PART OF   1846 SHR | MMAT 59134N104 | 650 | 0.22 | Principal | 143.00 | Cash | 1 | 06160 |
| | | | | | | | NET AMOUNT | 143.00 | | | |

Investment products and services, including brokerage and advisory accounts, are offered through J.P. Morgan Securities LLC, member FINRA and SIPC. J.P. Morgan Securities LLC and JPMorgan Chase Bank, N.A. are affiliated companies under the common control of JPMorgan Chase & Co.

*In the event that the meaning of a code referenced above (and such code's definition on the back of this confirmation) conflicts with other wording on the

If you have any questions about your statement or concerns about your account, please call us at the toll free number provided above