NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor:<br>META MATERIALS, INC | Case Number:<br>24-50792 | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Robert Stakle
   515 Shrewsbury Dr,
   Clarkston MI 48348

   Telephone Number:
   (248)707-9148

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**

   **DEC 18 2024**

   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

| Account or other number by which Interest holder identifies Debtor:<br>986-52911 | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   J.P. Morgan Securities LLC
   PO BOX 1762
   Chicago, IL 60690-1762
   Telephone Number:   800-392-5749

3. Date Equity Interest was acquired:

   BETWEEN 11/03/2022 - 05/23/2023
   SEE ATTACHED DOCUMENTATION

4. Total amount of member interest: __1,687 SHARES FOR $2576.91__

5. Certificate number(s): SEE ATTACHED DOCUMENTATION

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: __INVESTOR__

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy**: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name:   Robert Stakle
   Title:
   Company:___Address and telephone number (if different from notice address above):

   (Signature)   12/11/2024
   (Date)

   Telephone number: (248)707-9148   email: robert.stakle@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Proof of interest supplemental Information:

Case: 24-50792, META MATERIALS, INC.

FOR: Robert Stakle

BROOKER: J.P. Morgan Chase

ACCT #: 986-52911

TRANSACTIONS (PRE-REVERSE SPLIT)

| Date | Transaction | Price | Invested |
|---|---|---|---|
| 11/03/2022 | PURCHASED 7 shares | $1.2854 share | ($9.00 invested) |
| 11/03/2022 | PURCHASED 133 shares | $1.385 share | ($184.21 invested) |
| 11/07/2022 | PURCHASED 99 shares | $1.58 share | ($156.42 invested) |
| 11/07/2022 | PURCHASED 800 shares | $1.58 share | ($1264.00 invested) |
| 11/15/2022 | PURCHASED 30 shares | $1.855 share | ($55.65 invested) |
| 11/15/2022 | PURCHASED 500 shares | $1.755 share | ($877.50 invested) |
| 05/30/2023 | PURCHASED 118 shares | $.2553 share | ($30.13 invested) |

TOTAL SHARES HELD PRE-REVERSE SPLIT: 1,687

TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $2576.91

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

ROBERT STAKLE
515 SHREWSBURY DR
CLARKSTON MI 48348-3673

Processing Date     11/3/22
Account Number     986-52911 HLF
CLIENT SERVICES
(800) 392-5749

Page 1 of 2

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND EXCHANGE LISTED OPTIONS**

Investment products are: • Not Insured by FDIC • Not a deposit or other obligation of, or guaranteed by, JPMorgan Chase Bank, N.A. or any of its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

| Trade Date | Settlement Date | Bought/Sold | Description | Symbol/CUSIP | Quantity | Price | Money Type | Money Amount | Type | C* | Trade Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/03/22 | 11/07/22 | Bought | META MATLS INC COMMON STOCK UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: WHIPANYAAA22110330584 PART OF 140 SHR | MMAT 59134N104 | 7 | 1.2854 | Principal<br>NET AMOUNT | 9.00<br>9.00 | Cash | 1 | 00387 |
| 11/03/22 | 11/07/22 | Bought | META MATLS INC COMMON STOCK UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: WHIPANYAAJ22110374410 PART OF 140 SHR | MMAT 59134N104 | 133 | 1.385 | Principal<br>NET AMOUNT | 184.21<br>184.21 | Cash | 1 | 38793 |

If you have any questions about your statement or concerns about your account, please call us at the toll free number provided above

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

ROBERT STAKLE
515 SHREWSBURY DR
CLARKSTON MI 48348-3673

Processing Date: 11/7/22
Account Number: 986-52911 HLF
CLIENT SERVICES
(800) 392-5749

Page 1 of 2

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND EXCHANGE LISTED OPTIONS**

Investment products are: • Not insured by FDIC • Not a deposit or other obligation of, or guaranteed by, JPMorgan Chase Bank, N.A. or any of its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type | Money Amount | Type | C* | Trade Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/07/22 | 11/09/22 | Bought | META MATLS INC COMMON STOCK UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: WHIPANYAAA22110743676 PART OF    899 SHR | MMAT 59134N104 | 99 | 1.58 | Principal NET AMOUNT | 156.42 156.42 | Cash | 1 | 07762 |
| 11/07/22 | 11/09/22 | Bought | META MATLS INC COMMON STOCK UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: WHIPANYAAA22110726879 PART OF    899 SHR | MMAT 59134N104 | 800 | 1.58 | Principal NET AMOUNT | 1,264.00 1,264.00 | Cash | 1 | 08351 |

If you have any questions about your statement or concerns about your account, please call us at the toll free number provided above

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel: 800-392-5749

ROBERT STAKLE
515 SHREWSBURY DR
CLARKSTON MI 48348-3673

Processing Date 11/15/22
Account Number 986-52911 HLF
CLIENT SERVICES
(800) 392-5749

Page 1 of 2

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND EXCHANGE LISTED OPTIONS**

Investment products are: • Not insured by FDIC • Not a deposit or other obligation of, or guaranteed by, JPMorgan Chase Bank, N.A. or any of its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type | Money Amount | Type | C* | Trade Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/15/22 | 11/17/22 | Bought | META MATLS INC COMMON STOCK UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: WHIPANYAAB22111533263 PART OF 530 SHR | MMAT 59134N104 | 30 | 1.855 | Principal NET AMOUNT | 55.65 55.65 | Cash | 1 | 12707 |
| 11/15/22 | 11/17/22 | Bought | META MATLS INC COMMON STOCK UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: WHIPANYAAA22111588143 PART OF 530 SHR | MMAT 59134N104 | 500 | 1.755 | Principal NET AMOUNT | 877.50 877.50 | Cash | 1 | 08056 |

If you have any questions about your statement or concerns about your account, please call us at the toll free number provided above

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
Mail Code: IL1-0291
PO Box 1762
Chicago, IL 60690-1762
800-392-5749

ROBERT STAKLE
515 SHREWSBURY DR
CLARKSTON MI 48348-3673

Processing Date: 5/30/23
Account Number: 986-52911 HLF
CLIENT SERVICES
(800) 392-5749

Page 1 of 3

## CONFIRMATION
### WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)

**EQUITIES AND EXCHANGE LISTED OPTIONS**

Investment products are: • Not insured by FDIC • Not a deposit or other obligation of, or guaranteed by, JPMorgan Chase Bank, N.A. or any of its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

| Trade Date | Settlement Date | Bought/Sold | Description | Symbol/CUSIP | Quantity | Price | Money Type | Money Amount | Type | C* | Trade Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/30/23 | 06/01/23 | Bought | META MATLS INC COMMON STOCK UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: WHIPANYAAE23053028941 | MMAT 59134N104 | 118 | 0.2553 | Principal NET AMOUNT | 30.13 30.13 | Cash | 1 | 88783 |

If you have any questions about your statement or concerns about your account, please call us at the toll free number provided above