NVB 3001 (Rev. 12/24)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** META MATERIALS

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   DANIEL MARTIN
   41 BARBER DR
   GEORGETOWN, ON
   L7G-6M1
   CANADA

   **Telephone Number:** 416-629-0412

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 18 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor** (last 4 digits only):
SEE ATTACHED DOCUMENT

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   QTRADE DIRECT INVESTING
   1111 W GEORGIA ST SUITE 700
   V6E 4T6 VANCOUVER BC
   **Telephone Number:** 1-877-787-2330

3. **Date Equity Interest was acquired:**
   FEB 14th 2023
   STILL OWN SHARES

4. **Total amount of member interest:** 6800 SHARES

5. **Certificate number(s):** SEE ATTACHED DOCUMENT

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:**

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: DANIEL MARTIN
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) [signed]
(Date) DEC 17/2024
Telephone number: 4166290412    email: DANNYMARTIN@COMBINEDAIR.COM

**Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571**




AS AGENTS, WE CONFIRM THE FOLLOWING PURCHASE FOR YOUR ACCOUNT OVER THE COUNTER - U.S.
TRADED ON FEB 14, 2023

| | | | | | |
|---|---|---|---|---|---|
| | 2,000 | META MATLS INC | @ | .7413 USD GROSS | 1,482.60 |
| | | | | COMMISSION | 6.95 |
| **ACCOUNT TYPE** | | IMPORTANT INFORMATION ON BACK | | TOTAL CHARGES | 6.95 |
| Q5A-25EV-R    LIRA    CAD | | MARKETPLACE DETAILS ON REQUEST | | FOREIGN EXCHG | |
| **Investment Advisor** | | 230214005667,MMAT | | @ 1.3531 | 525.96 |
| QTRADE INVESTOR    5KZZ | | | | | |

ISIN   US59134N1046
CUSIP   59134N104
GST Registration #896576857
REF #28403   FEB 14, 2023

MR DANIEL MARTIN
41 BARBER DR
GEORGETOWN ON  L7G 6M1

**NET AMOUNT  CAD    2,015.51**

**FOR SETTLEMENT ON FEB 16, 2023**

E. & O.E.    1
PLEASE RETAIN FOR INCOME TAX PURPOSES

**Transaction Confirmation**

Customer accounts are protected by the Canadian Investors Protection Fund within specified limits. A brochure describing the nature and limits of the coverage is available upon request.

Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:

This transaction, if it has been made on a Stock Exchange, is subject to the by-laws, rules, regulations and customs of such Stock Exchange and of any clearing house involved. In the case of an exchange transaction, the name of the Exchange (and clearing house, if any) and of the other broker will be furnished upon request;

This transaction is subject to the by-laws and customs of the securities industry;

Delivery of securities purchased is subject to availability in deliverable form notwithstanding the foregoing, payment is due on settlement date;

The client agrees that notices sent to his last designated address shall be deemed received;

Payable in Canadian funds unless otherwise specified. Please indicate your account number on all documents and instructions sent to us;

If payment in full is not received on settlement date, interest will be charged on the unpaid balance until such balance is paid;

Agent -indicates that we have acted as an intermediary in a securities transaction;

Principal -refers to securities transactions that are either bought from or sold to our inventory;

The names of the IR/RR or the market place will be furnished upon request;

The Trustee for registered accounts is Canadian Western Trust Company;

NVS: non voting shares, SVS: subordinate voting shares, MVS: multiple voting shares, RVS: restricted voting shares, RS: restricted shares;

Qtrade Investor and Qtrade Advisor are divisions of Credential Qtrade Securities Inc. - member of IIROC and CIPF

# QTRADE



CIPF Canadian Investor Protection Fund MEMBER

AS AGENTS, WE CONFIRM THE FOLLOWING PURCHASE FOR YOUR ACCOUNT OVER THE COUNTER - U.S.
TRADED ON FEB 14, 2023

| | | | | | |
|---|---|---|---|---|---|
| 4,800 | META MATLS INC | @ | .7413 USD | GROSS | 3,558.24 |
| | | | | COMMISSION | 13.90 |
| | IMPORTANT INFORMATION ON BACK | | | TOTAL CHARGES | 13.90 |
| | MARKETPLACE DETAILS ON REQUEST | | | FOREIGN EXCHG | |
| | ,MMAT | | | @ 1.3531 | 1,261.32 |

**ACCOUNT TYPE**
Q5A-2TY3-T    RRSP    CAD

**Investment Advisor**
QTRADE INVESTOR    5KYY

ISIN  US59134N1046
CUSIP  59134N104
GST Registration #896576857
REF #28455   FEB 14, 2023

MR DANIEL MARTIN
41 BARBER DR
GEORGETOWN ON  L7G 6M1

**NET AMOUNT  CAD    4,833.46**

**FOR SETTLEMENT ON FEB 16, 2023**

E. & O.E.    1
PLEASE RETAIN FOR INCOME TAX PURPOSES

## Transaction Confirmation

Customer accounts are protected by the Canadian Investors Protection Fund within specified limits. A brochure describing the nature and limits of the coverage is available upon request.

Without limiting in any way or otherwise affecting our rights under any other contracts between us, you agree to the following:

This transaction, if it has been made on a Stock Exchange, is subject to the by-laws, rules, regulations and customs of such Stock Exchange and of any clearing house involved. In the case of an exchange transaction, the name of the Exchange (and clearing house, if any) and of the other broker will be furnished upon request;

This transaction is subject to the by-laws and customs of the securities industry;

Delivery of securities purchased is subject to availability in deliverable form notwithstanding the foregoing, payment is due on settlement date;

The client agrees that notices sent to his last designated address shall be deemed received;

Payable in Canadian funds unless otherwise specified. Please indicate your account number on all documents and instructions sent to us;

If payment in full is not received on settlement date, interest will be charged on the unpaid balance until such balance is paid;

Agent -indicates that we have acted as an intermediary in a securities transaction;

Principal -refers to securities transactions that are either bought from or sold to our inventory;

The names of the IR/RR or the market place will be furnished upon request;

The Trustee for registered accounts is Canadian Western Trust Company;

NVS: non voting shares, SVS: subordinate voting shares, MVS: multiple voting shares, RVS: restricted voting shares, RS: restricted shares;

Qtrade Investor and Qtrade Advisor are divisions of Credential Qtrade Securities Inc. - member of IIROC and CIPF