NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: META MATERIALS | Case Number: 24-50792 | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

OPEYEMI O. FAJIMI
239 EVANSGLEN CIR. NW
CALGARY ALBERTA
T3P 0W7

Telephone Number: 306 620 3745

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 18 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
544-1614913

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
BANK OF NOVA SCOTIA
44 KING STR W, CONCOURSE LEVEL TORONTO ON M5H 1H1
Telephone Number: 1 888 872 3388

**3.** Date Equity Interest was acquired:
OCTOBER 18TH, 2022

**4.** Total amount of member interest: 14,000

**5.** Certificate number(s): _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: OPEYEMI O. FAJIMI
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature) /s/ Bosede
(Date) DEC-05-2024

Telephone number: 306 6203745   email: fajimiopeyemi@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



**SCOTIA iTRADE®**

44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

# Confirmation Notice

**ACCOUNT NO.**   **TYPE**
544-1614913        TFSA

**FOR SETTLEMENT IN THIS OFFICE**

OPEYEMI O FAJIMI         32**
239 EVANSGLEN CIRCLE NW
CALGARY AB  T3P 0W7

---

|  |  |
|---|---|
| AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT OVER THE COUNTER - U.S.A. | OCTOBER 18, 2022 |
|  | SETTLEMENT DATE   OCTOBER 20, 2022 |
|  | ACCOUNT NO.       544-1614913-TFSA |

| | | | |
|---|---|---|---|
| AS PRINCIPAL, WE CONVERTED AT | | | 1.3925 |
| TRANSACTION TYPE | | | BOUGHT |
| Quantity | Security Description | | Unit Price |
| 10,500 | META MATLS INC COMMON STOCK STP PET UNSOLICITED VIA INTERNET/LIMIT EXCHANGE RATE    1.39250000 PART OF   14000 SHR | @ | .90U$ |

| | |
|---|---|
| GROSS AMOUNT | 9,450.00 |
| COMMISSION | 9.99 |
| SUB TOTAL | 9,459.99 U$ |
| EXCHANGE | 3,713.05 |
| NET AMOUNT | 13,173.04 C$ |

---

**INVESTMENT REPRESENTATIVE**   **SCOTIA I-TRADE**
IR No.                          SL1
TEL.                            (888) 872-3388

REFERENCE G5075  /  CUSIP US59134N1046  /
SECURITY NO. M067927  /  ORDER NO. 565075  /  A  65

---

Scotia iTRADE (Discount Broker - Order-Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

CIPF
Canadian Investor Protection Fund
MEMBER

P 1



44 KING STREET WEST, CONCOURSE LEVEL
TORONTO, ONTARIO M5H 1H1

# Confirmation Notice

ACCOUNT NO.   TYPE
544-1614913   TFSA

**FOR SETTLEMENT IN THIS OFFICE**

OPEYEMI O FAJIMI         32**
239 EVANSGLEN CIRCLE NW
CALGARY AB  T3P 0W7

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER – U.S.A.

OCTOBER 18, 2022
SETTLEMENT DATE   OCTOBER 20, 2022
ACCOUNT NO.       544-1614913-TFSA

| TRANSACTION TYPE | | | BOUGHT |
|---|---|---|---|
| Quantity | Security Description | | Unit Price |
| 3,500 | META MATLS INC COMMON STOCK STP PET UNSOLICITED VIA INTERNET/LIMIT | @ | .90U$ |

| | |
|---|---|
| GROSS AMOUNT | 3,150.00 |
| COMMISSION | 9.99 |
| SUB TOTAL | 3,159.99 U$ |
| NET AMOUNT | 3,159.99 U$ |

INVESTMENT REPRESENTATIVE   SCOTIA I-TRADE
IR No.                                         SL1
TEL.                                            (888) 872-3388

REFERENCE G1854  /  CUSIP US59134N1046  /
SECURITY NO. M067927  /  ORDER NO. 561854  /  A  65

Scotia iTRADE (Discount Broker – Order-Execution Only Accounts) is a division of Scotia Capital Inc. (SCI). SCI is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side. ® Registered trademark of The Bank of Nova Scotia. Used under license.

CIPF
Canadian Investor Protection Fund
MEMBER

**Investment Account Statement**

# Scotia iTRADE

KCECE - 50009
SWSTM16000_1150165_041 E S    01325

OPEYEMI O FAJIMI    32*
239 EVANSGLEN CIRCLE NW
CALGARY AB  T3P 0W7



Account Number:    **544-16149-13**
Account Type:      Tax-Free Savings Account
For the Period:    **September 1 to 30, 2024**
Last Statement:    June 28, 2024

## Address Information

44 King Street West
Concourse Level
Toronto, Ontario
M5H 1H1

Phone:    (888) 872-3388
Website:  www.scotiaitrade.com
Email:    service@scotiaitrade.com

**Order-Execution Only Account**
The Bank of Nova Scotia Trust Company acting as Trustee

## Account Summary

| Investments by Currency | Market Value | FX Rate (As of September 30, 2024) | Total Canadian Equivalent |
|---|---|---|---|
| Canadian Dollar | 4,378 | | 4,378 |
| U.S. Dollar | 42 | 1 USD = 1.3515 CAD | 57 |
| **Total Value of Account** | | | **$4,435** |
| Total Value on Last Statement | | | $4,143 |

**Regulated by CIRO**
Canadian Investment
Regulatory Organization

Scotia iTRADE ® (Order-Execution Only) is a division of Scotia Capital Inc. ("SCI"). SCI is regulated by the Canadian Investment Regulatory Organization and is a member of the Canadian Investor Protection Fund. Scotia iTRADE does not provide investment advice or recommendations and investors are responsible for their own investment decisions. This transaction is subject to the Agreement on the reverse side.
®Registered trademark of The Bank of Nova Scotia, used under license.

# Scotia iTRADE

Account Number: **544-16149-13**
Statement for September 1 to 30, 2024

## Portfolio Overview

Account Currency: CAD

### Account Summary

| Date | Net Asset Value |
|---|---|
| Jun. 28, 2024 | $3,958 |
| Sep. 30, 2024 | $4,378 |
| **Change in the value of your account** | **$420** |



### Asset Class Summary

| Asset Class Summary | Sep. 30, 2024 Market Value | % of Total Assets |
|---|---|---|
| Cash | 3,625 | 82.80 |
| Equity | 753 | 17.20 |
| **Total Value of Portfolio** | **$4,378** | **100.00** |



## Details of Your Account Holdings

| Security Description | Quantity | Average Cost | Adjusted Book Value | Market Price | Market Value |
|---|---|---|---|---|---|
| **Cash** | | | | | **$3,625** |
| **Equity** | | | | | |
| BRAILLE ENERGY SYSTEMS INC COM | 9,000 | 0.331 | 2,979 | 0.075 | 675 |
| FABLED COPPER CORP NEW COM NEW | 400 | 0.600 | 240 | 0.050 | 20 |
| FANSUNITE ENTERTAINMENT INC COM  See Endnote 3 | 50,000 | 0.360 | 18,024 | UNPRICED | UNPRICED |
| META MATERIALS INC COMMON STOCK  See Endnote 5 | 115 | 212.834 | 24,475 | 0.500 | 58 |

## Scotia iTRADE.

Account Number: **544-16149-13**
Statement for September 1 to 30, 2024

## Portfolio Overview

Account Currency: USD

### Account Summary

| Date | Net Asset Value |
|---|---|
| Jun. 28, 2024 | $135 |
| Sep. 30, 2024 | $42 |
| Change in the value of your account | $-93 |



### Asset Class Summary

| | Sep. 30, 2024 Market Value | % of Total Assets |
|---|---|---|
| Cash | 28 | 66.66 |
| Equity | 14 | 33.34 |
| **Total Value of Portfolio** | **$42** | **100.00** |



## Details of Your Account Holdings

| Security Description | Quantity | Average Cost | Adjusted Book Value | Market Price | Market Value |
|---|---|---|---|---|---|
| **Cash** | | | | | **$28** |
| **Equity** | | | | | |
| FIRST REPUBLIC BANK SAN FRANCISCO CALIF NEW COM | 87 | 28.614 | 2,489 | 0.012 | 1 |
| META MATERIALS INC COMMON STOCK | 35 | 90.285 | 3,159 | 0.370 | 13 |
| **Total Equity** | | | **$5,648** | | **$14** |
| **Total Account Holdings** | | | **$5,676** | | **$42** |

The adjusted cost displayed on this statement incorporates the original cost of your investments as well as any reinvested dividends and/or mutual fund distributions. Please note that where you have purchased securities through a PAC plan the cost displayed does not necessarily reflect your original purchase price.