NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

Name of Debtor: Meta Materials Inc.
Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

1100 S. Miami Ave, Apt 1510
Miami, FL 33130

Telephone Number:

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 18 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
WeBull Indiv ZTD7

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Edward Esposito
44 Wall St. 2nd Floor
NY, NY 10005
Telephone Number: 888-828-0618

3. Date Equity Interest was acquired:
See attach/
1 remaining share currently held.

4. Total amount of member interest: See attach/

5. Certificate number(s): See attached documentation

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest: Investor
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Edward Esposito
Title: Investor
Company: ___ Address and telephone number (if different from notice address above):

(Signature)   12-17-2024 (Date)
Telephone number: 305-588-7646   email: 888AnyPAive gmail com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

Webull Financial LLC | **Proceeds from Broker and Barter Exchange Transactions** | 2023 Form 1099-B*
ZTD7 | (continued) | 2024-02-16  OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.
Box 2: Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)
Box 5: Box Not Checked (Covered Security)   Box 6: Gross (unless indicated as Net in Additional Notes Column)   Box 12: Basis Reported to the IRS

| 1a - Description of property \| CUSIP \| Symbol | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | 1b - Date Acquired | 1e - Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
| CISO GLOBAL INC \| CUSIP: 15672X102 \| Symbol: CISO | | | | | | | |
| 2023-11-17 | 4061 | 557.79 | 2023-11-17 | 503.56 | 0.00 | 54.23 | |
| 2023-12-01 | 5561 | 833.33 | 2023-11-17 | 682.33 | 0.00 | 151.00 | |
| Security Totals: | | 1,391.12 | | 1,185.89 | | 205.23 | |
| MATINAS BIOPHARMA HLDGS INC \| CUSIP: 576810105 \| Symbol: MTNB | | | | | | | |
| 2023-10-11 | 1766 | 573.50 | Various | 378.81 | 0.00 | 194.69 | |
| META MATERIALS INC \| CUSIP: 59134N104 \| Symbol: MMAT | | | | | | | |
| 2023-10-19 | 1920 | 374.69 | 2023-10-02 | 406.84 | 0.01 D | -32.14 | |
| NXU INC \| CUSIP: 62956D105 \| Symbol: NXU | | | | | | | |
| 2023-12-13 | 20643 | 641.06 | Various | 914.80 | 273.74 D | 0.00 | |
| NXU INC \| CUSIP: 62956D204 \| Symbol: NXU | | | | | | | |
| 2023-12-27 | 299 | 1,388.47 | Various | 1,310.59 | 53.56 D | 131.44 | |
| PROCESSA PHARMACEUTICALS INC \| CUSIP: 74275C205 \| Symbol: PCSA | | | | | | | |
| 2023-10-17 | 925 | 557.17 | 2023-10-17 | 429.76 | 0.00 | 127.41 | |
| AAPL 230922P00175000 \| CUSIP: AAPL230922P00175000 \| Symbol: AAPL230922P00175000 | | | | | | | |
| 2023-09-22 | 20 | 318.93 | 2023-09-22 | 241.01 | 0.00 | 77.92 | |
| BAC 231020C00027000 \| CUSIP: BAC231020C00027000 \| Symbol: BAC231020C00027000 | | | | | | | |
| 2023-10-20 | 40 | 0.00 | 2023-10-20 | 81.57 | 0.00 | -81.57 | |
| BMY 231208C00051000 \| CUSIP: BMY231208C00051000 \| Symbol: BMY231208C00051000 | | | | | | | |
| 2023-12-08 | 30 | 0.00 | 2023-12-08 | 31.18 | 0.00 | -31.18 | |
| BMY 231215C00052000 \| CUSIP: BMY231215C00052000 \| Symbol: BMY231215C00052000 | | | | | | | |
| 2023-12-13 | 30.0 | 538.74 | Various | 361.18 | 0.00 | 177.56 | |
| C 230602P00045000 \| CUSIP: C230602P00045000 \| Symbol: C230602P00045000 | | | | | | | |
| 2023-05-23 | 30.0 | 1,427.44 | 2023-05-23 | 1,081.47 | 0.00 | 345.97 | |
| 2023-06-02 | 50.0 | 0.00 | 2023-06-02 | 202.45 | 0.00 | -202.45 | |
| Security Totals: | | 1,427.44 | | 1,283.92 | | 143.52 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.



NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials, Inc | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   1100 S. Miami Ave
   Apt 1510
   Miami, FL 33130

   Telephone Number: 305-588-7646

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
TD Ameritrade Ending 2301

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Edward Esposito
   P.O. Box 2209  69103-2209
   Omaha, NE
   Telephone Number: 800-435-9000

3. Date Equity Interest was acquired:
   Bought & Sold
   2021-2023
   See attached

4. Total amount of member interest: See Attached

5. Certificate number(s): See attached documentation

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor / Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Edward Esposito
Title: Investor
Company: ___ Address and telephone number (if different from notice address above):

(Signature) /s/   (Date) 12-17-2024
Telephone number: 305-588-7646   email: 888anypain@gmail.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

**TD Ameritrade Clearing, Inc.**                                                                        Account ####2301

## Proceeds from Broker and Barter Exchange Transactions

2021    1099-B*    OMB No. 1545-0715                                                                    01/20/2022

Sales transactions are grouped by their term (long, short or undetermined) and covered status (covered or noncovered). For tax lots whose term is undetermined, use your historical documents to establish the cost basis and date of purchase. Tax lots with an additional notation of "Ordinary" represent neither short- nor long-term capital transactions. You may wish to consult with your tax advisor, the IRS or your state tax authority regarding the proper treatment.

Closing of written options is presented in a distinct manner in accordance with IRS regulation. For these transactions the Cost or other basis (column 1e) is always presented as $0.00 and the Proceeds (column 1d) is the net of proceeds received when the option was written and the cost to close the position.

Several column headings describe two related items: a quantity and a qualifier. For example, proceeds and, if the sale is the result of an option exercise or assignment, whether the proceeds are gross or net (adjusted for any option premium). When these conditions exist, the qualifier is shown to the right of the amount.

Long positions are reported based on the trade date and short positions are reported based on the settlement date of the trade.

FATCA filing requirement [ ]

### SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] (Lines 2 & 5)
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. (Line 12)
"Gain or loss (-)" is NOT reported to the IRS.

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional Information |
|---|---|---|---|---|---|---|---|
|  |  |  | Various Various |  |  | 0.00 |  |
| Security total: |  |  |  |  |  |  |  |
| META MATERIALS INC COM / CUSIP: 59134N104 / Symbol: MMAT |  |  |  |  |  |  |  |
| 09/27/21 | 1,000.000 | 5,721.25 | Various | 5,865.23 | 1,384.38 W | 1,240.40 | Sale |
| 10/11/21 | 500.000 | 2,720.58 | Various | 1,603.19 | ... | 1,117.39 | Sale |
| 10/20/21 | 480.000 | 2,294.38 | Various | 1,662.90 | ... | 631.48 | Sale |
| 11/01/21 | 1,000.000 | 5,304.85 | 09/20/21 | 4,940.00 | ... | 364.85 | Sale |
| 11/17/21 | 200.000 | 900.00 | 09/20/21 | 988.00 | 88.00 W | 0.00 | Sale |
| 12/02/21 | 200.000 | 668.00 | 09/20/21 | 988.00 | 320.00 W | 0.00 | Sale |
| 12/03/21 | 200.000 | 697.98 | 09/20/21 | 988.00 | 290.02 W | 0.00 | Sale |
| 12/07/21 | 300.000 | 1,002.16 | 09/20/21 | 2,722.12 | 1,719.96 W | 0.00 | Sale |
| 12/10/21 | 300.000 | 933.62 | Various | 1,664.24 | 730.62 W | 0.00 | Sale |
| Security total: |  | 20,242.82 |  | 21,421.68 | 4,532.98 W | 3,354.12 |  |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).

| TD Ameritrade Clearing, Inc. | | Account ████2301 |
|---|---|---|
| 2021  1099-B*  OMB No 1545-0715 | Proceeds from Broker and Barter Exchange Transactions (continued) | 01/20/2022 |

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

| 1a- Description of property/CUSIP/Symbol | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
| TORCHLIGHT ENERGY RESOURCES IN 1:2 R/S 6/28/21 59134N104 / CUSIP: 89102U103 / Symbol: TRCH | | | | | | | |
| 06/21/21 | 200.000 | 1,969.99 | 06/16/21 | 1,221.50 | | 748.49 | Sale |

| TD Ameritrade Clearing, Inc. | | Account ████2301 |
|---|---|---|
| **Proceeds from Broker and Barter Exchange Transactions** | | |
| 2022   1099-B*   OMB No. 1545-0715 | | 01/19/2023 |

Sales transactions are grouped by their term (long, short or undetermined) and covered status (covered or noncovered). For tax lots whose term is undetermined, use your historical documents to establish the cost basis and date of purchase. Tax lots with an additional notation of "Ordinary" represent neither short- nor long-term capital transactions. You may wish to consult with your tax advisor, the IRS or your state tax authority regarding the proper treatment.

Closing of written options is presented in a distinct manner in accordance with IRS regulation. For these transactions the Cost or other basis (column 1e) is always presented as $0.00 and the Proceeds (column 1d) is the net of proceeds received when the option was written and the cost to close the position.

Several column headings describe two related items: a quantity and a qualifier. For example, proceeds and, if the sale is the result of an option exercise or assignment, whether the proceeds are gross or net (adjusted for any option premium). When these conditions exist, the qualifier is shown to the right of the amount.

Long positions are reported based on the trade date and short positions are reported based on the settlement date of the trade.

FATCA filing requirement [ ]

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

| 1a- Description of property/CUSIP/Symbol | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|  |  |  |  | | ... |  |  |
| Totals : | | | | | | | |

**LONG TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part II with Box D checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

| 1a- Description of property/CUSIP/Symbol | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
| META MATERIALS INC COM / CUSIP: 59134N104 / Symbol: MMAT | | | | | | | |
| 12/07/22 | 1,000.000 | 2,122.37 | Various | 5,087.90 | ... | -2,965.53 | Total of 2 transactions |
| Totals : | | 2,122.37 | | 5,087.90 | | -2,965.53 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).

| TD Ameritrade Clearing, Inc. | | | | Account ▓▓▓▓2301 | | | |
|---|---|---|---|---|---|---|---|
| **Proceeds from Broker and Barter Exchange Transactions** | | | | | | | |
| 2023   1099-B*   OMB No. 1545-0715 | | | | | | | 01/18/2024 |

Sales transactions are grouped by their term (long, short or undetermined) and covered status (covered or noncovered). For tax lots whose term is undetermined, use your historical documents to establish the cost basis and date of purchase. Tax lots with an additional notation of "Ordinary" represent neither short- nor long-term capital transactions. You may wish to consult with your tax advisor, the IRS or your state tax authority regarding the proper treatment.

Closing of written options is presented in a distinct manner in accordance with IRS regulation. For these transactions the Cost or other basis (column 1e) is always presented as $0.00 and the Proceeds (column 1d) is the net of proceeds received when the option was written and the cost to close the position.

Several column headings describe two related items: a quantity and a qualifier. For example, proceeds and, if the sale is the result of an option exercise or assignment, whether the proceeds are gross or net (adjusted for any option premium). When these conditions exist, the qualifier is shown to the right of the amount.

Long positions are reported based on the trade date and short positions are reported based on the settlement date of the trade.

FATCA filing requirement [ ]

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

1a- Description of property/CUSIP/Symbol

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC COM / CUSIP: 59134N104 / Symbol: MMAT | | | | | | | |
| 08/16/23 | 2,500.000 | 575.13 | 04/12/23 | 944.00 | ... | -368.87 | Sale |
| 08/16/23 Totals: | | | | | | | |

**LONG TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part II with Box D checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

1a- Description of property/CUSIP/Symbol

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| 08/16/23 | | | | | | | |
| META MATERIALS INC COM / CUSIP: 59134N104 / Symbol: MMAT | | | | | | | |
| 08/16/23 | 10,000.000 | 2,300.54 | Various | 22,869.76 | ... | -20,569.22 | Sale |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).

NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:** Meta Materials, Inc.

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

1100 S. Miami Ave, Apt 1510
Miami, FL 33130

**Telephone Number:** 305-588-7646

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:** Fidelity mdy 8502

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Edward Esposito
P.O. Box 770001
Cincinnati, OH 45277
**Telephone Number:** 800-588-7648

**3. Date Equity Interest was acquired:**
See Attached - Sold all positions

**4. Total amount of member interest:** See Attached

**5. Certificate number(s):** See attached documentation

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Edward Esposito
**Title:** Investor
**Company:** Address and telephone number (if different from notice address above):

(Signature) /s/ 
(Date) 12/17/2024
**Telephone number:** 305-588-7646   **email:** 888anypay@gmail

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



# 2023 TAX REPORTING STATEMENT

EDWARD LUIS ESPOSITO

Account No. ▇▇▇▇▇8502  Customer Service: 800-544-6666
Recipient ID No. ***-**-2254  Payer's Fed ID Number: 04-3523567

**FORM 1099-B***     **2023 Proceeds from Broker and Barter Exchange Transactions**     Copy B for Recipient OMB No. 1545-0715

**Short-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box A checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a). (This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld | 14 State 16 State Tax Withheld |
|---|---|---|---|---|---|---|---|---|---|---|
| Sale | 1,720.000 | 07/27/23 | 09/12/23 | ▇▇▇ | ▇▇▇ | | | 162.52 | | |
| **Subtotals** | | | | | | | | | | |
| Cash In Lieu | 0.667 | 01/11/23 | 01/23/23 | 3.63 | 5.55 | | | ▇▇ | | |
| Sale | 66.000 | 01/11/23 | 01/25/23 | ▇▇ | ▇▇ | | | | | |
| **Subtotals** | | | | | | | | | | |
| Expire | 1,100.000 | 08/15/23 | 11/20/23 | | | | | | | |
| Expire | 1,100.000 | 08/15/23 | 11/20/23 | | | | | | | |
| Expire | 1,000.000 | 08/22/23 | 11/20/23 | | | | | | | |
| Expire | 1,000.000 | 08/22/23 | 11/20/23 | | | | | | | |
| Sale | 608.000 | 07/28/23 | 07/31/23 | | | | | | | |
| Sale | 1,000.000 | 07/28/23 | 07/31/23 | | | | | | | |
| Sale | 1,000.000 | 07/28/23 | 07/31/23 | | | | | | | |
| Sale | 192.000 | 07/28/23 | 07/31/23 | | | | | | | |
| **Subtotals** | | | | | | | | | | |
| META MATERIALS INC COM ISIN #US59134N104, MMAT, 59134N104 | | | | | | | | | | |
| Sale | 3,500.000 | 02/10/23 | 02/27/23 | 2,277.61 | 2,856.00 | | | -578.39 | | |
| Sale | 9,569.000 | 06/16/23 | 07/25/23 | 1,971.19 | 2,069.79 | | | -98.60 | | |
| Sale | 950.000 | 06/16/23 | 07/25/23 | 195.70 | 205.58 | | | -9.88 | | |
| Sale | 14,481.000 | 06/16/23 | 07/25/23 | 2,983.06 | 3,135.13 | | | -152.07 | | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.



# 2023 TAX REPORTING STATEMENT

EDWARD LUIS ESPOSITO

Account No. ████8502   Customer Service: 800-544-6666
Recipient ID No. ***-**-2254   Payer's Fed ID Number: 04-3523567

## FORM 1099-B*    2023 Proceeds from Broker and Barter Exchange Transactions

Copy B for Recipient OMB No. 1545-0715

**Short-term transactions for which basis is reported to the IRS** --report on Form 8949 with Box A checked and/or Schedule D, Part I
Proceeds are reported as **gross proceeds** unless otherwise indicated (a). (This Label is a Substitute for Boxes **2, 5, 6 & 12**)

(IRS Form 1099-B box numbers are shown below in **bold** type)

| 1a Description of property, Stock or Other Symbol, CUSIP | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Action | Quantity | 1b Date Acquired | 1c Date Sold or Disposed | 1d Proceeds | 1e Cost or Other Basis (b) | 1f Accrued Market Discount | 1g Wash Sale Loss Disallowed | Gain/Loss (-) | 4 Federal Income Tax Withheld / 14 State 16 State Tax Withheld |
| META MATERIALS INC COM ISIN #US59134N104, MMAT, 59134N104 | | | | | | | | | |
| Sale | 25,000.000 | 06/16/23 | 07/25/23 | 5,149.95 | 5,420.00 | | | -270.05 | |
| Sale | 6,000.000 | 05/01/23 | 09/11/23 | 1,269.58 | 1,119.60 | | | 149.98 | |
| Sale | 2,200.000 | 05/26/23 | 09/11/23 | 465.52 | 537.68 | | | -72.16 | |
| Sale | 6,800.000 | 05/26/23 | 09/11/23 | 1,438.87 | 1,666.00 | | | -227.13 | |
| Sale | 3,600.000 | 04/06/23 | 10/17/23 | 719.99 | 1,504.08 | | | -784.09 | |
| Sale | 1,400.000 | 04/06/23 | 10/17/23 | 280.00 | 584.78 | | | -304.78 | |
| Sale | 1,000.000 | 04/06/23 | 10/17/23 | 200.00 | 418.30 | | | -218.30 | |
| Sale | 9,000.000 | 05/01/23 | 10/17/23 | 1,799.98 | 1,679.40 | | | 120.58 | |
| **Subtotals** | | | | **18,751.45** | **21,196.34** | | | | |
| Sale | 400.000 | 01/04/23 | 01/10/23 | | | | | | |
| Sale | ███ | ███ | ███ | | | | | | |
| Sale | 5,000.000 | 08/16/23 | 08/21/23 | | | | | | |
| Sale | 2,000.000 | 08/17/23 | 08/21/23 | | | | | | |
| Sale | 3,000.000 | 08/17/23 | 08/21/23 | | | | | | |
| Sale | 15,000.000 | 08/18/23 | 08/21/23 | | | | | | |
| Sale | 400.000 | 08/16/23 | 09/28/23 | | | | | | |
| **Subtotals** | | | | | | | | | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.