NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: MEcTA MATERIALS, INC.

Case Number: 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Richard Allen Paul
3140 W. 142nd Street
Cleveland, Ohio 44111

Telephone Number: (216) 390-7530

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 18 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: 649962289

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Richard Allen Paul ; Robinhood
500 Colonial Center Parkway Suite 100
Lake Mary, FL 32746
Telephone Number: (888) 275-8523

**3.** Date Equity Interest was acquired:
BETWEEN 03/05/21 - 07/06/21
SEE ATTACHED DOCUMENTATION

**4.** Total amount of member interest: 453.9 FOR $1588.70

**5.** Certificate number(s): SEE ATTACHED DOCUMENTATION

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: RICHARD ALLEN PAUL
Title: _____
Company: Address and telephone number (if different from notice address above):

(Signature) Richard Allen Paul    (Date) 12/17/2024

Telephone number: (216) 390-7530    email: rpaul4070@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Robinhood Securities LLC | | Account 649962289 |
|---|---|---|
| 2021 | **Summary Information** (continued) | 02/11/2022 |

## INTEREST INCOME    2021 1099-INT    OMB No. 1545-0112

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| | |
|---|---|
| 1- Interest income (not included in line 3) | 0.00 |
| 2- Early withdrawal penalty | 0.00 |
| 3- Interest on US Savings Bonds & Treasury obligations | 0.00 |
| 4- Federal income tax withheld | **0.00** |
| 5- Investment expenses | 0.00 |
| 7- Foreign country or US possession:    6- Foreign tax paid: | 0.00 |
| 8- Tax-exempt interest (includes line 9) | 0.00 |
| 9- Specified private activity bond interest (AMT) | 0.00 |
| 10- Market discount (covered lots) | 0.00 |
| 11- Bond premium (covered lots) | 0.00 |
| 12- Bond premium on Treasury obligations (covered lots) | 0.00 |
| 13- Bond premium on tax-exempt bonds (categorized below) | 0.00 |
|     *Tax-exempt obligations (covered lots)* | 0.00 |
|     *Tax-exempt private activity obligations (AMT, covered lots)* | 0.00 |
| 14- Tax-exempt and tax credit bond CUSIP number | |

The following amounts are not reported to the IRS. They are presented here for your reference when preparing your tax return(s).

| | |
|---|---|
| Taxable accrued interest paid | 0.00 |
| Taxable accrued Treasury interest paid | 0.00 |
| Tax-exempt accrued interest paid | 0.00 |
| Tax-exempt accrued interest paid (AMT) | 0.00 |
| Taxable accrued nonqualified interest paid | 0.00 |
| Tax-exempt accrued nonqualified interest paid | 0.00 |
| Tax-exempt accrued nonqualified interest paid (AMT) | 0.00 |
| Nonqualified interest | 0.00 |
| Tax-exempt nonqualified interest | 0.00 |
| Tax-exempt nonqualified interest (AMT) | 0.00 |
| Interest shortfall on contingent payment debt | 0.00 |
| Bond premium- Non Treasury obligations (noncovered lots) | 0.00 |
| Bond premium- Treasury obligations (noncovered lots) | 0.00 |
| Bond premium- Tax-exempt obligations (noncovered lots) | 0.00 |
| Bond premium- Tax-exempt obligations (AMT, noncovered lots) | 0.00 |
| Market discount (noncovered lots) | 0.00 |

## STATE TAX WITHHELD

Use the details of the State Tax Withholding page(s) to determine the appropriate amounts for your income tax return(s). The amounts shown in this section are for your reference.

| | |
|---|---|
| 1099-DIV total withheld | 0.00 |
| 1099-INT total withheld | 0.00 |
| 1099-OID total withheld | 0.00 |
| 1099-MISC total withheld | 0.00 |
| 1099-B total withheld | 0.00 |

## ORIGINAL ISSUE DISCOUNT AND ADJUSTMENTS

Use bond-by-bond details from the Form 1099-OID page(s) to determine amounts of Original Issue Discount income for your income tax return(s). The amounts shown in this section are for your reference when preparing your income tax return(s).

| | |
|---|---|
| Original issue discount for the year | 0.00 |
| Acquisition premium (covered lots) | 0.00 |
| Acquisition premium (noncovered lots) | 0.00 |
| Original issue discount on Treasury obligations | 0.00 |
| Acquisition premium, Treasury obligations (covered lots) | 0.00 |
| Acquisition premium, Treasury obligations (noncovered lots) | 0.00 |
| Tax-exempt OID | 0.00 |
| Tax-exempt OID (lots not reported) | 0.00 |
| Acquisition premium (covered) | 0.00 |
| Acquisition premium (lots not reported) | 0.00 |
| Tax-exempt OID on private activity bonds | 0.00 |
| Tax-exempt OID on private activity bonds (lots not reported) | 0.00 |
| Acquisition premium (AMT, covered) | 0.00 |
| Acquisition premium (AMT, lots not reported) | 0.00 |
| Market discount (all lots) | 0.00 |
| Early withdrawal penalty | 0.00 |
| Investment expenses | 0.00 |

## RECONCILIATIONS, FEES, EXPENSES AND EXPENDITURES

The amounts in this section are not reported to the IRS. They are presented here for your reference when preparing your income tax return(s).

| | |
|---|---|
| Other Receipts & Reconciliations- Partnership distributions | 0.00 |
| Other Receipts & Reconciliations- Foreign tax paid- partnership | 0.00 |
| Other Receipts & Reconciliations- Return of principal | 0.00 |
| Other Receipts & Reconciliations- Deferred income payment | 0.00 |
| Other Receipts & Reconciliations- Deemed premium | 0.00 |
| Other Receipts & Reconciliations- Income accrual- UIT | 0.00 |
| Other Receipts & Reconciliations- Basis adjustments | 0.00 |
| Other Receipts & Reconciliations- Foreign tax pd beyond treaty | 0.00 |
| Fees & Expenses- Margin interest | 0.00 |
| Fees & Expenses- Dividends paid on short position | 0.00 |
| Fees & Expenses- Interest paid on short position | 0.00 |
| Fees & Expenses- Non reportable distribution expense | 0.00 |
| Fees & Expenses- Other expenses | 0.00 |
| Fees & Expenses- Severance tax | 0.00 |
| Fees & Expenses- Organizational expense | 0.00 |
| Fees & Expenses- Miscellaneous fees | 0.00 |
| Fees & Expenses- Tax-exempt investment expense | 0.00 |
| Foreign Exchange Gains & Losses- Foreign currency gain/loss | 0.00 |

| Robinhood Securities LLC | | Proceeds from Broker and Barter Exchange Transactions | | | | Account 649962289 | |
|---|---|---|---|---|---|---|---|
| 2021  1099-B*  OMB No. 1545-0715 | | (continued) | | | | 02/11/2022 | |

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

**1a- Description of property/CUSIP/Symbol**

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| DURECT CORPORATION COMMON STOCK / CUSIP: 266605104 / Symbol: | | | | | | | |
| | *4 transactions for 05/28/21. Total proceeds and cost reported to the IRS.* | | | | | | |
| | 88.583 | 148.36 | 02/22/21 | 225.00 | ... | -76.64 | 1 of 4 - Sale [25] |
| | 63.291 | 106.00 | 02/25/21 | 150.00 | ... | -44.00 | 2 of 4 - Sale [25] |
| | 0.904 | 1.51 | 05/11/21 | 1.50 | ... | 0.01 | 3 of 4 - Sale [25] |
| | 149.701 | 250.73 | 05/11/21 | 248.50 | ... | 2.23 | 4 of 4 - Sale [25] |
| 05/28/21 | 302.478 | 506.60 | Various | 625.00 | ... | -118.40 | Total of 4 transactions |
| GAMESTOP CORP. CLASS A / CUSIP: 36467W109 / Symbol: | | | | | | | |
| | *2 transactions for 02/24/21. Total proceeds and cost reported to the IRS.* | | | | | | |
| | 0.606 | 75.03 | 02/12/21 | 31.87 | ... | 43.16 | 1 of 2 - Sale [25] |
| | 6.988 | 865.29 | 02/12/21 | 368.13 | ... | 497.16 | 2 of 2 - Sale [25] |
| 02/24/21 | 7.594 | 940.32 | Various | 400.00 | ... | 540.32 | Total of 2 transactions |
| META MATERIALS INC. COMMON STOCK / CUSIP: 59134N104 / Symbol: | | | | | | | |
| | *2 transactions for 08/20/21. Total proceeds and cost reported to the IRS.* | | | | | | |
| | 0.556 | 1.59 | 03/05/21 | 2.43 | ... | -0.84 | 1 of 2 - Sale [25] |
| | 0.360 | 1.04 | 03/05/21 | 1.58 | ... | -0.54 | 2 of 2 - Sale [25] |
| 08/20/21 | 0.915 | 2.63 | Various | 4.01 | ... | -1.38 | Total of 2 transactions |
| QUALIGEN THERAPEUTICS, INC. COMMON STOCK / CUSIP: 74754R103 / Symbol: | | | | | | | |
| | *10 transactions for 05/12/21. Total proceeds and cost reported to the IRS.* | | | | | | |
| | 0.896 | 1.46 | 02/08/21 | 3.60 | ... | -2.14 | 1 of 10 - Sale [25] |
| | 99.880 | 163.22 | 02/17/21 | 407.50 | ... | -244.28 | 2 of 10 - Sale [25] |
| | 0.123 | 0.20 | 02/17/21 | 0.50 | ... | -0.30 | 3 of 10 - Sale [25] |
| | 48.465 | 79.20 | 03/19/21 | 149.76 | ... | -70.56 | 4 of 10 - Sale [25] |
| | 0.078 | 0.13 | 03/19/21 | 0.24 | ... | -0.11 | 5 of 10 - Sale [25] |
| | 170.940 | 279.34 | 05/11/21 | 292.31 | ... | -12.97 | 6 of 10 - Sale [25] |
| | 4.393 | 7.18 | 05/11/21 | 7.51 | ... | -0.33 | 7 of 10 - Sale [25] |
| | 0.104 | 0.17 | 05/11/21 | 0.43 | ... | -0.26 | 8 of 10 - Sale [25] |
| | 147.133 | 240.44 | 05/12/21 | 248.64 | ... | -8.20 | 9 of 10 - Sale [25] |
| | 0.988 | 1.61 | 05/12/21 | 1.66 | ... | -0.05 | 10 of 10 - Sale [25] |
| 05/12/21 | 473.000 | 772.95 | Various | 1,112.15 | ... | -339.20 | Total of 10 transactions |
| 05/12/21 | 0.104 | 0.17 | 02/08/21 | 0.42 | 0.25 W | 0.00 | Sale [25] |
| | **Security total:** | 773.12 | | 1,112.57 | 0.25 W | -339.20 | |

\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).

| Robinhood Securities LLC | | Proceeds from Broker and Barter Exchange Transactions (continued) | | | | Account 649962289 02/11/2022 | |
|---|---|---|---|---|---|---|---|
| 2021  1099-B*  OMB No. 1545-0715 | | | | | | | |

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

| 1a- Description of property/CUSIP/Symbol | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional Information |
| SUNDIAL GROWERS INC. COMMON SHARES / CUSIP: 86730L109 / Symbol: | | | | | | | |
| 08/20/21 | 0.423 | 0.29 | 02/19/21 | 0.58 | ... | -0.29 | Sale [25] |
| Totals: | | 3,840.85 | | 4,243.17 | 2.51 W | -399.81 | |

---

\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).

| Robinhood Securities LLC | | Account 649962289 |
|---|---|---|
| | **Proceeds Not Reported to the IRS** | |
| 2021 | | 02/11/2022 |

This section of your tax information statement provides proceeds transactions that are not reported to the IRS, but may have a tax impact. They are grouped by term (long, short or undetermined). For tax lots whose term is undetermined, use your historical documents to establish the cost basis and date of purchase.

Several columns include both an amount and a qualifying notation to its right. Where proceeds are the result of an option exercise or assignment, there is indication of whether the amount is N (net of option premium) or G (Gross). Accrued Market Discount and Wash Sale Loss Disallowed appear in the same column, identified by the letters D or W, respectively. Where you are not permitted to recognize a loss, an indication of X (change in control or capital structure) or Z (other corporate action) is used.

Some tax lots may have notations in the column of additional information because they require special treatment on your tax returns. Sales of securities such as Contingent Payment Debt Instruments (CPDI) are marked as "Ordinary" because gains and losses on these instruments generally do not qualify as short- or long-term capital transactions. Similarly, sales of collectibles, noted as "3 - Proceeds from Collectibles [X]" are handled distinctly under the tax code. You may wish to consult with your tax advisor, the IRS or your state tax authority regarding the proper treatment for these scenarios. With further regard to Box 3, there is also a checkmark to indicate the proceeds of sale are from a Qualified Opportunity Zone Fund investment - a QOF. If the proceeds are from a QOF the Additional Information column will reflect the following - "3 - [X] Proceeds from QOF." The tax treatment for QOF investments can be complex and you may wish to consult your tax advisor about such sales.

## SHORT TERM TRANSACTIONS [Ordinary gains or losses are identified in the Additional information column]
Report on Form 8949, Part I, with Box C checked.

**Description of property**

| Date sold or disposed | Quantity | Proceeds & Reported (G)ross or (N)et | Date acquired | Cost or other basis | Accrued mkt disc (D) & Wash sale loss disallowed (W) | Gain or loss(-) & Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC. COMMON STOCK / CUSIP: 59134N104 / Symbol: | | | | | | | |
| 07/06/21 | 0.198 | 1.85 | 03/05/21 | 0.87 | ... | 0.98 | Gain or loss |
| META METALS INC PREFERRED (SERIES A) / CUSIP: 59134N203 / Symbol: | | | | | | | |
| 10/15/21 | 0.396 | 0.34 | 03/05/21 | 0.00 | ... | 0.34 | Gain or loss |
| | Totals: | 2.19 | | 0.87 | ... | 1.32 | |

| Robinhood Securities LLC | | Non-Reportable Actions | | | | Account 649962289 | |
|---|---|---|---|---|---|---|---|
| 2021 | | | | | | 02/11/2022 | |
| **Security Description** | **CUSIP and/or symbol** | **Date** | **Quantity** | **Amount** | **Transaction type** | | **Notes** |
| META METALS INC PREFERRED (SER IES A) | 59134N203 | 07/07/21 | 840.00 | 0.00 | Stock spinoff | | |

## Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| AMC Entertainment<br>Estimated Yield: 1.42% | AMC | Margin | 419.90701 | $37.02 | $15,544.96 | $219.98 | 84.76% |
| Clover Health Investments<br>Estimated Yield: 0.00% | CLOV | Margin | 47.386299 | $8.07 | $382.41 | $0.00 | 2.09% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 453.915285 | $3.50 | $1,588.70 | $0.00 | 8.66% |
| MMAT Preferred Shares<br>Estimated Yield: 0.00% | MMAT-A | Margin | 840 | $0.01 | $8.40 | $0.00 | 0.05% |
| Sundial Growers<br>Estimated Yield: 0.00% | SNDL | Margin | 988.42303 | $0.82 | $815.35 | $0.00 | 4.45% |
| **Total Securities** | | | | | $18,339.82 | $219.98 | 100.00% |
| **Brokerage Cash Balance** | | | | | $0.00 | | 0.00% |
| **Total Priced Portfolio** | | | | | $18,339.82 | | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Crypto Money Movement | | Margin | COIN | 06/01/2021 | | | | $455.45 |
| Crypto Money Movement | | Margin | COIN | 06/01/2021 | | | | $870.65 |
| Crypto Money Movement | | Margin | COIN | 06/01/2021 | | | | $540.56 |
| Crypto Money Movement | | Margin | COIN | 06/01/2021 | | | | $41.03 |
| AMC Entertainment Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 05/28/2021 | 0.250612 | $28.57 | $7.16 | |
| AMC Entertainment Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 05/28/2021 | 11.992108 | $28.59 | $342.84 | |
| AMC Entertainment Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 05/28/2021 | 18.978171 | $27.40 | $520.00 | |
| AMC Entertainment Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 05/28/2021 | 0.556224 | $26.59 | $14.79 | |
| AMC Entertainment Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 05/28/2021 | 0.007148 | $26.58 | $0.19 | |
| AMC Entertainment Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 05/28/2021 | 19 | $26.58 | $505.02 | |
| Ag Eagle Aerial Systems Unsolicited, CUSIP: 00848K101 | UAVS | Margin | Sell | 05/28/2021 | 186 | $5.20 | | $967.19 |
| Ag Eagle Aerial Systems Unsolicited, CUSIP: 00848K101 | UAVS | Margin | Sell | 05/28/2021 | 0.320054 | $5.20 | | $1.67 |
| Bionano Genomics Unsolicited, CUSIP: 09075F107 | BNGO | Margin | Sell | 05/28/2021 | 0.110843 | $6.10 | | $0.68 |
| Bionano Genomics Unsolicited, CUSIP: 09075F107 | BNGO | Margin | Sell | 05/28/2021 | 105 | $6.10 | | $640.48 |
| DURECT Unsolicited, CUSIP: 266605104 | DRRX | Margin | Sell | 05/28/2021 | 302.478028 | $1.68 | | $506.60 |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 05/28/2021 | 0.239828 | $2.34 | $0.56 | |

Robinhood Securities LLC     **Proceeds Not Reported to the IRS**     Account 649962289

2021     02/11/2022

This section of your tax information statement provides proceeds transactions that are not reported to the IRS, but may have a tax impact. They are grouped by term (long, short or undetermined). For tax lots whose term is undetermined, use your historical documents to establish the cost basis and date of purchase.

Several columns include both an amount and a qualifying notation to its right. Where proceeds are the result of an option exercise or assignment, there is indication of whether the amount is N (net of option premium) or G (Gross). Accrued Market Discount and Wash Sale Loss Disallowed appear in the same column, identified by the letters D or W, respectively. Where you are not permitted to recognize a loss, an indication of X (change in control or capital structure) or Z (other corporate action) is used.

Some tax lots may have notations in the column of additional information because they require special treatment on your tax returns. Sales of securities such as Contingent Payment Debt Instruments (CPDI) are marked as "Ordinary" because gains and losses on these instruments generally do not qualify as short- or long-term capital transactions. Similarly, sales of collectibles, noted as "3 - Proceeds from Collectibles [X]" are handled distinctly under the tax code. You may wish to consult with your tax advisor, the IRS or your state tax authority regarding the proper treatment for these scenarios. With further regard to Box 3, there is also a checkmark to indicate the proceeds of sale are from a Qualified Opportunity Zone Fund investment - a QOF. If the proceeds are from a QOF the Additional Information column will reflect the following - "3 - [X] Proceeds from QOF." The tax treatment for QOF investments can be complex and you may wish to consult your tax advisor about such sales.

## SHORT TERM TRANSACTIONS [Ordinary gains or losses are identified in the Additional information column]
Report on Form 8949, Part I, with Box C checked.

**Description of property**

| Date sold or disposed | Quantity | Proceeds & Reported (G)ross or (N)et | Date acquired | Cost or other basis | Accrued mkt disc (D) & Wash sale loss disallowed (W) | Gain or loss(-) & Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC. COMMON STOCK / CUSIP: 59134N104 / Symbol: | | | | | | | |
| 07/06/21 | 0.198 | 1.85 | 03/05/21 | 0.87 | ... | 0.98 | Gain or loss |
| META METALS INC PREFERRED (SERIES A) / CUSIP: 59134N203 / Symbol: | | | | | | | |
| 10/15/21 | 0.396 | 0.34 | 03/05/21 | 0.00 | ... | 0.34 | Gain or loss |
| Totals: | | 2.19 | | 0.87 | ... | 1.32 | |



## Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| AMC Entertainment<br>Estimated Yield: 1.42% | AMC | Margin | 419.90701 | $37.02 | $15,544.96 | $219.98 | 84.76% |
| Clover Health Investments<br>Estimated Yield: 0.00% | CLOV | Margin | 47.386299 | $8.07 | $382.41 | $0.00 | 2.09% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 453.915285 | $3.50 | $1,588.70 | $0.00 | 8.66% |
| MMAT Preferred Shares<br>Estimated Yield: 0.00% | MMAT-A | Margin | 840 | $0.01 | $8.40 | $0.00 | 0.05% |
| Sundial Growers<br>Estimated Yield: 0.00% | SNDL | Margin | 988.42303 | $0.82 | $815.35 | $0.00 | 4.45% |
| **Total Securities** | | | | | $18,339.82 | $219.98 | 100.00% |
| **Brokerage Cash Balance** | | | | | $0.00 | | 0.00% |
| **Total Priced Portfolio** | | | | | $18,339.82 | | |



## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 06/15/2021 | 0.139209 | $57.97 | $8.07 | |
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | AMC | Margin | Buy | 06/15/2021 | 10.211027 | $57.97 | $591.93 | |
| Torchlight Energy Resources<br>Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/15/2021 | 104.384133 | $4.79 | $500.00 | |
| Meta Materials<br>Unsolicited, CUSIP: 59134N104 | | Margin | SPR | 06/28/2021 | 420 | | | |
| Torchlight Energy Resources<br>Unsolicited, CUSIP: 89102U103 | | Margin | SPR | 06/28/2021 | 840.395671S | | | |
| ACH Deposit | | Margin | ACH | 06/30/2021 | | | | $200.00 |
| **Total Funds Paid and Received** | | | | | | | **$8,109.96** | **$7,324.31** |

## Executed Trades Pending Settlement
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | Margin | Buy | 06/30/2021 | 07/02/2021 | 0.565062 | $56.10 | $31.70 | |
| AMC Entertainment<br>Unsolicited, CUSIP: 00165C104 | Margin | Buy | 06/30/2021 | 07/02/2021 | 2.999545 | $56.11 | $168.30 | |
| **Total Executed Trades Pending Settlement** | | | | | | | **$200.00** | **$0.00** |