NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** META MATERIALS, INC

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Brian Tulk
   720 Professor Drive
   Ladson, SC 29456

   **Telephone Number:** 316-680-5152

   - ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.
   - ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.
   - ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:** 998-72914

Check here if this claim:
- ☐ replaces a previously filed Proof of Interest dated: _____
- ☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   Brian Tulk
   JP Morgan Securities, LLC
   OH4-ZM00, P.O. Box 183211, Columbus, OH 43218

   **Telephone Number:** 800-392-5749

3. **Date Equity Interest was acquired:**
   Between 11/14/2022 AND 11/28/2022
   SEE ATTACHED DOCUMENTATION

4. **Total amount of member interest:** 2256 SHARES FOR $3489

5. **Certificate number(s):** SEE ATTACHED DOCUMENTS

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   - ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   - ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** INVESTOR

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   **Print Name:** Brian Tulk
   **Title:**
   **Company:** Address and telephone number (if different from notice address above):

   (Signature) *Brian Tulk*        (Date) 12/15/2024

   **Telephone number:** 316-680-5152   **email:** brisox30@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| | | | | | | |
|---|---|---|---|---|---|---|
| J.P. MORGAN SECURITIES LLC<br>OH4-RM00<br>P.O. BOX 183211<br>COLUMBUS, OH 43218<br>FOR UNDELIVERABLE MAIL ONLY | Account No:<br>Account Name:<br>Recipient's TIN:<br>Account Executive No:<br>ORIGINAL: | 998-72914<br>BRIAN TULK TOD<br>***-**-9435<br>HLF<br>12/31/2022 | J.P.Morgan | | | |

## 2022 FORM 1099-B: PROCEEDS FROM BROKER AND BARTER EXCHANGE TRANSACTIONS, CONTINUED    OMB NO. 1545-0715

### Covered Short-Term Gains or Losses on Gross Proceeds
Report on **Form 8949, Part I** with **Box A** checked

Box 6: Gross Proceeds    Box 5: Box Not Checked (Covered Security)    Box 12: Basis Reported to the IRS    Box 2: Type of Gain or Loss - Short-Term

The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS, but may be helpful to complete your return.

| Description of property<br>CUSIP<br>(Box 1a) | | Quantity Sold | Date Acquired (Box 1b) | Date Sold or Disposed (Box 1c) | Proceeds (Box 1d) | Cost or Other Basis (Box 1e) | Accrued Market Discount (Box 1f) | Wash Sale Loss Disallowed (Box 1g) | Gain/Loss Amount | Additional Information |
|---|---|---|---|---|---|---|---|---|---|---|
| META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | | 500.00000<br>180.00000<br>513.00000 | 11/04/2022<br>11/04/2022<br>11/21/2022 | 11/28/2022<br>11/28/2022<br>11/28/2022 | $922.47<br>$324.89<br>$944.66 | $744.85<br>$268.15<br>$998.76 | $0.00<br>$0.00<br>$0.00 | $0.00<br>$0.00<br>$0.00 | $177.62<br>$56.74<br>($54.10) | |
| | Subtotals | 2,256.00000 | | | $4,019.12 | $3,489.01 | $0.00 | $0.00 | $530.11 | |
| | | 2.00000 | 06/23/2022 | 10/26/2022 | $11.44 | $3.38 | $0.00 | $0.00 | $8.06 | |
| | | 6.00000 | 06/23/2022 | 11/02/2022 | $44.82 | $10.14 | $0.00 | $0.00 | $34.68 | |
| | | 34.00000 | 06/24/2022 | 11/02/2022 | $253.97 | $57.80 | $0.00 | $0.00 | $196.17 | |
| | | 25.00000 | 06/24/2022 | 11/02/2022 | $185.00 | $42.50 | $0.00 | $0.00 | $142.50 | |
| | | 7.00000 | 06/27/2022 | 11/02/2022 | $51.80 | $11.41 | $0.00 | $0.00 | $40.39 | |
| | | 68.00000 | 06/27/2022 | 11/02/2022 | $503.18 | $108.80 | $0.00 | $0.00 | $394.38 | |
| | | 50.00000 | 06/27/2022 | 11/04/2022 | $359.99 | $80.00 | $0.00 | $0.00 | $279.99 | |
| | | 117.00000 | 07/08/2022 | 11/04/2022 | $842.38 | $200.07 | $0.00 | $0.00 | $642.31 | |
| | | 33.00000 | 07/14/2022 | 11/04/2022 | $237.59 | $62.04 | $0.00 | $0.00 | $175.55 | |
| | Subtotals | 342.00000 | | | $2,490.17 | $576.14 | $0.00 | $0.00 | $1,914.03 | |
| | 23 ITEMS - TOTAL | | | | $7,493.08 | $4,878.60 | $0.00 | $0.00 | $2,614.48 | |

**FOOTNOTES**
**SHORT SALE** - Short sales covered in December that settle in January will be reported on your Form 1099-B in the year they are settled.

END OF 2022 FORM 1099-B

END OF 2022 CONSOLIDATED FORMS 1099

THIS IS YOUR FORM 1099 (COPY B FOR RECIPIENT). KEEP FOR YOUR RECORDS.
This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| J.P. MORGAN SECURITIES LLC<br>OH4-RM00<br>P.O. BOX 183211<br>COLUMBUS, OH 43218<br>FOR UNDELIVERABLE MAIL ONLY | Account No:<br>Account Name:<br>Recipient's TIN:<br>Account Executive No:<br>ORIGINAL: | 998-72914<br>BRIAN TULK TOD<br>***-**-9435<br>HLF<br>12/31/2022 | | | | | **J.P.Morgan** | |

RECIPIENT'S Name, Street Address, City, State, and Zip Code
BRIAN TULK TOD
720 PROFESSOR DR
LADSON, SC 29456-5320

☐ FATCA Filing Requirement

PAYER'S TIN: 13-4110995
PAYER'S Name, Street, City, State, Zip Code:
JP MORGAN BROKER-DEALER HOLDINGS INC.
JP MORGAN SECURITIES LLC
4 METROTECH CENTER
BROOKLYN, NY 11245-0001
Telephone Number: (212) 272-0495

## 2022 FORM 1099-B: PROCEEDS FROM BROKER AND BARTER EXCHANGE TRANSACTIONS          OMB NO. 1545-0715

The information provided below is in accordance with Federal tax regulations and the IRS instructions that govern our reporting requirements. You should review this information carefully when completing your Form 8949 and Schedule D. There may be instances where our reporting requirements will not be consistent with your particular tax accounting position or elections. For these reasons, the IRS requires us to provide you with this reminder: **Taxpayers are ultimately responsible for the accuracy of their tax returns.**

### Covered Short-Term Gains or Losses on Gross Proceeds
Report on **Form 8949, Part I with Box A checked**

Box 6: Gross Proceeds     Box 5: Box Not Checked (Covered Security)     Box 12: Basis Reported to the IRS     Box 2: Type of Gain or Loss - Short-Term

The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS, but may be helpful to complete your return.

| Description of property<br>CUSIP<br>(Box 1a) | Quantity Sold | Date Acquired<br>(Box 1b) | Date Sold or Disposed<br>(Box 1c) | Proceeds<br>(Box 1d) | Cost or Other Basis<br>(Box 1e) | Accrued Market Discount<br>(Box 1f) | Wash Sale Loss Disallowed<br>(Box 1g) | Gain/Loss Amount | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 4,000.00000 | 11/18/2022 | 11/21/2022 | $690.38 | $572.00 | $0.00 | $0.00 | $118.38 | |
| | 1,700.00000 | 11/18/2022 | 11/21/2022 | $293.41 | $241.45 | $0.00 | $0.00 | $51.96 | |
| *Subtotals* | 5,700.00000 | | | $983.79 | $813.45 | $0.00 | $0.00 | $170.34 | |
| META MATLS INC<br>COMMON STOCK<br>CUSIP: 59134N104 | 12.00000 | 10/27/2022 | 11/14/2022 | $20.40 | $12.36 | $0.00 | $0.00 | $8.04 | |
| | 3.00000 | 11/02/2022 | 11/14/2022 | $5.10 | $4.11 | $0.00 | $0.00 | $0.99 | |
| | 7.00000 | 11/02/2022 | 11/14/2022 | $11.90 | $9.55 | $0.00 | $0.00 | $2.35 | |
| | 221.00000 | 11/02/2022 | 11/14/2022 | $375.69 | $296.14 | $0.00 | $0.00 | $79.55 | |
| | 500.00000 | 11/02/2022 | 11/18/2022 | $824.98 | $682.50 | $0.00 | $0.00 | $142.48 | |
| | 2.00000 | 11/02/2022 | 11/22/2022 | $4.09 | $2.73 | $0.00 | $0.00 | $1.36 | |
| | 11.00000 | 11/02/2022 | 11/28/2022 | $20.34 | $15.02 | $0.00 | $0.00 | $5.32 | |
| | 20.00000 | 11/02/2022 | 11/28/2022 | $36.10 | $27.30 | $0.00 | $0.00 | $8.80 | |
| | 287.00000 | 11/04/2022 | 11/28/2022 | $528.50 | $427.54 | $0.00 | $0.00 | $100.96 | |

THIS IS YOUR FORM 1099 (COPY B FOR RECIPIENT). KEEP FOR YOUR RECORDS.
This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.