NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: Meta Materials
Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Christopher Lamport
   23 Lawrence Road
   Derry, NH, 03038

   Telephone Number: 603 475 4075

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

DEC 18 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
Fidelity BrokerageLink 652886007

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Christopher Lamport
   23 Lawrence Road, Derry, NH, 03038
   Telephone Number:

3. Date Equity Interest was acquired:
   Multiple - See attached

4. Total amount of member interest: 20,145 (345 post split)

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Christopher Lamport
Title: N/A
Company: ___ Address and telephone number (if different from notice address above):

(Signature) Chris Lamport    (Date) 2024-11-29

Telephone number: 6034754075   email: c.lamport@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**Fidelity**

+19,625

## Activity & Orders

⚠ All major U.S. stock markets will be closed on Thursday November 28, for the Thanksgiving holiday. On Friday November 29, major U.S. stock markets will close early at 1 pm ET. The Extended Hours session will be available from 1 - 5 p.m. ET  ✕

# BrokerageLink

BrokerageLink: 652886007

🔍 MMAT  ⊗                                                           As of Nov-29-2024 7:32 PM ET ↻    🖨  ⬇

[ 01/01/2023 - 12/31/2023 ]  ( Orders )  ( History )  ( Transfers )  ( ⚙ More filters )

⚠ Due to high traffic, in progress transfers and deposits may not be displayed. Check for transfers

∨ **January 1, 2023 - December 31, 2023**

| Date | Description | Amount | Cash Balance |
|---|---|---:|---:|
| ∨ Apr-19-2023 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$2,022.21 | $941.74 |
| Date | Apr-19-2023 | | |
| Symbol | 59134N104 | | |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC | | |
| Type | Cash | | |
| Shares | +9,625.000 | | |
| Price | $0.21 | | |
| Amount | -$2,022.21 | | |
| Settlement date | Apr-21-2023 | | |
| ∨ Apr-14-2023 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$2,036.70 | $2,963.95 |
| Date | Apr-14-2023 | | |
| Symbol | 59134N104 | | |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC | | |
| Type | Cash | | |
| Shares | +9,300.000 | | |
| Price | $0.22 | | |
| Amount | -$2,036.70 | | |
| Settlement date | Apr-18-2023 | | |
| ∨ Apr-14-2023 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$153.23 | $5,000.65 |
| Date | Apr-14-2023 | | |
| Symbol | 59134N104 | | |

| | |
|---|---|
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +700.000 |
| Price | $0.22 |
| Amount | -$153.23 |
| Settlement date | Apr-18-2023 |

### Don't see the activity you're looking for?

| | | | |
|---|---|---|---|
| Track a rollover or transfer from another firm | > | View orders for new issue bonds | > |
| See activity from over 5 years ago in Documents | > | Reassign the lots for an unsettled trade | > |
| See cost basis information in Positions | > | Status bid requests for bonds and CDs | > |
| View Your Commissions & Price Improvement Summary | > | | |

All transaction detail provided reflects the local currency of the security, as identified by the currency abbreviation.

Content and data provided by various third parties and Fidelity. Terms of Use

Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted. Click on a security for most recent month-end performance.

Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services, LLC, which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897). Crypto is not insured by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation ("SIPC"). Brokerage services in support of securities trading are provided by Fidelity Brokerage Services LLC ("FBS"), and related custody services are provided by National Financial Services LLC ("NFS"), each a registered broker-dealer and member NYSE and SIPC. Neither FBS nor NFS offer crypto as a direct investment nor provide trading or custody services for such assets. Fidelity Crypto is a registered service mark of FMR LLC. Fidelity Crypto® risk disclosures | Fidelity Crypto® complaints & disclosures

939131.3.0

∨ Additional important information



Copyright 1998- 2024 FMR LLC. All rights reserved.
Terms of Use | Privacy | Security | Site Map | Accessibility | Contact Us
This is for persons in the U.S. only.

# Fidelity

## Activity & Orders

⚠ All major U.S. stock markets will be closed on Thursday November 28, for the Thanksgiving holiday. On Friday November 29, major U.S. stock markets will close early at 1 pm ET. The Extended Hours session will be available from 1 - 5 p.m. ET ✕

# BrokerageLink
BrokerageLink: 652886007

🔍 MMAT ⊗                                             As of Nov-29-2024 7:27 PM ET ↻   🖨  ⬇

[01/01/2022-12/31/2022 ▾]  [Orders]  [History]  [Transfers]  [⚙ More filters]

⚠ Due to high traffic, in progress transfers and deposits may not be displayed. Check for transfers

∨ **January 1, 2022 - December 31, 2022**

| Date | Description | Amount | Cash Balance |
|---|---|---|---|
| ∨ Dec-13-2022 | YOU BOUGHT META MATERIALS INC COM ISIN US59134N... (59134N104) (Cash) | -$502.50 | $112.84 |

| | |
|---|---|
| Date | Dec-13-2022 |
| Symbol | 59134N104 |
| Symbol description | META MATERIALS INC COM ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC |
| Type | Cash |
| Shares | +375.000 |
| Price | $1.34 |
| Amount | -$502.50 |
| Settlement date | Dec-15-2022 |

| Date | Description | Amount | Cash Balance |
|---|---|---|---|
| ∨ Oct-13-2022 | YOU BOUGHT META MATERIALS INC PFD SER A 0.00000... (59134N203) (Cash) | -$874.00 | $605.92 |

| | |
|---|---|
| Date | Oct-13-2022 |
| Symbol | 59134N203 |
| Symbol description | META MATERIALS INC PFD SER A 0.00000% *EXCHANGED FOR CUSIP 591994371* |
| Type | Cash |
| Shares | +200.000 |
| Price | $4.37 |
| Amount | -$874.00 |
| Settlement date | Oct-17-2022 |

### Don't see the activity you're looking for?

| Track a rollover or transfer from another firm  › | View orders for new issue bonds  › |
|---|---|
| See activity from over 5 years ago in Documents  › | Reassign the lots for an unsettled trade  › |

| See cost basis information in Positions | > | Status bid requests for bonds and CDs | > |
|---|---|---|---|
| View Your Commissions & Price Improvement Summary | > | | |

All transaction detail provided reflects the local currency of the security, as identified by the currency abbreviation.

Content and data provided by various third parties and Fidelity. Terms of Use

Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted. Click on a security for most recent month-end performance.

Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services, LLC, which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897). Crypto is not insured by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation ("SIPC"). Brokerage services in support of securities trading are provided by Fidelity Brokerage Services LLC ("FBS"), and related custody services are provided by National Financial Services LLC ("NFS"), each a registered broker-dealer and member NYSE and SIPC. Neither FBS nor NFS offer crypto as a direct investment nor provide trading or custody services for such assets. Fidelity Crypto is a registered service mark of FMR LLC. Fidelity Crypto® risk disclosures | Fidelity Crypto® complaints & disclosures

939131.3.0

∨ Additional important information



Copyright 1998- 2024 FMR LLC. All rights reserved.
Terms of Use | Privacy | Security | Site Map | Accessibility | Contact Us
This is for persons in the U.S. only.

# Fidelity

## Activity & Orders

⚠ All major U.S. stock markets will be closed on Thursday November 28, for the Thanksgiving holiday. On Friday November 29, major U.S. stock markets will close early at 1 pm ET. The Extended Hours session will be available from 1 - 5 p.m. ET

# BrokerageLink

BrokerageLink: 652886007

🔍 MMAT    As of Nov-29-2024 7:33 PM ET

01/01/2024 - 11/29/2024 | Orders | History | Transfers | More filters

⚠ Due to high traffic, in progress transfers and deposits may not be displayed. Check for transfers

### January 1, 2024 - November 29, 2024

| Date | Description | Amount | Cash Balance |
|---|---|---|---|
| Apr-03-2024 | YOU BOUGHT META MATERIALS INC COM NEW ISIN #US5... (MMATQ) (Cash) | -$500.25 | $15.42 |

| Date | Apr-03-2024 |
|---|---|
| Symbol | MMATQ |
| Symbol description | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 |
| Type | Cash |
| Shares | +145.000 |
| Price | $3.45 |
| Amount | -$500.25 |
| Settlement date | Apr-05-2024 |

## Don't see the activity you're looking for?

| Track a rollover or transfer from another firm > | View orders for new issue bonds > |
| See activity from over 5 years ago in Documents > | Reassign the lots for an unsettled trade > |
| See cost basis information in Positions > | Status bid requests for bonds and CDs > |
| View Your Commissions & Price Improvement Summary > | |

All transaction detail provided reflects the local currency of the security, as identified by the currency abbreviation.

Content and data provided by various third parties and Fidelity. Terms of Use

Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted. Click on a security for most recent month-end performance.

Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services, LLC, which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897). Crypto is not insured by

the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation ("SIPC"). Brokerage services in support of securities trading are provided by Fidelity Brokerage Services LLC ("FBS"), and related custody services are provided by National Financial Services LLC ("NFS"), each a registered broker-dealer and member NYSE and SIPC. Neither FBS nor NFS offer crypto as a direct investment nor provide trading or custody services for such assets. Fidelity Crypto is a registered service mark of FMR LLC. Fidelity Crypto® risk disclosures | Fidelity Crypto® complaints & disclosures

939131.3.0

∨ Additional important information



Copyright 1998- 2024 FMR LLC. All rights reserved.

Terms of Use | Privacy | Security | Site Map | Accessibility | Contact Us

This is for persons in the U.S. only.

Notes - Fidelity

- Did not include MMTLP
  200 shares - CUSIP 78699D491
- Acquired both before + after split, count is number of shares @ time of purchase