NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: Meta Materials, Inc. | Case Number: 24-50792 |
|---|---|

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Jacqulyne Perez
2025 Lakewood Club Dr. S.
Apt F
St. Petersburg, FL. 33712

Telephone Number: 305-710-8665

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
**DEC 18 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
**8037-9297**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Jacqulyne Perez, Charles Schwab & Co., Inc. PO Box 982603 El Paso, TX 79998-2603
Telephone Number: 1800-435-4000

**3. Date Equity Interest was acquired:**
3/15/2023 thru 10/02/2023
See Attached Documents

**4. Total amount of member interest:** 32

**5. Certificate number(s):** See Attached Documentation

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Jacqulyne Perez
Title:
Company: __ Address and telephone number (if different from notice address above):

(Signature)   Date: 12/10/24
Telephone number: 305-710-8665   email: jperez12889@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



# Transaction History

Updated: 06:08:41 PM ET, 12/10/2024   

Individual       ...297

Date range: All

Symbol (Optional): MMAT

☑ Include Options

Search

Filter by Transaction Types

## Transactions found from 12/10/2020 to 12/10/2024

Don't see it here? Go to Statements

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 32 | | | |
| 11/06/2023 | Journaled Shares | MMAT TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT) | -3,148 | | | |
| 11/06/2023 | Internal | MMAT ᴉᴺᶜ | 3,148 | | | |
| 10/02/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...700 (MMAT) @0.2151 | 700 | $0.2151 | - | $150.57 |
| 10/02/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 1150 (MMAT) @0.2239 | 1,150 | $0.2239 | - | $257.49 |

| Date | Type | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Trade Details | TDA TRAN - Bought ...900 (MMAT) @0.2306 | | | $207.54 |
| 08/02/2023 | Journaled Shares | MMAT TDA TRAN - INTERNAL TRANSFER BETWEEN ACCOUNTS OR ACCOUNT TYPES (MMAT) | 398 | | |
| 08/02/2023 | Journaled Shares | MMAT TDA TRAN - INTERNAL TRANSFER BETWEEN ACCOUNTS OR ACCOUNT TYPES (MMAT) | -398 | | |
| 03/22/2023 | Buy Trade Details | MMAT TDA TRAN - Bought 98 (MMAT) @0.5600 | 98 | $0.56 | -$54.88 |
| 03/15/2023 | Buy Trade Details | MMAT TDA TRAN - Bought ...300 (MMAT) @0.5171 | 300 | $0.5171 | -$155.13 |

Page Total: **-$825.61**

- Reverse Split 01/29/2024

MMAT

META MATLS INC

32 quantity

- Journaled Shares 11/06/2023

MMAT

TDA TRAN - TRANSFER OF SECURITY OR OPTION OUT (MMAT)

-3,148 quantity

- MMAT

  META MATLS INC

  3,148 quantity

- Buy 10/02/2023

  Trade Details

  MMAT

  TDA TRAN - Bought ...700 (MMAT) @0.2151

  700 quantity

  $0.2151 price

  -$150.57 amount

- Buy 10/02/2023

  Trade Details

  MMAT

  TDA TRAN - Bought 1150 (MMAT) @0.2239

  1,150 quantity

  $0.2239 price

  -$257.49 amount

- Buy 08/30/2023

  Trade Details

  MMAT

  TDA TRAN - Bought ...900 (MMAT) @0.2306

  900 quantity

  $0.2306 price

  -$207.54 amount

- Journaled Shares 08/02/2023

  MMAT

  TDA TRAN - INTERNAL TRANSFER BETWEEN ACCOUNTS OR ACCOUNT TYPES (MMAT)

  398 quantity

- Journaled Shares 08/02/2023

  MMAT

  TDA TRAN - INTERNAL TRANSFER BETWEEN ACCOUNTS OR ACCOUNT TYPES (MMAT)

  -398 quantity

- Buy 03/22/2023

  Trade Details

- TDA TRAN - Bought 98 (MMAT) @0.5600

  98 quantity

  $0.56 price

  -$54.88 amount

- Buy 03/15/2023

  Trade Details

  MMAT

  TDA TRAN - Bought ...300 (MMAT) @0.5171

  300 quantity

  $0.5171 price

  -$155.13 amount

Page Total: -$825.61

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)

Today's Date: 06:08 PM ET, 12/10/2024

*Own your tomorrow.*

Check the background of Charles Schwab or one of its investment professionals on FINRA'S BrokerCheck.

**Investment and Insurance Products Are: Not FDIC Insured • Not Insured by Any Federal Government Agency • Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or any of its Affiliates • Subject to Investment Risks, Including Possible Loss of Principal Amount Invested**