NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

Name of Debtor:
**mETA Material , Inc.**

Case Number:
**24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

**Aaron Richard Benorden**
**290 Wedgewood Dr.**
**Lenoir City, TN 37772**

Telephone Number:
**865-399-7465**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 18 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
**\*Charles Schwab - 4824-4962**
**Robinhood - 853656395**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
**Aaron Richard Benorden**

Telephone Number: **See below**

3. Date Equity Interest was acquired:
**March of 2021 - Feb. of 2024 (approx. dates)**
**-See attached documentation**

4. Total amount of member interest: **$24,220.38**
**MMAT    136.5 shares**

5. Certificate number(s): **See Attached Docs**

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: **Investor**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Aaron Richard Benorden**
Title:
Company:____ Address and telephone number (if different from notice address above):

(Signature) **Aaron Benorden**    (Date) **12-12-24**

Telephone number: **865-399-7465**    email: **aaronrb71@gmail.com**

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

**\*Charles Schwab & Co. Inc**
**Omaha Operations Center**
**P.O. Box 2339**
**Omaha, NE 68103**
**800-435-4000**

**● Robinhood Markets Inc.**
**85 Willow Rd.**
**Menlo Park, CA 94025**
**650-940-2700**



**Schwab One® Account** of

AARON RICHARD BENORDEN

| Account Number | Statement Period |
|---|---|
| 4824-4962 | October 1 - December 31, 2023 |

## Account Summary

| Ending Account Value as of 12/31 | Beginning Account Value as of 10/01 | Total Value Change ($) |
|---|---|---|
| $493.75 | $1,562.05 | ($1,068.30) |

| | This Statement | Previous Statement | Change |
|---|---|---|---|
| Beginning Value | $1,562.05 | $1,587.30 | ($25.25) |
| Deposits | 0.00 | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 | 0.00 |
| Dividends and Interest | 0.00 | 0.00 | 0.00 |
| Transfer of Securities(In/Out) | 0.00 | 0.00 | 0.00 |
| Market Value Change | (1,068.30) | (25.25) | (1,043.05) |
| Fees | 0.00 | 0.00 | 0.00 |
| **Ending Value** | **$493.75** | **$1,562.05** | **($1,068.30)** |

## Gain or (Loss) Summary

| | Short-Term (ST) | | | Long-Term (LT) | | |
|---|---|---|---|---|---|---|
| | Gain | (Loss) | Net | Gain | (Loss) | Net |
| This Period | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Unrealized** | | | | | | **($19,311.27)** |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Please login to your account at Schwab.com for real-time gain/loss information. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

---

### Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

### Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency. Charles Schwab & Co., Inc. Member SIPC.

### Online Assistance

 Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

 **Time to go digital**

Sign up for paperless at schwab.com/ez
12/29-83150-ID2042001-162605 *2 #2-3

AARON RICHARD BENORDEN
290 WEDGEWOOD DR
LENOIR CITY TN    37772-6942



**Schwab One® Account** of

AARON RICHARD BENORDEN

Statement Period
October 1 - December 31, 2023

## Asset Allocation

|  | This Period | Current Allocation |
|---|---|---|
| Cash and Cash Investments | 9.43 | 2% |
| Equities | 484.32 | 98% |
| Total | $493.75 | 100% |

## Top Account Holdings This Period

| SYMBOL CUSIP | Description | Market Value | % of Accounts |
|---|---|---|---|
| MMAT | META MATLS INC | 481.80 | 98% |
|  | Bank Sweep | 9.43 | 2% |
| ENZC | ENZOLYTICS INC | 2.52 | <1% |

## Margin Loan Information

| Opening Margin Loan Balance | Closing Margin Loan Balance | Funds Available to Withdraw * | Securities |
|---|---|---|---|
| $0.00 | $0.00 | $9.43 | $9.43 |

Margin Loan Rates
Vary by Balance
**11.75% - 13.57%**

* Values include any cash plus the amount available using margin borrowing.
For more information about the margin feature, please visit schwab.com/margin.

## A Message About Your Account

**CALIFORNIA RESIDENTS**

If your total payments of interest and interest dividends on federally tax-exempt non-California municipal bonds were $10 or greater **and** you or your Partnership had a California address as of 12/31, Schwab will report this information to the California Franchise Tax Board each tax year, per state statute. 1223-3LZ0

## Positions - Summary

| Beginning Value as of | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 12/31 | | Cost Basis | | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,562.05 | | $0.00 | | $0.00 | | $0.00 | | ($1,068.30) | | $493.75 | | $19,795.59 | | ($19,311.27) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.



**Schwab One® Account** of

AARON RICHARD BENORDEN

Statement Period
October 1 - December 31, 2023

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | Bank Sweep X,Z | | | 9.43 | 9.43 | 0.00 | | 0.45% | 2% |
| **Total Cash and Cash Investments** | | | | | **$9.43** | **$9.43** | **$0.00** | | | **2%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| ENZC | ENZOLYTICS INC | 144.0000 | 0.01750 | 2.52 | 100.08 | (97.56) | N/A | 0.00 | <1% |
| MMAT | META MATLS INC (M) | 7,300.0000 | 0.06600 | 481.80 | 19,695.51 | (19,213.71) | N/A | 0.00 | 98% |
| **Total Equities** | | | | **$484.32** | **$19,795.59** | **($19,311.27)** | | **$0.00** | **98%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 1,980.0000 | | | 0.00 | | N/A | |
| **Total Unpriced Securities** | | | | **$0.00** | **$0.00** | **$0.00** | | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.

## Transactions - Summary

| Beginning Cash* as of 10/01 + | Deposits + | Withdrawals + | Purchases + | Sales/Redemptions + | Dividends/Interest + | Fees = | Ending Cash* as of 12/31 |
|---|---|---|---|---|---|---|---|
| $9.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9.43 |

**Other Activity $0.00**    Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.



Robinhood Markets Inc
85 Willow Road
Menlo Park, CA 94025
650-940-2700



Aaron Benorden
11764 Crystal Brook Ln
Knoxville, TN 37934

Master Account Number for Import:
853656395
Document ID for Import:
KA11NC3X869

Enclosed is your 2023 Consolidated Tax Statement. 1099 Tax Forms for the following accounts are included in this package:

853656395 - Robinhood Securities LLC

**New for 2023 Tax Year** - 1099 tax forms for Robinhood Markets Inc. will be displayed using an aggregated format based on key tax lot criteria. We have done this to reduce the size of your overall tax package, as well as to help make your tax documents easier to use. This new format still provides you with all the information you need to file your taxes.

**Robinhood Retirements Accounts** - If you had any reportable distributions or contributions within a Robinhood Retirement account, your 2023 tax forms 1099-R and/or 5498 will be delivered separately. Retirement accounts will be reported under Robinhood Securities LLC and will have their own unique Doc IDs for import to tax software providers such as TurboTax or H&R Block.

**Filing Your Taxes** - If filing through tax service providers, such as TurboTax or H&R Block, please utilize the Master Account Number and Document ID listed above. The Document ID is necessary in order to directly import your 1099 data into the tax software so that you do not need to manually enter each transaction. Please note that tax software providers may have limits on the total number of transactions that can be directly imported using the Document ID.

| Robinhood Markets Inc. as agent for<br>Robinhood Securities LLC | Proceeds from Broker and Barter Exchange Transactions | Account    853656395 |
|---|---|---|
| 2023    1099-B    OMB No. 1545-0715 | (continued) | 02/12/2024 |

LONG TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part II with Box D checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

1a- Description of property/CUSIP/Symbol

| 1c- Date<br>sold or<br>disposed | Quantity | 1d- Proceeds &<br>6- Reported<br>(G)ross or (N)et | 1b- Date<br>acquired | 1e- Cost or<br>other basis | 1f- Accrued mkt disc (D) &<br>1g- Wash sale loss<br>disallowed (W) | Gain or loss(-) &<br>7- Loss not allowed (X)<br>also not reported (Z) | Additional Information |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC. COMMON STO CK / CUSIP: 59134N104 / Symbol: | | | | | | | |
| 12/29/23 | 535.500 | 38.21 | Various | 3,673.70 | ... | -3,635.49 | Total of 12 transactions |
| 12/29/23 | 99.500 | 7.10 | Various | 751.09 | 470.04 W | -273.95 | Total of 2 transactions |
| | Security total: | 45.31 | | 4,424.79 | 470.04 W | -3,909.44 | |
| Totals : | | 45.31 | | 4,424.79 | 470.04 W | -3,909.44 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).