NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: META Material, Inc | Case Number: 24-50792 | RECEIVED AND FILED DEC 18 2024 U.S. BANKRUPTCY COURT MARY A. SCHOTT, CLERK |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Larry Allen Benorden
   290 Wedgewood Dr.
   Lenoir City, TN 37772

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number: 865-924-7778

RECEIVED AND FILED DEC 18 2024 U.S. BANKRUPTCY COURT MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
* Charles Schwab 8721-4535, 4592-3815,
• Robinhood Securities - 755792843

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Larry Allen Benorden
   - See below
   Telephone Number: See below

3. Date Equity Interest was acquired:
   March of 2021 - Feb. of 2024
   (approximate dates)
   - See attached documentation

4. Total amount of member interest: $106,644.40
   MMAT 860 Shares

5. Certificate number(s): See attached docs

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest.
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Larry Allen Benorden
Title:
Company: ___ Address and telephone number (if different from notice address above):
_____

(Signature) Larry Benorden     (Date) 12-12-2024

Telephone number: 865-924-7778    email: dlbenorden@yahoo.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

* Charles Schwab + Co., Inc.
  Omaha Operations Center
  P.O. Box 2339
  Omaha, NE 68103
  • 800-435-4000

• Robinhood Markets Inc.
  85 Willow Rd.
  Menlo Park, CA 94025
  • 650-940-2700

* Please let us amend. there may be more in a different broker acc't. Tasty wo

Robinhood Markets Inc
85 Willow Road
Menlo Park, CA 94025
650-940-2700

Larry Benorden
290 Wedgewood Dr
Lenoir City, TN 37772

**Master Account Number for Import:**
755792843

**Document ID for Import:**
5U40T5W3B13

**Enclosed is your 2023 Consolidated Tax Statement. 1099 Tax Forms for the following accounts are included in this package:**

755792843 - Robinhood Securities LLC

**New for 2023 Tax Year** - 1099 tax forms for Robinhood Markets Inc. will be displayed using an aggregated format based on key tax lot criteria. We have done this to reduce the size of your overall tax package, as well as to help make your tax documents easier to use. This new format still provides you with all the information you need to file your taxes.

**Robinhood Retirements Accounts** - If you had any reportable distributions or contributions within a Robinhood Retirement account, your 2023 tax forms 1099-R and/or 5498 will be delivered separately. Retirement accounts will be reported under Robinhood Securities LLC and will have their own unique Doc IDs for import to tax software providers such as TurboTax or H&R Block.

**Filing Your Taxes** - If filing through tax service providers, such as TurboTax or H&R Block, please utilize the Master Account Number and Document ID listed above. The Document ID is necessary in order to directly import your 1099 data into the tax software so that you do not need to manually enter each transaction. Please note that tax software providers may have limits on the total number of transactions that can be directly imported using the Document ID.

| Robinhood Markets Inc. as agent for Robinhood Securities LLC<br>85 Willow Road<br>Menlo Park, CA 94025<br>Customer Service: 650-940-2700 | Tax Information<br>Account 755792843<br>Larry Benorden<br>290 Wedgewood Dr<br>Lenoir City, TN 37772 | Statement Date: 02/12/2024 | 2023 |
|---|---|---|---|
| PAYER'S TIN: 46-4364776 | RECIPIENT'S TIN: XXX-XX-7909 | | |

## Summary Information

| DIVIDENDS AND DISTRIBUTIONS       2023 1099-DIV*   OMB No. 1545-0110 | |
|---|---|
| 1a- Total ordinary dividends (includes lines 1b, 5, 2e) | 0.00 |
| 1b- Qualified dividends | 0.00 |
| 2a- Total capital gain distributions (includes lines 2b, 2c, 2d, 2f) | 0.00 |
| 2b- Unrecaptured Section 1250 gain | 0.00 |
| 2c- Section 1202 gain | 0.00 |
| 2d- Collectibles (28%) gain | 0.00 |
| 2e- Section 897 ordinary dividends | 0.00 |
| 2f- Section 897 capital gain | 0.00 |
| 3- Nondividend distributions | 0.00 |
| 4- Federal income tax withheld | 0.00 |
| 5- Section 199A dividends | 0.00 |
| 6- Investment expenses | 0.00 |
| 8- Foreign country or US possession:     7- Foreign tax paid: | 0.00 |
| 9- Cash liquidation distributions | 0.00 |
| 10- Noncash liquidation distributions | 0.00 |
| 12- Exempt-interest dividends (includes line 13) | 0.00 |
| 13- Specified private activity bond interest dividends (AMT) | 0.00 |

| MISCELLANEOUS INFORMATION       2023 1099-MISC*   OMB No. 1545-0115 | |
|---|---|
| 2- Royalties | 0.00 |
| 3- Other income | 0.00 |
| 4- Federal income tax withheld | 0.00 |
| 8- Substitute payments in lieu of dividends or interest | 0.00 |

| SECTION 1256 CONTRACTS       2023 1099-B*   OMB No. 1545-0715 | |
|---|---|
| 8- Profit or (loss) realized in 2023 on closed contracts | 0.00 |
| 9- Unrealized profit or (loss) on open contracts-12/31/2022 | 0.00 |
| 10- Unrealized profit or (loss) on open contracts-12/31/2023 | 0.00 |
| 11- Aggregate profit or (loss) on contracts | 0.00 |

*If applicable, proceeds from sale transactions appear summarized below and are detailed in subsequent sections of this document.*

\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

### SUMMARY OF PROCEEDS, GAINS & LOSSES, ADJUSTMENTS AND WITHHOLDING

*Refer to the 1099-B and Proceeds not reported to the IRS pages to ensure that you consider all relevant items and to determine the correct gains and losses. The amounts shown below are for informational purposes.*

| Term | Form 8949 type | Proceeds | Cost basis | Market discount | Wash sale loss disallowed | Net gain or loss(-) |
|---|---|---|---|---|---|---|
| Short | A (basis reported to the IRS) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Short | B (basis not reported to the IRS) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Short | C (Form 1099-B not received) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | **Total Short-term** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| Long | D (basis reported to the IRS) | 4,212.95 | 61,105.63 | 0.00 | 0.00 | -56,892.68 |
| Long | E (basis not reported to the IRS) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Long | F (Form 1099-B not received) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | **Total Long-term** | **4,212.95** | **61,105.63** | **0.00** | **0.00** | **-56,892.68** |
| Undetermined | B or E (basis not reported to the IRS) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Undetermined | C or F (Form 1099-B not received) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | **Total Undetermined-term** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
|  | **Grand total** | **4,212.95** | **61,105.63** | **0.00** | **0.00** | **-56,892.68** |

| Withholding | Amount |
|---|---|
| Federal income tax withheld | 0.00 |

Changes to dividend tax classifications processed after your original tax form is issued for 2023 may require an amended tax form.

**Proceeds from Broker and Barter Exchange Transactions**

Sales transactions are organized into sections according to term (long, short or undetermined) and covered status (covered or noncovered). For tax lots whose term is undetermined, use your historical documents to establish the cost basis and date of purchase. The Box 12, Check if basis reported to IRS checkmark, is reflected as being checked in the title of the covered securities pages of Forms 1099-B, short-term and long-term. The title pages of the noncovered securities pages for Forms 1099-B reflect that Box 12 is not being checked, as these securities are not being reported to the IRS.

Several columns include both an amount and a qualifying notation to its right. Where proceeds are the result of an option exercise or assignment, there is indication of whether the amount is N (net of option premium) or G (Gross). Accrued market discount and wash sale loss disallowed appear in the same column, identified by the letters D or W, respectively. Where you are not permitted to recognize a loss, an indication of X (change in control or capital structure) or Z (other corporate action) is used. The change in control condition is reported to the IRS for covered lots. Neither the disallowance of loss due to a corporate action nor the amount of gain or loss is reported to the IRS in any instance.

Some tax lots may have notations in the column of Additional Information because they require special treatment on your tax returns. Sales of securities such as Contingent Payment Debt Instruments (CPDI) are marked as "Ordinary" because gains and losses on these instruments generally do not qualify as short- or long-term capital transactions. Similarly, lots noted as "3 - [X] Collectible" are handled distinctly under the tax code. These conditions are reported to the IRS. You may wish to consult with your tax advisor, the IRS or your state tax authority regarding the proper treatment for these scenarios. With further regard to Box 3, there is also a checkmark to indicate the proceeds of sale are from a Qualified Opportunity Zone Fund investment - a QOF. If the proceeds are from a QOF the Additional Information column will reflect the following - "3 - [X] Proceeds from QOF." The tax treatment for QOF investments can be complex and you may wish to consult your tax advisor about such sales.

Closing of written options is presented in a distinct manner in accordance with IRS regulations. For these transactions the Cost or other basis (column 1e) is always presented as $0.00 and the Proceeds (column 1d) is the net of the amount received when the option was written and the cost to close the position.

FATCA filing requirement [ ]

## LONG TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] (Lines 2 & 5)

Report on Form 8949, Part II with Box D checked. Basis is provided to the IRS. (Line 12)
"Gain or loss (-)" is NOT reported to the IRS.

| 1a- Description of property/CUSIP/Symbol 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC. COMMON STOCK / CUSIP: 59134N104 / Symbol: | | | | | | | |
| 12/28/23 | 59,375.493 | 4,212.95 | Various | 61,105.63 | ... | -56,892.68 | Total of 48 transactions |
| Totals : | | 4,212.95 | | 61,105.63 | | -56,892.68 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).



## Simplified Employee Plan of

LARRY BENORDEN
CHARLES SCHWAB & CO INC CUST
SEP-IRA

**Account Number**
4592-3815

**Statement Period**
February 1-29, 2024

## Account Summary

| Ending Account Value as of 02/29 | Beginning Account Value as of 02/01 | Total Value Change ($) |
|---|---|---|
| $234.56 | $300.86 | ($66.30) |



|  | This Statement | Previous Statement | Change |
|---|---|---|---|
| Beginning Value | $300.86 | $516.91 | ($216.05) |
| Deposits | 0.00 | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 | 0.00 |
| Dividends and Interest | 0.00 | 0.00 | 0.00 |
| Transfer of Securities | 0.00 | 0.00 | 0.00 |
| Market Value Change | (66.30) | (216.05) | 149.75 |
| Fees | 0.00 | 0.00 | 0.00 |
| **Ending Value** [W] | **$234.56** | **$300.86** | **($66.30)** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

### Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

### Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency. Charles Schwab & Co., Inc. Member SIPC.

### Online Assistance

Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

LARRY BENORDEN
CHARLES SCHWAB & CO INC CUST
SEP-IRA
290 WEDGEWOOD DR
LENOIR CITY TN 37772-6942



**Simplified Employee Plan** of

LARRY BENORDEN
CHARLES SCHWAB & CO INC CUST
SEP-IRA

Statement Period
February 1-29, 2024

## Positions - Summary

| Beginning Value as of 02/01 | + | Transfer of Securities (In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 02/29 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $300.86 | | $0.00 | | $0.00 | | $0.00 | | ($66.30) | | $234.56 | $19,196.94 | ($16,845.05) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK NA x,z | | | 2.90 | 2.90 | 0.00 | | 0.45% | 1% |
| **Total Cash and Cash Investments** | | | | | **$2.90** | **$2.90** | **$0.00** | | | **1%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMAT | META MATLS INC | 78.0000 | 2.97000 | 231.66 | 17,076.71 | (16,845.05) | N/A | 0.00 | 99% |
| **Total Equities** | | | | **$231.66** | **$17,076.71** | **($16,845.05)** | | **$0.00** | **99%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 3,664.0000 | | | 2,120.23 | | N/A | |
| **Total Unpriced Securities** | | | | **$0.00** | **$2,120.23** | **$0.00** | | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.



**Simplified Employee Plan** of

LARRY BENORDEN
CHARLES SCHWAB & CO INC CUST
SEP-IRA

Statement Period
March 1-31, 2024

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | TD BANK NA x,z | | | 2.90 | 150.31 | 147.41 | | 0.45% | 100% |
| **Total Cash and Cash Investments** | | | | | **$2.90** | **$150.31** | **$147.41** | | | **100%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 3,664.0000 | | | 2,120.23 i | N/A i | | |
| **Total Unpriced Securities** | | | | **$0.00** | **$2,120.23** | **$0.00** | | **$0.00** |

## Transactions - Summary

| Beginning Cash* as of 03/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 03/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $2.90 | | $0.00 | | $0.00 | | $0.00 | | $147.41 | | $0.00 | | $0.00 | | $150.31 |

**Other Activity $0.00**   Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 03/18 | Sale | | MMAT | META MATLS INC<br>Exchange Processing Fee $0.01 | (78.0000) | 1.8900 | 0.01 | 147.41 | (16,929.30) (LT) |
| **Total Transactions** | | | | | | | | **$147.41** | **$(16,929.30)** |

Date column represents the Settlement/Process date for each transaction.



**Roth Contributory IRA** of

LARRY BENORDEN
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Account Number: 8721-4535
Statement Period: March 1-31, 2024

## Account Summary

Ending Account Value as of 03/31: **$391.49**
Beginning Account Value as of 03/01: **$597.65**



|  | This Statement | Previous Statement |
|---|---:|---:|
| Beginning Value | $597.65 | $757.44 |
| Deposits | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 |
| Dividends and Interest | 0.01 | 0.01 |
| Transfer of Securities | 0.00 | 0.00 |
| Market Appreciation/(Depreciation) | (206.17) | (159.80) |
| Expenses | 0.00 | 0.00 |
| **Ending Value** ᴺ | **$391.49** | **$597.65** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

### Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

### Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency.
Charles Schwab & Co., Inc. Member SIPC.

### Online Assistance

 Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

LARRY BENORDEN
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA
290 WEDGEWOOD DR
LENOIR CITY TN 37772-6942



Roth Contributory IRA of

LARRY BENORDEN
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Statement Period

March 1-31, 2024

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 03/18 | Sale | | MMAT | META MATLS INC<br>Exchange Processing Fee $0.03 | (188.0000) | 1.8735 | 0.03 | 352.19 | (28,109.87) (LT) |
| | Interest | Bank Interest X,Z | | BANK INT 021624-031524 | | | | 0.01 | |
| **Total Transactions** | | | | | | | | **$352.20** | **$(28,109.87)** |

Date column represents the Settlement/Process date for each transaction.

## Bank Sweep Activity

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 03/01 | Beginning Balance X,Z | $39.29 | 03/31 | Ending Balance X,Z | $391.49 |
| 03/15 | BANK INTEREST - CHARLES SCHWAB BANK X,Z | 0.01 | 03/28 | Interest Rate X,Z | 0.45% |
| 03/18 | BANK CREDIT FROM BROKERAGE X | 352.19 | | | |

* Your interest period was 02/16/24 - 03/15/24.  Z

## Endnotes For Your Account

W   Excluding unpriced securities (see Investment Detail).

X   Bank Sweep deposits are held at FDIC-insured Program Banks, which are listed in the Cash Features Disclosure Statement.

Z   For the Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period.

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:** This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement. **Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your Account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account. **AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.

**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest. **Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage Account(s). Deposit accounts held through these bank sweep features constitute direct obligations of one or more FDIC insured banks ("Program Banks") that are not obligations of Schwab. Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage Account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your Account(s), please refer to the Cash Features Disclosure Statement available online or from a Schwab representative. **Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not

*Handwritten:* MMAT SOLD 188 Shares / Cost Basis: $28,462.06    Loss: $28,109.87

4 of 6



**Roth Contributory IRA** of

LARRY BENORDEN
CHARLES SCHWAB & CO INC CUST
ROTH CONTRIBUTORY IRA

Statement Period
**February 1-29, 2024**

## Positions - Summary

| Beginning Value as of 02/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 02/29 | | Cost Basis | | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $757.44 | | $0.00 | | $0.00 | | $0.01 | | ($159.80) | | $597.65 | | $28,462.06 | | ($27,903.70) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Sweep | | CHARLES SCHWAB BANK x,z | | | 39.28 | 39.29 | 0.01 | | 0.45% | 7% |
| **Total Cash and Cash Investments** | | | | | **$39.28** | **$39.29** | **$0.01** | | | **7%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| MMAT | META MATLS INC | 188.0000 | 2.97000 | 558.36 | 28,462.06 | (27,903.70) | N/A | 0.00 | 93% |
| **Total Equities** | | | | **$558.36** | **$28,462.06** | **($27,903.70)** | | **$0.00** | **93%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 135.0000 | | | 0.00 | | N/A | |
| **Total Unpriced Securities** | | | | **$0.00** | **$0.00** | **$0.00** | | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.