NVB 3001 (Rev. 12/24)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: Metamaterials, Inc. | Case Number: 24-50792 |
|---|---|

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Kimberly A Phillips
   P.O. Box 972
   Andover, Kansas 67002

   Telephone Number:
   316-259-8198

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 18 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only): | Check here if this Proof of Interest: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: Webull SND43189   RobinHood S11949117

   Telephone Number:

3. Date Equity Interest was acquired:
   VARIOUS DATES BETWEEN 2022-2024

4. Total amount of member interest: _____

5. Certificate number(s): SEE Attached

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the interest holder.   ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Kimberly A Phillips
Title:
Company: Address and telephone number (if different from notice address above):
_____

(Signature) Kimberly a Phillips
(Date)
Telephone number: 316-259-8198  email: kchucy@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Meta Mater | MMATQ | Sell | Filled | 2000 | 2000 @0.0618 | 0.0618 | DAY | 01/24/2024 | 01/24/2024 10:25:14 EST |
| Tesla Inc | TSLA | Buy | Filled | 1 | 1 @211.21 | 211.21 | DAY | 01/24/2024 | 01/24/2024 09:35:32 EST |
| Tesla Inc | TSLA | Buy | Filled | 2 | 2 @210.95 | 210.95 | DAY | 01/24/2024 | 01/24/2024 09:34:43 EST |
| Meta Mater | MMATQ | Buy | Filled | 2000 | 2000 @0.060 | 0.06 | DAY | 01/24/2024 | 01/24/2024 09:33:08 EST |
| Meta Mater | MMATQ | Sell | Filled | 1772 | 1772 @0.0594 | 0.0594 | DAY | 01/23/2024 | 01/23/2024 17:15:22 EST |
| Meta Mater | MMATQ | Buy | Filled | 1772 | 1772 @0.059 | 0.059 | DAY | 01/23/2024 | 01/23/2024 16:13:34 EST |
| Meta Mater | MMATQ | Sell | Filled | 10001 | 10001 @0.068 | 0.068 | DAY | 01/23/2024 | 01/23/2024 16:02:10 EST |
| Meta Mater | MMATQ | Buy | Filled | 10000 | 10000 @0.0679 | 0.0679 | DAY | 01/23/2024 | 01/23/2024 09:46:39 EST |
| Tesla Inc | TSLA | Sell | Filled | 2 | 2 @209.83 | 209.83 | DAY | 01/19/2024 | 01/19/2024 10:37:54 EST |
| Tesla Inc | TSLA | Sell | Filled | 5 | 5 @209.51 | 209.51 | DAY | 01/19/2024 | 01/19/2024 10:36:46 EST |
| Tesla Inc | TSLA | Buy | Filled | 2 | 2 @212.28 | 212.28 | DAY | 01/19/2024 | 01/19/2024 09:55:32 EST |
| Tesla Inc | TSLA | Sell | Filled | 5 | 5 @211.08 | 211.08 | DAY | 01/19/2024 | 01/19/2024 09:37:56 EST |
| Tesla Inc | TSLA | Sell | Filled | 10 | 10 @208.73 | 208.73 | DAY | 01/19/2024 | 01/19/2024 04:40:27 EST |
| Tesla Inc | TSLA | Sell | Filled | 4 | 4 @214.58 | 214.58 | DAY | 01/17/2024 | 01/17/2024 09:47:13 EST |
| Tesla Inc | TSLA | Buy | Filled | 7 | 7 @220.75 | 220.75 | DAY | 01/16/2024 | 01/16/2024 10:08:46 EST |
| Tesla Inc | TSLA | Sell | Filled | 5 | 5 @220.22 | 220.22 | DAY | 01/16/2024 | 01/16/2024 10:08:20 EST |
| Tesla Inc | TSLA | Sell | Filled | 5 | 5 @220.60 | 220.6 | DAY | 01/16/2024 | 01/16/2024 10:06:33 EST |
| Tesla Inc | TSLA | Sell | Filled | 5 | 5 @220.58 | 220.58 | DAY | 01/16/2024 | 01/16/2024 10:06:04 EST |
| Tesla Inc | TSLA | Sell | Filled | 7 | 7 @219.23 | 219.23 | DAY | 01/12/2024 | 01/12/2024 13:25:34 EST |
| Tesla Inc | TSLA | Sell | Filled | 7 | 7 @219.22 | 219.22 | DAY | 01/12/2024 | 01/12/2024 13:24:50 EST |
| Tesla Inc | TSLA | Sell | Filled | 6 | 6 @226.87 | 226.87 | DAY | 01/11/2024 | 01/11/2024 13:30:21 EST |
| Tesla Inc | TSLA | Sell | Filled | 7 | 7 @226.95 | 226.95 | DAY | 01/11/2024 | 01/11/2024 13:29:00 EST |
| Tesla Inc | TSLA | Sell | Filled | 6 | 6 @240.26 | 240.26 | DAY | 01/08/2024 | 01/08/2024 16:32:05 EST |
| Tesla Inc | TSLA | Buy | Filled | 6 | 6 @240.67 | 240.67 | DAY | 01/08/2024 | 01/08/2024 14:52:57 EST |
| Tesla Inc | TSLA | Sell | Filled | 2 | 2 @237.51 | 237.51 | DAY | 01/05/2024 | 01/05/2024 18:07:26 EST |
| Tesla Inc | TSLA | Sell | Filled | 2 | 2 @238.70 | 238.7 | DAY | 01/04/2024 | 01/04/2024 18:25:11 EST |
| Tesla Inc | TSLA | Sell | Filled | 2 | 2 @238.66 | 238.66 | DAY | 01/04/2024 | 01/04/2024 18:24:46 EST |
| Meta Mater | MMATQ | Sell | Filled | 5000 | 5000 @0.0678 | 0.0678 | DAY | 01/04/2024 | 01/04/2024 11:55:52 EST |
| Meta Mater | MMATQ | Buy | Filled | 5000 | 5000 @0.0679 | 0.0679 | DAY | 01/04/2024 | 01/04/2024 11:24:51 EST |
| Tesla Inc | TSLA | Sell | Filled | 5 | 5 @241.11 | 241.11 | DAY | 01/04/2024 | 01/04/2024 10:03:19 EST |
| Tesla Inc | TSLA | Sell | Filled | 5 | 5 @239.49 | 239.49 | DAY | 01/04/2024 | 01/04/2024 10:00:23 EST |
| Tesla Inc | TSLA | Sell | Filled | 5 | 5 @239.79 | 239.79 | DAY | 01/04/2024 | 01/04/2024 09:57:43 EST |
| Tesla Inc | TSLA | Sell | Filled | 2 | 2 @238.46 | 238.46 | DAY | 01/03/2024 | 01/03/2024 16:07:21 EST |

| Name | Symbol | Side | Status | Filled | Price | Avg Price | TIF | Date | Time |
|---|---|---|---|---|---|---|---|---|---|
| Nvidia Corp | NVDA | Sell | Filled | 4 | 4 @732.07 | 732.07 | DAY | 02/16/2024 | 02/16/2024 10:23:14 EST |
| Nvidia Corp | NVDA | Buy | Filled | 4 | 4 @730.45 | 730.45 | DAY | 02/16/2024 | 02/16/2024 10:12:21 EST |
| Tesla Inc | TSLA | Buy | Filled | 9 | 9 @199.15 | 199.15 | DAY | 02/16/2024 | 02/16/2024 10:11:11 EST |
| Tesla Inc | TSLA | Buy | Filled | 1 | 1 @201.55 | 201.55 | DAY | 02/15/2024 | 02/15/2024 17:03:38 EST |
| Tesla Inc | TSLA | Buy | Cancelled | 0 | 3 @191.23 | | DAY | 02/15/2024 | 09:33:29 EST |
| Tesla Inc | TSLA | Buy | Filled | 15 | 15 @193.24 | 193.24 | DAY | 02/12/2024 | 02/12/2024 10:34:29 EST |
| Tesla Inc | TSLA | Sell | Filled | 7 | 7 @187.55 | 187.55 | DAY | 02/07/2024 | 02/07/2024 18:09:47 EST |
| Tesla Inc | TSLA | Buy | Filled | 7 | 7 @188.71 | 188.71 | DAY | 02/07/2024 | 02/07/2024 14:12:49 EST |
| Tesla Inc | TSLA | Buy | Filled | 4 | 4 @185.47 | 185.47 | DAY | 02/06/2024 | 02/06/2024 15:10:43 EST |
| Tesla Inc | TSLA | Buy | Filled | 2 | 2 @183.33 | 183.33 | DAY | 02/06/2024 | 02/06/2024 14:36:56 EST |
| Tesla Inc | TSLA | Sell | Filled | 14 | 14  182.94 | 182.94 | DAY | 02/06/2024 | 02/06/2024 14:24:38 EST |
| Tesla Inc | TSLA | Sell | Filled | 4 | 4 @180.46 | 180.46 | DAY | 02/05/2024 | 02/05/2024 15:33:15 EST |
| Tesla Inc | TSLA | Buy | Filled | 5 | 5 @190.86 | 190.86 | DAY | 02/01/2024 | 02/01/2024 17:06:34 EST |
| Tesla Inc | TSLA | Sell | Filled | 2 | 2 @188.71 | 188.71 | DAY | 02/01/2024 | 02/01/2024 15:55:48 EST |
| Tesla Inc | TSLA | Sell | Filled | 4 | 4 @188.38 | 188.38 | DAY | 02/01/2024 | 02/01/2024 15:54:41 EST |
| Tesla Inc | TSLA | Buy | Filled | 3 | 3 @191.38 | 191.38 | DAY | 01/31/2024 | 01/31/2024 13:08:33 EST |
| Tesla Inc | TSLA | Sell | Filled | 3 | 3 @190.73 | 190.73 | DAY | 01/30/2024 | 01/30/2024 16:21:03 EST |
| Tesla Inc | TSLA | Sell | Filled | 9 | 9 @190.73 | 190.73 | DAY | 01/30/2024 | 01/30/2024 16:20:26 EST |
| Tesla Inc | TSLA | Buy | Filled | 3 | 3 @195.64 | 195.64 | DAY | 01/30/2024 | 01/30/2024 10:41:54 EST |
| Tesla Inc | TSLA | Buy | Filled | 6 | 6 @194.02 | 194.02 | DAY | 01/30/2024 | 01/30/2024 09:33:57 EST |
| Tesla Inc | TSLA | Buy | Filled | 5 | 5 @193.89 | 193.89 | DAY | 01/30/2024 | 01/30/2024 09:32:00 EST |
| Tesla Inc | TSLA | Sell | Filled | 2 | 2 @188.73 | 188.73 | DAY | 01/29/2024 | 01/29/2024 11:51:05 EST |
| Tesla Inc | TSLA | Sell | Filled | 5 | 5 @189.02 | 189.02 | DAY | 01/29/2024 | 01/29/2024 11:50:02 EST |
| Tesla Inc | TSLA | Sell | Filled | 6 | 6 @189.18 | 189.18 | DAY | 01/29/2024 | 01/29/2024 11:49:08 EST |
| Tesla Inc | TSLA | Sell | Filled | 5 | 5 @189.16 | 189.16 | DAY | 01/29/2024 | 01/29/2024 11:48:48 EST |
| Tesla Inc | TSLA | Sell | Filled | 3 | 3 @191.53 | 191.53 | DAY | 01/25/2024 | 01/25/2024 09:34:31 EST |
| Meta Materials | MMATQ | Sell | Filled | 2000 | 2000 @0.0585 | 0.0585 | DAY | 01/24/2024 | 01/24/2024 14:02:10 EST |
| Meta Materials | MMATQ | Buy | Filled | 2000 | 2000 @0.0587 | 0.0587 | DAY | 01/24/2024 | 01/24/2024 14:00:30 EST |
| Meta Materials | MMATQ | Sell | Filled | 2000 | 2000 @0.060 | 0.06 | GTC | 01/24/2024 | 01/24/2024 13:42:07 EST |
| Meta Materials | MMATQ | Buy | Filled | 2000 | 2000 @0.0601 | 0.0601 | DAY | 01/24/2024 | 01/24/2024 13:13:34 EST |
| Tesla Inc | TSLA | Sell | Filled | 4 | 4 @211.08 | 211.08 | DAY | 01/24/2024 | 01/24/2024 11:55:14 EST |
| Tesla Inc | TSLA | Buy | Filled | 4 | 4 @210.85 | 210.85 | DAY | 01/24/2024 | 01/24/2024 11:49:44 EST |
| Tesla Inc | TSLA | Sell | Filled | 3 | 3 @212.37 | 212.37 | DAY | 01/24/2024 | 01/24/2024 10:55:14 EST |

| Stock | Symbol | Side | Status | Qty | Filled | Price | Type | Date | Timestamp |
|---|---|---|---|---|---|---|---|---|---|
| Nvidia Corp | NVDA | Sell | Filled | 5 | 5 @875.91 | 875.91 | DAY | 04/08/2024 | 04/08/2024 11:32:30 EDT |
| Nvidia Corp | NVDA | Buy | Filled | 5 | 5 @875.75 | 875.75 | DAY | 04/08/2024 | 04/08/2024 11:12:59 EDT |
| MARA Hold | MARA | Sell | Filled | 8 | 8 @20.09 | 20.09 | DAY | 04/02/2024 | 04/02/2024 10:07:45 EDT |
| MARA Hold | MARA | Buy | Filled | 8 | 8 @19.95 | 19.95 | DAY | 04/02/2024 | 04/02/2024 10:05:30 EDT |
| Nvidia Corp | NVDA | Sell | Filled | 4 | 4 @901.30 | 901.3 | DAY | 04/01/2024 | 04/01/2024 14:23:42 EDT |
| Nvidia Corp | NVDA | Buy | Filled | 4 | 4 @900.18 | 900.18 | DAY | 04/01/2024 | 04/01/2024 12:33:16 EDT |
| Walmart | WMT | Sell | Filled | 38 | 38 @60.40 | 60.4 | DAY | 04/01/2024 | 04/01/2024 11:35:53 EDT |
| Apple Inc | AAPL | Sell | Filled | 11 | 11 @169.94 | 169.94 | DAY | 04/01/2024 | 04/01/2024 11:35:42 EDT |
| Walmart | WMT | Buy | Filled | 38 | 38 @60.31 | 60.31 | DAY | 04/01/2024 | 04/01/2024 11:18:08 EDT |
| Apple Inc | AAPL | Buy | Filled | 11 | 11 @169.62 | 169.62 | DAY | 04/01/2024 | 04/01/2024 11:17:06 EDT |
| → Meta Mater | MMATQ | Sell | Filled | 123 | 123 @4.02 | 4.02 | DAY | 04/01/2024 | 04/01/2024 11:01:57 EDT |
| → Meta Mater | MMATQ | Buy | Filled | 123 | 123 @3.93 | 3.93 | DAY | 04/01/2024 | 04/01/2024 10:50:08 EDT |
| Nvidia Corp | NVDA | Sell | Filled | 6 | 6 @918.64 | 918.64 | DAY | 04/01/2024 | 04/01/2024 09:48:24 EDT |
| Nvidia Corp | NVDA | Sell | Filled | 2 | 2 @904.88 | 904.88 | DAY | 03/28/2024 | 03/28/2024 15:59:11 EDT |
| Nvidia Corp | NVDA | Buy | Filled | 1 | 1 @906.45 | 906.45 | DAY | 03/28/2024 | 03/28/2024 12:56:03 EDT |
| Nvidia Corp | NVDA | Buy | Filled | 2 | 2 @907.97 | 907.97 | DAY | 03/28/2024 | 03/28/2024 09:46:47 EDT |
| Nvidia Corp | NVDA | Sell | Filled | 1 | 1 @899.56 | 899.56 | DAY | 03/27/2024 | 03/27/2024 19:10:30 EDT |
| Nvidia Corp | NVDA | Sell | Filled | 2 | 2 @899.48 | 899.48 | DAY | 03/27/2024 | 03/27/2024 19:09:33 EDT |
| Nvidia Corp | NVDA | Sell | Filled | 2 | 2 @899.45 | 899.45 | DAY | 03/27/2024 | 03/27/2024 19:08:41 EDT |
| Nvidia Corp | NVDA | Buy | Filled | 2 | 2 @901.69 | 901.69 | DAY | 03/27/2024 | 03/27/2024 12:41:41 EDT |
| Nvidia Corp | NVDA | Buy | Filled | 3 | 3 @917.53 | 917.53 | DAY | 03/27/2024 | 03/27/2024 09:49:35 EDT |
| Nvidia Corp | NVDA | Buy | Filled | 5 | 5 @931.28 | 931.28 | DAY | 03/27/2024 | 03/27/2024 09:31:07 EDT |
| Nvidia Corp | NVDA | Sell | Filled | 11 | 11 @948.54 | 948.54 | DAY | 03/26/2024 | 03/26/2024 14:24:44 EDT |
| Nvidia Corp | NVDA | Buy | Filled | 3 | 3 @948.94 | 948.94 | DAY | 03/26/2024 | 03/26/2024 11:29:05 EDT |
| Nvidia Corp | NVDA | Buy | Filled | 8 | 8 @947.61 | 947.61 | DAY | 03/26/2024 | 03/26/2024 11:24:53 EDT |
| Nvidia Corp | NVDA | Sell | Filled | 4 | 4 @954.87 | 954.87 | DAY | 03/26/2024 | 03/26/2024 09:40:05 EDT |
| Nvidia Corp | NVDA | Sell | Filled | 5 | 5 @954.21 | 954.21 | DAY | 03/26/2024 | 03/26/2024 09:39:17 EDT |
| Nvidia Corp | NVDA | Buy | Filled | 1 | 1 @958.55 | 958.55 | DAY | 03/26/2024 | 03/26/2024 09:37:37 EDT |
| Nvidia Corp | NVDA | Buy | Filled | 4 | 4 @959.50 | 959.5 | DAY | 03/26/2024 | 03/26/2024 09:34:10 EDT |
| Trump Med | DJT | Sell | Filled | 5 | 5 @49.80 | 49.8 | DAY | 03/25/2024 | 03/25/2024 14:00:51 EDT |
| Trump Med | DJT | Buy | Filled | 5 | 5 @49.70 | 49.7 | DAY | 03/25/2024 | 03/25/2024 13:54:54 EDT |
| Nvidia Corp | NVDA | Buy | Filled | 1 | 1 @957.01 | 957.01 | DAY | 03/25/2024 | 03/25/2024 13:29:29 EDT |
| Nvidia Corp | NVDA | Buy | Filled | 3 | 3 @965.56 | 965.56 | DAY | 03/25/2024 | 03/25/2024 10:20:00 EDT |

**Apex Clearing** | **Proceeds from Broker and Barter Exchange Transactions** | **2023 Form 1099-B***
5ND43189 | (continued) | 2024-02-10

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.
**Box 2:** Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)
**Box 5:** Box Not Checked (Covered Security)   **Box 6:** Gross (unless indicated as Net in Additional Notes Column)   **Box 12:** Basis Reported to the IRS

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | 1b - Date Acquired | 1e - Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| META MATLS INC COMMON STOCK | CUSIP: 59134N104 | Symbol: #M067927 | | | | | |
| 2023-09-12 | 8046.0 | 1,735.47 | Various | 12,619.52 | 0.00 | -10,884.05 | |
| 2023-10-20 | 10000.0 | 1,472.10 | Various | 6,170.23 | 0.00 | -4,698.13 | |
| 2023-10-24 | 20000.0 | 2,798.36 | Various | 7,519.54 | 0.00 | -4,721.18 | |
| 2023-12-15 | 130000.0 | 9,600.47 | Various | 27,740.57 | 18,140.10 D | 0.00 | |
| 2023-12-18 | 61322.0 | 4,497.81 | Various | 12,157.49 | 7,659.68 D | 0.00 | |
| 2023-12-19 | 71539.0 | 5,110.09 | Various | 14,177.64 | 9,067.55 D | 0.00 | |
| 2023-12-20 | 50047.0 | 3,560.45 | Various | 10,081.69 | 6,521.24 D | -0.00 | |
| 2023-12-21 | 699485.0 | 46,481.80 | Various | 148,158.15 | 101,676.35 D | 0.00 | |
| 2023-12-22 | 210894.0 | 14,178.79 | Various | 44,119.47 | 29,940.68 D | 0.00 | |
| 2023-12-26 | 205214.0 | 14,092.39 | Various | 42,288.73 | 28,196.34 D | -0.00 | |
| 2023-12-27 | 291657.0 | 20,256.90 | Various | 44,474.18 | 19,136.96 D | -5,080.32 | |
| 2023-12-28 | 21329.0 | 1,532.58 | 2023-12-27 | 3,338.37 | 0.00 | -1,805.79 | |
| **Security Totals:** | | **125,317.21** | | **372,845.58** | | **-27,189.47** | |
| NOVO INTEGRATED SCIENCES INC COMMON STOCK | CUSIP: 67011T201 | Symbol: #N038258 | | | | | |
| 2023-10-16 | 4999.0 | 1,501.96 | 2023-10-13 | 1,461.41 | 0.00 | 40.55 | |
| 2023-10-18 | 500.0 | 151.47 | Various | 141.20 | 0.00 | 10.27 | |
| 2023-10-19 | 19999.0 | 6,132.73 | Various | 5,889.19 | 0.00 | 243.54 | |
| 2023-10-23 | 1472.0 | 439.06 | Various | 423.95 | 0.00 | 15.11 | |
| 2023-10-24 | 19029.0 | 6,879.86 | Various | 5,445.94 | 0.00 | 1,433.92 | |
| 2023-10-25 | 7099.0 | 2,157.32 | Various | 2,170.66 | 27.44 D | 14.10 | |
| 2023-11-02 | 39999.0 | 12,408.39 | Various | 12,001.48 | 177.51 D | 584.42 | |
| **Security Totals:** | | **29,670.79** | | **27,533.83** | | **2,341.91** | |
| NOVO INTEGRATED SCIENCES INC COMMON STOCK | CUSIP: 67011T300 | Symbol: NVOS | | | | | |
| 2023-11-07 | 3268.0 | 3,720.50 | Various | 10,701.16 | 0.00 | -6,980.66 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

| Apex Clearing | **Proceeds from Broker and Barter Exchange Transactions** | 2023 Form 1099-B* |
|---|---|---|
| 5ND43189 | (continued) | 2024-02-10 |

OMB No. 1545

## LONG-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part II with Box D checked.
**Box 2:** Type of Gain or Loss - Long-term (unless indicated as Ordinary in Additional Notes Column)
**Box 5:** Box Not Checked (Covered Security)    **Box 6:** Gross (unless indicated as Net in Additional Notes Column)    **Box 12:** Basis Reported to the IRS

| 1a - Description of property \| CUSIP \| Symbol | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | 1b - Date Acquired | 1e - Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
| META MATLS INC COMMON STOCK \| CUSIP: 59134N104 \| Symbol: #M067927 | | | | | | | |
| 2023-03-02 | 7000.0 | 4,203.18 | Various | 55,210.61 | 51,007.43  D | 0.00 | |
| 2023-09-12 | 6954.0 | 1,519.82 | Various | 54,451.42 | 0.00 | -52,931.60 | |
| **Security Totals:** | | **5,723.00** | | **109,662.03** | | **-52,931.60** | |
| **Totals:** | | **5,723.00** | | **109,662.03** | | **-52,931.60** | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

| Apex Clearing | **Proceeds from Broker and Barter Exchange Transactions** | | 2022 Form 1099-B* | |
|---|---|---|---|---|
| 5ND43189 | (continued) | | 02/09/2023 | OMB No. 1545-0715 |

## LONG-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part II with Box D checked.

Box 2: Type of Gain or Loss - Long-term (unless indicated as Ordinary in Additional Notes Column)

Box 5: Box Not Checked (Covered Security)    Box 6: Gross (unless indicated as Net in Additional Notes Column)    Box 12: Basis Reported to the IRS

The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.

1a - Description of property | CUSIP | Symbol

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| META MATLS INC COMMON STOCK  |  CUSIP: 59134N104  |  Symbol: MMAT | | | | | | |
| 2022-07-19 | 4500.000000 | 4,197.90 | Various | 34,250.95 | 30,053.05 D | -30,053.05 | |
| 2022-07-25 | 2024.000000 | 1,869.13 | Various | 16,716.42 | 14,847.29 D | -14,847.29 | |
| 2022-07-28 | 300.000000 | 277.75 | Various | 2,497.75 | 2,220.00 D | -2,220.00 | |
| 2022-10-13 | 1000.000000 | 1,221.87 | 2022-07-22 | 8,247.30 | 7,025.43 D | -7,025.43 | |
| 2022-11-04 | 1000.000000 | 1,595.07 | Various | 7,732.42 | 6,137.35 D | -6,137.35 | |
| 2022-11-07 | 862.000000 | 1,379.83 | 2022-07-18 | 6,023.90 | 4,644.07 D | -4,644.07 | |
| 2022-11-08 | 478.000000 | 759.99 | Various | 3,215.73 | 2,455.74 D | -2,455.74 | |
| 2022-11-14 | 148.000000 | 256.01 | Various | 1,154.10 | 898.09 D | -898.09 | |
| 2022-11-21 | 1580.000000 | 3,207.77 | Various | 11,919.17 | 8,711.40 D | -8,711.40 | |
| 2022-11-23 | 250.000000 | 457.51 | 2022-11-16 | 1,763.96 | 1,306.45 D | -1,306.45 | |
| 2022-12-02 | 100.000000 | 185.98 | 2022-11-16 | 708.28 | 522.30 D | -522.30 | |
| 2022-12-07 | 13308.000000 | 31,938.01 | Various | 105,374.62 | 73,436.61 D | -73,436.61 | |
| 2022-12-08 | 560.000000 | 1,024.20 | 2022-12-07 | 4,054.00 | 3,029.80 D | -3,029.80 | |
| 2022-12-16 | 124.000000 | 173.67 | 2022-12-07 | 901.77 | 728.10 D | -728.10 | |
| **Security Totals:** | | 48,544.69 | | 204,560.37 | | -156,015.68 | |
| **Totals:** | | 48,544.69 | | 204,560.37 | | -156,015.68 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**Apex Clearing**　　　　　**Proceeds from Broker and Barter Exchange Transactions**　2022 Form 1099-B*

5ND43189　　　　　　　　　　　　　　　　　　　　(continued)　　　　　　　　　　　　　02/09/2023　　OMB No. 1545-0715

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.
Box 2: Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)
Box 5: Box Not Checked (Covered Security)　　　Box 6: Gross (unless indicated as Net in Additional Notes Column)　　　Box 12: Basis Reported to the IRS
The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.

1a - Description of property | CUSIP | Symbol

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 2022-12-01 | 3000.000000 | 649.69 | 2022-12-01 | 719.40 | 69.71 | D | -69.71 | |
| 2022-12-02 | 2500.000000 | 515.15 | 2022-12-01 | 599.50 | 84.35 | D | -84.35 | |
| 2022-12-07 | 32566.000000 | 5,903.30 | Various | 6,613.30 | 102.14 | D | -710.00 | |
| 2022-12-15 | 1745.000000 | 533.89 | 2022-12-15 | 729.86 | 0.00 | | -195.97 | |
| **Security Totals:** | | **7,602.03** | | **8,662.06** | | | **-1,060.03** | |
| META MATLS INC COMMON STOCK | CUSIP: 59134N104 | Symbol: MMAT | | | | | | |
| 2022-01-03 | 750.000000 | 2,139.88 | 2021-06-28 | 6,254.43 | 4,114.55 | D | -4,114.55 | |
| 2022-01-06 | 100.000000 | 248.98 | 2021-06-28 | 827.50 | 578.52 | D | -578.52 | |
| 2022-02-25 | 9.000000 | 16.32 | 2021-06-28 | 74.48 | 58.16 | D | -58.16 | |
| 2022-02-28 | 60.000000 | 127.78 | 2021-06-28 | 496.50 | 368.72 | D | -368.72 | |
| 2022-03-15 | 30.000000 | 50.53 | 2021-06-28 | 248.25 | 197.72 | D | -197.72 | |
| 2022-03-24 | 60.000000 | 115.18 | 2021-06-28 | 496.50 | 381.32 | D | -381.32 | |
| 2022-05-12 | 50.000000 | 57.99 | 2021-06-28 | 413.75 | 355.76 | D | -355.76 | |
| 2022-05-17 | 95.000000 | 153.06 | 2021-06-28 | 786.12 | 633.06 | D | -633.06 | |
| 2022-05-18 | 286.000000 | 486.86 | 2021-06-28 | 2,320.03 | 265.40 | D | -1,833.17 | |
| 2022-05-20 | 100.000000 | 187.98 | 2021-06-28 | 796.00 | 0.00 | | -608.02 | |
| 2022-05-27 | 50.000000 | 84.98 | 2021-06-28 | 398.00 | 313.02 | D | -313.02 | |
| 2022-06-06 | 5.000000 | 9.08 | 2021-06-28 | 39.80 | 30.72 | D | -30.72 | |
| 2022-12-07 | 5085.000000 | 12,203.52 | Various | 10,227.18 | 182.14 | D | 1,976.34 | |
| **Security Totals:** | | **15,882.14** | | **23,378.54** | | | **-7,496.40** | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

| Apex Clearing | **Proceeds from Broker and Barter Exchange Transactions** | 2022 Form 1099-B* |
|---|---|---|
| 5ND43189 | (continued) | 02/09/2023 OMB No. 1545-0715 |

## SHORT-TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.
Box 2: Type of Gain or Loss - Short-term (unless indicated as Ordinary in Additional Notes Column)
Box 5: Box Not Checked (Covered Security)          Box 6: Gross (unless indicated as Net in Additional Notes Column)          Box 12: Basis Reported to the IRS
The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.

1a - Description of property | CUSIP | Symbol

| 1c - DateSold or Disposed | Quantity | 1d - Proceeds | Date Acquired | Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| META PLATFORMS INC CLASS A COMMON STOCK | CUSIP: 30303M102 | Symbol: META ||||||||
| 2022-11-01 | 89.000000 | 8,534.00 | 2022-11-01 | 8,507.96 | 0.00 | 26.04 | |
| 2022-11-07 | 3595.000000 | 345,244.30 | 2022-11-07 | 344,605.03 | 69.86 D | 639.27 | |
| 2022-11-08 | 256.000000 | 24,743.58 | Various | 24,680.43 | 0.00 | 63.15 | |
| **Security Totals:** | | **378,521.88** | | **377,793.42** | | **728.46** | |
| GAMESTOP CORP CLASS A | CUSIP: 36467W109 | Symbol: GME ||||||||
| 2022-07-27 | 8.000000 | 268.20 | 2022-07-22 | 296.08 | 27.88 D | -27.88 | |
| 2022-08-01 | 3.000000 | 102.28 | 2022-07-22 | 111.03 | 8.75 D | -8.75 | |
| 2022-08-03 | 244.000000 | 8,918.19 | Various | 8,866.64 | 122.85 D | 51.55 | |
| 2022-08-11 | 200.000000 | 8,149.74 | 2022-08-11 | 8,130.39 | 0.00 | 19.35 | |
| **Security Totals:** | | **17,438.41** | | **17,404.14** | | **34.27** | |
| GEVO INC COMMON STOCK | CUSIP: 374396406 | Symbol: GEVO ||||||||
| 2022-01-03 | 2130.000000 | 9,879.36 | Various | 12,920.04 | 0.00 | -3,040.68 | |
| MODERNA INC COMMON STOCK | CUSIP: 60770K107 | Symbol: MRNA ||||||||
| 2022-11-04 | 154.000000 | 24,188.96 | Various | 25,233.36 | 737.50 D | -1,044.40 | |
| MARATHON DIGITAL HLDGS INC COMMON STOCK | CUSIP: 565788106 | Symbol: MARA ||||||||
| 2022-06-23 | 200.000000 | 1,391.93 | Various | 1,851.50 | 459.57 D | -459.57 | |
| 2022-06-24 | 1750.000000 | 13,077.45 | Various | 14,185.50 | 1,724.11 D | -1,108.05 | |
| 2022-06-28 | 499.000000 | 3,565.21 | Various | 3,722.84 | 255.49 D | -157.63 | |
| 2022-07-01 | 67.000000 | 367.82 | Various | 605.30 | 237.48 D | -237.48 | |
| 2022-07-05 | 57.000000 | 330.08 | 2022-06-28 | 513.07 | 182.99 D | -182.99 | |
| 2022-07-07 | 1680.000000 | 11,184.73 | Various | 13,886.09 | 2,859.37 D | -2,701.36 | |
| 2022-07-08 | 1.000000 | 8.49 | 2022-07-06 | 13.25 | 4.76 D | -4.76 | |
| 2022-07-18 | 703.000000 | 6,614.98 | 2022-07-18 | 7,121.95 | 0.00 | -506.97 | |
| 2022-09-28 | 49.000000 | 514.96 | 2022-09-28 | 513.03 | 0.00 | 1.93 | |
| **Security Totals:** | | **37,055.65** | | **42,412.53** | | **-5,356.88** | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

| | | |
|---|---|---|
| MORGAN STANLEY DOMESTIC HOLDINGS, INC.<br>E*TRADE SECURITIES LLC<br>PO BOX 484<br>JERSEY CITY, NJ 07303-0484 | Account No:<br>Account Name:<br>Recipient's TIN:<br><br>Account Executive No:<br><br>ORIGINAL: | 53843310<br>KIMBERLY A PHILLIPS<br>***-**-2503<br><br>ET1<br><br>12/31/2022 |

RECIPIENT'S Name, Street Address, City, State, and Zip Code
KIMBERLY A PHILLIPS
711
ANDOVER, KS 67002-7002

☐ FATCA Filing Requirement

PAYER'S TIN: 20-8764829
PAYER'S Name, Street, City, State, Zip Code:
MORGAN STANLEY DOMESTIC HOLDINGS, INC.
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484
Telephone Number: 800 387 2331

## 2022 FORM 1099-B PROCEEDS FROM BROKER AND BARTER EXCHANGE TRANSACTIONS          OMB NO. 1545-0715

The information provided below is in accordance with Federal tax regulations and the IRS instructions that govern our reporting requirements. You should review this information carefully when completing your Form 8949 and Schedule D. There may be instances where our reporting requirements will not be consistent with your particular tax accounting position or elections. For these reasons, the IRS requires us to provide you with this reminder: Taxpayers are ultimately responsible for the accuracy of their tax returns.

### Covered Short-Term Gains or Losses on Gross Proceeds
Report on **Form 8949, Part I** with **Box A** checked
Box 6: Gross Proceeds          Box 5: Box Not Checked (Covered Security)          Box 12: Basis Reported to the IRS          Box 2: Type of Gain or Loss -Short-Term

The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS, but may be helpful to complete your return.

| Description of property<br>CUSIP<br>(Box 1a) | | Quantity Sold | Date Acquired<br>(Box 1b) | Date Sold or Disposed<br>(Box 1c) | Proceeds<br>(Box 1d) | Cost or Other Basis<br>(Box 1e) | Accrued Market Discount<br>(Box 1f) | Wash Sale Loss Disallowed<br>(Box 1g) | Gain/Loss Amount | Additional Information |
|---|---|---|---|---|---|---|---|---|---|---|
| META MATLS INC<br>PFD SER A<br>CUSIP: 59134N203 | | 400.00000<br>100.00000<br>100.00000 | 11/14/2022<br>11/14/2022<br>11/14/2022 | 11/18/2022<br>11/18/2022<br>11/18/2022 | $3,439.23<br>$859.81<br>$859.81 | $3,286.95<br>$836.95<br>$731.95 | $0.00<br>$0.00<br>$0.00 | $0.00<br>$0.00<br>$0.00 | $152.28<br>$22.86<br>$127.86 | |
| | Subtotals | 600.00000 | | | $5,158.85 | $4,855.85 | $0.00 | $0.00 | $303.00 | |
| SPIRIT AEROSYSTEMS HOLDINGS<br>INC CL A<br>CUSIP: 848574109 | | 3.00000<br>12.00000 | 11/18/2022<br>11/18/2022 | 11/22/2022<br>11/22/2022 | $75.18<br>$300.71 | $74.94<br>$299.65 | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.24<br>$1.06 | |
| | Subtotals | 15.00000 | | | $375.89 | $374.59 | $0.00 | $0.00 | $1.30 | |
| TESLA INC<br>COMMON STOCK<br>CUSIP: 88160R101 | | 16.00000<br>10.00000<br>10.00000 | 11/16/2022<br>11/18/2022<br>11/18/2022 | 11/23/2022<br>11/23/2022<br>11/23/2022 | $2,933.53<br>$1,833.45<br>$1,833.46 | $3,038.88<br>$1,776.66<br>$1,774.44 | $0.00<br>$0.00<br>$0.00 | $0.00<br>$0.00<br>$0.00 | ($105.35)<br>$56.79<br>$59.02 | |

THIS IS YOUR FORM 1099 (COPY B FOR RECIPIENT). KEEP FOR YOUR RECORDS.
This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| APEX CLEARING | | | **Proceeds from Broker and Barter Exchange Transactions** | | | 2021 Form 1099-B* | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 5ND43189 | | | (continued) | | | 01/31/2022 | | OMB No. 1545-0715 |

## SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

Box 2: Type of Gain or Loss - Short-Term (unless indicated as Ordinary in Additional Notes Column)

Box 5: Box Not Checked (Covered Security)   Box 6: Gross (unless indicated as Net in Additional Notes Column)   Box 12: Basis Reported to the IRS

The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.

Description of property | CUSIP | Symbol (Box 1a)

| Date Sold or Disposed (Box 1c) | Quantity | Proceeds (Box 1d) | Date Acquired (Box 1b) | Cost or Other Basis (Box 1e) | Accrued Market Discount (M)(Box 1f) & Wash Sale Loss Disallowed (D)(Box 1g) | | Gain or Loss(-) | | Additional Notes |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| META MATLS INC | COMMON STOCK | CUSIP: 59134N104 | Symbol(Box 1a): MMAT | | | | | | |
| 11/11/2021 | 200.00 | 951.97 | 06/28/2021 | 1,688.00 | 736.03 | D | 0.00 | Sale | |
| 11/11/2021 | 500.00 | 2,354.97 | Various | 4,196.54 | 1841.57 | D | 0.00 | Sale | |
| 11/12/2021 | 2.00 | 9.52 | 06/28/2021 | 16.88 | 7.36 | D | 0.00 | Sale | |
| 11/12/2021 | 3.00 | 14.32 | 06/28/2021 | 25.32 | 11 | D | 0.00 | Sale | |
| 11/12/2021 | 14.00 | 66.62 | 06/28/2021 | 118.16 | 51.54 | D | 0.00 | Sale | |
| 11/12/2021 | 100.00 | 478.98 | 06/28/2021 | 844.00 | 365.02 | D | 0.00 | Sale | |
| 11/15/2021 | 3.00 | 14.41 | 06/28/2021 | 25.32 | 10.91 | D | 0.00 | Sale | |
| 11/15/2021 | 17.00 | 81.75 | 06/28/2021 | 143.48 | 61.73 | D | 0.00 | Sale | |
| 11/16/2021 | 60.00 | 262.19 | 06/28/2021 | 506.40 | 244.21 | D | 0.00 | Sale | |
| 11/16/2021 | 200.00 | 872.97 | 06/28/2021 | 1,688.00 | 815.03 | D | 0.00 | Sale | |
| **Security Totals:** | | 22,685.59 | | 35,239.63 | | | -3,496.60 | | |
| BSQUARE CORPORATION | CUSIP: 11776U300 | Symbol(Box 1a): BSQR | | | | | | | |
| 02/09/2021 | 500.00 | 4,229.84 | 02/09/2021 | 4,190.00 | 0.00 | | 39.84 | Sale | |
| 02/09/2021 | 500.00 | 4,894.83 | 02/09/2021 | 4,663.00 | 0.00 | | 231.83 | Sale | |
| 02/09/2021 | 1,000.00 | 10,069.65 | 02/09/2021 | 10,730.00 | 330.18 | D | -330.17 | Sale | |
| 02/16/2021 | 500.00 | 3,739.85 | 02/16/2021 | 4,055.18 | 0.00 | | -315.33 | Sale | |
| **Security Totals:** | | 22,934.17 | | 23,638.18 | | | -373.83 | | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax return.

APEX CLEARING　　　　　　　　　　**Proceeds from Broker and Barter Exchange Transactions**　　2021 Form 1099-B*

5ND43189　　　　　　　　　　　　　　　　　　　　　(continued)　　　　　　　　　　　　　　01/31/2022　　　OMB No. 1545-0715

## SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

Box 2: Type of Gain or Loss - Short-Term (unless indicated as Ordinary in Additional Notes Column)

Box 5: Box Not Checked (Covered Security)　　　　Box 6: Gross (unless indicated as Net in Additional Notes Column)　　　　Box 12: Basis Reported to the IRS

The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.

Description of property | CUSIP | Symbol(Box 1a)

| Date Sold or Disposed (Box 1c) | Quantity | Proceeds (Box 1d) | Date Acquired (Box 1b) | Cost or Other Basis (Box 1e) | Accrued Market Discount (M)(Box 1f) & Wash Sale Loss Disallowed (D)(Box 1g) | | Gain or Loss(-) | | Additional Notes |
|---|---|---|---|---|---|---|---|---|---|
| ***SOS LTD | AMERICAN DPSTRY SHRS ECH | | RPRSNTNG TEN CL A SHARES | CUSIP: 83587W106 | Symbol(Box 1a): SOS | | | | |
| 03/09/2021 | 1,000.00 | 6,389.84 | Various | 7,551.41 | 1161.57 | D | 0.00 | Sale | |
| 03/11/2021 | 668.00 | 4,422.05 | Various | 5,203.51 | 781.46 | D | 0.00 | Sale | |
| 03/11/2021 | 832.00 | 5,457.79 | Various | 6,409.39 | 951.60 | D | 0.00 | Sale | |
| 03/15/2021 | 200.00 | 1,633.97 | Various | 1,884.17 | 250.20 | D | 0.00 | Sale | |
| 03/15/2021 | 500.00 | 3,674.92 | Various | 4,313.82 | 638.90 | D | 0.00 | Sale | |
| 03/16/2021 | 700.00 | 5,480.89 | Various | 6,111.83 | 630.94 | D | 0.00 | Sale | |
| 03/17/2021 | 1,000.00 | 7,900.83 | Various | 8,790.95 | 483.02 | D | -407.10 | Sale | |
| 04/07/2021 | 100.00 | 579.98 | Various | 673.88 | 0.00 | | -93.90 | Sale | |
| 04/07/2021 | 100.00 | 557.98 | Various | 662.77 | 0.00 | | -104.79 | Sale | |
| 04/07/2021 | 175.00 | 958.97 | Various | 1,239.27 | 0.00 | | -280.30 | Sale | |
| **Security Totals:** | | **191,522.74** | | **222,568.55** | | | **-192.35** | | |
| META MATLS INC | COMMON STOCK | CUSIP: 59134N104 | Symbol(Box 1a): MMAT | | | | | | |
| 06/28/2021 | 500.00 | 4,904.91 | Various | 5,027.07 | 148.29 | D | 26.13 | Sale | |
| 06/28/2021 | 500.00 | 4,924.91 | Various | 5,100.37 | 175.46 | D | 0.00 | Sale | |
| 08/03/2021 | 100.00 | 325.98 | Various | 1,034.76 | 0.00 | | -708.78 | Sale | |
| 08/03/2021 | 100.00 | 328.48 | Various | 1,033.57 | 0.00 | | -705.09 | Sale | |
| 08/03/2021 | 130.00 | 425.32 | Various | 1,256.42 | 0.00 | | -831.10 | Sale | |
| 08/05/2021 | 100.00 | 328.48 | Various | 959.22 | 0.00 | | -630.74 | Sale | |
| 08/05/2021 | 100.00 | 324.98 | 06/28/2021 | 972.00 | 0.00 | | -647.02 | Sale | |
| 10/28/2021 | 100.00 | 441.98 | Various | 964.46 | 522.48 | D | 0.00 | Sale | |
| 11/01/2021 | 200.00 | 1,051.97 | Various | 1,839.53 | 787.56 | D | 0.00 | Sale | |
| 11/01/2021 | 200.00 | 1,019.97 | Various | 1,880.02 | 860.05 | D | 0.00 | Sale | |
| 11/01/2021 | 200.00 | 995.97 | Various | 1,730.11 | 734.14 | D | 0.00 | Sale | |
| 11/05/2021 | 300.00 | 1,478.95 | 06/28/2021 | 2,514.00 | 1035.05 | D | 0.00 | Sale | |
| 11/08/2021 | 200.00 | 1,025.99 | 06/28/2021 | 1,676.00 | 650.01 | D | 0.00 | Sale | |

*This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| Robinhood Markets, Inc. as agent for Robinhood Securities LLC | Proceeds from Broker and Barter Exchange Transactions (continued) | Account 511949117 |
|---|---|---|
| 2023   1099-B*   OMB No. 1545-0715 | | 02/12/2024 |

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

1a- Description of property/CUSIP/Symbol

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional Information |
|---|---|---|---|---|---|---|---|
| FINGERMOTION, INC. COMMON STOCK / CUSIP: 31788K108 / Symbol: | | | | | | | |
| 11/01/23 | 75.000 | 413.32 | Various | 408.16 | ... | 5.16 | Total of 3 transactions |
| 11/16/23 | 29.000 | 135.14 | Various | 144.23 | ... | -9.09 | Total of 2 transactions |
| | Security total: | 548.46 | | 552.39 | ... | -3.93 | |
| META MATERIALS INC. COMMON STOCK / CUSIP: 59134N104 / Symbol: | | | | | | | |
| 10/19/23 | 6,782.000 | 1,328.46 | Various | 9,912.87 | ... | -8,584.41 | Total of 31 transactions |
| 10/20/23 | 20,000.000 | 3,747.08 | Various | 7,029.73 | ... | -3,282.65 | Total of 20 transactions |
| 10/23/23 | 10,000.565 | 1,523.48 | Various | 1,914.21 | ... | -390.73 | Total of 21 transactions |
| 12/11/23 | 3,000.000 | 196.96 | Various | 196.80 | ... | 0.16 | Total of 3 transactions |
| | Security total: | 6,795.98 | | 19,053.61 | ... | -12,257.63 | |
| NIKE, INC. / CUSIP: 654106103 / Symbol: | | | | | | | |
| 11/14/23 | 98.000 | 10,378.10 | Various | 10,274.48 | ... | 103.62 | Total of 2 transactions |
| NVIDIA CORPORATION COMMON STOCK / CUSIP: 67066G104 / Symbol: | | | | | | | |
| 11/14/23 | 20.000 | 9,905.92 | Various | 9,880.00 | ... | 25.92 | Total of 2 transactions |
| 11/29/23 | 20.000 | 9,734.92 | 11/29/23 | 9,725.10 | ... | 9.82 | Sale [25] |
| | Security total: | 19,640.84 | | 19,605.10 | ... | 35.74 | |
| PROSHARES ULTRA BLOOMBERG NATURAL GAS / CUSIP: 74347Y763 / Symbol: | | | | | | | |
| 06/23/23 | 55.750 | 3,652.08 | Various | 5,295.51 | ... | -1,643.43 | Total of 12 transactions |
| 06/23/23 | 44.250 | 2,960.74 | Various | 4,599.14 | 1,623.09 W | -15.31 | Total of 8 transactions |
| | Security total: | 6,612.82 | | 9,894.65 | 1,623.09 W | -1,658.74 | |
| PROSHARES ULTRA BLOOMBERG NATURAL GAS / CUSIP: 74347Y870 / Symbol: | | | | | | | |
| 03/03/23 | 285.000 | 2,003.49 | Various | 1,986.45 | ... | 17.04 | Total of 2 transactions |
| SPIRIT AEROSYSTEMS HOLDINGS, INC. / CUSIP: 848574109 / Symbol: | | | | | | | |
| 11/01/23 | 260.000 | 6,174.91 | Various | 6,136.15 | ... | 38.76 | Total of 10 transactions |
| TESLA, INC. COMMON STOCK / CUSIP: 88160R101 / Symbol: | | | | | | | |
| 11/01/23 | 62.000 | 12,764.39 | Various | 12,356.73 | ... | 407.66 | Total of 4 transactions |
| 11/02/23 | 43.000 | 9,232.02 | 11/02/23 | 9,206.74 | ... | 25.28 | Sale [25] |
| 11/02/23 | 2.000 | 429.40 | 11/02/23 | 434.79 | 5.39 W | 0.00 | Sale [25] |
| 11/06/23 | 44.000 | 9,943.92 | Various | 9,760.49 | ... | 183.43 | Total of 3 transactions |
| 11/08/23 | 45.000 | 10,024.56 | Various | 9,947.10 | ... | 77.46 | Total of 4 transactions |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).

Robinhood Markets Inc. as agent for  
Robinhood Securities LLC  
2023  1099-B*  OMB No. 1545-0715

**Proceeds from Broker and Barter Exchange Transactions**  
(continued)

Account  511949117  
02/12/2024

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*  
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. *(Line 12)*  
"Gain or loss (-)" is NOT reported to the IRS.

1a- Description of property/CUSIP/Symbol

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional Information |
|---|---|---|---|---|---|---|---|
| TESLA, INC. COMMON STOCK / CUSIP: 88160R101 / Symbol: (cont'd) | | | | | | | |
| 11/13/23 | 45.000 | 9,939.87 | Various | 9,821.00 | ... | 118.87 | Total of 2 transactions |
| 11/15/23 | 42.000 | 10,056.81 | 11/14/23 | 9,855.51 | ... | 201.30 | Sale [25] |
| 11/28/23 | 43.000 | 10,577.91 | Various | 10,553.24 | ... | 24.67 | Total of 2 transactions |
| 12/14/23 | 42.000 | 10,541.91 | Various | 10,514.86 | ... | 27.05 | Total of 2 transactions |
| 12/28/23 | 30.000 | 7,625.93 | 12/28/23 | 7,616.09 | ... | 9.84 | Sale [25] |
| | Security total: | 91,136.72 | | 90,066.55 | 5.39 W | 1,075.56 | |
| Totals: | | 157,671.03 | | 172,872.34 | 2,079.30 W | -13,122.01 | |

**LONG TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*  
Report on Form 8949, Part II with Box D checked. Basis is provided to the IRS. *(Line 12)*  
"Gain or loss (-)" is NOT reported to the IRS.

1a- Description of property/CUSIP/Symbol

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| AGEAGLE AERIAL SYSTEMS, INC. / CUSIP: 00848K101 / Symbol: | | | | | | | |
| 01/18/23 | 305.000 | 170.37 | Various | 1,158.95 | 988.58 W | 0.00 | Total of 9 transactions |
| 06/15/23 | 1,624.000 | 466.53 | Various | 5,575.92 | ... | -5,109.39 | Total of 41 transactions |
| 06/15/23 | 2,224.000 | 635.12 | Various | 7,808.78 | 7,173.66 W | 0.00 | Total of 46 transactions |
| | Security total: | 1,272.02 | | 14,543.65 | 8,162.24 W | -5,109.39 | |
| META MATERIALS INC. COMMON STOCK / CUSIP: 59134N104 / Symbol: | | | | | | | |
| 10/19/23 | 2,218.000 | 434.41 | Various | 15,788.54 | ... | -15,354.13 | Total of 32 transactions |
| Totals: | | 1,706.43 | | 30,332.19 | 8,162.24 W | -20,463.52 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).

**Robinhood Markets Inc. as agent for Robinhood Securities LLC**
**Proceeds from Broker and Barter Exchange Transactions (continued)**
2022 1099-B* OMB No. 1545-0715
Account 511949117
02/01/2023

**LONG TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part II with Box D checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

| 1a- Description of property/CUSIP/Symbol | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
| META MATERIALS INC. COMMON STOCK / CUSIP: 59134N104 / Symbol: (cont'd) | | | | | | | |
| | 50.000 | 115.49 | 06/29/21 | 373.50 | 258.01 W | 0.00 | 18 of 20 - Sale |
| | 6.000 | 13.86 | 06/29/21 | 44.91 | 31.05 W | 0.00 | 19 of 20 - Sale |
| | 44.000 | 101.63 | 07/19/21 | 149.60 | 47.97 W | 0.00 | 20 of 20 - Sale |
| 12/06/22 | 2,000.000 | 4,199.62 | Various | 15,550.19 | 11,350.57 W | 0.00 | Total of 20 transactions |
| OFFERPAD SOLUTIONS INC. / CUSIP: 67623L109 / Symbol: | | | | | | | |
| *8 transactions for 11/11/22. Total proceeds and cost reported to the IRS.* | | | | | | | |
| | 40.000 | 34.50 | 09/30/21 | 359.60 | 325.10 W | 0.00 | 1 of 8 - Sale [25] |
| | 4.000 | 3.45 | 09/30/21 | 35.86 | 32.41 W | 0.00 | 2 of 8 - Sale [25] |
| | 4.000 | 3.45 | 11/02/22 | 35.94 | 32.49 W | 0.00 | 3 of 8 - Sale [25] |
| | 40.000 | 34.50 | 11/02/22 | 360.36 | 325.86 W | 0.00 | 4 of 8 - Sale [25] |
| | 4.000 | 3.40 | 11/02/22 | 36.01 | 32.61 W | 0.00 | 5 of 8 - Sale [25] |
| | 40.000 | 34.00 | 11/02/22 | 361.06 | 327.06 W | 0.00 | 6 of 8 - Sale [25] |
| | 4.000 | 3.64 | 11/10/22 | 35.86 | 32.22 W | 0.00 | 7 of 8 - Sale [25] |
| | 40.000 | 36.41 | 11/10/22 | 359.60 | 323.19 W | 0.00 | 8 of 8 - Sale [25] |
| 11/11/22 | 176.000 | 153.35 | Various | 1,584.29 | 1,430.94 W | 0.00 | Total of 8 transactions |
| *2 transactions for 11/25/22. Total proceeds and cost reported to the IRS.* | | | | | | | |
| | 4.000 | 3.00 | 11/10/22 | 35.51 | 32.51 W | 0.00 | 1 of 2 - Sale [25] |
| | 40.000 | 29.99 | 11/10/22 | 356.09 | 326.10 W | 0.00 | 2 of 2 - Sale [25] |
| 11/25/22 | 44.000 | 32.99 | Various | 391.60 | 358.61 W | 0.00 | Total of 2 transactions |
| *6 transactions for 11/29/22. Total proceeds and cost reported to the IRS.* | | | | | | | |
| | 30.000 | 23.46 | 11/14/22 | 270.68 | 247.22 W | 0.00 | 1 of 6 - Sale [25] |
| | 4.000 | 3.13 | 11/15/22 | 36.19 | 33.06 W | 0.00 | 2 of 6 - Sale [25] |
| | 10.000 | 7.82 | 11/15/22 | 90.71 | 82.89 W | 0.00 | 3 of 6 - Sale [25] |
| | 30.000 | 23.46 | 11/16/22 | 273.87 | 250.41 W | 0.00 | 4 of 6 - Sale [25] |
| | 4.000 | 3.13 | 11/16/22 | 36.61 | 33.48 W | 0.00 | 5 of 6 - Sale [25] |
| | 10.000 | 7.82 | 11/16/22 | 91.77 | 83.95 W | 0.00 | 6 of 6 - Sale [25] |
| 11/29/22 | 88.000 | 68.82 | Various | 799.83 | 731.01 W | 0.00 | Total of 6 transactions |
| *3 transactions for 11/30/22. Total proceeds and cost reported to the IRS.* | | | | | | | |
| | 30.000 | 23.70 | 11/21/22 | 271.03 | ... | -247.33 | 1 of 3 - Sale [25] |
| | 10.000 | 7.90 | 11/21/22 | 90.82 | ... | -82.92 | 2 of 3 - Sale [25] |
| | 4.000 | 3.16 | 11/21/22 | 36.23 | ... | -33.07 | 3 of 3 - Sale [25] |
| 11/30/22 | 44.000 | 34.76 | Various | 398.08 | ... | -363.32 | Total of 3 transactions |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).

**Robinhood Markets Inc. as agent for**
**Robinhood Securities LLC**
2022   1099-B*  OMB No. 1545-0715

**Proceeds from Broker and Barter Exchange Transactions**
(continued)

Account  511949117
02/01/2023

**LONG TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part II with Box D checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

1a- Description of property/CUSIP/Symbol

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| AGEAGLE AERIAL SYSTEMS, INC. / CUSIP: 00848K101 / Symbol: | | | | | | | |
| | 12 transactions for 11/15/22. Total proceeds and cost reported to the IRS. | | | | | | |
| | 8.000 | 4.60 | 08/12/21 | 32.07 | 27.47 W | 0.00 | 1 of 12 - Sale 25 |
| | 8.000 | 4.60 | 08/12/21 | 32.07 | 27.47 W | 0.00 | 2 of 12 - Sale 25 |
| | 8.000 | 4.60 | 08/12/21 | 32.07 | 27.47 W | 0.00 | 3 of 12 - Sale 25 |
| | 10.000 | 5.76 | 08/12/21 | 40.09 | 34.33 W | 0.00 | 4 of 12 - Sale 25 |
| | 17.000 | 9.79 | 08/12/21 | 68.16 | 58.37 W | 0.00 | 5 of 12 - Sale 25 |
| | 37.000 | 21.30 | 08/12/21 | 148.34 | 127.04 W | 0.00 | 6 of 12 - Sale 25 |
| | 53.000 | 30.51 | 08/12/21 | 212.50 | 181.99 W | 0.00 | 7 of 12 - Sale 25 |
| | 67.000 | 38.56 | 08/12/21 | 268.63 | 230.07 W | 0.00 | 8 of 12 - Sale 25 |
| | 92.000 | 52.96 | 08/12/21 | 368.87 | 315.91 W | 0.00 | 9 of 12 - Sale 25 |
| | 100.000 | 57.56 | 08/12/21 | 400.95 | 343.39 W | 0.00 | 10 of 12 - Sale 25 |
| | 100.000 | 57.56 | 08/12/21 | 400.95 | 343.39 W | 0.00 | 11 of 12 - Sale 25 |
| | 500.000 | 287.80 | 08/12/21 | 1,993.85 | 1,706.05 W | 0.00 | 12 of 12 - Sale 25 |
| 11/15/22 | 1,000.000 | 575.60 | Various | 3,998.55 | 3,422.95 W | 0.00 | Total of 12 transactions |
| META MATERIALS INC. COMMON STOCK / CUSIP: 59134N104 / Symbol: | | | | | | | |
| | 20 transactions for 12/06/22. Total proceeds and cost reported to the IRS. | | | | | | |
| | 200.000 | 409.97 | 06/28/21 | 1,613.80 | 1,203.83 W | 0.00 | 1 of 20 - Sale |
| | 200.000 | 409.97 | 06/28/21 | 1,613.80 | 1,203.83 W | 0.00 | 2 of 20 - Sale |
| | 100.000 | 204.98 | 06/28/21 | 806.90 | 601.92 W | 0.00 | 3 of 20 - Sale |
| | 100.000 | 204.98 | 06/28/21 | 799.99 | 595.01 W | 0.00 | 4 of 20 - Sale |
| | 100.000 | 204.98 | 06/28/21 | 789.50 | 584.52 W | 0.00 | 5 of 20 - Sale |
| | 100.000 | 204.98 | 06/28/21 | 789.92 | 584.94 W | 0.00 | 6 of 20 - Sale |
| | 100.000 | 204.98 | 06/29/21 | 787.00 | 582.02 W | 0.00 | 7 of 20 - Sale |
| | 100.000 | 204.98 | 06/29/21 | 787.00 | 582.02 W | 0.00 | 8 of 20 - Sale |
| | 1.000 | 1.99 | 06/29/21 | 7.87 | 5.88 W | 0.00 | 9 of 20 - Sale |
| | 272.000 | 541.23 | 06/29/21 | 2,140.64 | 1,599.41 W | 0.00 | 10 of 20 - Sale |
| | 27.000 | 53.72 | 06/29/21 | 212.76 | 159.04 W | 0.00 | 11 of 20 - Sale |
| | 100.000 | 198.98 | 06/29/21 | 791.96 | 592.98 W | 0.00 | 12 of 20 - Sale |
| | 100.000 | 198.98 | 06/29/21 | 783.76 | 584.78 W | 0.00 | 13 of 20 - Sale |
| | 100.000 | 230.98 | 06/29/21 | 783.76 | 552.78 W | 0.00 | 14 of 20 - Sale |
| | 100.000 | 230.98 | 06/29/21 | 771.00 | 540.02 W | 0.00 | 15 of 20 - Sale |
| | 100.000 | 230.98 | 06/29/21 | 753.71 | 522.73 W | 0.00 | 16 of 20 - Sale |
| | 100.000 | 230.98 | 06/29/21 | 748.81 | 517.83 W | 0.00 | 17 of 20 - Sale |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).