NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** META MATERIALS, INC

**Case Number:** 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Lawrence Buckley
   12 stagecoach dr, middletown, NY, 10940

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **Telephone Number:** (845) 551-1965

**RECEIVED AND FILED**

DEC 18 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:**
Robinhood: 930830047

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   Lawrence Buckley
   85, Willow rd, Menlo Park, CA, 94025
   **Telephone Number:** (650) 761-7789

3. **Date Equity Interest was acquired:**
   6/17/2021 - 1/29/2024
   See Attached documentation

4. **Total amount of member interest:** 5,024.183626 Shares For $ 3,387.61

5. **Certificate number(s):** See Attached documents

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:**

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Lawrence Buckley
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) Lawrence Buckley    (Date) 12/16/2024

Telephone number: (845) 551-1965   email: jerrybuckley@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

December 14, 2024
U.S. Bankruptcy Court
Foley Federal Building and
U.S. Courthouse
Attn: Clerk of Court
300 Las Vegas Blvd. South
Las Vegas, Nevada 89101

RE: NOTICE OF REDACTION, Proof of Interest Form, Case No. 24-50792

To Clerk of the Court,

My name is Lawrence Buckley, and I hereby submit this NOTICE OF REDACTION for PROOF OF INTEREST FORM in the matter of Meta Materials, Inc., case number 24-50792. Per instructions by The Honorable Hillary L. Barnes, United States Bankruptcy Judge, and out of an abundance of concern for the potential misuse of my personal information, I request all but the last four digits of my account numbers be redacted from my Proof of Interest form. Per instructions, I have included with this filing an unredacted version of the POI, a redacted version of the POI, a detailed explanation of my SMMAT trading records and their documentation, and a check for the $28 processing fee. Thank you for your consideration in this matter.

Lawrence Buckley
12 Stagecoach dr, Middletown, NY, 10940



85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

End date: 12/14/2024
**LAWRENCE BUCKLEY** Account #:930830047
12 Stagecoach Dr, Middletown, NY 10940

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources CUSIP: 89102U103 | | Margin | SPR | 06/28/2021 | 15.13209S | | | |
| Torchlight Energy Resources CUSIP: 89102U103 | | Margin | SPR | 06/28/2021 | 100.704934S | | | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/25/2021 | 14.995864 | $4.9567 | $74.33 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/25/2021 | 0.136226 | $4.9550 | $0.67 | |
| Torchlight Energy Resources CUSIP: 89102U103 | TRCH | Margin | Buy | 06/17/2021 | 100.704934 | $4.9650 | $500.00 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials<br>CUSIP: 59134N104 | | Margin | SPR | 06/28/2021 | 50 | | | |

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/16/2022 | 0.036407 | $1.9500 | $0.07 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/16/2022 | 0.096926 | $1.9500 | $0.19 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/16/2022 | 51.150895 | $1.9500 | $99.74 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/15/2022 | 26.954177 | $1.8550 | $50.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/14/2022 | 92.307692 | $1.6250 | $150.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/03/2022 | 71.438776 | $1.3998 | $100.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 02/28/2022 | 71.870058 | $2.0871 | $150.00 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 02/28/2022 | 71.844193 | $2.0795 | $149.40 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 02/28/2022 | 0.289156 | $2.0750 | $0.60 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 02/15/2022 | 102 | $1.9550 | $199.41 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 02/15/2022 | 0.30179 | $1.9550 | $0.59 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 02/11/2022 | 112 | $1.8000 | $201.60 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 02/04/2022 | 100 | $1.6000 | $160.00 | |
| CIL on 0.919 @ $9.34 - MMAT | MMAT | Margin | CIL | 07/06/2021 | | | | $8.58 |
| Meta Materials CUSIP: 59134N104 | | Margin | SPR | 06/28/2021 | 7 | | | |

Case 24-50792-hlb    Doc 1334    Entered 12/20/24 15:20:21    Page 6 of 10

Page 2 of 5

## Account Activity

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 06/28/2023 | 260 | $0.1998 | $51.95 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 06/28/2023 | 260 | $0.1996 | $51.90 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 06/27/2023 | 113 | $0.1763 | $19.92 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 06/27/2023 | 992 | $0.1761 | $174.69 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 06/16/2023 | 692 | $0.2266 | $156.81 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 12/05/2022 | 41.927185 | $1.7881 | $74.97 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 12/05/2022 | 0.016806 | $1.7850 | $0.03 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/25/2022 | 1 | $1.9550 | $1.96 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/25/2022 | 0.534526 | $1.9550 | $1.04 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/22/2022 | 101.812519 | $1.9586 | $199.41 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/22/2022 | 0.30179 | $1.9550 | $0.59 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/21/2022 | 23.948064 | $2.0795 | $49.80 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/21/2022 | 0.096385 | $2.0750 | $0.20 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/21/2022 | 251.256281 | $1.9900 | $500.00 | |



85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

End date: 12/14/2024
**LAWRENCE BUCKLEY** Account #:930830047
12 Stagecoach Dr, Middletown, NY 10940

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Meta Materials CUSIP: 59134N104 | | Margin | SPR | 01/29/2024 | 5,024.183626S | | | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 01/24/2024 | 32 | $0.0610 | $1.95 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/06/2023 | 518 | $0.1015 | $52.58 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 11/06/2023 | 9 | $0.1100 | $0.99 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 09/22/2023 | 8 | $0.2039 | $1.63 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 08/02/2023 | 96 | $0.2460 | $23.62 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 08/02/2023 | 16 | $0.2460 | $3.94 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 08/01/2023 | 203 | $0.2458 | $49.90 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 08/01/2023 | 89 | $0.2462 | $21.91 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/14/2023 | 8 | $0.1852 | $1.48 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 07/13/2023 | 15 | $0.1882 | $2.82 | |
| Meta Materials CUSIP: 59134N104 | MMAT | Margin | Buy | 06/30/2023 | 535 | $0.2169 | $116.04 | |

## Important Information

Robinhood does not provide tax or legal advice. Please consult your tax advisor for questions regarding your specific tax situation. This information is provided as a courtesy for informational purposes only. It represents a snapshot in time and is not intended to be a comprehensive representation of account activity for tax or reporting purposes. Your brokerage account is with Robinhood Financial LLC and allows trading of equities and options, while digital assets trading is done through an account with Robinhood Crypto, LLC. Digital assets are not stocks and Robinhood Crypto is not a member of FINRA or the SIPC. Your digital asset investments are not covered by either FDIC or SIPC insurance.

## Important Information

Robinhood does not provide tax or legal advice. Please consult your tax advisor for questions regarding your specific tax situation. This information is provided as a courtesy for informational purposes only. It represents a snapshot in time and is not intended to be a comprehensive representation of account activity for tax or reporting purposes. Your brokerage account is with Robinhood Financial LLC and allows trading of equities and options, while digital assets trading is done through an account with Robinhood Crypto, LLC. Digital assets are not stocks and Robinhood Crypto is not a member of FINRA or the SIPC. Your digital asset investments are not covered by either FDIC or SIPC insurance.

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**

Case: 24-50792, Meta Materials, INC.
For: LAWRENCE BUCKLEY

**BROKER:** **ROBINHOOD**
ACCT#   930830047
PURCHASED: 06/17/2021 - 01/29/2024

TRANSACTIONS *(SEE ATTACHED DOCUMENTS)*

PURCHASED:  **5,024.183626 SHARES  /** INVESTED **$3,387.61**
SOLD:             **0 SHARES**

TORCHLIGHT:   Held **115.837024 SHARES** of TORCHLIGHT into 6/25/21 REV/MERG.
*REV/MERGE/SPLIT*   - Left me with **57 SHARES** of MMAT aquired after REV/SPLIT on 6/28/21.
                  *(not included in purchased share total above)*
REVERSE SPLIT:  Held **5,024.183626 SHARES** of MMAT into 1/29/24 REV/SPLIT.
                      - Left me with **51 SHARES** after that date.
PURCHASED:    **0 SHARES** purchased **AFTER** 1/29/24 REV/SPLIT.

**SHARES STILL HELD: 51 IN ROBINHOOD**


**TOTAL:**     5,024.183626 **SHARES PURCHASED  /**  INVESTED **$3,387.61  /**  RECOVERED $0
      **LOST $3,387.61  /  STILL HOLDING 51SHARES**