NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| **Name of Debtor:** Meta Materials, Inc | **Case Number:** 24-50792 | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Drew Hirsh
259 N. Almont Drive
Beverly Hills, CA 90211

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 19 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

**Telephone Number:** 917-968-7478

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only): E*Trade Account #: 49327968 | Check here if this Proof of Interest:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Drew Hirsh / E*Trade Securities LLC
PO Box 484, Jersey City, NJ 07303-0484

**Telephone Number:**

**3. Date Equity Interest was acquired:**

Between 02/16/2021 - 03/04/2022
See Attached

**4. Total amount of member interest:** 3,585 Shares for $12,824.64

**5. Certificate number(s):** See Attached

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Drew Hirsh
Title:
Company: __ Address and telephone number (if different from notice address above):

(Signature)
Telephone number: 917-968-7478   email: drewhirsh@gmail.com
(Date) December 13, 2024

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**

**CASE:** 24-50792, META MATERIALS, INC.
**FOR:** Drew Hirsh

**BROKER:** E*Trade
**ACCT #:** 49327968

TRANSACTIONS IN 2021 Pre-Reverse Split [TRCH]:

- 02/16/21   Purchased 28 Shares    $4.38/Share    [$122.50 total invested]
- 02/16/21   Purchased 37 Shares    $4.53/Share    [$167.52 total invested]
- 02/16/21   Purchased 50 Shares    $4.39/Share    [$219.41 total invested]
- 02/16/21   Purchased 200 Shares   $4.42/Share    [$885.00 total invested]
- 02/16/21   Purchased 200 Shares   $4.40/Share    [$879.62 total invested]
- 02/17/21   Purchased 3 Shares     $3.67/Share    [$11.00 total invested]
- 02/17/21   Purchased 25 Shares    $3.67/Share    [$91.83 total invested]
- 02/17/21   Purchased 25 Shares    $3.92/Share    [$97.99 total invested]
- 02/17/21   Purchased 28 Shares    $3.69/Share    [$103.32 total invested]
- 02/17/21   Purchased 54 Shares    $3.72/Share    [$201.04 total invested]
- 02/19/21   Purchased 38 Shares    $3.02/Share    [$114.57 total invested]
- 02/19/21   Purchased 57 Shares    $3.01/Share    [$171.83 total invested]
- 02/19/21   Purchased 90 Shares    $2.96/Share    [$266.20 total invested]
- 02/25/21   Sold 65 Shares         $2.57/Share    [$167.06 total recovered]
- 03/11/21   Purchased 20 Shares    $2.72/Share    [$54.36 total invested]
- 03/11/21   Purchased 45 Shares    $2.76/Share    [$123.98 total invested]
- 03/11/21   Purchased 100 Shares   $2.63/Share    [$262.99 total invested]
- 03/11/21   Purchased 100 Shares   $2.63/Share    [$262.69 total invested]
- 03/11/21   Purchased 100 Shares   $2.63/Share    [$262.50 total invested]
- 03/11/21   Purchased 100 Shares   $2.64/Share    [$263.77 total invested]
- 03/12/21   Purchased 1 Share      $2.95/Share    [$2.95 total invested]
- 03/12/21   Purchased 1 Share      $3.04/Share    [$3.04 total invested]
- 03/12/21   Purchased 5 Shares     $3.04/Share    [$15.18 total invested]
- 03/12/21   Purchased 460 Shares   $3.02/Share    [$1,389.20 total invested]
- 03/17/21   Purchased 2 Shares     $2.36/Share    [$4.72 total invested]
- 03/17/21   Purchased 10 Shares    $2.36/Share    [$23.59 total invested]
- 03/17/21   Purchased 200 Shares   $2.35/Share    [$470.60 total invested]
- 03/18/21   Purchased 8 Shares     $2.13/Share    [$17.02 total invested]
- 03/18/21   Purchased 40 Shares    $2.12/Share    [$84.60 total invested]
- 03/19/21   Purchased 1 Share      $2.20/Share    [$2.20 total invested]
- 03/19/21   Purchased 15 Shares    $2.20/Share    [$32.93 total invested]
- 03/19/21   Purchased 20 Shares    $2.21/Share    [$44.20 total invested]
- 03/19/21   Purchased 20 Shares    $2.21/Share    [$44.10 total invested]
- 03/19/21   Purchased 30 Shares    $2.20/Share    [$65.97 total invested]
- 03/19/21   Purchased 50 Shares    $2.21/Share    [$110.45 total invested]
- 03/23/21   Purchased 3 Shares     $2.06/Share    [$6.20 total invested]
- 03/23/21   Purchased 45 Shares    $2.07 Share    [$92.95 total invested]

- 03/24/21   Purchased 2 Shares      $1.88/Share   [$3.76 total invested]
- 03/24/21   Purchased 25 Shares     $1.89/Share   [$47.20 total invested]
- 04/23/21   Purchased 55 Shares     $1.80/Share   [$98.90 total invested]
- 05/13/21   Purchased 2 Shares      $1.83/Share   [$3.65 total invested]
- 05/13/21   Purchased 2 Shares      $1.81/Share   [$3.61 total invested]
- 05/13/21   Purchased 3 Shares      $1.79/Share   [$5.37 total invested]
- 05/13/21   Purchased 50 Shares     $1.79/Share   [$89.34 total invested]
- 05/14/21   Purchased 2 Shares      $1.93/Share   [$3.87 total invested]
- 05/19/21   Purchased 10 Shares     $2.08/Share   [$20.78 total invested]
- 05/19/21   Purchased 12 Shares     $2.08/Share   [$24.91 total invested]
- 05/19/21   Purchased 20 Shares     $2.08/Share   [$41.56 total invested]
- 05/19/21   Purchased 100 Shares    $2.08/Share   [$207.79 total invested]
- 06/01/21   Purchased 2 Share       $2.60/Share   [$2.60 total invested]
- 06/01/21   Purchased 15 Shares     $2.61/Share   [$39.12 total invested]
- 06/01/21   Purchased 20 Shares     $2.62/Share   [$52.30 total invested]
- 06/01/21   Purchased 100 Shares    $2.62/Share   [$261.50 total invested]
- 06/02/21   Purchased 1 Share       $2.78/Share   [$2.78 total invested]
- 06/04/21   Purchased 200 Shares    $2.73/Share   [$545.54 total invested]
- 06/10/21   Purchased 1 Share.      $2.95/Share   [$2.95 total invested]
- 06/10/21   Purchased 20 Shares     $2.95/Share   [$58.95 total invested]
- 06/10/21   Purchased 60 Shares     $2.95/Share   [$176.87 total invested]
- 06/14/21   Purchased 50 Shares     $3.56/Share   [$177.79total invested]
- 06/14/21   Purchased 50 Shares     $3.56/Share   [$177.75 total invested]
- 06/14/21   Purchased 200 Shares    $3.57/Share   [$713.52 total invested]
- 06/15/21   Purchased 50 Shares     $5.11/Share   [$255.41total invested]
- 06/15/21   Purchased 50 Shares     $5.06/Share   [$253.00 total invested]
- 06/15/21   Purchased 100 Shares    $5.40/Share   [$539.50 total invested]

TOTAL SHARES HELD PRE-REVERSE SPLIT: 3,348 shares

TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $10,615.28

TRANSACTIONS IN 2021 [MMAT]:

- 07/28/21   Purchased 2 Shares      $3.58/Share   [$7.16 total invested]
- 07/28/21   Purchased 10 Shares     $3.56/Share   [$35.55 total invested]
- 07/28/21   Purchased 20 Shares     $3.43/Share   [$68.50 total invested]
- 07/28/21   Purchased 50 Shares     $3.57/Share   [$178.25 total invested]
- 08/02/21   Purchased 1 Share       $3.43/Share   [$3.43 total invested]
- 08/02/21   Purchased 1 Share.      $3.43/Share   [$3.43 total invested]
- 08/02/21   Purchased 3 Shares      $3.44/Share   [$10.33 total invested]
- 08/02/21   Purchased 25 Shares     $3.45/Share   [$86.13 total invested]
- 08/03/21   Purchased 1 Share       $3.28/Share   [$3.28 total invested]
- 08/03/21   Purchased 2 Shares      $3.24/Share   [$6.48 total invested]
- 08/03/21   Purchased 4 Shares      $3.27/Share   [$13.10 total invested]
- 08/03/21   Purchased 5 Shares      $3.27/Share   [$16.37 total invested
- 08/03/21   Purchased 6 Shares      $3.27/Share   [$19.64 total invested]
- 08/03/21   Purchased 6 Shares      $3.26/Share   [$19.56 total invested]
- 08/03/21   Purchased 15 Shares     $3.28/Share   [$49.13 total invested]

- 08/03/21    Purchased 60 Shares    $3.28/Share    [$196.61 total invested]
- 08/06/21    Purchased 9 Shares    $3.28/Share    [$29.48 total invested]
- 08/09/21    Purchased 5 Shares    $3.64/Share    [$18.18 total invested]
- 08/10/21    Purchased 2 Shares    $3.62/Share    [$7.23 total invested]
- 08/10/21    Purchased 3 Shares    $3.62/Share    [$10.87 total invested]
- 08/10/21    Purchased 3 Shares    $3.63/Share    [$10.88 total invested]
- 08/10/21    Purchased 3 Shares    $3.60/Share    [$10.79 total invested]
- 08/10/21    Purchased 4 Shares    $3.60/Share    [$14.42 total invested]
- 08/10/21    Purchased 7 Shares    $3.60/Share    [$36.05 total invested]
- 08/10/21    Purchased 25 Shares    $3.63/Share    [$90.63 total invested]
- 08/10/21    Purchased 25 Shares    $3.62/Share    [$90.60 total invested]
- 08/10/21    Purchased 25 Shares    $3.62/Share    [$90.41 total invested]
- 08/10/21    Purchased 27 Shares    $3.64/Share    [$98.16 total invested]
- 08/11/21    Purchased 2 Shares    $3.58/Share    [$7.15 total invested]
- 08/13/21    Purchased 3 Shares    $3.22/Share    [$9.66 total invested]
- 08/13/21    Purchased 4 Shares    $3.22/Share    [$12.86 total invested]
- 08/18/21    Purchased 4 Shares    $3.06/Share    [$12.22 total invested]
- 08/23/21    Purchased 6 Shares    $3.37/Share    [$20.19 total invested]
- 08/27/21    Purchased 1 Shares    $4.33/Share    [$4.33 total invested]
- 08/27/21    Purchased 1 Shares    $4.23/Share    [$4.23 total invested]
- 08/27/21    Purchased 2 Shares    $4.23/Share    [$8.46 total invested]
- 08/27/21    Purchased 4 Shares    $4.03/Share    [$16.14 total invested]
- 08/27/21    Purchased 20 Shares    $4.07/Share    [$81.31 total invested]
- 08/27/21    Purchased 22 Shares    $4.36/Share    [$95.85 total invested]
- 08/27/21    Purchased 22 Shares    $4.24/Share    [$93.28 total invested]
- 08/30/21    Purchased 4 Shares    $4.85/Share    [$19.42 total invested]
- 08/31/21    Purchased 6 Shares    $4.60/Share    [$27.57 total invested]
- 08/31/21    Purchased 15 Shares    $4.55/Share    [$68.24 total invested]
- 08/31/21    Purchased 20 Shares    $4.55/Share    [$90.97 total invested]
- 09/01/21    Purchased 3 Shares    $4.54/Share    [$13.61 total invested]
- 09/02/21    Purchased 13 Shares    $5.31/Share    [$69.09 total invested]
- 09/07/21    Purchased 4 Shares    $5.46/Share    [$21.86 total invested]
- 09/08/21    Purchased 2 Shares    $4.94/Share    [$9.87 total invested]
- 09/08/21    Purchased 4 Shares    $4.96/Share    [$19.86 total invested]
- 09/09/21    Purchased 4 Shares    $5.35/Share    [$21.38 total invested]
- 09/10/21    Purchased 2 Shares    $5.46/Share    [$10.93 total invested]
- 09/10/21    Purchased 25 Shares    $5.46/Share    [$136.58 total invested]
- 09/21/21    Purchased 1 Shares    $4.90/Share    [$4.90 total invested]
- 09/21/21    Purchased 20 Shares    $4.90/Share    [$97.96 total invested]
- 11/30/21    Purchased 1 Shares    $3.63/Share    [$3.63 total invested]
- 12/02/21    Sold 323 Shares    $3.34/Share    [$1078.77 total recovered]
- 12/06/21    Purchased 1 Shares    $3.16/Share    [$3.16 total invested]

TOTAL SHARES HELD POST-REVERSE SPLIT: 237 shares
TOTAL MONIES INVESTED POST-REVERSE SPLIT: $2,209.36

TRANSACTIONS IN 2022 [**MMAT**]:

- 01/11/22  Sold 250 Shares        $2.35/Share   [$587.84 total recovered]
- 01/11/22  Sold 500 Shares        $2.35/Share   [$1174.97 total recovered]
- 01/18/22  Purchased 1 Shares     $2.09/Share   [$2.09 total invested]
- 01/21/22  Sold 253 Shares        $1.74/Share   [$438.92 total recovered]
- 02/08/22  Purchased 2 Shares     $1.65/Share   [$3.29 total invested]
- 02/17/22  Purchased 3 Shares     $1.85/Share   [$5.54 total invested]
- 02/22/22  Purchased 6 Shares     $1.76/Share   [$10.54 total invested]
- 02/22/22  Purchased 9 Shares     $1.72/Share   [$15.47 total invested]
- 02/22/22  Sold 1020 Shares       $1.66/Share   [$1687.96 total recovered]
- 03/01/22  Purchased 111 Shares   $2.06/Share   [$228.65 total invested]
- 03/04/22  Sold 111 Shares        $1.53/Share   [$169.48 total recovered]

Please note, by the spring of 2022 I had sold the majority of my MMAT and took the proceeds from those sales and purchased shares of MMTLP. I currently have 1,912 shares of MMTLP that are still frozen because of the US halt from December 9, 2022. If you have any questions at all about the above information, please don't hesitate to let me know.

Email: drewhirsh@gmail.com

Cell: (917) 969-7478

**See Transaction documentation attached.**

| | | |
|---|---|---|
| MORGAN STANLEY DOMESTIC HOLDINGS, INC.<br>E*TRADE SECURITIES LLC<br>PO BOX 484<br>JERSEY CITY, NJ 07303-0484 | Account No:<br>Account Name:<br>Recipient's TIN:<br>Account Executive No:<br>ORIGINAL: | 49327968<br>DREW HIRSH<br>***-**-2007<br>ET1<br>12/31/2021 |

### DETAILS OF 2021 INVESTMENT ACTIVITY. CONTINUED

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 03/10/21 | GAMESTOP CORP CLASS A | 36467W109 | PURCHASE | 2.000 | $278.33 | $556.65 | |
| 03/10/21 | GAMESTOP CORP CLASS A | 36467W109 | PURCHASE | 3.000 | $259.00 | $777.00 | |
| 03/11/21 | GAMESTOP CORP CLASS A | 36467W109 | SELL | 1.000 | $265.81 | $265.80 | |
| 03/11/21 | GAMESTOP CORP CLASS A | 36467W109 | SELL | 1.000 | $264.29 | $264.28 | |
| 03/11/21 | GAMESTOP CORP CLASS A | 36467W109 | SELL | 1.000 | $264.25 | $264.24 | |
| 03/11/21 | GAMESTOP CORP CLASS A | 36467W109 | SELL | 1.000 | $264.12 | $264.11 | |
| 03/11/21 | GAMESTOP CORP CLASS A | 36467W109 | SELL | 1.000 | $263.61 | $263.60 | |
| 02/26/21 | KEMPHARM INC COMMON STOCK | 488445206 | PURCHASE | 33.000 | $9.49 | $313.01 | |
| 02/26/21 | KEMPHARM INC COMMON STOCK | 488445206 | PURCHASE | 34.000 | $9.89 | $336.19 | |
| 03/02/21 | KEMPHARM INC COMMON STOCK | 488445206 | PURCHASE | 10.000 | $9.05 | $90.50 | |
| 03/02/21 | KEMPHARM INC COMMON STOCK | 488445206 | PURCHASE | 100.000 | $9.06 | $905.80 | |
| 03/08/21 | KEMPHARM INC COMMON STOCK | 488445206 | SELL | 177.000 | $9.38 | $1,661.12 | |
| 03/10/21 | KEMPHARM INC COMMON STOCK | 488445206 | PURCHASE | 4.000 | $10.43 | $41.72 | |
| 03/10/21 | KEMPHARM INC COMMON STOCK | 488445206 | PURCHASE | 25.000 | $9.95 | $248.75 | |
| 03/10/21 | KEMPHARM INC COMMON STOCK | 488445206 | PURCHASE | 60.000 | $10.68 | $640.80 | |
| 03/10/21 | KEMPHARM INC COMMON STOCK | 488445206 | PURCHASE | 60.000 | $10.43 | $625.50 | |
| 03/12/21 | KEMPHARM INC COMMON STOCK | 488445206 | SELL | 149.000 | $9.44 | $1,406.53 | |
| 02/05/21 | ***LAIX INC AMERICAN DEPOSITARY SHARES | 50736W105 | PURCHASE | 1.000 | $10.04 | $10.05 | |
| 02/05/21 | ***LAIX INC AMERICAN DEPOSITARY SHARES | 50736W105 | PURCHASE | 1.000 | $8.57 | $8.57 | |
| 02/05/21 | ***LAIX INC AMERICAN DEPOSITARY SHARES | 50736W105 | PURCHASE | 1.000 | $8.16 | $8.16 | |
| 02/05/21 | ***LAIX INC AMERICAN DEPOSITARY SHARES | 50736W105 | PURCHASE | 2.000 | $9.48 | $18.96 | |
| 02/05/21 | ***LAIX INC AMERICAN DEPOSITARY SHARES | 50736W105 | PURCHASE | 40.000 | $9.41 | $376.20 | |
| 02/05/21 | ***LAIX INC AMERICAN DEPOSITARY SHARES | 50736W105 | PURCHASE | 50.000 | $9.00 | $450.00 | |
| 02/05/21 | ***LAIX INC AMERICAN DEPOSITARY SHARES | 50736W105 | PURCHASE | 111.000 | $9.35 | $1,037.85 | |
| 02/05/21 | ***LAIX INC AMERICAN DEPOSITARY SHARES | 50736W105 | SELL | 206.000 | $5.31 | $1,093.81 | |
| 07/28/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2.000 | $3.58 | $7.16 | |
| 07/28/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 10.000 | $3.56 | $35.55 | |
| 07/28/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 20.000 | $3.43 | $68.50 | |
| 07/28/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 50.000 | $3.57 | $178.25 | |
| 08/02/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1.000 | $3.43 | $3.43 | |
| 08/02/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1.000 | $3.43 | $3.43 | |
| 08/02/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 3.000 | $3.44 | $10.33 | |
| 08/02/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 25.000 | $3.45 | $86.13 | |
| 08/03/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1.000 | $3.28 | $3.28 | |
| 08/03/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2.000 | $3.24 | $6.48 | |
| 08/03/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 4.000 | $3.27 | $13.10 | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

| | | |
|---|---|---|
| MORGAN STANLEY DOMESTIC HOLDINGS, INC.<br>E*TRADE SECURITIES LLC<br>PO BOX 484<br>JERSEY CITY, NJ 07303-0484 | Account No:<br>Account Name:<br>Recipient's TIN:<br><br>Account Executive No:<br><br>ORIGINAL: | 49327968<br>DREW HIRSH<br>***-**-2007<br><br>ET1<br><br>12/31/2021 |

## DETAILS OF 2021 INVESTMENT ACTIVITY, CONTINUED

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 03/10/21 | GAMESTOP CORP CLASS A | 36467W109 | PURCHASE | 2.000 | $278.33 | $556.65 | |
| 03/10/21 | GAMESTOP CORP CLASS A | 36467W109 | PURCHASE | 3.000 | $259.00 | $777.00 | |
| 03/11/21 | GAMESTOP CORP CLASS A | 36467W109 | SELL | 1.000 | $265.81 | $265.80 | |
| 03/11/21 | GAMESTOP CORP CLASS A | 36467W109 | SELL | 1.000 | $264.29 | $264.28 | |
| 03/11/21 | GAMESTOP CORP CLASS A | 36467W109 | SELL | 1.000 | $264.25 | $264.24 | |
| 03/11/21 | GAMESTOP CORP CLASS A | 36467W109 | SELL | 1.000 | $264.12 | $264.11 | |
| 03/11/21 | GAMESTOP CORP CLASS A | 36467W109 | SELL | 1.000 | $263.61 | $263.60 | |
| 02/26/21 | KEMPHARM INC COMMON STOCK | 488445206 | PURCHASE | 33.000 | $9.49 | $313.01 | |
| 02/26/21 | KEMPHARM INC COMMON STOCK | 488445206 | PURCHASE | 34.000 | $9.89 | $336.19 | |
| 03/02/21 | KEMPHARM INC COMMON STOCK | 488445206 | PURCHASE | 10.000 | $9.05 | $90.50 | |
| 03/02/21 | KEMPHARM INC COMMON STOCK | 488445206 | PURCHASE | 100.000 | $9.06 | $905.80 | |
| 03/08/21 | KEMPHARM INC COMMON STOCK | 488445206 | SELL | 177.000 | $9.38 | $1,661.12 | |
| 03/10/21 | KEMPHARM INC COMMON STOCK | 488445206 | PURCHASE | 4.000 | $10.43 | $41.72 | |
| 03/10/21 | KEMPHARM INC COMMON STOCK | 488445206 | PURCHASE | 25.000 | $9.95 | $248.75 | |
| 03/10/21 | KEMPHARM INC COMMON STOCK | 488445206 | PURCHASE | 60.000 | $10.68 | $640.80 | |
| 03/10/21 | KEMPHARM INC COMMON STOCK | 488445206 | PURCHASE | 60.000 | $10.43 | $625.50 | |
| 03/12/21 | KEMPHARM INC COMMON STOCK | 488445206 | SELL | 149.000 | $9.44 | $1,406.53 | |
| 02/05/21 | ***LAIX INC AMERICAN DEPOSITARY SHARES | 50736W105 | PURCHASE | 1.000 | $10.04 | $10.05 | |
| 02/05/21 | ***LAIX INC AMERICAN DEPOSITARY SHARES | 50736W105 | PURCHASE | 1.000 | $8.57 | $8.57 | |
| 02/05/21 | ***LAIX INC AMERICAN DEPOSITARY SHARES | 50736W105 | PURCHASE | 1.000 | $8.16 | $8.16 | |
| 02/05/21 | ***LAIX INC AMERICAN DEPOSITARY SHARES | 50736W105 | PURCHASE | 2.000 | $9.48 | $18.96 | |
| 02/05/21 | ***LAIX INC AMERICAN DEPOSITARY SHARES | 50736W105 | PURCHASE | 40.000 | $9.41 | $376.20 | |
| 02/05/21 | ***LAIX INC AMERICAN DEPOSITARY SHARES | 50736W105 | PURCHASE | 50.000 | $9.00 | $450.00 | |
| 02/05/21 | ***LAIX INC AMERICAN DEPOSITARY SHARES | 50736W105 | PURCHASE | 111.000 | $9.35 | $1,037.85 | |
| 02/05/21 | ***LAIX INC AMERICAN DEPOSITARY SHARES | 50736W105 | SELL | 206.000 | $5.31 | $1,093.81 | |
| 07/28/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2.000 | $3.58 | $7.16 | |
| 07/28/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 10.000 | $3.56 | $35.55 | |
| 07/28/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 20.000 | $3.43 | $68.50 | |
| 07/28/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 50.000 | $3.57 | $178.25 | |
| 08/02/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1.000 | $3.43 | $3.43 | |
| 08/02/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1.000 | $3.43 | $3.43 | |
| 08/02/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 3.000 | $3.44 | $10.33 | |
| 08/02/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 25.000 | $3.45 | $86.13 | |
| 08/03/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1.000 | $3.28 | $3.28 | |
| 08/03/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2.000 | $3.24 | $6.48 | |
| 08/03/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 4.000 | $3.27 | $13.10 | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

| | Account No: | 49327968 |
|---|---|---|
| MORGAN STANLEY DOMESTIC HOLDINGS, INC. | Account Name: | DREW HIRSH |
| E*TRADE SECURITIES LLC | Recipient's TIN: | ***-**-2007 |
| PO BOX 484 | | |
| JERSEY CITY, NJ 07303-0484 | Account Executive No: | ET1 |
| | ORIGINAL: | 12/31/2021 |

## DETAILS OF 2021 INVESTMENT ACTIVITY, CONTINUED

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 08/03/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 5.000 | $3.27 | $16.37 | |
| 08/03/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 6.000 | $3.27 | $19.64 | |
| 08/03/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 6.000 | $3.26 | $19.56 | |
| 08/03/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 15.000 | $3.28 | $49.13 | |
| 08/03/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 60.000 | $3.28 | $196.61 | |
| 08/06/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 9.000 | $3.28 | $29.48 | |
| 08/09/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 5.000 | $3.64 | $18.18 | |
| 08/10/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2.000 | $3.62 | $7.23 | |
| 08/10/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 3.000 | $3.62 | $10.87 | |
| 08/10/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 3.000 | $3.63 | $10.88 | |
| 08/10/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 3.000 | $3.60 | $10.79 | |
| 08/10/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 4.000 | $3.60 | $14.42 | |
| 08/10/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 7.000 | $3.62 | $25.36 | |
| 08/10/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 10.000 | $3.60 | $36.05 | |
| 08/10/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 25.000 | $3.63 | $90.63 | |
| 08/10/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 25.000 | $3.62 | $90.60 | |
| 08/10/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 25.000 | $3.62 | $90.41 | |
| 08/10/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 27.000 | $3.64 | $98.16 | |
| 08/11/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2.000 | $3.58 | $7.15 | |
| 08/13/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 3.000 | $3.22 | $9.66 | |
| 08/13/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 4.000 | $3.22 | $12.86 | |
| 08/18/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 4.000 | $3.06 | $12.22 | |
| 08/23/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 6.000 | $3.37 | $20.19 | |
| 08/27/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1.000 | $4.33 | $4.33 | |
| 08/27/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1.000 | $4.23 | $4.23 | |
| 08/27/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2.000 | $4.23 | $8.46 | |
| 08/27/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 4.000 | $4.03 | $16.14 | |
| 08/27/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 20.000 | $4.07 | $81.31 | |
| 08/27/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 22.000 | $4.36 | $95.85 | |
| 08/27/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 22.000 | $4.24 | $93.28 | |
| 08/30/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 4.000 | $4.85 | $19.42 | |
| 08/31/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 6.000 | $4.60 | $27.57 | |
| 08/31/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 15.000 | $4.55 | $68.24 | |
| 08/31/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 20.000 | $4.55 | $90.97 | |
| 09/01/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 3.000 | $4.54 | $13.61 | |
| 09/02/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 13.000 | $5.31 | $69.09 | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

| | | |
|---|---|---|
| MORGAN STANLEY DOMESTIC HOLDINGS, INC.<br>E*TRADE SECURITIES LLC<br>PO BOX 484<br>JERSEY CITY, NJ 07303-0484 | Account No:<br>Account Name:<br>Recipient's TIN:<br><br>Account Executive No:<br><br>ORIGINAL: | 49327968<br>DREW HIRSH<br>***-**-2007<br><br>ET1<br><br>12/31/2021 |

## DETAILS OF 2021 INVESTMENT ACTIVITY, CONTINUED

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 09/07/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 4.000 | $5.46 | $21.86 | |
| 09/08/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2.000 | $4.94 | $9.87 | |
| 09/08/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 4.000 | $4.96 | $19.86 | |
| 09/09/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 4.000 | $5.35 | $21.38 | |
| 09/10/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2.000 | $5.46 | $10.93 | |
| 09/10/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 25.000 | $5.46 | $136.58 | |
| 09/21/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1.000 | $4.90 | $4.90 | |
| 09/21/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 20.000 | $4.90 | $97.96 | |
| 11/30/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1.000 | $3.63 | $3.63 | |
| 12/02/21 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 323.000 | $3.34 | $1,078.77 | |
| 12/06/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1.000 | $3.16 | $3.16 | |
| 12/02/21 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 5.000 | $1.90 | $14.45 | |
| 12/02/21 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 50.000 | $1.91 | $100.45 | |
| 12/02/21 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 500.000 | $1.91 | $959.95 | |
| 02/11/21 | MONOPAR THERAPEUTICS INC COMMON STOCK | 61023L108 | PURCHASE | 26.000 | $12.94 | $336.44 | |
| 02/11/21 | MONOPAR THERAPEUTICS INC COMMON STOCK | 61023L108 | SELL | 26.000 | $10.23 | $266.08 | |
| 01/13/21 | ***NIO INC AMERICAN DEPOSITARY SHARES E | 62914V106 | PURCHASE | 12.000 | $62.18 | $746.16 | |
| 01/29/21 | ***NIO INC AMERICAN DEPOSITARY SHARES E | 62914V106 | SELL | 12.000 | $58.99 | $707.89 | |
| 01/28/21 | NEW CONCEPT ENERGY INC | 643611106 | PURCHASE | 5.000 | $17.00 | $85.00 | |
| 01/29/21 | NEW CONCEPT ENERGY INC | 643611106 | SELL | 5.000 | $13.00 | $64.99 | |
| 01/27/21 | ***NOKIA CORPORATION SPONSORED ADR REPS | 654902204 | PURCHASE | 7.000 | $6.87 | $48.08 | |
| 01/27/21 | ***NOKIA CORPORATION SPONSORED ADR REPS | 654902204 | PURCHASE | 9.000 | $7.00 | $63.00 | |
| 01/27/21 | ***NOKIA CORPORATION SPONSORED ADR REPS | 654902204 | PURCHASE | 100.000 | $6.90 | $690.00 | |
| 01/29/21 | ***NOKIA CORPORATION SPONSORED ADR REPS | 654902204 | SELL | 24.000 | $4.66 | $111.71 | |
| 01/29/21 | ***NOKIA CORPORATION SPONSORED ADR REPS | 654902204 | SELL | 92.000 | $4.65 | $427.96 | |
| 02/09/21 | OUTLOOK THERAPEUTICS INC COMMON STOCK | 69012T206 | PURCHASE | 200.000 | $3.04 | $609.00 | |
| 02/11/21 | OUTLOOK THERAPEUTICS INC COMMON STOCK | 69012T206 | SELL | 200.000 | $2.62 | $522.96 | |
| 02/11/21 | RCM TECHNOLOGIES INC NEW | 749360400 | PURCHASE | 30.000 | $11.50 | $345.00 | |
| 02/11/21 | RCM TECHNOLOGIES INC NEW | 749360400 | SELL | 30.000 | $11.45 | $343.34 | |
| 03/08/21 | SECOND SIGHT MEDICAL PRODUCTS INC COMMO | 81362J209 | PURCHASE | 180.000 | $9.55 | $1,719.00 | |
| 03/10/21 | SECOND SIGHT MEDICAL PRODUCTS INC COMMO | 81362J209 | SELL | 2.000 | $10.70 | $21.39 | |
| 03/10/21 | SECOND SIGHT MEDICAL PRODUCTS INC COMMO | 81362J209 | SELL | 3.000 | $10.71 | $32.11 | |
| 03/10/21 | SECOND SIGHT MEDICAL PRODUCTS INC COMMO | 81362J209 | SELL | 175.000 | $10.68 | $1,868.97 | |
| 05/12/21 | SECOND SIGHT MEDICAL PRODUCTS INC COMMO | 81362J209 | PURCHASE | 75.000 | $6.35 | $475.89 | |
| 05/13/21 | SECOND SIGHT MEDICAL PRODUCTS INC COMMO | 81362J209 | PURCHASE | 4.000 | $5.11 | $20.44 | |
| 05/13/21 | SECOND SIGHT MEDICAL PRODUCTS INC COMMO | 81362J209 | PURCHASE | 19.000 | $5.10 | $96.84 | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

| | |
|---|---|
| MORGAN STANLEY DOMESTIC HOLDINGS, INC.<br>E*TRADE SECURITIES LLC<br>PO BOX 484<br>JERSEY CITY, NJ 07303-0484 | Account No: 49327968<br>Account Name: DREW HIRSH<br>Recipient's TIN: ***-**-2007<br>Account Executive No: ET1<br>ORIGINAL: 12/31/2021 |

## DETAILS OF 2021 INVESTMENT ACTIVITY, CONTINUED

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---:|---:|---:|---|
| 05/14/21 | SECOND SIGHT MEDICAL PRODUCTS INC COMMO | 81362J209 | PURCHASE | 9.000 | $5.11 | $45.99 | |
| 05/21/21 | SECOND SIGHT MEDICAL PRODUCTS INC COMMO | 81362J209 | PURCHASE | 10.000 | $5.21 | $52.14 | |
| 05/21/21 | SECOND SIGHT MEDICAL PRODUCTS INC COMMO | 81362J209 | PURCHASE | 10.000 | $5.22 | $52.19 | |
| 06/01/21 | SECOND SIGHT MEDICAL PRODUCTS INC COMMO | 81362J209 | SELL | 127.000 | $5.35 | $679.42 | |
| 01/29/21 | SIEBERT FINANCIAL CORP | 826176109 | PURCHASE | 4.000 | $17.36 | $69.45 | |
| 01/29/21 | SIEBERT FINANCIAL CORP | 826176109 | SELL | 4.000 | $8.81 | $35.23 | |
| 02/25/21 | SILVERSUN TECHNOLOGIES INC COMMON STOCK | 82846H207 | PURCHASE | 5.000 | $9.99 | $49.96 | |
| 02/25/21 | SILVERSUN TECHNOLOGIES INC COMMON STOCK | 82846H207 | PURCHASE | 10.000 | $9.77 | $97.70 | |
| 02/25/21 | SILVERSUN TECHNOLOGIES INC COMMON STOCK | 82846H207 | PURCHASE | 100.000 | $9.96 | $996.00 | |
| 02/25/21 | SILVERSUN TECHNOLOGIES INC COMMON STOCK | 82846H207 | SELL | 115.000 | $7.39 | $849.83 | |
| 02/05/21 | SURGALIGN HOLDINGS INC COMMON STOCK | 86882C105 | PURCHASE | 17.000 | $2.69 | $45.73 | |
| 02/05/21 | SURGALIGN HOLDINGS INC COMMON STOCK | 86882C105 | PURCHASE | 110.000 | $2.71 | $297.91 | |
| 02/09/21 | SURGALIGN HOLDINGS INC COMMON STOCK | 86882C105 | PURCHASE | 1.000 | $2.95 | $2.95 | |
| 02/10/21 | SURGALIGN HOLDINGS INC COMMON STOCK | 86882C105 | SELL | 128.000 | $2.87 | $366.69 | |
| 02/24/21 | SYPRIS SOLUTIONS INC | 871655106 | PURCHASE | 5.000 | $5.21 | $26.03 | |
| 02/24/21 | SYPRIS SOLUTIONS INC | 871655106 | PURCHASE | 20.000 | $4.82 | $96.40 | |
| 02/24/21 | SYPRIS SOLUTIONS INC | 871655106 | PURCHASE | 70.000 | $4.96 | $347.55 | |
| 02/24/21 | SYPRIS SOLUTIONS INC | 871655106 | PURCHASE | 100.000 | $5.29 | $528.78 | |
| 02/25/21 | SYPRIS SOLUTIONS INC | 871655106 | SELL | 195.000 | $4.81 | $936.95 | |
| 02/16/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 28.000 | $4.38 | $122.50 | |
| 02/16/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 37.000 | $4.53 | $167.52 | |
| 02/16/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 50.000 | $4.39 | $219.41 | |
| 02/16/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 200.000 | $4.42 | $885.00 | |
| 02/16/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 200.000 | $4.40 | $879.62 | |
| 02/17/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 3.000 | $3.67 | $11.00 | |
| 02/17/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 25.000 | $3.67 | $91.83 | |
| 02/17/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 25.000 | $3.92 | $97.97 | |
| 02/17/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 28.000 | $3.69 | $103.32 | |
| 02/17/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 54.000 | $3.72 | $201.04 | |
| 02/19/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 38.000 | $3.02 | $114.57 | |
| 02/19/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 57.000 | $3.01 | $171.83 | |
| 02/19/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 90.000 | $2.96 | $266.20 | |
| 02/25/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | SELL | 65.000 | $2.57 | $167.06 | |
| 03/11/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 20.000 | $2.72 | $54.36 | |
| 03/11/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 45.000 | $2.76 | $123.98 | |
| 03/11/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 100.000 | $2.63 | $262.99 | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

MORGAN STANLEY DOMESTIC HOLDINGS, INC.
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484

Account No: 49327968
Account Name: DREW HIRSH
Recipient's TIN: ***-**-2007

Account Executive No: ET1

ORIGINAL: 12/31/2021

## DETAILS OF 2021 INVESTMENT ACTIVITY, CONTINUED

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 03/11/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 100.000 | $2.63 | $262.69 | |
| 03/11/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 100.000 | $2.63 | $262.50 | |
| 03/11/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 100.000 | $2.65 | $264.89 | |
| 03/11/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 100.000 | $2.64 | $263.77 | |
| 03/12/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 1.000 | $2.95 | $2.95 | |
| 03/12/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 1.000 | $3.04 | $3.04 | |
| 03/12/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 5.000 | $3.04 | $15.18 | |
| 03/12/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 460.000 | $3.02 | $1,389.20 | |
| 03/17/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 2.000 | $2.36 | $4.72 | |
| 03/17/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 10.000 | $2.36 | $23.59 | |
| 03/17/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 200.000 | $2.35 | $470.60 | |
| 03/18/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 8.000 | $2.13 | $17.02 | |
| 03/18/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 40.000 | $2.12 | $84.60 | |
| 03/19/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 1.000 | $2.20 | $2.20 | |
| 03/19/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 15.000 | $2.20 | $32.93 | |
| 03/19/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 20.000 | $2.21 | $44.20 | |
| 03/19/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 20.000 | $2.21 | $44.10 | |
| 03/19/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 30.000 | $2.20 | $65.97 | |
| 03/19/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 50.000 | $2.21 | $110.45 | |
| 03/23/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 3.000 | $2.06 | $6.20 | |
| 03/23/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 45.000 | $2.07 | $92.95 | |
| 03/24/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 2.000 | $1.88 | $3.76 | |
| 03/24/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 25.000 | $1.89 | $47.20 | |
| 04/23/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 55.000 | $1.80 | $98.90 | |
| 05/13/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 2.000 | $1.83 | $3.65 | |
| 05/13/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 2.000 | $1.81 | $3.61 | |
| 05/13/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 3.000 | $1.79 | $5.37 | |
| 05/13/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 3.000 | $1.79 | $5.37 | |
| 05/13/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 50.000 | $1.79 | $89.34 | |
| 05/14/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 2.000 | $1.93 | $3.87 | |
| 05/19/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 10.000 | $2.08 | $20.78 | |
| 05/19/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 12.000 | $2.08 | $24.91 | |
| 05/19/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 20.000 | $2.08 | $41.56 | |
| 05/19/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 50.000 | $2.08 | $103.84 | |
| 05/19/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 100.000 | $2.08 | $207.79 | |
| 06/01/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 1.000 | $2.60 | $2.60 | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

| | | |
|---|---|---|
| MORGAN STANLEY DOMESTIC HOLDINGS, INC.<br>E*TRADE SECURITIES LLC<br>PO BOX 484<br>JERSEY CITY, NJ 07303-0484 | Account No:<br>Account Name:<br>Recipient's TIN:<br><br>Account Executive No:<br><br>ORIGINAL: | 49327968<br>DREW HIRSH<br>***-**-2007<br><br>ET1<br><br>12/31/2021 |

## DETAILS OF 2021 INVESTMENT ACTIVITY, CONTINUED

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 06/01/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 15.000 | $2.61 | $39.12 | |
| 06/01/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 20.000 | $2.62 | $52.30 | |
| 06/01/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 100.000 | $2.62 | $261.50 | |
| 06/02/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 1.000 | $2.78 | $2.78 | |
| 06/04/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 200.000 | $2.73 | $545.54 | |
| 06/10/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 1.000 | $2.95 | $2.95 | |
| 06/10/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 20.000 | $2.95 | $58.95 | |
| 06/10/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 60.000 | $2.95 | $176.87 | |
| 06/14/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 50.000 | $3.56 | $177.79 | |
| 06/14/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 50.000 | $3.56 | $177.75 | |
| 06/14/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 200.000 | $3.57 | $713.52 | |
| 06/15/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 50.000 | $5.11 | $255.41 | |
| 06/15/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 50.000 | $5.06 | $253.00 | |
| 06/15/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 100.000 | $5.40 | $539.50 | |
| 06/01/21 | TYME TECHNOLOGIES INC COMMON STOCK | 90238J103 | PURCHASE | 1.000 | $1.64 | $1.64 | |
| 06/01/21 | TYME TECHNOLOGIES INC COMMON STOCK | 90238J103 | PURCHASE | 1.000 | $1.65 | $1.65 | |
| 06/01/21 | TYME TECHNOLOGIES INC COMMON STOCK | 90238J103 | PURCHASE | 2.000 | $1.64 | $3.27 | |
| 06/01/21 | TYME TECHNOLOGIES INC COMMON STOCK | 90238J103 | PURCHASE | 3.000 | $1.67 | $5.00 | |
| 06/01/21 | TYME TECHNOLOGIES INC COMMON STOCK | 90238J103 | PURCHASE | 30.000 | $1.65 | $49.35 | |
| 06/01/21 | TYME TECHNOLOGIES INC COMMON STOCK | 90238J103 | PURCHASE | 30.000 | $1.64 | $49.32 | |
| 06/01/21 | TYME TECHNOLOGIES INC COMMON STOCK | 90238J103 | PURCHASE | 400.000 | $1.67 | $666.00 | |
| 06/02/21 | TYME TECHNOLOGIES INC COMMON STOCK | 90238J103 | PURCHASE | 5.000 | $1.60 | $8.03 | |
| 06/03/21 | TYME TECHNOLOGIES INC COMMON STOCK | 90238J103 | SELL | 219.000 | $1.54 | $337.22 | |
| 06/03/21 | TYME TECHNOLOGIES INC COMMON STOCK | 90238J103 | SELL | 253.000 | $1.55 | $390.85 | |
| 02/19/21 | VACCINEX INC COMMON STOCK | 918640103 | PURCHASE | 30.000 | $7.85 | $235.35 | |
| 02/19/21 | VACCINEX INC COMMON STOCK | 918640103 | SELL | 30.000 | $8.38 | $251.47 | |
| 08/27/21 | VINCO VENTURES INC COMMON STOCK | 927330100 | PURCHASE | 1.000 | $5.13 | $5.13 | |
| 08/27/21 | VINCO VENTURES INC COMMON STOCK | 927330100 | PURCHASE | 3.000 | $5.17 | $15.52 | |
| 08/27/21 | VINCO VENTURES INC COMMON STOCK | 927330100 | PURCHASE | 15.000 | $5.17 | $77.53 | |
| 08/30/21 | VINCO VENTURES INC COMMON STOCK | 927330100 | PURCHASE | 1.000 | $7.53 | $7.53 | |
| 08/30/21 | VINCO VENTURES INC COMMON STOCK | 927330100 | PURCHASE | 5.000 | $7.51 | $37.53 | |
| 08/30/21 | VINCO VENTURES INC COMMON STOCK | 927330100 | PURCHASE | 5.000 | $7.47 | $37.35 | |
| 08/31/21 | VINCO VENTURES INC COMMON STOCK | 927330100 | SELL | 30.000 | $6.30 | $188.99 | |
| 02/05/21 | ***ZOMEDICA CORP COM | 98980M109 | PURCHASE | 3.000 | $1.86 | $5.60 | |
| 02/05/21 | ***ZOMEDICA CORP COM | 98980M109 | PURCHASE | 25.000 | $1.86 | $46.63 | |
| 02/05/21 | ***ZOMEDICA CORP COM | 98980M109 | PURCHASE | 50.000 | $1.88 | $93.95 | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

| | | |
|---|---|---|
| MORGAN STANLEY DOMESTIC HOLDINGS, INC.<br>E*TRADE SECURITIES LLC<br>PO BOX 484<br>JERSEY CITY, NJ 07303-0484 | Account No:<br>Account Name:<br>Recipient's TIN:<br><br>Account Executive No:<br><br>ORIGINAL: | 49327968<br>DREW HIRSH<br>***-**-2007<br><br>ET1<br><br>12/31/2022 |

## DETAILS OF 2022 INVESTMENT ACTIVITY, CONTINUED

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---:|---:|---:|---|
| 01/12/22 | KIDPIK CORP COMMON STOCK | 49382L108 | PURCHASE | 5.000 | $6.75 | $33.75 | |
| 01/12/22 | KIDPIK CORP COMMON STOCK | 49382L108 | PURCHASE | 40.000 | $7.22 | $288.90 | |
| 01/13/22 | KIDPIK CORP COMMON STOCK | 49382L108 | PURCHASE | 50.000 | $6.43 | $321.45 | |
| 01/13/22 | KIDPIK CORP COMMON STOCK | 49382L108 | PURCHASE | 50.000 | $6.44 | $322.08 | |
| 01/13/22 | KIDPIK CORP COMMON STOCK | 49382L108 | PURCHASE | 50.000 | $6.53 | $326.39 | |
| 01/13/22 | KIDPIK CORP COMMON STOCK | 49382L108 | PURCHASE | 75.000 | $6.78 | $508.13 | |
| 01/13/22 | KIDPIK CORP COMMON STOCK | 49382L108 | PURCHASE | 100.000 | $6.73 | $672.73 | |
| 01/13/22 | KIDPIK CORP COMMON STOCK | 49382L108 | PURCHASE | 100.000 | $6.74 | $674.00 | |
| 01/13/22 | KIDPIK CORP COMMON STOCK | 49382L108 | PURCHASE | 100.000 | $6.72 | $671.60 | |
| 01/14/22 | KIDPIK CORP COMMON STOCK | 49382L108 | PURCHASE | 50.000 | $6.27 | $313.69 | |
| 01/21/22 | KIDPIK CORP COMMON STOCK | 49382L108 | PURCHASE | 1.000 | $7.52 | $7.52 | |
| 01/21/22 | KIDPIK CORP COMMON STOCK | 49382L108 | PURCHASE | 57.000 | $7.58 | $431.81 | |
| 02/17/22 | KIDPIK CORP COMMON STOCK | 49382L108 | SELL | 500.000 | $3.72 | $1,857.42 | |
| 02/22/22 | KIDPIK CORP COMMON STOCK | 49382L108 | SELL | 458.000 | $3.47 | $1,589.19 | |
| 01/05/22 | LIXTE BIOTECHNOLOGY HOLDINGS INC COMMON | 539319202 | PURCHASE | 3.000 | $2.30 | $6.90 | |
| 01/05/22 | LIXTE BIOTECHNOLOGY HOLDINGS INC COMMON | 539319202 | PURCHASE | 15.000 | $2.31 | $34.59 | |
| 01/05/22 | LIXTE BIOTECHNOLOGY HOLDINGS INC COMMON | 539319202 | PURCHASE | 24.000 | $2.50 | $59.97 | |
| 01/05/22 | LIXTE BIOTECHNOLOGY HOLDINGS INC COMMON | 539319202 | PURCHASE | 310.000 | $2.31 | $714.55 | |
| 01/05/22 | LIXTE BIOTECHNOLOGY HOLDINGS INC COMMON | 539319202 | PURCHASE | 1,700.000 | $2.68 | $4,553.45 | |
| 01/05/22 | LIXTE BIOTECHNOLOGY HOLDINGS INC COMMON | 539319202 | SELL | 2,052.000 | $2.22 | $4,556.17 | |
| 01/11/22 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 250.000 | $2.35 | $587.84 | |
| 01/11/22 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 500.000 | $2.35 | $1,174.97 | |
| 01/18/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1.000 | $2.09 | $2.09 | |
| 01/21/22 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 253.000 | $1.74 | $438.92 | |
| 02/08/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2.000 | $1.65 | $3.29 | |
| 02/17/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 3.000 | $1.85 | $5.54 | |
| 02/22/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 6.000 | $1.76 | $10.54 | |
| 02/22/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 9.000 | $1.72 | $15.47 | |
| 02/22/22 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 1,020.000 | $1.66 | $1,687.96 | |
| 03/01/22 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 111.000 | $2.06 | $228.65 | |
| 03/04/22 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 111.000 | $1.53 | $169.48 | |
| 01/05/22 | META MATLS INC PFD SER A | 59134N203 | SELL | 500.000 | $1.52 | $754.97 | |
| 01/05/22 | META MATLS INC PFD SER A | 59134N203 | SELL | 3,000.000 | $1.54 | $4,614.63 | |
| 01/07/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 300.000 | $1.39 | $421.95 | |
| 01/07/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 1,000.000 | $1.37 | $1,374.95 | |
| 01/07/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 1,000.000 | $1.39 | $1,394.95 | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

December 13, 2024

US Bankruptcy Court

District of Nevada

ATTN: Clerk of the Court

First Floor

300 Booth Street

Reno, NV 89509


RE: NOTICE OF REDACTION, Proof of Interest Form, Case No. 24-50792 To Clerk of the Court,

My name is Drew Hirsh, and I hereby submit this NOTICE OF REDACTION for PROOF OF INTEREST FORM in the matter of Meta Materials, Inc., case number 24-50792. Per instructions by The Honorable Hillary L. Barnes, United States Bankruptcy Judge, and out of an abundance of concern for the potential misuse of my personal information, I request all but the last four digits of my account numbers be redacted from my Proof of Interest form.

Per instructions, I have included with this filing an unredacted version of the POI, a redacted version of the POI, a detailed explanation of my $MMAT trading records and their documentation, and a check for the $28 processing fee.

Lastly, I've included a stamped self-addressed envelope in this letter. Can you please respond with receipt of this correspondence at your convenience.

Thank you for your consideration in this matter.

best, Drew

*[signature]*

Drew Hirsh

259 N. Almont Drive Beverly Hills, CA 90211

drewhirsh@gmail.com

(917)-968-7478