NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials, Inc | Case Number: 24-50792 | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Mark Soraparu
   259 N. Almont Drive
   Beverly Hills, CA 90211

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 19 2024**
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   Telephone Number: 310-926-8099

   COURT USE ONLY

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
**E*Trade Account #: 50217824**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   Mark Soraparu /E*TRADE SECURITIES LLC
   PO BOX 484, JERSEY CITY, NJ 073030484
   Telephone Number: 1 (800) 387-2331

3. Date Equity Interest was acquired:
   Between 02/22/21 - 02/18/2022
   See Attached Documentation

4. Total amount of member interest: **19,289 Shares for $70,696**

5. Certificate number(s): **See Attached Docum**

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: **Investor**

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Mark Soraparu**
Title: _____
Company: ___ Address and telephone number (if different from notice address above):

(Signature) *[signed]*   December 12, 2024
(Date)

Telephone number: 310-926-8099   email: mdsoraparu@gmail

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**

CASE: 24-50792, META MATERIALS, INC.
FOR: Mark Soraparu

**BROKER**: E*Trade
**ACCT #**: 50217824

TRANSACTIONS IN 2021 Pre-Reverse Split [TRCH]:

- 02/22/21   Purchased 898 Shares    $2.48/Share    [$2,227.04 total invested]
- 03/12/21   Purchased 650 Shares    $3.18/Share    [$2,067.00 total invested]
- 03/19/21   Purchased 844 Shares    $2.19/Share    [$1,848.36 total invested]
- 03/26/21   Purchased 1088 Shares   $1.83/Share    [$1,991.04 total invested]
- 04/12/21   Purchased 1155 Shares   $1.73/Share    [$1,998.15 total invested]
- 05/28/21   Purchased 1700 Shares   $2.34/Share    [$3,978.00 total invested]
- 06/04/21   Purchased 111 Shares    $2.63/Share    [$291.93 total invested]
- 06/08/21   Purchased 800 Shares    $3.11/Share    [$2,488.00 total invested]
- 06/09/21   Purchased 592 Shares    $3.13/Share    [$1,852.96 total invested]
- 06/14/21   Purchased 485 Shares    $3.58/Share    [$1,736.30 total invested]
- 06/15/21   Purchased 1200 Shares   $5.00/Share    [$6,000.00 total invested]

TOTAL SHARES HELD PRE-REVERSE SPLIT: 9,523 shares
TOTAL MONIES INVESTED PRE-REVERSE SPLIT: $26,478.78

TRANSACTIONS IN 2021 [MMAT]:

- 06/21/21   Purchased 205 Shares    $9.70/Share    [$1,988.50 total invested]
- 07/09/21   Purchased 406 Shares    $4.74/Share    [$1,924.44 total invested]
- 07/13/21   Purchased 750 Shares    $3.99/Share    [$2,992.50 total invested]
- 08/02/21   Purchased 880 Shares    $3.41/Share    [$3,000.80 total invested]
- 08/03/21   Purchased 100 Shares    $3.23/Share    [$323.00 total invested]
- 08/04/21   Purchased 833 Shares    $3.23/Share    [$2,690.59 total invested]
- 08/05/21   Purchased 604 Shares    $3.15/Share    [$1,902.60 total invested]
- 08/06/21   Purchased 345 Shares    $3.18/Share    [$1,097.10 total invested]
- 08/09/21   Purchased 4 Shares      $3.67/Share    [$14.68 total invested]
- 08/09/21   Purchased 522 Shares    $3.32/Share    [$1,733.04 total invested]
- 08/10/21   Purchased 417 Shares    $3.59/Share    [$1,497.03 total invested]
- 09/02/21   Sold 3000 Shares        $5.15/Share    [$15,450.00 total recovered]
- 09/08/21   Purchased 10 Shares     $5.93/Share    [$59.30 total invested]
- 09/08/21   Purchased 75 Shares     $5.21/Share    [$390.75 total invested]
- 09/08/21   Purchased 2615 Shares   $5.68/Share    [$14,853.20 total invested]
- 11/01/21   Purchased 1000 Shares   $4.91/Share    [$4,910.00 total invested]
- 11/01/21   Sold 1000 Shares        $5.11/Share    [$5,110.00 total recovered]
- 11/04/21   Purchased 1000 Shares   $4.84/Share    [$4,840.00 total invested]
- 11/04/21   Sold 1000 Shares        $5.05/Share    [$5,050 total recovered]
- 12/01/21   Sold 500 Shares         $3.77/Share    [$1,885.00 total recovered]
- 12/02/21   Sold 97 Shares          $3.34/Share    [$323.98 total recovered]
- 12/02/21   Sold 403 Shares         $3.33/Share    [$1,341.99 total recovered]

- 12/02/21   Sold 500 Shares        $3.34/Share    [$1,670.00 total recovered]
- 12/02/21   Sold 500 Shares        $3.34/Share    [$1,670.00 total recovered]
- 12/02/21   Sold 700 Shares        $3.34/Share    [$2,338.00 total recovered]

TOTAL SHARES HELD POST-REVERSE SPLIT: 9,766 shares

TOTAL MONIES INVESTED POST-REVERSE SPLIT: $44,217.53

TRANSACTIONS IN 2022 [**MMAT**]:

- 2/14/22   Sold 1000 Shares       $1.78/Share    [$1,780.00 total recovered]
- 2/15/22   Sold 1000 Shares       $1.84/Share    [$1,840.00 total recovered]
- 2/15/22   Sold 1000 Shares       $1.87/Share    [$1,870.00 total recovered]
- 2/15/22   Sold 1000 Shares       $1.89/Share    [$1,890.00 total recovered]
- 2/15/22   Sold 1000 Shares       $1.89/Share    [$1,890.00 total recovered]
- 2/15/22   Sold 1000 Shares       $1.86/Share    [$1,186.00 total recovered]
- 2/18/22   Sold 770 Shares        $1.72/Share    [$1,324.40 total recovered]

Please note, by the spring of 2022 I had sold all but 230 shares of MMAT and took the proceeds from those sales and purchased shares of MMTLP. I currently have 32,704 shares of MMTLP that are still frozen because of the US halt from December 9, 2022. If you have any questions at all about the above information, please don't hesitate to let me know.

Email: mdsoraparu@gmail.com

Cell: (310) 926-8099

**See Transaction documentation attached.**

MORGAN STANLEY DOMESTIC HOLDINGS, INC.
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484

| | |
|---|---|
| Account No: | 50217824 |
| Account Name: | MARK D SORAPARU |
| Recipient's TIN: | ***-**-2362 |
| Account Executive No: | ET1 |
| ORIGINAL: | 12/31/2021 |

## 2021 INVESTMENT DETAILS

### DETAILS OF 2021 INVESTMENT ACTIVITY

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 06/07/21 | 1847 GOEDEKER INC COMMON STOCK | 28252C109 | PURCHASE | 250.000 | $3.16 | $788.75 | |
| 06/07/21 | 1847 GOEDEKER INC COMMON STOCK | 28252C109 | PURCHASE | 300.000 | $3.15 | $943.50 | |
| 06/14/21 | 1847 GOEDEKER INC COMMON STOCK | 28252C109 | SELL | 550.000 | $3.15 | $1,732.42 | |
| 02/26/21 | GAMESTOP CORP CLASS A | 36467W109 | PURCHASE | 41.000 | $120.00 | $4,920.00 | |
| 03/01/21 | GAMESTOP CORP CLASS A | 36467W109 | SELL | 21.000 | $130.00 | $2,729.98 | |
| 03/03/21 | GAMESTOP CORP CLASS A | 36467W109 | SELL | 20.000 | $124.21 | $2,484.20 | |
| 03/01/21 | KEMPHARM INC COMMON STOCK | 488445206 | PURCHASE | 280.000 | $9.96 | $2,790.20 | |
| 03/03/21 | KEMPHARM INC COMMON STOCK | 488445206 | PURCHASE | 150.000 | $17.57 | $2,636.01 | |
| 03/12/21 | KEMPHARM INC COMMON STOCK | 488445206 | SELL | 215.000 | $9.43 | $2,027.08 | |
| 04/12/21 | KEMPHARM INC COMMON STOCK | 488445206 | PURCHASE | 353.000 | $8.45 | $2,982.85 | |
| 06/03/21 | KEMPHARM INC COMMON STOCK | 488445206 | SELL | 568.000 | $11.18 | $6,350.13 | |
| 12/30/21 | KIORA PHARMACEUTICALS INC COMMON STOCK | 49721T101 | PURCHASE | 3,250.000 | $1.53 | $4,972.50 | |
| 12/30/21 | KIORA PHARMACEUTICALS INC COMMON STOCK | 49721T101 | PURCHASE | 3,500.000 | $1.26 | $4,410.00 | |
| 12/30/21 | KIORA PHARMACEUTICALS INC COMMON STOCK | 49721T101 | PURCHASE | 3,600.000 | $1.29 | $4,644.00 | |
| 12/30/21 | KIORA PHARMACEUTICALS INC COMMON STOCK | 49721T101 | SELL | 3,250.000 | $1.61 | $5,232.08 | |
| 12/30/21 | KIORA PHARMACEUTICALS INC COMMON STOCK | 49721T101 | SELL | 3,500.000 | $1.26 | $4,409.55 | |
| 12/30/21 | KIORA PHARMACEUTICALS INC COMMON STOCK | 49721T101 | SELL | 3,600.000 | $1.37 | $4,931.54 | |
| 06/21/21 | ***METAMATERIAL INC COM | 59134F101 | PURCHASE | 205.000 | $9.70 | $1,995.45 | |
| 07/02/21 | META MATLS INC COMMON STOCK | 59134N104 | CASH IN LIEU | | – | $3.17 | |
| 07/09/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 406.000 | $4.75 | $1,927.00 | |
| 07/12/21 | META MATLS INC COMMON STOCK | 59134N104 | CASH IN LIEU | | – | $1.32 | |
| 07/13/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 750.000 | $3.99 | $2,993.10 | |
| 08/02/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 880.000 | $3.41 | $3,000.80 | |
| 08/03/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 100.000 | $3.23 | $323.00 | |
| 08/04/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 833.000 | $3.23 | $2,690.59 | |
| 08/05/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 604.000 | $3.15 | $1,902.60 | |
| 08/06/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 345.000 | $3.18 | $1,097.10 | |
| 08/09/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 4.000 | $3.68 | $14.70 | |
| 08/09/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 522.000 | $3.32 | $1,733.04 | |
| 08/10/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 417.000 | $3.59 | $1,497.03 | |
| 09/02/21 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 1,000.000 | $5.00 | $4,999.85 | |
| 09/02/21 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 1,000.000 | $5.20 | $5,199.85 | |
| 09/02/21 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 1,000.000 | $5.10 | $5,099.85 | |
| 09/03/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 10.000 | $5.94 | $59.35 | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

| MORGAN STANLEY DOMESTIC HOLDINGS, INC. | Account No: | 50217824 |
| --- | --- | --- |
| E*TRADE SECURITIES LLC | Account Name: | MARK D SORAPARU |
| PO BOX 484 | Recipient's TIN: | ***-**-2362 |
| JERSEY CITY, NJ 07303-0484 | Account Executive No: | ET1 |
| | ORIGINAL: | 12/31/2021 |

## DETAILS OF 2021 INVESTMENT ACTIVITY, CONTINUED

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09/03/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 75.000 | $5.21 | $390.75 | |
| 09/03/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2,615.000 | $5.68 | $14,853.20 | |
| 11/01/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1,000.000 | $4.91 | $4,910.00 | |
| 11/01/21 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 1,000.000 | $5.12 | $5,114.85 | |
| 11/04/21 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 1,000.000 | $4.84 | $4,840.00 | |
| 11/04/21 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 1,000.000 | $5.05 | $5,049.85 | |
| 12/01/21 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 500.000 | $3.77 | $1,884.93 | |
| 12/02/21 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 97.000 | $3.34 | $323.96 | |
| 12/02/21 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 403.000 | $3.33 | $1,343.95 | |
| 12/02/21 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 500.000 | $3.33 | $1,667.43 | |
| 12/02/21 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 500.000 | $3.34 | $1,669.93 | |
| 12/02/21 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 700.000 | $3.34 | $2,337.90 | |
| 12/01/21 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 979.000 | $1.92 | $1,886.63 | |
| 12/02/21 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 878.000 | $1.89 | $1,666.37 | |
| 12/02/21 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 2,968.000 | $1.91 | $5,675.83 | |
| 12/21/21 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 3,104.000 | $1.36 | $4,228.39 | |
| 12/21/21 | META MATLS INC PFD SER A | 59134N203 | SELL | 5,000.000 | $1.38 | $6,892.41 | |
| 12/22/21 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 1,896.000 | $1.35 | $2,566.55 | |
| 12/23/21 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 5,000.000 | $1.34 | $6,706.95 | |
| 12/23/21 | META MATLS INC PFD SER A | 59134N203 | SELL | 5,000.000 | $1.37 | $6,842.41 | |
| 12/30/21 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 3,496.000 | $1.50 | $5,250.95 | |
| 12/31/21 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 225.000 | $1.49 | $342.20 | |
| 12/31/21 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 4,861.000 | $1.49 | $7,249.84 | |
| 12/31/21 | META MATLS INC PFD SER A | 59134N203 | SELL | 5,000.000 | $1.52 | $7,592.41 | |
| 02/22/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 898.000 | $3.31 | $2,971.30 | |
| 03/12/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 650.000 | $3.18 | $2,067.00 | |
| 03/19/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 844.000 | $2.20 | $1,855.70 | |
| 03/26/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 8.000 | $1.85 | $14.76 | |
| 03/26/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 1,080.000 | $1.84 | $1,985.58 | |
| 04/12/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 1,155.000 | $1.74 | $2,009.58 | |
| 05/28/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 1,700.000 | $2.35 | $3,986.50 | |
| 06/04/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 111.000 | $2.63 | $291.93 | |
| 06/08/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 800.000 | $3.11 | $2,488.00 | |
| 06/09/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 592.000 | $3.13 | $1,852.96 | |
| 06/14/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 485.000 | $3.58 | $1,736.30 | |
| 06/15/21 | TORCHLIGHT ENERGY RESOURCES INC | 89102U103 | PURCHASE | 1,200.000 | $5.00 | $6,000.00 | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

| | | |
|---|---|---|
| MORGAN STANLEY DOMESTIC HOLDINGS, INC.<br>E*TRADE SECURITIES LLC<br>PO BOX 484<br>JERSEY CITY, NJ 07303-0484 | Account No:<br>Account Name:<br>Recipient's TIN:<br>Account Executive No:<br>ORIGINAL: | 50217824<br>MARK D SORAPARU<br>***-**-2362<br>ET1<br>12/31/2022 |

## DETAILS OF 2022 INVESTMENT ACTIVITY, CONTINUED

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---:|---:|---:|---|
| 02/17/22 | HOOKIPA PHARMA INC COMMON STOCK | 43906K100 | PURCHASE | 825.000 | $1.98 | $1,633.50 | |
| 02/17/22 | HOOKIPA PHARMA INC COMMON STOCK | 43906K100 | PURCHASE | 4,000.000 | $1.95 | $7,800.00 | |
| 02/17/22 | HOOKIPA PHARMA INC COMMON STOCK | 43906K100 | PURCHASE | 5,000.000 | $1.95 | $9,750.00 | |
| 02/17/22 | HOOKIPA PHARMA INC COMMON STOCK | 43906K100 | PURCHASE | 5,000.000 | $1.95 | $9,750.00 | |
| 02/17/22 | HOOKIPA PHARMA INC COMMON STOCK | 43906K100 | SELL | 100.000 | $1.97 | $197.16 | |
| 02/17/22 | HOOKIPA PHARMA INC COMMON STOCK | 43906K100 | SELL | 100.000 | $1.97 | $197.17 | |
| 02/17/22 | HOOKIPA PHARMA INC COMMON STOCK | 43906K100 | SELL | 100.000 | $1.95 | $194.98 | |
| 02/17/22 | HOOKIPA PHARMA INC COMMON STOCK | 43906K100 | SELL | 200.000 | $1.94 | $387.96 | |
| 02/17/22 | HOOKIPA PHARMA INC COMMON STOCK | 43906K100 | SELL | 625.000 | $1.97 | $1,232.41 | |
| 02/17/22 | HOOKIPA PHARMA INC COMMON STOCK | 43906K100 | SELL | 4,000.000 | $1.96 | $7,840.24 | |
| 02/17/22 | HOOKIPA PHARMA INC COMMON STOCK | 43906K100 | SELL | 4,700.000 | $1.95 | $9,164.34 | |
| 02/17/22 | HOOKIPA PHARMA INC COMMON STOCK | 43906K100 | SELL | 5,000.000 | $1.95 | $9,749.30 | |
| 01/04/22 | HOTH THERAPEUTICS INC COMMON STOCK | 44148G105 | PURCHASE | 6,985.000 | $1.44 | $10,058.40 | |
| 01/04/22 | HOTH THERAPEUTICS INC COMMON STOCK | 44148G105 | SELL | 6,985.000 | $1.49 | $10,406.68 | |
| 02/17/22 | MARIN SOFTWARE INCORPORATED COMMON STOC | 56804T205 | PURCHASE | 3,000.000 | $3.96 | $11,880.00 | |
| 02/17/22 | MARIN SOFTWARE INCORPORATED COMMON STOC | 56804T205 | SELL | 432.000 | $3.66 | $1,581.09 | |
| 02/17/22 | MARIN SOFTWARE INCORPORATED COMMON STOC | 56804T205 | SELL | 2,568.000 | $3.66 | $9,398.50 | |
| 02/14/22 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 1,000.000 | $1.78 | $1,779.86 | |
| 02/15/22 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 1,000.000 | $1.84 | $1,839.86 | |
| 02/15/22 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 1,000.000 | $1.87 | $1,870.86 | |
| 02/15/22 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 1,000.000 | $1.89 | $1,889.86 | |
| 02/15/22 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 1,000.000 | $1.89 | $1,889.86 | |
| 02/15/22 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 1,000.000 | $1.86 | $1,859.86 | |
| 02/18/22 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 1.000 | $1.73 | $1.72 | |
| 02/18/22 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 2.000 | $1.73 | $3.44 | |
| 02/18/22 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 3.000 | $1.72 | $5.15 | |
| 02/18/22 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 764.000 | $1.73 | $1,321.61 | |
| 01/03/22 | META MATLS INC PFD SER A | 59134N203 | SELL | 6,000.000 | $1.53 | $9,172.22 | |
| 01/04/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 100.000 | $1.51 | $157.95 | |
| 01/04/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 3,487.000 | $1.49 | $5,202.58 | |
| 01/05/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 518.000 | $1.51 | $789.13 | |
| 01/05/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 1,000.000 | $1.49 | $1,496.95 | |
| 01/05/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 1,000.000 | $1.51 | $1,516.95 | |
| 01/05/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 2,759.000 | $1.49 | $4,117.86 | |
| 01/06/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 249.000 | $1.40 | $355.55 | |
| 01/06/22 | META MATLS INC PFD SER A | 59134N203 | SELL | 5,000.000 | $1.46 | $7,292.36 | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

| | Account No: | 50217824 |
|---|---|---|
| MORGAN STANLEY DOMESTIC HOLDINGS, INC. | Account Name: | MARK D SORAPARU |
| E*TRADE SECURITIES LLC | Recipient's TIN: | ***-**-2362 |
| PO BOX 484 | | |
| JERSEY CITY, NJ 07303-0484 | Account Executive No: | ET1 |
| | ORIGINAL: | 12/31/2022 |

## DETAILS OF 2022 INVESTMENT ACTIVITY, CONTINUED

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 01/18/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 200.000 | $1.35 | $274.95 | |
| 01/24/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 408.000 | $1.22 | $502.71 | |
| 01/24/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 618.000 | $1.22 | $758.91 | |
| 01/24/22 | META MATLS INC PFD SER A | 59134N203 | SELL | 200.000 | $1.26 | $247.01 | |
| 01/24/22 | META MATLS INC PFD SER A | 59134N203 | SELL | 400.000 | $1.28 | $511.94 | |
| 01/25/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 2,008.000 | $1.24 | $2,494.87 | |
| 01/25/22 | META MATLS INC PFD SER A | 59134N203 | SELL | 2,000.000 | $1.25 | $2,494.77 | |
| 01/27/22 | META MATLS INC PFD SER A | 59134N203 | SELL | 74.000 | $1.30 | $91.23 | |
| 01/27/22 | META MATLS INC PFD SER A | 59134N203 | SELL | 500.000 | $1.25 | $619.97 | |
| 01/27/22 | META MATLS INC PFD SER A | 59134N203 | SELL | 500.000 | $1.30 | $644.97 | |
| 01/27/22 | META MATLS INC PFD SER A | 59134N203 | SELL | 500.000 | $1.30 | $644.97 | |
| 01/28/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 1,597.000 | $1.25 | $2,001.20 | |
| 02/04/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 126.000 | $1.25 | $162.45 | |
| 02/04/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 183.000 | $1.24 | $231.87 | |
| 02/04/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 185.000 | $1.25 | $236.20 | |
| 02/04/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 306.000 | $1.24 | $384.39 | |
| 02/09/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 408.000 | $1.22 | $502.71 | |
| 02/11/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 449.000 | $1.25 | $566.20 | |
| 02/11/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 454.000 | $1.25 | $572.45 | |
| 02/11/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 460.000 | $1.25 | $579.95 | |
| 02/11/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 675.000 | $1.24 | $841.95 | |
| 02/11/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 1,672.000 | $1.25 | $2,094.95 | |
| 02/14/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 1,366.000 | $1.30 | $1,780.75 | |
| 02/14/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 4,987.000 | $1.30 | $6,488.05 | |
| 02/14/22 | META MATLS INC PFD SER A | 59134N203 | SELL | 5,000.000 | $1.30 | $6,494.36 | |
| 02/15/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 2,000.000 | $1.29 | $2,584.95 | |
| 02/15/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 2,325.000 | $1.29 | $3,004.20 | |
| 02/16/22 | META MATLS INC PFD SER A | 59134N203 | SELL | 5,000.000 | $1.60 | $7,994.35 | |
| 02/17/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 900.000 | $1.79 | $1,615.95 | |
| 02/18/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 3.000 | $1.80 | $10.35 | |
| 02/18/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 100.000 | $1.75 | $179.95 | |
| 02/18/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 724.000 | $1.82 | $1,322.63 | |
| 02/18/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 800.000 | $1.81 | $1,452.95 | |
| 02/18/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 900.000 | $1.81 | $1,633.95 | |
| 02/18/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 1,000.000 | $1.80 | $1,804.95 | |
| 02/18/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 1,000.000 | $1.81 | $1,814.95 | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

| | | |
|---|---|---|
| MORGAN STANLEY DOMESTIC HOLDINGS, INC.<br>E*TRADE SECURITIES LLC<br>PO BOX 484<br>JERSEY CITY, NJ 07303-0484 | Account No:<br>Account Name:<br>Recipient's TIN:<br><br>Account Executive No:<br><br>ORIGINAL: | 50217824<br>MARK D SORAPARU<br>***-**-2362<br><br>ET1<br><br>12/31/2022 |

## DETAILS OF 2022 INVESTMENT ACTIVITY, CONTINUED

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 02/18/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 1,000.000 | $1.77 | $1,774.95 | |
| 02/18/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 1,277.000 | $1.82 | $2,329.09 | |
| 02/24/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 399.000 | $1.74 | $699.21 | |
| 02/25/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 333.000 | $1.79 | $601.02 | |
| 03/07/22 | META MATLS INC PFD SER A | 59134N203 | SELL | 100.000 | $1.71 | $166.03 | |
| 03/07/22 | META MATLS INC PFD SER A | 59134N203 | SELL | 2,900.000 | $1.70 | $4,929.59 | |
| 03/07/22 | META MATLS INC PFD SER A | 59134N203 | SELL | 5,000.000 | $1.84 | $9,194.35 | |
| 03/10/22 | META MATLS INC PFD SER A | 59134N203 | SELL | 2,700.000 | $1.79 | $4,827.67 | |
| 03/15/22 | META MATLS INC PFD SER A | 59134N203 | SELL | 20,032.000 | $1.60 | $32,043.48 | |
| 03/18/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 1,101.000 | $1.54 | $1,700.49 | |
| 03/18/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 3,899.000 | $1.55 | $6,048.40 | |
| 03/18/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 3,900.000 | $1.46 | $5,698.95 | |
| 03/18/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 5,000.000 | $1.58 | $7,904.95 | |
| 03/25/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 4,612.000 | $1.52 | $7,015.19 | |
| 03/25/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 5,670.000 | $1.52 | $8,623.35 | |
| 04/28/22 | META MATLS INC PFD SER A | 59134N203 | SELL | 325.000 | $1.30 | $417.50 | |
| 05/06/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 330.000 | $1.26 | $420.75 | |
| 06/21/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 314.000 | $1.59 | $504.21 | |
| 06/21/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 323.000 | $1.52 | $495.91 | |
| 06/24/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 57.000 | $1.51 | $86.07 | |
| 06/24/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 600.000 | $1.52 | $916.95 | |
| 06/27/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 944.000 | $1.58 | $1,496.47 | |
| 06/30/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 1,575.000 | $1.55 | $2,446.20 | |
| 07/18/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 1,679.000 | $1.60 | $2,691.35 | |
| 07/18/22 | META MATLS INC PFD SER A | 59134N203 | PURCHASE | 3,025.000 | $1.56 | $4,723.95 | |
| 01/06/22 | PLUS THERAPEUTICS INC COMMON STOCK | 72941H400 | PURCHASE | 5,032.000 | $1.40 | $7,044.80 | |
| 01/11/22 | PLUS THERAPEUTICS INC COMMON STOCK | 72941H400 | SELL | 5,032.000 | $1.02 | $5,134.48 | |
| 01/11/22 | RELIANCE GLOBAL GROUP INC COMMON STOCK | 75946W207 | PURCHASE | 618.000 | $8.30 | $5,129.40 | |
| 01/12/22 | RELIANCE GLOBAL GROUP INC COMMON STOCK | 75946W207 | PURCHASE | 626.000 | $8.30 | $5,195.80 | |
| 01/12/22 | RELIANCE GLOBAL GROUP INC COMMON STOCK | 75946W207 | SELL | 618.000 | $8.40 | $5,191.09 | |
| 01/14/22 | RELIANCE GLOBAL GROUP INC COMMON STOCK | 75946W207 | PURCHASE | 303.000 | $8.35 | $2,530.05 | |
| 01/14/22 | RELIANCE GLOBAL GROUP INC COMMON STOCK | 75946W207 | SELL | 100.000 | $8.30 | $829.98 | |
| 01/14/22 | RELIANCE GLOBAL GROUP INC COMMON STOCK | 75946W207 | SELL | 100.000 | $8.48 | $847.98 | |
| 01/14/22 | RELIANCE GLOBAL GROUP INC COMMON STOCK | 75946W207 | SELL | 100.000 | $8.57 | $856.98 | |
| 01/18/22 | RELIANCE GLOBAL GROUP INC COMMON STOCK | 75946W207 | PURCHASE | 100.000 | $8.59 | $859.00 | |
| 01/18/22 | RELIANCE GLOBAL GROUP INC COMMON STOCK | 75946W207 | PURCHASE | 475.000 | $8.75 | $4,156.25 | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.