NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: **Meta Materials INC**
Case Number: **24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Grant Wells
   4340 Kaikala st.
   Kilauea, HI 96754

   Telephone Number: 808-482-1031

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   **DEC 19 2024**
   **U.S. BANKRUPTCY COURT**
   **MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b)herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: **3973-5659**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   Charles Schawb

   Telephone Number: 800-435-4000

3. Date Equity Interest was acquired:
   06/29/2021    11/23/2022
   08/09/2021
   05/03/2022

4. Total amount of member interest: __18__  $6,572.52

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☑ I am the creditor.    ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Grant Wells
   Title:
   Company:___ Address and telephone number (if different from notice address above):

   (Signature) /s/ Grant Wells    (Date) 12/2/2024

   Telephone number: 808-482-1031    email: gorillaw@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Positions


Joint Tenant ...659

☑ Group by Security Type   ☑ Condensed Table View

## Account Summary

| Total Accounts Value | Total Cash & Cash Investd | Total Market Value | Total Day Change | Total Cost Basis | Total Gain/Loss[2] |
|---|---|---|---|---|---|
| $13,436.93 | $7,695.64 | $5,741.29 | +$24.18 (+0.18%) | $17,271.31 | -$11,530.02 (-66.76%) |

## Positions Details *

| Symbol ↑ | | Name | Qty | Price | $ Price Chng | Mkt Val | $ Day Chng | Cost Basis | |
|---|---|---|---|---|---|---|---|---|---|
| ▼ Equities | | | | | | | | | |
| AMC | ≡∨ | AMC ENTMT HLDGS IN... | 21 | $5.00 | +$0.05 | $105.32 | +$1.37 | $4,608.29 | |
| FE | ≡∨ | FIRSTENERGY CORP | 25 | $41.90 | -$0.65 | $1,046.88 | -$16.88 | $1,112.00 | |
| GME | ≡∨ | GAMESTOP CORP NEW... | 50 | $27.47 | -$1.58 | $1,377.60 | -$74.90 | $1,800.00 | |
| MMATQ | ≡∨ | META MATLS INC CLAS... | 18 | $0.061 | +$0.00 | $1.10 | +$0.00 | $6,572.52 | |
| TSLA | ≡∨ | TESLA INC | 9 | $356.3943 | +$11.2343 | $3,210.39 | +$103.95 | $3,178.50 | |
| Total Equities | | | | | | $5,741.29 | +$13.54 | $17,271.31 | -$ |
| ▼ Cash & Money Market | | | | | | | | | |
| Cash & Cash Investments[1] | | | | | | $7,695.64 | +$10.63 | — | |
| Total Cash & Money Market | | | | | | $7,695.64 | +$10.63 | N/A | |
| Account Total | | | | | | $13,436.93 | +$24.17 | $17,271.31 | -$ |

## Disclosures & Footnotes

Equities market data is provided from multiple sources including but not limited to Cboe One, Nasdaq Basic/Last Sale and the National Market System Plan.

For Mutual Funds, the Net Asset Value (NAV) is a daily calculation occurring after market close. This process may take 2 to 4 hours before a final NAV is displayed to t

Mutual fund values for Day Change and Price Change will be reset to zero approximately 4 hours before market open on Monday, and approximately 1 hour before m Change and Price Change will appear if there is a valid value to present. If there is no quote, Day Change and/or Price Change values will show N/A.

Option quotes are delayed for non-paying professional users or clients of unknown status.

Options data is provided by the Options Price Reporting Authority.

Streaming quotes may update as frequently as once per second. Streaming may be disabled to maintain system performance.

* Streamed data includes Price, Price Change, 52 Week High, 52 Week Low and Volume.

Quantity, Market Value, Day Change, Gain/Loss, % of Account, Intrinsic Value, In the Money, Cost Basis, Margin Requirement, and Cost/Share update every 5 minute

To update your streaming preferences, go to Profile and then go to Streaming Quotes.

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they make available; (2) do not either to their negligence or to any cause beyond their reasonable control.

1. The Cash Balance or Total Cash value reflects the aggregate amount of your bank account(s), money market funds, unswept or intra-day cash, credit or debit balan at one or more FDIC-insured banks (collectively, the "Program Banks"). Brokerage products and services (including unswept or intra-day cash, net credit or debit balar Co., Inc. (Member SIPC) are not deposits or obligations of the Program Banks, are subject to investment risk, are not FDIC insured, may lose value, and are not Progr Schwab Bank, SSB, Charles Schwab Premier Bank, SSB, and Charles Schwab Trust Bank are separate entities and are all affiliates of The Charles Schwab Corporat has been accrued since the last interest payment was made to your account.

2. The Real Time Gain/Loss calculation is provided for informational purposes only and is an estimate of your unrealized daily gains or losses. It does not include all th your tax gains or losses or for reporting these gains or losses on your tax return, and are not binding on the IRS.

(0423-3S3E, 1023-3N02)

Today's Date: 02:10 PM ET, 12/02/2024

Check the background of Charles Schwab or one of its investment professionals on FINRA'S BrokerCheck.

## Transaction History for Joint Tenant ...659

## Transactions found from 12/06/2020 to 12/06/2024

| Date ▼ | Action | Symbol / Description | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|
| 01/29/2024 | Reverse Split | MMAT META MATLS INC | 18 | | | |
| 11/23/2022 | Buy | MMAT META MATLS INC | 1,000 | $1.8287 | | -$1,828.70 |
| 05/03/2022 | Buy | MMAT META MATLS INC | 100 | $1.25 | | -$125.00 |
| 05/03/2022 | Buy | MMAT META MATLS INC | 400 | $1.25 | | -$500.00 |
| 08/09/2021 | Buy | MMAT META MATLS INC | 6 | $3.67 | | -$22.02 |
| 06/30/2021 | Cash In Lieu | MMAT META MATLS INC | | | | $3.39 |
| 06/29/2021 | Reverse Split | MMAT META MATLS INC | 251 | | | |

Page Total: -$2,472.33

Intra-day transactions are subject to change.

Brokerage Account Balances are from the previous market close, but also may include new activity that will be posted to your account at after market close. Balances are subject to change.

Bank sweep information can be found on your Statements. Current Balance bank sweep information can be found on the Balances page.

(1123-3U5Y, 0924-CLCV)