NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: Meta Materials, Inc.
Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

ZAHIR RAWJI
135 PINE DR.
INTERLACHEN, FL 32148

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number: 602-708-9367

RECEIVED AND FILED
DEC 19 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
**520 569574 and 572 843590**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

E*TRADE Securities LLC 671 North Glebe Road Arlington, VA 22203

Telephone Number: (800) 387-2331

3. Date Equity Interest was acquired:
VARIOUS DATES
SEE ATTACHED DOCS.

4. Total amount of member interest: 150 MMAT. 4350 MMTLP
5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Zahir Rawji
Title:
Company: Address and telephone number (if different from notice address above):

(Signature)   12/14/24 (Date)

Telephone number: 6027089367   email: zee.rawji@aol.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

**CLIENT STATEMENT** | For the Period November 1-30, 2024

Account Detail | Self-Directed Retirement Account  ZAHIR RAWJI
520-569574-206
Roth IRA

## STOCKS

### COMMON STOCKS

Morgan Stanley & Co. LLC (Morgan Stanley) and Morningstar, Inc.'s equity research ratings are shown for certain securities. These ratings represent the opinions of the research provider and are not representations or guarantees of performance. The applicable research report contains more information regarding the analyst's opinions, analysis, and rating, and you should read the entire research report and not infer its contents. For ease of comparison, Morgan Stanley and Morningstar, Inc.'s equity research ratings have been normalized to a 1 (Buy), 2 (Hold), and 3 (Sell). Refer to your June or December statement for a summary guide describing the ratings. We do not take responsibility for, nor guarantee the accuracy, completeness, or timeliness of research prepared for Morningstar, Inc.

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| BTCS INC NEW (BTCS) | 16.077 | $3.560 | $86.13 | $57.23 | $(28.90) | — | — |
| Asset Class: Equities | | | | | | | |
| CARNIVAL CP NEW PAIRED COM (CCL) | 206.000 | 25.430 | 5,639.48 | 5,238.58 | (400.90) | — | — |
| Rating: Morgan Stanley: 3, Morningstar: 2; Asset Class: Equities | | | | | | | |
| CLPS INCORPORATION (CLPS) | 80.000 | 1.110 | 251.95 | 88.80 | (163.15) | — | — |
| Asset Class: Equities | | | | | | | |
| COINSILIUM GROUP LTD (CINGF) | 17,510.000 | 0.055 | 5,456.43 | 958.05 | (4,498.40) | — | — |
| Asset Class: Equities | | | | | | | |
| CURALEAF HLDGS INC SUB VTG (CURLF) | 430.000 | 1.927 | 7,170.46 | 828.61 | (6,341.85) | — | — |
| Rating: Morningstar: 1; Asset Class: Equities | | | | | | | |
| DOLPHIN ENTERTAINMENT INC (DLPN) | 10.000 | 1.120 | 86.50 | 11.20 | (75.30) | — | — |
| Asset Class: Equities | | | | | | | |
| FM4 NXTBRG HYDROCARBONS CONTRA | 4,300.000 | N/A | 215.95 | N/A | N/A | — | — |
| Asset Class: Equities | | | | | | | |
| FORESIGHT AUTONOMOUS HLDGS ADR (FRSX) | 40.000 | 0.636 | 1,045.14 | 25.44 | (1,019.70) | — | — |
| Asset Class: Equities | | | | | | | |
| GLOBAL ARENA HLDG INC NEW (GAHC) | 9,334.000 | 0.000 | 618.20 | 1.87 | (616.34) | — | — |
| Asset Class: Equities | | | | | | | |
| META MATERIALS INC NEW (MMATQ) | 111.000 | 0.061 | 44,557.25 | 6.77 | (44,313.47) | — | — |
| Asset Class: Equities | | | | | | | |
| PETROS PHARMACEUTICALS INC NEW (PTPI) | 5.000 | 0.274 | 69.34 | 1.37 | (67.97) | — | — |
| Asset Class: Equities | | | | | | | |
| TILRAY BRANDS INC (TLRY) | 22.000 | 1.340 | 166.95 | 29.48 | (137.47) | — | — |
| Rating: Morningstar: 1; Asset Class: Equities | | | | | | | |
| **COMMON STOCKS** | | | **$65,363.78** | **$7,247.40** | **$(57,663.45)** | — | — |

# E✱TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period October 1- November 30, 2024

Page 6 of 8

**Account Detail**  Self-Directed Brokerage Account  ZAHIR RAWJI TOD
572-843590-210  SUBJECT TO STA RULES

## STOCKS
### COMMON STOCKS

Morgan Stanley & Co. LLC (Morgan Stanley) and Morningstar, Inc.'s equity research ratings are shown for certain securities. These ratings represent the opinions of the research provider and are not representations or guarantees of performance. The applicable research report contains more information regarding the analyst's opinions, analysis, and rating, and you should read the entire research report and not infer its contents. For ease of comparison, Morgan Stanley and Morningstar, Inc.'s equity research ratings have been normalized to a 1 (Buy), 2 (Hold), and 3 (Sell). Refer to your June or December statement for a summary guide describing the ratings. We do not take responsibility for, nor guarantee the accuracy, completeness, or timeliness of research prepared for Morningstar, Inc.

| Security Description | | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|---|
| COINSILIUM GROUP LTD (CINGF) | | 7,000.000 | $0.055 | $2,436.75 | **$383.00** | $(2,053.76) | — | — |
| *Asset Class: Equities* | | | | | | | | |
| FM4 NXTBRG HYDROCARBONS CONTRA | | 50.000 | N/A | 269.00 | **N/A** | N/A | — | — |
| *Asset Class: Equities* | | | | | | | | |
| FORD MOTOR CO NEW (F) | Purchases | 7.001 | 11.130 | 86.57 | 77.92 | (8.65) | | |
| | Reinvestments | 1.311 | | 16.01 | 14.59 | (1.42) | | |
| | Total | 8.312 | | 102.58 | **92.51** | (10.07) | 4.99 | 5.39 |
| *Rating: Morgan Stanley: 2, Morningstar: 1; Next Dividend Payable 12/02/24; Asset Class: Equities* | | | | | | | | |
| GAUCHO GROUP HOLDINGS INC (VINOQ) | | 1.000 | 0.630 | 49.08 | **0.63** | (48.45) | — | — |
| *Asset Class: Equities* | | | | | | | | |
| GEOVAX LABS INC (GOVX) | | 2.000 | 2.640 | 50.05 | **5.28** | (44.77) | — | — |
| *Asset Class: Equities* | | | | | | | | |
| INDUSTRIAL NANOTECH INC (INTK) | | 10,000.000 | 0.000 | 136.70 | **0.01** | 0.00 | — | — |
| *Asset Class: Equities* | | | | | | | | |
| META MATERIALS INC NEW (MMATQ) | | 44.000 | 0.061 | 5,213.36 | **2.68** | (5,027.61) | — | — |
| *Asset Class: Equities* | | | | | | | | |
| NANO DIMENSION LTD ADR (NNDM) | | 15.000 | 2.160 | 49.23 | **32.40** | (16.83) | — | — |
| *Asset Class: Equities* | | | | | | | | |
| OUSTER INC NEW (OUST) | | 3.000 | 9.880 | 40.00 | **29.64** | (10.36) | — | — |
| *Asset Class: Equities* | | | | | | | | |
| PERMIAN BASIN RLTY TR UNIT BI (PBT) | Purchases | — | 13.520 | — | — | — | | |
| | Reinvestments | 0.019 | | 0.42 | 0.26 | (0.16) | | |
| | Total | 0.019 | | 0.42 | **0.26** | (0.16) | 0.01 | 3.85 |
| *Next Dividend Payable 12/13/24; Asset Class: Equities* | | | | | | | | |
| QUANTA INC | | 1,225.000 | N/A | 106.71 | **N/A** | N/A | — | — |
| *Asset Class: Equities* | | | | | | | | |

## Attachment to Form NVB 3001 - Proof of Interest

### Securities Information

1. **Equity Interests in Meta Materials, Inc. (MMAT):**

    o **Securities Purchased:**
    - Acquired on various dates between **February 16, 2021**, and **June 28, 2023**.
    
    o **Ending Balance of Securities** (as of **November 30, 2024**):
    - **Account 9574: 111 shares** (reflecting post-reverse split adjustment). Cost: $44,557.25 and FM4 NXTBRG hydrocarbons contra allocation of 4,300 shares.
    - **Account 3590: 44 shares** (reflecting post-reverse split adjustment). Cost: $5,213.36 and FM4 NXTBRG hydrocarbons contra allocation of 50 shares.

### Supporting Information

- The securities reflect ownership of common stock in Meta Materials, Inc.
- The reverse stock split of 1-for-100, effective **January 29, 2024**, has been applied to the above balances.
- Detailed transaction history and brokerage statements for both accounts are available upon request to verify purchase dates and share quantities.

Meta Materials, Inc. (MMAT) remains liable for these shares, which were distributed to TRCH shareholders. The estimated loss in December 2022, due to E*TRADE's inability to process sell orders, was $10 million. Therefore, MMAT and its Board of Directors are responsible for this loss.

### Declaration

The information provided herein is accurate to the best of my knowledge and supports the claim of equity interest in Meta Materials, Inc.

*[Signature]*
Zahid Rawji
60270-9367