NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| **Name of Debtor:** Meta Materials Inc. | **Case Number:** 24-50792-hlb | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   JOEL COLE
   2536 COLE Rd
   LAKE ORION, MI 48362

   Telephone Number: (504) 606-6016

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC 19 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   **COURT USE ONLY**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only): 28Z86577 (ML), 21J07T82 )ML), 11226548 (TS) | Check here if this Proof of Interest:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br>Merril Lynch (ML), 230 Vesey St., New York NY 10080<br>Tradestation (TS) 8050 SW 10th St. St. 2000, Plantation, FL 33324<br>Telephone Number: 800-483-7283 (ML) / 800-700-4049 (TS) | 3. Date Equity Interest was acquired:<br>6/28/21, 9/20/21, 10/18/21, 4/14/22, 6/13/22, 7/7/22, 11/10/22, 12/7/22, 12/20/22, 1/10/23, 2/7/23 |
| 4. Total amount of member interest: 2,464 | 5. Certificate number(s): _____ |

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ■ I am the interest holder.   ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: Joel Cole
   Title: Investor
   Company: Address and telephone number (if different from notice address above):
   2536 Cole Rd
   Lake Orion, MI 48362

   (Signature) /s/ Joel Cole     (Date) 12/13/2024
   Telephone number: 5046066016   email: joel.cole@protonmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| STATEMENT PERIOD | June 30 2021 |
|---|---|
| THROUGH | July 30 2021 |
| ACCOUNT NUMBER | 11226548 |



**TradeStation Securities**
8050 SW 10th Street, Suite 2000
Plantation, FL 33324

Page 2 of 4

## Your Portfolio Holdings

### Cash and Cash Equivalents

| Description | Market Value |
|---|---|
| Cash Balance | 13.91 |
| **Total Cash and Cash Equivalents** | **$13.91** |

### Equities

| Description | Symbol/Cusip | Account | | | Market Value |
|---|---|---|---|---|---|
| META MATLS INC | MMAT | Cash | 306.000 | 3.500000 | 1,071.00 |
| META MATLS INC | 59134& | Cash | 514.000 | 0.001000 | 0.51 |
| **Total Equities and Options** | | | | | **$1,071.51** |
| **TOTAL MARKET VALUE OF PRICED SECURITIES** | | | | | **$1,071.51** |

### Fully Paid Lending Position Detail

| Description | Symbol/Cusip | Accrued Interest |
|---|---|---|
| META MATLS INC | MMAT | 9.13 |
| **Total Accrued Interest** | | 9.13 |

As a participant in TradeStation's Fully Paid Lending Program (the "Program"), the activity reflected above shows the Accrued Interest earned this month for your Fully Paid Lending positions as of the date of this statement. You may sell shares being loaned at any time. Accrued Interest reflects interest that is accrued daily and posted to your account monthly. Any and all activity referenced in this section of the statement is conducted pursuant to the Master Securities Lending Agreement and Risk Disclosures to which you agreed and acknowledged at the time you entered the Program.



**MERRILL**
A BANK OF AMERICA COMPANY

JOEL COLE                                      Account Number: 28Z-86577

## *YOUR CMA ASSETS*

July 01, 2021 - July 30, 2021

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 0.61 | 0.61 | | .61 | | |
| +ML DIRECT DEPOSIT PROGRAM | 1.00 | 1.00 | 1.0000 | 1.00 | | .01 |
| +FDIC INSURED NOT SIPC COVERED | | | | | | |
| **TOTAL** | | | 1.61 | 1.61 | | |

| PREFERRED STOCKS Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| META MATERIALS INC | N/A | 1,126.0000 | N/A | N/A | N/A | N/A | | |
| NEW MONEY ZERO% DEC 31 2099 MOODY'S: *** S&P: *** CUSIP: 59134N203 | | | | | | | | |

**PLEASE REFER TO NOTES BELOW FOR INFORMATION REGARDING CREDIT RATINGS.**

| EQUITIES Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| META MATERIALS INC | MMAT | 563.0000 | 2,106.92 | 3.5000 | 1,970.50 | (136.42) | |
| **TOTAL** | | | 2,106.92 | | 1,970.50 | (136.42) | |

Equity Cost Basis details are available on the Statements and Documents page of www.merrilledge.com.

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **TOTAL** | 2,108.53 | 1,972.11 | (136.42) | | |

**Notes**
Total values exclude N/A items
For Credit Ratings: S&P and Moody's provide credit ratings on the credit quality of certain bonds and preferred stocks. For a credit enhanced security, Moody's and S&P publish and provide third party vendors the higher of the rating on the credit enhancer (guarantor) or the stand alone rating on the underlying security.

+



**MERRILL**
A BANK OF AMERICA COMPANY

BANK OF AMERICA, N.A., TTEE    Account Number: 21J-07T82

## YOUR SDB ACCOUNT BANK DEPOSIT INTEREST SUMMARY

March 01, 2023 - March 31, 2023

| Money Account Description | Opening Balance | Average Deposit Balance | Current Yield% | Interest on Deposits | Closing Balance |
|---|---|---|---|---|---|
| Bank of America, N.A. | 6 | 165 | 1.06 | 0.15 | 215 |
| **TOTAL** ML Bank Deposit Program | 6 | | | 0.15 | 215 |

## YOUR SDB ACCOUNT ASSETS

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 0.67 | 0.67 | | .67 | | |
| +ML BANK DEPOSIT PROGRAM | 215.00 | 215.00 | 1.0000 | 215.00 | 2 | 1.06 |
| +FDIC INSURED NOT SIPC COVERED | | | | | | |
| **TOTAL** | | 215.67 | | 215.67 | 2 | 1.06 |

| EQUITIES Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| BROWN FORMAN CORP CL A     CURRENT YIELD 1.260% | BFA | 6.0000 | 392.64 | 65.1900 | 391.14 | (1.50) | 5 |
| HARLEY DAVIDSON INC WIS     CURRENT YIELD 1.738% | HOG | 10.0000 | 450.25 | 37.9700 | 379.70 | (70.55) | 7 |
| META MATERIALS INC | MMAT | 469.0000 | 1,439.66 | 0.4076 | 191.17 | (1,248.49) | |
| SMITH & WESSON BRANDS INC CURRENT YIELD 3.249% | SWBI | 51.0000 | 1,117.93 | 12.3100 | 627.81 | (490.12) | 22 |
| **TOTAL**     YIELD 2.14% | | | 3,400.48 | | 1,589.82 | (1,810.66) | 34 |

Equity Cost Basis details are available on the Statements and Documents page of www.benefits.ml.com.