NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials Inc.

**Case Number:** 24-50792-hlb

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Richard L Leur Jr
10218 N Summerlin
Conroe, TX 77302

**Telephone Number:** 713-498-0035

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

DEC 19 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**
X51985872

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Fidelity Investments PO Box 770001
Cincinnati, OH 45277-0002

**Telephone Number:** 800-343-3548

**3. Date Equity Interest was acquired:** 11/02/2022

**4. Total amount of member interest:** 73

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:**

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Richard L Leur Jr
Title: Individual
Company:___ Address and telephone number (if different from notice address above):
_____
_____

(Signature)   12/13/2024  (Date)

Telephone number: 713-498-0035   email: rickleur@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



INVESTMENT REPORT
November 1, 2024 - November 30, 2024

## Holdings

Account # X51-985872
RICHARD L LEUR JR - INDIVIDUAL - TOD

### Stocks (continued)

| Description | Beginning Market Value Nov 1, 2024 | Quantity Nov 30, 2024 | Price Per Unit Nov 30, 2024 | Ending Market Value Nov 30, 2024 | Total Cost Basis | Unrealized Gain/Loss Nov 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| GLOBAL TECH IND GROUP RESTRICTED | unavailable | 1,351.000 | - | unavailable | unknown | unknown | - |
| GLOBAL TECH INDS GROUP INC COM | 479.82 | 19,193.000 | 0.0301 | 577.70 | 63,003.02 | -62,425.32 | - |
| META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 (MMATQ) | 5.18 | 73.000 | 0.0610 | 4.45 | 2,757.40 | -2,752.95 | - |
| Total Common Stock (100% of account holdings) | $22,727.29 | | | $28,082.92 | $119,240.21 | -$91,157.29 | |
| Total Stocks (100% of account holdings) | $22,727.29 | | | $28,082.92 | $119,240.21 | -$91,157.29 | |

**Total Holdings**  $28,108.86   $119,240.21   -$91,157.29   $0.00

*All positions held in cash account unless indicated otherwise.*

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 11/07 | GAMESTOP CORPORATION COM USD0.001 CLASS A | 36467W109 | You Bought | 21.000 | $23.70390 | - | -$497.78 |
| 11/15 | GAMESTOP CORPORATION COM USD0.001 CLASS A | 36467W109 | You Bought | 18.000 | 27.45990 | - | -494.28 |
| 11/27 | GAMESTOP CORPORATION COM USD0.001 CLASS A | 36467W109 | You Bought | 32.000 | 30.66000 | - | -981.12 |

< Accounts

# All accounts

Overview ⌄                                                                 As of Dec-13-2024 4:34 a.m. ET

| Symbol | Last Price | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | Current Value | % of Account | Quantity | Average Cost Basis | Cost Basis Total | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MCKESSON Stock** X519656272 | | | | | | | | | | | | |
| FNGR FINGERMOTION INC C | $2.04 | +$0.07 | +$584.65 | +3.05% | -$7,390.08 | -30.26% | $17,044.20 | 60.71% | 8,355 | $2.92 | $24,434.88 | $1.51 — $4.50 |
| GME GAMESTOP CORP NEW | $28.75 | -$0.22 | -$47.74 | -0.76% | -$700.30 | -12.82% | $6,238.75 | 22.22% | 217 | $25.48 | $6,929.37 | $9.57 — $64.33 |
| GNS GENIUS GROUP LTD | $0.705 | -$0.0398 | -$234.49 | -5.35% | -$16,328.70 | -81.13% | $3,799.24 | 13.53% | 5,389 | $3.74 | $20,128.94 | $0.51 — $2.49 |
| GTII GLOBAL TECH INDS G | $0.02 | -$0.0178 | -$341.64 | -47.09% | -$52,619.16 | -99.40% | $383.86 | 1.37% | 19,193 | $3.29 | $53,003.02 | $0.00 — $2.48 |
| DJT TRUMP MEDIA &TECH | $36.20 | -$0.03 | -$0.38 | -0.09% | -$108.00 | -22.80% | $362.00 | 1.29% | 10 | $46.80 | $468.00 | $11.75 — $79.38 |
| ZJYL JIN MED INTL LTD SH | $0.7599 | -$0.0329 | -$8.67 | -0.42% | -$3,198.73 | -92.90% | $244.08 | 0.87% | 322 | $10.69 | $3,443.41 | $1.35 — $22.49 |
| FCASH HELD IN FCASH | | | | | | | $1.13 | 0.00% | | | | |
| MMATQ | | $0.00 | $0.00 | 0.00% | -$2,757.40 | -100.00% | $0.00 | 0.00% | 73 | $37.77 | $2,757.40 | |

### META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Nov-30-2023 | Long | -$502.44 | -100% | $0.00 | 49.403 | $10.17 | $502.44 |
| Apr-18-2023 | Long | -$67.74 | -100% | $0.00 | 3.039 | $22.29 | $67.74 |
| Apr-18-2023 | Long | -$135.00 | -100% | $0.00 | 6.077 | $22.31 | $135.00 |
| Apr-18-2023 | Long | -$22.53 | -100% | $0.00 | 1.013 | $22.24 | $22.53 |
| Nov-14-2022 | Long | -$988.68 | -100% | $0.00 | 6.746 | $146.59 | $988.68 |
| Nov-07-2022 | Long | -$995.40 | -100% | $0.00 | 6.381 | $155.99 | $995.40 |
| Nov-03-2022 | Long | -$44.81 | -100% | $0.00 | 0.335 | $133.76 | $44.81 |

| 379CNT074 GLOBAL TECH IND GR | | | | | | | 0.00% | 1,351 | | | |
| **Account Total** | | | | -$27.99 | -0.10% | -$91,682.29 | -78.55% | $28,073.16 | | | | |

Securities Priced Today    $0.00
Securities Not Priced    -$27.99
  Today
Some securities, such as mutual funds, are not priced until after the market closes.

**ROTH IRA**  233773757