NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| **Name of Debtor:** Meta Materials Inc. | **Case Number:** 24-50792- | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Robert Nelson
   3927 Vineyard Dr.
   Houston, TX 77082

   Telephone Number: 832-898-2558

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 19 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only): ████3055 | Check here if this Proof of Interest: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   Robinhood Securities, LLC
   85 Willow Rd. Menlo Park, CA 94025

   Telephone Number: 650-761-7789

3. **Date Equity Interest was acquired:**
   6/28/2021

4. Total amount of member interest: 34

5. Certificate number(s): _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ■ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
■ I am the interest holder.    ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Robert Nelson
Title: _____
Company: ___ Address and telephone number (if different from notice address above): _____

(Signature)    12/15/24 (Date)

Telephone number: 832-898-2558    email: 762troy@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION**
**CASE: 24-50792, META MATERIALS, INC.**
**FOR: ROBERT NELSON**

**BROKER: Robinhood Securities, LLC**
**ACCT #: 404343055**
**TRANSACTIONS (Pre-Reverse Split)**

| DATE | SHARES PURCHASED | Price/share | Total invested |
|---|---|---|---|
| 6/16/21 | 51.629502 | $5.83 | $301.00 |
| 6/28/21 | Merger reverse split | | |
|  | 25    new shares | | |
| 7/6/21 | 50.143266 | $6.98 | $350.00 |
| 7/19/21 | 15.988372 | $3.44 | $55.00 |
| 2/28/22 | 2717.391304 | $1.84 | $5,000.00 |
| 2/28/22 | 2.538715 | $1.97 | $5.00 |
| 3/1/22 | 38.901601 | $2.18 | $84.81 |
| 3/1/22 | 0.087155 | $2.18 | $0.19 |
| 1/3/23 | 1.762114 | $1.13 | $2.00 |
| 5/22/23 | 11 | $0.26 | $2.91 |
| 8/28/23 | 17 | $0.23 | $3.86 |
| 11/2/23 | 31 | $0.12 | $3.61 |
| 12/5/23 | 555 | $0.07 | $40.96 |

TOTAL SHARES HELD PRE-REVERSE SPLIT:        3465.81253
TOTAL MONIES INVESTED PRE-REVERSE SPLIT:  **$5,849.34**
**1/29/24    Reverse split; 34 NEW SHARES**

***See Transaction documentation attached.



85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/16/2021
**Robert Nelson** Account #:404343055
3927 Vineyard Dr , Houston, TX 77082

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 06/16/2021 | 06/18/2021 | M | $5.8300 | 51.629502 | $301.00 | $0.00 | $0.00 | $301.00 | OTC | 3 | U |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Quantity Bought:** | | 51.629502 | | **Total Dollars Bought:** | | $301.00 |
| **Total Quantity Sold:** | | 0 | | **Total Dollars Sold:** | | $0.00 |

&lt;  View MMAT

# Reverse split

Meta Materials

Account
Individual

Date received
Jun 28, 2021

Split amount
1 for 2

Previous shares
51.629502

New shares
25

A stock split occurs when a company divides its existing shares to either increase (forward split) or decrease (reverse split) the number of shares it has on the market. As a result, the number of shares you own has changed, but the overall market value of your position remains the same.

To learn more about splits and other corporate actions, visit our Help Center.

    



85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

07/06/2021
**ROBERT NELSON** Account #:404343055
3927 Vineyard Dr , Houston, TX 77082

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 07/06/2021 | 07/08/2021 | M | $6.9800 | 50.143266 | $350.00 | $0.00 | $0.00 | $350.00 | OTC | 3 | U |

| | | | |
|---|---|---|---|
| **Total Quantity Bought:** | 50.143266 | **Total Dollars Bought:** | $350.00 |
| **Total Quantity Sold:** | 0 | **Total Dollars Sold:** | $0.00 |



85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

07/19/2021
**ROBERT NELSON** Account #:404343055
3927 Vineyard Dr , Houston, TX 77082

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 07/19/2021 | 07/21/2021 | M | $3.4400 | 15.988372 | $55.00 | $0.00 | $0.00 | $55.00 | OTC | 3 | U |

**Total Quantity Bought:** 15.988372        **Total Dollars Bought:** $55.00

**Total Quantity Sold:** 0        **Total Dollars Sold:** $0.00



85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

02/28/2022
**ROBERT NELSON** Account #:404343055
3927 Vineyard Dr , Houston, TX 77082

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 02/28/2022 | 03/02/2022 | M | $1.8400 | 2,717.391304 | $5,000.00 | $0.00 | $0.00 | $5,000.00 | OTC | 3 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 02/28/2022 | 03/02/2022 | M | $1.9695 | 2.538715 | $5.00 | $0.00 | $0.00 | $5.00 | OTC | 3 | U |

**Total Quantity Bought:** 2,719.930019       **Total Dollars Bought:** $5,005.00

**Total Quantity Sold:** 0       **Total Dollars Sold:** $0.00


**Robinhood**

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

03/01/2022
**ROBERT NELSON** Account #:404343055
3927 Vineyard Dr , Houston, TX 77082

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 03/01/2022 | 03/03/2022 | M | $2.1800 | 38.901601 | $84.81 | $0.00 | $0.00 | $84.81 | OTC | 3 | U |
| Meta Materials MMAT CUSIP: 59134N104 | B | 03/01/2022 | 03/03/2022 | M | $2.1800 | 0.087155 | $0.19 | $0.00 | $0.00 | $0.19 | OTC | 3 | U |

**Total Quantity Bought:** 38.988756     **Total Dollars Bought:** $85.00

**Total Quantity Sold:** 0     **Total Dollars Sold:** $0.00



85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

01/03/2023
**ROBERT NELSON** Account #:404343055
3927 Vineyard Dr, Houston, TX 77082

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 01/03/2023 | 01/05/2023 | M | $1.1350 | 1.762114 | $2.00 | $0.00 | $0.00 | $2.00 | OTC | 3 | U |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Quantity Bought:** | | 1.762114 | | **Total Dollars Bought:** | | $2.00 |
| **Total Quantity Sold:** | | 0 | | **Total Dollars Sold:** | | $0.00 |



85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

05/22/2023
**ROBERT NELSON** Account #:404343055
3927 Vineyard Dr, Houston, TX 77082

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 05/22/2023 | 05/24/2023 | M | $0.2649 | 11 | $2.91 | $0.00 | $0.00 | $2.91 | OTC | 1 | U |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Quantity Bought:** | | 11 | | **Total Dollars Bought:** | | $2.91 |
| **Total Quantity Sold:** | | 0 | | **Total Dollars Sold:** | | $0.00 |


**Robinhood**

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

08/28/2023
**ROBERT NELSON** Account #:404343055
3927 Vineyard Dr, Houston, TX 77082

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 08/28/2023 | 08/30/2023 | M | $0.2271 | 17 | $3.86 | $0.00 | $0.00 | $3.86 | OTC | 1 | U |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Total Quantity Bought:** | | 17 | | | **Total Dollars Bought:** | | | $3.86 |
| **Total Quantity Sold:** | | 0 | | | **Total Dollars Sold:** | | | $0.00 |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

11/02/2023

**ROBERT NELSON** Account #:404343055

3927 Vineyard Dr, Houston, TX 77082

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 11/02/2023 | 11/06/2023 | M | $0.1165 | 31 | $3.61 | $0.00 | $0.00 | $3.61 | OTC | 1 | U |

| | | | | | |
|---|---|---|---|---|---|
| **Total Quantity Bought:** | | 31 | | **Total Dollars Bought:** | $3.61 |
| **Total Quantity Sold:** | | 0 | | **Total Dollars Sold:** | $0.00 |

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

12/05/2023
**ROBERT NELSON** Account #:404343055
3927 Vineyard Dr, Houston, TX 77082

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meta Materials MMAT CUSIP: 59134N104 | B | 12/05/2023 | 12/07/2023 | M | $0.0738 | 555 | $40.96 | $0.00 | $0.00 | $40.96 | OTC | 1 | U |

**Total Quantity Bought:** 555    **Total Dollars Bought:** $40.96

**Total Quantity Sold:** 0    **Total Dollars Sold:** $0.00

5:29

&lt;  View MMATQ

# Reverse split

Meta Materials

Account
Individual

Date received
Jan 29, 2024

Split amount
1 for 100

Previous shares
3,465.812527

New shares
34

A stock split occurs when a company divides its existing shares to either increase (forward split) or decrease (reverse split) the number of shares it has on the market. As a result, the number of shares you own has changed, but the overall market value of your position remains the same.

To learn more about splits and other corporate actions, visit our Help Center.

