NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** META MATERIALS

**Case Number:** 24-50792-hlb

**RECEIVED AND FILED**
**DEC 19 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   ERIK G. STARK
   5251 CHESTNUT LAKE DR
   JACKSONVILLE, FL 32258-2522

   **Telephone Number:** 904-610-8306

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**Account or other number by which Interest holder identifies Debtor:**
#6366-5914 (400 SHARES); #9603-4069 (250 SHARES)

**Check here if this claim:**
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   CHARLES SCHWAB

   **Telephone Number:** (877) 519-1403

3. **Date Equity Interest was acquired:**
   VARIOUS: FROM 06/22/2021 TO: 10/06/2023
   (SEE ATTACHED)

4. **Total amount of member interest:** 650 SHARES (TOTAL)

5. **Certificate number(s):** N/A

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** INVESTOR

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
   (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
   (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: ERIK G. STARK
Title: INVESTOR
Company: ___ Address and telephone number (if different from notice address above):

(Signature)   12/03/2024 (Date)

Telephone number: 904-610-8306   email: erik.stark@yahoo.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



Schwab One® Account of

ERIK G STARK
DESIGNATED BENE PLAN/TOD

Account Nickname
Personal Account  #6366-5914

Statement Period
November 1-30, 2024

## Positions - Equities (continued)

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---:|---:|---:|---:|---:|---|---:|---:|
| CYBL | CYBERLUX CORP | 475,000.0000 | 0.00670 | 3,182.50 | 8,505.20 | (5,322.70) | N/A | 0.00 | 14% |
| DRCR | DEAR CASHMERE HLDG CO | 15,000.0000 | 0.17000 | 2,550.00 | 4,966.51 | (2,416.51) | N/A | 0.00 | 11% |
| DBGI | DIGITAL BRANDS GROUP INC | 40.0000 | 0.11070 | 4.43 | 5,573.75 | (5,569.32) | N/A | 0.00 | <1% |
| DFLI | DRAGONFLY ENERGY HLDGS C | 111.0000 | 3.90000 | 432.90 | 2,060.00 | (1,626.67) | N/A | 0.00 | 2% |
| FERN | FERNHILL CORP | 2,591.0000 | 0.00060 | 1.55 | 3.95 | (2.40) | N/A | 0.00 | <1% |
| FNGR | FINGERMOTION INC | 1,500.0000 | 2.04000 | 3,060.00 | 7,968.84 | (4,908.84) | N/A | 0.00 | 13% |
| GTII | GLOBAL TECH INDS GROUP I | 4,000.0000 | 0.03010 | 120.40 | 3,286.64 | (3,166.24) | N/A | 0.00 | <1% |
| GVXXF | GOVIEX URANIUM INC  F | 10,000.0000 | 0.04078 | 407.80 | 1,819.00 | (1,411.20) | N/A | 0.00 | 2% |
| HPIL | HPIL HLDG | 200,000.0000 | 0.00000 | 0.00 | 786.95 | (786.95) | N/A | 0.00 | |
| ICOA | ICOA INC | 565,000.0000 | 0.00000 | 0.00 | 1,401.95 | (1,401.95) | N/A | 0.00 | |
| ILUS | ILUSTRATO PICTURES INTL | 250,000.0000 | 0.00309 | 772.50 | 24,235.65 | (23,463.15) | N/A | 0.00 | 3% |
| IGEX | INDO GLOBAL EXCHANGE | 230,000.0000 | 0.00070 | 161.00 | 1,026.85 | (865.85) | N/A | 0.00 | <1% |
| ITRM | ITERUM THERAPEUTICS PL F | 500.0000 | 2.02000 | 1,010.00 | 2,360.85 | (1,350.85) | N/A | 0.00 | 4% |
| JPEX | JPX GLOBAL INC | 300,000.0000 | 0.00000 | 0.00 | 2,655.95 | (2,655.95) | N/A | 0.00 | |
| LGIQ | LOGIQ INC | 10,000.0000 | 0.01620 | 162.00 | 2,213.79 | (2,051.79) | N/A | 0.00 | <1% |
| MJWL | MAJIC WHEELS CORP | 225,000.0000 | 0.00000 | 0.00 | 5,425.20 | (5,425.20) | N/A | 0.00 | |
| MMATQ | META MATLS INC | 400.0000 | 0.06100 | 24.40 | 60,788.30 | (60,763.90) | N/A | 0.00 | <1% |
| NLST | NETLIST INC | 1,000.0000 | 0.98500 | 985.00 | 4,409.90 | (3,424.90) | N/A | 0.00 | 4% |
| PSNY | POLESTAR AUTOMOTIVE HL F UNSPONSORED ADR 1 ADR REPS  1 ORD SHS | 600.0000 | 1.14000 | 684.00 | 4,487.65 | (3,803.65) | N/A | 0.00 | 3% |
| PUGE | PUGET TECHNOLOGIES INC | 200,000.0000 | 0.00000 | 0.00 | 712.90 | (712.90) | N/A | 0.00 | |
| RUM | RUMBLE INC | 200.0000 | 7.10000 | 1,420.00 | 2,023.90 | (603.90) | N/A | 0.00 | 6% |
| | WORLDWIDE DIVERSIFIED HL | 7,500.0000 | 0.00000 | 0.00 | 0.00 | 0.00 | N/A | 0.00 | |

## Lot Details: MMATQ – META MATLS INC CLASS EQUITY

🛒 Cost Basis Calculator   ❓ Help   ⬇ Export   🖨 Print

| Open Date | Quantity | Price | Cost/Share | Market Value | Cost Basis | Gain/Loss $ | Gain/Loss |
|---|---|---|---|---|---|---|---|
| 10/06/2023 | 100 | $0.061 | $21.57 | $6.10 | $2,157.00 | -$2,150.90 | -99.72 |
| 04/28/2023 | 97.85 | $0.061 | $18.79 | $5.97 | $1,838.12 | -$1,832.15 | -99.68 |
| 03/02/2023 | 1.85 | $0.061 | $60.18 | $0.11 | $111.34 | -$111.23 | -99.9 |
| 03/02/2023 | 0.15 | $0.061 | $60.20 | $0.01 | $9.03 | -$9.02 | -99.89 |
| 03/02/2023 | 0.15 | $0.061 | $60.20 | $0.01 | $9.03 | -$9.02 | -99.89 |
| 11/02/2022 | 25 | $0.061 | $133.00 | $1.52 | $3,325.00 | -$3,323.48 | -99.95 |
| 11/02/2022 | 15 | $0.061 | $134.50 | $0.92 | $2,017.50 | -$2,016.58 | -99.95 |
| 10/24/2022 | 10.2 | $0.061 | $89.99 | $0.62 | $917.90 | -$917.28 | -99.93 |
| 10/11/2022 | 1.45 | $0.061 | $80.96 | $0.09 | $117.39 | -$117.30 | -99.92 |
| 09/16/2022 | 1.7 | $0.061 | $80.00 | $0.10 | $136.00 | -$135.90 | -99.93 |
| 08/10/2022 | 11.35 | $0.061 | $93.00 | $0.69 | $1,055.55 | -$1,054.86 | -99.93 |
| 08/10/2022 | 4 | $0.061 | $92.99 | $0.24 | $371.96 | -$371.72 | -99.94 |
| 08/10/2022 | 0.65 | $0.061 | $92.97 | $0.04 | $60.43 | -$60.39 | -99.93 |
| 08/10/2022 | 0.65 | $0.061 | $93.00 | $0.04 | $60.45 | -$60.41 | -99.93 |
| 08/04/2022 | 1 | $0.061 | $92.00 | $0.06 | $92.00 | -$91.94 | -99.93 |
| 07/14/2022 | 29 | $0.061 | $91.99 | $1.77 | $2,667.71 | -$2,665.94 | -99.93 |
| 03/31/2022 | 10 | $0.061 | $165.00 | $0.61 | $1,650.00 | -$1,649.39 | -99.96 |
| 03/07/2022 | 3.25 | $0.061 | $159.00 | $0.20 | $516.75 | -$516.55 | -99.96 |
| 03/07/2022 | 1 | $0.061 | $159.00 | $0.06 | $159.00 | -$158.94 | -99.96 |
| 02/25/2022 | 5.75 | $0.061 | $180.00 | $0.35 | $1,035.00 | -$1,034.65 | -99.97 |
| 02/23/2022 | 7 | $0.061 | $160.00 | $0.43 | $1,120.00 | -$1,119.57 | -99.96 |
| 02/23/2022 | 3 | $0.061 | $160.00 | $0.18 | $480.00 | -$479.82 | -99.96 |
| 01/26/2022 | 10 | $0.061 | $166.00 | $0.61 | $1,660.00 | -$1,659.39 | -99.96 |

| Date | Qty | Price | Cost | Val | Total Cost | Gain/Loss | % |
|---|---|---|---|---|---|---|---|
| 01/25/2022 | 3.8 | $0.061 | $166.00 | $0.23 | $630.80 | -$630.57 | -99.96 |
| 01/25/2022 | 1.74 | $0.061 | $166.00 | $0.11 | $288.84 | -$288.73 | -99.96 |
| 01/25/2022 | 1 | $0.061 | $166.00 | $0.06 | $166.00 | -$165.94 | -99.96 |
| 01/25/2022 | 1 | $0.061 | $166.00 | $0.06 | $166.00 | -$165.94 | -99.96 |
| 01/25/2022 | 1 | $0.061 | $166.00 | $0.06 | $166.00 | -$165.94 | -99.96 |
| 01/25/2022 | 0.46 | $0.061 | $166.00 | $0.03 | $76.36 | -$76.33 | -99.96 |
| 12/31/2021 | 3 | $0.061 | $260.50 | $0.18 | $781.50 | -$781.32 | -99.98 |
| 12/31/2021 | 2.5 | $0.061 | $248.65 | $0.15 | $621.63 | -$621.48 | -99.98 |
| 12/31/2021 | 2.5 | $0.061 | $261.61 | $0.15 | $654.03 | -$653.88 | -99.98 |
| 12/31/2021 | 1 | $0.061 | $248.76 | $0.06 | $248.76 | -$248.70 | -99.98 |
| 08/11/2021 | 3.65 | $0.061 | $335.00 | $0.22 | $1,222.75 | -$1,222.53 | -99.98 |
| 07/15/2021 | 1 | $0.061 | $399.49 | $0.06 | $399.49 | -$399.43 | -99.98 |
| 07/12/2021 | 0.85 | $0.061 | $423.56 | $0.05 | $360.03 | -$359.98 | -99.99 |
| 07/09/2021 | 1.5 | $0.061 | $475.65 | $0.09 | $713.48 | -$713.39 | -99.99 |
| 07/09/2021 | 1 | $0.061 | $500.00 | $0.06 | $500.00 | -$499.94 | -99.99 |
| 07/09/2021 | 1 | $0.061 | $521.67 | $0.06 | $521.67 | -$521.61 | -99.99 |
| 07/07/2021 | 1 | $0.061 | $625.00 | $0.06 | $625.00 | -$624.94 | -99.99 |
| 07/07/2021 | 1 | $0.061 | $688.55 | $0.06 | $688.55 | -$688.49 | -99.99 |
| 07/02/2021 | 1.76 | $0.061 | $692.90 | $0.11 | $1,219.50 | -$1,219.39 | -99.99 |
| 07/02/2021 | 1 | $0.061 | $675.00 | $0.06 | $675.00 | -$674.94 | -99.99 |
| 07/02/2021 | 1 | $0.061 | $687.99 | $0.06 | $687.99 | -$687.93 | -99.99 |
| 07/02/2021 | 1 | $0.061 | $695.13 | $0.06 | $695.13 | -$695.07 | -99.99 |
| 07/02/2021 | 1 | $0.061 | $720.00 | $0.06 | $720.00 | -$719.94 | -99.99 |
| 07/02/2021 | 0.2 | $0.061 | $713.00 | $0.01 | $142.60 | -$142.59 | -99.99 |
| 07/02/2021 | 0.04 | $0.061 | $711.00 | $0.00 | $28.44 | -$28.44 | -100 |
| 07/01/2021 | 2.5 | $0.061 | $720.00 | $0.15 | $1,800.00 | -$1,799.85 | -99.99 |
| 06/30/2021 | 1 | $0.061 | $750.00 | $0.06 | $750.00 | -$749.94 | -99.99 |
| 06/30/2021 | 0.64 | $0.061 | $712.00 | $0.04 | $455.68 | -$455.64 | -99.99 |

| Date | Qty | Price | Cost | | Value | Gain/Loss | % |
|---|---|---|---|---|---|---|---|
| 06/30/2021 | 0.5 | $0.061 | $725.00 | $0.03 | $362.50 | -$362.47 | -99.99 |
| 06/30/2021 | 0.32 | $0.061 | $712.00 | $0.02 | $227.84 | -$227.82 | -99.99 |
| 06/30/2021 | 0.04 | $0.061 | $712.00 | $0.00 | $28.48 | -$28.48 | -100 |
| 06/29/2021 | 1.5 | $0.061 | $700.00 | $0.09 | $1,050.00 | -$1,049.91 | -99.99 |
| 06/28/2021 | 2 | $0.061 | $987.00 | $0.12 | $1,974.00 | -$1,973.88 | -99.99 |
| 06/28/2021 | 1 | $0.061 | $790.50 | $0.06 | $790.50 | -$790.44 | -99.99 |
| 06/28/2021 | 1 | $0.061 | $788.00 | $0.06 | $788.00 | -$787.94 | -99.99 |
| 06/28/2021 | 1 | $0.061 | $806.50 | $0.06 | $806.50 | -$806.44 | -99.99 |
| 06/28/2021 | 1 | $0.061 | $800.63 | $0.06 | $800.63 | -$800.57 | -99.99 |
| 06/28/2021 | 1 | $0.061 | $790.50 | $0.06 | $790.50 | -$790.44 | -99.99 |
| 06/28/2021 | 1 | $0.061 | $782.99 | $0.06 | $782.99 | -$782.93 | -99.99 |
| 06/24/2021 | 1 | $0.061 | $1,125.80 | $0.06 | $1,125.80 | -$1,125.74 | -99.99 |
| 06/24/2021 | 0.75 | $0.061 | $952.80 | $0.05 | $714.60 | -$714.55 | -99.99 |
| 06/24/2021 | 0.5 | $0.061 | $950.00 | $0.03 | $475.00 | -$474.97 | -99.99 |
| 06/24/2021 | 0.5 | $0.061 | $957.98 | $0.03 | $478.99 | -$478.96 | -99.99 |
| 06/24/2021 | 0.5 | $0.061 | $1,000.00 | $0.03 | $500.00 | -$499.97 | -99.99 |
| 06/24/2021 | 0.5 | $0.061 | $1,020.00 | $0.03 | $510.00 | -$509.97 | -99.99 |
| 06/24/2021 | 0.5 | $0.061 | $1,010.60 | $0.03 | $505.30 | -$505.27 | -99.99 |
| 06/24/2021 | 0.5 | $0.061 | $1,117.40 | $0.03 | $558.70 | -$558.67 | -99.99 |
| 06/22/2021 | 2.25 | $0.061 | $2,020.00 | $0.14 | $4,545.00 | -$4,544.86 | -100 |
| 06/22/2021 | 0.5 | $0.061 | $1,425.00 | $0.03 | $712.50 | -$712.47 | -100 |
| 06/22/2021 | 0.5 | $0.061 | $1,500.00 | $0.03 | $750.00 | -$749.97 | -100 |
| 06/22/2021 | 0.5 | $0.061 | $1,565.82 | $0.03 | $782.91 | -$782.88 | -100 |
| 06/22/2021 | 0.5 | $0.061 | $1,500.00 | $0.03 | $750.00 | -$749.97 | -100 |
| 06/22/2021 | 0.5 | $0.061 | $1,550.00 | $0.03 | $775.00 | -$774.97 | -100 |
| 06/22/2021 | 0.5 | $0.061 | $1,710.34 | $0.03 | $855.17 | -$855.14 | -100 |
| 06/22/2021 | 0.37 | $0.061 | $1,550.00 | $0.02 | $573.50 | -$573.48 | -100 |
| 06/22/2021 | 0.13 | $0.061 | $1,550.00 | $0.01 | $201.50 | -$201.49 | -100 |



Roth Contributory IRA of

ERIK G STARK
CHARLES SCHWAB & CO INC CUST       ACCT# 9603-4069
ROTH CONTRIBUTORY IRA

Statement Period
November 1-30, 2024

## Positions - Equities (continued)

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| FCX | FREEPORT-MCMORAN INC | 100.0000 | 44.20000 | 4,420.00 | 4,932.99 | (512.99) | 1.35% | 60.00 | 14% |
|  | GLOBAL TECH INDS GP | 250.0000 | 0.03010 | 7.53 | 0.00 | 7.53 | N/A | 0.00 | <1% |
| GTII | GLOBAL TECH INDS GROUP I | 15,000.0000 | 0.03010 | 451.50 | 15,012.19 | (14,560.69) | N/A | 0.00 | 1% |
| HVCW | HARRISON VICKERS & WATER | 2,000,000.0000 | 0.00000 | 0.00 | 527.80 | (527.80) | N/A | 0.00 |  |
| ILUS | ILUSTRATO PICTURES INTL | 150,000.0000 | 0.00309 | 463.50 | 14,289.91 | (13,826.41) | N/A | 0.00 | 2% |
| INTK | INDUSTRIAL NANOTECH INC | 50,000.0000 | 0.00000 | 0.00 | 1,647.49 | (1,647.49) | N/A | 0.00 |  |
| IQST | IQSTEL INC | 1,500.0000 | 0.19250 | 288.75 | 1,276.76 | (988.01) | N/A | 0.00 | <1% |
| LGIQ | LOGIQ INC | 8,500.0000 | 0.01620 | 137.70 | 1,909.89 | (1,772.19) | N/A | 0.00 | <1% |
| MMATQ | META MATLS INC | 250.0000 | 0.06100 | 15.25 | 35,478.03 | (35,462.78) | N/A | 0.00 | <1% |
|  | MMC NORILSK NICKEL PJXXX OFAC ESCROW | 200.0000 | 0.00000 | 0.00 |  |  |  |  |  |
| NLST | NETLIST INC | 240.0000 | 0.98500 | 236.40 | 1,538.15 | (1,301.75) | N/A | 0.00 | <1% |
| PSNY | POLESTAR AUTOMOTIVE HL F UNSPONSORED ADR 1 ADR REPS   1 ORD SHS | 200.0000 | 1.14000 | 228.00 | 2,283.92 | (2,055.92) | N/A | 0.00 | <1% |
| QIND | QUALITY INDL CORP | 7,500.0000 | 0.07500 | 562.50 | 2,168.88 | (1,606.38) | N/A | 0.00 | 2% |
| RECAF | RECONNAISSANCE ENERGY F | 2,500.0000 | 0.75476 | 1,886.90 | 6,002.81 | (4,115.91) | N/A | 0.00 | 6% |
| RIO | RIO TINTO PLC  F SPONSORED ADR 1 ADR REPS   1 ORD SHS | 60.0000 | 62.84000 | 3,770.40 | 4,516.04 | (745.64) | 5.63% | 212.40 | 12% |
|  | WORLDWIDE DIVERSIFIED HL | 5,870.0000 | 0.00000 | 0.00 | 0.00 | 0.00 | N/A | 0.00 |  |
| **Total Equities** |  |  |  | **$29,713.89** | **$136,521.83** | **($106,807.94)** |  | **$991.68** | **97%** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EY and EAI will continue to display at a prior rate.

## Lot Details: MMATQ - META MATLS INC CLASS EQUITY

🛢 Cost Basis Calculator   ❔ Help   ⬇ Export   🖶 Print

| Open Date | Quantity | Price | Cost/Share | Market Value | Cost Basis | Gain/Loss $ | Gain/Loss |
|---|---|---|---|---|---|---|---|
| 03/29/2023 | 23.01 | $0.061 | $42.46 | $1.40 | $977.00 | -$975.60 | -99.86 |
| 03/02/2023 | 1 | $0.061 | $59.77 | $0.06 | $59.77 | -$59.71 | -99.9 |
| 03/02/2023 | 0.99 | $0.061 | $59.77 | $0.06 | $59.17 | -$59.11 | -99.9 |
| 02/27/2023 | 25 | $0.061 | $68.32 | $1.52 | $1,708.00 | -$1,706.48 | -99.91 |
| 01/30/2023 | 10 | $0.061 | $100.00 | $0.61 | $1,000.00 | -$999.39 | -99.94 |
| 01/24/2023 | 23.6 | $0.061 | $105.00 | $1.44 | $2,478.00 | -$2,476.56 | -99.94 |
| 10/11/2022 | 5.2 | $0.061 | $80.96 | $0.32 | $421.00 | -$420.68 | -99.92 |
| 10/11/2022 | 0.4 | $0.061 | $80.95 | $0.02 | $32.38 | -$32.36 | -99.94 |
| 10/11/2022 | 0.4 | $0.061 | $80.95 | $0.02 | $32.38 | -$32.36 | -99.94 |
| 10/11/2022 | 0.4 | $0.061 | $80.95 | $0.02 | $32.38 | -$32.36 | -99.94 |
| 10/03/2022 | 3.3 | $0.061 | $63.00 | $0.20 | $207.90 | -$207.70 | -99.9 |
| 10/03/2022 | 2 | $0.061 | $63.00 | $0.12 | $126.00 | -$125.88 | -99.9 |
| 09/16/2022 | 2.7 | $0.061 | $79.00 | $0.16 | $213.30 | -$213.14 | -99.92 |
| 09/16/2022 | 1 | $0.061 | $79.00 | $0.06 | $79.00 | -$78.94 | -99.92 |
| 09/16/2022 | 1 | $0.061 | $79.00 | $0.06 | $79.00 | -$78.94 | -99.92 |
| 08/10/2022 | 35 | $0.061 | $93.98 | $2.14 | $3,289.30 | -$3,287.16 | -99.93 |
| 08/10/2022 | 10 | $0.061 | $93.00 | $0.61 | $930.00 | -$929.39 | -99.93 |
| 07/14/2022 | 15 | $0.061 | $91.00 | $0.92 | $1,365.00 | -$1,364.08 | -99.93 |
| 06/28/2022 | 18.75 | $0.061 | $107.00 | $1.14 | $2,006.25 | -$2,005.11 | -99.94 |
| 06/28/2022 | 1 | $0.061 | $107.00 | $0.06 | $107.00 | -$106.94 | -99.94 |
| 06/28/2022 | 1 | $0.061 | $107.00 | $0.06 | $107.00 | -$106.94 | -99.94 |
| 06/28/2022 | 1 | $0.061 | $107.00 | $0.06 | $107.00 | -$106.94 | -99.94 |
| 06/27/2022 | 8.25 | $0.061 | $118.00 | $0.50 | $973.50 | -$973.00 | -99.95 |

| Date | Qty | Price | Cost | | Value | Gain/Loss | % |
|---|---|---|---|---|---|---|---|
| 06/27/2022 | 7 | $0.061 | $118.50 | $0.43 | $829.50 | -$829.07 | -99.95 |
| 06/27/2022 | 4 | $0.061 | $118.00 | $0.24 | $472.00 | -$471.76 | -99.95 |
| 06/27/2022 | 2 | $0.061 | $118.50 | $0.12 | $237.00 | -$236.88 | -99.95 |
| 06/27/2022 | 1 | $0.061 | $118.00 | $0.06 | $118.00 | -$117.94 | -99.95 |
| 06/27/2022 | 1 | $0.061 | $118.00 | $0.06 | $118.00 | -$117.94 | -99.95 |
| 06/27/2022 | 1 | $0.061 | $118.00 | $0.06 | $118.00 | -$117.94 | -99.95 |
| 06/27/2022 | 1 | $0.061 | $118.00 | $0.06 | $118.00 | -$117.94 | -99.95 |
| 06/27/2022 | 1 | $0.061 | $118.00 | $0.06 | $118.00 | -$117.94 | -99.95 |
| 06/27/2022 | 1 | $0.061 | $118.00 | $0.06 | $118.00 | -$117.94 | -99.95 |
| 06/27/2022 | 0.64 | $0.061 | $118.50 | $0.04 | $75.84 | -$75.80 | -99.95 |
| 06/27/2022 | 0.36 | $0.061 | $118.50 | $0.02 | $42.66 | -$42.64 | -99.95 |
| 04/28/2022 | 5 | $0.061 | $123.00 | $0.30 | $615.00 | -$614.70 | -99.95 |
| 01/27/2022 | 1.85 | $0.061 | $151.00 | $0.11 | $279.35 | -$279.24 | -99.96 |
| 01/27/2022 | 1.3 | $0.061 | $151.00 | $0.08 | $196.30 | -$196.22 | -99.96 |
| 01/05/2022 | 0.27 | $0.061 | $270.00 | $0.02 | $72.90 | -$72.88 | -99.97 |
| 01/05/2022 | 0.08 | $0.061 | $270.00 | $0.00 | $21.60 | -$21.60 | -100 |
| 01/04/2022 | 10 | $0.061 | $278.85 | $0.61 | $2,788.50 | -$2,787.89 | -99.98 |
| 01/04/2022 | 1.5 | $0.061 | $278.50 | $0.09 | $417.75 | -$417.66 | -99.98 |
| 12/06/2021 | 4 | $0.061 | $315.30 | $0.24 | $1,261.20 | -$1,260.96 | -99.98 |
| 07/12/2021 | 1 | $0.061 | $400.00 | $0.06 | $400.00 | -$399.94 | -99.98 |
| 07/02/2021 | 2.6 | $0.061 | $696.40 | $0.16 | $1,810.64 | -$1,810.48 | -99.99 |
| 07/02/2021 | 1.5 | $0.061 | $720.00 | $0.09 | $1,080.00 | -$1,079.91 | -99.99 |
| 07/02/2021 | 1.4 | $0.061 | $714.00 | $0.09 | $999.60 | -$999.51 | -99.99 |
| 07/02/2021 | 0.46 | $0.061 | $696.39 | $0.03 | $320.34 | -$320.31 | -99.99 |
| 07/02/2021 | 0.04 | $0.061 | $711.00 | $0.00 | $28.44 | -$28.44 | -100 |
| 07/01/2021 | 2.07 | $0.061 | $720.00 | $0.13 | $1,490.40 | -$1,490.27 | -99.99 |
| 07/01/2021 | 0.93 | $0.061 | $720.00 | $0.06 | $669.60 | -$669.54 | -99.99 |
| 06/30/2021 | 3 | $0.061 | $687.50 | $0.18 | $2,062.50 | -$2,062.32 | -99.99 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 06/30/2021 | 2 | $0.061 | $729.29 | $0.12 | $1,458.58 | -$1,458.46 | -99.99 |
| 06/30/2021 | 1 | $0.061 | $750.00 | $0.06 | $750.00 | -$749.94 | -99.99 |
| **Total** | **250** | | | **$15.25** | **$35,478.03** | **-$35,462.78** | **-99.96** |