NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

**PROOF OF INTEREST**

Name of Debtor: META MATERIALS, INC.

Case Number: 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

JAMES C. HOLST
690 SOLANA PKWY
SEQUIM WA 9838

Telephone Number: 503.248.9800

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

COURT USE ONLY

RECEIVED AND FILED
DEC 19 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

Account or other number by which Interest holder identifies Debtor:
3687-7296 CHARLES SCHWAB
Originally TD Ameritrade 934-011381 before buyout

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated:
☐ amends a previously filed Proof of Interest dated:

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
CHARLES SCHWAB
1945 NORTHWESTERN DRIVE
EL PASO TX 79912
**Telephone Number: 888.686.6141**

**3. Date Equity Interest was acquired:**

**MARCH 28, 2022**
**STATEMENT ATTACHED**

**4. Total amount of member interest: 2,250 shares for $4,072.28**

**5. Certificate number(s): SEE ATTACHED DOCUMENTATION**

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description: INVESTOR**

**9. Signature:**
Check the appropriate box.
☒ I am the creditor. ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.) ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: JAMES C. HOLST
Title:
Company: Address and telephone number (if different from notice address above)

(Signature) James C. Holst (Date) 12/16/2024
Telephone number: 503.248.9800 email: jimholst@sdh-inc.com

***Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571***

Case: 24-50792, Meta Materials, Inc.
Proof of interest supplemental information:

1-4 of 4 transactions

| Account ↓ | Trade Date | Activity | Description | Quantity | Price | Amount | Unit Cost | Total Cost |
|---|---|---|---|---|---|---|---|---|
| Holst, James (36877296, Individual) | 08/22/2024 | Debit Security | META MATERIALS ORD (MMAT) | 23.00 | 0.00 | 0.00 | | |
| Holst, James (36877296, Individual) | 01/29/2024 | Credit Security | META MATERIALS ORD (MMAT) | 0.50 | 0.00 | 0.00 | | 0.00 |
| Holst, James (36877296, Individual) | 01/29/2024 | Split | META MATERIALS ORD (MMAT) | 2,227.50 | | 0.00 | | |
| Holst, James (36877296, Individual) | 03/28/2022 | Buy | META MATERIALS ORD (MMAT) | 2,250.00 | 1.81 | 4,072.28 | 1.81 | 4,072.28 |

1-4 of 4 transactions

Account 934-011381
JAMES HOLST
TOD
INDIVIDUAL

## MONTHLY STATEMENT

Reporting Period: **March 1 - 31, 2022**

## ACCOUNT SUMMARY

**Total Account Value: $396,383.67**

**YOUR INDEPENDENT ADVISOR**

SLOY DAHL & HOLST
829 NW 19TH AVE
PORTLAND OR 97209

For questions regarding the services provided by your Independent Advisor call (503) 248-9800

**CHANGE IN ACCOUNT VALUE**

| | This Month 3/1/22 - 3/31/22 | Year to Date 1/1/22 - 3/31/22 |
|---|---|---|
| **BEGINNING VALUE** | **$390,274.42** | **$422,602.09** |
| Dividends and Interest | **321.59** | 550.55 |
| Market Appreciation/(Depreciation) | **5,787.66** | (26,767.70) |
| Other Income or Expense | - | (1.27) |
| **ENDING VALUE** | **$396,383.67** | **$396,383.67** |
| CHANGE IN VALUE | **$6,109.25** | $(26,218.42) |

***Market Appreciation/ Depreciation***
*The change in value of investments due to the market assessment of their worth, which is separate from value added by corporate actions (such as the issuance of dividend or interest payments) and your own additions or withdrawals.*

***Other Income or Expense***
*Miscellaneous expenses including management fees, as well as TD Ameritrade fees (such as for wire transfer or returned checks) and/or miscellaneous income credited to the account such as a margin interest adjustment, royalties, etc.*

**SUMMARY OF HOLDINGS** (does not represent an asset allocation)

| | Market Value as of 3/31/22 | Percent of Account |
|---|---|---|
| Cash and Cash Alternatives | $3,502.65 | 0.88% |
| Exchange Traded Funds (ETFs) | 7,496.13 | 1.89 |
| Mutual Funds | 152,327.47 | 38.43 |
| Stocks | 233,057.42 | 58.80 |
| **TOTAL VALUE** | **$396,383.67** | **100.0%** |

Questions about reading your Statement - Contact us. (800) 431-3500
*Accounts carried by TD Ameritrade Clearing, Inc., Member SIPC*



Account 934-011381
JAMES HOLST
TOD
INDIVIDUAL

**MONTHLY STATEMENT** Reporting Period: **March 1 - 31, 2022**

# HOLDINGS DETAIL

## CASH AND CASH ALTERNATIVES

| Investment Description | Quantity | Price | Market Value |
|---|---|---|---|
| TD AMERITRADE CASH | - | $ - | $18.35 |
| FDIC INSURED DEPOSIT ACCOUNT IDA12 NOT COVERED BY SIPC | - | - | 3,484.30 |
| **TOTAL CASH & CASH ALTERNATIVES** | | | **$3,502.65** |

## EXCHANGE TRADED FUNDS (ETFs)

| Investment Description | Symbol/ CUSIP | Quantity | Closing Price | Market Value |
|---|---|---|---|---|
| VANGUARD FTSE EMR MKT ETF | VWO | 162.5 | $46.13 | $7,496.13 |
| **TOTAL EXCHANGE TRADED FUNDS (ETFs)** | | | | **$7,496.13** |
| *TOTAL EXCHANGE TRADED FUNDS- LONG POSITION* | | | | **7,496.13** |

## MUTUAL FUNDS

| Investment Description | Symbol/ CUSIP | Quantity | Closing Price | Market Value |
|---|---|---|---|---|
| ALLSPRING FUNDS PRECIOUS METALS A | EKWAX | 118.967 | $54.61 | $6,496.79 |
| AMERICAN FUNDS EUROPACIFIC GROWTH F1 | AEGFX | 92.204 | 56.53 | 5,212.29 |
| AMERICAN FUNDS NEW WORLD F1 | NWFFX | 234.775 | 76.50 | 17,960.29 |
| BROWN CAPITAL MANAGEMENT SM COMPANY INVESTOR | BCSIX | 120.706 | 99.97 | 12,066.98 |

**Questions? Consult your Independent Advisor:**
SLOY DAHL & HOLST (503) 248-9800



Account 934-011381
JAMES HOLST
TOD

**MONTHLY STATEMENT** Reporting Period: **March 1 - 31, 2022** INDIVIDUAL

## HOLDINGS DETAIL *(continued)*

### MUTUAL FUNDS

| Investment Description | Symbol/ CUSIP | Quantity | Closing Price | Market Value |
|---|---|---|---|---|
| FEDERATED HERMES KAUFMANN SM CAP INST | FKAIX | 152.392 | 50.72 | 7,729.32 |
| JPMORGAN FUNDS HEDGED EQTY I | JHEQX | 206.165 | 25.72 | 5,302.56 |
| MATTHEWS ASIA FUNDS ASIA DIV INVESTOR | MAPIX | 736.114 | 15.97 | 11,755.74 |
| PRIMECAP ODYSSEY FUNDS ODYSSEY STOCK INVESTOR | POSKX | 357.102 | 38.68 | 13,812.71 |
| PUTNAM FUNDS ULTRA SHORT DURATION INCOME Y | PSDYX | 4,337.394 | 10.03 | 43,504.06 |
| T. ROWE PRICE FUNDS EMRG MKTS STOCK INVESTOR | PRMSX | 227.865 | 40.25 | 9,171.57 |
| T. ROWE PRICE FUNDS REAL ASSET INVESTOR | PRAFX | 832.703 | 15.82 | 13,173.36 |
| TWEEDY BROWNE COMPANY INTL VALUE INVESTOR | TBGVX | 125 | 28.14 | 3,517.50 |
| VANGUARD DIV GROWTH INVESTOR | VDIGX | 70 | 37.49 | 2,624.30 |
| **TOTAL MUTUAL FUNDS** | | | | **$152,327.47** |

### STOCKS

| Investment Description | Symbol/ CUSIP | Quantity | Closing Price | Market Value |
|---|---|---|---|---|
| ACTIVISION BLIZZARD INC COM | ATVI | 2 | $80.11 | $160.22 |
| ADIDAS AG ADR SPONSORED | ADDYY | 9 | 116.82 | 1,051.38 |

**Questions? Consult your Independent Advisor:**
SLOY DAHL & HOLST (503) 248-9800



## HOLDINGS DETAIL *(continued)*

**STOCKS**

| Investment Description | Symbol/ CUSIP | Quantity | Closing Price | Market Value |
|---|---|---|---|---|
| ADOBE INC COM | ADBE | 3 | 455.62 | 1,366.86 |
| ADVANCED MICRO DEVICES INC COM | AMD | 16 | 109.34 | 1,749.44 |
| ALIBABA GROUP HOLDING LTD ADR SPONSORED | BABA | 16 | 108.80 | 1,740.80 |
| ALPHABET INC COM CL A | GOOGL | 2 | 2,781.35 | 5,562.70 |
| AMAZON COM INC COM | AMZN | 2 | 3,259.95 | 6,519.90 |
| ANALOG DEVICES INC COM | ADI | 13 | 165.18 | 2,147.34 |
| APPLE INC COM | AAPL | 394 | 174.61 | 68,796.34 |
| AUTODESK INC COM | ADSK | 10 | 214.35 | 2,143.50 |
| BERKSHIRE HATHAWAY INC COM CL B | BRK B | 50 | 352.91 | 17,645.50 |
| BLACKROCK INC COM | BLK | 2 | 764.17 | 1,528.34 |
| BLACKSTONE INC COM | BX | 30 | 126.94 | 3,808.20 |
| COLGATE-PALMOLIVE CO COM | CL | 37.5 | 75.83 | 2,843.63 |
| COUPANG INC COM CL A | CPNG | 285 | 17.68 | 5,038.80 |
| ELECTRONIC ARTS INC COM | EA | 2 | 126.51 | 253.02 |
| FIRST CITIZENS BANCSHARES INC COM CL A | FCNCA | 7 | 665.60 | 4,659.20 |

## HOLDINGS DETAIL *(continued)*

**STOCKS**

| Investment Description | Symbol/ CUSIP | Quantity | Closing Price | Market Value |
|---|---|---|---|---|
| HOME DEPOT INC COM | HD | 5 | 299.33 | 1,496.65 |
| JP MORGAN CHASE & CO COM | JPM | 12 | 136.32 | 1,635.84 |
| LAM RESEARCH CORP COM | LRCX | 6 | 537.61 | 3,225.66 |
| META MATERIALS INC COM | MMAT | 2,250 | 1.67 | 3,757.50 |
| META MATERIALS INC PFD SER A *CLBL | MMTLP | 4,800 | 1.22 | 5,856.00 |
| META PLATFORMS INC COM CL A | FB | 10 | 222.36 | 2,223.60 |
| MICRON TECHNOLOGY INC COM | MU | 76 | 77.89 | 5,919.64 |
| MICROSOFT CORP COM | MSFT | 112 | 308.31 | 34,530.72 |
| MORGAN STANLEY COM | MS | 27 | 87.40 | 2,359.80 |
| NETFLIX INC COM | NFLX | 2 | 374.59 | 749.18 |
| NVIDIA CORP COM | NVDA | 48 | 272.86 | 13,097.28 |
| NXP SEMICONDUCTORS N V COM | NXPI | 15 | 185.08 | 2,776.20 |
| PAYPAL HOLDINGS INC COM | PYPL | 27 | 115.65 | 3,122.55 |
| PROSUS N.V. ADR SPONSORED | PROSY | 19 | 10.89 | 206.91 |
| QUALCOMM INC COM | QCOM | 28 | 152.82 | 4,278.96 |

Account 934-011381
JAMES HOLST
TOD
INDIVIDUAL

**MONTHLY STATEMENT** Reporting Period: **March 1 - 31, 2022**

## HOLDINGS DETAIL *(continued)*

**STOCKS**

| Investment Description | Symbol/ CUSIP | Quantity | Closing Price | Market Value |
|---|---|---|---|---|
| SALESFORCE.COM INC COM | CRM | 3 | 212.32 | 636.96 |
| SVB FINANCIAL GROUP COM | SIVB | 4 | 559.45 | 2,237.80 |
| T-MOBILE US INC COM | TMUS | 26 | 128.35 | 3,337.10 |
| UNITEDHEALTH GROUP INC COM | UNH | 5 | 509.97 | 2,549.85 |
| VISA INC COM CL A | V | 15 | 221.77 | 3,326.55 |
| WASTE MANAGEMENT INC COM | WM | 55 | 158.50 | 8,717.50 |
| **TOTAL STOCKS** | | | | **$233,057.42** |
| | *TOTAL STOCKS- LONG POSITION* | | | 233,057.42 |

| | |
|---|---|
| **TOTAL HOLDINGS** | **$396,383.67** |
| **TOTAL ACCOUNT VALUE** | **$396,383.67** |

**Questions? Consult your Independent Advisor:**
SLOY DAHL & HOLST (503) 248-9800



Account 934-011381
JAMES HOLST
TOD
INDIVIDUAL

**MONTHLY STATEMENT** Reporting Period: **March 1 - 31, 2022**

## TRANSACTIONS DETAIL

| Transaction Date | Settlement Date | Activity Type | Description | | Symbol/ CUSIP | Quantity | Price | Transaction Amount |
|---|---|---|---|---|---|---|---|---|
| 03/01 | 03/01 | Dividends and Interest | VISA INC COM CL A PAYABLE: 03/01/2022 QUALIFIED DIVIDENDS | 5.63 | V | - | $ - | $5.63 |
| 03/08 | 03/08 | Dividends and Interest | ANALOG DEVICES INC COM PAYABLE: 03/08/2022 QUALIFIED DIVIDENDS | 9.88 | ADI | - | - | 9.88 |
| 03/10 | 03/10 | Dividends and Interest | MICROSOFT CORP COM PAYABLE: 03/10/2022 QUALIFIED DIVIDENDS | 69.44 | MSFT | - | - | 69.44 |
| 03/22 | 03/22 | Dividends and Interest | UNITEDHEALTH GROUP INC COM PAYABLE: 03/22/2022 QUALIFIED DIVIDENDS | 7.25 | UNH | - | - | 7.25 |
| 03/23 | 03/23 | Dividends and Interest | ELECTRONIC ARTS INC COM PAYABLE: 03/23/2022 QUALIFIED DIVIDENDS | 0.34 | EA | - | - | 0.34 |
| 03/23 | 03/23 | Dividends and Interest | BLACKROCK INC COM PAYABLE: 03/23/2022 QUALIFIED DIVIDENDS | 9.76 | BLK | - | - | 9.76 |
| 03/24 | 03/24 | Dividends and Interest | HOME DEPOT INC COM PAYABLE: 03/24/2022 QUALIFIED DIVIDENDS | 9.50 | HD | - | - | 9.50 |
| 03/24 | 03/24 | Dividends and Interest | QUALCOMM INC COM PAYABLE: 03/24/2022 QUALIFIED DIVIDENDS | 19.04 | QCOM | - | - | 19.04 |

**Questions? Consult your Independent Advisor:**
SLOY DAHL & HOLST (503) 248-9800



## TRANSACTIONS DETAIL *(continued)*

| Transaction Date | Settlement Date | Activity Type | Description | | Symbol/ CUSIP | Quantity | Price | Transaction Amount |
|---|---|---|---|---|---|---|---|---|
| 03/24 | 03/24 | Dividends and Interest | VANGUARD<br>FTSE EMR MKT ETF<br>PAYABLE: 03/24/2022<br>ORDINARY DIVIDENDS | 21.76 | VWO | - | - | 21.76 |
| 03/24 | 03/24 | Dividends and Interest | NVIDIA CORP<br>COM<br>PAYABLE: 03/24/2022<br>QUALIFIED DIVIDENDS | 1.92 | NVDA | - | - | 1.92 |
| 03/29 | 03/29 | Dividends and Interest | VANGUARD<br>DIV GROWTH INVESTOR<br>PAYABLE: 03/29/2022<br>SHORT TERM CAP GAINS | 3.90 | VDIGX | - | - | 3.90 |
| 03/29 | 03/29 | Dividends and Interest | VANGUARD<br>DIV GROWTH INVESTOR<br>PAYABLE: 03/29/2022<br>LONG TERM CAP GAINS | 62.73 | VDIGX | - | - | 62.73 |
| 03/29 | 03/29 | Dividends and Interest | VANGUARD<br>DIV GROWTH INVESTOR<br>PAYABLE: 03/29/2022<br>ORDINARY DIVIDENDS | 2.89 | VDIGX | - | - | 2.89 |
| 03/29 | 03/29 | Dividends and Interest | MATTHEWS ASIA FUNDS<br>ASIA DIV INVESTOR<br>PAYABLE: 03/29/2022<br>ORDINARY DIVIDENDS | 37.00 | MAPIX | - | - | 37.00 |
| 03/29 | 03/29 | Dividends and Interest | JPMORGAN FUNDS<br>HEDGED EQTY I<br>PAYABLE: 03/30/2022<br>ORDINARY DIVIDENDS | 6.25 | JHEQX | - | - | 6.25 |
| 03/29 | 03/29 | Buy | JPMORGAN FUNDS<br>HEDGED EQTY I<br>REINVESTED AT 26.34 PER SHARE | | JHEQX | 0.237 | 26.34 | (6.25) |

Account 934-011381
JAMES HOLST
TOD
INDIVIDUAL

**MONTHLY STATEMENT** Reporting Period: **March 1 - 31, 2022**

## TRANSACTIONS DETAIL *(continued)*

| Transaction Date | Settlement Date | Activity Type | Description | Symbol/ CUSIP | Quantity | Price | Transaction Amount |
|---|---|---|---|---|---|---|---|
| 03/28 | 03/30 | Buy | COUPANG INC<br>COM CL A | CPNG | 285 | 17.719 | (5,049.92) |
| 03/28 | 03/30 | Buy | META MATERIALS INC<br>COM | MMAT | 2,250 | 1.8099 | (4,072.28) |
| 03/28 | 03/30 | Buy | FIRST CITIZENS BANCSHARES INC<br>COM CL A | FCNCA | 7 | 695.46 | (4,868.22) |
| 03/28 | 03/30 | Buy | META MATERIALS INC<br>PFD SER A *CLBL | MMTLP | 4,800 | 1.47 | (7,062.95) |
| 03/31 | 03/31 | Dividends and Interest | WASTE MANAGEMENT INC<br>COM<br>PAYABLE: 03/31/2022<br>QUALIFIED DIVIDENDS 35.75 | WM | - | - | 35.75 |
| 03/31 | 03/31 | Dividends and Interest | PUTNAM FUNDS<br>ULTRA SHORT DURATION INCOME Y<br>PAYABLE: 03/31/2022<br>ORDINARY DIVIDENDS 18.35 | PSDYX | - | - | 18.35 |
| 03/31 | 03/31 | Dividends and Interest | FDIC INSURED DEPOSIT ACCOUNT<br>IDA12 NOT COVERED BY SIPC<br>ON .2 SHARES<br>INTEREST: INSURED<br>DEPOSIT ACCOUNT BANK NA<br>PAYABLE: 03/31/2022 | MMDA12 | 0.2 | - | 0.20 |

## TD AMERITRADE CASH INTEREST CREDIT/EXPENSE

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| 03/29 | $- | $106.52 | 1 | 0.0100 | - | $ - |
| 03/31 | - | 18.35 | 1 | 0.0100 | - | - |

**Questions? Consult your Independent Advisor:**
SLOY DAHL & HOLST (503) 248-9800






## Schwab One® Account of

JAMES C HOLST
DESIGNATED BENE PLAN/TOD

Account Number
3687-7296

Statement Period
January 1-31, 2024




## Account Summary

| Ending Account Value as of 01/31 | Beginning Account Value as of 01/01 | Total Value Change ($) |
|---|---|---|
| $957,736.70 | $579,057.09 | $378,679.61 |

| | This Statement | Previous Statement | Change |
|---|---|---|---|
| Beginning Value | **$579,057.09** | $567,972.58 | $11,084.51 |
| Deposits | **370,000.00** | 3,409.41 | 366,590.59 |
| Withdrawals | **0.00** | (2,586.00) | 2,586.00 |
| Dividends and Interest | **71.11** | 1,781.76 | (1,710.65) |
| Transfer of Securities | **0.00** | 0.00 | 0.00 |
| Market Value Change | **8,608.50** | 8,504.34 | 104.16 |
| Fees | **0.00** | (25.00) | 25.00 |
| **Ending Value [W]** | **$957,736.70** | **$579,057.09** | **$378,679.61** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

## Margin Loan Information

| Opening Margin Loan Balance | Closing Margin Loan Balance | Funds Available to Withdraw * | Securities Buying Power * |
|---|---|---|---|
| **$0.00** | **$0.00** | **$843,026.40** | **$1,777,083.60** |

Margin Loan Rates
Vary by Balance
**11.75% - 13.57%**

* Values include any cash plus the amount available using margin borrowing.
For more information about the margin feature, please visit schwab.com/margin.

### Your Independent Investment Manager and/or Advisor

SLOY DAHL & HOLST LLC
1220 MAIN ST STE 400
VANCOUVER WA 98660-2963
1 (503) 248-9800

The custodian of your brokerage account is: Charles Schwab & Co., Inc. Member SIPC. Your independent Investment Advisor is not affiliated with or an agent of Schwab and Schwab does not supervise or endorse your Advisor.

### Online Assistance


Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

JAMES C HOLST
DESIGNATED BENE PLAN/TOD
SLOY DAHL & HOLST INC 1230 SW
1230 SW 1ST AVE STE 310
PORTLAND OR 97204-3236

01/31-00000-AC1143008-145615



Schwab One® Account of

JAMES C HOLST
DESIGNATED BENE PLAN/TOD

Statement Period
January 1-31, 2024



## Positions - Summary

| Beginning Value as of 01/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 01/31 |
|---|---|---|---|---|---|---|---|---|---|---|
| $579,057.09 | + | $0.00 | + | $0.00 | + | $370,071.11 | + | $8,608.50 | = | **$957,736.70** |

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate |
|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | 0.00 | 12.60 | 12.60 | 18.00 | |
| Bank Sweep | | TD BANK NA X,Z | | | 5,688.10 | 12,356.80 | 6,668.70 | | 0.45% |
| **Total Cash and Cash Investments** | | | | | **$5,688.10** | **$12,369.40** | **$6,681.30** | | |

## Positions - Fixed Income

| Symbol/ CUSIP | Description | Coupon | Maturity Date | Quantity/Par | Price($) | Market Value($) | Accrued Income($) |
|---|---|---|---|---|---|---|---|
| 912797JF5 | US TREASURY (M) | | 02/27/24 | 150,000.0000 | 99.61938 | 149,429.07 | |
| 912797JH1 | US TREASURY (M) | | 03/12/24 | 37,000.0000 | 99.41333 | 36,782.93 | |
| 91282CEG2 | US TREASUR NT (M) | 2.25% | 03/31/24 | 100,000.0000 | 99.50000 | 99,500.00 | |
| 912797HF7 | US TREASURY (M) | | 04/11/24 | 200,000.0000 | 98.98402 | 197,968.04 | |
| 912797GB7 | US TREASURY (M) | | 07/11/24 | 170,000.0000 | 97.74823 | 166,171.99 | |
| **Total Fixed Income** | | | | **657,000.0000** | | **$649,852.03** | **$0.00** |

Yield to Maturity is the annualized rate of return earned if held until maturity date.

## Positions

| Security Type | Symbol | Description | Quantity | Price($) | Market Value($) |
|---|---|---|---|---|---|
| Equities | GOOGL | ALPHABET INC. (M) | 40.0000 | 140.10000 | 5,604.00 |
| | AMZN | AMAZON.COM INC (M) | 40.0000 | 155.20000 | 6,208.00 |



Schwab One® Account of

JAMES C HOLST
DESIGNATED BENE PLAN/TOD

Statement Period
January 1-31, 2024



## Positions (continued)

| Security Type | Symbol | Description | Quantity | Price($) | Market Value($) |
|---|---|---|---|---|---|
| Equities | ADI | ANALOG DEVICES INC (M) | 13.0000 | 192.36000 | 2,500.68 |
| | AAPL | APPLE INC (M) | 394.0000 | 184.40000 | 72,653.60 |
| | ADSK | AUTODESK INC (M) | 10.0000 | 253.81000 | 2,538.10 |
| | BRKB | BERKSHIRE HATHAWAY (M) | 50.0000 | 383.74000 | 19,187.00 |
| | BX | BLACKSTONE INC (M) | 30.0000 | 124.45000 | 3,733.50 |
| | CL | COLGATE-PALMOLIVE CO (M) | 37.5000 | 84.20000 | 3,157.50 |
| | CPNG | COUPANG INC (M) | 285.0000 | 14.00000 | 3,990.00 |
| | FCNCA | FIRST CITIZENS BKSH (M) | 7.0000 | 1,510.00000 | 10,570.00 |
| | JPM | JPMORGAN CHASE & CO (M) | 12.0000 | 174.36000 | 2,092.32 |
| | LRCX | LAM RESEARCH CORP (M) | 6.0000 | 825.17000 | 4,951.02 |
| | MMAT | META MATLS INC (M) | 23.0000 | 3.82000 | 87.86 |
| | META | META PLATFORMS INC (M) | 10.0000 | 390.14000 | 3,901.40 |
| | MU | MICRON TECHNOLOGY (M) | 76.0000 | 85.75000 | 6,517.00 |
| | MSFT | MICROSOFT CORP (M) | 112.0000 | 397.58000 | 44,528.96 |
| | MS | MORGAN STANLEY (M) | 27.0000 | 87.24000 | 2,355.48 |
| | NVDA | NVIDIA CORP (M) | 48.0000 | 615.27000 | 29,532.96 |
| | NXPI | NXP SEMICONDUCTORS F (M) | 15.0000 | 210.57000 | 3,158.55 |
| | QCOM | QUALCOMM INC (M) | 28.0000 | 148.51000 | 4,158.28 |
| | SIVBQ | SVB FINL GROUP | 4.0000 | 0.07000 | 0.28 |
| | TMUS | T-MOBILE US INC (M) | 26.0000 | 161.23000 | 4,191.98 |
| | V | VISA INC (M) | 15.0000 | 273.26000 | 4,098.90 |
| | WM | WASTE MANAGEMENT INC (M) | 55.0000 | 185.63000 | 10,209.65 |
| ETF | VWO | VANGUARD FTSE EMERGING (M) | 162.5000 | 39.64000 | 6,441.50 |
| Mutual Fund | AEGFX | AMERICAN FUNDS EUROPACIF (M) IC GROWTH F1 | 92.2040 | 54.37000 | 5,013.13 |



Schwab One® Account of

JAMES C HOLST
DESIGNATED BENE PLAN/TOD

Statement Period
January 1-31, 2024



## Positions (continued)

| Security Type | Symbol | Description | Quantity | Price($) | Market Value($) |
|---|---|---|---|---|---|
| | NWFFX | AMERICAN FUNDS NEW WORLD (M) F1 | 234.7750 | 73.52000 | 17,260.66 |
| | BCSIX | BROWN CAPITAL MGMT SMALL (M) CO INV | 120.7060 | 68.04000 | 8,212.84 |
| | JHEQX | JPMORGAN HEDGED EQUITY I (M),◊ | 210.0880 | 28.64000 | 6,016.92 |
| | VDIGX | VANGUARD DIVIDEND GROWTH (M) FUND INV | 70.0000 | 37.76000 | 2,643.20 |
| Unpriced Securities | | NEXT BRIDGE HYDROCARBONS | 7,000.0000 | | |
| **Total Positions** | | | | | **$295,515.27** |

## Transactions - Summary

| Beginning Cash* as of 01/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Fees | = | Ending Cash* as of 01/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $5,688.10 | | $370,000.00 | | $0.00 | | ($363,389.81) | | $0.00 | | $71.11 | | $0.00 | | $12,369.40 |

Other Activity **$0.00** Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc.

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 01/03 | Dividend | Qual. Dividend | LRCX | LAM RESEARCH CORP | | | | 12.00 |
| 01/05 | Dividend | Qual. Dividend | NXPI | NXP SEMICONDUCTORS F | | | | 15.21 |
| | Dividend | Foreign Tax Paid | NXPI | NXP SEMICONDUCTORS F | | | | (2.28) |
| 01/10 | Deposit | Funds Received | | FUNDS RECEIVED | | | | 370,000.00 |
| 01/16 | Interest | Bank Interest X,Z | | BANK INT 121623-011524 | | | | 17.07 |
| | Interest | Bank Interest X,Z | | BANK INT 121623-011524 | | | | 7.77 |
| 01/17 | Purchase | | 912797HF7 | US TREASURY BILL24 U S T BILL DUE 04/11/24 | 200,000.0000 | 98.7699 | | (197,539.96) |



Schwab One® Account of

JAMES C HOLST
DESIGNATED BENE PLAN/TOD

Statement Period
January 1-31, 2024



## Transaction Details (continued)

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 01/17 | Purchase | | 912797GB7 | US TREASURY BILL24 U S T BILL DUE 07/11/24 | 170,000.0000 | 97.5587 | | (165,849.85) |
| 01/18 | Dividend | Qual. Dividend | MU | MICRON TECHNOLOGY | | | | 8.74 |
| 01/29 | Other Activity | Reverse Split | MMAT | META MATLS INC | 23.0000 | | | |
| | Other Activity | Reverse Split | | META MATLS INC XXX REVERSE SPLIT | (2,250.0000) | | | |
| 01/31 | Dividend | Qual. Dividend | JPM | JPMORGAN CHASE & CO | | | | 12.60 |
| **Total Transactions** | | | | | | | | **$6,681.30** |

Date column represents the Settlement/Process date for each transaction.

## Bank Sweep Activity

| Date | Description | Amount |
|---|---|---|
| 01/01 | **Beginning Balance** x,z | **$5,688.10** |
| 01/04 | BANK CREDIT FROM BROKERAGE x | 12.00 |
| 01/08 | BANK CREDIT FROM BROKERAGE x | 12.93 |
| 01/11 | BANK CREDIT FROM BROKERAGE x | 370,000.00 |
| 01/15 | BANK INTEREST - TD BANK USA NA x,z | 7.77 |
| 01/15 | BANK INTEREST - TD BANK NA x,z | 17.07 |
| 01/16 | BANK SWEEP XFER FROM TD BANK NA | (17.07) |
| 01/16 | BANK SWEEP XFER TO TD BANK USA NA x | 17.07 |
| 01/17 | BANK TRANSFER TO BROKERAGE | (363,389.81) |
| 01/19 | BANK CREDIT FROM BROKERAGE x | 8.74 |
| 01/31 | **Ending Balance** x,z | **$12,356.80** |
| 01/31 | **Interest Rate** *z | **0.45%** |

* Your interest period was 12/16/23 - 01/15/24. z

## Pending / Open Activity

| Activity Type | Date | Action | Symbol/ CUSIP | Description | Quantity | Market Price/ Rate per Share($) | Limit Price($) | Settle/ Payable Date | Expiration Date | Amount($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pending | 01/22 | Qual Div | CL | COLGATE-PALMOLIVE CO | 37.5000 | 0.4800 | | 02/15 | | 18.00 |
| **Total Pending Transactions** | | | | | | | | | | **$18.00** |

Pending transactions are not included in account value.



Schwab One® Account of

JAMES C HOLST
DESIGNATED BENE PLAN/TOD

Statement Period
January 1-31, 2024



## Endnotes For Your Account

W Excluding unpriced securities (see Investment Detail).

(M) Denotes a security that is marginable. Some mutual fund or ETF investments may not be immediately marginable.

◊ Dividends paid on this security will be automatically reinvested.

X Bank Sweep deposits are held at FDIC-insured Program Banks, which are listed in the Cash Features Disclosure Statement.

Z For the Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period.

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:** This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement. **Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your Account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account. **AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request. **Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest. **Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage Account(s). Deposit accounts held through these bank sweep features constitute direct obligations of one or more FDIC insured banks ("Program Banks") that are not obligations of Schwab. Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage Account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your Account(s), please refer to the Cash Features Disclosure Statement available online or from a Schwab representative. **Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business. **Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request. **Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.** **Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the Bank Sweep and Bank Sweep for Benefit Plans features, interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage Account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005. **Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection. Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include: 1) You can lose more funds than you deposit in the margin account; 2) Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you; 3) You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call; 4) Schwab can increase its "house" maintenance margin requirements at any time without advance written notice to you. **Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Assets Not Held at Schwab are not held in your Account or covered by the Account's SIPC account protection and are not otherwise in Schwab's custody and are being provided as a courtesy to you. Information on Assets Not Held at Schwab, including but not limited to valuations, is reported solely based on information you provide to Schwab. Schwab can neither validate nor certify the existence of Assets Not Held at Schwab or the accuracy, completeness or timeliness of the information about Assets Not Held at Schwab, whether provided by you or otherwise. Descriptions of Assets Not Held at Schwab may be abbreviated or truncated. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. Certain Limited Partnerships (direct participation programs) and unlisted Real Estate Investment Trust (REIT) securities, for which you may see a value on your monthly Account statement that reflects the issuer's appraised estimated value, are not listed on a national securities exchange, and are generally illiquid. Even if you are able to sell such securities, the price received may be less than the per share appraised estimated value provided in the account statement. **Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts. **Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's



Schwab One® Account of

JAMES C HOLST
DESIGNATED BENE PLAN/TOD

Statement Period
January 1-31, 2024




## Terms and Conditions (continued)

Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests. **Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ½ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower. **Securities Products and Services:** Securities products and services are offered by Charles Schwab & Co., Inc., **Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at Program Banks in the Bank Sweep and Bank Sweep for Benefit Plans features.** Please see your Cash Feature Disclosure Statement for more information on insurance coverage. **Yield to Maturity:** This is the actual average annual return on a note if held to maturity. **IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157. Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions. IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to Client Service & Support at Charles Schwab & Co., Inc., P.O. Box 982603 El Paso, TX 79998-2603, or call customer service at **800-435-4000**. (Outside the U.S., call **+1-415-667-8400**.) If you're a client of an independent investment advisor, call us at 800-515-2157. **Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account. **Additional Information:** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third-party trademarks appearing herein are the property of their respective owners. Charles Schwab & Co., Inc., Charles Schwab Bank, Charles Schwab Premier Bank, and Charles Schwab Trust Bank are separate but affiliated companies and subsidiaries of the Charles Schwab Corporation. © 2024 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. **Member SIPC.** (O1CUSTNC) (0822-20UL)

Schwab Institutional is a division of Charles Schwab & Co., Inc., and provides back office brokerage and related services to independent investment advisors and retirement plan providers. Schwab is a registered broker-dealer and is not affiliated with your Investment Advisor whose name appears on this statement ("Advisors") except in the case of Charles Schwab Investment Advisory, Inc. ("CSIA"), Schwab Wealth Investment Advisory, Inc. ("SWIA"), or an affiliated company that may act as the investment advisor on a fund. Schwab neither endorses nor recommends any particular Advisor or its investment strategy and has no responsibility to monitor trading by any Advisor in your Account. Schwab has not verified any statement accompanying any Advisor's logo appearing on this statement. Not all of these products and services may benefit your Account, and Schwab may provide them to Advisors on the Advisor's commitment to place a certain amount of its clients' assets in brokerage accounts at Schwab within a certain period of time. This commitment could influence an Advisor's recommendation or requirement that its clients establish brokerage accounts at Schwab. For questions about this statement, or if there is a change in your financial situation, investment objectives, or risk profile, please contact your Independent Investment Manager and/or Advisor.

*This page intentionally left blank.*