NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor:<br>META MATERIALS | Case Number:<br>24-50792 |
|---|---|

| 1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):<br><br>ANDREJ TAZBERIK<br>5189 VIA DEL VALLE ST<br>LA VERNE, CA, 91750<br><br>Telephone Number:<br>(805)-708-9790 | ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.<br><br>■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.<br><br>☐ Check box if this address differs from the address on the envelope sent to you by the Debtors. | **RECEIVED AND FILED**<br><br>DEC 19 2024<br><br>U.S. BANKRUPTCY COURT<br>MARY A. SCHOTT, CLERK<br><br><br>**COURT USE ONLY** |

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only):<br>*****2473 | Check here if this Proof of Interest:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br>Andrej Tazberik<br>PO Box 770001, Cincinnati, OH 45277-0002<br>Telephone Number: 800-343-3548 | 3. Date Equity Interest was acquired:<br><br>BETWEEN 07/14/2021 - 04/17/2023<br>SEE ATTACHED DOCUMENTATION |
|---|---|

| 4. Total amount of member interest: 120 (post merger) for $21,792 | 5. Certificate number(s): SEE ATTACHED DOCUMENTATION |
|---|---|

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
■ I am the interest holder.　　☐ I am the interest holder's authorized agent.　　☐ I am the trustee, or the debtor,　　☐ I am a guarantor, surety,
　　　　　　　　　　　　　　　(Attach copy of power of attorney, if any.)　　or their authorized agent.　　　endorser, or other
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See Bankruptcy Rule 3004.)　　codebtor.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: ANDREJ TAZBERIK
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature) _Taze_　　(Date) 12/17/2024

Telephone number: 805-708-9790　　email: andrej@atdesign.org

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form　|　Save Form　|　Clear Form

**PROOF OF INTEREST SUPPLEMENTAL INFORMATION:**
**CASE: 24-50792, META MATERIALS, INC.**
**FOR: Andrej Tazberik**

BROKER: Fidelity Investments
ACCT #: X96322473

**TRANSACTIONS [Pre-Reverse Split]\*\***

07/14/2021 Purchased   100 shares $4.75/share [$  475.00 total invested]
07/15/2021 Purchased   500 shares $3.99/share [$1,992.50 total invested]
07/19/2021 Purchased   500 shares $3.82/share [$1,907.50 total invested]
07/23/2021 Purchased   200 shares $3.69/share [$  737.80 total invested]
07/23/2021 Sold        200 shares $3.72/share [$  744.55 total recovered]
07/26/2021 Purchased   400 shares $3.61/share [$1,442.44 total invested]
07/29/2021 Purchased   200 shares $3.52/share [$  703.34 total invested]
07/29/2021 Purchased   200 shares $3.49/share [$  698.86 total invested]
07/30/2021 Purchased   100 shares $3.48/share [$  348.00 total invested]
07/30/2021 Purchased   200 shares $3.47/share [$  694.00 total invested]
07/30/2021 Purchased   200 shares $3.44/share [$  688.00 total invested]
07/30/2021 Purchased   100 shares $3.43/share [$  342.55 total invested]
07/30/2021 Purchased   100 shares $3.42/share [$  342.00 total invested]

08/03/2021 Purchased 200 shares $3.29/share [$  657.38 total invested]
08/03/2021 Purchased 200 shares $3.22/share [$  643.32 total invested]
08/04/2021 Purchased 250 shares $3.17/share [$  792.18 total invested]
08/06/2021 Purchased 250 shares $3.29/share [$  823.50 total invested]
08/09/2021 Purchased 250 shares $3.65/share [$  911.73 total invested]
08/09/2021 Purchased 250 shares $3.67/share [$  916.40 total invested]

07/08/2022 Purchased 500 shares $1.04/share [$  520.00 total invested]
07/08/2022 Purchased 500 shares $1.03/share [$  515.00 total invested]

09/23/2022 Purchased 1,000 shares $0.67/share [$  674.30 total invested]
09/29/2022 Purchased  500 shares $0.65/share [$  325.00 total invested]
09/30/2022 Purchased  250 shares $0.66/share [$  165.75 total invested]
09/30/2022 Purchased  250 shares $0.66/share [$  165.00 total invested]

10/07/2022 Purchased   100 shares $0.67/share [$   67.15 total invested]
10/07/2022 Purchased   300 shares $0.67/share [$  201.96 total invested]
10/10/2022 Purchased   600 shares $0.74/share [$  441.30 total invested]
10/26/2022 Purchased   200 shares $1.02/share [$  203.00 total invested]
10/28/2022 Purchased   300 shares $1.00/share [$  299.10 total invested]
10/31/2022 Purchased   500 shares $1.07/share [$  532.50 total invested]

11/01/2022 Purchased    500 shares $1.13/share [$  562.50 total invested]
11/01/2022 Purchased    500 shares $1.16/share [$  577.50 total invested]

12/07/2022 Purchased 1,000 shares $1.95/share [$1,950.00 total invested]

04/17/2023 Purchased 1,000 shares $0.22/share [$  220.00 total invested]

**TOTAL SHARES HELD PRE-REVERSE SPLIT:** 12,000 shares
[120 SHARES POST REVERSE SPLIT 1/100]
**TOTAL MONIES INVESTED:** $21,792.01

**See Transaction documentation attached (broker statements).



INVESTMENT REPORT
July 1, 2021 - July 31, 2021

Fidelity Account ANDREJ TAZBERIK - INDIVIDUAL
► **Account Number: X96-322473**

## Your Account Value:

Change from Last Period: ▼ ███████

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | ██████ | $ █████ |
| Subtractions | ████ | █████ |
| Transaction Costs, Fees & Charges | ████ | █████ |
| Change in Investment Value * | █████ | ██████ |
| **Ending Account Value \*\*** | $ █████ | $ █████ |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $ █████ | |

\*  Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.
\*\* Excludes unpriced securities.

### Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST℠ Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

Envelope # ███████

ANDREJ TAZBERIK
██████████
HUNTINGTN BCH CA 92649-███

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

MR_CE_BLFNMPBBBHWPQ_BBBB 20210730

M04688751720210731



INVESTMENT REPORT
July 1, 2021 - July 31, 2021

## Holdings

Account # X96-322473
ANDREJ TAZBERIK - INDIVIDUAL

### Stocks

| Description | Beginning Market Value Jul 1, 2021 | Quantity Jul 31, 2021 | Price Per Unit Jul 31, 2021 | Ending Market Value Jul 31, 2021 | Total Cost Basis | Unrealized Gain/Loss Jul 31, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| M META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | unavailable | 1,500.000 | 3.5000 | 5,250.00 | 5,810.69 | -560.69 | - |

### Options

| Description | Beginning Market Value Jul 1, 2021 | Quantity Jul 31, 2021 | Price Per Unit Jul 31, 2021 | Ending Market Value Jul 31, 2021 | Total Cost Basis | Unrealized Gain/Loss Jul 31, 2021 |
|---|---|---|---|---|---|---|
| M | | | | | | |
| M | | | | | | |
| M | | | | | | |
| **Total Options  (0% of account holdings)** | | | | | | |

| **Total Holdings** | | | | $431,444.37 | $28,975.86 | -$11,033.86 | $8.87 |

*All remaining positions held in cash account.*

MR_CE_BLFNMPBBBHWPQ_BBBBB 20210730



## Holdings

Account # X96-322473
ANDREJ TAZBERIK - INDIVIDUAL

EAI & EY  **Estimated Annual Income (EAI) & Estimated Yield (EY)**- *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the "Additional Information and Endnotes" section.***

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

M  *Position held in margin account.*

## Activity

### Securities Bought & Sold





INVESTMENT REPORT
**July 1, 2021 - July 31, 2021**

## Activity

Account # X96-322473
**ANDREJ TAZBERIK - INDIVIDUAL**

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/09 | | | | | | | - | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | - | |
| 07/14 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 4.75000 | | - | -475.00 |
| 07/14 | | | | | | | - | |
| 07/15 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 500.000 | 3.98500 | | - | -1,992.50 |
| 07/15 | | | | | | | | |
| 07/16 | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

MR_CE_BLFNMPBBBHWPQ_BBBBB 20210730



## Activity

Account # X96-322473
ANDREJ TAZBERIK - INDIVIDUAL

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/16 | | | | | | | | |
| | | | | | | - | | |
| 07/19 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 500.000 | 3.81500 | - | | -1,907.50 |
| 07/19 | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 07/22 | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |



## Activity

Account # X96-322473
ANDREJ TAZBERIK - INDIVIDUAL

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/23 | ██████████████ | 5352979EC | You Bought | ████ | | - | | ████ |
| 07/23 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 200.000 | 3.68900 | | - | -737.80 |
| 07/23 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Sold *Short-term loss: $128.95 Short-term disallowed loss: $128.95 Wash sale of: 07/21/2021 $128.95* | -200.000 | 3.72280 | 873.50 | -0.01 | 744.55 |
| 07/26 | ██████████████ | | ██████████ | ████ | ████ | | ████ | ████ |
| 07/26 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 400.000 | 3.60610 | | - | -1,442.44 |
| 07/27 | ██████ | | ██████ | ████ | | | -0.63 | -12.63 |
| 07/27 | ██████ | | ██████ | ████ | | | -0.59 | 10.41 |
| ██ | ██████ | ██ | | ██████ | | | -0.02 | 3,379.98 |
| | | | | | | | -0.01 | 994.99 |
| | | | | | | | -0.01 | 857.49 |
| | | | | | | | -0.01 | 551.99 |
| | | | | | | | -0.68 | -340.68 |
| ██ | ██████ | | ██████ | | | | -0.68 | -395.68 |
| ██ | ██████ | | | | | | -0.69 | 349.31 |
| **Total Securities Bought** | | | | | | | -$9.47 | -$46,174.13 |
| **Total Securities Sold** | | | | | | | -$7.97 | $74,258.03 |
| **Net Securities Bought & Sold** | | | | | | | **-$17.44** | **$28,083.90** |

MR_CE_BLFNMPBBBHWPQ_BBBBB 20210730



## Activity

Account # X96-322473
ANDREJ TAZBERIK - INDIVIDUAL

### Core Fund Activity (continued)

*For more information about the operation of your core account, please refer to your Customer Agreement.*

| Settlement Date | Account Type | | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ |

**Total Core Fund Activity** $28,084.59

### Trades Pending Settlement

| Trade Date | Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/29 | 08/02 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | MMAT | Bought | 200.0000 | $3.51670 | | -$703.34 |
| 07/29 | 08/02 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | MMAT | Bought | 200.0000 | 3.49430 | | -698.86 |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | - | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | - | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | - | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ |

MR_CE _BLFNMPBBBHWPQ_BBBBB 20210730



INVESTMENT REPORT
**July 1, 2021 - July 31, 2021**

# Activity

Account # X96-322473
**ANDREJ TAZBERIK - INDIVIDUAL**

## Trades Pending Settlement (continued)

| Trade Date | Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/30 | 08/02 | ███████████████ | ████ | ███████ | ███ | | | |
| 07/30 | 08/03 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | MMAT | Bought | 100.0000 | 3.48000 | | -348.00 |
| 07/30 | 08/03 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | MMAT | Bought | 200.0000 | 3.47000 | | -694.00 |
| 07/30 | 08/03 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | MMAT | Bought | 200.0000 | 3.44000 | | -688.00 |
| 07/30 | 08/03 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | MMAT | Bought | 100.0000 | 3.42550 | | -342.55 |
| 07/30 | 08/03 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | MMAT | Bought | 100.0000 | 3.42000 | | -342.00 |
| **Total Trades Pending Settlement** | | | | | | | | **-$3,617.65** |

## Open Orders as of July 31, 2021

| Date Entered | Exp. Date | Security Name | Description | Quantity | Limit Price | Market Price |
|---|---|---|---|---|---|---|
| ██████ | ██████ | ███████████ | █████ | █████ | █████ | █████ |

*Expiration date details are available online or can be provided upon request.*

*Cost basis and gain/loss information is provided as a service to our customers and is based on standards for filing US Federal Tax Returns as determined by Fidelity.  This information is not intended to address tax law or reporting requirements applicable in your country of tax residence.*

f    *FIFO (First-In, First-Out)*

MR_CE_BLFNMPBBBHWPO_BBBBB 20210730



## Holdings

Account # X96-322473
**ANDREJ TAZBERIK - INDIVIDUAL - TOD**

### Exchange Traded Products

*Includes exchange-traded funds (ETFs), exchange-traded notes (ETNs), and other exchange-traded vehicles.*

| Description | Beginning Market Value Apr 1, 2023 | Quantity Apr 30, 2023 | Price Per Unit Apr 30, 2023 | Ending Market Value Apr 30, 2023 | Total Cost Basis | Unrealized Gain/Loss Apr 30, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| ███████ | ███ | ███ | ███ | ███ | $███ | ███ | - |
| ███████ | ███ | | | ███ | ███ | ███ | - |
| **Total Exchange Traded Products (19% of account holdings)** | ███ | | | ███ | ███ | ███ | - |

### Stocks

| Description | Beginning Market Value Apr 1, 2023 | Quantity Apr 30, 2023 | Price Per Unit Apr 30, 2023 | Ending Market Value Apr 30, 2023 | Total Cost Basis | Unrealized Gain/Loss Apr 30, 2023 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| ███████ | $███ | ███ | $███ | ███ | ███ | ███ | - |
| ███████ | ███ | ███ | ███ | ███ | ███ | ███ | - |
| ███████ | ███ | ███ | ███ | ███ | ███ | ███ | - |
| ███████ | ███ | ███ | ███ | ███ | ███ | ███ | - |
| (GTII) | ███ | ███ | | ███ | ███ | ███ | - |
| M **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 4,483.60 | 12,000.000 | 0.1842 | 2,210.40 | 21,792.01 | -19,581.61 | - |
| M ███████ | ███ | ███ | | ███ | ███ | ███ | - |
| ███████ | ███ | ███ | - | ███ | ███ | ███ | - |

MR_CE_BNTQHHBBBBGQG_BBBBB 20230428



INVESTMENT REPORT
**April 1, 2023 - April 30, 2023**

## Activity

Account # X96-322473
**ANDREJ TAZBERIK - INDIVIDUAL - TOD**

### Securities Bought & Sold



| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction | |
|---|---|---|---|---|---|---|---|---|
| 04/19 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 1,000.000 | 0.22000 | - | | -220.00 s |
| Total Securities Bought | | | | | | | | |
| Total Securities Sold | | | | | | | | |
| Net Securities Bought & Sold | | | | | | | | |

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | |
|---|---|---|---|---|---|---|
| | | | Dividend Received | - | - | |
| Total Dividends, Interest & Other Income | | | | | | |

MR_CE_BNTOHHBBBBGGQ_BBBBB 20230428



## Holdings

Account # X96-322473
ANDREJ TAZBERIK - INDIVIDUAL - TOD

### Exchange Traded Products
*Includes exchange-traded funds (ETFs), exchange-traded notes (ETNs), and other exchange-traded vehicles.*

| Description | Beginning Market Value Dec 1, 2022 | Quantity Dec 31, 2022 | Price Per Unit Dec 31, 2022 | Ending Market Value Dec 31, 2022 | Total Cost Basis | Unrealized Gain/Loss Dec 31, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| ███████████ | ████ | ████ | ████ | ████ | ████ | ████ | - |
| ███████ | ████ | | | ████ | ████ | ████ | - |
| **Total Exchange Traded Products (22% of account holdings)** | ████ | | | ████ | ████ | ████ | |

### Stocks

| Description | Beginning Market Value Dec 1, 2022 | Quantity Dec 31, 2022 | Price Per Unit Dec 31, 2022 | Ending Market Value Dec 31, 2022 | Total Cost Basis | Unrealized Gain/Loss Dec 31, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| M ███████████████ | ████ | ████ | ████ | ████ | | ████ | - |
| ████████████ | ████ | ████ | ████ | ████ | ████ | ████ | - |
| ██████████ | ████ | ████ | ████ | ████ | ████ | ████ | - |
| ████ | unavailable | ████ | | | | | - |
| M **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 19,000.00 | 11,000.000 | 1.1900 | 13,090.00 | 21,572.01 | -8,482.01 | - |
| ██████████ | ████ | ████ | ████ | ████ | ████ | ████ | - |
| ███████████ | unavailable | ████ | - | ████ | ████ | ████ | - |
| ████████████ | unavailable | ████ | - | ████ | ████ | ████ | - |

MR_CE_BNHBDFBBBMXK_BBBBB 20221230



## Holdings

Account # X96-322473
**ANDREJ TAZBERIK - INDIVIDUAL - TOD**

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

c   *Cost basis information (or proceeds from short sales) has been provided by you and has not been adjusted except as otherwise indicated. When positions are transferred between accounts, in certain cases, cost basis information may be automatically transferred and deemed to be customer-provided.*

M   *Position held in margin account.*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 12/08 | ████████ | ████ | ████ | ███ | ███ | ███ | ███ |
| 12/09 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 1,000.000 | 1.95000 | - | -1,950.00 |
| 12/12 | ████ | ████ | ████ | | | ██ | ███ |
| ████ | ████ | ████ | ████ | ███ | | ███ | ███ |
| ████ | ████ | ████ | ████ | ███ | | ███ | ███ |
| ████ | ████ | ███ | ████ | ███ | | ████ | ███ |
| ████ | ████ | ████ | ████ | ███ | | ███ | ███ |
| ████ | ████ | ██ | ███ | ███ | | ███ | ███ |
| ████ | ████ | ████ | ████ | ███ | | ███ | ███ |
| **Total Securities Bought** | | | | | | -$███ | -$███ |
| **Net Securities Bought & Sold** | | | | | | -$███ | -$███ |

MR_CE_BNHBDFBBBBMXK_BBBB 20221230



INVESTMENT REPORT
November 1, 2022 - November 30, 2022

## Holdings

Account # X96-322473
ANDREJ TAZBERIK - INDIVIDUAL - TOD

### Exchange Traded Products

Includes exchange-traded funds (ETFs), exchange-traded notes (ETNs), and other exchange-traded vehicles.

| Description | Beginning Market Value Nov 1, 2022 | Quantity Nov 30, 2022 | Price Per Unit Nov 30, 2022 | Ending Market Value Nov 30, 2022 | Total Cost Basis | Unrealized Gain/Loss Nov 30, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| ███████ | | | | | | | |
| ████████████ | ████ | ████ | ████ | ████ | ████ | ████ | - |
| Total Equity ETPs (3% of account holdings) | ████ | | | ████ | ████ | ████ | - |
| **Total Exchange Traded Products (3% of account holdings)** | ████ | | | ████ | | ████ | - |

### Stocks

| Description | Beginning Market Value Nov 1, 2022 | Quantity Nov 30, 2022 | Price Per Unit Nov 30, 2022 | Ending Market Value Nov 30, 2022 | Total Cost Basis | Unrealized Gain/Loss Nov 30, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| ████████████ | ████ | ████ | ████ | ████ | ████ | ████ | - |
| ████████████ | ████ | ████ | ████ | ████ | ████ | ████ | - |
| ████████████ | ████ | ████ | ████ | ████ | ████ | ████ | - |
| ██████████ | ████ | ████ | ████ | ████ | ████ | ████ | - |
| M META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 8,692.00 | 10,000.000 | 1.9000 | 19,000.00 | 19,622.01 | -622.01 | - |
| ████████████ | ████ | ████ | ████ | ████ | ████ c | ████ | - |
| Total Common Stock (12% of account holdings) | ████ | | | ████ | ████ | | |



INVESTMENT REPORT
November 1, 2022 - November 30, 2022

## Holdings

Account # X96-322473
ANDREJ TAZBERIK - INDIVIDUAL - TOD

c   Cost basis information (or proceeds from short sales) has been provided by you and has not been adjusted except as otherwise indicated. When positions are transferred between accounts, in certain cases, cost basis information may be automatically transferred and deemed to be customer-provided.

M   Position held in margin account.

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 11/01 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 300.000 | $0.99700 | - | -$299.10 |
| 11/02 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 500.000 | 1.06500 | - | -532.50 |
| 11/03 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 500.000 | 1.12500 | - | -562.50 |
| 11/03 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 500.000 | 1.15500 | - | -577.50 |
| 11/07 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Total Securities Bought

Net Securities Bought & Sold

MR_CE_BNDTMWBBBBGNT_BBBB 20221130



## Holdings

Account # X96-322473
ANDREJ TAZBERIK - INDIVIDUAL - TOD

### Exchange Traded Products
*Includes exchange-traded funds (ETFs), exchange-traded notes (ETNs), and other exchange-traded vehicles.*

| Description | Beginning Market Value Oct 1, 2022 | Quantity Oct 31, 2022 | Price Per Unit Oct 31, 2022 | Ending Market Value Oct 31, 2022 | Total Cost Basis | Unrealized Gain/Loss Oct 31, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| ████ | $████ | ████ | $████ | $████ | $████ | -$████ | - |
| Total Equity ETPs(5% of account holdings) | ████ | | | ████ | ████ | ████ | - |
| **Total Exchange Traded Products (5% of account holdings)** | ████ | | | ████ | ████ | -████ | - |

### Stocks

| Description | Beginning Market Value Oct 1, 2022 | Quantity Oct 31, 2022 | Price Per Unit Oct 31, 2022 | Ending Market Value Oct 31, 2022 | Total Cost Basis | Unrealized Gain/Loss Oct 31, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| M████ | ████ | ████ | ████ | ████ | ████ | ████ | S |
| M████ | ████ | ████ | ████ | ████ | ████ | ████ | - |
| M████ | ████ | ████ | ████ | ████ | ████ | ████ | - |
| M████ | ████ | ████ | | ████ | ████ | ████ | - |
| M META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 3,894.60 | 8,200.000 | 1.0600 | 8,692.00 | 17,650.41 | -8,958.41 | - |
| | | ████ | | | ████ c | 14,307.62 | - |
| ████ | $████ | | | $████ | $████ | $████ | |
| **Preferred Stock** | | | | | | | |
| M████ (APE) | ████ | ████ | $████ | $████ | $████ | -$████ | - |



INVESTMENT REPORT
October 1, 2022 - October 31, 2022

## Holdings

Account # X96-322473
ANDREJ TAZBERIK - INDIVIDUAL - TOD

### Stocks (continued)

| Description | Beginning Market Value Oct 1, 2022 | Quantity Oct 31, 2022 | Price Per Unit Oct 31, 2022 | Ending Market Value Oct 31, 2022 | Total Cost Basis | Unrealized Gain/Loss Oct 31, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Preferred Stock** (continued) | | | | | | | |
| ███████████ | ████ | ████ | ███ | ████ | ████ | ██████ | - |
| ███████████ | ████ | | | ████ | █ | ████ | - |
| ███████████ | ████ | | | ████ | ██ | ████ | - |
| **Total Holdings** | | | | ████ | ██████ | ██████ | $████ |

*All remaining positions held in cash account.*

EAI & EY  **Estimated Annual Income (EAI) & Estimated Yield (EY)-** *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* **For calculation details, refer to the "Additional Information and Endnotes" section.**

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

c  *Cost basis information (or proceeds from short sales) has been provided by you and has not been adjusted except as otherwise indicated. When positions are transferred between accounts, in certain cases, cost basis information may be automatically transferred and deemed to be customer-provided.*

M  *Position held in margin account.*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/03 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 500.000 | $0.65000 | | - | -$325.00 |

MR_CE_BNBNOKBBBGVC_BBBBB 20221031



## Activity

**Account # X96-322473**
**ANDREJ TAZBERIK - INDIVIDUAL - TOD**

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| | ▇▇▇ | | You Bought | ▇▇▇ | | | - | -▇▇▇ |
| 10/04 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 250.000 | 0.66000 | | - | -165.00 |
| 10/04 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 250.000 | 0.66300 | | - | -165.75 |
| ▇▇▇▇ | ▇▇▇▇ | ▇▇▇ | ▇▇▇▇ | ▇▇▇ | ▇▇ | ▇▇▇ | | ▇▇▇ |
| 10/12 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 0.67150 | | - | -67.15 |
| 10/12 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 300.000 | 0.67320 | | - | -201.96 |
| 10/12 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 600.000 | 0.73550 | | - | -441.30 |
| ▇▇▇▇ | ▇▇▇▇ | ▇▇▇ | Sold | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇ | ▇▇▇ |
| 10/28 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 200.000 | 1.01500 | | - | -203.00 |
| ▇▇▇▇ | ▇▇▇▇ | | | | | - | - | -▇▇▇ |

**Net Securities Bought & Sold**  $▇▇▇  -$▇▇▇  $▇▇▇
-$▇▇  $▇▇▇

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 10/31 | ▇▇▇▇ | ▇▇▇ | ▇▇▇ | - | - | $▇▇ |

**Total Dividends, Interest & Other Income**  $▇▇▇

MR_CE_BNBNQXBBBGVC_BBBBB 20221031



INVESTMENT REPORT
October 1, 2022 - October 31, 2022

## Activity

Account # X96-322473
ANDREJ TAZBERIK - INDIVIDUAL - TOD

### Core Fund Activity (continued)

*For more information about the operation of your core account, please refer to your Customer Agreement.*

| Settlement Date | Type | | | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| ▓ | ▓ | ▓ | | ▓ | ▓ | | ▓ |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| | | | | | ▓ | | ▓ |

**Total Core Fund Activity** ▓

### Trades Pending Settlement

| Trade Date | Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/28 | 11/01 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | MMAT | Bought | 300.0000 | $0.99700 | | -$299.10 |
| 10/31 | 11/02 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | MMAT | Bought | 500.0000 | 1.06500 | | -532.50 |

**Total Trades Pending Settlement** -▓

*Cost basis and gain/loss information is provided as a service to our customers and is based on standards for filing US Federal Tax Returns as determined by Fidelity. This information is not intended to address tax law or reporting requirements applicable in your country of tax residence.*

f   *FIFO (First-In, First-Out)*

PR   *In certain cases, gain/loss information may have been previously reported and is reflected in year to date totals only.*

MR_CE_BNBNQKBBBGVC_BBBB 20221031



INVESTMENT REPORT
September 1, 2022 - September 30, 2022

## Holdings

Account # X96-322473
ANDREJ TAZBERIK - INDIVIDUAL - TOD

### Exchange Traded Products

*Includes exchange-traded funds (ETFs), exchange-traded notes (ETNs), and other exchange-traded vehicles.*

| Description | Beginning Market Value Sep 1, 2022 | Quantity Sep 30, 2022 | Price Per Unit Sep 30, 2022 | Ending Market Value Sep 30, 2022 | Total Cost Basis | Unrealized Gain/Loss Sep 30, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| ▇▇▇▇▇ | | | | | | | |
| ▇▇▇▇▇▇▇▇▇▇▇ | $▇▇▇▇ | ▇▇▇▇ | $▇▇▇ | $▇▇▇▇ | $▇▇▇ | $▇▇▇ | - |
| Total Equity ETPs(16% of account holdings) | $▇▇▇▇ | | | ▇▇▇▇ | ▇▇▇▇ | | - |
| **Total Exchange Traded Products (16% of account holdings)** | $▇▇▇▇▇ | | | $▇▇▇▇ | $▇▇▇▇ | | - |

### Stocks

| Description | Beginning Market Value Sep 1, 2022 | Quantity Sep 30, 2022 | Price Per Unit Sep 30, 2022 | Ending Market Value Sep 30, 2022 | Total Cost Basis | Unrealized Gain/Loss Sep 30, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| M ▇▇▇▇▇▇▇▇ | $▇▇▇ | ▇▇▇ | $▇▇▇ | $▇▇▇ | $▇▇▇ | -$▇▇▇ | - |
| M ▇▇▇▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | - |
| M ▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | | | - |
| M META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 4,325.00 | 6,000.000 | 0.6491 | 3,894.60 | 16,081.25 | -12,186.65 | |
| | | | | | | 28,531.62 | |
| Total Common Stock (31% of account holdings) | $▇▇▇ | | | $▇▇▇ | $▇▇▇ | | |
| **Preferred Stock** | | | | | | | |
| M ▇▇▇▇▇▇ | $▇▇▇ | ▇▇▇ | $▇▇▇ | $▇▇▇ | $▇▇▇ | -$▇▇▇ | |
| ▇▇▇▇▇▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | |



INVESTMENT REPORT
September 1, 2022 - September 30, 2022

## Holdings

Account # X96-322473
**ANDREJ TAZBERIK - INDIVIDUAL - TOD**

### Stocks (continued)

| Description | Beginning Market Value Sep 1, 2022 | Quantity Sep 30, 2022 | Price Per Unit Sep 30, 2022 | Ending Market Value Sep 30, 2022 | Total Cost Basis | Unrealized Gain/Loss Sep 30, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Preferred Stock** (continued) | | | | | | | |
| ██████ ██████ | $████ | | | $█████ | $█████ | $█████ | - |
| ██████████████ | $█████ | | | $█████ | $██████ | $██████ | - |
| **Total Holdings** | | | | $█████ | $██████ | $██████ | $███ |

*All remaining positions held in cash account.*

EAI & EY  **Estimated Annual Income (EAI) & Estimated Yield (EY)**- *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* **For calculation details, refer to the "Additional Information and Endnotes" section.**

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

c  *Cost basis information (or proceeds from short sales) has been provided by you and has not been adjusted except as otherwise indicated. When positions are transferred between accounts, in certain cases, cost basis information may be automatically transferred and deemed to be customer-provided.*

M  *Position held in margin account.*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/22 | ██████████████████████ | █████ | Y█████ ████████████ | █████ | $████ | $████ | -████ | $█████ |
| 09/27 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought ████████ | 1,000.000 | 0.67430 | - | | -674.30 |

MR_CE_BMXDTWBBBNFG_BBBBB 20220930



## Activity

**Account # X96-322473**
**ANDREJ TAZBERIK - INDIVIDUAL - TOD**

### Trades Pending Settlement

| Trade Date | Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/29 | 10/03 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | MMAT | Bought | 500.0000 | $0.65000 | | -$325.00 |
| 09/30 | 10/04 | ▮▮▮▮▮▮▮▮ | | Bought | ▮▮▮▮ | | | |
| 09/30 | 10/04 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | MMAT | Bought | 250.0000 | 0.66300 | | -165.75 |
| 09/30 | 10/04 | META MATERIALS INC COM<br>ISIN #US59134N1046 SEDOL #BKSCVX7 | MMAT | Bought | 250.0000 | 0.66000 | | -165.00 |
| 09/30 | 10/04 | ▮▮▮▮▮▮▮▮ | | Sold<br>*Short-term gain: $439.94* | ▮ | ▮ | ▮▮▮ | ▮ |

| **Total Trades Pending Settlement** | | | | | | | | **$1,381.99** |
|---|---|---|---|---|---|---|---|---|

### Open Orders as of September 30, 2022

| ▮▮ | | | Description | Quantity | Limit Price | | Market Price |
|---|---|---|---|---|---|---|---|
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮ |

*Expiration date details are available online or can be provided upon request.*

*Cost basis and gain/loss information is provided as a service to our customers and is based on standards for filing US Federal Tax Returns as determined by Fidelity.  This information is not intended to address tax law or reporting requirements applicable in your country of tax residence.*

f    *FIFO (First-In, First-Out)*



## Holdings

Account # X96-322473
ANDREJ TAZBERIK - INDIVIDUAL

### Exchange Traded Products

*Includes exchange-traded funds (ETFs), exchange-traded notes (ETNs), and other exchange-traded vehicles.*

| Description | Beginning Market Value Aug 1, 2021 | Quantity Aug 31, 2021 | Price Per Unit Aug 31, 2021 | Ending Market Value Aug 31, 2021 | Total Cost Basis | Unrealized Gain/Loss Aug 31, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| ███████ | | | | | | | |
| ██████████████ | $███████ | █████████ | $██████ | $██████ | $██████ | -$██████ | - |
| Total Equity ETPs (2% of account holdings) | $███████ | | | ██████ | ██████ | ██████ | - |
| Total Exchange Traded Products (2% of account holdings) | $███████ | | | $██████ | $██████ | -$██████ | - |

### Stocks

| Description | Beginning Market Value Aug 1, 2021 | Quantity Aug 31, 2021 | Price Per Unit Aug 31, 2021 | Ending Market Value Aug 31, 2021 | Total Cost Basis | Unrealized Gain/Loss Aug 31, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** | | | | | | | |
| M ██████████████████ | $██████ | ██████ | $██████ | $██████ | $██████ | -$██████ | - |
| M **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 (MMAT) | 5,250.00 | 4,000.000 | 4.6500 | 18,600.00 | 14,371.95 | 4,228.05 | - |
| ███████████████ | ██████ | ██████ | ██████ | ██████ | ██████ | - | |
| ██████████████ | $██████ | | | $██████ | $██████ | -$██████ | - |
| Total Stocks (73% of account holdings) | $██████ | | | $██████ | $██████ | -$██████ | - |
| **Total Holdings** | | | | $██████ | $██████ | $██████ | $██████ |

*All remaining positions held in cash account.*



INVESTMENT REPORT
**August 1, 2021 - August 31, 2021**

## Holdings

Account # X96-322473
ANDREJ TAZBERIK - INDIVIDUAL

EAI & EY   **Estimated Annual Income (EAI) & Estimated Yield (EY)** - *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. For calculation details, refer to the "Additional Information and Endnotes" section.*

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

M   *Position held in margin account.*

## Activity

### Securities Bought & Sold



| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/02 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 200.000 | 3.49430 | | - | -698.86 |
| 08/02 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 200.000 | 3.51670 | | - | -703.34 |
| 08/03 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 3.42000 | | - | -342.00 |
| 08/03 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 3.42550 | | - | -342.55 |
| 08/03 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 3.48000 | | - | -348.00 |



INVESTMENT REPORT
**August 1, 2021 - August 31, 2021**

## Activity

Account # X96-322473
**ANDREJ TAZBERIK - INDIVIDUAL**

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/03 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 200.000 | 3.44000 | | - | -688.00 |
| 08/03 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 200.000 | 3.47000 | | - | -694.00 |
| 08/05 | ███████ | ███ | ███ | ██ | ███ | ███ | ███ | ███ |
| 08/05 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 200.000 | 3.21660 | | - | -643.32 |
| 08/05 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 200.000 | 3.28690 | | - | -657.38 |
| 08/05 | ███████ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| 08/06 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 250.000 | 3.16870 | | - | -792.18 |
| 08/06 | ███████ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| 08/10 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 250.000 | 3.29400 | | - | -823.50 |
| 08/10 | ███████ | ███ | ███ | ███ | ███ | | ███ | ███ |
| 08/11 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 250.000 | 3.64690 | | - | -911.73 |
| 08/11 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 250.000 | 3.66560 | | - | -916.40 |