NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

**Name of Debtor:**
Meta Materials Inc.

**Case Number:**
24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

DAVID HART
2 CAYUGA TRAIL
WAYNE NJ 07470

**Telephone Number:**
917-723-8113

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

DEC 19 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only):

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
SEE Attached Documents

**Telephone Number:**

3. **Date Equity Interest was acquired:**
SEE Attached Documents

4. **Total amount of member interest:** _____

5. **Certificate number(s):** SEE Attached Documents

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investing

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☒ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: DAVID Hart
Title:
Company: _____ Address and telephone number (if different from notice address above):

(Signature) David Hart 12/17/2024
(Date)
Telephone number: 917-723-8113 email: DAVID HART ENTERPRISES @ gmail.com

**Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571**



**Schwab Personal Choice Retirement Account® (PCRA) of**
**MATRIX TRUST COMPANY CUST**
**EARTHCAM 401(K) PLAN**
**FBO DAVID HART**

**Account Number**
**4306-9455**

**Statement Period**
**March 1-31, 2024**

## Your Retirement Plan Provider

MATRIX TRUST COMPANY
PO BOX 52129
PHOENIX AZ          85072-2129

*The custodian of your brokerage account is: Charles Schwab & Co., Inc.*
For questions about this statement, please contact the Schwab dedicated PCRA Call Center at
1-888-393-PCRA (7272).

## Table of Contents | Page

| | |
|---|---|
| Terms and Conditions | 2 |
| Change in Account Value | 4 |
| Asset Composition | 4 |
| Gain or (Loss) Summary | 5 |
| Income Summary | 5 |
| Cash Transactions Summary | 5 |
| Transaction Detail | 7 |
| Bank Sweep for Benefit Plans Activity | 8 |
| Endnotes For Your Account | 8 |

MATRIX TRUST COMPANY CUST
EARTHCAM 401(K) PLAN
FBO DAVID HART
2 CAYUGA TRL
WAYNE NJ

07470

03/26-00000-TTCJ0902-190445 *3



Schwab Personal Choice Retirement Account® (PCRA) of
**MATRIX TRUST COMPANY CUST**
**EARTHCAM 401(K) PLAN**
**FBO DAVID HART**

**Account Number**
**4306-9455**

**Statement Period**
**March 1-31, 2024**

# Terms and Conditions

This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Schwab PCRA℠ ("Account") at Schwab. Schwab is a registered broker-dealer and, provides brokerage and custody services for your Account. Schwab is a wholly owned subsidiary of The Charles Schwab Corporation. Other wholly owned subsidiaries of The Charles Schwab Corporation include the following Schwab "Affiliates": Charles Schwab Investment Management, Inc. ("CSIM"); Charles Schwab Investment Advisory, Inc. ("CSIA"); Schwab Wealth Advisory, Inc. ("SWAI"); Schwab Retirement Plan Services, Inc.; and Charles Schwab Bank. CSIA, CSIM, and SWAI provide investment advisory services. Schwab Retirement Plan Services, Inc. provides recordkeeping and related services with respect to retirement and other benefit plans. Charles Schwab Bank provides trust and custody services with respect to retirement and other benefit plans.

This Account statement may identify an independent retirement plan service provider or "Advisor." The independent retirement plan service provider or Advisor may provide services with respect to your Account, but is not affiliated with Schwab. The independent retirement plan service provider or Advisor is independently owned and operated and are not Schwab Affiliates. Schwab maintains agreements with certain independent retirement plan service providers and Advisors under which Schwab may provide such companies with services related to your Account. However, Schwab neither endorses nor recommends any particular independent retirement plan service provider or Advisor or investment strategy and has no responsibility to monitor trading by any independent retirement plan service provider or Advisor on your Account.

**GENERAL INFORMATION AND KEY TERMS:**
If you receive any other communication from any source other than Schwab, or other authorized affiliate of Schwab which purports to represent your holdings at Schwab, you should verify its content with this statement.

**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.

**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest. Interest cycles may differ from statement cycles.

**Bank Sweep Feature and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Bank Sweep and Bank Sweep for Benefit Plans features as Schwab Cash Features for your PCRA account. Deposit accounts constitute direct obligations of banks affiliated with Schwab and are not obligations of Schwab. Deposit Accounts are insured by the FDIC within applicable limits. The balance in the bank deposit accounts can be withdrawn on your order and the proceeds returned to your securities account or remitted to you as provided in your Account Agreement. For information on FDIC insurance

and its limits, as well as other important disclosures about the Bank Sweep feature, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.

**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business.

**Credit Interest:** If, on any given day, the interest that Schwab calculates for your Account is less than $.005, you will not earn any interest on that day.

**Dividend Reinvestment Customers:** Dividend reinvestment transactions are effected by Schwab acting as a principal for its own Account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acts as the buying agent. The time of these transactions, the exchange upon which these transactions occur, and the name of the person from whom the security is purchased will be furnished upon written request.

**Estimated Annual Income:** Estimated annual income is derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions.

**Fees and Charges:** Includes Margin Interest, Retirement Plan Service Provider fees, and Management Fees that may be charged during the statement period. Contact your Retirement Plan Service Provider and/or your Investment Advisor if you have questions about his or her fees.

**Interest:** For the Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Bank Sweep feature, interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for . the Free Credit Balances in the Bank Sweep feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005, but interest will not be credited if less than $.005.

**Market Price:** The most recent price evaluation available to Schwab on the last business day of the statement period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Asset Not Held at

Schwab are not held in your Account or covered by the Account's SIPC account protection and are not otherwise in Schwab's custody and are being provided as a courtesy to you. Information on Assets Not Held at Schwab or the accuracy, completeness or timeliness of the information about Assets Not Held at Schwab, whether provided by you or otherwise. Descriptions of Assets Not Held at Schwab may be abbreviated or truncated. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. Certain Limited Partnerships (direct participation programs) and unlisted Real Estate Investment Trust (REIT) securities, for which you may see a value on your monthly Account statement that reflects issuer's appraised estimated value, are not listed on a national securities exchange, and are generally illiquid. Even if you able to sell such securities, the price received may be less than the per share appraised estimated value provided in the account statement.

**Market Value:** The Market Value is computed by multiplying the Market Price by the Quanity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple Accounts.

**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.

**Option Customers:** Be aware of the following: (1) Commissions and other charges related to the execution of option transactions are included in confirmations of such transactions furnished to you at the time such transactions occur and are made available promptly upon request. (2) You should advise us promptly of any material changes in your investment objectives or financial situation. (3) Exercise assignment notices for option contracts are allocated among customer short positions pursuant to an automated procedure which randomly selects from among all customer short option positions those contracts which are subject to exercise, including positions established on the day of assignment. (4) Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult your tax advisor or IRS publication 550, Investment Income and Expenses, for additional information on Options.

**Rate Summary:** The yield information for Sweep Funds is the current 7-day yield as of the statement period. Yields vary. Schwab and the Sweep Fund investment advisor may be voluntarily reducing a portion of a Sweep Fund's expenses. Without these reductions, yields would have been lower.

SIPC has taken the position that it will not cover the balances held in your deposit accounts maintained under programs like our Bank Sweep feature. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
Schwab Personal Choice Retirement Accounts (PCRA) is offered through Charles Schwab & Co., Inc., the registered broker-dealer, which also provides other brokerage and custody services to its customers.
Except as noted in this statement's Terms and Conditions, Advisors or Retirement Plan Providers whose names appear in this statement are not affiliated with Schwab. Please see Terms and Conditions. (0816-1160)



Schwab Personal Choice Retirement Account® (PCRA) of
**MATRIX TRUST COMPANY CUST**
**EARTHCAM 401(K) PLAN**
**FBO DAVID HART**

| | |
|---|---|
| **Account Number** | **Statement Period** |
| **4306-9455** | **March 1-31, 2024** |

# Terms and Conditions (continued)

**Restricted Securities:** See your Account Agreement for information regarding your responsibilities concerning the sale or control of restricted securities.

**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If, on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than 1/2 of 1 cent ($0.005), your account will not earn a money market dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.

**Securities Products and Services:** Securities products and services are offered by Charles Schwab & Co., Inc., Member SIPC. **Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other or other obligations of, or guaranteed by, any bank, are not FDIC insured, and subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features.**

**Short Positions:** Securities sold short will be identified with an "S" in Investment Detail. The market value of these securities will be expressed as a debit and will be netted against any long positions in Total Account Value.

**Sweep Funds:** Includes the primary funds into which free credit balances may be automatically invested pursuant to your Account Agreement.

**Yield to Maturity:** This is the actual average annual return on a note if held to maturity.

**Gain (or Loss):** Unrealized Gain (or Loss) and Realized Gain (or Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor. This information is not a solicitation or a recommendation to buy or sell. It may, however, be helpful for investment and tax planning strategies. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**

**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.

**IN CASE OF QUESTIONS:** If you are a participant with a Schwab Personal Choice Retirement Account® (PCRA) and you have questions about this statement, or specific Schwab Account transactions, contact the dedicated **Schwab PCRA Call Center at 1-888-393-PCRA (7272).** If you are a Plan Trustee or Sponsor, please contact your Retirement Plan Service Provider shown on the cover page of this statement.

**IN CASE OF ERRORS OR DISCREPANCIES IN BROKERAGE TRANSACTIONS:** If you find an error or discrepancy relating to your brokerage activity (other than an electronic funds transfer), you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, you should notify Schwab immediately. Any oral communications should be reconfirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.

**IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please call the Charles Schwab & Co., Inc. Client **Advocacy Hotline at 1-800-468-3774** or write to Attention: Client Advocacy Team, 211 Main St., M/S: PHXPEAK-2K489, San Francisco, CA 94105.

**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.

**Wire Transfers and Check Transactions:** If, upon prompt examination, you find that your records and ours disagree, or if you suspect that a wire transfer is unauthorized, a check or endorsement is altered or forged, or checks are missing or stolen, call us immediately at the Schwab Customer Service number listed on the front of this statement. If you do not so notify us in writing promptly, but in no event later than 10 days after we send or make available your statement to you, you agree that the statement activity and Account balance are correct for all purposes with respect to those transactions. You agree to cooperate with us in the investigation of your claim, including giving us an affidavit containing whatever reasonable information we require concerning your Account, the wire or check transaction, and the circumstances surrounding the loss. You agree that we have a reasonable period of time to investigate the facts and circumstances surrounding any claimed loss, and that we have no obligation to provisionally credit your Account.

**Additional Information:** We are required by law to report to the Internal Revenue Service certain adjusted cost basis information (if applicable) and plan disbursements issued at the client's direction during the calendar year. Schwab or an affiliate acts as the Investment Advisor, Shareholder Service Agent and Distributor for the Schwab Money Funds. Schwab or an affiliate is compensated by the Schwab Money Funds for acting in each of these capacities other than as Distributor. The amount of such compensation is disclosed in the prospectus. For accounts managed by CSIA or CSIM you are charged an asset-based fee which is described in the relevant disclosure brochure. Additional information will be provided upon written request. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third-party trademarks appearing herein are the property of their respective owners. Schwab and its affiliated banks are subsidiaries of The Charles Schwab Corporation.

© 2023 Charles Schwab & Co., Inc. ("Schwab"). All right reserved. Member SIPC.

(0822-20UL)



**Schwab Personal Choice Retirement Account® (PCRA) of**
**MATRIX TRUST COMPANY CUST**
**EARTHCAM 401(K) PLAN**
**FBO DAVID HART**

| | |
|---|---|
| **Account Number** | **Statement Period** |
| **4306-9455** | **March 1-31, 2024** |

**Account Value as of 03/31/2024: $ 29,067.22**

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | **$ 24,732.46** | **$ 24,968.85** |
| Credits | 4,032.35 | 12,748.97 |
| Debits | 0.00 | (28.65) |
| Transfer of Securities (In/Out) | 0.00 | 0.00 |
| Income Reinvested | 0.00 | 0.00 |
| Change in Value of Investments | 302.41 | (8,621.95) |
| **Ending Value on 03/31/2024** | **$ 29,067.22** | **$ 29,067.22** |
| **Total Change in Account Value** | **$ 4,334.76** | **$ 4,098.37** |

### Account Value

| | |
|---|---|
| 56000 | |
| 50000 | |
| 44000 | |
| 38000 | |
| 32000 | |
| 26000 | |
| 20000 | |

6/23  9/23  12/23  3/24

**T plus one settlement starts May 28, 2024**

Trades executed on or after May 28, 2024 will now settle on the next business day. For more information, please visit schwab.com/T1. 0324-40HF

## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Bank Sweep [A,B] | $ 20,835.93 | 72% |
| Equities | 8,231.29 | 28% |
| **Total Assets Long** | **$ 29,067.22** | |
| **Total Account Value** | **$ 29,067.22** | **100%** |

### Overview



■ 72% Bank Sweep [A,B]
▨ 28% Equities


**charles SCHWAB**

Schwab Personal Choice Retirement Account® (PCRA) of
**MATRIX TRUST COMPANY CUST**
**EARTHCAM 401(K) PLAN**
**FBO DAVID HART**

**Account Number**
4306-9455

**Statement Period**
March 1-31, 2024

## Gain or (Loss) Summary

| | Gain or (Loss) on Investments Sold | Unrealized Gain or (Loss) |
|---|---|---|
| | This Period | |
| **All Investments** | $0.00 | $(602,995.34) |

*Values may not reflect all of your gains/losses. Cost basis may change and be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional gain or (loss) information refer to Terms and Conditions.*

## Income Summary

| | This Period | Year To Date |
|---|---|---|
| Bank Sweep Interest | 5.72 | 13.37 |
| **Total Income** | **5.72** | **13.37** |

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| **Starting Cash** | **$ 16,803.58** | **$ 8,115.61** |
| Deposits and other Cash Credits | 4,026.63 | 12,735.60 |
| Investments Sold | 0.00 | 0.00 |
| Dividends and Interest | 5.72 | 13.37 |
| Withdrawals and other Debits | 0.00 | (28.65) |
| Investments Purchased | 0.00 | 0.00 |
| Fees and Charges | 0.00 | 0.00 |
| **Total Cash Transaction Detail** | **4,032.35** | **12,720.32** |
| **Ending Cash** | **$ 20,835.93** | **$ 20,835.93** |

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 5 of 8



**Schwab Personal Choice Retirement Account® (PCRA) of**
**MATRIX TRUST COMPANY CUST**
**EARTHCAM 401(K) PLAN**
**FBO DAVID HART**

| Account Number | Statement Period |
|---|---|
| **4306-9455** | **March 1-31, 2024** |

## Investment Detail - Bank Sweep

| Bank Sweep | Starting Balance | Ending Balance | % of Account Assets |
|---|---|---|---|
| CHARLES SCHWAB BANK | 16,803.58 | 20,835.93 | 72% |
| **Total Bank Sweep A,B** | **16,803.58** | **20,835.93** | **72%** |
| **Total Bank Sweep** | | **20,835.93** | **72%** |

## Investment Detail - Equities

| Equities | Quantity | Market Price | Market Value / Cost Basis | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **BIORA THERAPEUTICS INC** | 310.0000 | 1.10000 | 341.00 | 1% | (30,659.00) | N/A | N/A |
| SYMBOL: BIOR | | | 31,000.00 | | | | |
| **EIGHTCO HOLDINGS INC** | 31.0000 | 0.79200 | 24.55 | <1% | (37,910.96) | N/A | N/A |
| SYMBOL: OCTO | | | 37,935.51 | | | | |
| **META MATLS INC** | 2,472.0000 | 3.07000 | 7,589.04 | 26% | (445,838.86) | N/A | N/A |
| SYMBOL: MMAT | | | 453,427.90 | | | | |
| **TROIKA MEDIA GROUP INC** | 1,004.0000 | 0.27500 | 276.10 | <1% | (8,002.57) | N/A | N/A |
| SYMBOL: TRKAQ | | | 8,278.67 | | | | |
| **VINCO VENTURES INC** | 755.0000 | 0.00080 | 0.60 | <1% | (80,583.95) | N/A | N/A |
| SYMBOL: BBIG | | | 80,584.55 | | | | |
| **Total Equities** | **4,572.0000** | | **8,231.29** | **28%** | **(602,995.34)** | | **N/A** |
| | | **Total Cost Basis:** | **611,226.63** | | | | |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



Schwab Personal Choice Retirement Account® (PCRA) of
**MATRIX TRUST COMPANY CUST**
**EARTHCAM 401(K) PLAN**
**FBO DAVID HART**

| Account Number | Statement Period |
|---|---|
| **4306-9455** | **March 1-31, 2024** |

## Investment Detail - Equities (continued)

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

| | |
|---|---|
| **Total Investment Detail** | **29,067.22** |
| **Total Account Value** | **29,067.22** |
| **Total Cost Basis** | **611,226.63** |

## Transaction Detail - Deposits & Withdrawals

| Transaction Date | Process Date | Activity | Description | Location | Credit/(Debit) |
|---|---|---|---|---|---|
| 03/06/24 | 03/06/24 | Journaled Funds | JOURNAL FRM 51414291 | | 623.51 |
| 03/19/24 | 03/19/24 | Journaled Funds | JOURNAL FRM 51414291 | | 3,403.12 |
| **Total Deposits & Withdrawals** | | | | | **4,026.63** |

The total deposits activity for the statement period was $4,026.63. The total withdrawals activity for the statement period was $0.00.

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 03/15/24 | 03/18/24 | Bank Interest[A,B] | BANK INT 021624-031524: SCHWAB BANK | 5.72 |
| **Total Dividends & Interest** | | | | **5.72** |

| | |
|---|---|
| **Total Transaction Detail** | **4,032.35** |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



**Schwab Personal Choice Retirement Account® (PCRA) of**
**MATRIX TRUST COMPANY CUST**
**EARTHCAM 401(K) PLAN**
**FBO DAVID HART**

| Account Number | Statement Period |
|---|---|
| **4306-9455** | **March 1-31, 2024** |

## Bank Sweep for Benefit Plans Activity

| Transaction Date | Transaction | Description | Withdrawal | Deposit | Balance A,B |
|---|---|---|---|---|---|
| **Opening Balance** A,B | | | | | 16,803.58 |
| 03/06/24 | Auto Transfer | BANK CREDIT FROM BROKERAGE A | | 623.51 | 17,427.09 |
| 03/15/24 | Interest Paid A,B | BANK INTEREST - CHARLES SCHWAB BANK | | 5.72 | 17,432.81 |
| 03/19/24 | Auto Transfer | BANK CREDIT FROM BROKERAGE A | | 3,403.12 | 20,835.93 |
| **Total Activity** | | | 0.00 | 4,032.35 | |
| **Ending Balance** A,B | | | | | 20,835.93 |

*Bank Sweep for Benefit Plans: Interest Rate as of 03/28/24 was 0.45%.* B

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| A | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| B | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

# Vanguard®

**Tax Information**
**Account 60907334**

| Statement Date: | 01/20/2024 |
|---|---|
| Document ID: | 1418 43X Q3V8 |

**2023**

VANGUARD MARKETING CORPORATION
VANGUARD BROKERAGE
P.O. BOX 982901
EL PASO, TX 79998-2901
Customer Service: 800-662-2739

DAVID HART
2 CAYUGA TRL
WAYNE, NJ 07470-4406

PAYER'S TIN: 23-2019846

RECIPIENT'S TIN: XXX-XX-3412

11- [ ] FATCA filing requirement (see instructions)

## Summary Information

11- [ ] FATCA filing requirement (see instructions)

### DIVIDENDS AND DISTRIBUTIONS        2023 1099-DIV*        OMB No. 1545-0110

| | |
|---|---|
| 1a- Total ordinary dividends (includes lines 1b, 5, 2e) | 0.12 |
| 1b- Qualified dividends | 0.00 |
| 2a- Total capital gain distributions (includes lines 2b, 2c, 2d, 2f) | 0.00 |
| 2b- Unrecaptured Section 1250 gain | 0.00 |
| 2c- Section 1202 gain | 0.00 |
| 2d- Collectibles (28%) gain | 0.00 |
| 2e- Section 897 ordinary dividends | 0.00 |
| 2f- Section 897 capital gain | 0.00 |
| 3- Nondividend distributions | 0.00 |
| 4- Federal income tax withheld | 0.00 |
| 5- Section 199A dividends | 0.00 |
| 6- Investment expenses | 0.00 |
| 8- Foreign country or US possession:        7- Foreign tax paid: | 0.00 |
| 9- Cash liquidation distributions | 0.00 |
| 10- Noncash liquidation distributions | 0.00 |
| 12- Exempt-interest dividends (includes line 13) | 0.00 |
| 13- Specified private activity bond interest dividends (AMT) | 0.00 |

### MISCELLANEOUS INFORMATION        2023 1099-MISC*        OMB No. 1545-0115

| | |
|---|---|
| 2- Royalties | 0.00 |
| 3- Other income | 0.00 |
| 4- Federal income tax withheld | 0.00 |
| 8- Substitute payments in lieu of dividends or interest | 0.00 |

### SECTION 1256 CONTRACTS        2023 1099-B*        OMB No. 1545-0715

| | |
|---|---|
| 8- Profit or (loss) realized in 2023 on closed contracts | 0.00 |
| 9- Unrealized profit or (loss) on open contracts-12/31/2022 | 0.00 |
| 10- Unrealized profit or (loss) on open contracts-12/31/2023 | 0.00 |
| 11- Aggregate profit or (loss) on contracts | 0.00 |

*If applicable, proceeds from sale transactions appear summarized below and are detailed in subsequent sections of this document.*

**\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

## SUMMARY OF PROCEEDS, GAINS & LOSSES, ADJUSTMENTS AND WITHHOLDING

*Refer to the 1099-B and Proceeds not reported to the IRS pages to ensure that you consider all relevant items and to determine the correct gains and losses. The amounts shown below are for informational purposes.*

| Term | Form 8949 type | Proceeds | Cost basis | Market discount | Wash sale loss disallowed | Net gain or loss(-) |
|---|---|---|---|---|---|---|
| Short | A (basis reported to the IRS) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Short | B (basis not reported to the IRS) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Short | C (Form 1099-B not received) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Total Short-term** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| Long | D (basis reported to the IRS) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Long | E (basis not reported to the IRS) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Long | F (Form 1099-B not received) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Total Long-term** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| Undetermined | B or E (basis not reported to the IRS) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Undetermined | C or F (Form 1099-B not received) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Total Undetermined-term** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| | **Grand total** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

| Withholding | Amount |
|---|---|
| Federal income tax withheld | 0.00 |

*Changes to dividend tax classifications processed after your original tax form is issued for 2023 may require an amended tax form.*

| VANGUARD MARKETING CORPORATION | Account  60907334 |
|---|---|
| VANGUARD BROKERAGE | **Summary Information** |
| 2023 | (continued) |
| | 01/20/2024 |

## INTEREST INCOME          2023 1099-INT      OMB No. 1545-0112

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| | |
|---|---|
| 1- Interest income (not included in line 3) | 0.00 |
| 2- Early withdrawal penalty | 0.00 |
| 3- Interest on US Savings Bonds & Treasury obligations | 0.00 |
| 4- **Federal income tax withheld** | **0.00** |
| 5- Investment expenses | 0.00 |
| 7- Foreign country or US possession:      6- Foreign tax paid: | |
| 8- Tax-exempt interest (includes line 9) | 0.00 |
| 9- Specified private activity bond interest (AMT) | 0.00 |
| 10- Market discount (covered lots) | 0.00 |
| 11- Bond premium (covered lots) | 0.00 |
| 12- Bond premium on Treasury obligations (covered lots) | 0.00 |
| 13- Bond premium on tax-exempt bonds (categorized below) | 0.00 |
| *Tax-exempt obligations (covered lots)* | 0.00 |
| *Tax-exempt private activity obligations (AMT, covered lots)* | 0.00 |
| 14- Tax-exempt and tax credit bond CUSIP number | |
| FATCA filing requirement [ ] | |

*The following amounts are not reported to the IRS. They are presented here for your reference when preparing your tax return(s).*

| | |
|---|---|
| Taxable accrued interest paid | 0.00 |
| Taxable accrued Treasury interest paid | 0.00 |
| Tax-exempt accrued interest paid | 0.00 |
| Tax-exempt accrued interest paid (AMT) | 0.00 |
| Taxable accrued nonqualified interest paid | 0.00 |
| Tax-exempt accrued nonqualified interest paid | 0.00 |
| Tax-exempt accrued nonqualified interest paid (AMT) | 0.00 |
| Nonqualified interest | 0.00 |
| Tax-exempt nonqualified interest | 0.00 |
| Tax-exempt nonqualified interest  (AMT) | 0.00 |
| Interest shortfall on contingent payment debt | 0.00 |
| Bond premium- Non Treasury obligations (noncovered lots) | 0.00 |
| Bond premium- Treasury obligations (noncovered lots) | 0.00 |
| Bond premium- Tax-exempt obligations (noncovered lots) | 0.00 |
| Bond premium- Tax-exempt obligations (AMT, noncovered lots) | 0.00 |
| Market discount (noncovered lots) | 0.00 |

## STATE TAX WITHHELD

*Use the details of the State Tax Withholding page(s) to determine the appropriate amounts for your income tax return(s). The amounts shown in this section are for your reference.*

| | |
|---|---|
| 1099-DIV total withheld | 0.00 |
| 1099-INT total withheld | 0.00 |
| 1099-OID total withheld | 0.00 |
| 1099-MISC total withheld | 0.00 |
| 1099-B total withheld | 0.00 |

## ORIGINAL ISSUE DISCOUNT AND ADJUSTMENTS

*Use bond-by-bond details from the Form 1099-OID page(s) to determine amounts of Original Issue Discount income for your income tax return(s). The amounts shown in this section are for your reference when preparing your tax return(s).*

| | |
|---|---|
| Original issue discount for the year | 0.00 |
| Acquisition premium (covered lots) | 0.00 |
| Acquisition premium (noncovered lots) | 0.00 |
| Original issue discount on Treasury obligations | 0.00 |
| Acquisition premium, Treasury obligations (covered lots) | 0.00 |
| Acquisition premium, Treasury obligations (noncovered lots) | 0.00 |
| Tax-exempt OID | 0.00 |
| Tax-exempt OID (lots not reported) | 0.00 |
| Acquisition premium (covered) | 0.00 |
| Acquisition premium (lots not reported) | 0.00 |
| Tax-exempt OID on private activity bonds | 0.00 |
| Tax-exempt OID on private activity bonds (lots not reported) | 0.00 |
| Acquisition premium (AMT, covered) | 0.00 |
| Acquisition premium (AMT, lots not reported) | 0.00 |
| Market discount (all lots) | 0.00 |
| Early withdrawal penalty | 0.00 |
| Investment expenses | 0.00 |

## RECONCILIATIONS, FEES, EXPENSES AND EXPENDITURES

*The amounts in this section are not reported to the IRS. They are presented here for your reference when preparing your income tax return(s).*

| | |
|---|---|
| Other Receipts & Reconciliations- Partnership distributions | 0.00 |
| Other Receipts & Reconciliations- Foreign tax paid- partnership | 0.00 |
| Other Receipts & Reconciliations- Return of principal | 0.00 |
| Other Receipts & Reconciliations- Deferred income payment | 0.00 |
| Other Receipts & Reconciliations- Deemed premium | 0.00 |
| Other Receipts & Reconciliations- Income accrual- UIT | 0.00 |
| Other Receipts & Reconciliations- Basis adjustments | 0.00 |
| Other Receipts & Reconciliations- Foreign tax pd beyond treaty | 0.00 |
| Fees & Expenses- Margin interest | 0.00 |
| Fees & Expenses- Dividends paid on short position | 0.00 |
| Fees & Expenses- Interest paid on short position | 0.00 |
| Fees & Expenses- Non reportable distribution expense | 0.00 |
| Fees & Expenses- Other expenses | 0.00 |
| Fees & Expenses- Severance tax | 0.00 |
| Fees & Expenses- Organizational expense | 0.00 |
| Fees & Expenses- Miscellaneous fees | 0.00 |
| Fees & Expenses- Tax-exempt investment expense | 0.00 |
| Foreign Exchange Gains & Losses- Foreign currency gain/loss | 0.00 |

| VANGUARD MARKETING CORPORATION | | Account    60907334 |
|---|---|---|
| VANGUARD BROKERAGE | **Proceeds from Broker and Barter Exchange Transactions** | |
| 2023    1099-B*  OMB No. 1545-0715 | | 01/20/2024 |

*Sales transactions are organized into sections according to term (long, short or undetermined) and covered status (covered or noncovered). For tax lots whose term is undetermined, use your historical documents to establish the cost basis and date of purchase. The Box 12, Check if basis reported to IRS checkmark, is reflected as being checked in the title of the covered securities pages of Forms 1099-B, short-term and long-term. The title pages of the noncovered securities pages for Forms 1099-B reflect that Box 12 is not being checked, as these securities are not being reported to the IRS.*

*Several columns include both an amount and a qualifying notation to its right. Where proceeds are the result of an option exercise or assignment, there is indication of whether the amount is N (net of option premium) or G (Gross). Accrued market discount and wash sale loss disallowed appear in the same column, identified by the letters D or W, respectively. Where you are not permitted to recognize a loss, an indication of X (change in control or capital structure) or Z (other corporate action) is used. The change in control condition is reported to the IRS for covered lots. Neither the disallowance of loss due to a corporate action nor the amount of gain or loss is reported to the IRS in any instance.*

*Some tax lots may have notations in the column of Additional Information because they require special treatment on your tax returns. Sales of securities such as Contingent Payment Debt Instruments (CPDI) are marked as "Ordinary" because gains and losses on these instruments generally do not qualify as short- or long-term capital transactions. Similarly, lots noted as "3 - [X] Collectible" are handled distinctly under the tax code. These conditions are reported to the IRS. You may wish to consult your tax advisor, the IRS or your state tax authority regarding the proper treatment for these scenarios. With further regard to Box 3, there is also a checkmark to indicate the proceeds of sale are from a Qualified Opportunity Zone Fund investment - a QOF. If the proceeds are from a QOF the Additional Information column will reflect the following - "3 - [X] Proceeds from QOF." The tax treatment for QOF investments can be complex and you may wish to consult your tax advisor about such sales.*

*Closing of written options is presented in a distinct manner in accordance with IRS regulations. For these transactions the Cost or other basis (column 1e) is always presented as $0.00 and the Proceeds (column 1d) is the net of the amount received when the option was written and the cost to close the position.*

FATCA filing requirement [ ]

**LONG TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column]** *(Lines 2 & 5)*
Report on Form 8949, Part II with Box D checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

1a- Description of property/CUSIP/Symbol

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| 8META MATERIALS INC PFD / CUSIP: 591994371 / Symbol: | | | | | | | |
| 01/03/23 | 1,907.000 | 0.00 | Various | 0.00 | ... | 0.00 | Total of 3 transactions |
| Totals : | | 0.00 | | 0.00 | | 0.00 | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).

| VANGUARD MARKETING CORPORATION | | Account   60907334 |
|---|---|---|
| VANGUARD BROKERAGE | **Detail for Dividends and Distributions** | |
| 2023 | | 01/20/2024 |

This section of your tax information statement contains the payment level detail of your taxable dividends, capital gains distributions, Section 199A dividends, Section 897 dividends and capital gains, exempt-interest dividends, nondividend distributions and liquidation distributions. Also shown are the fair market values of any taxable stock dividends or noncash liquidation distributions.

Federal, state and foreign tax withheld and investment expenses are presented as negative amounts but do not net against the reportable income totals. All amounts are grouped by security, with the transactions listed in chronological order. Subtotals for each security are provided. For situations in which the tax character of a distribution (or part thereof) is different than at the time it was paid, endnotes are provided for further explanation.

Note that a payment characterized as a "Qualified dividend" is only issuer-qualified. There is also a holder level criteria for a dividend to be treated as Qualified. If the payment is from a common stock you are required to have held it for more than 60 days during the 121-day period that begins 60 days before the ex-dividend date of the dividend. If the dividend is from preferred shares and covers a period greater than 366 days, you must have held the preferred stock for more than 90 days during the 181-day period that begins 90 days before the ex-dividend date of the dividend.

Amounts presented in Box 2e as Section 897 Ordinary Dividends or Box 2f as Section 897 Capital Gains apply only to foreign persons and entities whose income maintains its character when passed through or distributed to its direct or indirect foreign owners or beneficiaries. The IRS has indicated that boxes 2e and 2f are not applicable to recipients that are U.S. individuals. You should consult your tax advisor for further information.

| Security description | CUSIP and/or symbol | State | Date | Amount | Transaction type | Notes |
|---|---|---|---|---|---|---|
| VANGUARD FEDL MONEY MKT | 9999100 | | 01/31/23 | 0.01 | Nonqualified dividend | |
| | | | 02/28/23 | 0.01 | Nonqualified dividend | |
| | | | 03/31/23 | 0.01 | Nonqualified dividend | |
| | | | 04/28/23 | 0.01 | Nonqualified dividend | |
| | | | 05/31/23 | 0.01 | Nonqualified dividend | |
| | | | 06/30/23 | 0.01 | Nonqualified dividend | |
| | | | 07/31/23 | 0.01 | Nonqualified dividend | |
| | | | 08/31/23 | 0.01 | Nonqualified dividend | |
| | | | 09/29/23 | 0.01 | Nonqualified dividend | |
| | | | 10/31/23 | 0.01 | Nonqualified dividend | |
| | | | 11/30/23 | 0.01 | Nonqualified dividend | |
| | | | 12/29/23 | 0.01 | Nonqualified dividend | |
| | | | | **0.12** | **Total Dividends & distributions** | |
| | | | | **0.12** | **Total Dividends & distributions** | |

## Common Instructions for Recipient

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Backup Withholding.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Nominees.** If this 1099 form includes amounts belonging to another person, you are considered a nominee recipient. You must file as the "payer" the respective Form 1099 (DIV, INT, or OID) Copy A (with a Form 1096) to the IRS for each of the other owners as recipient(s) to show their allocable share of the income and you must furnish the respective Copy B Form(s) and amounts to each owner. A spouse is not required to file a nominee return to show amounts owned by the other spouse. See the General Instructions for Certain Information Returns.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions for Form 8938.

Keep tax documents for your records.

### 1099-DIV Instructions for Recipient

**Line 1a.** Shows total ordinary dividends that are taxable. Include this amount on the "Ordinary dividends" line of Form 1040 or 1040-SR. Also report it on Schedule B (Form 1040), if required.

**Line 1b.** Shows the portion of the amount in Line 1a that may be eligible for reduced capital gains rates. See the Instructions for Forms 1040 for how to determine this amount and where to report.

The amount shown may be dividends a corporation paid directly to you as a participant (or beneficiary of a participant) in an employee stock ownership plan (ESOP). Report it as a dividend on your Form 1040 or 1040-SR but treat it as a plan distribution, not as investment income, for any other purpose.

**Line 2a.** Shows total capital gain distributions from a regulated investment company (RIC) or real estate investment trust (REIT). See How To Report in the Instructions for Schedule D (Form 1040). But, if no amount is shown in Lines 2b, 2c, 2d, and 2f and your only capital gains and losses are capital gain distributions, you may be able to report the amounts shown in Line 2a on your Form 1040 or 1040-SR rather than Schedule D. See the Instructions for Form 1040.

**Line 2b.** Shows the portion of the amount in Line 2a that is unrecaptured section 1250 gain from certain depreciable real property. See the Unrecaptured Section 1250 Gain Worksheet in the Instructions for Schedule D (Form 1040).

**Line 2c.** Shows the portion of the amount in Line 2a that is section 1202 gain from certain small business stock that may be subject to an exclusion. See the Schedule D (Form 1040) instructions.

**Line 2d.** Shows the portion of the amount in Line 2a that is 28% rate gain from sales or exchanges of collectibles. If required, use this amount when completing the 28% Rate Gain Worksheet in the Instructions for Schedule D (Form 1040).

**Line 2e.** Shows the portion of the amount in Line 1a that is section 897 gain attributable to disposition of U.S. real property interests (USRPI).

**Line 2f.** Shows the portion of the amount in Line 2a that is section 897 gain attributable to disposition of USRPI.

Note: Lines 2e and 2f apply only to foreign persons and entities whose income maintains its character when passed through or distributed to its direct or indirect foreign owners or beneficiaries. It is generally treated as effectively connected to a trade or business within the United States. See the instructions for your tax return.

**Line 3.** Shows return of capital. To the extent of your cost (or other basis) in the stock, the distribution reduces your basis and is not taxable. Any amount received in excess of your basis is taxable to you as capital gain. See Pub. 550.

**Line 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Line 5.** Shows the portion of the amount in Line 1a that may be eligible for the 20% qualified business income deduction under section 199A. See the Instructions for Form 8995 and Form 8995-A.

**Line 6.** Shows your share of expenses of a nonpublicly offered RIC, generally a nonpublicly offered mutual fund. This amount is included in Line 1a.

**Line 7.** Shows the foreign tax that you may be able to claim as a deduction or a credit on Form 1040 or 1040-SR. See the Instructions for Form 1040.

**Line 8.** This Line should be left blank if a RIC reported its foreign tax shown in Line 7.

## Instructions for Recipient

**Lines 9 and 10.** Show cash and noncash liquidation distributions.

**Line 11.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its account reporting requirement under chapter 4 of the Internal Revenue Code. You may also have a filing requirement. See the Instructions for Form 8938.

**Line 12.** Shows exempt-interest dividends from a mutual fund or other RIC paid to you during the calendar year. See the Instructions for Forms 1040 for where to report. This amount may be subject to backup withholding. See Line 4 above.

**Line 13.** Shows exempt-interest dividends subject to the alternative minimum tax. This amount is included in Line 12. See the Instructions for Form 6251.

**Lines 14-16.** State income tax withheld reporting Lines.

**Future developments.** For the latest information about developments related to Form 1099-DIV and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099DIV.

**Free File.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

### 1099-B Instructions for Recipient

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.

**Applicable checkbox on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D (Form 1040 or 1040-SR), and which checkbox is applicable. See the instructions for your Schedule D (Form 1040 or 1040-SR) and/or Form 8949.

**Line 1a.** Shows a brief description of the item or service for which amounts are being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Line 1b.** This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Line 1c.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.

**Line 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (Form 1040 or 1040-SR) (whichever is applicable) as explained in the Instructions for Schedule D (Form 1040 or 1040-SR).

**Line 1e.** Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, the Instructions for Schedule D (Form 1040 or 1040-SR), or Pub. 550 for details.

**Line 1f.** Shows the amount of accrued market discount. For details on market discount, see the Schedule D (Form 1040 or 1040-SR) instructions, the Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1f may be blank.

**Line 1g.** Shows the amount of nondeductible loss in a wash sale transaction. For details on wash sales, see the Schedule D (Form 1040 or 1040-SR) instructions, the Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1g may be blank.

**Line 2.** The short-term and long-term boxes pertain to short-term gain or loss and long-term gain or loss. If the "Ordinary" box is checked, your security may be subject to special rules. For example, gain on a contingent payment debt instrument subject to the noncontingent bond method generally is treated as ordinary interest income rather than as capital gain. See the Instructions for Form 8949, Pub. 550, or Pub. 1212 for more details on whether there are any special rules or adjustments that might apply to your security. If box 5 is checked, box 2 may be blank.

**Line 3.** If checked, proceeds are from a transaction involving collectibles or from a Qualified Opportunity Fund (QOF).

**Line 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Line 5.** If checked, the securities sold were noncovered securities and boxes 1b, 1e, 1f, 1g, and 2 may be blank. Generally, a noncovered security means: stock purchased before 2011, stock in most mutual funds purchased before 2012, stock purchased in or transferred to a dividend reinvestment plan before 2012, debt acquired before 2014, options granted or acquired before 2014, and securities futures contracts entered into before 2014.

**Line 6.** If the exercise of a noncompensatory option resulted in a sale of a security, a checked "net proceeds" box indicates whether the amount in box 1d was adjusted for option premium.

**Line 7.** If checked, you cannot take a loss on your tax return based on gross proceeds from a reportable change in control or capital structure reported in box 1d. See the Form 8949 and Schedule D (Form 1040) instructions. The broker should advise you of any losses on a separate statement.

**Line 12.** If checked, the basis in box 1e has been reported to the IRS and either the short-term or the long-term gain or loss box in box 2 will be checked. If box 12 is checked on Forms(s) 1099-B and NO adjustment is required, see the instructions for your Schedule D (Form 1040) as you may be able to report your transaction directly on Schedule D (Form 1040 or 1040-SR). If the "Ordinary" box in box 2 is checked, an adjustment may be required.

**Line 13.** Shows the cash you received, the fair market value of any property or services you received, and the fair market value of any trade credits or scrip credited to your account by a barter exchange. See Pub. 525.

**Lines 14-16.** Show state(s)/local income tax information.

**Future developments.** For the latest information about any developments related to Form 1099-B and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099B.

**Free File.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

This page intentionally left blank.



FIDELITY ACCOUNT DAVID HART - INDIVIDUAL
▶ **Account Number: X83-713130**

Envelope # BQLNJMBBBLJPX

DAVID HART
2 CAYUGA TRL
WAYNE NJ 07470-4406

### Your Account Value: $592.75

**Change from Last Period:**    ▼ $65.30

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | **$658.05** | **$973.30** |
| Additions | - | 100.00 |
| Transfers Between Fidelity Accounts | - | 117.80 |
| Change in Investment Value * | -65.30 | -598.35 |
| **Ending Account Value** ** | **$592.75** | **$592.75** |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $592.75 | |

### Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

\*    *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*  *Excludes unpriced securities.*

MR_CE_BQLNJMBBBLJPX_BBBBB 20240628

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

M05024720620240630



## Account Summary

**Account # X83-713130
DAVID HART - INDIVIDUAL**

### Account Value: $592.75

| Change in Account Value | | ▽ $65.30 |
|---|---|---|
| | **This Period** | **Year-to-Date** |
| **Beginning Account Value** | $658.05 | $973.30 |
| **Additions** | - | 100.00 |
| Deposits | - | 100.00 |
| **Transfers Between Fidelity Accounts** | - | 117.80 |
| **Change in Investment Value \*** | -65.30 | -598.35 |
| **Ending Account Value** | $592.75 | $592.75 |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $592.75 | |

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*

### Account Holdings



17% Core Account ($102)

83% Stocks ($490)

### Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| Meta Materials INC Com New Isin #Us59134N3026 Sedol #Bq67J98 | $352 | 59% |
| Biora Therapeutics INC Com New | 133 | 23 |
| Fidelity Government Money Market | 102 | 17 |
| **Total** | **$588** | **99%** |

*Please note that, due to rounding, percentages may not add to 100%.*

### Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| **Taxable** | **$0.85** | **$1.72** |
| Dividends | 0.85 | 1.72 |
| **Total** | **$0.85** | **$1.72** |

MR_CE_BQLNJMBBBLJPX_BBBBB 20240628



Account # X83-713130
**DAVID HART - INDIVIDUAL**

### Realized Gains and Losses from Sales
*(May not reflect all gains and losses due to incomplete cost basis)*

|  | This Period | Year-to-Date |
|---|---|---|
| **Net Long-term Gain/Loss** | - | -29,858.50 |
| Long-term Loss | - | -29,858.50 |
| **Net Gain/Loss** | - | **-$29,858.50** |

## Holdings

### Core Account

| Description | Beginning Market Value May 1, 2024 | Quantity Jun 30, 2024 | Price Per Unit Jun 30, 2024 | Ending Market Value Jun 30, 2024 | Total Cost Basis | Unrealized Gain/Loss Jun 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **FIDELITY GOVERNMENT MONEY MARKET** (SPAXX) <br> -- 7-day yield: 4.97% | $101.57 | 102.420 | $1.0000 | $102.42 | not applicable | not applicable | $5.07 <br> 4.950% |
| **Total Core Account (17% of account holdings)** | **$101.57** |  |  | **$102.42** |  |  | **$5.07** |

### Stocks

| Description | Beginning Market Value May 1, 2024 | Quantity Jun 30, 2024 | Price Per Unit Jun 30, 2024 | Ending Market Value Jun 30, 2024 | Total Cost Basis | Unrealized Gain/Loss Jun 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** |  |  |  |  |  |  |  |
| **EIGHTCO HOLDINGS INC COM NEW** (OCTO) | $4.84 | 9.000 | $0.4582 | $4.12 | $2,407.73 | -$2,403.61 | - |
| **META MATERIALS INC COM NEW** <br> ISIN #US59134N3026 SEDOL #BQ67J98 (MMAT) | 416.52 | 117.000 | 3.0100 | 352.17 | 40,996.64 | -40,644.47 | - |
| **BIORA THERAPEUTICS INC COM NEW** (BIOR) | 133.04 | 203.000 | 0.6600 | 133.98 | 17,463.78 | -17,329.80 | - |
| **NEXT BRIDGE HYDROCARBONS INC** $0.0001 NEVADA | unavailable | 22,459.000 | - | unavailable | 65,018.81 | unavailable | - |
| **VINCO VENTURES INC COM** (BBIG) | 2.08 | 208.000 | 0.0003 | 0.06 | 16,377.57 | -16,377.51 | - |

MR_CE_BIOLNJMBBBLJPX_BBBBB 20240628



**INVESTMENT REPORT**
May 1, 2024 - June 30, 2024

## Holdings

**Account # X83-713130**
**DAVID HART - INDIVIDUAL**

### Stocks (continued)

| Description | Beginning Market Value May 1, 2024 | Quantity Jun 30, 2024 | Price Per Unit Jun 30, 2024 | Ending Market Value Jun 30, 2024 | Total Cost Basis | Unrealized Gain/Loss Jun 30, 2024 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Common Stock** (continued) | | | | | | | |
| Total Common Stock (83% of account holdings) | $556.48 | | | $490.33 | $142,264.53 | -$76,755.39 | - |
| **Total Stocks (83% of account holdings)** | **$556.48** | | | **$490.33** | **$142,264.53** | **-$76,755.39** | **-** |
| **Total Holdings** | | | | **$592.75** | **$142,264.53** | **-$76,755.39** | **$5.07** |

All positions held in cash account unless indicated otherwise.

EAI    **Estimated Annual Income (EAI) & Estimated Yield (EY)-** EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short
& EY   positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal
        and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the**
        **"Additional Information and Endnotes" section.**

Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.

## Activity

### Dividends, Interest & Other Income

(Includes dividend reinvestment)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 05/31 | **FIDELITY GOVERNMENT MONEY MARKET** | 31617H102 | Dividend Received | - | - | $0.43 |
| 06/28 | **FIDELITY GOVERNMENT MONEY MARKET** | 31617H102 | Dividend Received | - | - | 0.42 |
| **Total Dividends, Interest & Other Income** | | | | | | **$0.85** |

MR_CE_BGLNJMBBBLJPX_BBBBB 20240628



IN
May 1,

## Activity

A
DAVID

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

**Settlement Account**

| Date | Type | Transaction | Description | Quantity | Price | Am |
|------|------|-------------|-------------|----------|-------|----|
| 05/31 | CASH | Reinvestment | **FIDELITY GOVERNMENT MONEY MARKET**<br>REINVEST @   $1.000 | 0.430 | $1.0000 | $ |
| 06/28 | CASH | Reinvestment | **FIDELITY GOVERNMENT MONEY MARKET**<br>REINVEST @   $1.000 | 0.420 | 1.0000 | |

**Total Core Fund Activity** $

## Additional Information and Endnotes

► In August 2024, Fidelity will implement a new service fee for some ETF and mutual fund purchases. This service fee will apply to a limited number of funds offered by providers that do not pay Fidelity a direct, asset-based fee to support their ETFs' and/or mutual funds' availability on our brokerage support for shareholder support services, the provision of calculation and analytical tools, and general investment research and education materials and mutual funds. Customers purchasing these ETFs and mutual funds will be charged a service fee of up to $100. The applicable service fee will be trade verification page when placing an order for one of these ETFs or mutual funds. Please note that ETFs that are supported by their provider through asset-based fee (and exempt from the service fee) will not be marginable for 30 days after purchase.    1125154.5.0

► In compliance with U.S. Securities and Exchange Commission requirements, Fidelity regularly provides you with documents that describe the various services that Fidelity offers. When material updates occur, the Fidelity Brokerage Services (FBS) and Fidelity Personal and Workplace Advisors LLC Customer Relationship Summaries (Form CRS) are provided with printed statements mailed at quarter-end and as a link in email notices of statements and other important disclosure documents, including the Products, Services, and Conflicts of Interest (PSCOI) document, may be updated periodical available to you for review online at https://communications.fidelity.com/information/crs/. In addition, you may contact Fidelity at any time to request a

The PSCOI has recently been updated with information about Fidelity's Workplace Savings Plan Account distribution assistance process through wh provides information and/or recommendations for certain retirement plan distributions. The Workplace Savings Plan Account distribution process onl information and/or recommendations for Fidelity IRAs. Please see the section entitled "Rollovers from an Employer-Sponsored Retirement Plan" and Account Supplement for more information about how Fidelity makes recommendations and mitigates conflicts of interest. 919834.11.0

'ESTMENT REPORT
.024 - June 30, 2024

count # X83-713130
HART - INDIVIDUAL

| unt | Balance |
|---|---|
| ).43 | $102.00 |
| ).42 | 102.42 |
| ).85 | |

ETFs and mutual
latorm, including
egarding ETFs
shown on the
gh an                                    s

accounts and
(FPWA). These
t delivery. These
y and are
printed copy.

ch Fidelity
provides
the Retirement

MR_CE_BQLNJMBBBLJPX_BBBBB 20240628

**Fidelity**
*INVESTMENTS*

INVESTMENT REPORT
May 1, 2024 - June 30, 2024

## Additional Information and Endnotes

Account # X83-713130
DAVID HART - INDIVIDUAL

**Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness. **Please refer to the Help/Glossary on Fidelity.com for additional information regarding these calculations.**

**Copyright 2022, S&P Global Market Intelligence.** Reproduction of any information, data or material, including ratings ("Content") in any form is prohibited except with the prior written permission of the relevant party. Such party, its affiliates and suppliers ("Content Providers") do not guarantee the accuracy, adequacy, completeness, timeliness or availability of any Content and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such Content. In no event shall Content Providers be liable for any damages, costs, expenses, legal fees, or losses (including lost income or lost profit and opportunity costs) in connection with any use of the Content. A reference to a particular investment or security, a rating or any observation concerning an investment that is part of the Content is not a recommendation to buy, sell or hold such investment or security, does not address the suitability of an investment or security and should not be relied on as investment advice. Credit ratings are statements of opinions and are not statements of fact.

**Moody's© Copyright 2022, Moody's Investors Service, Inc.** ("Moody's"). Moody's ratings ("Ratings") are proprietary to Moody's or its affiliates and are protected by copyright and other intellectual property laws. Ratings are licensed to Licensee by Moody's. RATINGS MAY NOT BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. Moody's® is a registered trademark.

Please go to Fidelity.com/disclosures to review important legal and regulatory disclosures. Historical statements, confirms and other regulatory documents are available to access and download at Fidelity.com/statements.

For more information about your statement, please refer to our **Frequently Asked Questions** document at **Fidelity.com/statements** .

MR_CE_BGLNJMBBBJPX_BBBBB 20240628

# Fidelity
INVESTMENTS

## Information About Your Fidelity Statement

**Lost or Stolen Cards** For 24-Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.

**Cost Basis, Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, Fidelity applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account receives mark-to-market reporting). Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.

**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds

using the FIFO method if shares were purchased at different times or prices. **Statement Mailing** We deliver statements at least four times during the calendar year for any account with a balance.

**Statement Discrepancies** Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-1138. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA).

**Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

**Mutual Funds and Performance** Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. **Performance** data shown represents past performance and is no guarantee of future results. Investment returns and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.

**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with (i) access to, purchase, sale, exchange or redemption of, and/or maintenance of positions in mutual funds, ETFs and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the prospectus as well as additional compensation for shareholder services, start-up fees, platform support and maintenance, and marketing, engagement and analytics programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other Assets, which may be reported on your statement, including insurance products that are distributed by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements. **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account of record. The short account balance represents your short account balance marked-to-market, net as of the statement end date. **Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available promptly upon request. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666. **Equity Dividend Reinvestment** Shares credited to your account resulted from transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC). **Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places but the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. In certain situations, a price may be derived from a single market participant, also known as a "single broker quote". The prices provided are not firm bids or offers. Certain securities may reflect as N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the

value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision or placing an order.

**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations.

**SIPC** Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.

**Fidelity Investments** Fidelity Distributors Company LLC (FDC) is the distributor for Fidelity Funds who marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC.** Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC.

**FPWA Services** Fidelity Go®, Fidelity Managed FidFolios℠ and Fidelity® Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® International Equity Strategy, the Fidelity® Tax-Managed International Equity Strategy, the Fidelity® Intermediate Municipal Strategy and the Fidelity® Core Bond Strategy. Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. These advisory services are provided for a fee. FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.

**Miscellaneous** Mutual fund shares, other securities held in your account, and insurance products are neither deposits nor obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

588130.55.0

MR_CE__BOLN/MBBLIJPX_BBBBB 20240628    S



This page intentionally left blank