NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| | |
|---|---|
| Name of Debtor:<br>_META MATERIALS INC_ | Case Number:<br>_24-50792_ |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

_NATOYA DAVIS_
_1-15 KENNETH AVE_
_FAIR LAWN, NJ 07410_

Telephone Number:
_551-216-3628_

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 19 2024**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

| Account or other number by which Interest holder identifies Debtor:<br>_JP MORGAN    FIDELITY #2252400_<br>_#0186-523544LF    #219-681239_<br>_#228370128_ | Check here if this claim:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| | |
|---|---|
| **2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**<br>_NATOYA DAVIS_<br>_131 SOUTH DEARBORN ST._ / _P.O. BOX 770001_<br>_CHICAGO, IL 60603_ / _CINCINNATI, OH_<br>Telephone Number: _45277_<br>_800-392-5749        800-544-6666_ | **3. Date Equity Interest was acquired:**<br>_BETWEEN 06/22/2021 - 05/25/2024_<br>_SEE ATTACHED DOCUMENTATION_ |
| **4. Total amount of member interest:** _470 SHARES FOR_<br>_$36,666.06_ | **5. Certificate number(s):** _SEE ATTACHED DOCUMENTS_ |

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _INVESTOR_

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _NATOYA DAVIS_
Title:
Company: _____ Address and telephone number (if different from notice address above):

_____

_____

_DDavis_ (Signature)

_12/15/24_ (Date)

Telephone number: _551-216-3628_    email: _Natoya33@hotmail.com_

_Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571_

# *Fidelity*
**INVESTMENTS**

**INVESTMENT REPORT**
**October 1, 2024 - November 30, 2024**

Envelope # BRBBZCBBBTZZX

NATOYA PETA GAYE DAVIS
MARCIA MARLENE SMITH
1-15 KENNETH AVE
FAIR LAWN NJ 07410-2050

FIDELITY ACCOUNT NATOYA P DAVIS AND MARCIA M SMITH - WITH
RIGHTS OF SURVIVORSHIP TOD
► **Account Number: Z25-247090**

## Your Account Value:

**Change from Last Period:**　　　　　　　　　　　　▲ $0.15

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | | |
| Additions | - | |
| Subtractions | | |
| Change in Investment Value * | | |
| **Ending Account Value **** | | |

\*　*Reflects appreciation or depreciation of your holdings due to price changes, transactions*
*from Other Activity In or Out and Multi-currency transactions, plus any distribution and*
*income earned during the statement period.*

\*\*　*Excludes unpriced securities.*

### Contact Information

| Online | Fidelity.com |
|---|---|
| FAST®-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

5

MR CE BRBBZCBBBTZZX BBBBB 20241129



## Portfolio Summary

### Accounts Included in This Report

| Page | Account Type/Name | Account Number | Beginning Value | Ending Value |
|------|-------------------|----------------|-----------------|--------------|
| | **GENERAL INVESTMENTS** | | | |
| 4 | FIDELITY ACCOUNT NATOYA P DAVIS - INDIVIDUAL TOD | Z19-681239 | $3,072.37 | $4,500.60 |
| 8 | FIDELITY ACCOUNT NATOYA P DAVIS - INDIVIDUAL TOD | Z28-370128 | 271.97 | 321.85 |
| | **Ending Portfolio Value** | | $3,344.34 | $4,822.45 |

# FIDELITY

## Positions

# All accounts

| Overview ∨ | | As of Dec-11-2024 4:48 p.m. ET |

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Ran |
|---|---|---|---|---|---|---|---|---|
| **Individual - TOD**  Z19681239 | | | | | | | | |
| **FCASH** HELD IN FCASH | | | | $0.15 | 0.00% | | | |
| (illegible) AMC ENTM HLDGS... | (illegible) -$0.10 | -$5.00 -2.25% | -$4,688.95 -95.57% | -$217.50 | 4.89% | 50 | $4,906.45 $98.13 / Share | $2.38 — $11. |
| (illegible) KINGSWOOD ACQUISI... | $0.00 $0.00 | $0.00 0.00% | -$383.00 -100.00% | $0.00 | 0.00% | 19 | $383.00 $25.53 / Share | $0.00 — $0. |
| (illegible) CAMBER ENERGY INC... | $0.91 -$0.003 | $0.00 -7.21% | -$352.42 -99.36% | $0.16 | 0.00% | 12 | $352.28 $29.36 / Share | $0.01 — $0. |
| (illegible) GAMESTOP CORP... | $28.97 -$2.04 | -$297.84 -7.57% | -$3,560.03 -15.26% | $4,229.62 | 95.10% | 146 | $3,669.59 $25.53 / Share | $9.95 — $64. |
| **MMATQ** META MATERIALS INC... | – $0.00 | $0.00 0.00% | -$23,494.57 -100.00% | $0.00 | 0.00% | 188 | $23,494.57[t] $124.97 / Share | |

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Ran |
|---|---|---|---|---|---|---|---|---|

## META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Mar-25-2024 | Short | -$5.00 | -100% | $0.00 | 2 | $2.50 | $5.00 |
| Feb-07-2024 | Short | -$14.65 | -100% | $0.00 | 5 | $2.93 | $14.65 |
| Jan-26-2024 | Short | -$0.05 | -100% | $0.00 | 1 | $0.05 | $0.05 |
| Jan-25-2024 | Short | -$53.00 | -100% | $0.00 | 10 | $5.30 | $53.00 |
| Jan-24-2024 | Short | -$32.97 | -100% | $0.00 | 5.25 | $6.28 | $32.97 |
| Dec-29-2023 | Short | -$14.85 | -100% | $0.00 | 2.25 | $6.60 | $14.85 |
| Dec-29-2023 | Short | -$10.20 | -100% | $0.00 | 1.5 | $6.80 | $10.20 |
| Dec-27-2023 | Short | -$7.58 | -100% | $0.00 | 1.1 | $6.89 | $7.58 |
| Dec-19-2023 | Short | -$2.84 | -100% | $0.00 | 0.4 | $7.10 | $2.84 |
| Dec-19-2023 | Short | -$17.80 | -100% | $0.00 | 2.5 | $7.12 | $17.80 |
| Nov-22-2023 | Long | -$15.62 | -100% | $0.00 | 2 | $7.81 | $15.62 |
| Nov-22-2023 | Long | -$13.95 | -100% | $0.00 | 1.8 | $7.75 | $13.95 |
| Nov-22-2023 | Long | -$1.55 | -100% | $0.00 | 0.2 | $7.75 | $1.55 |
| Nov-22-2023 | Long | -$7.76 | -100% | $0.00 | 1 | $7.76 | $7.76 |
| Nov-21-2023 | Long | -$13.20 | -100% | $0.00 | 1.5 | $8.80 | $13.20 |
| Nov-07-2023 | Long | -$26.95 | -100% | $0.00 | 2.5 | $10.78 | $26.95 |
| Nov-07-2023 | Long | -$24.35 | -100% | $0.00 | 2.25 | $10.82 | $24.35 |
| Nov-07-2023 | Long | -$5.36 | -100% | $0.00 | 0.5 | $10.72 | $5.36 |
| Nov-06-2023 | Long | -$9.06 | -100% | $0.00 | 0.87 | $10.41 | $9.06 |
| Sep-20-2023 | Long | -$7.98 | -100% | $0.00 | 0.38 | $21.00 | $7.98 |
| Sep-19-2023 | Long | -$20.47 | -100% | $0.00 | 1 | $20.47 | $20.47 |
| Sep-18-2023 | Long | -$25.50 | -100% | $0.00 | 1.23 | $20.73 | $25.50 |
| Sep-18-2023 | Long | -$20.74 | -100% | $0.00 | 1 | $20.74 | $20.74 |
| Sep-14-2023 | Long | -$112.00 | -100% | $0.00 | 5 | $22.40 | $112.00 |
| Sep-12-2023 | Long | -$16.54 | -100% | $0.00 | 0.77 | $21.48 | $16.54 |
| Aug-21-2023 | Long | -$63.80 | -100% | $0.00 | 2.9 | $22.00 | $63.80 |
| Aug-09-2023 | Long | -$11.40 | -100% | $0.00 | 0.5 | $22.80 | $11.40 |
| Aug-09-2023 | Long | -$22.90 | -100% | $0.00 | 1 | $22.90 | $22.90 |
| Aug-09-2023 | Long | -$92.00 | -100% | $0.00 | 4 | $23.00 | $92.00 |
| Jul-27-2023 | Long | -$105.00 | -100% | $0.00 | 5 | $21.00 | $105.00 |
| Jul-24-2023 | Long | -$65.61 | -100% | $0.00 | 3 | $21.87 | $65.61 |
| Jul-20-2023 | Long | -$96.75 | -100% | $0.00 | 4.5 | $21.50 | $96.75 |
| Jul-19-2023 | Long | -$399.80 | -100% | $0.00 | 20 | $19.99 | $399.80 |

Portfolio Positions

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Ran |
|---|---|---|---|---|---|---|---|---|
| **Acquired** | **Term** | **$ Total Gain/Loss** | **% Total Gain/Loss** | **Current Value** | | **Quantity** | **Average Cost Basis** | **Cost Basis Total** |
| Jun-27-2023 | Long | -$400.00 | -100% | $0.00 | | 20 | $20.00 | $400.00 |
| Jun-27-2023 | Long | -$1.99 | -100% | $0.00 | | 0.1 | $19.90 | $1.99 |
| Jun-27-2023 | Long | -$98.46 | -100% | $0.00 | | 4.95 | $19.89 | $98.46 |
| Jun-27-2023 | Long | -$100.70 | -100% | $0.00 | | 5.3 | $19.00 | $100.70 |
| Jun-27-2023 | Long | -$23.56 | -100% | $0.00 | | 1.25 | $18.85 | $23.56 |
| Jun-22-2023 | Long | -$10.00 | -100% | $0.00 | | 0.5 | $20.00 | $10.00 |
| Jun-20-2023 | Long | -$42.00 | -100% | $0.00 | | 2 | $21.00 | $42.00 |
| Jun-12-2023 | Long | -$11.63 | -100% | $0.00 | | 0.5 | $23.26 | $11.63 |
| Jun-09-2023 | Long | -$80.50 | -100% | $0.00 | | 3.5 | $23.00 | $80.50 |
| Jun-06-2023 | Long | -$37.36 | -100% | $0.00 | | 1.55 | $24.10 | $37.36 |
| Jun-06-2023 | Long | -$47.86 | -100% | $0.00 | | 2 | $23.93 | $47.86 |
| Jun-06-2023 | Long | -$23.93 | -100% | $0.00 | | 1 | $23.93 | $23.93 |
| Apr-21-2023 | Long | -$5.83 | -100% | $0.00 | | 0.29 | $20.10 | $5.83 |
| Apr-14-2023 | Long | -$0.22 | -100% | $0.00 | | 0.01 | $22.00 | $0.22 |
| Apr-03-2023 | Long | -$1.53 | -100% | $0.00 | | 0.03 | $51.00 | $1.53 |
| Mar-28-2023 | Long | -$43.00 | -100% | $0.00 | | 1 | $43.00 | $43.00 |
| Feb-09-2023 | Long | -$0.91 | -100% | $0.00 | | 0.01 | $91.00 | $0.91 |
| Nov-25-2022 | Long | -$15.12 | -100% | $0.00 | | 0.08 | $189.00 | $15.12 |
| Nov-25-2022 | Long | -$9.95 | -100% | $0.00 | | 0.05 | $199.00 | $9.95 |
| Nov-11-2022 | Long | -$1.30 | -100% | $0.00 | | 0.01 | $130.00 | $1.30 |
| Nov-11-2022 | Long | -$39.00 | -100% | $0.00 | | 0.3 | $130.00 | $39.00 |
| Oct-24-2022 | Long | -$6.38 | -100% | $0.00 | | 0.07 | $91.14 | $6.38 |
| Sep-16-2022 | Long | -$30.77 | -100% | $0.00 | | 0.39 | $78.90 | $30.77 |
| Aug-22-2022 | Long | -$0.81 | -100% | $0.00 | | 0.01 | $81.00 | $0.81 |
| Jul-26-2022 | Long | -$18.17 | -100% | $0.00 | | 0.2 | $90.85 | $18.17 |
| Jul-15-2022 | Long | -$92.98 | -100% | $0.00 | | 1 | $92.98 | $92.98 |
| Jul-15-2022 | Long | -$93.00 | -100% | $0.00 | | 1 | $93.00 | $93.00 |
| Jul-13-2022 | Long | -$47.18 | -100% | $0.00 | | 0.5 | $94.36 | $47.18 |
| Jul-12-2022 | Long | -$48.00 | -100% | $0.00 | | 0.5 | $96.00 | $48.00 |
| Jul-12-2022 | Long | -$48.43 | -100% | $0.00 | | 0.5 | $96.86 | $48.43 |
| Jul-08-2022 | Long | -$52.50 | -100% | $0.00 | | 0.5 | $105.00 | $52.50 |
| Jul-05-2022 | Long | -$104.00 | -100% | $0.00 | | 1 | $104.00 | $104.00 |
| Jul-05-2022 | Long | -$52.00 | -100% | $0.00 | | 0.5 | $104.00 | $52.00 |
| Jun-30-2022 | Long | -$500.00 | -100% | $0.00 | | 5 | $100.00 | $500.00 |
| Jun-30-2022 | Long | -$201.00 | -100% | $0.00 | | 2 | $100.50 | $201.00 |

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Ran |
|---|---|---|---|---|---|---|---|---|
| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total | |
| Jun-30-2022 | Long | -$101.00 | -100% | $0.00 | 1 | $101.00 | $101.00 | |
| May-03-2022 | Long | -$6.25 | -100% | $0.00 | 0.05 | $125.00 | $6.25 | |
| May-03-2022 | Long | -$25.20 | -100% | $0.00 | 0.2 | $126.00 | $25.20 | |
| Apr-26-2022 | Long | -$24.90 | -100% | $0.00 | 0.2 | $124.50 | $24.90 | |
| Apr-26-2022 | Long | -$24.23 | -100% | $0.00 | 0.19 | $127.53 | $24.23 | |
| Mar-18-2022 | Long | -$209.24 | -100% | $0.00 | 1.11 | $188.50 | $209.24 | |
| Mar-18-2022 | Long | -$190.00 | -100% | $0.00 | 1 | $190.00 | $190.00 | |
| Mar-04-2022 | Long | -$154.00 | -100% | $0.00 | 1 | $154.00 | $154.00 | |
| Mar-04-2022 | Long | -$154.00 | -100% | $0.00 | 1 | $154.00 | $154.00 | |
| Mar-04-2022 | Long | -$222.00 | -100% | $0.00 | 1.5 | $148.00 | $222.00 | |
| Mar-04-2022 | Long | -$150.00 | -100% | $0.00 | 1 | $150.00 | $150.00 | |
| Mar-04-2022 | Long | -$306.00 | -100% | $0.00 | 2 | $153.00 | $306.00 | |
| Mar-03-2022 | Long | -$90.48 | -100% | $0.00 | 0.58 | $156.00 | $90.48 | |
| Mar-03-2022 | Long | -$790.00 | -100% | $0.00 | 5 | $158.00 | $790.00 | |
| Feb-22-2022 | Long | -$6.46 | -100% | $0.00 | 0.04 | $161.50 | $6.46 | |
| Feb-09-2022 | Long | -$5.12 | -100% | $0.00 | 0.03 | $170.67 | $5.12 | |
| Feb-09-2022 | Long | -$49.80 | -100% | $0.00 | 0.3 | $166.00 | $49.80 | |
| Dec-02-2021 | Long | -$98.60 | -100% | $0.00 | 0.29 | $340.00 | $98.60 | |
| Nov-29-2021 | Long | -$3.77 | -100% | $0.00 | 0.01 | $377.00 | $3.77 | |
| Nov-26-2021 | Long | -$224.58 | -100% | $0.00 | 0.57 | $394.00 | $224.58 | |
| Nov-26-2021 | Long | -$399.96 | -100% | $0.00 | 1.01 | $396.00 | $399.96 | |
| Nov-18-2021 | Long | -$93.94 | -100% | $0.00 | 0.22 | $427.00 | $93.94 | |
| Nov-12-2021 | Long | -$93.98 | -100% | $0.00 | 0.2 | $469.90 | $93.98 | |
| Nov-02-2021 | Long | -$94.22 | -100% | $0.00 | 0.19 | $495.89 | $94.22 | |
| Oct-15-2021 | Long | -$20.00 | -100% | $0.00 | 0.04 | $500.00 | $20.00 | |
| Oct-15-2021 | Long | -$74.98 | -100% | $0.00 | 0.15 | $499.87 | $74.98 | |
| Aug-13-2021 | Long | -$486.40 | -100% | $0.00 | 1.52 | $320.00 | $486.40 | |
| Aug-13-2021 | Long | -$12.86 | -100% | $0.00 | 0.04 | $321.50 | $12.86 | |
| Aug-13-2021 | Long | -$6.49 | -100% | $0.00 | 0.02 | $324.50 | $6.49 | |
| Aug-13-2021 | Long | -$6.49 | -100% | $0.00 | 0.02 | $324.50 | $6.49 | |
| Aug-13-2021 | Long | -$130.40 | -100% | $0.00 | 0.4 | $326.00 | $130.40 | |
| Aug-13-2021 | Long | -$3.27 | -100% | $0.00 | 0.01 | $327.00 | $3.27 | |
| Aug-13-2021 | Long | -$3.27 | -100% | $0.00 | 0.01 | $327.00 | $3.27 | |
| Aug-13-2021 | Long | -$150.88 | -100% | $0.00 | 0.46 | $328.00 | $150.88 | |
| Aug-10-2021 | Long | -$160.88 | -100% | $0.00 | 0.45 | $357.51 | $160.88 | |

| Symbol | | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Ran |
|---|---|---|---|---|---|---|---|---|---|
| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | | Quantity | | Average Cost Basis | Cost Basis Total |
| Aug-10-2021 | Long | -$950.03 | -100% | $0.00 | | 2.65 | | $358.50 | $950.03 |
| Aug-10-2021 | Long | -$14.22 | -100% | $0.00 | | 0.04 | | $355.50 | $14.22 |
| Aug-09-2021 | Long | -$7.24 | -100% | $0.00 | | 0.02 | | $362.00 | $7.24 |
| Aug-09-2021 | Long | -$119.03 | -100% | $0.00 | | 0.33 | | $360.70 | $119.03 |
| Aug-06-2021 | Long | -$101.37 | -100% | $0.00 | | 0.31 | | $327.00 | $101.37 |
| Aug-06-2021 | Long | -$91.56 | -100% | $0.00 | | 0.28 | | $327.00 | $91.56 |
| Aug-06-2021 | Long | -$9.83 | -100% | $0.00 | | 0.03 | | $327.67 | $9.83 |
| Aug-02-2021 | Long | -$6.79 | -100% | $0.00 | | 0.02 | | $339.50 | $6.79 |
| Jul-22-2021 | Long | -$3.68 | -100% | $0.00 | | 0.01 | | $368.00 | $3.68 |
| Jul-22-2021 | Long | -$110.40 | -100% | $0.00 | | 0.3 | | $368.00 | $110.40 |
| Jul-21-2021 | Long | -$4.03 | -100% | $0.00 | | 0.01 | | $403.00 | $4.03 |
| Jul-21-2021 | Long | -$19.65 | -100% | $0.00 | | 0.05 | | $393.00 | $19.65 |
| Jul-13-2021 | Long | -$18.35 | -100% | $0.00 | | 0.05 | | $367.00 | $18.35 |
| Jul-12-2021 | Long | -$3.99 | -100% | $0.00 | | 0.01 | | $399.00 | $3.99 |
| Jul-12-2021 | Long | -$19.95 | -100% | $0.00 | | 0.05 | | $399.00 | $19.95 |
| Jul-12-2021 | Long | -$83.58 | -100% | $0.00 | | 0.21 | | $398.00 | $83.58 |
| Jul-09-2021 | Long | -$5.32 | -100% | $0.00 | | 0.01 | | $532.00 | $5.32 |
| Jul-09-2021 | Long | -$9.64 | -100% | $0.00 | | 0.02 | | $482.00 | $9.64 |
| Jul-09-2021 | Long | -$10.54 | -100% | $0.00 | | 0.02 | | $527.00 | $10.54 |
| Jul-08-2021 | Long | -$5.70 | -100% | $0.00 | | 0.01 | | $570.00 | $5.70 |
| Jul-08-2021 | Long | -$5.75 | -100% | $0.00 | | 0.01 | | $575.00 | $5.75 |
| Jul-08-2021 | Long | -$5.92 | -100% | $0.00 | | 0.01 | | $592.00 | $5.92 |
| Jul-08-2021 | Long | -$5.92 | -100% | $0.00 | | 0.01 | | $592.00 | $5.92 |
| Jul-08-2021 | Long | -$5.87 | -100% | $0.00 | | 0.01 | | $587.00 | $5.87 |
| Jul-08-2021 | Long | -$11.68 | -100% | $0.00 | | 0.02 | | $584.00 | $11.68 |
| Jul-08-2021 | Long | -$23.36 | -100% | $0.00 | | 0.04 | | $584.00 | $23.36 |
| Jul-07-2021 | Long | -$6.25 | -100% | $0.00 | | 0.01 | | $625.00 | $6.25 |
| Jul-06-2021 | Long | -$494.94 | -100% | $0.00 | | 0.73 | | $678.00 | $494.94 |
| Jul-02-2021 | Long | -$6.78 | -100% | $0.00 | | 0.01 | | $678.00 | $6.78 |
| Jul-02-2021 | Long | -$27.04 | -100% | $0.00 | | 0.04 | | $676.00 | $27.04 |
| Jul-02-2021 | Long | -$68.40 | -100% | $0.00 | | 0.1 | | $684.00 | $68.40 |
| Jul-02-2021 | Long | -$68.40 | -100% | $0.00 | | 0.1 | | $684.00 | $68.40 |
| Jun-28-2021 | Long | -$9.22 | -100% | $0.00 | | 0.01 | | $922.00 | $9.22 |
| Jun-28-2021 | Long | -$291.00 | -100% | $0.00 | | 0.3 | | $970.00 | $291.00 |
| Jun-28-2021 | Long | -$329.00 | -100% | $0.00 | | 0.35 | | $940.00 | $329.00 |

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Ran |
|---|---|---|---|---|---|---|---|---|
| **Acquired** | **Term** | **$ Total Gain/Loss** | **% Total Gain/Loss** | **Current Value** | | **Quantity** | **Average Cost Basis** | **Cost Basis Total** |
| Jun-28-2021 | Long | -$666.54 | -100% | $0.00 | | 0.69 | $966.00 | $666.54 |
| Jun-28-2021 | Long | -$683.90 | -100% | $0.00 | | 0.7 | $977.00 | $683.90 |
| Jun-25-2021 | Long | -$5.15 | -100% | $0.00 | | 0.005 | $1,030.00 | $5.15 |
| Jun-25-2021 | Long | -$10.24 | -100% | $0.00 | | 0.01 | $1,024.00 | $10.24 |
| Jun-25-2021 | Long | -$14.91 | -100% | $0.00 | | 0.015 | $994.00 | $14.91 |
| Jun-25-2021 | Long | -$15.00 | -100% | $0.00 | | 0.015 | $1,000.00 | $15.00 |
| Jun-25-2021 | Long | -$23.75 | -100% | $0.00 | | 0.025 | $950.00 | $23.75 |
| Jun-25-2021 | Long | -$48.70 | -100% | $0.00 | | 0.05 | $974.00 | $48.70 |
| Jun-22-2021 | Long | -$690.00 | -100% | $0.00 | | 0.5 | $1,380.00 | $690.00 |
| Jun-22-2021 | Long | -$692.00 | -100% | $0.00 | | 0.5 | $1,384.00 | $692.00 |
| Jun-22-2021 | Long | -$1,520.00 | -100% | $0.00 | | 1 | $1,520.00 | $1,520.00 |
| Jun-22-2021 | Long | -$2,124.00 | -100% | $0.00 | | 1.5 | $1,416.00 | $2,124.00 |
| Jun-22-2021 | Long | -$2,805.00 | -100% | $0.00 | | 1.5 | $1,870.00 | $2,805.00 |
| Jun-22-2021 | Long | -$3,040.00 | -100% | $0.00 | | 2 | $1,520.00 | $3,040.00 |

Show Less ‹ 1 ›

| **Account Total** | | +$292.84 +7.05% | -$28,358.64 -86.44% | $4,447.43 | | | | |

Securities Priced Today   **+$292.84**

Securities Not Priced Today   **$0.00**

Some securities, such as mutual funds, are not priced until after the market closes.

**Joint WROS - TOD**  Z25247090

| FCASH HELD IN FCASH | | | | $0.01 | 0.00% | | | |
|---|---|---|---|---|---|---|---|---|
| ~~GEN MT HLDGS~~ | | | | | | | Share | $2.38 ◆ $11. |
| ~~EDGE MOTION INC~~ | | | | | | | Share | $1.63 ◆ $4. |
| ~~GAMESTOP CORP~~ | | | | | | | Share | $9.95 ◆ $64. |

Portfolio Positions

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Ran |
|---|---|---|---|---|---|---|---|---|
| ~~GENIUS GROUP LTD~~ | ~~$0.78~~ ~~$0.85~~ | ~~$0.24~~ ~~4.05%~~ | ~~$140.20~~ ~~45.26%~~ | ~~$6.70~~ | ~~0.95%~~ | ~~8~~ | ~~$22.50~~ ~~$0.51~~ Share | $0.51 — — $9. |
| **MMATQ** META MATERIALS INC... | -- $0.00 | $0.00 0.00% | -$1,806.61 -100.00% | $0.00 | 0.00% | 90 | $1,806.61 $20.07 / Share | |

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Ran |
|---|---|---|---|---|---|---|---|---|

## META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Mar-25-2024 | Short | -$2.50 | -100% | $0.00 | 1 | $2.50 | $2.50 |
| Jan-26-2024 | Short | -$0.05 | -100% | $0.00 | 1 | $0.05 | $0.05 |
| Jan-25-2024 | Short | -$10.74 | -100% | $0.00 | 2 | $5.37 | $10.74 |
| Jan-24-2024 | Short | -$5.82 | -100% | $0.00 | 0.92 | $6.33 | $5.82 |
| Dec-01-2023 | Long | -$31.47 | -100% | $0.00 | 2.9 | $10.85 | $31.47 |
| Nov-22-2023 | Long | -$1.40 | -100% | $0.00 | 0.18 | $7.78 | $1.40 |
| Nov-22-2023 | Long | -$3.88 | -100% | $0.00 | 0.5 | $7.76 | $3.88 |
| Nov-22-2023 | Long | -$4.00 | -100% | $0.00 | 0.5 | $8.00 | $4.00 |
| Nov-21-2023 | Long | -$8.80 | -100% | $0.00 | 1 | $8.80 | $8.80 |
| Nov-07-2023 | Long | -$26.75 | -100% | $0.00 | 2.5 | $10.70 | $26.75 |
| Nov-07-2023 | Long | -$10.98 | -100% | $0.00 | 1 | $10.98 | $10.98 |
| Nov-07-2023 | Long | -$13.74 | -100% | $0.00 | 1.25 | $10.99 | $13.74 |
| Nov-06-2023 | Long | -$2.59 | -100% | $0.00 | 0.25 | $10.36 | $2.59 |
| Oct-26-2023 | Long | -$46.23 | -100% | $0.00 | 3 | $15.41 | $46.23 |
| Sep-29-2023 | Long | -$5.45 | -100% | $0.00 | 0.25 | $21.80 | $5.45 |
| Sep-29-2023 | Long | -$27.21 | -100% | $0.00 | 1.25 | $21.77 | $27.21 |
| Sep-29-2023 | Long | -$65.37 | -100% | $0.00 | 3 | $21.79 | $65.37 |
| Sep-22-2023 | Long | -$103.25 | -100% | $0.00 | 5 | $20.65 | $103.25 |
| Sep-20-2023 | Long | -$44.69 | -100% | $0.00 | 2.05 | $21.80 | $44.69 |
| Sep-15-2023 | Long | -$7.86 | -100% | $0.00 | 0.35 | $22.46 | $7.86 |
| Sep-14-2023 | Long | -$90.32 | -100% | $0.00 | 4 | $22.58 | $90.32 |
| Sep-12-2023 | Long | -$23.63 | -100% | $0.00 | 1.1 | $21.48 | $23.63 |
| Aug-31-2023 | Long | -$6.75 | -100% | $0.00 | 0.3 | $22.50 | $6.75 |
| Aug-31-2023 | Long | -$15.74 | -100% | $0.00 | 0.7 | $22.49 | $15.74 |
| Aug-21-2023 | Long | -$22.00 | -100% | $0.00 | 1 | $22.00 | $22.00 |
| Aug-21-2023 | Long | -$32.12 | -100% | $0.00 | 1.46 | $22.00 | $32.12 |
| Aug-08-2023 | Long | -$1.04 | -100% | $0.00 | 0.04 | $26.00 | $1.04 |
| Aug-02-2023 | Long | -$124.50 | -100% | $0.00 | 5 | $24.90 | $124.50 |
| Aug-02-2023 | Long | -$37.40 | -100% | $0.00 | 1.5 | $24.93 | $37.40 |
| Aug-02-2023 | Long | -$48.00 | -100% | $0.00 | 2 | $24.00 | $48.00 |
| Aug-02-2023 | Long | -$72.00 | -100% | $0.00 | 3 | $24.00 | $72.00 |
| Jul-27-2023 | Long | -$94.50 | -100% | $0.00 | 4.5 | $21.00 | $94.50 |
| Jul-24-2023 | Long | -$3.50 | -100% | $0.00 | 0.16 | $21.88 | $3.50 |

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Ran |
|---|---|---|---|---|---|---|---|---|
| **Acquired** | **Term** | **$ Total Gain/Loss** | **% Total Gain/Loss** | **Current Value** | **Quantity** | | **Average Cost Basis** | **Cost Basis Total** |
| Jul-24-2023 | Long | -$40.24 | -100% | $0.00 | 1.84 | | $21.87 | $40.24 |
| Jul-20-2023 | Long | -$0.64 | -100% | $0.00 | 0.03 | | $21.33 | $0.64 |
| Jul-20-2023 | Long | -$48.38 | -100% | $0.00 | 2.25 | | $21.50 | $48.38 |
| Jul-19-2023 | Long | -$199.90 | -100% | $0.00 | 10 | | $19.99 | $199.90 |
| Jul-07-2023 | Long | -$4.16 | -100% | $0.00 | 0.22 | | $18.91 | $4.16 |
| Jun-27-2023 | Long | -$9.76 | -100% | $0.00 | 0.5 | | $19.52 | $9.76 |
| Jun-27-2023 | Long | -$190.00 | -100% | $0.00 | 10 | | $19.00 | $190.00 |
| Jun-20-2023 | Long | -$31.47 | -100% | $0.00 | 1.5 | | $20.98 | $31.47 |
| Jun-20-2023 | Long | -$63.00 | -100% | $0.00 | 3 | | $21.00 | $63.00 |
| Jun-12-2023 | Long | -$23.40 | -100% | $0.00 | 1 | | $23.40 | $23.40 |
| May-22-2023 | Long | -$13.00 | -100% | $0.00 | 0.5 | | $26.00 | $13.00 |
| May-22-2023 | Long | -$28.99 | -100% | $0.00 | 1.11 | | $26.12 | $28.99 |
| Apr-03-2023 | Long | -$9.09 | -100% | $0.00 | 0.18 | | $50.50 | $9.09 |
| Apr-03-2023 | Long | -$10.08 | -100% | $0.00 | 0.2 | | $50.40 | $10.08 |
| Apr-03-2023 | Long | -$16.71 | -100% | $0.00 | 0.4 | | $41.77 | $16.71 |
| Mar-28-2023 | Long | -$44.00 | -100% | $0.00 | 1 | | $44.00 | $44.00 |
| Mar-23-2023 | Long | -$70.50 | -100% | $0.00 | 1.5 | | $47.00 | $70.50 |
| Feb-24-2023 | Long | -$2.52 | -100% | $0.00 | 0.04 | | $63.00 | $2.52 |
| Jul-15-2022 | Long | -$6.49 | -100% | $0.00 | 0.07 | | $92.71 | $6.49 |

Show Less   ‹  1  ›

| **Account Total** | | +$11.55<br>+5.35% | -$2,113.63<br>-90.28% | $227.48 | | | | |

**Securities Priced Today  +$11.55**

**Securities Not Priced    $0.00**
        Today

Some securities, such as mutual funds, are not priced until after the market closes.

---

**Individual - TOD  Z28370128** – #3

| **SPAXX**<br>HELD IN MONEY MAR… | | | | $0.10 | 0.03% | | | |
| [illegible] [illegible] | [illegible] [illegible] | [illegible] [illegible] | [illegible] [illegible] | [illegible] | 0.32% | [illegible] | [illegible] [illegible] / Share | $0.11    $18. |

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Ran |
|---|---|---|---|---|---|---|---|---|
| (redacted) | (redacted) | (redacted) 0.00% | (redacted) (redacted) | $10.32 | (redacted) | (redacted) | (redacted) (redacted) Share | ◆ $1.05  $3. |
| (redacted) GAMESTOP CORP | $26.97 (redacted) | (redacted) -7.57% | (redacted) -74.10% | (redacted) | 80.52% | (redacted) | (redacted) (redacted) Share | ◆ $9.95  $64. |
| MMATQ META MATERIALS INC… | — $0.00 | $0.00 0.00% | -$139.55 -100.00% | $0.00 | 0.00% | 22 | $139.55 $6.34 / Share | |

### META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98

| Acquired | Term | $ Total Gain/Loss | % Total Gain/Loss | Current Value | Quantity | Average Cost Basis | Cost Basis Total |
|---|---|---|---|---|---|---|---|
| Mar-25-2024 | Short | -$2.50 | -100% | $0.00 | 1 | $2.50 | $2.50 |
| Jan-26-2024 | Short | -$0.05 | -100% | $0.00 | 1 | $0.05 | $0.05 |
| Jan-24-2024 | Short | -$17.22 | -100% | $0.00 | 3 | $5.74 | $17.22 |
| Dec-29-2023 | Short | -$13.32 | -100% | $0.00 | 2 | $6.66 | $13.32 |
| Dec-29-2023 | Short | -$6.75 | -100% | $0.00 | 1 | $6.75 | $6.75 |
| Dec-19-2023 | Short | -$28.60 | -100% | $0.00 | 4 | $7.15 | $28.60 |
| Dec-19-2023 | Short | -$28.44 | -100% | $0.00 | 4 | $7.11 | $28.44 |
| Dec-19-2023 | Short | -$35.55 | -100% | $0.00 | 5 | $7.11 | $35.55 |
| Dec-19-2023 | Short | -$7.12 | -100% | $0.00 | 1 | $7.12 | $7.12 |

| (redacted) | (redacted) (redacted) | (redacted) (redacted) | (redacted) (redacted) | $22.54 | (redacted) | (redacted) | (redacted) / Share | ◆ $4.20  $38. |
| **Account Total** | | +$21.22 +7.02% | -$69.12 -17.60% | $323.60 | | | | |

**Securities Priced Today  +$21.22**

  **Securities Not Priced   $0.00**
  
  Today

Some securities, such as mutual funds, are not priced until after the market closes.

| **Grand Total** | | +$325.61 +6.97% | -$30,541.39 -85.94% | $4,998.51 | | | | |

# J.P.Morgan

J.P. Morgan Securities LLC
Member FINRA and SIPC
131 South Dearborn Street
Chicago, IL 60603-5506
Tel 800-392-5749

NATOYA P DAVIS TOD
1-15 KENNETH AVE
FAIR LAWN NJ 07410-2050

| | |
|---|---|
| Processing Date | 10/6/21 |
| Account Number | 986-52354 HLF |
| | CLIENT SERVICES |
| | (800) 392-5749 |

Page 1 of 1

## CONFIRMATION
**WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION(S)**

**EQUITIES AND EXCHANGE LISTED OPTIONS**

> Investment products are: • Not insured by FDIC • Not a deposit or other obligation of, or guaranteed by, JPMorgan Chase Bank, N.A. or any of its affiliates • Subject to investment risks, including possible loss of the principal amount invested.

| Trade Date | Settlement Date | Bought/ Sold | Description | Symbol/ CUSIP | Quantity | Price | Money Type | Money Amount | Type | C* | Trade Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/08/21 | 10/08/21 | Bought | META MATLS INC COMMON STOCK UNSOLICITED J.P. MORGAN SECURITIES LLC MAKES A MARKET IN THIS SECURITY ROME: WHIPANYAAF21100655495 | MMAT 59134N104 | 7 | 4.985 | Principal NET AMOUNT | 34.90 34.90 | Cash | 1 | 36653 |
| 10/08/21 | 10/08/21 | Bought | TANZANIAN GOLD CORP COM UNSOLICITED ROME: WHIPANYAAF21100658406 | TRX 87601A107 | 8 | 0.4481 | Principal NET AMOUNT | 3.58 3.58 | Cash | 1 | 38231 |

Investment products and services, including brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC**, member FINRA and SIPC. J.P. Morgan Securities LLC and JPMorgan Chase Bank, N.A. are affiliated companies under the common control of JPMorgan Chase & Co.

**\*In the event that the meaning of a code referenced above (and such code's definition on the back of this confirmation) conflicts with other wording on the front of this confirmation, the wording on the front of this confirmation shall control.**

If you have any questions about your statement or concerns about your account, please call us at the toll free number provided above.

# Meta Materials Inc  (MMATQ)

| Quote | Position details |

## META MATERIALS INC COMMON STOCK  MMATQ

# 0.00 0.00 0.00%

↻ As of 9:00 PM ET 12/10/2024

**Asset class:** Equity / Concentrated & Other Equity

| | |
|---|---|
| Value | |

Trade

## Position

| | |
|---|---|
| Quantity | 170 ✓ |
| Cost | 11,225.33 W̲X̲ |
| Gain/loss | -11,225.33 -100.00% |
| Value | 0.00 0.00 |

## Tax lots

Tax lot information is as of the close of the prior business day.

### Short-term lot acquired 02/09/2024

| | |
|---|---|
| Account | ...2354 |
| Quantity | 5 |
| Unit cost | 3.45 |
| Cost | 17.23 C̲ |
| Gain/loss | -17.23 -100.00% |
| Value | 0.00 |

### Short-term lot acquired 02/09/2024

| | |
|---|---|
| Account | ...2354 |
| Quantity | 12 |
| Unit cost | 3.47 |
| Cost | 41.64 C̲ |
| Gain/loss | -41.64 -100.00% |
| Value | 0.00 |

### Short-term lot acquired 01/26/2024

| | |
|---|---|
| Account | ...2354 |
| Quantity | 1 |
| Unit cost | 0.05 |

| | |
|---|---|
| Cost | 0.05 X C |
| Gain/loss | -0.05 -100.00% |
| Value | 0.00 |

### Short-term lot acquired 01/25/2024

| | |
|---|---|
| Account | ...2354 |
| Quantity | 2 |
| Unit cost | 5.00 |
| Cost | 10.00 C |
| Gain/loss | -10.00 -100.00% |
| Value | 0.00 |

### Short-term lot acquired 01/25/2024

| | |
|---|---|
| Account | ...2354 |
| Quantity | 5 |
| Unit cost | 5.31 |
| Cost | 26.55 C |
| Gain/loss | -26.55 -100.00% |
| Value | 0.00 |

### Short-term lot acquired 01/19/2024

| | |
|---|---|
| Account | ...2354 |
| Quantity | 6 |
| Unit cost | 8.34 |
| Cost | 50.06 C |
| Gain/loss | -50.06 -100.00% |
| Value | 0.00 |

### Short-term lot acquired 01/16/2024

| | |
|---|---|
| Account | ...2354 |
| Quantity | 10 |
| Unit cost | 7.10 |
| Cost | 71.00 C |
| Gain/loss | -71.00 -100.00% |
| Value | 0.00 |

### Long-term lot acquired 12/08/2023

| | |
|---|---|
| Account | ...2354 |
| Quantity | 2 |
| Unit cost | 7.50 |

| | |
|---|---|
| Cost | 15.00 C |
| Gain/loss | -15.00 -100.00% |
| Value | 0.00 |

### Long-term lot acquired 12/04/2023

| | |
|---|---|
| Account | ...2354 |
| Quantity | 1 |
| Unit cost | 10.50 |
| Cost | 10.50 C |
| Gain/loss | -10.50 -100.00% |
| Value | 0.00 |

### Long-term lot acquired 11/22/2023

| | |
|---|---|
| Account | ...2354 |
| Quantity | 1 |
| Unit cost | 7.77 |
| Cost | 7.77 C |
| Gain/loss | -7.77 -100.00% |
| Value | 0.00 |

### Long-term lot acquired 11/22/2023

| | |
|---|---|
| Account | ...2354 |
| Quantity | 2 |
| Unit cost | 10.00 |
| Cost | 20.00 C |
| Gain/loss | -20.00 -100.00% |
| Value | 0.00 |

### Long-term lot acquired 11/07/2023

| | |
|---|---|
| Account | ...2354 |
| Quantity | 4 |
| Unit cost | 12.21 |
| Cost | 48.83 C |
| Gain/loss | -48.83 -100.00% |
| Value | 0.00 |

### Long-term lot acquired 11/01/2023

| | |
|---|---|
| Account | ...2354 |
| Quantity | 2 |
| Unit cost | 11.20 |

| | |
|---|---|
| Cost | 22.40 C |
| Gain/loss | -22.40 -100.00% |
| Value | 0.00 |

## Long-term lot acquired 10/05/2023

| | |
|---|---|
| Account | ...2354 |
| Quantity | 3 |
| Unit cost | 26.38 |
| Cost | 79.14 C |
| Gain/loss | -79.14 -100.00% |
| Value | 0.00 |

## Long-term lot acquired 10/05/2023

| | |
|---|---|
| Account | ...2354 |
| Quantity | 4 |
| Unit cost | 22.91 |
| Cost | 91.65 C |
| Gain/loss | -91.65 -100.00% |
| Value | 0.00 |

## Long-term lot acquired 10/03/2023

| | |
|---|---|
| Account | ...2354 |
| Quantity | 3 |
| Unit cost | 27.80 |
| Cost | 83.41 C |
| Gain/loss | -83.41 -100.00% |
| Value | 0.00 |

## Long-term lot acquired 09/18/2023

| | |
|---|---|
| Account | ...2354 |
| Quantity | 2 |
| Unit cost | 20.78 |
| Cost | 41.56 C |
| Gain/loss | -41.56 -100.00% |
| Value | 0.00 |

## Long-term lot acquired 09/15/2023

| | |
|---|---|
| Account | ...2354 |
| Quantity | 53 |
| Unit cost | 54.21 |

| | |
|---|---|
| Cost | 2,873.24 C |
| Gain/loss | -2,873.24 -100.00% |
| Value | 0.00 |

### Long-term lot acquired 09/12/2023

| | |
|---|---|
| Account | ...2354 |
| Quantity | 1 |
| Unit cost | 21.45 |
| Cost | 21.45 C |
| Gain/loss | -21.45 -100.00% |
| Value | 0.00 |

### Long-term lot acquired 08/17/2023

| | |
|---|---|
| Account | ...2354 |
| Quantity | 1 |
| Unit cost | 21.95 |
| Cost | 21.95 C |
| Gain/loss | -21.95 -100.00% |
| Value | 0.00 |

### Long-term lot acquired 08/16/2023

| | |
|---|---|
| Account | ...2354 |
| Quantity | 1 |
| Unit cost | 33.57 |
| Cost | 33.57 C |
| Gain/loss | -33.57 -100.00% |
| Value | 0.00 |

### Long-term lot acquired 08/02/2023

| | |
|---|---|
| Account | ...2354 |
| Quantity | 6 |
| Unit cost | 26.62 |
| Cost | 159.71 C |
| Gain/loss | -159.71 -100.00% |
| Value | 0.00 |

### Long-term lot acquired 07/20/2023

| | |
|---|---|
| Account | ...2354 |
| Quantity | 1 |
| Unit cost | 21.50 |

| | |
|---|---|
| Cost | 21.50 C |
| Gain/loss | -21.50 -100.00% |
| Value | 0.00 |

### Long-term lot acquired 07/20/2023

| | |
|---|---|
| Account | ...2354 |
| Quantity | 2 |
| Unit cost | 22.96 |
| Cost | 45.92 C |
| Gain/loss | -45.92 -100.00% |
| Value | 0.00 |

### Long-term lot acquired 07/17/2023

| | |
|---|---|
| Account | ...2354 |
| Quantity | 5 |
| Unit cost | 18.75 |
| Cost | 93.75 C |
| Gain/loss | -93.75 -100.00% |
| Value | 0.00 |

### Long-term lot acquired 05/31/2023

| | |
|---|---|
| Account | ...2354 |
| Quantity | 1 |
| Unit cost | 23.00 |
| Cost | 23.00 C |
| Gain/loss | -23.00 -100.00% |
| Value | 0.00 |

### Long-term lot acquired 05/01/2023

| | |
|---|---|
| Account | ...2354 |
| Quantity | 1 |
| Unit cost | 18.69 |
| Cost | 18.69 C |
| Gain/loss | -18.69 -100.00% |
| Value | 0.00 |

### Long-term lot acquired 03/23/2023

| | |
|---|---|
| Account | ...2354 |
| Quantity | 2 |
| Unit cost | 55.20 |

| | |
|---|---|
| Cost | 110.40 C |
| Gain/loss | -110.40 -100.00% |
| Value | 0.00 |

**Long-term lot acquired 03/10/2023**

| | |
|---|---|
| Account | ...2354 |
| Quantity | 1 |
| Unit cost | 54.00 |
| Cost | 54.00 C |
| Gain/loss | -54.00 -100.00% |
| Value | 0.00 |

**Long-term lot acquired 04/14/2022**

| | |
|---|---|
| Account | ...2354 |
| Quantity | 1 |
| Unit cost | 149.99 |
| Cost | 149.99 C |
| Gain/loss | -149.99 -100.00% |
| Value | 0.00 |

**Long-term lot acquired 04/14/2022**

| | |
|---|---|
| Account | ...2354 |
| Quantity | 1 |
| Unit cost | 293.96 |
| Cost | 293.96 C |
| Gain/loss | -293.96 -100.00% |
| Value | 0.00 |

**Long-term lot acquired 03/14/2022**

| | |
|---|---|
| Account | ...2354 |
| Quantity | 1 |
| Unit cost | 558.28 |
| Cost | 558.28 W C |
| Gain/loss | -558.28 -100.00% |
| Value | 0.00 |

**Long-term lot acquired 03/14/2022**

| | |
|---|---|
| Account | ...2354 |
| Quantity | 15 |
| Unit cost | 178.72 |

| | |
|---|---|
| Cost | 2,680.79 W C |
| Gain/loss | -2,680.79 -100.00% |
| Value | 0.00 |

## Long-term lot acquired 03/11/2022

| | |
|---|---|
| Account | ...2354 |
| Quantity | 1 |
| Unit cost | 197.30 |
| Cost | 197.30 W C |
| Gain/loss | -197.30 -100.00% |
| Value | 0.00 |

## Long-term lot acquired 03/04/2022

| | |
|---|---|
| Account | ...2354 |
| Quantity | 1 |
| Unit cost | 241.68 |
| Cost | 241.68 W C |
| Gain/loss | -241.68 -100.00% |
| Value | 0.00 |

## Long-term lot acquired 03/02/2022

| | |
|---|---|
| Account | ...2354 |
| Quantity | 8 |
| Unit cost | 326.55 |
| Cost | 2,612.36 W C |
| Gain/loss | -2,612.36 -100.00% |
| Value | 0.00 |

## Long-term lot acquired 01/21/2022

| | |
|---|---|
| Account | ...2354 |
| Quantity | 1 |
| Unit cost | 175.00 |
| Cost | 175.00 C |
| Gain/loss | -175.00 -100.00% |
| Value | 0.00 |

## Long-term lot acquired 01/20/2022

| | |
|---|---|
| Account | ...2354 |
| Quantity | 1 |
| Unit cost | 202.00 |

| | | |
|---|---|---|
| Cost | | 202.00 C |
| Gain/loss | -202.00 | -100.00% |
| Value | | 0.00 |