NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials | Case Number: 24-50792-hlb | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

ASHWINI KUMAR GURUNG
34-17 72nd Street FL-3rd
Jackson heights NY-11372

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 19 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Telephone Number: 917-602-8316

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: 550 247050

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

Robinhood

Telephone Number: 1-(650) 761-7789

3. Date Equity Interest was acquired: Purchased Share multiple times from Feb 23rd 2021 to Dec 7th 2023.

4. Total amount of member interest: 1595.49594 S (before Split) 16 shares (after split) (Split 1 for 100 → 16 shares)   5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Ashwini Kumar Gurung
Title: Individual
Company: Address and telephone number (if different from notice address above): _____

(Signature) Ashwini K Gurung    (Date) 12-12-2024

Telephone number: 917-602-8316   email: ashwinigurung174@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]   [ Save Form ]   [ Clear Form ]

U.S. Bankruptcy Court
District of Nevada, Clerk of the Court,
First floor, 300 Booth Street, Reno,
Nevada 89509

To clerk of the court.

My name is Ashwini Gurung, and I hereby submit the Notice of Redaction for proof of redact form in the matter of Meta Materials Incase number 24-5079 92-hlb.

MMAT

I purchased shares multiple time from Feb 23rd 2021 to Dec 3rd, 2023. I had torch stock and later torch stock merged with MMAT. MMAT Reverse split (June 28 2021) 1:25 split. My total number of stock was 159649545 which was split as my final number of stock is 165 shares. (Spilt 1 for 100).

Thank you for your consideration in this matter.

Ashwini Kumar Gurung
34-19 32nd Street
Jackson heights NY-11372
917-602-8516

Portfolio Summary

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Meta Materials<br>Estimated Yield: 0.00% | MMATQ | Margin | 16 | $0.0610 | $0.98 | $0.00 | 0.92% |
| Next Bridge Hydrocarbons Contra<br>Estimated Yield: 0.00% | MMTZZZ | Margin | [redacted] | $0.0000 | $0.00 | $0.00 | 0.00% |
| Total Securities | | | | | [redacted] | [redacted] | [redacted] |
| Brokerage Cash Balance | | | | | [redacted] | | [redacted] |
| Total Priced Portfolio | | | | | [redacted] | | |

Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

Page 1 of 19
11/01/2024 to 11/30/2024
**Ashwini Gurung** Account #:550247050
3417 72 st 3, jackson heights, NY 11372

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | ▬ | ▬ |
| Total Securities | ▬ | ▬ |
| Portfolio Value | ▬ | ▬ |

**Portfolio Allocation**

- Cash and Cash Equivalents ▬
- Equities ▬
- Options ▬

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | ▬ | $▬ |
| Capital Gains Distributions | ▬ | $▬ |
| Interest Earned | ▬ | $▬ |

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF").

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

3840999