NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

Name of Debtor:
**META MATERIALS, INC**

Case Number:
**24-50792**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

**MOLLY BERG
209 9th St
JORDAN, MN 55352**

Telephone Number: **612 239 7815**

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED

DEC 20 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor:
**ROBINHOOD (RH5) 909902363**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
**MOLLY BERG
ROBINHOOD
85 WILLOW ROAD
MENLO PARK, CA 94025**
Telephone Number: **(650) 761-7789**

3. Date Equity Interest was acquired:
**BETWEEN 07/21/21 - 01/25/24
SEE ATTACHED DOCUMENTATION (1-7)**

4. Total amount of member interest: **13,142.6 SHARES @ 0.157 AVE $2064.15**

5. Certificate number(s): **N/A**

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: **INVESTOR**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Molly BERG**
Title: _____
Company: Address and telephone number (if different from notice address above): _____

(Signature) _____   (Date) **12/11/24**

Telephone number: **(612) 239-7815**   email: **daveandmolly@comcast.net**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Print Form   Save Form   Clear Form



6:25

< History ⓘ

All accounts ∨   All types ∨

# Older

| | |
|---|---|
| **MMAT buy** | **-$10.80** |
| Jul 21, 2021 | 3 shares at $3.60 |

| | |
|---|---|
| **MMAT buy** | **-$165.60** |
| Jul 21, 2021 | 45 shares at $3.68 |

| | |
|---|---|
| **MMAT buy** | **-$184.91** |
| Jul 21, 2021 | 50 shares at $3.70 |

| | |
|---|---|
| **MMAT buy** | **-$346.99** |
| Jul 21, 2021 | 100 shares at $3.47 |

| | |
|---|---|
| **CYTK limit sell** | **+$706.50** |
| Jul 21, 2021 | 25 shares at $28.26 |

| | |
|---|---|
| **CLOV limit buy** | **-$337.20** |
| Jul 21, 2021 | 40 shares at $8.43 |

| | |
|---|---|
| **CYTK buy** | **-$735.75** |
| Jul 20, 2021 | 25 shares at $29.43 |

| | |
|---|---|
| **FRLN sell** | **+$1,077.01** |

    



**6:28**

<          History          ⓘ

All accounts ∨      All types ∨

# Older

| | |
|---|---|
| **MMAT buy**<br>Sep 7, 2021 | **-$53.85**<br>10 shares at $5.39 › |
| **MMAT buy**<br>Sep 7, 2021 | **-$134.13**<br>25 shares at $5.37 › |
| **HUMA limit sell**<br>Sep 7, 2021 | **+$290.00**<br>20 shares at $14.50 › |
| **IRNTQ buy**<br>Sep 7, 2021 | **-$6.65**<br>0.237288 shares at $28.05 › |
| **MMAT buy**<br>Sep 2, 2021 | **-$101.60**<br>20 shares at $5.08 › |
| **HUMA buy**<br>Sep 2, 2021 | **-$388.45**<br>25 shares at $15.54 › |
| **HOOD sell**<br>Sep 2, 2021 | **+$497.42**<br>11 shares at $45.22 › |
| **AAPL dividend** | +$0.00 › |

③



**6:32**

<           History           ⓘ

All accounts ⌄     All types ⌄

# Older

**DJT buy**                          **-$100.00**
Oct 25, 2021            0.972857 shares at $102.79  >

**DJT buy**
Oct 22, 2021 · Canceled             >

**MMAT sell**                         **+$108.78**
Oct 22, 2021              25 shares at $4.35  >

**MMAT buy**                          **-$308.50**
Sep 29, 2021             50 shares at $6.17  >

**Withdrawal from individual to Frand...**   **-$460.15**  >
Sep 20, 2021

**TSLA sell**                          **+$40.64**
Sep 17, 2021            0.053571 shares at $758.64  >

**AGFY sell**                          **+$52.60**
Sep 17, 2021            2.159431 shares at $24.35  >

**AMC sell**                          **+$231.35**
Sep 17, 2021            5 shares at $46.27  >



6:34



<             **View MMAT**

# MMAT buy

Meta Materials

Account
Individual

Order status
Filled

Submitted
Feb 17, 2022

Time in Force
Good for day

Entered in
Dollars

Entered amount
$62.79

Filled
Feb 17, 2022 at 10:38 AM

Filled quantity
33.603133 shares at $1.87

Filled notional
$62.79

**View trade confirmation**

    

6:35

History ⓘ

All accounts ⌄      All types ⌄

# Older

Dec 15, 2023                           4 shares at $0.0725

MMAT limit buy                                -$6.45
Dec 15, 2023                    89 shares at $0.0725

MMAT limit buy                               -$94.25
Dec 15, 2023            1,300 shares at $0.0725

Deposit to Roth IRA from Frandsen...    +$100.00
Dec 15, 2023                           +$1.00

MMAT limit buy                                -$1.06
Dec 5, 2023                     15 shares at $0.0705

MMAT limit buy                                -$0.57
Dec 5, 2023                       8 shares at $0.0712

MMAT limit buy                                -$8.89
Dec 5, 2023                    125 shares at $0.0712

MMAT limit buy                              -$192.51
Dec 5, 2023              2,700 shares at $0.0713

            

6:39

## History

All accounts  ⌄        All types  ⌄

# Older

Jan 23, 2024                                    +$2.00

**MMAT limit buy**                          -$0.13
Jan 24, 2024              2 shares at $0.0657        ›

**MMAT limit buy**                          -$1.47
Jan 24, 2024             23 shares at $0.0637        ›

**DOGE market sell**
Jan 24, 2024                             +$1.53     ›

**MMAT limit buy**                          -$0.06
Jan 24, 2024             1 share at $0.0609         ›

**MMAT limit buy**                          -$0.79
Jan 24, 2024             13 shares at $0.0609        ›

**MMAT limit buy**                         -$15.18
Jan 24, 2024            250 shares at $0.0607        ›

**MMAT limit buy**                        -$213.15
Jan 24, 2024           3,500 shares at $0.0609       ›



6:40

<    History    ⓘ

All accounts  ⌄     All types  ⌄

# Older

Feb 7, 2024

**MMATQ Stock Lending payment**
Feb 7, 2024                                      +$0.01   >

**MMAT Stock Lending payment**
Feb 7, 2024                                      +$0.01   >

**MMATQ reverse split**
Jan 29, 2024                                  1:100 Split   >

**MMATQ reverse split**
Jan 29, 2024                                  1:100 Split   >

**MMAT limit sell**                              +$0.72
Jan 26, 2024              14 shares at $0.0516          >

**MMAT limit buy**                               -$10.92
Jan 25, 2024              200 shares at $0.0546         >

**MMAT limit buy**                               -$251.16
Jan 25, 2024              4,600 shares at $0.0546       >

