NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

Name of Debtor: *Meta Materials*

Case Number: 24-50792

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

*Hua Liu*
*1365 148th Ave.*
*SAN LEANDRO, CA*
*94578*

Telephone Number: *510-589-8959*

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

AM

**RECEIVED AND FILED**

DEC 20 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:

*252-75P99*

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated:
☐ amends a previously filed Proof of Interest dated:

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

*Merrill Tampa, Fl,*
*PO Box 31024, 33631*

Telephone Number: *877-653-4732*

3. Date Equity Interest was acquired:

*9/15/2022*

4. Total amount of member interest:

5. Certificate number(s):

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description:

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:** *Hua Liu*
Check the appropriate box.

☑ I am the creditor. ☐ I am the creditor's authorized agent.

☐ I am the trustee, or the debtor,

(Attach copy of power of attorney, if any.)

☐ I am a guarantor, surety, endorser, or other codebtor.

or their authorized agent.

(See Bankruptcy Rule 3004.)            (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *HUA LIU*
Title:
Company: Address and telephone number (if different from notice address above): (Signature) (Date)  Telephone number: email:

*Hua Liu / 12/22/24*

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Accounts ⌄    Trade ⌄    Research ⌄    Guidance & Retirement ⌄    Go to Bank of America    Open an Account    🔔 Alerts    ✉ Inbox **1**    Help & Settings ⌄    Log out

**Account Holdings for** | Investment Accounts-Non Retirement |

Investment Accounts-... Total

Dow 44,247.83  -154.10  -0.35%    NASDAQ 19,687.24  -49.44  -0.25%    S&P 500 6,034.91  -17.94  -0.30%    **10 Year T-Note** 4.22  +0.03  +0.77%  Real-time quotes

**Group by** ⦿ Account  ⚪ Product Class

As of 12/10/2024 04:23 PM ET

### CMA-Edge 25Z-75P99

| | | Value | Day's Value Change | Unrealized Gain/Loss |
|---|---|---|---|---|
| | | ▓▓▓▓ | ▓▓▓▓ | -- -- |

Select view | Standard ⌄ |    Customize view

View Tax Lot Details

| Symbol | Description | Quantity | Price | $ Chg | Day's Price % Chg | Value | Day's Value Change $ | Unrealized Gain/Loss $ Chg | % Chg |
|---|---|---|---|---|---|---|---|---|---|
| MMATQ | METAMATERIALS INC | 12 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | -- | -- |
| **Balances** | | | | | | | | | |
| Money accounts | ML DIRECT DEPOSIT PROGRM | | ▓▓▓▓▓▓▓ | | | ▓▓▓▓▓▓▓ | | -- | -- |
| Cash balance | | | | | | ▓▓▓ | | | |
| Pending activity | | | | | | ▓▓▓ | | | |
| Margin balance | | | | | | ▓▓▓ | | | |
| **Total** | | | | | | ▓▓▓ | ▓▓▓ | -- | -- |

The data displayed is for informational purposes only. Your account statement is the official record of your holdings and balances.

Review a description of the third-party ratings methodology.

Please note: None of Bank of America, Merrill or any affiliates, bears any responsibility or liability with respect to third-party research made available. Clients should understand that they assume full responsibility for any trading decisions they make based upon third-party ratings or reports.

Money accounts are not adjusted for pending trades.

Real-time market data on this page are for informational purposes only. The accuracy of this data is not warranted.

Prices, quotes, market values and volumes are based on NASDAQ Basic or consolidated market quote, unless otherwise indicated.

Information will not appear if a cost basis is not known, a security price is not currently available, or the Gain/(Loss) calculations are not appropriate for the type of holding.

Positions are net and cost basis excludes fractional shares.

Total unit cost represents weighted average acquisition price. It does not imply that any shares were actually purchased at that price.

Prices, quotes, market values and volumes are based on NASDAQ Basic or consolidated market quote, unless otherwise indicated.

FAQs    Glossary    Contact Us    Privacy    Security    Careers    Advertising Practices    Site Map    Mobile Site    Forms & Applications
Relationship details    Fees (PDF)    Accessible Banking    ATM Locator    Legal Information    Routing & Executions
Software Requirements    Financial Information    Deposit Account & Money Fund Rates (PDF)    Client Relationship Summary (Form CRS) (PDF)
Your Privacy Choices ✅❌

Investment products offered through MLPF&S and insurance and annuity products offered through MLLA:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|