NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: META MATERIALS, INC | Case Number: 24-50792 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   WESLEY BURK
   9247 POPLAR ST
   ATASCADERO, CA 93422

   Telephone Number: 805-801-7061

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 20 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: SEE ATTACHED EXHIBIT A

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   SEE ATTACHED EXHIBIT H

   Telephone Number:

3. Date Equity Interest was acquired:

   SEE ATTACHED EXHIBITS B, C, D, E, F, G

4. Total amount of member interest: 145

5. Certificate number(s): HELD IN BROKERAGES

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: INVESTOR

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: WESLEY BURK
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) 12/16/24 (Date)

Telephone number: 805 801 7061   email: WES@FIX.NET

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Exhibit A

## Case 24-50792, Meta Materials, INC.

## For: Wesley Burk

### Charles Schwab: Account 5394-6537

Purchased 3,500 shares from 2/24/2021 to 11/29/2022 (35 shares after reverse merger) Exhibit B

### Charles Schwab: Account 4854-3994

Purchased 2,000 shares on 6/28/2021 (20 shares after reverse merger)

Exhibit C

### Etrade: Account 1551 105858

Purchased 2,300 shares from 02/23/2021 to 11/21/2022 (23 shares after reverse merger) Exhibit D

### Robinhood: Account 914409792

Purchased 788.53 shares of Torchlight Energy Resources on 2/23/2021

Exhibit E

### Webull: 5NS79061

Purchased 1000 Shares of Torchlight Energy Resources on 2/23/2021

Purchased 6000 Shares of MMAT on 5/3/2023 (60 shares after reverse merger)

Exhibit F

12/16/24, 11:50 AM  Positions | Charles Schwab

# Positions

☑ Group by Security Type  ☑ Condensed Table View

**Rollover IRA ...537**

Exhibit 73

Updated: 02:50:24 PM ET, 12/16/2024   C

## Account Summary

| Total Accounts Value | Total Cash & Cash Invest | Total Market Value | Total Day Change | Total Cost Basis | Total Gain/Loss² |
|---|---|---|---|---|---|
| $4,224.45 | $27.47 | $4,196.98 | +$97.24 (+2.36%) | $53,678.02 | -$49,481.04 (-92.18%) |

View Realized Gain/Loss   Return

## Positions Details *

| Symbol | Name | Qty | Cost/Share | Price | Price Chng $ | Mkt Val | Day Chng $ | Cost Basis | Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|
| ▼ **Equities** | | | | | | | | | |
| LCID ⁞✓ | LUCID GROUP INC | 500 | $38.20 | $2.7366 | +$0.1566 | $1,367.50 | +$77.50 | $19,100.00 | -$17,732 |
| MMATQ ⁞✓ | META MATLS INC CLASS EQUITY | 35 | $405.21 | $0.00001³ | N/A | $0.00 ³ | N/A | $14,182.40 | -$14,182 |
| CWBHF ⁞✓ | CHARLOTTES WEB HLDGS I F | 3,921 | $3.57 | $0.1155 | +$0.0068 | $452.88 | +$26.66 | $13,978.37 | -$13,525 |
| LEXX ⁞✓ | LEXARIA BIOSCIENCE CORP | 936 | $5.91 | $2.22 | -$0.02 | $2,077.92 | -$18.72 | $5,531.76 | -$3,453 |
| FNGR ⁞✓ | FINGERMOTION INC | 131 | $6.76 | $2.28 | +$0.09 | $298.68 | +$11.79 | $885.49 | -$586 |
| 94899O833 ⁞✓ | WEED GROWTH FUND INC RESTR... | 160 | $0.00 | N/A | N/A | N/A | N/A | $0.00 | |
| **Total Equities** | | | | | | $4,196.98 | +$97.23 | $53,678.02 | -$49,481. |
| ▼ **Cash & Money Market** | | | | | | | | | |
| Cash & Cash Investments¹ | | | -- | | | $27.47 | +$0.00 | -- | N |
| **Total Cash & Money Market** | | | | | | $27.47 | +$0.00 | N/A | N |
| **Account Total** | | | | | | $4,224.45 | +$97.23 | $53,678.02 | -$49,481. |

## Disclosures & Footnotes

Equities market data is provided from multiple sources including but not limited to Cboe One, Nasdaq Basic/Last Sale and the National Market System Plan.

For Mutual Funds, the Net Asset Value (NAV) is a daily calculation occurring after market close. This process may take 2 to 4 hours before a final NAV is displayed to the public.

Mutual fund values for Day Change and Price Change will be reset to zero approximately 4 hours before market open on Monday, and approximately 1 hour before market open Tuesday through Friday. After market open, Change and Price Change will appear if there is a valid value to present. If there is no quote, Day Change and/or Price Change values will show N/A.

Option quotes are delayed for non-paying professional users or clients of unknown status.

Options data is provided by the Options Price Reporting Authority.

Streaming quotes may update as frequently as once per second. Streaming may be disabled to maintain system performance.

12/16/24, 11:50 AM    Positions | Charles Schwab

* Streamed data includes Price, Price Change, 52 Week High, 52 Week Low and Volume. Quantity, Market Value, Day Change, Gain/Loss, % of Account, Intrinsic Value, In the Money, Cost Basis, Margin Requirement, and Cost/Share update every 5 minutes.

To update your streaming preferences, go to Profile and then go to Streaming Quotes.

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they make available; (2) do not guarantee that data; and (3) shall not be liable for any loss either to their negligence or to any cause beyond their reasonable control.

1. The Cash Balance or Total Cash value reflects the aggregate amount of your bank account(s), money market funds, unswept or intra-day cash, credit or debit balances for the account(s) displayed. Bank Sweep deposits held at one or more FDIC-insured banks (collectively, the "Program Banks"), Brokerage products and services (including unswept or intra-day cash, net credit or debit balances, and money market funds) offered by Charles Schwab & Co., Inc. (Member SIPC) are not deposits or obligations of the Program Banks, are subject to investment risk, are not FDIC insured, may lose value, and are not Program Bank-guaranteed. Charles Schwab & Co Charles Schwab Bank, SSB, Charles Schwab Premier Bank, SSB, and Charles Schwab Trust Bank are separate entities and are all affiliates of The Charles Schwab Corporation. Bank Sweep deposit balances do not incl interest that has been accrued since the last interest payment was made to your account.
2. The Real Time Gain/Loss calculation is provided for informational purposes only and is an estimate of your unrealized daily gains or losses. It does not include all the adjustments that may be necessary for purposes of computing your tax gains or losses or for reporting these gains or losses on your tax return, and are not binding on the IRS.
3. The value reported may not reflect the current price.

Today's Date: 02:50 PM ET, 12/16/2024

(0423-3S3E, 1023-3N02)

Check the background of Charles Schwab or one of its investment professionals on FINRA'S BrokerCheck.

Investment and Insurance Products Are: Not FDIC Insured • Not Insured by Any Federal Government Agency • Not a Deposit or Other Obligati

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co., Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (memb

This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents, Charles Schwab Hong Kong clients, Charles Schwab UK clients.

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.

Lot-Details

**MMATQ Lot Details for ...537 as of 03:16 PM ET, 12/12/2024**

| Open Date | Quantity | Price | Cost/Share | Market Value | Cost Basis | Gain/Loss ($) | Gain/Loss (%) | Holding Period |
|---|---|---|---|---|---|---|---|---|
| 11/29/2022 | 10 | $0.10 | $198.99 | $1.00 | $1989.90 | -$1988.90 | -99.95% | Long Term |
| 11/29/2022 | 3 | $0.10 | $198.50 | $0.30 | $595.50 | -$595.20 | -99.95% | Long Term |
| 11/29/2022 | 1 | $0.10 | $198.50 | $0.10 | $198.50 | -$198.40 | -99.95% | Long Term |
| 11/29/2022 | 1 | $0.10 | $198.50 | $0.10 | $198.50 | -$198.40 | -99.95% | Long Term |
| 02/24/2021 | 10 | $0.10 | $560.00 | $1.00 | $5600.00 | -$5599.00 | -99.98% | Long Term |
| 02/24/2021 | 4.59 | $0.10 | $560.00 | $0.46 | $2570.40 | -$2569.94 | -99.98% | Long Term |
| 02/24/2021 | 3 | $0.10 | $560.00 | $0.30 | $1680.00 | -$1679.70 | -99.98% | Long Term |
| 02/24/2021 | 1.585 | $0.10 | $560.00 | $0.16 | $887.60 | -$887.44 | -99.98% | Long Term |
| 02/24/2021 | 0.75 | $0.10 | $560.00 | $0.08 | $420.00 | -$419.92 | -99.98% | Long Term |
| 02/24/2021 | 0.075 | $0.10 | $560.00 | $0.01 | $42.00 | -$41.99 | -99.98% | Long Term |
| Total | 35 | -- | -- | $3.50 | $14182.40 | -$14178.90 | -99.98% | -- |

1

# Positions

Updated: 02:50:42 PM ET, 12/16/2024

**Roth Contributory IRA  ....994**

☑ Group by Security Type  ☑ Condensed Table View

## Account Summary

| Total Accounts Value | Total Cash & Cash Invest | Total Market Value | Total Day Change | Total Cost Basis | Total Gain/Loss[2] |
|---|---|---|---|---|---|
| $11,971.94 | $5.94 | $11,966.00 | +$87.50 (+0.74%) | $57,773.81 | -$45,807.81 (-79.29%) |

## Positions Details *

| Symbol | | Name | Qty | Cost/Share | Price | Price Chng $ | Mkt Val | Day Chng $ | Cost Basis ↓ | Gain/Los |
|---|---|---|---|---|---|---|---|---|---|---|
| ▼ **Equities** | | | | | | | | | | |
| PLNH | ☰∨ | PLANET 13 HLDGS INC ... | 5,000 | $5.65 | $0.376 | -$0.0027 | $1,880.00 | -$13.50 | $28,239.73 | -$26,359 |
| MMATQ | ☰∨ | META MATLS INC CLAS... | 20 | $793.08 | $0.00001[3] | N/A | $0.00 [3] | N/A | $15,861.58 | -$15,861 |
| LGIH | ☰∨ | LGI HOMES INC | 100 | $136.72 | $100.925 | +$1.075 | $10,086.00 | +$101.00 | $13,672.50 | -$3,586 |
| **Total Equities** | | | | | | | **$11,966.00** | **+$87.50** | **$57,773.81** | **-$45,807.** |
| ▼ **Cash & Money Market** | | | | | | | | | | |
| Cash & Cash Investments[1] | | | | -- | | | $5.94 | +$0.00 | -- | |
| **Total Cash & Money Market** | | | | | | | **$5.94** | **+$0.00** | **N/A** | **N** |
| **Account Total** | | | | | | | **$11,971.94** | **+$87.50** | **$57,773.81** | **-$45,807.** |

## Disclosures & Footnotes

Equities market data is provided from multiple sources including but not limited to Cboe One, Nasdaq Basic/Last Sale and the National Market System Plan.

For Mutual Funds, the Net Asset Value (NAV) is a daily calculation occurring after market close. This process may take 2 to 4 hours before a final NAV is displayed to the public.

Mutual fund values for Day Change and Price Change will be reset to zero approximately 4 hours before market open on Monday, and approximately 1 hour before market open Tuesday through Friday. After market open, Change and Price Change will appear if there is a valid value to present. If there is no quote, Day Change and/or Price Change values will show N/A.

Option quotes are delayed for non-paying professional users or clients of unknown status.

Options data is provided by the Options Price Reporting Authority.

Streaming quotes may update as frequently as once per second. Streaming may be disabled to maintain system performance.

* Streamed data includes Price, Price Change, 52 Week High, 52 Week Low and Volume.
Quantity, Market Value, Day Change, Gain/Loss, % of Account, Intrinsic Value, In the Money, Cost Basis, Margin Requirement, and Cost/Share update every 5 minutes.
To update your streaming preferences, go to Profile and then go to Streaming Quotes.

EXHIBIT C

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they make available; (2) do not guarantee that data; and (3) shall not be liable for any l either to their negligence or to any cause beyond their reasonable control.

1. The Cash Balance or Total Cash value reflects the aggregate amount of your bank account(s), money market funds, unswept or intra-day cash, credit or debit balances for the account(s) displayed. Bank Sweep deposi held at one or more FDIC-insured banks (collectively, the "Program Banks"). Brokerage products and services (including unswept or intra-day cash, net credit or debit balances, and money market funds) offered by Charle Schwab & Co., Inc. (Member SIPC) are not deposits or obligations of the Program Banks, are subject to investment risk, are not FDIC insured, may lose value, and are not Program Bank-guaranteed. Charles Schwab & C Charles Schwab Bank, SSB, Charles Schwab Premier Bank, SSB, and Charles Schwab Trust Bank are separate entities and are all affiliates of The Charles Schwab Corporation. Bank Sweep deposit balances do not incl interest that has been accrued since the last interest payment was made to your account.
2. The Real Time Gain/Loss calculation is provided for informational purposes only and is an estimate of your unrealized daily gains or losses. It does not include all the adjustments that may be necessary for purposes of computing your tax gains or losses or for reporting these gains or losses on your tax return, and are not binding on the IRS.
3. The value reported may not reflect the current price.

(0423-3S3E, 1023-3N02)

Today's Date: 02:50 PM ET, 12/16/2024

Check the background of Charles Schwab or one of its investment professionals on FINRA'S BrokerCheck.

Investment and Insurance Products Are: Not FDIC Insured • Not Insured by Any Federal Government Agency • Not a Deposit or Other Obligati

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.

This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents, Charles Schwab Hong Kong clients, Charles Schwab UK clients.

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co., Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (memb

Lot-Details (1)

**MMATQ Lot Details for ...994 as of 03:19 PM ET, 12/12/2024**

| Open Date | Quantity | Price | Cost/Share | Market Value | Cost Basis | Gain/Loss ($) | Gain/Loss (%) | Holding Period |
|---|---|---|---|---|---|---|---|---|
| 06/28/2021 | 14.67 | $0.10 | $793.00 | $1.47 | $11633.31 | -$11631.84 | -99.99% | Long Term |
| 06/28/2021 | 2 | $0.10 | $793.00 | $0.20 | $1586.00 | -$1585.80 | -99.99% | Long Term |
| 06/28/2021 | 1.58 | $0.10 | $794.00 | $0.16 | $1254.52 | -$1254.36 | -99.99% | Long Term |
| 06/28/2021 | 1 | $0.10 | $793.00 | $0.10 | $793.00 | -$792.90 | -99.99% | Long Term |
| 06/28/2021 | 0.5 | $0.10 | $793.00 | $0.05 | $396.50 | -$396.45 | -99.99% | Long Term |
| 06/28/2021 | 0.25 | $0.10 | $793.00 | $0.02 | $198.25 | -$198.23 | -99.99% | Long Term |
| Total | 20 | -- | -- | $2.00 | $15861.58 | -$15859.58 | -99.99% | -- |

1

DOW ▼ -0.46%

E*TRADE - Portfolios

EXHIBIT D

NASDAQ ▼ -0.60%


E*TRADE from Morgan Stanley

S&P 500 ▼ -0.45%

↻ Dec 12, 2024 03:25 PM ET

Log Off

# Portfolios

**Positions** | Allocation | Performance | Historical value | Margin | Gains & Losses | Risk Assessment

Account
Fun Investment Account -5858

Net Account Value
**$1,997.01**

Total Unrealized Gain
$24,765.30 (-92.42%)

Day's Gain Unrealized
-$12.18 (-0.60%)

[ Transfer money ]

Cash Purchasing Power ⓘ
$0.00

Available for Withdrawal
$0.00

∨ Show less

⚠ **Open Calls:**

The minimum cash deposit needed at this time to satisfy your issued call is $0.00  Transfer Money   › More

Filters | View [ Wes C( ∨ ] | Filter by Symbol / CUSIP [ MMATQ ] | Security type  All securities ∨ | Wash sale adjustment ⬤

| Symbol | | Total Cost | Value $ | Total Gain $ | Change $ | Price Paid $ | Last Price $ | Qty # | Total Gain % | Day's Gain $ | Market Cap | P/E Ratio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MATQ | [Trade] | 5,279.63 | 0.00 | -5,279.63 | 0.00 | 229.54913 | 0.00 | 23 | -100.00% | 0.00 | 6.33 | 0.00 |
| 11/21/2022 | | 3,220.05 | 0.00 | -3,220.05 | 0.00 | 212.05466 | 0.00 | 15.185 | -100.00% | 0.00 | 6.33 | 0.00 |
| 11/03/2022 | | 737.12 | 0.00 | -737.12 | 0.00 | 136.10044 | 0.00 | 5.416 | -100.00% | 0.00 | 6.33 | 0.00 |
| Cash Debit Transfer money | | -$35.42 | | | | | | | | | | |
| Total | | -$35.42 | -$5,279.63 | | $5,279.63 | | | | -100.00% | $0.00 | | |

2/3

# Robinhood 🌿

85 Willow Rd, Menlo Park, CA 94025

help@robinhood.com

EXHIBIT E

**Wesley Burk** Account #: 914409792

9240 Poplar Ave, Atascadero, CA 93422

02/23/2021

Page 1 of 2

## Transaction Confirmation

Thank you for letting Robinhood Securities, LLC ("RHS") serve you through Robinhood Financial, LLC ("RHF").

1. Amounts due for securities transactions must be received on or before the settlement date shown.

2. All orders are received and executed subject to the applicable rules, regulations and customs of the SEC, FINRA, and the exchange or market where the order is entered, the provisions of the Securities Exchange Act of 1934.

3. Failure of customer to notify RHS in writing within five days of the receipt of this document of any concerns constitutes an acceptance of the transaction.

4. For purchase transactions in a margin account, it is agreed that sufficient cash or acceptable collateral will be deposited on or before the settlement date, or at such earlier time that payment may be demanded to satisfy applicable margin requirements.

5. Securities purchased and securities pledged as margin are or may be hypothecated for the sum due thereon or for a greater sum, under circumstances which permit commingling thereof with securities of other customers, all without further notice to the customer.

6. If shares loaned for a short sale are no longer available, RHS reserves the right to decide, by random selection, which positions will be subject to a buy-in.

7. Upon written request and where available, further details of items herein will be provided including: the execution date and time, the counterparty when acting as agent, the detailed breakdown of fees and the remuneration details, if any, to RHS, or RHF for directing orders to select market participants and details of provisions that may cause a call or prepayment.

8. All transactions on this confirmation are presumed to be unsolicited unless noted otherwise.

9. Any Good Till Canceled (GTC) orders may expire or be terminated by RHS or RHF in their ordinary course of business after the order has remained open for a reasonable period of time. Please contact RHF for more specific details. Until such expiration or cancellation, or cancellation by the customer, all open orders are considered good. When entering a substitute order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered into the customer's account.

10. The responsibility to cancel an open order resides with the customer. Any transactions which result from the execution of any order which the customer has not instructed RHF/RHS to cancel will be entered into the customer's account.

11. The default Cost Basis Election or tax relief method used by RHS for tax preparing is First-In-First-Out (FIFO) for Equities. Please contact RHF if you wish to change the default tax-relief method for your account or specify different tax lots for liquidation.

12. Backup Withholding - if you have not provided us with your correct social security number/tax id number, under federal law, you may be subject to a $50 penalty as well as backup withholding on certain payments.

13. RHS receives remuneration for directing orders to particular broker-dealers or market centers for execution. Such remuneration is considered compensation to the firm. The source and nature in connection with your transactions are available upon written request. RHF, when clearing through RHS, may share in such payments or may directly receive payment for order flow for certain transactions. Details are available upon written request.

14. If you request the sale of a non-marketable or worthless security, RHF will be the buyer to the transaction in the event a market cannot be located. In such a sale, you are deeming the security worthless and RHF thereby makes no representation regarding the present or future value of these securities. The transaction is irreversible and you will have no further claim to the securities and no claim against RHF for any losses related to the sale.

Accounts carried by Robinhood Securities, LLC Member FINRA & SIPC - help@robinhood.com Tax ID 38-4019216

---

**MKT = Market in which transaction was Executed/Cleared**
NYSE - New York Stock Exchange
NYSEA - NYSE Alternext
USE - Other US Exchange
MF - Mutual Funds
OP - Options
OTC - Over-the-Counter/NASDAQ
UND - Underwriting
FOREX - Foreign Exchange
OTH - Other

**Buy/Sell Codes**
B = Buy or Buy To Open
S = Sell or Sell To Close
BCXL = Cancel Buy
SCXL = Cancel Sell
BTC = Buy To Close
STO = Sell To Open
BTCX = Buy To Close Cancel
STOX = Sell to Open Cancel

**Account Types**
C = Cash
M = Margin
N = Non-negotiable
S = Short

**U/S: Solicitation**
U = Unsolicited
S = Solicited

**CAP = Capacity in which the firm acted:**
1 - 2, 4 - 5, 8 - As AGENT
3 - As PRINCIPAL, your broker has bought from you or sold to you and may have received a profit or loss on the transaction
6 - As AGENT for both buyer and seller

# Robinhood

85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

02/23/2021

**Wesley Burk** Account #:914409792
9240 Poplar Ave, Atascadero, CA 93422

| Equities/Options | B/S | Trade Date | Settle Date | Acct Type | Price | QTY | Principal | Comm | Tran Fee | Net Amount | MKT | CAP | U/S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources TRCH CUSIP: 89102U103 | B | 02/23/2021 | 02/25/2021 | M | $2.7900 | 788.530465 | $2,200.00 | $0.00 | $0.00 | $2,200.00 | OTC | 3 | U |

| | Total Quantity Bought: | 788.530465 | Total Dollars Bought: | $2,200.00 |
|---|---|---|---|---|
| | Total Quantity Sold: | 0 | Total Dollars Sold: | $0.00 |



EXHIBIT F

Exhibit H

Charles Schwab

PO Box 982601

El Paso, TX 79998-2601

877-686-1937


Etrade

1633 Broadway, 30th Floor

New York, NY 10019

800-387-2332


Robinhood

85 Willow Rd

Menlo Park, CA 94025

650-761-7789


Webull

44 Wall Street, Suite 501

New York, NY 10005

888-828-0618