NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| **Name of Debtor:** META MATERIALS, INC | **Case Number:** 24-50792 | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

STACY BURK
9240 POPLAR ST.
ATASCADERO, CA. 93422

Telephone Number: 805-801-7061

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AM
AND FILED
DEC 20 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only): 8327-8912 | Check here if this Proof of Interest:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|
| **2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: CHARLES SCHWAB<br>P.O. BOX 982601<br>EL PASO, TX. 79998<br>Telephone Number: 877-686-1937 | **3.** Date Equity Interest was acquired:<br>11-15-2022 |
| **4.** Total amount of member interest: 39 | **5.** Certificate number(s): HELD IN BROKERAGE |

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: _____

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the interest holder.   ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: STACY BURK
Title:
Company: __ Address and telephone number (if different from notice address above):
_____
_____

(Signature)   (Date)
Telephone number: 805-801-7061   email: STACYBURK@CHARTER.NET

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# Positions

Updated: 02:48:42 PM ET, 12/16/2024    View Realized Gain/Loss    Return

☑ Group by Security Type   ☑ Condensed Table View

**Roth Contributory IRA ...912**

## Account Summary

| Total Accounts Value | Total Cash & Cash Invest | Total Market Value | Total Day Change | Total Cost Basis | Total Gain/Loss² |
|---|---|---|---|---|---|
| $138,001.00 | $670.00 | $137,331.00 | +$6,462.05 (+4.91%) | $79,396.98 | +$64,090.97 (+87.51%) |

## Positions Details *

| Symbol ↑ | Name | Qty | Price | Price Chng $ | Mkt Val $ | Day Chng $ | Cost Basis | Gain/Loss² $ | Ratings | Reinvest? | % of Ac |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▼ **Equities** | | | | | | | | | | | |
| 629999590 | ≡∨ NEXT BRIDGE HYDROC... | 1,500 | N/A | N/A | N/A | N/A | $6,156.95 | N/A | -- | N/A | |
| MMATQ | ≡∨ META MATLS INC CLAS... | 39 | $0.00001³ | N/A | $0.00 ³ | N/A | $6,994.03 | -$6,994.03 | -- | No | 0.4 |
| TSLA | ≡∨ TESLA INC | 300 | $458.0415 | +$21.8115 | $137,331.00 | +$6,462.00 | $66,246.00 | +$71,085.00 | F | No | 99.5 |
| **Total Equities** | | | | | **$137,331.00** | **+$6,462.00** | **$79,396.98** | **+$64,090.97** | | | 99.51 |
| ▼ **Cash & Money Market** | | | | | | | | | | | |
| Cash & Cash Investments¹ | | | | | $670.00 | +$0.05 | -- | -- | -- | -- | 0.49 |
| **Total Cash & Money Market** | | | | | **$670.00** | **+$0.05** | **N/A** | **N/A** | | | 0.49 |
| **Account Total** | | | | | **$138,001.00** | **+$6,462.05** | **$79,396.98** | **+$64,090.97** | | | |

## Disclosures & Footnotes

Equities market data is provided from multiple sources including but not limited to Cboe One, Nasdaq Basic/Last Sale and the National Market System Plan.

For Mutual Funds, the Net Asset Value (NAV) is a daily calculation occurring after market close. This process may take 2 to 4 hours before a final NAV is displayed to the public. Mutual fund values for Day Change and Price Change will be reset to zero approximately 4 hours before market open on Monday, and approximately 1 hour before market open Tuesday through Friday. After market open, Change and Price Change will appear if there is a valid value to present. If there is no quote, Day Change and/or Price Change values will show N/A.

Option quotes are delayed for non-paying professional users or clients of unknown status.

Options data is provided by the Options Price Reporting Authority.

Streaming quotes may update as frequently as once per second. Streaming may be disabled to maintain system performance.

* Streamed data includes Price, Price Change, 52 Week High, 52 Week Low and Volume.

Quantity, Market Value, Day Change, Gain/Loss, % of Account, Intrinsic Value, In the Money, Cost Basis, Margin Requirement, and Cost/Share update every 5 minutes.

To update your streaming preferences, go to Profile and then go to Streaming Quotes.

Positions | Charles Schwab

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they make available; (2) do not guarantee that data; and (3) shall not be liable for any l either to their negligence or to any cause beyond their reasonable control.

1. The Cash Balance or Total Cash value reflects the aggregate amount of your bank account(s), money market funds, unswept or intra-day cash, credit or debit balances for the account(s) displayed. Bank Sweep deposit held at one or more FDIC-insured banks (collectively, the "Program Banks"). Brokerage products and services (including unswept or intra-day cash, net credit or debit balances, and money market funds) offered by Charle Schwab & Co., Inc. (Member SIPC) are not deposits or obligations of the Program Banks, are subject to investment risk, are not FDIC insured, may lose value, and are not Program Bank-guaranteed. Charles Schwab & Co Charles Schwab Bank, SSB, Charles Schwab Premier Bank, SSB, and Charles Schwab Trust Bank are separate entities and are all affiliates of The Charles Schwab Corporation. Bank Sweep deposit balances do not inclu interest that has been accrued since the last interest payment was made to your account.
2. The Real Time Gain/Loss calculation is provided for informational purposes only and is an estimate of your unrealized daily gains or losses. It does not include all the adjustments that may be necessary for purposes of computing your tax gains or losses or for reporting these gains or losses on your tax return, and are not binding on the IRS.
3. The value reported may not reflect the current price.

(0423-3S3E, 1023-3N02)

Today's Date: 02:48 PM ET, 12/16/2024

Check the background of Charles Schwab or one of its investment professionals on FINRA'S BrokerCheck.

Investment and Insurance Products Are: Not FDIC Insured · Not Insured by Any Federal Government Agency · Not a Deposit or Other Obligati

The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co., Inc. (Member SIPC), and its affiliates offer investment services and products. Its banking subsidiary, Charles Schwab Bank, SSB (memb

This site is designed for U.S. residents. Non-U.S. residents are subject to country-specific restrictions. Learn more about our services for non-US Residents, Charles Schwab Hong Kong clients, Charles Schwab UK clients.

© 2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.

Lot-Details (2)

| MMATQ Lot Details for ...912 as of 03:20 PM ET, 12/12/2024 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Open Date | Quantity | Price | Cost/Share | Market Value | Cost Basis | Gain/Loss ($) | Gain/Loss (%) | Holding Period |
| 11/15/2022 | 24.725 | $0.10 | $179.26 | $2.47 | $4432.17 | -$4429.70 | -99.94% | Long Term |
| 11/15/2022 | 14.275 | $0.10 | $179.47 | $1.43 | $2561.86 | -$2560.43 | -99.94% | Long Term |
| Total | 39 | -- | -- | $3.90 | $6994.03 | -$6990.13 | -99.94% | -- |