NVB 3001 (Effective 1/21)

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA** — **PROOF OF INTEREST**

Name of Debtor: META MATERIALS, INC

Case Number: 24-50792

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

MICHAEL SHRALL
12555 FIELDSTONE PLACE
FISHERS, IN 46038

Telephone Number: 317 523 8369

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 19 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.**

Account or other number by which Interest holder identifies Debtor: 60920089

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: ____________
☐ amends a previously filed Proof of Interest dated: ____________

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Michael Shrall, Morgan Stanley Capital Management LLC, E*Trade Securities LLC, PO Box 484, Jersey City, NJ 07303-0484

**Telephone Number:** 800-387-2331

3. **Date Equity Interest was acquired:**

4. **Total amount of member interest:** 488 shares - $12,319.97, 329 call options - $2,822.00.

5. **Certificate number(s):** See attached documentation

6. **Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** Investor

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor. ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.) ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.) ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Michael Shrall
Title:
Company:__ Address and telephone number (if different from notice address above):

(Signature) [signature] (Date) 12/7/24

Telephone number: 3175238369 email: mshrall@yahoo.com

***Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571***

MORGAN STANLEY CAPITAL MANAGEMENT LLC
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484

Account No: 60920089
Account Name: MICHAEL SHRALL
Recipient's TIN: ***-**-3251
Account Executive No: ET1
ORIGINAL: 12/31/2023

## CONSOLIDATED 2023 FORMS 1099 AND DETAILS

MICHAEL SHRALL
12555 FIELDSTONE PL
FISHERS, IN 46038-1186

### YEAR-END MESSAGES

Certain events may result in an amended 1099 for current and/or prior tax years. Please visit etrade.com/tax for access to details and FAQs found in the "Understanding your Form 1099" guide.

Important: If your E*TRADE account transitioned to Morgan Stanley in 2023, you may receive two tax forms: One for your original E*TRADE account , and a second for your converted account. You may need to reference both forms in order to file your tax return.
Please note there may be a slight timing difference in the availability of the two forms.

Your Account did not receive the following Forms:

1099-DIV
1099-INT
1099-OID
1099-MISC

### TABLE OF CONTENTS

**Consolidated 1099 Sections:**
Summary Information Page 3
1099-B Proceeds from Broker and Barter Exchange Transactions Page 4

**Details:**
Fees & Charges Page 15
Investment Details Page 16

MORGAN STANLEY CAPITAL MANAGEMENT LLC
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484

Account No: 60920089
Account Name: MICHAEL SHRALL
Recipient's TIN: ***-**-3251

Account Executive No: ET1

ORIGINAL: 12/31/2023

## DETAILS OF 2023 INVESTMENT ACTIVITY, CONTINUED

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 05/15/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 4,000.000 | $0.20 | $811.20 | |
| 08/03/23 | META MATLS INC COMMON STOCK | 59134N104 | SELL | 20,000.000 | $0.25 | $5,047.05 | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

MORGAN STANLEY CAPITAL MANAGEMENT LLC
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484

Account No: 60920089
Account Name: MICHAEL SHRALL
Recipient's TIN: ***-**-3251
Account Executive No: ET1
ORIGINAL: 12/31/2023

## 2023 INVESTMENT DETAILS

### DETAILS OF 2023 INVESTMENT ACTIVITY



| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 03/01/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 250.000 | $0.60 | $149.95 | |
| 03/01/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2,000.000 | $0.65 | $1,294.00 | |
| 03/01/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 2,500.000 | $0.64 | $1,600.00 | |
| 03/01/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 3,000.000 | $0.64 | $1,920.00 | |
| 04/05/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 200.000 | $0.41 | $82.02 | |
| 04/25/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 6,000.000 | $0.20 | $1,170.00 | |
| 04/26/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 10,000.000 | $0.19 | $1,894.00 | |
| 04/26/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 15,000.000 | $0.19 | $2,844.00 | |
| 04/27/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 20,000.000 | $0.18 | $3,660.00 | |
| 04/27/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 25,000.000 | $0.19 | $4,687.50 | |
| 05/03/23 | META MATLS INC COMMON STOCK | 59134N104 | PURCHASE | 18,000.000 | $0.19 | $3,346.20 | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

MORGAN STANLEY CAPITAL MANAGEMENT LLC
E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484

Account No: 60920089
Account Name: MICHAEL SHRALL
Recipient's TIN: ***-**-3251

Account Executive No: ET1

ORIGINAL: 12/31/2023

## DETAILS OF 2023 INVESTMENT ACTIVITY, CONTINUED

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |

## DETAILS OF 2023 OPTIONS ACTIVITY

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 06/29/23 | CALL MMAT 01/19/24 .50 META MATL | 8F17133 | PURCHASE | 50.000 | $0.06 | $325.49 | |
| 06/30/23 | CALL MMAT 01/19/24 .50 META MATL | 8F17133 | PURCHASE | 200.000 | $0.07 | $1,501.96 | |
| 06/29/23 | CALL MMAT 10/20/23 .50 META MATL | 8GYXPM6 | PURCHASE | 100.000 | $0.04 | $450.98 | |
| [redacted] | | | | | | | |
| 06/29/23 | CALL MMAT 01/17/25 .50 META MATL | 8SZHQY7 | PURCHASE | 200.000 | $0.10 | $2,101.96 | |
| 06/30/23 | CALL MMAT 01/17/25 1 META MATLS I | 8SZHQY9 | PURCHASE | 29.000 | $0.08 | $246.78 | |
| 07/05/23 | CALL MMAT 01/17/25 1 META MATLS I | 8SZHQY9 | PURCHASE | 90.000 | $0.06 | $585.88 | |
| 06/30/23 | CALL MMAT 01/17/25 5 META MATLS I | 8SZHQZ9 | PURCHASE | 4.000 | $0.05 | $22.04 | |
| 06/30/23 | CALL MMAT 01/17/25 5 META MATLS I | 8SZHQZ9 | PURCHASE | 6.000 | $0.05 | $33.06 | |
| [redacted] | | | | | | | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

**U.S. Bankruptcy Court**
**Foley Federal Building and U.S. Courthouse**
**Attn: Clerk of Court**
**300 Las Vegas Blvd. South**
**Las Vegas, Nevada 89101**

**RE: Proof of Interest Form, Case No. 24-50792**

**To Clerk of the Court,**

My name is Michael Shrall, and I hereby submit this PROOF OF INTEREST FORM in the matter of Meta Materials, Inc., case number 24-50792. Meta Materials, Inc. went through a reverse split (1-for-100) on January 29, 2025. Purchases were made prior to the reverse split though the share amounts listed on the Proof of Interest are post reverse split.

In addition to the PROOF OF INTEREST, I have provided broker statements with portions redacted for transactions unrelated to Meta Materials, Inc.

Thank you for your consideration in this matter.

Sincerely,

**Michael Shrall**