NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| **Name of Debtor:** Metal Materials | **Case Number:** 24-50792 | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Peter Hurtado
   17533 S Virginia Dr
   Plainfield, IL 60586

   Telephone Number:
   815-814-0783

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC 19 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   **COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only): 7524-3199-4474-

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
   E-Trade
   800-387-2331
   Telephone Number:

3. Date Equity Interest was acquired:
   See Attached Document

4. Total amount of member interest: 2

5. Certificate number(s): _____

6. Type of Equity Interest:
   Please indicate the type of Equity Interest you hold:
   ☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
   Check the appropriate box.
   ☒ I am the interest holder.
   ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
   ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Peter Hurtado
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) 815-814-0783  peterhurtado@gmail.com
Telephone number:                                          email:
(Date) 12/17/2024

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]   [ Save Form ]   [ Clear Form ]

|    | A | B | C | D |
|----|---|---|---|---|
| 1  | BROKER | DATE | Qty Purchase | Qty Sold |
| 2  | Etrade | 10/12/22 | 40 | |
| 3  | | 10/12/22 | 35 | |
| 4  | | 10/13/22 | 2 | |
| 5  | | 10/13/22 | 6 | |
| 6  | | 10/28/22 | 12 | |
| 7  | | 10/31/22 | 7 | |
| 8  | | 11/1/22 | 80 | |
| 9  | | 11/3/22 | 110 | |
| 10 | | 11/3/22 | 1 | |
| 11 | | 11/3/22 | 1 | |
| 12 | | 11/7/22 | 4 | |
| 13 | | 11/8/22 | 15 | |
| 14 | | 11/14/22 | 6 | |
| 15 | | 11/14/22 | 1 | |
| 16 | | 11/14/22 | 15 | |
| 17 | | 11/17/22 | 8 | |
| 18 | | 11/18/22 | 9 | |
| 19 | | 11/21/22 | 22 | |
| 20 | | 12/1/22 | | 342 |
| 21 | | 12/1/22 | | 275 |
| 22 | | 12/1/22 | | 112 |
| 23 | | | 374 | 729 |

**E✱TRADE**
from Morgan Stanley

Page 1 of 2

**E✱TRADE** Securities
Investment Account

# TRADE CONFIRMATION

Account Number: XXXX-7524

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

Account Name:
PETER HURTADO
ROTH IRA E*TRADE CUSTODIAN

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/12/22 | 10/14/22 | 6 1 | MMAT | BUY | 40 | $.804 | Cash | PRINCIPAL | $32.16 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $32.16 |
| 10/12/22 | 10/14/22 | 6 1 | MMTLP | BUY | 30 | $4.15 | Cash | PRINCIPAL | $124.50 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $6.95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $131.45 |

▲ DETACH HERE

PETER HURTADO
ROTH IRA E*TRADE CUSTODIAN
17533 S VIRGINIA DR
PLAINFIELD IL 60586-9549

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-7524**

To contribute to your IRA, please use our online Transfer Money service at www.etrade.com/transfermoney or this deposit slip.

Check Amount $ _____
Year of Contribution:
_____ 2022
_____ Rollover

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

1012202200001 333430975248

**E✱TRADE**
from Morgan Stanley

Page 1 of 2

**E✱TRADE Securities**
Investment Account

# TRADE CONFIRMATION

Account Number: XXXX-7524

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

Account Name:
PETER HURTADO
ROTH IRA E*TRADE CUSTODIAN

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/13/22 | 10/17/22 | 6 1 | MMAT | BUY | 2 | $1.1999 | Cash | PRINCIPAL | $2.40 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $2.40 |
| 10/13/22 | 10/17/22 | 6 1 | MMTLP | BUY | 53 | $7.00 | Cash | PRINCIPAL | $371.00 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $6.95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $377.95 |

▲ DETACH HERE

PETER HURTADO
ROTH IRA E*TRADE CUSTODIAN
17533 S VIRGINIA DR
PLAINFIELD IL 60586-9549

DETACH HERE ▲

**Use This Deposit Slip      Acct: XXXX-7524**

To contribute to your IRA, please use our online Transfer Money service at www.etrade.com/transfermoney or this deposit slip.

Check Amount $ _____
Year of Contribution:
_____ 2022
_____ Rollover

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

101320220001 333430975248



Page 1 of 2

**E*TRADE** Securities

Investment Account

# TRADE CONFIRMATION

**Account Number:** XXXX-3199

**Account Name:**
PETER HURTADO

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/13/22 | 10/17/22 | 6 1 | MMAT | BUY | 6 | $1.14 | Cash | PRINCIPAL | $6.84 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $6.84 |
| 10/13/22 | 10/17/22 | 6 1 | MMTLP | BUY | 36 | $7.00 | Cash | PRINCIPAL | $252.00 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $6.95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $258.95 |
| 10/13/22 | 10/17/22 | 6 1 | MMTLP | BUY | 32 | $5.89 | Cash | PRINCIPAL | $188.48 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $6.95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $195.43 |

▲ DETACH HERE                                                                                              DETACH HERE ▲

PETER HURTADO
17533 S VIRGINIA DR
PLAINFIELD IL 60586-9549

**Use This Deposit Slip      Acct: XXXX-3199**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

101320220001 900528331995

# E✱TRADE
from Morgan Stanley

Page 1 of 2

## E✱TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number:** XXXX-7524

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Account Name:**
PETER HURTADO
ROTH IRA E*TRADE CUSTODIAN

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms

| Trade Date | Settle Date | | | Symbol | Action | Quantity | Price | Type | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/28/22 | 11/01/22 | 6 1 | | MMAT | BUY | 12 | $1.0255 | Cash | PRINCIPAL | $12.31 |
| META MATLS INC COMMON STOCK | | | | | | | | | **NET AMOUNT** | **$12.31** |

---

▲ DETACH HERE

PETER HURTADO
ROTH IRA E*TRADE CUSTODIAN
17533 S VIRGINIA DR
PLAINFIELD IL 60586-9549

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-7524**

To contribute to your IRA, please use our online Transfer Money service at www.etrade.com/transfermoney or this deposit slip.

Check Amount $ _____
Year of Contribution:
_____ 2022
_____ Rollover

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

1028202200001 333430975248

# E✱TRADE
from Morgan Stanley

Page 1 of 2

## E✱TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number:** XXXX-7524

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Account Name:**
PETER HURTADO
ROTH IRA E*TRADE CUSTODIAN

**Customer Update:**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/31/22 | 11/02/22 | 6 1 | MMAT | BUY | 7 | $1.1091 | Cash | PRINCIPAL | $7.76 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $7.76 |
| 10/31/22 | 11/02/22 | 6 1 | MMTLP | BUY | 27 | $6.89 | Cash | PRINCIPAL | $186.03 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $6.95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $192.98 |

---

▲ DETACH HERE

PETER HURTADO
ROTH IRA E*TRADE CUSTODIAN
17533 S VIRGINIA DR
PLAINFIELD IL 60586-9549

DETACH HERE ▲

**Use This Deposit Slip     Acct: XXXX-7524**

To contribute to your IRA, please use our online Transfer Money service at www.etrade.com/transfermoney or this deposit slip.

Check Amount $ _____
Year of Contribution:
_____  2022
_____  Rollover

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

103120220001  333430975248



Page 1 of 2

# E*TRADE Securities

**Investment Account**

# TRADE CONFIRMATION

**Account Number:** XXXX-4474

**Account Name:**
PETER HURTADO

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/01/22 | 11/03/22 | 6 1 | MMAT | BUY | 80 | $1.1299 | Cash | PRINCIPAL | $90.39 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $90.39 |

▲ DETACH HERE

PETER HURTADO
17533 S VIRGINIA DR
PLAINFIELD IL 60586-9549

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-4474**

| Please do not send cash | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

110120220001  900537144744



Page 1 of 2

## E*TRADE Securities
**Investment Account**

# TRADE CONFIRMATION

**Account Number:** XXXX-7524

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Account Name:**
PETER HURTADO
ROTH IRA E*TRADE CUSTODIAN

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/03/22 | 11/07/22 | 6 1 | MMAT | BUY | 110 | $1.3495 | Cash | PRINCIPAL | $148.45 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $148.45 |
| 11/03/22 | 11/07/22 | 6 1 | MMAT | BUY | 1 | $1.349 | Cash | PRINCIPAL | $1.35 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $1.35 |

---

▲ DETACH HERE

PETER HURTADO
ROTH IRA E*TRADE CUSTODIAN
17533 S VIRGINIA DR
PLAINFIELD IL 60586-9549

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-7524**

To contribute to your IRA, please use our online Transfer Money service at www.etrade.com/transfermoney or this deposit slip.

Check Amount $ _____
Year of Contribution:
_____ 2022
_____ Rollover

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

110320220001  333430975248



Page 1 of 2

**E*TRADE** Securities

Investment Account

# TRADE CONFIRMATION

Account Number: XXXX-4474

**Account Name:**
PETER HURTADO

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/03/22 | 11/07/22 | 6 1 | MMAT | BUY | 1 | $1.345 | Cash | PRINCIPAL | $1.35 |
| META MATLS INC COMMON STOCK | | | | | | | | **NET AMOUNT** | **$1.35** |

---

▲ DETACH HERE                                                                                   DETACH HERE ▲

PETER HURTADO
17533 S VIRGINIA DR
PLAINFIELD IL 60586-9549

**Use This Deposit Slip**   **Acct: XXXX-4474**

| Please do not send cash | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

110320220001  900537144744

# E✱TRADE
from Morgan Stanley

Page 1 of 2

## E✱TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number:** XXXX-3199

**Account Name:**
PETER HURTADO

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/03/22 | 11/07/22 | 6 1 | MMAT | BUY | 4 | $1.3469 | Cash | PRINCIPAL | $5.39 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $5.39 |
| 11/03/22 | 11/07/22 | 6 1 | MMTLP | BUY | 50 | $6.75 | Cash | PRINCIPAL | $337.50 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $6.95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $344.45 |

▲ DETACH HERE

PETER HURTADO
17533 S VIRGINIA DR
PLAINFIELD IL 60586-9549

▲ DETACH HERE

**Use This Deposit Slip    Acct: XXXX-3199**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

110320220001  900528331995

# E✲TRADE
from Morgan Stanley

Page 1 of 2

## E✲TRADE Securities
**Investment Account**

# TRADE CONFIRMATION

**Account Number:** XXXX-3199

**Account Name:**
PETER HURTADO

E✲TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/08/22 | 11/10/22 | 6 1 | MMAT | BUY | 15 | $1.5966 | Cash | PRINCIPAL | $23.95 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $23.95 |
| 11/08/22 | 11/10/22 | 6 1 | MMTLP | BUY | 30 | $7.38 | Cash | PRINCIPAL | $221.40 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $4.95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $226.35 |

---

▲ DETACH HERE

PETER HURTADO
17533 S VIRGINIA DR
PLAINFIELD IL 60586-9549

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-3199**

Please do not send cash

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

110820220001  900528331995

# E✱TRADE
from Morgan Stanley

Page 1 of 2

**E✱TRADE** Securities
Investment Account

## TRADE CONFIRMATION

Account Number: XXXX-3199

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Account Name:**
PETER HURTADO

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/14/22 | 11/16/22 | 6 1 | AMC | BUY | 15 | $8.03 | Cash | PRINCIPAL | $120.45 |
| AMC ENTERTAINMENT HOLDINGS INC CL A COM | | | | | | | | NET AMOUNT | $120.45 |
| 11/14/22 | 11/16/22 | 6 1 | MMAT | BUY | 6 | $1.375 | Cash | PRINCIPAL | $8.25 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $8.25 |
| 11/14/22 | 11/16/22 | 6 1 | MMAT | BUY | 1 | $1.3595 | Cash | PRINCIPAL | $1.36 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $1.36 |
| 11/14/22 | 11/16/22 | 6 1 | MMAT | BUY | 15 | $1.3597 | Cash | PRINCIPAL | $20.40 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $20.40 |

▲ DETACH HERE

PETER HURTADO
17533 S VIRGINIA DR
PLAINFIELD IL 60586-9549

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-3199**

Please do not send cash

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**TOTAL DEPOSIT**

111420220001  900528331995

# E✱TRADE
from Morgan Stanley

Page 1 of 2

**E✱TRADE** Securities

**Investment Account**

# TRADE CONFIRMATION

Account Number: XXXX-3199

**Account Name:**
PETER HURTADO

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/17/22 | 11/21/22 | 6 1 | MMAT | BUY | 8 | $1.6797 | Cash | PRINCIPAL | $13.44 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $13.44 |

---

⚠ DETACH HERE

PETER HURTADO
17533 S VIRGINIA DR
PLAINFIELD IL 60586-9549

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Use This Deposit Slip    Acct: XXXX-3199**

DETACH HERE ⚠

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

111720220001  900528331995

# E✱TRADE
from Morgan Stanley

**E✱TRADE Securities**
Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-4474**

**Account Name:**
PETER HURTADO

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/18/22 | 11/22/22 | 6 1 | MMAT | BUY | 9 | $1.655 | Cash | PRINCIPAL | $14.90 |
| META MATLS INC COMMON STOCK | | | | | | | | **NET AMOUNT** | **$14.90** |
| 11/18/22 | 11/22/22 | 6 1 | MMTLP | BUY | 15 | $8.70 | Cash | PRINCIPAL | $130.50 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $4.95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$135.45** |

---

▲ DETACH HERE

PETER HURTADO
17533 S VIRGINIA DR
PLAINFIELD IL 60586-9549

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

DETACH HERE ▲

**Use This Deposit Slip     Acct: XXXX-4474**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

1118202200001  900537144744

**E✱TRADE** from Morgan Stanley

Page 1 of 2

## E✱TRADE Securities

**Investment Account**

# TRADE CONFIRMATION

**Account Number:** XXXX-4474

**Account Name:**
PETER HURTADO

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/21/22 | 11/23/22 | 6 1 | MMAT | BUY | 22 | $2.075 | Cash | PRINCIPAL | $45.65 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $45.65 |
| 11/21/22 | 11/23/22 | 6 1 | MMTLP | BUY | 20 | $9.94 | Cash | PRINCIPAL | $198.80 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $4.95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $203.75 |

▲ DETACH HERE

PETER HURTADO
17533 S VIRGINIA DR
PLAINFIELD IL 60586-9549

DETACH HERE ▲

**Use This Deposit Slip**   **Acct: XXXX-4474**

**Please do not send cash**

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**TOTAL DEPOSIT**

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

112120220001  900537144744

# E✱TRADE
from Morgan Stanley

## E✱TRADE Securities
**Investment Account**

# TRADE CONFIRMATION

**Account Number:** XXXX-7524

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Account Name:**
PETER HURTADO
ROTH IRA E*TRADE CUSTODIAN

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/01/22 | 12/05/22 | 6 1 | MMAT | SELL | 342 | $1.8732 | Cash | PRINCIPAL | $640.63 |
| META MATLS INC COMMON STOCK | | | | | | | | FINRA TAF | $0.04 |
| | | | | | | | | FEE | $0.02 |
| | | | | | | | | **NET AMOUNT** | **$640.57** |
| 12/01/22 | 12/05/22 | 6 1 | MMTLP | BUY | 70 | $8.90 | Cash | PRINCIPAL | $623.00 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $4.95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$627.95** |

---

▲ DETACH HERE

PETER HURTADO
ROTH IRA E*TRADE CUSTODIAN
17533 S VIRGINIA DR
PLAINFIELD IL 60586-9549

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-7524**

To contribute to your IRA, please use our online Transfer Money service at www.etrade.com/transfermoney or this deposit slip.

Check Amount $ _____
Year of Contribution:
_____ 2022
_____ Rollover

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

120120220001 333430975248



Page 1 of 2

**E✱TRADE Securities**
Investment Account

# TRADE CONFIRMATION

**Account Number:** XXXX-3199

**Account Name:**
PETER HURTADO

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/CPT | SYMBOL/CUSIP | BUY/SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/01/22 | 12/05/22 | 6 1 | MMAT | SELL | 275 | $1.86 | Cash | PRINCIPAL | $511.50 |
| META MATLS INC COMMON STOCK | | | | | | | | FINRA TAF | $0.04 |
| | | | | | | | | FEE | $0.02 |
| | | | | | | | | **NET AMOUNT** | **$511.44** |
| 12/01/22 | 12/05/22 | 6 1 | MMTLP | BUY | 57 | $8.71 | Cash | PRINCIPAL | $496.47 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $4.95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$501.42** |

▲ DETACH HERE

PETER HURTADO
17533 S VIRGINIA DR
PLAINFIELD IL 60586-9549

DETACH HERE ▲

**Use This Deposit Slip — Acct: XXXX-3199**

Please do not send cash

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**TOTAL DEPOSIT**

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

120120220001  900528331995

# E✱TRADE
from Morgan Stanley

Page 1 of 2

**E✱TRADE Securities**
Investment Account

# TRADE CONFIRMATION

**Account Number: XXXX-4474**

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Account Name:**
PETER HURTADO

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/01/22 | 12/05/22 | 6 1 | MMAT | SELL | 112 | $1.8539 | Cash | PRINCIPAL | $207.64 |
| META MATLS INC COMMON STOCK | | | | | | | | FINRA TAF | $0.01 |
| | | | | | | | | FEE | $0.01 |
| | | | | | | | | **NET AMOUNT** | **$207.62** |
| 12/01/22 | 12/05/22 | 6 1 | MMTLP | BUY | 22 | $8.93 | Cash | PRINCIPAL | $196.46 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $4.95 |
| PERPETUAL | | | | | | | | **NET AMOUNT** | **$201.41** |

---

▲ DETACH HERE

PETER HURTADO
17533 S VIRGINIA DR
PLAINFIELD IL 60586-9549

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-4474**

Please do not send cash

| Dollars | Cents |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E✱TRADE Securities LLC.
Mail deposits to:

E✱TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

120120220001  900537144744

# E✲TRADE
from Morgan Stanley

Page 1 of 2

## E✲TRADE Securities
Investment Account

# TRADE CONFIRMATION

**Account Number:** XXXX-3199

**Account Name:**
PETER HURTADO

E✲TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/12/22 | 10/14/22 | 6 1 | MMAT | BUY | 35 | $.81 | Cash | PRINCIPAL | $28.35 |
| META MATLS INC COMMON STOCK | | | | | | | | NET AMOUNT | $28.35 |
| 10/12/22 | 10/14/22 | 6 1 | MMTLP | BUY | 30 | $4.49 | Cash | PRINCIPAL | $134.70 |
| META MATLS INC PFD SER A | | | | | | | | COMMISSION | $6.95 |
| PERPETUAL | | | | | | | | NET AMOUNT | $141.65 |

▲ DETACH HERE

PETER HURTADO
17533 S VIRGINIA DR
PLAINFIELD IL 60586-9549

DETACH HERE ▲

**Use This Deposit Slip    Acct: XXXX-3199**

Please do not send cash

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**TOTAL DEPOSIT**

Make checks payable to E✲TRADE Securities LLC.
Mail deposits to:

E✲TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484

101220220001  900528331995