NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| **Name of Debtor:** Metal Materials | **Case Number:** 24-50792 | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Peter Hurtado
   17533 S Virginia Dr
   Plainfield, IL 60586

   Telephone Number:
   815-814-0783

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC 19 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   **COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only): **8045**

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

   Charles Schwab

   Telephone number:

3. Date Equity Interest was acquired:

   See Attached Document

4. Total amount of member interest: **4**

5. Certificate number(s): _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: **Investor**

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
   Check the appropriate box.
   ☑ I am the interest holder.
   ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
   ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Peter Hurtado**
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) _____  12/17/2024
815-814-0783.  peterhurtado@gmail.com
Telephone number:       email:     (Date)

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[Print Form]  [Save Form]  [Clear Form]

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | BROKER | DATE | Qty Purchase | Qty Sold |
| 2 |  |  |  |  |
| 3 | Charles Schwab | 10/25/22 | 4 |  |
| 4 |  | 6/30/23 | 30 |  |
| 5 |  |  | 34 |  |



Schwab One® Account of
**PETER HURTADO**

Account Number
8962-8045

Statement Period
**October 1-31, 2022**

## Realized Gain or (Loss)

| Short Term | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Realized Gain or (Loss) |
|---|---|---|---|---|---|---|
| MAMMOTH ENERGY SERVICES: TUSK | 30.0000 | 11/19/21 | 10/10/22 | 125.72 | 73.95 | 51.77 |
| **Total Short Term** | | | | 125.72 | 73.95 | 51.77 |
| **Total Realized Gain or (Loss)** | | | | 125.72 | 73.95 | 51.77 |

Schwab has provided accurate realized gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. If all data for a given investment is not available, the investment will not be listed here.
Option Customers: Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult IRS publication 550, Investment Income and Expenses, for additional information on Options.

## Transaction Detail - Purchases & Sales



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/25/22 | 10/21/22 | Bought | META MATLS INC: MMAT | 4.0000 | 0.8750 | 0.00 | (3.50) |

**Total Equities Activity** 122.22

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 7 of 10



**Schwab One® Account of**
**PETER HURTADO**

**Account Number**
8962-8045

**Statement Period**
June 1-30, 2023

| | |
|---|---:|
| Total Investment Detail | 51.48 |
| Total Account Value (excl. Unpriced Securities) | 51.48 |
| Total Cost Basis | 140.78 |

## Transaction Detail - Purchases & Sales

### Equities Activity



| | | | | | | | |
|---|---|---|---|---|---:|---:|---:|
| 06/30/23 | 06/28/23 | Bought | META MATLS INC: MMAT | 30.0000 | 0.1930 | 0.00 | (5.79) |

| | |
|---|---:|
| Total Equities Activity | (5.79) |
| Total Purchases & Sales | (5.79) |
| Total Transaction Detail | (5.79) |

Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 7 of 8