NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | PROOF OF INTEREST |
|---|---|

| Name of Debtor:<br>Metal Materials | Case Number:<br>24-50792 | |
|---|---|---|

**1.** Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Peter Hurtado
17533 S Virginia Dr
Plainfield, IL 60586

Telephone Number:

815-814-0783

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

**DEC 19 2024**

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only):<br>X96743160-2093 63113-2 09690646-23947380 | Check here if this Proof of Interest:<br>☐ replaces a previously filed Proof of Interest dated: _____<br>☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|

| **2.** Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:<br>Fidelity Investments<br>800-343-3548<br>Telephone Number: | **3.** Date Equity Interest was acquired:<br><br>See Attached Document |
|---|---|

| **4.** Total amount of member interest: ____6____ | **5.** Certificate number(s): _____ |
|---|---|

**6.** Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

**7.** Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.** Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☑ I am the interest holder.　☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)　☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)　☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Peter Hurtado
Title:
Company: _____ Address and telephone number (if different from notice address above):
_____
_____

(Signature)　　　　　　　　　(Date) 12/17/2024
Telephone number: 815-814-6783　email: peterhurtado@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| Print Form | Save Form | Clear Form |
|---|---|---|

| | A | B | C | D |
|---|---|---|---|---|
| 1 | **BROKER** | DATE | Qty Purchase | Qty Sold |
| 2 | | | | |
| 3 | **Fidelity** | 4/9/21 | 100 | |
| 4 | | 6/28/21 | 470 | |
| 5 | Merger | 7/7/21 | 184 | |
| 6 | | 7/7/21 | | 100 |
| 7 | | 9/29/21 | | 354 |
| 8 | | 9/29/21 | | 200 |
| 9 | | 10/4/21 | | 100 |
| 10 | | 11/8/21 | 100 | |
| 11 | | 11/15/21 | | 100 |
| 12 | | 3/2/22 | 100 | |
| 13 | | 3/4/22 | 100 | |
| 14 | | 3/22/22 | | 100 |
| 15 | | 3/29/22 | 10 | |
| 16 | | 4/18/23 | 500 | |
| 17 | | 4/24/23 | 12 | |
| 18 | | 10/18/22 | 94 | |
| 19 | | 10/18/22 | 11 | |
| 20 | | 10/28/22 | 25 | |
| 21 | | 11/1/22 | 25 | |
| 22 | | 11/18/22 | 94 | |
| 23 | | 11/18/22 | | 94 |
| 24 | | 12/5/22 | | 36 |
| 25 | | 12/5/22 | | 110 |
| 26 | | 12/5/22 | | 94 |
| 27 | Reverse Split | 1/29/24 | | 512 |
| 28 | Reverse Split | 1/29/24 | 5 | |
| 29 | Reverse Split | 2/8/24 | 1 | |
| 30 | | | 1831 | 1800 |



**INVESTMENT REPORT**
**April 1, 2021 - April 30, 2021**

## Holdings

**Account # X96-743160**
**PETER HURTADO - INDIVIDUAL**

**Total Holdings**

Net Debit Balance

**Net Account Value**

*All positions held in margin account unless indicated otherwise.*

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis i*

t *Third-party provided*

M *Position held in margin account.*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 04/09 | METAMATERIAL INC COM NPV | 59134F101 | You Bought | 100.000 | 2.94000 | | -50.00 | -344.00 |



**Fidelity**
INVESTMENTS

INVESTMENT REPORT
June 1, 2021 - June 30, 2021

## Activity

Account # X96-743160
PETER HURTADO - INDIVIDUAL



| | | | | | Amount |
|---|---|---|---|---|---|
| 06/28 | **META MATERIALS INC COM** | 59134N104 | Reverse Split | 470.000 | - | - |
| | R/S FROM   89102U103 #REOR | | | | | |
| | M0051336480001 | | | | | |
| **Total Other Activity Out** | | | | | - | - |

### Open Orders as of June 30, 2021



▶ We've updated the Fidelity Customer Agreement to provide information and disclosures about the risks of trading in the extended hours (outside of the standard market hours, generally 9:30 a.m. to 4:00 p.m. ET). The risks, which may be greater than the risks you take when you trade during standard market hours, are summarized below. You should review and understand these risks prior to engaging in extended-hours trading.

Extended-hours trading disclosures: 1) Liquidity, volatility, and price spreads. Prices are based on the supply and demand created by other sellers and buyers. Because there are generally less participants trading during the extended-hours sessions, there may be wider price spreads, reduced liquidity, and higher volatility. These conditions may prevent your orders from being executed, in whole or in part, or you may receive a less favorable price than you might receive during standard market hours. The prices of investments traded in extended-hours trading may not reflect the prices at the end of regular trading hours, or at opening the next morning. 2) Communication delays. If there is a high volume of orders, increased number of communications being sent, or other computer system problems, you may experience delays or failures in communication that cause delays in or prevent access to current information about the investments you're considering, or in executing

MR_CE_BLCKHHBBWMNH_BBBBB 20210630

**Fidelity** INVESTMENTS

**INVESTMENT REPORT**
**July 1, 2021 - July 31, 2021**

## Activity

**Account # X96-743160**
**PETER HURTADO - INDIVIDUAL**



| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/07 | META MATERIALS INC COM MER FROM  59134F101 #REOR M0051338660001 | 59134N104 | Merger | 184.000 | - | | - | |
| 07/08 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 LEU PAYOUT 59134F101 #REORLM0051338660001 | 59134N104 | In Lieu Of Frx Share | - | - | 0.93 | - | 3.21 |
| **Total Other Activity In** | | | | | | | **-** | **$3.21** |

### Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/07 | METAMATERIAL INC COM NPV ISIN CA59134F1018 SEDOL BLNM4X0 MER PAYOUT #REOR M0051338660000 | 59134F101 | Merger | -100.000 | — - | | - | |
| **Total Other Activity Out** | | | | | | | **-** | **-** |

MR_CE_BLFTLFBBBPVGG_BBBB 20210730



## Activity

Account # X96-743160
**PETER HURTADO - INDIVIDUAL**

### Securities Bought & Sold (continued)



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/29 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Sold *Short-term loss: $799.12* | -354.000 | 5.57660 | 2,773.22 f | -0.02 | 1,974.10 |
| 09/29 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Sold *Short-term gain: $615.61* *Short-term loss: $4.14* | -200.000 | 6.09000 | 606.52 f | -0.01 | 1,217.99 |

MR_CE_BLLMQMB



## Activity



| 10/04 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Sold<br>*Short-term gain: $186.01*<br>*Short-term loss: $212.76* PR | -100.000 | 5.58490 | 585.237 | -0.01 | 558.48 |



## Activity

### Securities Bought & Sold



| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/08 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 5.00960 | - | | -500.96 |
| 11/15 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Sold Short-term gain: $2.13 | -100.000 | 5.03100 | 500.96 f | -0.01 | 503.09 |

Short-term gain: $40.15

MR_CE_BLRJPTBBBPCFX_BBBBB 20211130



INVESTMENT REPORT
**March 1, 2022 - March 31, 2022**

## Holdings

Account # Z09-690646
**PETER HURTADO - INDIVIDUAL**

EAI    **Estimated Annual Income (EAI) & Estimated Yield (EY)-** *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal*
*and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the***
***"Additional Information and Endnotes" section.***

*All positions held in cash account unless indicated otherwise.*

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 03/02 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | $2.08930 | | - | -$208.93 |
| 03/04 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 100.000 | 1.85670 | | - | -185.67 |
| 03/22 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Sold Short-term loss: $19.52 Short-term disallowed loss: $19.52 Wash sale of: 03/18/2022 $19.52 | -100.000 | 1.89420 | 208.93† | -0.01 | 189.41 |
| 03/29 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 10.000 | 1.88950 | | - | -18.90 |
| **Total Securities Bought** | | | | | | | - | -$413.50 |
| **Total Securities Sold** | | | | | | $208.93 | -$0.01 | $189.41 |
| **Net Securities Bought & Sold** | | | | | | | -$0.01 | -$224.09 |



## Holdings

**Account # X96-743160**
**PETER HURTADO - INDIVIDUAL - TOD**



## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 04/18 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 500.000 | $0.22795 | – | -$114.00 |
| 04/24 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | 12.000 | 0.19500 | – | -2.34 |
| **Total Securities Bought** | | | | | | – | **-$116.34** |
| **Net Securities Bought & Sold** | | | | | | – | **-$116.34** |

MR_CE_BNTWJTBBBDGRJ_BBBBB 20230428



## Holdings



| 10/18 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | *Short-term loss: $523.08* | 94.000 | 0.94000 | - | -88.36 | MR |



INVESTMENT REPORT
October 1, 2022 - October 31, 2022

## Holdings

Account # 239-473809
PETER HURTADO - ROTH IRA



## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/18 | META MATERIALS INC COM | 59134N104 | You Bought | 11.000 | $0.94000 | | - | -$10.34 |
| | ISIN #US59134N1046 SEDOL #BKSCVX7 | | | | | | | |
| **Total Securities Bought** | | | | | | - | - | **-$10.34** |
| **Net Securities Bought & Sold** | | | | | | | - | **-$10.34** |



## Activity



| 10/28 | 11/01 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | MMAT | Bought | 25.0000 | 1.02500 | -25.63 |

**Total Trades Pending Settlement**   **-$0.20**



## Holdings

**Account # 239-473809
PETER HURTADO - ROTH IRA**



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/01 | **META MATERIALS INC COM** ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Bought | | 25.000 | 1.02500 | | – | -25.63 |
| **Total Securities Bought** | | | | | | | | – | -$25.63 |
| **Total Securities Sold** | | | | | | | $93.00 | -$0.01 | $25.43 |
| **Net Securities Bought & Sold** | | | | | | | | -$0.01 | -$0.20 |

MR_CE_BNFCDP8BBDDLP_BBBBB 20221130



MR_CE_BNFCDPBBBDDLP_BBBBB 20221130

**INVESTMENT REPORT**
November 1, 2022 - November 30, 2022

## Holdings

**Account # X96-743160**
**PETER HURTADO - INDIVIDUAL**

## Activity

### Net Adjustments

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 11/18 | META MATERIALS INC COM ISIN #US59134N1046; SEDOL #BKSCVX7; X96-743160-2; VALUE OF TRANSACTION; $156.04 | 59134N104 | Journaled | 94.000 | $1.6600 | - | - |
| 11/18 | META MATERIALS INC COM ISIN #US59134N1046; SEDOL #BKSCVX7; X96-743160-1; VALUE OF TRANSACTION; $156.04 | 59134N104 | Journaled | -94.000 | 1.6600 | - | - |
| 11/18 | META MATERIALS INC PFD SER A X96-743160-2; VALUE OF TRANSACTION; $20,567.90 | 59134N203 | Journaled | 2,311.000 | 8.9000 | - | - |
| 11/18 | META MATERIALS INC PFD SER A | 59134N203 | Journaled | -2,311.000 | 8.9000 | - | - |



## Holdings

Account # 239-473809
PETER HURTADO - ROTH IRA



## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/05 | META MATERIALS INC COM | 59134N104 | You Sold | -36.000 | $1.82500 | $35.97 | -$0.01 | $65.69 |
| | ISIN #US59134N1046 SEDOL #BKSCVX7 | | *Transaction Profit: $29.72* | | | | | |
| 12/05 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 7.000 | 8.40000 | | - | -58.80 |
| 12/08 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 1.000 | 5.75000 | | - | -5.75 |



## Holdings

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

*All positions held in cash account unless indicated otherwise.*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/05 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Sold *Short-term loss: $22.17* | -110.000 | $1.83570 | $224.09ı | -$0.01 | $201.92 |
| 12/05 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 24.000 | 8.40000 | | - | -201.60 |
| 12/07 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 64.000 | 7.96000 | | - | -509.44 |
| 12/08 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 32.000 | 5.30000 | | - | -169.60 |
| **Total Securities Bought** | | | | | | - | - | **-$880.64** |
| **Total Securities Sold** | | | | | | $224.09 | -$0.01 | $201.92 |
| **Net Securities Bought & Sold** | | | | | | | -$0.01 | **-$678.72** |

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 12/30 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | -- | - | $0.06 |
| **Total Dividends, Interest & Other Income** | | | | | | **$0.06** |



## Holdings

**Account # X96-743160
PETER HURTADO - INDIVIDUAL - TOD**

### Stocks (continued)

| Description | Beginning Market Value Dec 1, 2022 | Quantity Dec 31, 2022 | Price Per Unit Dec 31, 2022 | Ending Market Value Dec 31, 2022 | Total Cost Basis | Unrealized Gain/Loss Dec 31, 2022 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| **Total Stocks (0% of account holdings)** | unavailable | | | unavailable | $3,753.53 | unavailable | - |
| **Total Holdings** | | | | $0.35 | $3,753.53 | $0.00 | $0.00 |

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

*All positions held in cash account unless indicated otherwise.*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/05 | META MATERIALS INC COM ISIN #US59134N1046 SEDOL #BKSCVX7 | 59134N104 | You Sold Short-term gain: $83.82 | -94.000 | $1.83180 | $88.36 | -$0.01 | $172.18 |
| 12/05 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 3.000 | 8.68000 | - | | -26.04 |
| 12/05 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 4.000 | 8.47000 | - | | -33.88 |
| 12/05 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 20.000 | 8.65000 | - | | -173.00 |
| 12/12 | META MATERIALS INC PFD SER A 0.00000% | 59134N203 | You Bought | 42.000 | 4.96000 | - | | -208.32 |
| **Total Securities Bought** | | | | | | - | - | **-$441.24** |
| **Total Securities Sold** | | | | | | $88.36 | -$0.01 | **$172.18** |
| **Net Securities Bought & Sold** | | | | | | | -$0.01 | **-$269.06** |

MR_CE_BNHHRZSBBFVHQ_BBBBB 20221230



## Holdings

**Account # X96-743160**
**PETER HURTADO - INDIVIDUAL - TOD**

Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.

## Activity

### Dividends, Interest & Other Income

(Includes dividend reinvestment)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 02/29 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | - | - | $0.31 |
| **Total Dividends, Interest & Other Income** | | | | | | **$0.31** |

### Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 02/08 | META MATERIALS INC COM NEW ISIN #US59134N3026 SEDOL #BQ67J98 REV PAYOUT 59134N104 ROUNDUP PAYOUT #REORRM0051559130001 | 59134N302 | Reverse Split | 1.000 | - | - | - |
| **Total Other Activity Out** | | | | | | - | - |

### Deposits

| Date | Reference | Description | Amount |
|---|---|---|---|
| 02/14 | | Eft Funds Received Er96400457 /web Alliant Credit Union ******2692 | $150.00 |
| **Total Deposits** | | | **$150.00** |

MR_CE_BP2XGRBBBDDDK_BBBBB 20240229



INVESTMENT REPORT
January 1, 2024 - January 31, 2024

## Activity

**Account # X96-743160**
**PETER HURTADO - INDIVIDUAL - TOD**

### Other Activity In

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 01/29 | **META MATERIALS INC COM** ISIN US59134N1046 SEDOL BKSCVX7 1 FOR 100 R/S INTO META MATERIALS INC R/S TO    59134N302 #REOR M0051559130000 | 59134N104 | Reverse Split | -512.000 | - | - | - |
| **Total Other Activity In** | | | | | | - | - |

### Other Activity Out

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 01/29 | **META MATERIALS INC COM NEW** ISIN #US59134N3026 SEDOL #BQ67J98 R/S FROM   59134N104 #REOR M0051559130001 | 59134N302 | Reverse Split | 5.000 | - | - | - |
| **Total Other Activity Out** | | | | | | - | - |

MR_CE_BPWTMRBBBDDPP_BBBBB 20240131

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|

| Meta Materials<br>CUSIP: 59134N104 | Margin | Buy | 01/31/2022 | 02/02/2022 | 30 | $1.60 | $47.85 | |
| Total Executed Trades Pending Settlement | | | | | | | $47.85 | $56.75 |