NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

| Name of Debtor: META materials Inc | Case Number: 24-50792-hlb |
|---|---|

**RECEIVED AND FILED**
**DEC 19 2024**
**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

HAMID Faqiri
31 Betchworth way New addington
Croydon CRO OTT

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number: 07411814563

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor:
Gobethamid

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:
Degiro: Flatex DEGIRO Bank Dutch branch

Telephone Number: +49 69 50 6041950

3. Date Equity Interest was acquired:
06-07-21  07-07-21  27-04-22
28-06-21  09-07-21  06-05-22
30-06-21  09-08-21  10-05-22
~~06-07-21~~  15-09-21  28-06-22

4. Total amount of member interest: 11,881

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☑ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: HAMID Faqiri
Title: Individual
Company: ___ Address and telephone number (if different from notice address above):

(Signature)   December 10th 2024 (Date)

Telephone number: 07411814563   email: hamid.faqiri1@hotmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



Mr Hamid Faqiri
31 Betchworth way
Croydon CR00TT
United Kingdom

User name: *******mid

**Portfolio Overview per 28-06-2022**

| Product | Symbol/ISIN | Amount | Closing | Local value | Value in GBP |
|---|---|---|---|---|---|
| CASH & CASH FUND & FTX CASH (GBP) | | | | GBP 5.58 | 5.58 |
| META MATERIALS INC | US59134N2036 | 10,707 | 0.00 | USD 1.07 | 0.88 |
| META MATERIALS INC. - COMMON STOCK | US59134N1046 | 11,881 | 1.10 | USD 13069.10 | 10,724.49 |
| SOS LTD | US83587W1062 | 73 | 0.19 | USD 13.69 | 11.23 |
| ZOMEDICA CORP | CA98980M1095 | 354 | 0.25 | USD 89.53 | 73.47 |
| Total portfolio value | | | | | GBP 10815.65 |

flatexDEGIRO Bank Dutch Branch, trading under the name DEGIRO, is the Dutch branch of flatexDEGIRO Bank AG. flatexDEGIRO Bank AG is an overseas company primarily supervised by the German financial regulator (BaFin). In the Netherlands, flatexDEGIRO Bank Dutch Branch is registered with DNB and supervised by AFM and DNB

www.degiro.com/uk
clients@degiro.com
Amstelplein 1 1096 HA

Account statement

2024-12-12
Page 1 / 1



Mr Hamid Faqiri
31 Betchworth way
Croydon CR00TT
United Kingdom

User name: *******mid

### Portfolio Overview per 10-05-2022

| Product | Symbol/ISIN | Amount | Closing | Local value | Value in GBP |
|---|---|---|---|---|---|
| CASH & CASH FUND & FTX CASH (GBP) | | | | GBP 3.98 | 3.98 |
| META MATERIALS INC | US59134N2036 | 10,707 | 0.00 | USD 1.07 | 0.87 |
| META MATERIALS INC. - COMMON STOCK | US59134N1046 | 10,530 | 1.18 | USD 12425.40 | 10,088.20 |
| SOS LTD | US83587W1062 | 73 | 0.41 | USD 29.57 | 24.01 |
| ZOMEDICA CORP | CA98980M1095 | 354 | 0.21 | USD 73.84 | 59.95 |
| **Total portfolio value** | | | | | **GBP 10177.01** |

flatexDEGIRO Bank Dutch Branch, trading under the name DEGIRO, is the Dutch branch of flatexDEGIRO Bank AG. flatexDEGIRO Bank AG is an overseas company primarily supervised by the German financial regulator (BaFin). In the Netherlands, flatexDEGIRO Bank Dutch Branch is registered with DNB and supervised by AFM and DNB

www.degiro.com/uk
clients@degiro.com
Amstelplein 1 1096 HA

Account statement
2024-12-12
Page 1 / 1



Mr Hamid Faqiri
31 Betchworth way
Croydon CR0 0TT
United Kingdom

User name: ********mid

### Portfolio Overview per 06-05-2022

| Product | Symbol/ISIN | Amount | Closing | Local value | Value in GBP |
|---|---|---|---|---|---|
| CASH & CASH FUND & FTX CASH (GBP) | | | | GBP 589.71 | 589.71 |
| META MATERIALS INC | US59134N2036 | 10,707 | 0.00 | USD 1.07 | 0.87 |
| META MATERIALS INC. - COMMON STOCK | US59134N1046 | 9,930 | 1.17 | USD 11618.10 | 9,416.43 |
| SOS LTD | US83587W1062 | 73 | 0.45 | USD 32.90 | 26.67 |
| ZOMEDICA CORP | CA98980M1095 | 354 | 0.24 | USD 84.96 | 68.86 |
| Total portfolio value | | | | | GBP 10102.53 |

flatexDEGIRO Bank Dutch Branch, trading under the name DEGIRO, is the Dutch branch of flatexDEGIRO Bank AG. flatexDEGIRO Bank AG is an overseas company primarily supervised by the German financial regulator (BaFin). In the Netherlands, flatexDEGIRO Bank Dutch Branch is registered with DNB and supervised by AFM and DNB

www.degiro.com/uk
clients@degiro.com
Amstelplein 1 1096 HA

Account statement
2024-12-12
Page 1 / 1



Mr Hamid Faqiri
31 Betchworth way
Croydon CR00TT
United Kingdom

User name: *******mid

## Portfolio Overview per 27-04-2022

| Product | Symbol/ISIN | Amount | Closing | Local value | Value in GBP |
|---|---|---|---|---|---|
| CASH & CASH FUND & FTX CASH (GBP) | | | | GBP -1.33 | -1.33 |
| META MATERIALS INC | US59134N2036 | 10,707 | 0.00 | USD 1.07 | 0.85 |
| META MATERIALS INC. - COMMON STOCK | US59134N1046 | 9,500 | 1.19 | USD 11305.00 | 9,012.60 |
| SOS LTD | US83587W1062 | 73 | 0.39 | USD 28.35 | 22.60 |
| ZOMEDICA CORP | CA98980M1095 | 354 | 0.24 | USD 84.96 | 67.73 |
| **Total portfolio value** | | | | | **GBP 9102.45** |

flatexDEGIRO Bank Dutch Branch, trading under the name DEGIRO, is the Dutch branch of flatexDEGIRO Bank AG. flatexDEGIRO Bank AG is an overseas company primarily supervised by the German financial regulator (BaFin). In the Netherlands, flatexDEGIRO Bank Dutch Branch is registered with DNB and supervised by AFM and DNB

www.degiro.com/uk
clients@degiro.com
Amstelplein 1 1096 HA

Account statement
2024-12-12



Mr Hamid Faqiri
31 Betchworth way
Croydon CR00TT
United Kingdom

User name: *******mid

## Portfolio Overview per 15-09-2021

| Product | Symbol/ISIN | Amount | Closing | Local value | Value in GBP |
|---|---|---|---|---|---|
| CASH & CASH FUND & FTX CASH (EUR) | | | | EUR 0.01 | 0.01 |
| CASH & CASH FUND & FTX CASH (GBP) | | | | GBP 1.50 | 1.50 |
| META MATERIALS INC. - COMMON STOCK | US59134N1046 | 8,399 | 4.95 | USD 41575.05 | 30,044.37 |
| SOS LTD | US83587W1062 | 73 | 2.66 | USD 194.18 | 140.32 |
| TORCHLIGHT ENERGY RESO - NON TRA... | US89102U2024 | 10,707 | 0.00 | USD 1.07 | 0.77 |
| ZOMEDICA CORP | CA98980M1095 | 354 | 0.53 | USD 187.97 | 135.84 |
| Total portfolio value | | | | | GBP 30322.82 |

flatexDEGIRO Bank Dutch Branch, trading under the name DEGIRO, is the Dutch branch of flatexDEGIRO Bank AG. flatexDEGIRO Bank AG is an overseas company primarily supervised by the German financial regulator (BaFin). In the Netherlands, flatexDEGIRO Bank Dutch Branch is registered with DNB and supervised by AFM and DNB

www.degiro.com/uk
clients@degiro.com
Amstelplein 1 1096 HA

Account statement
2024-12-12
Page 1 / 1



Mr Hamid Faqiri
31 Betchworth way
Croydon CR0 0TT
United Kingdom

User name: ********mid

**Portfolio Overview per 09-08-2021**

| Product | Symbol/ISIN | Amount | Closing | Local value | Value in GBP |
|---|---|---|---|---|---|
| CASH & CASH FUND & FTX CASH (EUR) | | | | EUR 0.01 | 0.01 |
| CASH & CASH FUND & FTX CASH (GBP) | | | | GBP 3.80 | 3.80 |
| META MATERIALS INC. - COMMON STOCK | US59134N1046 | 8,122 | 3.55 | USD 28833.10 | 20,824.45 |
| SOS LTD | US83587W1062 | 73 | 3.25 | USD 237.25 | 171.35 |
| TORCHLIGHT ENERGY RESO - NON TRA... | US89102U2024 | 10,707 | 0.00 | USD 1.07 | 0.77 |
| ZOMEDICA CORP | CA98980M1095 | 354 | 0.58 | USD 205.32 | 148.29 |
| Total portfolio value | | | | | GBP 21148.67 |

flatexDEGIRO Bank Dutch Branch, trading under the name DEGIRO, is the Dutch branch of flatexDEGIRO Bank AG. flatexDEGIRO Bank AG is an overseas company primarily supervised by the German financial regulator (BaFin). In the Netherlands, flatexDEGIRO Bank Dutch Branch is registered with DNB and supervised by AFM and DNB

www.degiro.com/uk
clients@degiro.com
Amstelplein 1 1096 HA

Account statement
2024-12-12
Page 1 / 1



Mr Hamid Faqiri
31 Betchworth way,
Croydon CR00TT
United Kingdom

User name: *******mid

## Portfolio Overview per 09-07-2021

| Product | Symbol/ISIN | Amount | Closing | Local value | Value in GBP |
|---|---|---|---|---|---|
| CASH & CASH FUND & FTX CASH (EUR) | | | | EUR 0.01 | 0.01 |
| CASH & CASH FUND & FTX CASH (GBP) | | | | GBP 4.25 | 4.25 |
| META MATERIALS INC. - COMMON STOCK | US59134N1046 | 7,483 | 4.75 | USD 35544.25 | 25,574.48 |
| SOS LTD | US83587W1062 | 73 | 2.93 | USD 213.89 | 153.90 |
| TORCHLIGHT ENERGY RESO - NON TRA... | US89102U2024 | 10,707 | 0.00 | USD 1.07 | 0.77 |
| ZOMEDICA CORP | CA98980M1095 | 354 | 0.74 | USD 260.72 | 187.59 |
| **Total portfolio value** | | | | | **GBP 25921.00** |

flatexDEGIRO Bank Dutch Branch, trading under the name DEGIRO, is the Dutch branch of flatexDEGIRO Bank AG. flatexDEGIRO Bank AG is an overseas company primarily supervised by the German financial regulator (BaFin). In the Netherlands, flatexDEGIRO Bank Dutch Branch is registered with DNB and supervised by AFM and DNB.

www.degiro.com/uk
clients@degiro.com
Amstelplein 1 1096 HA

Account statement
2024-12-12
Page 1 / 1



Mr Hamid Faqiri
31 Betchworth way
Croydon CR00TT
United Kingdom

User name: *******mid

## Portfolio Overview per 07-07-2021

| Product | Symbol/ISIN | Amount | Closing | Local value | Value in GBP |
|---|---|---|---|---|---|
| CASH & CASH FUND & FTX CASH (EUR) | | | | EUR 0.01 | 0.01 |
| CASH & CASH FUND & FTX CASH (GBP) | | | | GBP 1821.49 | 1,821.49 |
| META MATERIALS INC. - COMMON STOCK | US59134N1046 | 7,000 | 5.80 | USD 40600.00 | 29,417.22 |
| SOS LTD | US83587W1062 | 73 | 2.96 | USD 216.08 | 156.56 |
| TORCHLIGHT ENERGY RESO - NON TRA... | US89102U2024 | 10,707 | 0.00 | USD 1.07 | 0.78 |
| ZOMEDICA CORP | CA98980M1095 | 354 | 0.74 | USD 260.26 | 188.58 |
| Total portfolio value | | | | | GBP 31584.63 |

flatexDEGIRO Bank Dutch Branch, trading under the name DEGIRO, is the Dutch branch of flatexDEGIRO Bank AG. flatexDEGIRO Bank AG is an overseas company primarily supervised by the German financial regulator (BaFin). In the Netherlands, flatexDEGIRO Bank Dutch Branch is registered with DNB and supervised by AFM and DNB

www.degiro.com/uk
clients@degiro.com
Amstelplein 1 1096 HA

Account statement

2024-12-12
Page 1 / 1



Mr Hamid Faqiri
31 Betchworth way
Croydon CR0 0TT
United Kingdom

User name: *******mid

**Portfolio Overview per 06-07-2021**

| Product | Symbol/ISIN | Amount | Closing | Local value | Value in GBP |
|---|---|---|---|---|---|
| CASH & CASH FUND & FTX CASH (EUR) | | | | EUR 0.01 | 0.01 |
| CASH & CASH FUND & FTX CASH (GBP) | | | | GBP 5630.23 | 5,630.23 |
| META MATERIALS INC. - COMMON STOCK | US59134N1046 | 6,170 | 7.19 | USD 44362.30 | 32,143.95 |
| SOS LTD | US83587W1062 | 73 | 3.08 | USD 224.84 | 162.91 |
| TORCHLIGHT ENERGY RESO - NON TRA... | US89102U2024 | 10,707 | 0.00 | USD 1.07 | 0.78 |
| ZOMEDICA CORP | CA98980M1095 | 354 | 0.78 | USD 276.12 | 200.07 |
| **Total portfolio value** | | | | | **GBP 38137.95** |

flatexDEGIRO Bank Dutch Branch, trading under the name DEGIRO, is the Dutch branch of flatexDEGIRO Bank AG. flatexDEGIRO Bank AG is an overseas company primarily supervised by the German financial regulator (BaFin). In the Netherlands, flatexDEGIRO Bank Dutch Branch is registered with DNB and supervised by AFM and DNB

www.degiro.com/uk
clients@degiro.com
Amstelplein 1 1096 HA

Account statement
2024-12-12
Page 1 / 1



Mr Hamid Faqiri
31 Betchworth way
Croydon CR00TT
United Kingdom

User name: ********mid

## Portfolio Overview per 30-06-2021

| Product | Symbol/ISIN | Amount | Closing | Local value | Value in GBP |
|---|---|---|---|---|---|
| CASH & CASH FUND & FTX CASH (EUR) | | | | EUR 0.01 | 0.01 |
| CASH & CASH FUND & FTX CASH (GBP) | | | | GBP 19.67 | 19.67 |
| LUOKUNG TECH ORD SHS | VGG569811067 | 426 | 2.53 | USD 1077.78 | 779.12 |
| META MATERIALS INC. - COMMON STOCK | US59134N1046 | 5,154 | 7.49 | USD 38603.46 | 27,906.20 |
| SOS LTD | US83587W1062 | 73 | 3.31 | USD 241.63 | 174.67 |
| TORCHLIGHT ENERGY RESO - NON TRA... | US89102U2024 | 10,707 | 0.00 | USD 1.07 | 0.77 |
| ZOMEDICA CORP | CA98980M1095 | 354 | 0.83 | USD 294.78 | 213.09 |
| **Total portfolio value** | | | | | GBP 29093.53 |

flatexDEGIRO Bank Dutch Branch, trading under the name DEGIRO, is the Dutch branch of flatexDEGIRO Bank AG. flatexDEGIRO Bank AG is an overseas company primarily supervised by the German financial regulator (BaFin). In the Netherlands, flatexDEGIRO Bank Dutch Branch is registered with DNB and supervised by AFM and DNB

www.degiro.com/uk
clients@degiro.com
Amstelplein 1 1096 HA

Account statement
2024-12-12
Page 1 / 1



Mr Hamid Faqiri
31 Betchworth way
Croydon CR0 0TT
United Kingdom

User name: *******mid

## Portfolio Overview per 28-06-2021

| Product | Symbol/ISIN | Amount | Closing | Local value | Value in GBP |
|---|---|---|---|---|---|
| CASH & CASH FUND & FTX CASH (EUR) | | | | EUR 0.01 | 0.01 |
| CASH & CASH FUND & FTX CASH (GBP) | | | | GBP 715.50 | 715.50 |
| LUOKUNG TECH ORD SHS | VGG569811067 | 426 | 2.66 | USD 1133.16 | 816.24 |
| META MATERIALS INC. - COMMON STOCK | US59134N1046 | 5,017 | 7.96 | USD 39935.32 | 28,766.33 |
| SOS LTD | US83587W1062 | 73 | 3.41 | USD 248.93 | 179.31 |
| TORCHLIGHT ENERGY RESO - NON TRA... | US89102U2024 | 10,707 | 0.00 | USD 1.07 | 0.77 |
| ZOMEDICA CORP | CA98980M1095 | 354 | 0.89 | USD 315.02 | 226.92 |
| **Total portfolio value** | | | | | **GBP 30705.08** |

flatexDEGIRO Bank Dutch Branch, trading under the name DEGIRO, is the Dutch branch of flatexDEGIRO Bank AG. flatexDEGIRO Bank AG is an overseas company primarily supervised by the German financial regulator (BaFin). In the Netherlands, flatexDEGIRO Bank Dutch Branch is registered with DNB and supervised by AFM and DNB

www.degiro.com/uk
clients@degiro.com
Amstelplein 1, 1096 HA

Account statement
2024-12-12
Page 1 / 1