NVB 3001 (Rev. 12/24)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| **Name of Debtor:** Meta Materials Inc. | **Case Number:** 24-50792-hlb | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"): Nancy J Hylton
2300 Antigua Cir.
# 2696
Port Bolivar, TX 77650

Telephone Number: 404-281-4010

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED

DEC 20 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

| Account or other number by which Interest holder identifies Debtor (last 4 digits only): 4077 | Check here if this Proof of Interest: ☐ replaces a previously filed Proof of Interest dated: _____ ☐ amends a previously filed Proof of Interest dated: _____ |
|---|---|
| 2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: TD Ameritrade P.O. Box 2209 Omaha, NE 68103  Telephone Number: 800-435-4000 | 3. Date Equity Interest was acquired: 10-13-2022 - 2023 |
| 4. Total amount of member interest: 10,124.71 | 5. Certificate number(s): 86 |

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☐ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
■ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Purchase of stock numerous times 10/22 - 2023

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
■ I am the interest holder.    ☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Nancy J Hylton
Title: Individual
Company:___Address and telephone number (if different from notice address above):

(Signature) /s/ Nancy Hylton    (Date) 12-2-2024

Telephone number: 404-281-4010    email: oceansailing369@proton.me

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*



Schwab One® Account of

NANCY J HYLTON
DESIGNATED BENE PLAN/TOD

Statement Period
November 1-30, 2024



*(Handwritten note: "TD was Bought by Charles Schwab")*

## Positions - Summary

| Beginning Value as of 11/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 11/30 | Cost Basis | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $37,690.78 | | $0.00 | | $0.00 | | ($5,574.08) | | ($2,409.87) | | $29,706.83 | $93,884.04 | ($31,595.62) |

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate | % of Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | 35,253.29 | 27,032.76 | (8,220.53) | 0.00 | | 91% |
| **Total Cash and Cash Investments** | | | | | **$35,253.29** | **$27,032.76** | **($8,220.53)** | | | **91%** |

## Positions - Equities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) | % of Acct |
|---|---|---|---|---|---|---|---|---|---|
| AMC | AMC ENTMT HLDGS INC (M),◊ | 448.0000 | 4.95000 | 2,217.60 | 12,658.49 | (10,440.89) | N/A | 0.00 | 7% |
| GTII | GLOBAL TECH INDS GROUP I | 14,618.0000 | 0.03010 | 440.00 | 11,486.43 | (11,046.43) | N/A | 0.00 | 1% |
| MMATQ | META MATLS INC | 270.0000 | 0.06100 | 16.47 | 10,124.77 | (10,108.30) | N/A | 0.00 | <1% |
| **Total Equities** | | | | **$2,674.07** | **$34,269.69** | **($31,595.62)** | | **$0.00** | **9%** |

## Positions - Unpriced Securities

| Symbol | Description | Quantity | Price($) | Market Value($) | Cost Basis($) | Unrealized Gain/(Loss)($) | Est. Yield | Est. Annual Income($) |
|---|---|---|---|---|---|---|---|---|
| | NEXT BRIDGE HYDROCARBONS | 8,050.0000 | | | 59,614.35 | | N/A | |
| **Total Unpriced Securities** | | | | **$0.00** | **$59,614.35** | **$0.00** | | **$0.00** |

Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EY and EAI will continue to display at a prior rate.



**Statement Reporting Period:**
10/01/22 - 10/31/22

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
TD Ameritrade Clearing, Inc., Member SIPC

**Statement for Account # ███-██4077**
NANCY J HYLTON
PO BOX 49
GREENFIELD PARK, NY 12435-0049    *old address*

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $51,900.11 | $60,102.47 | ($8,202.36) | - | $ - | - | |
| Insrd Dep Acct (IDA) | - | - | - | - | - | - | |
| Money Market | - | - | - | - | - | - | |
| Short Balance | - | - | - | - | - | - | |
| Stocks | 38,485.56 | 10,170.73 | 28,314.83 | 278.4% | - | - | Stocks 42.6% |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | Cash 57.4% |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | |
| **Total** | **$90,385.67** | **$70,273.20** | **$20,112.47** | **28.6%** | **$ 0.00** | **0.0%** | |
| **Margin Equity** | | | **100.0%** | | | | |

### Cash Activity Summary

| | Current | YTD |
|---|---|---|
| Opening Balance | $60,102.47 | $2,806.92 |
| Securities Purchased | (50,777.72) | (204,687.98) |
| Securities Sold | 42,597.84 | 249,079.05 |
| Funds Deposited | - | 30,000.00 |
| Funds Disbursed | - | (25,300.00) |
| Income | 15.52 | 40.12 |
| Expense | (38.00) | (38.00) |
| Other | - | - |
| **Closing Balance** | **$51,900.11** | **$51,900.11** |

### Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $ - | $ - | $ - |
| Interest | 15.52 | - | 40.12 |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | - |
| Fees | - | (38.00) | (38.00) |
| Other | - | - | - |
| **Net** | **$15.52** | **($38.00)** | **$2.12** |

### Performance Summary

| | |
|---|---|
| Cost Basis As Of - 10/31/22 ** | $64,604.89 |
| Unrealized Gains | 9,483.40 |
| Unrealized Losses | (35,602.73) |
| Funds Deposited/(Disbursed)^YTD | 4,700.00 |
| Income/(Expense)^YTD | 2.12 |
| Securities Received/(Delivered)^YTD | 0.00 |

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.

## Statement for Account # XXX-XX4077
### 10/01/22 - 10/31/22

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 10/05/22 | 10/07/22 | Margin | Sell - Securities Sold | AMER VIRTUAL CLOUD TECH INC COM Regulatory Fee 0.90 | AVCT | 4,711- | 2.70 | 12,718.80 | 61,013.08 |
| 10/11/22 | 10/13/22 | Margin | Buy - Securities Purchased | META MATERIALS INC PFD SER A *CLBL Commission/Fee 6.95 | MMTLP | 4,200 | 3.86 | (16,218.95) | 44,794.13 |
| 10/11/22 | 10/13/22 | Margin | Buy - Securities Purchased | META MATERIALS INC PFD SER A *CLBL | MMTLP | 300 | 3.85 | (1,155.00) | 43,639.13 |
| 10/12/22 | 10/14/22 | Margin | Sell - Securities Sold | META MATERIALS INC PFD SER A *CLBL Commission/Fee 6.95 Regulatory Fee 0.02 | MMTLP | 100- | 6.20 | 613.03 | 44,252.16 |
| 10/12/22 | 10/14/22 | Margin | Sell - Securities Sold | META MATERIALS INC PFD SER A *CLBL Regulatory Fee 1.21 | MMTLP | 4,400- | 6.19 | 27,234.79 | 71,486.95 |
| 10/20/22 | 10/20/22 | Margin | Div/Int - Securities Sold | AMER VIRTUAL CLOUD TECH INC 1:15 R/S 10/3/22 030382204 REORGANIZATION CASH IN LIEU $4.6/SHARE Auto Reorg#612327 Payable: 10/03/2022 | 030382204 | - | 0.00 | 4.29 | 71,491.24 |
| 10/20/22 | 10/24/22 | Margin | Buy - Securities Purchased | META MATERIALS INC COM | MMAT | 5,000 | 0.8963 | (4,481.50) | 67,009.74 |
| 10/20/22 | 10/24/22 | Margin | Buy - Securities Purchased | META MATERIALS INC PFD SER A *CLBL Commission/Fee 6.95 | MMTLP | 500 | 4.51 | (2,261.95) | 64,747.79 |
| 10/20/22 | 10/24/22 | Margin | Buy - Securities Purchased | META MATERIALS INC PFD SER A *CLBL Commission/Fee 6.95 | MMTLP | 2,000 | 4.43 | (8,866.95) | 55,880.84 |
| 10/20/22 | 10/24/22 | Margin | Buy - Securities Purchased | META MATERIALS INC PFD SER A *CLBL Commission/Fee 6.95 | MMTLP | 973 | 4.10 | (3,996.25) | 51,884.59 |
| 10/31/22 | 10/31/22 | Margin | Div/Int - Income | INTEREST CREDIT Payable: 10/31/2022 | - | - | 0.00 | 15.52 | 51,900.11 |

**Closing Balance**                                                                                                     **$51,900.11**

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## Statement for Account # ███4077
10/01/22 - 10/31/22

### Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | $ - | $ 30,000.00 |
| *Subtotal* | 0.00 | 30,000.00 |
| **DEBITS** | | |
| Electronic Transfer | $ - | $ (25,300.00) |
| *Subtotal* | 0.00 | (25,300.00) |
| **TOTAL** | 0.00 | 4,700.00 |

### Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Interest Income Credit Balance | $ 15.52 | $ 40.12 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| AMC ENTERTAINMENT HOLDINGS INC COM CL A | AMC | 785 | $ 6.66 | $ 5,228.10 | 09/13/21 | $ 24,813.77 | $ 31.61 | $ (19,585.67) | $ - | - |
| AMC ENTERTAINMENT HOLDINGS INC PFD EQT UNIT DEP REP 1/100 | APE | 785 | 2.05 | 1,609.25 | 09/13/21 | 15,221.15 | 19.39 | (13,611.90) | - | - |
| DIGITAL WORLD ACQUISITION CORP COM | DWAC | 153 | 16.72 | 2,558.16 | 07/22/22 | 4,963.32 | 32.44 | (2,405.16) | - | - |
| META MATERIALS INC COM | MMAT | 5,000 | 1.06 | 5,300.00 | 10/20/22 | 4,481.50 | 0.90 | 818.50 | - | - |
| META MATERIALS INC PFD SER A *CLBL | MMTLP | 3,473 | 6.85 | 23,790.05 | 10/20/22 | 15,125.15 | 4.36 | 8,664.90 | - | - |
| **Total Stocks** | | | | **$38,485.56** | | **$64,604.89** | | **$(26,119.33)** | **$0.00** | **0.0%** |