NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** META MATERIALS, INC

**Case Number:** 24-50792-HLB

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

FRANK D. CERMINATA
7010 Pershing Blvd.
Kenosha, WI 53142-1022

**Telephone Number:** 262-344-4554

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 20 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

**Account or other number by which Interest holder identifies Debtor:** 29368824

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
FRANK D. CERMINATA
Broker: Charles Schwab
P.O. Box 982600 El Paso, TX 79998
**Telephone Number:** 877-519-1403

**3. Date Equity Interest was acquired:**
Originally bought 750 shares of TRCh on 6/22/21. It split and became 350 shares of MMAT and was sold between 12/8/22 - 12/12/22. See Attached

**4. Total amount of member interest:** 750 shares for $7,987.50

**5. Certificate number(s):** See Attached Documents

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** FRANK D. CERMINATA
**Title:**
**Company:** Address and telephone number (if different from notice address above):

(Signature) Frank D. Cerminara    **(Date)** 12-13-2024

**Telephone number:** 262-344-4554  **email:** FCERMINATA@NETZERO.NET

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# TD Ameritrade

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

Trade on the go with our mobile apps. Download at tdameritrade.com/mobileapp

FRANK D CERMINARA
7010 PERSHING BLVD
KENOSHA WI 53142-1722

## Confirmation Notice

SIPC

| ACCOUNT NO. | OTHER INFO. | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 422-084829-2 | | 35636175043 | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 750 | 89102U103 | 10.65 | 7,987.50 | | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** |
| | 06/22/2021 | 06/24/2021 | | 0.00 | 7,987.50 |
| **TRADE DESCRIPTION** | | | **SYMBOL** | | |
| TORCHLIGHT ENERGY RESOURCES IN COM | | | TRCH | | |

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.

 **Ameritrade**

PO BOX 2577 - OMAHA NE 68103-2577
Please do not send deposits or correspondence to this address.

**TD AMERITRADE, INC.**
**PO BOX 2209**
**OMAHA NE 68103-2209**

Trade on the go with our mobile apps. Download at tdameritrade.com/mobileapp

FRANK D CERMINARA
7010 PERSHING BLVD
KENOSHA WI 53142-1722



## Confirmation Notice

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 422-084829-2 | | 46797981998 | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU SOLD | 375 | 59134N104 | 1.8401 | 690.04 | | 0.07 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** |
| | 12/08/2022 | 12/12/2022 | | 0.00 | 689.97 |

**TRADE DESCRIPTION** — **SYMBOL**

META MATERIALS INC     MMAT
COM

CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.
THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|
| 422-084829-2 | | 46798039102 | A | TD AMERITRADE | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **MISC. FEES** | **REG FEES** |
| YOU BOUGHT | 160 | 59134N203 | 4.84 | 774.40 | 0 | 0.00 |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION/FEE** | **NET AMOUNT** |
| | 12/08/2022 | 12/12/2022 | | 6.95 | 781.35 |

**TRADE DESCRIPTION** — **SYMBOL**

META MATERIALS INC     MMTLP
PFD SER A *CLBL

THIS IS AN UNSOLICITED TRADE
FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION
PLEASE REFER TO THE TERMS AND CONDITIONS.
*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.



# Ameritrade

**Statement Reporting Period:**
06/01/21 - 06/30/21

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account # 422-084829**
FRANK D CERMINARA
7010 PERSHING BLVD
KENOSHA, WI 53142-1722

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $2,647.62 | $60.06 | $2,587.56 | - | $ - | - | |
| Insrd Dep Acct (IDA) | - | - | - | - | - | - | |
| Money Market | - | - | - | - | - | - | Cash 8.3% |
| Short Balance | - | - | - | - | - | - | |
| Stocks | 29,433.84 | 24,207.19 | 5,226.65 | 21.6% | - | - | |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | Stocks 91.7% |
| **Total** | **$32,081.46** | **$24,267.25** | **$7,814.21** | **32.2%** | **$ 0.00** | **0.0%** | |
| **Margin Equity** | **100.0%** | | | | | | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | $60.06 | $251.89 |
| Securities Purchased | (19,344.45) | (81,661.29) |
| Securities Sold | 6,969.94 | 51,094.94 |
| Funds Deposited | 15,000.00 | 33,000.00 |
| Funds Disbursed | - | - |
| Income | 0.07 | 0.08 |
| Expense | (38.00) | (38.00) |
| Other | - | - |
| **Closing Balance** | **$2,647.62** | **$2,647.62** |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $ - | $ - | $ - |
| Interest | 0.07 | - | 0.08 |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | - |
| Fees | - | (38.00) | (38.00) |
| Other | - | - | - |
| **Net** | **$0.07** | **($38.00)** | **($37.92)** |

## Performance Summary

| | |
|---|---|
| Cost Basis As Of - 06/30/21 ** | $74,205.76 |
| Unrealized Gains | 1,561.30 |
| Unrealized Losses | (46,333.22) |
| Funds Deposited/(Disbursed)[YTD] | 33,000.00 |
| Income/(Expense)[YTD] | (37.92) |
| Securities Received/(Delivered)[YTD] | 0.00 |

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.

page 1 of 5

## Statement for Account # 422-084829
### 06/01/21 - 06/30/21

### Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | $ 15,000.00 | $ 33,000.00 |
| *Subtotal* | 15,000.00 | 33,000.00 |
| **TOTAL** | 15,000.00 | 33,000.00 |

### Income Summary Detail

| Description | Current | Year to Date |
|---|---|---|
| Interest Income Credit Balance | $ 0.07 | $ 0.08 |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| CREATIVE MEDICAL TECH HOLDING COM | CELZ | 285,000 | $ 0.035 | $ 9,975.00 | 03/03/21 | $ 10,427.91 | $ 0.04 | $ (452.91) | $ - | - |
| CRESCO LABS INC COM | CRLBF | 950 | 11.40 | 10,830.00 | 11/24/20 | 9,268.70 | 9.76 | 1,561.30 | - | - |
| DISCOVERY MINERALS LTD COM | DSCR | 299,000 | 0.0067 | 2,003.30 | 04/16/21 | 3,672.75 | 0.01 | (1,669.45) | - | - |
| INFERX CORP COM DELISTED | 456637206 | 125,264 | NA | NA | 03/21/11 | 35,652.05 | 0.28 | (35,652.05) | - | - |
| META MATERIALS INC COM | MMAT | 375 | 7.49 | 2,808.75 | 06/22/21 | 7,987.50 | 21.30 | (5,178.75) | - | - |
| MINERCO INC COM | MINE | 50,000 | 0.0009 | 45.00 | 02/10/21 | 806.95 | 0.02 | (761.95) | - | - |
| NGEN TECH HLDGS CORP COM | NGRP | 940 | 0.0551 | 51.79 | 09/18/19 | 1,702.95 | 1.81 | (1,651.16) | - | - |

## Statement for Account # 422-084829
06/01/21 - 06/30/21

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| PHI GROUP INC COM | PHIL | 400,000 | 0.0093 | 3,720.00 | 06/24/21 | 4,686.95 | 0.01 | (966.95) | - | - |
| **Total Stocks** | | | | $29,433.84 | | $74,205.76 | | $(44,771.92) | $0.00 | 0.0% |
| **Other - Margin** | | | | | | | | | | |
| CHAPARRAL ENERGY INC WARRANT EXP 10/01/2024 | 15942R133 | 1 | $ NA | $ NA | 10/19/20 | $ - | $ - | $ - | $ - | - |
| CHAPARRAL ENERGY INC WARRANT EXP 10/01/2024 | 15942R141 | 1 | NA | NA | 10/19/20 | - | - | - | - | - |
| **Total Other** | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | 0.0% |
| **Total Margin Account** | | | | $29,433.84 | | $74,205.76 | | $(44,771.92) | $0.00 | 0.0% |

### Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| **CREDITS** | | | |
| Electronic Transfer | 06/04/2021 | ACH IN | $ 15,000.00 |
| *Subtotal* | | | 15,000.00 |
| **TOTAL** | | | 15,000.00 |

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | $60.06 |
| 06/03/21 | 06/04/21 | Margin | - Funds Deposited | ACH IN | - | - | $ 0.00 | $ 15,000.00 | 15,060.06 |
| 06/09/21 | 06/11/21 | Margin | Buy - Securities Purchased | ONCONOVA THERAPEUTICS INC COM | ONTX | 1,000 | 6.67 | (6,670.00) | 8,390.06 |
| 06/22/21 | 06/24/21 | Margin | Buy - Securities Purchased | TORCHLIGHT ENERGY RESOURCES IN 1:2 R/S 6/28/21 59134N104 | TRCH | 750 | 10.65 | (7,987.50) | 402.56 |

## Statement for Account # 422-084829
### 06/01/21 - 06/30/21

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 06/23/21 | 06/25/21 | Margin | Sell - Securities Sold | ONCONOVA THERAPEUTICS INC COM<br>Regulatory Fee 0.16 | ONTX | 1,000- | 6.9701 | 6,969.94 | 7,372.50 |
| 06/24/21 | 06/28/21 | Margin | Buy - Securities Purchased | PHI GROUP INC COM<br>Commission/Fee 6.95 | PHIL | 400,000 | 0.0117 | (4,686.95) | 2,685.55 |
| 06/28/21 | 06/28/21 | Margin | Delivered - Other | TORCHLIGHT ENERGY RESOURCES IN<br>1:2 R/S 6/28/21 59134N104<br>1:2 REVERSE SPLIT TO META MATERIALS INC 59134N104<br>Auto Reorg#539843\|REVERSE SPLIT | TRCH | 750- | 0.00 | - | 2,685.55 |
| 06/28/21 | 06/28/21 | Margin | Received - Other | META MATERIALS INC COM<br>1:2 REVERSE SPLIT TO META MATERIALS INC 59134N104<br>Auto Reorg#539843\|REVERSE SPLIT | MMAT | 375 | 0.00 | - | 2,685.55 |
| 06/28/21 | 06/28/21 | Margin | Journal - Expense | MANDATORY REORGANIZATION FEE<br>Auto Reorg#539843 | 89102U103 | - | 0.00 | (38.00) | 2,647.55 |
| 06/30/21 | 06/30/21 | Margin | Div/Int - Income | INTEREST CREDIT<br>Payable: 06/30/2021 | - | - | 0.00 | 0.07 | 2,647.62 |

**Closing Balance** $2,647.62

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

### TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| 06/04/21 | $ - | $ 15,060.06 | 7 | 0.01 | $ - | $ 0.03 |
| 06/11/21 | - | 8,390.06 | 13 | 0.01 | - | 0.03 |
| 06/25/21 | - | 7,372.50 | 3 | 0.01 | - | 0.01 |
| **Total Interest Income/(Expense)** | | | | | **$ 0.00** | **$0.07** |