NVB 3001 (Rev. 12/24)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

**Name of Debtor:** Meta Materials, INC

**Case Number:** 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Ebert Reyes
2421 Grant Ave UNIT A
Redondo Beach, CA 90278

**Telephone Number:** 310-490-9642

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**

DEC 20 2024

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor (last 4 digits only): (RHS) 853355766

Check here if this Proof of Interest:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:** Ebert Reyes
Robinhood Securities address:
500 COLONIAL CENTER PARKWAY suite100
LAKE MARY, FL 32746
**Telephone Number:** 650-940-2700

**3. Date Equity Interest was acquired:** (See attached)
Between June 21, 2021 to June 22, 2021
Bought Torchlight Energy Resources (TRCH) where I received MMAT.
NOTE: Reverse Split of MMAT on Jan 28, 2024

**4. Total amount of member interest:** 20 Shares at average $1,787.99
TOTAL AMOUNT: $35,759.80

**5. Certificate number(s):** (See attached)

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
**Description:** INVESTOR

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the interest holder.
☐ I am the interest holder's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, endorser, or other codebtor. (see Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Ebert Reyes
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) 12-16-2024 (Date)

Telephone number: 310-490-9642  email: reyes2009e@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

[ Print Form ]  [ Save Form ]  [ Clear Form ]



85 Willow Rd, Menlo Park, CA 94025
help@robinhood.com

06/01/2021 to 06/30/2021
**EBERT REYES** Account #:853355766
2421 Grant Ave Unit A, Redondo Beach, CA 90278

■ Options    ■ Equities    ■ Cash and Cash Equivalents

## Portfolio Allocation

| Account Summary | Opening Balance | Closing Balance |
|---|---|---|
| Net Account Balance | $878.77 | $491.74 |
| Total Securities | $46,487.36 | $62,903.68 |
| Portfolio Value | $47,366.13 | $63,395.42 |



Cash and Cash
● Equivalents
0.78%

● Equities
98.80%

● Options
0.43%

| Income and Expense Summary | This Period | Year to Date |
|---|---|---|
| Dividends | $0.00 | $0.22 |
| Capital Gains Distributions | $0.00 | $0.00 |
| Interest Earned | $0.00 | $0.00 |

This statement shall be conclusive if not objected to in writing within ten days (except with respect to debit card transactions). Errors and omissions exempted. Please address all communications to the firm and not to the individuals. Address changes or other material changes in your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

**Portfolio Summary**

| Securities Held in Account | Sym/Cusip | Acct Type | Qty | Price | Mkt Value | Est. Dividend Yield | % of Total Portfolio |
|---|---|---|---|---|---|---|---|
| Apple<br>Estimated Yield: 0.61% | AAPL | Margin | 1 | $136.96 | $136.96 | $0.83 | 0.22% |
| ALFI<br>Estimated Yield: 0.00% | ALF | Margin | 1,000 | $14.72 | $14,720.00 | $0.00 | 23.22% |
| Entera Bio<br>Estimated Yield: 0.00% | ENTX | Margin | 400 | $5.98 | $2,392.00 | $0.00 | 3.77% |
| Meta Materials<br>Estimated Yield: 0.00% | MMAT | Margin | 4,100 | $7.49 | $30,709.00 | $0.00 | 48.44% |
| Ocugen, Inc<br>Estimated Yield: 0.00% | OCGN | Margin | 1,300 | $8.03 | $10,439.00 | $0.00 | 16.47% |
| OPKO Health<br>Estimated Yield: 0.00% | OPK | Margin | 1 | $4.05 | $4.05 | $0.00 | 0.01% |
| Sundial Growers<br>Estimated Yield: 0.00% | SNDL | Margin | 1,300 | $0.95 | $1,233.70 | $0.00 | 1.95% |
| Spectrum Pharmaceuticals<br>Estimated Yield: 0.00% | SPPI | Margin | 1 | $3.75 | $3.75 | $0.00 | 0.01% |
| Zomedica<br>Estimated Yield: 0.00% | ZOM | Margin | 3,597 | $0.83 | $2,995.22 | $0.00 | 4.72% |
| MMAT1 07/16/2021 Call $7.50<br>Estimated Yield: 0.00% | MMAT1 | Margin | 15 | $0.18 | $270.00 | $0.00 | 0.43% |
| **Total Securities** | | | | | $62,903.68 | $0.83 | 99.22% |
| **Brokerage Cash Balance** | | | | | $491.74 | | 0.78% |
| **Total Priced Portfolio** | | | | | $63,395.42 | | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Crypto Money Movement | | Margin | COIN | 06/01/2021 | | | $400.15 | |
| OCGN 05/28/2021 Call $9.50 | | Margin | OEXP | 05/28/2021 | 2 | | | |
| OCGN 06/11/2021 Call $7.50 | OCGN | Margin | STO | 06/10/2021 | 2 | $0.42 | | $83.98 |
| OCGN 06/11/2021 Call $7.50 | OCGN | Margin | STO | 06/10/2021 | 3 | $0.42 | | $125.98 |
| OCGN 06/11/2021 Call $6.50 | | Margin | OEXP | 06/11/2021 | 8 | | | |
| OCGN 06/11/2021 Call $6.50 | OCGN | Margin | STO | 06/11/2021 | 8 | $0.11 | | $87.97 |
| OCGN 06/11/2021 Call $7.50 | | Margin | OEXP | 06/11/2021 | 5 | | | |
| OCGN 06/18/2021 Call $6.00 | OCGN | Margin | STO | 06/14/2021 | 8 | $0.54 | | $431.97 |
| ALFI Unsolicited, CUSIP: 00161P109 | ALF | Margin | Sell | 06/16/2021 | 5,000 | $7.38 | | $36,918.71 |
| ALFI Unsolicited, CUSIP: 00161P109 | ALF | Margin | Buy | 06/17/2021 | 5,200 | $6.62 | $34,424.00 | |
| OCGN 06/18/2021 Call $6.00 | OCGN | Margin | BTC | 06/18/2021 | 8 | $0.45 | $360.00 | |
| ALFI Unsolicited, CUSIP: 00161P109 | ALF | Margin | Sell | 06/18/2021 | 200 | $8.00 | | $1,600.77 |
| ALFI Unsolicited, CUSIP: 00161P109 | ALF | Margin | Sell | 06/18/2021 | 9,789 | $8.00 | | $78,310.44 |
| ALFI Unsolicited, CUSIP: 00161P109 | ALF | Margin | Sell | 06/18/2021 | 11 | $8.00 | | $88.00 |
| Crypto Money Movement | | Margin | COIN | 06/22/2021 | | | $304.24 | |
| TRCH 07/16/2021 Call $7.50 | TRCH | Margin | BTO | 06/21/2021 | 2 | $4.30 | $860.00 | |
| TRCH 07/16/2021 Call $7.50 | TRCH | Margin | BTO | 06/21/2021 | 3 | $4.30 | $1,290.00 | |
| TRCH 07/16/2021 Call $7.50 | TRCH | Margin | BTO | 06/21/2021 | 5 | $3.50 | $1,750.00 | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| TRCH 07/16/2021 Call $7.50 | TRCH | Margin | BTO | 06/21/2021 | 5 | $2.60 | $1,300.00 | |
| WISH 06/25/2021 Call $10.50 | WISH | Margin | BTO | 06/21/2021 | 5 | $1.60 | $800.00 | |
| WISH 06/25/2021 Call $10.50 | WISH | Margin | STC | 06/21/2021 | 3 | $2.41 | | $722.98 |
| WISH 06/25/2021 Call $10.50 | WISH | Margin | STC | 06/21/2021 | 2 | $2.41 | | $481.98 |
| TRCH 07/16/2021 Call $7.50 | | Margin | OCA | 06/23/2021 | 15S | | | |
| TRCH1 07/16/2021 Call $7.50 | | Margin | OCA | 06/23/2021 | 15 | | | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/21/2021 | 4,000 | $9.19 | $36,759.60 | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/21/2021 | 1,000 | $8.82 | $8,820.00 | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/21/2021 | 2,000 | $8.63 | $17,259.80 | |
| ALFI Unsolicited, CUSIP: 00161P109 | ALF | Margin | Buy | 06/22/2021 | 400 | $9.27 | $3,708.00 | |
| ENTX 07/16/2021 Call $7.50 | ENTX | Margin | STO | 06/23/2021 | 4 | $0.90 | | $359.98 |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/22/2021 | 1,000 | $9.64 | $9,640.00 | |
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | TRCH | Margin | Buy | 06/22/2021 | 200 | $9.02 | $1,804.00 | |
| ENTX 07/16/2021 Call $7.50 | ENTX | Margin | BTC | 06/25/2021 | 4 | $0.30 | $120.00 | |
| MMAT1 07/16/2021 Call $7.50 | | Margin | OCA | 06/28/2021 | 15 | | | |
| Meta Materials Unsolicited, CUSIP: 59134N104 | | Margin | SPR | 06/28/2021 | 4,100 | | | |
| TRCH1 07/16/2021 Call $7.50 | | Margin | OCA | 06/28/2021 | 15S | | | |

**Account Activity**

| Description | Symbol | Acct Type | Transaction | Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Torchlight Energy Resources Unsolicited, CUSIP: 89102U103 | | Margin | SPR | 06/28/2021 | 8,200 S | | | |
| **Total Funds Paid and Received** | | | | | | | **$119,599.79** | **$119,212.76** |

**Executed Trades Pending Settlement**
These transactions may not be reflected in the other summaries

| Description | Acct Type | Transaction | Trade Date | Settle Date | Qty | Price | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Total Executed Trades Pending Settlement** | | | | | | | **$0.00** | **$0.00** |

## Important Information

Robinhood Securities, LLC ("RHS") carries your account as the clearing broker by arrangement with your introducing broker-dealer, Robinhood Financial LLC ("RHF"). If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on debit balances in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 1st day of the month to the last day of the month. The interest is based on the average daily balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the new debit balance.

We are required to report to the Internal Revenue Service all cash dividends and interest credited to your account on securities held for you in our name. All dividends and interest credits should be included in your income tax return.

Information relative to fees and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of the information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from amongst all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise Robinhood of any material changes concerning your investment objectives or financial situation by updating your information using the Robinhood platform or by contacting help@robinhood.com.

Our financial statement is available for your personal inspection; it can also be emailed to you upon request.

RHS is a Member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

Any free credit balances represent funds payable upon demand which, although properly accounted for on our books and records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

Notice to Customers

RHS acts as clearing agent for your trades. Your account, which was introduced to us by RHF, is established under your name on a "fully disclosed" basis at RHS. You remain a customer of RHF.

As required, under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

As a clearing agent, we provide securities clearance and may provide order execution based on RHF instructions. RHS will not be involved with or have any responsibility for decisions regarding securities transactions in your account. RHF will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders and any instructions regarding the deposit or withdrawal of securities or monies should be made through RHF.

In addition to the above mentioned services, RHS will provide cashiering services, safeguarding of funds and securities while in our possession, monitoring compliance with applicable credit Regulation T and RHS internal policies, preparing and making accessible your account records (including transaction confirmations and periodic statements of your account).

The dividend totals reflected in the Income and Expense Summary are inclusive of both taxable and non-taxable dividends.

Interest charges to your account may be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charges to customers, consult the RHF Fee Schedule, available at https://rbnhd.co/fees.

We also offer Robinhood Cash Management as an additional feature of your account. Robinhood Cash Management includes debit card access to your account and automatic sweep of uninvested cash to bank deposits. If you participate in Robinhood Cash Management, your use of the debit card, and your rights with respect to debit card transactions, will be governed by the Robinhood Debit Card Agreement, which has been provided to you and is available at https://rbnhd.co/debit-card-agreement.

In case of errors or questions about your electronic transfers, including your debit card transactions, or if you think your statement or receipt is wrong or if you need more information about a transaction listed on the statement or receipt, email Robinhood at help@robinhood.com. Robinhood must hear from you no later than sixty (60) days after you were sent the FIRST statement on which the problem or error appeared.

A. Tell Robinhood your name and account number.
B. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
C. Tell Robinhood the dollar amount of the suspected error.

Robinhood will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes Robinhood to complete our investigation.

If you participate in Robinhood Cash Management, your uninvested cash is swept into accounts at FDIC-insured program banks, where your uninvested cash will earn interest from the program banks and be eligible for FDIC insurance up to applicable limits, subject to FDIC rules. Please see the Robinhood Securities, LLC & Robinhood Financial LLC Insured Network Deposit Sweep Program Disclosures, available at https://rbnhd.co/ind-disclosure, for the terms and conditions of this sweep program, including information regarding FDIC insurance coverage.

RHF and RHS are members of the Financial Industry Regulatory Authority, Inc. ("FINRA"), and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or via their website www.finra.org. RHS carries your account and acts as your custodian for funds and securities deposited with us directly by you, through RHF as a result of transactions we process to your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to RHF. In order to protect your rights, please confirm any oral communications in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to: help@robinhood.com.

The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealers relationship with such venue. In addition, the Rule (SEC 606) requires broker-dealers to disclose, upon customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact RHF.

Statement of Financial Condition
Robinhood Securities, LLC. audited Statement of Financial Condition as of December 31, 2020 is available on the Company's website at www.robinhood.com/legal. A paper copy may be requested at no cost by calling 1-(800)-282-1327. On December 31, 2020, Robinhood Securities, LLC. had a net capital of $554,391,618, which was $486,817,019 in excess of its required net capital of $67,574,599.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS.

| Robinhood Securities LLC<br>500 Colonial Center Parkway<br>Suite 100<br>Lake Mary, FL 32746<br>Customer Service: 650-940-2700 | Tax Information<br>Account 853355766 | Statement Date: 02/11/2022<br>Document ID: W10N J88 01V6 | **2021** |
|---|---|---|---|
| | Ebert Reyes<br>2421 Grant Ave Unit A<br>Redondo Beach, CA 90278 | | |
| PAYER'S TIN: 38-4019216 | RECIPIENT'S TIN: XXX-XX-9037 | | |

[ ] FATCA filing requirement (see instructions)

## Summary Information

| DIVIDENDS AND DISTRIBUTIONS 2021 1099-DIV* | OMB No. 1545-0110 | MISCELLANEOUS INFORMATION 2021 1099-MISC* | OMB No. 1545-0115 |
|---|---|---|---|
| 1a- Total ordinary dividends (includes lines 1b, 5, 2e) | 0.66 | 2- Royalties | 0.00 |
| 1b- Qualified dividends | 0.66 | 3- Other income | 0.00 |
| 2a- Total capital gain distributions (includes lines 2b, 2c, 2d, 2f) | 0.00 | 4- Federal income tax withheld | 0.00 |
| 2b- Unrecaptured Section 1250 gain | 0.00 | 8- Substitute payments in lieu of dividends or interest | 0.00 |
| 2c- Section 1202 gain | 0.00 | | |
| 2d- Collectibles (28%) gain | 0.00 | **SECTION 1256 CONTRACTS** 2021 1099-B* | OMB No. 1545-0715 |
| 2e- Section 897 ordinary dividends | 0.00 | 8- Profit or (loss) realized in 2021 on closed contracts | 0.00 |
| 2f- Section 897 capital gain | 0.00 | 9- Unrealized profit or (loss) on open contracts-12/31/2020 | 0.00 |
| 3- Nondividend distributions | 0.00 | 10- Unrealized profit or (loss) on open contracts-12/31/2021 | 0.00 |
| 4- Federal income tax withheld | 0.00 | 11- Aggregate profit or (loss) on contracts | 0.00 |
| 5- Section 199A dividends | 0.00 | | |
| 6- Investment expenses | 0.00 | *If applicable, proceeds from sale transactions appear summarized below and are detailed in subsequent sections of this document.* | |
| 8- Foreign country or US possession:  7- Foreign tax paid: | 0.00 | | |
| 9- Cash liquidation distributions | 0.00 | * This is important tax information and is being furnished to the Internal Revenue Service. | |
| 10- Noncash liquidation distributions | 0.00 | If you are required to file a return, a negligence penalty or other sanction may be imposed on | |
| 11- Exempt-interest dividends (includes line 12) | 0.00 | you if this income is taxable and the IRS determines that it has not been reported. | |
| 12- Specified private activity bond interest dividends (AMT) | 0.00 | | |

### SUMMARY OF PROCEEDS, GAINS & LOSSES, ADJUSTMENTS AND WITHHOLDING

*Refer to the 1099-B and Proceeds not reported to the IRS pages to ensure that you consider all relevant items and to determine the correct gains and losses. The amounts shown below are for informational purposes.*

| Term | Form 8949 type | Proceeds | Cost basis | Market discount | Wash sale loss disallowed | Net gain or loss(-) |
|---|---|---|---|---|---|---|
| Short | A (basis reported to the IRS) | 204,271.97 | 173,813.23 | 0.00 | 0.04 | 30,458.78 |
| Short | B (basis not reported to the IRS) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Short | C (Form 1099-B not received) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Total Short-term** | 204,271.97 | 173,813.23 | 0.00 | 0.04 | 30,458.78 |
| Long | D (basis reported to the IRS) | 78.05 | 277.79 | 0.00 | 0.00 | -199.74 |
| Long | E (basis not reported to the IRS) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Long | F (Form 1099-B not received) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Total Long-term** | 78.05 | 277.79 | 0.00 | 0.00 | -199.74 |
| Undetermined | B or E (basis not reported to the IRS) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Undetermined | C or F (Form 1099-B not received) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Total Undetermined-term** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Grand total** | 204,350.02 | 174,091.02 | 0.00 | 0.04 | 30,259.04 |

| Withholding | Amount |
|---|---|
| Federal income tax withheld | 0.00 |

Changes to dividend tax classifications processed after your original tax form is issued for 2021 may require an amended tax form.