NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: Meta Materials Inc. | Case Number: 24 - 50792 - hlb | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

   Nadav Gordon
   268 E Broadway, APT A1703
   New York, NY 10002

   Telephone Number: 201-364-5337

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **RECEIVED AND FILED**
   DEC 20 2024
   U.S. BANKRUPTCY COURT
   MARY A. SCHOTT, CLERK

   COURT USE ONLY

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
Individual - XXXXXXXXXXXXX0787 ; Rollover IRA - XXXXXXXXXXXXX3052 ;
ROTH IRA - BDA - XXXXXXXXXXXXX8738

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   Fidelity Investments
   PO Box 770001, Cincinnati, OH 45277-0002

   Telephone Number: 1-800-343-3548

3. **Date Equity Interest was acquired:**
   Between 02/12/2021 and 10/23/2023
   See Attached Documentation

4. **Total amount of member interest:** 150,000 Shares and 4,030 Call Options Pre 1 for 100 Reverse Split

5. **Certificate number(s):** Not Applicable

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. **Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
■ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor,    ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)    or their authorized agent.    (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Nadav Gordon
Title:
Company: ___ Address and telephone number (if different from notice address above):

(Signature)
Telephone number: 201-364-5337    email: nadgor@gmail.com
December 15th, 2024
(Date)

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

## Member Interest - Torchlight Energy Resources, Inc., Metamaterial Inc. & Meta Materials Inc. - February 2021 thru October 2023

### Shares of Torchlight Energy Resources, Inc. (Ticker Symbol: TRCH) - Pre-Merger

| Equity Ticker Symbol | Certificate Number | Bought or Sold | Trade Date | Number of Shares | Price Per Share (in USD) | Value (in USD) | Fidelity Account Number |
|---|---|---|---|---|---|---|---|
| TRCH | Not Applicable | Bought | 02-12-21 | 2,000 | $2.7500 | $5,500.00 | Individual - XXXXXXXXXXXX0787 |
| TRCH | Not Applicable | Bought | 02-12-21 | 2,000 | $2.7500 | $5,500.00 | Individual - XXXXXXXXXXXX0787 |
| TRCH | Not Applicable | Bought | 02-16-21 | 3,000 | $3.8200 | $11,460.00 | Individual - XXXXXXXXXXXX0787 |
| TRCH | Not Applicable | Bought | 02-23-21 | 200 | $3.0690 | $613.80 | Individual - XXXXXXXXXXXX0787 |
| TRCH | Not Applicable | Bought | 02-23-21 | 1,526 | $3.0648 | $4,676.88 | Individual - XXXXXXXXXXXX0787 |
| TRCH | Not Applicable | Bought | 02-23-21 | 3,274 | $3.0700 | $10,051.18 | Individual - XXXXXXXXXXXX0787 |
| TRCH | Not Applicable | Sold | 02-23-21 | -7000 | $2.0752 | -$14,526.32 | Individual - XXXXXXXXXXXX0787 |
| TRCH | Not Applicable | Bought | 02-24-21 | 5,000 | $3.0300 | $15,150.00 | Individual - XXXXXXXXXXXX0787 |
| TRCH | Not Applicable | Bought | 02-26-21 | 8,400 | $2.3500 | $19,740.00 | Rollover IRA - XXXXXXXXXXXX3052 |
| TRCH | Not Applicable | Bought | 03-26-21 | 3,000 | $1.8000 | $5,400.00 | Individual - XXXXXXXXXXXX0787 |
| TRCH | Not Applicable | Bought | 03-30-21 | 55 | $1.7871 | $98.29 | Individual - XXXXXXXXXXXX0787 |
| TRCH | Not Applicable | Bought | 04-20-21 | 994 | $1.5100 | $1,500.94 | Individual - XXXXXXXXXXXX0787 |
| TRCH | Not Applicable | Bought | 04-23-21 | 4,498 | $1.8700 | $8,411.26 | Rollover IRA - XXXXXXXXXXXX3052 |
| TRCH | Not Applicable | Bought | 05-03-21 | 1,051 | $1.9000 | $1,996.90 | Individual - XXXXXXXXXXXX0787 |
| TRCH | Not Applicable | Bought | 05-03-21 | 2 | $1.8987 | $3.80 | Rollover IRA - XXXXXXXXXXXX3052 |
| TRCH | Not Applicable | Bought | 05-20-21 | 700 | $2.1189 | $1,483.23 | Individual - XXXXXXXXXXXX0787 |
| TRCH | Not Applicable | Bought | 06-10-21 | 100 | $2.9250 | $292.50 | Individual - XXXXXXXXXXXX0787 |
| TRCH | Not Applicable | Bought | 06-10-21 | 1,200 | $2.9257 | $3,510.84 | Individual - XXXXXXXXXXXX0787 |
| TRCH | Not Applicable | Bought | 06-17-21 | 2,000 | $4.9500 | $9,900.00 | Individual - XXXXXXXXXXXX0787 |
| TRCH | Not Applicable | Bought | 06-22-21 | 1,000 | $9.2950 | $9,295.00 | Individual - XXXXXXXXXXXX0787 |
| TRCH | Not Applicable | Bought | 06-22-21 | 100 | $8.0000 | $800.00 | Individual - XXXXXXXXXXXX0787 |
| TRCH | Not Applicable | Bought | 06-23-21 | 100 | $4.8350 | $483.50 | Rollover IRA - XXXXXXXXXXXX3052 |
| TRCH | Not Applicable | Bought | 06-23-21 | 100 | $4.8235 | $482.35 | Rollover IRA - XXXXXXXXXXXX3052 |
| TRCH | Not Applicable | Bought | 06-24-21 | 20 | $5.4500 | $109.00 | Individual - XXXXXXXXXXXX0787 |
| TRCH | Not Applicable | Bought | 06-24-21 | 1,000 | $5.1854 | $5,185.40 | Rollover IRA - XXXXXXXXXXXX3052 |
| TRCH | Not Applicable | Bought | 06-24-21 | 10 | $5.4050 | $54.05 | Rollover IRA - XXXXXXXXXXXX3052 |
| | | | **Total TRCH Shares Acquired** | **34,330** | **Total Value of TRCH Interest** | **$107,172.60** | |
| | | | Total Series A Preferred Shares Received from Merger | 33,100 | | | |

### Shares of Metamaterial Inc. (Ticker Symbol: MMATF) - Pre-Merger

| Equity Ticker Symbol | Certificate Number | Bought or Sold | Trade Date | Number of Shares | Price Per Share (in USD) | Value (in USD) | Fidelity Account Number |
|---|---|---|---|---|---|---|---|
| MMATF | Not Applicable | Bought | 03-17-21 | 1,400 | $2.90 | $4,110.00 | Rollover IRA - XXXXXXXXXXXX3052 |
| MMATF | Not Applicable | Bought | 03-17-21 | 2,000 | $2.90 | $5,800.00 | Rollover IRA - XXXXXXXXXXXX3052 |
| MMATF | Not Applicable | Bought | 03-26-21 | 1,219 | $2.69 | $3,329.11 | Rollover IRA - XXXXXXXXXXXX3052 |
| MMATF | Not Applicable | Bought | 03-30-21 | 291 | $2.53 | $736.23 | Rollover IRA - XXXXXXXXXXXX3052 |
| MMATF | Not Applicable | Bought | 03-30-21 | 400 | $2.53 | $1,062.00 | Rollover IRA - XXXXXXXXXXXX3052 |
| MMATF | Not Applicable | Bought | 04-23-21 | 995 | $2.45 | $2,487.75 | Rollover IRA - XXXXXXXXXXXX3052 |
| MMATF | Not Applicable | Bought | 04-23-21 | 3,695 | $2.45 | $9,052.75 | Rollover IRA - XXXXXXXXXXXX3052 |
| MMATF | Not Applicable | Bought | 06-23-21 | 200 | $8.33 | $1,666.00 | Rollover IRA - XXXXXXXXXXXX3052 |
| MMATF | Not Applicable | Bought | 06-23-21 | 300 | $7.80 | $2,390.00 | Rollover IRA - XXXXXXXXXXXX3052 |
| MMATF | Not Applicable | Bought | 06-23-21 | 1,000 | $8.20 | $8,250.00 | Rollover IRA - XXXXXXXXXXXX3052 |
| MMATF | Not Applicable | Bought | 06-23-21 | 1,700 | $7.80 | $13,260.00 | Rollover IRA - XXXXXXXXXXXX3052 |
| MMATF | Not Applicable | Bought | 06-23-21 | 1,800 | $8.33 | $15,043.82 | Rollover IRA - XXXXXXXXXXXX3052 |
| | | | **Total MMATF Shares Acquired** | **15,000** | **Total Value of MMATF Interest** | **$67,187.66** | |

### Shares of Meta Materials Inc. (Ticker Symbol: MMAT) - Post-Merger

| Equity Ticker Symbol | Certificate Number | Bought or Sold | Trade Date | Number of Shares | Price Per Share (in USD) | Value (in USD) | Fidelity Account Number |
|---|---|---|---|---|---|---|---|
| MMAT | Not Applicable | Bought | 07-02-21 | 1,890 | $6.77 | 12,795.30 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 07-02-21 | 2,410 | $6.75 | 16,262.92 | Rollover IRA - XXXXXXXXXXXX3052 |
| MMAT | Not Applicable | Bought | 07-07-21 | 37 | $5.90 | 218.30 | Individual - XXXXXXXXXXXX0787 |

| Symbol | Type | Action | Date | Quantity | Price | Amount | Account |
|---|---|---|---|---|---|---|---|
| MMAT | Not Applicable | Bought | 07-07-21 | 2,892 | $5.86 | 16,947.12 | Rollover IRA - XXXXXXXXXXXXX3052 |
| MMAT | Not Applicable | Bought | 07-08-21 | 2,000 | $5.78 | $11,560.00 | Rollover IRA - XXXXXXXXXXXXX3052 |
| MMAT | Not Applicable | Bought | 07-09-21 | 1,000 | $5.25 | $5,250.00 | Rollover IRA - XXXXXXXXXXXXX3052 |
| MMAT | Not Applicable | Bought | 07-09-21 | 1,000 | $5.02 | $5,020.00 | Rollover IRA - XXXXXXXXXXXXX3052 |
| MMAT | Not Applicable | Bought | 07-09-21 | 1,000 | $4.80 | $4,800.00 | Rollover IRA - XXXXXXXXXXXXX3052 |
| MMAT | Not Applicable | Bought | 07-12-21 | 1,000 | $4.01 | $4,010.00 | Rollover IRA - XXXXXXXXXXXXX3052 |
| MMAT | Not Applicable | Bought | 07-12-21 | 2,000 | $4.01 | $8,020.00 | Rollover IRA - XXXXXXXXXXXXX3052 |
| MMAT | Not Applicable | Bought | 07-13-21 | 1,433 | $4.00 | $5,732.00 | Rollover IRA - XXXXXXXXXXXXX3052 |
| MMAT | Not Applicable | Bought | 07-14-21 | 1,963 | $3.65 | $7,164.95 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 07-15-21 | 2,000 | $3.76 | $7,520.00 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 07-16-21 | 87 | $3.63 | $315.81 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 07-16-21 | 213 | $3.63 | $773.19 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 07-20-21 | 2,000 | $3.32 | $6,640.00 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 07-22-21 | 2,000 | $3.50 | $7,000.00 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 07-22-21 | 2,000 | $3.45 | $6,900.00 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 10-04-21 | 700 | $5.14 | $3,598.00 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 11-05-2021 | 1,000 | $4.91 | $4,909.90 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 11-10-2021 | 1,000 | $4.70 | $4,700.00 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 11-11-2021 | -1,000 | $4.74 | -$4,739.97 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 11-17-2021 | 300 | $4.49 | $1,345.89 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 12-16-2021 | 348 | $2.88 | $1,000.71 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 12-16-2021 | 215 | $2.90 | $623.50 | Rollover IRA - XXXXXXXXXXXXX3052 |
| MMAT | Not Applicable | Bought | 12-31-2021 | 286 | $2.53 | $723.58 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 12-31-2021 | 300 | $2.58 | $772.50 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 12-31-2021 | 2,137 | $2.58 | $5,502.78 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 01-11-2022 | 14 | $2.35 | $32.87 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 01-11-2022 | 200 | $2.35 | $469.00 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 01-13-2022 | 250 | $2.14 | $535.00 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 01-19-2022 | 500 | $2.04 | $1,020.00 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 01-20-2022 | 250 | $2.01 | $502.50 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 01-26-2022 | 20 | $1.62 | $32.40 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 01-26-2022 | 1 | $1.72 | $1.72 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 01-26-2022 | 100 | $1.68 | $168.00 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 02-18-2022 | 1 | $1.73 | $1.73 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 02-18-2022 | 5 | $1.73 | $8.63 | Rollover IRA - XXXXXXXXXXXXX3052 |
| MMAT | Not Applicable | Bought | 02-18-2022 | 180 | $1.73 | $310.50 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 02-18-2022 | 1,684 | $1.73 | $2,904.90 | Rollover IRA - XXXXXXXXXXXXX3052 |
| MMAT | Not Applicable | Bought | 03-01-2022 | 509 | $2.04 | $1,038.36 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 03-08-2022 | 13 | $1.62 | $21.06 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 03-14-2022 | 200 | $1.43 | $285.96 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 03-14-2022 | 1,800 | $1.43 | $2,565.00 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 03-14-2022 | 1,987 | $1.43 | $2,850.95 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 03-15-2022 | 5 | $1.55 | $7.75 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 03-15-2022 | 660 | $1.54 | $1,018.84 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 03-15-2022 | 1,200 | $1.43 | $1,710.00 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 03-15-2022 | 5,300 | $1.43 | $7,563.10 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 03-18-2022 | 45 | $1.93 | $86.79 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 04-14-2022 | 1,782 | $1.50 | $2,673.00 | Rollover IRA - XXXXXXXXXXXXX3052 |
| MMAT | Not Applicable | Bought | 04-14-2022 | 3,008 | $1.51 | $4,538.17 | Rollover IRA - XXXXXXXXXXXXX3052 |
| MMAT | Not Applicable | Bought | 04-05-2023 | 499 | $0.41 | $204.64 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 04-05-2023 | 1,501 | $0.41 | $615.71 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 04-05-2023 | 3,333 | $0.41 | $1,381.20 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 04-05-2023 | 3,333 | $0.41 | $1,381.20 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 04-05-2023 | 3,334 | $0.41 | $1,380.27 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 04-14-2023 | 2,000 | $0.22 | $439.80 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 04-14-2023 | 2,000 | $0.22 | $438.00 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 04-14-2023 | 2,000 | $0.22 | $438.00 | Individual - XXXXXXXXXXXX0787 |
| MMAT | Not Applicable | Bought | 04-14-2023 | 2,000 | $0.22 | $437.60 | Individual - XXXXXXXXXXXX0787 |

| Symbol | | Bought or Sold | Trade Date | Number of Contracts | Price Per Contract (in USD) | Value (in USD) | Fidelity Account Number |
|---|---|---|---|---|---|---|---|
| MMAT | | Not Applicable | Bought | 04-14-2023 | 2,000 | $0.22 | $437.60 Individual - XXXXXXXXXXXXX0787 |
| MMAT | | Not Applicable | Bought | 10-23-2023 | 30,000 | $0.13 | $4,002.00 Individual - XXXXXXXXXXXXX0787 |

Total MMAT Share Interest Acquired - Post-Merger: 103,925
Total Value of MMAT Interest Acquired - Post Merger: $165,522.84

### Call Options for Meta Materials Inc. (Ticker Symbol: MMAT) - Post-Merger

| Call Option | Symbol | Bought or Sold | Trade Date | Number of Contracts | Price Per Contract (in USD) | Value (in USD) | Fidelity Account Number |
|---|---|---|---|---|---|---|---|
| CALL (MMAT) META MATERIALS INC APR 14 22 $4 (100 SHS) | -MMAT220414C4 | Bought | 03-18-2022 | 13 | $0.04 | $54.98 | Individual - XXXXXXXXXXXXX0787 |
| CALL (MMAT) META MATERIALS INC APR 14 22 $4 (100 SHS) | -MMAT220414C4 | Bought | 03-18-2022 | 87 | $0.04 | $367.94 | Individual - XXXXXXXXXXXXX0787 |
| CALL (MMAT) META MATERIALS INC APR 14 22 $3 (100 SHS) | -MMAT220414C3 | Bought | 03-18-2022 | 6 | $0.08 | $50.57 | Individual - XXXXXXXXXXXXX0787 |
| CALL (MMAT) META MATERIALS INC APR 14 22 $3 (100 SHS) | -MMAT220414C3 | Bought | 03-18-2022 | 29 | $0.08 | $244.45 | Individual - XXXXXXXXXXXXX0787 |
| CALL (MMAT) META MATERIALS INC APR 14 22 $3 (100 SHS) | -MMAT220414C3 | Bought | 03-18-2022 | 65 | $0.08 | $547.89 | Individual - XXXXXXXXXXXXX0787 |
| CALL (MMAT) META MATERIALS INC OCT 21 22 $5 (100 SHS) | -MMAT221021C5 | Bought | 03-18-2022 | 20 | 0.37 | $753.58 | Individual - XXXXXXXXXXXXX0787 |
| CALL (MMAT) META MATERIALS INC OCT 21 22 $4 (100 SHS) | -MMAT221021C4 | Bought | 03-18-2022 | 20 | $0.44 | $893.58 | Individual - XXXXXXXXXXXXX0787 |
| CALL (MMAT) META MATERIALS INC JAN 20 23 $7 (100 SHS) | -MMAT230120C7 | Bought | 04-18-2022 | 200 | $0.18 | $3,735.83 | Rollover IRA - XXXXXXXXXXXXX3052 |
| CALL (MMAT) META MATERIALS INC JAN 20 23 $10 (100 SHS) | -MMAT230120C10 | Bought | 04-18-2022 | 200 | $0.13 | $2,735.83 | Rollover IRA - XXXXXXXXXXXXX3052 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 04-18-2022 | 30 | $0.25 | $770.37 | Rollover IRA - XXXXXXXXXXXXX3052 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 09-08-2022 | 1 | $0.12 | $12.63 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 09-08-2022 | 2 | $0.12 | $25.26 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 09-08-2022 | 2 | $0.12 | $25.26 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 09-08-2022 | 3 | $0.12 | $37.89 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 09-08-2022 | 3 | $0.12 | $37.89 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 09-08-2022 | 3 | $0.12 | $37.89 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 09-08-2022 | 4 | $0.12 | $54.72 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 09-08-2022 | 5 | $0.12 | $63.15 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 09-08-2022 | 6 | $0.13 | $82.07 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 09-08-2022 | 6 | $0.12 | $75.77 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 09-08-2022 | 8 | $0.12 | $101.03 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 09-08-2022 | 10 | $0.13 | $136.79 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 09-08-2022 | 10 | $0.12 | $126.29 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 09-08-2022 | 14 | $0.13 | $191.51 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 09-08-2022 | 15 | $0.12 | $189.44 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 09-08-2022 | 108 | $0.12 | $1,363.95 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 09-08-2022 | 200 | $0.12 | $2,525.83 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-08-2022 | 4 | $0.18 | $74.72 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-08-2022 | 6 | $0.18 | $112.07 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-08-2022 | 7 | $0.18 | $130.75 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-08-2022 | 20 | $0.18 | $373.58 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-08-2022 | 57 | $0.18 | $1,064.71 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-08-2022 | 69 | $0.18 | $1,288.86 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-08-2022 | 110 | $0.18 | $2,054.71 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-08-2022 | 127 | $0.18 | $2,372.25 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-08-2022 | 200 | $0.18 | $3,735.83 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $7 (100 SHS) | -MMAT240119C7 | Bought | 09-08-2022 | 200 | $0.15 | $3,135.83 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $7 (100 SHS) | -MMAT240119C7 | Bought | 09-08-2022 | 200 | $0.14 | $2,935.83 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 09-12-2022 | 2 | $0.10 | $21.06 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 09-13-2022 | 13 | $0.10 | $136.88 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 09-14-2022 | 30 | $0.10 | $315.87 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $7 (100 SHS) | -MMAT240119C7 | Bought | 09-14-2022 | 200 | $0.13 | $2,735.83 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 09-16-2022 | 1 | $0.12 | $12.63 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 09-16-2022 | 37 | $0.13 | $506.13 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 09-16-2022 | 117 | $0.13 | $1,600.46 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-16-2022 | 1 | $0.16 | $16.68 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-16-2022 | 199 | $0.16 | $3,319.15 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 09-21-2022 | 200 | $0.12 | $2,525.83 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-21-2022 | 10 | $0.15 | $156.79 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-21-2022 | 20 | $0.15 | $313.58 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |

| Description | Symbol | Action | Date | Quantity | Price | Amount | Account |
|---|---|---|---|---|---|---|---|
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-21-2022 | 20 | $0.15 | $313.58 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-21-2022 | 20 | $0.15 | $313.58 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-21-2022 | 56 | $0.15 | $878.03 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-21-2022 | 74 | $0.15 | $1,160.26 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $7 (100 SHS) | -MMAT240119C7 | Bought | 09-21-2022 | 200 | $0.15 | $3,135.83 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-22-2022 | 1 | $0.14 | $14.68 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-22-2022 | 1 | $0.14 | $14.68 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-22-2022 | 1 | $0.14 | $14.68 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-22-2022 | 1 | $0.14 | $14.68 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-22-2022 | 2 | $0.14 | $29.36 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-22-2022 | 3 | $0.14 | $44.04 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-22-2022 | 5 | $0.14 | $73.40 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-22-2022 | 5 | $0.14 | $73.40 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-22-2022 | 5 | $0.14 | $73.40 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-22-2022 | 6 | $0.14 | $88.07 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-22-2022 | 7 | $0.14 | $102.75 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-22-2022 | 9 | $0.14 | $132.11 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-22-2022 | 10 | $0.14 | $146.79 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-22-2022 | 28 | $0.14 | $411.02 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-22-2022 | 115 | $0.14 | $1,688.10 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-22-2022 | 200 | $0.14 | $2,935.83 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $7 (100 SHS) | -MMAT240119C7 | Bought | 09-22-2022 | 200 | $0.15 | $3,135.83 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $5 (100 SHS) | -MMAT240119C5 | Bought | 09-23-2022 | 100 | $0.14 | $1,467.92 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $7 (100 SHS) | -MMAT240119C7 | Bought | 09-23-2022 | 200 | $0.14 | $2,935.83 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 20 23 $7 (100 SHS) | -MMAT230120C7 | Sold | 12-01-2022 | -120 | $0.07 | -$795.80 | Rollover IRA - XXXXXXXXXXXXX3052 |
| CALL (MMAT) META MATERIALS INC JAN 20 23 $7 (100 SHS) | -MMAT230120C7 | Sold | 12-01-2022 | -80 | $0.07 | -$530.53 | Rollover IRA - XXXXXXXXXXXXX3052 |
| CALL (MMAT) META MATERIALS INC JAN 20 23 $10 (100 SHS) | -MMAT230120C10 | Sold | 12-01-2022 | -200 | $0.07 | -$1,326.33 | Rollover IRA - XXXXXXXXXXXXX3052 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 12-05-2022 | 90 | $0.28 | $2,580.13 | Rollover IRA - XXXXXXXXXXXXX3052 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 12-06-2022 | 74 | $0.28 | $2,121.44 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |
| CALL (MMAT) META MATERIALS INC JAN 19 24 $10 (100 SHS) | -MMAT240119C10 | Bought | 12-06-2022 | 96 | $0.28 | $2,752.14 | ROTH IRA - BDA - XXXXXXXXXXXXX8738 |

| | | | |
|---|---|---|---|
| Total MMAT Calls Options Acquired and Not Sold | 4,030 | Total Value of MMAT Call Options Acquired and Not Sold | $68,196.00 |
| Total MMAT Shares Interest Received Post-Merger from Pre-Merger TRCH & MMATF Shares Acquired (Converted to MMAT) and Not Sold | 46,075 | | |
| Total MMAT Share Interest from Pre & Post Merger and Not Sold | 158,060 | Total Value of TRCH, MMATF & MMAT Acquired and Not Sold | $359,883.10 |
| | | Total Value of MMAT Shares & Call Options Acquired and Not Sold | $428,079.10 |