NVB 3001 (Effective 1/21)

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

**PROOF OF INTEREST**

Name of Debtor: Meta Materials Inc.
Case Number: 24-50792

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Daniel Eggers
631 Ashton Pl. NE #6
Cedar Rapids, IA 52402

Telephone Number: (319) 521-7766

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

■ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**RECEIVED AND FILED**
DEC 20 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: 5NC24288

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Apex Clearing Corp.  Webull

Telephone Number: 1 (888) 828-0618

**3. Date Equity Interest was acquired:** 06/21/2021

**4. Total amount of member interest:** 153

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Daniel Eggers
Title: Mr.
Company: ___ Address and telephone number (if different from notice address above):

(Signature) Daniel Egg—
(Date) 12/13/2024
Telephone number: (319) 521-7766
email: eggers.daniel.r31@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

*September 1, 2023 - September 30, 2023*

PAGE 2 OF 11

ACCOUNT NUMBER    5NC-24288-19  RR WEA

**DANIEL RICHARD EGGERS**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

## PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| AMAZON.COM INC | AMZN | M | 0.003 | $127.12 | $0.38 | $0.41 | -7% | | .018% |
| ALAMOS GOLD INC COM CL A | AGI | M | 1 | 11.29 | 11.29 | 12.84 | -12 | | .544 |
| AMC ENTERTAINMENT HOLDINGS INC CLASS A COMMON STOCK | AMC | M | 2 | 7.99 | 15.98 | 25.10 | -36 | | .770 |
| CHIPOTLE MEXICAN GRILL INC COMMON STOCK | CMG | M | 0.00028 | 1,831.83 | 0.51 | 0.54 | -6 | | .025 |
| CROCS INC | CROX | M | 0.00352 | 88.23 | 0.31 | 0.34 | -9 | | .015 |
| COCA COLA COMPANY (THE) | KO | M | 0.0151 | 55.98 | 0.85 | 0.90 | -6 | | .041 |
| DENNYS CORPORATION | DENN | M | 0.03552 | 8.47 | 0.30 | 0.34 | -12 | | .014 |
| DELTA AIR LINES INC DEL COM | DAL | M | 0.01369 | 37.00 | 0.51 | 0.59 | -14 | | .025 |
| DIDI GLOBAL INC ADS ECH FOUR REPRSNTNG ONE CL A ORDINARY SHARE | DIDIY | M | 30 | 3.23 | 96.90 | 102.90 | -6 | | 4.668 |
| HASBRO INC | HAS | M | 0.00655 | 66.14 | 0.43 | 0.47 | -9 | | .021 |
| HERSHEY COMPANY (THE) | HSY | M | 0.00288 | 200.08 | 0.58 | 0.62 | -6 | | .028 |
| JACK IN THE BOX INC | JACK | M | 0.00669 | 69.06 | 0.46 | 0.54 | -15 | | .022 |
| LULULEMON ATHLETICA INC | LULU | M | 0.00133 | 385.61 | 0.51 | 0.51 | 0 | | .025 |
| META MATLS INC COMMON STOCK | MMAT | M | 8,350 | 0.212 | 1,769.37 | 1,887.64 | -6 | | 85.245 |

*September 1, 2023 - September 30, 2023*

PAGE 3 OF 11

ACCOUNT NUMBER   **5NC-24288-19 RR WEA**

**DANIEL RICHARD EGGERS**



# Webull Financial LLC
44 Wall Street, New York, NY 10005
customerservice@webull.us

▶ PORTFOLIO SUMMARY (CONTINUED)

| DESCRIPTION | SYMBOL/CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** (continued) | | | | | | | | | |
| CALL MMAT 01/17/25  .50<br>META MATLS INC<br>EXP 01/17/2025 | 8SZHQY7 | M | 16 | 0.065 | 104.00 | 90.00 | 16 | | 5.011 |
| MICROSOFT CORP | MSFT | M | 0.0053 | 315.75 | 1.67 | 1.74 | -4 | | .080 |
| NINTENDO CO LTD-ADR NEW | NTDOY | M | 0.0447 | 10.35 | 0.46 | 0.48 | -4 | | .022 |
| NIKE INC<br>CLASS B COM | NKE | M | 0.00371 | 95.62 | 0.35 | 0.38 | -8 | | .017 |
| CALL ORCL 10/20/23  130<br>ORACLE CORP<br>EXP 10/20/2023 | 8GRFKP9 | M | 2 | 0.017 | 3.40 | 409.00 | -99 | | .164 |
| PAPA JOHNS INTERNATIONAL INC | PZZA | M | 0.00495 | 68.22 | 0.34 | 0.37 | -8 | | .016 |
| SPDR SER TR<br>SPDR MSCI USA GENDER DIVERSITY ETF | SHE | M | 0.00581 | 85.00 | 0.49 | 0.52 | -6 | | .024 |
| SCOTTS MIRACLE GRO CO | SMG | M | 0.003 | 51.68 | 0.16 | 0.17 | -6 | | .008 |
| VANGUARD SECTOR INDEX FDS<br>VANGUARD INFORMATION TECHNOLOGY ETF | VGT | M | 0.00294 | 414.90 | 1.22 | 1.31 | -7 | | .059 |
| VANGUARD INTERNATIONAL EQUITY<br>INDEX FUNDS FTSE PACIFIC ETF | VPL | M | 0.00853 | 66.88 | 0.57 | 0.59 | -3 | | .027 |
| WASTE MANAGEMENT INC DEL | WM | M | 0.00444 | 152.44 | 0.68 | 0.70 | -3 | | .033 |
| WALGREEN BOOTS ALLIANCE INC<br>COM | WBA | M | 0.01698 | 22.24 | 0.38 | 0.43 | -12 | | .018 |
| WARNER BROS DISCOVERY INC<br>SERIES A COMMON STOCK | WBD | M | 0.01763 | 10.86 | 0.19 | 0.23 | -17 | | .009 |