NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|

Name of Debtor: Meta Materials

Case Number: 24-50724

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Ronald T. Montez Jr.
5195 Pony Back Court
Cool, CA 95614

Telephone Number: 916-417-1914

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

RECEIVED AND FILED
DEC 20 2024
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

COURT USE ONLY

Account or other number by which Interest holder identifies Debtor: 233-973194 / 1957-2923

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

Ameritrade / Charles Schwab

Telephone Number: 1800 435 4000

3. Date Equity Interest was acquired: 6/21/21

4. Total amount of member interest: 2073

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, endorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Ronald T. Montez Jr.
Title: _____
Company: Address and telephone number (if different from notice address above):

(Signature) [signed]          (Date) 12/13/2024

Telephone number: 916 417 1914   email: montezjr08@gmail.com

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571



*Now existing through Charles Schwab Acct# 1957-2923*

**Statement Reporting Period:**
01/01/23 - 01/31/23

**Statement for Account # 233-973194**

RONALD THOMAS MONTEZ JR
5195 PONY BACK CT
COOL, CA 95614-9448

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $2.76 | $2.76 | $ - | - | $ - | - | |
| Insrd Dep Acct (IDA) | - | - | - | - | - | - | |
| Money Market | - | - | - | - | - | - | Cash 0.1% |
| Short Balance | - | - | - | - | - | - | |
| Stocks | 2,341.08 | 2,594.59 | (253.51) | (9.8)% | - | - | |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | |
| **Total** | **$2,343.84** | **$2,597.35** | **($253.51)** | **(9.8)%** | **$ 0.00** | **0.0%** | Stocks 99.9% |
| **Margin Equity** | **100.0%** | | | | | | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | $2.76 | $2.76 |
| Securities Purchased | - | - |
| Securities Sold | - | - |
| Funds Deposited | - | - |
| Funds Disbursed | - | - |
| Income | - | - |
| Expense | - | - |
| Other | - | - |
| **Closing Balance** | **$2.76** | **$2.76** |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $ - | $ - | $ - |
| Interest | - | - | - |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | - |
| Fees | - | - | - |
| Other | - | - | - |
| **Net** | **$0.00** | **$0.00** | **$0.00** |

## Performance Summary

| | |
|---|---|
| Cost Basis As Of - 01/31/23 ** | $22,418.85 |
| Unrealized Gains | - |
| Unrealized Losses | (20,077.77) |
| Funds Deposited/(Disbursed)^YTD | - |
| Income/(Expense)^YTD | - |
| Securities Received/(Delivered)^YTD | 0.00 |

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.

Ameritrade
Now Charles Schwab
Acct# 1957-2923

Ronald T. Montez Jr.
5195 Pony Back Ct
Cool, CA 95614

**Statement for Account # 233-973194**
01/01/23 - 01/31/23

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| NEXT BRIDGE HYDROCARBONS COM | 6DA993019 | 429 | $ NA | $ NA | - | $ - | $ - | $ - | $ - | - |
| **Stocks - Margin** | | | | | | | | | | |
| ATOSSA THERAPEUTICS INC COM | ATOS | 156 | $ 0.8008 | $ 124.92 | 07/14/21 | $ 992.14 | $ 6.36 | $ (867.22) | $ - | - |
| CENNTRO ELECTRIC GROUP LTD COM | CENN | 4 | 0.7627 | 3.05 | 04/05/21 | 36.12 | 9.03 | (33.07) | - | - |
| CORPORATE UNIVERSE INC COM | COUV | 15,696 | 0.0029 | 45.52 | 02/26/21 | 2,260.48 | 0.14 | (2,214.96) | - | - |
| DISCOVERY MINERALS LTD COM | DSCR | 20,703 | NA | NA | 05/05/21 | 606.82 | 0.03 | (606.82) | - | - |
| GENTECH HOLDINGS INC COM | GTEH | 100,000 | 0.0002 | 15.00 | 04/27/21 | 226.95 | - | (211.95) | - | - |
| META MATERIALS INC COM | MMAT | 2,073 | 1.01 | 2,093.73 | 06/21/21 | 15,359.28 | 7.41 | (13,265.55) | - | - |
| MINERCO INC COM | MINE | 503,202 | 0.0001 | 50.32 | 02/22/21 | 2,834.23 | 0.01 | (2,783.91) | - | - |
| SPETZ INC COM | DBKSF | 427 | 0.02 | 8.54 | 04/21/21 | 102.83 | 0.24 | (94.29) | - | - |
| **Total Stocks** | | | | $2,341.08 | | $22,418.85 | | $(20,077.77) | $0.00 | 0.0% |
| **Total Cash Account** | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | 0.0% |
| **Total Margin Account** | | | | $2,341.08 | | $22,418.85 | | $(20,077.77) | $0.00 | 0.0% |
| **Total Positions** | | | | $2,341.08 | | $22,418.85 | | $(20,077.77) | | |

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | PROOF OF INTEREST |
|---|---|---|
| Name of Debtor: Meta Materials | Case Number: 24-50724 | |

1. Name and address of holder of the Equity Interest (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

Ronald T. Montez Jr.
5195 Pony Back Court
Cool, CA 95614

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number: 916-417-1914

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: 597521020

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:

Robinhood

Telephone Number: 1800 282 1327

3. Date Equity Interest was acquired:
9/30/21 through 10/6/23
See Attached Summary

4. Total amount of member interest: 19,470

5. Certificate number(s): _____

6. Type of Equity Interest:
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest.
Description: Investor

7. Supporting Documents: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy: To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Ronald T. Montez Jr.
Title:
Company: Address and telephone number (if different from notice address above):

(Signature)  12/13/2024 (Date)

Telephone number: 916 417 1914   email: montezjr08@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: *Meta Materials* | Case Number: *24-50724* | |

**1. Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):

*Ronald T. Montez Jr*
*5195 Pony Back Court*
*Cool, CA 95614*

Telephone Number: *916-417-1914*

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

**COURT USE ONLY**

Account or other number by which Interest holder identifies Debtor: *597521020*

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

*Robinhood*

Telephone Number: *1 800 282 1327*

**3. Date Equity Interest was acquired:**
*9/30/21 through 10/6/23*
*See Attached Summary*

**4. Total amount of member interest:** *19,470*

**5. Certificate number(s):** _____

**6. Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:
☒ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
☐ Check this box if your Equity Interest is based on anything else and describe that interest:
Description: *Investor*

**7. Supporting Documents:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

**9. Signature:**
Check the appropriate box.
☒ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: *Ronald T. Montez Jr*
Title:
Company: Address and telephone number (if different from notice address above):

(Signature) *Ronald Montez*   (Date) *12/13/2024*

Telephone number: *916 417 1914*   email: *montezjr08@gmail.com*

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

Robinhood    Acct #597521020   Summary

Ronald T. Montez Jr
5195 Pony Back Ct
Cool, CA 95614

| Purchase Date | Amount |
|---|---|
| 9/30/21 | 3.10 |
| 5/26/22 | 299 |
| 5/27/22 | 284 |
| 6/2/22 | 534 + 0.19 = 534.19 |
| 7/15/22 | 1035 |
| 8/5/22 | 1097 |
| 9/2/22 | 1229 + 4.99 = 1233.99 |
| 10/6/22 | 1421 + 70 = 1491 |
| 10/11/22 | 3 |
| 10/20/22 | 1122 |
| 11/4/22 | 634 |
| 11/11/22 | 765 |
| 12/2/22 | 536 |
| 1/20/23 | 956 |
| 4/6/23 | 45 |
| 9/18/23 | 13 + 2406 + 2252 = 4671 |
| 10/4/23 | 5 + 8 + 4118 = 4131 |
| 10/6/23 | 530 + 100 = 630 |

Total  19,470.28

©2018 PAPER LOVE™